## EXHIBIT 2

*K&E DRAFT: 2-11-2015*
*Subject to FRE 408*
*Subject to material review and revision*

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL.   THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS.   THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

**THIS TERM SHEET IS NOT AN OFFER WITH RESPECT TO ANY SECURITIES OR A SOLICITATION OF ACCEPTANCES OF A CHAPTER 11 PLAN WITHIN THE MEANING OF SECTION 1125 OF THE BANKRUPTCY CODE.   ANY SUCH OFFER OR SOLICITATION WILL COMPLY WITH ALL APPLICABLE SECURITIES LAWS AND/OR PROVISIONS OF THE BANKRUPTCY CODE. NOTHING CONTAINED IN THIS TERM SHEET SHALL BE AN ADMISSION OF FACT OR LIABILITY OR DEEMED BINDING ON ANY OF THE PARTIES HERETO.**

## *RESTRUCTURING TERM SHEET*

### INTRODUCTION

This term sheet (this "**Term Sheet**")[1] describes the terms of a restructuring of:   (a) Energy Future Holdings Corp., a Texas corporation ("**EFH**"); (b) EFH's wholly-owned direct subsidiaries Energy Future Intermediate Holding Company LLC, a Delaware limited liability company ("**EFIH**"), and Energy Future Competitive Holdings Company LLC, a Delaware limited liability company ("**EFCH**"); (c) EFIH's wholly-owned direct subsidiary, EFIH Finance Inc., a Delaware corporation; (d) EFCH's wholly-owned direct subsidiary, Texas Competitive Electric Holdings Company LLC, a Delaware limited liability company ("**TCEH**"); (e) TCEH's directly and indirectly-owned subsidiaries listed on **Exhibit B**; and (f) EFH's directly and indirectly-owned subsidiaries listed on **Exhibit C** (the entities listed in clauses (a) through (f) collectively, the "**Debtors**," and such restructuring, the "**Restructuring**"), which commenced cases under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on April 29, 2014.

---

[1]   Capitalized terms used but not otherwise defined in this Term Sheet have the meanings ascribed to such terms as set forth on **Exhibit A**.

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

The Debtors will implement the Restructuring through a plan of reorganization (as it may be amended or supplemented from time to time, including all supplements and exhibits attached thereto, the "**Plan**"), which shall be consistent with the terms of this Term Sheet, under chapter 11 of the Bankruptcy Code. This Term Sheet incorporates the rules of construction set forth in section 102 of the Bankruptcy Code.

The governing documents with respect to the Restructuring will contain terms and conditions that are dependent on each other, including those described in this Term Sheet.

This Term Sheet does not include a description of all of the terms, conditions, and other provisions that are to be contained in the definitive documentation governing the Restructuring. The Restructuring will not contain any material terms or conditions that are inconsistent in any material respect with this Term Sheet. This Term Sheet is confidential and may not be released to any other party unless permitted in accordance with an executed confidentiality agreement with the Debtors.

This Term Sheet is a draft, is intended for discussions purposes, and is subject to Federal Rule of Evidence 408. This Term Sheet has not been approved by the board or disinterested directors or managers of any of the Debtors. The Debtors reserve all rights to modify this Term Sheet in all material respects.

## OVERVIEW OF THE RESTRUCTURING[2]

The Debtors' Plan is premised on the following structure:

(a) The highest or otherwise best form of transaction available to the Debtors that will include either a taxable deconsolidation or tax-free spin-off of TCEH combined with one of three forms of transaction for reorganized EFH: a merger, an equity investment, or a standalone reorganization.[3]

(b) TCEH will provide a guaranteed distribution of at least $[___] million in the form of cash or reorganized TCEH equity and new TCEH warrants to unsecured creditors of TCEH to the extent their classes vote to accept the Plan and TCEH first lien creditors will waive their deficiency claims in such event. The TCEH first lien creditors will receive equity of reorganized TCEH, subject to dilution by the warrants that are distributed to the TCEH unsecured creditors and a customary management incentive program, and the tax attributes of the EFH Consolidated Group will be substantially used to provide reorganized TCEH with a partial step-up in tax basis. In addition, TCEH will receive a settlement payment from EFH in an amount of up to $[___] million, to be split among TCEH first lien creditors and TCEH general unsecured creditors, and the EFH equity holders will receive a settlement payment from EFH in an amount of up to $10 million.

---

[2]   This Overview of the Restructuring is intended to be a summary of the terms of the Term Sheet. To the extent there are any inconsistencies between this Overview and the Term Sheet, the Term Sheet shall govern.

[3]   Notwithstanding anything to the contrary in this Term Sheet, the Debtors may determine to pursue any form of transaction, including a tax-free consolidation transaction or a taxable deconsolidation transaction.

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

(c) The proceeds of the reorganized EFH transaction will be distributed to holders of EFIH and EFH claims (including the above settlement payments to TCEH and the EFH equity holders) in accordance with their priorities under the Bankruptcy Code. To the extent there are excess proceeds after satisfaction of claims against EFIH and EFH, such proceeds will be distributed [    ]% to TCEH, to be split among TCEH first lien creditors and TCEH general unsecured creditors, and [    ]% to the EFH equity holders.

(d) A settlement of alleged makewhole and interest rate claims to all EFIH and EFH note holders. To the extent such classes of holders do not accept the Plan, they will have the opportunity to litigate the amount of their Claims in the Bankruptcy Court and will receive treatment under 1129(b) of the Bankruptcy Code with respect to allowed amounts.

(e) In exchange for the value provided and the compromises contained in the Plan, the Plan provides for the mutual release of claims among all Debtors and consenting holders of claims and interests and third-party releases of these parties to the extent permitted under applicable law.

| MATERIAL TRANSACTIONS AND RULINGS UNDER THE RESTRUCTURING | |
|---|---|
| **Case Management** | As soon as possible, the Debtors will seek approval from the Bankruptcy Court of a litigation schedule, in the form of one or more scheduling orders, to resolve the following issues in connection with Confirmation of the Plan, to the extent such issues remain open based on the treatments and votes under the Plan:<br><br>(a) valuation of the Debtors or their assets to the extent necessary to obtain Confirmation of the Plan;<br><br>(b) the release and settlement of Intercompany Claims and other Claims under the Plan and Bankruptcy Rule 9019;<br><br>(c) any objections to the Disclosure Statement, including the liquidation value of the Debtors' Estates as set forth in the Disclosure Statement;<br><br>(d) the disallowance of any Claims on account of alleged premiums, fees, or Claims (including Makewhole Claims) relating to the treatment of the EFIH First Lien Notes, the EFIH Second Lien Notes, the EFIH Unsecured Notes, and the EFH Notes under the Plan or in the Chapter 11 Cases;<br><br>(e) the determination of the appropriate amount of interest, fees, and expenses, if any, included in the EFIH First Lien Note Claims (if any), the EFIH Second Lien Note Claims, the EFIH Unsecured Note Claims, and the EFH Note Claims under the Plan; and<br><br>(f) all other objections to Confirmation. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| | |
|---|---|
| **Tax-Free Spin-Off**[4] | Unless otherwise agreed by the Debtors and the TCEH Supporting Creditors, to preserve the Intended Tax-Free Treatment of the Restructuring Transactions and conditioned upon the receipt of the Private Letter Ruling, the Debtors shall undertake the Tax-Free Spin-Off as follows:<br><br>(a) before the Effective Date, TCEH shall form a new subsidiary in the form of a limited liability company under the laws of Delaware ("**Reorganized TCEH**");<br><br>(b) on the Effective Date, the Claims against TCEH will be canceled in exchange for each Holder's right to receive its recovery in accordance with the terms of the Plan;<br><br>(c) immediately following such cancellation, TCEH shall transfer to Reorganized TCEH all of TCEH's interest in its subsidiaries and the EFH Debtors shall transfer to Reorganized TCEH all operating assets and ordinary course operating liabilities related to Shared Services (the "**Contribution**"), in exchange for which TCEH shall receive (i) 100% of the newly issued Reorganized TCEH membership interests and (ii) the net cash proceeds of the New Reorganized TCEH Debt, subject to preserving the Intended Tax-Free Treatment of the Restructuring Transactions. For the avoidance of doubt, no funded debt of TCEH, including the TCEH First Lien Claims, TCEH Second Lien Claims, and TCEH Unsecured Note Claims will be assumed by Reorganized TCEH pursuant to the Contribution (all such Claims will have been canceled immediately prior to the transfer of assets to Reorganized TCEH);<br><br>(d) immediately following the Contribution, Reorganized TCEH shall convert into a Delaware corporation (the "**Reorganized TCEH Conversion**"); and<br><br>(e) immediately following the Reorganized TCEH Conversion, TCEH shall distribute the Reorganized TCEH Common Stock and the net Cash proceeds of the New Reorganized TCEH Debt received in the Contribution to Holders of Allowed TCEH First Lien Claims and Allowed General Unsecured Claims against the TCEH Debtors other than EFCH (the "**Distribution**") in accordance with the Plan. |
| **Merger** | Under the Merger Scenario, as part of the Restructuring, EFH, the Parent, and the Merger Sub will enter into the Merger Agreement, pursuant to which, on the |

---

[4]    Notwithstanding anything to the contrary in this Term Sheet, the Debtors may elect an alternative transaction to the Tax-Free Spin-Off, including a tax-free consolidation transaction or a taxable deconsolidation transaction.

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

|  | Effective Date and immediately after the Tax-Free Spin-Off: |
|---|---|
|  | (a) Upon the satisfaction or waiver of each of the conditions set forth in the Merger Agreement, EFH, the Parent, and the Merger Sub will take all actions as may be necessary and appropriate to effect the Merger under the terms and conditions set forth in the Merger Agreement; |
|  | (b) EFH and the Parent will cause the Certificates of Merger to be executed, acknowledged, and filed with the Secretary of State of the State of Delaware in accordance with Section 18-209 of the Delaware Limited Liability Company Act and with the Secretary of State of the State of Texas as provided under Section 10.153 of the Texas Business Organizations Code, and shall take all such further actions, including making appropriate filings or recordings, as may be required by applicable law to make the Merger effective; |
|  | (c) Reorganized EFH will issue [ ] shares of Reorganized EFH Common Stock to holders of Claims and Interests pursuant to the Plan. Reorganized EFH will then merge with and into the Merger Sub in a reorganization under section 368(a)(1)(A) of the Internal Revenue Code, with the Merger Sub surviving as a wholly-owned subsidiary of the Parent. As a result of the Merger, the Merger Sub will acquire all of the assets of Reorganized EFH and the Legacy General Unsecured Claims against the EFH Debtors; |
|  | (d) as consideration, each share of Reorganized EFH Common Stock issued and outstanding immediately before the Effective Date, other than the Excluded Shares, shall be converted into [ ] shares of Parent Common Stock with a Fair Market Value equal to the Per Share Consideration on the terms set forth in the Merger Agreement; and |
|  | (e) upon conversion, all shares of Reorganized EFH Common Stock (including the Excluded Shares) shall no longer be outstanding and shall automatically cancel and cease to exist, including any and all rights with respect thereto. Simultaneously with the Merger, the Parent and the Merger Sub will fund all necessary cash amounts under the Merger Agreement. |
| **Equity Investment** | Under the Backstop Scenario, the Backstop Parties will commit to fund distributions under the Plan in the event the Holders of Claims or Interests entitled to receive Transaction Consideration elect to receive Cash Consideration in an amount not to exceed the Backstop Commitment (the "**Equity Investment**"). The Equity Investment will occur on the Effective Date, immediately following the Tax-Free Spin-Off. |
| **Private Letter** | EFH filed a written request with the IRS dated June 10, 2014 (the "**Ruling** |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Ruling | Request," and together with all related materials and supplements thereto filed or to be filed with the IRS, the "**IRS Submissions**") that the IRS issue a private letter ruling (the "**Private Letter Ruling**") to EFH providing that the Contribution and the Distribution qualify as a "reorganization" within the meaning of Sections 368(a)(1)(G), 355, and 356 of the Internal Revenue Code Code (collectively, the "**Intended Tax-Free Treatment**"), as well as addressing certain other matters. |
|---|---|
| | The Plan and the Merger Agreement, as applicable, will require that the Debtors obtain the Private Letter Ruling to the reasonable satisfaction of EFH, the Plan Sponsor, TCEH, and the TCEH Supporting Creditors.  It is anticipated that the IRS will not provide every ruling requested in the Ruling Request.  Therefore, none of the Plan, the Merger Agreement, or the Restructuring Transactions are conditioned on the receipt of any specific ruling from the IRS. |
| | EFH shall be responsible for the preparation and filing of all IRS Submissions.  EFH will provide tax counsel to the Plan Sponsor, TCEH, and the TCEH Supporting Creditors a reasonable opportunity to review and comment on all drafts of IRS Submissions, *provided* that such rights shall not result in unreasonable delays in submitting the IRS Submissions to the IRS.   EFH, the Plan Sponsor, TCEH, and the TCEH Supporting Creditors agree to cooperate and use their commercially reasonable efforts to assist in obtaining the Private Letter Ruling requested in the Ruling Request, including providing such appropriate information and representations as the IRS shall reasonably require in connection with the Private Letter Ruling.  EFH shall also notify the Plan Sponsor, TCEH, and the TCEH Supporting Creditors of any substantive communications with the IRS regarding the IRS Submissions, the Restructuring Transactions, or the Plan. |

| TREATMENT OF CLAIMS AND INTERESTS OF THE DEBTORS UNDER THE PLAN | | | |
|---|---|---|---|
| Class No. | Type of Claim | Treatment | Impairment / Voting |
| Unclassified Non-Voting Claims Against the Debtors | | | |
| N/A | EFIH First Lien DIP Claims | On the Effective Date, in full satisfaction of each Allowed EFIH First Lien DIP Claim, each Holder thereof shall receive (a) payment in full in cash or (b) such other less favorable treatment for such Holder as may be agreed to by such Holder and the EFIH Debtors. | N/A |
| N/A | TCEH DIP Claims | On the Effective Date, in full satisfaction of each Allowed TCEH DIP Claim, each Holder thereof shall receive (a) payment in full in cash or (b) such other less favorable treatment for such Holder as may be agreed to | N/A |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| | | by such Holder and the TCEH Debtors. | |
|---|---|---|---|
| N/A | Administrative Claims | On the Effective Date, except to the extent that a Holder of an Allowed Administrative Claim and the Debtor against which such Allowed Administrative Claim is asserted agree to less favorable treatment for such Holder, each Holder of an Allowed Administrative Claim shall receive, in full satisfaction of its Claim, payment in full in cash. | N/A |
| N/A | Priority Tax Claims | Except to the extent that a Holder of an Allowed Priority Tax Claim and the Debtor against which such Allowed Priority Tax Claim is asserted agree to less favorable treatment for such Holder, each Holder of an Allowed Priority Tax Claim shall receive, in full satisfaction of its Claim, payments in cash in a manner consistent with section 1129(a)(9)(C) of the Bankruptcy Code. | N/A |
| Classified Claims and Interests of the EFH Debtors | | | |
| Class A1 | Other Secured Claims Against the EFH Debtors | On the Effective Date, in full satisfaction of each Allowed Other Secured Claim against the EFH Debtors, each Holder thereof shall receive, at the option of the applicable EFH Debtor:  (a) payment in full from the Priority Transaction Consideration Pool; (b) delivery of collateral securing any such Claim and payment of any interest required under section 506(b) of the Bankruptcy Code; (c) Reinstatement of such Other Secured Claim; or (d) other treatment rendering such Claim Unimpaired. | Unimpaired; deemed to accept. |
| Class A2 | Other Priority Claims Against the EFH Debtors | On the Effective Date, in full satisfaction of each Allowed Other Priority Claim against the EFH Debtors, each Holder thereof shall receive payment in full from the Priority Transaction Consideration Pool or other treatment rendering such Claim Unimpaired. | Unimpaired; deemed to accept. |
| Class A3 | Legacy General Unsecured Claims Against the EFH Debtors | On the Effective Date, in full satisfaction of each Legacy General Unsecured Claim against the EFH Debtors, each Holder thereof shall be Reinstated or receive payment in full from the Priority Transaction Consideration Pool. | Unimpaired; deemed to accept. |
| Class A4 | General Unsecured Claims Against | On the Effective Date, in full satisfaction of each Allowed General Unsecured Claim against EFH, each Holder thereof shall receive their Pro Rata share, up to | Impaired; entitled to vote. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

|  | EFH | the amount of their Allowed Claims, of the EFH Transaction Consideration Pool. |  |
|---|---|---|---|
|  |  | **If Class A4 votes to accept the Plan**, the EFH Note Claims shall be Allowed in an amount equal to: (a) principal plus accrued but unpaid prepetition interest plus (b) the lesser of (i) the EFH Transaction Consideration Pool less such principal, accrued but unpaid prepetition interest, the TCEH Settlement Payment, and the EFH Settlement Payment or (ii) (A) [____]% of accrued but unpaid postpetition interest (including any interest on interest) on such principal on the terms set forth in the applicable indenture through the Effective Date plus (B) [____]% of any Makewhole Claims. |  |
|  |  | **If Class A4 votes to reject the Plan**, the EFH Note Claims shall be Allowed in an amount equal to (x) principal plus accrued but unpaid prepetition interest plus (y) the lesser of (i) the EFH Transaction Consideration Pool less such principal, accrued but unpaid prepetition interest, the TCEH Settlement Payment, and the EFH Settlement Payment, or (ii) accrued but unpaid postpetition interest at the federal judgment rate through the Effective Date, but not including, for the avoidance of doubt, any Makewhole Claims, unless otherwise ordered by Final Order. |  |
| Class A5 | **General Unsecured Claims Against the EFH Debtors Other Than EFH** | On the Effective Date, in full satisfaction of each Allowed General Unsecured Claim against the EFH Debtors Other Than EFH, each Holder thereof shall receive treatment in accordance with the Bankruptcy Code. | Impaired; entitled to vote. |
| Class A6 | **EFH Debtor Intercompany Claims** | On the Effective Date, EFH Debtor Intercompany Claims shall be either be Reinstated or canceled and released at the option of the EFH Debtors. | Unimpaired; deemed to accept **or** Impaired; deemed to reject. |
| Class A7 | **Non-EFH Debtor Intercompany Claims** | On the Effective Date, Non-EFH Debtor Intercompany Claims shall be canceled and released. | Impaired; deemed to reject. |
| Class A8 | **Interests in** | On the Effective Date, Interests in the EFH Debtors other | Unimpaired; |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

|  | EFH Debtors Other Than EFH | than EFH shall be either Reinstated or canceled and released. | deemed to accept. |
|---|---|---|---|
| Class A9 | EFH Interests | On the Effective Date, EFH Interests shall receive: (a) the EFH Settlement Payment; and (b) [   ]% of the Excess Transaction Consideration Pool. | Impaired; entitled to vote. |
| **Classified Claims and Interests of the EFIH Debtors[5]** | | | |
| Class B1 | Other Secured Claims Against the EFIH Debtors | On the Effective Date, in full satisfaction of each Allowed Other Secured Claim against the EFIH Debtors, each Holder thereof shall receive, at the option of the applicable EFIH Debtor in consultation with the Plan Sponsor:    (a) payment in full from the Priority Transaction Consideration Pool; (b) delivery of collateral securing any such Claim and payment of any interest required under section 506(b) of the Bankruptcy Code; (c) Reinstatement of such Other Secured Claim; or (d) other treatment rendering such Claim Unimpaired. | Unimpaired; deemed to accept. |
| Class B2 | Other Priority Claims Against the EFIH Debtors | On the Effective Date, in full satisfaction of each Allowed Other Priority Claim against the EFIH Debtors, each Holder thereof shall receive payment in full from the Priority Transaction Consideration Pool or other treatment rendering such Claim Unimpaired. | Unimpaired; deemed to accept. |
| Class B3 | EFIH First Lien Note Claims | On the Effective Date, in full satisfaction of each Allowed EFIH First Lien Note Claim, each Holder thereof shall receive its Pro Rata Share of either: (a) **if Class B3 votes to accept the Plan**, payment from the EFIH Transaction Consideration Pool in an amount equal to [   ]% of the aggregate amount of any Makewhole Claims on account of the EFIH First Lien Notes; or (b) **if Class B3 votes to reject the Plan**, no distribution and all such Claims shall be Disallowed in their entirety; *provided, however*, if such Claims are Allowed in any amount by Final Order, each Holder thereof shall receive payment in such amount from either: (i) **in the Merger** | Impaired; entitled to vote. |

---

[5]   The Debtors reserve the right to take such other steps as are necessary to comply with the Bankruptcy Code with respect to the treatment of any liens securing the Secured Claims of the EFIH Secured Creditors.

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| | | **Scenario**, the EFIH Transaction Consideration Pool, or (ii) **in the Backstop Scenario or Standalone Scenario**, Tranche B New Reorganized EFIH First Lien Debt. | |
|---|---|---|---|
| **Class B4** | **EFIH Second Lien Note Claims** | On the Effective Date, in full satisfaction of each Allowed EFIH Second Lien Note Claim, each Holder thereof shall receive their Pro Rata Share of either: | Impaired; entitled to vote. |
| | | (a) **if Class B4 votes to accept the Plan**, payment from the EFIH Transaction Consideration Pool in an amount equal to: (i) principal plus (ii) accrued but unpaid prepetition interest plus (iii) accrued but unpaid postpetition interest (including any Additional Interest and interest on interest) on such principal on the terms set forth in the EFIH Second Lien Note Indenture through the Effective Date plus (iv) [     ]% of any Makewhole Claims on account of the EFIH Second Lien Notes; or | |
| | | (b) **if Class B4 votes to reject the Plan**, payment from either (x) **in the Merger Scenario**, the EFIH Transaction Consideration Pool, or (y) **in the Backstop Scenario or Standalone Scenario**, the New Reorganized EFIH Second Lien Debt, in an amount equal to: (i) principal plus (ii) accrued but unpaid prepetition interest plus (iii) accrued but unpaid postpetition interest (not including any Additional Interest or interest on interest) on such principal on the terms set forth in the EFIH Second Lien Note Indenture through the Effective Date, but not including, for the avoidance of doubt, any alleged premiums, fees, or claims relating to the repayment of such Claims, or as otherwise ordered by Final Order. | |
| **Class B5** | **General Unsecured Claims Against the EFIH Debtors** | On the Effective Date, in full satisfaction of each Allowed General Unsecured Claim against the EFIH Debtors, each Holder thereof shall receive their Pro Rata Share of the EFIH Transaction Consideration Pool. | Impaired; entitled to vote. |
| | | If **Class B5 votes to accept the Plan**, the EFIH Unsecured Note Claims and EFH LBO Note Guaranty shall be allowed in an amount equal to: (a) principal plus (b) accrued but unpaid prepetition interest plus (c) [     ]% of accrued but unpaid postpetition interest (including any Additional Interest and interest on interest) on such principal on the terms set forth in the applicable indenture through the Effective Date plus (d) in the case of the EFIH Unsecured Note Claims, [     ]% of any | |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND ECFH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

|  |  |  |  |
|---|---|---|---|
|  |  | Makewhole Claims or, in the case of the EFH LBO Note Guaranty Claims, [___]% of any Makewhole Claims. **If Class B5 votes to reject the Plan**, the EFIH Unsecured Note Claims and EFH LBO Note Guaranty Claims shall be allowed in an amount equal to: (a) principal <u>plus</u> (b) accrued but unpaid prepetition interest <u>plus</u> (c) accrued but unpaid postpetition interest at the federal judgment rate through the Effective Date, but not including, for the avoidance of doubt, any disputed premiums, fees or claims relating to the repayment of such Claims, unless otherwise ordered by Final Order. |  |
| **Class B6** | **EFIH Debtor Intercompany Claims** | On the Effective Date, unless otherwise provided in the Plan, EFIH Debtor Intercompany Claims shall be either Reinstated or canceled and released at the option of the EFIH Debtors. | Unimpaired; deemed to accept **or** Impaired; deemed to reject. |
| **Class B7** | **Non-EFIH Debtor Intercompany Claims** | On the Effective Date, Non-EFIH Debtor Intercompany Claims shall be canceled and released. | Unimpaired, deemed to accept. |
| **Class B8** | **Interests in the EFIH Debtors** | On the Effective Date, Interests in the EFIH Debtors shall be Reinstated. | Unimpaired, deemed to accept. |
| **Classified Claims and Interests of the TCEH Debtors** | | | |
| **Class C1** | **Other Secured Claims Against the TCEH Debtors** | On the Effective Date, in full satisfaction of each Allowed Other Secured Claim against the TCEH Debtors, each Holder thereof shall receive, at the option of the applicable TCEH Debtor:  (a) payment in full in cash; (b) delivery of the collateral securing any such Claim and payment of any interest required under section 506(b) of the Bankruptcy Code; (c) Reinstatement of such Other Secured Claim; or (d) other treatment rendering such Claim Unimpaired. | Unimpaired; deemed to accept. |
| **Class C2** | **Other Priority Claims Against the TCEH Debtors** | On the Effective Date, in full satisfaction of each Allowed Other Priority Claim against the TCEH Debtors, each Holder thereof shall receive payment in full in cash or other treatment rendering such Claim Unimpaired. | Unimpaired, deemed to accept. |
| **Class C3** | **TCEH First** | On the Effective Date, in full satisfaction of each | Impaired; |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL.  THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT SOLICITING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS.  THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS.  THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| | Lien Claims | Allowed TCEH First Lien Claim, each Holder thereof shall receive its Pro Rata share of: (a) [ ]% of the Reorganized TCEH Common Stock (following the Basis Step-Up), subject to dilution only from the Reorganized TCEH Management Incentive Plan and the New Reorganized TCEH Warrants; (b) [ ]% of the net cash proceeds from the issuance of the New Reorganized TCEH Debt less amounts distributed to Class C4 in accordance with the Plan; (c) [ ]% of the Excess Transaction Consideration Pool; and (d) [ ]% of the amounts distributed to TCEH on account of the TCEH Settlement Payment. | entitled to vote. |
|---|---|---|---|
| Class C4 | **General Unsecured Claims Against the TCEH Debtors Other than EFCH** | On the Effective Date, in full satisfaction of each Allowed General Unsecured Claim against the TCEH Debtors other than EFCH, each Holder thereof shall receive its Pro Rata Share of either: (a) **if Class C4 votes to accept the Plan,** (i) [ ]% of the Reorganized TCEH Common Stock, following the Basis Step-Up, subject to dilution only from the Reorganized TCEH Management Incentive Plan and the New Reorganized TCEH Warrants; (ii) [ ]% of the net cash proceeds from the issuance of the New Reorganized TCEH Debt, or $[ ] million in cash; (iii) [ ]% of the Excess Transaction Consideration Pool; (iv) [ ]% of the amounts distributed to TCEH on account of the TCEH Settlement Payment; and (v) the New Reorganized TCEH Warrants; or (b) **if Class C4 votes to reject the Plan,** the amount creditors in such class would so receive or retain if the applicable Debtor were liquidated under chapter 7 of the Bankruptcy Code as of the Effective Date (the "**Liquidation Recovery**"), as set forth in the liquidation analysis of the Disclosure Statement, unless otherwise ordered by Final Order. | Impaired; entitled to vote. |
| Class C5 | **General Unsecured Claims Against EFCH** | On the Effective Date, each Allowed General Unsecured Claim against EFCH shall be canceled and released. | Impaired; deemed to reject. |
| Class C6 | **TCEH Debtor Intercompany Claims** | On the Effective Date, unless otherwise provided for under the Plan, each TCEH Debtor Intercompany Claim shall either be Reinstated or canceled and released at the option of the TCEH Debtors. | Unimpaired; deemed to accept **or** Impaired; |

12

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| | | | deemed to reject. |
|---|---|---|---|
| Class C7 | **Non-TCEH Debtor Intercompany Claims** | On the Effective Date, Non-TCEH Debtor Intercompany Claims shall be canceled and released. | Impaired; deemed to reject. |
| Class C8 | **Interests in TCEH Debtors other than TCEH and EFCH** | On the Effective Date, Interests in the TCEH Debtors other than TCEH and EFCH shall be Reinstated. | Unimpaired; deemed to accept. |
| Class C9 | **Interests in TCEH and EFCH** | On the Effective Date, Interests in TCEH and EFCH shall be canceled and released in accordance with the Tax-Free Spin-Off. | Impaired; deemed to reject. |

## GENERAL PROVISIONS REGARDING THE PLAN

| | |
|---|---|
| **Subordination** | The classification and treatment of Claims under the Plan shall conform to the respective contractual, legal, and equitable subordination rights of such Claims, and any such rights shall be settled, compromised, and released pursuant to the Plan. |
| **Restructuring Transactions** | The Confirmation Order shall be deemed to authorize, among other things, all actions as may be necessary or appropriate to effect any transaction described in, approved by, contemplated by, or necessary to effectuate the Plan, including the Tax-Free Spin-Off. |
| **Transaction Consideration** | On the Effective Date, the Total Transaction Consideration shall be applied with respect to distributions under the Plan in the following order: (a) the Cash Consideration shall be applied to the Priority Transaction Consideration Pool; (b) the remaining Cash Consideration, if any, shall be applied first to the EFIH Transaction Consideration Pool in accordance with the priorities set forth in the EFIH Transaction Consideration Pool until satisfied in full and second to the EFH Transaction Consideration Pool Pro Rata; (c) once the Cash Consideration has been fully distributed, the Stock Consideration shall be applied first to the EFIH Transaction Consideration Pool in accordance with the priorities set forth in the EFIH Transaction Consideration Pool until satisfied in full, second Pro Rata to the EFH Transaction Consideration Pool until |

13

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL.  THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION.  THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET.  VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS.  THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS.  THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

|  |  |
|---|---|
|  | satisfied in full, and third to the Excess Transaction Consideration Pool. |
|  | *provided, however*, in the Backstop Scenario and Standalone Scenario, each Holder of a Claim or Interest in such Class receiving Transaction Consideration under the Plan may elect to receive Stock Consideration in lieu of Cash Consideration on account of such Claim or Interest in the such holder; *provided further*, *however*, in the Backstop Scenario, any Transaction Consideration distributed to the TCEH Debtors or Holders of Claims against or Interests in the TCEH Debtors under the Plan may be paid in the form of Debt Consideration or Cash Consideration at the Debtors' election. |
| **Tax Basis of Reorganized TCEH** | Immediately following the Distribution, the aggregate tax basis, for U.S. federal income tax purposes, of the assets held by Reorganized TCEH shall be equal to the Minimum Basis. |
| **Tax Matters Agreement** | Reorganized EFH, Reorganized TCEH, and, in the Merger Scenario, the Parent and the Merger Sub, shall enter into a Tax Matters Agreement as of the Effective Date that shall govern the rights and obligations of each party with respect to certain tax matters. |
|  | Specifically, the Tax Matters Agreement will address: |
|  | (i)   the filing of tax returns by Reorganized EFH and Reorganized TCEH; |
|  | (ii)  tax indemnification obligations of Reorganized EFH and Reorganized TCEH; |
|  | (iii) the conduct of tax proceedings by Reorganized EFH and Reorganized TCEH; and |
|  | (iv)  representations, warranties, and covenants with respect to the Intended Tax-Free Treatment of the Contribution and Distribution. |
| **REIT Structure** | In the Standalone Scenario, the Debtors will take all reasonable steps to pursue a REIT structure for Reorganized EFH; *provided, however*, that the Debtors shall not be required to take such steps if the Debtors determine in their sole discretion that any such steps would impair the Debtors' ability to solicit, confirm, or consummate the Plan, including the creation of any risk with respect to obtaining the Private Letter Ruling, the consummation of any Restructuring Transaction, or any related contract, instrument, agreement, or other document, or the impairment of Oncor rates or value as a result of PUC action. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| | |
|---|---|
| **Shared Services** | Except as otherwise agreed by Reorganized TCEH and the Plan Sponsor, the TCEH Debtors and the EFH Debtors will: (a) transfer the Shared Services to Reorganized TCEH or its designee and (b) execute a Transition Services Agreement, each on substantially the terms set forth on **Exhibit D** attached hereto. |
| **Tax Sharing Agreements** | On the Effective Date, the Competitive Tax Sharing Agreement shall automatically terminate and all Claims and Causes of Action arising thereunder or in any way related thereto shall be forever discharged, cancelled, and released.<br><br>On the Effective Date, the Oncor Tax Sharing Agreement will be assumed by EFH, as may be amended or assigned in a manner agreed by the EFH Debtors and the Plan Sponsors consistent with this Term Sheet. |
| **Cancellation of Notes, Instruments, Certificates, and Other Documents** | On the Effective Date, except to the extent otherwise provided in this Term Sheet or the Plan, all notes, instruments, certificates, and other documents evidencing Claims or Interests, including credit agreements and indentures, shall be canceled and the obligations of the Debtors thereunder or in any way related thereto shall be deemed satisfied in full and discharged. |
| **Issuance of New Securities; Execution of the Plan Restructuring Documents** | On the Effective Date, the Debtors or Reorganized Debtors, as applicable, shall issue all securities, notes, instruments, certificates, and other documents required to be issued pursuant to the Restructuring. |
| **Executory Contracts and Unexpired Leases** | Except as otherwise provided in this Term Sheet, the Plan will provide for the Debtors to assume or reject, as the case may be, executory contracts and unexpired leases identified in the Plan Supplement to the extent that any such executory contracts and unexpired leases have not been otherwise assumed or rejected, in form and substance reasonably acceptable (i) with respect to executory contracts and unexpired leases that will be assumed by Reorganized TCEH or any of its subsidiaries, the TCEH Supporting Creditors, and (ii) with respect to executory contracts and unexpired leases that will be assumed by Reorganized EFH or Reorganized EFIH, the Plan Sponsor. |
| **Retention of Jurisdiction** | The Plan will provide for the retention of jurisdiction by the Bankruptcy Court for usual and customary matters, including with respect to the Tax-Free Spin-Off and the Merger or the Equity Investment, as applicable. |
| **Discharge of Claims and Termination of Interests** | **Pursuant to section 1141(d) of the Bankruptcy Code, and except as otherwise specifically provided in the Plan or in any contract, instrument, or other agreement or document created pursuant to the Plan, the distributions, rights, and treatment that are provided in the** |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

|  | Plan shall be in complete satisfaction, discharge, and release, effective as of the Effective Date, of Claims (including any Debtor Intercompany Claims resolved or compromised after the Effective Date by the Reorganized Debtors), Interests, and Causes of Action of any nature whatsoever, including any interest accrued on Claims or Interests from and after the Petition Date, whether known or unknown, against, liabilities of, Liens on, obligations of, rights against, and Interests in, the Debtors or any of their assets or properties, regardless of whether any property shall have been distributed or retained pursuant to the Plan on account of such Claims and Interests, including demands, liabilities, and Causes of Action that arose before the Effective Date, any liability (including withdrawal liability) to the extent such Claims or Interests relate to services performed by employees of the Debtors before the Effective Date and that arise from a termination of employment, any contingent or non-contingent liability on account of representations or warranties issued on or before the Effective Date, and all debts of the kind specified in sections 502(g), 502(h), or 502(i) of the Bankruptcy Code, in each case whether or not:  (1) a Proof of Claim based upon such debt or right is filed or deemed filed pursuant to section 501 of the Bankruptcy Code; (2) a Claim or Interest based upon such debt, right, or Interest is Allowed pursuant to section 502 of the Bankruptcy Code; or (3) the Holder of such a Claim or Interest has accepted the Plan.   Any default or "event of default" by the Debtors or Affiliates with respect to any Claim or Interest that existed immediately before or on account of the filing of the Chapter 11 Cases shall be deemed cured (and no longer continuing) as of the Effective Date.   The Confirmation Order shall be a judicial determination of the discharge of all Claims and Interests subject to the Effective Date occurring. |
| **Releases by the Debtors** | Pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, on and after the Effective Date, each Released Party is deemed released and discharged by the Debtors, the Reorganized Debtors, and their Estates from any and all Causes of Action, including any derivative claims, asserted on behalf of the Debtors, that the Debtors, the Reorganized Debtors, or their Estates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, based on or relating to, or in any manner arising from, in whole or in part: |
|  | (a)  the Debtors, the Debtors' in- or out-of-court restructuring efforts, intercompany transactions, the Liability Management |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

|  |  |
|---|---|
|  | Program, the Tax Sharing Agreements, the 2007 Acquisition, the formulation, preparation, dissemination, negotiation, or filing of the Restructuring Support Agreement, the EFIH First Lien Settlement, or the Shared Services; |
|  | (b) any Restructuring Transaction, contract, instrument, release, or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Restructuring Support Agreement, the Disclosure Statement, the Plan, the Merger Agreement, the Backstop Agreement, or the DIP Facilities; |
|  | (c) the Chapter 11 Cases, the Disclosure Statement, the Plan, the Merger Agreement, the Backstop Agreement, the filing of the Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan, including the issuance or distribution of Securities pursuant to the Plan, or the distribution of property under the Plan, the Merger Agreement, the Backstop Agreement, or any other related agreement; or |
|  | (d) any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date; |
|  | provided, however, that the foregoing shall not include any claims or liabilities arising out of or relating to any act or omission of a Released Party that is determined in a final order to have constituted actual fraud, willful misconduct, or gross negligence. Notwithstanding anything to the contrary in the foregoing, the releases set forth above do not release any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan. |
| Releases by Holders of Claims and Interests of the Debtors | As of the Effective Date, each Releasing Party is deemed to have released and discharged each Debtor, Reorganized Debtor, and Released Party from any and all Causes of Action, including any derivative claims, asserted on behalf of the Debtors, that such Entity would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

|  |  |
|---|---|
|  | in whole or in part:<br><br>(a) the Debtors, the Debtors' in- or out-of-court restructuring efforts, intercompany transactions, the Liability Management Program, the Tax Sharing Agreements, the 2007 Acquisition, the formulation, preparation, dissemination, negotiation, or filing of the Restructuring Support Agreement, the EFIH First Lien Settlement, or the Shared Services;<br><br>(b) any Restructuring Transaction, contract, instrument, release, or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Restructuring Support Agreement, the Disclosure Statement, the Plan, the Merger Agreement, the Backstop Agreement, or the DIP Facilities;<br><br>(c) the Chapter 11 Cases, the Disclosure Statement, the Plan, the Merger Agreement, the Backstop Agreement, the filing of the Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan, including the issuance or distribution of Securities pursuant to the Plan, or the distribution of property under the Plan, the Merger Agreement, the Backstop Agreement, or any other related agreement; or<br><br>(d) any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date;<br><br>provided, however, that the foregoing shall not include claims or liabilities arising out of or relating to any act or omission of a Debtor, Reorganized Debtor, or Released Party that is determined in a final order to have constituted actual fraud, willful misconduct, or gross negligence.<br><br>Notwithstanding anything to the contrary in the foregoing, the releases set forth above do not release any post-Effective Date obligations of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan. |
| **Exculpation** | Except as otherwise specifically provided in the Plan, no Exculpated |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

|  | Party shall have or incur, and each Exculpated Party is hereby released and exculpated from any Cause of Action for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, filing, or termination of the Restructuring Support Agreement and related prepetition transactions, the Disclosure Statement, the Plan, the Merger Agreement, the Backstop Agreement, or any Restructuring Transaction, contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Merger Agreement, the Backstop Agreement, or the DIP Facilities, the filing of the Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan, including the issuance of Securities pursuant to the Plan, or the distribution of property under the Plan, the Merger Agreement, the Backstop Agreement, or any other related agreement, except for claims related to any act or omission that is determined in a final order to have constituted actual fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan.  The Exculpated Parties have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan. |
|---|---|
| **Injunctions** | Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold claims or interests that have been released pursuant to the Plan, shall be discharged pursuant to the Plan, or are subject to exculpation pursuant to the Plan, are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, or the Released Parties:  (i) commencing or continuing in any manner any action or |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, ARE STILL DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

|  | other proceeding of any kind on account of or in connection with or with respect to any such claims or interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such claims or interests; (iii) creating, perfecting, or enforcing any lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such claims or interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such claims or interests unless such Entity has timely asserted such setoff right in a document filed with the Bankruptcy Court explicitly preserving such setoff, and notwithstanding an indication of a claim or interest or otherwise that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such claims or interests released or settled pursuant to the Plan. |
|---|---|

## OTHER MATERIAL PROVISIONS REGARDING THE RESTRUCTURING

| Employment Obligations | After the Effective Date, the Reorganized Debtors' wages, compensation, and benefit programs shall be acceptable, in the case of Reorganized TCEH, to the TCEH Debtors and the TCEH Supporting Creditors and, in the case of Reorganized EFH, to EFH and the Plan Sponsor. |
|---|---|
|  | Reorganized TCEH will assume all employment obligations. Employees who are party to employment agreements with the Debtors shall either: (i) have such agreements or arrangements assumed pursuant to the Plan; or (ii) receive new employment agreements. |
|  | New employment agreements with the Reorganized Debtors shall be: (i) with respect to employment agreements with Reorganized TCEH or any of its subsidiaries, in form and substance acceptable to the Reorganized Debtors and reasonably acceptable to the TCEH Supporting Creditors, and (ii) with respect to employment agreements with Reorganized EFH, in form and substance acceptable to the Reorganized Debtors and reasonably acceptable to the Plan Sponsor. |
| Indemnification of Prepetition Directors, | Under the Restructuring, consistent with applicable law, all indemnification obligations in place as of the Effective Date (whether in the by-laws, |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING THE CLAIMS AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| | |
|---|---|
| **Officers, Managers, et al.** | certificates of incorporation or formation, limited liability company agreements, other organizational or formation documents, board resolutions, indemnification agreements, employment contracts, or otherwise) for the current and former directors, officers, managers, employees, attorneys, accountants, investment bankers, and other professionals of the Debtors, as applicable, shall be assumed and remain in full force and effect after the Effective Date, and shall not be modified, reduced, discharged, impaired, or otherwise affected in any way, and shall survive unimpaired and unaffected, irrespective of when such obligation arose. |
| | The TCEH Debtors and Reorganized TCEH shall assume the indemnification obligations for the current and former directors, officers, managers, employees, and other professionals of the TCEH Debtors, in their capacities as such, and the EFH Debtors and Reorganized EFH shall assume the Indemnification Obligations for the current and former directors, officers, managers, employees, and other professionals of the EFH Debtors or EFIH Debtors, in their capacities as such. For the avoidance of doubt, the TCEH Debtors and Reorganized TCEH shall not have any liability for, or any obligations in respect of, any indemnification provisions for the benefit of the current and former directors, officers, managers, employees, attorneys, accountants, investment bankers, and other professionals of the EFH Debtors or the EFIH Debtors, in their capacities as such, and the EFH Debtors, EFIH Debtors, Reorganized EFH, and Reorganized EFIH shall not have any liability for, or any obligations in respect of, any indemnification provisions for the benefit of the current and former directors, officers, managers, employees, attorneys, accountants, investment bankers, and other professionals of the TCEH Debtors, in their capacities as such. |
| **Claims of the Debtors** | The Reorganized Debtors, as applicable, shall retain all rights to commence and pursue any Causes of Action, other than any Causes of Action released by the Debtors pursuant to the release and exculpation provisions outlined in this Term Sheet. |
| **Director, Officer, Manager, and Employee Tail Coverage** | On or before the Effective Date, the Debtors will obtain sufficient liability insurance policy coverage for the six-year period following the Effective Date for the benefit of the Debtors' current and former directors, managers, officers, and employees on terms no less favorable than the Debtors' existing director, officer, manager, and employee coverage and with an available aggregate limit of liability upon the Effective Date of no less than the aggregate limit of liability under the existing director, officer, manager, and employee coverage upon placement; *provided, however*, that the costs of such policies shall be reasonably allocated among the Debtors in a manner reasonably acceptable to the Debtors, the TCEH Supporting Creditors, and the Plan Sponsor. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Conditions Precedent to Confirmation | The following shall be conditions precedent to Confirmation: |
|---|---|

(i) the Bankruptcy Court shall have entered the Confirmation Order in a manner consistent in all material respects with the Plan and the Merger Agreement or Backstop Agreement, as applicable; and

(ii) the Confirmation Order shall:

    a. authorize the Debtors to take all actions necessary to enter into, implement, and consummate the contracts, instruments, releases, leases, indentures, and other agreements or documents created in connection with the Plan;

    b. decree that the provisions of the Confirmation Order and the Plan are nonseverable and mutually dependent;

    c. authorize the Debtors and Reorganized Debtors, as applicable/necessary, to: (i) implement the Restructuring Transactions, including the Merger or Equity Investment, as applicable, and the Tax-Free Spin-Off; (ii) issue and distribute the Reorganized EFH Common Stock, the Parent Common Stock, the New Reorganized TCEH Debt, the Reorganized TCEH Common Stock, the New Reorganized TCEH Warrants, the New Reorganized EFIH First Lien Debt, and the New Reorganized EFIH Second Lien Debt, each pursuant to the exemption from registration under the Securities Act provided by section 1145 of the Bankruptcy Code or other exemption from such registration or pursuant to one or more registration statements; (iii) make all distributions and issuances as required under the Plan, including Cash, the Total Transaction Consideration, the Reorganized EFH Common Stock, the New Reorganized TCEH Debt, the Reorganized TCEH Common Stock, the New Reorganized TCEH Warrants, the New Reorganized EFIH First Lien Debt, and the New Reorganized EFIH Second Lien Debt; and (iv) enter into any agreements, transactions, and sales of property as set forth in the Plan Supplement, including the Reorganized TCEH Management Incentive Plan; and

    d. provide that, pursuant to section 1146 of the Bankruptcy Code, the assignment or surrender of any lease or sublease, and the delivery of any deed or other instrument or transfer order, in furtherance of, or in connection with the Plan, including any deeds, bills of sale, or assignments executed in connection with any disposition or transfer of assets contemplated under

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL, BETWEEN THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

|  |  |
|---|---|
|  | the Plan, shall not be subject to any stamp, real estate transfer, mortgage recording, or other similar tax. |
| **Conditions Precedent to the Effective Date** | The following shall be conditions precedent to the Effective Date: |

(i) the Confirmation Order shall have been duly entered;

(ii) immediately following the Distribution, the aggregate tax basis, for federal income tax purposes, of the assets held by Reorganized TCEH shall be equal to the Minimum Basis, and the Basis Step-Up shall be no less than [an amount to be negotiated];

(iii) the Debtors shall have obtained all authorizations, consents, regulatory approvals, rulings, or documents that are necessary to implement and effectuate the Plan and the Merger or Equity Investment, as applicable, including from the FERC, PUC, and NRC, as applicable, *provided* that the PUC Regulatory Approval shall not be required to implement and effectuate the Plan as to the TCEH Debtors, *provided further* that and with respect to the Merger Agreement or the Backstop Agreement, as applicable, PUC Regulatory Approval shall be considered obtained if the PUC issues its conditional approval of the Restructuring Transactions;

(iv) the Debtors shall have obtained the Private Letter Ruling from the IRS to the reasonable satisfaction of EFH, the Plan Sponsor, TCEH, and the TCEH Supporting Creditors; *provided, however*, that the failure of the Private Letter Ruling to rule that (i) the Contribution and Distribution qualify as a reorganization within the meaning of section 368(a)(1)(G) of the Internal Revenue Code; (ii) the Distribution constitutes a transaction qualifying under sections 355 and 356 of the Internal Revenue Code; or (iii) the Distribution is not used principally as a device for the distribution of earnings and profits of EFH or Reorganized TCEH, in each case shall not be grounds for concluding the Private Letter Ruling is not to the reasonable satisfaction of EFH, the Plan Sponsor, TCEH, or the TCEH Supporting Creditors;

(v) Reorganized EFH, Reorganized TCEH, and, in the Merger Scenario, the Parent and the Merger Sub, shall have entered into the Tax Matters Agreement;

(vi) in the Merger Scenario, the Parent Common Stock shall have been approved for listing on the NYSE or NASDAQ, subject to official notice of issuance, and either (i) in the Merger Scenario, a Form S-4 shall have become effective under the Securities Act and shall not be the subject of any stop order or proceedings seeking a stop order,

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

and the Parent shall have received all state securities or "blue sky" authorizations necessary for the issuance of the Parent Common Stock; or (ii) the SEC shall have issued a favorable "no-action" letter agreeing that the exemption from the registration requirements of the Securities Act and from applicable state securities laws provided by section 1145 of the Bankruptcy Code is applicable in connection with the issuance of the Stock Consideration;

(vii) in the Merger Scenario, the representations of EFH, the Parent, and the Merger Sub in the Merger Agreement shall be true and correct as of the Effective Date, except any failure to be true and correct that has not had, individually or in the aggregate, a material adverse effect;

(viii) in the Backstop Scenario, the representations of Debtors and the Backstop Parties in the Backstop Agreement shall be true and correct as of the Effective Date, except any failure to be true and correct that has not had, individually or in the aggregate, a material adverse effect;

(ix) the final version of the Plan Supplement and all of the schedules, documents, and exhibits contained therein shall have been filed in a manner consistent in all material respects with the Plan and the Merger Agreement or Backstop Agreement, as applicable;

(x) all Allowed Professional Fee Claims approved by the Bankruptcy Court shall have been paid in full or amounts sufficient to pay such Allowed Professional Fee Claims after the Effective Date have been placed in the Professional Fee Escrow Account pending approval of the Professional Fee Claims by the Bankruptcy Court;

(xi) the Debtors shall have implemented the Restructuring Transactions, including the Merger or Equity Investment, as applicable, and Tax-Free Spin-Off, in a manner consistent in all material respects with the Plan and the Merger Agreement or Backstop Agreement, as applicable; and

(xii) except as otherwise provided in the Plan or the Private Letter Ruling, the Debtors shall not have taken any action to change the entity classification for U.S. federal income tax purposes of any Debtor entity with material assets, by changing their legal form or otherwise, without the consent of the Plan Sponsor, TCEH, and the TCEH Supporting Creditors; *provided, however,* that the consent of TCEH and the TCEH Supporting Creditors shall not be required with respect to the foregoing if such action by EFH, EFIH, or the Parent does not directly affect the Contribution and Distribution and

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| | does not prevent or delay EFH from obtaining the Private Letter Ruling; *provided, further,* that the consent of the Plan Sponsor shall not be required with respect to the foregoing if such action by TCEH or the TCEH Supporting Creditors does not prevent or delay EFH from obtaining the Private Letter Ruling. |
|---|---|

## **CORPORATE GOVERNANCE PROVISIONS/SECTION 1145 EXEMPTION**

| | |
|---|---|
| **Charter; Bylaws; Corporate Governance** | Corporate governance for Reorganized TCEH or any of its subsidiaries, including charters, bylaws, operating agreements, or other organization or formation documents, as applicable, shall be consistent with section 1123(a)(6) of the Bankruptcy Code, as applicable, and the Tax Matters Agreement, and in form and substance acceptable to the Debtors and the TCEH Supporting Creditors.  The Reorganized TCEH Board will be appointed by the TCEH Supporting Creditors, in consultation with TCEH. Corporate governance for Reorganized EFH and Reorganized EFIH, including charters, bylaws, operating agreements, or other organization or formation documents, as applicable, shall be consistent with section 1123(a)(6) of the Bankruptcy Code, as applicable, and the Tax Matters Agreement, and in form and substance acceptable to the Debtors and the Plan Sponsor.  The Reorganized EFH/EFIH Board will be appointed by the Plan Sponsor in accordance with the Merger Agreement or the Backstop Agreement, as applicable. |
| **Exemption from SEC Registration** | The issuance of all securities in connection with the Plan, including the Reorganized TCEH Common Stock, the New Reorganized TCEH Warrants, the Reorganized EFH Common Stock, the Parent Common Stock, the New Reorganized TCEH Debt, the New Reorganized EFIH First Lien Debt, and the New Reorganized EFIH Second Lien Debt, will be exempt from SEC registration to the fullest extent permitted by law. |

*[Exhibits follow.]*

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

## EXHIBIT A

### DEFINITIONS

| Term | Definition |
|---|---|
| **2007 Acquisition** | The 2007 transaction in which TEF and Texas Holdings and their direct and indirect equity holders became the direct and indirect equity holders of the Debtors. |
| **Additional Interest** | Additional interest payable on the EFIH First Lien Notes, the EFIH Second Lien Notes, or the EFIH Unsecured Notes, as applicable, under the registration rights agreements associated with such notes so long as EFIH has not registered such notes in accordance with the Securities Act, on the terms set forth in such registration rights agreements. |
| **Administrative Claim** | A Claim incurred by the Debtors on or after the Petition Date and before the Effective Date for a cost or expense of administration of the Chapter 11 Cases entitled to priority under sections 503(b), 507(a)(2), or 507(b) of the Bankruptcy Code. |
| **Affiliate** | As defined in section 101(2) of the Bankruptcy Code. |
| **Allowed** | With respect to any Claim or Interest: (a) a Claim or Interest as to which no objection has been filed and that is evidenced by a Proof of Claim or Interest, as applicable, timely filed by the applicable Bar Date or that is not required to be evidenced by a filed Proof of Claim or Interest, as applicable, under the Plan, the Bankruptcy Code, or a Final Order; (b) a Claim or Interest that is scheduled by the Debtors as neither disputed, contingent, nor unliquidated, and as for which no Proof of Claim or Interest, as applicable, has been timely filed; or (c) a Claim or Interest that is Allowed (i) pursuant to the Plan, (ii) in any stipulation that is approved by the Bankruptcy Court, or (iii) pursuant to any contract, instrument, indenture, or other agreement entered into or assumed in connection herewith.   Except as otherwise specified in the Plan or any Final Order, the amount of an Allowed Claim shall not include interest or other charges on such Claim from and after the Petition Date. No Claim of any Entity subject to section 502(d) of the Bankruptcy Code shall be deemed Allowed unless and until such Entity pays in full the amount that it owes such Debtor or Reorganized Debtor, as applicable. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL.  THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL, TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS.  THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|---|---|
| **Backstop Agreement** | The Backstop Agreement, dated as of [    ], by and among the Debtors and the Backstop Parties, as may be amended, supplemented, or otherwise modified from time to time. |
| **Backstop Plan Value** | The enterprise valuation of Reorganized EFH agreed to by the Debtors and the Backstop Parties under the Backstop Agreement that shall be applied to all distributions of Reorganized EFH Common Stock under the Plan. |
| **Backstop Commitment** | $[    ] in cash committed by the Backstop Parties and funded on the terms set forth in the Plan and the Backstop Agreement. |
| **Backstop Fee** | [    ] shares of Reorganized EFH Common Stock, in value equal to [    ]% of the Backstop Plan Value, paid as a fee to the Backstop Parties under the Backstop Agreement on the Effective Date. |
| **Backstop Parties** | To be determined, understanding that Reorganized EFH must be at least 50% owned by existing creditors. |
| **Backstop Scenario** | The scenario in which the Debtors determine to enter into the Backstop Agreement in accordance with the Bidding Procedures Order. |
| **Bankruptcy Code** | Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended from time to time. |
| **Bankruptcy Court** | As defined in the Introduction. |
| **Bankruptcy Rules** | The Federal Rules of Bankruptcy Procedure promulgated under section 2075 of the Judicial Code, and the general, local, and chambers rules of the Bankruptcy Court. |
| **Bar Date** | The date established by the Bankruptcy Court by which Proofs of Claim must be filed with respect to such Claims, as may be ordered by the Bankruptcy Court. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, ARE EVALUATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|------|------------|
| **Basis Step-Up** | [    ]% of the aggregate amount of net deductions, net operating losses, and capital losses (including carryforwards) available to the EFH Consolidated Group as of the Effective Date (determined (a) as if the "consolidated year" (within the meaning of Section 1503(e)(2)(B) of the Internal Revenue Code) of the EFH Consolidated Group ended on the Effective Date and (b) without regard to any gain or income generated as a result of the Contribution), in each case as determined by the Debtors in good faith and in consultation with the TCEH Supporting Creditors no later than 60 days before the Effective Date. |
| **Bidding Procedures Order** | The *Order (A) Approving Revised Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* [D.I. 3295]. |
| **BNY** | The Bank of New York Mellon Trust Company, N.A., in its capacity as trustee under certain Indentures, described herein. |
| **Cash Consideration** | Collectively:  (a) Cash on hand at EFH and EFIH as of the Effective Date (i) in the amount of $[    ], in the Standalone Scenario, (ii) in excess of $[    ], in the Merger Scenario, or (iii), in excess of $[    ], in the Backstop Scenario; (b) in the Merger Scenario, $[    ] funded by the Parent and the Merger Sub or, in the Backstop Scenario, the amount required to be funded under the Total Transaction Consideration, which shall not exceed the Backstop Commitment; and (c) the cash proceeds of the Tranche A New Reorganized EFIH First Lien Debt. |
| **Cause of Action** | Any claims, Claims, Interests, damages, remedies, causes of action, demands, rights, actions, suits, obligations, liabilities, accounts, defenses, offsets, powers, privileges, licenses, and franchises of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, matured or unmatured, suspected or unsuspected, in tort, law, equity, or otherwise. Causes of Action also include: (a) all rights of setoff, counterclaim, or recoupment and claims on contracts or for breaches of duties imposed by law; (b) the right to object to or otherwise contest Claims or Interests; (c) claims pursuant to sections 362, 510, 542, 543, 544 through 550, or 553 of the Bankruptcy Code; and (d) such claims and defenses as fraud, mistake, duress, and usury and any other defenses set forth in |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|---|---|
| | section 558 of the Bankruptcy Code. |
| **Certificates of Merger** | The certificates of merger to be executed, acknowledged, and filed with the Secretary of State of the State of Delaware and the Secretary of State of the State of Texas pursuant to the Merger Agreement. |
| **Chapter 11 Cases** | When used with reference to a particular Debtor, the case pending for that Debtor under chapter 11 of the Bankruptcy Code in the Bankruptcy Court, and when used with reference to all the Debtors, the procedurally consolidated and jointly administered chapter 11 cases pending for the Debtors in the Bankruptcy Court. |
| **Claim** | As defined in section 101(5) of the Bankruptcy Code against a Debtor. |
| **Class** | A category of Holders of Claims or Interests pursuant to section 1122(a) of the Bankruptcy Code. |
| **Competitive Tax Sharing Agreement** | That certain Federal and State Income Tax Allocation Agreement (as amended and restated from time to time), dated May 15, 2012, by and among EFH and certain of its direct and indirect subsidiaries. |
| **Confirmation** | Entry of the Confirmation Order on the docket of the Chapter 11 Cases, subject to the conditions set forth in the Plan and this Term Sheet. |
| **Confirmation Order** | The order entered by the Bankruptcy Court confirming the Plan. |
| **Consummation** | The occurrence of the Effective Date. |
| **Contribution** | As defined in the "Tax-Free Spin-Off" section of the Term Sheet. |
| **Dealer Manager** | The dealer managers under the Dealer Manager Agreement. |
| **Dealer Manager Agreement** | That certain dealer manager agreement approved under the EFIH First Lien Approval Order. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
| --- | --- |
| **Debt Consideration** | In the Backstop Scenario or Standalone Scenario, new [subordinated payment-in-kind] Reorganized EFH debt in an amount up to the amount of Transaction Consideration distributed to the TCEH Debtors or Holders of Claims against the TCEH Debtors under the Plan, other than the TCEH Settlement Payment. |
| **Debtors** | As defined in the Introduction. |
| **DIP Agents** | Collectively: (a) Citibank, N.A., or its duly appointed successor, in its capacity as administrative agent and collateral agent for the TCEH DIP Facility; and (b) Deutsche Bank AG New York Branch, or its duly appointed successor, in its capacity as administrative agent and collateral agent for the EFIH First Lien DIP Facility. |
| **DIP Facilities** | Collectively: (a) the TCEH DIP Facility; and (b) the EFIH First Lien DIP Facility. |
| **DIP Lenders** | The DIP Agents, and the banks, financial institutions, and other lenders party to the DIP Facilities from time to time, and each arranger, bookrunner, syndication agent, manager, and documentation agent under the DIP Facilities. |
| **Disallowed** | Any Claim that is not Allowed. |
| **Disclosure Statement** | The disclosure statement for the Plan, including all exhibits and schedules thereto and references therein that relate to the Plan that is prepared and distributed in accordance with this Term Sheet, the Bankruptcy Code, the Bankruptcy Rules, and any other applicable law. |
| **Distribution** | As defined in the "Tax-Free Spin-Off" section of the Term Sheet. |
| **DTC** | The Depository Trust Company. |
| **EFCH** | As defined in the Introduction. |
| **EFCH 2037 Note Claims** | Any Claim derived from or based upon the EFCH 2037 Notes. |
| **EFCH 2037 Note Indenture** | That certain Indenture, dated as of December 1, 1995, by and among EFCH, as the issuer, and BNY, as trustee. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|---|---|
| **EFCH 2037 Notes** | Collectively: (a) the EFCH Fixed 2037 Notes; and (b) the EFCH Floating 2037 Notes. |
| **EFCH 2037 Notes Trustee** | BNY, or any successor thereto, in its capacity as trustee under the EFCH 2037 Notes. |
| **EFCH Fixed 2037 Notes** | The 8.175% Unsecured Fixed Notes due January 30, 2037, issued by EFCH pursuant to the EFCH 2037 Note Indenture. |
| **EFCH Floating 2037 Notes** | The 1.245% Unsecured Floating Rate Notes due January 30, 2037, issued by EFCH pursuant to the EFCH 2037 Note Indenture. |
| **Effective Date** | The date to be selected by the Debtors, in consultation with the TCEH Supporting Creditors and the Plan Sponsor, for the Consummation of the Plan, or as soon thereafter as reasonably practicable. |
| **EFH** | As defined in the Introduction. |
| **EFH 2019 Note Indenture** | That certain Indenture, dated November 16, 2009, by and among EFH, as issuer, and the EFH Notes Trustee. |
| **EFH 2019 Notes** | The 9.75% unsecured notes due October 15, 2019, issued by EFH pursuant to the EFH 2019 Note Indenture |
| **EFH 2020 Note Indenture** | That certain Indenture dated January 12, 2010, by and among EFH, as issuer, and the EFH Notes Trustee. |
| **EFH 2020 Notes** | The 10.0% unsecured notes due January 15, 2020, issued by EFH pursuant to the EFH 2020 Note Indenture. |
| **EFH Consolidated Group** | The "affiliated group" (within the meaning of Section 1504(a)(1) of the Internal Revenue Code) of which EFH is the common parent. |
| **EFH Corporate Services** | EFH Corporate Services Company, a Texas corporation. |
| **EFH Debtor Intercompany Claim** | A Claim by an EFH Debtor against another EFH Debtor. |
| **EFH Debtors** | Collectively: (a) EFH; and (b) EFH's direct and indirect subsidiaries listed on **Exhibit C**. |
| **EFH Interest** | Any Interest in EFH. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|---|---|
| **EFH LBO Note Indenture** | That certain Indenture, dated as of October 31, 2007, by and among EFH, as the issuer, EFCH and EFIH, as guarantors, and the EFH Notes Trustee. |
| **EFH LBO Notes** | Collectively:  (a) the EFH LBO Senior Notes; and (b) the EFH LBO Toggle Notes. |
| **EFH LBO Note Guaranty Claims** | Any guaranty claims against EFIH arising on account of the EFH LBO Notes. |
| **EFH LBO Senior Notes** | The 10.875% senior notes due November 1, 2017, issued by EFH pursuant to the EFH LBO Note Indenture. |
| **EFH LBO Toggle Notes** | The 11.25%/12.00% toggle notes due November 1, 2017, issued by EFH pursuant to the EFH LBO Note Indenture. |
| **EFH Legacy 2014 Notes** | The 5.55% series P senior notes due November 15, 2014, issued by EFH pursuant to the EFH Series P Legacy Note Indenture. |
| **EFH Legacy 2024 Notes** | The 6.50% series Q senior notes due November 15, 2024, issued by EFH pursuant to the EFH Series Q Legacy Note Indenture. |
| **EFH Legacy 2034 Notes** | The 6.55% series R senior notes due November 15, 2034, issued by EFH pursuant to the EFH Series R Legacy Note Indenture. |
| **EFH Legacy Notes** | Collectively:  (a) the EFH Legacy 2014 Notes; (b) the EFH Legacy 2024 Notes; and (c) the EFH Legacy 2034 Notes. |
| **EFH Non-Guaranteed Notes** | Collectively: (a) the EFH Unexchanged Notes; and (b) the EFH Legacy Notes. |
| **EFH Note Claim** | Any Claim derived from or based upon the EFH Notes, but excluding any Claim derived from or based upon the EFH LBO Notes, which shall be treated as General Unsecured Claims Against the EFIH Debtors only. |
| **EFH Notes** | Collectively:  (a) the EFH Unexchanged Notes; (b) the EFH Legacy Notes; and (c) the EFH LBO Notes. |
| **EFH Notes Trustee** | American Stock Transfer & Trust Company, LLC, or any successor thereto, in its capacity as trustee under the EFH Notes. |
| **EFH Series P Legacy Note Indenture** | That certain Indenture, dated November 1, 2004, by and among EFH, as issuer, and the EFH Notes Trustee. |
| **EFH Series Q Legacy Note Indenture** | That certain Indenture, dated November 1, 2004, by and among EFH, as issuer, and the EFH Notes Trustee. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
| --- | --- |
| **EFH Series R Legacy Note Indenture** | That certain Indenture, dated November 1, 2004, by and among EFH, as issuer, and the EFH Notes Trustee. |
| **EFH Settlement Payment** | The up to $10 million payment for Holders of EFH Interests, which shall be paid from the EFH Transaction Consideration Pool, in consideration of the terms and conditions embodied in this Term Sheet. |
| **EFH Transaction Consideration Pool** | Transaction Consideration equal to the Total Transaction Consideration less the Priority Transaction Consideration Pool and the EFIH Transaction Consideration Pool. The EFH Transaction Consideration Pool shall be in an amount up to, and used to satisfy Pro Rata, the General Unsecured Claims Against EFH, the TCEH Settlement Payment, and the EFH Settlement Payment. |
| **EFH Unexchanged Notes** | Collectively: (a) the EFH 2019 Notes; and (b) the EFH 2020 Notes. |
| **EFIH** | As defined in the Introduction. |
| **EFIH Debtor Intercompany Claim** | A Claim by an EFIH Debtor against another EFIH Debtor. |
| **EFIH Debtors** | Collectively: (a) EFIH; and (b) EFIH Finance. |
| **EFIH Finance** | EFIH Finance Inc., a Delaware corporation. |
| **EFIH First Lien 2017 Note Indenture** | That certain Indenture, dated August 14, 2012, by and among EFIH and EFIH Finance, as issuers, and the EFIH First Lien Notes Trustee. |
| **EFIH First Lien 2017 Notes** | The 6.875% senior secured notes due August 15, 2017, issued by EFIH and EFIH Finance pursuant to the EFIH First Lien 2017 Note Indenture. |
| **EFIH First Lien 2020 Note Indenture** | That certain Indenture, dated August 17, 2010, by and among EFIH and EFIH Finance, as issuers, and the EFIH First Lien Notes Trustee. |
| **EFIH First Lien 2020 Notes** | The 10.0% senior secured notes due December 1, 2020, issued by EFIH and EFIH Finance pursuant to the EFIH First Lien 2020 Note Indenture. |
| **EFIH First Lien Approval Order** | The *Order Approving EFIH First Lien Settlement* [D.I. 858]. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|------|-----------|
| **EFIH First Lien DIP Claims** | Any and all Claims derived from or based upon the EFIH First Lien DIP Facility. |
| **EFIH First Lien DIP Facility** | The EFIH Debtors' court-approved $5.4 billion debtor-in-possession financing facility. |
| **EFIH First Lien Note Claim** | Any Claim derived from or based upon the EFIH First Lien Notes. |
| **EFIH First Lien Notes** | Collectively: (a) the EFIH First Lien 2017 Notes; and (b) the EFIH First Lien 2020 Notes. |
| **EFIH First Lien Notes Trustee** | Delaware Trust Company of Delaware, in its capacity as trustee under the EFIH First Lien Notes, or any successor thereto. |
| **EFIH First Lien Settlement** | The settlement approved pursuant to the EFIH First Lien Approval Order. |
| **EFIH Second Lien 2021 Notes** | The 11.0% senior secured second lien notes due October 1, 2021, issued by EFIH and EFIH Finance pursuant to the EFIH Second Lien Note Indenture. |
| **EFIH Second Lien 2022 Notes** | The 11.75% senior secured second lien notes due March 1, 2022, issued by EFIH and EFIH Finance pursuant to the EFIH Second Lien Note Indenture. |
| **EFIH Second Lien Note Claim** | Any Claim derived from or based upon the EFIH Second Lien Notes. |
| **EFIH Second Lien Note Indenture** | That certain Indenture, dated April 25, 2011, by and among EFIH and EFIH Finance, as issuers, and the EFIH Second Lien Notes Trustee. |
| **EFIH Second Lien Notes** | Collectively: (a) the EFIH Second Lien 2021 Notes; and (b) the EFIH Second Lien 2022 Notes. |
| **EFIH Second Lien Notes Trustee** | Computershare Trust, in its capacity as indenture trustee under the EFIH Second Lien Notes, or any successor thereto. |
| **EFIH Senior Toggle Note Indenture** | That certain Indenture, dated December 5, 2012, by and among EFIH and EFIH Finance, as issuers, and the EFIH Unsecured Notes Trustee. |
| **EFIH Senior Toggle Notes** | The 11.25%/12.25% unsecured senior toggle notes due December 1, 2018, issued by EFIH and EFIH Finance pursuant to the EFIH Senior Toggle Note Indenture. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|------|-----------|
| **EFIH Transaction Consideration Pool** | The Transaction Consideration used to satisfy the following Claims in full as necessary in accordance with the Plan and in the following priority:  first, the Allowed EFIH First Lien Note Claims until satisfied in full; second, the Allowed EFIH Second Lien Note Claims until satisfied in full; and, third, the Allowed General Unsecured Claims Against the EFIH Debtors until satisfied in full; *provided, however,* that in the Backstop Scenario or Standalone Scenario, (a) if the EFIH First Lien Note Claims class votes to reject the Plan, Allowed EFIH First Lien Note Claims shall receive only Tranche B New Reorganized EFIH First Lien Debt on a Pro Rata basis, and shall not receive any recovery from the EFIH Transaction Consideration Pool and (b) if the EFIH Second Lien Note Claims class votes to reject the Plan, Allowed EFIH Second Lien Note Claims shall receive only New Reorganized EFIH Second Lien Debt on a Pro Rata basis and shall not receive any recovery from the EFIH Transaction Consideration Pool. |
| **EFIH Unexchanged Note Indenture** | That certain Indenture, dated November 16, 2009, by and among EFIH and EFIH Finance, as issuers, and the EFIH Unsecured Notes Trustee. |
| **EFIH Unexchanged Notes** | The 9.75% fixed senior notes due October 15, 2019, issued by EFIH and EFIH Finance pursuant to the EFIH Unexchanged Note Indenture. |
| **EFIH Unsecured Note Claim** | Any Claim against EFIH derived from or based upon the EFIH Unsecured Notes. |
| **EFIH Unsecured Notes** | Collectively:  (a) the EFIH Senior Toggle Notes and (b) the EFIH Unexchanged Notes. |
| **EFIH Unsecured Notes Trustee** | UMB Bank, N.A., in its capacity as indenture trustee under the EFIH Unsecured Notes. |
| **Entity** | As defined in section 101(15) of the Bankruptcy Code. |
| **Equity Investment** | As defined in the "Equity Investment" section of the Term Sheet. |
| **Estate** | As to each Debtor, the estate created for the Debtor in its Chapter 11 Case pursuant to section 541 of the Bankruptcy Code. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL.  THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|---|---|
| **Excess Transaction Consideration Pool** | Transaction Consideration, if any, in an amount equal to the Total Transaction Consideration less the Priority Transaction Consideration Pool, the EFIH Transaction Consideration Pool, and the EFH Transaction Consideration Pool. |
| **Excluded Shares** | Any share of Reorganized EFH Common Stock:  (a) owned by the Parent, the Merger Sub, or any other direct or indirect wholly-owned subsidiary of the Parent; or (b) owned by EFH, Reorganized EFH, [or any of its direct or indirect wholly-owned subsidiaries] and not held on behalf of third parties. |
| **Exculpated Parties** | Collectively, and in each case in its capacity as such:  (a) the Debtors and Reorganized Debtors; (b) the Plan Sponsor; (c) the Merger Sub; (d) Holders of TCEH First Lien Claims; (e) Holders of TCEH Second Lien Note Claims; (f) Holders of TCEH Unsecured Note Claims; (g) Holders of EFH Note Claims; (h) Holders of EFIH First Lien Note Claims; (i) Holders of EFIH Second Lien Note Claims; (j) Holders of EFIH Unsecured Note Claims; (k) the DIP Lenders; (l) the TCEH First Lien Agent; (m) the Indenture Trustees; (n) the Dealer Managers; (o) TEF; (p) Texas Holdings; (q) Oncor Electric Delivery Holdings Company LLC and its direct and indirect subsidiaries; and (r) with respect to each of the foregoing entities in clauses (a) through (q), such Entity's current and former Affiliates, equity holders (regardless of whether such interests are held directly or indirectly), subsidiaries, officers, directors, managers, principals, members, employees, agents, advisory board members, financial advisors, partners, attorneys, accountants, investment bankers, consultants, representatives, and other professionals. |
| **Fair Market Value** | The value of Parent Common Stock determined by the volume weighted average of the trading prices of Parent Common Stock on the [    ] (as reported by Bloomberg L.P. or, if not reported therein, in another authoritative source mutually selected by the parties) at close of the U.S. markets on each of the [10] preceding consecutive trading days ending on (and including) the trading day that is one trading day before the Effective Date. |
| **FERC** | The Federal Energy Regulatory Commission. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
| --- | --- |
| **Final Order** | An order or judgment of the Bankruptcy Court, as entered on the docket in any Chapter 11 Case or the docket of any other court of competent jurisdiction, that has not been reversed, stayed, modified, or amended, and as to which the time to appeal, or seek certiorari or move for a new trial, reargument, or rehearing has expired according to applicable law and no appeal or petition for certiorari or other proceedings for a new trial, reargument, or rehearing has been timely taken, or as to which any appeal that has been taken or any petition for certiorari that has been or may be timely filed has been withdrawn or resolved by the highest court to which the order or judgment was appealed or from which certiorari was sought or the new trial, reargument, or rehearing shall have been denied, resulted in no modification of such order, or has otherwise been dismissed with prejudice. |
| **General Unsecured Claim Against EFCH** | Any Unsecured Claim against EFCH that is not otherwise paid in full pursuant to an order of the Bankruptcy Court, including the EFCH 2037 Note Claims, but excluding Administrative Claims, Priority Tax Claims, Intercompany Claims against EFCH, and Other Priority Claims against EFCH. |
| **General Unsecured Claim Against EFH** | Any Unsecured Claim against EFH that is not otherwise paid in full pursuant to a separate order of the Bankruptcy Court, including the EFH Note Claims, but excluding Administrative Claims, Priority Tax Claims, other Intercompany Claims, and Other Priority Claims against EFH. |
| **General Unsecured Claim Against the EFH Debtors Other Than EFH** | Any Unsecured Claim against one or more of the EFH Debtors other than EFH that is not otherwise paid in full pursuant to a separate order of the Bankruptcy Court, but excluding Administrative Claims, Priority Tax Claims, Intercompany Claims, and Other Priority Claims against the EFH Debtors other than EFH. |
| **General Unsecured Claim Against the EFIH Debtors** | Any Unsecured Claim against one or more of the EFIH Debtors that is not otherwise paid in full pursuant to a separate order of the Bankruptcy Court, including the EFIH Unsecured Note Claims and the EFH LBO Note Guaranty Claims, but excluding Administrative Claims, Priority Tax Claims, other Intercompany Claims, and Other Priority Claims against the EFIH Debtors. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|---|---|
| **General Unsecured Claim Against the TCEH Debtors Other Than EFCH** | Any Unsecured Claim against one or more of the TCEH Debtors other than EFCH that is not otherwise paid in full pursuant to separate order of the Bankruptcy Court, including TCEH Second Lien Note Claims, TCEH Unsecured Note Claims, and the Legacy General Unsecured Claims Against the TCEH Debtors, but excluding the TCEH First Lien Deficiency Claims and Administrative Claims, Priority Tax Claims, Intercompany Claims, and Other Priority Claims against the TCEH Debtors other than EFCH. |
| **Holder** | An Entity holding a Claim or Interest, as applicable. |
| **Impaired** | With respect to any Class of Claims or Interests, a Class of Claims or Interests that is impaired within the meaning of section 1124 of the Bankruptcy Code. |
| **Incremental Amendment Agreement** | That certain Incremental Amendment No. 1, dated as January 4, 2013, by and among the Incremental 2012 Term Lenders (as defined therein), EFCH, TCEH, the Credit Parties (as defined therein) party thereto, and Citibank, N.A., as Administrative Agent and Collateral Agent. |
| **Indenture Trustees** | Collectively, (a) the EFH Notes Trustee; (b) the EFCH 2037 Notes Trustee; (c) the EFIH First Lien Notes Trustee; (d) the EFIH Second Lien Notes Trustee; (e) the EFIH Unsecured Notes Trustee; (f) the TCEH First Lien Notes Trustee; (g) the TCEH Second Lien Notes Trustee; and (h) the TCEH Unsecured Notes Trustee. |
| **Intended Tax-Free Treatment** | As defined in the Term Sheet. |
| **Intercompany Claim** | A Claim by EFH or any direct or indirect subsidiary of EFH against EFH or any direct or indirect subsidiary of EFH. |
| **Interest** | Any equity security (as defined in section 101(16) of the Bankruptcy Code) in any Debtor. |
| **Internal Revenue Code** | The Internal Revenue Code of 1986, as amended. |
| **IRS** | The Internal Revenue Service. |
| **IRS Submission** | As defined in the "Private Letter Ruling" section of the Term Sheet. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|---|---|
| **Legacy General Unsecured Claims Against the EFH Debtors** | Any Claims against the EFH Debtors arising from liabilities based on asbestos or qualified post-employment benefits relating to discontinued operations of the EFH Debtors and their Affiliates. |
| **Legacy General Unsecured Claims Against the TCEH Debtors** | Any Claim against the TCEH Debtors arising from liabilities based on asbestos or qualified post-employment benefits relating to the TCEH Debtors. |
| **Liability Management Program** | The various transactions, including debt buybacks, new debt issuances, debt exchanges, and maturity extensions, by EFH and its direct and indirect subsidiaries, and restructuring of such Entities' debt obligations completed before the Petition Date, as described in the Debtors' most recent annual SEC filing. |
| **Liquidation Recovery** | As defined in the "Treatment of Claims and Interests" section of the Term Sheet. |
| **Makewhole Claims** | Any Claim derived from or based upon makewhole, applicable premium, redemption premium, or other similar payment provisions provided for by agreement calculated as of the Effective Date (or in the case of the EFIH First Lien Notes, the closing date of the EFIH First Lien DIP Facility) without respect to an acceleration having occurred on the Petition Date. |
| **Merger** | On the Effective Date, the merger of EFH with and into the Merger Sub, with the Merger Sub surviving as a wholly-owned subsidiary of the Parent. |
| **Merger Agreement** | The Agreement and Plan of Merger, dated as of [    ], by and among the Parent, the Merger Sub, and EFH, as may be amended, supplemented, or otherwise modified from time to time. |
| **Merger Scenario** | The scenario in which the Debtors determine to enter into the Merger Agreement in accordance with the Bidding Procedures Order. |
| **Merger Sub** | [    ], a Delaware limited liability company and wholly-owned subsidiary of the Parent. |
| **Minimum Basis** | The sum of (a) the aggregate tax basis, for U.S. federal income tax purposes, in the hands of the transferors, in the assets transferred to Reorganized TCEH pursuant to the Contribution, plus (b) the Basis Step-Up. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|------|------------|
| **New Reorganized EFIH First Lien Debt** | The new long-term secured EFIH first lien debt issued on the Effective Date on terms and conditions mutually acceptable to EFH and the Plan Sponsor consisting of up to two tranches: (a) Tranche A, which shall be funded in cash; and (b) Tranche B, which shall be distributed to certain Holders of Claims as set forth in the Plan. |
| **New Reorganized EFIH Second Lien Debt** | In the Backstop Scenario, the new long-term secured EFIH second lien funded debt issued on the Effective Date on terms and conditions acceptable to EFH and the Plan Sponsor. |
| **New Reorganized TCEH Debt** | The new long-term secured TCEH debt, consistent with the terms set forth in this Term Sheet.  The amount of the New Reorganized TCEH Debt issued on the Effective Date shall not be less than the excess of (a) an amount equal to the Minimum Basis over (b) the amount of ordinary course operating liabilities transferred to Reorganized TCEH pursuant to the Contribution that are treated as assumed by Reorganized TCEH following the Reorganized TCEH Conversion pursuant to Internal Revenue Code Section 357(d). |
| **New Reorganized TCEH Warrants** | The new warrants to acquire [      ]% of Reorganized TCEH Common Stock in the form of [      ]-year warrants struck at an equity value of $[      ], and otherwise on terms and conditions acceptable to the TCEH Debtors and reasonably acceptable to the TCEH Supporting Creditors. |
| **Non-EFH Debtor Intercompany Claim** | A Claim by EFH or any direct or indirect subsidiary of EFH other than an EFH Debtor against an EFH Debtor, including EFH Note Claims held by EFIH. |
| **Non-EFIH Debtor Intercompany Claim** | A Claim by EFH or any direct or indirect subsidiary of EFH other than an EFIH Debtor against an EFIH Debtor. |
| **Non-TCEH Debtor Intercompany Claim** | A Claim by EFH or any direct or indirect subsidiary of EFH other than a TCEH Debtor against a TCEH Debtor, but excluding any Claim derived from or based upon TCEH First Lien Notes or TCEH Unsecured Notes held by EFH. |
| **Notified Action** | As defined in the "Tax Matters Agreement Covenants" section of the Term Sheet. |
| **NRC** | The Nuclear Regulatory Commission. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|------|-----------|
| **Oak Grove Promissory Note** | The promissory note issued by Oak Grove Power Company LLC and secured by certain minerals and real property in Robertson, Texas. |
| **Oak Grove Promissory Note Claim** | Any Claim derived from or based upon the Oak Grove Promissory Note. |
| **Oncor Tax Sharing Agreement** | The amended and restated Tax Sharing Agreement, dated as of November 5, 2008, by and among EFH, Oncor Electric Delivery Holdings Company LLC, Oncor Electric Delivery Company LLC, Texas Transmission Investment LLC, and Oncor Management Investment LLC. |
| **Other Priority Claim** | Any Claim, other than an Administrative Claim or a Priority Tax Claim, entitled to priority in right of payment under section 507(a) of the Bankruptcy Code. |
| **Other Secured Claim** | Any Secured Claim against any of the Debtors, including the Oak Grove Promissory Note Claims and Tex-La Obligations, but not including a: (a) TCEH First Lien Secured Claim; (b) TCEH Second Lien Secured Claim; (c) EFIH First Lien Note Claim; or (d) EFIH Second Lien Note Claim. |
| **Parent** | [____]. |
| **Parent Common Stock** | In the Merger Scenario, the validly issued, fully paid and nonassessable shares of freely tradable common stock of the Parent, par value $[____], to be distributed to certain Holders of Claims and Interests in accordance with the Merger Agreement and the Plan. |
| **Per Share Stock Consideration** | In the Merger Scenario, the Stock Consideration, divided by the total number of shares of Reorganized EFH Common Stock (other than Excluded Shares) outstanding immediately before the Effective Date. |
| **Petition Date** | The date on which the Debtors commenced the Chapter 11 Cases. |
| **Plan** | As defined in the Introduction. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|---|---|
| **Plan Sponsor** | In the Merger Scenario, the Parent, or in the Backstop Scenario, the Backstop Parties; *provided, however*, in the Backstop Scenario, where consent, approval, or waiver of the Plan Sponsor is required under this Term Sheet, the Plan Sponsor refers only to 50% of the Backstop Parties by amount.   There is no Plan Sponsor in the Standalone Scenario. |
| **Plan Supplement** | The compilation of documents and forms of documents, schedules, and exhibits to the Plan filed by the Debtors. |
| **Priority Tax Claims** | Claims of governmental units of the type described in section 507(a)(8) of the Bankruptcy Code. |
| **Priority Transaction Consideration Pool** | The Transaction Consideration used to satisfy the following Claims in full as necessary in accordance with the Plan: Allowed Administrative Claims against the EFIH Debtors, Allowed Priority Tax Claims against the EFIH Debtors, Allowed Other Secured Claims against the EFIH Debtors, Allowed Other Priority Claims against the EFIH Debtors, Allowed Administrative Claims against the EFH Debtors, Allowed Priority Tax Claims against the EFH Debtors, Allowed Other Secured Claims against the EFH Debtors, Allowed Other Priority Claims against the EFH Debtors, and Allowed Legacy General Unsecured Claims Against the EFH Debtors. |
| **Private Letter Ruling** | As defined in the "Private Letter Ruling" section of the Term Sheet. |
| **Proof of Claim** | A proof of Claim filed against any of the Debtors in the Chapter 11 Cases by the applicable Bar Date. |
| **Professional Fee Claims** | All Administrative Claims for the compensation of Professionals and the reimbursement of expenses incurred by such Professionals through and including the Effective Date to the extent such fees and expenses have not been previously paid. |
| **Professional Fee Escrow Account** | An interest-bearing account in an amount equal to the total estimated amount of Professional Fee Claims and funded by the Debtors on the Effective Date. |
| **Pro Rata** | The proportion that a Claim or Interest in a particular Class bears to the aggregate amount of the Claims or Interests in that Class, or the proportion of the Claims or Interests in a particular Class and other Classes or payments entitled to share in the same recovery as such Claim or Interest under the Plan. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN SUCH THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|------|------------|
| **PUC** | The Public Utility Commission of Texas. |
| **PUC Regulatory Approval** | Any required PUC approval of the Plan or Merger or Equity Investment. |
| **Reinstated** | With respect to Claims and Interests, that the Claim or Interest shall be rendered unimpaired in accordance with section 1124 of the Bankruptcy Code. |
| **Released Parties** | Collectively, and in each case in its capacity as such:  (a) the Plan Sponsor; (b) in the Merger Scenario, the Merger Sub; (c) Holders of TCEH First Lien Claims; (d) Holders of TCEH Second Lien Note Claims; (e) Holders of TCEH Unsecured Note Claims; (f) Holders of EFH Note Claims; (g) Holders of EFIH First Lien Note Claims; (h) Holders of EFIH Second Lien Note Claims; (i) Holders of EFIH Unsecured Note Claims; (j) Holders of EFH LBO Note Guaranty Claims; (k) the DIP Lenders; (l) the TCEH First Lien Agent; (m) the Indenture Trustees; (n) the Dealer Managers; (o) TEF; (p) Texas Holdings; (q) Oncor Electric Delivery Holdings Company LLC and its direct and indirect subsidiaries; (r) with respect to each of the Debtors, the Reorganized Debtors, and each of the foregoing entities in clauses (a) through (q), such Entity and its affiliates, and such Entity and its affiliates' current and former equity holders (regardless of whether such interests are held directly or indirectly), predecessors, successors, and assigns, subsidiaries, and their current and former officers, directors, managers, principals, members, employees, agents, advisory board members, financial advisors, partners, attorneys, accountants, investment bankers, consultants, representatives, and other professionals; and (s) the DTC; *provided, however,* that any Holder of a Claim or Interest that opts out of the releases contained in the Plan shall not be a "Released Party." |
| **Releasing Parties** | Collectively, and in each case in its capacity as such:  (a) the Plan Sponsor; (b) in the Merger Scenario, the Merger Sub; (c) Holders of TCEH First Lien Claims; (d) Holders of TCEH Second Lien Note Claims; (e) Holders of TCEH Unsecured Note Claims; (f) Holders of EFH Note Claims; (g) Holders of EFIH First Lien Note Claims; (h) Holders of EFIH Second Lien Note Claims; (i) Holders of EFIH Unsecured Note Claims; (j) Holders of EFH LBO Note Guaranty Claims; (k) the DIP Lenders; (l) the TCEH First Lien Agent; (m) the Indenture Trustees; (n) the |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
| --- | --- |
|  | Dealer Managers; (o) TEF; (p) Texas Holdings; (q) Oncor Electric Delivery Holdings Company LLC and its direct and indirect subsidiaries; (r) with respect to each of the Debtors, the Reorganized Debtors, and each of the foregoing entities in clauses (a) through (q), such Entity and its affiliates, and such Entity and its affiliate's current and former equity holders (regardless of whether such interests are held directly or indirectly), predecessors, successors, and assigns, subsidiaries, and their current and former officers, directors, managers, principals, members, employees, agents, advisory board members, financial advisors, partners, attorneys, accountants, investment bankers, consultants, representatives, and other professionals; (s) all Holders of Claims and Interests that are deemed to accept the Plan; (t) all Holders of Claims and Interests who vote to accept the Plan; (u) all Holders in voting Classes who abstain from voting on the Plan and who do not opt out of the releases provided by the Plan; and (v) all Holders of Claims and Interests, solely with respect to releases of all Holders of Interests in EFH and their affiliates, and such Entities and their affiliate's current and former equity holders (regardless of whether such interests are held directly or indirectly), predecessors, successors, and assigns, subsidiaries, and their current and former officers, directors, managers, principals, members, employees, agents, advisory board members, financial advisors, partners, attorneys, accountants, investment bankers, consultants, representatives, and other professionals. |
| **Reorganized Debtors** | The Debtors, as reorganized pursuant to and under the Plan or any successor thereto, including the Merger Sub, by merger, consolidation, or otherwise, on or after the Effective Date. |
| **Reorganized EFH** | EFH, or any successor thereto, by merger, consolidation, or otherwise, on and after the Effective Date, it being understood that, as of the Effective Date and prior to the Merger (if applicable), Reorganized EFH shall be a corporation organized under the laws of the state of Texas. |
| **Reorganized EFH Common Stock** | The new shares of common stock in Reorganized EFH to be issued and distributed under the Plan in accordance with the Plan and the Merger Agreement or the Backstop Agreement, if applicable. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|---|---|
| **Reorganized EFH/EFIH Board** | The boards of directors of Reorganized EFH and Reorganized EFIH on and after the Effective Date to be appointed by the Plan Sponsor, in form and substance acceptable to EFH and EFIH. |
| **Reorganized EFIH** | EFIH, or any successor thereto, by merger, consolidation, or otherwise, on and after the Effective Date, it being understood that, as of the Effective Date, Reorganized EFIH shall be a limited liability company organized under the laws of the state of Delaware. |
| **Reorganized TCEH** | As defined in the "Tax-Free Spin-Off" section of the Term Sheet. |
| **Reorganized TCEH Board** | The board of directors of Reorganized TCEH on and after the Effective Date to be appointed by the TCEH Supporting Creditors in consultation with:  (a) TCEH; and (b) as the TCEH Supporting Creditors deem appropriate (in their sole discretion), other Holders of TCEH First Lien Claims. |
| **Reorganized TCEH Common Stock** | The new shares of common stock in Reorganized TCEH to be issued and distributed in accordance with the Plan. |
| **Reorganized TCEH Conversion** | As defined in the "Tax-Free Spin-Off" section of the Term Sheet. |
| **Reorganized TCEH Debtors** | TCEH and each of its Debtor subsidiaries, or any successor thereto, by merger, consolidation, or otherwise, on and after the Effective Date. |
| **Reorganized TCEH Management Incentive Plan** | The Reorganized TCEH management incentive plan to be implemented on the Effective Date, the material terms of which shall be:  (a) included in the Plan Supplement; and (b) in form and substance reasonably acceptable to Reorganized TCEH and the TCEH Supporting Creditors. |
| **Restructuring** | As defined in the Introduction. |
| **Restructuring Support Agreement** | That certain Restructuring Support and Lock-Up Agreement, dated as of April 29, 2014, by and among EFH, EFIH, EFH Corporate Services, EFIH Finance, the TCEH Debtors, and certain Holders of Claims and Interests, including all exhibits and schedules attached thereto, and terminated as of July 24, 2014 [D.I. 1697]. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
| --- | --- |
| **Restructuring Transactions** | Those mergers, amalgamations, consolidations, arrangements, continuances, restructurings, transfers, conversions, dispositions, liquidations, dissolutions, or other corporate transactions that the Debtors, the Plan Sponsor, and the TCEH Supporting Creditors reasonably determine to be necessary to implement the Plan, including the Tax-Free Spin-Off and the Merger or the Equity Investment, as applicable. |
| **Ruling Request** | As defined in the Term Sheet. |
| **Rural Utilities Service** | An agency of the United States Department of Agriculture tasked with providing public utilities to rural areas in the United States through public-private partnerships. |
| **SEC** | The Securities and Exchange Commission. |
| **Secured** | When referring to a Claim: (a) secured by a lien on property in which any of Debtors has an interest, which lien is valid, perfected, and enforceable pursuant to applicable law or by reason of a Bankruptcy Court order, or that is subject to setoff pursuant to section 553 of the Bankruptcy Code, to the extent of the value of the creditor's interest in the Debtors' interest in such property or to the extent of the amount subject to setoff, as applicable, as determined pursuant to section 506(a) of the Bankruptcy Code; or (b) Allowed pursuant to the Plan, or separate order of the Bankruptcy Court, as a secured claim. |
| **Securities Act** | The Securities Act of 1933, 15 U.S.C. §§ 77a–77aa, together with the rules and regulations promulgated thereunder. |
| **Security** | A security as defined in section 2(a)(1) of the Securities Act. |
| **Shared Services** | All operating assets, including executory contracts and liabilities owned by or asserted against the EFH Debtors, that are reasonably necessary to the continued operation of Reorganized TCEH, as set forth on **Exhibit D**. |
| **Standalone Plan Value** | In the Standalone Scenario, the enterprise valuation of Reorganized EFH of $[____] billion. |
| **Standalone Scenario** | The scenario in which the Debtors determine to distribute Reorganized EFH Common Stock to certain Holders of Claims and Interests and not pursue the Merger or Backstop Agreement in accordance with the Bidding Procedures Order. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF EFH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH DEBTORS AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|---|---|
| Stock Consideration | In the Merger Scenario, the number of shares of Parent Common Stock with a fair market value in the aggregate equal to $[____]. <br><br> In the Backstop Scenario, [____] shares of Reorganized EFH Common Stock in aggregate value equal to the Backstop Plan Value less the Cash Consideration plus the Backstop Fee. <br><br> In the Standalone Scenario, [____] shares of Reorganized EFH Common Stock in aggregate value equal to the Standalone Plan Value less the Cash Consideration. |
| Tax-Free Spin-Off | As described in the "Tax-Free Spin-Off" section of the Term Sheet. |
| Tax Matters Agreement | The tax matters agreement entered into by Reorganized EFH, Reorganized TCEH, and in the Merger Scenario, the Plan Sponsor and the Merger Sub, as of the Effective Date which shall govern the rights and obligations of each party with respect to certain tax matters, including covenants to protect the Intended Tax-Free Treatment of the Restructuring Transactions and indemnity provisions if either party takes action that causes the Restructuring Transactions to fail to qualify for the Intended Tax-Free Treatment. |
| Tax Sharing Agreements | Collectively:  (a) the Competitive Tax Sharing Agreement; and (b) the Oncor Tax Sharing Agreement. |
| TCEH | As defined in the Introduction. |
| TCEH 2012 Incremental Term Loans | The TCEH First Lien Claims deemed to have been incurred pursuant to Section 1 of the Incremental Amendment Agreement. |
| TCEH 2015 Notes | The 10.25% fixed senior notes due November 1, 2015, issued by TCEH and TCEH Finance pursuant to the TCEH 2015 Note Indenture. |
| TCEH 2015 Note Indenture | That certain Indenture, dated as of October 31, 2007, by and among TCEH and TCEH Finance, as the issuers; EFCH and certain TCEH subsidiaries, as guarantors, and the TCEH Unsecured Notes Trustee. |
| TCEH Credit Agreement | The TCEH Credit Agreement, dated as of October 10, 2007, by and among TCEH, as the borrower; EFCH and certain TCEH subsidiaries, as guarantors; the TCEH First Lien Agent; and the TCEH First Lien Lenders. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CONSIDERING VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
| --- | --- |
| **TCEH Debtor Intercompany Claim** | A Claim by a TCEH Debtor against another TCEH Debtor. |
| **TCEH Debtors** | Collectively: (a) EFCH; (b) TCEH; and (c) the TCEH subsidiaries listed on **Exhibit B**. |
| **TCEH DIP Claims** | Any and all Claims arising under or related to the TCEH DIP Facility. |
| **TCEH DIP Facility** | The TCEH Debtors' court-approved $4.475 billion debtor-in-possession financing facility. |
| **TCEH Finance** | TCEH Finance, Inc., a Delaware corporation. |
| **TCEH First Lien Ad Hoc Committee** | The ad hoc committee of certain unaffiliated holders of TCEH First Lien Claims that is represented by Paul, Weiss, Rifkind, Wharton & Garrison LLP and Millstein & Co., L.P. |
| **TCEH First Lien Agent** | Wilmington Trust, N.A., in its capacity as administrative and collateral agent under the TCEH Credit Agreement, and any successor thereto. |
| **TCEH First Lien Claims** | Any Claim derived from or based upon: (a) the TCEH Credit Agreement (including the term loan, revolver, and letter of credit facilities, and the TCEH 2012 Incremental Term Loans); (b) the TCEH First Lien Notes, including TCEH First Lien Notes held by EFH; (c) the TCEH First Lien Interest Rate Swaps; or (d) the TCEH First Lien Commodity Hedges. |
| **TCEH First Lien Commodity Hedges** | The commodity hedges entered into by TCEH and secured by the same collateral as Claims under the TCEH Credit Agreement and the TCEH First Lien Notes (but without respect to any setoff rights that a counterparty to a TCEH First Lien Commodity Hedge may have against TCEH). |
| **TCEH First Lien Deficiency Claims** | Any TCEH First Lien Claim that is not a TCEH First Lien Secured Claim. |
| **TCEH First Lien Interest Rate Swaps** | The interest rate swaps entered into by TCEH and secured by the same collateral as Claims under the TCEH Credit Agreement and the TCEH First Lien Notes (but without respect to any setoff rights that a counterparty to a TCEH First Lien Interest Rate Swap may have against TCEH). |
| **TCEH First Lien Lenders** | The lending institutions party from time to time to the TCEH Credit Agreement. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|---|---|
| **TCEH First Lien Note Indenture** | That certain Indenture, dated as of April 19, 2011, by and among TCEH and TCEH Finance, as the issuers, EFCH and certain TCEH subsidiaries, as guarantors, and BNY, as trustee. |
| **TCEH First Lien Notes** | The TCEH first lien notes due October 1, 2020, issued by TCEH and TCEH Finance pursuant to the TCEH First Lien Note Indenture. |
| **TCEH First Lien Notes Trustee** | Delaware Trust Company, in its capacity as indenture trustee under the TCEH First Lien Notes, and any successor thereto. |
| **TCEH First Lien Secured Claim** | Any TCEH First Lien Claim that is Secured.  TCEH First Lien Secured Claims shall be Allowed as Secured Claims in an amount to be determined by the TCEH Debtors with the reasonable consent of the TCEH Supporting Creditors. |
| **TCEH Second Lien Note Claim** | Any Claim derived from or based upon the TCEH Second Lien Notes. |
| **TCEH Second Lien Note Indenture** | That certain Indenture, dated as of October 6, 2010, by and among TCEH and TCEH Finance, as the issuers; Citibank, N.A., as administrative agent, EFCH and certain of TCEH's subsidiaries, as guarantors, and the TCEH Second Lien Notes Trustee. |
| **TCEH Second Lien Notes** | The TCEH Second Lien Notes due April 21, 2021, issued by TCEH pursuant to the TCEH Second Lien Note Indenture. |
| **TCEH Second Lien Notes Trustee** | Wilmington Savings Fund Society, as indenture trustee under the TCEH Second Lien Notes, and any successor thereto. |
| **TCEH Senior Toggle Note Indenture** | That certain Indenture, dated as of December 6, 2007, by and among TCEH and TCEH Finance, as the issuers; EFCH and certain TCEH subsidiaries, as guarantors; and the TCEH Unsecured Notes Trustee. |
| **TCEH Senior Toggle Notes** | The 10.50%/11.25% Senior Toggle Notes due November 1, 2016, issued by TCEH and TCEH Finance pursuant to the TCEH Senior Toggle Note Indenture. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
| --- | --- |
| **TCEH Settlement Payment** | The up to $[    ] million payment by EFH to Holders of TCEH First Lien Claims and Holders of General Unsecured Claims Against the TCEH Debtors Other Than EFCH as set forth in the Plan, which shall be paid from the EFH Transaction Consideration Pool, as settlement of any Claim or Cause of Action against the EFH Debtors or the EFIH Debtors. |
| **TCEH Supporting Creditors** | Those Holders of Claims against EFCH or its subsidiaries, and any official or unofficial committee or ad hoc group of Holders of Claims against EFCH or its subsidiaries, that agree to support the Restructuring Transactions in the Term Sheet, provided that where consent, waiver, or approval of the TCEH Supporting Creditors is required under this Term Sheet, the TCEH Supporting Creditors refers only to 50% of the TCEH Supporting Creditors in amount. |
| **TCEH Unsecured Note Claims** | Any Claim derived from or based upon the TCEH Unsecured Notes, including any TCEH Unsecured Notes held by EFH. |
| **TCEH Unsecured Notes** | Collectively:  (a) the TCEH 2015 Notes; and (b) the TCEH Senior Toggle Notes. |
| **TCEH Unsecured Notes Trustee** | Law Debenture Trust Company of New York, in its capacity a indenture trustee under the TCEH Unsecured Notes, and any successor thereto. |
| **TEF** | Texas Energy Future Capital Holdings LLC, a Delaware limited liability company and the general partner of Texas Holdings. |
| **Term Sheet** | As defined in the Introduction. |
| **Tex-La** | Tex-La Electric Cooperative of Texas, Inc. |
| **Tex-La 2019 Obligations** | The payment obligations of EFCH under the terms of the Tex-La Assumption Agreement with respect to the 9.58% fixed notes due 2019 issued by Tex-La in the outstanding principal amount of $35 million. |
| **Tex-La 2021 Obligations** | The payment obligations of EFCH under the terms of the Tex-La Assumption Agreement with respect to the 8.254% Fixed Notes due 2021 issued by Tex-La in the outstanding principal amount of $37 million. |

THIS TERM SHEET IS FOR DISCUSSION PURPOSES ONLY, AND IS DISSEMINATED AS A SETTLEMENT COMMUNICATION UNDER FRE 408. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, ARE STILL EVALUATING THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET AND CLAIMS, ALONG WITH VARIOUS PLAN AND RESTRUCTURING PROPOSALS THAT HAVE BEEN DISCUSSED AND RECEIVED FROM VARIOUS OF THE DEBTORS' CREDITORS ("CREDITOR PROPOSALS"). THE DEBTORS' CROS AND ADVISORS ARE DISTRIBUTING THIS TERM SHEET (WHICH INCORPORATES SOME OF THE ELEMENTS AND/OR TERMS OF SOME OF THE CREDITOR PROPOSALS) AS A COMPROMISE FRAMEWORK PROPOSAL. THE BOARDS, INCLUDING THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, SUPPORT DISTRIBUTING THIS COMPROMISE FRAMEWORK PROPOSAL TO FACILITATE ONGOING NEGOTIATIONS REGARDING A PLAN OF REORGANIZATION AND TO CONTINUE THE PROCESS, WITH THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, OF CONFERRING WITH ALL PARTIES IN NEGOTIATION, PREPARATION, AND PROSECUTION OF A PLAN OF REORGANIZATION. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS, WILL REPRESENT THEIR RESPECTIVE DEBTORS IN ANY NEGOTIATIONS REGARDING ACTUAL CONFLICTS MATTERS. THIS TERM SHEET IS SUBJECT IN ITS ENTIRETY TO, AND THE DEBTORS HAVE NOT SOUGHT, APPROVAL OF THE BOARDS AND, WITH RESPECT TO ACTUAL CONFLICTS MATTERS, DISINTERESTED DIRECTORS AND MANAGERS OF THE DEBTORS IN CONSULTATION WITH THE DEBTORS' RESPECTIVE CONFLICTS MATTER ADVISORS. MOREOVER, NONE OF THE DEBTORS' STAKEHOLDERS HAS APPROVED OF THE TERMS AND CONDITIONS CONTAINED IN THIS TERM SHEET. VARIOUS CLAIMS HAVE BEEN ALLEGED AMONG THE DEBTORS, INCLUDING CLAIMS BY EFH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFIH DEBTORS, CLAIMS BY EFIH AGAINST CERTAIN OF THE TCEH DEBTORS AND THE EFH DEBTORS, AND CLAIMS BY TCEH AGAINST CERTAIN OF THE EFH DEBTORS AND EFIH DEBTORS. THE DISINTERESTED DIRECTORS AND MANAGERS OF EFH, EFIH, AND EFCH/TCEH, IN CONSULTATION WITH THE CONFLICTS MATTER ADVISORS, STILL ARE EVALUATING AND NEGOTIATING SUCH CLAIMS. THIS TERM SHEET CONTEMPLATES A GLOBAL RESOLUTION OF ANY SUCH CLAIMS. THE DISINTERESTED DIRECTORS AND MANAGERS, HOWEVER, RESERVE ALL RIGHTS IN CONNECTION WITH THE TREATMENT OF SUCH CLAIMS AS WELL AS WHICH ESTATES MAY BE LIABLE FOR AND/OR COMPROMISE SUCH CLAIMS.

| Term | Definition |
|------|-----------|
| **Tex-La Assumption Agreement** | That certain Assumption Agreement, dated February 1, 1990, by and among EFCH, Tex-La, and the United States of America acting through the Administrator of the Rural Utilities Service, whereby EFCH agreed to assume certain payment obligations related to certain outstanding indebtedness of Tex-La that is guaranteed by the Rural Utilities Service. |
| **Tex-La Obligations** | Collectively: (a) the Tex-La 2019 Obligations; and (b) the Tex-La 2021 Obligations, including any prepayment premiums and other costs and expenses due as full and final satisfaction of each of the foregoing. |
| **Texas Holdings** | Texas Energy Future Holdings Limited Partnership, a Texas limited partnership, which holds substantially all of the outstanding EFH Interests. |
| **Total Transaction Consideration** | Collectively, the Cash Consideration, the Stock Consideration, and the Debt Consideration, if any. |
| **Transaction Consideration** | Any of the Cash Consideration, the Stock Consideration, or the Debt Consideration, if any. |
| **Transition Services Agreement** | An agreement between Reorganized EFH and Reorganized TCEH regarding the transition services reasonably necessary to the continued operation of Reorganized EFIH and/or Reorganized EFH, on the terms set forth on **Exhibit D**, in form and substance reasonably acceptable to the Debtors, the TCEH Supporting Creditors, and the Plan Sponsor. |
| **Unimpaired** | With respect to a Class of Claims or Interests, a Class of Claims or Interests that is not Impaired. |
| **Unsecured Claim** | Any Claim that is not a Secured Claim. |

**EXHIBIT B**

**TCEH SUBSIDIARIES PARTY TO RESTRUCTURING**

4Change Energy Company
4Change Energy Holdings LLC
Big Brown 3 Power Company LLC
Big Brown Lignite Company LLC
Big Brown Power Company LLC
Collin Power Company LLC
DeCordova Power Company LLC
DeCordova II Power Company LLC
Eagle Mountain Power Company LLC
Energy Future Competitive Holdings Company LLC
Generation MT Company LLC
Generation SVC Company
Lake Creek 3 Power Company LLC
Luminant Big Brown Mining Company LLC
Luminant Energy Company LLC
Luminant Energy Trading California Company
Luminant ET Services Company
Luminant Generation Company LLC
Luminant Holding Company LLC
Luminant Mineral Development Company LLC
Luminant Mining Company LLC
Luminant Renewables Company LLC
Martin Lake 4 Power Company LLC
Monticello 4 Power Company LLC
Morgan Creek 7 Power Company LLC
NCA Resources Development Company LLC
Oak Grove Management Company LLC
Oak Grove Mining Company LLC
Oak Grove Power Company LLC
Sandow Power Company LLC
TCEH Finance
Tradinghouse 3 & 4 Power Company LLC
Tradinghouse Power Company LLC
TXU Energy Receivables Company LLC
TXU Energy Retail Company LLC
TXU Energy Solutions Company LLC
TXU Retail Services Company
TXU SEM Company
Valley NG Power Company LLC
Valley Power Company LLC

## EXHIBIT C

### EFH SUBSIDIARIES PARTY TO RESTRUCTURING

Brighten Energy LLC
Brighten Holdings LLC
Dallas Power and Light Company, Inc.
Ebasco Services of Canada Limited
EEC Holdings, Inc.
EECI, Inc.
EFH Australia (No. 2) Holdings Company
EFH CG Holdings Company LP
EFH CG Management Company LLC
EFH Corporate Services Company
EFH Finance (No. 2) Holdings Company
EFH FS Holdings Company
EFH Renewables Company LLC
Generation Development Company LLC
Lone Star Energy Company, Inc.
Lone Star Pipeline Company, Inc.
LSGT Gas Company LLC
LSGT SACROC, Inc.
NCA Development Company LLC
Southwestern Electric Service Company, Inc.
Texas Electric Service Company, Inc.
Texas Energy Industries Company, Inc.
Texas Power and Light Company, Inc.
Texas Utilities Company, Inc.
Texas Utilities Electric Company, Inc.
TXU Electric Company, Inc.
TXU Receivables Company

**EXHIBIT D**

**SHARED SERVICES AND TRANSITION SERVICES AGREEMENT TERM SHEET**

| Shared Services Agreement | The shared services agreement between Reorganized TCEH and Reorganized EFH, on terms to be mutually acceptable, will provide for the following: <br><br> • Reorganized EFH will transfer to Reorganized TCEH of all operating assets, including executory contracts and liabilities owned by or asserted against the EFH Debtors, that are reasonably necessary to the continued operation of Reorganized TCEH, including all assets and liabilities of EFH Corporate Services relating to TCEH operations; <br><br> • Reorganized TCEH will assume all employment obligations, and, with respect to employees with employment contracts, employment contracts will be assumed and the parties will work in good faith to negotiate new contracts; <br><br> • all benefit plans at EFH related to TCEH will be moved to TCEH with no residual contingent liability at EFH; and <br><br> • Reorganized TCEH will assume any liabilities related to the Energy Plaza lease. |
|---|---|
| Transition Services Agreement | • Reorganized TCEH will provide transition services to Reorganized EFH at cost under a Transition Services Agreement, including tax, human resources, and legal functions. <br><br> • The Transition Services Agreement will also address post-emergence cooperation between Luminant and Oncor with respect to the Nuclear Decommissioning Rate Proceedings at the PUC. |