**EXHIBIT 3**



Citi Research

**Equities**

26 March 2015 | 12 pages

Electric Utilities
**North America | United States**

# InfraREIT, Inc. (HIFR)

## Addressing the Elephant in the Room – Our Thoughts on Oncor

- **The bidding war has begun** – The bidding for Oncor assets commenced earlier this month and the process has generated substantial interest from InfraREIT investors due to HIFR's ties to Hunt as a potential bidder.

- **The deal could be transformative for HIFR** – We note that the deal could potentially add ~$12.4B to in T&D rate base to HIFR growth pipeline which now approximates ~$1.4B based on ROFO projects – an 8.5-fold increase. While we see a wide range of outcomes based on financing and timing assumptions, in our central scenario we show potential for ~22% CAFD/share uplift in year 1 to $1.27/share, from our current estimate of $1.06/share – see pages 3 - 4 for details.

- **We view Oncor as a binary event** – At this juncture we regard the potential transaction as a binary event and do not incorporate its implications into our current estimates. Further, we do not ascribe any value for Oncor in our HIFR valuation. In our opinion HIFR's story stands on its own - as we discussed in our Launch Report, HIFR has substantial organic, ROFO and 3rd party M&A opportunities to grow CAFD in double digits for the foreseeable future.

- **The mechanics** – In any event, we do not see HIFR bidding and acquiring Oncor outright. Given the two entities relative size and structuring restrictions, we believe it would be difficult for HIFR to digest such transaction. It is more likely that Hunt Consolidated would aim to acquire Oncor, alone or with a partner, via one of its entities and subsequently "drop" Oncor assets into the REIT. Depending on Hunt's funding needs and market conditions, such drop-downs could occur in pieces over time, or as a single transaction.

**The timeline** – Oncor auction will consist of two rounds of initial confidential bidding with the selection of the "stalking horse", or lead bidder, by the court (by late April). Thirty days open auction will follow the selection of the stalking horse and it is expected to conclude by mid-summer.

| Buy | 1 |
|---|---|
| Price (25 Mar 15) | US$26.90 |
| Target price | US$33.00 |
| Expected share price return | 22.7% |
| Expected dividend yield | 3.3% |
| **Expected total return** | **26.0%** |
| Market Cap | US$1,630M |

**Price Performance**
(RIC: HIFR.N, BB: HIFR US)



Click to Interact



| EPS (US$) | Q1 | Q2 | Q3 | Q4 | FY | FC Cons |
|---|---|---|---|---|---|---|
| 2014A | na | na | na | na | na | 0.47A |
| 2015E | 0.17E | 0.15E | 0.25E | 0.26E | 0.84E | 0.60E |
| Previous | 0.17E | 0.15E | 0.25E | 0.26E | 0.84E | na |
| 2016E | na | na | na | na | 0.82E | 0.83E |
| Previous | na | na | na | na | 0.82E | na |
| 2017E | na | na | na | na | 1.14E | 1.07E |
| Previous | na | na | na | na | 1.14E | na |

Source: Company Reports and dataCentral. Citi Research.  FC Cons: First Call Consensus.

Sophie K Karp
+1-212-816-3366
sophie.karp@citi.com

See Appendix A-1 for Analyst Certification, Important Disclosures and non-US research analyst disclosures.

Citi Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Certain products (not inconsistent with the author's published research) are available only on Citi's portals.

Prepared for Brian L Johnson

**InfraREIT, Inc. (HIFR)**
26 March 2015

**Citi Research**

| HIFR.N: Fiscal year end 31-Dec | | | | | | Price: US$26.90; TP: US$33.00; Market Cap: US$1,630m; Recomm: Buy | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Profit & Loss (US$m) | 2013 | 2014 | 2015E | 2016E | 2017E | Valuation ratios | 2013 | 2014 | 2015E | 2016E | 2017E |
| Sales revenue | na | na | 149.2 | 188.0 | 262.2 | PE (x) | na | na | 32.2 | 32.7 | 23.5 |
| Cost of sales | na | na | na | na | na | PB (x) | na | na | 2.3 | 1.9 | 1.9 |
| Gross profit | na | na | na | na | na | EV/EBITDA (x) | na | na | 26.9 | 16.0 | 12.4 |
| Gross Margin (%) | na | na | na | na | na | FCF yield (%) | na | na | -9.3 | -8.9 | -4.2 |
| **EBITDA (Adj)** | **na** | **na** | **94.7** | **168.2** | **236.7** | Dividend yield (%) | na | 0 | 3.3 | 4.0 | 4.9 |
| EBITDA Margin (Adj) (%) | na | na | 63.5 | 89.5 | 90.3 | Payout ratio (%) | na | na | 108 | 132 | 114 |
| Depreciation | na | na | -39.6 | -52.8 | -71.5 | ROE (%) | na | na | 1.3 | 6.4 | 8.5 |
| Amortisation | na | na | 0 | 0 | 0 | Cashflow (US$m) | 2013 | 2014 | 2015E | 2016E | 2017E |
| **EBIT (Adj)** | **na** | **na** | **55.1** | **115.4** | **165.1** | EBITDA | na | na | 94.7 | 168.2 | 236.7 |
| EBIT Margin (Adj) (%) | na | na | 37.0 | 61.4 | 63.0 | Working capital | na | na | 0 | 0 | 0 |
| Net interest | na | na | -35.9 | -46.7 | -62.0 | Other | na | na | 1.4 | -43.3 | -58.5 |
| Associates | na | na | 0 | 0 | 0 | Operating cashflow | na | na | 96.1 | 124.9 | 178.2 |
| Non-op/Except | na | na | -6.1 | 1.6 | 5.3 | Capex | na | na | -248.3 | -272.2 | -255.0 |
| **Pre-tax profit** | **na** | **na** | **13.1** | **70.4** | **108.5** | Net acq/disposals | na | na | 0 | -200.0 | -150.0 |
| Tax | na | na | -1.1 | -1.3 | -1.8 | Other | na | na | 0 | 0 | 0 |
| Extraord./Min.Int./Pref.div. | na | na | -2.7 | -18.8 | -29.0 | Investing cashflow | na | na | -248.3 | -472.2 | -405.0 |
| **Reported net profit** | **na** | **na** | **9.3** | **50.3** | **77.7** | Dividends paid | na | na | -54.5 | -66.3 | -88.7 |
| Net Margin (%) | na | na | 6.2 | 26.8 | 29.6 | Financing cashflow | **na** | **na** | **230.4** | **353.3** | **245.4** |
| Core NPAT | na | na | 50.6 | 50.3 | 77.7 | Net change in cash | **na** | **na** | **78.2** | **6.0** | **18.6** |
| Per share data | 2013 | 2014 | 2015E | 2016E | 2017E | Free cashflow to s/holders | **na** | **na** | **-152.2** | **-147.3** | **-76.8** |
| Reported EPS ($) | na | na | 0.15 | 0.82 | 1.14 | | | | | | |
| Core EPS ($) | na | na | 0.84 | 0.82 | 1.14 | | | | | | |
| DPS ($) | na | 0 | 0.90 | 1.08 | 1.30 | | | | | | |
| CFPS ($) | na | na | 1.59 | 2.04 | 2.62 | | | | | | |
| FCFPS ($) | na | na | -2.51 | -2.41 | -1.13 | | | | | | |
| BVPS ($) | na | na | 11.87 | 13.93 | 14.23 | | | | | | |
| Wtd avg ord shares (m) | na | na | 60.6 | 61.2 | 68.0 | | | | | | |
| Wtd avg diluted shares (m) | na | na | 60.6 | 61.2 | 68.0 | | | | | | |
| Growth rates | 2013 | 2014 | 2015E | 2016E | 2017E | | | | | | |
| Sales revenue (%) | na | na | na | 26.0 | 39.5 | | | | | | |
| EBIT (Adj) (%) | na | na | na | 109.4 | 43.0 | | | | | | |
| Core NPAT (%) | na | na | na | -0.6 | 54.5 | | | | | | |
| Core EPS (%) | na | na | na | -1.6 | 39.0 | | | | | | |
| Balance Sheet (US$m) | 2013 | 2014 | 2015E | 2016E | 2017E | | | | | | |
| Cash & cash equiv. | na | na | 80.7 | 86.7 | 105.3 | | | | | | |
| Accounts receivables | na | na | 0 | 0 | 0 | | | | | | |
| Inventory | na | na | 0 | 0 | 0 | | | | | | |
| Net fixed & other tangibles | na | na | 1,502.1 | 1,923.1 | 2,261.9 | | | | | | |
| Goodwill & intangibles | na | na | 216.2 | 212.9 | 209.4 | | | | | | |
| Financial & other assets | na | na | 0 | 0 | 0 | | | | | | |
| **Total assets** | **na** | **na** | **1,799.0** | **2,222.7** | **2,576.6** | | | | | | |
| Accounts payable | na | na | 3.1 | 3.1 | 3.1 | | | | | | |
| Short-term debt | na | na | 3.5 | 3.5 | 3.5 | | | | | | |
| Long-term debt | na | na | 843.5 | 1,133.1 | 1,369.7 | | | | | | |
| Provisions & other liab | na | na | 74.5 | 75.8 | 77.6 | | | | | | |
| **Total liabilities** | **na** | **na** | **924.6** | **1,215.5** | **1,453.9** | | | | | | |
| Shareholders' equity | na | na | 719.5 | 852.3 | 967.8 | | | | | | |
| Minority interests | na | na | 154.9 | 154.9 | 154.9 | | | | | | |
| **Total equity** | **na** | **na** | **874.4** | **1,007.2** | **1,122.6** | | | | | | |
| Net debt (Adj) | **na** | **na** | **766.3** | **1,049.9** | **1,267.9** | | | | | | |
| Net debt to equity (Adj) (%) | na | na | 87.6 | 104.2 | 112.9 | | | | | | |

For definitions of the items in this table. please click here.



citivelocity.com

Prepared for:Brian L Johnson

Prepared for:Brian L Johnson

## Assets and Regulatory Framework

In addition to Hunt, it has been widely reported that NextEra Energy (not covered), Center Point Energy (not covered), Berkshire Hathaway entities and some international players expressed interest in Oncor assets in the past. In particular, NextEra offered $18B consideration for the assets in 2014, effectively establishing the floor for the valuation. Against this backdrop of deep-pocketed suitors, Hunt/HIFR tandem has several strategic advantages.

First, Oncor's and HIFR's service territories are closely aligned, creating potential for operational synergies and cost controls. Both companies participated in the CREZ build-out and own CREZ transmission lines - see Figure 1.

**Figure 1. Oncor and Sharyland Assets and Service Territories**



Source: Citi Research, SNL Energy

In addition, TX regulatory framework and public perception favors state incumbents as preferred long-term owners of the assets. Under the legislation passed in 2007, any transaction involving electric T&D assets would require PUCT approval. In order to approve a transaction, the PUCT must find, among other things that the transaction would not result in the transfer of jobs outside the state or a decline in service – inherently favoring state incumbents with strong operational presence on the ground.

Lastly, we note that since expressing their original interest, some players have committed to other transaction, with NEE acquiring Hawaiian Electric (HE, not covered) in a $4.3B transaction, which may be straining their ability and desire to offer superior bids. At the same time, HIFR's strong performance post-IPO has created attractive acquisition currency for Hunt.

## Financial Implications

According to most recent public disclosure, Oncor reported $1.827B in adjusted EBITDA (ex BondCo). Considering that recent utility M&A has been done in the 9 - 11.5x EV/EBITDA range and factoring in higher quality of Oncor's assets, we look at

10x–14x EV/EBITDA valuation range for Oncor acquisition. Our central scenario implies $21.9B valuation and 9.6% CAD yield.

**Figure 2. Oncor M&A Valuation Range**

*(USD mm)*

| FY'14 EBITDA | $1,827 | | |
|---|---|---|---|
| **EV/EBITDA Multiple** | **10.0x** | **12.0x** | **14.0x** |
| **Valuation** | **$18,270** | **$21,924** | **$25,578** |
| Total Debt | 6,167 | 6,167 | 6,167 |
| Equity Value | 8,449 | 15,757 | 19,411 |
| **Implied CAD Yield '15E** | **18.0%** | **9.6%** | **7.8%** |

Source: Citi Research

In its recent investor presentation, Oncor Electric Delivery announced its robust investment plan through 2020 and provided substantial financial disclosure that allows us to estimate its rate base trajectory and CAD potential. The company plans to spend up to $5.5B in total CAPEX between 2015 and 2018 – see Figure 3.

**Figure 3. Oncor Capex Plan 2015-2018**

| Capex - Company Guidance | Estimates | | | |
|---|---|---|---|---|
| | **2015** | **2016** | **2017** | **2018** |
| Transmission Grid Expansion | 473 | 587 | 605 | 616 |
| New Service | 213 | 255 | 270 | 280 |
| Maintanance | 430 | 521 | 661 | 650 |
| **Total** | **1,116** | **1,363** | **1,536** | **1,546** |

Source: Oncor Electric Delivery Presentation

At the end of 2014, Oncor had ~$12.4B in rate base, which coupled with the announced spending plan and existing depreciation rate, should translate into ~5% rate base CAGR through 2018 – see Figure 4.

**Figure 4. Oncor Rate Base Projection**

| Rate Base - Citi Projections | Estimates | | | | CAGR '15-'18 |
|---|---|---|---|---|---|
| | **2015** | **2016** | **2017** | **2018** | |
| Ratebase BOP | 12,463 | 12,824 | 13,410 | 14,134 | |
| Depreciation | (755) | (777) | (812) | (856) | |
| Capex | 1,116 | 1,363 | 1,536 | 1,546 | |
| **Ratebase - EOP** | **12,824** | **13,410** | **14,134** | **14,824** | **5%** |

Source: Citi Research, Oncor Electric Delivery Presentation

Assuming current regulatory capital structure and recovery metrics, we estimate potential CAFD that Oncor assets could generate in this scenario – see Figure 5.

Prepared for:Brian L Johnson

InfraREIT, Inc. (HIFR)
26 March 2015

**Citi Research**

Figure 5. Oncor CAFD Projections

| Key Assumptions | Estimates | | | |
| --- | --- | --- | --- | --- |
| | 2015 | 2016 | 2017 | 2018 |
| Equity Layer | 45% | 45% | 45% | 45% |
| Debt Ex. Bond Co | $6,947 | $7,193 | $7,539 | $7,914 |
| Effective Interest Rate | 5.5% | 5.5% | 5.5% | 5.5% |
| Efective Tax Rate | 38.2% | 38.2% | 38.2% | 38.2% |
| D&A as a % of PP&E | 6.3% | 6.3% | 6.3% | 6.3% |

| CAFD  - Citi Estimates | Estimates | | | |
| --- | --- | --- | --- | --- |
| | 2015 | 2016 | 2017 | 2018 |
| Net Income | $456 | $472 | $495 | $520 |
| (+): Tax Allowance | 282 | 292 | 306 | 321 |
| (+): Interest (ex Bond Co) | 383 | 397 | 416 | 436 |
| (+): Depreciation & Ammort. | 792 | 820 | 859 | 902 |
| (+): Other Adjustments | 35 | 35 | 35 | 35 |
| EBITDA | 1,948 | 2,015 | 2,111 | 2,214 |
| (-): Maintenance Capex | 430 | 521 | 661 | 650 |
| CAFD | $1,518 | $1,494 | $1,450 | $1,564 |

Source: Citi Research, Oncor Electric Delivery Presentation, SNL Energy

Assuming average annual CAFD conversion ratio (defined as CAD divided by average rate base) of 10.5%, consistent with historical metrics, we see substantial CAD acquisition pipeline for HIFR – see Figure 6.

Figure 6. Oncor Drop-down potential

| Rate Base Drop-Down | 2015 | 2016 | 2017 | 2018 |
| --- | --- | --- | --- | --- |
| Ratebase BOP | $12,463 | $12,207 | $12,125 | $12,116 |
| Depreciation | (872) | (854) | (849) | (848) |
| Capex | 1,116 | 1,363 | 1,536 | 1,546 |
| Dropdowns | (500) | (590) | (696) | (822) |
| Ratebase - EOP | $12,207 | $12,125 | $12,116 | $11,993 |

Source: Citi Research

We see multiple acquisition and funding scenarios that would make these drop-down substantially accretive to HIFR shareholders. In our central scenario shown in Figure 7, we estimate that Hunt would be able to pay up to $21.6B for Oncor assets (at 12x EV/EBITDA or 9.6% CAD yield) and realize ~27% unlevered return on drop-downs to HIFR if done at 5.5% and 45% equity financing. At the same time, these drop-downs would be accretive to HIFR and result into 22% uplift to our CAD/share forecast for HIFR in Year 1.

Prepared for:Brian L Johnson

Figure 7. HIFR Drop-Down Accretion Scenario Analysis

| Accretion/Dilution Analysis | | 2015 | 2016 | 2017 | 2018 | CAGR '15-'18 |
|---|---|---|---|---|---|---|
| CAFD Conversion Ratio | % | 10.5% | 10.5% | 10.5% | 10.5% | |
| CAFD for Dropdown | $mm | $53 | $62 | $73 | $86 | Based on 3/24 closing price and Citi CAD forecast |
| Valuation (CAFD Yield) | % | 5.5% | 5.5% | 5.5% | 5.5% | |
| HIFR Funding Needs | $mm | $954.5 | $1,126.4 | $1,329.1 | $1,568.3 | |
| of which Equity @ 45% | | 429.5 | 506.9 | 598.1 | 705.8 | Est. current average HIFR cost of debt |
| HIFR Cost of Equity (CAFD Yield) | % | 3.7% | 3.7% | 3.7% | 3.7% | |
| HIFR Cost of Debt | % | 4.5% | 4.5% | 4.5% | 4.5% | |
| | | | | | | |
| Pro-Forma CAD | $mm | $93.0 | $113.0 | $150.4 | $160.8 | |
| Pro-Forma SHO | mm | 73.1 | 75.9 | 85.4 | 89.0 | |
| Pro-Forma CAD/Share | $ | $1.27 | $1.49 | $1.76 | $1.81 | 12% |
| Citi Model | $ | $1.05 | $1.29 | $1.62 | $1.66 | |
| Upside to Citi Model | % | 22% | 16% | 9% | 9% | |

Source: Citi Research

We also note that we assume $500m or rate base drop-down in Year 1 and 18% annual growth in rate base drop downs going forward, which results into the entire Oncor rate base being sold-off to HIFR over the course of ten years.

We expect HIFR and Hunt to have a significant degree of flexibility around the timing of such acquisitions, especially considering the timing of ROFO projects and potential 3rd party opportunities.

Prepared for:Brian L Johnson

# InfraREIT, Inc.

## Company description

InfraREIT is an externally managed REIT that owns rate-regulated electric T&D assets. InfraREIT intends to grow through organic expansion of its rate base, ROFO drop-downs from its sponsor Hunt and third-party acquisitions.

## Investment strategy

We rate HIFR a Buy (1). We believe that InfraREIT has a stable operating business with high visibility high quality rate-regulated cash flows and no re-contracting risk. The growth profile of HIFR compares favorably to peers and has high visibility due to organic and ROFO growth opportunities. Beyond ROFOs, HIFR is well positioned to benefit from much needed infrastructure development in the US, which will be enabled by attractive currency and strong management team and sponsor.

## Valuation

Our 12 months price target of $33 is derived by applying our target 3.8% dividend to 2017 estimated DPS of $1.30 share. We also apply 0.95 time value discount.

## Risks

HIFR is exposed to a number of risks which could cause shares to perform contrary to our expectations.

Regulatory risk in TX - HIFR's only tenant, Sharyland, could receive rate order in its next GRC in 2016 that is below our current expectations

Regulatory risk outside of TX - HIFR may fail to secure regulatory recognition of its operating structure and strategy and/or fail to secure attractive rate recovery in jurisdictions other than TX and at FERC, which would negatively impact its growth outlook

Interest rate risk - higher interest rates may make it more expensive for HIFR to finance its growth program and reduce the appeal of HIFR's dividend growth strategy to investors, adversely impacting the performance of shares

# Appendix A-1
## Analyst Certification

The research analyst(s) primarily responsible for the preparation and content of this research report are named in bold text in the author block at the front of the product except for those sections where an analyst's name appears in bold alongside content which is attributable to that analyst. Each of these analyst(s) certify, with respect to the section(s) of the report for which they are responsible, that the views expressed therein accurately reflect their personal views about each issuer and security referenced and were prepared in an independent manner, including with respect to Citigroup Global Markets Inc and its affiliates. No part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendation(s) or view(s) expressed by that research analyst in this report.

Prepared for:Brian L Johnson

## IMPORTANT DISCLOSURES



**InfraREIT, Inc. (HIFR)**
Ratings and Target Price History
Fundamental Research
Analyst: Sophie K Karp
Covered since February 24 2015

| | Date | Rating | Target Price | Closing Price |
|---|---|---|---|---|
| 1 | 8-Oct-11 | Stock rating system changed | | |

* Indicates change

| | Date | Rating | Target Price | Closing Price |
|---|---|---|---|---|
| 2 | 24-Feb-15 | *1 | *33.00 | 27.65 |

Rating/target price changes above reflect Eastern Standard Time

**InfraREIT, Inc. (HIFR)**
Ratings and Target Price History
Best Ideas Research
Relative Call (3 Month)
Analyst: Sophie K Karp
Covered since February 24 2015

* Indicates change

Rating/target price changes above reflect Eastern Standard Time

---

Within the past 12 months, Citigroup Global Markets Inc. or its affiliates has acted as manager or co-manager of an offering of securities of InfraREIT, Inc..

Citigroup Global Markets Inc. or its affiliates has received compensation for investment banking services provided within the past 12 months from InfraREIT, Inc..

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following as investment banking client(s): InfraREIT, Inc..

Analysts' compensation is determined based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates ("the Firm"). Like all Firm employees, analysts receive compensation that is impacted by overall firm profitability which includes investment banking revenues.

For important disclosures (including copies of historical disclosures) regarding the companies that are the subject of this Citi Research product ("the Product"), please contact Citi Research, 388 Greenwich Street, 28th Floor, New York, NY, 10013, Attention: Legal/Compliance [E6WYB6412478]. In addition, the same important disclosures, with the exception of the Valuation and Risk assessments and historical disclosures, are contained on the Firm's disclosure website at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.   Valuation and Risk assessments can be found in the text of the most recent research note/report regarding the subject company. Historical disclosures (for up to the past three years) will be provided upon request.

**Citi Research Equity Ratings Distribution**

| | 12 Month Rating | | | Relative Rating | | |
|---|---|---|---|---|---|---|
| Data current as of 31 Dec 2014 | Buy | Hold | Sell | Buy | Hold | Sell |
| Citi Research Global Fundamental Coverage | 49% | 40% | 12% | 0% | 100% | 0% |
| % of companies in each rating category that are investment banking clients | 65% | 62% | 54% | 0% | 63% | 0% |

**Guide to Citi Research Fundamental Research Investment Ratings:**
Citi Research stock recommendations include an investment rating and an optional risk rating to highlight high risk stocks.
**Risk rating** takes into account both price volatility and fundamental criteria. Stocks will either have no risk rating or a High risk rating assigned.
**Investment Ratings:** Citi Research investment ratings are Buy, Neutral and Sell. Our ratings are a function of analyst expectations of expected total return ("ETR") and risk. ETR is the sum of the forecast price appreciation (or depreciation) plus the dividend yield for a stock within the next 12 months. The Investment rating definitions are: Buy (1) ETR of 15% or more or 25% or more for High risk stocks; and Sell (3) for negative ETR. Any covered stock not assigned a Buy or a Sell is a Neutral (2). For stocks rated Neutral (2), if an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Citi Research management not to assign a target price and, thus, not derive an ETR. Analysts may place covered stocks "Under Review" in response to exceptional circumstances (e.g. lack of information critical to the

Prepared for:Brian L Johnson

InfraREIT, Inc. (HIFR)
26 March 2015

**Citi Research**

analyst's thesis) affecting the company and / or trading in the company's securities (e.g. trading suspension). As soon as practically possible, the analyst will publish a note re-establishing a rating and investment thesis. To satisfy regulatory requirements, we correspond Under Review and Neutral to Hold in our ratings distribution table for our 12-month fundamental rating system. However, we reiterate that we do not consider Under Review to be a recommendation.

Prior to May 1, 2014 Citi Research may have also assigned a three-month relative call (or rating) to a stock to highlight expected out-performance (most preferred) or under-performance (least preferred) versus the geographic and industry sector over a 3 month period. The relative call may have highlighted a specific near-term catalyst or event impacting the company or the market that was anticipated to have a short-term price impact on the equity securities of the company. Absent any specific catalyst the analyst(s) may have indicated the most and least preferred stocks in the universe of stocks under consideration, explaining the basis for this short-term view. This three-month view may have been different from and did not affect a stock's fundamental equity rating, which reflected a longer-term total absolute return expectation. For purposes of NASD/NYSE ratings-distribution-disclosure rules, most preferred calls corresponded to a buy recommendation and least preferred calls corresponded to a sell recommendation. Any stock not assigned to a most preferred or least preferred call was considered non-relative-rated (NRR). For purposes of NASD/NYSE ratings-distribution-disclosure rules we corresponded NRR to Hold in our ratings distribution table for our 3-month relative rating system. However, we reiterate that we did not consider NRR to be a recommendation.

Prior to October 8, 2011, the firm's stock recommendation system included a risk rating and an investment rating. **Risk ratings**, which took into account both price volatility and fundamental criteria, were: Low (L), Medium (M), High (H), and Speculative (S). **Investment Ratings** of Buy, Hold and Sell were a function of the Citi Research expectation of total return (forecast price appreciation and dividend yield within the next 12 months) and risk rating. Additionally, analysts could have placed covered stocks "Under Review" in response to exceptional circumstances (e.g. lack of information critical to the analyst's thesis) affecting the company and/or trading in the company's securities (e.g. trading suspension). Stocks placed "Under Review" were monitored daily by management and as practically possible, the analyst published a note re-establishing a rating and investment thesis. For securities in developed markets (US, UK, Europe, Japan, and Australia/New Zealand), investment ratings were:Buy (1) (expected total return of 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks); Hold (2) (0%-10% for Low-Risk stocks, 0%-15% for Medium-Risk stocks, 0%-20% for High-Risk stocks, and 0%-35% for Speculative stocks); and Sell (3) (negative total return). For securities in emerging markets (Asia Pacific, Emerging Europe/Middle East/Africa, and Latin America), investment ratings were:Buy (1) (expected total return of 15% or more for Low-Risk stocks, 20% or more for Medium-Risk stocks, 30% or more for High-Risk stocks, and 40% or more for Speculative stocks); Hold (2) (5%-15% for Low-Risk stocks, 10%-20% for Medium-Risk stocks, 15%-30% for High-Risk stocks, and 20%-40% for Speculative stocks); and Sell (3) (5% or less for Low-Risk stocks, 10% or less for Medium-Risk stocks, 15% or less for High-Risk stocks, and 20% or less for Speculative stocks).

Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in investment and/or risk rating, or a change in target price (subject to limited management discretion). At other times, the expected total returns may fall outside of these ranges because of market price movements and/or other short-term volatility or trading patterns. Such interim deviations from specified ranges will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

**NON-US RESEARCH ANALYST DISCLOSURES**

Non-US research analysts who have prepared this report (i.e., all research analysts listed below other than those identified as employed by Citigroup Global Markets Inc.) are not registered/qualified as research analysts with FINRA. Such research analysts may not be associated persons of the member organization and therefore may not be subject to the NYSE Rule 472 and NASD Rule 2711 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account. The legal entities employing the authors of this report are listed below:

Citigroup Global Markets Inc                      Sophie K Karp

# OTHER DISCLOSURES

The subject company's share price set out on the front page of this Product is quoted as at 25 March 2015 12:59 PM on the issuer's primary market.

For securities recommended in the Product in which the Firm is not a market maker, the Firm is a liquidity provider in the issuers' financial instruments and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in the Product. The Firm regularly trades in the securities of the issuer(s) discussed in the Product. The Firm may engage in securities transactions in a manner inconsistent with the Product and, with respect to securities covered by the Product, will buy or sell from customers on a principal basis.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources that the Firm believes to be reliable, we do not guarantee its accuracy and it may be incomplete and condensed. Note, however, that the Firm has taken all reasonable steps to determine the accuracy and completeness of the disclosures made in the Important Disclosures section of the Product. The Firm's research department has received assistance from the subject company(ies) referred to in this Product including, but not limited to, discussions with management of the subject company(ies). Firm policy prohibits research analysts from sending draft research to subject companies. However, it should be presumed that the author of the Product has had discussions with the subject company to ensure factual accuracy prior to publication. All opinions, projections and estimates constitute the judgment of the author as of the date of the Product and these, plus any other information contained in the Product, are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. Notwithstanding other departments within the Firm advising the companies discussed in this Product, information obtained in such role is not used in the preparation of the Product. Although Citi Research does not set a predetermined frequency for publication, if the Product is a fundamental research report, it is the intention of Citi Research to provide research coverage of the/those issuer(s) mentioned therein, including in response to news affecting this issuer, subject to applicable quiet periods and capacity constraints. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in the Product must take into account existing public information on such security or any registered prospectus.

Prepared for:Brian L Johnson

citivelocity.com

InfraREIT, Inc. (HIFR)
26 March 2015

**Citi Research**

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received the Product from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in the Product from the Firm. Please ask your Financial Consultant for additional details. Citigroup Global Markets Inc. takes responsibility for the Product in the United States. Any orders by US investors resulting from the information contained in the Product may be placed only through Citigroup Global Markets Inc.

**Important Disclosures for Bell Potter Customers:** Bell Potter is making this Product available to its clients pursuant to an agreement with Citigroup Global Markets Australia Pty Limited. Neither Citigroup Global Markets Australia Pty Limited nor any of its affiliates has made any determination as to the suitability of the information provided herein and clients should consult with their Bell Potter financial advisor before making any investment decision.

**The Citigroup legal entity that takes responsibility for the production of the Product is the legal entity with the first named author is employed by.** The Product is made available in **Australia** through Citigroup Global Markets Australia Pty Limited. (ABN 64 003 114 832 and AFSL No. 240992), participant of the ASX Group and regulated by the Australian Securities & Investments Commission. Citigroup Centre, 2 Park Street, Sydney, NSW 2000. The Product is made available to Australian Private Banking wholesale clients through Citigroup Pty Limited (ABN 88 004 325 080 and AFSL 238098). Citigroup Pty Limited provides all financial product advice to Australian Private Banking wholesale clients through bankers and relationship managers. If there is any doubt about the suitability of investments held in Citigroup Private Bank accounts, investors should contact the Citigroup Private Bank in Australia. Citigroup companies may compensate affiliates and their representatives for providing products and services to clients. The Product is made available in **Brazil** by Citigroup Global Markets Brasil - CCTVM SA, which is regulated by CVM - Comissão de Valores Mobiliários, BACEN - Brazilian Central Bank, APIMEC - Associação dos Analistas e Profissionais de Investimento do Mercado de Capitais and ANBID - Associação Nacional dos Bancos de Investimento. Av. Paulista, 1111 - 11° andar - CEP. 01311920 - São Paulo - SP. If the Product is being made available in certain provinces of **Canada** by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved the Product. Citigroup Place, 123 Front Street West, Suite 1100, Toronto, Ontario M5J 2M3. This product is available in **Chile** through Banchile Corredores de Bolsa S.A., an indirect subsidiary of Citigroup Inc., which is regulated by the Superintendencia de Valores y Seguros. Agustinas 975, piso 2, Santiago, Chile. The Product is distributed in **Germany** by Citigroup Global Markets Deutschland AG ("CGMD"), which is regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin). CGMD, Reuterweg 16, 60323 Frankfurt am Main. Research which relates to "securities" (as defined in the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong)) is issued in **Hong Kong** by, or on behalf of, Citigroup Global Markets Asia Limited which takes full responsibility for its content. Citigroup Global Markets Asia Ltd. is regulated by Hong Kong Securities and Futures Commission. If the Research is made available through Citibank, N.A., Hong Kong Branch, for its clients in Citi Private Bank, it is made available by Citibank N.A., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. Citibank N.A. is regulated by the Hong Kong Monetary Authority. Please contact your Private Banker in Citibank N.A., Hong Kong, Branch if you have any queries on or any matters arising from or in connection with this document. The Product is made available in **India** by Citigroup Global Markets India Private Limited, which is regulated by Securities and Exchange Board of India. 1202, 12th Floor, FIFC, G Block, Bandra Kurla Complex, Bandra East, Mumbai - 400051 Corporate Identity Number: U99999MH2000PTC126657 Tel:+9102261759999 Fax:+9102261759961. The Product is made available in **Indonesia** through PT Citigroup Securities Indonesia. 5/F, Citibank Tower, Bapindo Plaza, Jl. Jend. Sudirman Kav. 54-55, Jakarta 12190. Neither this Product nor any copy hereof may be distributed in Indonesia or to any Indonesian citizens wherever they are domiciled or to Indonesian residents except in compliance with applicable capital market laws and regulations. This Product is not an offer of securities in Indonesia. The securities referred to in this Product have not been registered with the Capital Market and Financial Institutions Supervisory Agency (BAPEPAM-LK) pursuant to relevant capital market laws and regulations, and may not be offered or sold within the territory of the Republic of Indonesia or to Indonesian citizens through a public offering or in circumstances which constitute an offer within the meaning of the Indonesian capital market laws and regulations. The Product is made available in **Israel** through Citibank NA, regulated by the Bank of Israel and the Israeli Securities Authority. Citibank, N.A., Platinum Building, 21 Ha'arba'ah St, Tel Aviv, Israel. The Product is made available in **Italy** by Citigroup Global Markets Limited, which is authorised by the PRA and regulated by the FCA and the PRA. Via dei Mercanti, 12, Milan, 20121, Italy. The Product is made available in **Japan** by Citigroup Global Markets Japan Inc. ("CGMJ"), which is regulated by Financial Services Agency, Securities and Exchange Surveillance Commission, Japan Securities Dealers Association, Tokyo Stock Exchange and Osaka Securities Exchange. Shin-Marunouchi Building, 1-5-1 Marunouchi, Chiyoda-ku, Tokyo 100-6520 Japan. If the Product was distributed by SMBC Nikko Securities Inc. it is being so distributed under license. In the event that an error is found in an CGMJ research report, a revised version will be posted on the Firm's Citi Velocity website. If you have questions regarding Citi Velocity, please call (81 3) 6270-3019 for help. The Product is made available in **Korea** by Citigroup Global Markets Korea Securities Ltd., which is regulated by the Financial Services Commission, the Financial Supervisory Service and the Korea Financial Investment Association (KOFIA). Citibank Building, 39 Da-dong, Jung-gu, Seoul 100-180, Korea. KOFIA makes available registration information of research analysts on its website. Please visit the following website if you wish to find KOFIA registration information on research analysts of Citigroup Global Markets Korea Securities Ltd. http://dis.kofia.or.kr/websquare/index.jsp?w2xPath=/wq/fundMgr/DISFundMgrAnalystList.xml&divisionId=MDIS03002002000000&serviceId=SDIS03002002000. The Product is made available in **Korea** by Citibank Korea Inc., which is regulated by the Financial Services Commission and the Financial Supervisory Service. Address is Citibank Building, 39 Da-dong, Jung-gu, Seoul 100-180, Korea. The Product is made available in **Malaysia** by Citigroup Global Markets Malaysia Sdn Bhd (Company No. 460819-D) ("CGMM") to its clients and CGMM takes responsibility for its contents. CGMM is regulated by the Securities Commission of Malaysia. Please contact CGMM at Level 43 Menara Citibank, 165 Jalan Ampang, 50450 Kuala Lumpur, Malaysia in respect of any matters arising from, or in connection with, the Product. The Product is made available in **Mexico** by Acciones y Valores Banamex, S.A. De C. V., Casa de Bolsa, Integrante del Grupo Financiero Banamex ("Accival") which is a wholly owned subsidiary of Citigroup Inc. and is regulated by Comision Nacional Bancaria y de Valores. Reforma 398, Col. Juarez, 06600 Mexico, D.F. In **New Zealand** the Product is made available to 'wholesale clients' only as defined by s5C(1) of the Financial Advisers Act 2008 ('FAA') through Citigroup Global Markets Australia Pty Ltd (ABN 64 003 114 832 and AFSL No. 240992), an overseas financial adviser as defined by the FAA, participant of the ASX Group and regulated by the Australian Securities & Investments Commission. Citigroup Centre, 2 Park Street, Sydney, NSW 2000. The Product is made available in **Pakistan** by Citibank N.A. Pakistan branch, which is

Prepared for:Brian L Johnson

InfraREIT, Inc. (HIFR)
26 March 2015

**Citi Research**

regulated by the State Bank of Pakistan and Securities Exchange Commission, Pakistan. AWT Plaza, 1.1. Chundrigar Road, P.O. Box 4889, Karachi-74200.  The Product is made available in the **Philippines** through Citicorp Financial Services and Insurance Brokerage Philippines, Inc., which is regulated by the Philippines Securities and Exchange Commission. 20th Floor Citibank Square Bldg. The Product is made available in the Philippines through Citibank NA Philippines branch, Citibank Tower, 8741 Paseo De Roxas, Makati City, Manila. Citibank NA Philippines NA is regulated by The Bangko Sentral ng Pilipinas. The Product is made available in **Poland** by Dom Maklerski Banku Handlowego SA an indirect subsidiary of Citigroup Inc., which is regulated by Komisja Nadzoru Finansowego.  Dom Maklerski Banku Handlowego S.A. ul.Senatorska 16, 00-923 Warszawa.  The Product is made available in the **Russian Federation** through ZAO Citibank, which is licensed to carry out banking activities in the Russian Federation in accordance with the general banking license issued by the Central Bank of the Russian Federation and brokerage activities in accordance with the license issued by the Federal Service for Financial Markets.  Neither the Product nor any information contained in the Product shall be considered as advertising the securities mentioned in this report within the territory of the Russian Federation or outside the Russian Federation.  The Product does not constitute an appraisal within the meaning of the Federal Law of the Russian Federation of 29 July 1998 No. 135-FZ (as amended) On Appraisal Activities in the Russian Federation. 8-10 Gasheka Street, 125047 Moscow.  The Product is made available in **Singapore** through Citigroup Global Markets Singapore Pte. Ltd. ("CGMSPL"), a capital markets services license holder, and regulated by Monetary Authority of Singapore. Please contact CGMSPL at 8 Marina View, 21st Floor Asia Square Tower 1, Singapore 018960, in respect of any matters arising from, or in connection with, the analysis of this document. This report is intended for recipients who are accredited, expert and institutional investors as defined under the Securities and Futures Act (Cap. 289). The Product is made available by The Citigroup Private Bank in Singapore through Citibank, N.A., Singapore Branch, a licensed bank in Singapore that is regulated by Monetary Authority of Singapore. Please contact your Private Banker in Citibank N.A., Singapore Branch if you have any queries on or any matters arising from or in connection with this document. This report is intended for recipients who are accredited, expert and institutional investors as defined under the Securities and Futures Act (Cap. 289).  This report is distributed in Singapore by Citibank Singapore Ltd ("CSL") to selected Citigold/Citigold Private Clients. CSL provides no independent research or analysis of the substance or in preparation of this report. Please contact your Citigold/Citigold Private Client Relationship Manager in CSL if you have any queries on or any matters arising from or in connection with this report. This report is intended for recipients who are accredited investors as defined under the Securities and Futures Act (Cap. 289).  Citigroup Global Markets (Pty) Ltd. is incorporated in the **Republic of South Africa** (company registration number 2000/025866/07) and its registered office is at 145 West Street, Sandton, 2196, Saxonwold. Citigroup Global Markets (Pty) Ltd. is regulated by JSE Securities Exchange South Africa, South African Reserve Bank and the Financial Services Board.  The investments and services contained herein are not available to private customers in South Africa.  The Product is made available in the **Republic of China** through Citigroup Global Markets Taiwan Securities Company Ltd. ("CGMTS"), 14 and 15F, No. 1, Songzhi Road, Taipei 110, Taiwan and/or through Citibank Securities (Taiwan) Company Limited ("CSTL"), 14 and 15F, No. 1, Songzhi Road, Taipei 110, Taiwan, subject to the respective license scope of each entity and the applicable laws and regulations in the Republic of China. CGMTS and CSTL are both regulated by the Securities and Futures Bureau of the Financial Supervisory Commission of Taiwan, the Republic of China. No portion of the Product may be reproduced or quoted in the Republic of China by the press or any third parties [without the written authorization of CGMTS and CSTL]. If the Product covers securities which are not allowed to be offered or traded in the Republic of China, neither the Product nor any information contained in the Product shall be considered as advertising the securities or making recommendation of the securities in the Republic of China. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security or financial products. Any decision to purchase securities or financial products mentioned in the Product must take into account existing public information on such security or the financial products or any registered prospectus. The Product is made available in **Thailand** through Citicorp Securities (Thailand) Ltd., which is regulated by the Securities and Exchange Commission of Thailand.  399 Interchange 21 Building, 18th Floor, Sukhumvit Road, Klongtoey Nua, Wattana ,Bangkok 10110, Thailand.  The Product is made available in **Turkey** through Citibank AS which is regulated by Capital Markets Board.  Tekfen Tower, Eski Buyukdere Caddesi # 209 Kat 2B, 23294 Levent, Istanbul, Turkey.  In the **U.A.E**, these materials (the "Materials") are communicated by Citigroup Global Markets Limited, DIFC branch ("CGML"), an entity registered in the Dubai International Financial Center ("DIFC") and licensed and regulated by the Dubai Financial Services Authority ("DFSA") to Professional Clients and Market Counterparties only and should not be relied upon or distributed to Retail Clients. A distribution of the different Citi Research ratings distribution, in percentage terms for Investments in each sector covered is made available on request.  Financial products and/or services to which the Materials relate will only be made available to Professional Clients and Market Counterparties.  The Product is made available in **United Kingdom** by Citigroup Global Markets Limited, which is authorised by the Prudential Regulation Authority ("PRA") and regulated by the Financial Conduct Authority ("FCA") and the PRA.  This material may relate to investments or services of a person outside of the UK or to other matters which are not authorised by the PRA nor regulated by the FCA and the PRA and further details as to where this may be the case are available upon request in respect of this material. Citigroup Centre, Canada Square, Canary Wharf, London, E14 5LB.  The Product is made available in **United States** by Citigroup Global Markets Inc, which is a member of FINRA and registered with the US Securities and Exchange Commission. 388 Greenwich Street, New York, NY 10013.  Unless specified to the contrary, within EU Member States, the Product is made available by Citigroup Global Markets Limited, which is authorised by the PRA and regulated by the FCA and the PRA.

Pursuant to Comissão de Valores Mobiliários Rule 483, Citi is required to disclose whether a Citi related company or business has a commercial relationship with the subject company. Considering that Citi operates multiple businesses in more than 100 countries around the world, it is likely that Citi has a commercial relationship with the subject company.

Many European regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. The policy applicable to Citi Research's Products can be found at  https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

Compensation of equity research analysts is determined by equity research management and Citigroup's senior management and is not linked to specific transactions or recommendations.

The Product is not to be construed as providing investment services in any jurisdiction where the provision of such services would not be permitted. Subject to the nature and contents of the Product, the investments described therein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained in the Product may have tax implications for private customers whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser.  The Product does not purport to identify the nature of the specific market or other risks associated with a particular transaction.  Advice in the Product is general and should not be construed as personal advice given it has been prepared without taking account of the objectives, financial situation or needs of any particular investor. Accordingly, investors should, before acting on the advice, consider the appropriateness of the advice, having regard to their objectives, financial situation and needs. Prior to acquiring any financial product, it is the

Prepared for:Brian L Johnson

citivelocity.com

**InfraREIT, Inc. (HIFR)**
26 March 2015

**Citi Research**

client's responsibility to obtain the relevant offer document for the product and consider it before making a decision as to whether to purchase the product. Citi Research generally disseminates its research to the Firm's global institutional and retail clients via both proprietary (e.g., Citi Velocity and Citi Personal Wealth Management) and non-proprietary electronic distribution platforms. Certain research may be disseminated only via Citi's proprietary distribution platforms; however such research will not contain changes to earnings forecasts, target price, investment or risk rating or investment thesis or be otherwise inconsistent with the author's previously published research. Certain research is made available only to institutional investors to satisfy regulatory requirements. Individual Citi Research analysts may also opt to circulate published research to one or more clients by email; such email distribution is discretionary and is done only after the research has been disseminated.

The level and types of services provided by Citi Research analysts to clients may vary depending on various factors such as the client's individual preferences as to the frequency and manner of receiving communications from analysts, the client's risk profile and investment focus and perspective (e.g. market-wide, sector specific, long term, short-term etc.), the size and scope of the overall client relationship with Citi and legal and regulatory constraints. Citi Research product may source data from dataCentral. dataCentral is a Citi Research proprietary database, which includes Citi estimates, data from company reports and feeds from Thomson Reuters. The printed and printable version of the research report may not include all the information (e.g., certain financial summary information and comparable company data) that is linked to the online version available on Citi's proprietary electronic distribution platforms.

© 2015 Citigroup Global Markets Inc. Citi Research is a division of Citigroup Global Markets Inc. Citi and Citi with Arc Design are trademarks and service marks of Citigroup Inc. and its affiliates and are used and registered throughout the world. All rights reserved. Any unauthorized use, duplication, redistribution or disclosure of this report (the "Product"), including, but not limited to, redistribution of the Product by electronic mail, posting of the Product on a website or page, and/or providing to a third party a link to the Product, is prohibited by law and will result in prosecution. The information contained in the Product is intended solely for the recipient and may not be further distributed by the recipient to any third party. Where included in this report, MSCI sourced information is the exclusive property of Morgan Stanley Capital International Inc. (MSCI). Without prior written permission of MSCI, this information and any other MSCI intellectual property may not be reproduced, redisseminated or used to create any financial products, including any indices. This information is provided on an "as is" basis. The user assumes the entire risk of any use made of this information. MSCI, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Without limiting any of the foregoing, in no event shall MSCI, any of its affiliates or any third party involved in, or related to, computing or compiling the information have any liability for any damages of any kind. MSCI, Morgan Stanley Capital International and the MSCI indexes are services marks of MSCI and its affiliates. The Firm accepts no liability whatsoever for the actions of third parties. The Product may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the Product refers to website material of the Firm, the Firm has not reviewed the linked site. Equally, except to the extent to which the Product refers to website material of the Firm, the Firm takes no responsibility for, and makes no representations or warranties whatsoever as to, the data and information contained therein. Such address or hyperlink (including addresses or hyperlinks to website material of the Firm) is provided solely for your convenience and information and the content of the linked site does not in anyway form part of this document. Accessing such website or following such link through the Product or the website of the Firm shall be at your own risk and the Firm shall have no liability arising out of, or in connection with, any such referenced website.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

Prepared for:Brian L Johnson

