# **EXHIBIT 4**





