**EXHIBIT 5**

4/8/2015                                                    Debtwire.com

| | | |
|---|---|---|
| 27-Mar-15 - 14:00 | **Energy Future E-side creditors draft Hunt-family sponsored POR that values Oncor at USD 18.5bn**  Proprietary | **Dealscope potential activity analysis** |
| Story: | After months of acrimonious negotiations, **Energy Future Holdings** creditors are finally rowing in the same direction. The E-side debtors are close to inking a restructuring plan that's backed by a majority of creditors at EFH and its subsidiary **EFIH**, said two sources familiar. | Topics: Restructuring: Court supervised Restructuring: Proposal |

While the plan would mark a huge step forward for the nearly one-year-old bankruptcy, first lien lenders at merchant subsidiary **TCEH**, where the lion's share of debt sits, still need to ink an agreement with junior creditors. The E-side plan contemplates a tax-free spinoff of TCEH, the sources added.

The plan contemplates swapping the debt at the E-side subsidiaries into EFH equity, with those prepetition creditors controlling 80% of the equity interest in regulated subsidiary **Oncor Electric Delivery Co**. The plan, which is based on an USD 18.5bn enterprise value for Oncor, is sponsored by the Hunt family which agreed to act as third-party manager of the assets once creditors own it.

The Hunts will be brought in on an incentive basis to run the business for the benefit of the creditors, the sources continued. The incentive for the Hunts will be realized only if the value of Oncor increases to roughly USD 19bn, they continued.

The expectation is that Oncor could eventually be transformed into a REIT in order to maximize its value, sources said.

The plan has the backing of 98% of the EFH unsecured notes, 95% of the EFIH pay-in-kind notes and 75% of the EFIH second lien notes, the sources said. **Fidelity Management**, a major crossholder of EFH and EFIH notes, is also on board with the plan and served as one of the architects of the deal, said the sources.

The broad strokes of the plan include offering the EFH unsecured noteholders 15% of EFH reorganized equity, or a 120-cent recovery, while the USD 1.7bn 11.25%/12.25% PIK unsecured holders would recoup roughly 37% of the equity or a 120 recovery. Meanwhile, roughly 40% of the equity would go to holders of the EFIH USD 1.75bn 11.75% second lien notes due 2022 and USD 11% 406m second lien notes due 2021, for a 127 recovery before accounting for a paydown earlier this month, said the sources.

Creditors at the merchant subsidiary TCEH will receive roughly USD 400m or close to 8% of the equity, they continued.

The company will emerge from bankruptcy with roughly USD 4.7bn in new net debt, based USD 700m cash at emergence – after refinancing the DIP – along with an equity value of USD 5.1bn, the sources continued.

"Creditors are putting together a complete deal that is signed, sealed, delivered [to the court] and approvable and people are happy with it as it generates value," said one of the sources.

Energy Future Holdings declined to comment. A call to Hunt Consolidated was not returned.

by Madalina Iacob

| | |
|---|---|
| Bidder | NextEra Energy, Inc. |
| Bidder | Berkshire Hathaway Inc. |
| Bidder | CenterPoint Energy Inc. |
| Bidder | ITC Holdings Corporation |
| Issuer | Energy Future Holdings Corporation |
| Lawyer | Proskauer Rose LLP |
| Private Equity House | Goldman Sachs |
| Private Equity House | KKR and Co Guernsey LP |
| Private Equity House | TPG Capital LP |
| Restructuring Advisor | Evercore Partners Inc |
| Restructuring Counsel | Kirkland & Ellis LLP |
| UCC Member | Law |

| | | |
|---|---|---|
| **Source:** | Debtwire Proprietary | |
| **Intel. Grade:** | Strong evidence | |
| **Intelligence ID:** | 1992297 | |
| | | Debenture Trust Company of New York |
| | UCC Member | The Bank of New York Mellon Corporation |
| | UCC Member | Wilmington Savings Fund Society, FSB |
| | UCC Counsel | Morrison & Foerster LLP |
| | UCC Advisor | FTI Consulting, Inc. |
| | UCC Advisor | Guggenheim Partners, LLC |
| | Unsecured Bondholder | Caxton Associates LLC |
| | Unsecured Bondholder | Contrarian Capital Management, LLC |
| | Unsecured Bondholder | Fidelity Management & Research Co. (institutional business) |
| | Unsecured Bondholder Counsel | Kasowitz Benson Torres & Friedman LLP |

| | |
|---|---|
| Unsecured Bondholder Advisor | Mesirow Financial Holdings Inc |
| Issuer | Oncor Electric Delivery Company LLC |
| Financial advisor | Miller Buckfire & Co. LLC |
| Lawyer | Jones Day |
| Issuer | Brazos River Authority |
| Issuer | Sabine River Authority |
| Issuer | Texas Competitive Electric Holdings Company LLC |
| Lawyer | Munger Tolles & Olson |
| First Lien Lender | Oaktree Capital Management, L.P. |
| First Lien Lender | Apollo Global Management, LLC |
| First Lien Lender | Centerbridge Partners, L.P. |
| First Lien Lender | FMR LLC |

| | | |
|---|---|---|
| | First Lien Lender | Franklin Templeton Investments |
| | First Lien Lender | Taconic Capital Advisors LP |
| | First Lien Lender Counsel | Paul Weiss Rifkind Wharton & Garrison LLP |
| | First Lien Lender Advisor | Millstein & Co |
| | Second Lien Bondholder | Arrowgrass Master Fund |
| | Second Lien Bondholder | Marathon Asset Management, LP |
| | Unsecured Bondholder | Appaloosa Management, L.P. |
| | Unsecured Bondholder | Claren Road Asset Management, LLC |
| | Second Lien Bondholder Counsel | Brown Rudnick LLP |
| | Second Lien Bondholder Advisor | Peter J Solomon Company Limited |
| | Unsecured Bondholder Counsel | White & Case LLP |
| | Unsecured | Houlihan |

| | |
|---|---|
| Bondholder Advisor | Lokey |
| Issuer | Trinity River Authority of Texas |
| Issuer | Energy Future Intermediate Holding Company LLC |
| Lawyer | Cravath, Swaine & Moore LLP |
| First Lien Bondholder | BlueMountain Capital Management LLC |
| First Lien Bondholder | FMR LLC |
| Second Lien Bondholder | FMR LLC |
| Unsecured Bondholder | Avenue Capital Management |
| Unsecured Bondholder | Third Avenue Management LLC |
| Unsecured Bondholder | York Capital Management LLC |
| First Lien Bondholder Counsel | Ropes & Gray LLP |
| First Lien Bondholder Advisor | Capstone Advisory Group |

| | |
|---|---|
| Second Lien Bondholder Counsel | Kramer Levin Naftalis & Frankel LLP |
| Second Lien Bondholder Advisor | Rothschild |
| Unsecured Bondholder Counsel | Akin Gump Strauss Hauer & Feld |
| Unsecured Bondholder Advisor | Centerview Partners |
| Other | Kohlberg Kravis Roberts & Co. L.P. |
| Financial advisor | Blackstone Group L.P. |
| Other | Apollo Global Management, LLC |
| Financial advisor | Moelis & Company LLC |
| Lawyer | O'Melveny & Myers LLP |
| Other | FMR LLC |
| Financial advisor | Perella Weinberg Partners LP |
| Lawyer | Fried Frank Harris Shriver & Jacobson LLP |
| Other | EPIQ Systems, |

|  |  |
|---|---|
|  | Inc. |
| Other | Aurelius Capital Management |
| Lawyer | Forshey & Prostok |

NextEra Energy, Inc. is in Lev. Loan/High Yield

Energy Future Holdings Corporation is in CH11-Restructuring

CenterPoint Energy Inc. is in Lev. Loan/High Yield

Brazos River Authority is in Lev. Loan/High Yield

Texas Competitive Electric Holdings Company LLC is in Distressed Debt

Energy Future Intermediate Holding Company LLC is in CH11-Restructuring

Suggest Tear Sheet

*Debtwire only provides Tear Sheet on companies that have public financial statements*