IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: D.I. 3961, 4069, 4100 |

**CERTIFICATION OF COUNSEL CONCERNING
ORDER APPROVING STIPULATION BETWEEN ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, AND CLOUD PEAK ENERGY RESOURCES LLC,
EFFECTIVE *NUNC PRO TUNC* TO MARCH 24, 2015**

The undersigned hereby certifies as follows:

1. On March 24, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective Nunc Pro Tunc to March 24, 2015* [D.I. 3961] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Additionally, on March 24, 2015, the Debtors also filed the *Declaration of Robert Frenzel in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective Nunc Pro Tunc to March 24, 2015* [D.I. 3962] in connection with, and in support of, the relief requested in the Motion.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing

RLF1 11804048v.1

2. Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective Nunc Pro Tunc to March 24, 2015" and Hearing Thereon* filed contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on April 7, 2015 (the "Objection Deadline"). A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on April 14, 2015 starting at 10:30 a.m. (Eastern Daylight Time).

3. Prior to the Objection Deadline, Cloud Peak Energy Resources LLC (as successor in interest to Kennecott Coal Sales Company) ("Cloud Peak" and together with the Debtors, the "Parties") filed *Cloud Peak Energy Resources LLC's Objection to the Motion of Energy Future Holdings Corp., et al. for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective Nunc Pro Tunc to March 24, 2015* [D.I. 4069] (the "Objection") in response to the Motion. Other than the Objection, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.

4. In response to the Objection, on April 9, 2015, the Debtors filed (i) the *Debtors' Reply to Cloud Peak Energy Resources LLC's Objection to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources, LLC, Effective Nunc Pro Tunc to March 24, 2015* [D.I. 4100] (the "Reply") and (ii) the *Supplemental Declaration of*

---

agent at http://www.efhcaseinfo.com.

*Robert Frenzel in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective Nunc Pro Tunc to March 24, 2015* [D.I. 4101], both in further support of the relief requested in the Motion.

5. After the Debtors filed the Reply, the Parties conferred and have agreed to adjourn consideration of the Motion. In that regard, the Parties, subject to Bankruptcy Court approval, have entered into that certain *Stipulation Between Energy Future Holdings Corp., et al., and Cloud Peak Energy Resources LLC, Effective Nunc Pro Tunc to March 24, 2015* (the "Stipulation"). A copy of the Stipulation is attached hereto as **Exhibit 1**. The Stipulation provides that the hearing on the Motion is adjourned to May 4, 2015 starting at 9:30 a.m. (Eastern Daylight Time), to allow the Parties to negotiate: (a) an appropriate reservation of rights for the form of order to ultimately be entered in connection with the Motion; and (b) a resolution to any asserted claims or administrative expenses of Cloud Peak relating to the Documents (as such term is defined in the Stipulation), including any rejection or termination thereof. A proposed form of order approving the Stipulation (the "Proposed Order") is attached hereto as **Exhibit 2**. The Stipulation and the Proposed Order have been circulated to, and are acceptable to, (i) the Debtors and (ii) counsel to Cloud Peak. The Debtors believe that the Stipulation is in the best interests of their estates and should be approved.

6. The Debtors therefore respectfully request that the Bankruptcy Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit 2**, at its earliest convenience.

[*Remainder of page left intentionally blank.*]

Dated: April 13, 2015
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession