**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 4056 and 4063<br>Hearing Date: April 14, 2015 at 9:30 a.m. |

**CERTIFICATION OF COUNSEL REGARDING ORDER (A) AUTHORIZING THE RETENTION AND EMPLOYMENT OF KINSELLA MEDIA, LLC AS ASBESTOS NOTICING EXPERT TO THE EFH OFFICIAL COMMITTEE *NUNC PRO TUNC* TO MARCH 27, 2015 AND (B) WAIVING CERTAIN INFORMATION REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2(H)**

I, Mark A. Fink, Esq., of Montgomery McCracken Walker & Rhoads, LLP, Delaware bankruptcy counsel and conflicts counsel to the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "**EFH Committee**"), hereby certify as follows:

1. On April 3, 2015, the EFH Committee filed the *Application of the EFH Official Committee for an Order (A) Authorizing the Retention and Employment of Kinsella Media, LLC as Asbestos Noticing Expert to the EFH Official Committee* Nunc Pro Tunc *to March 27, 2015 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)* [D.I. 4056] (the "**Application**").[2] The Application seeks entry of an order authorizing

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

3878379

the EFH Committee to retain Kinsella Media, LLC as its asbestos claims noticing expert, effective *nunc pro tunc* to March 27, 2015 (the "**Proposed Order**").

2. Pursuant to the *Order Shortening Notice with Respect to the EFH Official Committee's Application for an Order (A) Authorizing the Retention and Employment of Kinsella Media, LLC as Asbestos Noticing Expert to the EFH Committee* Nunc Pro Tunc *to March 27, 2015 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)* [D.I. 4063], objections or responses to the Application were to be filed no later than 12:00 p.m. (Eastern Time) on April 13, 2015.

3. Prior to the objection deadline, the Office of the United States Trustee (the "**U.S. Trustee**") provided informal comments to the Proposed Order. The EFH Committee revised the Proposed Order to incorporate the informal comments received from the U.S. Trustee. The U.S. Trustee confirmed that it consents to entry of the revised Proposed Order.

4. The EFH Committee received no other comments or objections in connection with the Application, and no parties have indicated an intent to seek a continuance of the Application at the hearing on April 14, 2015. The Debtors confirmed that they will not be objecting to entry of the Proposed Order as revised to reflect the comments of the U.S. Trustee.

5. The revised Proposed Order is attached hereto as <u>Exhibit A</u>. For ease of reference, a comparison indicating the revisions to the version filed with the Application is attached hereto as <u>Exhibit B.</u>

| | |
|---|---|
| Dated: Wilmington, Delaware<br>April 13, 2015 | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br><br>*/s/ Mark A. Fink*<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Davis Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail:	nramsey@mmwr.com<br>	dwright@mmwr.com<br>	mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Andrew G. Dietderich<br>Mark F. Rosenberg<br>Brian D. Glueckstein<br>Michael H. Torkin<br>125 Broad Street<br>New York, New York  10004<br>Telephone:	(212) 558-4000<br>Facsimile:	(212) 558-3588<br>E-mail:	dietdericha@sullcrom.com<br>	rosenbergm@sullcrom.com<br>	gluecksteinb@sullcrom.com<br>	torkinm@sullcrom.com<br><br>*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.* |

3878379