IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ) et al.[1], ) | Case No. 14-10979 (CSS) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket No. 4119 |

## ORDER QUASHING NOTICE OF DEPOSITION OF HUGH SAWYER

Upon consideration of the motion of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC to Quash Notice of Deposition of Hugh E. Sawyer (the "Motion"); and the Court having considered the Motion and any response thereto; and the Court finding that it has jurisdiction over the Motion and that notice of the Motion was adequate under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS ORDERED** that the Motion is granted. The Notice of Deposition of Hugh E. Sawyer [Docket No. 4092] is hereby quashed.

Dated: April 13, 2015
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

26252196.1