
**EXHIBIT C**

**PLAN OF REORGANIZATION**

**[Filed Separately]**

KE 26752493