## EXHIBIT H

**DISCLOSURE STATEMENT ORDER**

**[TO COME]**

KE 26752493