**EXHIBIT I**

**CONFIRMATION SCHEDULING ORDER**

**[TO COME]**