**EXHIBIT A**

April 3, 2015

**JOINT STATEMENT OF SUMMARY OF SETTLEMENT OF INTERCOMPANY CLAIMS**

The respective disinterested directors and managers of Energy Future Holdings Corp. ("EFH"), Energy Future Intermediate Holding Company LLC ("EFIH"), and Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC (collectively, "TCEH"), have agreed to a settlement of prepetition intercompany claims, causes of action and disputes, including, without limitation, avoidance actions pursuant to 11 U.S.C. §§ 544, 547 and 548 ("Settlement").  These claims, causes of action and disputes have been designated by the disinterested directors and managers as "Conflict Matters" (as such term is defined in the applicable board resolutions of EFH, EFIH, and TCEH) subject to the sole control of the disinterested directors and managers.

The Settlement is subject to Bankruptcy Court approval under 11 U.S.C. § 1123(b) and Federal Rule of Bankruptcy Procedure 9019 as part of a joint plan of reorganization for EFH, EFIH, TCEH and their subsidiaries in the jointly administered bankruptcy cases captioned *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (the "EFH Case").

The following summary of the Settlement is qualified in its entirety by the terms of a plan of reorganization to be filed, which will incorporate and detail the following terms:

- TCEH shall have an allowed unsecured non-priority claim of $700,000,000 against EFH, which claim shall receive the same form of distributable value as all other unsecured non-priority EFH creditors under any plan of reorganization (the "TCEH Claim").

- After full satisfaction of all allowed administrative, priority and secured claims against EFH, the next $1,410,000,000 of distributable value from the EFH estate shall be distributed as follows:  (a) EFH shall retain 49.645% for distribution on account of allowed unsecured claims and interests (other than the TCEH Claim); (b) TCEH shall receive 49.645% on account of the TCEH Claim (i.e. up to $700,000,000 million of the first $1,410,000,000 of distributable value for unsecured creditors from the EFH estate); and (c) the EFH equity holders shall receive 0.709%.

- Distributable value from the EFH estate in excess of $1,410,000,000 shall be distributed as follows: (a) TCEH shall receive 50%, until TCEH receives an additional $105,000,000, for a total distribution to TCEH of $805,000,000; and (b) EFH shall retain 50% for distribution on account of allowed unsecured claims and interests (other than the TCEH Claim).

- Once TCEH has received a total of $805,000,000 in distributable value, all remaining distributable value from the EFH estate shall be retained by EFH and distributed in accordance with the terms of the plan of reorganization.

April 3, 2015

- The sharing of distributable value between EFH's stakeholders and TCEH as described above shall not be affected by the total amount of allowed unsecured claims against EFH. If allowed claims of creditors of EFH (other than TCEH) are less than $700,000,000, EFH shall remain entitled to the same percentages of distributable value from the EFH estate as described above.  If allowed claims of creditors of EFH (other than TCEH) are greater than $700,000,000, TCEH shall remain entitled to the same percentages of distributable value from the EFH estate as described above, up to a maximum aggregate distribution of $805,000,000 to TCEH.

- Other than the allowed claim and distribution right of TCEH in the EFH estate as described above, there will not be any allowed prepetition claims between any of EFH, EFIH, and TCEH or any of their subsidiaries, including Oncor Electric Distribution Holdings Company LLC and its subsidiary.

- Each of (a) the disinterested directors of EFH, (b) the disinterested manager of EFIH, and (c) the disinterested manager of TCEH may (without the consent of the other disinterested managers or disinterested directors, as applicable) terminate the Settlement if any of them determines, after consultation with counsel, that termination of the Settlement would be consistent with the exercise of their fiduciary duties.

The plan of reorganization to be filed will provide for the spin-off of TCEH in a tax-free transaction (with a partial step-up in tax basis), and the tax-free reorganization of EFH and EFIH through one of three possible scenarios, each of which may include a REIT structure: sale to a third party; backstopped recapitalization by existing stakeholders in the EFH Case; or stand-alone reorganization.

This statement and summary are being furnished on a confidential basis to the advisors to the official unsecured creditors' committees and the other organized stakeholder constituencies in the EFH Case, to the full boards of EFH, EFIH, and TCEH, and to Kirkland & Ellis LLP and Evercore Group L.L.C.

This statement is subject to all confidentiality agreements and Federal Rule of Evidence 408.

Disinterested Directors of Energy Future Holdings Corp.

Disinterested Manager of Energy Future Intermediate Holding Company LLC

Disinterested Manager of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC