## CERTIFICATE OF SERVICE

Joseph H. Huston, Jr., hereby certifies that on April 14, 2014, he caused true and correct copies of the foregoing *Energy Future Intermediate Holdings Company LLC's Statement In Support Of Intercompany Settlement In The Plan* to be served electronically through the Court's CM/ECF system, and also through the Debtors' claims and noticing agent upon all parties requesting or otherwise entitled to notice.

                                                                     */s/ Joseph H. Huston, Jr.*
                                                                          Joseph H. Huston, Jr.