SCHEDULE A

The Settled Conflict Matters include all pre-petition inter-Debtor claims, causes of action and disputes (including avoidance actions), including, without limitation, the Intercompany Claims and the Step-Up Matter listed below:

1. Intercompany tax claims arising out of the Tax Allocation Agreement and the books and records of the Company and the TCEH Entities, including Luminant Generation Company ("Luminant"), and arising under the Oncor Tax Sharing Agreement.

2. Alleged insider preferential tax payment by TCEH to the Company.

3. Claims by the TCEH Entities against the Company arising out of certain intercompany notes known as the SG&A and P&I notes.

4. Claims related to the Company's and EFIH's holdings of TCEH indebtedness.

5. Claims related to the so-called "amend and extend transaction" involving the amendment of the TCEH credit agreement and the timing of the commencement of the Chapter 11 Proceedings.

6. Claims related to the allocation of sponsor fees and shared services expenses among the Debtors, including claims of TCEH against the Company and EFIH.

7. Claims related to the leveraged buyout in 2007 (the "LBO").

8. Claims related to EFIH's holdings of Company indebtedness.

9. Claims related to Liability Management Program transactions.

10. Claims by TCEH against EFIH, including those related to the Luminant "make-whole" payments made to EFIH; the allocation of sponsor fees and shares services expenses (see No. 6 above); the repayment of Oncor debt as part of the LBO; the dividend of Oncor to EFH; and the avoidance of interest on TCEH indebtedness.

The Step-Up Matter relates to the use of the Company's NOLs after the conclusion of the Chapter 11 Proceedings and relates to the inability of the TCEH creditors to receive the full benefit of a "basis step-up" in connection with a taxable TCEH restructuring. While this is not a pre-petition inter-Debtor claim, since the consent of the TCEH Entities is required to complete the preferred tax-free Plan of Reorganization structure, and since the TCEH Entities will not receive a full basis step-up even if all of the Company's NOLs are contributed to TCEH, TCEH asserted that it should be compensated for the partial basis step-up (the "Step-Up Matter").

SCHEDULE B[2]

| | |
|---|---|
| December 1, 2014 | Meeting to discuss tax matters among Company personnel, Kirkland & Ellis ("K&E"), Proskauer, Sullivan & Cromwell, counsel to the EFH/EFIH Unsecured Creditors Committee ("S&C"), Guggenheim Partners, financial advisor to the EFH/EFIH Unsecured Creditors Committee ("Guggenheim") |
| December 2, 2014 | Meeting to discuss, among other things, the Liability Management Program among Company personnel, Proskauer, K&E and Evercore |
| January 8, 2015 | Meeting to discuss intercompany claims among S&C, Guggenheim, Proskauer, SOLIC and K&E |
| January 20, 2015 | Conference call to discuss tax matters among K&E, S&C and Proskauer |
| January 26, 2015 | Conference call to discuss tax matters among K&E, S&C and Proskauer |
| January 28, 2015 | Meeting to discuss intercompany claims among Proskauer, MTO, Cravath Swaine & Moore, conflict matter counsel to EFIH reporting to the disinterested manager of EFIH ("Cravath"), K&E and Company personnel |
| January 29, 2015 | Meeting to discuss tax matters among K&E, MTO and Proskauer |
| February 2, 2015 | Meeting to discuss intercompany claims among Proskauer, MTO, Cravath, K&E and Company personnel |
| February 5, 2015 | Meeting to discuss tax matters among K&E, S&C and Proskauer<br><br>Meeting to discuss tax matters between K&E and Proskauer |
| February 11, 2015 | Meeting to discuss tax matters among Proskauer and S&C |
| February 12, 2015 | Meeting to discuss tax matters among Company personnel, Proskauer and K&E |
| February 17, 2015 | Meeting to discuss, among other things, intercompany claims among the Disinterested Directors, Proskauer, SOLIC, the equity sponsors, |

---

[2] This list of meetings and conference calls is merely illustrative and not exhaustive. In addition to the meetings and conference calls listed, there were numerous discussions between Evercore and SOLIC and between and among Proskauer, Cravath, MTO and K&E. In addition, listed meetings and conference calls may have included participants not mentioned in the description of the meeting or conference call.

| | Wachtell, Lipton, Rosen, & Katz, counsel to the equity sponsors ("Wachtell"), K&E, Evercore and Company personnel |
|---|---|
| February 19, 2015 | Meeting between Proskauer and MTO to discuss the intercompany claims and tax matters |
| February 23, 2015 | Conference call between Proskauer and Cravath to discuss intercompany claims |
| February 25, 2015 | Meeting among Proskauer, SOLIC, Cravath, Goldin & Associates, MTO, Greenhill & Co., K&E and Evercore to discuss treatment of intercompany claims and tax matters in the CRO Term Sheet |
| February 26, 2015 | Meeting to discuss tax matters among Proskauer and K&E |
| March 1, 2015 | Conference call to discuss intercompany claims among K&E, Company personnel and Proskauer |
| March 5, 2015 | Meeting between Proskauer and MTO at which MTO made an extensive PPT presentation with respect to its view of the Intercompany Claims and the Step-Up Matter (including debate and negotiations with respect thereto)<br><br>Meeting among Proskauer, MTO and Zolfo with respect to the pre-petition investigation of Intercompany Claims made by Sidley Austin |
| March 9, 2015 | Conference call to discuss tax matters between Proskauer and MTO |
| March 11, 2015 | Meeting between Proskauer and MTO at which Proskauer made an extensive PPT presentation with respect to its view of Intercompany Claims and the Step-Up Matter (including debate and negotiations with respect thereto)<br><br>Meeting to discuss intercompany claims among Proskauer, the equity sponsors and Wachtell |
| March 12, 2015 | Conference call between Proskauer and MTO to discuss Intercompany Claims and the Step-Up Matter |
| March 16, 2015 | Conference call between Proskauer and MTO to discuss Intercompany Claims and the Step-Up Matter during which, among other things, MTO, on behalf of TCEH, made the Initial TCEH Demand |

| March 18, 2015 | Conference call between Proskauer and MTO to discuss Intercompany Claims and the Step-Up Matter during which, among other things, Proskauer, on behalf of EFH, made the Initial EFH Counter |
| March 20, 2015 | Conference call between Proskauer and MTO to discuss Intercompany Claims and the Step-Up Matter |
| March 24 – 26, 2015 | All day meetings at the Company's offices in Dallas, TX among the Disinterested Directors of the Company and the disinterested managers of EFIH and the TCEH Entities, Proskauer, SOLIC, MTO, Greenhill, Cravath, Goldin to discuss and negotiate a resolution of Intercompany Claims and the Step-Up Matter |

SCHEDULE C

Illustrative Distribution Spreadsheet

Attached.

EFH PIK Make Whole
**EFH 2/6 RESPONSE to TCEH COUNTER PROPOSAL to EFH 2/5 PROPOSAL (dated: 2/6/2015)**
*FOR DISCUSSION PURPOSES ONLY*

ENERGY FUTURE HOLDINGS CORP.
COMPARISON OF PROPOSALS (12/31/15 EMERGENCE)
**PRE - 408 - SOLIC / PROSKAUER / EFH**

*DRAFT - SUBJECT TO MATERIAL REVISION*

$ in mms

**Assumptions:**
Included MW & PPI

| | | | Yes |
| --- | --- | --- | --- |
| Equity Holders Distribution | | | 10 |
| Cap on Excess Value to EFH | | $ | 108 |
| Cap on TCEH Realized Proceeds Above Claim | | $ | 700 |
| TCEH Claim | | $ | 700 |
| Split on Distributable Value to TCEH | | | 50% |
| Split on Distributable Value to EFH | | | 50% |
| TCEH Claim at EFH Level | | | 80% |

**Assumptions:**
49.7% to EFH / 49.7% to TCEH (reflects pari passu treatment of claims of $700 MM at E-side and $700 MM at T-side)
0.7% to Equity holders on account of $10 major use claim with E-side and T-side (equity)
$700 MM T-side Claim at EFH, CRO MWFP Settlements Assumption (incl. EFH MW revisions)
Excess consideration is 50% to EFH / 50% to TCEH, with TCEH capped at $805 MM

**Choose TEV**

| | Settled Claim | % of Claim Pool | | | Alternative Settlement Proposal | | | | | | Company Term Sheet (2/3/2015) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Recoveries | | | | | | | | Recoveries | | | |
| | | | $18,000 | $18,250 | $18,500 | $18,750 | $19,000 | $19,250 | | $18,000 | $18,500 | $19,000 | |
| Less: Net Debt | | | (6,304) | (6,304) | (6,304) | (6,304) | (6,304) | (6,304) | | (6,304) | (6,304) | (6,304) | |
| Less 20% Minority Interest | | | (2,335) | (2,385) | (2,435) | (2,485) | (2,535) | (2,585) | | (2,335) | (2,435) | (2,535) | |
| Oncor Holdings TEV | | | 9,361 | 9,561 | 9,761 | 9,961 | 10,161 | 10,361 | | 9,361 | 9,761 | 10,161 | |
| Plus: Cash Available from EFH / EFIH (12/31/15) [1] | | | 620 | 620 | 620 | 620 | 620 | 620 | | 620 | 620 | 620 | |
| **Total Value to EFH / EFIH** | | | **9,981** | **10,181** | **10,381** | **10,581** | **10,781** | **10,981** | | **9,981** | **10,381** | **10,781** | |

**EFH Undisputed Claims**

| | Settled Claim | % of Claim Pool | | | | | | | | | Settled Claim | % of Claim Pool | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EFH 1st Lien DIP | $0 | 0% | 5,400 | 5,400 | 5,400 | 5,400 | 5,400 | 5,400 | | $0 | 0% | 5,400 | 5,400 | 5,400 | |
| EFH 1st Lien | 31 | 1% | 1,871 | 1,871 | 1,871 | 1,871 | 1,871 | 1,871 | | 31 | 1% | 1,871 | 1,871 | 1,871 | |
| EFH 2nd Lien | 20 | 1% | 1,649 | 1,649 | 1,649 | 1,649 | 1,649 | 1,649 | | 20 | 1% | 1,649 | 1,649 | 1,649 | |
| EFH PIK Notes | 6 | 0% | 95 | 95 | 95 | 95 | 95 | 95 | | 6 | 0% | 95 | 95 | 95 | |
| EFH LBO Notes | 95 | 77% | 63 | 63 | 63 | 63 | 63 | 63 | | 95 | 77% | 63 | 63 | 63 | |
| **Total Claims** | 3 | 2% | **8,983** | **8,983** | **8,983** | **8,983** | **8,983** | **8,983** | | 3 | 2% | **8,983** | **8,983** | **8,983** | |
| Distributable Value to EFH / EFIH | | | 124 | 124 | 124 | 124 | 124 | 124 | | | | 201 | 201 | 201 | |

**EFH Disputed Claims**

| | | % of Distributed Value | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 0% | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 | 0 | 0 | |
| **Total Disputed Recovery Claims** | | 100% | **124** | **124** | **124** | **124** | **124** | **124** | | | | **201** | **201** | **201** | |
| Distributable Value After EFH Undisputed Claims | | | **998** | **1,198** | **1,398** | **1,598** | **1,798** | **1,998** | | | | **998** | **1,398** | **1,798** | |

**EFH Noteholders Unsecured Claims**

| | | % of Distributed Value | | | | | | | | | | Settled Claim | % of Claim Pool | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EFH Unsecured Principal and Pre-Petition Accrued Interest | | 42.857% | 874 | 874 | 874 | 874 | 874 | 874 | | | | $604 | 53% | 604 | 604 | 604 |
| EFH 1st Lien Make Whole | | 2.199% | — | — | — | — | — | — | | | | 414 | 36% | 414 | 504 | 604 |
| EFH 2nd Lien Make Whole | | 1.260% | — | — | — | — | — | — | | | | 308 | 27% | 285 | 404 | 504 |
| EFH Unsecured Accrued Interest | | 1.260% | — | — | — | — | — | — | | | | 12 | 1% | 17 | 17 | 17 |
| Other EFH Claims | | 3.404% | 30 | 37 | 43 | 48 | 48 | 48 | | | | 34 | 4% | 48 | 48 | 48 |
| EFH LBO Notes Post Petition Interest | | | | | | | | | | | | | | | | |
| **Total EFH Unsecured Claims** | | | **904** | **911** | **917** | **922** | **922** | **922** | | | | | **67%** | **904** | **894** | **894** |
| Total EFH Recovery on Claims | | 49.645% | 434 | 533 | 633 | 700 | 700 | 700 | | | | $450 | 39% | 308 | 484 | 804 |

| | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Excess Proceeds to be allocated to E-side | | | | | | | | | | | | | | | |
| Distributable Value to EFH before TCEH Claim at EFH | | 100% | 874 | 874 | 874 | 874 | 874 | 874 | | | | $894 | 67% | 894 | 894 | 894 |
| TCEH Claim Against EFH | | | | | | | | | | | | | | | |
| Distributable Value to EFH after TCEH Claim at EFH | | | 874 | 1,074 | 1,274 | 1,474 | 1,474 | 1,474 | | | | 201 | | 201 | 201 | 201 |

| | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TCEH Claim | $700 | 49.645% | $434 | $533 | $633 | $700 | $700 | $700 | | | | | | | |
| Total TCEH Claim & Equity Holders Distribution | $700 | 49.645% | 434 | 533 | 633 | 700 | 700 | 700 | | $604 | | | | | |
| Total Claims at EFH (excl. Excess) | $1,400 | | 868 | 1,067 | 1,265 | 1,400 | 1,400 | 1,400 | | | | | | | |

| | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Total E-Side, T-Side and *Equity Holders* (%) | | | | | | | | | | | | | | |
| Remaining Undistributed Value | | 0.709% | | | | | | | | | | | | |
| Excess Undistributed Value to E-side | 50% | | $0 | $0 | $0 | $32 | $159 | $359 | | | | $32 | $159 | $359 |
| Excess Undistributed Value to T-side | 50% | | $0 | $0 | $0 | $32 | $159 | $105 | | | | $32 | $105 | $105 |

| | Share (%) | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Equity Holders Distribution | 10 | 0.709% | 6 | 6 | 6 | 10 | 10 | 10 | | $1,144 | 1% | 7 | 19 | 99 |

| | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Total TCEH Recovery | | 100.000% | | | | | | | | | | | | |
| Total EFH Recovery (incl. "Other EFH Claims") | | 67% | $434 | $533 | $633 | $700 | $700 | $700 | | $894 | | | | |
| EFH Unsecured Notes Recovery on Base Claim of $604 | | 82% | $533 | $633 | $732 | $732 | $805 | $805 | | $804 | | | | |
| EFH Unsecured Notes Recovery on Base Claim of $604 | | 98% | | | | | 100% | 105% | 105% | | | | | |
| Total Equity Holders Distribution | | | $434 | $533 | $633 | $700 | $700 | $700 | | $1,488 | | | | |

SCHEDULE D

Joint Statement of Summary of Settlement of Intercompany Claims

Attached.

## JOINT STATEMENT OF SUMMARY OF SETTLEMENT OF INTERCOMPANY CLAIMS

The respective disinterested directors and managers of Energy Future Holdings Corp. ("EFH"), Energy Future Intermediate Holding Company LLC ("EFIH"), and Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC (collectively, "TCEH"), have agreed to a settlement of prepetition intercompany claims, causes of action and disputes, including, without limitation, avoidance actions pursuant to 11 U.S.C. §§ 544, 547 and 548 ("Settlement"). These claims, causes of action and disputes are designated "Conflict Matters" (as such term is defined in the applicable board resolutions of EFH, EFIH, and TCEH) subject to the sole control of the disinterested directors and managers.

The Settlement is subject to Bankruptcy Court approval under 11 U.S.C. § 1123(b) and Federal Rule of Bankruptcy Procedure 9019 as part of a joint plan of reorganization for EFH, EFIH, TCEH and their subsidiaries in the jointly administered bankruptcy cases captioned *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (the "EFH Case").

The following summary of the Settlement is qualified in its entirety by the terms of a plan of reorganization to be filed, which will incorporate and detail the following terms:

- TCEH shall have an allowed unsecured non-priority claim of $700,000,000 against EFH, which claim shall receive the same form of distributable value as all other unsecured non-priority EFH creditors under any plan of reorganization (the "TCEH Claim").

- After full satisfaction of all allowed administrative, priority and secured claims against EFH, the next $1,410,000,000 of distributable value from the EFH estate shall be distributed as follows:  (a) EFH shall retain 49.645% for distribution on account of allowed unsecured claims and interests (other than the TCEH Claim); (b) TCEH shall receive 49.645% on account of the TCEH Claim (i.e. up to $700,000,000 million of the first $1,410,000,000 of distributable value for unsecured creditors from the EFH estate); and (c) the EFH equity holders shall receive 0.709%.

- Distributable value from the EFH estate in excess of $1,410,000,000 shall be distributed as follows: (a) TCEH shall receive 50%, until TCEH receives an additional $105,000,000, for a total distribution to TCEH of $805,000,000; and (b) EFH shall retain 50% for distribution on account of allowed unsecured claims and interests (other than the TCEH Claim).

- Once TCEH has received a total of $805,000,000 in distributable value, all remaining distributable value from the EFH estate shall be retained by EFH and distributed in accordance with the terms of the plan of reorganization.

- The sharing of distributable value between EFH's stakeholders and TCEH as described above shall not be affected by the total amount of allowed unsecured claims against EFH.

If allowed claims of creditors of EFH (other than TCEH) are less than $700,000,000, EFH shall remain entitled to the same percentages of distributable value from the EFH estate as described above. If allowed claims of creditors of EFH (other than TCEH) are greater than $700,000,000, TCEH shall remain entitled to the same percentages of distributable value from the EFH estate as described above, up to a maximum aggregate distribution of $805,000,000 to TCEH.

- Other than the allowed claim of TCEH in the EFH estate as described above, there will not be any allowed prepetition claims between EFH, EFIH, and TCEH.

- Each of (a) the disinterested directors of EFH, (b) the disinterested manager of EFIH, and (c) the disinterested manager of TCEH may (without the consent of the other disinterested managers or disinterested directors, as applicable) terminate the Settlement if any of them determines, based on the advice of counsel, that termination of the Settlement would be consistent with the exercise of their fiduciary duties.

The plan of reorganization to be filed will provide for the spin-off of TCEH in a tax-free transaction (with a partial step-up in tax basis), and the tax-free reorganization of EFH and EFIH through one of three possible scenarios, each of which may include a REIT structure: sale to a third party; backstopped recapitalization by existing stakeholders in the EFH Case; or stand-alone reorganization.

This statement and summary are being furnished on a confidential basis to the advisors to the official unsecured creditors' committees and the other organized stakeholder constituencies in the EFH Case, to the full boards of EFH, EFIH, and TCEH, and to Kirkland & Ellis LLP and Evercore Group L.L.C.

This statement is subject to all confidentiality agreements and Federal Rule of Evidence 408.

Disinterested Directors of Energy Future
Holdings Corp.

Disinterested Manager of Energy Future
Intermediate Holding Company LLC

Disinterested Manager of Energy Future
Competitive Holdings Company LLC and
Texas Competitive Electric Holdings Company
LLC