# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## <u>CERTIFICATION OF GOVERNMENT ATTORNEY</u>

The undersigned attorney, Anna Grace, appears as counsel for the United States in this matter and files this certification of government attorney pursuant to Local Rule 9010-1(e)(i).

1. Ms. Grace is admitted to the Massachusetts Bar and the bar of the United States District Court for the District of Columbia.

2. Ms. Grace is in good standing in all jurisdictions in which she has been admitted.

3. Ms. Grace will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and submits to the jurisdiction of this Court for disciplinary purposes.

DATED: April 13, 2015

JOHN C. CRUDEN
Assistant Attorney General

/s/ Anna Grace
Anna Grace
Trial Attorney
Environmental Enforcement Section, ENRD
U.S. Department of Justice
P.O. Box 7611, Washington DC 20044-7611
Phone: (202) 514-4091
Email: Anna.E.Grace@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foegoing document was served this 14th day of April, 2015, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice, including the following:

Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
KIRKLAND & ELLIS, LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022-4611

/s/ Ellen Slights
Ellen Slights
Assistant United States Attorney
U.S. Department of Justice
Nemours Building, P.O. Box 2046
Wilmington DE 19801
Tel: 302-573-6277
Ellen.Slights@usdoj.gov