1205 North 4th Street, Apt#1
Killeen, TX 76541
April 6, 2015

FILED

2015 APR 14   AM 10: 07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
For the District Of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware  19801

RE Case#  14-10979(CSS)

To Whom It May Concern:

Enclosed are document from the dismissing of Docket# 35201 on March 14, 2008.

My objection is TXU committed fraud from the beginning to the end.  They  used absolute too much witeout and didn't try to hide it.  That was very disrespectful  to me. They got away with bringing the information attached.  You can look at all the correspondence that TXU turned in as evident.  The typing was not the same print.  Kindly note the ones that I have marked on the end.

Page 8, 11/05 with no account# or name
Page 12 Nothing written
Pages 14 & 15 Nothing written
Pages 26 & 28 & 29 Nothing
Page 41, 42, & 43
page 47 is very obvious They typed my name and erased the account number*******Joan
Page 48 no account number
Page 49 No account number
Page 50 no account
Page 51 no account
Page 52 no account
Page 54 no account number
Page55 No account Number and was very messy: half of the line is gone*******
Page 56 no account number
Page 58 no account number
Page 59 no comment
Page 61 no account and very messy; half of the is gone*****
Page 62 No account-Messy too under my name********
Page 63 & 64 very messy
Page 65 & 66 has the correct  account Number
Page 67 is messy too
Page 68 is messy; half of line is gone*******
Page 69 has my correct Account *******
Page 70 is messy********
Page 71No account number
Page 72 is messy*******

Page 73, 74, & 75 has some strange numbers over my name It is messy*****
Page 75 has some strange numbers

Thank you very much, You may call me on 254-680-3530 home or 254-368-8614 cell.  I AM

Yours truly,


Joan H. Hughes

1205 North 4th Street, Apt# 1
Killeen, TX  76541
April 6, 2015

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Dear Mr. Kotarba:

I am in receipt March 27, 2015 correspondence requesting Insufficient
Documentation along with your lawless April 10, 4:00 pm. Deadline.   42 C.F.R.
102.71 Insufficient Documentation for eligibility and Benefits Determination
stated that I should be given 60 days to turn it in.

My Proof of Claim was approved September 16, 2014, six(6) months ago.  This
rush job does not make sense to me because I am ill.  Now you are in a hurry
because the Objection Hearing will be on May 10, 2015. You are stressing me out
because I am ill and looking to have surgery in the near future.

The laws you suggested does not necessarily apply to me.  Most of the laws
comply too you.    Enclosed is the rest of the case beginning in 2007.  Kindly
except them for some of the paperwork is lost for I have moved twice since 2007.

When I sent the Proof of Claim, I sent some of the court papers.  Kindly let me
know what they are so I will not duplicate them.  Then it will become confusing.

Thank you very.  If you have any other questions, kindly call me on 254-680-3530
home or 254-368-8614 cell.  I AM

Yours truly,

Joan H. Hughes

Enc:

**Joan H. Hughes**
**Intake#:1218514**

**4.** 2000)    $450.        Estimate
   2001)    $450         Estimate

   2002    $526.01
   2003    539.44
   2004    432.81
   2005    529.13
   2006    663.69
   2007    131.12

It was computed 7 years (the length of time I had TXU service) X 12 Months Plus 3 months for 2007 =$3,722.20

I have duplicate copies of all checks paid to TXU Energy.

I would like to add another $3,722.20 for suffering due to stress and Depression from all I went through with TXU & PUX.

GRAND TOTAL  $7,444.40

## Your $10.00 money order is in the mail today.

Complaint# CP-2006111727          35021

RECEIVED
2007 NOV 15 PM 12: 41
PUBL.
FILING CLERK

201A Lynn Drive
Harker Heights, TX 76548
November 13, 2007

Public Utility commission of Texas
Central Records
Attn:
Filing Clerk
1701 N. Congress Avenue
P.O. Box 13326
Austin, TX 787111-3326

RE:  Complaint#: CP-2006111727

Dear Legal Department:

My name is Joan H. Hughes who resides at 201A Lynn Drive, Harker Heights, TX
76548, Phone# 254-680-3530.

Please except this formal complaint because the informal did not work for me.  TXU
Energy was found in violation on December 21, 2006. It was explained to me that
everybody in Austin get money, but me.  On April 4, 2007, a brochure was mailed to me
explaining how to file a formal complaint.

On June 5, 2007, TXU Energy agreed to pay a fine of $5 million to your office. What do
I get after all, I was the one directly violated?   This was a Class A violation where I was
treated unfairly and deceitful and my judgment is $50,000.

Attached is a letter dated April 26, 2007 to TXU Energy that I had not heard from to date.

Thank you very much.

Yours truly,

Joan H. Hughes

Enclosure 1

1

**Donna L. Nelson**
Chairman

**Kenneth W. Anderson, Jr.**
Commissioner



**Rick Perry**
Governor

**Brian H. Lloyd**
Executive Director

## *Public Utility Commission of Texas*

Dear Utility Customer:

You are receiving this letter in confirmation that the Customer Protection Division (CPD) of the Public Utility Commission has begun an investigation of your complaint regarding your utility company. The company is required to submit a formal response to the investigation within 21 days. Once we receive the response from the company, a CPD staff member will review the facts, the applicable PUC substantive rules, and notify you of the results.

If you have any questions or need additional information, please contact the Public Utility Commission toll-free through our Customer Assistance Call Center at 1-888-782-8477 and a staff member will be happy to assist you. You can also find valuable information on our website (www.puc.texas.gov) at anytime.

As a public service to help Texans in understanding their utility bills, we have enclosed a fact sheet that helps explain the various charges included in your bill for telephone service and electric service (in areas open to competition). The Public Utility Commission has additional fact sheets available for Texas utility customers covering topics such as:

- Texas "Do Not Call" Lists
- Slamming and Cramming
- Low-Income Assistance Programs and Services
- And more…

Please call the Customer Assistance Call Center to request customer protection fact sheets, or view them online at www.puc.texas.gov/consumer/facts/Facts.aspx.

Thank you,

Customer Protection Division
Public Utility Commission of Texas

DOCKET NO. 35201

| | | |
|---|---|---|
| COMPLAINT OF JOAN H. HUGHES | § | PUBLIC UTILITY COMMISSION |
| AGAINST TXU ENERGY | § | |
| | § | OF TEXAS |

## ORDER NO. 4
## DISMISSING PROCEEDING

### I.     Background

On November 15, 2007, Joan H. Hughes (Complainant) filed a formal complaint against TXU Energy Retail Company LLC (TXU), a retail electric provider (REP), and the Public Utility Commission of Texas (Commission).   The Complainant alleged that TXU: overbilled the Complainant;[1] changed the Complainant's service plan terms without authorization;[2] violated P.U.C. SUBST. R. 25.124(c)(1) (regarding testing the accuracy of the customer's meter at no charge) and 25.28(c) (regarding overbilling) by charging the Complainant for re-reading the Complainant's meter;[3] violated P.U.C. SUBST. R. 25.30(b) (regarding supervisory review by the electric utility) by not allowing the Complainant to speak to a supervisor;[4] and failed to properly retain records, citing P.U.C. SUBST. R. 25.25(c) (regarding bill content).[5]  The Complainant also alleged that the Commission violated P.U.C. SUBST. R. 25.31(c)(5)(O) (regarding customer information packets)[6] and P.U.C. SUBST. R. 25.8(b)(3)(B)(vi) (regarding classification of violations).[7]  On December 6, 2007, TXU responded to the complaint and moved to dismiss for lack of jurisdiction to grant the requested relief and for failure to state a claim.

Initially, Complainant sought $50,000 in damages in her formal complaint.[8]  On January 9, 2008, the Complainant filed a calculation showing the overbilled amount as $3,722.20 for the

---

[1] Formal Complaint at 4 (Nov. 15, 2007).

[2] Formal Complaint at 4 (Nov. 15, 2007).

[3] Formal Complaint at 5 (Nov. 15, 2007).

[4] Formal Complaint at 5 (Nov. 15, 2007).

[5] Formal Complaint at 5 (Nov. 15, 2007).

[6] Formal Complaint at 5 (Nov. 15, 2007).

[7] Formal Complaint at 6 (Nov. 15, 2007).

[8] Formal Complaint at 1 (Nov. 15, 2007).

years 2000 to 2007.[9]  However, the calculation did not show how the Complainant arrived at the alleged annual overbilled amounts, but merely listed an amount for each year.  The Complainant also requested an additional $3,722.20 for mental anguish, for a total of $7,444.40 (the Complainant also requested a refund of two deposits with interest but did not identify the amount requested).[10]  Nevertheless, the cover letter to the overbilling calculation states the overbilled amount as $4,172.20 (which includes an additional $450 estimated overbilling for April 2007 through December 2007).[11]   Finally, in the Complainant's response to Order No. 3, the Complainant requested $4,172.20 with interest.[12]

## II.    Discussion of Claims

### A.    Overbilling

The Complainant alleged that TXU overcharged her during the years 2000 to 2007. However, the Complainant's allegation of overbilling fails to state a claim for which relief can be granted.  Under P.U.C. SUBST. R. 25.480, "[i]f charges are found to be higher than authorized in the REP's terms and conditions for service or other applicable commission rules, then the customer's bill shall be corrected."  Accordingly, the Complainant must allege facts indicating that TXU charged rates higher than authorized in the terms of service or applicable rules.  In this case, the complaint failed to sufficiently allege facts to state a claim.

In considering a motion to dismiss for failure to state a claim, well pleaded allegations of fact are taken as true; however, conclusory allegations and unwarranted deductions of fact are not admitted as true, especially when facts disclosed by a document appended to the complaint

---

[9] Computation of Overbilling at 6 (Jan. 9, 2008).

[10] Computation of Overbilling at 6 (Jan. 9, 2008).

[11] Computation of Overbilling at 1 (Jan. 9, 2008).

[12] Complainant's Response to Order No. 3 at 43 (Feb. 25, 2008).

*wrong bill, no acct #*

For October 2005, the December 18th account history shows "Amount of Bill" as *$81.46*, "Additional Fees" as $5.50, "Monthly Amount Due" as $86.96, "Balance from Previous Month" as $187.20, "Total Due" as $274.16, "Payment Made" as $75.64, and "Balance Due" as $198.52, and, on a separate line, shows a "Deferred Payment" of $111.56 and "Payment Made" of $81.46, leaving a net "Balance Due" of $5.50 for October 2005. For October 2005, the December 27th account history shows an "Electric Amount" of *$81.46*, "Other Charges/Credits" of $5.50 and a "Total Amount" of $86.96.[19]

Although the account histories use different labels and formats, the December 18th account history's "Amount of Bill" corresponds to the December 27th account history's "Electric Amount" and the December 18th account history's "Monthly Amount Due" corresponds to the December 27th account history's "Total Amount" (though some entries on the December 18th account history for the same billing statement are shown on multiple lines that need to be combined to arrive at the amount shown on a single line in the December 27th account history).

The December 18th account history lists "Balance Due" showing the entire amount owed, which consists of unpaid past-due charges ("Balance from Previous Month") added to the current charges, less any "Payment Made."[20] In contrast, the December 27th account history shows only the current charges for each month under "Total Amount" without any past-due amounts (though, the entire amount owed including accumulated past-due balances appears as the "Amount Now Due" above the "Usage History" section).[21] As a result, the "Balance Due" is larger than the "Total Amount" if the customer has any unpaid amounts from previous bills. While the two account histories use different formats and show different aspects of the same account, the two account histories and the underlying data agree with each other.

**3.      Overbilling in August-September 2006**

The Complainant stated that her August/September 2006 bill ($130.65) was higher than her July/August bill, although the temperature was lower in August/September and she used less

---

[19] Formal Complaint at 32 (Nov. 15, 2007).

[20] Formal Complaint at 31 (Nov. 15, 2007). Note: certain items appearing on multiple lines on the December 18th account history appear combined on a single line in the December 27th account history.

[21] Formal Complaint at 32 (Nov. 15, 2007).

contradict such conclusions.[13]  Moreover, "[f]actual allegations must be enough to raise a right to relief above the speculative level."[14]

### 1.    Overbilling in 2000-2004

The pleadings did not provide any facts regarding billing for the years 2000 through 2004, other than conclusory allegations that TXU overcharged the Complainant.  As a result, the complaint fails to state a claim for which relief can be granted regarding overbilling in the years 2000 through 2004.

### 2.    Overbilling in September-October 2005

The Complainant alleged that her September and October 2005 charges were not correct.[15]   To support the Complainant's overbilling claim, the Complainant attached two versions of her electric account history provided by TXU, one dated December 18, 2006, and a second dated December 27, 2006.[16]   The Complainant asserted that "[t]his Electric Account History [the December 27th account history] is correct, unlike the other one attached [the December 18th account history].[17]

The December 18th account history shows, in relevant part, for September 2005, the "Amount of Bill" as *$111.56*, "Monthly Amount Due" as $111.56, "Balance from Previous Month" as $75.64, "Total Due" as $187.20, and "Balance Due" as $187.20.  The December 27th account history does not include September, but the same type of account history, which the Complainant does not dispute, shows for September 2005 an "Electric Amount" of *$115.56*, "Other Charges/Credits" of $0.00 and a "Total Amount" of $115.56.[18]

---

[13] *Associated Builders, Inc. v. Alabama Power Co.*, 505 F.2d 97, 100 (5th Cir. 1974).  Note: the Commission's Procedural Rules and the Federal Rules of Procedure allow motions to dismiss for failure to state a claim, but the Texas Rules of Civil Procedure do not.  *Fort Bend County v. Wilson*, 825 S.W.2d 251, 253 (Tex. App.—Houston. [14th Dist.] 1992, no pet.)  Accordingly, federal law is used for guidance here.

[14] *Bell Atlantic Corp. v. Twombly*, 127 S.Ct. 1955, 1965 (2007).

[15] Formal Complaint at 30 (Nov. 15, 2007).

[16] Formal Complaint at 30-32, 34 & 35 (Nov. 15, 2007).

[17] Formal Complaint at 34 (Nov. 15, 2007); *see also* Formal Complaint at 30 (Nov. 15, 2007).

[18] Formal Complaint at 21 (Nov. 15, 2007).

*this was to show that the...was the same in 2005 as in 2006* (handwritten)

air conditioning.[22]  However, the December 27th account history that the Complainant cited as correct shows a "Total Amount" of $130.65 for the September 2006 bill.  In addition, the Complainant included a carbon copy of a $75.64 check paid to TXU for September 2005 to show a disparity with the $130.65 current charges for September 2006.[23]  Although the Complainant paid $75.64, the undisputed current charge for September 2005 was $111.56.[24]  Furhtermore, the undisputed usage history shows that the Complainant used more electricity in September 2006 than in September 2005.[25]  Accordingly, deducing that the $75.64 underpayment for September 2005 shows an overcharge for September 2006 is unwarranted.  Accordingly, the Complainant has failed to state a claim regarding the September 2006 bill.

*this was a bill off of several mths* (handwritten)

## 4.  Billing Disparity in 2005-2007

*not true* (handwritten)

The Complainant attempted to show a billing disparity by listing three columns of bill amounts: one labeled "TXU" (which matches the "Total Amount Due" shown in TXU's RFI responses), a second labeled "MY BILLS" (which matches the "Current Bill" amount from the actual bill received by the Complainant),[26] and "ACCT HIST." (which matches the "Total Amount" in the December 27, 2006, and January 31, 2006, account histories).[27]  However, the differences in these amounts, which actually do differ, fail to show any billing errors.  The amounts referenced by the Complainant differ because they show different measures, not because they incorrectly show the same measure.[28]  The RFI responses' "Total Amount Due" reflects all current charges/credits for the month and any unpaid past-due balances.  The actual bills' "Current Bill" reflects current charges/credits for the month, but not including late payment charges,  deferred  payment  amounts,  customer  appreciation  bonuses,  re-read  meter

*Amt different is an error* (handwritten)

---

[22] Formal Complaint at 4 & 9 (Nov. 15, 2007); Complainant's Response to Order No. 3 at 3 (Feb. 25, 2008).

[23] Formal Complaint at 19-20 (Nov. 15, 2007).

[24] Formal Complaint at 21 (Nov. 15, 2007).

[25] Complainant's Response to Order No. 3 at 5-6 (Feb. 25, 2008).

[26] However, the $35.23 amount listed under "MY BILLS" for January 2006 does not match any amount shown on the actual bill but is the same as the "Total Amount" shown on the electric account histories.

[27] Complainant's Response to Order No. 3 at 4 & 22 (Feb. 25, 2008).

[28] Note: the Complainant used the due date when referring to the billing information provided in TXU's RFI responses, but used the statement date when referring to the actual customer bills and account histories, so the

charges/credits. The account histories' "Total Amount" reflects all current charges/credits for the month. The alleged differences between the different types of billing information do not suggest any disparity in the amounts billed. As a result, the Complainant has failed to state a claim for which relief may be granted.

*Do not want to change*

### B.    Change of Service Plan Terms

*You should it wasn't electrical not*

The unauthorized change alleged by the Complainant fails to state a claim under the Commission's rules. In relevant part, P.U.C. SUBST. R. 25.475(e)(l) provides "[n]otice of the change is not required for material changes that benefit the customer." The rate terms of the Price to Beat (PTB) Plan are identical to the Freedom Plan (Freedom).[29] In addition, neither set of terms have a minimum term length or a cancellation fee. The only material change in the customer's service terms appears to be the addition of a guarantee against rate increases, which benefits the customer.[30] Consequently, under P.U.C. SUBST. R. 25.475(e)(l), the change in terms of service did not require notice to the customer. *It required notice*

### C.    Meter Re-read Charge

*Can not be done without test done they text re-read*

The Complainant's allegation that TXU violated P.U.C. SUBST. R. 25.124(c)(1) and P.U.C. SUBST. R. 25.28(c) by charging a fee for re-reading the Complainant's meter fails to state a claim for which relief can be granted and is moot. P.U.C. SUBST. R. 25.124(c)(1) provides that "[e]ach electric utility shall, upon the request of a customer, test the accuracy of the customer's meter at no charge to the customer." However, the Complainant stated that she requested re-reading of the meter but did not allege that she requested testing of the accuracy of her meter. The formal complaint states that "[o]n September 25, Plaintiff requested a reread meter because of the expensive August/September bill from TXU Energy."[31] Accordingly P.U.C. SUBST. R.

---

"November 2005" (and subsequent) billing information from the RFIs actually corresponds to the prior month's billing statements and account histories entries.

[29] Note: The Freedom terms lists the base consumption rates as blended rates, while the PTB terms show the base consumption rates as three separate elements, which when added together equal the respective blended Freedom rate. *See* Response of TXU to Staff's First Request for Information at 17 and 33 (Jan. 14, 2008).

[30] *See* Response of TXU to Staff's First Request for Information at 17 and 33 (Jan. 14, 2008).

[31] Formal Complaint at 5 (Nov. 15, 2007).

*It does apply*

25.124(c)(1) and consequently P.U.C. SUBST. R. 25.28(c) do not apply.  In any event, TXU credited the Complainant for the re-read charge, making this claim moot.[32]

### D.    Supervisory Review

*check out*

The Complainant's allegation that TXU did not allow the Complainant to speak to a supervisor in violation of P.U.C. SUBST. R. 25.30(b) fails to state a claim for which relief can be granted.  P.U.C. SUBST. R. 25.30(b) provides that the customer "has the right to request a supervisory review" but does not establish a right to speak to a supervisor.  Moreover, this rule applies to electric utilities and not REPs such as TXU.  However, P.U.C. SUBST. R. 25.485(d) addresses supervisory review for REPs, but like 25.30(b), does not establish a right to speak to a supervisor.  Furthermore, the Commission's rules do not provide a remedy for individual customers for a violation of P.U.C. SUBST. R. 25.30(b) or 25.485(d).

### E.    Record Retention

*It is there self explanatory*

*It means not relevant*

*not the records*

The Complainant alleged that TXU violated P.U.C. SUBST. R. 25.25(c) by not properly retaining records.  However, 25.25(c) only addresses the content of bills issued by electric utilities and does not address record retention.  Moreover, the rule does not apply to REPs and, the Commission's rules do not provide individual customers with a remedy for a violation of this rule.  The formal complaint also mentioned P.U.C. SUBST. R. 25.491(b)(1)(A), (B), relating to maintaining records sufficient to verify compliance with commission rules and support investigation of customer complaints.  However, the rules provide no remedy for individual customers for any violation of P.U.C. SUBST. R. 25.491.

### F.    Customer Information Packets

*not true*

The Complainant alleged that the Commission violated P.U.C. SUBST. R. 25.31(c)(5)(O).[33]  P.U.C. SUBST. R. 25.31(c)(5)(O) relates to the requirement that electric utilities provide customer information packets including the customer's right to have his or her

---

[32] *See* Formal Complaint at 4, 30 and 31 (Nov. 15, 2007); Complainant's Response to Order No. 3 at 18 & 21 (Feb. 25, 2008).

[33] Formal Complaint at 5 (Nov. 15, 2007).

*not true*

meter tested without charge.  This section does not address Commission action and does not provide any remedies for individual customers for any violations of the rule.

*talking about TXU not commission*

## G.    Classification of Violations

The Complainant alleged that the Commission violated P.U.C. SUBST. R. 25.8(b)(3)(B)(vi) based on the Complainant's difficulty in contacting certain Commission employees.[34]  P.U.C. SUBST. R. 25.8(b)(3)(B)(vi) provides that "[a] violation related to fraudulent, unfair, misleading, deceptive, or anticompetitive business practices" may be a Class A violation.  This rule does not apply to the Complainant's difficulty in contacting Commission employees and does not provide any customer remedies for any Commission conduct.

*It has & still is.*

## H.    Mental Anguish

The Complainant alleged that TXU and the Commission have caused her mental anguish.[35]  The Complainant therefore requested $3,722.20 in damages for mental anguish.[36] The allegation of mental anguish fails to state an actionable claim under PURA[37] or the Commission's rules.  "[M]ental anguish damages are actual damages recoverable at common law."[38]  However, the Commission does not have authority to "fix or adjudicate claims for damages."[39]

## III.    Conclusion

Complainant's claims against TXU for overbilling are dismissed without prejudice for failure to state a claim for which relief can be granted.  The claim for mental anguish is dismissed for lack of jurisdiction.  All other claims are dismissed with prejudice for failure to

---

[34] Formal Complaint at 6 (Nov. 15, 2007).

[35] Formal Complaint at 5 (Nov. 15, 2007).

[36] Computation of Overbilling at 6 (Jan. 9, 2008).

[37] Public Utility Regulatory Act, TEX. UTIL. CODE ANN. §§ 11.001 – 66.017 (Vernon 2007 & Supp. 2007) (PURA).

[38] *Latham v. Castillo*, 972 S.W.2d 66, 69 (Tex. 1998).

[39] *Southwestern Bell Telephone Company v. Reeves*, 578 S.W.2d 795, 798 (Tex. Civ. App. 1979, writ ref'd n.r.e.).

state a claim for which relief can be granted.   In addition, the claim for improper meter re-reading charge is dismissed with prejudice for mootness.

**SIGNED AT AUSTIN, TEXAS on the** ___14th___ **day of March 2008.**

**PUBLIC UTILITY COMMISSION OF TEXAS**

**ANDREW KANG**
**ADMINISTRATIVE LAW JUDGE**

Q:\CADM\Docket Management\Electric\Complaints\35xxx\35021-4.doc

*make copy*

201A Lynn drive
Harker Heights, TX  76548
July 8, 2008

*2008 JUL 11 PM 3:36*
*FILING CLERK*

Public Utility commission of Texas
1701 N. Congress Avenue
P. O. Box 13326
Austin, TX  78711-3326

Docket # 35021

Dear Honorable Judge Kang:

I was distorting as reason why I did not write sooner.  You and the staff of Public Utility Commission stressed me out to the maximum.  I attempted several times but could not put a letter together explaining how I feel.  After intense prayer, I am now strong enough to write.

You and the staff of PUC have failed me!   We the people, Congress put you there to make the rules to protect the customers as myself and you did not.  Jeremiah 11:3 states thus said the Lord God of Israel, " Cursed be the man who **not obey** the words of his covenant.

You and TXU are in unison; you sided with them ignoring their falsified records and not turning in records on time as requested by you.  They had different typeset on every record they turned in as proof to get relief.   Instead you went back to the first informal Linda Fletcher, Dec 18, 2006 account history to railroad me with all that untrue information as reason to dismiss my complaint.  This over exaggerated evidence was irrelevant to the present formal complaint that Mr. Sorrell turned in.

You dismissed my case with prejudice to stop my retaliation.  By doing so, you made sure I didn't continue in any other court for fear it might come out what you all have done.  You did not want any other court to examine your misrepresentation paperwork.  A blind man can see what and why you did what you did.  Money!!!!!!!  Isaiah 54:17 (Kings James Bible) says "No weapons formed against me will prosper."

I can say if there is another loophole I can go through I will definitely find it because right it right and wrong is wrong.  You keep saying I failed to state a claim in which relief can be granted.  You made it very impossible to do.  I fought a losing battle from the beginning.  All I can say you all owe me $4, 172.20.  Please pay me the money so this madness can stop.

Yours truly,

Joan H. Hughes

15

# FIRST COUNT

Plaintiff, Joan Hughes address is 201A Lynn Drive, Harker Heights, TX 76548

June 5, 2007, KWTX headlines stated that TXU Energy agrees to record settlement of $5 million settlement to Public Utility Commission(PUC).  The deal would settle allegations that TXU signed one-year contracts with customers who hadn't explicity consented to them.  State law requires that any service renewed automatically can't be for more than 31 days.  TXU settle without admitting or denying fault.

On October 3, 2006, Plaintiff wrote a complaint to Public Utility Commission (PUC) about August/September bill was more expensive with less energy used than July/August bill with more energy used.  Plaintiff could not understand why, because she had installed a new window unit. She further complained about the unacceptable customer service she received from TXU Energy representatives after requesting a re-read meter.   Plaintiff stressed that she didn't see any service trucks in her neighborhood that day and for quite some time.

 On November 2, 2006 PUC acknowledged Plaintiff's complaint and explained that the meter was reread on the same day for help was already in the area.  PUC further explained that Plaintiff called 9/25/06 at 10:06 a.m. and a technician arrived at 10:23a.m. , and that the bill was correct and was about the same price in the same month in 2005. A Service Order event history was attached from TXU ED.  No violation of PUC substantive rules was found.  PUC mentioned that Plaintiff saw no TXU trucks in the neighborhood.

On 11/3/06, Plaintiff wrote PUC  to inform them that Brad Phillips,TXU Executive confirmed they came out quickly because they were not very busy and my reading was correct.  He said they would waive $7.25 reread charge.

November 9, 2006, Plaintiff received a welcome letter from TXU thanking her for enrolling in their Freedom Plan.

On 11/27/06, Plaintiff wrote two (2) letters to PUC to sent copies of the welcome letter from TXU Energy, and copies of the 2005 checks where she paid September bill in the amount of $75.69 and October bill in the amount of $69.51.

On 12/21/06 PUC wrote Plaintiff to inform that TXU energy violated Substantive Rule &25.491(b)(1)(A)(B) record retention and reporting requirements as the company did not sufficiently address the concerns in your letter or provide documentation such as Third Party Verification tape or Letter of Authorization.

On 1/19/07, Plaintiff called and wrote Customer Protection Department (CPD) to inquire about the next  procedure that follows after TXU was  in violation.  Plaintiff

attached Electric account History that was sent by Ms. Fletcher, TXU Executive along with other account histories she had for their examination. Plaintiff disagreed with Ms. Fletcher's new Account History, particularly $274.16 for October 19, 2005. Ms. Fletcher stated that they don't use the Electric Account History that I had anymore. To prove her wrong a current Electric Account History (2006) came in the mail unexpectedly.

On 01/23/07 CPD wrote Plaintiff stating that the legal department handles the violations and it is out of their hands.

On 4/4/07, customer Protection sent a correspondence being regretful of the CPD inability to solve my complaint to my satisfaction and sent me a brochure explaining how to file a formal complaint instead of a form to fill out.

## SECOND COUNT

Plaintiff repeats the allegations of first count as if fully set forth at length herein.

TXU and PUC actions were willful and without legal justifications

TXU and PUC actions have caused Plaintiff extreme emotional distress and mental anguish.

## THIRD COUNT

Plaintiff repeats the allegations of the first and second counts if fully set forth at length herein.

PUC actions constitute an unlawful distraint against plaintiff in violation of rule 25:31©(5)(O)).

No charge for the re-read; 25:124©(1) Failure to accommodate customer; 25:28(2)©(1), On September 25, Plaintiff requested a reread meter because of the expensive August/September bill from TXU Energy. The representative informed Plaintiff that it will take 3-5 days with a charge of $7.25. Plaintiff only request was that TXU call before they come out.

25.30(b) rejected plaintiff to request to speak to a supervisor    On September 29, 2006, Plaintiff called TXU to ask when were they coming out and the representative said they had come that same day and my bill was correct. Plaintiff immediately asked to speak to the Supervisor and was put on hold, never speaking to the Supervisor ; 25:25(c) record retention;

25:8 (b)(3)(b)(vi) class A violation, fraudulent, unfair, misleading, and deceptive. Plaintiff called numerous time and left voicemail messages to Ms. Anderson, supervisor and Ms Watson (CPD) to no return.    After about 2 ½ months of constant calling, Plaintiff finally spoke to Ms.Watson and Ms. Anderson.  Ms. Anderson told Plaintiff that she could file a formal complain and that she would send the form to fill out.

Wherefore, plaintiff demands judgment of $50,000

Awarding plaintiff for

# Joan H. Hughes

**#3.**    On 10/04/06, I wrote Public Utility Commission (PUC) about TXU Energy September's ($130) more expensive bill with less energy I know I used.   August bill ($105.00) was less expensive with more energy because it was warmer.

I requested a re-read meter and asked that they contact me when they come out.  The Representative told me it would be 3-5 days.  TXU claimed they were not busy, someone was in the area, and came out within the next 15 minutes after I called.   That was the reason why they should have called me as requested.  No Energy trucks were seen in the neighborhood.  TXU claimed that the reading was more usage P7kWh for the same months in 2005.  I denied that statement.

Anyway on 11/03/06, I told PUC that I was interested in changing companies.  On 11/9/06, TXU changed my service without my permission to their Freedom Plan.  On 1127/06, I informed PUC of the change.  On 12/21/06 PUC informed me that they were in violation.

January 17 & 19, 2007, I sent more correspondences to support my claim asking what happens next after the violation.  01/23/07, a letter came to me stating that they were finished and the legal department handles the violation.

I waited patiently for the Legal Department to contact me to no response.  After which, I called numerous times and left voicemail messages for Ms. Watson and Ms. Anderson, as well as faxed new information to support my case.  After over 2 months of calling I talked to Ms. Watson and Ms. Anderson.  I asked Ms. Anderson why hasn't the legal Department contacted me?  What happens to the violation money?  She stated that the money goes to PUC and the Controllers Office.  I told her I should get something, because after all I was the one violated and not PUC or the Controller.

After the long intense conversation, Ms. Anderson agreed to send me a form to fill out.  Instead of a form, she sent a brochure.  That is when I contacted Ross & Matthews.

I have diabetes and high blood pressure.   PUC behavior caused stress, anxiety, loss of sleep and depression.

# energy.

Emergency Telephone
24/7
1-866-322-8667

Customer Service
M-F 7am-8pm  Sat 8am-5pm (Central)
1-888-286-6700
atmosenergy.com

SRVC Address:        201 LYNN DR APT A
                     HARKER HEIGHTS TX

| | |
|---|---|
| Account Number: | 80-000450538-0010867-2 |
| Meter Serial #: | 040123710 |
| Billing Date: | 12/15/11 |
| PAST DUE AFTER | 12/30/11 |

## USAGE COMPARISON

| DATE OF SERVICE | | METER READING | |
|---|---|---|---|
| FROM | TO | PREVIOUS | PRESENT |
| 11/14/11 | 12/14/11 | 469.4 | 473.7 |

RATE CODE            R020
USAGE IN MCF:        4.3

**BILLING INFORMATION:**

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 49.76 |
| PAYMENT RECEIVED 02-DEC-2011 | 27.76 | |
| PAYMENT RECEIVED 18-NOV-2011 | 22.00 | |
| | | |
| CURRENT GAS CHARGE TOTAL | | 42.21 |
| CUSTOMER CHARGE | 7.50 | |
| RIDER WNA | 0.58 | |
| CONSUMP CHRG 4.3 @ 2.51160 | 10.80 | |
| RIDER GCR 4.3 @ 5.42680 | 23.33 | |
| | | |
| TAX/FEE CHARGE TOTAL | | 3.97 |
| RIDER FF @ 0.05650 | 2.38 | |
| CITY SALES TAX @ 0.01500 | 0.69 | |
| RIDER TAX @ 0.02037 | 0.90 | |
| | | |
| CURRENT CHARGES | | 46.18 |
| | | |
| TOTAL AMOUNT DUE | | 46.18 |

## IMPORTANT MESSAGES:

YOUR RIGHTS AS A CUSTOMER

If you would like a free copy of our service guidelines, please call our Customer Contact Center toll-free at 1-888-286-6700, or visit www.atmosenergy.com. This document contains information on billing procedures, the process for terminating and reconnecting service, alternate payment plans, procedures for registering a complaint, meter reading instructions and your right to information concerning the company's rates and services. The information is provided at no charge. You also may write to the Gas Services Division, Texas Railroad Commission, P.O. Drawer 12967, Austin, Texas 78711. The available information is described in detail in Section 7.45 (2)(A) (vi)(I)-(XI) of the Substantive Rules of the Texas Railroad Commission.

If you suspect a gas leak, leave the area immediately and call us anytime at 1-866-322-8667 or call 911.

For information about your bill, go to www.atmosenergy.com/bill.

IF BILL IS NOT PAID BY DUE DATE A PENALTY
(IF APPLICABLE) WILL APPEAR ON YOUR NEXT BILL



*pd 01/04/12*

*$46.18*

*511070378*

---

# atmosenergy.com



## ATMOS
energy.

| | TOTAL AMOUNT DUE | PAST DUE AFTER |
|---|---|---|
| | $46.18 | 12/30/11 |

Bill is due upon receipt.  If current bill is not paid by the past due after date, a penalty (if applicable) will appear on your next bill.  Prior amounts already past due may result in disconnection.

Account Number:     80-000450538-0010867-2

☐  To update your address or donate to energy assistance, check here and complete the form on the back.

18580 1 AV 0.340   AUTO**SCH 5-DIGIT 76542
JOAN H. HUGHES
201 LYNN DR APT A
HARKER HEIGHTS TX  76548-1020

Amount Enclosed: $ _____

ATMOS ENERGY
PO Box 790311
St. Louis, MO 63179-0311

Please return this portion with your payment.  Include your cu... number on your check or money order.  If paying in person, ... bring this bill.  Thank you.

678      X
* 10      412   1

0000000000000080000450538001086720000461

energy

**Invoice Number:**

**Invoice Date:** 12/22/2011

View & pay bills from your smartphone at m.txu.com

## Account Summary

| Previous Balance | Credits/Payments | Balance Forward | Total Current Charges | Total Amount Due | Due Date |
|---|---|---|---|---|---|
| $19.44 CR | $44.00 CR | $63.44 CR | $81.58 | $18.14 | 01/09/2012 |

See remaining pages for invoice details.

## Customer Communications

### Contact Information

**Web:**
txu.com

**Hearing Impaired:**
1-800-735-2988 (24 X 7)
**Power Outage Notification:**
1-888-313-4747

**Customer Service:**
**972-791-2888**
**1-800-242-9113 (24 X 7)**
**Email:**
txuenergy@txu.com

REP Certificate: #10004

---

Please return this portion with your payment in the enclosed envelope. Make checks payable to TXU Energy. Do not include correspondence with your payment.

The TXU Energy Aid program helps families in critical situations with bill payment assistance.

**For Donations Only**

One-time gift to
TXU Energy Aid program                $ _____

Recurring monthly donation
to TXU Energy Aid program            $ _____

**Account Number:**
900032782386

| Total Amount Due | Due Date |
|---|---|
| $18.14 | 01/09/2012 |

To ensure proper payment posting, please provide this number (900032782386) on all payments and send to the address directly below.

AT 01 063255 04323B180 C**3DGT

JOAN H HUGHES
201A LYNN DR
HARKER HEIGHTS TX 76548-1020

TXU ENERGY
PO BOX 650700
DALLAS, TX 75265-0700

21900032782386000000181400000000







Docket No. 35021
Attachment 12
To Staff RFI Set No. 1
Question No. 6-01

ACCOUNT DUE
128.70

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
    78910-0001

JOAN N HUGHES

ACCOUNT NUMBER: ·
PAY TOTAL AMOUNT DUE BY: October 4, 200?

JOAN N HUGHES

I
ACCOUNT NO. ·

MESSAGES

| BILLING SUMMARY | | |
|---|---|---|
| Previous Bill | . . . . . . . | 107.01 |
| Payment Received August 29, 200? Thank You! | . . . . . . . | -25.01 |
| Balance | . . . . . . . | 81.60 |
| | | |
| Current Meter Reading (09/?/200?) | . . . . . . . | 02954 |
| Previous Meter Reading (08/?/200?) | . . . . . . . | 02232 |
| Kilowatt-hours Used with Multiplier | . . . . . . . | 712 |
| | | |
| Energy Charge (712 kwh) | . . . . . . . | 92.89 |
| Base Customer Charge | . . . . . . . | 4.91 |
| Sales Tax | . . . . . . . | 1.61 |
| Current Bill | . . . . . . . | 102.31 |
| | | |
| LATE PAYMENT CHARGE | . . . . . . . | 2.49 |
| PAYMENT -08/?/200? | . . . . . . . | -25.00 |

Your Total Amount Due of 128.70 is
due by October 4,200?.

| Total Amount Due | 128.70 |
|---|---|

Your electricity use

Meter Number:00000000   Mult 1.00
Rate:FREEDOM PLAN
Energy Charge Also Includes:
Registration Power Cost Factor 6 per kwhand 200?

e-mail address: txuenergy@txu.com
For information call us at(800) 242-9113
SE HABLA ESPANOL.

72



Docket No. 35021
Attachment 11
To Staff RFI Set No. 1
Question No. 6-01

ABOUNT DUE
197.31

Send Payment To:

JOAN H HUGHES

TXU ENERGY
P.O. BOX 108091
DALLAS, TX
   76310-0001

JOAN H HUGHES

ACCOUNT NO.

MESSAGES

Your Total Amount Due of 197.31 is
due by September 4,2007.

**ACCOUNT NUMBER**
PAYMENT AMOUNT DUE BY September 4,2007

**BILLING SUMMARY**

| | | |
|---|---|---|
| Previous Bill | ....... | 50.00 |
| Payment Received August 13,2007 THANK YOU | | -50.00 |
| Balance | ....... | -50.00 |
| | | |
| Current Meter Reading (08/13/07) | ....... | 03929 |
| Previous Meter Reading (07/13/07) | ....... | 03601 |
| Kilowatt-hours Used with Multiplier | ....... | 328 |
| | | |
| Energy Charge (328 kwh) | ....... | 78.13 |
| Base Customer Charge | ....... | 4.84 |
| Sales Tax | ....... | 1.34 |
| Current Bill | ....... | 84.70 |
| | | |
| LATE PAYMENT CHARGE | ....... | 8.42 |
| CUSTOMER APPRECIATION CREDIT | ....... | -25.87 |

**Total Amount Due** | 197.31 |

Your electricity use

Meter Number 00000000  Mult 1.00
Rate: FREEDOM PLAN
Energy Charge Also includes
Deregulation Power Cost Factor: $ per kilowatt kWh

e-mail address: txuenergy@txu.com
For information call us at(800) 242-9113
SE HABLA ESPAÑOL.

**TXU**

Docket No. 35021
Attachment 10
To Staff RFI Set No. 1
Question No. 6-01

| AMOUNT DUE |
| --- |
| 98.09 |

Send Payment To:

**TXU ENERGY**
P.O. BOX 100001
DALLAS, TX
   75310-0001

JOAN H HUGHES

JOAN H HUGHES

ACCOUNT NO.

**MESSAGES**

Your "Total Amount Due" of 98.09 is
due by August 2, 2007.

**ACCOUNT NUMBER:**
PAY TOTAL AMOUNT DUE BY: August 2, 2007

**BILLING SUMMARY**

| | | |
| --- | --- | --- |
| Previous Bill | ........ | 48.27 |
| Payment Received | ........ | 0.00 |
| Balance | ........ | 48.27 |
| | | |
| Current Meter Reading (07/16/07) | ........ | 05281 |
| Previous Meter Reading (06/18/07) | ........ | 05024 |
| Kilowatt-hours Used with Multiplier | ........ | 257 |
| | | |
| Energy Charge (257 kwh) | ........ | 43.67 |
| Base Customer Charge | ........ | 4.81 |
| Sales Tax | ........ | 0.73 |
| Current Bill | ........ | 49.31 |
| | | |
| LATE PAYMENT CHARGE | ........ | 1.50 |

Your electricity use

Total Amount Due

| 98.09 |
| --- |

Meter Number 09282859   Mult 1.00
Rate: RESIDENTIAL PLAN
Energy Charge Abanded-

e-mail address: txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPAÑOL

**TXU**

**TXU**

Docket No. 35021
Attachment 9
To Staff RPT Set No. 1
Question No. 6-01

AMOUNT DUE
48.27

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

ACCOUNT NUMBER: 191-6309-93-5
PAY TOTAL AMOUNT DUE BY: July 6, 2007

JOAN H HUGHES

ACCOUNT NO.

MESSAGES

**BILLING SUMMARY**

| | | |
|---|---|---|
| Previous Bill | ....... | 46.63 |
| Payment Received June 1, 2007 THANK YOU | ....... | -20.32 |
| Balance | ....... | 26.00 |
| | | |
| Current Meter Reading (06/18/07) | ....... | 05024 |
| Previous Meter Reading (06/17/07) | ....... | 04088 |
| Kilowatt-hours Used with Multiplier | ....... | 136 |
| | | |
| Energy Charge (136 kwh) | ....... | 34.86 |
| State Claims or Charge | ....... | 4.94 |
| Sales Tax | ....... | 0.45 |
| Current Bill | ....... | 50.37 |

Your Total Amount Due of 48.27 is
due by July 6, 2007.

Total Amount Due                48.27

Your electricity use

Meter Number                Mult 1.00
Meter FREEDOM-A PLAN
Energy Charge Also Includes:
   Competition Fuel Cost Factor $ per kilowatt hour

e-mail address: txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPANOL.

**TXU**

TXU

Docket No. 35021
Attachment 7
To Staff RFI Set No. 1
Question No. 6-01

AMOUNT DUE
$0.19

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

JOAN H HUGHES

ACCOUNT NO.

MESSAGES

Your "Total Amount Due" of $0.19 is due by May 4, 2007.

ACCOUNT NUMBER:
PAY TOTAL AMOUNT DUE BY: May 4, 2007

BILLING SUMMARY

| | | |
|---|---|---|
| Previous Bill | ........ | $1.80 |
| Payment Received | ........ | 0.00 |
| Balance | | $1.80 |
| | | |
| Current Meter Reading (04/17/07) | ........ | 01650 |
| Previous Meter Reading (03/19/07) | ........ | 01340 |
| Kilowatt-hours Used with Multiplier | ........ | 180 |
| | | |
| Energy Charge (180 kwh) | ........ | 26.91 |
| Base Customer Charge | ........ | 5.02 |
| Sales Tax | ........ | 0.42 |
| Current Bill | ........ | 31.35 |
| | | |
| LOW INCOME ASSISTANCE DISCOUNT | ........ | -2.35 |

| Total Amount Due | | $0.19 |
|---|---|---|

Your electricity use

e-mail address: txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPAÑOL

TXU



Docket No. 35021
Attachment 8
To Staff RFI Set No. 1
Question No. 6-01

**ACCOUNT DUE**
46.92

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
    75310-0001

JOAN H HUGHES

JOAN H HUGHES

ACCOUNT NO.

**MESSAGES**

Your "Total Amount Due" of 46.92 is
due by June 6,2007.

**ACCOUNT NUMBER:**
PAY TOTAL AMOUNT DUE BY: June 6,2007

**BILLING SUMMARY**

| | | |
|---|---|---|
| Previous Bill | . . . . . . . | 60.19 |
| Payment Received April 26,2007 THANK YOU | . . . . . . . | -21.69 |
| Balance | . . . . . . . | 38.50 |
| Current Meter Reading (05/17/07) | . . . . . . . | 01696 |
| Previous Meter Reading (4/17/07) | . . . . . . . | 01390 |
| Kilowatt-hours Used with multiplier | . . . . . . . | 306 |
| Energy Charge (306 kwh) | . . . . . . . | 41.76 |
| Base Customer Charge | . . . . . . . | 6.02 |
| Sales Tax | . . . . . . . | 0.07 |
| Current Bill | . . . . . . . | 47.85 |
| LOW INCOME ASSISTANCE DISCOUNT | . . . . . . . | -4.39 |
| CUSTOMER APPRECIATION CREDIT | . . . . . . . | -35.37 |
| Total Amount Due | | 46.92 |

Your electricity use

Meter Number XXXXXXXX   Mult 1.00
Rate PR0000304 PLAN
Energy Charge Also Includes:
Cooperative Power Cost Recovery per kilowatt hour.

e-mail address: txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPAÑOL.

TXU

Docket No. 35021
Attachment 6
To Staff RFI Set No. 1
Question No. 6-01

AMOUNT DUE
$1.89

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

ACCOUNT NUMBER: 191-5303-02-5
PAY TOTAL AMOUNT DUE BY: April 6, 2007

JOAN H HUGHES

ACCOUNT NO.

MESSAGES

BILLING SUMMARY

| | | |
|---|---|---|
| Previous Bill | ....... | 56.12 |
| Payment Received March 12,2007 THANK YOU | | -56.12 |
| Balance | ....... | 00.00 |
| | | |
| Current Meter Reading (03/19/07) | ....... | 01340 |
| Previous Meter Reading (02/16/07) | ....... | 01141 |
| Kilowatt-hours Used with Multiplier | ....... | 199 |
| | | |
| Energy Charge (199 kwh) | ....... | 28.67 |
| Base Customer Charge | ....... | 5.24 |
| Sales Tax | ....... | 0.47 |
| Current Bill | ....... | 34.38 |
| | | |
| LOW INCOME ASSISTANCE DISCOUNT | ....... | -2.80 |

Your Total Amount Due of $1.89 is
due by April 6,2007.

| | |
|---|---|
| Total Amount Due | $1.89 |

Your electricity use

Meter Number 02562002    Mult 1.00
Rate: FR2000APPLAN
Energy Charge Also Includes:
Cogeneration Power Cost Factor 5 per kilowatt hour

e-mail address: txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPAÑOL

TXU



Docket No. 35021
Attachment 5
To Staff RFI Set No. 1
Question No. 6-01

AMOUNT DUE
58.12

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

ACCOUNT NUMBER: 101-2309-52-5
PAY TOTAL AMOUNT DUE BY: March 7,2007

BILLING SUMMARY

| Previous Bill | ........ | 101.34 |
| Payment Received February 14,2007 THANK YOU | ........ | -50.00 |
| Balance | ........ | 51.34 |
| | | |
| Current Meter Reading (02/16/07) | ........ | 51141 |
| Previous Meter Reading (01/16/07) | ........ | 50955 |
| Kilowatt-hours Used with Multiplier | ........ | 185 |
| | | |
| Energy Charge (185 kwh) | ........ | 57.25 |
| State Customer Charge | ........ | 5.34 |
| Sales Tax | ........ | 0.45 |
| Current Bill | ........ | 53.07 |
| | | |
| CUSTOMER APPRECIATION CREDIT | ........ | -25.37 |
| LOW INCOME ASSISTANCE DISCOUNT | ........ | -2.82 |

| Total Amount Due | 58.12 |

JOAN H HUGHES

ACCOUNT NO.

MESSAGES

Your Total Amount Due of 58.12 is
due by March 7,2007.

Your electricity use

Meter Number 00804563   Mult 1.00
Plan: FREEDOM PLAN
Energy Charge Also Includes
Capacitation Power Cost Factor 0.0 per Meter of 2007

e-mail address: txuenergy@txu.com
For Information call us at(800) 242-9113
SE HABLA ESPANOL

Docket No. 35021
Attachment 3
To Staff RFI Set No. 1
Question No. 6-01

**AMOUNT DUE**
118.11

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

**ACCOUNT NUMBER:**
PAY TOTAL AMOUNT DUE BY: January 8, 2007

**BILLING SUMMARY**

JOAN H HUGHES

ACCOUNT NO.

**MESSAGES**

| | | |
|---|---|---|
| Previous Bill | . . . . . . . | 81.47 |
| Payment Received | . . . . . . . | 0.00 |
| Balance | . . . . . . . | 81.47 |
| | | |
| Current Meter Reading (12/18/06) | . . . . . . . | 00719 |
| Previous Meter Reading (11/16/06) | . . . . . . . | 00507 |
| Kilowatt-hours Used with Multiplier | . . . . . . . | 212 |
| | | |
| Energy Charge (2.16 /kwh) | . . . . . . . | 30.76 |
| Base Customer Charge | . . . . . . . | 5.84 |
| Sales Tax | . . . . . . . | 0.05 |
| Current Bill | . . . . . . . | 36.64 |

Your Total Amount Due of 118.11 is
due by January 8, 2007.

| Total Amount Due | 118.11 |
|---|---|

Your electricity use

Meter Number: 00000000    Mult 1.00
Rate: FREEDOM PLAN
Energy Charge Also Includes:
Organization Power Cost Factor 2 per kwh of USE.

e-mail address: txenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPAÑOL

**TXU**

Docket No. 35021
Attachment 4
To Staff RFI Set No. 1
Question No. 6-01

AMOUNT DUE
181.34

Send Payment To:

JOAN H HUGHES

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

ACCOUNT NUMBER:
PAY TOTAL AMOUNT DUE BY: February 4, 2007

JOAN H HUGHES

ACCOUNT NO.

MESSAGES

| BILLING SUMMARY | | |
|---|---|---|
| Previous Bill | ........ | 119.11 |
| Payment Received January 4, 2007 THANK YOU | | -58.00 |
| Balance | ........ | 60.11 |

| | | |
|---|---|---|
| Current Meter Reading (1/16/07) | ........ | 00858 |
| Previous Meter Reading (12/15/06) | ........ | 00718 |
| Kilowatthours Used with Multiplier | ........ | 234 |

| | | |
|---|---|---|
| Energy Charge (234 kwh) | ........ | 33.95 |
| Base Customer Charge | ........ | 5.34 |
| Sales Tax | ........ | 0.94 |
| Current Bill | ........ | 66.29 |

| | | |
|---|---|---|
| LATE PAYMENT CHARGE | ........ | 1.81 |
| LOW INCOME ASSISTANCE DISCOUNT | ........ | -5.34 |

Your Total Amount Due of 181.34 is
due by February 4, 2007.

| Total Amount Due | 181.34 |
|---|---|

Your electricity use

Meter Number 00858319    Mult 1.00
Rate: PRESERVED PLAN
Energy Charge Adjustment:
Capacitation Power Cost Factor: 0 per kilowatt (kw)

e-mail address: txucare.np@txu.com
For information call us anytime) 645-9192
SE HABLA ESPAÑOL

**TXU**



Docket No. 35021
Attachment 2
To Staff RFI Set No. 1
Question No. 6-01

Docket No. 35021
Attachment 1
To Staff RFI Set No. 1
Question No. 6-01

AMOUNT DUE
134.18

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

ACCOUNT NUMBER:
PAY TOTAL AMOUNT DUE BY: November 7, 2006

JOAN H HUGHES

ACCOUNT N:

BILLING SUMMARY

Your Total Amount Due of 134.18 is due by November 7, 2006.

| | | |
|---|---|---|
| Previous Bill | ....... | 151.95 |
| Payment Received October 18, 2006 THANK YOU | | -150.00 |
| Balance | ....... | 51.25 |
| | | |
| Current Meter Reading (10/18/06) | ....... | 00512 |
| Previous Meter Reading (9/19/06) | ....... | 90783 |
| Kilowatt-hours Used with Multiplier | ....... | 639 |
| | | |
| Energy Charge (639 kwh) | ....... | 77.01 |
| Base Customer Charge | ....... | 5.34 |
| Sales Tax | ....... | 1.12 |
| Current Bill | ....... | 83.47 |
| | | |
| LOW INCOME ASSISTANCE DISCOUNT | ....... | -7.79 |
| METER RE-READ FEE | ....... | 7.25 |

| Total Amount Due | 134.18 |
|---|---|

Your electricity use

Meter Number: 800000532 MA LNS
Rate: PREMIUM PLAN
Energy Charge Abatement:
Cogeneration Power Cost Factor: $ per kilowatt/hrs

e-mail address: txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPAÑOL

TXU Energy Retail Company LLC
PUC Docket No. 35021
Staff's RFI Set No. 1
Question No. 6-01
Page 1 of 2

REQUEST:

Please provide the customer's monthly billing statements since she was transferred to the TXU
Energy Freedom Plan.

RESPONSE:

The following response was prepared by or under the direct supervision of Richard Sorell.

Please see attached documents responsive to request.

ATTACHMENTS:

ATTACHMENT 1- October 2006 bill statement

ATTACHMENT 2- November 2006 bill statement

ATTACHMENT 3- December 2006 bill statement

ATTACHMENT 4- January 2007 bill statement

ATTACHMENT 5- February 2007 bill statement

ATTACHMENT 6- March 2007 bill statement

ATTACHMENT 7- April 2007 bill statement

ATTACHMENT 8- May 2007 bill statement

ATTACHMENT 9- June 2007 bill statement

ATTACHMENT 10- July 2007 bill statement

ATTACHMENT 11- August 2007 bill statement

ATTACHMENT 12- September 2007 bill statement

ATTACHMENT 13- October 2007 bill statement

TXU Energy Retail Company LLC
PUC Docket No. 35021
Staff's RFI Set No. 1
Question No. 6-01
Page 2 of 2

<u>ATTACHMENTS:</u>

ATTACHMENT 14- November 2007 bill statement

ATTACHMENT 15- December 2007 bill statement

TXU

Docket No. 35021
Attachment 12
To Staff RFI Set No. 1
Question No. 5-01

AMOUNT DUE
161.55

**Send Payment To:**

TXU ENERGY
P.O. BOX 160001
DALLAS, TX
75310-0001

JOAN H HUGHES

ACCOUNT NUMBER
FOR YOUR ACCOUNT DUE BY: October 4, 2000

JOAN H HUGHES

ACCOUNT NO.

MESSAGES

Your "Total Amount Due" of 161.55 is
due by October 4, 2000.

**BILLING SUMMARY**

| | | |
|---|---|---|
| Previous Bill | ....... | 155.07 |
| Payment Received September 14, 2000 THANK YOU | ....... | -155.07 |
| Balance | ....... | 57.35 |
| | | |
| Current Meter Reading (actual) | ....... | 50732 |
| Previous Meter Reading (actual) | ....... | 50000 |
| Kilowatt-hours Used with Multiplier | ....... | 932 |
| | | |
| Energy Charge (932 kwh) | ....... | 157.39 |
| Base Customer Charge | ....... | 6.04 |
| Sales Tax | ....... | 1.50 |
| Current Bill | ....... | 144.93 |
| | | |
| LOW INCOME ASSISTANCE DISCOUNT | ....... | -12.00 |

Your electricity use

Total Amount Due        161.55

Meter Number                    Mult 1.00
Rate Residential
Energy Charge includes
Dispatchable Power Cost Factor $0.00241/kwh per kilowatt-hr

e-mail address: txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPAÑOL

TXU

Docket No. 35021
Attachment 11
To Staff RFI Set No. 1
Question No. 5-01

AMOUNT DUE
126.67

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

ACCOUNT NUMBER:
PAY TOTAL AMOUNT DUE BY: September 6, 2005

JOAN H HUGHES

ACCOUNT NO.

MESSAGES

BILLING SUMMARY

| | | |
|---|---|---|
| Previous Bill | ........ | 86.88 |
| Payment Received August 16, 2005 THANK YOU | ........ | -86.88 |
| Balance | ........ | 00.00 |
| | | |
| Current Meter Reading (8/16/05) | ........ | 00000 |
| Previous Meter Reading (7/16/05) | ........ | 00720 |
| Kilowatt-hours Used with Multiplier | ........ | 720 |
| | | |
| Energy Charge (720 kwh) | ........ | 126.06 |
| State Customer Charge | ........ | 5.04 |
| Sales Tax | ........ | 1.60 |
| Current Bill | ........ | 119.80 |
| | | |
| LOW INCOME ASSISTANCE DISCOUNT | ........ | -11.60 |

Your "Total Amount Due" of 126.67 is due by September 6, 2005.

Total Amount Due          126.67

Your electricity use

Meter Number XXXXXXXX  Mult 1.00
Rate Res/Residential
Energy Charge also includes:
Capacity/the Power Cost Factor 35.8454/1000 per kilowatt kwh

e-mail Address: txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPAÑOL

TXU

Docket No. 35021
Attachment 10
To Staff RFI Set No. 1
Question No. 5-01

AMOUNT DUE
[illegible]

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

ACCOUNT NUMBER:
PAY TOTAL AMOUNT DUE BY: August 7,2008

JOAN H HUGHES

ACCOUNT NO.

MESSAGES

Your "Total Amount Due" of [illegible] is due by August 7,2008.

BILLING SUMMARY

| | | |
|---|---|---|
| Previous Bill | ....... | 92.70 |
| Payment Received July 17,2008 THANK YOU | | -70.00 |
| Balance | ....... | 22.70 |
| Current Meter Reading ([illegible]) | ....... | [illegible] |
| Previous Meter Reading ([illegible]) | ....... | 97700 |
| Kilowatt-hours Used with Multiplier | ....... | [illegible] |
| Energy Charge ([illegible] kwh) | ....... | [illegible] |
| Base Customer Charge | ....... | [illegible] |
| Sales Tax | ....... | [illegible] |
| Current Bill | ....... | [illegible] |
| LOW INCOME ASSISTANCE DISCOUNT | ....... | [illegible] |

Total Amount Due [illegible]

Your electricity use

Meter Number: [illegible] [illegible]
Rate: Residential
Energy Charge Also Includes:
Compensation Power Cost Factor: [illegible] per Metered kWh

e-mail address: [illegible]@txu.com
For information call us at:[illegible]
SE HABLA ESPAÑOL

TXU

Docket No. 35021
Attachment 9
To Staff RFI Set No. 1
Question No. 5-01

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN M HUGHES

ACCOUNT NUMBER:
PAY TOTAL AMOUNT DUE BY: July 7, 2005

| BILLING SUMMARY | | |
|---|---|---|
| Previous Bill | ...... | 110.50 |
| Payment Received May 23, 2005 THANK YOU | ...... | -18.77 |
| Balance | ...... | 92.82 |
| | | |
| Current Meter Reading (573005) | ...... | 57755 |
| Previous Meter Reading (042805) | ...... | 57355 |
| Kilowatt-hours Used this Statement | ...... | 400 |
| | | |
| Energy Charge (400 kwh) | ...... | 65.05 |
| Base Customer Charge | ...... | 6.54 |
| Sales Tax | ...... | 1.40 |
| Current Bill | ...... | 74.60 |
| | | |
| LOW INCOME ASSISTANCE DISCOUNT | ...... | -9.90 |
| PAYMENT - 06/10/05 | ...... | -44.82 |

| Total Amount Due | $2.70 |
|---|---|

JOAN M HUGHES

ACCOUNT NO.

MESSAGES

Your Total Amount Due of $2.70 is
due by July 7, 2005.

Your electricity use

e-mail address: txuenergy@txu.com
For information call or call (800) 242-9113
SE HABLA ESPANOL.

TXU

Docket No. 35021
Attachment 2
To Staff RFI Set No. 1
Question No. 5-01

AMOUNT DUE
119.39

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

ACCOUNT NUMBER:
PAY TOTAL AMOUNT DUE BY: June 7, 2006

JOAN H HUGHES

ACCOUNT NO.

BILLING SUMMARY

MESSAGES

| | | |
|---|---|---|
| Previous Bill | ....... | 78.77 |
| Payment Received | ....... | 0.00 |
| Balance | ....... | 78.77 |
| | | |
| Current Meter Reading | ....... | 57245 |
| Previous Meter Reading | ....... | 56994 |
| Kilowatt-hours Used with Multiplier | ....... | 251 |
| | | |
| Energy Charge | ....... | 37.50 |
| Base Customer Charge | ....... | 6.24 |
| Sales Tax | ....... | 0.38 |
| Current Bill | ....... | 43.31 |
| | | |
| LOW INCOME ASSISTANCE DISCOUNT | ....... | -2.00 |

Your Total Amount Due of 119.39 is
due by June 7, 2006.

Your electricity use

Total Amount Due       119.39

e-mail address: txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPAÑOL

TXU

Docket No. 35021
Attachment 6
To Staff RFI Set No. 1
Question No. 5-01

| AMOUNT DUE |
| --- |
| 69.22 |

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

JOAN H HUGHES

ACCOUNT NO. *

**ACCOUNT NUMBER:**
PAY TOTAL AMOUNT DUE BY: April 6,2005

**BILLING SUMMARY**

| | | |
| --- | --- | --- |
| Previous Bill | . . . . . . . | 66.90 |
| Payment Received March 15,2005 THANK YOU | | -29.72 |
| Balance | . . . . . . . | 37.19 |

| | | |
| --- | --- | --- |
| Current Meter Reading (03/7/2005) | . . . . . . . | 89719 |
| Previous Meter Reading (02/10/2005) | . . . . . . . | 89515 |
| Kilowatt-hours Used with Multiplier | . . . . . . . | 204 |

| | | |
| --- | --- | --- |
| Energy Charge (204 kwh) | . . . . . . . | 24.15 |
| Base Customer Charge | . . . . . . . | 5.84 |
| Sales Tax | . . . . . . . | 0.45 |
| Current Bill | . . . . . . . | 32.03 |

| | | |
| --- | --- | --- |
| LOW INCOME ASSISTANCE DISCOUNT | . . . . . . . | -2.61 |

Your Total Amount Due of 69.22 is
due by April 6,2005.

**Total Amount Due**

| 69.22 |
| --- |

Your electricity use

Meter Number XXXXXXX    Mult 1.00
Rate: Residential
Energy Charge: Price Includes
Competitive Power Cost Factor $0.0004000 per kilowatt kWh

e-mail address: txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPANOL

Docket No. 35021
Attachment 7
To Staff RFI Set No. 1
Question No. 5-01

AMOUNT DUE
70.77

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
    75310-0001

JOAN N HUGHES

JOAN N HUGHES

ACCOUNT NO.

MESSAGES

Your Total Amount Due of 70.77 is
due by May 5, 2008.

ACCOUNT NUMBER:
PAY TOTAL AMOUNT DUE BY: May 5, 2008

BILLING SUMMARY

| Previous Bill | ........ | 68.88 |
| Payment Received April 17, 2008 THANK YOU | | -61.84 |
| Balance | ........ | 67.18 |
| | | |
| Current Meter Reading (04/15/08) | ........ | 36894 |
| Previous Meter Reading (03/17/08) | ........ | 35710 |
| Kilowatt-hours Used with Multiplier | ........ | 874 |
| | | |
| Energy Charge (874 kwh) | ........ | 69.76 |
| Base Customer Charge | ........ | 6.94 |
| Sales Tax | ........ | 0.69 |
| Current Bill | ........ | 66.78 |
| | | |
| LOW INCOME ASSISTANCE DISCOUNT | ........ | -4.11 |

Your electricity use

Total Amount Due                    70.77

Meter Number 50820466   Mult 1.00
Rate Residential
Energy Charge Per kwhr/kwh
Organization/Power Cost Factor 20.468-1000 per kilowatt hr

e-mail address: txuenergy@txu.com
For Information call us at 1-800-242-9113
SE HABLA ESPAÑOL

Docket No. 35021
Attachment 5
To Staff RFI Set No. 1
Question No. 5-01

AMOUNT DUE
68.80

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

ACCOUNT SUMMARY
PAY TOTAL AMOUNT DUE BY: March 7, 2006

BILLING SUMMARY

JOAN H HUGHES

ACCOUNT NO.

| | | |
|---|---|---|
| Previous Bill | ........ | 144.86 |
| Payment Received February 9, 2006 THANK YOU | ........ | -71.85 |
| Balance | ........ | 72.41 |
| | | |
| Current Meter Reading (02/10/06) | ........ | 98516 |
| Previous Meter Reading (01/12/06) | ........ | 98882 |
| Kilowatthours Used with Multiplier | ........ | 184 |
| | | |
| Energy Charge [184 kwh] | ........ | 66.70 |
| Base Customer Charge | ........ | 5.94 |
| Sales Tax | ........ | 0.44 |
| Current Bill | ........ | 63.48 |
| | | |
| LOW INCOME ASSISTANCE DISCOUNT | ........ | -2.70 |
| PAYMENT - 02/15/06 | ........ | -35.23 |

Your Total Amount Due of 68.80 is
due by March 7, 2006.

Total Amount Due          68.80

Your electricity use

e-mail address: txuenergy@txu.com
For information call us at (888) 363-4112
WE HABLA ESPAÑOL

Docket No. 35821
Attachment 4
To Staff RFI Set No. 1
Question No. 5-01

AMOUNT DUE
144.88

**Send Payment To:**

TXU ENERGY
P.O. BOX 180001
DALLAS, TX
75310-0001

JOAN H HUGHES

ACCOUNT NUMBER
PAY TOTAL AMOUNT DUE BY: February 3, 2005

JOAN H HUGHES

ACCOUNT NO.

**MESSAGES**

Your "Total Amount Due" of 144.88 is due by February 3, 2005.

| BILLING SUMMARY | | |
|---|---|---|
| Previous Bill | ........ | 108.66 |
| Payment Received | ........ | 0.00 |
| Balance | ........ | 108.66 |
| | | |
| Current Meter Reading (1/10/05) | ........ | 98998 |
| Previous Meter Reading (12/09/05) | ........ | 98117 |
| kilowatt hours Used with Multiplier | ........ | 816 |
| | | |
| Energy Charge (816 kwh) | ........ | 31.38 |
| Base Customer Charge | ........ | 6.84 |
| Sales Tax | ........ | 0.62 |
| Current Bill | ........ | 37.84 |
| | | |
| LATE PAYMENT CHARGE | ........ | 1.48 |
| LOW INCOME ASSISTANCE DISCOUNT | ........ | -2.89 |

| Total Amount Due | | 144.88 |
|---|---|---|

Your electricity use

Meter Number XXXXXX   kh 1.00
Rate Residential
Energy Charge: See Schedule
Congestion/non-Power Cost/Factors $0.000+1000 per kilowatt kWh

e-mail address: txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPAÑOL.

Docket No. 3502J
Attachment 3
To Staff RFI Set No. 1
Question No. 5-01

AMOUNT DUE
199.09

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

**ACCOUNT NUMBER**
PAY TOTAL AMOUNT DUE BY: January 8, 2000

JOAN H HUGHES

ACCOUNT NO.

**MESSAGES**

**BILLING SUMMARY**

| | | |
|---|---|---|
| Previous Bill | . . . . . . . | 148.29 |
| Payment Received December 3, 2009 THANK YOU | | -69.91 |
| Balance | . . . . . . . | 78.37 |
| | | |
| Current Meter Reading (12/16/00) | . . . . . . . | 83117 |
| Previous Meter Reading (11/16/00) | . . . . . . . | 82940 |
| Kilowatt-hours Used with Multiplier | . . . . . . . | 177 |
| | | |
| Energy Charge (177 kwh) | . . . . . . . | 28.14 |
| Base Customer Charge | . . . . . . . | 6.84 |
| Sales Tax | . . . . . . . | 9.45 |
| Current Bill | . . . . . . . | 89.91 |
| | | |
| LATE PAYMENT CHARGES | . . . . . . . | 0.65 |

Your Total Amount Due of 199.09 is
due by January 8, 2000.

| Total Amount Due | | 199.09 |
|---|---|---|

Your electricity use

1999        2000

e-mail address txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPAÑOL

TXU Energy

Docket No. 35021
Attachment 2
To Staff RFI Set No. 1
Question No. 5-01

AMOUNT NOW
149.35

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

JOAN H HUGHES

ACCOUNT NO.

MESSAGES

Your Total Amount Due of 149.35 is
due by December 6, 2005.

ACCOUNT NUMBER
PAY TOTAL AMOUNT DUE BY: December 6, 2005

BILLING SUMMARY

| | | |
|---|---|---|
| Previous Bill | · · · · · · · · | $74.15 |
| Payment Received October 3', 2005 THANK YOU | · · · · · · · · | -76.51 |
| Balance | · · · · · · · · | 168.35 |
| | | |
| Current Meter Reading (11/4/05) | · · · · · · · · | 62940 |
| Previous Meter Reading (10/5/05) | · · · · · · · · | 62085 |
| Kilowatthours Used with Multiplier | · · · · · · · · | 844 |
| | | |
| Energy Charge (844 kwh) | · · · · · · · · | $1.92 |
| Base Customer Charge | · · · · · · · · | 5.94 |
| Sales Tax | · · · · · · · · | 0.50 |
| Current Bill | · · · · · · · · | 87.82 |
| | | |
| LATE PAYMENT CHARGE | · · · · · · · · | -5.50 |
| PAYMENT - 11/8/05 | · · · · · · · · | -81.45 |

Total Amount Due

149.35

Your electricity use

Meter Number: 00000002  Mult. 1.00
Rate: Residential
Energy Charge, Misc. Indicator
Depreciation Power Cost Factor: $0.000-0.000 per kilowatt hour.

e-mail address: txuenergy@txu.com
For information call us at (800) 242-9113
SE HABLA ESPAÑOL

**DOCKET NO. 35201**

| | | |
|---|---|---|
| **COMPLAINT OF JOAN H. HUGHES** | § | **PUBLIC UTILITY COMMISSION** |
| **AGAINST TXU ENERGY** | § | |
| | § | **OF TEXAS** |

## ORDER NO. 4
## DISMISSING PROCEEDING

### I.    Background

On November 15, 2007, Joan H. Hughes (Complainant) filed a formal complaint against TXU Energy Retail Company LLC (TXU), a retail electric provider (REP), and the Public Utility Commission of Texas (Commission).   The Complainant alleged that TXU: overbilled the Complainant;[1] changed the Complainant's service plan terms without authorization;[2] violated P.U.C. SUBST. R. 25.124(c)(1) (regarding testing the accuracy of the customer's meter at no charge) and 25.28(c) (regarding overbilling) by charging the Complainant for re-reading the Complainant's meter;[3] violated P.U.C. SUBST. R. 25.30(b) (regarding supervisory review by the electric utility) by not allowing the Complainant to speak to a supervisor;[4] and failed to properly retain records, citing P.U.C. SUBST. R. 25.25(c) (regarding bill content).[5]  The Complainant also alleged that the Commission violated P.U.C. SUBST. R. 25.31(c)(5)(O) (regarding customer information packets)[6] and P.U.C. SUBST. R. 25.8(b)(3)(B)(vi) (regarding classification of violations).[7]  On December 6, 2007, TXU responded to the complaint and moved to dismiss for lack of jurisdiction to grant the requested relief and for failure to state a claim.

Initially, Complainant sought $50,000 in damages in her formal complaint.[8]  On January 9, 2008, the Complainant filed a calculation showing the overbilled amount as $3,722.20 for the

---

[1] Formal Complaint at 4 (Nov. 15, 2007).

[2] Formal Complaint at 4 (Nov. 15, 2007).

[3] Formal Complaint at 5 (Nov. 15, 2007).

[4] Formal Complaint at 5 (Nov. 15, 2007).

[5] Formal Complaint at 5 (Nov. 15, 2007).

[6] Formal Complaint at 5 (Nov. 15, 2007).

[7] Formal Complaint at 6 (Nov. 15, 2007).

[8] Formal Complaint at 1 (Nov. 15, 2007).

years 2000 to 2007.[9]  However, the calculation did not show how the Complainant arrived at the alleged annual overbilled amounts, but merely listed an amount for each year.  The Complainant also requested an additional $3,722.20 for mental anguish, for a total of $7,444.40 (the Complainant also requested a refund of two deposits with interest but did not identify the amount requested).[10]  Nevertheless, the cover letter to the overbilling calculation states the overbilled amount as $4,172.20 (which includes an additional $450 estimated overbilling for April 2007 through December 2007).[11]  Finally, in the Complainant's response to Order No. 3, the Complainant requested $4,172.20 with interest.[12]

## II.    Discussion of Claims

### A.    Overbilling

The Complainant alleged that TXU overcharged her during the years 2000 to 2007. However, the Complainant's allegation of overbilling fails to state a claim for which relief can be granted.  Under P.U.C. SUBST. R. 25.480, "[i]f charges are found to be higher than authorized in the REP's terms and conditions for service or other applicable commission rules, then the customer's bill shall be corrected."  Accordingly, the Complainant must allege facts indicating that TXU charged rates higher than authorized in the terms of service or applicable rules.  In this case, the complaint failed to sufficiently allege facts to state a claim.

In considering a motion to dismiss for failure to state a claim, well pleaded allegations of fact are taken as true; however, conclusory allegations and unwarranted deductions of fact are not admitted as true, especially when facts disclosed by a document appended to the complaint

---

[9] Computation of Overbilling at 6 (Jan. 9, 2008).

[10] Computation of Overbilling at 6 (Jan. 9, 2008).

[11] Computation of Overbilling at 1 (Jan. 9, 2008).

[12] Complainant's Response to Order No. 3 at 43 (Feb. 25, 2008).

contradict such conclusions.[13]  Moreover, "[f]actual allegations must be enough to raise a right to relief above the speculative level."[14]

## 1.      Overbilling in 2000-2004

The pleadings did not provide any facts regarding billing for the years 2000 through 2004, other than conclusory allegations that TXU overcharged the Complainant.  As a result, the complaint fails to state a claim for which relief can be granted regarding overbilling in the years 2000 through 2004.

## 2.      Overbilling in September-October 2005

The Complainant alleged that her September and October 2005 charges were not correct.[15]   To support the Complainant's overbilling claim, the Complainant attached two versions of her electric account history provided by TXU, one dated December 18, 2006, and a second dated December 27, 2006.[16]   The Complainant asserted that "[t]his Electric Account History [the December 27th account history] is correct, unlike the other one attached [the December 18th account history].[17]

The December 18th account history shows, in relevant part, for September 2005, the "Amount of Bill" as *$111.56*, "Monthly Amount Due" as $111.56, "Balance from Previous Month" as $75.64, "Total Due" as $187.20, and "Balance Due" as $187.20.  The December 27th account history does not include September, but the same type of account history, which the Complainant does not dispute, shows for September 2005 an "Electric Amount" of *$115.56*, "Other Charges/Credits" of $0.00 and a "Total Amount" of $115.56.[18]

---

[13] *Associated Builders, Inc. v. Alabama Power Co.*, 505 F.2d 97, 100 (5th Cir. 1974).  Note: the Commission's Procedural Rules and the Federal Rules of Procedure allow motions to dismiss for failure to state a claim, but the Texas Rules of Civil Procedure do not.  *Fort Bend County v. Wilson*, 825 S.W.2d 251, 253 (Tex. App.—Houston. [14th Dist.] 1992, no pet.)  Accordingly, federal law is used for guidance here.

[14] *Bell Atlantic Corp. v. Twombly*, 127 S.Ct. 1955, 1965 (2007).

[15] Formal Complaint at 30 (Nov. 15, 2007).

[16] Formal Complaint at 30-32, 34 & 35 (Nov. 15, 2007).

[17] Formal Complaint at 34 (Nov. 15, 2007); *see also* Formal Complaint at 30 (Nov. 15, 2007).

[18] Formal Complaint at 21 (Nov. 15, 2007).

*Wrong bill, no acct #*

For October 2005, the December 18th account history shows "Amount of Bill" as *$81.46*, "Additional Fees" as $5.50, "Monthly Amount Due" as $86.96, "Balance from Previous Month" as $187.20, "Total Due" as $274.16, "Payment Made" as $75.64, and "Balance Due" as $198.52, and, on a separate line, shows a "Deferred Payment" of $111.56 and "Payment Made" of $81.46, leaving a net "Balance Due" of $5.50 for October 2005. For October 2005, the December 27th account history shows an "Electric Amount" of *$81.46*, "Other Charges/Credits" of $5.50 and a "Total Amount" of $86.96.[19]

Although the account histories use different labels and formats, the December 18th account history's "Amount of Bill" corresponds to the December 27th account history's "Electric Amount" and the December 18th account history's "Monthly Amount Due" corresponds to the December 27th account history's "Total Amount" (though some entries on the December 18th account history for the same billing statement are shown on multiple lines that need to be combined to arrive at the amount shown on a single line in the December 27th account history).

The December 18th account history lists "Balance Due" showing the entire amount owed, which consists of unpaid past-due charges ("Balance from Previous Month") added to the current charges, less any "Payment Made."[20] In contrast, the December 27th account history shows only the current charges for each month under "Total Amount" without any past-due amounts (though, the entire amount owed including accumulated past-due balances appears as the "Amount Now Due" above the "Usage History" section).[21] As a result, the "Balance Due" is larger than the "Total Amount" if the customer has any unpaid amounts from previous bills. While the two account histories use different formats and show different aspects of the same account, the two account histories and the underlying data agree with each other.

3.      **Overbilling in August-September 2006**

The Complainant stated that her August/September 2006 bill ($130.65) was higher than her July/August bill, although the temperature was lower in August/September and she used less

---

[19] Formal Complaint at 32 (Nov. 15, 2007).

[20] Formal Complaint at 31 (Nov. 15, 2007). Note: certain items appearing on multiple lines on the December 18th account history appear combined on a single line in the December 27th account history.

[21] Formal Complaint at 32 (Nov. 15, 2007).

Docket No. 35021 *(handwritten: this was to show that...)*    **Order No. 4**    Page 5 of 9

air conditioning.[22]  However, the December 27th account history that the Complainant cited as correct shows a "Total Amount" of $130.65 for the September 2006 bill.  In addition, the Complainant included a carbon copy of a $75.64 check paid to TXU for September 2005 to show a disparity with the $130.65 current charges for September 2006.[23]  Although the Complainant paid $75.64, the undisputed current charge for September 2005 was $111.56.[24]  Furhtermore, the undisputed usage history shows that the Complainant used more electricity in September 2006 than in September 2005.[25]  Accordingly, deducing that the $75.64 underpayment for September 2005 shows an overcharge for September 2006 is unwarranted.  Accordingly, the Complainant has failed to state a claim regarding the September 2006 bill.

*(handwritten margin note: this was a bill off of several mths)*

4.    **Billing Disparity in 2005-2007**  *(handwritten: not true)*

The Complainant attempted to show a billing disparity by listing three columns of bill amounts: one labeled "TXU" (which matches the "Total Amount Due" shown in TXU's RFI responses), a second labeled "MY BILLS" (which matches the "Current Bill" amount from the actual bill received by the Complainant),[26] and "ACCT HIST." (which matches the "Total Amount" in the December 27, 2006, and January 31, 2006, account histories).[27]  However, the differences in these amounts, which actually do differ, fail to show any billing errors.  The amounts referenced by the Complainant differ because they show different measures, not because they incorrectly show the same measure.[28]  The RFI responses' "Total Amount Due" reflects all current charges/credits for the month and any unpaid past-due balances.  The actual bills' "Current Bill" reflects current charges/credits for the month, but not including late payment charges, deferred payment amounts, customer appreciation bonuses, re-read meter

*(handwritten margin note: Amt difference is an error)*

---

[22] Formal Complaint at 4 & 9 (Nov. 15, 2007); Complainant's Response to Order No. 3 at 3 (Feb. 25, 2008).

[23] Formal Complaint at 19-20 (Nov. 15, 2007).

[24] Formal Complaint at 21 (Nov. 15, 2007).

[25] Complainant's Response to Order No. 3 at 5-6 (Feb. 25, 2008).

[26] However, the $35.23 amount listed under "MY BILLS" for January 2006 does not match any amount shown on the actual bill but is the same as the "Total Amount" shown on the electric account histories.

[27] Complainant's Response to Order No. 3 at 4 & 22 (Feb. 25, 2008).

[28] Note: the Complainant used the due date when referring to the billing information provided in TXU's RFI responses, but used the statement date when referring to the actual customer bills and account histories, so the

charges/credits.  The account histories' "Total Amount" reflects all current charges/credits for the month.  The alleged differences between the different types of billing information do not suggest any disparity in the amounts billed.  As a result, the Complainant has failed to state a claim for which relief may be granted.

**B.    Change of Service Plan Terms**

The unauthorized change alleged by the Complainant fails to state a claim under the Commission's rules.  In relevant part, P.U.C. SUBST. R. 25.475(e)(l) provides "[n]otice of the change is not required for material changes that benefit the customer."  The rate terms of the Price to Beat (PTB) Plan are identical to the Freedom Plan (Freedom).[29]  In addition, neither set of terms have a minimum term length or a cancellation fee.  The only material change in the customer's service terms appears to be the addition of a guarantee against rate increases, which benefits the customer.[30]  Consequently, under P.U.C. SUBST. R. 25.475(e)(l), the change in terms of service did not require notice to the customer.

**C.    Meter Re-read Charge**

The Complainant's allegation that TXU violated P.U.C. SUBST. R. 25.124(c)(1) and P.U.C. SUBST. R. 25.28(c) by charging a fee for re-reading the Complainant's meter fails to state a claim for which relief can be granted and is moot.  P.U.C. SUBST. R. 25.124(c)(1) provides that "[e]ach electric utility shall, upon the request of a customer, test the accuracy of the customer's meter at no charge to the customer."  However, the Complainant stated that she requested re-reading of the meter but did not allege that she requested testing of the accuracy of her meter.  The formal complaint states that "[o]n September 25, Plaintiff requested a reread meter because of the expensive August/September bill from TXU Energy."[31]  Accordingly P.U.C. SUBST. R.

---

"November 2005" (and subsequent) billing information from the RFIs actually corresponds to the prior month's billing statements and account histories entries.

[29] Note: The Freedom terms lists the base consumption rates as blended rates, while the PTB terms show the base consumption rates as three separate elements, which when added together equal the respective blended Freedom rate.  *See* Response of TXU to Staff's First Request for Information at 17 and 33 (Jan. 14, 2008).

[30] *See* Response of TXU to Staff's First Request for Information at 17 and 33 (Jan. 14, 2008).

[31] Formal Complaint at 5 (Nov. 15, 2007).

*It does apply*

25.124(c)(1) and consequently P.U.C. SUBST. R. 25.28(c) do not apply. In any event, TXU credited the Complainant for the re-read charge, making this claim moot.[32]

### D.    Supervisory Review

The Complainant's allegation that TXU did not allow the Complainant to speak to a supervisor in violation of P.U.C. SUBST. R. 25.30(b) fails to state a claim for which relief can be granted. P.U.C. SUBST. R. 25.30(b) provides that the customer "has the right to request a supervisory review" but does not establish a right to speak to a supervisor. Moreover, this rule applies to electric utilities and not REPs such as TXU. However, P.U.C. SUBST. R. 25.485(d) addresses supervisory review for REPs, but like 25.30(b), does not establish a right to speak to a supervisor. Furthermore, the Commission's rules do not provide a remedy for individual customers for a violation of P.U.C. SUBST. R. 25.30(b) or 25.485(d).

*check it out*

### E.    Record Retention

The Complainant alleged that TXU violated P.U.C. SUBST. R. 25.25(c) by not properly retaining records. However, 25.25(c) only addresses the content of bills issued by electric utilities and does not address record retention. Moreover, the rule does not apply to REPs and the Commission's rules do not provide individual customers with a remedy for a violation of this rule. The formal complaint also mentioned P.U.C. SUBST. R. 25.491(b)(1)(A), (B), relating to maintaining records sufficient to verify compliance with commission rules and support investigation of customer complaints. However, the rules provide no remedy for individual customers for any violation of P.U.C. SUBST. R. 25.491.

### F.    Customer Information Packets

The Complainant alleged that the Commission violated P.U.C. SUBST. R. 25.31(c)(5)(O).[33] P.U.C. SUBST. R. 25.31(c)(5)(O) relates to the requirement that electric utilities provide customer information packets including the customer's right to have his or her

---

[32] *See* Formal Complaint at 4, 30 and 31 (Nov. 15, 2007); Complainant's Response to Order No. 3 at 18 & 21 (Feb. 25, 2008).

[33] Formal Complaint at 5 (Nov. 15, 2007).

*not true*

meter tested without charge. This section does not address Commission action and does not provide any remedies for individual customers for any violations of the rule.

*talking about TXU not Commission*

### G.    Classification of Violations

The Complainant alleged that the Commission violated P.U.C. SUBST. R. 25.8(b)(3)(B)(vi) based on the Complainant's difficulty in contacting certain Commission employees.[34]  P.U.C. SUBST. R. 25.8(b)(3)(B)(vi) provides that "[a] violation related to fraudulent, unfair, misleading, deceptive, or anticompetitive business practices" may be a Class A violation.  This rule does not apply to the Complainant's difficulty in contacting Commission employees and does not provide any customer remedies for any Commission conduct.

*I was + still is.*

### H.    Mental Anguish

The Complainant alleged that TXU and the Commission have caused her mental anguish.[35]  The Complainant therefore requested $3,722.20 in damages for mental anguish.[36] The allegation of mental anguish fails to state an actionable claim under PURA[37] or the Commission's rules.  "[M]ental anguish damages are actual damages recoverable at common law."[38]  However, the Commission does not have authority to "fix or adjudicate claims for damages."[39]

### III.    Conclusion

Complainant's claims against TXU for overbilling are dismissed without prejudice for failure to state a claim for which relief can be granted.  The claim for mental anguish is dismissed for lack of jurisdiction.  All other claims are dismissed with prejudice for failure to

---

[34] Formal Complaint at 6 (Nov. 15, 2007).

[35] Formal Complaint at 5 (Nov. 15, 2007).

[36] Computation of Overbilling at 6 (Jan. 9, 2008).

[37] Public Utility Regulatory Act, TEX. UTIL. CODE ANN. §§ 11.001 – 66.017 (Vernon 2007 & Supp. 2007) (PURA).

[38] *Latham v. Castillo*, 972 S.W.2d 66, 69 (Tex. 1998).

[39] *Southwestern Bell Telephone Company v. Reeves*, 578 S.W.2d 795, 798 (Tex. Civ. App. 1979, writ ref'd n.r.e.).

state a claim for which relief can be granted.   In addition, the claim for improper meter re-reading charge is dismissed with prejudice for mootness.

**SIGNED AT AUSTIN, TEXAS on the _14th_ day of March 2008.**

**PUBLIC UTILITY COMMISSION OF TEXAS**

**ANDREW KANG**
**ADMINISTRATIVE LAW JUDGE**

Q:\CADM\Docket Management\Electric\Complaints\35xxx\35021-4.doc