# TABLE OF CONTENTS

Exhibit 1 – June 5, 2007; Headlines from KWTX

Exhibit 2 – October 3, 2006; Plaintiff 's letter to Public Utility.
        Commission (PUC)

Exhibit 3 – November 2, 2006; PUC letter to Plaintiff.

Exhibit 4 – November 3, 2006; Plaintiff's letter to PUC.

Exhibit*5- November 27, 2006 Letter

Exhibit 5 – November 27, 2006; Plaintiff's two (2) letters to PUC   (1 Letter)

Exhibit 6 – December 21, 2006 PUC letter to Plaintiff.

Exhibit 7 – January 19, 2007; Plaintiff's letter to PUC.

Exhibit 8 – January 23, 2007;Customer Protection Department (CPD)
        letter to Plaintiff.

Exhibit*9 – March 7, 2007; Plaintiff letter to PUC.

Exhibit 9- April 4, 2007; CPD letter to Plaintiff.

Exhibit 10- October 21, 2005 Deferred Payment Agreement

Exhibit 11-  Additional reports from KWTX.

OK

**Joan H. Hughes**
**Intake#: 1218514**

**#3.** On 10/04/06, I wrote Public Utility Commission (PUC) about TXU Energy September's ($130) more expensive bill with less energy I know I used. August bill ($105.00) was less expensive with more energy because it was warmer.

I requested a re-read meter and asked that they contact me when they come out. The Representative told me it would be 3-5 days. TXU claimed they were not busy, someone was in the area, and came out within the next 15 minutes after I called. That was the reason why they should have called me as requested. No Energy trucks were seen in the neighborhood. TXU claimed that the reading was more usage P7kWh for the same months in 2005. I denied that statement.

Anyway on 11/03/06, I told PUC that I was not interested in changing companies. On 11/9/06, TXU changed my service without my permission to their Freedom Plan. On 1127/06, I informed PUC of the change. On 12/21/06 PUC informed me that they were in violation.

January 17 & 19, 2007, I sent more correspondences to support my claim asking what happens next after the violation. 01/23/07, a letter came to me stating that they were finished and the legal department handles the violation.

I waited patiently for the Legal Department to contact me to no response. After which, I called numerous times and left voicemail messages for Ms. Watson and Ms. Anderson, as well as faxed new information to support my case. After over 2 months of calling I talked to Ms. Watson and Ms. Anderson. I asked Ms. Anderson why hasn't the legal Department contacted me? What happens to the violation money? She stated that the money goes to PUC and the Controllers Office. I told her I should get something, because after all I was the one violated and not PUC or the Controller.

After the long intense conversation, Ms. Anderson agreed to send me a form to fill out. Instead of a form, she sent a brochure. That is when I contacted Ross & Matthews.

I have diabetes and high blood pressure. TXU and PUC behavior caused stress, anxiety, loss of sleep and depression. I could barely hold myself together with those actions.

File copy

Complaint# CP-2006111727 35021

RECEIVED
2007 NOV 15 PM 12:41
PUBLIC UTILITY COMMISSION
FILING CLERK

201A Lynn Drive
Harker Heights, TX 76548
November 13, 2007

Public Utility commission of Texas
Central Records
Attn:
Filing Clerk
1701 N. Congress Avenue
P.O. Box 13326
Austin, TX 787111-3326

RE: Complaint#: CP-2006111727

Dear Legal Department:

My name is Joan H. Hughes who resides at 201A Lynn Drive, Harker Heights, TX 76548, Phone# 254-680-3530.

Please except this formal complaint because the informal did not work for me. TXU Energy was found in violation on December 21, 2006. It was explained to me that everybody in Austin get money, but me. On April 4, 2007, a brochure was mailed to me explaining how to file a formal complaint.

On June 5, 2007, TXU Energy agreed to pay a fine of $5 million to your office. What do I get after all, I was the one directly violated? This was a Class A violation where I was treated unfairly and deceitful and my judgment is $50,000.

Attached is a letter dated April 26, 2007 to TXU Energy that I had not heard from to date.

Thank you very much.

Yours truly,

Joan H. Hughes

Joan H. Hughes

Enclosure 1

1

**Joan H. Hughes**
**Intake#:1218514**

4. 2000) $450. Estimate
2001) $450 Estimate

| | |
|---|---|
| 2002 | $526.01 |
| 2003 | 539.44 |
| 2004 | 432.81 |
| 2005 | 529.13 |
| 2006 | 663.69 |
| 2007 | 131.12 |

It was computed 7 years (the length of time I had TXU service) X 12 Months Plus 3 months for 2007 =$3,722.20

I have duplicate copies of all checks paid to TXU Energy.

I would like to add another $3,722.20 for suffering due to stress and Depression from all I went through with TXU & PUX.

GRAND TOTAL $7,444.40

**Your $10.00 money order is in the mail today.**

**Donna L. Nelson**
Chairman

**Kenneth W. Anderson, Jr.**
Commissioner

**Rick Perry**
Governor

**Brian H. Lloyd**
Executive Director

# *Public Utility Commission of Texas*

Dear Utility Customer:

You are receiving this letter in confirmation that the Customer Protection Division (CPD) of the Public Utility Commission has begun an investigation of your complaint regarding your utility company. The company is required to submit a formal response to the investigation within 21 days. Once we receive the response from the company, a CPD staff member will review the facts, the applicable PUC substantive rules, and notify you of the results.

If you have any questions or need additional information, please contact the Public Utility Commission toll-free through our Customer Assistance Call Center at 1-888-782-8477 and a staff member will be happy to assist you. You can also find valuable information on our website (www.puc.texas.gov) at anytime.

As a public service to help Texans in understanding their utility bills, we have enclosed a fact sheet that helps explain the various charges included in your bill for telephone service and electric service (in areas open to competition). The Public Utility Commission has additional fact sheets available for Texas utility customers covering topics such as:

- Texas "Do Not Call" Lists
- Slamming and Cramming
- Low-Income Assistance Programs and Services
- And more...

Please call the Customer Assistance Call Center to request customer protection fact sheets, or view them online at www.puc.texas.gov/consumer/facts/Facts.aspx.

Thank you,

Customer Protection Division
Public Utility Commission of Texas

# FIRST COUNT

Plaintiff, Joan Hughes address is 201A Lynn Drive, Harker Heights, TX 76548

June 5, 2007, KWTX headlines stated that TXU Energy agrees to record settlement of $5 million settlement to Public Utility Commission(PUC). The deal would settle allegations that TXU signed one-year contracts with customers who hadn't explicity consented to them. State law requires that any service renewed automatically can't be for more than 31 days. TXU settle without admitting or denying fault.

On October 3, 2006, Plaintiff wrote a complaint to Public Utility Commission (PUC) about August/September bill was more expensive with less energy used than July/August bill with more energy used. Plaintiff could not understand why, because she had installed a new window unit. She further complained about the unacceptable customer service she received from TXU Energy representatives after requesting a re-read meter. Plaintiff stressed that she didn't see any service trucks in her neighborhood that day and for quite some time.

On November 2, 2006 PUC acknowledged Plaintiff's complaint and explained that the meter was reread on the same day for help was already in the area. PUC further explained that Plaintiff called 9/25/06 at 10:06 a.m. and a technician arrived at 10:23a.m. , and that the bill was correct and was about the same price in the same month in 2005. A Service Order event history was attached from TXU ED. No violation of PUC substantive rules was found. PUC mentioned that Plaintiff saw no TXU trucks in the neighborhood.

On 11/3/06, Plaintiff wrote PUC to inform them that Brad Phillips,TXU Executive confirmed they came out quickly because they were not very busy and my reading was correct. He said they would waive $7.25 reread charge.

November 9, 2006, Plaintiff received a welcome letter from TXU thanking her for enrolling in their Freedom Plan.

On 11/27/06, Plaintiff wrote two (2) letters to PUC to sent copies of the welcome letter from TXU Energy, and copies of the 2005 checks where she paid September bill in the amount of $75.69 and October bill in the amount of $69.51.

On 12/21/06 PUC wrote Plaintiff to inform that TXU energy violated Substantive Rule &25.491(b)(1)(A)(B) record retention and reporting requirements as the company did not sufficiently address the concerns in your letter or provide documentation such as Third Party Verification tape or Letter of Authorization.

On 1/19/07, Plaintiff called and wrote Customer Protection Department (CPD) to inquire about the next procedure that follows after TXU was in violation. Plaintiff

attached Electric account History that was sent by Ms. Fletcher, TXU Executive along with other account histories she had for their examination. Plaintiff disagreed with Ms. Fletcher's new Account History, particularly $274.16 for October 19, 2005. Ms. Fletcher stated that they don't use the Electric Account History that I had anymore. To prove her wrong a current Electric Account History (2006) came in the mail unexpectedly.

On 01/23/07 CPD wrote Plaintiff stating that the legal department handles the violations and it is out of their hands.

On 4/4/07, customer Protection sent a correspondence being regretful of the CPD inability to solve my complaint to my satisfaction and sent me a brochure explaining how to file a formal complaint instead of a form to fill out.

## SECOND COUNT

Plaintiff repeats the allegations of first count as if fully set forth at length herein.

TXU and PUC actions were willful and without legal justifications

TXU and PUC actions have caused Plaintiff extreme emotional distress and mental anguish.

## THIRD COUNT

Plaintiff repeats the allegations of the first and second counts if fully set forth at length herein.

PUC actions constitute an unlawful distraint against plaintiff in violation of rule 25:31©(5)(O)).

No charge for the re-read; 25:124©(1) Failure to accommodate customer; 25:28(2)©(1)), On September 25, Plaintiff requested a reread meter because of the expensive August/September bill from TXU Energy. The representative informed Plaintiff that it will take 3-5 days with a charge of $7.25. Plaintiff only request was that TXU call before they come out.

25.30(b) rejected plaintiff to request to speak to a supervisor On September 29, 2006, Plaintiff called TXU to ask when were they coming out and the representative said they had come that same day and my bill was correct. Plaintiff immediately asked to speak to the Supervisor and was put on hold, never speaking to the Supervisor ; 25:25(c) record retention;

25:8 (b)(3)(b)(vi) class A violation, fraudulent, unfair, misleading, and deceptive. Plaintiff called numerous time and left voicemail messages to Ms. Anderson, supervisor and Ms Watson (CPD) to no return.   After about 2 ½ months of constant calling, Plaintiff finally spoke to Ms.Watson and Ms. Anderson.  Ms. Anderson told Plaintiff that she could file a formal complain and that she would send the form to fill out.

Wherefore, plaintiff demands judgment of $50,000

Awarding plaintiff for

make copy

201A Lynn drive
Harker Heights, TX 76548
July 8, 2008

2008 JUL 11 PM 3:36
FILING CLERK

Public Utility commission of Texas
1701 N. Congress Avenue
P. O. Box 13326
Austin, TX 78711-3326

Docket # 35021

Dear Honorable Judge Kang:

I was distorting as reason why I did not write sooner. You and the staff of Public Utility Commission stressed me out to the maximum. I attempted several times but could not put a letter together explaining how I feel. After intense prayer, I am now strong enough to write.

You and the staff of PUC have failed me! We the people, Congress put you there to make the rules to protect the customers as myself and you did not. Jeremiah 11:3 states thus said the Lord God of Israel, " Cursed be the man who **not obey** the words of his covenant.

You and TXU are in unison; you sided with them ignoring their falsified records and not turning in records on time as requested by you. They had different typeset on every record they turned in as proof to get relief. Instead you went back to the first informal Linda Fletcher, Dec 18, 2006 account history to railroad me with all that untrue information as reason to dismiss my complaint. This over exaggerated evidence was irrelevant to the present formal complaint that Mr. Sorrell turned in.

You dismissed my case with prejudice to stop my retaliation. By doing so, you made sure I didn't continue in any other court for fear it might come out what you all have done. You did not want any other court to examine your misrepresentation paperwork. A blind man can see what and why you did what you did. Money!!!!!!! Isaiah 54:17 (Kings James Bible) says "No weapons formed against me will prosper."

I can say if there is another loophole I can go through I will definitely find it because right it right and wrong is wrong. You keep saying I failed to state a claim in which relief can be granted. You made it very impossible to do. I fought a losing battle from the beginning. All I can say you all owe me $4, 172.20. Please pay me the money so this madness can stop.

Yours truly,

John H. Hughes

TXU Energy Retail Company LLC
PUC Docket No. 35021
Staff's RFI Set No. 1
Question No. 5-01
Page 1 of 1

REQUEST:

Please provide the customer's monthly billing statements for the last 12-month period during which the customer was on the price to beat.

RESPONSE:

The following response was prepared by or under the direct supervision of Richard Sorell.

Please see attached documents responsive to request.

ATTACHMENTS:

ATTACHMENT 1- October 2005 bill statement

ATTACHMENT 2- November 2005 bill statement

ATTACHMENT 3- December 2005 bill statement

ATTACHMENT 4- January 2006 bill statement

ATTACHMENT 5- February 2006 bill statement

ATTACHMENT 6- March 2006 bill statement

ATTACHMENT 7- April 2006 bill statement

ATTACHMENT 8- May 2006 bill statement

ATTACHMENT 9- June 2006 bill statement

ATTACHMENT 10- July 2006 bill statement

ATTACHMENT 11- August 2006 bill statement

ATTACHMENT 12- September 2006 bill statement

Docket No. 35021
Attachment 1
To Staff RFI Set No. 1
Question No. 5-01

AMOUNT DUE
274.16

Send Payment To:

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

JOAN H HUGHES

ACCOUNT NUMBER:
PAY TOTAL AMOUNT DUE BY: November 7,2005

JOAN H HUGHES

ACCOUNT NO.

MESSAGES

Your 'Total Amount Due' of 274.16 is due by November 7,2005.

**BILLING SUMMARY**

| | | |
|---|---|---|
| Previous Bill | ....... | 187.20 |
| Payment Received | ....... | 0.00 |
| Balance | ....... | 187.20 |
| Current Meter Reading (10/19/05) | ....... | [illegible] |
| Previous Meter Reading (9/20/05) | ....... | [illegible] |
| Kilowatt-hours Used with Multiplier | ....... | 829 |
| Energy Charge (829 kwh) | ....... | 74.92 |
| Base Customer Charge | ....... | 5.34 |
| Sales Tax | ....... | 1.20 |
| Current Bill | ....... | 81.46 |
| LATE PAYMENT CHARGE | ....... | 5.60 |

Total Amount Due 274.16

Your electricity use

Meter Number [illegible] Mult 1.00
Rate: Residential
Energy Charge Also Includes:
Organization Power Cost Factor: [illegible] per Metered kWh

e-mail address: [illegible]
For information call us at [illegible]
SE HABLA ESPANOL

Docket No. 35021
Attachment 8
To Staff RFI Set No. 1
Question No. 4-01

**Electricity Facts**
**TXU Energy Freedom Plan℠**
Service Area - Oncor Electric Delivery
October 2007

**Electricity Price**

| Average monthly use: | 500 kWh | 1,000 kWh | 1,500 kWh | 2,000kWh |
|---|---|---|---|---|
| **Average price per kilowatt-hour:** | 13.4¢ | 12.7¢ | 12.4¢ | 12.3¢ |

This price disclosure is an example based on average usage patterns – your actual price for electric service may be different depending on how and when you use electricity. Your bill will be calculated using the price information listed below for each covered premise.

| | | |
|---|---|---|
| Monthly Customer Charge: | | $4.54 |
| Monthly Base Consumption Charge: | | |
| Off-Peak (Nov –May) | 1st 600 kWh | 12.333¢ |
| Off-Peak (Nov –May) | all additional kWh | 10.990¢ |
| On-Peak (Jun-Oct) | all kWh's | 12.613¢ |

Each month you will also be billed all applicable taxes.

This price is fixed on a month-to-month basis and is guaranteed not to exceed an annual average of 12.4¢ per kWh for a customer with average monthly usage of 1,500 kWh on bills with meter readings ending on or before December 31, 2008 except for the limited circumstances of responding to a change in law or regulatory charges. Furthermore, on bills with meter readings ending between January 1, 2009 and December 31, 2009, the price is guaranteed not to exceed an annual average of 14.8¢ per kWh for a customer with average monthly usage of 1,500 kWh except for the limited circumstances of responding to a change in law or regulatory charges.

**Contract**

Minimum Term: None  Early Cancellation Fee: $0.00
See Terms of Service Agreement for a full listing of fees, deposit policy and other terms.

**Sources of Power Generation**

| | *This product* | *Texas (for comparison)* |
|---|---|---|
| **Coal and lignite** | 28% | 27% |
| **Natural gas** | 58% | 59% |
| **Nuclear** | 9% | 9% |
| **Renewable energy** | 3% | 2% |
| **Other** | 2% | 3% |
| **Total** | 100% | 100% |

**Emissions and Waste per 1,000 kWh Generated**

| | |
|---|---|
| Carbon dioxides | 102 |
| Nitrogen oxides | 96 |
| Particulates | 106 |
| Sulfur dioxide | 99 |
| Nuclear waste | 103 |

Better than Texas Average | Worse than Texas Average
Indexed values; 100 = Texas average

EFL-TFR00P9AJ7-Eng-102407  REP Certificate No. 10004  TFR00P9AJ7

© 2007 TXU Energy Retail Company LLC. All Rights Reserved



Docket No. 35021
Attachment 7
To Staff RFI Set No. 1
Question No. 4-01

**Electricity Facts**
**TXU Energy Freedom Plan**[SM]
Service Area - Oncor Electric Delivery
June 2007

**Electricity Price**

| Average monthly use: | 500 kWh | 1,000 kWh | 1,500 kWh | 2,000kWh |
|---|---|---|---|---|
| Average price per kilowatt-hour: | 14.2¢ | 13.5¢ | 13.2¢ | 13.0¢ |

This price disclosure is an example based on average usage patterns – your actual price for electric service may be different depending on how and when you use electricity. Your bill will be calculated using the price information listed below for each covered premise.

Monthly Customer Charge: $4.81

Monthly Base Consumption Charge:

| | | |
|---|---|---|
| Off-Peak (Nov –May) | 1st 500 kWh | 13.058¢ |
| Off-Peak (Nov –May) | all additional kWh | 11.836¢ |
| On-Peak (Jun-Oct) | all kWh's | 13.355¢ |

Each month you will also be billed all applicable taxes.

This price is fixed on a month-to-month basis and is guaranteed not to exceed an annual average of 13.8¢ per kWh for a customer with average monthly usage of 1,500 kWh on bills with meter readings ending on or before September 30, 2008 except for the limited circumstances of responding to a change in law or regulatory charges. Furthermore, on bills with meter readings ending between October 1, 2008 and December 31, 2009, the price is guaranteed not to exceed an annual average of 14.5¢ per kWh for a customer with average monthly usage of 1,500 kWh except for the limited circumstances of responding to a change in law or regulatory charges.

If the announced merger between TXU Corp. and Texas Energy Future Holdings Limited Partnership (the holding company formed by Kohlberg Kravis Roberts & Co., TPG and other investors to acquire TXU Corp.) successfully closes, the price on this plan will be reduced to an annual average of 12.4¢ per kWh for customers with average monthly usage of 1,500 kWh within a reasonable period of time after closing. In addition to the price protection between October 1, 2008 and December 31, 2009 discussed above, if the merger closes, the price will not exceed an annual average of 12.4¢ per kWh for customers with average monthly usage of 1,500 kWh from the time of implementation of the post-closing price through December 31, 2008 except for the limited circumstances of responding to a change in law or regulatory charges. TXU Energy cannot ensure if or when the merger will successfully close.

**Contract**

Minimum Term: None — Early Cancellation Fee: $0.00

See Terms of Service Agreement for a full listing of fees, deposit policy and other terms.

**Sources of Power Generation**

| | *This product* | *Texas (for comparison)* |
|---|---|---|
| Coal and lignite | 28% | 27% |
| Natural gas | 58% | 59% |
| Nuclear | 9% | 9% |
| Renewable energy | 3% | 2% |
| Other | 2% | 3% |
| Total | 100% | 100% |

**Emissions and Waste per 1,000 kWh Generated**

Carbon dioxides 102
Nitrogen oxides 95
Particulates 105
Sulfur dioxide 99
Nuclear waste 103
Better than Texas Average / Worse than Texas Average
Indexed values; 100 = Texas average

EFL-TPR00P8AF7-Eng-060607 — REP Certificate No. 10004 TFR00P8AF7 — © 2007 TXU Energy. All Rights Reserved.

- There has been an attempt to bypass the meter or tamper with other *TDSP* equipment.
- There is evidence of theft of service.

**Disconnection of Service – With Notice:**
TXU Energy has the right to authorize the disconnection of a customer's electric service, following proper notice, if:

- The customer fails to pay a bill owed to TXU Energy for electric service or fails to make deferred payment arrangements on or before the disconnection date stated on the "Disconnect Notice." This includes amounts billed to a customer who is a "guarantor" for another customer who defaults in their payment to TXU Enegy, up to and including the amount the guarantor customer agreed to in the written guarantee agreement.
- The customer fails to pay a required deposit by the date stated on the request for deposit.
- The customer fails to comply with the terms of a deferred payment agreement.
- The customer fails to comply with the terms of a payment arrangement other than a deferred payment agreement.
- The customer attempts to pay a bill with a check or *electronic funds transfer (including automatic bank draft)* that is not processed by the bank due to insufficient funds or other bank return.
- The customer interferes with the electric service of others or operates non-standard equipment and TXU Energy has made a reasonable attempt to contact the customer to inform them of the situation and has provided the customer with a reasonable *opportunity to remedy the situation.*
- The customer fails to provide the TDSP with access to a meter in order to obtain a meter reading for three consecutive months.

If your service is disconnected, you will be required to pay any past due amounts owed to TXU Energy as well as any required deposit and fees before reconnection of electric service with TXU Energy.

Termination of this Agreement or disconnection of your electric service does not excuse you from paying any outstanding amounts owed to TXU Energy. If this Agreement is terminated, all amounts owed by you to TXU Energy, including early cancellation fees if applicable, shall become immediately due and payable. Your obligations to TXU Energy will continue until you have paid all amounts due and owing under this Agreement.

**Dispute or Complaints:**
Please contact us if you have specific comments, questions, complaints or billing inquiries. Our friendly, knowledgeable Customer Care Advocates are trained to research and resolve any customer inquiry you may have. You may also contact the PUCT. Please refer to the "Your Rights as a Customer" document for more information.

**Force Majeure:**
TXU Energy will make commercially reasonable efforts to supply electricity but does not guarantee a continuous supply of electricity. Customer acknowledges that certain causes and events outside of TXU Energy's control ("Force Majeure events") may result in interruptions in service for which TXU Energy shall not be liable. TXU Energy does not generate, transmit or distribute electricity. Therefore, Customer agrees that TXU Energy shall not be liable for damages caused by Force Majeure events, including acts of God, acts of any governmental authority, acts of terrorists or enemies of the state, accidents, strikes, labor troubles, required maintenance work, inability to access the local distribution utility system, non-performance by the local distribution utility, or any cause *beyond TXU Energy's control, including but not limited to* deficiencies in the operations of electricity generation, transmission, or distribution facilities.

**LIMITATION OF LIABILITY:**
LIABILITIES NOT EXCUSED BY REASON OF FORCE MAJEURE OR OTHERWISE SHALL BE LIMITED TO DIRECT ACTUAL DAMAGES. NEITHER TXU ENERGY NOR CUSTOMER SHALL BE LIABLE TO THE OTHER FOR CONSEQUENTIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR INDIRECT DAMAGES. THESE LIMITATIONS APPLY WITHOUT REGARD TO THE CAUSE OF ANY LIABILITY OR DAMAGE. THERE ARE NO THIRD PARTY BENEFICIARIES TO THIS AGREEMENT.

**REPRESENTATIONS AND WARRANTIES:**
THE ELECTRICITY SOLD UNDER THIS AGREEMENT WILL MEET THE QUALITY STANDARDS OF THE APPLICABLE TDSP AND WILL BE SUPPLIED FROM A VARIETY OF SOURCES. TXU ENERGY MAKES NO REPRESENTATIONS OR WARRANTIES OTHER THAN THOSE EXPRESSLY SET FORTH IN THIS AGREEMENT AND EXPRESSLY *DISCLAIMS* ALL *OTHER WARRANTIES, EXPRESS* OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**ASSIGNMENT:**
A customer may not assign this Agreement, in whole or in part, or any of its rights or obligations hereunder without the prior written consent of TXU Energy, which consent may be withheld or granted at the discretion of TXU Energy.

**MISCELLANEOUS:**
This Agreement constitutes the entire agreement between you and TXU Energy concerning your agreement to purchase electricity for the covered ESI ID(s) and supersedes any prior agreements. There are no prior or contemporaneous agreements or representations affecting this agreement other than those expressed in these documents. No amendment, modification or change herein shall be enforceable unless reduced to writing. Notwithstanding anything to the contrary, if any provision of this Agreement is deemed to be invalid, illegal or otherwise unenforceable, you and TXU Energy agree that it shall be modified to the minimum extent necessary to render it valid, legal and enforceable. If any such provision cannot be modified in a manner that would make it valid, legal and enforceable, such provision shall be severed from this Agreement, and all other provisions hereof shall remain in full force and effect. Any failure on TXU Energy's part at any time to enforce any term or condition of our service or to exercise *any right under this Agreement shall not be considered a* waiver of our right thereafter to enforce each and every such term and condition or to exercise such right or any other right under this Agreement.

Version: TOS-NTX-Eng-030507

- You have taken service from TXU Energy for less than three months and you lack sufficient utility payment data or a satisfactory payment history with your previous REP.

A deferred payment plan may require you to make an initial percentage payment of the outstanding balance to initiate the agreement, with the remaining balance paid in equal installments. If you have received a disconnection notice and expressed an inability to pay, any deferred payment plan will include an initial payment not to exceed 25% of the delinquent balance and will allow the remaining balance to be paid in equal installments over a maximum of three (3) billing periods. A deferred payment plan may include a 5% penalty for late payment. If the terms of the deferred payment plan are not fulfilled, your electric service may be disconnected and this Agreement terminated, after proper notice. TXU Energy will offer a deferred payment plan to a customer who has been underbilled by $50 or more and, upon request, to any customer who is unable to pay their bill during an extreme weather emergency.

**Bill Payment Assistance:**
An energy assistance program is available to customers who have severe financial hardships and temporarily may be unable to pay their bills. The program is funded in part by contributions from TXU Energy employees and customers through a program known as TXU Energy Aid. Please call your local health and human services department or the Texas Department of Housing and Community Affairs for additional information.

**Low-Income Rate:**
Rate discounts are available for low-income customers that have been qualified by the Low-Income Telephone & Electric Utilities (LITE UP) Texas Program, subject to funding approved by the Texas Legislature.

**Transfer of Delinquent Balances or Credits:** If you have an outstanding balance or credit owed to TXU Energy that is due from a previous account with TXU Energy for the same class of service and is identified after you enroll for service, that balance will be transferred to your current account with TXU Energy. This previous delinquent balance amount and account number, or address, will be shown separately on your current bill for electric service.

**Critical Care Customers:**
If an interruption or suspension of your electric service will create a dangerous or life-threatening condition, you may qualify as a critical care residential customer. Upon request, we will provide to you the PUCT's standardized Critical Care Eligibility Determination Form, which you must complete and return to us as more fully described in the form. The critical care designation is valid for one year, and we will send you a renewal application prior to expiration of your designation.

**Service Fees:**
The service fees listed below will be identified separately on your bill, if charged:

- A convenience fee of $3.95 may apply should you choose to utilize a TXU Energy customer care representative to assist you with making a payment by credit card, debit card or electronic check. You can make payments by credit card, debit card or electronic check for no additional charge through TXU Energy Express Pay or TXU Energy E-Bill, as discussed above.
- Late payments or delinquent or past due balances may result in a penalty of five percent (5%) of the current month's past due amount.
- TXU Energy may charge a $25 insufficient funds fee for each payment that is not processed due to insufficient funds or other bank return.
- Upon request, TXU Energy will provide you with additional bill copies, duplicate bills, payment reference letters or summary billing, for which a $2 charge for each service may be applied. You may be able to access up to twelve (12) months of usage history free of charge by going to www.txu.com.
- There may be additional service fees associated with your particular electric service plan, which will be located in the Electricity Price section of the EFL.
- If applicable, an early cancellation fee may be charged, as described in the Termination of Agreement by Customer section of this Agreement and in the EFL.

**Termination of Agreement**

- **By TXU Energy:**
  In addition to any other rights of termination allowed under this Agreement or applicable law, TXU Energy may terminate this Agreement without penalty, after providing proper notice, if we decline to renew this Agreement. TXU Energy may also terminate this Agreement if your electric service is disconnected. In this event, you may apply to re-enroll for electric service with us under the terms of service of another electric service plan for which you may be eligible or contact another REP directly to have your electric service reestablished.

- **By Customer:**
  A customer being served on a month-to-month basis has the right to terminate this Agreement with respect to any of the individual covered ESI ID(s) and choose another TXU Energy plan for which they are eligible or another provider at any time without incurring a fee.

  A customer on an electric service plan that has a Minimum Term has the right to terminate this Agreement during the Minimum Term with respect to any of the individual covered ESI ID(s) without incurring a fee if:
  - The customer moves to another location; or
  - TXU Energy notifies the customer of a material change in the terms and conditions of this Agreement, as discussed in the Change in Terms and Conditions provision of this Agreement.

If a customer on an electric service plan that has a Minimum Term terminates this Agreement with TXU Energy for any covered ESI ID before the end of the Minimum Term for such ESI ID for any reason other than those listed above, or if TXU Energy terminates this Agreement with respect to any ESI ID(s) because electric service to such ESI ID(s) has been disconnected, the customer may be charged an early cancellation fee as detailed in the customer's EFL.

**Disconnection of Service – Without Notice:**
TXU Energy may, at any time, authorize disconnection of a customer's electric service without prior notice where any of the following conditions exist:

- A known dangerous condition exists (the disconnection may continue until the condition no longer exists).
- Service is connected without authority by a person who has not applied for service.
- Service is reconnected without authority after disconnection for nonpayment.

TXU Energy requires an initial or additional deposit from a customer, TXU Energy may disconnect electric service and terminate this Agreement if the deposit is not paid within ten (10) days of the written request, provided that TXU Energy issued the customer a written disconnection notice. A disconnection notice may be combined with or issued concurrently with a written request for a deposit.

- The total amount of all deposits required shall not exceed an amount equivalent to the greater of one-fifth of the estimated annual billing for electric service or the sum of the estimated billings for electric service for the next two (2) months. The estimated billing for initial deposits is based on a reasonable estimate of the average usage for the applicable customer class. After twelve (12) months of service with TXU Energy, the customer may request that TXU Energy recalculate the required deposit based on actual historical usage. The estimated billing for deposits from existing customers is based on the customer's actual historical usage, to the extent that it is available.
- If TXU Energy holds a deposit for thirty (30) days or longer, the deposit will accrue interest at an annual rate established by the PUCT. At a minimum, payment of any accrued interest will be made annually upon customer request or at the time the deposit is returned or credited to the customer account. A deposit and any accrued interest will be refunded as a credit to the electric bill after all bills are fully paid for twelve (12) consecutive months with no late payments. TXU Energy will also refund deposits and accrued interest, less any outstanding balance owed for electric service, upon closing of the applicable account with TXU Energy.

**Billing and Payment:**

- TXU Energy will bill you for your electric service on a monthly basis unless service is provided for a period of less than a month. Bills may be issued less frequently or may be sent electronically if you and TXU Energy agree to such an arrangement.
- TXU Energy will not charge a fee to issue a standard bill that complies with the bill content requirements of PUCT Substantive Rule §25.479 that is sent by U.S. mail; however, TXU Energy may charge a fee or give a discount if you and TXU Energy agree to a non-standard bill or delivery arrangement.
- Your monthly billing period is approximately thirty (30) days. TXU Energy will issue bills no later than thirty (30) days after obtaining usage and other billing information from the TDSP, unless validation of such information delays billing beyond thirty (30) days. TXU Energy may bill you based on estimated usage and associated charges if the TDSP does not provide your meter readings and/or other billing information on a timely basis. In such an event, TXU Energy will identify usage and/or charges as "estimated" on your bill. You will be billed for all of the electricity you consume, or are estimated to consume, during your monthly billing period at the rate that is in effect on the date your meter is read at the end of each billing period.
- **Your bill is due upon receipt and payment will be delinquent if it is not received by the sixteenth (16th) day after the bill is issued. Failure to pay a bill may result in disconnection of your electric service and termination of this Agreement after TXU Energy provides proper notice. If you choose not to pay the amount due or do not make acceptable payment arrangements, TXU Energy may use consumer reporting agencies, debt collection agencies, small claims court, or other legal remedies allowed by law to collect the amount owed and, to the extent allowed by law, collection fees, attorney's fees, court costs, and interest.**

TXU Energy offers several convenient payment options for which you may be eligible. More information on these flexible options can be found on our website, www.txu.com.

- **TXU Energy Average Billing**
  Smooth out the seasonal highs and lows of your electricity bills with TXU Energy Average Billing. TXU Energy Average Billing calculates your bill each month by averaging your most recent twelve-month billing history (or if you do not have 12 months history, your bill is calculated using your available billing history). This Average Bill amount varies slightly each month based on your individual usage. An adjustment is added or subtracted each month to your Average Bill amount depending on the difference between the amount paid versus the total amount owed for actual usage. Your Average Bill amount will vary each month, however, this plan allows you to enjoy a more predictable monthly bill amount. The monthly statement you receive will show the running difference between the total amount owed for actual usage and the payments received, along with your actual usage for that month. This plan has the added benefit of no periodic true-up since the average is calculated and adjusted slightly each month. In order to qualify, your account must not have a past due balance of 30 days or greater.
- **TXU Energy Summary Billing**
  If you have electric service at multiple locations but a single billing address, we will roll all information onto a single bill.
- **TXU Energy Automatic Bank Draft**
  TXU Energy Automatic Bank Draft makes sure your bill gets paid on time by directly debiting your bank account each month. You choose the date and we'll send a monthly statement showing how much was paid. It is a very convenient way to pay.
- **TXU Energy Express Pay**
  You can choose to pay your bill by credit card, debit card or electronic check for no additional charge by calling our automated telephone service or by visiting www.txu.com and selecting TXU Energy Express Pay or TXU Energy E-Bill (if you are enrolled in TXU Energy E-Bill) under Billing and Payment Options. A convenience fee of $3.95 may apply should you choose to utilize a TXU Energy customer care representative to assist you with making a payment by credit card, debit card or electronic check instead of using our automated telephone service or paying online at www.txu.com.
- **TXU Energy E-Bill**
  With the click of a mouse you can view and pay your TXU Energy bill online by credit card, debit card or electronic check for no additional charge. It saves you time and postage. You can even schedule a payment in advance.

**Special Payment Arrangements:**

If you cannot pay on time, call TXU Energy right away. We may allow you to pay an outstanding bill after the due date. A special payment arrangement may include a five percent (5%) penalty for late payment. If you do not fulfill the terms of the special payment arrangement, your electric service may be disconnected and this Agreement may be terminated, after proper notice.

**Deferred Payment Plan:**

Pursuant to PUCT Substantive Rule §25.480(j), if you are unable to pay your bill you will qualify for a deferred payment plan upon request, unless:

- You have been issued more than two disconnection notices during the past 12 months; or

Docket No. 35021
Attachment 4
To Staff RFI Set No. 1
Question No. 4-01

**Terms of Service Agreement**
**TXU Energy Freedom Plan℠**
***for the TXU Electric Delivery Service Area***

Thank you for choosing TXU Energy to be your retail electric provider ("REP"). This Terms of Service Agreement (the "Agreement") explains the terms and conditions that apply to your agreement to purchase electric service from TXU Energy for the point(s) of delivery you enrolled on the electric service plan specified in the Electricity Facts Label ("EFL") that is incorporated into this Agreement by reference. Each point of delivery is identified by an individual Electric Service Identifier ("ESI ID"). You understand and agree that accepting electric service from TXU Energy binds you to all of the provisions contained in this Agreement and the EFL and that you will pay for all electricity provided to you by TXU Energy under the terms and conditions of this Agreement and the EFL.

**Contact Information**
Name of Provider: TXU Energy Retail Company LP
REP Certificate Number: 10004
Mailing Address: P.O. Box 662888, Dallas, Texas 75266-2888
Customer Assistance: 972-791-2888 (24 hours a day, 7 days a week)
Or 1-800-242-9113 (toll free 24 hours a day, 7 days a week)
Service Outage Reporting: 1-800-233-2133 (toll free 24 hours a day, 7 days a week)
Hearing Impaired: 1-800-735-2988 (toll free 24 hours a day, 7 days a week)
Fax: 1-800-232-9488 (toll free)
Internet Address: www.txu.com
E-mail Address: txuenergy@txu.com

**Pricing:**
The price for electric service on this plan is guaranteed not to increase through December 31, 2009 in response to market conditions. TXU Energy will bear the risk of changes in market conditions, including any increases in the cost of natural gas or other underlying fuels used to generate the electricity we purchase and provide to you, on bills with meter readings ending on or before December 31, 2009.

The Electricity Price section of the EFL details the price for electric service for the ESI ID(s) covered by this Agreement. The price shown on the EFL does not include any taxes, non-recurring fees charged by the TDSP serving the ESI ID(s) covered by this Agreement, or other TXU Energy non-recurring service fees identified in this Agreement. If non-recurring fees are charged, they will be listed separately on your bill. Non-recurring TDSP fees will be based on the TDSP's PUCT-approved tariff for retail delivery service and may change during the term of this Agreement if the PUCT approves changes in such fees. The TDSP fees may include, but are not limited to, a new service initiation fee, connection fee, fee for any meter reading performed outside the normal cycle, disconnection fee, and/or re-connection fee.

**Agreement Term and Renewal:**
The term of this Agreement is on a month-to-month basis. This Agreement will automatically renew each month unless terminated by you or TXU Energy as specified in the Termination of Agreement section of this Agreement.

**Change in Terms and Conditions:**
TXU Energy may propose a material change to the terms and conditions of this Agreement by providing you with forty-five (45) days advanced written notice to your billing address. Upon receiving any such notice, you will have the right to decline the change without penalty by choosing another plan offered by TXU Energy for which you are eligible or choosing another REP. If you do not choose another plan or REP before the effective date of the material change, TXU Energy will continue to serve you under the modified terms. Notice is not required for changes that benefit you or that are mandated by a regulatory agency. Any pricing change that is made in the limited circumstances of responding to a change in law or regulatory charges may be made without prior notice to you. Notably, TXU Energy will not increase the price of this electric service plan for changes in market conditions on bills issued with meter readings ending on or before December 31, 2009.

**Customer's Ability to Rescind Acceptance of Agreement:**
**If you are switching your electric service to TXU Energy from another REP you have the right to rescind your acceptance of this Agreement, without fees or penalties of any kind, within three (3) federal business days (includes Saturdays) after receiving this Agreement. You may rescind either by calling 1-800-242-9113 (toll free), sending a facsimile to 1-800-232-9488 (toll free) or e-mailing us at txuenergy@txu.com. Please provide your name, address, phone number, ESI ID or account number, and a statement that you are rescinding your Agreement under the three-day right of rescission.**

**Non-Discrimination Policy:**
TXU Energy will not deny service or require a prepayment or deposit for service based on a customer's/applicant's race, creed, color, national origin, ancestry, sex, marital status, lawful source of income, level of income, disability, familial status, location of a customer/applicant in an economically distressed geographic area, or qualification for low income or energy efficiency services.

your due date, but before your next bill is due. In addition, you may qualify for a "deferred payment plan". A deferred payment plan allows a customer to pay an outstanding bill in installments beyond the due date of the next bill. The REP may require an initial payment to initiate the agreement. Your REP must offer you a deferred payment plan unless you have received more than 2 termination/disconnection notices during the past 12 months or you have been their customer for less than 3 months and do not have sufficient credit or payment history with another REP. All REPs must offer customers deferred payment plans for bills that are due during an extreme weather emergency and to customers who have been under-billed in the amount of $50.00 or more. A deferred payment plan may include a 5% penalty for late payment; however, the POLR may not charge a late fee. REPs must also offer level or average payment plans to customers who are not currently delinquent in payment to the REP. If you do not fulfill the terms of the payment arrangement deferred payment plan, or the level or average payment plan, your REP may either terminate or disconnect your service as discussed further below. For additional details on these programs, please see your Terms of Service Agreement or contact your REP.

Financial and Energy Assistance: If a customer contacts the REP and indicates an inability to pay, the REP must inform the customer of all applicable payment options and payment assistance programs that are offered by or available from the REP. An electric customer who receives food stamps, Medicaid, TANF or SSI from the TDHS or whose household income is not more than 125% of the federal poverty guidelines may qualify for energy payment assistance. Contact your REP for more information.

Meter Reading and Testing: Please contact your REP for information regarding how to read your meter. You have the right to request a meter test. Your REP may make this request to your Local Distribution Company (LDC) on your behalf. If a test is performed more than once in a four-year period and the meter is determined to be functioning properly, then you may be charged a fee for the additional meter test(s) at the rate approved for your LDC. The LDC or REP will advise you of the test results, including the test date, testing person and, if applicable, the removal date of the meter.

## Disconnection and Termination

Termination of Service: Your REP may terminate your electric service for reasons other than non-payment as specified in your Term of Service Agreement. If you do not obtain alternative electric service, your electric account may be "dropped" to the Affiliated REP (AREP) in your area. You may terminate your agreement with your REP without penalty in the event you move to another premise or your REP notifies you of a material change in the terms and conditions of service as stipulated in the Terms of Service Agreement. See your Terms of Service Agreement for other details regarding terminating your contract.

Disconnection of Service: The PUC has provided that under certain dangerous circumstances (such as unsafe electric line situations) any REP, including the Provider of Last Resort (POLR), may authorize your LDC to disconnect your electric service without prior notice to you. Additionally, your REP may be allowed to seek to have your electric service disconnected for any of the reasons listed below:

- failure to pay a bill owed to the REP or to make a deferred payment arrangement by the date of disconnection;
- failure to comply with the terms of a deferred payment arrangement or other payment agreement made with the REP;
- using service in a manner that interferes with the service of others or the operation of nonstandard equipment;
- failure to pay a deposit required by the REP; or
- failure of a guarantor to pay the amount guaranteed when the REP has a written agreement, signed by the guarantor, which allows for disconnection of the guarantor's service.

Prior to disconnecting your service for non-payment, your REP must provide you with a written Disconnect Notice. This notice must be mailed to you separately (or hand-delivered) no earlier than the first day after the date your bill is due. The disconnection date must be 10 days from the date the notice is issued and may not fall on a holiday or weekend (or the day preceding) unless the REP's personnel are available to take payments and service can be reconnected.

Your REP may not seek to have your electric service disconnected by your LDC for any of the following reasons:

- failure to pay for electric service by a previous occupant of the premise if that occupant is not of the same household;
- failure to pay any charge unrelated to electric service;
- failure to pay a different type or class of electric service not included on the account's bill when service was initiated;
- failure to pay under-billed charges that occurred for more than 6 months (except theft of service);
- failure to pay any disputed charges until your REP or the PUC determines the accuracy of the charges and you have been notified of this determination;
- failure to pay an estimated bill unless the estimated bill is part of a pre-approved meter-reading program or in the event the LDC is unable to read the meter due to circumstances beyond its control; or Additionally, your REP may not disconnect your electric service:
- if the REP receives notification by the final due date stated on the disconnection notice that an energy assistance provider will be forwarding sufficient payment on your account, and you have paid or made payment arrangements to pay any outstanding debt not covered by the energy assistance provider's payment.
- for non-payment during an extreme weather emergency, and upon request, the REP must offer you a deferred payment plan for bills due during the emergency; or
- for non-payment if you inform the REP, prior to the disconnection date stated on the notice, that you or another resident on the premises has a critical medical need for electric service. However, to obtain this exemption, you must enter into a deferred payment plan with your REP and have the ill-person's attending physician contact the REP and submit a written statement attesting to the necessity of electric service to support life. This exemption from disconnection due to illness or disability shall be in effect for 63 days and may be applied for again after the 63 days has expired and the deferred payment plan has been fulfilled.

Availability of Provider of Last Resort: If you are notified that you are subject to termination or disconnection of your electric service, or if your service is terminated or disconnected, you may seek to obtain services from another REP or the POLR. You have the option to request service from the POLR, which offers a basic, standard retail service package. You may call 1-866-PWR-4-TEX or visit www.powertochoose.org for more information about the default POLR in your area.

Restoration of Service: If your service has been disconnected by your REP for non-payment, your REP or the POLR will, upon satisfactory correction of the reasons for the disconnection, notify your LDC to reconnect your service. If your service was disconnected due to a dangerous situation, your service will be reconnected once you demonstrate to your REP or the POLR that you have corrected the dangerous situation.

## Disputes With Your Provider

Complaint Resolution: Please contact your REP if you have specific comments, questions or complaints. Upon receipt of a complaint, your REP must investigate and notify you of the results within 21 days. If you are dissatisfied with the results of the investigation, you may request a supervisory review, if available. Your REP must advise you of the results of the supervisory review within 10 business days of your request. If you are dissatisfied with the results of the investigation or supervisory review, you may file a complaint with the PUC or the Office of the Attorney General, Consumer Protection Division. Please include your name and account number, as well as an explanation of the facts and the resolution you desire

Docket No. 35021
Attachment 3
To Staff RFI Set No. 1
Question No. 4-01

**Electricity Facts**
**TXU Energy Freedom Plan[SM]**
Service Area - TXU Electric Delivery
November 2006

**Electricity Price**

| Average monthly use: | 500 kWh | 1,000 kWh | 1,500 kWh | 2,000kWh |
|---|---|---|---|---|
| Average price per kilowatt-hour: | 15.7¢ | 15.0¢ | 14.6¢ | 14.5¢ |

This price disclosure is an example based on average usage patterns – your actual price for electric service may be different depending on how and when you use electricity. Your bill will be calculated using the price information listed below for each covered premise. The price is fixed for bills with meter readings ending on or before December 31, 2009 and on a month-to-month basis thereafter.

Monthly Customer Charge: $5.34

Monthly Base Consumption Charge:

| | Off-Peak (Nov –May) |
|---|---|
| 1st 500 kWh | 14.509¢ |
| all additional kWh | 12.929¢ |
| | On-Peak (Jun-Oct) |
| 1st 1000 kWh | 14.839¢ |
| all additional kWh | 14.839¢ |

Each month you will also be billed all applicable taxes.

The price is guaranteed not to increase on bills with meter readings ending on or before December 31, 2009 ("the Price Protection Period") for changes in market conditions. The only circumstance in which your price could increase during the Price Protection Period is in response to a change in law or regulatory charges. After the Price Protection Period, TXU Energy may propose a change to the price by providing you with forty-five (45) days advanced written notice to your billing address. Any pricing change that is made (during the Price Protection Period or thereafter) in the limited circumstances of responding to a change in law or regulatory charges (such as Transmission and Distribution Service Provider ["TDSP"] delivery charges approved by the Public Utility Commission of Texas ["PUCT"]) may be made without prior notice to you. See Terms of Service Agreement for further details.

**Contract**

Minimum Term: None    Early Cancellation Fee: $0.00

See Terms of Service Agreement for a full listing of fees, deposit policy and other terms.

**Sources of Power Generation**

| | This Product | Texas (for comparison) |
|---|---|---|
| Coal and lignite | 32% | 32% |
| Natural gas | 51% | 51% |
| Nuclear | 10% | 10% |
| Renewable energy | 4% | 4% |
| Other | 3% | 3% |
| Total | 100% | 100% |

**Emissions and Waste per 1,000 kWh Generated**

Carbon dioxides 99
Nitrogen oxides 104
Particulates 109
Sulfur dioxide 103
Nuclear waste 108
Better than Texas Average / Worse than Texas Average
Indexed values; 100 = Texas average

R-NTX-FP-EFL-Eng-111706    REP Certificate No. 10004    © 2006 TXU Energy. All Rights Reserved.

Force Majeure:
TXU Energy will make commercially reasonable efforts to supply electricity but does not guarantee a continuous supply of electricity. Customer acknowledges that certain causes and events outside of TXU Energy's control ("Force Majeure events") may result in interruptions in service for which TXU Energy shall not be liable. TXU Energy does not generate, transmit or distribute electricity. Therefore, Customer agrees that TXU Energy shall not be liable for damages caused by Force Majeure events, including acts of God, acts of any governmental authority, acts of terrorists or enemies of the state, accidents, strikes, labor troubles, required maintenance work, inability to access the local distribution utility system, non-performance by the local distribution utility, or any cause beyond TXU Energy's control, including but not limited to deficiencies in the operations of electricity generation, transmission, or distribution facilities.

LIMITATION OF LIABILITY:
LIABILITIES NOT EXCUSED BY REASON OF FORCE MAJEURE OR OTHERWISE SHALL BE LIMITED TO DIRECT ACTUAL DAMAGES. NEITHER TXU ENERGY NOR CUSTOMER SHALL BE LIABLE TO THE OTHER FOR CONSEQUENTIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR INDIRECT DAMAGES.THESE LIMITATIONS APPLY WITHOUT REGARD TO THE CAUSE OF ANY LIABILITY OR DAMAGE.THERE ARE NO THIRD PARTY BENEFICIARIES TO THIS AGREEMENT.

REPRESENTATIONS AND WARRANTIES:
THE ELECTRICITY SOLD UNDER THIS AGREEMENT WILL MEET THE QUALITY STANDARDS OF THE APPLICABLE TDSP AND WILL BE SUPPLIED FROM A VARIETY OF SOURCES. TXU ENERGY MAKES NO REPRESENTATIONS OR WARRANTIES OTHER THAN THOSE EXPRESSLY SET FORTH IN THIS AGREEMENT AND EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

ASSIGNMENT:
A customer may not assign this Agreement, in whole or in part, or any of its rights or obligations hereunder without the prior written consent of TXU Energy, which consent may be withheld or granted at the discretion of TXU Energy.

MISCELLANEOUS:
This Agreement constitutes the entire agreement between you and TXU Energy concerning your agreement to purchase electricity for the covered ESI ID(s) and supersedes any prior agreements. There are no prior or contemporaneous agreements or representations affecting this agreement other than those expressed in these documents. No amendment, modification or change herein shall be enforceable unless reduced to writing. Notwithstanding anything to the contrary, if any provision of this Agreement is deemed to be invalid, illegal or otherwise unenforceable, you and TXU Energy agree that it shall be modified to the minimum extent necessary to render it valid, legal and enforceable. If any such provision cannot be modified in a manner that would make it valid, legal and enforceable, such provision shall be severed from this Agreement, and all other provisions hereof shall remain in full force and effect. Any failure on TXU Energy's part at any time to enforce any term or condition of our service or to exercise any right under this Agreement shall not be considered a waiver of our right thereafter to enforce each and every such term and condition or to exercise such right or any other right under this Agreement.

R-NTX-FP-TOSA-Eng-070106

PLEASE READ: THIS DOCUMENT CONTAINS IMPORTANT INFORMATION REGARDING YOUR RIGHTS AS A CUSTOMER

This document summarizes Your Rights as a Customer, and is based on customer protection rules adopted by the Public Utility Commission of Texas (PUC). These rules apply to all retail electric providers (REPs) and the provider of last resort (POLR), unless otherwise noted. You may view the PUC's rules at www.puc.state.tx.us/rules/subrules/electric. Contact information is located at the end of this document.

Obtaining and Canceling Service

Discounts for Low-Income Customers: In the event that funding and authorization to expend funds are sufficient for the PUC to administer a low-income rate reduction program, the following paragraph applies: A customer who receives food stamps, Medicaid, TANF or SSI from the Texas Department of Human Services (TDHS) automatically qualifies for a discount on electric service through the LITE-UP Texas program. Customers who do not currently receive these benefits, but whose household income is not more than 125% of the federal poverty guidelines may apply for the discount. Contact LITE-UP Texas toll-free at 1-866-4-LITE-UP or 1-866-454-8387 for information on how to obtain the discounted rate.

Unauthorized Change of Service Provider or "Slamming": A REP must obtain your verifiable authorization before switching your electric service. If you believe your electric service has been switched without your authorization, you should contact your chosen REP and request assistance. The affected REPs, LDC and registration agent will work together to return you to your chosen REP in accordance with the market process approved by the PUC.

Right of Rescission: When requesting a switch in service providers, you may rescind your Terms of Service Agreement with the new REP without any penalty or fee within 3 federal business days after you receive your Terms of Service Agreement. For details on how to rescind, please see your Terms of Service Agreement. This right of rescission does not apply in situations other than requests to switch service providers, including to applicants requesting a move-in, to customers whose REP transfers the customer to the POLR, or when a REP "drops" a customer to the affiliated REP for non-payment. If you do not rescind your request for service within this three federal business day period, you will be responsible for all service rendered to you at the enrollment address. If you do not rescind the contract within this 3 federal business day period, you retain the right to select another REP and may do so by contacting that REP, although you will be responsible for any charges incurred to switch your service. See your Terms of Service Agreement for other details regarding canceling your contract.

Billing Issues

Unauthorized Charges or "Cramming": Before any new charges are included on your electric bill, your REP must inform you of the product or service, all associated charges, how these charges will appear on your electric bill and obtain your consent to accept the product or service. Your REP must provide you with a toll-free telephone number and address that you may use to resolve any billing dispute or to ask questions about your bill. If you believe your electric bill includes unauthorized charges, you may contact your REP to dispute such charges and may file a complaint with the PUC. Your REP will not seek to terminate your electric service for nonpayment of an unauthorized charge or file an unfavorable credit report against you for disputed unpaid charges that are alleged to be unauthorized, unless the dispute is ultimately resolved against you. If the charges are determined to be unauthorized, your REP will cease charging you for the unauthorized service or product,remove the unauthorized charge from your bill, and refund or credit all money you paid for any unauthorized charge within 45 days. If charges are not refunded or credited within 3 billing cycles, interest shall be paid to you at an annual rate established by the PUC on the amount of any unauthorized charge until it is refunded/credited. You may request all billing records under the REP's control related to any unauthorized charges within 15 business days after the date the unauthorized charge is removed from your bill. Your REP will not re-bill you for any charges determined to be unauthorized.

Deferred Payment Plans and Other Payment Arrangements: If you cannot pay your bill, please call your REP immediately. Your REP may offer you a short-term payment arrangement that allows you to pay your bill after

The total amount of all deposits required shall not exceed an amount equivalent to the greater of one-fifth of the estimated annual billing for electric service or the sum of the estimated billings for electric service for the next two (2) months. The estimated billing for initial deposits is based on a reasonable estimate of the average usage for the applicable customer class. After twelve (12) months of service with TXU Energy, the customer may request that TXU Energy recalculate the required deposit based on actual historical usage. The estimated billing for deposits from existing customers is based on the customer's actual historical usage, to the extent that it is available.

If TXU Energy holds a deposit for thirty (30) days or longer, the deposit will accrue interest at an annual rate established by the PUCT. At a minimum, payment of any accrued interest will be made annually upon customer request or at the time the deposit is returned or credited to the customer account. A deposit and any accrued interest will be refunded as a credit to the electric bill after all bills are fully paid for twelve (12) consecutive months with no late payments. TXU Energy will also refund deposits and accrued interest, less any outstanding balance owed for electric service, upon closing of the applicable account with TXU Energy.

Billing and Payment:

- TXU Energy will bill you for your electric service on a monthly basis unless service is provided for a period of less than a month. Bills may be issued less frequently or may be sent electronically if you and TXU Energy agree to such an arrangement.
- TXU Energy will not charge a fee to issue a standard bill that complies with the bill content requirements of PUCT Substantive Rule §25.479 that is sent by U.S. mail; however, TXU Energy may charge a fee or give a discount if you and TXU Energy agree to a non-standard bill or delivery arrangement.
- Your monthly billing period is approximately thirty (30) days. TXU Energy will issue bills no later than thirty (30) days after obtaining usage and other billing information from the TDSP, unless validation of such information delays billing beyond thirty (30) days. TXU Energy may bill you based on estimated usage and associated charges if the TDSP does not provide your meter readings and/or other billing information on a timely basis. In such an event, TXU Energy will identify usage and/or charges as "estimated" on your bill. You will be billed for all of the electricity you consume, or are estimated to consume, during your monthly billing period at the rate that is in effect on the date your meter is read at the end of each billing period.
- Your bill is due upon receipt and payment will be delinquent if it is not received by the sixteenth (16th) day after the bill is issued. Failure to pay a bill may result in disconnection of your electric service and termination of this Agreement after TXU Energy provides proper notice. If you choose not to pay the amount due or do not make acceptable payment arrangements, TXU Energy may use consumer reporting agencies, debt collection agencies, small claims court, or other legal remedies allowed by law to collect the amount owed and, to the extent allowed by law, collection fees, attorney's fees, court costs, and interest.

TXU Energy offers several convenient payment options for which you may be eligible. More information on these flexible options can be found on our website, www.txu.com.

- TXU Energy Average Billing
  Smooth out the seasonal highs and lows of your electricity bills with TXU Energy Average Billing. TXU Energy Average Billing calculates your bill each month by averaging your most recent twelve-month billing history (or if you do not have 12 months history, your bill is calculated using your available billing history). This Average Bill amount varies slightly each month based on your individual usage. An adjustment is added or subtracted each month to your Average Bill amount depending on the difference between the amount paid versus the total amount owed for actual usage. Your Average Bill amount will vary each month, however, this plan allows you to enjoy a more predictable monthly bill amount. The monthly statement you receive will show the running difference between the total amount owed for actual usage and the payments received, along with your actual usage for that month. This plan has the added benefit of no periodic true-up since the average is calculated and adjusted slightly each month. In order to qualify, your account must not have a past due balance of 30 days or greater.
- TXU Energy Summary Billing
  If you have electric service at multiple locations but a single billing address, we will roll all information onto a single bill.
- TXU Energy Automatic Bank Draft
  TXU Energy Automatic Bank Draft makes sure your bill gets paid on time by directly debiting your bank account each month. You choose the date and we'll send a monthly statement showing how much was paid. It is a very convenient way to pay.
- TXU Energy Express Pay
  You can choose to pay your bill by credit card, debit card or electronic check for no additional charge by calling our automated telephone service or by visiting www.txu.com and selecting TXU Energy Express Pay or TXU Energy E-Bill (if you are enrolled in TXU Energy E-Bill) under Billing and Payment Options. A convenience fee of $3.95 may apply should you choose to utilize a TXU Energy customer care representative to assist you with making a payment by credit card, debit card or electronic check instead of using our automated telephone service or paying online at www.txu.com.
- TXU Energy E-Bill
  With the click of a mouse you can view and pay your TXU Energy bill online by credit card, debit card or electronic check for no additional charge. It saves you time and postage. You can even schedule a payment in advance.

Special Payment Arrangements:

If you cannot pay on time, call TXU Energy right away. We may allow you to pay an outstanding bill after the due date. A special payment arrangement may include a 5% penalty for late payment. If you do not fulfill the terms of the special payment arrangement, your electric service may be disconnected and this Agreement may be terminated, after proper notice.

Deferred Payment Plan:

Pursuant to PUCT Substantive Rule §25.480(j), if you are unable to pay your bill you will qualify for a deferred payment plan upon request, unless:

- You have been issued more than two termination/disconnection notices during the past 12 months; or
- You have taken service from TXU Energy for less than three months and you lack sufficient utility payment data or a satisfactory payment history with your previous REP.

A deferred payment plan may require you to make an initial percentage payment of the outstanding balance to initiate the agreement, with the remaining balance paid in equal installments. If you have received a disconnection notice and expressed an inability to pay, any deferred payment plan will include an initial payment not to exceed 25% of the delinquent balance and will allow the remaining balance to be paid in equal installments over a maximum of three (3) billing periods. A deferred payment plan may include a 5% penalty for late payment. If the terms of the deferred payment plan are not fulfilled, your electric service may be disconnected and this Agreement terminated, after proper notice. TXU Energy will offer a deferred payment plan to a customer who has been underbilled by $50 or more and, upon request, to any customer who is unable to pay their bill during an extreme weather emergency.

Bill Payment Assistance:

An energy assistance program is available to customers who have severe financial hardships and temporarily may be unable to pay their bills. The program is funded in part by contributions from TXU Energy employees and customers through a program known as TXU Energy Aid. Please call your local health and human services department or the Texas Department of Housing and Community Affairs for additional information.

# Terms of Service Agreement
# TXU Energy Freedom Plan℠
# for the TXU Electric Delivery Service Area

Thank you for choosing TXU Energy to be your retail electric provider ("REP"). This Terms of Service Agreement (the "Agreement") explains the terms and conditions that apply to your agreement to purchase electric service from TXU Energy for the point(s) of delivery you enrolled on the electric service plan specified in the Electricity Facts Label ("EFL") that is incorporated into this Agreement by reference. Each point of delivery is identified by an individual Electric Service Identifier ("ESI ID"). You understand and agree that accepting electric service from TXU Energy binds you to all of the provisions contained in this Agreement and the EFL and that you will pay for all electricity provided to you by TXU Energy under the terms and conditions of this Agreement and the EFL.

Contact Information
Name of Provider: TXU Energy Retail Company LP
REP Certificate Number: 10004
Mailing Address: P.O. Box 662966, Dallas, Texas 75266-2966
Customer Assistance: 972-791-2888 (24 hours a day, 7 days a week)
Or 1-800-242-9113 (toll free 24 hours a day, 7 days a week)
Service Outage Reporting: 1-800-233-2133
(toll free 24 hours a day, 7 days a week)
Hearing Impaired: 1-800-735-2988 (toll free 24 hours a day, 7 days a week)
Fax: 1-800-232-9488 (toll free)
Internet Address: www.txu.com
E-mail Address: txuenergy@txu.com

Pricing:

- TXU Energy is proud to provide you with pricing you can count on during all of 2006. The price for electric service under the TXU Energy Freedom Plan is guaranteed not to change through December 31, 2006 to reflect any fuel factor adjustments to TXU Energy's Price to Beat rate. During 2006, TXU Energy will bear the risk of changes in market conditions, including any increases in the cost of natural gas or other underlying fuels used to generate the electricity we purchase and provide to you.
- The Electricity Price section of the EFL details the price for electric service for the ESI ID(s) covered by this Agreement. The price includes Transmission and Distribution Service Provider ("TDSP") delivery charges that may change if the Public Utility Commission of Texas ("PUCT") approves the changes. If the PUCT approves such changes, the changed TDSP charge would only result in a corresponding change in your price for electric service on or after January 1, 2007 (i.e., not during 2006), and that change could occur without prior notice to you.
- The price does not include any taxes, non-recurring fees charged by the TDSP serving the ESI ID(s) covered by this Agreement, or other TXU Energy non-recurring service fees identified in this Agreement. If non-recurring fees are charged, they will be listed separately on your bill. Non-recurring TDSP fees will be based on the TDSP's PUCT-approved tariff for retail delivery service and may change during the term of this Agreement if the PUCT approves changes in such fees. The TDSP fees may include, but are not limited to, a new service initiation fee, connection fee, fee for any meter reading performed outside the normal cycle, disconnection fee, and/or re-connection fee.

Agreement Term and Renewal:
The term of this Agreement is on a month-to-month basis. This Agreement will automatically renew each month unless terminated by you or TXU Energy as specified in the Termination of Agreement section of this Agreement.

Change in Terms and Conditions:
TXU Energy may propose a material change to the terms and conditions of this Agreement by providing you with forty-five (45) days advanced written notice to your billing address. Upon receiving any such notice, you will have the right to decline the change without penalty by choosing another plan offered by TXU Energy for which you are eligible or choosing another REP. If you do not choose another plan or REP before the effective date of the material change, TXU Energy will continue to serve you under the modified terms. Notice is not required for changes that benefit you or that are mandated by a regulatory agency. Notably, TXU Energy will not change the price of this electric service plan through December 31, 2006 to reflect any fuel factor adjustment to TXU Energy's Price to Beat rate.

Customer's Ability to Rescind Acceptance of Agreement:
If you are switching your electric service to TXU Energy from another REP you have the right to rescind your acceptance of this Agreement, without fees or penalties of any kind, within three (3) federal business days (includes Saturdays) after receiving this Agreement. You may rescind either by calling 1-800-242-9113 (toll free), sending a facsimile to 1-800-232-9488 (toll free) or e-mailing us at txuenergy@txu.com. Please provide your name, address, phone number, ESI ID or account number, and a statement that you are rescinding your Agreement under the three-day right of rescission.

Non-Discrimination Policy:
TXU Energy will not deny service or require a prepayment or deposit for service based on a customer's/applicant's race, creed, color, national origin, ancestry, sex, marital status, lawful source of income, level of income, disability, familial status, location of a customer/applicant in an economically distressed geographic area, or qualification for low income or energy efficiency services.

Eligibility and Deposits:
TXU Energy will determine eligibility and whether or not a deposit is required in compliance with §25.477 and §25.478 of the PUCT Substantive Rules and Tex. Util. Code §17.008. You will not be required to pay an initial deposit if you have satisfactory utility payment data as defined by Tex. Util. Code §17.008, if you are at least 65 years of age and you do not have a current delinquent balance with your current REP, if you have been a victim of family violence and can provide a certification letter pursuant to PUCT Substantive Rule §25.478(a)(3)(D), or if you demonstrate that you are medically indigent pursuant to PUCT Substantive Rule §25.478(a)(3)(E). If you are required to pay an initial deposit, you may in lieu of a deposit provide a written letter of guarantee from a current TXU Energy customer who has satisfactory payment history. If you are switching to TXU Energy from another REP, you may also be able to have the deposit waived by providing TXU Energy with a payment history letter from your previous REP showing that you are not currently delinquent in payment and were not late in paying a bill more than once during the last twelve (12) consecutive months of service. Customers who qualify for the low-income rate reduction program may pay a required deposit that exceeds $50 in two equal installments. Please contact TXU Energy for further information if you believe you may be eligible for one or more of these options. Before a returning customer who owes TXU Energy any past due amounts will be accepted for service, that customer must pay all such past due amounts in addition to any required deposit amount. TXU Energy may require an additional deposit from an existing customer if the average of the customer's actual billings for the previous twelve (12) months is at least twice the amount of the original average of the estimated annual billings and a termination or disconnection notice has been issued for the account or the account was terminated or disconnected within the preceding twelve (12) months. If TXU Energy requires an initial or additional deposit from a customer, TXU Energy may disconnect electric service and terminate this Agreement if the deposit is not paid within ten (10) days of the written request, provided that TXU Energy issued the customer a written disconnection notice. A disconnection notice may be combined with or issued concurrently with a written request for a deposit.

Docket No. 35021
Attachment 1
To Staff RFI Set No. 1
Question No. 4-01

**Electricity Facts**
**TXU Energy Freedom Plan℠**
Service Area - TXU Electric Delivery
July 2006

| | |
|---|---|
| **Electricity Price** | Average monthly use: 500 kWh / 1,000 kWh / 1,600 kWh / 2,000kWh<br>Average price per kilowatt-hour: 15.7¢ / 15.0¢ / 14.8¢ / 14.5¢<br>This price disclosure is an example based on average usage patterns -- your actual price for electric service may be different depending on how and when you use electricity. Your bill will be calculated using the price information listed below for each covered premise. Your price will be fixed as shown through the end of 2006.<br>Monthly Customer Charge: $5.34<br>Monthly Base Consumption Charge:<br>Off-Peak (Nov–May)<br>1st 600 kWh: 14.509¢<br>all additional kWh: 12.929¢<br>On-Peak (Jun-Oct)<br>1st 1000 kWh: 14.839¢<br>all additional kWh: 14.839¢<br>Each month you will also be billed all applicable taxes. |
| **Contract** | Minimum Term: None   Early Cancellation Fee: $0.00<br>See Terms of Service Agreement for a full listing of fees, deposit policy and other terms. |

**Sources of Power Generation**

| | This Product | Texas (for comparison) |
|---|---|---|
| Coal and lignite | 32% | 32% |
| Natural gas | 51% | 51% |
| Nuclear | 10% | 10% |
| Renewable energy | 4% | 4% |
| Other | 3% | 3% |
| Total | 100% | 100% |

**Emissions and Waste per 1,000 kWh Generated**

Carbon dioxides 99
Nitrogen oxides 104
Particulates 109
Sulfur dioxide 103
Nuclear waste 105
Indexed values; 100 = Texas average

R-NTX-FP-EFL-Eng-070106    REP Certificate No. 10004    ©2006 TXU Energy. All Rights Reserved.

TXU Energy Retail Company LLC
PUC Docket No. 35021
Staff's RFI Set No. 1
Question No. 4-01
Page 1 of 1

REQUEST:

Please provide the Electricity Facts Labels and Terms of Service applicable to the customer since she was transferred to the TXU Energy Freedom Plan.

RESPONSE:

The following response was prepared by or under the direct supervision of Richard Sorell.

Please see attached documents responsive to request.

ATTACHMENTS:

ATTACHMENT 1- July 2006 Freedom Plan EFL, 1 page

ATTACHMENT 2- July 2006 Freedom Plan Terms of Service, 9 pages

ATTACHMENT 3- November 2006 Freedom Plan EFL, 1 page

ATTACHMENT 4- November 2006 Freedom Plan Terms of Service, 5 pages

ATTACHMENT 5- March 2007 Freedom Plan EFL, 1 page

ATTACHMENT 6- March 2007 Freedom Plan Terms of Service, 4 pages

ATTACHMENT 7- June 2007 Freedom Plan EFL, 1 page

ATTACHMENT 8- October 2007 Freedom Plan EFL, 1 page

Docket No. 35021
Attachment 7
To Staff RFI Set No. 1
Question No. 3-01

**Terms of Service Agreement**
**TXU Energy Price to Beat Plan**
**for the TXU Electric Delivery Service Area**

Thank you for choosing TXU Energy to be your retail electric provider ("REP"). This Terms of Service Agreement (the "Agreement") explains the terms and conditions that apply to your agreement to purchase electric service from TXU Energy for the point(s) of delivery you enrolled on the electric service plan specified in the Electricity Facts Label ("EFL") that is incorporated into this Agreement by reference. Each point of delivery is identified by an individual Electric Service Identifier ("ESI ID"). You understand and agree that accepting electric service from TXU Energy binds you to all of the provisions contained in this Agreement and the EFL and that you will pay for all electricity provided to you by TXU Energy under the terms and conditions of this Agreement and the EFL.

**Contact Information**
Name of Provider: TXU Energy Retail Company LP
REP Certificate Number: 10004
Mailing Address: P.O. Box 652988, Dallas, Texas 75266-2888
Customer Assistance: 972-791-2888 (24 hours a day, 7 days a week)
Or 1-800-242-9113 (toll free 24 hours a day, 7 days a week)
Service Outage Reporting: 1-800-233-2133 (toll free 24 hours a day, 7 days a week)
Hearing Impaired: 1-800-735-2988 (toll free 24 hours a day, 7 days a week)
Fax: 1-800-232-9488 (toll free)
Internet Address: www.txu.com
E-mail Address: txuenergy@txu.com

**Pricing:**

- The Electricity Price section of the EFL details the price for electric service for the ESI ID(s) covered by this Agreement.
- The price does not include any taxes, non-recurring fees charged by the Transmission and Distribution Service Provider ("TDSP") serving the ESI ID(s) covered by this Agreement, or other TXU Energy non-recurring service fees identified in this Agreement. If non-recurring fees are charged, they will be listed separately on your bill. Non-recurring TDSP fees will be based on the TDSP's tariff for retail delivery service approved by the Public Utility Commission of Texas ("PUCT") and may change during the term of this Agreement if the PUCT approves changes in such fees. The TDSP fees may include, but are not limited to, a new service initiation fee, connection fee, fee for any meter reading performed outside the normal cycle, disconnection fee, and/or re-connection fee.

**Agreement Term and Renewal:**
The term of this Agreement is on a month-to-month basis. This Agreement will automatically renew each month, unless terminated as provided herein.

**Change in Terms and Conditions:**
TXU Energy may propose a material change to the terms and conditions of this Agreement by providing you with forty-five (45) days advanced written notice to your billing address. Upon receiving any such notice, you will have the right to decline the change without penalty by choosing another plan offered by TXU Energy for which you are eligible or by choosing another REP. If you do not choose another plan or REP before the effective date of the material change, TXU Energy will continue to serve you under the modified terms. Notice is not required for changes that benefit you or that are mandated by a regulatory agency.

**Customer's Ability to Rescind Acceptance of Agreement:**
**If you are switching your electric service to TXU Energy from another REP you have the right to rescind your acceptance of this Agreement, without fees or penalties of any kind, within three (3) federal business days (includes Saturdays) after receiving this Agreement. You may rescind either by calling 1-800-242-9113 (toll free), sending a facsimile to 1-800-232-9488 (toll free) or e-mailing us at txuenergy@txu.com. Please provide your name, address, phone number, ESI ID or account number, and a statement that you are rescinding your Agreement under the three-day right of rescission.**

**Non-Discrimination Policy:**
TXU Energy will not deny service or require a prepayment or deposit for service based on a customer's/applicant's race, creed, color, national origin, ancestry, sex, marital status, lawful source of income, level of income, disability, familial status, location of a customer/applicant in an economically distressed geographic area, or qualification for low income or energy efficiency services.

Docket No. 35021
Attachment 6
To Staff RFI Set No. 1
Question No. 3-01

# Electricity Facts

**TXU Energy Residential Price to Beat Plan**
**Service Area – TXU Electric Delivery**
**July 2006**

**Electricity Price**

| Average monthly use: | 500 kWh | 1,000 kWh | 1,500 kWh | 2,000 kWh |
|---|---|---|---|---|
| Average price per kilowatt-hour: | 15.7¢ | 15.0¢ | 14.6¢ | 14.5¢ |

This price disclosure is an example based on average usage patterns – your actual price for electric service may be different depending on how and when you use electricity. This is a fixed price that includes the following components:

Monthly Customer Charge: $5.34

Monthly Base Consumption Charge:

| | | |
|---|---|---|
| Off-Peak (Nov-May) | 0-600 kWh | 5.240¢ |
| Off-Peak (Nov-May) | 601 + kWh | 3.660¢ |
| On-Peak (June-Oct) | All kWh | 5.570¢ |
| Fuel Factor | All kWh | 9.227¢ |
| Power Cost Recovery | All kWh | 0.042¢ |

These prices include all Transmission and Distribution Service Provider (TDSP) charges for the delivery of electricity. These prices also include fuel cost, which is subject to change up to twice a year. Fuel cost changes will be as mandated by the Public Utility Commission of Texas (PUCT). Each month you will also be billed all applicable taxes.

**Contract**

Minimum Term: None — Early Cancellation Fee: $0.00

See Terms of Service Statement for a full listing of fees, deposit policy and other terms.

**Sources of Power Generation**

| | *This product* | *Texas (for comparison)* |
|---|---|---|
| Coal and lignite | 32% | 32% |
| Natural gas | 51% | 51% |
| Nuclear | 10% | 10% |
| Renewables | 4% | 4% |
| Other fossil | 3% | 3% |
| Total | 100% | 100% |

**Emissions and Waste per 1,000 kWh Generated**

| | |
|---|---|
| Carbon dioxides | 99 |
| Nitrogen oxides | 104 |
| Particulates | 109 |
| Sulfur dioxide | 103 |
| Nuclear waste | 106 |

Better than Texas Average | Worse than Texas Average

R-NTX-PTB-R-EFL-Eng-070106 REP Certificate No. 10004

© 2006 TXU Energy. All rights reserved.

Docket No. 35021
Attachment 5
To Staff RFI Set No. 1
Question No. 3-01

# Electricity Facts

## TXU Energy Residential Price to Beat Plan

**Service Area – TXU Electric Delivery**

May 2006

***Electricity Price***

| Average monthly use: | 500 kWh | 1000 kWh | 1500 kWh | 2000 kWh |
|---|---|---|---|---|
| Average price per kilowatt-hour: | 15.7¢ | 15.0¢ | 14.8¢ | 14.5¢ |

This price disclosure is an example based on average usage patterns – your actual price for electric service may be different depending on how and when you use electricity. This is a fixed price that includes the following components:

Monthly Customer Charge: $5.34

TXU Energy Electric Service:

| | | |
|---|---|---|
| Off-Peak (Nov-May) | 0-600 kWh | 5.240¢ |
| Off-Peak (Nov-May) | 601 + kWh | 3.660¢ |
| On-Peak (June-Oct) | All kWh | 5.570¢ |
| Fuel Factor | All kWh | 9.227¢ |
| Power Cost Recovery | All kWh | 0.042¢ |

These prices include all Transmission and Distribution Service Provide (TDSP) charges for the delivery of electricity. These prices also include fuel cost, which is subject to change twice a year. Fuel cost changes will be as mandated by the Public Utility Commission of Texas (PUCT). Each month you will also be billed all applicable taxes.

***Contract***

Minimum Term: 0 Months Penalty for early cancellation per premise: $0.00

See Terms of Service Statement for a full listing of fees, deposit policy and other terms.

***Sources of Power Generation***

| | *This product* | *Texas (for comparison)* |
|---|---|---|
| Coal and lignite | 32% | 32% |
| Natural gas | 51% | 51% |
| Nuclear | 10% | 10% |
| Renewables | 4% | 4% |
| Other fossil | 3% | 3% |
| Total | 100% | 100% |

***Emissions and Waste per 1000 kWh Generated***

Carbon dioxides
Nitrogen oxides
104
Particulates
109
Sulfur dioxide
103
Nuclear waste
106

R-NTX-PTB R-EFL-Eng-050106 REP Certificate No. 10004 © 2006 TXU Energy. All rights reserved.

shall become immediately due and payable. Your obligations to TXU Energy will continue until you have paid all amounts due and owing under this Agreement.

**Dispute or Complaints:**
Please contact us if you have specific comments, questions, complaints or billing inquiries. Our friendly, knowledgeable Customer Care Advocates are trained to research and resolve any customer inquiry you may have. You may also contact the PUCT. Please refer to the "Your Rights as a Customer" document for more information.

**Force Majeure:**
TXU Energy will make commercially reasonable efforts to supply electricity but does not guarantee a continuous supply of electricity. Customer acknowledges that certain causes and events outside of TXU Energy control ("Force Majeure events") may result in interruptions in service for which TXU Energy shall not be liable. TXU Energy does not generate, transmit or distribute electricity. Therefore, Customer agrees that TXU Energy shall not be liable for damages caused by Force Majeure events, including acts of God, acts of any governmental authority, acts of terrorists or enemies of the state, accidents, strikes, labor troubles, required maintenance work, inability to access the local distribution utility system, non-performance by the local distribution utility, or any cause beyond TXU Energy control, including but not limited to deficiencies in the operations of electricity generation, transmission, or distribution facilities.

**LIMITATION OF LIABILITY:**
LIABILITIES NOT EXCUSED BY REASON OF FORCE MAJEURE OR OTHERWISE SHALL BE LIMITED TO DIRECT ACTUAL DAMAGES. NEITHER TXU ENERGY NOR CUSTOMER SHALL BE LIABLE TO THE OTHER FOR CONSEQUENTIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR INDIRECT DAMAGES.THESE LIMITATIONS APPLY WITHOUT REGARD TO THE CAUSE OF ANY LIABILITY OR DAMAGE.THERE ARE NO THIRD PARTY BENEFICIARIES TO THIS AGREEMENT.

**REPRESENTATIONS AND WARRANTIES:**
THE ELECTRICITY SOLD UNDER THIS AGREEMENT WILL MEET THE QUALITY STANDARDS OF THE APPLICABLE TDSP AND WILL BE SUPPLIED FROM A VARIETY OF SOURCES. TXU ENERGY MAKES NO REPRESENTATIONS OR WARRANTIES OTHER THAN THOSE EXPRESSLY SET FORTH IN THIS AGREEMENT AND EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**ASSIGNMENT:**
A customer may not assign this Agreement, in whole or in part, or any of its rights or obligations hereunder without the prior written consent of TXU Energy, which consent may be withheld or granted at the discretion of TXU Energy.

**MISCELLANEOUS:**
This Agreement constitutes the entire agreement between you and TXU Energy concerning your agreement to purchase electricity for the covered ESI ID(s) and supersedes any prior agreements. There are no prior or contemporaneous agreements or representations affecting this agreement other than those expressed in these documents. No amendment, modification or change herein shall be enforceable unless reduced to writing. Notwithstanding anything to the contrary, if any provision of this Agreement is deemed to be invalid, illegal or otherwise unenforceable, you and TXU Energy agree that it shall be modified to the minimum extent necessary to render it valid, legal and enforceable. If any such provision cannot be modified in a manner that would make it valid, legal and enforceable, such provision shall be severed from this Agreement, and all other provisions hereof shall remain in full force and effect. Any failure on TXU Energy's part at any time to enforce any term or condition of our service or to exercise any right under this Agreement shall not be considered a waiver of our right thereafter to enforce each and every such term and condition or to exercise such right or any other right under this Agreement.

R-NTX-PTB-TOSA-Eng-022705

after you enroll for service, that balance will be transferred to your current account with TXU Energy. This previous delinquent balance amount and account number, or address, will be shown separately on your current bill for electric service.

**Critical Care Customers:**
If an interruption or suspension of your electric service will create a dangerous or life-threatening condition, you may qualify as a critical care residential customer. Upon request, we will provide to you the PUCT's standardized Critical Care Eligibility Determination Form, which you must complete and return to us as more fully described in the form. The critical care designation is valid for one year, and we will send you a renewal application prior to expiration of your designation.

**TXU Energy Service Fees:**
The service fees listed below will be identified separately on your bill, if charged:

- Late payments or delinquent or past due balances may result in a penalty of 5% of the current month's past due amount.
- TXU Energy may charge a $25 insufficient funds fee for each payment that is not processed due to insufficient funds or other bank return.
- Upon request, TXU Energy will provide you with additional bill copies, duplicate bills, payment reference letters or summary billing, for which a $2 charge for each service may be applied. You may be able to access up to twelve (12) months of usage history free of charge by going to www.txu.com.

**Termination of Agreement by Customer:**
A customer has the right to terminate this Agreement with respect to any of the individual ESI IDs covered by this Agreement without penalty either by choosing another electric service plan offered by TXU Energy for which the customer is eligible or by switching to another REP. The TDSP serving the ESI ID(s) may charge for a special meter reading if a customer requests a termination date that falls on any date other than a normal meter reading date for that ESI ID.

**Disconnection of Service – Without Notice:**
TXU Energy may, at any time, authorize disconnection of a customer's electric service without prior notice where any of the following conditions exist:

- A known dangerous condition exists (the disconnection may continue until the condition no longer exists).
- Service is connected without authority by a person who has not applied for service.
- Service is reconnected without authority after disconnection for nonpayment.
- There has been an attempt to bypass the meter or tamper with other TDSP equipment.
- There is evidence of theft of service.

**Disconnection of Service – With Notice:**
TXU Energy has the right to authorize the disconnection of a customer's electric service, following proper notice, if:

- The customer fails to pay a bill owed to TXU Energy for electric service or fails to make deferred payment arrangements on or before the disconnection date stated on the "Disconnect Notice." This includes amounts billed to a customer who is a "guarantor" for another customer who defaults in their payment to TXU Energy, up to and including the amount the guarantor customer agreed to in the written guarantee agreement.
- The customer fails to pay a required deposit by the date stated on the request for deposit.
- The customer fails to comply with the terms of a deferred payment agreement.
- The customer fails to comply with the terms of a payment arrangement other than a deferred payment agreement.
- The customer attempts to pay a bill with a check or electronic funds transfer (including automatic bank draft) that is not processed by the bank due to insufficient funds or other bank return.
- The customer interferes with the electric service of others or operates non-standard equipment and TXU Energy has made a reasonable attempt to contact the customer to inform them of the situation and has provided the customer with a reasonable opportunity to remedy the situation.

If your service is disconnected, you will be required to pay any past due amounts owed to TXU Energy as well as any required deposit and fees before reconnection of electric service with TXU Energy. Termination of this Agreement or disconnection of your electric service does not excuse you from paying any outstanding amounts owed to TXU Energy. If this Agreement is terminated, all amounts owed by you to TXU Energy

an initial deposit if you have satisfactory utility payment data as defined by Tex. Util. Code §17.008, if you are at least 65 years of age and you do not have a current delinquent balance with your current REP, if you have been a victim of family violence and can provide a certification letter pursuant to PUCT Substantive Rule §25.478(a)(3)(D), or if you demonstrate that you are medically indigent pursuant to PUCT Substantive Rule §25.478(a)(3)(E). If you are required to pay an initial deposit, you may in lieu of a deposit provide a written letter of guarantee from a current TXU Energy customer who has satisfactory payment history. If you are switching to TXU Energy from another REP, you may also be able to have the deposit waived by providing TXU Energy with a payment history letter from your previous REP showing that you are not currently delinquent in payment and were not late in paying a bill more than once during the last twelve (12) consecutive months of service. Customers who qualify for the low-income rate reduction program may pay a required deposit that exceeds $50 in two equal installments. Please contact TXU Energy for further information if you believe you may be eligible for one or more of these options. Before a returning customer who owes TXU Energy any past due amounts will be accepted for service, that customer must pay all such past due amounts in addition to any required deposit amount. TXU Energy may require an additional deposit from an existing customer if the average of the customer's actual billings for the previous twelve (12) months is at least twice the amount of the original average of the estimated annual billings and a termination or disconnection notice has been issued for the account or the account was terminated or disconnected within the preceding twelve (12) months. If TXU Energy requires an initial or additional deposit from a customer, TXU Energy may disconnect electric service and terminate this Agreement if the deposit is not paid within ten (10) days of the written request, provided that TXU Energy issued the customer a written disconnection notice. A disconnection notice may be combined with or issued concurrently with a written request for a deposit.

The total amount of all deposits required shall not exceed an amount equivalent to the greater of one-fifth of the estimated annual billing for electric service or the sum of the estimated billings for electric service for the next two (2) months. The estimated billing for initial deposits is based on a reasonable estimate of the average usage for the applicable customer class. After twelve (12) months of service with TXU Energy, the customer may request that TXU Energy recalculate the required deposit based on actual historical usage. The estimated billing for deposits from existing customers is based on the customer's actual historical usage, to the extent that it is available.

If TXU Energy holds a deposit for thirty (30) days or longer, the deposit will accrue interest at an annual rate established by the PUCT. At a minimum, payment of any accrued interest will be made annually upon customer request or at the time the deposit is returned or credited to the customer account. A deposit and any accrued interest will be refunded as a credit to the electric bill after all bills are fully paid for twelve (12) consecutive months with no late payments. TXU Energy will also refund deposits and accrued interest, less any outstanding balance owed for electric service, upon closing of the applicable account with TXU Energy.

**Billing and Payment:**

- TXU Energy will bill you for your electric service on a monthly basis unless service is provided for a period of less than a month. Bills may be issued less frequently or may be sent electronically if you and TXU Energy agree to such an arrangement.
- TXU Energy will not charge a fee to issue a standard bill that complies with the bill content requirements of PUCT Substantive Rule §25.479 that is sent by U.S. mail; however, TXU Energy may charge a fee or give a discount if you and TXU Energy agree to a non-standard bill or delivery arrangement.
- Your monthly billing period is approximately thirty (30) days. TXU Energy will issue bills no later than thirty (30) days after obtaining usage and other billing information from the TDSP, unless validation of such information delays billing beyond thirty (30) days. TXU Energy may bill you based on estimated usage and associated charges if the TDSP does not provide your meter readings and/or other billing information on a timely basis. In such an event, TXU Energy will identify usage and/or charges as "estimated" on your bill. You may be billed for all of the electricity you consume, or are estimated to consume, during your monthly billing period at the rate that is in effect on the date your meter is read at the end of each billing period.
- **Your bill is due upon receipt and payment will be delinquent if it is not received by the sixteenth (16th) day after the bill is issued. Failure to pay a bill may result in disconnection of your electric service and termination of this Agreement after TXU Energy provides proper notice. If you choose not to pay the amount due or do not make acceptable payment arrangements, TXU Energy may use consumer reporting agencies, debt collection agencies, small claims court, or other legal remedies allowed by law to collect the amount owed and, to the extent allowed by law, collection fees, attorney's fees, court costs, and interest.**

Docket No. 35021
Attachment 4
To Staff RFI Set No. 1
Question No. 3-01

**Terms of Service Agreement**
**TXU Energy Price to Beat Plan**

Thank you for choosing TXU Energy to be your retail electric provider ("REP"). This Terms of Service Agreement (the "Agreement") explains the terms and conditions that apply to your agreement to purchase electric service from TXU Energy for the point(s) of delivery you enrolled on the electric service plan specified in the Electricity Facts Label ("EFL") that is incorporated into this Agreement by reference. Each point of delivery is identified by an individual Electric Service Identifier ("ESI ID"). You understand and agree that accepting electric service from TXU Energy binds you to all of the provisions contained in this Agreement and the EFL and that you will pay for all electricity provided to you by TXU Energy under the terms and conditions of this Agreement and the EFL.

**Contact Information**
Name of Provider: TXU Energy Retail Company LP
REP Certificate Number: 10004
Mailing Address: P.O. Box 662888, Dallas, Texas 75266-2888
Customer Assistance: 972-791-2888 (24 hours a day, 7 days a week)
Or 1-800-242-9113 (toll free 24 hours a day, 7 days a week)
Service Outage Reporting: 1-800-233-2133 (toll free 24 hours a day, 7 days a week)
Hearing Impaired: 1-800-735-2988 (toll free 24 hours a day, 7 days a week)
Fax: 1-800-232-9488 (toll free)
Internet Address: www.txu.com
E-mail Address: txuenergy@txu.com

**Pricing:**

- The Electricity Price section of the EFL details the price for electric service for the ESI ID(s) covered by this Agreement.
- The price does not include any taxes, non-recurring fees charged by the Transmission and Distribution Service Provider ("TDSP") serving the ESI ID(s) covered by this Agreement, or other TXU Energy non-recurring service fees identified in this Agreement. If non-recurring fees are charged, they will be listed separately on your bill. Non-recurring TDSP fees will be based on the TDSP's tariff for retail delivery service approved by the Public Utility Commission of Texas ("PUCT") and may change during the term of this Agreement if the PUCT approves changes in such fees. The TDSP fees may include, but are not limited to, a new service initiation fee, connection fee, fee for any meter reading performed outside the normal cycle, disconnection fee, and/or re-connection fee.

**Agreement Term and Renewal:**
The term of this Agreement is on a month-to-month basis. This Agreement will automatically renew each month, unless terminated by you as provided herein.

**Customer's Ability to Rescind Acceptance of Agreement:**
**If you are switching your electric service to TXU Energy from another REP you have the right to rescind your acceptance of this Agreement, without fees or penalties of any kind, within three (3) federal business days (includes Saturdays) after receiving this Agreement. You may rescind either by calling 1-800-242-9113 (toll free), sending a facsimile to 1-800-232-9488 (toll free) or e-mailing us at txuenergy@txu.com. Please provide your name, address, phone number, ESI ID or account number, and a statement that you are rescinding your Agreement under the three-day right of rescission.**

**Change in Terms and Conditions:**
TXU Energy will provide written notice to you at least 45 days in advance of any material change in the terms of this Agreement unless the change benefits you or is mandated by a regulatory agency.

**Non-Discrimination Policy:**
TXU Energy will not deny service or require a prepayment or deposit for service based on a customer's/applicant's race, creed, color, national origin, ancestry, sex, marital status, lawful source of income, level of income, disability, familial status, location of a customer/applicant in an economically distressed geographic area, or qualification for low income or energy efficiency services.

**Eligibility and Deposits:**
TXU Energy will determine eligibility and whether or not a deposit is required in compliance with §25.477 and §25.478 of the PUCT Substantive Rules and Tex. Util. Code §17.008. You will not be required to pay

Docket No. 35021
Attachment 3
To Staff RFI Set No. 1
Question No. 3-01

# Electricity Facts

## TXU Energy Residential Price to Beat Plan

**Service Area – TXU Electric Delivery**

January 2006

**Electricity Price**

| Average monthly use: | 500 kWh | 1000 kWh | 1500 kWh | 2000 kWh |
|---|---|---|---|---|
| Average price per kilowatt-hour: | 15.7¢ | 15.0¢ | 14.6¢ | 14.5¢ |

This price disclosure is an example based on average usage patterns – your actual price for electric service may be different depending on how and when you use electricity. This is a fixed price that includes the following components:

**Monthly Customer Charge:** $5.34

**TXU Energy Electric Service:**

| | | |
|---|---|---|
| Off-Peak (Nov-May) | 0-600 kWh | 5.240¢ |
| Off-Peak (Nov-May) | 601 + kWh | 3.660¢ |
| On-Peak (June-Oct) | All kWh | 5.570¢ |
| Fuel Factor | All kWh | 9.227¢ |
| Power Cost Recovery | All kWh | 0.042¢ |

These prices include all Transmission and Distribution Service Provide (TDSP) charges for the delivery of electricity. These prices also include fuel cost, which is subject to change twice a year. Fuel cost changes will be as mandated by the Public Utility Commission of Texas (PUCT). Each month you will also be billed all applicable taxes.

**Contract**

Minimum Term: 0 Months Penalty for early cancellation per premise: $0.00

See Terms of Service Statement for a full listing of fees, deposit policy and other terms.

**Sources of Power Generation**

| | This product | Texas (for comparison) |
|---|---|---|
| Coal and lignite | 41% | 39% |
| Natural gas | 43% | 46% |
| Nuclear | 12% | 11% |
| Renewables | 1% | 1% |
| Other fossil | 3% | 3% |
| Total | 100% | 100% |

**Emissions and Waste per 1000 kWh Generated**

| | |
|---|---|
| Carbon dioxide | 102 |
| Nitrogen oxides | 104 |
| Particulates | 105 |
| Sulfur dioxide | 105 |
| Nuclear waste | 106 |

*Better than Texas Average* *Worse than Texas Average*

(Indexed values; 100 = Texas average)

NTXEFLEPTBR0106

REP Certificate No. 10004 © 2006 TXU Energy. All rights reserved.

**Deferred Payment Plan:**
If you are unable to pay your bill, you may qualify for a deferred payment plan, unless:
- You have received more than two termination/disconnection notices during the past 12 months; or
- You have taken service from TXU Energy for less than three months and you lack sufficient credit or a satisfactory payment history with your previous REP.

A deferred payment plan may require you to make an initial percentage payment of the outstanding balance to initiate the agreement, with the remaining balance paid in equal installments. If you have received a disconnection notice and expressed an inability to pay, any deferred payment plan will include an initial payment not to exceed 50% of the delinquent balance and will allow the remaining balance to be paid in equal installments over a minimum of three (3) billing periods. A deferred payment plan may include a 5% penalty for late payment. If the terms of the deferred payment plan are not fulfilled, your electric service may be disconnected and this Agreement terminated, after proper notice. TXU Energy will offer a deferred payment plan to a customer who has been underbilled by $50 or more and, upon request, to any customer who is unable to pay their bill during an extreme weather emergency.

**Bill Payment Assistance:**
An energy assistance program is available to customers who have severe financial hardships and temporarily may be unable to pay their bills. The program is funded in part by contributions from TXU Energy employees and customers through a program known as TXU Energy Aid. Please call your local health and human services department or the Texas Department of Housing and Community Affairs for additional information, or visit http://www.tdhca.state.tx.us/ea/cdl_energy.htm.

**Transfer of Delinquent Balances or Credits:**
If you have an outstanding balance or credit owed to TXU Energy that is due from a previous account with TXU Energy for the same class of service and is identified after you enroll for service, that balance will be transferred to your current account with TXU Energy. This previous delinquent balance amount and account number, or address, will be shown separately on your current bill for electric service.

**Critical Care Customers:**
If an interruption or suspension of your electric service will create a dangerous or life-threatening condition, you may qualify as a critical care residential customer. Upon request, we will provide to you the PUCT's standardized Critical Care Eligibility Determination Form, which you must complete and return to us as more fully described in the form. The critical care designation is valid for one year, and we will send you a renewal application prior to expiration of your designation.

**TXU Energy Service Fees:**
The service fees listed below will be identified separately on your bill, if charged:
- Late payments or delinquent or past due balances may result in a penalty of 5% of the current month's past due amount.
- TXU Energy may charge a $25 insufficient funds fee for each payment that is not processed due to insufficient funds, lack of available credit or other bank return.
- Upon request, TXU Energy will provide you with additional bill copies, duplicate bills, credit reference letters or summary billing, for which a $2 charge for each service may be applied. You may be able to access up to twelve (12) months of usage history free of charge by going to www.txu.com.

**Termination of Agreement by Customer:**
A customer has the right to terminate this Agreement with respect to any of the individual ESI IDs covered by this Agreement without penalty either by choosing another electric service plan offered by TXU Energy for which the customer is eligible or by switching to another REP. The TDSP serving the ESI ID(s) may charge for a special meter reading if a customer requests a termination date that falls on any date other than a normal meter reading date for that ESI ID.

**Disconnection of Service — Without Notice:**
TXU Energy may, at any time, authorize disconnection of a customer's electric service without prior notice where any of the following conditions exist:
- A known dangerous condition exists (the disconnection may continue until the condition no longer exists).
- Service is connected without authority by a person who has not applied for service.
- Service is reconnected without authority after disconnection for nonpayment.
- There has been an attempt to bypass the meter or tamper with other TDSP equipment.
- There is evidence of theft of service.

**Disconnection of Service — With Notice:**
TXU Energy has the right to authorize the disconnection of a customer's electric service, following proper notice, if:
- The customer fails to pay a bill owed to TXU Energy for electric service or fails to make deferred payment arrangements on or before the disconnection date stated on the "Disconnect Notice." This includes amounts billed to a customer who is a "guarantor" for another customer who defaults in their payment to TXU Energy, up to and including the amount the guarantor customer agreed to in the written guarantee agreement.
- The customer fails to pay a required deposit by the date stated on the request for deposit.
- The customer fails to comply with the terms of a deferred payment agreement.
- The customer fails to comply with the terms of a payment arrangement other than a deferred payment agreement.
- The customer attempts to pay a bill with a check or electronic funds transfer (including automatic bank draft) that is not processed by the bank due to insufficient funds, lack of available credit or other bank return.
- The customer interferes with the electric service of others or operates non-standard equipment and TXU Energy has made a reasonable attempt to contact the customer to inform them of the situation and has provided the customer with a reasonable opportunity to remedy the situation.

If your service is disconnected, you will be required to pay any past due amounts owed to TXU Energy as well as any required deposit and fees before reconnection of electric service with TXU Energy. Termination of this Agreement or disconnection of your electric service does not excuse you from paying any outstanding amounts owed to TXU Energy. If this Agreement is terminated, all amounts owed by you to TXU Energy, including termination fees if applicable, shall become immediately due and payable. Your obligations to TXU Energy will continue until you have paid all amounts due and owing under this Agreement.

**Disputes or Complaints:** Please contact us if you have specific comments, questions, complaints or billing inquiries. Our friendly, knowledgeable Customer Care Advocates are trained to research and resolve any customer inquiry you may have. You may also contact the PUCT. Please refer to the "Your Rights as a Customer" document for more information.

**Force Majeure:**
TXU Energy will make commercially reasonable efforts to supply electricity but does not guarantee a continuous supply of electricity. Customer acknowledges that certain causes and events outside of TXU Energy control ("Force Majeure events") may result in interruptions in service for which TXU Energy shall not be liable. TXU Energy does not generate, transmit or distribute electricity. Therefore, Customer agrees that TXU Energy shall not be liable for damages caused by Force Majeure events, including acts of God, acts of any governmental authority, acts of terrorists or enemies of the state, accidents, strikes, labor troubles, required maintenance work, inability to access the local distribution utility system, non-performance by the local distribution utility, or any cause beyond TXU Energy control, including but not limited to deficiencies in the operations of electricity generation, transmission, or distribution facilities.

**LIMITATION OF LIABILITY:**
LIABILITIES NOT EXCUSED BY REASON OF FORCE MAJEURE OR OTHERWISE SHALL BE LIMITED TO DIRECT ACTUAL DAMAGES. NEITHER TXU ENERGY NOR CUSTOMER SHALL BE LIABLE TO THE OTHER FOR CONSEQUENTIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR INDIRECT DAMAGES. THESE LIMITATIONS APPLY WITHOUT REGARD TO THE CAUSE OF ANY LIABILITY OR DAMAGE. THERE ARE NO THIRD PARTY BENEFICIARIES TO THIS AGREEMENT.

**REPRESENTATIONS AND WARRANTIES:**
THE ELECTRICITY SOLD UNDER THIS AGREEMENT WILL MEET THE QUALITY STANDARDS OF THE APPLICABLE TDSP AND WILL BE SUPPLIED FROM A VARIETY OF SOURCES. TXU ENERGY MAKES NO REPRESENTATIONS OR WARRANTIES OTHER THAN THOSE EXPRESSLY SET FORTH IN THIS AGREEMENT AND EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**ASSIGNMENT:**
A customer may not assign this Agreement, in whole or in part, or any of its rights or obligations hereunder without the prior written consent of TXU Energy, which consent may be withheld or granted at the discretion of TXU Energy.

**MISCELLANEOUS:**
This Agreement constitutes the entire agreement between you and TXU Energy concerning your agreement to purchase electricity for the covered ESI ID(s) and supersedes any prior agreements. There are no prior or contemporaneous agreements or representations affecting this agreement other than those expressed in these documents. No amendment, modification or change herein shall be enforceable unless reduced to writing. Notwithstanding anything to the contrary, if any provision of this Agreement is deemed to be invalid, illegal or otherwise unenforceable, you and TXU Energy agree that it shall be modified to the minimum extent necessary to render it valid, legal and enforceable. If any such provision cannot be modified in a manner that would make it valid, legal and enforceable, such provision shall be severed from this Agreement, and all other provisions hereof shall remain in full force and effect. Any failure on TXU Energy's part at any time to enforce any term or condition of our service or to exercise any right under this Agreement shall not be considered a waiver of our right thereafter to enforce each and every such term and condition or to exercise such right or any other right under this Agreement.

Docket No. 35021
Attachment 2
To Staff RFI Set No. 1
Question No. 3-01
11/05

Thank you for choosing TXU Energy to be your retail electric provider ("REP"). This Terms of Service Agreement (the "Agreement") explains the terms and conditions that apply to your agreement to purchase electric service from TXU Energy for the point(s) of delivery you enrolled on the electric service plan specified in the Electricity Facts Label ("EFL") that is incorporated into this Agreement by reference. [illegible]

**Contact Information**

| | |
|---|---|
| Name of Provider | TXU Energy Retail Company LP |
| REP Certificate Number: | 10004 |
| Mailing Address: | [illegible] |
| Customer Assistance: | 972-791-[illegible] (direct), or 1-800-242-9113 (toll free 24 hours a day, 7 days a week) |
| Service Outage Reporting: | 1-888-[illegible] (toll free 24 hours a day, 7 days a week) |
| Fax: | [illegible] |
| Internet Address: | [illegible] |
| E-mail Address: | [illegible] |
| [illegible] | [illegible] |

**Pricing**

[illegible]

**Agreement Term and Renewal:** [illegible]

**Customer's Ability to Rescind Acceptance of Agreement:** [illegible]

**Changes in Terms and Conditions:** [illegible]

**Non-Discrimination Policy:** [illegible]

**Credit and Deposits:** [illegible]

**Interest on Deposits**

[illegible]

**Refunding Deposits**

[illegible]

**Billing and Payment**

[illegible]

**Special Payment Arrangements**

[illegible]

Docket No. 35021
Attachment 1
To Staff RFI Set No. 1
Question No. 3-01

# Electricity Facts

**TXU Energy Residential Price to Beat Plan**
**Service Area – TXU Electric Delivery**
November 2005

## Electricity price

| | 500 kWh | 1,000 kWh | 1,500 kWh | 2,000 kWh |
|---|---|---|---|---|
| **Average monthly use:** | 500 kWh | 1,000 kWh | 1,500 kWh | 2,000 kWh |
| **Average price per kilowatt-hour:** | 15.7¢ | 15.0¢ | 14.6¢ | 14.5¢ |

This price disclosure is an example based on the following rates:

| | | |
|---|---|---|
| **Monthly Customer Charge:** | $5.34 | |
| **TXU Energy Electric Service:** | | |
| Off-Peak (Nov-May) | 0-600 kWh | 5.240¢ |
| Off-Peak (Nov-May) | 601 + kWh | 3.660¢ |
| On-Peak (June-Oct) | All kWh | 5.570¢ |
| Fuel Factor | All kWh | 9.227¢ |
| Power Cost Recovery | All kWh | 0.042¢ |

These average prices include all Transmission and Distribution Service Provider (TDSP) charges for the delivery of electricity. These average prices also include fuel cost, which is subject to change twice a year. Fuel cost changes will be as mandated by the Public Utility Commission of Texas (PUCT). Each month you will also be billed all applicable taxes.

This price disclosure is an example based on: (i) average usage patterns – your actual price for electric service may be different depending on how and when you use electricity; and (ii) average service prices – your average price for electric service will vary according to your usage

**Discount Period October 31st - December 31st 2005 Only**

| | 500 kWh | 1,000 kWh | 1,500 kWh | 2,000 kWh |
|---|---|---|---|---|
| **Average monthly use:** | 500 kWh | 1,000 kWh | 1,500 kWh | 2,000 kWh |
| **Average price per kilowatt-hour:** | 14.3¢ | 13.6¢ | 13.2¢ | 13.0¢ |

This price disclosure is an example based on the following rates:

| | | |
|---|---|---|
| **Monthly Customer Charge:** | $5.34 | |
| **TXU Energy Electric Service:** | | |
| Off-Peak (Nov-May) | 0-600 kWh | 5.240¢ |
| Off-Peak (Nov-May) | 601 + kWh | 3.660¢ |
| On-Peak (June-Oct) | All kWh | 5.570¢ |
| Fuel Factor | All kWh | 7.798¢ |
| Power Cost Recovery | All kWh | 0.042¢ |

TXU Energy agreed to implement an across the board discount for all Price to Beat customers that results in a price reflective of natural gas prices on August 26, prior to Hurricane Katrina making landfall in the Gulf Coast region. The discounted prices are shown above.

## Contract

Minimum Term: 0 months. Penalty for early cancellation: $0
See Terms of Service Statement for a full listing of fees, deposit policy and other terms.

## Sources of power generation

| | *This product* | *Texas (for comparison)* |
|---|---|---|
| Coal and lignite | 41% | 39% |
| Natural gas | 43% | 46% |
| Nuclear | 12% | 11% |
| Renewables | 1% | 1% |
| Other fossil | 3% | 3% |
| **Total** | 100% | 100% |

## Emissions and waste per 1000 kWh generated

| | |
|---|---|
| Carbon dioxide | 102 |
| Nitrogen oxides | 104 |
| Particulates | 105 |
| Sulfur dioxide | 105 |
| Nuclear waste | 106 |

*Better than Texas Average* — *Worse than Texas Average*

(Indexed values; 100 = Texas average)

HTXUFL[illegible]

REP Certificate No. 10004 ©2005 TXU Energy. All rights reserved.

TXU Energy Retail Company LLC
PUC Docket No. 35021
Staff's RFI Set No. 1
Question No. 3-01
Page 1 of 1

REQUEST:

Please provide the Electricity Facts Labels and Terms of Service applicable to the customer in the last 12-month period during which the customer was on the Price to Beat.

RESPONSE:

The following response was prepared by or under the direct supervision of Richard Sorell.

Please see attached documents responsive to request.

ATTACHMENTS:

ATTACHMENT 1- November 2005 Price to Beat EFL, 1 page

ATTACHMENT 2- November 2005 Terms of Service, 2 pages

ATTACHMENT 3- January 2006 Price to Beat EFL, 1 page

ATTACHMENT 4- February 2006 Terms of Service, 5 pages

ATTACHMENT 5- May 2006 Price to Beat EFL, 1 page

ATTACHMENT 6- July 2006 Price to Beat EFL, 1 page

ATTACHMENT 7- July 2006 Terms of Service, 5 pages

TXU Energy Retail Company LLC
PUC Docket No. 35021
Staff's RFI Set No. 1
Question No. 2-01
Page 1 of 1

REQUEST:

Please provide all communications from TXU to the customer regarding transfer of the customer from the price to beat to the TXU Energy Freedom Plan. If a communication was in written form, please provide a copy of it. If a communication was oral, please describe it.

RESPONSE:

The following response was prepared by or under the direct supervision of Richard Sorell.

The customer contacted TXU Energy by telephone on September 25, 2006, to inquire about her billing. During the inquiry, TXU Energy offered the customer the opportunity to extend price protection at the current level to avoid potential price increases through the remainder of 2006. As discussed in response to Request No. 1, the terms of the Freedom Plan were equivalent to the Price to Beat, but the Freedom Plan included added protection against price increases during 2006. The customer verbally accepted the offer and TXU Energy enrolled the customer on the TXU Energy Freedom Plan effective with the customer's October 19, 2006 bill statement. TXU Energy sent the customer written details about her new plan, including the Terms of Service and Electricity Facts Label, in correspondence that is included as an Attachment to TXU Energy's response to Request No. 1.

Docket No. 35021
Attachment 1
To Staff RFI Set No. 1
Question No. 1-01

November 9, 2006
Account Number

Dear Joan H Hughes,

Thank you for enrolling in the TXU Energy Freedom Plan[SM]. We are confident that you will be pleased with the flexibility this plan offers you.

The average price per kWh of the TXU Energy Freedom Plan is equivalent to the January 2006 TXU Energy Price to Beat rate, and comes with protection against price increases through all of 2006.
In addition, this price plan features:
- No long-term contract and
- No cancellation fees

The bottom line is that with this price plan, you will enjoy the peace of mind that comes from knowing you are protected from price changes during 2006. See your Terms of Service Agreement for all of the details of this price plan.

All of our FREE features and options continue under this plan.
All of our popular features and options are available to you under this plan. These include TXU Energy Automatic Bank Draft, TXU Energy Average Billing, TXU Energy E-Bill and TXU Energy Home Energy Advisor to help you manage your electricity budget. You'll find our billing and payment options flexible and easy to understand and there are no hidden charges! If you are not already signed up for these FREE options and wish to do so, please visit us online at www.txu.com and remember to include your customer account number listed above. While online, you'll also find many helpful energy-saving tips and important contact phone numbers.

History shows you've made the right choice.
TXU Energy is part of the TXU family of companies, a family that has been serving Texas households like yours for more than 100 years. TXU Energy currently serves over 2 million customers - more than any other retail electric provider in Texas. We deliver innovative products that enhance the quality and convenience of your customer service. Our knowledgeable and capable staff can give you direct answers to your questions while striving to treat you like a friend and neighbor.

For your records, we've enclosed a Terms of Service Agreement and Electricity Facts Label which provide specific details about your service plan.

If you have questions or would like further information, contact a TXU Energy Customer Care representative at 1-800-242-9113, or e-mail txuenergy@txu.com.

Thank you for choosing TXU Energy.

Sincerely,

David E. Hennekes
Vice President, Customer Markets
TXU Energy

RMTX FF08 LTRSWAP [illegible] 0406

REP Certificate No. 10004

TXU Energy Retail Company LLC
PUC Docket No. 35021
Staff's RFI Set No. 1
Question No. 1-01
Page 1 of 1

REQUEST:

Please provide a copy of the notice that TXU provided to the customer pursuant to P.U.C. SUBST. R. 25.475(e) before it transferred the customer from the price to beat to the TXU Energy Freedom Plan. Also provide the date that the notice was sent and the date that the customer was transferred from the price to beat to the TXU Energy Freedom Plan. If TXU did not provide such notice, please explain why it did not do so.

RESPONSE:

The following response was prepared by or under the direct supervision of Richard Sorell.

P.U.C. SUBST. R. 25.475(e) is not applicable in this situation and, accordingly, TXU Energy did not send a notice to the customer pursuant to such rule. The customer accepted an offer to transfer from the Price to Beat (PTB) to the TXU Energy Freedom Plan during a phone conversation with a TXU Energy representative on September 25, 2006. The new plan was effective with the customer's October 19, 2006 bill statement. Prior to that time, the customer was served on the PTB. The TXU Energy Freedom Plan was a superior product to the PTB because while it provided the *exact* same price and month-to-month flexibility as the Price to Beat, unlike the PTB it also provided price protection against price increases through 2006. In other words, the only material difference between the PTB and the Freedom Plan was *beneficial* protection against price increases. After the customer selected the TXU Energy Freedom Plan, they were sent details of the new plan by letter mailed November 9, 2006.

ATTACHMENTS:

ATTACHMENT 1- Copy of November 9, 2006 TXU Energy Freedom Plan correspondence.

**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing has been hand delivered or sent via first class United States mail; postage prepaid, to all parties of record on this the 14th day of January 2008.

[signature]

**P.U.C. DOCKET NO. 35021**

| | | |
|---|---|---|
| **COMPLAINT OF JOAN H. HUGHES AGAINST TXU ENERGY** | § § § § | **PUBLIC UTILITY COMMISSION OF TEXAS** |

**RESPONSE OF TXU ENERGY RETAIL COMPANY LLC TO STAFF'S FIRST REQUEST FOR INFORMATION**

TO THE HONORABLE PUBLIC UTILITY COMMISSION OF TEXAS:

TXU Energy Retail Company LLC ("TXU Energy") files this Response to the Staff's First Request for Information.

Attached hereto and incorporated herein by reference are TXU Energy's written responses to the aforementioned requests for information. Each such response is set forth on or attached to a separate page upon which the request has been restated. Each of these responses are made subject to TXU Energy's right to contest the admissibility of any such matters upon hearing. TXU Energy hereby stipulates that its responses may be treated by all parties exactly as if they were filed under oath.

**Respectfully submitted,**

By: [signature]
Marc H. Burns
State Bar No. 03447480

1005 Congress Avenue, Suite 750
Austin, Texas 78701
(512) 349-6409
(512) 349-6415 (Facsimile)

**ATTORNEY FOR**
**TXU Energy Retail Company LLC**

2009 JAN 14 PM 2:32
FILING CLERK

8