To: Energy Future Holdings Corp, et al;
Case No. - 14-10979 (CSS)

I Robert E. Walker,
Would like to appeal my Claim on this date. 4-2-15
Claim No. 3557

Thank you and may God Bless

Robert Walker
111 N. Main St APT 801
Temple Tx 76501
254-366-0401

FILED 2015 APR 13 AM 10:41 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE