Dear Objection Deadline: l Nikita Denise Bailey-Kelly, has the right to, Become of what is needed For United States Bankruptcy Court of the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, Houston TX. 77021 2ollies Manors Apt. 116, ..?

Can l get Further More information on, and, Before, the hearing on the Objection will, Date Honorable Christopher S. Sonthchi, United States Bankruptcy Judge, of United States, Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on May 4, 2015 at 9:30 am (EDT) ....

9826 of Engsery Future Holding Corp's, tax identification number are 8810, of 1601 Bayan Street, Dallas, Texas 75201 ..