Response

Chapter 11
Case NO. 14-10979 (CSS)

Date 4-3-2015

FILED
2015 APR 14 AM 10: 26
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:
Energy Future Holdings Corp., et al.,

Response:
Here are bills & Account numbers of some of The energy CO. That I have used.

Also have had energy from TXU and Also Stream energy. Cannot find copies

These are One's That I found And I'm sending. Hope this is the information That is needed.

Claims NO. 3619

Thank you
Judy Allen

P.S. I received these court papers and Documents on April 2nd 2015 sending back on todays date 4-3-2015
Thank you

Telephone 903-570-0768



CenterPoint Energy
Always There.

Keep this part of your bill.

| | |
|---|---|
| Customer name | JUDY ALLEN |
| Account number | 9963605-2 |
| Date mailed | 12/05/2014 |
| **Date due** | **12/22/2014** |
| **Total amount due** | **$ 40.44** |

QUESTIONS OR COMMENTS?

CenterPoint Energy
PO BOX 2628
HOUSTON TX 77252-2628
Billing & Service 1-800-259-5544
Monday-Friday Call 7 a.m. - 7 p.m.
**CenterPointEnergy.com**

DID YOU KNOW?

**To report gas leaks**, carbon monoxide and other gas emergencies, please call 1-888-876-5786. We appreciate your understanding that billing inquiries cannot be answered on this line.

The customer charge includes the current GRIP surcharge of $1.20.

**Your account is ready to view now.** Register for free online account access. View balance, usage history, make an online payment, view recommendations for saving energy and money with My Energy Analyzer, and much more. Register at CenterPointEnergy.com/myaccount.

| **ACCT SUMMARY** | Gas charges |
|---|---|
| Previous balance | $19.79 |
| Payment 11/17/2014 | - 19.79 |
| Balance forward | $ 0.00 |
| Current billing | 40.44 |
| **Total amount due** | **$40.44** |

**SERVICE ADDRESS**
3722 W Elm St
Tyler TX 75702-6515

| **YOUR GAS USAGE** | | Meter # 3790100087375 |
|---|---|---|
| 31 Day billing period | 11/01/2014 to 12/02/2014 | |
| Current reading | 12/02/2014 | 7175 |
| Previous reading | 11/01/2014 | 7143 |
| Metered Usage | 1 CCF = 100 cubic feet of gas | 32 |

| **YOUR BILL IN DETAIL** | | | R-2091A-GRIP 2014 |
|---|---|---|---|
| Customer charge | | | $17.20 |
| Base amount | 32 CCF | @ $0.12380/CCF | 3.96 |
| Gas cost adjustment | 32 CCF | @ $0.49916/CCF | 15.97 |
| Rate case surcharge | | | 0.16 |
| Reimbursement of local franchise fee | | | 1.75 |
| Reimbursement of State GRT | | | 0.80 |
| City sales tax | | 1.50% | 0.60 |
| **Total current charges** | | | **$40.44** |

Avg daily gas use: This period this yr 1.0 CCF; this period last yr 2.1 CCF

Avg daily temp: This period this yr 52 °F; this period last yr 54 °F



Always There.®

**A SAFETY MESSAGE FROM CENTERPOINT ENERGY**

**Do not use or store flammable products such as gasoline in the same room or area near the water heater or any other gas appliance.** No use ni almacene productos inflamables tales como gasolina en la misma habitación o en áreas cercanas a un calentador de agua u otro tipo de aparato a gas.

## UNDERSTANDING YOUR BILL

**Total amount due.** This is the difference between your previous balance and your payment, with any adjustments to your account, plus your current charges.

**Customer charge and base amount.** Covers fixed costs for reading meters, issuing bills, maintaining facilities and gas lines, postage, etc. These costs occur even if you do not use gas during a billing period.

**Gas cost adjustment (GCA).** This is the portion of your bill caused by the fluctuating cost of gas that CenterPoint Energy purchases for your use. The adjustment is subject to change each month, up or down, depending on the supply of gas and current market rates. The amount of the adjustment represents your share of CenterPoint Energy's actual costs. CenterPoint Energy does not mark up the cost of gas.

**Meter readings, CCF.** The difference between the current and previous meter readings shown on your bill measures the volume of gas you used in CCFs (hundreds of cubic feet).

**Historical information.** Usage information is available at no charge, upon the consumer's request at CenterPointEnergy.com/mao or by calling the number listed on the front of the bill.

**Payment arrangements.** If you need to make payment arrangements on your gas bill, or enter into a delayed payment agreement, please call the local or toll free number listed on the front of your bill or visit CenterPointEnergy.com/SelfService.

**Additional services.** Additional services include the following: My Account Online, Online Billing, One-Time Payment, Automatic Bank Draft, Average Monthly Billing, third party billing, assistance to elderly and handicapped customers, notification of certified medical emergency and Energy Assistance Programs.

**In accordance with Federal Reserve Board guidelines, personal checks that you send us for payment may be processed electronically.** This means your check will not be returned by your financial institution. Please contact the customer service number printed on your invoice with questions concerning this process. For further information, visit http://www.federalreserve.gov/pubs/checkconv/.

**Factors affecting your gas bill.** Any one, or combination, of these factors can change the amount of your bill:

- Colder or warmer weather;
- Wholesale cost of gas;
- Differences in the number of days billed;
- Changes in living habits, number of people, appliances, or weatherization.

The following is an example of how to read a typical meter index:

Look at the four dials with their curved arrows. Read from right to left as follows:

1. Read the "thousand-foot" dial as 7, the last number that the pointer passed. Note that the curved arrow on the dial shows a clockwise movement of the pointer.
2. Read the next dial, the "10-thousand" dial. The curved arrow on the dial above shows a counterclockwise direction. The pointer is near the 9, but to be sure whether to read it as that number or the lower number 8, the previously mentioned "Same or Lower Number Rule" must be applied. Since the pointer in the "thousand-foot" dial to the right is nearer the 8 and the pointer has not reached the 0, the "10-thousand" dial should be read as 8.
3. Read the "100-thousand" dial, it seems to point to 2. Double-check by using the rule above. Since the pointer of the "10-thousand" dial is between 8 and 9, take the lower reading number, 1, for the "100-thousand" dial.
4. Read the left-most dial, the "million-foot" dial. The pointer is near the 6. Using the "Same or Lower Number Rule," we find the pointer on the dial to the right is between 1 and 2, so we read the "million-foot" dial exactly as the number it is on or near, 6.

The entire meter reading is 6187.

**Pay by automated phone or online.** Call the number listed on the front of your bill to make a payment or visit CenterPointEnergy.com/selfservice. Payment from your checking or savings account is free. Credit and debit card payments require a service fee, which is paid to a third party for processing.

**Moving?** Please call us at the number on the front of this bill at least two weeks before you move, or let us know online at CenterPointEnergy.com/SelfService. We will take gas service out of your name at your old address and make sure you have gas service at your new address when you need it.

Acct # : 6355597 Bill # : 1411244632 Bill Date : 12/01/14

**just energy**

P.O.BOX 460008 • HOUSTON, TX 77056

JUDY ALLEN
3722 W ELM ST
TYLER, TX 75702

Service at ESI ID #:10443720003739630
3722 W ELM ST
TYLER,TX 75702-6515

PUC Certificate #10052

**Pay your bill today!**
**1-866-253-6480**

Email:cssouth@justenergy.com
Web:www.justenergy.com

**1.866.587.8674**
Mon - Fri: 8:00 am - 7:00 pm Central
Sat: 9:00 am - 6:00 pm Central

For Outages / Emergencies Call:
Oncor Electric Delivery 888.313.4747
24 hours a day 7 days a week

For more information about residential electric service please visit www.powertochoose.com

Bill Date: 12/01/14 **Bill Period - 10/29/14 thru 11/26/14**

| Previous Balance | Current Charges | Payments/Adj. | Amount Due | Due Date |
|---|---|---|---|---|
| $128.51 | $152.20 | -$128.51 | $152.20 | 12/17/14 |

| Meter | Type | Dates | Current Meter Read | Previous Meter Read | Multiplier | kWh Usage | kW Demand | Power Factor |
|---|---|---|---|---|---|---|---|---|
| 114958358LG | ACT | 10/29 - 11/26 | 14407 | 13417 | 1 | **990.00** | | |

| | Qty | Rate | Amount |
|---|---|---|---|
| **Previous Balance** | | | **$128.51** |
| **Payment** | | | |
| Payment on 11/17/14 | | | -$128.51 |
| Total Payments | | | -$128.51 |
| **Current Charges** | Qty | Rate | Amount |
| Electric Service | | | |
| Base Charge | | | $9.95 |
| Energy Charges | 990.00 | 0.12600 | $124.74 |
| TDU Pass-Through Charges | | | $2.19 |
| JustGreen Charge | | | $9.90 |
| Sales & Gross Receipt Taxes | | | |
| City Tax | | | $2.25 |
| Miscellaneous Gross Receipts Tax Reimb | | | $2.93 |
| PUC Assessment | | | $0.24 |
| Total Current Charges | | | $152.20 |
| **Payments and Adjustments** | | | |
| Total Payments/Adjustments | | | $0.00 |
| **Total Amount Due** | | | **$152.20** |

**Contract Details**

10/30/14 - 11/26/14 - Smart Rate Bundle Program

The average price you paid for electricity this month is 14.83¢ per kWh.
You have a contract valid until 06/03/2019

## DESCRIPTION OF TERMS USED IN YOUR BILL

### Agent Assist Fee
[illegible] customer services agent helps the customer [illegible]

### Base Charge
[illegible] cycle without regard to the [illegible]

### Balancing Adjustment
[illegible] the cost (or credit) [illegible] Just Energy customers [illegible] with Just Energy [illegible] arrangements.

### Bill Period
[illegible]

### Budget Billing Amount Due
[illegible]

### Current Charges
[illegible] electric service [illegible] including Just Energy [illegible] Base Charge, any TDU Pass-Through Charges, [illegible] JustGreen Charge, and fees.

### Current Meter Read
[illegible] end of the period [illegible]

### Disconnection Fee
[illegible]

### Disconnection Notice Fee
[illegible]

### Energy Charge
[illegible]

## UNDERSTANDING YOUR BILL

### ESI ID#
[illegible]

### Exit Fee
[illegible]

### Insufficient Funds Charge
[illegible]

### JustGreen Charge
[illegible]

### kWh
[illegible]

### kW
[illegible] equal to [illegible]

[illegible] payment

[illegible]

### Miscellaneous Gross Receipts Tax Reimb.
[illegible]

### Multiplier
[illegible]

### Payments and Adjustments
[illegible]

### Previous Balance
[illegible]

### Previous Meter Read
[illegible] the period for which [illegible]

### PUC Assessment
[illegible]

### TDU Delivery Charges
[illegible]

### TDU Pass-Through Charges
[illegible] required to [illegible] Advanced Meter [illegible]

### Total Amount Due
[illegible]

### Total Current Charges
[illegible]

### Type of Reading
[illegible]

## DESCRIPCIÓN DE TÉRMINOS USADOS EN SU FACTURA

[illegible]

### Cargos Básicos
[illegible]

### Período de Factura
[illegible]

### Cantidad Adeudada por Budget Billing
[illegible]

### Cargos Actuales
[illegible]

### Lectura Actual del Medidor
[illegible]

### Tarifa de Aviso de Desconexión por no Pago
[illegible]

### Cargos por Energía
[illegible]

### ESI ID
[illegible]

## COMPRENDIENDO SU FACTURA

[illegible]

### Tarifa por Fondos Insuficientes
[illegible]

### kWh
[illegible]

### kW
[illegible]

### Fecha de Vencimiento
[illegible]

### Tarifa por Pago Atrasado
[illegible]

### Diversos Ingresos Brutos de Reembolso Tributario
[illegible]

### Multiplicador
[illegible]

### Pagos/Ajustes
[illegible]

### Saldo Anterior
[illegible]

### Lectura Anterior del Medidor
[illegible]

### Cargos de Entrega TDU
[illegible]

### Tipo de Lectura
[illegible]

### Cargos Transferidos por la Compañía de Utilidad (TDU)
[illegible]

### Ajuste de Balance
[illegible]

### Cargo por Desconexión
[illegible]

### Cantidad total a pagar
[illegible]

### Cargo por pago atrasado
[illegible]

First Choice Power
you first

FCP Retail Energy
P.O. Box 180
Tulsa, OK 74101-0180

Temp-Return Service Requested

000297-000001-000001-000297 2320432 3520LT01 1
ALLEN
3722 W ELM ST
TYLER, TX 75702-6515

## Thank you for your payment.

*This is not a bill. Please do not send payment.*

August 29, 2013

Re: Account Number: 677557761
Payment Amount: $135.96 pd.
Payment Date: AUG-28-2013
Payment Reference Number: 138782733054

Dear ALLEN:

We know that you have many choices when it comes to electricity providers, so we want to thank you for trusting First Choice Power with your energy needs.

We are writing today to confirm that you have authorized First Choice Power to debit a payment for your recent electricity statement from your bank account ending in ******9704 (the specific payment details are listed above). Please keep this letter for your records as it includes information that will allow us to better serve you when contacting us in the future.

If any of the above information is incorrect, or if you have any questions about your First Choice Power account, please contact our Customer Care Center toll- free at 1-866-469-2464. Customer Care Representatives are available to assist you Monday through Saturday from 7:30 am - 8:00 pm Central Time.

Did you know that we're constantly looking for ways to make your life easier? With our Online Account Manager, you can access your account details, view and pay your bills, and keep track of your historical energy usage- 24 hours a day, 7 days a week. You'll also find valuable energy savings tips and information about how a home energy audit can help you save energy *and* money. We invite you to visit us today at www.firstchoicepower.com to find out more.

Again, thank you for your business and we look forward to serving you for many years to come.

Sincerely,

Customer Care Center