# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 4/14/15 at 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jamie Edmonson | Venable | PIMCO |
| Patrick Strawbridge | Morgan Lewis | PIMCO |
| Greg Taylor | Ashby + Geddes | WSFS, Trustee |
| Dan Defranceschi | Richards Layton + Finger | Debtors |
| Jason Madron | " " | " " |
| Richard Levin | Cravath Swaine & Moore | EFIH Special Cmtees |
| Joseph H. Huston Jr | Stevens Lee P.C. | " |
| Chris Ward | Polsinelli | TCEH Committee |
| Justin Edelson | " | " |
| Brett Miller | Morrison + Foerster | TCEH Committee |
| Todd Goren | " | " |
| Dan Harris | " | " |
| Christopher Shore | White & Case | TCEH Ad Hoc Grp |
| Jeff Sutel | Fox Rothschild | " |
| Thomas Walper | Munger Tolles & Olson | TCEH Disinterested Mgr |
| Aaron Adlstein | McElroy Deutsch Mulvaney & Carpenter | TCEH Disinterested Conflict contract |
| David Klauder | O'Kelly Ernst & Bielli | EFH Corp Disinterested Director |
| Staff Murwil | Brotkorb Rose | " |
| Mark Thomas | Proskauer Rose | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 4/14/15 at 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan Kornberg, Jacob Adlerstein, Paul Weiss Rifkind Wharton Garrison | | Ad Hoc Committee |
| Pauline Morgan, Ryan Bartley | Young Conaway | of TCEH First Lien Creditors |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | EFIH Second Lien Indenture Trustee |
| Philip Anker | Wilmer Hale | EFIH First Lien Indenture Trustee |
| Kate Stickles | Cole Schotz | " |
| Edward Weisfelner, Jeffrey Jonas | Brown Rudnick LLP | WSFS |
|  | " | " |
| Michael DeBaecke | Blank Rome | Successor First Lien Administrative Agent and Collateral Agent |
| Joshua Brody | Kramer Levin | EFIH Second Lien Indenture Trustee |
| Ross Muten | Ropes+Gray | EFIH First Lien Indenture Trustee |
| Daniel Lowenthal | Patterson Belknap | Law Debenture |
| Steve Miller | Morris James | " |
| Edward Sassower, Chad Husnick | Kirkland & Ellis | Debtors |
| Mark McKane, Andy McGaan | " | " |
| Steve Serajeddini, Brian Schartz | " | " |
| Howard A. Cohen | Drinker Biddle & Reath | Citibank DIP Agent |
| Brian Glueckstein | Sullivan Cromwell | E-Side Creditors |
| Natasha Kaszezky | " | " |
| Mark A. Fink | MMWR | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 4/14/15 at 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gian Claudio Finzio | Bayard | IT for TCEH Fost Lien (LSB) |
| Ray Lemisch | Klehr | UMB Bank |
| Barry Felder | Foley | UMB Bank |
| Bryan Stephany | K&E | Debtors |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen Mcgill | Potter Anderson & Corroon | " |
| Steven Serajeddini | K&E | Debtors |
| Brian Farnan | Farnan | Forest Creek |
| Ian Peck | Haynes and Boone | Forest Creek |
| Mike Sofer | Cadys S. Simon | Fidelity |
| Gary Kaplan | Fri Faust | Fidelity |
| Richard L. Schepacarter | US DOJ-OUST | UST |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 04/14/2015
Calendar Time: 10:30 AM ET

2nd Revision 04/14/2015 06:23 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6859946 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6859045 | Julie M Allen | (212) 969-3155 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6861302 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lein Collateral Agent and Administrator Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6859864 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, L | Plaintiff(s), CSC Trust Company of Delaware, as Indenture Trustee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6798616 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6857380 | Lauren Bilzin | 212-672-2252 | Serengeti Asset Management | Interested Party, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6853691 | Monica S. Blacker | (214) 953-6000 | Jackson Walker LLP | Interested Party, Holt Cat / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6860187 | Stephen J. Blauner | (212) 373-1562 | Stephen J. Blauner, S.P.C. | Interested Party, Stephen Blauner / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6859938 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6851190 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6860520 | John B. Bringardner | (646) 378-3143 | Merger Market | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6851880 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, City Bank / LISTEN ONLY |

Raymond Reyes ext. 881                CourtConfCal2012

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6860058 | Matthew C. Brown | (305) 995-5250 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859882 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859842 | Stephen Burnazian | (212) 878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859942 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858842 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Securities International / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6852283 | Kevin CoCo | 212-450-3022 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6852078 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6856332 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6852067 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859750 | Thomas Curtin | (212) 504-6063 | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader, Wickersham & Taft LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6857604 | Michael L. Davitt | (214) 969-2938 | Jones Day | Creditor, Oncor Electronic Delivery Holdings Company LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6861346 | Gren Day | (704) 374-0717 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6856903 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6861375 | Andrew Dietderich | (212) 558-3830 | Sullivan & Cromwell LLP | Creditor, Creditors Committee / LISTEN ONLY |

| | | | | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859919 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ira Dizengoff / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6853660 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858681 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6860094 | Ryan Eckert | (212) 493-4465 | Credit Value Partners | Creditor, Credit Value Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6857430 | Philip G. Eisenberg | (713) 226-1304 | Locke Lord LLP | Interested Party, Locke Lord LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859934 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6853827 | Marita Erbeck | (973) 549-7076 | Drinker Biddle & Reath LLP | Interested Party, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858959 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Trust Company of Delaware / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859869 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859910 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859797 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6853641 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6854865 | Mark Flanagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859876 | Patrick Fleury - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6851859 | Beret Flom | (212) 408-5239 | Chadbourne & Parke LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859956 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |

| Set | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6848710 | Philip A. Gelston | (212) 474-1508 | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6861028 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6849474 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6856284 | Anna E. Grace | (202) 514-4091 | United States Department of Justice | Creditor, Environmental Protection Agency / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6860866 | Matthew R. Gray | (972) 419-2523 | Highland Capital | Interested Party, Highland Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859908 | Sam Greene | (212) 429-2279 | Centerview Partners | Interested Party, AHG / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6861366 | David Gringer | (202) 663-6000 | Wilmer Cutler Pickering Hale & Dorr, L | Creditor, SMEDVIG Funds PLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858663 | Xiaoyu Gu | (952) 984-4078 | CarVal Investors | Creditor, CarVal Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858915 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6854862 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6853638 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell, Lipton, Rosen & Katz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859914 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858830 | Sandra Horwitz | (877) 374-6010 ext. 62412 | Delaware Trust Company | Representing, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6853664 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6854455 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6854871 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6860920 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Creditor, Aurelius Capital Management, LP / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859865 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858808 | Emil Kleinhaus | 212-403-1252 ext. 00 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6860017 | Charles Koster | (212) 819-7845 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6861369 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners as an Investor / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6707143 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6857540 | Michael Lee | 212-317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6856429 | Diana Liebmann | (214) 561-5000 | Haynes and Boone, LLP | Creditor, Forrest Creek Wind Farm / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6860401 | Christian Littlejohn | (212) 307-3417 | Wingspan Investment Management | Creditor, Wingspan Investment Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858917 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, CitiBank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6857174 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858815 | Richard G. Mason | (212) 403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6853833 | James H. Millar | (212) 248-3264 | Drinker Biddle & Reath LLP | Creditor/Claimant, CSC Trust Company of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859930 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859949 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859144 | Meredith S. Parkinson | (617) 951-7000 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6860034 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6857253 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859924 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6856176 | Matthew I. Rappoport | 212-225-2000 | Cleary Gottlieb Steen & Hamilton | Interested Party, Matthew Rappoport / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6861305 | Elizabeth Rasskazova | +44-207-901-8380 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6860113 | Erica Richards | (212) 468-8000 | Morrison & Foerster | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6860516 | Matthew Roose | (212) 859-8000 | Fried Frank | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6857655 | Jason Rosell | (415) 263-7000 | Pachulski Stang Ziehl & Jones | Representing, Second Lien Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859899 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6861374 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JP Morgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6860009 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6856244 | Andrea B. Schwartz | 302-573-6491 | Office of the United States Trustee | U.S. Trustee, United States Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859718 | Steven Smith | (212) 277-6536 | Dickstein Shapiro LLP | Interested Party, Dickstein Shapiro LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6860197 | Mark Taub | (917) 597-8954 | Mohawk Capital, LLC | Interested Party, Mohawk Capital LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6789786 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |

| Debtor Name | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858807 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6856449 | Charlotte Toerber | (312) 245-5933 | E.On Climate & Renewables North Am | Interested Party, Forrest Creek Wind Farm / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858909 | Sina Toussi | (646) 571-1872 | VR Capital | Creditor, VR Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858659 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859856 | Warren Usatine | 201-525-6233 | Cole, Schotz, Meisel, Forman & Leona | Creditor, CSC Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6852098 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858816 | Austin Witt | (212) 403-1152 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859841 | Keith Wofford | (212) 841-8704 | Ropes & Gray LLP | Plaintiff(s), CSC Trust Company of Delaware / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6853647 | Risa Lynn Wolf-Smith | 303-295-8011 | Holland & Hart, LLP | Creditor, Cloud Peak Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6853661 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859928 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6859891 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6858793 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Interested Party, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6859324 | Gregory Horowitz | (212) 715-9571 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6855239 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5100 2) | Hearing | 6858755 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6851762 | Matthew Jacobson | 415-635-0120 | Waveny Capital | Client, Matthew Jacobson / LISTEN ONLY |

| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6853636 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Interested Party, Deutsche Bank / LISTEN ONLY |