# EXHIBIT A

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: D.I. 3961, 4069, 4100 |

### STIPULATION BETWEEN ENERGY FUTURE HOLDINGS CORP., *ET AL.*, AND CLOUD PEAK ENERGY RESOURCES LLC, EFFECTIVE *NUNC PRO TUNC* TO MARCH 24, 2015

Luminant Energy Company LLC (as successor in interest to TXU Energy Trading Company LP) ("Luminant"), a debtor in the above-captioned chapter 11 cases, and Cloud Peak Energy Resources LLC (as successor in interest to Kennecott Coal Sales Company) ("Cloud Peak" and, together with Luminant, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation (this "Stipulation"), and stipulate and agree as follows.

### Recitals

WHEREAS, the Parties are parties to a Master Coal Purchase and Sale Agreement effective March 22, 2002 (the "2002 Document"). The Parties are also parties to a letter agreement executed in July of 2014, a letter agreement dated September 25, 2014, a letter agreement dated November 23, 2014, and a letter agreement dated December 23, 2014 (the "2014 Documents"). The 2002 Document and the 2014 Documents shall collectively be referred to as the "Documents";

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11803885v.1

WHEREAS, on March 24, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et. al, for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective* Nunc Pro Tunc *to March 24, 2015* [D.I. 3961] (the "Motion"), attached to which was a proposed order approving the rejection of the Documents *nunc pro tunc* to the date of the filing of the Motion (the "Proposed Order");

WHEREAS, on April 6, 2015, Cloud Peak filed its objection to the Motion [D.I. 4069] (the "Objection");

WHEREAS, on April 9, 2015, the Debtors filed their reply in support of the Motion [D.I. 4100];

WHEREAS, a hearing on the Motion was noticed for April 14, 2015 (the "Hearing");

WHEREAS, the Parties have engaged in, and desire to continue to engage in, further negotiations regarding the Documents and the Motion;

WHEREAS, to allow continued negotiations, the Parties have agreed to adjourn the Hearing on the terms and conditions set forth in this Stipulation;

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation;

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and among the Parties:

1. The Hearing on the Motion is adjourned to May 4, 2015 starting at 9:30 a.m. (Eastern Daylight Time), to allow the parties to negotiate: (a) an appropriate reservation of rights for the Proposed Order; and (b) a resolution to any asserted claims or administrative expenses of Cloud Peak relating to the Documents, including any rejection or termination thereof.

2. Any rejection, if granted by the Bankruptcy Court, or termination by the Debtors of the Documents will be deemed effective as of March 24, 2015, and Cloud Peak will not

deliver coal to Luminant or otherwise make a claim for any administrative expenses under the Documents for coal delivered or otherwise incurred after such date; provided, however, that Cloud Peak expressly reserves any and all rights to seek, and the Debtors reserve all rights to dispute, damages, including without limitation as administrative expense claims, for all tons of coal that were to be delivered (without taking into account rejection or termination), whether before, on, or after March 24, 2015, under the Documents.

3. Except as set forth in paragraph 2, nothing contained in this Stipulation or any actions taken pursuant to this stipulation is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against a Debtor entity; (b) a waiver of Cloud Peak's rights to assert, or the Debtors' rights to dispute, any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Stipulation or the Motion; or (e) an admission that any of the Documents are integrated with any other Document or Documents.

4. The Debtors and Cloud Peak are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

5. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

6. The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

*[Signatures follow.]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed as of the 13th day of April, 2015.

| | |
|---|---|
| /s/ Risa Lynn Wolf-Smith | /s/ Jason M. Madron |
| **HOLLAND & HART LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| | |
| Risa Lynn Wolf-Smith, #15835 | Mark D. Collins (No. 2981) |
| Kurt V. Tyler, #46637 | Daniel J. DeFranceschi (No. 2732) |
| 555 Seventeenth Street, Suite 3200 | Jason M. Madron (No. 4431) |
| Denver, Colorado 80202 | 920 North King Street |
| Telephone: 303-295-8011 | Wilmington, Delaware 19801 |
| Facsimile: 303-295-8261 | Telephone: (302) 651-7700 |
| rwolf@hollandhart.com | Facsimile: (302) 651-7701 |
| kvtyler@hollandhart.com | Email: collins@rlf.com |
| | defranceschi@rlf.com |
| *Counsel for Cloud Peak Energy Resources LLC* | madron@rlf.com |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to Luminant Energy Company LLC*