**<u>EXHIBIT A</u>**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 002 | Asset Disposition | 54.6 | $53,134.00 |
| 005 | Budgeting (Case) | 1.9 | $1,899.00 |
| 007 | Case Administration | 90.5 | $69,268.00 |
| 008 | Claims Administration and Objections | 11.2 | $9,013.50 |
| 009 | Corporate Governance and Board Matters | 8.4 | $9,226.00 |
| 011 | Employment and Fee Applications | 80.2 | $56,193.50 |
| 012 | Employment and Fee Application Objections | 9.9 | $9,101.50 |
| 014 | Other Litigation | 4.5 | $3,333.00 |
| 015 | Meetings and Communications with Creditors | 216.3 | $204,026.00 |
| 016 | Non-Working Travel | 3.5 | $3,237.50 |
| 017 | Plan and Disclosure Statement | 158.1 | $137,542.50 |
| 021 | Tax | 495.3 | $425,307.00 |
| 023 | Discovery | 2,146.6 | $881,379.00 |
| 024 | Hearings | 11.0 | $10,343.00 |
| 026 | Claims Investigation | 622.9 | $494,258.00 |
| 027 | First Lien Investigation | 72.3 | $52,710.50 |
| 029 | Other Motions/Applications | 18.1 | $14,160.00 |
| 030 | Schedules and Statements | 0.2 | $64.00 |
| 031 | Insurance | 2.7 | $2,546.50 |
| 032 | Time Entry Review | 13.8 | $12,117.00 |
| 033 | Fee Objection Discussion and Litigation | 0.6 | $621.00 |
| **Total Incurred** | | **4,022.6** | **$2,449,480.50** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(1,618.75)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(12,117.00)** |
| **Total Requested** | | **4,022.60** | **$2,435,744.75** |

| Service Description | Amount |
|---|---:|
| Photocopies | $414.60 |
| Color Copies | $3,653.50 |
| Filing Fees | $719.00 |
| Search Fees | $29,310.80 |
| Travel | $407.54 |
| Online Research – Lexis | $7,864.87 |
| Online Research - Westlaw | $3,396.48 |
| EDiscovery Fees | $19,657.30 |
| Court Filing Service | $132.00 |
| Business Meals | $1,382.41 |
| Outside Copying Service | $117.59 |
| Air Freight | $24.24 |
| Meals | $193.07 |
| Transportation | $503.57 |
| Online Research – Other Database | $16.28 |
| **Total:** | **$67,793.25** |

**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Doufekias, Demme | Partner | 2004 | Litigation | $850.00 | 5.40 | $4,590.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925.00 | 152.50 | $141,062.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 105.60 | $137,280.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 123.10 | $135,410.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950.00 | 135.20 | $128,440.00 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $995.00 | 17.40 | $17,313.00 |
| Marines, Jennifer L. | Partner | 2005 | Business Restructuring & Insolvency | $825.00 | 103.80 | $85,635.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,035.00 | 103.50 | $107,122.50 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,085.00 | 81.90 | $88,861.50 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $875.00 | 8.90 | $7,787.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | 895.00 | 102.50 | $91,737.50 |
| Townsend, Robert S. | Partner | 1984 | Corporate | $1,150.00 | 3.60 | $4,140.00 |
| Abrams, Hanna | Associate | 2009 | Litigation | $725.00 | 48.30 | $35,017.50 |
| Alanis, Corinna | Associate | 2012 | Litigation | $570.00 | 115.40 | $65,778.00 |
| Arakawa, Chika | Associate | 2013 | Litigation | $495.00 | 7.20 | $3,564.00 |
| Arett, Jessica J. | Associate | 2014 | Business Restructuring & Insolvency | $495.00 | 10.80 | $5,346.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bartel, Sara | Associate | 2013 | Litigation | $495.00 | 79.80 | $39,501.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495.00 | 134.50 | $66,577.50 |
| Contreras, Andrea | Associate | 2012 | Litigation | $585.00 | 9.20 | $5,382.00 |
| De Ruig, David N. | Associate | 2007 | Tax | $570.00 | 138.90 | $79,173.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680.00 | 29.80 | $20,264.00 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $585.00 | 76.60 | $44,811.00 |
| Goett, David J. | Associate | 2012 | Tax | $585.00 | 80.40 | $47,034.00 |
| Haney, Heather Jo | Associate | 2011 | Financial Transactions | $585.00 | 0.40 | $234.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750.00 | 117.90 | $88,425.00 |
| Hiensch, Kristin A. | Associate | 2007 | Business Restructuring & Insolvency | $745.00 | 2.60 | $1,937.00 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $680.00 | 131.90 | $89,692.00 |
| Hung, Shiukay | Associate | 2009 | Tax | $750.00 | 55.40 | $41,550.00 |
| Johnston, Ian Andrew | Associate | 2012 | Litigation | $570.00 | 40.80 | $23,256.00 |
| Kalansky, Shai | Associate | 2009 | Corporate | $725.00 | 3.40 | $2,465.00 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $570.00 | 15.60 | $8,892.00 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $725.00 | 46.00 | $33,350.00 |
| Lim, Clara | Associate | 2010 | Tax | $635.00 | 105.30 | $66,865.50 |
| Manlove, Kendall Lewis | Associate | Admission Pending | Litigation | $440.00 | 28.90 | $12,716.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $760.00 | 90.50 | $68,780.00 |
| Moloff, Leda | Associate | 2009 | Litigation | $725.00 | 24.90 | $18,052.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| A. | | | | | | |
| Perkowski, Jacob Josep | Associate | Admission Pending | Litigation | $440.00 | 48.30 | $21,252.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760.00 | 45.30 | $34,428.00 |
| Jonathan C. Rothberg | Associate | 2008 | Litigation | $760.00 | 10.60 | $8,056.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495.00 | 17.20 | $8,514.00 |
| Sorrell, Michael R. | Associate | 2010 | Litigation | $635.00 | 16.30 | $10,350.50 |
| Stern, Jessica S. | Associate | 2014 | Tax | $440.00 | 44.50 | $19,580.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,125.00 | 46.90 | $52,762.50 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $875.00 | 50.40 | $44,100.00 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $765.00 | 6.50 | $4,972.50 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $780.00 | 59.70 | $46,566.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $825.00 | 94.40 | $77,880.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Berger, Lesley D. | Senior Paralegal | 4.5 years | Corporate | $320.00 | 19.60 | $6,272.00 |
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $345.00 | 91.90 | $31,705.50 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $320.00 | 24.90 | $7,968.00 |
| Kline, John T. | Senior Paralegal | 9 years | Business Restructuring | $340.00 | 9.10 | $3,094.00 |

| | | | & Insolvency | | | |
|---|---|---|---|---|---|---|
| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $300.00 | 16.40 | $4,920.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $310.00 | 60.60 | $18,786.00 |
| Chan, David | Senior eDiscovery Analyst | 10.5 years | Litigation | $280.00 | 4.70 | $1,316.00 |
| Chereshinsky, Mark | Temporary Attorney | 4 months | Litigation | $225.00 | 59.50 | $13,387.50 |
| Cusa, Thomas C. | Temporary Attorney | 4 months | Litigation | $225.00 | 50.00 | $11,250.00 |
| Dhavan, Dhruv A. | Temporary Attorney | 4 months | Litigation | $225.00 | 64.70 | $14,557.50 |
| Frances, Linda | Temporary Attorney | 4 months | Litigation | $225.00 | 60.20 | $13,545.00 |
| Gesley, Joseph | Temporary Attorney | 4 months | Litigation | $225.00 | 50.60 | $11,385.00 |
| Hou, Timothy | Temporary Attorney | 4 months | Litigation | $225.00 | 64.00 | $14,400.00 |
| Jones, Jason D. | Temporary Attorney | 4 months | Litigation | $225.00 | 62.10 | $13,972.50 |
| Kim, Eugene H. | Temporary Attorney | 4 months | Litigation | $225.00 | 69.00 | $15,525.00 |
| Lee, Yumi | Temporary Attorney | 4 months | Litigation | $225.00 | 82.20 | $18,495.00 |
| Ofosu-Antwi, Elsie J. | Temporary Attorney | 4 months | Litigation | $225.00 | 66.10 | $14,872.50 |
| Pumo, David | Temporary Attorney | 4 months | Litigation | $225.00 | 78.70 | $17,707.50 |
| Spielberg, Philip | Temporary Attorney | 4 months | Litigation | $225.00 | 78.00 | $17,550.00 |
| Thomas, Philip T. | Temporary Attorney | 4 months | Litigation | $225.00 | 83.10 | $18,697.50 |
| Varghese, Renan | Temporary Attorney | 4 months | Litigation | $225.00 | 80.50 | $18,112.50 |
| Weinstein, Richard | Temporary Attorney | 4 months | Litigation | $225.00 | 68.70 | $15,457.50 |
| **Total Incurred:** | | | | | **4,022.60** | **$2,449,480.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | **$(1,618.75)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(12,117.00)** |
| **Total Requested** | | | | | | **$2,435,744.75** |

# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary**

| Service Description | Amount |
|---------------------|-------:|
| Photocopies | $414.60 |
| Color Copies | $3,653.50 |
| Filing Fees | $719.00 |
| Search Fees | $29,310.80 |
| Travel | $407.54 |
| Online Research – Lexis | $7,864.87 |
| Online Research - Westlaw | $3,396.48 |
| EDiscovery Fees | $19,657.30 |
| Court Filing Service | $132.00 |
| Business Meals | $1,382.41 |
| Outside Copying Service | $117.59 |
| Air Freight | $24.24 |
| Meals | $193.07 |
| Transportation | $503.57 |
| Online Research – Other Database | $16.28 |
| **Total:** | **$67,793.25** |

**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# MORRISON | FOERSTER

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas 75201

**Taxpayer ID** ▇▇▇▇▇▇
Invoice Number: 5420331
Invoice Date: April 10, 2015

Client/Matter Number: 073697-0000001

Matter Name:   BANKRUPTCY OF
               ENERGY FUTURE
               HOLDINGS

**RE:**    BANKRUPTCY OF ENERGY FUTURE HOLDINGS

---

*For Disbursements Incurred through January 31, 2015*

|                       | U.S.Dollars |
|-----------------------|-------------|
| Current Disbursements | 67,793.25   |
| **Total Disbursements** | **67,793.25** |

**M O R R I S O N | F O E R S T E R**

073697-0000001
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5420331
Invoice Date: April 10, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 31-Jan-2015 | Photocopies | 414.60 |
| 31-Jan-2015 | Color Copies | 3,653.50 |
| 31-Jan-2015 | Air Freight | 24.24 |
| 31-Jan-2015 | On-line Research – LEXIS  (Jan 1- Jan 31) | 7,864.87 |
| 31-Jan-2015 | On-line Research – WESTLAW  (Jan 1-Jan 31) | 3,396.48 |
| 21-Nov-2014 | Filing Fees (NCR) NATIONAL CORPORATE RESEARCH, LTD., Professional Services Rendered 11/21/2014 | 719.00 |
| 15-Oct-2014 | Search Fees CT LIEN SOLUTIONS, Search fees | 1,341.20 |
| 06-Nov-2014 | Search Fees CHICAGO TITLE INSURANCE COMPANY, Fees for Title Reports & copies | 22,291.00 |
| 07-Jan-2015 | Search Fees CT LIEN SOLUTIONS, Professional fees | 5,678.60 |
| 13-Jan-2015 | Travel, parking, T. Goren, EFH meeting in Delaware, 1/13/15 | 21.00 |
| 13-Jan-2015 | Travel, train, T. Goren, travel to Delaware for meeting, 1/13/15 | 179.00 |
| 13-Jan-2015 | Travel, train, T. Goren, return travel from meeting in Delaware, 1/13/15 | 141.00 |
| 22-Jan-2015 | Travel, K. Manlove, Internet access while traveling to review PCRB documents, 1/22/15 | 30.90 |
| 23-Jan-2015 | Travel, taxi/car service, B. Miller, ground travel to Penn Station for omnibus hearing in Delaware, 1/13/15, 6:51AM | 35.64 |
| 04-Jan-2015 | Local meals, A. Lawrence, 1/4/15, 1:21PM (weekend) | 17.35 |
| 13-Jan-2015 | Local meals, A. Birkenfeld, 1/13/15, 8:11PM | 16.30 |
| 15-Jan-2015 | Local meals, A. Birkenfeld, 1/15/15, 7:59PM | 13.00 |
| 15-Jan-2015 | Local meals, S. Martin, 1/15/15, 8:27PM | 20.00 |
| 18-Jan-2015 | Local meals, S. Martin, 1/18/15, 2:23PM (weekend) | 15.38 |
| 18-Jan-2015 | Local meals, A. Lawrence, 1/14/15, 8:38PM | 20.00 |
| 18-Jan-2015 | Local meals, D. Goett, 1/14/15, 8:21PM | 20.00 |
| 18-Jan-2015 | Local meals, S. Martin, 1/11/15, 4:43PM (weekend) | 14.82 |
| 18-Jan-2015 | Local meals, A. Lawrence, 1/11/15, 1:12PM (weekend) | 18.39 |
| 18-Jan-2015 | Local meals, A. Lawrence, 1/10/15, 6:20PM (weekend) | 17.83 |
| 21-Jan-2015 | Local meals, M. Lau, 1/18/15 (weekend) | 20.00 |
| 08-Jan-2015 | Transportation, taxi/car service, D. Harris, 1/8/15, 10:22PM | 88.66 |
| 12-Jan-2015 | Transportation, taxi/car service, S. Martin, 1/12/15, 9:18PM | 23.63 |
| 13-Jan-2015 | Transportation, taxi/car service, S. Martin, 1/13/15, 11:16 | 25.13 |
| 13-Jan-2015 | Transportation, taxi/car service, A. Birkenfeld, 1/13/15, 10:38PM | 8.60 |
| 14-Jan-2015 | Transportation, taxi/car service, T. Goren, 1/15/15, 10:35PM | 143.00 |
| 14-Jan-2015 | Transportation, taxi/car service, D. Harris, 1/14/15, 9:15PM | 71.59 |
| 15-Jan-2015 | Transportation, taxi/car service, A. Birkenfeld, 1/15/15, 9:30PM | 10.35 |
| 18-Jan-2015 | Transportation, taxi/car service, S. Martin, 1/18/15, 7:54PM (weekend) | 21.00 |
| 20-Jan-2015 | Transportation, taxi/car service, M. Curtis, 1/14/15, 11:08PM | 98.93 |
| 21-Jan-2015 | Transportation, taxi/car service, B. Miller, 1/21/15, 9:35PM | 12.68 |
| 31-Jan-2015 | EDiscovery Fees IRIS DATA SERVICES, INC., eDiscovery Support and Project management - January 2015 | 19,657.30 |
| 08-Dec-2014 | Court Filing Service E. Richards, Court Call | 30.00 |
| 02-Jan-2015 | Court Filing Service D. Harris, Court Call | 37.00 |
| 19-Jan-2015 | Court Filing Service W. Hildbold, Court Call | 65.00 |
| 08-Jan-2015 | Business meals, 8 attendees, tax meeting with T. Humphreys, 1/8/15 | 94.23 |
| 08-Jan-2015 | Business meals, 40 attendees, client meeting with B. Miller, 1/15/15 | 296.52 |
| 14-Jan-2015 | Business meals, 10 attendees, offsite EFH dinner, 1/14/15 | 400.00 |
| 15-Jan-2015 | Business meals, 30 attendees, EFH meeting with B. Miller, 1/15/15 | 343.83 |
| 15-Jan-2015 | Business meals, 15 attendees, client meeting with B. Miller, 1/15/15 | 153.71 |
| 21-Jan-2015 | Business meals, 5 attendees, client meeting with J. Marines, 1/21/15 | 94.12 |

# MORRISON | FOERSTER

073697-0000001                                              Invoice Number:  5420331
BANKRUPTCY OF ENERGY FUTURE HOLDINGS                        Invoice Date: April 10, 2015

| Date | Description | Value |
|------|-------------|-------|
| 12-Jan-2015 | Outside Copying Service ON PRESS GRAPHICS INC., Copy & Scan services, 1/12/15 | 117.59 |
| 31-Jan-2015 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 20 | 8.14 |
| 31-Jan-2015 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 20 | 8.14 |
| | Total Disbursements | 67,793.25 |
| | **Total This Invoice**  USD | **67,793.25** |

3