**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No.: 14-10979, *et seq.* (CSS)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel appears in this proceeding as counsel for Steag Energy Services, Inc. ("Steag"). Such counsel hereby enters its appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following:

    Adam Hiller, Esquire
    Brian Arban, Esquire
    Johnna M. Darby, Esquire
    Hiller & Arban, LLC
    1500 N. French Street, 2nd Floor
    Wilmington, Delaware 19801
    Telephone:   (302) 442-7676
    Facsimile:    (302) 442-7045
    Email:        ahiller@hillerarban.com
                     barban@hillerarban.com
                     jdarby@hillerarban.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and the sections of the Bankruptcy Code specified above, but also includes,

without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of Steag's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, set-offs, or recoupments to which Steag is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Steag expressly reserve.

Dated: April 15, 2015
       Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

**/s/ Brian Arban**
Adam Hiller (DE No. 4105)
Brian Arban (DE No. 4511)
Johnna M. Darby (DE No. 5153)
1500 N. French Street, 2nd Floor
Wilmington, Delaware 19801
Main:     302-442-7676
Facsimile:  302-442-7045
Direct:    302-442-7822
Email:    ahiller@hillerarban.com
            barban@hillerarban.com
            jdarby@hillerarban.com

*Counsel to Steag Energy Services, Inc.*