## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2015, I caused copies of the foregoing Notice of Appearance to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix:

Dated: April 15, 2015            /s/ **Brian Arban**
     Wilmington, Delaware            Brian Arban (DE No. 4511)
                                            HILLER & ARBAN, LLC
                                            1500 North French Street, 2nd Floor
                                            Wilmington, Delaware 19801
                                            (302) 442-7676 telephone