Edward O. Sassower, Esquire
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY  10022

Natalie D. Ramsey, Esquire
Davis Lee Wright, Esquire
Mark A. Fink, Esquire
Montgomery McCracken Walker & Rhaods, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801

James H.M. Sprayregen, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL  60654

Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Michael H. Torkin, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Richard L. Schepacarter, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox  No. 35
Wilmington, DE  19801

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards Layton & Finger
920 North King Street
Wilmington, DE  19801

Richard L. Schepacarter, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox  No. 35
Wilmington, DE  19801

Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, California 90245