# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 1105 N. Market St. Suite 700 Wilmington, DE 19801 | Third Monthly Fee Statement 02/01/2015 through 2/28/2015 Docket No. 3946 | $10,261.00 | $191.25 | 04/13/2015 | $7,595.20 | $191.25 | $2,665.80 |

SL1 1361032v2 109285.00006