## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: **D.I. 764, 1578, 1863, 2027, 2461, 2774, 3004, 3309, 3540, 3902** |

### DEBTORS' REPORT OF ASSET TRANSFERS FOR THE PERIOD OF MARCH 1, 2015 THROUGH AND INCLUDING MARCH 31, 2015 IN ACCORDANCE WITH THAT CERTAIN "ORDER ESTABLISHING PROCEDURES TO SELL, TRANSFER, OR ABANDON CERTAIN *DE MINIMIS* ASSETS" [D.I. 764]

PLEASE TAKE NOTICE that, pursuant to the *Order Establishing Procedures to Sell, Transfer, or Abandon Certain De Minimis Assets*, entered June 3, 2014 [D.I. 764] (the "*De Minimis Asset Procedures Order*"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby file this report regarding certain asset sales, transfers and/or abandonments (collectively, the "Transfers") made by the Debtors during the period of March 1, 2015 through and including March 31, 2015 (the "Transfer Period"), listing the Transfers of the Debtors' assets outside of the ordinary course of business pursuant to the *De Minimis* Asset Procedures Order, including the names and addresses of the purchasing party and the types and amounts, if any, of the Transfers. A list of all such Transfers made during the Transfer Period pursuant to the *De Minimis* Asset Procedures Order is attached hereto as **Exhibit A.**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that **Exhibit A** to this report does not list any Transfer of the Debtors' assets made out of the ordinary course of business during the Transfer Period that was subject to a separate motion made to the Court pursuant to 11 U.S.C. § 363(b) or otherwise.

PLEASE TAKE FURTHER NOTICE that the Debtors may have sold, transferred or abandoned certain assets during the Transfer Period that inadvertently have not been listed on **Exhibit A**.  In that case, such Transfers will be disclosed in future reports filed with the Court.

[*Remainder of page intentionally left blank.*]

2

Dated: April 15, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                  defranceschi@rlf.com
                  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:          richard.cieri@kirkland.com
                  edward.sassower@kirkland.com
                  stephen.hessler@kirkland.com
                  brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                  marc.kieselstein@kirkland.com
                  chad.husnick@kirkland.com
                  steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

3

**EXHIBIT A**

**Energy Future Holdings et. al**
**De Minimis Asset Sales Motion Reporting**
**For the Period March 1, 2015 to March 31, 2015**

*De Minimis Asset sales with a sales price less than $250,000*

| Aggregate net sales price |
| --- |
| None recorded during the period March 1, 2015 to March 31, 2015 |

*De Minimis Asset sales / transfers with a sales price greater than $250,000*

| General description of asset sold | Name of purchasing parties incl. details of relationship with TCEH Debtors and their estates | Sales price | Details (incl. amount) of third parties receiving commission |
| --- | --- | --- | --- |
| None recorded during the period March 1, 2015 to March 31, 2015 | | | |

*De Minimis Asset Abandonments with an estimated book value less than $250,000*

| Aggregate estimated book value of abandonments |
| --- |
| None recorded during the period March 1, 2015 to March 31, 2015 |

*De Minimis Asset Abandonments with an estimated book value greater than $250,000*

| General description of asset abandoned | Estimated book value |
| --- | --- |
| None recorded during the period March 1, 2015 to March 31, 2015 | |