IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of **Risa Lynn Wolf-Smith** to represent **Cloud Peak Energy, Inc.** in the above-referenced bankruptcy cases.

Dated: April 10, 2015

Jeffrey C. Wisler (No. 2795)
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
Telephone:   (302) 757-7300
Facsimile:   (302) 658-0380
Email: jwisler@connollygallagher.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Districts of Colorado and California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 07/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: April 10, 2015

Risa Lynn Wolf-Smith
Holland & Hart LLP
555 Seventh Street, Suite 3200
Denver, CO 80202-3979
(303) 295-8011
rwolf@hollandhart.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

#05159788

Dated: April 16th, 2015
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE