## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corp., et. al.,<br><br>Debtors. | ) )<br>) ) Chapter 11<br>) ) Case No. 14-10979 (CSS)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Charles A. Beckham, Jr. of Haynes And Boone, LLP to represent Forest Creek Wind Farm, LLC in this action.

/s/Brian E. Farnan
Firm Name: FARNAN LLP
Address: 919 N. Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
Email: bfarnan@farnanlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Texas and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: 4/13/2015

/s/ Charles A. Beckham, Jr.
Firm Name: HAYNES AND BOONE, LLP
Address: 2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 561-5000
Email: charles.beckham@haynesboone.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: April 16th, 2015**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**