IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      )
                                            )
                                            ) Chapter 11
Energy Future Holdings Corp., et. al.,      )
                                            ) Case No. 14-10979 (CSS)
                        Debtors.            )

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Ian T. Peck of Haynes and Boone, LLP to represent Forest Creek Wind Farm, LLC in this action.

/s/Brian E. Farnan
Firm Name: FARNAN LLP
Address: 919 N. Market Street, 12th Floor
         Wilmington, DE 19801
Phone: (302) 777-0300
Email: bfarnan@farnanlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: 4/13/2015                    /s/ Ian T. Peck
                                   Firm Name: HAYNES AND BOONE, LLP
                                   Address: 2323 Victory Avenue, Suite 700
                                            Dallas, Texas 75219
                                   Phone: (214) 561-5000
                                   Email: ian.peck@haynesboone.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: April 16th, 2015            CHRISTOPHER S. SONTCHI
Wilmington, Delaware               UNITED STATES BANKRUPTCY JUDGE