IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | ) |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] ) | ) |
| ) | Jointly Administered |
| Debtors. ) | ) |
| ) | Objection Deadline: 5/6/2015 |
| ) | Hearing Date: To be determined. |

**FIRST INTERIM FEE APPLICATION OF
PHILLIPS, GOLDMAN & SPENCE, P.A. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS DELAWARE
COUNSEL TO THE FEE COMMITTEE FOR THE PERIOD
SEPTEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

Phillips, Goldman & Spence, P.A. ("PG&S") hereby files this *First Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period September 1, 2014 Through December 31, 2014*, (the "First Interim Fee Application"). In support of this First Interim Fee Application, PG&S states the following:

**Jurisdiction**

1.　The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2.　Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

"Bankruptcy Rules"), the *Order Authorizing the Employment and Retention of Phillips, Goldman & Spence, P.A. as Delaware Counsel to the Fee Committee,* dated January 9, 2015 [Docket No. 3216] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [Docket No. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "Fee Committee Order"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), PG&S Delaware counsel to the Fee Committee (the "Fee Committee") hereby files its First Interim Fee Application for: (i) compensation in the amount of $5,076.00 which is for the reasonable and necessary legal services PG&S rendered to the Fee Committee from September 1, 2014 through December 31, 2014 (the "First Interim Period") and $679.21 in expenses it incurred during this same period for a total due of $5,755.21.

### Itemization of Services Rendered and Disbursements Incurred

3. The Cover Sheet for this First Interim Fee Application provides a breakdown of the professionals that worked on this case, their hourly rate, the total hours each worked and the blended rate of all professionals. It also provides a breakdown by category of the work done. The Cover Sheet also provides a breakdown of costs incurred for the services rendered. Expenses incurred, but not yet billed to the firm will be included in future Fee Applications.

### Monthly Fee Statements Covered Herein

4. Pursuant to the procedures set forth in the Administrative Order, professionals may apply for monthly compensation and reimbursement (each such statement, a "Monthly Fee Statement"), and the notice parties listed in the Administrative Order may object to such request. If no notice party objects to a professional's Monthly Fee Statement within twenty-one (21) days

after the date of service of the Monthly Fee Statement, the professional may submit to the Court a certification of no objections whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

5. Pursuant to the Administrative Order, within forty-five (45) days of the end of the quarter, professionals are to file and serve upon the notice parties a request (an "Interim Fee Application") for interim Court approval and allowance of the Monthly Fee Statement filed during the period covered by the Interim Fee Application. This First Interim Fee Application is being filed outside that time frame because PG&S' retention was only recently approved by the Court. If the Court grants the relief requested by the Interim Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Statements covered by that Interim Fee Application less any amounts previously paid in connection with the Monthly Fee Statements. Any payment made pursuant to the Monthly Fee Statements or any Interim Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

6. This First Interim Fee Application, which is submitted in accordance with the Administrative Order, is the First Interim Fee Application for compensation for services rendered that PG&S has filed with the Bankruptcy Court in connection with these Chapter 11 Cases, and covers the Fee Period of September 1, 2014 through December 31, 2014.

7. PG&S filed the following Monthly Fee Statements for compensation during this First Interim Fee Application period:

    a. *November Fee Statement of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period November 21, 2014 through November 30, 2014* [Docket No. 3582] in which PG&S requested approval of $795.00 in compensation for services rendered and payment of $636.00, which is 80% of those fees requested.

b.  *December Fee Statement of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period December 1, 2014 through December 31, 2014* [Docket No. 3584] in in PG&S requested approval of $4,281.11 in compensation for services rendered and reimbursement of $679.21 in expenses incurred for a total payment of $4,101.01, which is 80% of those fees and 100% of the expenses requested.

8.  The period for objecting to the fees and expense reimbursement requested in the November Fee Statement and the December Fee Statement is March 10, 2015. Once it has passed and if no objections are filed, PG&S will file a Certificate of No Objection with the Court for each Fee Statement, and the Debtors will be authorized to pay the interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

### Previous Interim Fee Applications

9.  PG&S has not filed any previous Interim Fee Applications.

### Proposed Payment Allocation

10. Paragraph 2(b) of the Interim Compensation Order, requires Professionals to allocate the fees and expenses sought in their Applications among (a) Energy Future Holdings Corp., (b) Energy Future Intermediate Holding Company LLC, and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases. As Delaware counsel to the Fee Committee the compensation earned and expenses incurred by PG&S should be allocated evenly amongst the Debtors.

### Summary of Legal Services Rendered

11. During this Interim Fee Period, PG&S:

a.  <u>Case Administration</u>: PG&S familiarized itself with these chapter 11 cases. It uploaded pertinent pleadings and reviewed them. It drafted and filed Motions for Admission *Pro Hac Vice* for six attorneys from Godfrey Kahn, S.C.

      b.    <u>PG&S Fee/Employment Applications</u>: PG&S drafted and engagement letter for the Fee Committee to retain it. It drafted and filed its Retention Application, after approval by the Fee Committee. It filed the Certification of No Objection for its retention Application. It researched the form to be used for Monthly Fee Statements.

      c.    <u>Fee/Employment</u>: PG&S reviewed and filed the Fee Committee Reports regarding the interim fee applications of the professionals in this case.

### Representations

12.    While every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this First Interim Fee Application due to delays caused by accounting and processing during the Fee Period. PG&S reserves the right to make further application for allowance of such fees and expenses not included herein. Subsequent Fee Applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, PG&S requests allowance of its fees incurred during the First Interim period of September 1, 2014 through December 31, 2014 in the in the amount of $5,076.00 and expenses in the amount of $679.21 for a total of $5,755.21, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Date:  April 16, 2015                           PHILLIPS, GOLDMAN & SPENCE, P.A.


                                                 */s/ Stephen W. Spence*
                                      Stephen W. Spence, Esquire (DE#2033)
                                      1200 North Broom Street
                                      Wilmington, DE 19806
                                      Telephone (302) 655-4200
                                      Facsimile (302) 655-4200
                                      sws@pgslaw.com
                                      *Delaware Counsel to the Fee Committee*