Exhibit A: PLAINTIFF-TRUSTEE'S TRIAL EXHIBITS

| Plaintiff Exhibit (PX) No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 1 | 9/1/2007 | | EFIHMW00296476 - EFIHMW00296928 | |
| 2 | 9/28/2007 | | EFIHMW00295630 - EFIHMW00295659 | |
| 3 | 10/8/2007 | | EFIHMW00293115 - EFIHMW00293116 | Moldovan Ex. 06 |
| 3A | 10/8/2007 | | EFIHMW00293117 - EFIHMW00293301 | |
| 3B | 10/8/2007 | | EFIHMW00293302 - EFIHMW00293479 | |
| 3C | 10/8/2007 | | EFIHMW00293480 - EFIHMW00293697 | |
| 3D | 10/8/2007 | | EFIHMW00293698 - EFIHMW00293919 | |
| 4 | 10/24/2007 | | EFIHMW00303787 - EFIHMW00303823 | Moldovan Ex. 08 |
| 5 | 10/24/2007 | | EFIHMW00304204 - EFIHMW00304215 | |
| 6 | 10/24/2007 | | EFIHMW00250066 - EFIHMW00250447 | |
| 7 | 10/25/2007 | | EFIHMW00303415 - EFIHMW00303598 | Moldovan Ex. 07 |
| 8 | 10/26/2007 | | EFIHMW00208122; EFIHMW00208123 - EFIHMW00208622 | Moldovan Ex. 09 |
| 9 | 10/31/2007 | | EFIHMW00254420 - EFIHMW00254581 | Moldovan Ex. 05 |
| 10 | 10/31/2007 | | EFIHMW00283810 - EFIHMW00283812 | Moldovan Ex. 04 |
| 11 | 10/31/2007 | | EFIHMW00206856 - EFIHMW00207009 | Moldovan Ex. 13 |
| 12 | 12/6/2007 | | FIHMW00228232 - FIHMW00228301 | |

Exhibit A: PLAINTIFF-TRUSTEE'S TRIAL EXHIBITS

| Plaintiff Exhibit (PX) No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 13 | 10/5/2009 | | EFIHMW00167828 - EFIHMW00167885 | |
| 14 | 11/10/2009 | | EFIHMW00245719 - EFIHMW00245834 | |
| 15 | 11/16/2009 | EFIH Collateral Trust Agreement, dated November 16, 2009 | | |
| 16 | 11/16/2009 | EFIH Pledge Agreement, dated November 16, 2009 | | |
| 17 | 11/16/2009 | | EFIHMW00103681 - EFIHMW00103912 | |
| 18 | 11/16/2009 | | EFIHMW00103400 - EFIHMW00103675 | |
| 19 | 1/1/2010 | | EFIHMW00084948 - EFIHMW00085027 | |
| 20 | 1/7/2010 | | EFH00003251 - EFH00003468 | |
| 21 | 1/12/2010 | | EFH00003484 - EFH00003705 | |
| 22 | 1/12/2010 | | EFIHMW00151820 - EFIHMW00152037 | |
| 23 | 1/15/2010 | | EFIHMW00250032 - EFIHMW00250063 | |
| 24 | 7/13/2010 | | EFIHMW00275611 - EFIHMW00275615 | |
| 25 | 7/14/2010 | | EFIHMW00096973; EFIHMW00096974 - EFIHMW00097068 | |
| 25A | 7/15/2010 | | EFIHMW00275585 - EFIHMW00275587 | |
| 25B | 7/15/2010 | | CSC000000123 - CSC000000131 | |
| 25C | 7/15/2010 | | CSC000000132 - CSC000000139 | |
| 25D | 7/15/2010 | | CSC000000140 - CSC000000147 | |

Exhibit A: PLAINTIFF-TRUSTEE'S TRIAL EXHIBITS

| Plaintiff Exhibit (PX) No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 26 | 7/16/2010 | | EFIHMW00038410 - EFIHMW00038479 | Moldovan Ex. 03 |
| 27 | 7/16/2010 | | EFIHMW00259707 - EFIHMW00259938 | |
| 28 | 7/29/2010 | | EFIHMW00093688 - EFIHMW00093701 | |
| 29 | 8/11/2010 | | EFIHMW00242305 - EFIHMW00242312 | |
| 30 | 8/12/2010 | | EFIHMW00051935 - EFIHMW00052668 | Moldovan Ex. 12 |
| 31 | 8/13/2010 | | EFIHMW00145573 - EFIHMW00145575 | |
| 32 | 8/17/2010 | | EFIHMW00144188 | Moldovan Ex. 10 |
| 33 | 8/17/2010 | | EFIHMW00144189 - EFIHMW00144335 | Moldovan Ex. 11 |
| 34 | 8/17/2010 | | EFIHMW00090975 - EFIHMW00090976 | Keglevic Ex. 12 |
| 35 | 8/17/2010 | | EFIHMW00144725 - EFIHMW00144734 | |
| 36 | 8/17/2010 | | EFIHMW00144481 - EFIHMW00144483 | |
| 37 | 8/18/2010 | | EFIHMW00090945 - EFIHMW00090948 | |
| 38 | 9/12/2010 | | EFIHMW00084711 - EFIHMW00084715 | Moldovan Ex. 23 |
| 39 | 10/1/2010 | | EFIHMW00014958 - EFIHMW00014975 | |
| 40 | 10/6/2010 | | EFIHMW00139970 - EFIHMW00140140 | Moldovan Ex. 22 |
| 41 | 10/20/2010 | | EFIHMW00077947 - EFIHMW00077994 | |
| 42 | 10/20/2010 | | EFIHMW00079438 - EFIHMW00079594 | |

Exhibit A: PLAINTIFF-TRUSTEE'S TRIAL EXHIBITS

| Plaintiff Exhibit (PX) No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 43 | 11/15/2010 | | EFIHMW00223607 - EFIHMW00223629 | |
| 44 | 1/1/2011 | | EFIHMW00276980 - EFIHMW00276986 | |
| 45 | 2/1/2011 | | EFIHMW00223024 - EFIHMW00223584 | |
| 46 | 4/14/2011 | | EFH00036834 - EFH00036986 | |
| 47 | 4/19/2011 | | EFIHMW00135282 - EFIHMW00135447 | |
| 48 | 4/25/2011 | | EFIHMW00046979 - EFIHMW00047123 | |
| 49 | 4/25/2011 | | EFH00009326 - EFH00009345 | |
| 50 | 11/4/2011 | | EFIHMW00005742; EFIHMW00005743 | Horton Ex. 08 |
| 51 | 2/6/2012 | | EFIHMW00005749 - EFIHMW00005787 | |
| 52 | 2/7/2012 | | EFIHMW00005501 - EFIHMW00005502; EFIHMW00005503 - EFIHMW00005527 | |
| 53 | 4/5/2012 | | EFIHMW00275045; EFIHMW00275046 | Horton Ex. 09 |
| 54 | 5/2/2012 | | EFIHMW00007382; EFIHMW00007383 | Horton Ex. 10 |
| 55 | 8/1/2012 | | EFIHMW00272272 - EFIHMW00272295 | Moldovan Ex. 27 |
| 56 | 8/9/2012 | | EFH00027400 - EFH00027707 | |
| 57 | 8/9/2012 | | EFIHMW00035168 - EFIHMW00035246 | |

Exhibit A: PLAINTIFF-TRUSTEE'S TRIAL EXHIBITS

| Plaintiff Exhibit (PX) No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 58 | 8/9/2012 | | EFIHMW00033915 - EFIHMW00034222 | |
| 59 | 8/9/2012 | | EFIHMW00267704 - EFIHMW00267716 | |
| 60 | 8/14/2012 | | EFIHMW00267786 - EFIHMW00267795 | |
| 61 | 8/14/2012 | | EFIHMW00047349 - EFIHMW00047366 | |
| 62 | 8/14/2012 | | EFIHMW00130717 - EFIHMW00130885 | |
| 63 | 8/17/2012 | | EFIHMW00062543 - EFIHMW00062778 | |
| 64 | 8/17/2012 | | EFIHMW00062780 - EFIHMW00062784 | |
| 65 | 10/18/2012 | | EFH00080017 - EFH00080090 | Horton Ex. 13 |
| 66 | 10/18/2012 | | EFIHMW00058344 - EFIHMW00058417 | |
| 67 | 10/23/2012 | | EFIHMW00006137 - EFIHMW00006152 | |
| 68 | 10/23/2012 | | EFIHMW00056731 - EFIHMW00056779 | |
| 69 | 12/6/2012 | | EFH00080722 - EFH00080826 | |
| 70 | 12/13/2012 | | EFIHMW00053083 - EFIHMW00053285 | Moldovan Ex. 26 |
| 71 | 12/14/2012 | | EFIHMW00053082 | Moldovan Ex. 25 |
| 72 | 12/21/2012 | | EFH00079693 - EFH00079786 | Keglevic Ex. 09 |
| 73 | 12/21/2012 | | EFH00079787 - EFH00079826 | |
| 74 | 12/21/2012 | | EFH2D10011220 - EFH2D10011474 | |

Exhibit A: PLAINTIFF-TRUSTEE'S TRIAL EXHIBITS

| Plaintiff Exhibit (PX) No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 75 | 1/29/2013 | | EFIHMW00270288 - EFIHMW00270329 | Moldovan Ex. 24 |
| 76 | 1/29/2013 | | EFIHMW00270251 - EFIHMW00270349 | |
| 77 | 2/5/2013 | | EFH00002551 - EFH00002621 | Horton Ex. 14 |
| 78 | 3/19/2013 | | EFH00305598 - EFH00305656 | Horton Ex. 15 |
| 79 | 3/27/2013 | | KKR_00000823 - KKR_00000825 | Keglevic Ex. 06 |
| 80 | 4/15/2013 | EFHC Form 8-K | | |
| 81 | 5/1/2013 | | SP_MW_00000732 - SP_MW_00000755 | |
| 82 | 5/29/2013 | | EFH00002642 - EFH00002702 | Horton Ex. 16 |
| 83 | 6/12/2013 | | EFIHMW00047735 - EFIHMW00047739 | Horton Ex. 12 |
| 84 | 6/21/2013 | | EFH2D10047582 | Horton Ex. 26 |
| 85 | 9/20/2013 | | EFH2D10047300 - EFH2D10047418 | |
| 86 | 10/1/2013 | | EFH2D10011811 - EFH2D10011832 | Horton Ex. 25 |
| 87 | 10/1/2013 | | [EFH2D100008735 - [EFH2D100008756 | |
| 88 | 10/15/2013 | EFH entities SEC Form 8-K | | Horton Ex. 19 |
| 89 | 10/19/2013 | | EFIHMW00051200; EFH2D10047298 | Horton Ex. 18 |
| 90 | 10/22/2013 | | EFIHMW00053472 - EFIHMW00053504 | |
| 91 | 10/24/2013 | | BLKS_00006082 - BLKS_00006091 | Horton Ex. 17 |
| 92 | 11/1/2013 | EFH entities SEC Form 8-K, dated November 1, 2013 | | |
| 93 | 3/31/2014 | EFHC Form 8-K | | Horton Ex. 20 |

Exhibit A: PLAINTIFF-TRUSTEE'S TRIAL EXHIBITS

| Plaintiff Exhibit (PX) No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 94 | 4/29/2014 | EFIH First Lien DIP Motion filed Apr. 29, 2014 (Dkt # 74) | | Horton Ex. 03 |
| 95 | 4/29/2014 | Declaration of Paul Keglevic filed Apr. 29, 2014 (Dkt # 98) | | Horton Ex. 04 |
| 96 | 4/29/2014 | | CSC000000039 - CSC000000057 | |
| 97 | 5/6/2014 | EFIH Information Memorandum, dated May 6, 2014 | | |
| 98 | 5/7/2014 | | CSC000000115 - CSC000000122 | |
| 99 | 5/13/2014 | | CSC000000058 - CSC000000114 | |
| 100 | 6/4/2014 | | CSC000000001 - CSC000000038 | |
| 101 | 6/6/2014 | DIP Financing Order, Case No. 14-10979, D.I. 859 (Bankr. D. Del. June 6, 2014) | | |
| 102 | 6/17/2014 | M. Aniero, New Record Low for Average Junk Bond Yield: 4.9%, Barrons (June 17, 2014) | | |
| 103 | 7/16/2014 | NextEra Energy, Inc. Unsolicited Offer to Board of Directors dated July 16, 2014 (Dkt # 1593) | | Horton Ex. 22 |
| 104 | 7/24/2014 | EFH entities SEC Form 8-K, dated July 24, 2014 | | |
| 105 | 11/17/2014 | Amended Notice of 30(b)(6) Deposition dated November 17, 2014 | | Moldovan Ex. 01 |
| 106 | 1/12/2015 | Expert Report of Christopher J. Kearns, dated January 12, 2015 | | |
| 106A | 1/12/2015 | Expert Report of Christopher Kearns - Kearns Exhibit A_Kearns CV | | |
| 106B | 1/12/2015 | Expert Report of Christopher Kearns - Kearns Exhibit B (Revised) - Final EFIH 10% First Lien | | |
| 106C | 1/12/2015 | Expert Report of Christopher Kearns - Kearns Exhibit C - Summary of Indentures Reviewed | | |
| 107 | 1/12/2015 | Expert Report of James Cacioppo, dated January 12, 2015 | | |
| 108 | 1/12/2015 | Expert Report of Michael C. McCarty, dated January 12, 2015 | | |
| 109 | 2/11/2015 | EFIH Draft Global Term Sheet for Debtors, dated February 11, 2015 | | |
| 110 | 3/9/2015 | EFH - Plan Term Sheet | | |
| 111 | 3/9/2015 | Debtors' PowerPoint Presentation re Summary of Draft Term Sheet | | |
| 112 | 3/11/2015 | Computershare - EFIH 2L Prepayment Paydown | | |
| 113 | 3/26/2015 | Citi Research Equities Analyst Report - InfraREIT, Inc. (HIFR) - Addressing the Elephant in the Room - Our Thoughts on Oncor | | |
| 114 | 3/27/2015 | Energy Future E-side creditors draft Hunt-family sponsored POR that values Oncor at USD 18.5bn, Debtwire.com | | |
| 115 | 3/31/2015 | EFIH Form 10-K for fiscal year ended December 31, 2014 | | |
| 116 | 3/31/2015 | EFCH Form 10-K for fiscal year ended December 31, 2014 | | |
| 117 | 3/31/2015 | EFH Form 10-K for fiscal year ended December 31, 2014 | | |

## Exhibit A: PLAINTIFF-TRUSTEE'S TRIAL EXHIBITS

| Plaintiff Exhibit (PX) No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 118 | 4/3/2015 | EFH - Disclosure Statement Motion with Order and Exhibits. | | |
| 119 | 4/3/2015 | EFH - Disclosure Statement [K&E DRAFT] [Confidential] and Exhibits E, F, G | | |
| 120 | 4/3/2015 | EFH DRAFT Plan of Reorganization [K&E 4-3] | | |
| 121 | 4/13/2015 | Bloomberg Trading Chart - EFH 6.5% | | |
| 122 | 4/13/2015 | Bloomberg Trading Chart - EIFH 11.250% | | |
| 123 | 4/13/2015 | Bloomberg Trading Chart - EIFH 11.750% | | |
| 124 | 4/14/2015 | Joint Plan of Reorganization (Dkt. 4142) | | |
| 125 | 4/14/2015 | Disclosure Statement for Joint Plan of Reorganization (Dkt. 4143) | | |
| 125A | 4/14/2015 | Disclosure Statement - Exh. A | | |
| 125B | 4/14/2015 | Disclosure Statement - Exh. B | | |
| 125C | 4/14/2015 | Disclosure Statement - Exh. D | | |
| 125D | 4/14/2015 | Disclosure Statement - Exh. E | | |
| 125E | 4/14/2015 | Disclosure Statement - Exh. F | | |
| 125F | 4/14/2015 | Disclosure Statement - Exh. G | | |
| 126 | 00/00/0000 | | EFIHMW00127341 - EFIHMW00127352 | |
| 127 | 00/00/0000 | | EFIHMW00143783 - EFIHMW00143814 | |
| 128 | 00/00/0000 | | EFIHMW00133181 - EFIHMW00133269 | |
| 129 | 00/00/0000 | Keglevic handwritten calculations | | Keglevic Ex. 04 |
| 130 | 4/29/2014 | Declaration of Stephen Goldstein in Support of the EFIHC and EFIHF Motion for Entry (Dkt. 74) | | Horton Ex. 05 |
| 131 | 4/29/2014 | Declaration of Paul Keglevic in Support of First Day Motions (Dkt. 98) | | |
| 132 | 5/29/2014 | Transcript of Deposition of Paul Keglevic dated May 29, 2014 | | Keglevic Ex. 10 |
| 133 | 6/6/2014 | Transcript of June 6, 2014 Hearing | | Horton Ex. 06 |
| 134 | 6/23/2014 | Transcript of Deposition of David Ying dated June 23, 2014 | | Horton Ex. 21 |
| 135 | 2/12/2015 | Declaration of David Ying (Dkt. 3528) | | |
| 136 | 5/29/2014 | Designations of Deposition of Paul Keglevic, Vol. I | | |
| 137 | 6/23/2014 | Designations of Deposition of David Ying | | |
| 138 | 11/20/2014 | Designations of Deposition of Kristopher Moldovan | | |
| 139 | 12/9/2014 | Designations of Deposition of Anthony Horton | | |
| 140 | 12/10/2014 | Designations of Deposition of Paul Keglevic | | |