# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket No. 3982** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 26, 2015, I caused to be served the "Notice of Fee Statement," dated March 26, 2015, to which was attached the "Monthly Fee Statement of Thompson & Knight LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2015 Through January 31, 2015," dated March 26, 2015 [Docket No. 3982], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
27th day of March, 2015

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2018

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**EXHIBIT A**

# ENERGY FUTURE HOLDINGS CORP, ET AL
## FEE APPLICATION NOTICE PARTIES

| | |
|---|---|
| ENERGY FUTURE HOLDINGS CORP ET AL<br>ATTN: ANDREW M WRIGHT & CECILY GOOCH<br>1601 BRYAN ST 43RD FL<br>DALLAS, TX 75201 | ROBERTA A. DEANGELIS<br>UNITED STATES TRUSTEE – REGION 3<br>ATTN: RICHARD L. SCHEPACARTER<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING ST, ROOM 2207<br>WILMINGTON, DE 19801 |
| ROBERTA A. DEANGELIS<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>ATTN: ANDREA B. SCHWARTZ<br>U.S. FEDERAL BUILDING<br>201 VARICK STREET, ROOM 1006<br>NEW YORK, NY 10014 | SHEARMAN & STERLING LLP<br>(AGENT TO EFIH FIRST LIEN DIP FINANCING FACILITY)<br>ATTN: FREDERICK SOSNICK ESQ & NED SHODEK ESQ<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>(COUNSEL TO AGENT TCEH DIP FINANCING FACILITY)<br>ATTN: EVAN FLECK AND MATTHEW BROD<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | MORRISON & FOERSTER LLP<br>(COUNSEL TO OFFICIAL CREDITORS' COMMITTEE)<br>ATTN: LORENZO MARINUZZI & JENNIFER MARINES<br>250 W 55TH STREET<br>NEW YORK, NY 10019 |
| GODFREY & KAHN, S.C.<br>(COUNSEL TO FEE COMMITTEE)<br>ATTN: KATHERINE STADLER<br>ONE E MAIN STREET<br>MADISON, WI 53703 | |