**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) (Jointly Administered |
| Debtors. | |

**FIRST SUPPLEMENTAL DECLARATION OF NATALIE D. RAMSEY IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(A) AND 1103(A) AND BANKRUPTCY RULES 2014(A) AND 2016(B) APPROVING THE EMPLOYMENT AND RETENTION OF MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP *NUNC PRO TUNC* TO NOVEMBER 5, 2014, AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL TO THE COMMITTEE [D.I. 3121]**

Natalie D. Ramsey, hereby makes this Declaration pursuant to 28 U.S.C. § 1746 and states:

1.     I am a partner in the law firm Montgomery, McCracken, Walker & Rhoads, LLP ("MMWR") and admitted to practice in the State of Delaware, the Commonwealth of Pennsylvania, and the State of New York.

2.     I make this first supplemental affidavit (the "Supplemental Affidavit") in support of the Application (the "Application") of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFH Committee") for an order approving the employment and retention of MMWR as their counsel in the Debtors' bankruptcy cases, in compliance with and to provide disclosure pursuant to sections 329 and 504 of title 11 of the United States Code

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of debtors in these Chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

-1-

(the "Bankruptcy Code"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). Unless otherwise stated in this Supplemental Affidavit, I have personal knowledge of the facts hereinafter set forth. To the extent that any information disclosed herein requires amendment or modification upon MMWR's completion of further analysis, or as additional creditor information becomes available to it, further supplemental affidavits will be submitted to the Court.

3.      The purpose of this Supplemental Affidavit is to update the disclosures contained in my affidavit which was filed with this Court on December 22, 2014 [D.I. 3121] as part of the Application.

4.      This Supplemental Affidavit is submitted pursuant to section 1746 of title 28 of the United States Code.

## Additional Disclosure

5.      On March 26, 2015, Kirkland & Ellis LLP ("K&E") provided MMWR an updated list of potential parties in interest in the Debtors' chapter 11 cases. The additional potential parties in interest are listed on Schedule 1 hereto (collectively, the "Additional Parties"). To comply with the Bankruptcy Rules, MMWR professionals and staff conducted an investigation and analysis of its client records on the Additional Parties. This investigation and analysis was conducted using the same conflict system described in my affidavit filed as part of the Application.

6.      Based on the conflict search conducted to date and described in each of the original affidavit and this Supplemental Affidavit, to the best of my knowledge MMWR has in

the past represented, currently represents, and/or may in the future represent, in matters wholly unrelated to the Debtors' bankruptcy cases, certain parties in interest.

7.      Listed in <u>Schedule 2</u> hereto are the potential parties in interest for whom MMWR has provided client services in the last five (5) years. Based on information provided by those most knowledgeable at MMWR, I do not believe that any single matter is a major engagement that would involve either the billing of fees in excess of one half of one percent (.5%) of MMWR's annual fees billed, or that, in the aggregate for any affiliated group of entities, exceeds one percent (1%) of MMWR's annual fees billed.

8.      The client representations identified in this Supplemental Affidavit and the attached schedules are not related to the Debtors or their chapter 11 cases, and MMWR will not in the future represent any such parties in connection with the Debtors' chapter 11 cases. The client representations identified in this Supplemental Affidavit and the attached schedules are not materially adverse to the EFH Committee. Moreover, pursuant to section 1103(b) of the Bankruptcy Code, MMWR is not disqualified from acting as counsel to the EFH Committee merely because it represents or represented certain of the Debtors' creditors or other parties in interest in matters unrelated to these chapter 11 cases.

9.      By reason of the foregoing, I believe MMWR is eligible for employment and retention by the Debtors pursuant to sections 328(a), 330, 331 and 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

3880234v2

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct as of the date hereof.

Dated: Wilmington, Delaware
      April 17, 2015

                                      Natalie D. Ramsey, Esq. (DE # 5378)
                                        MONTGOMERY, McCRACKEN, WALKER
                                            & RHOADS, LLP
                                      1105 North Market Street, 15th Floor
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 504-7800
                                      Facsimile:  (302) 504-7840
                                      nramsey@mmwr.com

                                      *Counsel for the Official Committee of Unsecured*
                                      *Creditors of Energy Future Holdings Corp., Energy*
                                      *Future Intermediate Holding Company, LLC, EFIH*
                                      *Finance, Inc., and EECI, Inc.*