| Name Searched | Category of Party in Interest | Comments and Status |
|---|---|---|
| **Accenture** | **Claims Register** | **MMWR has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases.[1]** |
| Aetna Inc. | Claims Register | MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases. |
| AT&T Corp | Claims Register | MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases. |
| **Coastal Chemical Co., L.L.C.** | **Claims Register** | **MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases.** |
| **Deutsche Bank Securities, Inc.** | **Claims Register** | **MMWR has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases.** |
| EMC Corp. | Claims Register | MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases. |
| **JP Morgan Chase Bank NA** | **Claims Register** | **MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases.** |
| Level 3 Communications LLC | Claims Register | MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases. |

[1] To the extent an entity is reflected in bold, such entity was previously disclosed by MMWR in connection with its Application.  However, the "Category" listed for that entity was different from that represented here.   MMWR makes this additional disclosure out of an abundance of caution.

| Name Searched | Category of Party in Interest | Comments and Status |
|---|---|---|
| Merrill Lynch, Pierce, Fenner & Smith | Claims Register | MMWR has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases. |
| Microsoft Corp | Claims Register | MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases. |
| Microsoft Licensing GP | Contractual Counterparty | MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases. |
| The Bank of New York Mellon | Claims Register | MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases. |
| Morgan Stanley Capital Services LLC | Claims Register | MMWR has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases.  The individual who performed the work for these entities left MMWR prior to the commencement of the Debtors' Chapter 11 cases. |
| Siemens Industry Inc. | Claims Register | A MMWR professional has served as a mediator in a matter involving this entity wholly unrelated to the Debtors' Chapter 11 cases. |
| The Bank of New York Mellon Trust Company | Claims Register | MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases. |

| | | |
|---|---|---|
| ThyssenKrupp Safeway Inc. | Claims Register | MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases. |
| **US Bank NA** | **Claims Register** | **MMWR has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases.** |
| **Verizon Wireless** | **Claims Register** | **MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases.** |
| **Weir Valves and Controls** | **Claims Register** | **MMWR has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases.** |
| **Wells Fargo Bank, N.A.** | **Claims Register** | **MMWR has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases.** |
| **Wilmington Trust Company** | **Claims Register** | **MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases.** |
| **Weyerhaeuser NR Co.** | **Claims Register** | **MMWR has previously represented and continues to represent this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' Chapter 11 cases.** |