IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
| | ) Case No. 14-10979 (CSS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: D.I. 3947** |

CERTIFICATE OF NO OBJECTION REGARDING THE "THIRD MONTHLY FEE
STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN
ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FROM FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015" (NO
ORDER REQUIRED)

On March 23, 2015, the *Third Monthly Fee Statement For Compensation And Reimbursement*

*Of Expenses  of Cravath, Swaine & Moore LLP ("Cravath")* [D.I. 3947; the "Monthly Fee Statement"]

was filed with this Court and served upon the Notice Parties as required by the **Stipulation**

**and Order Appointing a Fee Committee**, dated August 21, 2014 [D.I. 1896] and the **Order**

**Establishing Procedures for Interim Compensation and Reimbursement of Expenses for**

**Professionals**, dated September 16, 2014 [D.I. 2066]. Under the **Notice of Fee Statement** filed

and served with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be

filed and served in accordance with the foregoing Orders no later than **April 13, 2015 at 4:00**

**p.m.** Eastern Time.

On April 13, 2015, the Fee Committee advised Cravath that, despite the Fee Committee's

reservation of rights to object to the interim expense reimbursement request, the Fee Committee

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The
location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large
number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of
the debtors and the last four digits of their federal tax identification numbers is not provided herein.
A complete list of such information may be obtained on the website of the debtors' claims and
noticing agent at http://www.efhcaseinfo.com.

does not object to the payment of 80% of the fees and 100% of the expenses requested in the

Monthly Fee Statement.  Aside from the foregoing,  the undersigned certifies that no answer,

objection or other response to the Monthly Fee Statement was filed or  served as required, and

that as of April 16, 2015, none appeared on the Court's docket in this case.

Consequently, Energy Future Intermediate Holding Company LLC, debtor and

debtor in possession in the above-captioned case, is authorized to pay Cravath 80% of the fees

and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this

Certificate without the need for a further Court order. A summary of the fees and expenses that

Cravath seeks is attached as **Exhibit A**.

Dated: April 17, 2015

STEVENS & LEE, P.C.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
1105 North Market Street, Suite 700
Wilmington, DE 19801
Telephone: (302) 425-3310
Email: jhh@stevenslee.com

and

Richard Levin
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1978
Email: rlevin@cravath.com

*Attorneys for Debtor Energy Future*
*Intermediate Holding Company LLC*

SL1 1361028v1 109285.00005