## EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue, New York, NY 10024 | Third Monthly Fee Statement 02/01/2015 through 02/28/2015 Docket No. 3947 | $459,449.50 | $11,593.16 | Apr. 13, 2015 | $367,559.60 | $11,593.16 | $91,889.90 |