UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Energy Future Holdings Corporation, | : |  |
| *et al.,*[1] | : |  |
|  | : | Case No. 14-10979 (CSS) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

**AFFIDAVIT OF SERVICE**

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Adam J. Gorman, being duly sworn, depose and state:

1.      I am a Senior Project Manager with Garden City Group, LLC,[2] the proposed claims and noticing agent for the Debtor-in-Possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1925, Chicago, Illinois 60603.

2.      On April 16, 2015, at the direction of Phillips, Goldman & Spence, P.A., Delaware Counsel to the Fee Committee, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties):

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

- **First Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period September 1, 2014 through December 31, 2014** [Docket No. 4188].



Adam J. Gorman

Sworn to before me this 17th day of
April, 2015

Jeffrey C. Demma
Notary Public, State of Illinois
No. 664611
Qualified in Will County
Commission Expires: December 1, 2018

JEFFREY C. DEMMA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 01, 2018

2

# EXHIBIT A

ABRAMS & BAYLISS LLP
ATTN: JOHN M. SEAMAN
20 MONTCHANIN ROAD, SUITE 200
WILMINGTON, DE 19807

ABRAMS & BAYLISS LLP
ATTN: KEVIN G. ABRAMS
20 MONTCHANIN ROAD, SUITE 200
WILMINGTON, DE 19807

AKERMAN LLP
ATTN: SUNDEEP S. SIDHU
420 S. ORANGE AVENUE, SUITE 1200
ORLANDO, FL 32801-4904

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: ABID QURESHI
ONE BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: CHRISTOPHER CARTY
ONE BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: IRA DIZENGOFF
ONE BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: JOANNA NEWDECK
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVENUE, NW
WASHINGTON, DC 20036-1564

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: LINDSAY ZAHRADKA
ONE BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MEREDITH LAHAIE
ONE BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: ROBERT BOLLER
ONE BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: SCOTT ALBERINO
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVENUE, NW
WASHINGTON, DC 20036-1564

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: STEPHEN BALDINI
ONE BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: COURTENEY F HARRIS, ESQ
14910 ALDINE WESTFIELD RD
HOUSTON, TX 77032

ALVAREZ & MARSAL
ATTN: PAUL KINEALY
55 WEST MONROE, SUITE 4000
CHICAGO, IL 60603

AMERICAN STOCK TRANSFER & TRUST CO, LLC
GENERAL COUNSEL
6201 15TH AVENUE
BROOKLYN, NY 11219

AMERICAN STOCK TRANSFER & TRUST COMPANY LLC
ATTN: PAUL KIM
6201 15TH AVENUE
BROOKLYN, NY 11219

ANDREWS KURTH LLP
ATTN: LINO MENDIOLA
111 CONGRESS AVENUE SUITE 1700
AUSTIN, TX 78701

ASHBY & GEDDES, P.A.
ATTN: GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON, DE 19899

ASHBY & GEDDES, P.A.
ATTN: WILLIAM BOWDEN ESQ
PO BOX 1150
WILMINGTON, DE 19899

BAILEY BRAUER PLLC
ATTN: BENJAMIN L. STEWART
CAMPBELL CENTRE I
8350 N. CENTRAL EXPY, SUITE 935
DALLAS, TX 75206

BAKER BOTTS LLP
ATTN: IAN E. ROBERTS
2001 ROSS AVE.
DALLAS, TX 75201-2980

BAKER BOTTS LLP
ATTN: JAMES PRINCE
2001 ROSS AVE.
DALLAS, TX 75201-2980

BAKER BOTTS LLP
ATTN: OMAR J. ALANIZ
2001 ROSS AVE.
DALLAS, TX 75201-2980

BALLARD SPAHR LLP
ATTN: MATTHEW G SUMMERS ESQ
919 N MARKET ST 11TH FL
WILMINGTON, DE 19801

BAYARD PA
ATTN: NEIL GLASSMAN ESQ
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BINGHAM MCCUTCHEN LLP
ATTN: CHRISTOPHER L. CARTER ESQ
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JULIA FROST-DAVIES ESQ
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BLANK ROME LLP
ATTN: MICHAEL B. SCHAEDLE
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

BLANK ROME LLP
ATTN: MICHAEL DEBAECKE
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN: STANLEY TARR
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLUME  FAULKNER  SKEEN & NORTHAM PLLC
ATTN: BRETTON C. GERARD
111 W. SPRING VALLEY ROAD, SUITE 250
RICHARDSON, TX 75081

BRICKFIELD, BURCHETTE, RITTS & STONE, PC
ATTN: CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, NW
WASHINGTON, DC 20007

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN RUDNICK LLP
ATTN:  ANDREW STREHLE ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
ATTN: EDWARD WEISFELNER ESQ
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM STREET
HARTFORD, CT 06103

BROWN RUDNICK LLP
ATTN: JEFFREY JONAS ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BRYAN CAVE LLP
ATTN: ROBERT E. PEDERSEN
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-3300

BRYAN CAVE LLP
ATTN: STEPHANIE WICKOUSKI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

BUCHANAN INGERSOLL & ROONEY PC
ATTN: KATHLEEN A. MURPHY
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

CARMODY MACDONALD P.C.
ATTN: GREGORY D. WILLARD
120 S. CENTRAL AVENUE, SUITE 1800
SAINT LOUIS, MO 63105

CHADBOURNE & PARKE LLP
ATTN: CHRISTY RIVERA
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

CHADBOURNE & PARKE LLP
ATTN: DAVID M. LEMAY
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

CIARDI CIARDI & ASTIN
ATTN: DANIEL K ASTIN
1204 N KING STREET
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
ATTN: J MCLAUGHLIN JR
1204 N KING STREET
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
ATTN: J MCMAHON JR
1204 N KING STREET
WILMINGTON, DE 19801

CITIBANK, N.A.
ATTN: ANNEMARIE E. PAVCO
SECURITIES PROCESSING SENIOR ANALYST
GLOBAL LOANS, 1615 BRETT RD., OPS III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ATTN: ERIC O. LIGAN, VICE PRESIDENT
388 GREENWICH ST 32ND FL
NEW YORK, NY 10013

CITIBANK, N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK, NY 10013

CITIBANK, N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ZORI MIGLIORINI,STANDBY LETTER
OF CREDIT DEPT, AS FRONTING BANK
388 GREENWICH ST, 21ST FL
NEW YORK, NY 10013

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON STREET
FORT WORTH, TX 76102

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: SEAN O'NEAL
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS MOLONEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COHEN & GRIGSBY, P.C.
ATTN: THOMAS D. MAXSON
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

COHEN & GRIGSBY, P.C.
ATTN: WILLIAM E. KELLEHER, JR.
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX
OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN, TX 78711-2548

COMPUTERSHARE
ATTN: TINA VITALE, BA; LL.B.
480 WASHINGTON BLVD
JERSEY CITY, NJ 07310

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN: ALESSANDRA PANSERA
1500 UNIVERSITY ST., SUITE 700
MONTREAL QC H3A 3S8 CANADA

COWLES & THOMPSON
ATTN: STEPHEN C. STAPLETON
BANK OF AMERICA PLAZA
901 MAIN STREET, SUITE 3900
DALLAS, TX 75202

COZEN O'CONNOR
ATTN: MARK E. FELGER
1201 NORTH MARKET STREET, SUITE 1001
WILMINGTON, DE 19801

CRAVATH SWAIN & MOORE LLP
ATTN: RICHARD LEVIN ESQ
WORLDWIDE PLAZA
825 EIGHTH AVE
NEW YORK, NY 10019-7475

CROSS & SIMON, LLC
ATTN: MICHAEL J. JOYCE ESQ
1105 N MARKET ST STE 901
WILMINGTON, DE 19801

CROWE & DUNLEVY, PC
ATTN: JUDY HAMILTON MORSE
324 N ROBINSON AVE STE 100
OKLAHOMA CITY, OK 73102-6417

CSC TRUST COMPANY OF DELAWARE
ATTN: SANDRA E. HORWITZ
MANAGING DIRECTOR
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808

DAVIS POLK & WARDWELL LLP
ATTN: BENJAMIN KAMINETZKY
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DAVIS POLK & WARDWELL LLP
ATTN: DAMON MEYER
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DAVIS POLK & WARDWELL LLP
ATTN: ELLIOT MOSKOWITZ
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DAVIS POLK & WARDWELL LLP
ATTN: MARSHALL HUEBNER
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DEUTSCHE BANK
ATTN: MARCUS M. TARKINGTON
60 WALL STREET (NYCC60-0266)
NEW YORK, NY 10005-2836

DORSEY & WHITNEY DELAWARE LLP
ATTN: ALESSANDRA GLORIOSO
300 DELAWARE AVENUE, SUTIE 1010
WILMINGTON, DE 19801

DORSEY & WHITNEY DELAWARE LLP
ATTN: ERIC LOPEZ SCHNABEL
300 DELAWARE AVENUE, SUTIE 1010
WILMINGTON, DE 19801

DORSEY & WHITNEY DELAWARE LLP
ATTN: ROBERT W. MALLARD
300 DELAWARE AVENUE, SUTIE 1010
WILMINGTON, DE 19801

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN
222 DELAWARE AVE., STE. 1410
WILMINGTON, DE 19801-1621

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE
222 DELAWARE AVE., STE. 1410
WILMINGTON, DE 19801-1621

DYKEMA GOSSETT PLLC
ATTN: JEFFREY R. FINE
1717 MAIN ST, SUITE 4230
DALLAS, TX 75201-7308

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN: RONALD L ROWLAND, AGENT
307 INTERNATIONAL CIRCLE STE 270
COCKEYSVILLE, MD 21030

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: CECILY GOOCH
1601 BRYAN STREET, 43RD FLR.
DALLAS, TX 75201

EPIQ BANKRUPTY SOLUTIONS, LLC
ATTN: JAMES KATCHADURIAN, E.V.P.
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017

FOLEY & LARDNER LLP
ATTN: HAROLD KAPLAN ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOLEY & LARDNER LLP
ATTN: LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOLEY & LARDNER LLP
ATTN: MARK HEBBELN ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
ATTN: JEFFREY SCHLERF
919 NORTH MARKET STREET, SUITE 300
WILMINGTON, DE 19801

FOX ROTHSCHILD LLP
ATTN: JOHN STROCK
919 NORTH MARKET STREET, SUITE 300
WILMINGTON, DE 19801

FOX ROTHSCHILD LLP
ATTN: L. JOHN BIRD
919 NORTH MARKET STREET, SUITE 300
WILMINGTON, DE 19801

FRANKGECKER LLP
ATTN REED HEILIGMAN ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654

FRANKGECKER LLP
ATTN: FRANCES GECKER ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654

FRANKGECKER LLP
ATTN: JOSEPH D FRANK ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: BRAD E. SCHELER
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: GARY L. KAPLAN
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: MATTHEW M. ROOSE
ONE NEW YORK PLAZA
NEW YORK, NY 10004

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO
1000 LOUISIANA, STE. 3400
HOUSTON, TX 77002

GARDERE WYNNE SEWELL LLP
ATTN: MICHAEL K. RIORDAN
1000 LOUISIANA, STE. 3400
HOUSTON, TX 77002

GAY MCCALL ISAACKS GORDON & ROBERTS PC
ATTN: DUSTIN L BANKS ESQ
1919 S SHILOH RD STE 310 LB 40
GARLAND, TX 75042

GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C.
ATTN: DAVID MCCALL
777 E. 15TH ST.
PLANO, TX 75074

GELLERT SCALI BUSENKELL & BROWN, LLC
ATTN: MICHAEL G. BUSENKELL
913 N. MARKET STREET, 10TH FLOOR
WILMINGTON, DE 19801

GIBBONS PC
ATTN: DALE E BARNEY ESQ
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GIBBONS PC
ATTN: NATASHA M SONGONUGA ESQ
1000 N WEST ST STE 1200
WILMINGTON, DE 19801-1058

GODFREY & KAHN, S.C.
ATTN: KATHERIN STADLER
ONE EAST MAIN STREET
MADISON, WI 53703

GOODWIN PROCTER LLP
ATTN: KIZZY L. JARASHOW
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

GOODWIN PROCTER LLP
ATTN: WILLIAM P. WEINTRAUB
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

HAYNES AND BOONE LLP
ATTN: JONATHAN HOOK
30 ROCKEFELLER CENTER, 26TH FLOOR
NEW YORK, NY 10112

HAYNES AND BOONE LLP
ATTN: PATRICK L. HUGHES
1221 MCKINNEY ST STE 2100
HOUSTON, TX 77010

HAYNES AND BOONE, LLP
ATTN: IAN T. PECK
201 MAIN STREET, SUITE 2200
FORT WORTH, TX 76102-3126

HINCKLEY ALLEN
ATTN: JENNIFER V. DORAN
28 STATE STREET
BOSTON, MA 02109

HOLLAND & KNIGHT LLP
ATTN: CHRISTINE C RYAN ESQ
800 17TH ST NW STE 1100
WASHINGTON, DC 20006

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN, UT 84201

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JACKSON WALKER, LLP
ATTN: J. SCOTT ROSE
WESTON CENTRE
112 E. PECAN STREET, SUITE 2400
SAN ANTONIO, TX 78205

JACKSON WALKER, LLP
ATTN: MONICA S. BLACKER
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

JONES DAY
ATTN: MICHAEL L. DAVITT
2727 NORTH HARWOOD STREET
DALLAS, TX 75201

JONES DAY
ATTN: PATRICIA VILLAREAL
2727 NORTH HARWOOD STREET
DALLAS, TX 75201

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN: ANDREW GLENN
1633 BROADWAY
NEW YORK, NY 10019

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN: DANIEL FLIMAN
1633 BROADWAY
NEW YORK, NY 10019

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN: DAVID ROSNER
1633 BROADWAY
NEW YORK, NY 10019

KELLEY DRYE & WARREN LLP
ATTN: GILBERT R. SAYDAH
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: GILBERT R. SAYDAH
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR
101 PARK AVENUE
NEW YORK, NY 10178

KELLY HART & HALLMAN LLP
ATTN: CLAY TAYLOR ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KELLY HART & HALLMAN LLP
ATTN: KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KELLY HART & HALLMAN LLP
ATTN: MICHAEL MCCONNELL ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KIRKLAND & ELLIS LLP
ATTN: BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: CHAD HUSNICK ESQ
300 N LASALLE
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN: EDWARD SASSOWER PC
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN, P.C.
300 N LASALLE
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN: RICHARD CIERI ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: STEPHEN HESSLER ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN: RAYMOND H. LEMISCH
919 MARKET STREET, SUITE 1000
WILMINGTON, DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: GREGORY HOROWITZ
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: JOSHUA BRODY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LACKEY HERSHMAN, LLP
ATTN: JAMIE R WELTON ESQ
3102 OAK LAWN AVE STE 777
DALLAS, TX 75219

LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS
919 MARKET ST STE 1800
WILMINGTON, DE 19801

LANDIS RATH & COBB LLP
ATTN: MATTHEW B. MCGUIRE
919 MARKET ST STE 1800
WILMINGTON, DE 19801

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: FRANK GODINO, VP
400 MADISON AVE STE 4D
NEW YORK, NY 10017

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA, TX 77868

LAW OFFICES OF ROBERT E LUNA PC
ATTN: DANIEL K BEARDEN ESQ
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER ESQ
2777 N STEMMONS FREEWAY, SUITE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE WADE SANDERS
P.O. BOX 17428
AUSTIN, TX 78760

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: JOHN P DILLMAN ESQ
PO BOX 3064
HOUSTON, TX 77253-3064

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701

LOCKE LORD LLP
ATTN: C. DAVIN BOLDISSAR ESQ
601 POYDRAS ST STE 2660
NEW ORLEANS, LA 70130-6036

LOCKE LORD LLP
ATTN: PHILIP EISENBERG ESQ
2800 JPMORGAN CHASE TOWER
600 TRAVIS
HOUSTON, TX 77002

LOWER COLORADO RIVER AUTHORITY
ATTN: PHIL WILSON
TRANSMISSION SERVICES CORP
3700 LAKE AUSTIN BLVD.
AUSTIN, TX 78703

LOWER COLORADO RIVER AUTHORITY
LOWER COLORADO RIVER AUTHORITY TRANSMISSION
SERVICES CORPORATION (LCRA TSC)
LEGAL SERVICES, ATTN: WILLIAM T. MEDAILLE
PO BOX 220
AUSTIN, TX 78767

MANION GAYNOR & MANNING LLP
ATTN: MARC PHILLIPS ESQ
THE NEMOURS BUILDING
1007 N ORANGE ST 10TH FL
WILMINGTON, DE 19801

MARGOLIS EDELSTEIN
ATTN: AMY D. BROWN
300 DELAWARE AVENUE, SUITE 800
WILMINGTON, DE 19801

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT
300 DELAWARE AVENUE, SUITE 800
WILMINGTON, DE 19801

MASLON EDELMAN BORMAN & BRAND, LLP
ATTN: ANA CHILINGARISHVILI
90 SOUTH SEVENTH STREET, SUITE 3300
MINNEAPOLIS, MN 55402

MASLON EDELMAN BORMAN & BRAND, LLP
ATTN: CLARK T. WHITMORE
90 SOUTH SEVENTH STREET, SUITE 3300
MINNEAPOLIS, MN 55402

MASLON EDELMAN BORMAN & BRAND, LLP
ATTN: KOREY G. KALLSTROM
90 SOUTH SEVENTH STREET, SUITE 3300
MINNEAPOLIS, MN 55402

MCCATHERN, PLLC
ATTN: JONATHAN L. HOWELL
REGENCY PLAZA
3710 RAWLINS, SUITE 1600
DALLAS, TX 75219

MCCREARY, VESELKA, BRAGG & ALLEN, PC
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK, TX 78680

MCKOOL SMITH
ATTN: MICHAEL R. CARNEY
ONE BRYANT PARK, 47TH FLOOR
NEW YORK, NY 10036

MCKOOL SMITH
ATTN: PAUL D. MOAK, ESQ.
600 TRAVIS STREET, SUITE 7000
HOUSTON, TX 77002

MCKOOL SMITH
ATTN: PETER S. GOODMAN
ONE BRYANT PARK, 47TH FLOOR
NEW YORK, NY 10036

MICHAEL G. SMITH
111 NORTH 6TH STREET
PO BOX 846
CLINTON, OK 73601

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: EVAN R. FLECK
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: JONATHAN BROWN
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: KAREN GARTENBERG
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: MATTHEW BROD
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
ATTN: DAVIS LEE WRIGHT ESQ
1105 N MARKET ST STE 1500
WILMINGTON, DE 19801

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
ATTN: NATALIE D RAMSEY ESQ
1105 N MARKET ST STE 1500
WILMINGTON, DE 19801

MORGAN LEWIS BOCKIUS LLP
ATTN  JULIA FROST-DAVIES
ONE FEDERAL ST
BOSTON, MA 02119

MORGAN LEWIS BOCKIUS LLP
ATTN CHRISTOPHER L CARTER
ONE FEDERAL ST
BOSTON, MA 02119

MORGAN LEWIS BOCKIUS LLP
ATTN PATRICK STRAWBRIDGE
ONE FEDERAL ST
BOSTON, MA 02119

MORRIS JAMES LLP
ATTN: STEPHEN M. MILLER
PO BOX 2306
WILMINGTON, DE 19899-2306

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: ANDREW REMMING
1201 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: DERK ABBOTT
1201 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: ERIN FAY
1201 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
ATTN: BRETT H MILLER ESQ
250 W 55TH ST
NEW YORK, NY 10019

MORRISON & FOERSTER LLP
ATTN: JAMES PECK ESQ
250 W 55TH ST
NEW YORK, NY 10019

MORRISON & FOERSTER LLP
ATTN: JENNIFER MARINES
250 W. 55TH STREET
NEW YORK, NY 10019

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI ESQ
250 W 55TH ST
250 W 55TH ST
NEW YORK, NY 10019

MUNSCH HARDT KOPF & HARR PC
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS, TX 75201-6659

MUNSCH HARDT KOPF & HARR PC
ATTN: RUSSELL L MUNSCH ESQ
3050 FROST BANK TOWER
401 CONGRESS AVE
AUSTIN, TX 78701-4071

MYERS HILL
ATTN: ROBERT J. MYERS
2525 RIDGMAR BLVD., STE. 150
FORT WORTH, TX 76116

NAMAN HOWELL SMITH & LEE PLLC
ATTN: KERRY L HALIBURTON ESQ
PO BOX 1470
WACO, TX 76703-1470

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTN: GEORGE B. CAUTHEN
1320 MAIN STREET, 17TH FLOOR
PO BOX 11070 (29211)
COLUMBIA, SC 29201

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTN: JODY A. BEDENBAUGH
1320 MAIN STREET, 17TH FLOOR
PO BOX 11070 (29211)
COLUMBIA, SC 29201

NIXON PEABODY
ATTN: AMANDA D. DARWIN
100 SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY
ATTN: RICHARD C. PEDONE
100 SUMMER STREET
BOSTON, MA 02110

OFFICE OF THE TEXAS ATTORNEY GENERAL
ATTN: ASHLEY BARTRAM ESQ
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE TEXAS ATTORNEY GENERAL
ATTN: HAL F. MORRIS ESQ
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: ELLEN SLIGHTS, ESQ.
PO BOX 2046
WILMINGTON, DE 19899-2046

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

O'KELLY ERNST & BIELLI LLC
ATTN SHANNON DOUGHERTY
901 N  MARKET ST STE 100
WILMINGTON, DE 19801

O'KELLY ERNST & BIELLI LLC
ATTN: DAVID M KLAUDER
901 N  MARKET ST STE 100
WILMINGTON, DE 19801

O'MELVENY & MYERS LLP
ATTN: GEORGE A. DAVIS
7 TIMES SQUARE
NEW YORK, NY 10036

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES
PO BOX 8705
WILMINGTON, DE 19899

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: ROBERT FEINSTEIN
PO BOX 8705
WILMINGTON, DE 19899

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: CRAIG W. DENT
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DANIEL A. LOWENTHAL
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ALAN KORNBERG
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: BRIAN HERMANN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: KELLEY CORNISH
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
ATTN: CRAIG YAMAOKA, SENIOR FINANCIAL ANALYST
1200 K STREET, NW
WASHINGTON, DC 20005

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
ATTN: JON CHATALIAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
OFFICE OF THE CHIEF COUNSEL
ATTN: DESIREE M. AMADOR, ATTY
1200 K STREET, N.W.
WASHINGTON, DC 20005-4026

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA CALVO ESQ
500 E BORDER ST STE 640
ARLINGTON, TX 76010-7457

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: JOHN T BANKS ESQ
3301 NORTHLAND DR STE 505
AUSTIN, TX 78731

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON, TX 77008

PERDUE BRANDON FIELDER COLLINS & MOTT LP
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX 76307

PERKINS COIE LLP
ATTN: TINA N MOSS
30 ROCKEFELLER PLAZA 22ND FL
NEW YORK, NY 10112-0015

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
ATTN: GREGORY T. DONILON, ESQ.
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
ATTN: KEVIN M. CAPUZZI
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

POLSINELLI PC
ATTN: CHRISTOPHER WARD ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

POLSINELLI PC
ATTN: EDWARD FOX ESQ
900 THIRD AVE 21ST FL
NEW YORK, NY 10022

POLSINELLI PC
ATTN: JUSTIN EDELSON ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

POLSINELLI PC
ATTN: SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP
ATTN: MATTHEW T. TAPLETT
500 WEST 7TH STREET, SUITE 600
FORT WORTH, TX 76102

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP
ATTN: MICHAEL L. ATCHLEY
500 WEST 7TH STREET, SUITE 600
FORT WORTH, TX 76102

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN ESQ
PO BOX 951
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN ESQ
PO BOX 951
WILMINGTON, DE 19801

PROSKAUER ROSE LLP
ATTN MARK K THOMAS
THREE FIRST NATIONAL PLAZA
70 W MADISON ST STE 3800
CHICAGO, IL 60602

PROSKAUER ROSE LLP
ATTN PETER J YOUNG
THREE FIRST NATIONAL PLAZA
70 W MADISON ST STE 3800
CHICAGO, IL 60602

PROSKAUER ROSE LLP
ATTN: JEFF J MARWIL
THREE FIRST NATIONAL PLAZA
70 W MADISON ST STE 3800
CHICAGO, IL 60602

PURDUE AWSUMB & BAUDLER PA
ATTN: AMY R BAUDLER
4700 W 77TH ST STE 240
MINNEAPOLIS, MN 55435

QUARLES & BRADY LLP
ATTN: JASON D. CURRY
RENAISSANCE ONE
TWO NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2391

QUARLES & BRADY LLP
ATTN: JOHN A. HARRIS
RENAISSANCE ONE
TWO NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2391

REED SMITH LLP
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: AMY M. TONTI, ESQ.
REED SMITH CENTRE
225 FIFTH AVENUE, SUITE 1200
PITTSBURGH, PA 15222

REED SMITH LLP
ATTN: KIMBERLY E.C. LAWSON
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: KURT F. GWYNE
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: RICHARD A. ROBINSON
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

RICHARDS LAYTON & FINGER
ATTN: DANIEL J DEFRANCESCHI ESQ
920 N KING ST
WILMINGTON, DE 19801

RICHARDS LAYTON & FINGER
ATTN: JASON M MADRON ESQ
920 N KING ST
WILMINGTON, DE 19801

RICHARDS LAYTON & FINGER
ATTN: MARK D COLLINS ESQ
920 N KING ST
WILMINGTON, DE 19801

RIDDELL WILLIAMS P.S.
ATTN: HILARY B. MOHR
1001 - 4TH AVENUE, SUITE 45OO
SEATTLE, WA 98154

RIDDELL WILLIAMS P.S.
ATTN: JOSEPH E. SHICKICH, JR.
1001 - 4TH AVENUE, SUITE 45OO
SEATTLE, WA 98154

ROPES & GRAY LLP
ATTN: MARK R. SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN PAMELA A BOSSWICK
230 PARK AVE
NEW YORK, NY 10169

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER R BELMONTE
230 PARK AVE
NEW YORK, NY 10169

SAUL EWING LLP
ATTN: MARK MINUTI ESQ
PO BOX 1266
WILMINGTON, DE 19899

SEARCY & SEARCY, P.C.
ATTN: CALLAN CLARK SEARCY
PO BOX 3929
LONGVIEW, TX 75606

SEARCY & SEARCY, P.C.
ATTN: JASON R. SEARCY
PO BOX 3929
LONGVIEW, TX 75606

SEARCY & SEARCY, P.C.
ATTN: JOSHUA P. SEARCY
PO BOX 3929
LONGVIEW, TX 75606

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SEWARD & KISSEL LLP
ATTN: ARLENE ALVES
ONE BATTERY PARK PLAZA
NEW YORK, NY 10014

SEWARD & KISSEL LLP
ATTN: JOHN ASHMEAD
ONE BATTERY PARK PLAZA
NEW YORK, NY 10014

SEWARD & KISSEL LLP
ATTN: KALYAN DAS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10014

SHEARMAN & STERLING LLP
ATTN: FREDERIC SOSNICK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

SHEARMAN & STERLING LLP
ATTN: NED SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

SHEEHY, LOVELACE & MAYFIELD, PC
ATTN: STEVEN M. BURTON
510 N. VALLEY MILLS DR., SUITE 500
WACO, TX 76710

SILLS CUMMIS & GROSS P.C.
ATTN: VALERIE A. HAMILTON, ESQ.
600 COLLEGE ROAD EAST
PRINCETON, NJ 08540

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: CARL T. TULLSON
155 NORTH WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: GEORGE N. PANAGAKIS
155 NORTH WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JAY M. GOFFMAN
FOUR TIMES SQUARE
NEW YORK, NY 10036-6522

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: KRISTHY M. PEGUERO
PO BOX 636
WILMINGTON, DE 19899-0636

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: MARK S. CHEHI
PO BOX 636
WILMINGTON, DE 19899-0636

SMITH, KATZENSTEIN & JENKINS LLP
ATTN: KATHLEEN M. MILLER
PO BOX 410
WILMINGTON, DE 19899

SNELL & WILMER LLP
ATTN: DAVID E. LETA
15 WEST SOUTH TEMPLE, SUITE 1200
SALT LAKE CITY, UT 84101

SQUIRE SANDERS (US) LLP
ATTN: ANDREW M. SIMON
221 E. FOURTH ST., SUITE 2900
CINCINNATI, OH 45202

SQUIRE SANDERS (US) LLP
ATTN: STEPHEN D. LERNER
221 E. FOURTH ST., SUITE 2900
CINCINNATI, OH 45202

STEFFES VINGIELLO & MCKENZIE LLC
ATTN: NOEL STEFFES MELANCON
13702 COURSEY BLVD BLDG 3
BATON ROUGE, LA 70817

STEVENS & LEE PC
ATTN: JOSEPH H HUSTON JR
1105 N MARKET ST STE 700
WILMINGTON, DE 19801

STREUSAND, LANDON & OZBURN, LLP
ATTN: SABRINA L. STREUSAND
811 BARTON SPRINGS RD, STE. 811
AUSTIN, TX 78704

SULLIVAN & CROMWELL LLP
ATTN BRIAN D GLUECKSTEIN
125 BROAD ST
NEW YORK, NY 10004

SULLIVAN & CROMWELL LLP
ATTN MICHAEL H TORKIN
125 BROAD ST
NEW YORK, NY 10004

SULLIVAN & CROMWELL LLP
ATTN: ANDREW G DIETDERICH
125 BROAD ST
NEW YORK, NY 10004

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: ELIHU E. ALLINSON, III
901 N. MARKET STREET, SUITE 1300
WILMINGTON, DE 19801

TAYLOR ENGLISH DUMA LLP
ATTN: STEPHEN C. GREENBERG
1600 PARKWOOD CIRCLE, SUITE 400
ATLANTA, GA 30339

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: DENNIS ROEMLEIN
601 TRAVIS ST, 16TH FLOOR
HOUSTON, TX 77002

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: RAFAEL MARTINEZ,VP - CSM
601 TRAVIS STREET, 16TH FL
HOUSTON, TX 77002

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: THOMAS VLAHAKIS,VP
385 RIFLE CAMP RD, 3RD FL
WOODLAND PARK, NJ 07424

THE HOGAN FIRM
ATTN: DANIEL K HOGAN ESQ
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

THE HOGAN FIRM
ATTN: GARVAN F MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19806

THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS
ATTN: ANDREW S CONWAY ESQ
200 EAST LONG LAKE RD STE 300
BLOOMFIELD HILLS, MI 48304

THE UNIVERSITY OF TEXAS SYSTEM
OFFICE OF GENERAL COUNSEL
ATTN: TRACI L COTTON
201 W SEVENTH ST
AUSTIN, TX 78701

THOMPSON COBURN LLP
ATTN: DAVID D. FARRELL
ONE US BANK PLAZA, SUITE 3200
SAINT LOUIS, MO 63101

TRAVIS COUNTY
ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY
PO BOX 1748
AUSTIN, TX 78767

TROUTMAN SANDERS LLP
ATTN: BRETT GOODMAN ESQ
THE CHRYSLER BUILDING
405 LEXINGTON AVE
NEW YORK, NY 10174

TROUTMAN SANDERS LLP
ATTN: HUGH MCDONALD ESQ
THE CHRYSLER BUILDING
405 LEXINGTON AVE
NEW YORK, NY 10174

TROUTMAN SANDERS LLP
ATTN: LOUIS CURCIO ESQ
THE CHRYSLER BUILDING
405 LEXINGTON AVE
NEW YORK, NY 10174

TUCKER ARENSBERG, P.C.
ATTN: JORDAN S. BLASK
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

TUCKER ARENSBERG, P.C.
ATTN: LARA E. SHIPKOVITZ
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

TW TELECOM INC
ATTN: LINDA BOYLE
10475 PARK MEADOWS DR #400
LITTLETON, CO 80124

UMB BANK, N.A.
ATTN: LAURA ROBERSON
VICE PRESIDENT
2 SOUTH BROADWAY, SUITE 600
ST. LOUIS, MO 63102

UNION PACIFIC RAILROAD COMPANY
ATTN: JENNIE L. ANDERSON
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: MATTHEW J TROY
CIVIL DIVISION
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: MATTHEW J TROY, CIVIL DIVISION
CIVIL DIVISION
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

US DEPARTMENT OF JUSTICE
ATTN: ARI D KUNOFSKY ESQ
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044

US DEPARTMENT OF JUSTICE
ATTN: W BRADLEY RUSSELL ESQ
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044

VARNUM LLP
ATTN: MARY KAY SHAVER ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS, MI 49501-0352

VEDDER PRICE PC
ATTN: MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

VENABLE LLP
ATTN: JEFFREY S. SABIN
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AUSTIN WITT
51 WEST 52ND STREET
NEW YORK, NY 10019

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: EMIL KLEINHAUS
51 WEST 52ND STREET
NEW YORK, NY 10019

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: RICHARD MASON
51 WEST 52ND STREET
NEW YORK, NY 10019

WEINSTEIN RADCLIFF LLP
ATTN: GREGORY M. WEINSTEIN
6688 N. CENTRAL EXPRESSWAY, SUITE 675
DALLAS, TX 75206

WEIR & PARTNERS LLP
ATTN: JEFFREY S CIANCIULLI ESQ
824 N MARKET ST STE 800
WILMINGTON, DE 19801

WHITE & CASE LLP
ATTN: GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: MATTHEW BROWN
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI, FL 33131

WHITE & CASE LLP
ATTN: THOMAS LAURIA
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI, FL 33131

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON, MA 02109

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: PHILIP ANKER ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: CHARLES C. PLATT
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: DENNIS L. JENKINS
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: GEORGE W. SHUSTER, JR.
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: PHILIP D. ANKER
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007

WILMINGTON SAVINGS FUND SOCIETY
ATTN: PATRICK J. HEALY
500 DELAWARE AVENUE
WILMINGTON, DE 19801

WILMINGTON TRUST FSB
ATTN: JEFFREY T. ROSE
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
ATTN: MARK L. DESGROSSEILLIERS ESQ
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: PAULINE MORGAN
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

WOMAC LAW
ATTN: STACEY L KREMLING
8301 KATY FREEWAY
HOUSTON, TX 77024

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
ATTN: STEVEN K. KORTANEK
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: JOEL WAITE
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: RYAN BARTLEY
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801