## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

| | | |
|---|---|---|
| DELAWARE TRUST COMPANY as INDENTURE TRUSTEE, | ) ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 14-50363 (CSS) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC. | ) ) ) | |
| | ) | |
| *Defendants.* | ) | |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON APRIL 20, 2015, APRIL 21, 2015
## AND APRIL 22, 2015 STARTING AT 10:00 A.M. (EDT)[3]

I.    **TRIAL CONCERNING "CAUSE" ISSUE IN CONNECTION WITH STAY-APPLICABILITY MOTION:**

    1.    Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The April 20, 21 and 22, 2015 hearings will held be before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT) each day as necessary until the trial is concluded. Any person who wishes to appear telephonically at such hearings must **have** contac**ted** COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Friday, April 17, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 473; filed May 15, 2014] (the "Stay-Applicability Motion")

Related Documents:

i.      Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of (I) An Interim Order (A) Approving Certain Fees Related to Postpetition Financing and Granting Such Fees Administrative Expense Priority and (B) Scheduling a Final Hearing; and (II) A Final Order (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH First Lien Refinancing, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Motion, (F) Determining the Value of Secured Claims, and (G) Modifying the Automatic Stay [D.I. 74; filed April 29, 2014]

ii.     Preliminary Objection of CSC Trust Company of Delaware, as Indenture Trustee, to Debtors' Motion to Approve First-Lien Post-Petition Financing, Redeem First Lien and Second Lien Notes, and Determine Secured Claim [D.I. 421; filed May 13, 2014]

iii.    Complaint for Declaratory Relief [D.I. 470/Adv. D.I. 1; filed May 15, 2014]

iv.     Declaration of Norman L. Pernick in Support of Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 475; filed May 15, 2014]

v.      Scheduling Order With Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [D.I. 803/Adv. D.I. 10; filed June 4, 2014]

vi.     Notice of Intervention with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [Adv. D.I. 19; filed June 11, 2014]

vii.    Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer [Adv. D.I. 27; filed June 13, 2014]

viii.   Joint Stipulation and Order Regarding Scheduling with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [D.I. 1713/Adv. D.I. 102; filed July 29, 2014]

ix.     Opinion [Adv. D.I. 105; filed August 5, 2014]

x.      Bifurcation Order [Adv. D.I. 128; filed September 12, 2014]

xi.     Amended Scheduling Order [Adv. D.I. 167; filed December 2, 2014]

xii.    EFIH Debtors' Cross-Motion for Summary Judgment [Adv. D.I. 175; filed February 13, 2015]

xiii.   EFIH Debtors' Memorandum in Support of Their Cross-Motion for Summary Judgment [Adv. D.I. 176; filed February 13, 2015]

xiv.    Declaration of William A. Romanowicz, Esq. in Support of the EFIH Debtors' Cross-Motion for Summary Judgment [Adv. D.I. 177; filed February 13, 2015]

xv.     Plaintiff-Trustee's Motion for Summary Judgment [Adv. D.I. 178; filed February 13, 2015]

xvi.    Plaintiff-Trustee's Memorandum in Support of Motion for Summary Judgment (Redacted) [Adv. D.I. 179; filed February 13, 2015]

xvii.   Plaintiff-Trustee's Memorandum in Support of Motion for Summary Judgment (Sealed) [Adv. D.I. 180; filed February 13, 2015]

xviii.  Appendix to Plaintiff-Trustee's Memorandum in Support of Motion for Summary Judgment (Redacted) [Adv. D.I. 181; filed February 13, 2015]

xix.    Appendix to Plaintiff-Trustee's Memorandum in Support of Motion for Summary Judgment (Sealed) [Adv. D.I. 182; filed February 13, 2015]

xx.     Declaration of Philip D. Anker in Support of Plaintiff-Trustee's Motion for Summary Judgment [Adv. D.I. 183; filed February 13, 2015]

xxi.    Declaration of James Cacioppo (Redacted) [Adv. D.I. 184; filed February 13, 2015]

xxii.   Declaration of James Cacioppo (Sealed) [Adv. D.I. 185; filed February 13, 2015]

xxiii.  Declaration of Christopher J. Kearns (Redacted) [Adv. D.I. 186; filed February 13, 2015]

xxiv.   Declaration of Christopher J. Kearns (Sealed) [Adv. D.I. 187; filed February 13, 2015]

xxv.    Declaration of Michiel C. McCarty (Redacted) [Adv. D.I. 188; filed February 13, 2015]

xxvi. Declaration of Michiel C. McCarty (Sealed) [Adv. D.I. 189; filed February 13, 2015]

xxvii. EFIH Debtors' Motion *In Limine* To Exclude Expert Reports and Testimony of Michiel McCarty, James Cacioppo, and Christopher Kearns [Adv. D.I. 190; filed February 17, 2015] (the "Motion *In Limine*")

xxviii. EFIH Debtors' Memorandum of Law in Support of Motion *In Limine* to Exclude Expert Reports and Testimony of Michiel McCarty, James Cacioppo, and Christopher Kearns [Adv. D.I. 191; filed February 17, 2015]

xxix. Declaration of Michael P. Esser in Support of the EFIH Debtors' Motion *In Limine* To Exclude Expert Reports and Testimony of Michiel McCarty, James Cacioppo, and Christopher Kearns (Redacted) [Adv. D.I. 192; filed February 17, 2015]

xxx. Declaration of Michael P. Esser in Support of the EFIH Debtors' Motion *In Limine* To Exclude Expert Reports and Testimony of Michiel McCarty, James Cacioppo, and Christopher Kearns (Sealed) [Adv. D.I. 193; filed February 17, 2015]

xxxi. Notice of Combined Hearing and Trial [Adv. D.I. 194; filed February 20, 2015]

xxxii. *Amended* Declaration of William A. Romanowicz, Esq., in Support of the EFIH Debtors' Cross-Motion for Summary Judgment, Attaching Exhibits Referenced in the Memorandum in Support of the EFIH Debtors' Cross-Motion for Summary Judgment [Adv. D.I. 197; filed March 2, 2015]

xxxiii. Intervenor EFIH Second Lien Indenture Trustee's Brief in Support of Plaintiff-Trustee's Motion for Summary Judgment and in Opposition to EFIH Debtors' Cross-Motion for Summary Judgment [Adv. D.I. 198; filed March 2, 2015]

xxxiv. Declaration of Alissa R. Goodman in Support of Intervenor EFIH Second Lien Indenture Trustee's Brief in Support of Plaintiff-Trustee's Motion for Summary Judgment and in Opposition to EFIH Debtors' Cross-Motion for Summary Judgment [Adv. D.I. 199; filed March 2, 2015]

xxxv. Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment (Sealed) [Adv. D.I. 200; filed March 2, 2015]

xxxvi. Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment (Redacted) [Adv. D.I. 201; filed March 2, 2015]

xxxvii. Appendix to Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment (Sealed) [Adv. D.I. 202; filed March 2, 2015]

xxxviii. Appendix to Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment (Redacted) [Adv. D.I. 203; filed March 2, 2015]

xxxix. EFIH Debtors' Memorandum in Opposition to the Trustee's Motion for Summary Judgment [Adv. D.I. 204; filed March 2, 2015]

xl. Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Memorandum in Opposition to the Trustee's Motion for Summary Judgment [Adv. D.I. 205; filed March 2, 2015]

xli. Stipulation and Order Granting the EFH Committee's Intervention in the Adversary Proceeding [Adv. D.I. 207; filed March 3, 2015]

xlii. Plaintiff-Trustee's Opposition to Debtors' Motion *In Limine* To Exclude Expert Reports and Testimony of Michiel McCarty, James Cacioppo, and Christopher Kearns [Adv. D.I. 208; filed March 3, 2015]

xliii. Plaintiff-Trustee's Proposed Findings of Fact and Conclusions of Law [Adv. D.I. 215; filed March 6, 2015]

xliv. Notice of Completion of Briefing with Respect to Motions for Summary Judgment [Adv. D.I. 216; filed March 6, 2015]

xlv. EFIH Debtors' Proposed Findings of Fact and Conclusions of Law in Support of Their Cross-Motion for Summary Judgment [Adv. D.I. 217; filed March 6, 2015]

xlvi. Debtors' Reply in Support of Motion to Exclude Expert Testimony of Michiel McCarty, James Cacioppo, and Christopher Kearns [Adv. D.I. 218; filed March 10, 2015]

xlvii. Declaration of Jason M. Madron, Esq. in Support of the EFIH Debtors' Reply in Support of Motion to Exclude Expert Testimony of Michiel McCarty, James Cacioppo, and Christopher Kearns [Adv. D.I. 219; filed March 10, 2015]

xlviii. Joinder of the Official Committee of TCEH Unsecured Creditors to (I) EFIH Debtors' Cross-Motion for Summary Judgment and (II) The EFIH Debtors' Memorandum in Opposition to the Trustee's Motion for Summary Judgment [Adv. D.I. 225; filed March 11, 2015]

xlix. Order Approving Stipulation Granting the TCEH Committee's Intervention in Phase One of the Adversary Proceeding [Adv. D.I. 227; filed March 11, 2015]

l. Joinder of the EFH Official Committee to (I) EFIH Debtors' Cross-Motion for Summary Judgment and (II) EFIH Debtors' Memorandum in

Opposition to the Trustee's Motion for Summary Judgment [Adv. D.I. 228; filed March 11, 2015]

li.  Order Approving Stipulation Extending Deadline to File Joint Pre-Trial Memorandum and Motions *In Limine* [Adv. D.I. 239; filed March 19, 2015]

lii.  Request for Oral Argument [Adv. D.I. 240; filed March 20, 2015]

liii.  *Amended* Notice of Completion of Briefing [Adv. D.I. 243; filed March 25, 2015]

liv.  Findings of Fact and Conclusions of Law Regarding Cross-Motions for Summary Judgment [D.I. 3984/Adv. D.I. 245; filed March 26, 2015]

lv.  Order [D.I. 3985/Adv. D.I. 246; filed March 26, 2015]

lvi.  Plaintiff-Trustee's Motion to Alter or Amend Judgment to Clarify that the Order Dated March 26, 2015 is not a Final Judgment [D.I. 4065/Adv. D.I. 254; filed April 6, 2015]

lvii.  Letter to The Honorable Christopher S. Sontchi Regarding the Trial of the Lift-Stay Issue filed by the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. [Adv. D.I. 258; filed April 13, 2015]

lviii.  Letter to The Honorable Christopher S. Sontchi Regarding the Trial of the Lift-Stay Issue filed by Delaware Trust Company, as Indenture Trustee [Adv. D.I. 259; filed April 13, 2015]

lix.  Letter to The Honorable Christopher S. Sontchi Regarding the Trial of the Lift-Stay Issues filed by Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as Indenture Trustee [Adv. D.I. 260; filed April 13, 2015]

lx.  Letter from Andrew R. McGaan to The Honorable Christopher S. Sontchi Regarding the Trial of the Cause to Lift Stay Issue filed by EFIH Finance, Inc. and Energy Future Intermediate Holding Company LLC [Adv. D.I. 261; filed April 13, 2015]

lxi.  Plaintiff-Trustee's and Noteholders' Trial Brief [D.I. 4178/Adv. D.I. 264; filed April 15, 2015]

lxii.  EFIH Debtors' Pre-Trial [D.I. 4179/Adv. D.I. 265; filed April 15, 2015]

lxiii.  **Joint Pre-Trial Memorandum [D.I. 4191/Adv. D.I. 267; filed April 16, 2015]**

lxiv.     **Limited Statement of EFIH Second Lien Indenture Trustee in Response to Plaintiff-Trustee's and Noteholders' Trial Brief [Adv. D.I. 269; filed April 17, 2015]**

<u>Status</u>: Pursuant to (i) the Court's March 26, 2015 *Findings of Fact and Conclusions of Law Regarding Cross-Motions for Summary Judgment* and *Order* and (ii) the rulings and statements made by the Court on the record of the April 14, 2015 omnibus hearing in these chapter 11 cases, the Court will hold a trial to determine "… whether cause exists to lift the automatic stay" in connection with the Stay-Applicability Motion.  Also, as discussed on the record of the April 14, 2015 omnibus hearing, to the extent necessary, the Court will also address the Motion *In Limine* at trial. The trial will continue day to day, as necessary, beginning at 10:00 a.m. (EDT) on Monday, April 20, 2015.

*[Remainder of page intentionally left blank.]*

Dated:  April 17, 2015
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*