IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 3963, 4075, 4102 |

**CERTIFICATION OF COUNSEL REGARDING
ORDER AUTHORIZING LUMINANT ENERGY COMPANY LLC
TO REJECT A CERTAIN EXECUTORY CONTRACT WITH FOREST
CREEK WIND FARM, LLC, EFFECTIVE *NUNC PRO TUNC* TO MARCH 24, 2015**

The undersigned hereby certifies as follows:

1. On March 24, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et. al, for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Forest Creek Wind Farm, LLC, Effective* Nunc Pro Tunc *to March 24, 2015* [D.I. 3963] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), for entry of an order authorizing Luminant Energy Company LLC ("Luminant") to reject the Renewable Energy and Renewable Energy Credits Purchase Agreement dated as of March 10, 2006, including any amendments or modifications thereto, with Forest Creek Wind Farm, LLC ("Forest Creek" and, together with Luminant, the "Parties"), effective *nunc pro tunc* to March 24, 2015.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2. On April 7, 2015, Forest Creek filed the *Limited Objection of Forest Creek Wind Farm, LLC to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Forest Creek Wind Farm, LLC, Effective* Nunc Pro Tunc *to March 24, 2015* [D.I. 4075] (the "Objection").

3. On April 9, 2015, the Debtors filed the *Debtors' Reply to Limited Objection of Forest Creek Wind Farm, LLC to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Forest Creek Wind Farm, LLC, Effective* Nunc Pro Tunc *to March 24, 2015* [D.I. 4102].

4. On April 14, 2015, the Bankruptcy Court overruled the Objection and granted the Motion. The Bankruptcy Court further directed the Parties to submit a revised form of order regarding the Motion.

5. The Parties agree on the revised form of order (the "Revised Order") granting the Motion, attached hereto as **Exhibit A**. A blackline, comparing the Revised Order against the form of order originally filed with the Motion, is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: April 17, 2015
Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*