# EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - All Entities**
**Summary of Time Detail by Task**
**February 1, 2015 through February 28, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 30.2 | $16,195.00 |
| Bankruptcy Support | 233.2 | $123,055.00 |
| Business Plan | 152.5 | $63,037.50 |
| Cash Management | 19.8 | $6,930.00 |
| Causes of Action | 20.9 | $13,190.00 |
| Claims | 864.3 | $399,232.50 |
| Contracts | 196.7 | $116,782.50 |
| Coordination & Communication with other Creditor Constituents | 18.4 | $10,807.50 |
| Coordination & Communication with UCC | 311.6 | $150,965.00 |
| Court | 7.6 | $5,342.50 |
| DIP Financing | 2.4 | $1,800.00 |
| Fee Applications | 76.1 | $31,075.00 |
| Motions and Orders | 6.7 | $4,965.00 |
| POR / Disclosure Statement | 291.8 | $150,330.00 |
| Retention | 6.7 | $3,907.50 |
| Statements & Schedules | 9.5 | $6,157.50 |
| Status Meetings | 30.4 | $20,680.00 |
| Travel Time | 77.5 | $42,902.50 |
| UST Reporting Requirements | 12.8 | $7,340.00 |
| Vendor Management | 154.4 | $87,410.00 |
| **Total** | **2,523.5** | **$1,262,105.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
**Summary of Time Detail by Task**
**February 1, 2015 through February 28, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 24.1 | $12,925.00 |
| Bankruptcy Support | 145.6 | $72,823.40 |
| Business Plan | 94.9 | $39,592.77 |
| Cash Management | 14.3 | $5,004.82 |
| Causes of Action | 15.2 | $9,592.09 |
| Claims | 649.7 | $299,194.06 |
| Contracts | 149.7 | $88,735.75 |
| Coordination & Communication with other Creditor Constituents | 10.7 | $7,016.27 |
| Coordination & Communication with UCC | 206.5 | $99,897.71 |
| Court | 5.5 | $3,858.34 |
| DIP Financing | 1.5 | $1,125.00 |
| Fee Applications | 55.0 | $22,442.27 |
| Motions and Orders | 5.3 | $3,933.74 |
| POR / Disclosure Statement | 222.7 | $113,939.05 |
| Retention | 4.8 | $2,821.98 |
| Statements & Schedules | 7.3 | $4,724.04 |
| Status Meetings | 22.0 | $14,961.44 |
| Travel Time | 56.0 | $30,984.05 |
| UST Reporting Requirements | 9.2 | $5,300.93 |
| Vendor Management | 122.3 | $69,383.75 |
| **Total** | **1,822.5** | **$908,256.45** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*February 1, 2015 through February 28, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 6.2 | $3,270.00 |
| Bankruptcy Support | 71.1 | $40,166.09 |
| Business Plan | 41.8 | $17,008.66 |
| Cash Management | 4.6 | $1,611.48 |
| Causes of Action | 4.9 | $3,108.82 |
| Claims | 182.0 | $84,972.12 |
| Contracts | 46.6 | $27,892.28 |
| Coordination & Communication with other Creditor Constituents | 7.5 | $3,695.61 |
| Coordination & Communication with UCC | 83.5 | $40,499.98 |
| Court | 1.8 | $1,242.33 |
| Fee Applications | 17.7 | $7,226.10 |
| Motions and Orders | 1.4 | $1,006.82 |
| POR / Disclosure Statement | 54.3 | $29,105.52 |
| Retention | 1.6 | $908.64 |
| Statements & Schedules | 1.8 | $1,199.89 |
| Status Meetings | 7.1 | $4,825.47 |
| Travel Time | 18.0 | $9,976.44 |
| UST Reporting Requirements | 3.0 | $1,706.83 |
| Vendor Management | 32.1 | $18,026.25 |
| **Total** | **586.8** | **$297,449.32** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFIH**
*Summary of Time Detail by Task*
*February 1, 2015 through February 28, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 16.5 | $10,065.52 |
| Business Plan | 15.8 | $6,436.07 |
| Cash Management | 0.9 | $313.69 |
| Causes of Action | 0.8 | $489.09 |
| Claims | 32.5 | $15,066.32 |
| Contracts | 0.4 | $154.47 |
| Coordination & Communication with other Creditor Constituents | 0.2 | $95.62 |
| Coordination & Communication with UCC | 21.6 | $10,567.31 |
| Court | 0.3 | $241.83 |
| DIP Financing | 0.9 | $675.00 |
| Fee Applications | 3.4 | $1,406.63 |
| Motions and Orders | 0.0 | $24.44 |
| POR / Disclosure Statement | 14.7 | $7,285.43 |
| Retention | 0.3 | $176.88 |
| Statements & Schedules | 0.4 | $233.57 |
| Status Meetings | 1.3 | $893.09 |
| Travel Time | 3.5 | $1,942.01 |
| UST Reporting Requirements | 0.6 | $332.25 |
| **Total** | **114.2** | **$56,399.23** |

*Travel time billed at 50% of time incurred*