## EXHIBIT B

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*February 1, 2015 through February 28, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 36.0 | $33,300.00 |
| Emmett Bergman | Managing Director | $750.00 | 140.6 | $105,450.00 |
| John Stuart | Managing Director | $750.00 | 186.6 | $139,950.00 |
| Steve Kotarba | Managing Director | $675.00 | 100.7 | $67,972.50 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 148.5 | $89,100.00 |
| Matt Frank | Director | $600.00 | 136.2 | $81,720.00 |
| Kevin Sullivan | Director | $525.00 | 64.7 | $33,967.50 |
| Mark Zeiss | Director | $525.00 | 11.5 | $6,037.50 |
| Paul Kinealy | Director | $525.00 | 140.1 | $73,552.50 |
| David Blanks | Senior Associate | $475.00 | 160.8 | $76,380.00 |
| Henrique Biscolla | Senior Associate | $475.00 | 55.2 | $26,220.00 |
| Jeff Dwyer | Senior Associate | $475.00 | 160.1 | $76,047.50 |
| Taylor Atwood | Senior Associate | $475.00 | 163.9 | $77,852.50 |
| Richard Carter | Consultant | $425.00 | 157.7 | $67,022.50 |
| Daisy Fitzgerald | Associate | $425.00 | 19.5 | $8,287.50 |
| Scott Safron | Associate | $400.00 | 115.6 | $46,240.00 |
| Jon Rafpor | Analyst | $375.00 | 155.4 | $58,275.00 |
| Michael Williams | Analyst | $350.00 | 153.7 | $53,795.00 |
| Peyton Heath | Analyst | $350.00 | 135.2 | $47,320.00 |
| Sarah Pittman | Analyst | $350.00 | 109.9 | $38,465.00 |
| Michael Dvorak | Analyst | $325.00 | 76.8 | $24,960.00 |
| Robert Country | Analyst | $325.00 | 82.4 | $26,780.00 |
| Mary Napoliello | Paraprofessional | $275.00 | 12.4 | $3,410.00 |
| | | *Total* | **2,523.5** | **$1,262,105.00** |

### TCEH
### Summary of Time Detail by Professional
### February 1, 2015 through February 28, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 27.5 | $25,465.24 |
| Emmett Bergman | Managing Director | $750.00 | 109.3 | $81,999.53 |
| John Stuart | Managing Director | $750.00 | 118.7 | $89,058.70 |
| Steve Kotarba | Managing Director | $675.00 | 70.6 | $47,640.37 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 108.4 | $65,064.76 |
| Matt Frank | Director | $600.00 | 102.1 | $61,239.79 |
| Kevin Sullivan | Director | $525.00 | 46.2 | $24,274.63 |
| Mark Zeiss | Director | $525.00 | 8.6 | $4,494.46 |
| Paul Kinealy | Director | $525.00 | 105.0 | $55,129.23 |
| David Blanks | Senior Associate | $475.00 | 110.8 | $52,613.61 |
| Henrique Biscolla | Senior Associate | $475.00 | 41.2 | $19,555.39 |
| Jeff Dwyer | Senior Associate | $475.00 | 120.3 | $57,156.55 |
| Taylor Atwood | Senior Associate | $475.00 | 103.1 | $48,948.94 |
| Richard Carter | Consultant | $425.00 | 114.5 | $48,642.00 |
| Daisy Fitzgerald | Associate | $425.00 | 17.0 | $7,213.10 |
| Scott Safron | Associate | $400.00 | 81.0 | $32,388.11 |
| Jon Rafpor | Analyst | $375.00 | 115.5 | $43,326.88 |
| Michael Williams | Analyst | $350.00 | 111.0 | $38,850.58 |
| Peyton Heath | Analyst | $350.00 | 105.6 | $36,974.88 |
| Sarah Pittman | Analyst | $350.00 | 67.8 | $23,713.71 |
| Michael Dvorak | Analyst | $325.00 | 60.0 | $19,506.72 |
| Robert Country | Analyst | $325.00 | 69.3 | $22,536.56 |
| Mary Napoliello | Paraprofessional | $275.00 | 9.0 | $2,462.69 |
| **Total** | | | **1,822.5** | **$908,256.45** |

**EFH**
*Summary of Time Detail by Professional*
*February 1, 2015 through February 28, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---:|---:|---:|
| Jeff Stegenga | Managing Director | $925.00 | 7.2 | $6,669.79 |
| Emmett Bergman | Managing Director | $750.00 | 30.1 | $22,605.14 |
| John Stuart | Managing Director | $750.00 | 53.7 | $40,294.97 |
| Steve Kotarba | Managing Director | $675.00 | 24.2 | $16,360.85 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 32.1 | $19,282.17 |
| Matt Frank | Director | $600.00 | 33.4 | $20,015.41 |
| Kevin Sullivan | Director | $525.00 | 13.9 | $7,295.64 |
| Mark Zeiss | Director | $525.00 | 2.5 | $1,317.28 |
| Paul Kinealy | Director | $525.00 | 29.7 | $15,566.78 |
| David Blanks | Senior Associate | $475.00 | 43.7 | $20,754.29 |
| Henrique Biscolla | Senior Associate | $475.00 | 13.7 | $6,486.15 |
| Jeff Dwyer | Senior Associate | $475.00 | 38.0 | $18,063.15 |
| Taylor Atwood | Senior Associate | $475.00 | 46.6 | $22,119.45 |
| Richard Carter | Consultant | $425.00 | 36.5 | $15,510.20 |
| Daisy Fitzgerald | Associate | $425.00 | 2.1 | $899.34 |
| Scott Safron | Associate | $400.00 | 28.3 | $11,324.95 |
| Jon Rafpor | Analyst | $375.00 | 33.9 | $12,727.84 |
| Michael Williams | Analyst | $350.00 | 35.7 | $12,509.36 |
| Peyton Heath | Analyst | $350.00 | 21.3 | $7,464.22 |
| Sarah Pittman | Analyst | $350.00 | 32.2 | $11,272.66 |
| Michael Dvorak | Analyst | $325.00 | 14.0 | $4,564.71 |
| Robert Country | Analyst | $325.00 | 10.9 | $3,552.01 |
| Mary Napoliello | Paraprofessional | $275.00 | 2.9 | $792.95 |
| | | ***Total*** | **586.8** | **$297,449.32** |

*EFIH*
*Summary of Time Detail by Professional*
*February 1, 2015 through February 28, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 1.3 | $1,164.97 |
| Emmett Bergman | Managing Director | $750.00 | 1.1 | $845.34 |
| John Stuart | Managing Director | $750.00 | 14.1 | $10,596.32 |
| Steve Kotarba | Managing Director | $675.00 | 5.9 | $3,971.28 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 7.9 | $4,753.07 |
| Matt Frank | Director | $600.00 | 0.8 | $464.80 |
| Kevin Sullivan | Director | $525.00 | 4.6 | $2,397.23 |
| Mark Zeiss | Director | $525.00 | 0.4 | $225.76 |
| Paul Kinealy | Director | $525.00 | 5.4 | $2,856.49 |
| David Blanks | Senior Associate | $475.00 | 6.3 | $3,012.10 |
| Henrique Biscolla | Senior Associate | $475.00 | 0.4 | $178.46 |
| Jeff Dwyer | Senior Associate | $475.00 | 1.7 | $827.79 |
| Taylor Atwood | Senior Associate | $475.00 | 14.3 | $6,784.11 |
| Richard Carter | Consultant | $425.00 | 6.8 | $2,870.29 |
| Daisy Fitzgerald | Associate | $425.00 | 0.4 | $175.06 |
| Scott Safron | Associate | $400.00 | 6.3 | $2,526.94 |
| Jon Rafpor | Analyst | $375.00 | 5.9 | $2,220.28 |
| Michael Williams | Analyst | $350.00 | 7.0 | $2,435.06 |
| Peyton Heath | Analyst | $350.00 | 8.2 | $2,880.90 |
| Sarah Pittman | Analyst | $350.00 | 9.9 | $3,478.63 |
| Michael Dvorak | Analyst | $325.00 | 2.7 | $888.56 |
| Robert Country | Analyst | $325.00 | 2.1 | $691.43 |
| Mary Napoliello | Paraprofessional | $275.00 | 0.6 | $154.36 |
| | | *Total* | 114.2 | $56,399.23 |