# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

### Combined
### Energy Future Holdings Corp., et al.,
### Summary of Expense Detail by Category
### February 1, 2014 through February 28, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $18,153.15 |
| Lodging | $15,831.85 |
| Meals | $1,842.42 |
| Miscellaneous | $183.41 |
| Transportation | $4,693.49 |
| **Total** | **$40,704.32** |

*Exhibit C*

## TCEH
### Summary of Expense Detail by Category
### February 1, 2015 through February 28, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $13,110.20 |
| Lodging | $11,433.75 |
| Meals | $1,330.63 |
| Miscellaneous | $132.45 |
| Transportation | $3,389.48 |
| **Total** | **$29,396.51** |

*Exhibit C*

### EFH
### Summary of Expense Detail by Category
### February 1, 2015 through February 28, 2015

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $4,220.59 |
| Lodging | $3,680.93 |
| Meals | $428.38 |
| Miscellaneous | $42.64 |
| Transportation | $1,091.45 |
| *Total* | **$9,463.99** |

*Exhibit C*

*EFIH*
*Summary of Expense Detail by Category*
*February 1, 2015 through February 28, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $822.36 |
| Lodging | $717.17 |
| Meals | $83.41 |
| Miscellaneous | $8.32 |
| Transportation | $212.56 |
| *Total* | **$1,843.82** |