# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*February 1, 2015 through February 28, 2015*

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Emmett Bergman | 1/4/2015 | $398.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 1/8/2015 | $398.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 1/11/2015 | $398.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 1/15/2015 | $398.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 1/19/2015 | $552.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 1/22/2015 | $710.65 | Airfare roundtrip coach Dallas/Cancun. |
| Emmett Bergman | 1/29/2015 | $578.10 | Airfare one-way coach San Francisco/Dallas. |
| Henrique Biscolla | 2/11/2015 | $728.20 | Airfare one-way coach Chicago/Dallas. |
| Henrique Biscolla | 2/19/2015 | $1,359.20 | Airfare roundtrip coach Chicago/Dallas. |
| Henrique Biscolla | 2/19/2015 | $753.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jeff Dwyer | 2/2/2015 | $552.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 2/5/2015 | $552.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 2/9/2015 | $552.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 2/12/2015 | $378.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 2/16/2015 | $505.60 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 2/18/2015 | $488.20 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 2/23/2015 | $552.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 2/26/2015 | $552.10 | Airfare one-way coach Dallas/San Francisco. |
| Jodi Ehrenhofer | 2/17/2015 | $176.20 | Airfare coach roundtrip Dallas/Chicago. |
| Matt Frank | 2/2/2015 | $364.10 | Airfare one-way coach Chicago/Dallas |
| Matt Frank | 2/5/2015 | $182.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 2/16/2015 | $174.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 2/19/2015 | $364.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 2/23/2015 | $444.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 2/26/2015 | $578.10 | Airfare one-way coach Dallas/Chicago. |
| Michael Dvorak | 2/24/2015 | $818.20 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 2/9/2015 | $679.20 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 2/24/2015 | $679.20 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 2/9/2015 | $686.20 | Airfare roundtrip coach Chicago/Dallas. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## February 1, 2015 through February 28, 2015

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 2/23/2015 | $770.80 | Airfare roundtrip coach Chicago/Dallas. |
| Steve Kotarba | 2/9/2015 | $722.20 | Airfare roundtrip coach Philadelphia/Chicago. |
| Steve Kotarba | 2/12/2015 | $722.20 | Airfare roundtrip coach Chicago/Dallas. |
| Steve Kotarba | 2/17/2015 | $386.10 | Airfare coach one-way Dallas/Chicago. |
| **Expense Category Total** | | **$18,153.15** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 1/8/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 1/15/2015 | $998.16 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 1/22/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 1/29/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Henrique Biscolla | 2/19/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Henrique Biscolla | 2/25/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 2/5/2015 | $742.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 2/12/2015 | $742.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 2/18/2015 | $496.76 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 2/26/2015 | $742.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 2/5/2015 | $1,150.00 | Lodging in Dallas - 5 nights. |
| Jodi Ehrenhofer | 2/12/2015 | $690.00 | Lodging in Dallas - 3 nights. |
| Jodi Ehrenhofer | 2/16/2015 | $460.00 | Lodging in Dallas - 2 nights. |
| Jodi Ehrenhofer | 2/26/2015 | $1,150.00 | Lodging in Dallas - 5 nights. |
| Matt Frank | 2/5/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 2/19/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 2/26/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 2/5/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 2/18/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 2/17/2015 | $511.76 | Hotel in Dallas - 2 nights. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## February 1, 2015 through February 28, 2015

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Steve Kotarba | 2/9/2015 | $206.91 | Hotel in Philadelphia - 1 night. |
| Steve Kotarba | 2/12/2015 | $263.94 | Hotel in Dallas - 1 night. |
| **Expense Category Total** | | **$15,831.85** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 1/8/2015 | $4.39 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 1/13/2015 | $40.00 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 1/14/2015 | $25.55 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 1/22/2015 | $40.00 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 1/26/2015 | $40.00 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 1/27/2015 | $34.86 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 1/28/2015 | $3.15 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 2/2/2015 | $11.78 | Out of town breakfast - E. Bergman. |
| Henrique Biscolla | 2/18/2015 | $20.16 | Out of town dinner - H. Biscolla. |
| Henrique Biscolla | 2/18/2015 | $8.02 | Out of town breakfast - H. Biscolla. |
| Henrique Biscolla | 2/19/2015 | $5.72 | Out of town breakfast - H. Biscolla. |
| Henrique Biscolla | 2/24/2015 | $11.00 | Out of town dinner - H. Biscolla. |
| Henrique Biscolla | 2/24/2015 | $4.93 | Out of town breakfast - H. Biscolla. |
| Henrique Biscolla | 2/25/2015 | $4.48 | Out of town breakfast - H. Biscolla. |
| Jeff Dwyer | 2/2/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 2/3/2015 | $80.00 | Out of town dinner - J. Dwyer, M. Frank - 2. |
| Jeff Dwyer | 2/4/2015 | $37.31 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 2/4/2015 | $10.18 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 2/9/2015 | $80.00 | Out of town dinner - J. Dwyer, E. Bergman - 2. |
| Jeff Dwyer | 2/9/2015 | $5.08 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 2/10/2015 | $38.18 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 2/11/2015 | $80.00 | Out of town dinner - M. Williams, J. Dwyer - 2. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**February 1, 2015 through February 28, 2015**

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 2/12/2015 | $8.49 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 2/16/2015 | $38.18 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 2/17/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 2/17/2015 | $4.82 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 2/18/2015 | $7.09 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 2/23/2015 | $14.99 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 2/23/2015 | $80.00 | Out of town dinner - J. Dwyer, E. Bergman - 2. |
| Jeff Dwyer | 2/24/2015 | $9.74 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 2/24/2015 | $36.31 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 2/25/2015 | $8.99 | Out of town breakfast - J. Dwyer. |
| Matt Frank | 2/2/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 2/3/2015 | $10.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 2/4/2015 | $80.00 | Out of town dinner - P. Kinealy, M. Frank - 2. |
| Matt Frank | 2/4/2015 | $8.07 | Out of town breakfast - M. Frank. |
| Matt Frank | 2/17/2015 | $80.00 | Out of town dinner - M. Frank, H. Biscolla - 2. |
| Matt Frank | 2/18/2015 | $7.00 | Out of town dinner - M. Frank. |
| Matt Frank | 2/19/2015 | $10.40 | Out of town breakfast - M. Frank. |
| Matt Frank | 2/23/2015 | $80.00 | Out of town dinner - M. Frank, H. Biscolla - 2. |
| Matt Frank | 2/23/2015 | $6.79 | Out of town breakfast - M. Frank. |
| Matt Frank | 2/24/2015 | $29.22 | Out of town dinner - M. Frank. |
| Matt Frank | 2/24/2015 | $15.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 2/25/2015 | $120.00 | Out of town dinner - M. Frank, J. Dwyer, R. Carter - 3. |
| Matt Frank | 2/25/2015 | $8.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 2/26/2015 | $15.99 | Out of town breakfast - M. Frank. |
| Michael Dvorak | 1/27/2015 | $15.13 | Out of town dinner - M. Dvorak. |
| Paul Kinealy | 2/2/2015 | $8.34 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 2/3/2015 | $9.59 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 2/3/2015 | $27.73 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 2/4/2015 | $9.59 | Out of town breakfast - P. Kinealy. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**February 1, 2015 through February 28, 2015**

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 2/4/2015 | $48.86 | Working lunch - P. Kinealy, J. Ehrenhofer, M. Williams (A&M), and R. Leal (EFH) - 4. |
| Paul Kinealy | 2/5/2015 | $21.32 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 2/15/2015 | $6.52 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 2/16/2015 | $18.40 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 2/17/2015 | $9.59 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 2/17/2015 | $160.00 | Out of town dinner - P. Kinealy, R. Country, E. Bergman, M. Williams - 4. |
| Paul Kinealy | 2/18/2015 | $7.23 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 2/18/2015 | $9.59 | Out of town dinner - P. Kinealy. |
| Robert Country | 2/16/2015 | $7.29 | Out of town breakfast - R. Country. |
| Robert Country | 2/16/2015 | $12.99 | Out of town dinner - R. Country. |
| Robert Country | 2/17/2015 | $15.73 | Out of town breakfast - R. Country. |
| Robert Country | 2/18/2015 | $6.01 | Out of town dinner - R. Country. |
| Robert Country | 2/18/2015 | $9.50 | Out of town breakfast - R. Country. |
| Steve Kotarba | 2/9/2015 | $29.00 | Out of town dinner - S. Kotarba. |
| Steve Kotarba | 2/12/2015 | $25.98 | Out of town dinner - S. Kotarba. |
| **Expense Category Total** | | **$1,842.42** | |

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 2/4/2015 | $49.95 | Internet online monthly fee. |
| Jeff Dwyer | 2/12/2015 | $6.99 | Internet online fee at hotel. |
| Jeff Dwyer | 2/16/2015 | $8.00 | Internet online fee at hotel. |
| Jodi Ehrenhofer | 2/2/2015 | $44.22 | Verizon conference call charges. |
| Mark Zeiss | 2/2/2015 | $4.60 | Verizon conference call charges. |
| Matt Frank | 1/5/2015 | $7.01 | Verizon conference call charges. |
| Matt Frank | 2/2/2015 | $9.24 | Verizon conference call charges. |
| Matt Frank | 2/13/2015 | $39.95 | Internet inflight monthly fee 2/13 to 3/12/15. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### February 1, 2015 through February 28, 2015

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 2/2/2015 | $1.68 | Verizon conference call charges. |
| Steve Kotarba | 1/5/2015 | $3.15 | Verizon conference call charges. |
| Steve Kotarba | 2/2/2015 | $8.62 | Verizon conference call charges. |
| **Expense Category Total** | | **$183.41** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 1/4/2015 | $32.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 1/4/2015 | $124.20 | Taxi form home to San Francisco Airport. |
| Emmett Bergman | 1/5/2015 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 1/7/2015 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 1/8/2015 | $110.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 1/8/2015 | $30.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 1/8/2015 | $30.00 | Taxi to hotel. |
| Emmett Bergman | 1/11/2015 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 1/13/2015 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 1/15/2015 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 1/15/2015 | $35.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 1/19/2015 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 1/19/2015 | $30.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 1/20/2015 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 1/21/2015 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 1/22/2015 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 1/25/2015 | $50.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 1/26/2015 | $15.00 | Taxi from hotel to Energy. |
| Emmett Bergman | 1/27/2015 | $10.00 | Taxi from hotel to Energy. |
| Emmett Bergman | 1/29/2015 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 1/29/2015 | $120.00 | Taxi from San Francisco Airport to home. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### February 1, 2015 through February 28, 2015

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Henrique Biscolla | 2/17/2015 | $55.00 | Taxi from DFW Airport to Energy. |
| Henrique Biscolla | 2/17/2015 | $48.06 | Taxi from home to O'Hare Airport. |
| Henrique Biscolla | 2/19/2015 | $60.00 | Taxi from O'Hare to home. |
| Henrique Biscolla | 2/23/2015 | $46.25 | Taxi from home to O'Hare Airport. |
| Henrique Biscolla | 2/25/2015 | $5.00 | Train from O'Hare to home. |
| Henrique Biscolla | 2/25/2015 | $55.35 | Taxi from O'Hare to home. |
| Jeff Dwyer | 2/2/2015 | $4.00 | Taxi to dinner. |
| Jeff Dwyer | 2/2/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 2/2/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 2/2/2015 | $30.00 | Taxi from Dallas Airport to hotel. |
| Jeff Dwyer | 2/2/2015 | $70.00 | Taxi from home to Chicago Airport. |
| Jeff Dwyer | 2/3/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 2/3/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 2/4/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 2/5/2015 | $70.00 | Taxi from Chicago Airport to home. |
| Jeff Dwyer | 2/5/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Jeff Dwyer | 2/9/2015 | $70.00 | Taxi from home to Chicago Airport. |
| Jeff Dwyer | 2/9/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 2/10/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 2/11/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 2/11/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 2/11/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 2/11/2015 | $5.37 | Taxi to dinner. |
| Jeff Dwyer | 2/12/2015 | $60.00 | Taxi from Energy to Dallas Airport. |
| Jeff Dwyer | 2/12/2015 | $70.00 | Taxi from Chicago Airport to home. |
| Jeff Dwyer | 2/12/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 2/16/2015 | $70.00 | Taxi from home to Chicago Airport. |
| Jeff Dwyer | 2/16/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 2/17/2015 | $15.00 | Taxi from hotel to Energy. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**February 1, 2015 through February 28, 2015**

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 2/17/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 2/18/2015 | $60.00 | Taxi from Energy to Dallas Airport. |
| Jeff Dwyer | 2/18/2015 | $68.15 | Taxi from Chicago Airport to home. |
| Jeff Dwyer | 2/23/2015 | $70.00 | Taxi from home to Chicago Airport. |
| Jeff Dwyer | 2/23/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 2/23/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 2/24/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 2/25/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 2/25/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 2/26/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 2/26/2015 | $34.00 | Taxi from Energy to Dallas Airport. |
| Jeff Dwyer | 2/26/2015 | $70.00 | Taxi from Chicago Airport to home. |
| Jodi Ehrenhofer | 2/17/2015 | $39.42 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 2/17/2015 | $60.00 | Taxi from home to DFW Airport. |
| Jodi Ehrenhofer | 2/21/2015 | $60.00 | Taxi from DFW Airport to home. |
| Jodi Ehrenhofer | 2/21/2015 | $40.46 | Taxi from home to O'Hare. |
| Matt Frank | 2/2/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Matt Frank | 2/2/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 2/3/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 2/3/2015 | $15.00 | Taxi from hotel to dinner. |
| Matt Frank | 2/4/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 2/4/2015 | $20.00 | Taxi from hotel to dinner. |
| Matt Frank | 2/5/2015 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 2/5/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 2/16/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Matt Frank | 2/16/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 2/17/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 2/17/2015 | $20.00 | Taxi from client to dinner. |
| Matt Frank | 2/18/2015 | $15.00 | Taxi from hotel to client. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## February 1, 2015 through February 28, 2015

### Transportation

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Matt Frank | 2/18/2015 | $15.00 | Taxi from client to hotel. |
| Matt Frank | 2/19/2015 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 2/19/2015 | $65.00 | Taxi from Chicago Airport to office. |
| Matt Frank | 2/19/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 2/23/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 2/23/2015 | $20.00 | Taxi from hotel to dinner. |
| Matt Frank | 2/23/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 2/23/2015 | $100.00 | Taxi from DFW Airport to hotel. |
| Matt Frank | 2/24/2015 | $15.00 | Taxi from client to hotel. |
| Matt Frank | 2/25/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 2/25/2015 | $20.00 | Taxi from hotel to dinner. |
| Matt Frank | 2/26/2015 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 2/26/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Paul Kinealy | 2/3/2015 | $10.00 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 2/3/2015 | $25.02 | Taxi from home to Chicago Airport. |
| Paul Kinealy | 2/4/2015 | $14.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 2/5/2015 | $10.45 | Taxi from hotel to Energy. |
| Paul Kinealy | 2/5/2015 | $26.00 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 2/5/2015 | $110.00 | Parking at Chicago Airport. |
| Paul Kinealy | 2/15/2015 | $26.00 | Taxi in Dallas. |
| Paul Kinealy | 2/16/2015 | $12.00 | Taxi in Dallas. |
| Paul Kinealy | 2/17/2015 | $27.00 | Taxi to dinner. |
| Paul Kinealy | 2/18/2015 | $102.00 | Parking at Chicago Airport. |
| Paul Kinealy | 2/18/2015 | $12.35 | Taxi to Energy. |
| Paul Kinealy | 2/18/2015 | $16.00 | Taxi to Dallas Airport. |
| Robert Country | 2/16/2015 | $39.26 | Taxi from home to O'Hare. |
| Robert Country | 2/17/2015 | $15.00 | Taxi from hotel to Energy. |
| Robert Country | 2/18/2015 | $38.22 | Taxi from O'Hare to home. |
| Steve Kotarba | 2/9/2015 | $60.00 | Taxi from home to Midway Airport. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## February 1, 2015 through February 28, 2015

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Steve Kotarba | 2/9/2015 | $64.28 | Taxi from Philadelphia to Wilmington. |
| Steve Kotarba | 2/10/2015 | $54.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 2/10/2015 | $86.25 | Taxi from Wilmington to Philadelphia. |
| Steve Kotarba | 2/12/2015 | $25.00 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 2/12/2015 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 2/13/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 2/13/2015 | $60.00 | Taxi from Midway Airport to home. |
| **Expense Category Total** | | **$4,693.49** | |
| *Grand Total* | | **$40,704.32** | |