# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 4/20/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | CSC |
| J. Kate Stickles | " | " |
| Philip Anker | Wilmer Hale | " |
| Charles Platt | " | " |
| Keith Wofford | Ropes & Gray | " |
| D. Ross Martin | " | " |
| David Bringer | Wilmer Hale | " |
| James Millar | Drinker | " |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| Jeremy Wilson | Potter Anderson & Corroon | " |
| R. Stephen McNeill | " | " |
| Brian Glueckstein | Sullivan & Cromwell | EFH Committee |
| Julia Frost-Davies | Morgan Lewis | PIMCO |
| Jeffrey Sabin | Venable | PIMCO |
| Andrew McGaan | Kirkland & Ellis | Debtor |
| Mark E. McKane | Montgomery McCracken | EFH Committee |
| Jamie Edmonson | Jeffries | PIMCO |
| Greg Horowitz | Kramer Levin | EFIH Second Lien Indenture Trustee |
| Alice Byowitz | Kramer Levin | EFIH Second Lien Indenture Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 4/20/15 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl Jones | EFIH Second Lien Indenture Trustee |
| Dan DeFrancheschi | Richards Layton Finger | Debtors |
| Jason Madron | " | " |
| Howard Cohen | Drinker Biddle & Reath | Citibank, DIP Agent |
| Christopher Carty | Klein Gump Strauss Hauer Feld | Ad Hoc Committee EFIH Unsecured |
| Mike Esser | Kirkland & Ellis LLP | EFIH Debtors |
| John Bird | Fox Rothschild | TCEH Ad-Hoc Group |
| Chris Shore | White & Case | TCEH Ad-Hoc Group |
| Joshua Brody | P Kramer Levin | EFIH Second Lien Indenture Trustee |
| Kayvan Sadeghi | Morrison Foerster | TCEH Official Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

U.S. Bankruptcy Court-Delaware (DE - US)
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

Calendar Date: 04/20/2015
Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6870525 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6868197 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6869977 | Mark Bane | 212-841-8808 | Ropes & Gray LLP | Interested Party, Wilmington Trust FSB / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6869113 | Lauren Bilzin | (212) 672-2252 | Serengeti Asset Management | Interested Party, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6870517 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6868143 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6870455 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6870431 | Stephen Burnazian | (212) 878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6870520 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6870179 | Kevin CoCo | 212-450-3022 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6868916 | Mark A. Cody | (312) 269-4392 | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6864319 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870702 | Gren Day | (704) 374-0717 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870481 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ira Dizengoff / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6865751 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870032 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870496 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870443 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870471 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6867568 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870446 | Patrick Fleury - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870534 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870150 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870466 | Sam Greene | (212) 429-2279 | Centerview Partners | Interested Party, AHG / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6868442 | Xiaoyu Gu | (952) 984-4078 | CarVal Investors | Creditor, Carval Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6869279 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6868273 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell, Lipton, Rosen & Katz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870477 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870921 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6869034 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6854462 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6869290 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870439 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6865137 | Aaron Krieger | (212) 596-9592 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6846747 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6780416 | Michael G. Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Michael Linn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6871017 | Kenneth Maiman | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6869904 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870492 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870532 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870698 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6868747 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870486 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870043 | Matthew I. Rappoport | (212) 225-2298 | Cleary Gottlieb Steen & Hamilton | Interested Party, Matthew Rappoport / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870962 | Matthew Roose | (212) 859-8000 | Fried Frank | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870463 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870239 | Gabriel Sasson | (212) 806-6689 | Stroock & Stroock & Lavan | Interested Party, Stroock & Stroock & Lavan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870696 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6866486 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6868728 | Katherine Stadler | 608-284-2654 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6869941 | Sagar Suryavanshi | 212-257-5151 | Candlewood Investment Group | Creditor, Candlewood Investment Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6757112 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6869919 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870027 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6868720 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6869049 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870459 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6870023 | Jeffrey Levitan | 212-969-3000 | Proskauer Rose LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6864456 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Securities International / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868205 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868156 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868131 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868042 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868080 | Marita Erbeck | (973) 549-7076 | Drinker Biddle & Reath LLP | Plaintiff(s), Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868105 | Brett D. Goodman | (212) 704-6170 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6867955 | Matthew Jacobson | 415-635-0120 | Waveny Capital | Client, Matthew Jacobson / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868443 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Interested Party, Deutsche Bank National Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868276 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6870846 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Raymond Reyes ext. 881