# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Related to D.I. 3983** |

## CERTIFICATE OF NO OBJECTION REGARDING THE THIRD MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015 (NO ORDER REQUIRED)

On March 26, 2015, the *Third Monthly Fee Statement of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from February 1, 2015 through February 28, 2015 ("Goldin")* [D.I. 3983; the "Monthly Fee Statement"] was filed with this Court and served upon the Notice Parties as required by the **Stipulation and Order Appointing a Fee Committee**, dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066]. Under the **Notice of Fee Statement** filed and served with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served in accordance with the foregoing Orders no later than **April 15, 2015 at 4:00 p.m.** Eastern Time.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

On April 10, 2015, the Fee Committee advised Goldin that, despite the Fee Committee's reservation of rights to object to the interim expense reimbursement request, the Fee Committee does not object to the payment of 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement.  Aside from the foregoing, the undersigned certifies that no answer, objection or other response to the Monthly Fee Statement was filed or served as required, and that as of April 20, 2015, none appeared on the Court's docket.

Consequently, Energy Future Intermediate Holding Company LLC, debtor and debtor in possession in the above-captioned case, is authorized to pay Goldin 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this Certificate without the need for a further Court order.  A summary of the fees and expenses that Goldin seeks is attached as **Exhibit A**.

Dated: April 20, 2015                           STEVENS & LEE, P.C.

                                                                  */s/ Joseph H. Huston, Jr.*
                                                                  Joseph H. Huston, Jr. (No. 4035)
                                                                  1105 North Market Street, Suite 700
                                                                  Wilmington, Delaware 19801
                                                                  Tel: (302) 425-3310
                                                                  Fax: (610) 371-7927
                                                                  Email: jhh@stevenslee.com

                                                                          and

                                                                  Camille C. Bent (*admitted pro hac vice*)
                                                                  485 Madison Avenue, 20th Floor
                                                                  New York, NY 10022
                                                                  Telephone:     (212) 537-0418
                                                                  Facsimile:      (610) 371-7920
                                                                  Email: ccb@stevenslee.com

                                                                          and

        Richard Levin
C‍RAVATH, S‍WAINE AND M‍OORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1978
Fax: (212) 474-3700
Email: rlevin@cravath.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*

3