## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 3986** |
| | ) | |

*NO ORDER REQUIRED* CERTIFICATE OF NO OBJECTION REGARDING NINTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Ninth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of TCEH Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period February 1, 2015 through February 28, 2015,* filed on March 26, 2015 [Docket No. 3986] (the "**Fee Statement**").  The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Fee Statement appears thereon.  Pursuant to the Notice of Fee Statement, responses to the Fee Statement were to be filed and served no later than April 16, 2015 at 4:00 p.m. (ET).  The Fee Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*,

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

2

dated August 21, 2014 [Docket No. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] (the "**Administrative Order**").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession are authorized to pay FTI Consulting, Inc. 80% of its fees and 100% of its expenses requested in the Fee Statement upon filing of this certificate without the need for further order of the Court.  A summary of the fees and expenses sought by FTI Consulting, Inc. is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank]*

50245376.1

Dated: Wilmington, Delaware
April 20, 2015                         **MORRISON & FOERSTER LLP**
                                      James M. Peck
                                      Brett H. Miller
                                      Lorenzo Marinuzzi
                                      Todd M. Goren
                                      250 West 55th Street
                                      New York, New York 10019-9601
                                      Telephone:  (212) 468-8000
                                      Facsimile:  (212) 468-7900
                                      E-mail:  jpeck@mofo.com
                                              brettmiller@mofo.com
                                              lmarinuzzi@mofo.com
                                              tgoren@mofo.com


                                         -and-


                                      */s/ Christopher A. Ward* _____
                                      Christopher A. Ward (Del. Bar No. 3877)
                                      Justin K. Edelson (Del. Bar No. 5002)
                                      Shanti M. Katona (Del. Bar No. 5352)
                                      Jarrett Vine (Del. Bar No. 5400)
                                      **POLSINELLI PC**
                                      222 Delaware Avenue, Suite 1101
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 252-0920
                                      Facsimile:  (302) 252-0921
                                      E-mail:  cward@polsinelli.com
                                              jedelson@polsinelli.com
                                              skatona@polsinelli.com
                                              jvine@polsinelli.com

                                      *Attorneys for the Official Committee of TCEH
                                      Unsecured Creditors*

50245376.1

## EXHIBIT A

### Professional Fees and Expenses
### Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[1] | Total Expenses Requested[2] | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc.<br><br>Financial Advisor to the Official Committee of TCEH Unsecured Creditors | Ninth Monthly Fee Statement<br><br>2/1/2015 through 2/28/2015<br><br>Filed 3/26/2015<br><br>Docket No. 3986 | $885,462.00 | $1,955.71 | 4/16/2015 | $708,369.60 | $1,955.71 | $177,092.40 |

---

[1] Consistent with the terms of the Administrative Order, the requested fees in the Monthly Fee Statement shall be allocated $885,462.00, $0.00, and $0.00 to TCEH, EFIH and EFH, respectively.

[2] Consistent with the terms of the Administrative Order, the requested expenses in the Monthly Fee Statement shall be allocated $1,955.71, $0.00, and $0.00 to TCEH, EFIH and EFH, respectively.