## EXHIBIT A

**Detailed Description of Expenses**

Guggenheim Securities  
Expense Details                                                                 EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**  
**EXPENSE DETAILS FOR THE PERIOD OF**  
**MARCH 1, 2015 THROUGH MARCH 31, 2015**

### Expense Details

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 3/10/2015 | Airfare | $1,481.94 | ($1,073.94) | $408.00 | Michael Henkin | Delta | One-way coach equivalent airfare from SF-NYC (EFH Portion) |
| 3/15/2015 | Airfare | 546.10 | 0.00 | 546.10 | Michael Henkin | United Airlines | One-way airfare from SF-Boston for EFH Meeting |
| 3/16/2015 | Airfare | 810.28 | 0.00 | 810.28 | Ronen Bojmel | Delta | Round trip airfare from NY-BOS for EFH meeting |
| 3/16/2015 | Airfare | 405.14 | 0.00 | 405.14 | Michael Henkin | Delta | One-way airfare from BOS-NYC returning from EFH Meeting |
| 3/2/2015 | Hotel | 83.42 | 0.00 | 83.42 | Michael Henkin | Grand Hyatt | 2 night taxes and fees |
| 3/2/2015 | Hotel | 518.00 | 0.00 | 518.00 | Michael Henkin | Grand Hyatt | 2 night room rate |
| 3/10/2015 | Hotel | 107.02 | 0.00 | 107.02 | Michael Henkin | Grand Hyatt | 2 night taxes and fees; EFH Meetings |
| 3/10/2015 | Hotel | 678.00 | 0.00 | 678.00 | Michael Henkin | Grand Hyatt | 2 night room rate; EFH Meetings |
| 2/14/2015 | Ground Transportation | 8.84 | 0.00 | 8.84 | James Shovlin | NYC-TAXI | Weekend taxi from office to home |
| 2/15/2015 | Ground Transportation | 8.84 | 0.00 | 8.84 | James Shovlin | NYC-TAXI | Weekend taxi from office to home |
| 2/18/2015 | Ground Transportation | 26.46 | 0.00 | 26.46 | Ofir Nitzan | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/18/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 2/18/2015 | Ground Transportation | 7.54 | 0.00 | 7.54 | James Shovlin | NYC TAXI 9G37 | Taxi from office to home after 9:00pm |
| 2/19/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 2/19/2015 | Ground Transportation | 6.36 | 0.00 | 6.36 | David Paulzak | NYC-TAXI | Taxi from office to home after 9:00pm |
| 2/20/2015 | Ground Transportation | 24.00 | 0.00 | 24.00 | Ofir Nitzan | UBER | Taxi home after 9:00pm |
| 2/20/2015 | Ground Transportation | 92.15 | 0.00 | 92.15 | Phillip Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 2/20/2015 | Ground Transportation | 12.25 | 0.00 | 12.25 | James Shovlin | NYC TAXI 6K73 | Taxi from office to home |
| 2/23/2015 | Ground Transportation | 13.56 | 0.00 | 13.56 | Ronen Bojmel | NYC-TAXI | Taxi from office to home after 9:00pm |
| 2/23/2015 | Ground Transportation | 13.30 | 0.00 | 13.30 | Ofir Nitzan | NYC-TAXI | Taxi from office to home after 9:00pm |
| 2/23/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 2/23/2015 | Ground Transportation | 6.00 | 0.00 | 6.00 | David Paulzak | NYC TAXI 8T66 | Taxi from office to home after 9:00pm |
| 2/24/2015 | Ground Transportation | 40.10 | 0.00 | 40.10 | Ronen Bojmel | EXECUTIVE CHARGE INC | Car service to meeting at Morrison Foerster |
| 2/24/2015 | Ground Transportation | 13.56 | 0.00 | 13.56 | Ronen Bojmel | NYC-TAXI YELLOW CAB | Taxi from office to home after 9:00pm |
| 2/24/2015 | Ground Transportation | 72.80 | 0.00 | 72.80 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/24/2015 | Ground Transportation | 9.96 | 0.00 | 9.96 | Phillip Laroche | NYC-TAXI | Taxi from EFH Meeting to office |
| 2/25/2015 | Ground Transportation | 6.62 | 0.00 | 6.62 | David Paulzak | NYC-TAXI | Taxi from office to home after 9:00pm |
| 2/26/2015 | Ground Transportation | 13.00 | 0.00 | 13.00 | Ofir Nitzan | NYC TAXI 3P70 | Taxi from office to home after 9:00pm |
| 2/26/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/26/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after midnight on 2/25/2015 |
| 2/26/2015 | Ground Transportation | 4.80 | 0.00 | 4.80 | James Shovlin | NYC-TAXI | Taxi home after 9:00pm |
| 2/27/2015 | Ground Transportation | 24.50 | 0.00 | 24.50 | Ofir Nitzan | BIG APPLE CAR INC | Car service home after 9:00pm |
| 2/27/2015 | Ground Transportation | 5.80 | 0.00 | 5.80 | Ofir Nitzan | NYC-TAXI | Taxi to EFH meeting at Evercore |
| 2/27/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/27/2015 | Ground Transportation | 18.96 | 0.00 | 18.96 | David Paulzak | NYC-TAXI | Taxi from office to home after 9:00pm |
| 2/28/2015 | Ground Transportation | 6.20 | 0.00 | 6.20 | James Shovlin | NYC TAXI 1B90 | Weekend taxi to office |
| 3/1/2015 | Ground Transportation | 7.54 | 0.00 | 7.54 | James Shovlin | NYC-TAXI | Weekend taxi to office |
| 3/2/2015 | Ground Transportation | 14.16 | 0.00 | 14.16 | Ronen Bojmel | NYC TAXI 7N97 | Taxi from office to home after 9:00pm |
| 3/2/2015 | Ground Transportation | 18.80 | 0.00 | 18.80 | Ronen Bojmel | NYC TAXI 4J18 | Taxi from office to EFH meeting with Joe Friedman |
| 3/2/2015 | Ground Transportation | 69.76 | 0.00 | 69.76 | Michael Henkin | NYC YELLOW CAB | Taxi from JFK to hotel |
| 3/2/2015 | Ground Transportation | 144.00 | 0.00 | 144.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at SFO during trip |
| 3/2/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 3/3/2015 | Ground Transportation | 7.50 | 0.00 | 7.50 | James Shovlin | NYC TAXI 5D78 | Taxi home after 9:00pm |
| 3/4/2015 | Ground Transportation | 15.35 | 0.00 | 15.35 | Ronen Bojmel | NYC TAXI 4E97 | Taxi from EFH meeting with Kevin Cofsky to home |
| 3/4/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC TAXI 3D93 | Taxi from office to home after 9:00pm |
| 3/4/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 3/4/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after midnight on 3/3/2015 |
| 3/5/2015 | Ground Transportation | 14.40 | 0.00 | 14.40 | Ronen Bojmel | UBER | Taxi from office to EFH meeting at Evercore |
| 3/5/2015 | Ground Transportation | 27.50 | 0.00 | 27.50 | Ronen Bojmel | UBER TECHNOLOGIES INC | Taxi from office to EFH meeting with Kevin Cofsky |
| 3/5/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 3/6/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 3/7/2015 | Ground Transportation | 6.20 | 0.00 | 6.20 | James Shovlin | NYC TAXI 9K38 | Taxi home after midnight on 3/6/2015 |
| 3/7/2015 | Ground Transportation | 6.20 | 0.00 | 6.20 | James Shovlin | NYC TAXI 1L11 | Weekend taxi to office |
| 3/8/2015 | Ground Transportation | 11.80 | 0.00 | 11.80 | Ofir Nitzan | NYC TAXI 4H52 | Weekend taxi from office to home |
| 3/8/2015 | Ground Transportation | 14.00 | 0.00 | 14.00 | Ofir Nitzan | NYC TAXI 2Y85 | Weekend taxi from home to office |
| 3/8/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 3/8/2015 | Ground Transportation | 13.50 | 0.00 | 13.50 | James Shovlin | NYC TAXI 5G36 | Taxi home after 9:00pm |
| 3/9/2015 | Ground Transportation | 15.95 | 0.00 | 15.95 | Ronen Bojmel | NYC TAXI 2C12 | Taxi from office to home after 9:00pm |
| 3/9/2015 | Ground Transportation | 10.00 | 0.00 | 10.00 | Ofir Nitzan | NYC-TAXI | Taxi from office to home after 9:00pm |
| 3/10/2015 | Ground Transportation | 74.11 | 0.00 | 74.11 | Phillip Laroche | VELOCITY LIMO INC | Car service home after midnight on 3/9/2015 |
| 3/10/2015 | Ground Transportation | 68.68 | 0.00 | 68.68 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 3/10/2015 | Ground Transportation | 8.50 | 0.00 | 8.50 | James Shovlin | NYC-TAXI | Taxi home after 9:00pm |
| 3/11/2015 | Ground Transportation | 13.80 | 0.00 | 13.80 | Ofir Nitzan | NYC TAXI 2G57 | Taxi from office to home after 9:00pm |
| 3/11/2015 | Ground Transportation | 68.68 | 0.00 | 68.68 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 3/13/2015 | Ground Transportation | 144.00 | 0.00 | 144.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at SFO during trip |
| 3/13/2015 | Ground Transportation | 8.15 | 0.00 | 8.15 | James Shovlin | NYC TAXI 1T35 | Taxi home after midnight on 3/12/2015 |
| 3/16/2015 | Ground Transportation | 61.72 | 0.00 | 61.72 | Ronen Bojmel | VELOCITY LIMO INC | Car service from airport to home |
| 3/16/2015 | Ground Transportation | 10.60 | 0.00 | 10.60 | Ronen Bojmel | BOS TAXI 0904 | Taxi from EFH meeting to meeting at Bain |
| 3/16/2015 | Ground Transportation | 32.75 | 0.00 | 32.75 | Ronen Bojmel | BOS TAXI 0611 | Taxi from airport to EFH meeting |
| 3/17/2015 | Ground Transportation | 11.76 | 0.00 | 11.76 | Ronen Bojmel | NYC-TAXI | Taxi from office to home after 9:00pm |
| 3/17/2015 | Ground Transportation | 68.68 | 0.00 | 68.68 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/28/2015 | Meals | 11.25 | 0.00 | 11.25 | James Shovlin | CHIPOTLE 1255 | Weekend meal - lunch |
| 3/2/2015 | Meals | 14.46 | 0.00 | 14.46 | Michael Henkin | THREE TWINS ICE CREAM | 1 person travel meal - dinner |
| 3/2/2015 | Meals | 22.33 | (2.33) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/2/2015 | Meals | 22.33 | (2.33) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/3/2015 | Meals | 22.54 | (2.54) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/3/2015 | Meals | 22.54 | (2.54) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |

Guggenheim Securities
Expense Details                                                    EXHIBIT A

GUGGENHEIM SECURITIES, LLC
EXPENSE DETAILS FOR THE PERIOD OF
MARCH 1, 2015 THROUGH MARCH 31, 2015

### Expense Details

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 3/3/2015 | Meals | 25.50 | (5.50) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/4/2015 | Meals | 52.73 | 0.00 | 52.73 | Michael Henkin | SUSHIYA JAPANESE RESTA | 2 person travel/business lunch; discuss EFH |
| 3/4/2015 | Meals | 24.64 | (4.64) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/4/2015 | Meals | 21.43 | (1.43) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/4/2015 | Meals | 25.47 | (5.47) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/5/2015 | Meals | 23.22 | (3.22) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/6/2015 | Meals | 23.89 | (3.89) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/6/2015 | Meals | 23.89 | (3.89) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/6/2015 | Meals | 25.59 | (5.59) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/7/2015 | Meals | 14.25 | 0.00 | 14.25 | James Shovlin | CHIPOTLE 1255 | Weekend meal - lunch |
| 3/8/2015 | Meals | 20.96 | (0.96) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/8/2015 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/8/2015 | Meals | 23.98 | (3.98) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/9/2015 | Meals | 23.20 | (3.20) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/9/2015 | Meals | 23.20 | (3.20) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/9/2015 | Meals | 25.50 | (5.50) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/10/2015 | Meals | 15.99 | 0.00 | 15.99 | Michael Henkin | HUDSONNEWSSANFRANCISC | 1 person travel meal - lunch |
| 3/10/2015 | Meals | 25.50 | (5.50) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/11/2015 | Meals | 18.29 | 0.00 | 18.29 | Michael Henkin | CAFE 42ND | 1 person travel meal - dinner |
| 3/11/2015 | Meals | 25.56 | (5.56) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/11/2015 | Meals | 25.55 | (5.55) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/12/2015 | Meals | 24.56 | (4.56) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/13/2015 | Meals | 13.68 | 0.00 | 13.68 | Michael Henkin | HUDSON NEWS | 1 person travel meal - lunch |
| 3/13/2015 | Meals | 24.92 | (4.92) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/14/2015 | Meals | 14.25 | 0.00 | 14.25 | James Shovlin | CHIPOTLE 1255 | Weekend meal - lunch |
| 3/15/2015 | Meals | 22.64 | (2.64) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/15/2015 | Meals | 22.44 | (2.44) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/16/2015 | Meals | 4.91 | 0.00 | 4.91 | Ronen Bojmel | DUNKIN #308352   Q35 | 1 person travel meal - lunch |
| 3/16/2015 | Meals | 25.58 | (5.58) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/16/2015 | Meals | 25.58 | (5.58) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/17/2015 | Meals | 22.44 | (2.44) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/17/2015 | Meals | 25.55 | (5.55) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/18/2015 | Meals | 24.31 | (4.31) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/18/2015 | Meals | 21.37 | (1.37) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/18/2015 | Meals | 24.04 | (4.04) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/19/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/19/2015 | Meals | 22.44 | (2.44) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/19/2015 | Meals | 25.50 | (5.50) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/20/2015 | Meals | 25.59 | (5.59) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/23/2015 | Meals | 21.02 | (1.02) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/23/2015 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/23/2015 | Meals | 25.54 | (5.54) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/24/2015 | Meals | 25.51 | (5.51) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/26/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/27/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/27/2015 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/27/2015 | Meals | 25.25 | (5.25) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/28/2015 | Meals | 24.37 | (4.37) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/28/2015 | Meals | 24.36 | (4.36) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/28/2015 | Meals | 14.64 | 0.00 | 14.64 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/29/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/29/2015 | Meals | 17.19 | 0.00 | 17.19 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/29/2015 | Meals | 12.36 | 0.00 | 12.36 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/29/2015 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/29/2015 | Meals | 17.19 | 0.00 | 17.19 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/31/2015 | Legal | 1,021.50 | 0.00 | 1,021.50 | | DENTONS US LLP | Reimbursement of legal fees and expenses incurred by Gugg. |