## EXHIBIT A-1

**Legal Expenses of Guggenheim Securities, LLC**



Dentons US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

Salans FMC SNR Denton
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

April 10, 2015

**Invoice No. 1637943**

Client/Matter: 21421443-0045

Energy Future Holdings

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 1,021.50 |

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
P. Maxcy
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

Salans FMC SNR Denton
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

April 10, 2015

**Invoice No. 1637943**

Client/Matter:  21421443-0045

Energy Future Holdings

For Professional Services Rendered through March 31, 2015:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 3/10/15 | G. Miller | 0.90 | Analyze whether a supplemental disclosure is necessary. |
| 3/10/15 | P. Maxcy | 0.30 | Conference J. Aboody and H. Mortenson re supplemental disclosures. |
| 3/10/15 | P. Maxcy | 0.60 | Review affidavit and advise re questions about disclosures. |
| Total Hours | | 1.80 | |
| Fee Amount | | | $1,021.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Maxcy | $720.00 | 0.90 | $648.00 |
| G. Miller | $415.00 | 0.90 | $373.50 |
| Totals | | 1.80 | $1,021.50 |

Fee Total         $    1,021.50

Invoice Total      $    1,021.50

18