EXHIBIT A
PROFESSIONAL FEES AND EXPENSES
MONTHLY FEE STATEMENT

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Thompson & Knight LLP | January 1, 2015 through January 31, 2015<br><br>Filed: 3/26/2015<br><br>D.I. 3982 | $126,252.50 | $2,113.65 | 4/16/2015 | $101,002.00 | $2,113.65 | $25,250.50 |

PROFESSIONAL FEES AND EXPENSES
MONTHLY FEE STATEMENT – JANUARY 2015

RLF1 11843112v.1