**EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY SUBJECT MATTER[1]
## MARCH 1, 2015 THROUGH MARCH 31, 2015

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 66.70 | $22,702.50 |
| 7 | EPA NSR Litigation | 618.9 | $188,124.00 |
| 8 | EGU MACT | 56.70 | $15,605.00 |
| 9 | Texas PM2.5 Interstate Transport Rule | 0.40 | $109.00 |
| 10 | Supplemental §114 Response | 8.45 | $2,748.25 |
| 11 | EPA Regional Haze Rulemaking | 290.50 | $104,939.00 |
| 18 | EPA Affirmative Defense Litigation | 1.40 | $500.00 |
| 19 | EPA GHG Rules | 4.60 | $2,047.00 |
| 21 | Bankruptcy Application and Retention | 32.20 | $7,751.50 |
| 22 | Champion Creek | 5.80 | $2,929.00 |
| **Totals:** | | **1,085.65** | **$347,455.25** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**MARCH 1, 2015 THROUGH MARCH 31, 2015**

| Expense Category | Amount |
|---|---|
| Telephone Charges | $25.95 |
| Standard Copies or Prints | $48.90 |
| Color Copies or Prints | $78.50 |
| Deliveries | $0.48 |
| Airfare | $6,362.68 |
| Transportation | $57.28 |
| Transportation to/from airport | $338.00 |
| Traveling Expenses – Lodging | $4,016.94 |
| Travel Meals | $1,217.55 |
| Other Travel Expenses | $300.00 |
| **Total Expenses:** | **$12,446.28** |