# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 24.50 | $9,432.50 |
| J. Michael Childers | Partner | 1990 | Energy | $505.00 | 5.80 | $2,929.00 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $320.00 | 129.20 | $41,344.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 171.20 | $86,456.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 82.25 | $41,536.25 |
| Mary Samuels | Partner | 2007 | Environmental | $320.00 | 34.60 | $11,072.00 |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 63.20 | $15,168.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 98.80 | $23,218.00 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $275.00 | 36.50 | $10,037.50 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $290.00 | 3.10 | $899.00 |
| Michael P. Malenfant | Associate | 2013 | Energy | $235.00 | 3.80 | $893.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 129.40 | $36,879.00 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 18.10 | $4,887.00 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | $220.00 | 106.80 | $23,496.00 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $260.00 | 68.0 | $17,680.00 |
| | | | | | **975.25** | **$325,927.25** |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $195.00 | 110.4 | $21,528.00 |
| | | | | | **110.4** | **$21,528.00** |

**Total Fees Requested**      **$347,455.25**