## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**MARCH 1, 2015 THROUGH MARCH 31, 2015**

| Expense Category | Amount |
|---|---|
| Telephone Charges | $25.95 |
| Standard Copies or Prints | $48.90 |
| Color Copies or Prints | $78.50 |
| Deliveries | $0.48 |
| Airfare | $6,362.68 |
| Transportation | $57.28 |
| Transportation to/from airport | $338.00 |
| Traveling Expenses – Lodging | $4,016.94 |
| Travel Meals | $1,217.55 |
| Other Travel Expenses | $300.00 |
| **Total Expenses:** | **$12,446.28** |