## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**MARCH 1, 2015 THROUGH MARCH 31, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 575173 | 011 | 3/4/15 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Long Distance to Dallas, TX |
| 575269 | 007 | 1/22/15 | C. Grady Moore | Airfare | | | $567.00 | Airfare from Birmingham, AL to Dallas, TX – C. Grady Moore |
| 575269 | 007 | 2/9/15 | C. Grady Moore | Airfare | | | $344.10 | Airfare from Birmingham, AL to Dallas, TX – C. Grady Moore |
| 575269 | 007 | 2/9/15 | C. Grady Moore | Airfare | | | $366.10 | Airfare from Dallas, TX to Birmingham, AL – C. Grady Moore |
| 575269 | 007 | 3/4/15 | Linda Shaper | Telephone Charges | | | $0.80 | Long Distance to Dallas, TX |
| 575269 | 007 | 3/4/15 | Linda Shaper | Telephone Charges | | | $0.80 | Long Distance to Dallas, TX |
| 575269 | 007 | 3/6/15 | Amy Benschoter | Telephone Charges | | | $3.70 | Long Distance to Dallas, TX |
| 575269 | 007 | 3/10/15 | Amy Benschoter | In-house Copying | $0.50 | 69 | $34.50 | Color Copies |
| 575269 | 007 | 3/10/15 | Ellen Burgin | In-house Copying | $0.10 | 467 | $46.70 | Standard Copies |
| 575269 | 007 | 3/11/15 | Ellen Burgin | In-house Copying | $0.10 | 2 | $0.20 | Standard Copies |
| 575269 | 007 | 3/11/15 | Ellen Burgin | In-house Copying | $0.50 | 84 | $42.00 | Color Copies |
| 575269 | 007 | 3/17/15 | C. Grady Moore | Transportation to/from airport | | | $23.00 | Cab fare from airport to client's office – C. Grady Moore |
| 575269 | 007 | 3/17/15 | P. Stephen Gidiere | Transportation to/from airport | | | $25.00 | Cab fare from airport to hotel – P. Stephen Gidiere |
| 575269 | 007 | 3/17/15 | P. Stephen Gidiere | Transportation to/from airport | | | $4.60 | Travel to Birmingham Airport – P. Stephen Gidiere |
| 575269 | 007 | 3/17/15 | C. Grady Moore | Travel Meals | | | $12.00 | Lunch – C. Grady Moore |
| 575269 | 007 | 3/17/15 | C. Grady Moore | Travel Meals | | | $9.00 | Dinner – C. Grady Moore |
| 575269 | 007 | 3/17/15 | P. Stephen Gidiere | Travel Meals | | | $20.78 | Dinner – P. Stephen Gidiere |
| 575269 | 007 | 3/17/15 | P. Stephen Gidiere | Travel Meals | | | $58.61 | Dinner – P. Stephen Gidiere |
| 575269 | 007 | 3/18/15 | Tom DeLawrence | Airfare | | | $335.00 | Travel from Birmingham, AL to Dallas, TX – Tom DeLawrence |
| 575269 | 007 | 3/18/15 | C. Grady Moore | Transportation | | | $16.00 | Cab fare from client meeting to hotel – C. Grady Moore |
| 575269 | 007 | 3/18/15 | P. Stephen Gidiere | Transportation | | | $7.58 | Cab fare from client meeting to hotel – P. Stephen Gidiere |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 575269 | 007 | 3/18/15 | Tom DeLawrence | Transportation to/from airport | | | $25.00 | Cab fare from airport to client meeting – Tom DeLawrence |
| 575269 | 007 | 3/18/15 | Tom DeLawrence | Transportation to/from airport | | | $26.00 | Cab fare from airport to client's office – Tom DeLawrence |
| 575269 | 007 | 3/18/15 | C. Grady Moore | Travel Meals | | | $186.17 | Group Dinner – C. Grady Moore |
| 575269 | 007 | 3/18/15 | P. Stephen Gidiere | Travel Meals | | | $191.17 | Group Dinner – P. Stephen Gidiere |
| 575269 | 007 | 3/19/15 | Amy Benschoter | Airfare | | | $356.10 | Travel from Birmingham, AL to Dallas, TX – Amy Benschoter |
| 575269 | 007 | 3/19/15 | Amy Benschoter | Airfare | | | $262.06 | Travel from Dallas, TX to Birmingham, AL – Amy Benschoter |
| 575269 | 007 | 3/19/15 | C. Grady Moore | Airfare | | | $38.96 | Airline service fees – C. Grady Moore |
| 575269 | 007 | 3/19/15 | P. Stephen Gidiere | Airfare | | | $720.70 | Roundtrip travel between Birmingham, AL and Dallas, TX and fee – P. Stephen Gidiere |
| 575269 | 007 | 3/19/15 | P. Stephen Gidiere | Airfare | | | $1.00 | Airline service fee – P. Stephen Gidiere. |
| 575269 | 007 | 3/19/15 | Tom DeLawrence | Airfare | | | $262.06 | Travel from Dallas, TX to Birmingham, AL – Tom DeLawrence |
| 575269 | 007 | 3/19/15 | Amy Benschoter | Other Travel Expenses | | | $12.00 | Parking at Airport – Amy Benschoter |
| 575269 | 007 | 3/19/15 | C. Grady Moore | Other Travel Expenses | | | $53.00 | Parking at Airport – C. Grady Moore |
| 575269 | 007 | 3/19/15 | P. Stephen Gidiere | Other Travel Expenses | | | $57.00 | Parking at Airport – P. Stephen Gidiere |
| 575269 | 007 | 3/19/15 | Tom DeLawrence | Other Travel Expenses | | | $22.00 | Parking at Airport – Tom DeLawrence |
| 575269 | 007 | 3/19/15 | Amy Benschoter | Transportation to/from airport | | | $25.00 | Cab fare from airport to client's office – Amy Benschoter |
| 575269 | 007 | 3/19/15 | C. Grady Moore | Transportation to/from airport | | | $46.00 | Cab fare from client's office to airport – |
| 575269 | 007 | 3/19/15 | Tom DeLawrence | Transportation to/from airport | | | $65.00 | Cab fare from client's office to airport – Tom DeLawrence |
| 575269 | 007 | 3/19/15 | Amy Benschoter | Travel Meals | | | $18.06 | Breakfast – Amy Benschoter |
| 575269 | 007 | 3/19/15 | P. Stephen Gidiere | Travel Meals | | | $58.75 | Dinner – P. Stephen Gidiere |
| 575269 | 007 | 3/19/15 | P. Stephen Gidiere | Travel Meals | | | $41.64 | Breakfast – P. Stephen Gidiere & C. Grady Moore |
| 575269 | 007 | 3/19/15 | Tom DeLawrence | Travel Meals | | | $6.50 | Breakfast – Tom DeLawrence |
| 575269 | 007 | 3/19/15 | Tom DeLawrence | Travel Meals | | | $20.83 | Dinner – Tom DeLawrence & Amy Benschoter |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 575269 | 007 | 3/19/15 | C. Grady Moore | Traveling Expenses – Lodging | | | $495.62 | Lodging in Dallas, TX – C. Grady Moore |
| 575269 | 007 | 3/19/15 | P. Stephen Gidiere | Traveling Expenses – Lodging | | | $656.98 | Lodging in Dallas, TX – P. Stephen Gidiere |
| 575269 | 007 | 3/19/15 | Tom DeLawrence | Traveling Expenses – Lodging | | | $172.66 | Lodging in Dallas, TX – Tom DeLawrence |
| 575269 | 007 | 3/23/15 | C. Grady Moore | In-house Copying | $0.10 | 16 | $1.60 | Standard Copies |
| 575269 | 007 | 3/23/15 | M. Talmadge Simpson | Telephone Charges | | | $0.20 | Long Distance to Dallas, TX |
| 575269 | 007 | 3/24/15 | Linda Shaper | Telephone Charges | | | $0.60 | Long Distance to Dallas, TX |
| 575269 | 007 | 3/25/15 | P. Stephen Gidiere | Transportation | | | $10.00 | Cab fare from client's office to hotel – P. Stephen Gidiere |
| 575269 | 007 | 3/25/15 | P. Stephen Gidiere | Transportation to/from airport | | | $4.60 | Travel to Birmingham Airport – P. Stephen Gidiere |
| 575269 | 007 | 3/25/15 | P. Stephen Gidiere | Travel Meal | | | $113.51 | Group Dinner – P. Stephen Gidiere |
| 575269 | 007 | 3/25/15 | P. Stephen Gidiere | Travel Meal | | | $11.52 | Breakfast – P. Stephen Gidiere |
| 575269 | 007 | 3/26/15 | P. Stephen Gidiere | Airfare | | | $721.60 | Roundtrip travel between Birmingham, AL and Dallas, TX and fee – P. Stephen Gidiere |
| 575269 | 007 | 3/26/15 | P. Stephen Gidiere | Airfare | | | $2.00 | Airline service fee – P. Stephen Gidiere. |
| 575269 | 007 | 3/26/15 | C. Grady Moore | In-house Copying | $0.10 | 4 | $0.40 | Standard Copies |
| 575269 | 007 | 3/26/15 | C. Grady Moore | In-house Copying | $0.50 | 4 | $2.00 | Color Copies |
| 575269 | 007 | 3/26/15 | P. Stephen Gidiere | Other Travel Expenses | | | $40.00 | Parking at Airport – P. Stephen Gidiere |
| 575269 | 007 | 3/26/15 | P. Stephen Gidiere | Transportation | | | $10.00 | Cab fare from hotel to client's office – P. Stephen Gidiere |
| 575269 | 007 | 3/26/15 | P. Stephen Gidiere | Transportation | | | $4.00 | Cab fare from hotel to client's office – P. Stephen Gidiere |
| 575269 | 007 | 3/26/15 | P. Stephen Gidiere | Transportation | | | $4.00 | Cab fare from hotel to client's office – P. Stephen Gidiere |
| 575269 | 007 | 3/26/15 | P. Stephen Gidiere | Travel Meal | | | $43.03 | Dinner – P. Stephen Gidiere |
| 575269 | 007 | 3/26/15 | P. Stephen Gidiere | Travel Meal | | | $2.49 | Breakfast – P. Stephen Gidiere |
| 575269 | 007 | 3/26/15 | P. Stephen Gidiere | Travel Meal | | | $24.20 | Breakfast – P. Stephen Gidiere |
| 575269 | 007 | 3/26/15 | P. Stephen Gidiere | Traveling Expenses – Lodging | | | $328.49 | Lodging in Dallas, TX – P. Stephen Gidiere |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 575271 | 009 | 2/11/15 | P. Stephen Gidiere | Airfare | | | $209.60 | Travel from Birmingham, AL to Baltimore, MD – P. Stephen Gidiere |
| 575271 | 009 | 2/12/15 | P. Stephen Gidiere | Airfare | | | $286.00 | Travel Birmingham, AL to Washington, DC - P. Stephen Gidiere |
| 575271 | 009 | 2/23/15 | P. Stephen Gidiere | Other Travel Expenses | | | $20.00 | Subway fare – P. Stephen Gidiere |
| 575271 | 009 | 2/23/15 | P. Stephen Gidiere | Transportation to/from airport | | | $2.30 | Travel to Birmingham Airport – P. Stephen Gidiere |
| 575271 | 009 | 2/23/15 | P. Stephen Gidiere | Travel Meals | | | $15.16 | Lunch – P. Stephen Gidiere |
| 575271 | 009 | 2/23/15 | P. Stephen Gidiere | Travel Meals | | | $75.70 | Group Dinner – P. Stephen Gidiere |
| 575271 | 009 | 2/23/15 | P. Stephen Gidiere | Traveling Expenses – Lodging | | | $982.42 | Lodging in Washington DC – P. Stephen Gidiere |
| 575271 | 009 | 2/24/15 | P. Stephen Gidiere | Travel Meals | | | $86.90 | Group Dinner – P. Stephen Gidiere |
| 575271 | 009 | 2/25/15 | P. Stephen Gidiere | Other Travel Expenses | | | $12.00 | Cab fare from courthouse to office – P. Stephen Gidiere |
| 575271 | 009 | 2/27/15 | P. Stephen Gidiere | Transportation to/from airport | | | $64.00 | Parking at Airport – P. Stephen Gidiere |
| 575273 | 011 | 2/19/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Dallas, TX |
| 575273 | 011 | 2/25/15 | David W. Mitchell | Airfare | | | $668.20 | Roundtrip travel between Birmingham, AL and Dallas, TX – David Mitchell |
| 575273 | 011 | 2/25/15 | P. Stephen Gidiere | Airfare | | | $533.05 | Travel from Washington DC to Dallas, TX – P. Stephen Gidiere |
| 575273 | 011 | 2/25/15 | P. Stephen Gidiere | Airfare | | | $20.95 | Airline service for internet – P. Stephen Gidiere |
| 575273 | 011 | 2/25/15 | P. Stephen Gidiere | Transportation to/from airport | | | $2.30 | Travel to Birmingham Airport – P. Stephen Gidiere |
| 575273 | 011 | 2/25/15 | David W. Mitchell | Travel Meals | | | $16.00 | Lunch – David W. Mitchell |
| 575273 | 011 | 2/25/15 | David W. Mitchell | Travel Meals | | | $29.93 | Dinner – David W. Mitchell |
| 575273 | 011 | 2/25/15 | P. Stephen Gidiere | Travel Meals | | | $55.07 | Dinner – P. Stephen Gidiere |
| 575273 | 011 | 2/26/15 | P. Stephen Gidiere | Transportation | | | $5.70 | Cab fare from client meeting to hotel – P. Stephen Gidiere |
| 575273 | 011 | 2/26/15 | David W. Mitchell | Travel Meals | | | $9.57 | Dinner – David W. Mitchell |
| 575273 | 011 | 2/26/15 | David W. Mitchell | Travel Meals | | | $3.00 | Breakfast – David W. Mitchell |
| 575273 | 011 | 2/27/15 | P. Stephen Gidiere | Airfare | | | $234.10 | Travel from Dallas, TX to Austin, TX – P. Stephen Gidiere |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 575273 | 011 | 2/27/15 | P. Stephen Gidiere | Airfare | | | $434.10 | Travel from Austin, TX to Birmingham, AL - P. Stephen Gidiere |
| 575273 | 011 | 2/27/15 | David W. Mitchell | Other Travel Expenses | | | $20.00 | Parking at Airport – David W. Mitchell |
| 575273 | 011 | 2/27/15 | P. Stephen Gidiere | Other Travel Expenses | | | $64.00 | Parking at Airport – P. Stephen Gidiere |
| 575273 | 011 | 2/27/15 | David W. Mitchell | Transportation to/from airport | | | $25.20 | Cab fare from airport to meeting – David W. Mitchell |
| 575273 | 011 | 2/27/15 | David W. Mitchell | Travel Meals | | | $5.69 | Lunch – David W. Mitchell |
| 575273 | 011 | 2/27/15 | P. Stephen Gidiere | Travel Meals | | | $17.26 | Lunch – P. Stephen Gidiere |
| 575273 | 011 | 2/27/15 | P. Stephen Gidiere | Travel Meals | | | $42.73 | Dinner – P. Stephen Gidiere |
| 575273 | 011 | 2/27/15 | P. Stephen Gidiere | Travel Meals | | | $3.99 | Lunch – P. Stephen Gidiere |
| 575273 | 011 | 2/27/15 | P. Stephen Gidiere | Travel Meals | | | $9.39 | Breakfast – P. Stephen Gidiere |
| 575273 | 011 | 2/27/15 | P. Stephen Gidiere | Travel Meals | | | $28.90 | Breakfast – P. Stephen Gidiere |
| 575273 | 011 | 2/27/15 | David W. Mitchell | Traveling Expenses – Lodging | | | $574.25 | Lodging in Dallas, TX – David Mitchell |
| 575273 | 011 | 2/27/15 | P. Stephen Gidiere | Traveling Expenses – Lodging | | | $806.52 | Lodging in Dallas, TX – P. Stephen Gidiere |
| 575273 | 011 | 3/3/15 | P. Stephen Gidiere | Telephone Charges | $1.00 | 4 | $4.00 | Telefax |
| 575273 | 011 | 3/4/15 | P. Stephen Gidiere | Deliveries | | | $0.48 | Postage |
| 575275 | 019 | 2/19/15 | P. Stephen Gidiere | Telephone Charges | | | $14.85 | Long Distance |
| 575432 | 004 | 2/20/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Chicago, IL |
| **Total Expenses:** | | | | | | | **$12,446.28** | |