## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS<br>3/01 – 3/31/2015 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 102.5 |
| George Koutsonicolis | Managing Director | 9 |
| Raoul Nowitz | Managing Director | 155.5 |
| Paul Hogan | Director | 2.5 |
| Matthew Cumbee | Sr. Associate | 109.5 |
| John-Francis Kraemer | Sr. Associate | 1 |
| Hayes Parker | Analyst | 21 |
| Jeff Casas | Analyst | 11 |
| TOTALS | | 412 |