## EXHIBIT C

**Expenses by Category**

|  | March 2015 |
|---|---|
| Airfare | $7,818.33 |
| Ground Transportation | $2,199.29 |
| Hotel & Lodging | $6,289.18 |
| Meals | $545.79 |
| Mileage | $104.16 |
| TOTALS | $16,956.75 |