## EXHIBIT D

**Expense Detail**

## Energy Future Holdings Corp: March 1 - March 31, 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| 3/11/2015 | Cumbee, Matthew | AIR - Airfare | $ 423.10 |
| | | One-way Economy Class from ORD to LGA for negotiation with T-side Advisors. | |
| 3/12/2015 | Cumbee, Matthew | AIR - Airfare | $ 257.10 |
| | | One-way Economy Class from JFK to ORD for return flight from NY. | |
| 3/23/2015 | Cumbee, Matthew | AIR - Airfare | $ 364.10 |
| | | One-way Economy Class from ORD to DFW (flight cancelled by airline so no new fee applies, took flight next morning). | |
| 3/26/2015 | Cumbee, Matthew | AIR - Airfare | $ 487.88 |
| | | One-way Economy Class from DFW to ORD return flight for meetings in Dallas. | |
| 3/10/2015 | Luria, Neil | AIR - Airfare | $ 486.10 |
| | | One-way Economy Class from Orlando to Newark for negotiation with T-side advisors. | |
| 3/13/2015 | Luria, Neil | AIR - Airfare | $ 637.10 |
| | | One-way Economy Class from LGA to CLE following Proskauer/Munger meetings in NYC. | |
| 3/23/2015 | Luria, Neil | AIR - Airfare | $ 719.10 |
| | | One-way Economy Class from EWR to DFW for meetings with Disinterested Directors and DDA's in Dallas. | |
| 3/25/2015 | Luria, Neil | AIR - Airfare | $ 670.15 |
| | | One-way from DFW to MCO for return flight for meetings in Dallas. | |
| 3/4/2015 | Nowitz, Raoul | AIR - Airfare | $ 563.10 |
| | | One-leg of a round-trip flight from ATL to LGA for meeting with Proskauer.   Note:   LGA TO ATL CANCELLED DUE TO PLANE OFF RUNWAY - REBOOKED VIA UNITED AIRLINE FROM NEWARK. | |
| 3/6/2015 | Nowitz, Raoul | AIR - Airfare | $ 550.10 |
| | | One-way from Economy Class from EWR to ATL for meeting with Proskauer. | |
| 3/12/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,126.20 |
| | | Round-trip from ATL-LGA for meeting with Proskauer and Monger Toiles. | |
| 3/23/2015 | Nowitz, Raoul | AIR - Airfare | $ 323.10 |
| | | One-way Economy Class from ATL-DFW for meeting with management. | |
| 3/26/2015 | Nowitz, Raoul | AIR - Airfare | $ 898.10 |
| | | One-way Economy Class from DFW-ATL for return flight for meetings in Dallas. | |
| 3/27/2015 | Nowitz, Raoul | AIR - Airfare | $ 313.10 |
| | | One-way Economy Class from DFW-ATL for return flight from meetings in Dallas. | |
| | | Total Airfare: | $ 7,818.33 |
| 3/11/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 47.10 |
| | | Taxi to ORD Airport. | |
| 3/11/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 55.96 |
| | | Taxi from LGA to Proskauer. | |
| 3/12/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 80.00 |

# Energy Future Holdings Corp:   March 1 - March 31, 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 3/12/2015 | Cumbee, Matthew | Taxi to JFK Airport from Manhattan. GRTRAN - Ground Transportation | $ 85.00 |
| 3/23/2015 | Cumbee, Matthew | JFK Airport to LGA Airport. GRTRAN - Ground Transportation | $ 45.00 |
| 3/23/2015 | Cumbee, Matthew | Taxi from SOLIC office to ORD. GRTRAN - Ground Transportation | $ 46.85 |
| 3/24/2015 | Cumbee, Matthew | Taxi from ORD to home (flight cancelled). GRTRAN - Ground Transportation | $ 50.45 |
| 3/24/2015 | Cumbee, Matthew | Taxi from home to ORD. GRTRAN - Ground Transportation | $ 27.06 |
| 3/25/2015 | Cumbee, Matthew | Hotel parking. GRTRAN - Ground Transportation | $ 5.86 |
| 3/25/2015 | Cumbee, Matthew | Taxi to dinner. GRTRAN - Ground Transportation | $ 25.00 |
| 3/26/2015 | Cumbee, Matthew | Taxi from dinner to hotel. GRTRAN - Ground Transportation | $ 369.32 |
| 3/26/2015 | Cumbee, Matthew | Rental car fee in Dallas for 3 days. GRTRAN - Ground Transportation | $ 5.74 |
| 3/26/2015 | Cumbee, Matthew | Gas for rental car. GRTRAN - Ground Transportation | $ 50.00 |
| 3/6/2015 | Luria, Neil | Taxi from ORD to home. GRTRAN - Ground Transportation | $ 141.75 |
| 3/10/2015 | Luria, Neil | Car from Proskauer offices in NYC to EWR Airport following EFH Board meeting. GRTRAN - Ground Transportation | $ 154.05 |
| 3/15/2015 | Luria, Neil | Car from EWR to Manhattan in advance of Proskauer/MTO meetings in NYC. GRTRAN - Ground Transportation | $ 79.28 |
| 3/23/2015 | Luria, Neil | Car service from airport to home. GRTRAN - Ground Transportation | $ 55.45 |
| 3/25/2015 | Luria, Neil | Taxi from DFW to hotel in Dallas. GRTRAN - Ground Transportation | $ 76.00 |
| 3/4/2015 | Nowitz, Raoul | Uber car from Energy Plaza to DFW following TCEH/EFH meetings. GRTRAN - Ground Transportation | $ 52.66 |
| 3/4/2015 | Nowitz, Raoul | Taxi from LGA airport GRTRAN - Ground Transportation | $ 17.94 |
| 3/5/2015 | Nowitz, Raoul | Taxi from restaurant to hotel. GRTRAN - Ground Transportation | $ 14.69 |
| 3/5/2015 | Nowitz, Raoul | Taxi to Proskauer office. GRTRAN - Ground Transportation | $ 26.00 |
| 3/6/2015 | Nowitz, Raoul | UBER from Proskauer to hotel GRTRAN - Ground Transportation | $ 98.80 |
| 3/6/2015 | Nowitz, Raoul | Taxi from Proskeaur to Newark airport GRTRAN - Ground Transportation | $ 104.00 |
| 3/6/2015 | Nowitz, Raoul | ATL Airport parking. GRTRAN - Ground Transportation | $ 10.79 |
| 3/11/2015 | Nowitz, Raoul | Taxi from hotel to Proskauer. GRTRAN - Ground Transportation | $ 14.04 |
| | | Taxi from Proskauer to hotel. | |

**Energy Future Holdings Corp: March 1 - March 31, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 3/11/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from airport to Proskauer | $ 54.12 |
| 3/12/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>ATL Airport parking. | $ 68.00 |
| 3/12/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from hotel to Proskauer. | $ 15.99 |
| 3/12/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Proskauer to LGA Airport. | $ 53.69 |
| 3/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Airport to EFH office. | $ 52.00 |
| 3/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from EFH to Hotel. | $ 9.35 |
| 3/26/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>ATL Airport parking. | $ 140.00 |
| 3/27/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from hotel to airport. | $ 57.35 |
| 3/27/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from EFH to Hotel. | $ 10.00 |
| | | **Total Ground Transportation:** | **$ 2,199.29** |
| 3/12/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 405.24 |
| 3/23/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night.  Non-refundable due to last minute airline flight cancellation. | $ 425.31 |
| 3/24/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 344.63 |
| 3/25/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 344.63 |
| 3/4/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 495.77 |
| 3/5/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 472.82 |
| 3/10/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 500.00 |
| 3/11/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 500.00 |
| 3/23/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 316.97 |
| 3/24/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 316.97 |
| 3/4/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 417.45 |
| 3/5/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 314.17 |
| 3/12/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 484.31 |
| 3/26/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 3 nights. | $ 950.91 |

# Energy Future Holdings Corp: March 1 - March 31, 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| | | Total Hotel and Lodging: | **$ 6,289.18** |
| 3/11/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.72 |
| | | Attendee:  M. Cumbee. | |
| 3/12/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.14 |
| | | Attendee:  M. Cumbee. | |
| 3/12/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 7.62 |
| | | Attendee:  M. Cumbee. | |
| 3/24/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.72 |
| | | Attendee:  M. Cumbee. | |
| 3/24/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  M. Cumbee. | |
| 3/25/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 3.27 |
| | | Attendee:  M. Cumbee. | |
| 3/26/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 12.98 |
| | | Attendee:  M. Cumbee. | |
| 3/3/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria. | |
| 3/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 3.50 |
| | | Attendee:  N. Luria. | |
| 3/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 120.00 |
| | | Attendees: Jeff Marwil, Raoul Nowitz, Neil Luria. | |
| 3/13/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 2.49 |
| | | Attendee:  N. Luria. | |
| 3/23/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 5.34 |
| | | Attendee:  N. Luria. | |
| 3/23/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 4.74 |
| | | Attendee:  N. Luria. | |
| 3/24/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria. | |
| 3/25/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 6.81 |
| | | Attendee:  N. Luria. | |
| 3/4/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria. | |
| 3/5/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz. | |
| 3/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 10.70 |
| | | Attendee:  R. Nowitz. | |
| 3/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 7.33 |
| | | Attendee:  R. Nowitz. | |
| 3/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 19.58 |
| | | Attendee:  R. Nowitz. | |
| 3/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 6.99 |
| | | Attendee:  R. Nowitz. | |
| 3/11/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 13.03 |
| | | Attendee:  R. Nowitz. | |
| 3/12/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 17.96 |
| | | Attendee:  R. Nowitz. | |
| 3/23/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R.Nowitz | |

**Energy Future Holdings Corp:    March 1 - March 31, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 3/24/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 28.10 |
| | | Attendee:  R. Nowitz. | |
| 3/26/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 6.77 |
| | | Attendee:  R. Nowitz. | |
| | | Total Out of Town Meals: | $ 545.79 |
| 3/4/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 3/6/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From airport to home. | |
| 3/11/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 3/12/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From airport to home. | |
| 3/23/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 3/27/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From airport to home. | |
| | | Total USA - Mileage: | $ 104.16 |
| | | | $ 16,956.75 |