Invoice Date: 4/21/15
Invoice Number: 720075
Client Matter Number: 66471.00001
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 001 | Asset Analysis | 0.40 | $270.00 |
| 003 | Assumption and Rejection of Leases & Contracts | 3.20 | $1,888.00 |
| 004 | Avoidance Action Analysis | 16.40 | $9,676.00 |
| 006 | Case Administration | 9.20 | $4,206.00 |
| 007 | Claims Administration and Objections | 0.20 | $135.00 |
| 009 | Employment Benefits and Pensions | 0.20 | $135.00 |
| 010 | Employment and Fee Applications (MMWR) | 12.40 | $6,441.50 |
| 011 | Employment and Fee Applications (Others) | 7.40 | $3,061.00 |
| 012 | Financing, Cash Collateral, Make Whole | 29.70 | $17,523.00 |
| 013 | Other Litigation | 22.00 | $12,997.00 |
| 014 | Meetings and Communications with Creditors | 1.80 | $1,062.00 |
| 016 | Plan and Disclosure Statement | 6.70 | $4,301.50 |
| 021 | Hearings | 2.10 | $1,239.00 |
| 028 | Time Entry Review | 1.30 | $767.00 |
| 029 | Budgeting (Case) | 1.30 | $715.00 |
| 030 | Asbestos-Related Matters | 182.40 | $88,111.00 |
| | Matter Total | 296.70 | $152,528.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**