The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 46.10 | $ 31,117.50 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $510.00 | 18.20 | $ 10,647.00 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 122.10 | $ 72,039.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $535.00 | 3.40 | $ 1,870.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **189.8** | **$ 115,673.50** |
| **ASSOCIATES** | | | | |
| Laurie A. Krepto | Associate; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 57.10 | $ 25,124.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 31.50 | $ 9,135.00 |
| **TOTAL ASSOCIATES** | | | **88.60** | **$ 34,259.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 16.60 | $ 2,324.00 |
| Kathleen A. Coon | Librarian | $195.00 | 0.50 | $ 97.50 |
| Megan Malone | Automated Litigation Support Specialist | $145.00 | 1.20 | $ 174.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **18.30** | **$ 2,595.50** |
| **TOTAL ALL PROFESSIONALS** | | | **296.70** | **$ 152,528.00** |