**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Duplicating - Internal | $ 51.48 |
| Transportation - Local while on business | $ 7.63 |
| Printing - Internal | $ 500.11 |
| Copy/Record-Document | $ 15.00 |
| Delivery Service | $ 45.00 |
| Travel - Rail Fare | $ 278.00 |
| Out of Town Travel | $ 23.80 |
| Parking & Tolls | $ 25.00 |
| Westlaw On-Line Legal Research | $ 89.10 |
| Pacer | $215.00 |
| **Total:** | **$ 1,250.12** |