|  |  |
|---|---|
| Invoice Date: | 4/21/15 |
| Invoice Number: | 720075 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 03/31/15 | Printing & Duplicating - Internal | $ | 551.59 |
| 03/31/15 | Pacer | $ | 215.00 |
| 03/02/15 | Westlaw On-Line Legal Research | $ | 53.46 |
| 03/06/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Judge C. Sontchi on 2/20/15 SO# 429198 | $ | 7.50 |
| 03/06/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Judge C. Sontchi on 2/20/15 SO# 429243 | $ | 7.50 |
| 03/13/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-Wilm to Judge C. Sontchi on 3/4/15 SO# 431044 | $ | 7.50 |
| 03/13/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Judge C. Sontchi SO# 564546 | $ | 7.50 |
| 03/19/15 | Copy/Record-Document - PAID TO: Parcels Inc Production - Copy provided CD x 1 on 3/10/15 SO# 431677 | $ | 15.00 |
| 03/20/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| 03/24/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 01/14/15 Roundtrip Amtrak rail to New York - Attend in-person committee meeting between the committee and debtors | $ | 278.00 |
| 03/24/15 | Out of Town Travel - PAID TO: Natalie D. Ramsey 01/14/15 Cab service from Penn station to Sullivan & Cromwell - Attend in-person committee meeting between the committee and debtors | $ | 23.80 |
| 03/24/15 | Parking & Tolls - PAID TO: Natalie D. Ramsey 01/14/15 30th St Amtrak train station parking - Attend in-person committee meeting in New York between the committee and debtors | $ | 25.00 |
| 03/25/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 03/12/15 Cab service - Worked late on EFH matter | $ | 7.63 |
| 03/30/15 | Delivery Service - PAID TO: Parcels Inc Courier from MMWR-WILM to Judge C. S. Sontchi-WILM on 3/19/15 SO# 433142 | $ | 7.50 |
| 03/30/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Judge C. C. Sontchi-WILM on 3/19/15 SO# 433091 | $ | 7.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 4/21/15 |
| Invoice Number: | 720075 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

| | | |
|---|---|---|
| Total Disbursements | $ | 1,250.12 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**