-5-

# EXHIBIT A

## Statement of Fees by Project Category

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | 295.30 | $265,946.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 0.60 | $519.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | 2.70 | $2,390.50 |
| 00007 | CASE ADMINISTRATION | 112.50 | $80,658.00 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | 64.20 | $67,882.50 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 7.90 | $3,454.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 28.10 | $15,120.50 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 94.20 | $83,918.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 68.50 | $58,157.00 |
| 00014 | OTHER LITIGATION | 131.80 | $101,624.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 65.80 | $64,380.00 |
| 00016 | NON-WORKING TRAVEL | 6.30 | $3,203.50 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 151.00 | $130,468.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 0.10 | $86.50 |
| 00019 | TAX | 53.30 | $55,456.50 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | 7.80 | $4,787.50 |
| 00022 | HEARINGS | 17.90 | $18,072.50 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | 42.80 | $22,488.50 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | 274.40 | $199,320.50 |
| 00027 | OTHER MOTIONS / APPLICATIONS | 127.20 | $100,800.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 56.10 | $0.00 |
| 00031 | BUDGETING (CASE) | 3.30 | $1,629.00 |
| | **Total** | **1,611.80** | **$1,280,362.50** |