-6-

# EXHIBIT B

## Attorneys and Paraprofessionals' Information

| Timekeeper Name | Title | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|
| Dietderich, Andrew G. | Partner | 1997 | $570.00 | * | 0.50 | $285.00 |
| Dietderich, Andrew G. | Partner | 1997 | $1,140.00 | | 48.00 | $54,720.00 |
| Glueckstein, Brian D. | Partner | 2004 | $570.00 | * | 2.80 | $1,596.00 |
| Glueckstein, Brian D. | Partner | 2004 | $1,140.00 | | 177.80 | $202,692.00 |
| Hariton, David P. | Partner | 1986 | $1,295.00 | | 28.60 | $37,037.00 |
| Jacobson, Eli D. | Partner | 1981 | $1,295.00 | | 0.40 | $518.00 |
| Korry, Alexandra D. | Partner | 1988 | $1,295.00 | | 65.30 | $84,563.50 |
| McIntosh, Brent J. | Partner | 2001 | $1,140.00 | | 2.10 | $2,394.00 |
| Neuhaus, Joseph E. | Partner | 1986 | $1,140.00 | | 0.20 | $228.00 |
| Rosenberg, Mark F. | Partner | 1981 | $1,140.00 | | 32.60 | $37,164.00 |
| Torkin, Michael H. | Partner | 1999 | $570.00 | * | 0.50 | $285.00 |
| Torkin, Michael H. | Partner | 1999 | $1,140.00 | * | 30.10 | $34,314.00 |
| **Partner Total** | | | | | **388.90** | **$455,796.50** |
| Jerome, John J. | Of Counsel | 1962 | $1,140.00 | | 14.80 | $16,872.00 |
| **Of Counsel Total** | | | | | **14.80** | **$16,872.00** |
| Altman, Daniel Z. | Special Counsel | 2006 | $995.00 | | 76.00 | $75,620.00 |
| Barancik, Tia S. | Special Counsel | 1987 | $1,140.00 | | 11.30 | $12,882.00 |
| Brennan, Matthew J. | Special Counsel | 1986 | $1,050.00 | | 11.60 | $12,180.00 |
| Fiorini, Judith R. | Special Counsel | 1998 | $995.00 | | 0.70 | $696.50 |
| **Special Counsel Total** | | | | | **99.60** | **$101,378.50** |
| Bradley, Adrienne R. W. | Associate | 2013 | $725.00 | | 0.30 | $217.50 |
| Coleman, Heather L. | Associate | 2007 | $865.00 | | 0.70 | $605.50 |
| Ekono, Zeh S. | Associate | 2011 | $855.00 | | 3.90 | $3,334.50 |
| Foushee, M. Hampton | Associate | 2015 | $460.00 | | 85.20 | $39,192.00 |
| Goldin, David L. | Associate | 2013 | $725.00 | | 103.70 | $75,182.50 |
| Ha, Alice YN | Associate | In Process | $460.00 | | 47.70 | $21,942.00 |
| Heuer, Max S. | Associate | 2012 | $830.00 | | 9.10 | $7,553.00 |
| Ip, Veronica W. | Associate | 2011 | $855.00 | | 58.10 | $49,675.50 |
| Jakus, David J. | Associate | 2014 | $605.00 | | 0.30 | $181.50 |
| Janove, Raphael | Associate | 2014 | $460.00 | | 8.50 | $3,910.00 |
| Josephs, Adam M. | Associate | 2014 | $460.00 | | 2.30 | $1,058.00 |
| Keranen, Kristin L. | Associate | 2008 | $865.00 | | 7.50 | $6,487.50 |
| Khanna, Harry S. | Associate | 2015 | $460.00 | | 12.70 | $5,842.00 |
| Kranzley, Alexa J. | Associate | 2009 | $0.00 | * | 0.10 | $0.00 |
| Kranzley, Alexa J. | Associate | 2009 | $865.00 | | 172.90 | $149,558.50 |
| Loeser, Daniel R. | Associate | 2014 | $605.00 | | 36.60 | $22,143.00 |

| Name | Title | Year | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|
| Lorme, Daniel R. | Associate | In Process | $460.00 | | 55.80 | $25,668.00 |
| Ma, Chiansan | Associate | 2012 | $0.00 | * | 6.00 | $0.00 |
| Ma, Chiansan | Associate | 2012 | $415.00 | * | 2.50 | $1,037.50 |
| Ma, Chiansan | Associate | 2012 | $830.00 | | 124.40 | $103,252.00 |
| Metz, Alexander J.F. | Associate | 2015 | $460.00 | | 4.10 | $1,886.00 |
| Mortensen, Todd A. | Associate | 2013 | $725.00 | | 0.90 | $652.50 |
| Rhein, Jonathan M. | Associate | 2014 | $460.00 | | 19.80 | $9,108.00 |
| Schneiderman, Mark U. | Associate | 2006 | $865.00 | | 2.20 | $1,903.00 |
| Weiss, Noam R. | Associate | 2014 | $605.00 | | 98.70 | $59,713.50 |
| White, Amaris R. | Associate | 2013 | $725.00 | | 1.40 | $1,015.00 |
| Zhou, Rae | Associate | In Process | $460.00 | | 27.30 | $12,558.00 |
| Zylberberg, David R. | Associate | 2011 | $0.00 | * | 0.10 | $0.00 |
| Zylberberg, David R. | Associate | 2011 | $855.00 | | 93.40 | $79,857.00 |
| **Associate Total** | | | | | **986.20** | **$683,533.50** |
| **Lawyers Total** | | | | | **1489.50** | **$1,257,580.50** |
| Betin, Darya A. | Research Analyst | N/A | $355.00 | | 1.50 | $532.50 |
| Chiu, Jeffrey H. | Legal Assistant | N/A | $355.00 | | 1.00 | $355.00 |
| Cieniawa, Aaron B. | Legal Analyst - Litigation | N/A | $355.00 | | 1.30 | $461.50 |
| Drinkwater, Emily C. C. | Legal Assistant | N/A | $0.00 | * | 10.10 | $0.00 |
| Drinkwater, Emily C. C. | Legal Assistant | N/A | $275.00 | | 24.30 | $6,682.50 |
| Gorman, Teresa A. | Research Analyst | N/A | $355.00 | | 1.30 | $461.50 |
| Khwaja, Tariq | Research Analyst | N/A | $355.00 | | 0.60 | $213.00 |
| Langston, Nicole E. | Electronic Discovery | N/A | $355.00 | | 3.10 | $1,100.50 |
| Minio, Zara E. | Legal Assistant | N/A | $0.00 | * | 21.40 | $0.00 |
| Minio, Zara E. | Legal Assistant | N/A | $355.00 | | 18.20 | $6,461.00 |
| Noller, Denise J. | Research Analyst | N/A | $355.00 | | 1.00 | $355.00 |
| Normile, Michael R. | Research Analyst | N/A | $355.00 | | 0.50 | $177.50 |
| Pearson, Michael D. | Research Analyst | N/A | $355.00 | | 0.10 | $35.50 |
| Robinson, Kenneth W. | Legal Analyst - Corporate | N/A | $355.00 | | 4.80 | $1,704.00 |
| Seeger, Evelyn H. | Research Analyst | N/A | $355.00 | | 1.00 | $355.00 |
| Voizard, Marshall R. | Research Analyst | N/A | $355.00 | | 1.50 | $532.50 |
| Watson, Thomas C. | Legal Assistant | N/A | $0.00 | * | 18.40 | $0.00 |
| Watson, Thomas C. | Legal Assistant | N/A | $275.00 | | 12.20 | $3,355.00 |
| **Non Legal Personnel Total** | | | | | **122.30** | **$22,782.00** |
| **Grand Total for All Personnel** | | | | | **1611.80** | **$1,280,362.50** |

\*   Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.