## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Local Transportation | $1,618.27 |
| Out of Town Travel | $159.00 |
| Meals - Overtime | $950.94 |
| Repro - Copies | $809.00 |
| Repro - Binding | $32.50 |
| Tele-conference | $195.16 |
| Delivery Services/Messengers | $41.17 |
| Deposition Transcripts | $94.80 |
| **Total** | **$3,900.84** |