# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Category | Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 2/5/2015 | Daniel Z. Altman | 1 | $26.30 | $26.30 | Local Transportation - Type of transportation: Taxi; Starting Point: Kirkland and Ellis NY, NY; End Point: 125 Broad St. NY, NY; Purpose: Meeting* |
| Local Transportation | 2/18/2015 | Alexa J. Kranzley | 1 | $21.62 | $21.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 21:59 |
| Local Transportation | 2/25/2015 | David R. Zylberberg | 1 | $31.29 | $31.29 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 23:50 |
| Local Transportation | 2/25/2015 | Chiansan Ma | 1 | $60.54 | $60.54 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 23:15 |
| Local Transportation | 2/28/2015 | Veronica W. Ip | 1 | $23.00 | $23.00 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 00:16 |
| Local Transportation | 3/2/2015 | Daniel Z. Altman | 1 | $108.56 | $108.56 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 21:24 |
| Local Transportation | 3/2/2015 | Veronica W. Ip | 1 | $27.95 | $27.95 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 22:20 |
| Local Transportation | 3/3/2015 | Jonathan M. Rhein | 1 | $91.66 | $91.66 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 22:53 |
| Local Transportation | 3/3/2015 | Alexa J. Kranzley | 1 | $21.05 | $21.05 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 22:48 |
| Local Transportation | 3/3/2015 | Chiansan Ma | 1 | $58.30 | $58.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 00:09 |
| Local Transportation | 3/3/2015 | Chiansan Ma | 1 | $60.45 | $60.45 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 22:39 |
| Local Transportation | 3/4/2015 | Harry S. Khanna | 1 | $31.30 | $31.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 01:08 |
| Local Transportation | 3/5/2015 | Chiansan Ma | 1 | $68.31 | $68.31 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 21:45 |
| Local Transportation | 3/5/2015 | David R. Zylberberg | 1 | $32.80 | $32.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 23:01 |
| Local Transportation | 3/9/2015 | David R. Zylberberg | 1 | $32.89 | $32.89 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 23:57 |
| Local Transportation | 3/9/2015 | Chiansan Ma | 1 | $60.45 | $60.45 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup |

-11-

| Local Transportation | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Time: 21:55 |
| Local Transportation | 3/9/2015 | Daniel Z. Altman | 1 | $108.56 | $108.56 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 21:10 |
| Local Transportation | 3/9/2015 | Daniel R. Lorme | 1 | $35.98 | $35.98 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 22:18 |
| Local Transportation | 3/10/2015 | Daniel R. Lorme | 1 | $43.07 | $43.07 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 23:52 |
| Local Transportation | 3/10/2015 | Daniel Z. Altman | 1 | $109.99 | $109.99 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 21:02 |
| Local Transportation | 3/11/2015 | Brian D. Glueckstein | 1 | $26.62 | $26.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 23:31 |
| Local Transportation | 3/11/2015 | Chiansan Ma | 1 | $58.39 | $58.39 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 00:48 |
| Local Transportation | 3/13/2015 | Brian D. Glueckstein | 1 | $28.59 | $28.59 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 00:25 |
| Local Transportation | 3/16/2015 | Veronica W. Ip | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Time: 21:11 |
| Local Transportation | 3/17/2015 | Alice YN Ha | 1 | $6.30 | $6.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 21:06 |
| Local Transportation | 3/23/2015 | Veronica W. Ip | 1 | $27.79 | $27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 21:01 |
| Local Transportation | 3/23/2015 | Noam R. Weiss | 1 | $26.62 | $26.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 23:08 |
| Local Transportation | 3/25/2015 | David R. Zylberberg | 1 | $31.30 | $31.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 03:30 |
| Local Transportation | 3/25/2015 | Brian D. Glueckstein | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 00:11 |
| Local Transportation | 3/25/2015 | David L. Goldin | 1 | $40.65 | $40.65 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 01:46 |
| Local Transportation | 3/26/2015 | David R. Zylberberg | 1 | $31.30 | $31.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 01:29 |
| Local Transportation | 3/27/2015 | Chiansan Ma | 1 | $60.63 | $60.63 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup |

SC1:3847292.1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Time: 00:40 |
| Local Transportation | 3/30/2015 | Brian D. Glueckstein | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 23:56 |
| Local Transportation | 3/31/2015 | Brian D. Glueckstein | 1 | $26.62 | $26.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 23:04 |
| Local Transportation | 3/31/2015 | Daniel Z. Altman | 1 | $116.05 | $116.05 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 21:07 |
| **Local Transportation Total** | | | | | **$1,618.27** | |
| Out of Town Travel | 2/5/2015 | Alexa J. Kranzley | 1 | $265.00 | $265.00 | Amtrak ticket fare for February 5, 2015 - NY/DE |
| Out of Town Travel | 2/10/2015 | Alexa J. Kranzley | 1 | -$106.00 | -$106.00 | Amtrak partial refund for February 5, 2015 - NY/DE |
| **Out of Town Travel Total** | | | | | **$159.00** | |
| Meals - Overtime | 3/2/2015 | M. Hampton Foushee | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00017, 00026 |
| Meals - Overtime | 3/2/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00019 |
| Meals - Overtime | 3/2/2015 | Chiansan Ma | 1 | $19.83 | $19.83 | Meals - Overtime; Project(s): 00007, 00011, 00014, 00015, 00017, 00019, 00026, 00027 |
| Meals - Overtime | 3/2/2015 | Daniel R. Loeser | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00019, 00026 |
| Meals - Overtime | 3/2/2015 | Veronica W. Ip | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00014 |
| Meals - Overtime | 3/3/2015 | Alexa J. Kranzley | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003, 00007, 00008, 00011, 00014, 00015, 00017, 00018, 00019, 00026, 00027 |
| Meals - Overtime | 3/3/2015 | Harry S. Khanna | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003 |
| Meals - Overtime | 3/3/2015 | Jonathan M. Rhein | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00019 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Meals - Overtime | 3/3/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00014, 00015, 00026 |
| Meals - Overtime | 3/3/2015 | Alice YN Ha | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| Meals - Overtime | 3/3/2015 | Chiansan Ma | 1 | $19.83 | $19.83 | Meals - Overtime; Project(s): 00015, 00019, 00027 |
| Meals - Overtime | 3/4/2015 | Noam R. Weiss | 1 | $18.02 | $18.02 | Meals - Overtime; Project(s): 00007, 00027 |
| Meals - Overtime | 3/4/2015 | Jonathan M. Rhein | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00019 |
| Meals - Overtime | 3/4/2015 | Daniel R. Loeser | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00019, 00026, 00027 |
| Meals - Overtime | 3/4/2015 | Chiansan Ma | 1 | $19.83 | $19.83 | Meals - Overtime; Project(s): 00011, 00017, 00026, 00027 |
| Meals - Overtime | 3/5/2015 | David R. Zylberberg | 1 | $16.10 | $16.10 | Meals - Overtime; Project(s): 00003 |
| Meals - Overtime | 3/5/2015 | Chiansan Ma | 1 | $19.83 | $19.83 | Meals - Overtime; Project(s): 00026, 00027 |
| Meals - Overtime | 3/5/2015 | M. Hampton Foushee | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00017 |
| Meals - Overtime | 3/9/2015 | Chiansan Ma | 1 | $19.83 | $19.83 | Meals - Overtime; Project(s): 00007, 00013, 00015, 00026 |
| Meals - Overtime | 3/9/2015 | Daniel R. Lorme | 1 | $18.28 | $18.28 | Meals - Overtime; Project(s): 00007, 00024 |
| Meals - Overtime | 3/9/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00019, 00026 |
| Meals - Overtime | 3/9/2015 | David R. Zylberberg | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003, 00007 |
| Meals - Overtime | 3/10/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003 |
| Meals - Overtime | 3/10/2015 | Chiansan Ma | 1 | $19.83 | $19.83 | Meals - Overtime; Project(s): 00013, 00026 |
| Meals - Overtime | 3/10/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00019, 00026 |
| Meals - Overtime | 3/11/2015 | M. Hampton Foushee | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| Meals - Overtime | 3/11/2015 | Daniel R. Lorme | 1 | $19.96 | $19.96 | Meals - Overtime; Project(s): 00024 |
| Meals - Overtime | 3/12/2015 | M. Hampton Foushee | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00026 |
| Meals - Overtime | 3/17/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00008, 00014, 00015, 00017 |
| Meals - Overtime | 3/17/2015 | Alice YN Ha | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| Meals - Overtime | 3/19/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00008, 00014, 00017 |
| Meals - Overtime | 3/23/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00014 |
| Meals - Overtime | 3/24/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): |

| Category | Date | Name | Qty | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | 00003, 00026 |
| Meals - Overtime | 3/24/2015 | David R. Zylberberg | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003, 00026, 00029 |
| Meals - Overtime | 3/24/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003 |
| Meals - Overtime | 3/25/2015 | Chiansan Ma | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00012, 00031 |
| Meals - Overtime | 3/25/2015 | Raphael Janove | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00012 |
| Meals - Overtime | 3/25/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003 |
| Meals - Overtime | 3/25/2015 | David R. Zylberberg | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003 |
| Meals - Overtime | 3/26/2015 | Chiansan Ma | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00012, 00013, 00027, 00031 |
| Meals - Overtime | 3/26/2015 | Rae Zhou | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00027 |
| Meals - Overtime | 3/26/2015 | Brian D. Glueckstein | 1 | $19.60 | $19.60 | Meals - Overtime; Project(s): 00008, 00012, 00013, 00014, 00015, 00026 |
| Meals - Overtime | 3/29/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003 |
| Meals - Overtime | 3/29/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003 |
| Meals - Overtime | 3/30/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003, 00007 |
| Meals - Overtime | 3/31/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003, 00019 |
| Meals - Overtime | 3/31/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00017, 00019 |
| Meals - Overtime | 3/31/2015 | Alexa J. Kranzley | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003, 00007, 00010, 00011, 00012, 00014, 00015, 00017, 00019, 00024, 00026, 00027 |
| **Meals - Overtime Total** | | | | | **$950.94** | |
| Repro - Copies | 3/3/2015 | Zara E. Minio | 4818 | $0.10 | $481.80 | Repro - BW Copies |
| Repro - Copies | 3/6/2015 | Emily C. C. Drinkwater | 582 | $0.10 | $58.20 | Repro - BW Copies |
| Repro - Copies | 3/6/2015 | Emily C. C. Drinkwater | 372 | $0.10 | $37.20 | Repro - BW Copies |
| Repro - Copies | 3/6/2015 | Emily C. C. Drinkwater | 2216 | $0.10 | $221.60 | Repro - BW Copies |
| Repro - Copies | 3/17/2015 | Thomas C. Watson | 102 | $0.10 | $10.20 | Repro - BW Copies |
| **Repro - Copies Total** | | | | | **$809.00** | |
| Repro - Binding | 3/6/2015 | Emily C. C. Drinkwater | 5 | $3.25 | $16.25 | Repro - Binding |

| | | | | | | |
|---|---|---|---|---|---|---|
| Repro - Binding | 3/6/2015 | Emily C. C. Drinkwater | 5 | $3.25 | $16.25 | Repro - Binding |
| **Repro - Binding Total** | | | | | **$32.50** | |
| Tele-conference | 3/3/2015 | David R. Zylberberg | 1 | $23.93 | $23.93 | Tele-conference |
| Tele-conference | 3/5/2015 | Jonathan M. Rhein | 1 | $27.65 | $27.65 | Tele-conference |
| Tele-conference | 3/6/2015 | Andrew G. Dietderich | 1 | $17.67 | $17.67 | Tele-conference |
| Tele-conference | 3/16/2015 | Brian D. Glueckstein | 1 | $11.11 | $11.11 | Tele-conference |
| Tele-conference | 3/17/2015 | Andrew G. Dietderich | 1 | $12.71 | $12.71 | Tele-conference |
| Tele-conference | 3/20/2015 | Andrew G. Dietderich | 1 | $19.08 | $19.08 | Tele-conference |
| Tele-conference | 3/23/2015 | Alexa J. Kranzley | 1 | $83.01 | $83.01 | Tele-conference |
| **Tele-conference Total** | | | | | **$195.16** | |
| Delivery Services/Messengers | 3/23/2015 | Alexa J. Kranzley | 1 | $15.55 | $15.55 | Delivery Services/Messengers |
| Delivery Services/Messengers | 3/23/2015 | Alexa J. Kranzley | 1 | $10.09 | $10.09 | Delivery Services/Messengers |
| Delivery Services/Messengers | 3/23/2015 | Alexa J. Kranzley | 1 | $15.53 | $15.53 | Delivery Services/Messengers |
| **Delivery Services/Messengers Total** | | | | | **$41.17** | |
| **Deposition Transcripts** | 2/10/2015 | Daniel L. Biller | 1 | $94.80 | $94.80 | Deposition Transcripts |
| **Deposition Transcripts Total** | | | | | **$94.80** | |
| **Total** | | | | | **$3,900.84** | |

\*   Whenever possible, S&C lawyers share rides going to/from client meetings.