**EXHIBIT E**

**Notice and Records of EFH Committee Members' Expenses**

SC1:3847292.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[3] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline:  May 12, 2015 at 4:00 p.m. |

**FIFTH MONTHLY EXPENSE STATEMENT OF MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR EXPENSES INCURRED FOR THE PERIOD OF MARCH 1, 2015 THROUGH MARCH 31, 2015**

| Name of Applicant | Members of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc.[4] |
|---|---|
| Date of Appointment: | October 27, 2014 |
| Period for which reimbursement is sought: | March 1, 2015 through March 31, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $3,648.20 |

This is a(n) **X** monthly ___ interim ___ final application. No prior application filed for this Period.[5]

---

[3]   The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[4]   Pursuant to the Notice of Appointment (as defined below), the members of the EFH Committee (as defined below) are:  Brown & Zhou, LLC, Peter Tinkham, Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, David William Fahy and American Stock Transfer & Trust Company, LLC (collectively, the "**EFH Committee Members**").

[5]   Notice of this Monthly Expense Statement (as defined below) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined below), and objections to the relief requested in this Monthly Expense Statement shall be addressed in accordance with the Interim Compensation Order.

SC1:3847292.1

Pursuant to section 503 of title 11 of the United States Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Second Amended Notice of Appointment of Committee of Unsecured Creditors* [D. I. 3403] (the "**Notice of Appointment**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D. I. 2066] (the "**Interim Compensation Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the members of the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (collectively, the "**EFH Debtors**"), through their undersigned counsel, hereby submit this monthly expense statement (this "**Monthly Expense Statement**") for reimbursement of the actual and necessary expenses incurred in the performance of the duties of the EFH Committee, in the amount of $3,648.20, from March 1, 2015 through March 31, 2015 (the "**Expense Statement Period**").

## Itemization of Disbursements Incurred

In support of this Monthly Expense Statement, attached is an Expense Chart setting forth the total amount of expenses for which the EFH Committee Members seek reimbursement pursuant to this Monthly Expense Statement.

WHEREFORE, the EFH Committee Members, by and through their undersigned counsel, request that they be allowed reimbursement in the total amount of $3,648.20 for actual and necessary costs and expenses incurred in the performance of the duties of the EFH

SC1:3847292.1

Committee, and that such expenses be paid as administrative expenses of the EFH Debtors' estates.[6]

---

[6] Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred.  To the extent that Paragraph 2(b) of the Interim Compensation Order applies to reimbursement of EFH Committee Members' expenses, the EFH Committee Members have incurred expenses in performance of the duties of the EFH Committee.  All of the EFH Committee Members' expenses identified in this Monthly Expense Statement should therefore be paid by the EFH Debtors.

SC1:3847292.1

**Expense Chart**

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---|
| 2/19/2015 | Mabel Brown | Miscellaneous | Verizon Prepaid Phone to make excess minute calls for Committee conference calls | $ 48.61 |
| 3/2/2015 | Mabel Brown | Transportation | American Airlines Columbus, OH to NYC (3/10-3/12) | $ 1,258.20 |
| 3/2/2015 | Mabel Brown | Transportation | Mileage to airport | $ 5.60 |
| 3/4/2015 | Mabel Brown | Transportation | Uber ride from airport to hotel | $ 50.74 |
| 3/8/2015 | Mabel Brown | Hotel | Bryant Park Hotel (3/10-3/11) | $ 913.50 |
| 3/9/2015 | Mabel Brown | Transportation | United Airlines Columbus, OH to Boston, MA | $ 510.20 |
| 3/10/2015 | Mabel Brown | Meals | Starbucks, NYC. (breakfast, alone) | $ 8.34 |
| 3/10/2015 | Mabel Brown | Meals | Pio Pio, NYC. (dinner, alone) | $ 70.88 |
| 3/10/2015 | Mabel Brown | Transportation | Uber ride from airport to hotel | $ 39.80 |
| 3/10/2015 | Mabel Brown | Transportation | Uber from hotel to dinner | $ 8.19 |
| 3/11/2015 | Mabel Brown | Meals | Eurest Café, NYC. (lunch, alone) | $ 19.86 |
| 3/11/2015 | Mabel Brown | Meals | Eurest Café, NYC. (breakfast, alone) | $ 7.20 |
| 3/11/2015 | Mabel Brown | Meals | Café Noi, NYC (breakfast, alone) | $ 3.00 |
| 3/11/2015 | Mabel Brown | Meals | Benjamin Steak, NYC (dinner, alone) | $ 65.00 |
| 3/11/2015 | Mabel Brown | Transportation | Uber ride from dinner to Guggenheim offices | $ 12.80 |
| 3/11/2015 | Mabel Brown | Transportation | Uber to hotel | $ 8.39 |
| 3/11/2015 | Mabel Brown | Transportation | MTA subway card | $ 20.00 |
| 3/12/2015 | Mabel Brown | Transportation | Uber ride from hotel to airport | $ 52.56 |
| 3/12/2015 | Mabel Brown | Transportation | Mileage from airport to home | $ 5.60 |
| 3/12/2015 | Mabel Brown | Transportation | Port Columbus parking | $ 72.00 |
| 3/12/2015 | Mabel Brown | Miscellaneous | Bryant Park Hotel charges | $ 10.89 |
| 3/18/2015 | Mabel Brown | Miscellaneous | Verizon Prepaid Phone to make excess calls for Committee conference calls | $ 48.61 |
| 3/23/2015 | Mabel Brown | Hotel | Town Place Suites Hotel (3/23) | $ 219.94 |
| 3/23/2015 | Mabel Brown | Meals | Great American Bagel, Boston. (breakfast, alone) | $ 8.98 |
| 3/23/2015 | Mabel Brown | Meals | Rino's Place Italian Restaurant, Boston. (dinner, alone) | $ 49.85 |
| 3/23/2015 | Mabel Brown | Meals | Gordon Bieresh, Detroit Airport. (lunch, alone) | $ 19.58 |
| 3/23/2015 | Mabel Brown | Transportation | Mileage to airport | $ 5.60 |
| 3/23/2015 | Mabel Brown | Transportation | Taxi from Boston airport to Nixon Peabody meeting and committee call | $ 27.45 |
| 3/23/2015 | Mabel Brown | Transportation | Uber ride from Nixon Peabody offices to hotel | $ 17.23 |
| 3/25/2015 | Mabel Brown | Transportation | Mileage from airport to home | $ 5.60 |
| 3/25/2015 | Mabel Brown | Transportation | Columbus Airport Parking | $ 54.00 |
| | | | **Total (Mabel Brown):** | **$3,648.20** |