# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 4/22/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew McGaan | Kirkland & Ellis LLP | Debtors |
| Bryan Glueckstein | Sullivan Cromwell | EFH Committee |
| Mark A. Fink | MNAT | " |
| Dan DeFranceschi | Richards Layton & Finger | Debtors |
| Jason Madron | " | " |
| Christopher Carty | Akin Gump Strauss Hauer Feld | Ad Hoc Committee of EFIH Unsecured Noteholders |
| Robert Bolles | " | " |
| Richard Howell | Kirkland & Ellis LLP | Debtors |
| Philip Anker | Wilmer Hale | Delaware Trust Co. First Lien Trustee |
| Mike Esser | Kirkland & Ellis LLP | Debtors |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Second lien indenture trustee |
| Greg Horowitz | Kramer Levin | " |
| Alice Byowitz | Kramer Levin | " |
| Julia Frost-Davies | Morgan Lewis | PIMCO |
| Patrick Stanbridge | " | " |
| Jeffrey Sabin | Venable | " |
| Jamie Edmonson | " | " |
| Michael Slade | Kirkland & Ellis | Debtors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 4/22/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | DTC |
| Kate Stickles | " | " |
| Philip Anker | Wilmer Cutler | " |
| David Bing | " | " |
| Charles Platt | " | " |
| Esley Gostin | " | " |
| Ort Millar | " | " |
| Warren Usatine | Cole Schotz | " |
| James Millar | Drinker | " |
| Keith Wofford | Ropes & Gray | " |
| Ross Martin | " | " |
| Andrew Devore | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO: 14-10979**
**COURTROOM LOCATION: 6**
**DATE: 4/22/15 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " " |
| Justin Edelson | Polsinelli | TCEH Committee |
| Kayvan Sadeghi | Morrison & Foerster | TCEH Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 04/22/2015
Calendar Time: 10:00 AM ET

2nd Revision 04/22/2015 06:28 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6877335 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6869980 | Mark Bane | 212-841-8808 | Ropes & Gray LLP | Interested Party, Wilmington Trust FSB / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6875550 | Lauren Bilzin | (212) 672-2252 | Serengeti Asset Management | Non-Party, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6877323 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6876773 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLl | Creditor, Citi Bank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6877258 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6877233 | Stephen Burnazian | (212) 878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6877369 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6874153 | Mark A. Cody | (312) 269-4392 | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6864321 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6878270 | Gren Day | (704) 374-0717 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6877313 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ira Dizengoff / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6877022 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |

| Case Name | Case # | Proceeding | CID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877251 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877290 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6875511 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877254 | Patrick Fleury - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877360 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877859 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6874649 | Kristin K. Going | (202) 230-5177 | Drinker Biddle & Reath LLP | Creditor, CSC Trust Company Of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877275 | Sam Greene | (212) 429-2279 | Centerview Partners | Interested Party, AHG / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877210 | Xiaoyu Gu | (952) 984-4078 | CarVal Investors | Creditor, Carval Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6869285 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6868283 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell, Lipton, Rosen & Katz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877301 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877429 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6873156 | Sandra Horwitz | (877) 374-6010 ext. 62412 | Delaware Trust Company | Representing, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877014 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6872588 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6869294 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877246 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6865150 | Aaron Krieger | (212) 596-9592 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6846754 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6780418 | Michael G. Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Michael Linn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6876469 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6878260 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, CitiBank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6869908 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877314 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877354 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6878275 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6876999 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877306 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877346 | Matthew Roose | (212) 859-8000 | Fried Frank | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877270 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6870248 | Gabriel Sasson | (212) 806-6689 | Stroock & Stroock & Lavan | Interested Party, Stroock As Interested Party / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6878256 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6878271 | Marc S. Sole | (646) 884-5840 | Hudson Bay Capital | Interested Party, Hudson Bay Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6873575 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, R3 Capitol Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6878286 | Andrew Sorkin | 202-601-2298 | The Capitol Forum | Interested Party, The Capitol Forum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6866493 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6874297 | Katherine Stadler | 608-284-2654 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6873480 | Sagar Suryavanshi | 212-257-5151 | Candlewood Investment Group | Creditor, Candlewood Investment Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6757117 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6873334 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6878244 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6874313 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6877262 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3 | Hearing | 6878245 | Kurt Hoffman | (310) 246-3793 | Imperial Capital LLC | Interested Party, Imperial Capital LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3 | Hearing | 6871581 | Charles Koster | (212) 819-7845 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3 | Hearing | 6876995 | Jeffrey Levitan | 212-969-3000 | Proskauer Rose LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3 | Hearing | 6864458 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Securities International / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3 | Hearing | 6868217 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868168 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868147 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868057 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868089 | Marita Erbeck | (973) 549-7076 | Drinker Biddle & Reath LLP | Plaintiff(s), Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6871609 | Jonathan Friedman | (212) 682-7474 | Foley & Lardner LLP | Creditor, UMB Bank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868123 | Brett D. Goodman | (212) 704-6170 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6867962 | Matthew Jacobson | 415-635-0120 | Waveny Capital | Client, Matthew Jacobson / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868461 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Interested Party, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6868287 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6870852 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-50363 | Hearing | 6877204 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |