**Schedule 1**

Energy Future Holdings Corp., et al.
Compensation by Professional for the period March 1, 2015 through March 31, 2015*

| Name of Professional | Description of Function | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Alan Holtz | Managing Director | $ 1,010 | 19.6 | $ 19,796.00 |
| Robert D. Albergotti | Director | 745 | 42.1 | 31,364.50 |
| Mercedes Arango | Director | 745 | 35.8 | 26,671.00 |
| Mark F. Rule | Director | 745 | 111.4 | 82,993.00 |
| Adam Z. Hollerbach | Director | 695 | 119.6 | 83,122.00 |
| Lowell Thomas | Vice President | 510 | 65.3 | 33,303.00 |
| | **Sub Totals** | | **393.8** | **$ 277,249.50** |
| | **50% of Travel*** | | | (2,606.25) |
| | **Grand Total** | | | **$ 274,643.25** |

* Non-working travel time is billed at 50% of normal rates pursuant to Delaware Local Rule 2016-2 (d) (viii)