**Schedule 2**

Energy Future Holdings Corp., et al.
Compensation by Project Category for the period March 1, 2015 through March 31, 2015

| Project Code | Description | Amount |
|---|---|---:|
| 9021.00100 | Engagement Planning | $ 505.00 |
| 9021.00105 | Business Analysis | 35,551.50 |
| 9021.00120 | Current Financials | 6,857.50 |
| 9021.00135 | Tax Issues | 8,612.00 |
| 9021.00145 | Intercompany Analysis | 28,139.00 |
| 9021.00155 | Claims Analysis | 10,584.50 |
| 9021.00165 | Plan of Reorganization | 5,933.50 |
| 9021.00170 | Miscellaneous Motions | 4,224.00 |
| 9021.00178 | Potential Litigation: Solvency/Valuation | 94,593.50 |
| 9021.00180 | Potential Litigation: Refinancings | 15,676.50 |
| 9021.00190 | UCC Meetings | 22,293.00 |
| 9021.00197 | Fee Applications and Retention | 39,067.00 |
| 9021.00198 | Non-Working Travel (50%) | 2,606.25 |
| | | $274,643.25 |