**Schedule 3**

Energy Future Holdings Corp., et al.
Expense Summary for the period March 1, 2015 through March 31, 2015

| Expense Categories | | TOTAL |
|---|---|---:|
| Coach Airfare | $ | 4,922.56 |
| Airfare Service Charge | | 74.00 |
| Cab Fare/Ground Transportation | | 1,230.59 |
| Conference Calls | | 20.10 |
| Phone - Internet Access | | 39.95 |
| Lodging | | 4,020.72 |
| Meals & Tips | | 299.68 |
| Parking & Tolls | | 116.00 |
| Sub-Contractors | | 36,135.00 |
| **TOTAL** | **$** | **46,858.60** |