# **<u>EXHIBIT A</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**FIFTH MONTHLY EXPENSE STATEMENT OF ALIXPARTNERS, LLP
FOR REIMBURSEMENT FOR EXPENSES INCURRED AS RESTRUCTURING ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE
HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY,
LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM
<u>MARCH 1, 2015 THROUGH MARCH 31, 2015</u>**

| **Name of Applicant** | AlixPartners LLP |
|---|---|
| Date of Appointment: | January 12, 2015, *nunc pro tunc* to November 20, 2014 |
| Period for which reimbursement is sought: | March 1, 2015 through March 31, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $46,858.60 |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

# Itemization of Disbursements Incurred

| INVOICE NUMBER | MATTER NAME | DATE | NAME OF TIMEKEEPER | EXPENSE CATEGORY | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 2066838 | Expenses | 20150113 | Mesterharm, James A | Cab Fare/Ground Transport | $ 104.46 | Cab Fare/Ground Transportation - - VENDOR: BostonCoach Corporation James Mesterharm - Glencoe, IL to ORD |
| 2066838 | Expenses | 20150113 | Mesterharm, James A | Cab Fare/Ground Transport | $ 158.53 | Cab Fare/Ground Transportation - - VENDOR: BostonCoach Corporation James Mesterharm - LGA to New York, NY |
| 2066838 | Expenses | 20150116 | Mesterharm, James A | Cab Fare/Ground Transport | $ 163.98 | Cab Fare/Ground Transportation - - VENDOR: BostonCoach Corporation James Mesterharm - New York, NY to LGA |
| 2066838 | Expenses | 20150116 | Mesterharm, James A | Cab Fare/Ground Transport | $ 114.76 | Cab Fare/Ground Transportation - - VENDOR: BostonCoach Corporation James Mesterharm - ORD to Glencoe, IL |
| 2066838 | Expenses | 20150130 | Holtz, Alan | Airfare | $ 846.20 | Coach Airfare - - VENDOR: Kenneth J. Malek O'Hare to LaGuardia |
| 2066838 | Expenses | 20150204 | Holtz, Alan | Cab Fare/Ground Transport | $ 45.96 | Cab Fare/Ground Transportation - - VENDOR: Kenneth J. Malek LaGuardia to Manhattan |
| 2066838 | Expenses | 20150204 | Holtz, Alan | Cab Fare/Ground Transport | $ 35.00 | Cab Fare/Ground Transportation - - VENDOR: Kenneth J. Malek Residence to O'Hare |
| 2066838 | Expenses | 20150205 | Holtz, Alan | Cab Fare/Ground Transport | $ 43.33 | Cab Fare/Ground Transportation - - VENDOR: Kenneth J. Malek Manhattan to O'Hare |
| 2066838 | Expenses | 20150205 | Holtz, Alan | Lodging | $ 286.01 | Lodging - - VENDOR: Kenneth J. Malek Club Quarters Midtown |
| 2066838 | Expenses | 20150213 | Albergotti, Robert D | Conference Calls | $ 20.10 | Conference Calls Vendor: Intercall Robert Albergotti |
| 2066838 | Expenses | 20150214 | Hollerbach, Adam Z | Airfare Service Charge | $ 9.00 | Airfare Service Charge Adam Hollerbach |
| 2066838 | Expenses | 20150214 | Hollerbach, Adam Z | Airfare | $ 1,475.43 | Coach Airfare Adam Hollerbach 2015-02-22 DTW - LGA |
| 2066838 | Expenses | 20150216 | Albergotti, Robert D | Lodging | $ 942.51 | Lodging Robert Albergotti The London NYC - New York 02/16/2015 - 02/19/2015 |
| 2066838 | Expenses | 20150217 | Albergotti, Robert D | Meals & Tips | $ 40.00 | Meals & Tips Robert Albergotti - Dinner |
| 2066838 | Expenses | 20150218 | Albergotti, Robert D | Meals & Tips | $ 40.00 | Meals & Tips Robert Albergotti - Dinner |
| 2066838 | Expenses | 20150222 | Albergotti, Robert D | Lodging | $ 666.70 | Lodging Robert Albergotti The London NYC - New York 02/22/2015 - 02/24/2015 |
| 2066838 | Expenses | 20150222 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 60.00 | Cab Fare/Ground Transportation Robert Albergotti Home to Airport |
| 2066838 | Expenses | 20150222 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 49.93 | Cab Fare/Ground Transportation Adam Hollerbach LGA Airport to Hotel |
| 2066838 | Expenses | 20150222 | Hollerbach, Adam Z | Lodging | $ 1,432.28 | Lodging Adam Hollerbach The Quin - New York 02/22/2015 - 02/26/2015 |
| 2066838 | Expenses | 20150223 | Hollerbach, Adam Z | Meals & Tips | $ 40.00 | Meals & Tips Adam Hollerbach - Dinner |
| 2066838 | Expenses | 20150224 | Albergotti, Robert D | Meals & Tips | $ 10.97 | Meals & Tips Robert Albergotti - Dinner |
| 2066838 | Expenses | 20150224 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 74.00 | Cab Fare/Ground Transportation Robert Albergotti Office to Airport |
| 2066838 | Expenses | 20150224 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 60.00 | Cab Fare/Ground Transportation Robert Albergotti Airprot to Home |
| 2066838 | Expenses | 20150224 | Hollerbach, Adam Z | Meals & Tips | $ 40.00 | Meals & Tips Adam Hollerbach - Dinner |
| 2066838 | Expenses | 20150224 | Hollerbach, Adam Z | Meals & Tips | $ 8.93 | Meals & Tips Adam Hollerbach - Breakfast |
| 2066838 | Expenses | 20150225 | Hollerbach, Adam Z | Meals & Tips | $ 40.00 | Meals & Tips Adam Hollerbach - Dinner |
| 2066838 | Expenses | 20150225 | Hollerbach, Adam Z | Meals & Tips | $ 8.17 | Meals & Tips Adam Hollerbach - Breakfast |
| 2066838 | Expenses | 20150226 | Hollerbach, Adam Z | Meals & Tips | $ 12.83 | Meals & Tips Adam Hollerbach - Dinner |
| 2066838 | Expenses | 20150226 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 35.15 | Cab Fare/Ground Transportation Adam Hollerbach NY Office to LGA Airport |
| 2066838 | Expenses | 20150226 | Hollerbach, Adam Z | Parking & Tolls | $ 116.00 | Parking & Tolls Adam Hollerbach |
| 2066838 | Expenses | 20150309 | Albergotti, Robert D | Airfare Service Charge | $ 9.00 | Airfare Service Charge Robert Albergotti |
| 2066838 | Expenses | 20150309 | Albergotti, Robert D | Airfare Service Charge | $ 9.00 | Airfare Service Charge Robert Albergotti |
| 2066838 | Expenses | 20150310 | Albergotti, Robert D | Airfare Service Charge | $ 10.00 | Airfare Service Charge Robert Albergotti |
| 2066838 | Expenses | 20150311 | Hollerbach, Adam Z | Airfare | $ 1,495.42 | Coach Airfare Adam Hollerbach 2015-03-16 DTW - LGA |
| 2066838 | Expenses | 20150311 | Hollerbach, Adam Z | Airfare Service Charge | $ 9.00 | Airfare Service Charge Adam Hollerbach |
| 2066838 | Expenses | 20150313 | Albergotti, Robert D | Airfare | $ 1,105.51 | Airfare Robert Albergotti 2015-03-16 CLT - LGA |
| 2066838 | Expenses | 20150313 | Albergotti, Robert D | Airfare Service Charge | $ 9.00 | Coach Airfare Robert Albergotti 2015-03-16 CLT - LGA |
| 2066838 | Expenses | 20150314 | Albergotti, Robert D | Airfare Service Charge | $ 10.00 | Airfare Service Charge Robert Albergotti |
| 2066838 | Expenses | 20150316 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 48.13 | Cab Fare/Ground Transportation Adam Hollerbach LGA Airport to NY Office |
| 2066838 | Expenses | 20150316 | Albergotti, Robert D | Rental Car | $ - | Rental Car Robert Albergotti 1 Day Houston TX |
| 2066838 | Expenses | 20150316 | Albergotti, Robert D | Phone - Internet Access | $ 39.95 | Phone - Internet Access Robert Albergotti |
| 2066838 | Expenses | 20150317 | Albergotti, Robert D | Meals & Tips | $ 9.43 | Meals & Tips Robert Albergotti - Breakfast |
| 2066838 | Expenses | 20150317 | Albergotti, Robert D | Lodging | $ 693.22 | Lodging Robert Albergotti Sheraton - New York 03/16/2015 - 03/18/2015 |
| 2066838 | Expenses | 20150317 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 49.36 | Cab Fare/Ground Transportation Robert Albergotti Airport to Office |
| 2066838 | Expenses | 20150317 | Albergotti, Robert D | Meals & Tips | $ 40.00 | Meals & Tips Robert Albergotti - Dinner |
| 2066838 | Expenses | 20150318 | Albergotti, Robert D | Meals & Tips | $ 9.35 | Meals & Tips Robert Albergotti - Breakfast |
| 2066838 | Expenses | 20150318 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 68.00 | Cab Fare/Ground Transportation Robert Albergotti Office to Airport |
| 2066838 | Expenses | 20150322 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 60.00 | Cab Fare/Ground Transportation Robert Albergotti Home to Airport |
| 2066838 | Expenses | 20150322 | Albergotti, Robert D | Airfare Service Charge | $ 9.00 | Airfare Service Charge Robert Albergotti |
| 2066838 | Expenses | 20150324 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 60.00 | Cab Fare/Ground Transportation Robert Albergotti Airport to Home |
| 2066838 | Expenses | 20150325 | Holtz, Alan | Sub-Contractors | $ 36,135.00 | Sub-Contractors - - VENDOR: Kenneth J. Malek February 1 - March 15 2015 |
| | | | | TOTAL | $ 46,858.60 | |