## **Exhibit A**

## **Hours Expended by Goldin Professional**

| | | |
|---|---|---|
| Harrison J. Goldin | Sr. Managing Director | 35.4 |
| David Prager | Managing Director | 86.8 |
| Karthik Bhavaraju | Director | 114.6 |
| Pavel Hejsek | Sr. Analyst | 164.6 |
| Deborah Praga | Analyst | 37.4 |
| **Total** | | **438.8** |