**Exhibit C**

**Expenses by Category**

| | |
|---|---:|
| Meals | $451.81 |
| Photocopies | 369.74 |
| Research | 1,870.53 |
| Teleconference | 112.37 |
| Travel | 6,273.88 |
| **Total** | **$9,078.33** |