## __Exhibit D__

**Expense Detail**

# GoldinAssociates, LLC

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

## Detailed Expenses by Category:   EFIH

For Expenses Through 3/31/2015

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Lodging | | | | | | |
| | 2/26/2015 | 2/26/2015 | | DP | D. Prager - Omni Hotel - Lodging Date: 2/25/15 | $356.15 |
| | 3/26/2015 | 3/26/2015 | | DP | D. Prager - The Ritz Carlton - Lodging Dates: 3/24 - 3/26/15 | $1,058.08 |
| | 3/26/2015 | 3/26/2015 | | HJG | H. Goldin - The Ritz Carlton - Lodging Date: 3/25/15 | $574.57 |
| Total: Lodging | | | | | | $1,988.80 |
| : Meals & Entertainment | | | | | | |
| | 2/26/2015 | 2/26/2015 | | DP | D. Prager - News Con - Food in DFW airport | $6.39 |
| | 3/2/2015 | 3/2/2015 | 3/8/15 | KB | SeamlessWeb - Inv # 2017187 - Working dinner - Ref # 1272491131 - K. Bhavaraju | $22.68 |
| | 3/3/2015 | 3/3/2015 | 3/8/15 | DP | SeamlessWeb - Inv # 2017187 - Working dinner - Ref # 1276788325 - D. Prager | $22.56 |
| | 3/4/2015 | 3/4/2015 | 3/8/15 | PHA | SeamlessWeb - Inv # 2017187 - Working dinner - Ref # 1280663336 - P. Hejsek | $18.36 |
| | 3/4/2015 | 3/4/2015 | 3/8/15 | DP | SeamlessWeb - Inv # 2017187 - Working dinner - Ref # 1280761986 - D. Praga | $21.54 |
| | 3/9/2015 | 3/9/2015 | 3/15/15 | PHA | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1299920993 - P. Hejsek | $15.50 |
| | 3/10/2015 | 3/10/2015 | 3/15/15 | PHA | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1304163010 - P. Hejsek | $15.46 |
| | 3/11/2015 | 3/11/2015 | 3/15/15 | PHA | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1308164284 - P. Hejsek | $19.84 |
| | 3/12/2015 | 3/12/2015 | 3/15/15 | KB | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1312364353 - K. Bhavaraju | $24.15 |
| | 3/12/2015 | 3/12/2015 | 3/15/15 | PHA | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1312364353 - P. Hejsek | $24.15 |
| | 3/16/2015 | 3/16/2015 | 3/22/15 | PHA | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #1326385485 - P. Hejsek | $15.23 |
| | 3/16/2015 | 3/16/2015 | 3/22/15 | KB | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #1326523880 - K. Bhavaraju | $15.70 |
| | 3/17/2015 | 3/17/2015 | 3/22/15 | PHA | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #1330582483 - P. Hejsek | $21.48 |
| | 3/17/2015 | 3/17/2015 | 3/22/15 | KB | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #11330480541 - K. Bhavaraju | $22.32 |
| | 3/19/2015 | 3/19/2015 | 3/22/15 | PHA | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #1337057522 - P. Hejsek | $23.68 |
| | 3/24/2015 | 3/24/2015 | | DP | D. Prager - DFW La Creme - Food in Dallas | $4.84 |
| | 3/24/2015 | 3/24/2015 | 3/29/15 | PHA | SeamlessWeb - Inv # 2044656 - Working Dinner - Ref # 1356765946 - H. Hejsek | $18.87 |
| | 3/24/2015 | 3/24/2015 | | DP | Circa--dinner for travel to Dallas | $10.00 |
| | 3/25/2015 | 3/25/2015 | | HJG | H. Goldin - Au Bon Pain - Travel breakfast | $7.16 |
| | 3/25/2015 | 3/25/2015 | | DP | D. Prager - Laguardia - Dinner in transit | $26.29 |
| | 3/25/2015 | 3/25/2015 | | DP | D. Prager - Eleven - Food in Dallas | $3.00 |
| | 3/25/2015 | 3/25/2015 | | DP | D. Prager - Aderet Grill - Dinner in Dallas | $24.57 |
| | 3/26/2015 | 3/26/2015 | 3/29/15 | PHA | SeamlessWeb - Inv # 2044656 - Working Dinner - Ref # 1364435231 - H. Hejsek | $22.50 |
| | 3/26/2015 | 3/26/2015 | | DP | D. Prager - Paradies - Food in Dallas | $4.50 |
| | 3/30/2015 | 3/30/2015 | 4/5/15 | DP | SeamlessWeb - Inv # 2046202 - Working Dinner - Ref # 1379620991 - D. Prager | $22.68 |
| | 3/30/2015 | 3/30/2015 | 4/5/15 | PHA | SeamlessWeb - Inv # 2046202 - Working Dinner - Ref # 1379956401 - P. Hejsek | $18.36 |
| Total: Meals & Entertainment | | | | | | $451.81 |
| : Office Supplies/Miscellaneous | | | | | | |
| | 3/1/2015 | 3/31/2015 | 3/31/2015 | AJD | Photocopies for the period of March 1 through March 31, 2015 (5,282 copies at $0.07 per copy) | $369.74 |

**GoldinAssociates, LLC**

*Detailed Expenses by Category:* **EFIH**

For Expenses Through 3/31/2015

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| Total: Office Supplies/Miscellaneous | | | | | | $369.74 |
| _: Research_ | 3/1/2015 | 3/31/2015 | 3/1/15 | RCD | Capital IQ - retail rate would equal $2791.14 | $1,870.53 |
| Total: Research | | | | | | $1,870.53 |
| _: Telephone, Fax, Postage_ | 2/26/2015 | 3/25/2015 | 3/25/15 | RCD | AT&T - actual service dates 2/26/15 through 3/25/15 | $0.25 |
| | 3/9/2015 | 3/9/2015 | 3/31/15 | DP | ConferenceCall.com - Inv # 1742883001 - Ref # 4511255 - D. Prager | $112.12 |
| Total: Telephone, Fax, Postage | | | | | | $112.37 |
| _: Travel_ | 2/26/2015 | 2/26/2015 | | DP | D. Prager - White & Blue - Taxi to airport | $45.16 |
| | 2/26/2015 | 2/26/2015 | | DP | D. Prager - Yellow Cab - Taxi from hotel to office | $9.75 |
| | 3/2/2015 | 3/2/2015 | | DP | D. Prager - AKresco - Taxi to DFW airport | $62.00 |
| | 3/2/2015 | 3/2/2015 | 3/13/15 | KB | UTOG - Inv # 628458 - 350 5th Ave to Short Hills, NJ - Ref # 4559557 - K. Bhavaraju | $126.07 |
| | 3/5/2015 | 3/5/2015 | | DP | D. Praga - Eddy's Management - Working Late - Taxi from GA office to Home | $16.56 |
| | 3/5/2015 | 3/5/2015 | | PHA | P. Hejsek - White & Blue - Working Late - Taxi from GA office to Home | $6.36 |
| | 3/5/2015 | 3/5/2015 | 3/13/15 | KB | UTOG - Inv # 628458 - 350 5th Ave to Short Hills, NJ - Ref # 4560612 - K. Bhavaraju | $121.77 |
| | 3/6/2015 | 3/6/2015 | | DP | D. Praga - John's Limousine - Working Late - Car from GA office to Home | $34.02 |
| | 3/10/2015 | 3/10/2015 | | PHA | P. Hejsek - Taxi Credit - Working Late - Taxi from GA office to Home | $6.36 |
| | 3/12/2015 | 3/12/2015 | 3/20/15 | KB | UTOG - Inv # 629150 - 350 5th Ave to Short Hills, NJ - Ref # 4525279 - K. Bhavaraju | $111.01 |
| | 3/17/2015 | 3/17/2015 | 3/27/15 | KB | UTOG - Inv # 629734 - From 350 5th Ave to Short Hills, NJ - Ref # 4541981 - K. Bhavaraju | $111.01 |
| | 3/17/2015 | 3/17/2015 | 3/27/15 | KB | UTOG - Inv # 629734 - From 350 5th Ave to Short Hills, NJ - Ref # 4574334 - K. Bhavaraju | $112.75 |
| | 3/18/2015 | 3/18/2015 | 3/20/15 | KB | UTOG - Inv # 629150 - 350 5th Ave to Short Hills, NJ - Ref # 4553162 - K. Bhavaraju | $108.80 |
| | 3/18/2015 | 3/18/2015 | | DP | D. Prager - Robert Faidiga - Taxi to meeting at Kirkland | $10.56 |
| | 3/18/2015 | 3/18/2015 | | PHA | P. Hejsek - Queens Medallion - Working Late - Taxi from GA office to Home | $10.56 |
| | 3/19/2015 | 3/19/2015 | | HJG | H. Goldin - American Airlines - LGA to Dallas, TX - Departure Date: 3/25/15 | $1,427.20 |
| | 3/19/2015 | 3/19/2015 | | DP | D. Prager - Downtown Taxi - Taxi to meeting at UCC | $15.36 |
| | 3/20/2015 | 3/20/2015 | 3/27/15 | KB | UTOG - Inv # 629734 - From 350 5th Ave to Short Hills, NJ - Ref # 4580359 - K. Bhavaraju | $111.01 |
| | 3/21/2015 | 3/21/2015 | | DP | D. Prager - Delta Airlines - Seat change - LGA to Dallas, TX | $39.00 |
| | 3/21/2015 | 3/21/2015 | | DP | D. Prager - Delta Airlines - LGA to Dallas, TX - Departure Date: 3/24/15 | $1,004.20 |
| | 3/23/2015 | 3/23/2015 | 3/27/15 | KB | UTOG - Inv # 629734 - From 350 5th Ave to Short Hills, NJ - Ref # 4545430 - K. Bhavaraju | $111.01 |
| | 3/24/2015 | 3/24/2015 | 4/3/15 | DP | UTOG - Inv # 630274 - 350 5th Ave to LGA - Ref # 4103344 - D. Prager | $65.71 |
| | 3/25/2015 | 3/25/2015 | | DP | D. Prager - Yellow Cab - Taxi from hotel to office | $7.65 |
| | 3/25/2015 | 3/25/2015 | | DP | D. Prager - SS Taxi - Taxi from DFW airport to office | $57.00 |
| | 3/25/2015 | 3/26/2015 | | HJG | H. Goldin - Texas Cab - Taxi from Airport to Hotel | $56.22 |
| | 3/26/2015 | 3/26/2015 | | HJG | H. Goldin - American Airlines - Dallas, TX to New York - Flight change fee | $75.00 |
| | 3/26/2015 | 3/26/2015 | | DP | D. Prager - VTS - Taxi from Office DFW airport | $62.94 |
| | 3/26/2015 | 3/26/2015 | | DP | D. Prager - Uber - Taxi from dinner to hotel | $14.25 |
| | 3/26/2015 | 3/26/2015 | | DP | D. Prager - EJ Taxi - Taxi from Hotel to Office | $10.00 |

**GoldinAssociates, LLC**

***Detailed Expenses by Category:***  **EFIH**

For Expenses Through 3/31/2015

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| | 3/26/2015 | 3/26/2015 | | DP | D. Prager - Arthur Cab - Taxi - Taxi from LGA to home | $47.21 |
| | 3/26/2015 | 3/26/2015 | | HJG | H. Goldin - DFW Cab & Shuttle Service - Taxi from Hotel to airport | $47.00 |
| | 3/27/2015 | 3/27/2015 | | DP | D. Prager - Delta - Seat change - LGA, to Dallas, TX | $50.00 |
| | 3/27/2015 | 3/27/2015 | | DP | D. Prager - Delta - Seat change - Dallas, TX to LGA | $39.00 |
| | 3/27/2015 | 3/27/2015 | | DP | D. Prager -NYC Taxi - Taxi to office during a board call | $17.16 |
| | 3/28/2015 | 3/28/2015 | | DP | D. Prager - Uber - Taxi from hotel to dinner | $13.65 |
| | 3/31/2015 | 3/31/2015 | 4/10/15 | KB | UTOG - Inv # 630692 - 350 5th Ave to Meadowbrooke Rd, Short Hills, NJ - Ref # 4556574 - K. Bhavaraju | $121.77 |

**Total: Travel**

$4,285.08

**Grand Total**

$9,078.33