**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | : Case No. 14-10979 (CSS) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : **Objections Due: May 12, 2015** |

**FOURTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR
ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FROM
MARCH 1, 2015 THROUGH MARCH 31, 2015**

| **Name of Applicant** | **Stevens & Lee, P.C.** |
|---|---|
| Authorized to Provide Professional Services to: | **Energy Future Intermediate Holding Company LLC**, Debtor and Debtor in Possession |
| Date of Retention: | Retention Order Entered January 13, 2015 (effective as of November 26, 2014) |
| Fee Period for which compensation and reimbursement is sought: | March 1, 2015 through March 31, 2015 |
| Total fees for time charged at rates *before* 2015 rate increases: | **$14,258.00** |
| Total fees for time charged at rates *after* 2015 rate increases: | **$14,790.50** |
| Total amount to be held back: | **$3,384.10** ($2,851.60 for 20% holdback, and $532.50 for 2015 rate increases) |
| Amount of Compensation sought as actual, reasonable and necessary: | **$11,406.40** (80% of $14,258.00) |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Amount of Expense Reimbursement sought as    **$144.36**
actual, reasonable, and necessary:

This is a **X** monthly _interim _final application. No prior application filed for this Fee Period.[2]

---

[2] Notice of this Monthly Fee Statement is being served in accordance with the Interim Compensation Order and Fee Committee Order. Objections to the relief requested in this Monthly Fee Statement must be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

2

The law firm of Stevens & Lee, P.C. ("S&L"), co-counsel with Cravath, Swaine & Moore LLP as independent counsel for Energy Future Intermediate Holding Company LLC, debtor and debtor in possession ("EFIH"), files this Monthly Fee Statement under:

(a) Sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

(b) Rule 2016 of the Federal Rules of Bankruptcy Procedure,

(c) the *Order Approving the Employment of Stevens &Lee, P.C. as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014* [D.I. 3278],

(d) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated September 16, 2014* [D.I. 2066] (the "Interim Compensation Order"),

(e) the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and

(f) the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware,

for: (i) payment of compensation in the amount of $11,406.40 for the reasonable and necessary legal services S&L rendered to the Debtors from March 1, 2015 through March 31, 2015 (the "Fee Period") (80% of $14,258.00); and (ii) reimbursement for the actual and necessary expenses that S&L incurred, in the amount of $144.36 during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.     In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** consists of two schedules of the number of hours expended and fees incurred (on an aggregate basis) by S&L attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories S&L

3

established in accordance with its internal billing procedures.  The first schedule reflects 2015 rates, and the second schedule reflects 2014 rates.  As reflected in **Exhibit A**, S&L incurred $14,790.50 in fees during the Fee Period. S&L seeks reimbursement for 80% of such fees less the rate increase differential ($11,406.40 in the aggregate) under this Monthly Fee Statement.

- **Exhibit B** is a schedule of S&L attorneys and paraprofessionals for whose work on this chapter 11 case S&L seeks compensation in this Monthly Fee Statement, listing their positions, years of experience, hourly billing rates, and hours charged during the Fee Period. S&L is charging for a total of 29.3 hours of attorney and paraprofessional time in connection with this chapter 11 case during the Fee Period.

- **Exhibit C** is a schedule of the expenses, by type of expense, for which S&L seeks reimbursement for the Fee Period.

- **Exhibit D** is a detailed listing of expenses, by subject matter category, that S&L incurred during the Fee Period in rendering professional services to EFIH and for which it seeks reimbursement.

<u>**Proposed Payment Allocation**</u>

2.      In accordance with paragraph 5 of the Interim Compensation Order, all S&L's fees and expenses sought in this Application are allocated to EFIH.

<u>**Representation**</u>

3.      Although S&L has made reasonable efforts to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing. S&L reserves the right to further apply to this Court for allowance of such fees and expenses.

WHEREFORE, S&L requests allowance and payment of fees and expenses incurred during the Fee Period in the total amount of $11,550.76 consisting of (a) $11,406.40, which is 80% of the fees incurred by EFIH for reasonable and necessary professional services rendered by S&L in this case, less the 2014-2015 rate differential to be held back; and (b) $144.36 for actual and necessary costs and expenses incurred by S&L in this case, and that such fees and expenses

be paid as administrative expenses of EFIH in accordance with the Interim Compensation Order.

Dated: April 22, 2015                           STEVENS & LEE, P.C.

                                                */s/ Joseph H. Huston, Jr.*
                                                Joseph H. Huston, Jr. (No. 4035)
                                                1105 North Market Street, Suite 700
                                                Wilmington, Delaware 19801
                                                Tel: (302) 425-3310
                                                Fax: (610) 371-7927
                                                Email: jhh@stevenslee.com

                                                        and

                                                Camille C. Bent (*admitted pro hac vice*)
                                                485 Madison Avenue, 20th Floor
                                                New York, NY 10022
                                                Telephone:     (212) 319-8500
                                                Facsimile:     (610) 371-7920
                                                Email:  ccb@stevenslee.com

                                                *Independent Co-Counsel for Energy Future*
                                                *Intermediate Holding Company LLC*

SL1 1361023v1 109285.00006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | : Case No. 14-10979 (CSS) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

## VERIFICATION OF JOSEPH H. HUSTON, JR.

1.      I am Co-Chair of the Bankruptcy and Financial Restructuring Group of the law firm of Stevens & Lee, P.C. ("S&L"), am the lead attorney from S&L working on this chapter 11 case, and am authorized to submit this Verification on its behalf. I am a member in good standing of the Bar of the State of Delaware. There are no disciplinary proceedings pending against me.

2.      I have either personally performed or overseen the legal services rendered by S&L as co-counsel with Cravath, Swaine & Moore LLP as independent counsel to Energy Future Intermediate Holding Company LLC ("EFIH") and am familiar with all other work performed on EFIH's behalf by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for S&L complies with Rule 2016-2.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

5.       I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is

true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

*/s/Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.

2