## <u>EXHIBIT A</u>

### Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | 5.3 | $3,365.50 |
| CASE ADMINISTRATION/GENERAL MATTERS | 2.0 | $1,106.00 |
| FEE APPLICATIONS- OTHERS | 5.6 | $2,964.00 |
| FEE APPLICATIONS-S&L | 16.4 | $7,355.00 |
| **TOTAL** | **29.30** | **$14,790.50** |