## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| U.S. DISTRICT COURT PRO HAC FEE | $25.00 |
| COMPUTER RESEARCH – PACER | $36.10 |
| DOCUMENT REPRODUCTION | $37.20 |
| COURT CALL APPEARANCES | $44.00 |
| PHONE CHARGES – CONFERENCE CALLS | $2.06 |
| **TOTAL** | **$144.36** |

SL1 1361023v1 109285.00006