## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 3/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/3/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $1.40 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/3/15 | DOCUMENT REPRODUCTION | $5.40 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.80 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $1.10 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.80 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.60 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.60 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.80 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $1.80 |
| 109285-00002 | 3/4/15 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00002 | 3/5/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 3/6/15 | DOCUMENT REPRODUCTION | $0.40 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 3/6/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/9/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/9/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/9/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/9/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/10/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/10/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/10/15 | DOCUMENT REPRODUCTION | $0.60 |
| 109285-00002 | 3/10/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/10/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 3/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/10/15 | DOCUMENT REPRODUCTION | $0.60 |
| 109285-00002 | 3/10/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/1/15 | COMPUTER RESEARCH – PACER | $3.50 |
| 109285-00002 | 3/1/15 | COMPUTER RESEARCH – PACER | $32.60 |
| 109285-00002 | 3/3/15 | U.S. DISTRICT COURT – PRO HAC FEE | $25.00 |
| 109285-00002 | 3/17/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/18/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/17/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 3/18/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/17/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/17/15 | TELEPHONE CHARGES | $2.06 |
| 109285-00002 | 3/19/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/19/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/19/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/19/15 | DOCUMENT REPRODUCTION | $0.60 |
| 109285-00002 | 3/19/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/20/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/23/15 | DOCUMENT REPRODUCTION | $1.80 |
| 109285-00002 | 3/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/23/15 | DOCUMENT REPRODUCTION | $1.60 |
| 109285-00002 | 3/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/24/15 | DOCUMENT REPRODUCTION | $0.40 |

3

| Matter | Date | Description | Amount |
|---|---|---|---:|
| 109285-00002 | 3/24/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/24/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/25/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 3/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/25/15 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00002 | 3/25/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 3/25/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 3/26/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/27/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 3/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/27/15 | DOCUMENT REPRODUCTION | $1.40 |
| 109285-00002 | 3/27/15 | DOCUMENT REPRODUCTION | $0.80 |
| 109285-00002 | 3/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 3/10/15 | COURTCALL APPEARANCE – J. HUSTON | $44.00 |
|  |  | **TOTAL** | **$144.36** |

SL1 1361023v1 109285.00006