IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re                                                          :    Chapter 11
                                                               :
ENERGY FUTURE HOLDINGS CORP., ET AL.,                          :    Case No. 14-10979 (CSS)
                                                               :
                                    Debtors.                   :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the noticing agent for the Official Committees of TCEH Unsecured Creditors and EFH Unsecured Creditors, in the above-captioned cases.

On April 22, 2015 at my direction and under my supervision, employees of KCC caused the following document to be served via First-Class Mail on the service list attached hereto as **Exhibit A**:

- Fifth Monthly Fee Statement of AlixPartners, LLP for Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from March 1, 2015 through March 31, 2015 **[Docket No. 4246]**

Dated: April 22, 2015

/s/ Karen M. Wagner
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California    )
                       ) ss
County of Los Angeles  )

Subscribed and sworn to (or affirmed) before me on this 22nd day of April 2015, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# Exhibit A

Exhibit A

Fee Statement Service List - First-Class Mail

| Name | Notice Name | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp et al | Andrew W Wright Cecily Gooch | 1601 Bryan St 43rd Fl | | Dallas | TX | 75201 | Debtors |
| Kirkland and Ellis LLP | Brian E Schartz | 601 Lexington Ave | | New York | NY | 10022 | Counsel to the Debtors |
| Kirkland and Ellis LLP | Chad Husnick | 300 N LaSalle St | | Chicago | IL | 60654 | Counsel to the Debtors |
| Milbank Tweed Haldey et al | Evan Fleck Matthew Brod | 1 Chase Manhattan Plaza | | New York | NY | 10005 | Counsel for the agent of the TCEH DIP Financing Facility |
| MORRISON & FOERSTER LLP | BRETT H MILLER LORENZO MARINUZZI | 250 W 55TH ST | | NEW YORK | NY | 10019 | Counsel for the TCEH Committee |
| POLSINELLI PC | CHRISTOPHER WARD JUSTIN EDELSON | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 | Counsel for the TCEH Committee |
| Richards Layton and Finger | Daniel DeFranceschi Jason Madron | 920 N King St | | Wilmington | DE | 19801 | Co-Counsel to the Debtors |
| Sherman and Sterling | Ned Schodek Fredric Sosnick | 599 Lexington Ave | | New York | NY | 10022 | Counsel to for the Agent of the EFIH First Lien DIP Financing Facility |
| US Department of Justice | Andrea B Schwartz Office US Trustee | 201 Varick St Rm 1006 | US Federal Bldg | New York | NY | 10014 | Office of US Trustee |
| US Trustee Reg 3 R DeAngelis | Richard L Schepacarter | 844 King St Rm 2207 | J Caleb Boggs Fed Bldg | Wilmington | DE | 19801 | Office of US Trustee |