IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| DELAWARE TRUST COMPANY, as<br>INDENTURE TRUSTEE,<br><br>*Plaintiff,*<br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.,<br><br>*Defendants.* | Adv. Pro. No. 14-50363 (CSS) |

## NOTICE OF FILING (I) PLAINTIFF'S EXHIBITS ADMITTED AT TRIAL AND (II) DEPOSITION DESIGNATIONS

**PLEASE TAKE NOTICE** that, the trial concerning the "cause" issue in connection with the Stay Applicability Motion (as defined in the Amended Scheduling Order dated December 2, 2014 (No. 14-50363, D.I. 167)) (the "Trial"), was held on April 20, 21, and 22, 2015, before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit 1, is a list of all of Plaintiff's Exhibits that were admitted into evidence at the Trial.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit 2, is a list of all of the deposition designations that were admitted into evidence at the Trial.

Dated: April 23, 2015

COLE SCHOTZ P.C.

| | |
|---|---|
| /s/ J. Kate Stickles | Warren A. Usatine |
| Norman L. Pernick (Bar No. 2290) | Court Plaza North |
| J. Kate Stickles (Bar No. 2917) | 25 Main Street |
| 500 Delaware Avenue, Suite 1410 | Hackensack, NJ 07602 |
| Wilmington, DE 19801 | Telephone: 201-489-3000 |
| Telephone: 302-652-3131 | Facsimile: 201-489-1536 |
| Facsimile: 302-652-3117 | wusatine@coleschotz.com |
| npernick@coleschotz.com | |
| kstickles@coleschotz.com | |

WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| Philip D. Anker | Dennis L. Jenkins |
| Charles C. Platt | George W. Shuster Jr. |
| 7 World Trade Center | 60 State Street |
| 250 Greenwich Street | Boston, MA 02109 |
| New York, NY 10007 | Telephone: 617-526-6000 |
| Telephone: 212-230-8800 | Facsimile: 617-526-5000 |
| Facsimile: 212-230-8888 | Dennis.Jenkins@wilmerhale.com |
| Philip.Anker@wilmerhale.com | George.Shuster@wilmerhale.com |
| Charles.Platt@wilmerhale.com | |

ROPES & GRAY LLP

| | |
|---|---|
| Keith H. Wofford | D. Ross Martin |
| Mark Somerstein | Andrew Devore |
| 1211 Avenue of the Americas | 800 Boylston Street, Prudential Tower |
| New York, NY 10036-8704 | Boston, MA 02199-3600 |
| Telephone: 212-596-9000 | Telephone: 617-951-7000 |
| Facsimile: 212-596-9090 | Facsimile: 617-951-7050 |
| Keith.Wofford@ropesgray.com | Ross.Martin@ropesgray.com |
| Mark.Somerstein@ropesgray.com | Andrew.Devore@ropesgray.com |

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for Plaintiff-Trustee Delaware Trust Company*