## EXHIBIT 2

**Deposition Designations Admitted at Trial**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ENERGY FUTURE HOLDINGS CORP., *et al.*, ) <br>     *Debtors.* ) <br> _____ ) <br> DELAWARE TRUST COMPANY, as ) <br> INDENTURE TRUSTEE, ) <br>     *Plaintiff,* ) <br>     v. ) <br> ENERGY FUTURE INTERMEDIATE HOLDING ) <br> COMPANY LLC and EFIH FINANCE INC. ) <br>     *Defendants.* ) | Chapter 11 <br> Case No. 14-10979 (CSS) <br> (Jointly Administered) <br><br><br><br> Adversary Proceeding <br> No. 14-50363 (CSS) |

**DEPOSITION DESIGNATIONS**

I. **PLAINTIFF'S DESIGNATIONS**
   A. <u>Deposition of Kristopher Moldovan (November 20, 2014)</u>

| | | |
|---|---|---|
| 13:9-15 | 61:21-62:3 | 99:11-100:2 |
| 13:20-14:18 | 65:15-22 | 100:13-102:15 |
| 19:19-23 | 65:25-66:3 | 102:22-103:6 |
| 32:20-22 | 67:4-23 | 103:12-24 |
| 34:3-35:7 | 68:8-17 | 104:15-22 |
| 36:19-37:14 | 68:22-69:4 | 105:6-9 |
| 38:7-21 | 70:3-7 | 106:2-14 |
| 39:18-21 | 70:10-71:17 | 106:21-108:9 |
| 40:8-14 | 72:3-8 | 108:15-109:21 |
| 40:18-41:13 | 72:23-73:5 | 110:9-19 |
| 42:12-17 | 74:23-75:17 | 111:4-13 |
| 44:23-45:4 | 75:20-76:5 | 111:18-112:11 |
| 45:13-16 | 76:12-77:18 | 112:25-113:13 |
| 45:19-21 | 78:8-12 | 114:5-6 |
| 46:6-47:14 | 78:20-79:3 | 114:8-16 |
| 50:5-51:22 | 79:18-80:3 | 114:20-115:5 |
| 52:4-53:20 | 82:13-83:4 | 115:11-17 |
| 53:23-54:5 | 89:4-18 | 116:15-117:2 |
| 54:11-20 | 89:22-90:7 | 117:23-118:5 |
| 55:2-23 | 91:9-20 | 120:3-21 |
| 57:6-13 | 92:15-21 | 121:5-10 |
| 58:3-59:3 | 93:2-95:12 | 121:19-122:3 |
| 59:24-60:7 | 96:20-23 | 122:12-16 |
| 60:11-15 | 97:9-98:10 | 122:22-123:14 |
| 61:4-15 | 98:16-99:6 | 124:5-8 |

| | | |
|---|---|---|
| 124:12-25 | 151:9-13 | 213:6-23 |
| 125:6-14 | 151:18-152:2 | 214:25-216:2 |
| 125:21-25 | 152:20-153:7 | 218:21-25 |
| 126:9-15 | 156:16-25 | 219:12-220:2 |
| 126:22-127:12 | 159:13-16 | 220:12-24 |
| 128:2-7 | 163:10-21 | 221:14-18 |
| 128:12-19 | 164:13-165:8 | 222:7-16 |
| 128:25-130:7 | 165:12-14 | 223:2-225:4 |
| 130:21-131:10 | 166:8-167:13 | 225:12-18 |
| 131:17-24 | 169:21-170:24 | 227:14-23 |
| 132:12-21 | 174:10-18 | 228:7-230:25 |
| 133:12-17 | 176:3-177:5 | 231:6-10 |
| 133:23-134:8 | 177:9-13 | 231:16-25 |
| 134:19-23 | 180:11-25 | 232:11-22 |
| 135:3-24 | 182:18-183:15 | 233:10-19 |
| 136:19-137:2 | 187:11-18 | 234:5-11 |
| 137:5-15 | 192:3-12 | 238:21-25 |
| 138:2-139:7 | 193:5-18 | 272:20-273:8 |
| 139:14-20 | 194:5-7 | 273:13-274:6 |
| 141:3-12 | 195:18-22 | 274:9-21 |
| 141:17-23 | 195:25-196:7 | 275:6-21 |
| 142:4-9 | 196:15-197:13 | 276:4-14 |
| 142:14-144:2 | 198:2-13 | 279:11-280:14 |
| 145:8-146:2 | 198:20-199:5 | 282:15-283:18 |
| 146:7-20 | 199:20-200:7 | 284:18-285:25 |
| 147:11-17 | 200:10-201:8 | 286:6-12 |
| 147:20-22 | 201:15-205:15 | 287:20-288:6 |
| 148:5-13 | 206:19-23 | 288:8-14 |
| 148:21-149:3 | 209:8-12 | 289:8-18 |
| 149:11-17 | 209:24-210:12 | 291:15-24 |
| 149:19-24 | 210:21-25 | 292:16-294:13 |
| 150:17-21 | 211:8-18 | |

B.     Deposition of Anthony Horton (December 9, 2014)

| | | |
|---|---|---|
| 9:18-10:25 | 45:7-14 | 60:2-61:11 |
| 11:7-21 | 46:18-22 | 61:20-22 |
| 26:22-28:9 | 46:25-48:4 | 62:1-63:2 |
| 28:14-29:4 | 48:25-49:25 | 63:23-65:12 |
| 34:21-24 | 50:16-51:1 | 67:24-68:5 |
| 35:5-36:4 | 51:14-52:3 | 68:10-69:7 |
| 36:11-37:25 | 52:16-53:8 | 70:18-73:1 |
| 38:2-9 | 54:4-14 | 73:13-19 |
| 38:21-39:5 | 55:1-6 | 73:24-75:3 |
| 39:18-41:13 | 56:14-57:5 | 78:3-8 |
| 42:14-43:3 | 57:19-58:10 | 78:15-79:19 |
| 44:6-24 | 58:17-59:17 | 79:25-80:7 |

2

| | | |
|---|---|---|
| 80:12-16 | 126:16-127:5 | 338:1-8 |
| 81:11-16 | 128:1-11 | 338:23-340:18 |
| 82:6-83:6 | 156:4-14 | 341:3-22 |
| 84:14-85:13 | 166:14-168:6 | 342:13-18 |
| 85:19-22 | 168:13-169:3 | 342:22-343:12 |
| 88:14-89:10 | 172:15-174:17 | 344:11-17 |
| 90:10-22 | 199:4-16 | 345:13-347:4 |
| 91:15-20 | 200:4-25 | 347:12-349:15 |
| 92:6-15 | 202:14-21 | 350:9-351:6 |
| 93:2-22 | 203:10-204:18 | 351:10-15 |
| 96:12-22 | 208:20-209:6 | 351:22-352:19 |
| 97:21-99:2 | 209:24-210:14 | 352:22-353:10 |
| 99:24-100:11 | 219:6-220:9 | 354:20-355:16 |
| 100:21-101:7 | 245:7-19 | 356:3-357:11 |
| 102:1-9 | 245:24-248:23 | 357:23-358:4 |
| 102:15-24 | 253:8-24 | 358:14-359:6 |
| 103:5-17 | 255:9-24 | 361:2-13 |
| 105:5-22 | 259:25-260:23 | 362:11-19 |
| 106:8-21 | 269:1-17 | 363:7-18 |
| 107:4-13 | 272:14-25 | 364:16-24 |
| 107:24-108:4 | 274:9-275:10 | 366:11-17 |
| 109:3-110:7 | 275:25-276:8 | 367:9-368:8 |
| 114:4-115:13 | 277:3-15 | 376:1-14 |
| 118:21-119:3 | 284:4-7 | 379:7-381:8 |
| 120:15-18 | 287:22-288:22 | 382:4-9 |
| 120:24-121:8 | 289:3-12 | |

C.   Deposition of Paul Keglevic (December 10, 2014)

| | | |
|---|---|---|
| 9:14-11:23 | 116:23-117:20 | 191:3-192:2 |
| 16:15-18:14 | 118:19-119:2 | 193:5-194:16 |
| 21:16-22:16 | 121:4-19 | 195:23-196:19 |
| 32:9-33:5 | 123:21-126:12 | 197:7-12 |
| 33:22-34:18 | 126:20-25 | 197:19-25 |
| 49:4-50:9 | 127:14-19 | 198:15-23 |
| 68:5-8 | 135:7-136:17 | 199:10-201:15 |
| 71:8-9 | 140:2-141:6 | 209:16-210:19 |
| 98:24-100:2 | 142:19-143:4 | 211:2-213:25 |
| 100:12-18 | 146:14-147:5 | 214:13-215:4 |
| 101:1-102:1 | 151:8-153:21 | 215:21-217:15 |
| 108:3-11 | 176:16-20 | 220:12-221:21 |
| 110:8-19 | 180:15-22 | 222:15-224:5 |
| 111:2-5 | 181:9-14 | 225:18-25 |
| 111:24-112:7 | 182:2-183:7 | 226:7-25 |
| 112:16-115:5 | 183:24-185:8 | 230:10-231:4 |
| 115:12-15 | 186:10-187:1 | 236:7-12 |
| 116:8-18 | 189:15-190:18 | 248:16-23 |

3

52881/0001-11764135v1

II. **DEFENDANTS' DESIGNATIONS**
   A. Deposition of Kristopher Moldovan (November 20, 2014)

| | | |
|---|---|---|
| 30:15-31:5 | 96:9-17 | 172:15-25 |
| 33:11-16 | 118:25-119:6 | 179:11-24 |
| 37:15-17 | 119:18-23 | 185:4-14 |
| 38:2-6 | 126:2-6 | 185:19-186:24 |
| 41:14-20 | 127:13-22 | 189:18-190:3 |
| 47:15-21 | 130:8-12 | 190:16-20 |
| 49:21-50:4 | 144:3-8 | 191:6-12 |
| 59:4-23 | 151:14-17 | 196:8-14 |
| 61:16 | 153:20-154:7 | 206:14-18 |
| 61:18-20 | 154:10-15 | 216:15-217:6 |
| 71:18-72:2 | 155:24-156:9 | 221:19-222:6 |
| 81:20-82:11 | 167:14-25 | 227:3-13 |
| 91:5-8 | 168:4-7 | 227:24-228:6 |
| 91:21-92:3 | 169:9-16 | 289:19-25 |
| 92:10-14 | 170:25-171:23 | |
| 96:4-7 | 172:3-8 | |

   B. Deposition of Anthony Horton (December 9, 2014)

| | | |
|---|---|---|
| 22:13-16 | 97:5-97:20 | 262:16-25 |
| 38:13-20 | 108:8-23 | 268:10-16 |
| 54:15-23 | 110:8-23 | 269:18-270:5 |
| 65:13-67:2 | 111:6-11 | 273:6-25 |
| 68:6-9 | 121:23-122:8 | 276:15-277:2 |
| 69:8-70:17 | 122:24-25 | 289:13-19 |
| 75:4-76:5 | 139:14-140:2 | 293:9-294:5 |
| 78:9-14 | 155:15-156:3 | 335:25-337:24 |
| 83:20-84:4 | 168:7-12 | 353:11-354:11 |
| 84:5-13 | 169:4-23 | 362:20-24 |
| 89:11-24 | 170:23-171:12 | 363:2-6 |
| 93:23-25 | 204:19-205:3 | 366:18-367:8 |
| 94:11-95:3 | 256:11-23 | 378:15-379:2 |
| 95:9-96:5 | 259:7-24 | |

   C. Deposition of Paul Keglevic (December 10, 2014)

| | | |
|---|---|---|
| 22:18-23:3 | 91:1-11 | 115:17-116:7 |
| 36:14-17 | 94:13-19 | 119:5-15 |
| 38:23-39:9 | 109:21-110:7 | 139:2-24 |
| 50:10-12 | 110:20-111:1 | 141:7-21 |
| 66:12-21 | 111:6-23 | 176:21-177:20 |
| 87:21-88:19 | 112:8-15 | 183:8-23 |

4

| | | |
|---|---|---|
| 185:16-186:9 | 190:19-191:2 | 221:22-222:14 |
| 187:7-17 | 195:6-16 | |
| 188:4-22 | 196:20-197:1 | |