# Notice Recipients

District/Off: 0311−1          User: LeslieM          Date Created: 4/23/2015
Case: 14−10979−CSS          Form ID: ntcBK          Total: 46

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Andrea Beth Schwartz | andrea.b.schwartz@usdoj.gov |
| aty | Brian Schartz | bschartz@kirkland.com |
| aty | Chad J. Husnick | chusnick@kirkland.com |
| aty | Daniel J. DeFranceschi | defranceschi@rlf.com |
| aty | David M. Klauder | dklauder@oeblegal.com |
| aty | Edward O. Sassower | esassower@kirkland.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Joseph Charles Barsalona II | barsalona@rlf.com |
| aty | Mark D. Collins | collins@rlf.com |
| aty | Michael A. Rosenthal | mrosenthal@gibsondunn.com |
| aty | Peter Jonathon Young | pyoung@proskauer.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Shannon J. Dougherty | sdougherty@oeblegal.com |
| aty | Thomas F. Driscoll, III | tdriscoll@bifferato.com |
| aty | Tyler D. Semmelman | semmelman@rlf.com |
| aty | Tyler D. Semmelman | semmelman@rlf.com |
| aty | William A. Romanowicz | rbgroup@rlf.com |

                                                                                       TOTAL: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Energy Future Holdings Corp.   Energy Plaza   1601 Bryan Street   Dallas, TX 75201 | | |
| aty | Andrew McGaan   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 | | |
| aty | Anthony V. Sexton   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 | | |
| aty | Bridget K. O'Connor   Kirkland & Ellis LLP   655 Fifteenth Street, N.W.   Washington, DC 20005 | | |
| aty | Bryan M. Stephany   Kirkland & Ellis LLP   655 Fifteenth Street, N.W.   Washington, DC 20005 | | |
| aty | Iskender H. Catto   McDermott Will & Emery LLP   340 Madison Avenue   New York, NY 10173 | | |
| aty | James H.M. Sprayregen   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 | | |
| aty | Jeff J. Marwil   Proskauer Rose LLP   Three First National Plaza   70 W. Madison Street   Suite 3800   Chicago, IL 60602 | | |
| aty | Jeremy L. Graves   GIBSON DUNN & CRUTCHER LLP   1801 California Street   Suite 4200   Denver, CO 80202−2642 | | |
| aty | Jeremy L. Retherford   Balch & Bingham LLP   1901 Sixth Avenue North   Suite 1500   Birmingham, AL 35203−4602 | | |
| aty | Marc Kieselstein   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 | | |
| aty | Mark E. McKane, Esq.   Kirkland & Ellis LLP   555 California Street   San Francisco, CA 94104 | | |
| aty | Mark K. Thomas   Proskauer Rose LLP   Three First National Plaza   70 W. Madison Street   Suite 3800   Chicago, IL 60602 | | |
| aty | Michael A. Firestein   Proskauer Rose LLP   2049 Century Park East   Los Angeles, CA 90067−3206 | | |
| aty | Michael B. Slade   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 | | |
| aty | Michael L. Raiff   Gibson Dunn & Crutcher LLP   2100 McKinney Avenue   Dallas, TX 75201 | | |
| aty | Michael P. Esser   Kirkland & Ellis LP   555 California Street   San Francisco, CA 94104 | | |
| aty | P. Stephen Gidiere, III   Balch & Bingham LLP   1901 Sixth Avenue North   Suite 1500   Birmingham, AL 35203−4642 | | |
| aty | Richard M. Cieri   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022−4611 | | |
| aty | Richard U.S. Howell   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 | | |
| aty | Stephen E. Hessler   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 | | |
| aty | Steven N. Serajeddini   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 | | |
| aty | Todd F. Maynes   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 | | |
| aty | W. Clark Watson   Balch & Bingham LLP   1901 Sixth Avenue North   Suite 1500   Birmingham, AL 35203−4642 | | |
| aty | William Guerrieri   Kirkland & Ellie LLP   300 North LaSalle   Chicago, IL 60654 | | |
| aty | William T. Pruitt   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 | | |

                                                                                       TOTAL: 26