# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 360.50 | $191,255.00 |
| 2 | Metric Analysis | 0 | $0 |
| 3 | Generation Analysis | 297.00 | $143,025.00 |
| 4 | Retail Analysis | 124.50 | $55,595.00 |
| 5 | Commodity Analysis | 179.00 | $94,362.50 |
| 6 | Competitor Analysis | 7.50 | $4,760.00 |
| 7 | EBITDA Projection | 152.50 | $91,140.00 |
| 8 | Environmental Analysis | 32.00 | $19,565.00 |
| 9 | Short-Range Forecast | 34.50 | $14,775.00 |
| 10 | Capital Projects | 14.50 | $8,100.00 |
| 11 | Wholesale Operations | 45.00 | $27,215.00 |
| 12 | Retail Operations | 25.00 | $17,697.50 |
| 13 | T&D Operations | 321.00 | $133,065.00 |
| 14 | Data Collection and Diligence | 124.50 | $58,062.50 |
| 15 | Reports | 51.50 | $26,280.00 |
| 16 | Hearings | 0 | $0 |
| 17 | On-Site Diligence | 102.95 | $56,055.00 |
| 18 | Project Management | 75.10 | $47,987.50 |
| 19 | Project Administration | 0 | $0 |
| 20 | T&D Forecast | 202.50 | $129,517.50 |
| 21 | Fee Objection Discussion and Litigation | 0 | $0 |
| 22 | Fee Application | 10.50 | $3,990.00 |
| | *Continued on next page* | | |

1. Non-working travel time has been billed at 50% of actual time incurred.

# EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours[1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0 | $0 |
| 24 | Retail Margins | 18.5 | $7,992.50 |
| 25 | T&D Market Research | 16.00 | $7,890.00 |
| 26 | Wholesale Market Research | 37.50 | $21,792.50 |
| 27 | Retail Market Research | 38.00 | $17,707.50 |
| 28 | Performance Analysis | 33.50 | $15,260.00 |
| 29 | Sales, General & Administrative Analysis | 10.00 | $6,525.00 |
| 30 | Portfolio Analysis | 23.00 | $10,972.50 |
| 31 | Oncor Revenue Analysis | 0 | $0 |
| 32 | Oncor Capital Structure | 50.50 | $32,572.50 |
| 33 | Regulatory Analysis | .50 | $360.00 |
| | | | |
| | **Totals:** | **2,387.55** | **$1,243,520.00** |

1. Non-working travel time has been billed at 50% of actual time incurred.