# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 95.60 | $71,700.00 |
| Jean Agras | Managing Director | $720 | 186.00 | $133,920.00 |
| Gary Germeroth | Managing Director | $720 | 197.50 | $142,200.00 |
| Dave Andrus | Director | $645 | 188.00 | $121,260.00 |
| Don Chambless | Director | $525 | 44.00 | $23,100.00 |
| Scott Davis | Director | $545 | 153.50 | $83,657.50 |
| Paul Harmon | Director | $575 | 91.70 | $52,727.50 |
| Tim Wang | Director | $575 | 166.00 | $95,450.00 |
| Michael Gadsden | Managing Consultant | $460 | 186.25 | $85,675.00 |
| Jill Kawakami | Managing Consultant | $430 | 192.00 | $82,560.00 |
| Michael McDermott | Managing Consultant | $495 | 8.00 | $3,960.00 |
| Buck Monday | Managing Consultant | $450 | 87.00 | $39,150.00 |
| Michael Perry | Managing Consultant | $410 | 130.50 | $53,505.00 |
| Samuel Schreiber | Managing Consultant | $455 | 166.00 | $75,530.00 |
| Laura Hatanaka | Consultant | $390 | 193.00 | $75,270.00 |
| Pamela Morin | Consultant | $380 | 10.50 | $3,990.00 |
| Nathan Pollak | Consultant | $405 | 150.50 | $60,952.50 |
| Alex Vinton | Analyst | $275 | 141.50 | $38,912.50 |
| | | Totals: | 2,387.55 | $1,243,520.00 |