# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $19,339.63 |
| Airfare | $19,216.85 |
| Transportation to/from airport | $2,095.98 |
| Travel Meals | $4,348.44 |
| Other Travel Expenses | $2,434.41 |
| Vehicle Rental Expenses | $3,389.54 |
| **Total:** | **$50,824.85** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $14,372.48 |
| Airfare | $14,281.24 |
| Transportation to/from airport | $1,557.65 |
| Travel Meal | $3,231.60 |
| Other Travel Expenses | $1,809.16 |
| Vehicle Rental Expenses | $2,518.98 |
| **Total:** | **$37,771.11** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| **Total:** | **$0** |

### EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $4,967.15 |
| Airfare | $4,935.61 |
| Transportation to/from airport | $538.33 |
| Travel Meals | $1,116.84 |
| Other Travel Expenses | $625.25 |
| Vehicle Rental Expenses | $870.56 |
| **Total:** | **$13,053.74** |