## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE | ) Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*, | ) |
| | ) (Jointly Administered) |
| | ) |
| *Debtors.* | ) **Related to Docket No. 4253** |
| | ) |
| DELAWARE TRUST COMPANY, as | ) |
| INDENTURE TRUSTEE, | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | ) Adv. Pro. No. 14-50363 (CSS) |
| | ) |
| ENERGY FUTURE INTERMEDIATE | ) **Related to Docket No. 272** |
| HOLDING COMPANY LLC and | ) |
| EFIH FINANCE INC., | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 4253
## AND ADVERSARY DOCKET NO. 272

TO:  THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Plaintiff-Trustee Delaware Trust Company hereby

withdraws, without prejudice, the Notice of Filing (I) Plaintiff's Exhibits Admitted at Trial and

(II) Deposition Designations (Case No. 14-10979 (CSS), Docket No. 4253; Adv. Pro. No. 14-

50363 (CSS), Docket No. 272) (the "Notice"), filed April 23, 2015.

PLEASE TAKE FURTHER NOTICE that the Notice is being re-filed to correct the

range with respect to Mr. Moldovan's deposition designation.

Dated: April 23, 2015

COLE SCHOTZ P.C.

/s/   J. Kate Stickles                                   Warren A. Usatine
Norman L. Pernick (Bar No. 2290)        Court Plaza North
J. Kate Stickles (Bar No. 2917)              25 Main Street
500 Delaware Avenue, Suite 1410          Hackensack, NJ 07602
Wilmington, DE  19801                          Telephone: 201-489-3000
Telephone: 302-652-3131                       Facsimile:  201-489-1536
Facsimile:  302-652-3117                       wusatine@coleschotz.com
npernick@coleschotz.com
kstickles@coleschotz.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Philip D. Anker                                     Dennis L. Jenkins
Charles C. Platt                                    George W. Shuster Jr.
7 World Trade Center                           60 State Street
250 Greenwich Street                           Boston, MA 02109
New York, NY 10007                            Telephone:  617-526-6000
Telephone: 212-230-8800                      Facsimile: 617-526-5000
Facsimile:  212-230-8888                      Dennis.Jenkins@wilmerhale.com
Philip.Anker@wilmerhale.com            George.Shuster@wilmerhale.com
Charles.Platt@wilmerhale.com

ROPES & GRAY LLP
Keith H. Wofford                                 D. Ross Martin
Mark Somerstein                                  Andrew Devore
1211 Avenue of the Americas             800 Boylston Street, Prudential Tower
New York, NY 10036-8704                 Boston, MA  02199-3600
Telephone: 212-596-9000                    Telephone: 617-951-7000
Facsimile:  212-596-9090                    Facsimile: 617-951-7050
Keith.Wofford@ropesgray.com          Ross.Martin@ropesgray.com
Mark.Somerstein@ropesgray.com      Andrew.Devore@ropesgray.com

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone:  212-248-3264
Facsimile:  212-248-3141
James.Millar@dbr.com

*Counsel for Plaintiff-Trustee Delaware Trust Company*