## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE | ) | Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | |
| | ) | |
| DELAWARE TRUST COMPANY, as | ) | |
| INDENTURE TRUSTEE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Adv. Pro. No. 14-50363 (CSS) |
| | ) | |
| ENERGY FUTURE INTERMEDIATE | ) | |
| HOLDING COMPANY LLC and | ) | |
| EFIH FINANCE INC., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

### NOTICE OF FILING (I) PLAINTIFF'S EXHIBITS ADMITTED AT TRIAL AND (II) DEPOSITION DESIGNATIONS

**PLEASE TAKE NOTICE** that, the trial concerning the "cause" issue in connection with the Stay Applicability Motion (as defined in the Amended Scheduling Order dated December 2, 2014 (No. 14-50363, D.I. 167)) (the "Trial"), was held on April 20, 21, and 22, 2015, before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit 1, is a list of all of Plaintiff's Exhibits that were admitted into evidence at the Trial.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit 2, is a list of all of the deposition designations that were admitted into evidence at the Trial.

Dated: April 23, 2015

COLE SCHOTZ P.C.

/s/ J. Kate Stickles
Norman L. Pernick (Bar No. 2290)
J. Kate Stickles (Bar No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
Court Plaza North
25 Main Street
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Philip D. Anker
Charles C. Platt
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
Philip.Anker@wilmerhale.com
Charles.Platt@wilmerhale.com

Dennis L. Jenkins
George W. Shuster Jr.
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
Dennis.Jenkins@wilmerhale.com
George.Shuster@wilmerhale.com

ROPES & GRAY LLP
Keith H. Wofford
Mark Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew Devore
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for Plaintiff-Trustee Delaware Trust Company*