# EXHIBIT 1

## Plaintiff's Exhibits Admitted at Trial

# PLAINTIFF'S ADMITTED TRIAL EXHIBITS

| Plaintiff Ex. No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 1 | 9/1/2007 | Preliminary Offering Memorandum for the 2007 Senior Notes due 2017 Indenture | EFIHMW00296476 - EFIHMW00296928 | |
| 2 | 9/28/2007 | Sponsor's Proposal on Key Terms (Term Sheet): relating to EFH 10.875% Senior Notes due 2017, 11.25%/12.00% Senior Toggle Notes due 2017, and 2007 TCEH Notes | EFIHMW00295630 - EFIHMW00295659 | |
| 3 | 10/8/2007 | E-mail from Shearman & Sterling dated Oct. 8, 2007 discussing the First Data Indenture as precedent | EFIHMW00293115 - EFIHMW00293116 | Moldovan Ex. 06 |
| 3A | 10/8/2007 | Attachment to E-mail from Shearman & Sterling dated Oct. 8, 2007 - TCEH Senior Refinancing Indenture v.1 | EFIHMW00293117 - EFIHMW00293301 | |
| 3B | 10/8/2007 | Attachment to E-mail from Shearman & Sterling dated Oct. 8, 2007 - TCEH Senior Refinancing Indenture v.2 | EFIHMW00293302 - EFIHMW00293479 | |
| 3C | 10/8/2007 | Attachment to E-mail from Shearman & Sterling dated Oct. 8, 2007 - TCEH Senior Refinancing Indenture - blackline | EFIHMW00293480 - EFIHMW00293697 | |
| 3D | 10/8/2007 | Attachment to E-mail from Shearman & Sterling dated Oct. 8, 2007 - TCEH Senior Refinancing Indenture - comparison. | EFIHMW00293698 - EFIHMW00293919 | |
| 4 | 10/24/2007 | Placement Agreement dated Oct. 24, 2007 for EFH 10.875% Senior Notes and EFH 11.25%/12.00% Senior Toggle Notes | EFIHMW00303787 - EFIHMW00303823 | Moldovan Ex. 08 |
| 5 | 10/24/2007 | Supplemental Preliminary Offering Memorandum relating to August 2010 Indenture for EFIH First Lien Notes | EFIHMW00304204 - EFIHMW00304215 | |
| 6 | 10/24/2007 | TCEH Offering Memorandum for 10.25% Senior Notes Due 2015, dated October 24, 2007 | EFIHMW00250066 - EFIHMW00250447 | |
| 7 | 10/25/2007 | EFH blackline Indenture, dated October 25, 2007 | EFIHMW00303415 - EFIHMW00303598 | Moldovan Ex. 07 |
| 8 | 10/26/2007 | Cover e-mail from Simpson Thacher dated Oct. 26, 2007 & Offering Memorandum for Oct. 31, 2007 10.875% Senior Notes and 11.25%/12.00% Senior Toggle Notes | EFIHMW00208122; EFIHMW00208123 - EFIHMW00208622 | Moldovan Ex. 09 |
| 9 | 10/31/2007 | EFH Indenture, dated October 31, 2007 | EFIHMW00254420 - EFIHMW00254581 | Moldovan Ex. 05 |
| 10 | 10/31/2007 | Term Sheet for the 10.875% Senior Notes and 11.25% / 12.00% Senior Toggle Notes | EFIHMW00283810 - EFIHMW00283812 | Moldovan Ex. 04 |
| 11 | 10/31/2007 | TCEH Indenture for 10.25% Senior Notes , dated October 31, 2007 | EFIHMW00206856 - EFIHMW00207009 | Moldovan Ex. 13 |
| 12 | 12/6/2007 | TCEH First Supplemental Indenture to October 31, 2007 Indenture for 10.25% Senior Notes (Series B) and 10.50%/11.25% Senior Toggle Notes, dated December 6, 2007 | FIHMW00228232 - FIHMW00228301 | |
| 13 | 10/5/2009 | Dealer Manager Agreement: relating to 9.75% Senior Secured Notes due 2019 | EFIHMW00167828 - EFIHMW00167885 | |

# PLAINTIFF'S ADMITTED TRIAL EXHIBITS

| Plaintiff Ex. No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 14 | 11/10/2009 | EFIH and EFH Prospectus 9.75% Senior Secured Notes due 2019 | EFIHMW00245719 - EFIHMW00245834 | |
| 15 | 11/16/2009 | EFIH Collateral Trust Agreement, dated November 16, 2009 | | |
| 16 | 11/16/2009 | EFIH Pledge Agreement, dated November 16, 2009 | | |
| 17 | 11/16/2009 | EFIH Indenture for 9.75% Senior Secured Notes due 2019, dated November 16, 2009 | EFIHMW00103681 - EFIHMW00103912 | |
| 18 | 11/16/2009 | EFH Indenture for 9.75% Senior Secured Notes due 2019, dated November 16, 2009 | EFIHMW00103400 - EFIHMW00103675 | |
| 19 | 1/1/2010 | 2010 TCEH 15% Description of Notes | EFIHMW00084948 - EFIHMW00085027 | |
| 20 | 1/7/2010 | EFH Offering Memorandum - 10.00% Senior Secured Notes Due 2020, dated January 7, 2010 | EFH00003251 - EFH00003468 | |
| 21 | 1/12/2010 | EFH Indenture for 10.000% Senior Secured Notes due 2020, Dated January 12, 2010 | EFH00003484 - EFH00003705 | |
| 22 | 1/12/2010 | Offering Memorandum for January 12, 2010 EFH Senior Secured Notes due 2020 | EFIHMW00151820 - EFIHMW00152037 | |
| 23 | 1/15/2010 | January 2010 Strategic Discussion | EFIHMW00250032 - EFIHMW00250063 | |
| 24 | 7/13/2010 | Investor Presentation relating to August 2010 EFIH 10% First Lien Notes | EFIHMW00275611 - EFIHMW00275615 | |
| 25 | 7/14/2010 | Cover email and attached Blackline showing proposed changes to description of final EFIH 9.75% Senior Secured Notes due 2019 | EFIHMW00096973; EFIHMW00096974 - EFIHMW00097068 | |
| 25A | 7/15/2010 | Unanimous Written Consent of Committee Members in Lieu of a Meeting re approval of Exchange | EFIHMW00275585 - EFIHMW00275587 | |
| 25B | 7/15/2010 | Avenue Capital Management Exchange Agreement | CSC000000123 - CSC000000131 | |
| 25C | 7/15/2010 | Franklin Advisers Exchange Agreement | CSC000000132 - CSC000000139 | |
| 25D | 7/15/2010 | Western Asset Management Exchange Agreement | CSC000000140 - CSC000000147 | |
| 26 | 7/16/2010 | EFIH Dealer Management Agreement, dated July 16, 2010 | EFIHMW00038410 - EFIHMW00038479 | Moldovan Ex. 03 |
| 27 | 7/16/2010 | Final S-4 Registration Statement for the 2010 10.000% Senior Secured Notes Indenture Due 2020 | EFIHMW00259707 - EFIHMW00259938 | |

# PLAINTIFF'S ADMITTED TRIAL EXHIBITS

| Plaintiff Ex. No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 28 | 7/29/2010 | EFHC Form 8-K | EFIHMW00093688 - EFIHMW00093701 | |
| 29 | 8/11/2010 | August 11, 2010 CITI presentation to EFH discussing next steps and high levels of debt | EFIHMW00242305 - EFIHMW00242312 | |
| 30 | 8/12/2010 | EFIH entities Prospectus, dated August 12, 2010 | EFIHMW00051935 - EFIHMW00052668 | Moldovan Ex. 12 |
| 31 | 8/13/2010 | August 2010 Press Release: Announcing Results & Expiration of Exchange Offers | EFIHMW00145573 - EFIHMW00145575 | |
| 32 | 8/17/2010 | Cover e-mail from Shearman & Sterling re August 2010 Indenture for EFIH 1L 10% Notes | EFIHMW00144188 | Moldovan Ex. 10 |
| 33 | 8/17/2010 | EFIH Indenture, dated August 17, 2010 | EFIHMW00144189 - EFIHMW00144335 | Moldovan Ex. 11 |
| 34 | 8/17/2010 | Officer's Certificate dated August 17, 2010 | EFIHMW00090975 - EFIHMW00090976 | Keglevic Ex. 12 |
| 35 | 8/17/2010 | Global Note: August 2010 EFIH First Lien 10% Secured Notes due 2020 (Issuance 1) | EFIHMW00144725 - EFIHMW00144734 | |
| 36 | 8/17/2010 | EFIH Company Opinion Letter to Underwriters re August 2010 issuance of 10.000% Senior Secured Notes due 2020 | EFIHMW00144481 - EFIHMW00144483 | |
| 37 | 8/18/2010 | Form 8-K filed August 18, 2010: Indenture for First Lien 10% Notes and completed Notes Offering [EFIHMW00090945] | EFIHMW00090945 - EFIHMW00090948 | |
| 38 | 9/12/2010 | E-mail exchange dated September 12, 2010 between My Chi To of Debevoise and Armen Panossian of Oaktree stating that second-lien noteholders are only entitled to a makewhole in bankruptcy if they are oversecured included in string e-mail dated October 7, 2010 re TCEH lender; *see* EFIHMW00084713 | EFIHMW00084711 - EFIHMW00084715 | Moldovan Ex. 23 |
| 39 | 10/1/2010 | October 2010 Investor Presentation for TCEH Senior Secured 2nd Lien Notes | EFIHMW00014958 - EFIHMW00014975 | |
| 40 | 10/6/2010 | TCEH Indenture for 15% Senior Secured Second Lien Notes, dated October 6, 2010 | EFIHMW00139970 - EFIHMW00140140 | Moldovan Ex. 22 |
| 41 | 10/20/2010 | TCEH First Supplemental Indenture to October 6, 2010 Indenture for 15% Senior Secured Second Lien Notes due 2021 | EFIHMW00077947 - EFIHMW00077994 | |
| 42 | 10/20/2010 | Offering Memorandum for First Supplemental Indenture 15% Senior Secured Second Lien Notes Due 2021 | EFIHMW00079438 - EFIHMW00079594 | |
| 43 | 11/15/2010 | TCEH Second Supplemental Indenture to October 6, 2010 Indenture for 15% Senior Secured Second Lien Notes due 2021, dated November 15, 2010 | EFIHMW00223607 - EFIHMW00223629 | |
| 44 | 1/1/2011 | 2011 Private Exchange Term Sheet for EFIH 2017 Notes | EFIHMW00276980 - EFIHMW00276986 | |
| 45 | 2/1/2011 | EFHC Prospectus - Offer to Exchange, dated February 1, 2011 | EFIHMW00223024 - EFIHMW00223584 | |

# PLAINTIFF'S ADMITTED TRIAL EXHIBITS

| Plaintiff Ex. No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 46 | 4/14/2011 | TCEH Offering Memorandum for 11.5% Senior Secured Notes dute 2020, dated April 14, 2011 | EFH00036834 - EFH00036986 | |
| 47 | 4/19/2011 | TCEH Indenture for 11.5% Senior Secured Notes due 2020, dated April 19, 2011 | EFIHMW00135282 - EFIHMW00135447 | |
| 48 | 4/25/2011 | EFIH Indenture for 11% Senior Secured Second Lien Notes Due 2021, dated April 24, 2011 | EFIHMW00046979 - EFIHMW00047123 | |
| 49 | 4/25/2011 | EFIH Junior Lien Pledge Agreement | EFH00009326 - EFH00009345 | |
| 50 | 11/4/2011 | Cover e-mail from Swamy dated November 4, 2011 and 2011 spreadsheet analyzing redemption price of EFIH debt | EFIHMW00005742; EFIHMW00005743 | Horton Ex. 08 |
| 51 | 2/6/2012 | EFIH First Supplemental Indenture for 11.75% Senior Secured Second Lien Notes due 2022, dated February 6, 2012 | EFIHMW00005749 - EFIHMW00005787 | |
| 52 | 2/7/2012 | Cover Email and January 2012 Investor Presentation for Senior Secured Second Lien Notes | EFIHMW00005501 - EFIHMW00005502; EFIHMW00005503 - EFIHMW00005527 | |
| 53 | 4/5/2012 | Email from Ley dated April 5, 2012 attaching Makewhole Analysis | EFIHMW00275045; EFIHMW00275046 | Horton Ex. 09 |
| 54 | 5/2/2012 | Email from Ley dated May 2, 2012 attaching Makewhole Analysis | EFIHMW00007382; EFIHMW00007383 | Horton Ex. 10 |
| 55 | 8/1/2012 | Investor Presentation dated August 2012 re 6.875% Senior Secured Notes | EFIHMW00272272 - EFIHMW00272295 | Moldovan Ex. 27 |
| 56 | 8/9/2012 | EFIH Offering Memorandum for 11.75% Senior Secured Second Lien Notes Under Fourth Supplemental Indenture, dated August 9, 2012 | EFH00027400 - EFH00027707 | |
| 57 | 8/9/2012 | EFIH Purchasing Agreement/Dealer-Manager Agreement for 6.875% Senior Secured Notes due 2017 | EFIHMW00035168 - EFIHMW00035246 | |
| 58 | 8/9/2012 | EFIH Offering Memorandum for 6.875% Senior Secured Notes Due 2017, dated August 8, 2012 | EFIHMW00033915 - EFIHMW00034222 | |
| 59 | 8/9/2012 | Term sheet - 6.875% Senior Secured Notes Due 2017 | EFIHMW00267704 - EFIHMW00267716 | |
| 60 | 8/14/2012 | Term sheet for First Supplemental Indenture to August 14, 2012 6.875% Senior Secured Notes Indenture | EFIHMW00267786 - EFIHMW00267795 | |
| 61 | 8/14/2012 | EFIH Fourth Supplemental Indenture for 11.75% Senior Secured Second Lien Notes due 2022, dated August 14, 2012 | EFIHMW00047349 - EFIHMW00047366 | |
| 62 | 8/14/2012 | EFIH Indenture for 6.875% Senior Secured Notes Due 2017, dated August 14, 2012 | EFIHMW00130717 - EFIHMW00130885 | |

# PLAINTIFF'S ADMITTED TRIAL EXHIBITS

| Plaintiff Ex. No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 63 | 8/17/2012 | EFHC Form 8K - Description of Notes - 6.875% Senior Secured Notes Due 2017 | EFIHMW00062543 - EFIHMW00062778 | |
| 64 | 8/17/2012 | EFIH Form 8-K - Closing of 6.875% Senior Secured Notes Due 2017 | EFIHMW00062780 - EFIHMW00062784 | |
| 65 | 10/18/2012 | EFIH Purchase Agreement, dated October 18, 2012 | EFH00080017 - EFH00080090 | Horton Ex. 13 |
| 66 | 10/18/2012 | EFIH Purchase Agreement for First Supplemental Indenture to August 14, 2012 6.875% Senior Secured Notes Indenture | EFIHMW00058344 - EFIHMW00058417 | |
| 67 | 10/23/2012 | October 23, 2012 First Supplemental Indenture to August 14, 2012 6.875% Senior Secured Notes Indenture | EFIHMW00006137 - EFIHMW00006152 | |
| 68 | 10/23/2012 | EFIH Registration Rights Agreement for First Supplemental Indenture to August 14, 2012 6.875% Senior Secured Notes Indenture | EFIHMW00056731 - EFIHMW00056779 | |
| 69 | 12/6/2012 | EFIH Indenture for 11.25%/12/25% Senior Toggle Notes Due 2018, dated December 6, 2012 | EFH00080722 - EFH00080826 | |
| 70 | 12/13/2012 | Draft Offering Memorandum for First Supplemental Indenture for January 2013 EFIH 1L 10% Notes (Issuance 2) dated December 13, 2012 | EFIHMW00053083 - EFIHMW00053285 | Moldovan Ex. 26 |
| 71 | 12/14/2012 | Cover e-mail from Wright dated December 14, 2012 re Draft Offering Memorandum for First Supplemental Indenture for Jan. 2013 EFIH 1L 10% Notes | EFIHMW00053082 | Moldovan Ex. 25 |
| 72 | 12/21/2012 | Dealer Manager Agreement dated December 21, 2012 | EFH00079693 - EFH00079786 | Keglevic Ex. 09 |
| 73 | 12/21/2012 | Global Note (Attached as exhibit to First Supplemental Indenture) | EFH00079787 - EFH00079826 | |
| 74 | 12/21/2012 | Offering Memorandum: January 2013 EFIH First Lien 10% Notes Exchange Offer (Issuance 2) | EFH2D10011220 - EFH2D10011474 | |
| 75 | 1/29/2013 | EFIH First Supplemental Indenture, dated January 29, 2013 | EFIHMW00270288 - EFIHMW00270329 | Moldovan Ex. 24 |
| 76 | 1/29/2013 | EFHC Form 8-K | EFIHMW00270251 - EFIHMW00270349 | |
| 77 | 2/5/2013 | Investor Presentation, dated February 5, 2013 | EFH00002551 - EFH00002621 | Horton Ex. 14 |
| 80 | 4/15/2013 | EFHC Form 8-K | | |
| 81 | 5/1/2013 | Project Millstein & Co., Project Olympus Preliminary Discussion Materials, dated May 2013 - REDACTED | SP_MW_00000732, SP_MW_00000741 | |
| 83 | 6/12/2013 | Liability Management Analysis slides from Citigroup dated June 12, 2013 discussing refinancing 10% Notes outside of bankruptcy | EFIHMW00047735 - EFIHMW00047739 | Horton Ex. 12 |

# PLAINTIFF'S ADMITTED TRIAL EXHIBITS

| Plaintiff Ex. No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 86 | 10/1/2013 | TCEH Follow-up & EFIH Financing Thoughts presentation prepared by Deutsche Bank dated Oct. 2013 | EFH2D10011811 - EFH2D10011832 | Horton Ex. 25 |
| 87 | 10/1/2013 | October 2013 Deutsche Bank Presentation re TCEH Followup & EFIH Financing Thoughts | [EFH2D100008735 - [EFH2D100008756 | |
| 88 | 10/15/2013 | EFH entities SEC Form 8-K, dated October 15, 2013 | | Horton Ex. 19 |
| 89 | 10/19/2013 | E-mail dated Oct. 19, 2013 from Ley to Moldovan summarizing AMR results in response to e-mail forwarded by Horton with attached AMR EETC refinancing timeline | EFIHMW00051200; EFH2D10047298 | Horton Ex. 18 |
| 91 | 10/24/2013 | Cover e-mail and letter from Akin to K&E and Wachtell dated Ocober 24, 2013 arguing for a standalone EFIH restructuring | BLKS_00006082 - BLKS_00006091 | Horton Ex. 17 |
| 92 | 11/1/2013 | EFH entities SEC Form 8-K, dated November 1, 2013 | | Horton Ex. 20 |
| 93 | 3/31/2014 | EFHC Form 8-K | | |
| 94 | 4/29/2014 | EFIH First Lien DIP Motion filed Apr. 29, 2014 (Dkt # 74) | | Horton Ex. 03 |
| 95 | 4/29/2014 | Declaration of Paul Keglevic filed Apr. 29, 2014 (Dkt # 98) | | Horton Ex. 04 |
| 96 | 4/29/2014 | EFHC Form 8-K (CSC000000039) | CSC000000039 - CSC000000057 | |
| 97 | 5/6/2014 | EFIH Information Memorandum, dated May 6, 2014 | | |
| 98 | 5/7/2014 | EFHC Form 8-K | CSC000000115 - CSC000000122 | |
| 99 | 5/13/2014 | EFHC Form 8-K | CSC000000058 - CSC000000114 | |
| 100 | 6/4/2014 | De-Acceleration Letter dated June 4, 2014 regarding Waiver of Defaults and Rescission of Acceleration | CSC000000001 - CSC000000038 | |
| 101 | 6/6/2014 | DIP Financing Order, Case No. 14-10979, D.I. 859 (Bankr. D. Del. June 6, 2014) | | |
| 104 | 7/24/2014 | EFH entities SEC Form 8-K, dated July 24, 2014 | | |
| 105 | 11/17/2014 | Amended Notice of 30(b)(6) Deposition dated November 17, 2014 | | Moldovan Ex. 01 |
| 111 | 3/9/2015 | Debtors' PowerPoint Presentation re Summary of Draft Term Sheet - UNDER SEAL | | |
| 112 | 3/11/2015 | Computershare - EFIH 2L Prepayment Paydown | | |
| 115 | 3/31/2015 | EFIH Form 10-K for fiscal year ended December 31, 2014 | | |
| 116 | 3/31/2015 | EFCH Form 10-K for fiscal year ended December 31, 2014 | | |
| 117 | 3/31/2015 | EFH Form 10-K for fiscal year ended December 31, 2014 | | |
| 121 | 4/13/2015 | Bloomberg Trading Chart - EFH 6.5% | | |
| 122 | 4/13/2015 | Bloomberg Trading Chart - EIFH 11.250% | | |
| 123 | 4/13/2015 | Bloomberg Trading Chart - EIFH 11.750% | | |
| 124 | 4/14/2015 | Joint Plan of Reorganization (Dkt. 4142) | | |
| 125 | 4/14/2015 | Disclosure Statement for Joint Plan of Reorganization (Dkt. 4143) | | |
| 125A | 4/14/2015 | Disclosure Statement - Exh. A | | |

# PLAINTIFF'S ADMITTED TRIAL EXHIBITS

| Plaintiff Ex. No. | Date | Description | Bates No. | Deposition Exhibit No. |
|---|---|---|---|---|
| 125B | 4/14/2015 | Disclosure Statement - Exh. B | | |
| 125C | 4/14/2015 | Disclosure Statement - Exh. D | | |
| 125D | 4/14/2015 | Disclosure Statement - Exh. E | | |
| 125E | 4/14/2015 | Disclosure Statement - Exh. F | | |
| 125F | 4/14/2015 | Disclosure Statement - Exh. G | | |
| 126 | 00/00/0000 | Global Note for First Supplemental Indenture - 6.875% Senior Secured Notes Due 2017 | EFIHMW00127341 - EFIHMW00127352 | |
| 127 | 00/00/0000 | Exhibit 1 to S-4 Registration Statement August 2010 EFIH First Lien 10% Notes Exchange Offer (Issuance 1) | EFIHMW00143783 - EFIHMW00143814 | |
| 128 | 00/00/0000 | Description of Notes: August 2010 10% EFIH First Lien Notes | EFIHMW00133181 - EFIHMW00133269 | |
| 129 | 00/00/0000 | Keglevic handwritten calculations | | Keglevic Ex. 04 |
| 134 | 6/23/2014 | Transcript of Deposition of David Ying dated June 23, 2014 | | Horton Ex. 21 |
| 138 | 11/20/2014 | Designations of Deposition of Kristopher Moldovan | | |
| 139 | 12/9/2014 | Designations of Deposition of Anthony Horton | | |
| 140 | 12/10/2014 | Designations of Deposition of Paul Keglevic | | |
| 141 | 3/17/2015 | Redacted Presentation From Debtors | | |