# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 4050, 4051** |

### CERTIFICATION OF COUNSEL REGARDING "DEBTORS' FOURTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO (CERTAIN SUBSTANTIVE DUPLICATE, NO LIABILITY, AND NO CLAIM ASSERTED) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 4050]

The undersigned hereby certifies as follows:

1. On April 2, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Fourteenth Omnibus (Substantive) Objection to (Certain Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4050] (the "Objection").[2] On April 2, 2015, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Fourteenth Omnibus (Substantive) Objection to (Certain Substantive*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4051] in connection with, and in support of the relief requested, in the Objection.

2. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on April 16, 2015.

3. The Debtors received one informal response to the Objection (the "Informal Response") relating to Proofs of Claim Nos. 5739 and 10003. The Debtors are currently in negotiations to consensually resolve the Informal Response. While the Debtors pursue a consensual resolution, the Debtors and counsel to the claimant have agreed to continue the hearing with respect to the Proofs of Claim related to the Informal Response.

4. The following is a complete list of the Proofs of Claim objected to in the Objection and for which the Debtors have agreed to continue the hearing as described above (collectively, the "Adjourned Claims"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 5739 | Kuk Ja Stewart | None |
| POC No. 10003 | Kuk Ja Stewart | None |

5. During the continuance of the Adjourned Claims, the Debtors reserve all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

6. The Debtors also received one general informal inquiry from a claimant holding a Disputed Claim. The Debtors have addressed and resolved this inquiry without requiring any modification to the Order or the relief sought in the Objection.

7. The Debtors have not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

8. The Debtors have revised the applicable exhibit to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims. A copy of the Proposed Order is attached hereto as **Exhibit A**, and a redline of the exhibit as compared to the exhibit attached to the Proposed Order filed on April 2, 2015, is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank.*]

RLF1 11864624v.1


8. The Debtors have revised the applicable exhibit to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims. A copy of the Proposed Order is attached hereto as **Exhibit A**, and a redline of the exhibit as compared to the exhibit attached to the Proposed Order filed on April 2, 2015, is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank.*]

RLF1 11864624v.1

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated: April 24, 2015
      Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*