**EXHIBIT B**

**Redline of Exhibit 2**

**(No Liability Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red;text-decoration:underline">REDLINE OF</span> FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALANIS, RODRIGO<br>1319 FAIRMOUNT AVE APT A<br>FORT WORTH, TX 76104-8207 | | No Debtor Asserted | 10/23/2014 | 6158 | $50,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 2 | ALIU, SKENDER<br>8761 ROYALWOOD DR<br>FORT WORTH, TX 76131-3371 | | No Debtor Asserted | 06/17/2014 | 2238 | $4,464.84 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 3 | BAKER-AICKEN & INC<br>507 W LIBERTY ST<br>ROUND ROCK, TX 78664-5129 | | No Debtor Asserted | 06/23/2014 | 2404 | $5,466.11 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 4 | BERINGER, ROBERT<br>2109 FINNEY VALLET RD<br>ROSENBERG, TX 77471-9027 | | No Debtor Asserted | 06/09/2014 | 1498 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 5 | BLUE CROSS BLUE SHIELD OF TEXAS ET AL<br>CO CONLEY ROSENBERG MENDEZ BRENNEISE LLP<br>ATTN: KELLY E. KLEIST<br>5080 SPECTRUM DRIVE, SUITE 850E<br>ADDISON, TX 75001 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/16/2014 | 4448 | $2,476,475.22 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. |
| 6 | BORJAS, ISIDRO<br>452 CROOKED LN<br>MESQUITE, TX 75149-2562 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4766 | $4,305.35 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF</span> FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | BROBST, ROGER<br>2480 LINDALE LN<br>MESQUITE, TX 75149-6536 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/28/2014 | 3931 | $329.90 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 8 | CARPENTER, ARTHUR<br>1386 E PENTAGON PKWY<br>DALLAS, TX 75216-6992 | | No Debtor Asserted | 08/13/2014 | 4202 | $1,531.85 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 9 | CHANDLER, FELIX E<br>2609 STILL SPRINGS DR<br>LITTLE ELM, TX 75068-6947 | | No Debtor Asserted | 10/21/2014 | 5746 | $265.21 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 10 | COLLINS, BRITTE<br>1926 DEMAREE LN APT A<br>HOUSTON, TX 77029-4077 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7891 | $4,500.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 11 | DALLAS MACHINE AND TOOL LLC<br>1438 CRESCENT DR STE 203<br>CARROLLTON, TX 75006-3662 | | No Debtor Asserted | 09/22/2014 | 4604 | $8,217.50 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 12 | DAUNIS, W O<br>GARI DIANNE DAUNIS<br>PO BOX 4112<br>WACO, TX 76708-0410 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5137 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 13 | DAVIS, EARLINE<br>3305 PECAN RIDGE DR<br>ROWLETT, TX 75088-5971 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 1990 | $19,597.75 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF </span>FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | DAVIS, PHYLLIS<br>413 RIDGEWOOD DR<br>DESOTO, TX 75115-5623 | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/03/2014 | 2862 | $523.21 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 15 | DAVIS, TERESSA<br>4401 MITCHELL LN<br>ROWLETT, TX 75088-2897 | | No Debtor Asserted | 10/27/2014 | 7901 | $661.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 16 | DEL SOL, MARISOL<br>1711 ROSEDALE ST<br>HOUSTON, TX 77004-5628 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/15/2014 | 3676 | $1,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 17 | DELGADILLO, REYES<br>2109 E ENNIS AVE<br>ENNIS, TX 75119-5216 | | No Debtor Asserted | 10/27/2014 | 7725 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 18 | DOCKSTETTER, TRENT<br>DBA HIGH TEC OFFICE SYSTEMS<br>1805 NW CACHE RD<br>LAWTON, OK 73507-4519 | | No Debtor Asserted | 06/13/2014 | 1914 | $647.79 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 19 | DODSON, JERRY A<br>108 S BROADWAY ST<br>JOSHUA, TX 76058-3121 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/17/2014 | 5454 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 20 | FARMERS ELECTRIC COOP INC<br>2000 INTERSTATE HIGHWAY 30 E<br>GREENVILLE, TX 75402-9084 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1693 | $45.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF </span>FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | FISCAL, MARTHA<br>1418 JUDY DR<br>PLANO, TX 75074-4408 | | No Debtor Asserted | 10/27/2014 | 8073 | $1,168.25 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 22 | FLINTKOTE COMPANY, THE<br>C/O HAILEY MCNAMARA HALL LARMANN PAPALE<br>ATTTN: JAMES W. HAILEY, JR.<br>PO BOX 8288<br>METAIRIE, LA 70011 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4686 | $36,945.27 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 23 | FORRESTER, GERALD R<br>919 SHOAL CREEK DR<br>FAIRVIEW, TX 75069-1950 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2455 | $14,992.52 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 24 | FUSILIER, DENNIS<br>DBA TWO STAR DEVELOPMENT<br>5405 ANDREWS HWY<br>ODESSA, TX 79762 | | No Debtor Asserted | 05/27/2014 | 422 | $3,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 25 | GONZALES, FELIX C<br>1711 NEWCASTLE DR<br>MANSFIELD, TX 76063-7918 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7827 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 26 | GRIMES, JOJEAN<br>4412 GULF AVE<br>MIDLAND, TX 79707-5309 | | No Debtor Asserted | 06/02/2014 | 817 | $399.99 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red"><u>REDLINE OF</u> </span>FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | HBII SAFETY RESOURCES LLC<br>PO BOX 198<br>YOUNGSVILLE, LA 70592 | | No Debtor Asserted | 05/30/2014 | 762 | $4,600.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 28 | HEARNSBERGER, PHILLIP<br>23006 GOVERNORSHIRE DR<br>KATY, TX 77450 | | No Debtor Asserted | 06/20/2014 | 2285 | $74.69 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 29 | HIGH, CHARLES L<br>20320 BLUEGRASS CIR<br>FLINT, TX 75762-8756 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 742 | $11,908.72 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 30 | HIGHBERGER, KL<br>1716 S EDMONDS LN APT 46<br>LEWISVILLE, TX 75067-5859 | | No Debtor Asserted | 05/27/2014 | 573 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 31 | HIGHBERGER, KL<br>1716 S EDMONDS LN APT 46<br>LEWISVILLE, TX 75067-5859 | | No Debtor Asserted | 05/28/2014 | 622 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 32 | KUYKENDOLL, JOHN E<br>2513 MCKENSIE LN<br>GRAND PRAIRIE, TX 75052-3918 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 458 | $4,898.76 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 33 | LOPEZ, PABLO<br>7744 BRUTON RD<br>DALLAS, TX 75217-1449 | | No Debtor Asserted | 05/27/2014 | 216 | $6,500.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF</span> FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | LOZANO, JAVIER<br>14101 I-10 EAST<br>HOUSTON, TX 77015-5908 | | No Debtor Asserted | 06/10/2014 | 1701 | $2,748.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 35 | MARKIN, NICHOLAS<br>2600 PRESTON RD APT 1310<br>PLANO, TX 75093-3512 | | No Debtor Asserted | 06/20/2014 | 2346 | $150,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 36 | MCMENAMY, JOE<br>4331 S HIGHWAY 377<br>AUBREY, TX 76227-5098 | | No Debtor Asserted | 07/10/2014 | 3007 | $400.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 37 | MELONCON, BEATRICE<br>13513 CASTILIAN DR<br>HOUSTON, TX 77015 | | No Debtor Asserted | 10/10/2014 | 5138 | $22,137.79 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claimant does not appear to assert a claim against any of the known Debtors. |
| 38 | MERRITT, PATRICIA<br>1314 ROYAL ST APT 1<br>KISSIMMEE, FL 34744-4238 | | No Debtor Asserted | 06/06/2014 | 1332 | $52,490.86 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claimant does not appear to assert a claim against any of the known Debtors. |
| 39 | MITCHELL, JEAN<br>16007 CERCA BLANCA DR<br>HOUSTON, TX 77083-4933 | | No Debtor Asserted | 10/02/2014 | 4867 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 40 | NORWOOD MACHINE SHOP<br>5007 OLD JACKSBORO HWY<br>WICHITA FALLS, TX 76302-3519 | | No Debtor Asserted | 07/14/2014 | 3104 | $808.53 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red; text-decoration:underline">REDLINE OF</span> FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | ONG, LARRY Y.<br>5823 CEDAR FIELD WAY<br>HOUSTON, TX 77084-1979 | | No Debtor Asserted | 06/10/2014 | 1591 | $8,938.13 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 42 | PARSUTT, SHERLY<br>2813 PATRICIA ST<br>LA MARQUE, TX 77568-3817 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 439 | $3,000.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 43 | PATEL, BALDEV<br>118 SEVA CT<br>IRVING, TX 75061-2613 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/16/2014 | 5434 | $200.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 44 | POPPS, PENNY N.<br>2747 HYDE PARK DR<br>GRAND PRAIRIE, TX 75050 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8106 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 45 | REGAL JOAN LLC<br>421 PENMAN ST STE 100<br>CHARLOTTE, NC 28203 | | No Debtor Asserted | 09/02/2014 | 4030 | $117,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 46 | REYNOLDS, PRUDENCE<br>6424 STARDUST DR S<br>WATAUGA, TX 76148-3640 | | No Debtor Asserted | 08/21/2014 | 3749 | $850.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 47 | ROBERTSON ENTERPRISES, LLC<br>13211 NORTHSPRING BEND LN<br>CYPRESS, TX 77429-5755 | | No Debtor Asserted | 06/23/2014 | 2433 | $1,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 48 | RODRIGUEZ, MARY G.<br>2634 GOLLIHAR DR STE A<br>CORPUS CHRISTI, TX 78415-5259 | | No Debtor Asserted | 08/11/2014 | 3589 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 49 | RODRIQUEZ, ABLE T<br>2300 FLORENCE DR<br>PLANO, TX 75093-3735 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 654 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 50 | RR ENTERPRISES INC.<br>7204 COUNTY ROAD 1124<br>GODLEY, TX 76044-4354 | | No Debtor Asserted | 07/21/2014 | 3246 | $3,500,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. |
| 51 | RUSSELL, JOHN J<br>3614 BORDEAUX CT<br>ARLINGTON, TX 76016-2907 | | No Debtor Asserted | 06/03/2014 | 1029 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 52 | SAFFLE, GAYLE L<br>PO BOX 1477<br>BRUCEVILLE, TX 76630-1477 | | No Debtor Asserted | 09/09/2014 | 4238 | $211.74 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 53 | SCRIBNER, TRACY<br>1247 PARK PL<br>SHERMAN, TX 75092-3333 | | No Debtor Asserted | 08/18/2014 | 3701 | $2,632.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 54 | SINDT, DAVID - DECEASED<br>C/O CINDY SINDT<br>5102 LAURA LEE LN<br>PASADENA, TX 77504-2379 | | No Debtor Asserted | 09/16/2014 | 4462 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF</span> FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55 | SIRIANNI, PETER V<br>8113 WINTER FALLS TRL<br>HURST, TX 76053-7466 | | No Debtor Asserted | 06/02/2014 | 820 | $28,532.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| ~~56~~ | ~~STEWART, KUK JA~~<br>~~C/O CHARLES MONTEMAYOR, ATTY~~<br>~~5353 MAPLE AVE, STE 100~~<br>~~DALLAS, TX 75235~~ | ~~14-10979 (CSS)~~ | ~~Energy Future Holdings Corp.~~ | ~~03/13/2015~~ | ~~10003~~ | ~~$1,800,000,000.00~~ | ~~The Debtors reviewed the documentation filed with the Claim. Neither the documentation nor the Proof of claim demonstrate a connection between the claim and the Debtors.~~ |
| ~~57~~ | ~~STEWART, KUK JA~~<br>~~2028 SANDY LN~~<br>~~IRVING, TX 75060-5639~~ | ~~14-10979 (CSS)~~ | ~~Energy Future Holdings Corp.~~ | ~~10/20/2014~~ | ~~5739~~ | ~~Undetermined*~~ | ~~According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third party.~~ |
| <u>56</u>~~58~~ | TEXAS IRRIGATION SUPPLY LLC<br>C/O HUSCH BLACKWELL LLP<br>ATTN: LYNN H. BUTLER<br>111 CONGRESS AVE., SUITE 1400<br>AUSTIN, TX 78701 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7565 | $5,320.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| <u>57</u>~~9~~ | VANWICKLEN, JOAN<br>3910 CHAPEL SQUARE DR<br>SPRING, TX 77388-5099 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/28/2014 | 3919 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| <u>58</u>~~60~~ | WEAVER, OLIN<br>1235 OAK TREE DR<br>ATHENS, TX 75751-8185 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 1012 | $2,775.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| <span style="color:red">59</span><s>6</s> <s>1</s> | XU, BIN<br>11522 LAZY MEADOWS DR<br>HOUSTON, TX 77064-4046 | | No Debtor Asserted | 09/08/2014 | 4155 | $28,371.52 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| | | | | TOTAL | | <s>$1,806,589,934.50*</s><br>**$6,589,934.50*** | |