## EXHIBIT B

**Redline of Exhibit 1**

**(Insufficient Documentation Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FIFTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS**

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALLEN, BOO<br>6541 ANITA ST<br>DALLAS, TX 75214-2707 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/28/2014 | 3932 | Undetermined* | Insufficient Documentation Claim |
| 2 | BERRIER, M D<br>302 W FAIRVIEW ST<br>SHERMAN, TX 75092-3726 |  | No Debtor Asserted | 07/03/2014 | 2823 | $4,960.00* | Insufficient Documentation Claim |
| 3 | BRACKIN, J K<br>10333 GRIGSBY DR<br>FORT WORTH, TX 76140-5739 |  | No Debtor Asserted | 06/11/2014 | 1759 | Undetermined* | Insufficient Documentation Claim |
| 4 | CENTROPLEX HOMES INC<br>3271 W US HIGHWAY 190<br>BELTON, TX 76513-7159 |  | No Debtor Asserted | 09/02/2014 | 3996 | $25,000.00* | Insufficient Documentation Claim |
| 5 | COLLINS, TIMOTHY<br>2017 ELMRIDGE DR<br>ARLINGTON, TX 76012-2213 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4714 | $4,000.00 | Insufficient Documentation Claim |
| 6 | COUFAL, KAREN<br>901 E YOUNG AVE<br>LOT # 128<br>TEMPLE, TX 76501 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/02/2014 | 4019 | Undetermined* | Insufficient Documentation Claim |
| 7 | GAINES, JL<br>PO BOX 443<br>GRAPELAND, TX 75844-0443 |  | No Debtor Asserted | 10/14/2014 | 5223 | $60,000.00 | Insufficient Documentation Claim |
| 8 | GRISHAM, PAMELA<br>6191 HIGHWAY BLVD STE 109<br>KATY, TX 77494-1129 |  | No Debtor Asserted | 09/02/2014 | 4049 | Undetermined* | Insufficient Documentation Claim |
| 9 | HOLLAND, JOHN B<br>504 REED ST<br>ROANOKE, TX 76262-6649 |  | No Debtor Asserted | 05/27/2014 | 465 | $24,000.00 | Insufficient Documentation Claim |
| 10 | KATY FLOWERS<br>6191 HIGHWAY BLVD STE 107<br>KATY, TX 77494-1129 |  | No Debtor Asserted | 09/02/2014 | 4048 | Undetermined* | Insufficient Documentation Claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF</span> FIFTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | LYNCH, L<br>4625 HARLEY AVE<br>FORT WORTH, TX 76107-3711 | | No Debtor Asserted | 07/03/2014 | 2827 | Undetermined* | Insufficient Documentation Claim |
| ~~12~~ | ~~MAURILLO, AMELIA~~<br>~~7405 YOLANDA DR~~<br>~~FORT WORTH, TX 76112-4414~~ | ~~14-10979 (CSS)~~ | ~~Energy Future Holdings Corp.~~ | ~~09/22/2014~~ | ~~4599~~ | ~~$18,150.00~~ | ~~Insufficient Documentation Claim~~ |
| 12~~13~~ | MCKIE, CINDY<br>512 BEECHWOOD DR<br>TYLER, TX 75701-7734 | | No Debtor Asserted | 07/01/2014 | 2770 | Undetermined* | Insufficient Documentation Claim |
| 13~~14~~ | POSS, DELNOR<br>108 SNOWFLAKE RD<br>ALTO, NM 88312-9605 | | No Debtor Asserted | 06/20/2014 | 2261 | $40,264.00 | Insufficient Documentation Claim |
| 14~~15~~ | SMITH, MARLIN<br>6812 TERBET CT<br>FORT WORTH, TX 76112-3369 | | No Debtor Asserted | 08/18/2014 | 3708 | Undetermined* | Insufficient Documentation Claim |
| 15~~16~~ | SPRING, THOMAS<br>6306 ROYAL SPRINGS DR<br>ARLINGTON, TX 76001-7630 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/15/2014 | 5283 | $2,775.00 | Insufficient Documentation Claim |
| 16~~17~~ | THOMAS, MARGIE<br>1250 GLASGOW RD<br>FORT WORTH, TX 76134-1644 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 9765 | Undetermined* | Insufficient Documentation Claim |
| 17~~18~~ | TUCKER, JAN R<br>1113 SIMPSON TER<br>BEDFORD, TX 76021-2317 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/22/2014 | 6003 | Undetermined* | Insufficient Documentation Claim |
| 18~~19~~ | TUCKER, M D<br>1113 SIMPSON TER<br>BEDFORD, TX 76021-2317 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/22/2014 | 6004 | Undetermined* | Insufficient Documentation Claim |
| 19~~20~~ | ULMER, TERRY<br>10111 MARGATE DR<br>HOUSTON, TX 77099-3321 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4707 | $32,500.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | ~~$211,649.00~~$193,499.00* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts