IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | |
| | : | Docket No.: 4259 |
| | : | |

## ORDER

Upon consideration of the Motion of the EFH Official Committee for Entry of an Order Shortening Notice with Respect to the Motion of the EFH Official Committee for Entry of an Order Directing Disclosure of Oncor Bid Information to the EFH Official Committee [Docket No. 4259] filed on April 23, 2015; the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction over the Motion to Shorten under 28 U.S.C. § 1334; and (b) the Motion to Shorten is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having determined that the movant has not established sufficient cause to justify the relief requested in the Motion to Shorten.

IT IS HEREBY ORDERED THAT, the Motion is DENIED.

Christopher S. Sontchi
United States Bankruptcy Judge

Date: April 24, 2015