**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: May 18, 2015** |

**FOURTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE &
MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FROM MARCH 1, 2015 THROUGH MARCH 31, 2015**

| **Name of Applicant** | **Cravath, Swaine & Moore LLP** |
|---|---|
| Authorized to Provide Professional Services to: | **Energy Future Intermediate Holding Company LLC**, Debtor and Debtor in Possession |
| Date of Retention: | Retention Order Entered January 16, 2015 (effective as of November 16, 2014) |
| **Fee Period** for which compensation and reimbursement is sought: | March 1, 2015 through March 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 272,890.00 (80% of $341,112.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $ 11,959.15 |

This is a **X** monthly interim final application. No prior application filed for this Fee Period.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement is being served in accordance with the Interim Compensation Order and Fee Committee Order. Objections to the relief requested in this Monthly Fee Statement must be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

The law firm of Cravath, Swaine & Moore LLP ("**Cravath**"), independent counsel for Energy Future Intermediate Holding Company LLC, debtor and debtor in possession ("**EFIH**"), files this Monthly Fee Statement under:

(a) Sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

(b) Rule 2016 of the Federal Rules of Bankruptcy Procedure,

(c) the *Order Approving the Employment of Cravath, Swaine & Moore LLP as Counsel Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective* Nunc Pro Tunc *to November 16, 2014* [D.I. 3321],

(d) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated September 16, 2014* [D.I. 2066] (the "**Interim Compensation Order**"),

(e) the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"), and

(f) the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware,

for: (i) compensation in the amount of $ 272,890.00 for the reasonable and necessary legal services Cravath rendered to the Debtors from March 1, 2015 through March 31, 2015 (the "**Fee Period**") (80% of $341,112.50); and (ii) reimbursement for the actual and necessary expenses that Cravath incurred, in the amount of $11,959.15 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Cravath partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories Cravath established in accordance with its internal billing

2

procedures. As reflected in **Exhibit A**, Cravath incurred $341,112.50 in fees during the Fee Period. Cravath seeks payment of 80% of such fees ($272,890.00) under this Monthly Fee Statement.

- **Exhibit B** is a schedule of Cravath attorneys and paraprofessionals for whose work on this chapter 11 case Cravath seeks compensation in this Monthly Fee Statement, listing their positions, years of experience, hourly billing rates, and hours charged during the Fee Period. Cravath is charging for a total of 352.70 hours of attorneys and paraprofessionals time in connection with this chapter 11 case during the Fee Period.

- **Exhibit C** is a schedule of the expenses, by kind of expense, for which Cravath seeks reimbursement for the Fee Period.

- **Exhibit D** is a detailed listing of expenses, by subject matter category, that Cravath incurred during the Fee Period in rendering professional services to EFIH and for which it seeks reimbursement.

### Proposed Payment Allocation

2. In accordance with paragraph 5 of the Interim Compensation Order, all Cravath's fees and expenses sought in this Application are allocated to EFIH.

### Representation

3. Although Cravath has made reasonable efforts to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Cravath reserves the right to make further application to this Court for allowance of such fees and expenses not included in this Monthly Fee Statement.

WHEREFORE, Cravath requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $284,849.15 consisting of (a) $272,890.00, which is 80% of the fees incurred by EFIH for reasonable and necessary professional services rendered by Cravath in this case; and (b) $11,959.15 for actual and necessary costs and expenses incurred by Cravath in this case, and that such fees and expenses be paid as administrative expenses of EFIH in accordance with the Interim Compensation Order.

*/s/ Richard Levin*
Richard Levin (rlevin@cravath.com)

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
+1 (212) 474-1000

*Independent Counsel for Energy Future Intermediate Holding Company LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## VERIFICATION OF RICHARD LEVIN

1.      I am a partner in the law firm of Cravath, Swaine & Moore LLP, located at Worldwide Plaza, 825 Eighth Ave., New York, New York 10019 ("**Cravath**"). I am the lead attorney from Cravath working on this chapter 11 case. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Bankruptcy Court for the Southern District of New York and the United States Bankruptcy Court for the Eastern District of New York. There are no disciplinary proceedings pending against me.

2.      I have personally performed many of the legal services rendered by Cravath as independent counsel to Energy Future Intermediate Holding Company LLC ("**EFIH**") and am familiar with all other work performed on EFIH's behalf by the lawyers and other persons in the firm.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for Cravath, Swaine & Moore LLP complies with Rule 2016-2.

5. I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Respectfully submitted,

*/s/ Richard Levin*
Richard Levin
Partner, Cravath, Swaine & Moore LLP

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: May 18, 2015** |

**NOTICE OF FEE STATEMENT**

Cravath, Swaine & Moore LLP (the "**Applicant**") has today filed the attached *Fourth Monthly Fee Statement of Cravath, Swaine & Moore LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From March 1, 2015 Through March 31, 2015* (the "**Fee Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) proposed co- counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of Unsecured Creditors, Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines; and (viii) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler, by no later than **4:00 p.m. (Eastern Standard Time) on May 18, 2015** (the "**Objection Deadline**").

If any responses or objections to the Fee Statement are timely filed, served and received in accordance with this notice, a hearing on the Fee Statement will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

Under the Administrative Order, if no objection to the Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid

2

an amount equal to the lesser of (i) 80% of the fees and 100% of expenses requested in the Fee Statement or (ii) 80% of the fees and 100% of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

*/s/ Richard Levin*
Richard Levin (rlevin@cravath.com)

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
+1 (212) 474-1000

*Independent Counsel for Energy Future Intermediate Holding Company LLC*

## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 | 7.70 | $ 9,240.00 |
| Plan and Disclosure | 67.30 | $ 77,106.00 |
| Intercompany Claims | 136.90 | $ 117,065.00 |
| Tax Issues | 48.80 | $ 50,227.50 |
| Oncor Sale Process | 62.10 | $ 70,194.00 |
| Employment and Fee Applications | 2.40 | $ 2,880.00 |
| Non-working Travel | 27.50 | $ 14,400.00 |
| **TOTAL** | **352.70** | **$ 341,112.50** |

# EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Corporate | 1150 | 73.90 | 83,280.00 |
| Philip Gelston | Partner | 1979 | Corporate | 1150 | 95.20 | 109,140.00 |
| Andrew Needham | Partner | 1995 | Tax | 1150 | 47.30 | 56,760.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1130 | 3.70 | 4,366.00 |
| | | | | | | |
| Trevor Broad | Associate | 2009 | Litigation | 750 | 74.50 | 54,210.00 |
| Allison Wein | Associate | 2011 | Corporate | 710 | 4.50 | 3,195.00 |
| Michael Schwartz | Associate | *not admitted | Litigation | 490 | 26.30 | 13,413.00 |
| Antje Hagena | Associate | *not admitted | Tax | 665 | 22.30 | 15,498.50 |
| | | | | | | |
| James Wilkins | Legal Assistant | N/A | Litigation Support | 225 | 5.00 | 1,250.00 |
| | | | | **TOTAL** | **352.70** | **341,112.50** |

5

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| LEXIS | 1,856.69 |
| ULTRAMAR TRAVEL | 1,958.10 |
| LOCAL PRINTING | 128.10 |
| CLIENT BUSINESS CONFERENCE DINING | 198.42 |
| TRAVEL | 3,166.20 |
| GROUND TRANSPORTATION | 197.00 |
| DUPLICATING-COLOR | 107.50 |
| MISCELLANEOUS | 55.88 |
| CLIENT BUSINESS TRANSPORTATION | 401.31 |
| CONF. CALL/VOICE/DATA | 18.19 |
| BUSINESS MEALS | 72.34 |
| WESTLAW | 3,752.39 |
| TRAVEL-A/P VOUCHER | (44.00) |
| OTHER DATABASE RESEARCH | 91.03 |
| TOTAL | 11,959.15 |

# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00001 | 3/23/2015 | WILKINS, J | LEGAL ASS'T | DUPLICATING-COLOR | 107.50 | 215 copies, made on floor 18 in room 00 14:36:04 |
| 011205-00001 | 3/31/2015 | BROAD, TREVOR M. | ASSOCIATE | OTHER DATABASE RESEARCH | 16.55 | Public document retrieval - Pacer |
| 011205-00001 | 3/31/2015 | DIONNE, R | MANAGING ATTY | OTHER DATABASE RESEARCH | 11.00 | Public document retrieval - Pacer |
| 011205-00003 | 2/4/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | GROUND TRANSPORTATION | 45.90 | Inv#660470 V#LV04F3D11E UNKN M5 -QUA   SCH 20:28 0.00 Cravath, 825 Eighth Avenue, New York, NY 47-46 40TH ST, QUEENS, NY NONE |
| 011205-00003 | 2/26/2015 | GELSTON, P A | PARTNER | CLIENT BUSINESS TRANSPORTATION | 74.63 | Inv#662312   V#543435 UNKN LGA -M1   Gel 16:56 10.00 LAGUARDIA AIRPORT, QUEENS, NY 38 SPRUCE ST, MANHATTAN, NY NONE |
| 011205-00003 | 3/10/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 4.76 | 68 pages local printing 11:28:33 |
| 011205-00003 | 3/10/2015 | LEVIN, R | PARTNER | SPECIAL DISBURSEMENTS | 44.00 | SPECIAL DISBURSEMENTS - VENDOR: COURTCALL LLC |
| 011205-00003 | 3/10/2015 | LEVIN, R | PARTNER | SPECIAL DISBURSEMENTS | -44.00 | Reversal from Void Check Number: 227555 Bank ID: CHEM-ARP Voucher ID: 572172 Vendor: COURTCALL LLC |
| 011205-00003 | 3/12/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 1.19 | 17 pages local printing 18:36:25 |
| 011205-00003 | 3/19/2015 | BROAD, TREVOR M. | ASSOCIATE | ULTRAMAR TRAVEL | 1,095.00 | Pas: BROAD,TREVOR MO, tckt # 6859595856 ULTR TrvlDT: 03/23/15 Class: Economy Class From: NEW YORK-LAGUARDIA To: DALLAS-LOVE FIELD Carrier: SOUTHWEST AIRLINES CO. INC. |
| 011205-00003 | 3/19/2015 | BROAD, TREVOR M. | ASSOCIATE | ULTRAMAR TRAVEL | 45.00 | Pas: BROAD,TREVOR MO, tckt # 0645212735 ULTR TrvlDT: 03/23/15 Class: Economy Class From: NEW YORK-LAGUARDIA To: DALLAS-LOVE FIELD Carrier: SOUTHWEST AIRLINES CO. INC. |
| 011205-00003 | 3/20/2015 | BROAD, TREVOR M. | ASSOCIATE | ULTRAMAR TRAVEL | 45.00 | Pas: BROAD,TREVOR MO, tckt # 0642921233 ULTR TrvlDT: 03/26/15 Class: Economy Class From: DALLAS-LOVE FIELD To: NEW YORK-LAGUARDIA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 011205-00003 | 3/24/2015 | BROAD, TREVOR M. | ASSOCIATE | TRAVEL | 27.00 | Carrier: SOUTHWEST AIRLINES CO. INC. TAXI Out of Town TRIP PURPOSE: Taxi from Airport to Hotel - EFH Meeting in TX - Plan Negotiation Session CITIES VISITED: Dallas, TX RPT ID: 010007948885 |
| 011205-00003 | 3/24/2015 | BROAD, TREVOR M. | ASSOCIATE | CLIENT BUSINESS TRANSPORTATION | 65.72 | Inv#1198904 V#RV14L3H1PC DIAL M5 -LGA   BRO 16:27 0.00 Cravath, 825 Eighth Avenue, New York, NY FLUSHING, NY 11371 NONE |
| 011205-00003 | 3/24/2015 | BROAD, TREVOR M. | ASSOCIATE | TRAVEL | 350.00 | LODGING The Ritz-Carlton TRIP PURPOSE: Intercompany claims and plan negotiations CITIES VISITED: Dallas, TX RPT ID: 010007948885 |
| 011205-00003 | 3/24/2015 | LEVIN, R | PARTNER | TRAVEL | 350.00 | LODGING Ritz Carlton TRIP PURPOSE: Lodging in Dallas, TX in connection to attendance at various EFH meetings. CITIES VISITED: Dallas, TX RPT ID: 010008040919 |
| 011205-00003 | 3/25/2015 | BROAD, TREVOR M. | ASSOCIATE | TRAVEL | 350.00 | LODGING The Ritz-Carlton TRIP PURPOSE: Intercompany claims and plan negotiations CITIES VISITED: Dallas, TX RPT ID: 010007948885 |
| 011205-00003 | 3/25/2015 | LEVIN, R | PARTNER | BUSINESS MEALS | 20.00 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Lodging in Dallas, TX in connection to attendance at various EFH meetings-In room service. VENUE: Ritz CITIES VISITED: Dallas, TX ATTENDEES CRAVATH: Richard Levin RPT ID: 010008040919 |
| 011205-00003 | 3/25/2015 | LEVIN, R | PARTNER | TRAVEL | 350.00 | LODGING Ritz Carlton TRIP PURPOSE: Lodging in Dallas, TX in connection to attendance at various EFH meetings. CITIES VISITED: Dallas, TX RPT ID: 010008040919 |
| 011205-00003 | 3/26/2015 | BROAD, TREVOR M. | ASSOCIATE | ULTRAMAR TRAVEL | 67.00 | Pas: BROAD,TREVOR MO, tckt # 2495204848 ULTR TrvlDT: 03/30/15 Class: Economy Class From: DALLAS-LOVE FIELD To: |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | NEW YORK-LAGUARDIA Carrier: SOUTHWEST AIRLINES CO. INC. |
| 011205-00003 | 3/30/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 8.26 | 118 pages local printing 17:05:22 |
| 011205-00003 | 3/30/2015 | LEVIN, R | PARTNER | CLIENT BUSINESS CONFERENCE DINING | 198.42 | Client Business Conf Dining, ticket #: 219292 |
| 011205-00003 | 3/31/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 1.33 | 19 pages local printing 11:51:09 |
| 011205-00003 | 3/31/2015 | LEVIN, R | PARTNER | OTHER DATABASE RESEARCH | 4.57 | Public document retrieval - Pacer |
| 011205-00004 | 2/9/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | GROUND TRANSPORTATION | 45.90 | Inv#661038 V#LVN9F4D110 UNKN M5 -QUA SCH 21:11 0.00 Cravath, 825 Eighth Avenue, New York, NY 47-46 40TH ST, QUEENS, NY NONE |
| 011205-00004 | 2/12/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | GROUND TRANSPORTATION | 45.90 | Inv#1196809 V#LVPCF3D1EE DIAL M5 -QUA SCH 20:51 0.00 Cravath, 825 Eighth Avenue, New York, NY LONG ISLAND CITY, NY 11101 NONE |
| 011205-00004 | 2/12/2015 | WILKINS, J | LEGAL ASS'T | GROUND TRANSPORTATION | 36.99 | Inv#661038 V#LVKCF4D1F1 UNKN M5 -M10 WIL 23:01 0.00 Cravath, 825 Eighth Avenue, New York, NY 129 E 97 ST, MANHATTAN, NY NONE |
| 011205-00004 | 2/23/2015 | LEVIN, R | PARTNER | CLIENT BUSINESS TRANSPORTATION | 65.24 | Inv#55460 V#654814 VIP LGA -M9 LEV 17:55 0.00 LaGuardia Airport, Flushing, NY 239 CENTRAL PARK W., MANHATTAN, NY NONE |
| 011205-00004 | 2/23/2015 | LEVIN, R | PARTNER | CLIENT BUSINESS TRANSPORTATION | 65.24 | Inv#55362 V#707345 VIP M9 -LGA LEV 06:30 0.00 239 CENTRAL PARK W., MANHATTAN, NY LaGuardia Airport, Flushing, NY NONE |
| 011205-00004 | 2/24/2015 | LEVIN, R | PARTNER | CONF. CALL/VOICE/DATA | 6.11 | Conference call by Richard Levin |
| 011205-00004 | 2/25/2015 | LEVIN, R | PARTNER | CLIENT BUSINESS TRANSPORTATION | 65.24 | Inv#55362 V#657437 VIP M9 -LGA LEV 05:45 0.00 239 CENTRAL PARK W., MANHATTAN, NY LaGuardia Airport, Flushing, NY NONE |
| 011205-00004 | 2/26/2015 | LEVIN, R | PARTNER | CLIENT BUSINESS TRANSPORTATION | 65.24 | Inv#55362 V#655678 VIP LGA -M9 LEV 17:15 0.00 LaGuardia Airport, Flushing, NY 239 CENTRAL PARK W., MANHATTAN, NY NONE |

| | | | | | | |
|---|---|---|---|---|---|---|
| 011205-00004 | 3/3/2015 | TEMPLETON, L | SECRETARIES | LOCAL PRINTING | 8.12 | 116 pages local printing 08:30:33 |
| 011205-00004 | 3/6/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 1.05 | 15 pages local printing 17:14:12 |
| 011205-00004 | 3/6/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 94.33 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 3/9/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 364.44 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/9/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 47.28 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/9/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 246.00 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/9/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 0.35 | 5 pages local printing 14:34:27 |
| 011205-00004 | 3/10/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 0.05 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/10/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 349.80 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/11/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 182.61 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/11/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 16.45 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/11/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 0.84 | 12 pages local printing 09:49:16 |
| 011205-00004 | 3/11/2015 | LEVIN, R | PARTNER | LEXIS | 64.73 | Lexis Resch User ID: 11819, User: LEVIN, RICHARD |
| 011205-00004 | 3/11/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 5.88 | 84 pages local printing 17:28:22 |
| 011205-00004 | 3/12/2015 | BROAD, TREVOR M. | ASSOCIATE | GROUND TRANSPORTATION | 11.15 | TAXI Local TRIP PURPOSE: 3/11 working on outline for R. Levin RPT ID: 010007818805 |
| 011205-00004 | 3/13/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 23.58 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 3/16/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 3.29 | 47 pages local printing 13:19:58 |
| 011205-00004 | 3/16/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 2.03 | 29 pages local printing 13:43:08 |
| 011205-00004 | 3/16/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 2.03 | 29 pages local printing 17:00:32 |
| 011205-00004 | 3/16/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 213.20 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 3/17/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 219.82 | Lexis Resch User ID: 12122, User: BROAD, |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | TREVOR M |
| 011205-00004 | 3/17/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 82.69 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/17/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 215.05 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/17/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 31.73 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/17/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 2,209.47 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 3/18/2015 | BROAD, TREVOR M. | ASSOCIATE | GROUND TRANSPORTATION | 11.16 | TAXI Local TRIP PURPOSE: Taxi from work to home; working on memo for R. Levin RPT ID: 010007879780 |
| 011205-00004 | 3/18/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 1,117.49 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 3/19/2015 | LEVIN, R | PARTNER | ULTRAMAR TRAVEL | 432.00 | Pas: LEVIN,RICHARD, tckt # 6859595046 ULTR TrvlDT: 03/24/15 Class: Economy Class From: CHICAGO-MIDWAY To: DALLAS-LOVE FIELD Carrier: SOUTHWEST AIRLINES CO. INC. |
| 011205-00004 | 3/19/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 23.58 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |