**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 4138** |

**NOTICE OF FILING OF AMENDED PROPOSED ORDER ESTABLISHING
A CONFIRMATION SCHEDULE AND APPOINTING A MEDIATOR**

_____

PLEASE TAKE NOTICE that, on April 14, 2015, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the Debtors' *Motion of Energy Future Holdings Corp.*, et al., *for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization and the Approval of the Debtors' Disclosure Statement* [D.I. 4138] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"). Pursuant to the Motion, the Debtors are seeking entry of an order (a) scheduling certain hearing dates and deadlines and (b) establishing certain protocols in connection with the confirmation of the Debtors' plan of reorganization and the approval of the Debtors' disclosure statement

PLEASE TAKE FURTHER NOTICE that, as Exhibit A to the Motion, the Debtors filed a proposed *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization and the Approval of the Debtors' Disclosure Statement* (the **"Original Order"**) [D.I. 4138, Ex. A].

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file an amended version of the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization and the Approval of the Debtors' Disclosure Statement, and (C) Appointing a Mediator and Establishing the Terms Governing Mediation*, a copy of which is attached hereto as **Exhibit A** (the "**Amended Order**").  The Debtors discussed the relief requested in the Amended Order with (i) the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company, (ii) the Ad Hoc Group of TCEH First Lien Creditors, (iii) the Ad Hoc Group of EFIH Unsecured Noteholders, (iv) the Ad Hoc Group of EFIH Second Lien Noteholders, and (v) the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc.,, and, where appropriate, the Amended Order reflects such discussions.  The Amended Order also reflects the proposed implementation of certain aspects of the the *Stipulation and Agreed Order Regarding the Adjournment of Standing Motions*, which the Debtors filed on April 14, 2015 [D.I. 4140-1] (the "**Stipulation**").  Discussions with these parties, as well as the Debtors' various other creditor constituencies, regarding the Amended Order are ongoing.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion (and any objections thereto) and the Stipulation will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington,

Delaware 19801 on **May 4, 2015 starting at 9:30 a.m. (Eastern Standard Time)** (the "**Hearing**").

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Amended Order to the Bankruptcy Court at the Hearing.  For the convenience of the Bankruptcy Court and other parties in interest, a comparison version showing the changes between the Original Order and Amended Order is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank.]*

3

Dated:  April 24, 2015
      Wilmington, Delaware

*/s/ Tyler D. Semmelman*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com
    semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession