## EXHIBIT 1 to EXHIBIT A

**Bondholder Duplicate Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | DUBIN CORPORATE PLUS FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7645 | Undetermined* | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 2 | FROST BANK, CUSTODIAN FOR NORTH COAST LIFE INSURANCE P.O. BOX 2950 - REORG - T/8 SAN ANTONIO, TX 78299-2950 | 10/15/2014 | 14-10979 (CSS) | 5351 | Undetermined* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-11005 (CSS) | 6292 | $8,617,277.72* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 | IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7643 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 4 | LANKFORD, STEPHEN L. FMT CO CUST IRA ROLLOVER 1822 PITTS RD RICHMOND, TX 77406-1349 | 09/09/2014 | 14-10979 (CSS) | 4249 | $115,195.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-11005 (CSS) | 6292 | $8,617,277.72* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | LINDER, RAYMOND 3625 YEARLING CT. MATTHEWS, NC 28105 | 09/29/2014 | | 4759 | $4,065.40 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-11005 (CSS) | 6292 | $8,617,277.72* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 6 | LOS ANGELES COUNTY EMPLOYEES RETIREMENT C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7642 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 7 | MEIJER INC C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7644 | Undetermined* | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 8 | PAINTER, EDSEL J. 811 OCEOLA DRIVE ALGONQUIN, IL 60012 | 10/21/2014 | 14-11045 (CSS) | 5758 | $16,010.63* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-11005 (CSS) | 6292 | $8,617,277.72* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 | PGI CIT MULTI-SECTOR FIXED INCOME FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7647 | Undetermined* | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 10 | PGIT HIGH YIELD FIXED INCOME FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7646 | Undetermined* | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 11 | PRINCIPAL FUNDS INC - BOND & MORTGAGE C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7650 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | |

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 12 | PRINCIPAL FUNDS INC - DYNAMIC HIGH YIELD C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7651 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 13 | PRINCIPAL FUNDS INC - HIGH YIELD FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7652 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 14 | PRINCIPAL GLOBAL - GLOBAL FLOATING RATE C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7655 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 15 | PRINCIPAL LIFE INSURANCE COMPANY DBA BOND & MORTGAGE SEPARATE ACCOUNT C/O PRINCIPAL GLOBAL/ATTN: HIGH YIELD 711 HIGH STREET DES MOINES, IA 50392 | 10/24/2014 | 14-10979 (CSS) | 7653 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 16 | PRINCIPAL LIFE INSURANCE COMPANY C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7654 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 17 | PRINCIPAL VARIABLE CONTRACTS FUNDS B.A. C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7649 | Undetermined* | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 18 | PRINCIPAL VARIABLE CONTRACTS FUNDS, INC C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7648 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | |
| | | | | TOTAL | $135,271.03* | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts