**EXHIBIT 3** to **EXHIBIT A**

**No Claim Asserted Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A - NO CLAIM ASSERTED

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 4 Z MANAGEMENT INC<br>PO BOX 7023<br>TYLER, TX 75711-7023 | | No Debtor Asserted | 06/06/2014 | 1256 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 2 | ATS DRILLING INC<br>PO BOX 14633<br>FORT WORTH, TX 76117-0633 | | No Debtor Asserted | 06/16/2014 | 2085 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 3 | BOBOS NURSERY<br>3765 W US HIGHWAY 79<br>BUFFALO, TX 75831-3457 | | No Debtor Asserted | 06/23/2014 | 2415 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 4 | CITY CONTRACTORS SERVICE CO INC<br>2200 MCCREE RD<br>WYLIE, TX 75098-8028 | | No Debtor Asserted | 06/13/2014 | 1884 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 5 | CULPEPPER, SHERRY B<br>ADDRESS ON FILE | | No Debtor Asserted | 10/16/2014 | 5431 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 6 | DAY, KEVIN<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 337 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 7 | EDWARDS, ANNA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2417 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 8 | GALLEGOS, JOHN PAUL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/09/2014 | 5031 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 9 | JONES, KAREN<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/02/2014 | 947 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 10 | KRAKAUR, RICHARD<br>ADDRESS ON FILE | | No Debtor Asserted | 06/05/2014 | 1109 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 11 | LIGHTSEY, CAROLYN D<br>ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 2028 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A - NO CLAIM ASSERTED

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | MARIN, JAMES S ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1643 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 13 | MAYORAL, LUIS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2403 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 14 | MCLEMORE, SIDNEY L ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 2122 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 15 | MELASKY, ANNA ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2418 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 16 | MELASKY, ANNA ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2419 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 17 | MELASKY, ANNA ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2420 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 18 | MELASKY, ANNA ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2421 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 19 | MELASKY, GINGER ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2416 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 20 | MILLER, JOSEPH ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8070 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 21 | NICHOLS, STEPHEN ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 775 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 22 | PARK, KAREN ADDRESS ON FILE | | No Debtor Asserted | 09/26/2014 | 4691 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A - NO CLAIM ASSERTED

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | PEREZ, JUAN F<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 322 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 24 | REAGAN COUNTY TAX OFFICE<br>PO BOX 100<br>BIG LAKE, TX 76932-0100 | | No Debtor Asserted | 09/02/2014 | 4052 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 25 | SERVIN, ARACELI<br>ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 707 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 26 | SHORTNACY, BILL W<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/23/2014 | 890 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 27 | SMITH, JAMES<br>ADDRESS ON FILE | | No Debtor Asserted | 07/09/2014 | 2950 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 28 | SMITH, LAURA<br>ADDRESS ON FILE | | No Debtor Asserted | 08/18/2014 | 3719 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 29 | SOUTHWESTERN EXIBITIONS<br>PO BOX 150<br>FORT WORTH, TX 76101-0150 | | No Debtor Asserted | 05/23/2014 | 204 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 30 | SOUTHWESTERN EXPOSITION &<br>LIVESTOCK SHOW<br>PO BOX 150<br>FORT WORTH, TX 76101-0150 | | No Debtor Asserted | 05/23/2014 | 203 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 31 | UNITED HISPANIC COU<br>2741 HEMPHILL ST<br>FORT WORTH, TX 76110-3212 | | No Debtor Asserted | 05/27/2014 | 357 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 32 | WHITE, R C<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 313 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A - NO CLAIM ASSERTED

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | ZUEFELDT, JOEANN ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 673 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 34 | ZUEFELDT, JOEANN ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1289 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| | | | | TOTAL | | $0.00 | |