# EXHIBIT 1

**POLSINELLI PC DISCLOSURES BASED UPON THE DEBTORS' ORIGINAL LIST**

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Advanced Auto Parts and Related Entities | Litigant- Asbestos | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| All-Tex Pipe & Supply, Inc. | Significant Vendor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Children's Healthcare of Atlanta, Inc. | Debtholder | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dallas Bar Association | Contract Counterparty | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Fluor Corporation | Litigant-Asbestos | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Harsco Corporation | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mary Kay, Inc. | Contract Counterparties | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mizuho Bank, Ltd. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| OCM Power Opportunities Fund IV, L.P. | Debtholders | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Reinsurance Group of America | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sherwin Williams | Significant Vendor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Starwood Capital Group Global | Debtholder | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |