# EXHIBIT 3

**POLSINELLI PC DISCLOSURES BASED UPON THE DEBTORS' SUPPLEMENTAL LIST**

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Ace Industries, Inc. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Advanced Energy Industries, Inc. and Related Entities | Significant Vendor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ambre Energy Ltd. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Cancer Society | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| | | |
|---|---|---|
| American Society of Clinical Oncology | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Apple, Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bell Nunnally & Martin LLP | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bettis Corp. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BFI Inc. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| | | |
|---|---|---|
| Bonney Forge Corp. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Calgon Carbon Corp. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Carboline Co. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CBRE | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CDW Corp. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| | | |
|---|---|---|
| Central Freight Lines | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Chemtrade Chemicals Corp. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cisco Systems Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Claudius Peters Americas Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Clear Lake Regional Medical Center | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| | | |
|---|---|---|
| Conagra Foods and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Consumerinfo.com Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Consumers Energy Co. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Core Laboratories | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CSI Acquisition Co. LLC | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| | | |
|---|---|---|
| Dean Foods Co. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Delek US Holdings, Inc. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Delta Machining | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| DMI Corp. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Donaldson Co. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| | | |
|---|---|---|
| Dow Chemical Co. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dynamic Details Inc. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Edward Jones & Co. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Enterprise Rental Car | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Environ International Corp. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| | | |
|---|---|---|
| Farm Credit Bank of Texas | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fishnet Security Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Flextech Industries Ltd. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Frito Lay, Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Greyhound Lines Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| | | |
|---|---|---|
| Guaranty Bank | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Guggenheim Partners | DIP Lenders | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Heartland Cement Co. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Hexcel Corp. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Intertek and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| | | |
|---|---|---|
| Johann Haltermann Ltd. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| John Zink Co. LLC | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| KDM Co. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kiewit Corp. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kmart | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| | | |
|---|---|---|
| LexisNexis | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Macy's | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| McAfee Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Medical City Hospital Dallas | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mitsubishi Motors North America Inc. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| | | |
|---|---|---|
| Northside Community Center Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Occidental Energy Marketing Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Palo Alto Networks Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pitney Bowes and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Presbyterian Hospital of Dallas | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| | | |
|---|---|---|
| Procter & Gamble Corp. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Regions Bank | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Roofing Supply Group | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Saint-Gobain Advanced Ceramics | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sandoz Inc. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| | | |
|---|---|---|
| Sears Roebuck & Co. and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Select Medical Corp. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Seminole Gas Company and Related Entities | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sunrise Senior Living Services Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Technical Diagnostic Services Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| | | |
|---|---|---|
| Tesoro Corp. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Texas A&M University System | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Thomson Reuters | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Top Golf USA | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Unimark LLC | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

50286032.1

| | | |
|---|---|---|
| United Parcel Service Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| University of Texas Systems | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Waffle House | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| York A. Johnson Controls Co. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Zimmer Inc. | Creditor | POLSINELLI CURRENTLY REPRESENTS OR HAS REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |