## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 4138, 4274**<br>**Objection Deadline: April 27, 2015 at 4:00 p.m.**<br>**Hearing Date: May 4, 2015 at 9:30 a.m.** |

### LIMITED OBJECTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB TO DEBTORS' MOTION FOR ENTRY OF AN ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION AND THE APPROVAL OF DEBTORS' DISCLOSURE STATEMENT

Wilmington Savings Fund Society, FSB ("WSFS"), as successor trustee under that certain indenture, dated as of October 6, 2010, among Texas Competitive Electric Holdings, LLC ("TCEH"), TCEH Finance, Inc., the guarantors party thereto, and The Bank of New York Mellon Trust Co., N.A., as trustee (as amended or supplemented, the "Indenture"), by and through its undersigned counsel, hereby submits this limited objection (the "Limited Objection") to the above-captioned Debtors' *Motion for Entry of an Order Scheduling Certain Hearing Dates and Deadlines Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* (the "Scheduling Motion") [Docket No. 4138].   In support of this Limited Objection, WSFS respectfully states as follows:

1.　　On April 14, 2015, the Debtors filed their Scheduling Motion seeking an Order (a) scheduling certain hearing dates and deadlines and (b) establishing certain protocols in connection with the confirmation of the Debtors' plan of reorganization and approval of the Debtors' disclosure statement.  After filing the Scheduling Motion, the Debtors engaged certain

of their constituents in negotiations over the terms of that proposed Order.  On April 24, 2015, the Debtors filed a *Notice of Filing of Amended Proposed Order Establishing a Confirmation Schedule and Appointing a Mediator* [Docket No. 4274], which included an amended proposed *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization and the Approval of the Debtors' Disclosure Statement, and (C) Appointing a Mediator and Establishing the Terms Governing Mediation* [Docket No. 4274-1] (the "Amended Order") incorporating certain changes that resulted from those negotiations.  The Amended Order also seeks to implement certain aspects of the *Stipulation and Agreed Order Regarding the Adjournment of Standing Motions* [Docket No. 4140-1].

2.    Through the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, TCEH, and their direct and indirect subsidiaries (the "TCEH Committee"), WSFS has expressed certain concerns with the Amended Order, including, among others, (i) the current list of Participating Parties;[1] (ii) certain restrictions on the ability for a Participating Party to seek discovery; (iii) certain limitations concerning depositions; (iv) the proposed confirmation trial schedule; and (v) certain deadlines prescribed by the Amended Order.

3.    As of the filing of this Limited Objection, WSFS believes that discussions with respect to its concerns remain ongoing.  Although WSFS trusts that its concerns will be resolved prior to the May 4, 2015 hearing to consider the Scheduling Motion, it files this Limited Objection to preserve its right to raise any objection that is not consensually resolved.  And, to

---

[1]    Capitalized words used but not otherwise defined herein shall have the meaning ascribed to them in the Amended Order.

the extent the Debtors are unwilling to incorporate WSFS' requested changes, WSFS respectfully requests that the Court deny the Scheduling Motion as currently constituted.

4.    WSFS also understands that the Ad Hoc Group of TCEH Unsecured Noteholders may be filing an objection to the Scheduling Motion.  WSFS reserves its right to join in some or all of that objection.

## NOTICE

5.    Notice of this Limited Objection has been provided to: (a) counsel for the Debtors; (b) the Office of the United States Trustee; (c) counsel for the TCEH Committee; (d) counsel for the EFH Creditors' Committee; (e) counsel for the TCEH First Lien Ad Hoc Group and trustee; and (f) counsel for the Ad Hoc Group of TCEH Unsecured Noteholders.  WSFS respectfully submits that no other or further notice need be provided.

*[Remainder of page intentionally left blank]*

## CONCLUSION

WHEREFORE, based on the foregoing, WSFS respectfully requests that this Court: (a)

deny the Scheduling Motion as currently constituted; and (b) grant WSFS such other and further

relief as it deems just and proper.

Dated: April 27, 2015

ASHBY & GEDDES, P.A.

William P. Bowden (#2559)
Gregory A. Taylor (#4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac
vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund
Society, FSB, solely in its capacity as
successor Indenture Trustee*