## **CERTIFICATE OF SERVICE**

I, Gregory A. Taylor, hereby certify that, on April 27, 2015, I caused one copy of the foregoing document to be served upon the parties on the attached service list via U.S. Mail, unless otherwise indicated.

*/s/ Gregory A. Taylor*
_____
Gregory A. Taylor (#4008)

{00979215;v1 }

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>Edward Sassower<br>Stephen Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY  10022 | KIRKLAND & ELLIS, LLP<br>James H.M. Sprayregen, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL  60654 |
| **HAND DELIVERY**<br>RICHARDS LAYTON & FINGER<br>Mark D. Collins<br>920 North King Street<br>Wilmington, DE  19801 | **HAND DELIVERY**<br>POTTER ANDERSON & CORROON LLP<br>Jeremy W. Ryan, Esquire<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801 |
| SHEARMAN & STERLING LLP<br>Fredric Sosnick, Esquire<br>Ned S. Schodek, Esquire<br>599 Lexington Avenue<br>New York, NY  10022 | **HAND DELIVERY**<br>DRINKER BIDDLE & REATH LLP<br>Howard A. Cohen<br>Robert K. Malone<br>222 Delaware Ave., Ste. 1410<br>Wilmington, Delaware 19801-1621 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>Dennis F. Dunne<br>Evan R. Fleck<br>Karen Gartenberg<br>1 Chase Manhattan Plaza<br>New York, New York 10005 | **HAND DELIVERY**<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Derek C. Abbott<br>Andrew R. Remming<br>Erin R. Fay<br>1201 North Market Street, Suite 1600<br>Wilmington, DE  19801 |

WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
51 West 52nd Street
New York, NY 10019

**HAND DELIVERY**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan
Joel A. Waite
Ryan M. Andrew L. Magaziner
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Kelley A. Cornish
Brian S. Hermann
Jacob A. Adlerstein
1285 Avenue of the Americas
New York, New York 10019

BRYAN CAVE LLP
Stephanie Wickouski, Esq.
Michelle McMahon, Esq.
1290 Avenue of the Americas
New York, NY 10104

Computershare
Tina Vitale, B.A.; LL.B.
Senior VP, Corporate Trust
480 Washington Blvd.
Jersey City NJ 07310

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer, Esq.
Gregory A. Horowitz, Esq.
Joshua K. Brody, Esq.
Philip Bentley, Esq.
1177 Avenue of the Americas
New York, NY 10036

**HAND DELIVERY**
PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones, Esq.
Robert J. Feinstein, Esq.
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

**HAND DELIVERY**
CHIPMAN BROWN CICERO & COLE, LLP
William Chipman, Jr.
Mark Olivere
Ann Kashishian
1007 North Orange St Ste 1110
Wilmington, De 19801

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ira S. Dizengoff, Abid Qureshi, Stephen M. Baldini,<br>Meredith A. Lahaie, Robert J. Boller, Christoppher W.<br>Carty & Lindsay K. Zahradka<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Scott L. Alberino<br>Joanna F. Newdeck<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564 |
| **HAND DELIVERY**<br>FOX ROTHSCHILD LLP<br>Jeffrey M. Schlerf<br>John H. Strock<br>L. John Bird<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801 | WHITE & CASE LLP<br>J. Christopher Shore<br>1155 Avenue of the Americas<br>New York, NY 10036 |
| WHITE & CASE LLP<br>Thomas E Lauria<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131 | PATTERSON BELKNAP WEBB & TYLER LLP<br>Daniel A. Lowenthal<br>Craig W. Dent<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| **HAND DELIVERY**<br>MORRIS JAMES LLP<br>Stephen M. Miller<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | WILMINGTON TRUST FSB<br>Jeffrey T. Rose, Esquire<br>Vice President<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 |

| | |
|---|---|
| BLANK ROME LLP<br>Michael B. Schaedle, Esquire<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 | **HAND DELIVERY**<br>BLANK ROME LLP<br>Michael D. DeBaecke, Esquire<br>Stanley B. Tarr, Esquire<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |
| SEWARD & KISSEL LLP<br>John R. Ashmead, Esquire<br>Kalyan Das, Esquire<br>Arlene R. Alves, Esquire<br>One Battery Park Plaza<br>New York, NY 10004 | **HAND DELIVERY**<br>REED SMITH LLP<br>Kurt F. Gwynne Esquire<br>Kimberly E.C. Lawson, Esquire<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801 |
| MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>250 West 55th Street<br>New York, New York 10019 | **HAND DELIVERY**<br>POLSINELLI PC<br>Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 |
| SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Michael H. Torkin<br>125 Broad Street<br>New York, New York 10004 | **HAND DELIVERY**<br>MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP<br>Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink<br>1105 N. Market Street, 15th Floor<br>Wilmington, Delaware 19801 |

**HAND DELIVERY**
Office of the United States Trustee
Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 – Lockbox #35
Wilmington, DE 19801