# CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on April 27, 2015, I caused a true and correct copy of the **Objection of EFH Notes Indenture Trustee to Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement** to be served on the parties listed below via CM/ECF and as otherwise indicated.

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Edward O. Sassower, Esquire
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, NY 10022
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
James H.M. Sprayregen, Esquire
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle
Chicago, IL 60654
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
David M. Klauder, Esquire
Shannon J. Dougherty, Esquire
O'KELLY ERNST & BIELLI, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Email: dklauder@oeblegal.com
sdougherty@oeblegal.com

**VIA FIRST CLASS MAIL
& ELECTRONIC MAIL**
Jeff J. Marwill, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Email: jmarwil@dproskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)