United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Energy Future Holdings Corp. (14-10979); TXU Energy Retail Company LLC (14-10997) |
|---|---|
| Creditor Name and Address: | KELLY HART & HALLMAN LLP ATTN: KATHERINE T. HOPKINS 201 MAIN STREET, SUITE 2500 FORT WORTH, TX 76102 |
| Court Claim Number (if known): | 7548; 7549 |
| Date Claim Filed: | 10/24/2014 |
| Total Amount of Claim Filed: | Undetermined; Undetermined |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/23/15

Print Name: Lars L. Berg

Title (if applicable): Partner

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**

# KELLY  HART

KATHERINE T. HOPKINS  
katherine.hopkins@kellyhart.com

TELEPHONE: (817) 878-9377  
FAX: (817) 878-9280

April 27, 2015

***VIA FEDERAL EXPRESS AND E-MAIL***

Energy Future Holdings Corp. Claims Processing Center  
c/o Epiq Bankruptcy Solutions, LLC  
757 Third Avenue, 3rd Floor  
New York, NY 10017

    Re:    *In re Energy Future Holdings Corp., et al.,* Case No. 14-10979.

Dear Claims Agent:

    Please find enclosed the original version and one copy of the Withdrawal of Claim for Kelly Hart & Hallman LLP in the respective bankruptcy cases jointly administered under Case No. 14-10979. Upon filing, please send me a file-stamped copy of the Withdrawal. I have also enclosed a stamped, self-addressed envelope.

    Should you have any questions, please do not hesitate to contact me. Thank you for your assistance.

Sincerely,

Katherine T. Hopkins

cc:    Lars Berg (for the firm)

1881940_1

FORT WORTH OFFICE | 201 MAIN STREET, SUITE 2500 | FORT WORTH, TX 76102 | TELEPHONE: (817) 332-2500 | FAX: (817) 878-9280  
AUSTIN OFFICE | 301 CONGRESS, SUITE 2000 | AUSTIN, TX 78701 | TELEPHONE: (512) 495-6400 | FAX: (512) 495-6401  
MIDLAND OFFICE | 508 W. WALL, SUITE 444 | MIDLAND, TX 79701 | TELEPHONE: (432) 683-4691 | FAX: (432) 683-6518  
NEW ORLEANS OFFICE | 400 POYDRAS STREET, SUITE 1812 | NEW ORLEANS, LA 70130 | TELEPHONE: (504) 522-1812 | FAX: (504) 522-1813  
*Kelly Hart & Hallman, a Limited Liability Partnership | www.kellyhart.com*