## CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 27th day of April, 2015, I caused copies of the foregoing **Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement** to be served upon the parties on the attached service list as indicated.

*/s/ L. John Bird*
L. John Bird (No. 5310)

| | |
|---|---|
| VIA HAND DELIVERY<br>Mark D. Collins, Esq.<br>**Richards, Layton & Finger, P.A.**<br>One Rodney Square<br>920 N. King St.<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL<br>James H.M. Sprayregen, Esq.<br>**Kirkland & Ellis LLP**<br>300 North LaSalle<br>Chicago, IL 60654 |
| VIA HAND DELIVERY<br>**Office Of The United States Trustee**<br>Attn: Richard L. Schepacarter, Esq.<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox #35<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL<br>James M. Peck, Esq.<br>**Morrison & Foerster LLP**<br>250 West 55th Street<br>New York, NY 10019 |
| VIA HAND DELIVERY<br>Christopher A. Ward, Esq.<br>**Polsinelli PC**<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL<br>Edward O. Sassower, Esq.<br>**Kirkland & Ellis LLP**<br>601 Lexington Avenue<br>New York, NY 10022-4611 |
| VIA HAND DELIVERY<br>Mark A. Fink, Esq.<br>**Montgomery McCracken Walker & Rhoads LLP**<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL<br>Andrew G. Dietderich, Esq.<br>**Sullivan & Cromwell LLP**<br>125 Broad Street<br>New York, NY 10004 |