# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Docket Ref. Nos. 4138 and 4274** |

**RESPONSE AND RESERVATION OF RIGHTS OF THE AD HOC COMMITTEE OF TCEH FIRST LIEN CREDITORS TO THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION AND APPROVAL OF DEBTORS' DISCLOSURE STATEMENT**

The ad hoc committee of certain unaffiliated holders of first lien senior secured claims against the TCEH Debtors[1] (the "Ad Hoc Committee of TCEH First Lien Creditors"), by and through its undersigned counsel, hereby files this response and reservation of rights to the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [Docket No. 4138] (the "Scheduling Motion") and respectfully represents as follows:[2]

---

[1] As used herein, the term "TCEH Debtors" means, collectively, Texas Competitive Electric Holdings Company LLC ("TCEH"), Energy Future Competitive Holdings Company LLC ("EFCH"), and TCEH's direct and indirect subsidiaries that are debtors and debtors-in-possession in the above-captioned cases.

[2] Capitalized terms used and not defined herein shall have the meanings ascribed to such terms in the Scheduling Motion.

01:17020716.1

**RESPONSE AND RESERVATION OF RIGHTS**

1. The Ad Hoc Committee of TCEH First Lien Creditors generally supports the relief requested in the Scheduling Motion.[3] However, on April 24, 2015, the Debtors filed a revised form of proposed order with respect to the Scheduling Motion (the "Revised Scheduling Order") that included a number of provisions that would govern a proposed plan mediation process among certain of the Debtors' creditors (the "Mediation Provisions") [Docket No. 4274]. The Ad Hoc Committee of TCEH First Lien Creditors does not support certain of the Mediation Provisions set forth in the Revised Scheduling Order and reserves all rights with respect to such provisions. The Ad Hoc Committee of TCEH First Lien Creditors will continue to work with the Debtors and other parties in interest to hopefully resolve all open issues with respect to the Mediation Provisions in advance of the hearing to consider approval of the Scheduling Motion.

*[remainder of page intentionally left blank]*

---

[3] The Ad Hoc Committee of TCEH First Lien Creditors reserves all rights with respect to the Plan and Disclosure Statement and any pleadings or filings related thereto.

01:17020716.1

| | |
|---|---|
| Dated: April 27, 2015<br>Wilmington, Delaware | */s/ Ryan M. Bartley*<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>Pauline K. Morgan (Bar No. 3650)<br>Ryan M .Bartley (Bar No. 4985)<br>Andrew Magaziner (Bar No. 5426)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>-and-<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Alan W. Kornberg (admitted *pro hac vice*)<br>Brian S. Hermann (admitted *pro hac vice*)<br>Jacob A. Adlerstein (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York  10019<br>Telephone:  (212) 373-3000<br>Facsimile:  (212) 757-3990<br><br>*Counsel to the Ad Hoc Committee of TCEH First Lien Creditors* |