**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>      Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 4259, 4260, 4267**<br>)<br>) **Hearing Date: June 1, 2015 at 10:30 a.m.**<br> **Objection Deadline: May 12, 2015 at 4:00 p.m.** |

**RE-NOTICE OF MOTION OF THE EFH OFFICIAL COMMITTEE FOR
ENTRY OF AN ORDER DIRECTING DISCLOSURE OF
ONCOR BID INFORMATION TO THE EFH OFFICIAL COMMITTEE**

**PLEASE TAKE NOTICE** that on April 23, 2015, the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "**EFH Committee**") filed the *Motion of the EFH Official Committee for Entry of an Order Directing Disclosure of Oncor Bid Information to the EFH Official Committee* [D.I. 4260] (the "**Motion**"). You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that on April 23, 2015, the EFH Committee also filed the *Motion of the EFH Official Committee for Entry of an Order Shortening Notice With Respect to the Motion of the EFH Official Committee for Entry of an Order Directing Disclosure of Oncor Bid Information to the EFH Official Committee* [D.I. 4259] (the "**Motion to Shorten**"), pursuant to which the EFH Committee requested approval of a shortened notice period and objection deadline relating to the Motion.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE** that on April 24, 2015, the Bankruptcy Court denied the relief request in the Motion to Shorten [D.I. 4267].

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel will present the Motion to the Honorable Christopher S. Sontchi, Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware (the "**Court**"), at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, at a hearing to be held on **June 1, 2015 at 10:30 a.m. (Eastern Time)** (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motion must be filed electronically with the Court on the docket of *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS) in accordance with rule 5005 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and served by U.S. mail, overnight delivery, hand delivery or facsimile upon the undersigned counsel so as to be actually received no later than **May 12, 2015 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that only those objections that are timely filed, served and received will be considered at the Hearing.  Failure to file a timely objection may result in entry of a final order granting the Motion as requested by the EFH Committee without further notice or a hearing.  The objecting parties are required to attend the Hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained from the Court's website, https://ecf.deb.uscourts.gov for a nominal fee or, free of charge, the website of the Debtors' claims and noticing agent, http://efhcaseinfo.com.

SC1:3852635.2
3887019

Dated:  Wilmington, Delaware
       April 28, 2015

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

*/s/ Mark A. Fink*
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail:       nramsey@mmwr.com
             dwright@mmwr.com
             mfink@mmwr.com

– and –

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
David R. Zylberberg
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:       dietdericha@sullcrom.com
             gluecksteinb@sullcrom.com
             torkinm@sullcrom.com
             zylberbergd@sullcrom.com

*Counsel for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.*