## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 1682, 3183, 3965, 3966, 3967, 3968** |
| | **Hearing Date: June 1, 2015 at 10:30 a.m.** |

**RE-NOTICE OF "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER (A) SETTING BAR DATES FOR FILING NON-CUSTOMER PROOFS OF CLAIM AND REQUESTS FOR PAYMENT UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, (B) APPROVING THE FORM OF AND MANNER FOR FILING NON-CUSTOMER PROOFS OF CLAIM AND REQUESTS FOR PAYMENT UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, AND (C) APPROVING NOTICE THEREOF" [D.I. 1682] SOLELY WITH RESPECT TO THE ESTABLISHMENT OF A BAR DATE APPLICABLE TO PRESENT AND FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS**

PLEASE TAKE NOTICE that, on July 23, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof* [D.I. 1682] (the "Bar Date Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Bar Date Motion, the Debtors were seeking

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

entry of an order (a) setting October 27, 2014 as the bar date for filing proofs of claim and requests for payment under 11 U.S.C. § 503(b)(9) of the Bankruptcy Code to the extent they have not already been established by the *Interim Order Authorizing the Debtors to (A) Maintain and Administer Customer Programs and Customer Agreements, (B) Honor Prepetition Obligations Related Thereto, (C) Pay Certain Expenses on Behalf of Certain Organizations, (D) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (E) Establish Procedures for Notifying Customers of Commencement of the Debtors' Chapter 11 Cases, Assumption of the Customer Agreements and the Bar Date for Customer Claims* [D.I. 307]; (b) establishing the bar date for the filing of proofs of claim by claimants affected by any amendments to the Debtors' schedules; (c) approving the form of and manner for filing proofs of claim and section 503(b)(9) requests for payment; and (d) approving the form of notice for the Bar Dates (as such term is defined in the Bar Date Motion). **You were previously served with a copy of the Bar Date Motion**.

PLEASE TAKE FURTHER NOTICE that, on August 18, 2014, the Bankruptcy Court entered its *Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof* [D.I. 1866] (the "Bar Date Order"). Pursuant to the Bar Date Order, the Bankruptcy Court granted the Bar Date Motion subject to the terms of the Bar Date Order, provided, however, that the Bar Date Order did not require any entity holding a claim relating to asbestos that is not a property damage claim or a claim for contractual or common law indemnification or contribution to file a proof of claim by the Bar Dates (as such term is defined in the Bar Date Motion).

2

PLEASE TAKE FURTHER NOTICE that, following further briefing and argument before the Bankruptcy Court, on January 7, 2015, the Bankruptcy Court entered its *Opinion* [D.I. 3183] (the "Opinion") pursuant to which the Bankruptcy Court ruled that it shall establish a bar date with respect to Unmanifested Claimants[2].

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, any objections to the Bar Date Motion solely as it applies to the establishment of a bar date applicable to Unmanifested Claimants including, without limitation, the noticing procedures that shall apply to the bar date for Unmanifested Claimants must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **May 25, 2015 at 4:00 p.m. (Eastern Daylight Time).**

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, a hearing to consider the Bar Date Motion as it applies to the establishment of a bar date applicable to Unmanifested Claimants including, without limitation, the noticing procedures that shall apply to the bar date for Unmanifested Claimants and any and all objections to the Bar Date Motion solely as it applies to the establishment of a bar date applicable to Unmanifested Claimants will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 1, 2015 starting at 10:30 a.m. (Eastern Daylight Time)**.

IF NO OBJECTIONS TO THE BAR DATE MOTION AS IT APPLIES TO THE ESTABLISHMENT OF A BAR DATE APPLICABLE TO UNMANIFESTED CLAIMANTS INCLUDING, WITHOUT LIMITATION, THE NOTICING PROCEDURES THAT SHALL

---

[2] As used throughout this notice, the term "Unmanifested Claimants" shall be given the same meaning ascribed to it in the Opinion.

APPLY TO THE BAR DATE FOR UNMANIFESTED CLAIMANTS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE BAR DATE MOTION AS IT APPLIES TO THE ESTABLISHMENT OF A BAR DATE APPLICABLE TO UNMANIFESTED CLAIMANTS INCLUDING, WITHOUT LIMITATION, THE NOTICING PROCEDURES THAT SHALL APPLY TO THE BAR DATE FOR UNMANIFESTED CLAIMANTS WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of page intentionally left blank.]*

Dated:  April 28, 2015
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 11880572v.1