# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) OF THE
## FEDERAL RULES OF CIVIL PROCEDURE

TO:    Energy Future Holdings Corporation
       c/o Richards, Layton & Finger
       920 North King Street
       Wilmington, DE 19801
       Attn: Mark D. Collins

       Kirkland & Ellis LLP
       601 Lexington Avenue
       New York, NY 10022
       Attn: Stephen O. Sassower, P.C.
             Stephen E. Hessler
             Brian E. Schartz

       Kirkland & Ellis LLP
       300 North LaSalle
       Chicago, IL 60654
       Attn:  James H.M. Sprayregen, P.C.
              Marc Kieselstein, P.C.
              Chad J. Husnick
              Steven N. Serajeddini

       O'Kelley Ernst & Bielli, LLC
       901 N. Market Street, Suite 1000
       Wilmington, DE 19801
       Attn: David M. Klauder

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

4818-8460-7523.4

Proskauer Rose LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Attn: Jeff J. Marwill
        Mark K. Thomas

**PLEASE TAKE NOTICE THAT** pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable to this proceeding pursuant to Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by Energy Future Holdings Corp. ("EFH Corp."), by its undersigned counsel, will take the deposition upon oral examination of a designee or designees of EFH Corp. in connection with the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [Docket No. 4138] (the "Scheduling Motion").

**PLEASE TAKE FURTHER NOTICE THAT** the deposition will take place on May 1, 2015 at 9:30 a.m. (E.T.) at the offices of Nixon Peabody LLP, 437 Madison Avenue, New York, NY 10022 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Bankruptcy Rules 7030 and 9014 and Federal Rule 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the EFH Corp. with regard to all matters known or reasonably available to that particular Debtor on the matters set forth on Schedule A attached hereto. The EFH Indenture

2

4818-8460-7523.4

Trustee requests that EFH Corp. provide, as soon as reasonably possible, a written designation of the name(s) and position(s) of the persons who consent to testify on behalf of EFH Corp.

| | |
|---|---|
| Dated: Wilmington, DE<br>April 29, 2015 | **CROSS & SIMON, LLC**<br><br>By: /s/ *Christopher P. Simon*<br>Christopher P. Simon (Del. Bar No. 3697)<br>105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>- and –<br><br>**NIXON PEABODY LLP**<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br><br>-and-<br><br>Christopher J. Fong (pro hac vice admission pending)<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>cfong@nixonpeabody.com<br><br>*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* |

## SCHEDULE A

## INSTRUCTIONS

1. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, you are directed to designate one or more of your officers, directors, managing agents, or other persons who consent to testify on your behalf and who have knowledge of and are adequately prepared to testify concerning the topics enumerated below.

2. The use of the singular form includes the plural and vice versa, any use of gender includes both genders, and a verb tense includes all other verb tenses.

3. All terms and phrases used herein shall be construed in an ordinary, common-sense manner, and not in a technical, strained, overly-literal, or otherwise restrictive manner.

## DEFINITIONS

1. The term "Alleged T-Side Intercompany Claims" shall refer to the prepetition claims and causes of action held by Texas Competitive Electric Holdings Company LLC which are classified under Class A12 of the Debtors' Proposed Plan and are described as "any prepetition Claim or Cause of Action against the EFH Debtors, the EFIH Debtors, Oncor Holdings and its direct and indirect subsidiaries, or their Affiliates, and the Holders of Interests in EFH Corp." on page 91 of the Debtors' Proposed Disclosure Statement.

2. The term "Debtors" shall mean Energy Future Holdings Corp. and each of its subsidiaries and affiliates that filed for chapter 11 protection in the United States Bankruptcy Court for the District of Delaware whose cases are jointly administered under Case No. 14-10979 (CSS).

4

3. The term "Debtors' Proposed Plan" shall mean the *Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4142].

4. The term "Debtors' Proposed Disclosure Statement" shall mean the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4143].

5. The term "EFH Disinterested Directors" shall mean Donald L. Evans and Billie I. Williamson.

6. The term "Proposed Intercompany Plan Settlement" shall mean the settlement proposed under the Debtors' Proposed Plan pursuant to which, among other things, Texas Competitive Electric Holdings Company LLC is granted an allowed unsecured non-priority claim of $700,000,000 against Energy Future Holdings Corp., all as more fully described in the Debtors' Proposed Plan and Debtors' Proposed Disclosure Statement.

7. The term "Scheduling and Procedures Motion" shall mean the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [Docket No. 4138] and the procedures for the litigation and resolution of all issues related to confirmation of the Debtors' Proposed Plan as described in the Scheduling and Procedures Motion shall be referred to herein as the "Plan Procedures".

8. The term "Tax Allocation Matters" shall mean (i) the "Tax allocation matter – Luminant Generation Company LLC" scheduled on Amended Schedule B of Energy Future Holdings Corp. [Docket No. 3586] in the amount of $1,291,345,528.92 and (ii) the $754,

5

061,336 "Tax allocation matter" scheduled on Amended Schedule F of Energy Future Holdings Corp. [Docket No. 3586] in favor of Texas Competitive Electric Holdings Company LLC.

### RULE 30(b)(6) DEPOSITION TOPICS

1. The manner in which, if at all, the EFH Disinterested Directors or their counsel were involved with the preparation and approval of the Plan Procedures in the Scheduling and Procedures Motion.

2. All reasons that the proposed Plan Procedures in the Scheduling and Procedures Motion cannot include provisions providing for the filing of any Alleged T-Side Intercompany Claims (including, but not limited to, claims related to Tax Allocation Matters and any claims under chapter 5 of the Bankrupty Code) and all reasons why the Debtors' *Schedules of Assets and Liabilities* and *Statements of Affairs* cannot be amended to reflect any Alleged T-Side Intercompany Claims subject to settlement under the Debtors' Proposed Plan.

3. All reasons the Plan Procedures should not provide for parties-in-interest to be able to object to the Alleged T-Side Intercompany Claims.

4. All reasons that the Plan Procedures cannot be modified to provide for each Alleged T-Side Intercompany Claim proposed to be settled under the Proposed Intercompany Plan Settlement can't be subject to estimation or actually determined prior to September 15, 2015.

5. The alternative procedures for the prompt determination of the merits of the Alleged T-Side Intercompany Claims, if any, evaluated by the EFH Disinterested Directors.

6. The documents, if any, that exist which demonstrate any analysis undertaken by the EFH Disinterested Directors in connection with evaluating alternative procedures for the prompt determination of the merits of the Alleged T-Side Intercompany Claims.

7. The amount of time spent, if any, by the EFH Disinterested Directors evaluating alternative procedures for the prompt determination of the merits of the Alleged T-Side Intercompany Claims.

4818-8460-7523.4