# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | Objection Deadline: May 20, 2015 at 4:00 p.m. |

## NOTICE OF FEE APPLICATION

**PLEASE TAKE NOTICE** that FTI Consulting, Inc. (the "**Applicant**") has filed the attached **Tenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period March 1, 2015 through March 31, 2015** (the "**Fee Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

50303950.1

Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) proposed co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of Unsecured Creditors (the "**TCEH Committee**"), Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Brett H. Miller and Lorenzo Marinuzzi; (viii) co-counsel to the TCEH Committee, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward and (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler, by no later than **4:00 p.m. (Eastern Daylight Time) on May 20, 2015** (the "**Objection Deadline**")

    **PLEASE TAKE FURTHER NOTICE** if any responses or objections to the Fee Application are timely filed, served and received in accordance with this notice, a hearing on the Fee Application will be held at the convenience of the Bankruptcy Court. Only those objections

2

made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Administrative Order, if no objection to the Fee Application is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal or lesser of (i) 80 percent of fees and 100 percent of expenses requested in the Fee Application or (ii) 80 percent of fees and 100 percent of expenses not subject to an objection without the need for further order of the Bankruptcy Court.

*[Remainder of page intentionally left blank]*

Dated: Wilmington, Delaware
      April 29, 2015         **MORRISON & FOERSTER LLP**
                                James M. Peck
                                Brett H. Miller
                                Lorenzo Marinuzzi
                                Todd M. Goren
                                250 West 55th Street
                                New York, New York 10019-9601
                                Telephone:  (212) 468-8000
                                Facsimile:  (212) 468-7900
                                E-mail:  jpeck@mofo.com
                                             brettmiller@mofo.com
                                             lmarinuzzi@mofo.com
                                             tgoren@mofo.com

                                -and-

                                */s/ Christopher A. Ward* _____
                                Christopher A. Ward (Del. Bar No. 3877)
                                Justin K. Edelson (Del. Bar No. 5002)
                                Shanti M. Katona (Del. Bar No. 5352)
                                Jarrett Vine (Del. Bar No. 5400)
                                **POLSINELLI PC**
                                222 Delaware Avenue, Suite 1101
                                Wilmington, Delaware 19801
                                Telephone: (302) 252-0920
                                Facsimile:  (302) 252-0921
                                E-mail:  cward@polsinelli.com
                                             jedelson@polsinelli.com
                                           skatona@polsinelli.com
                                           jvine@polsinelli.com

                                *Attorneys for the Official Committee of TCEH Unsecured Creditors*

50303950.1