**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD MARCH 1, 2015 TO MARCH 31, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Brady, Philip | Senior Managing Director | $ 570 | 11.5 | $6,555.00 |
| Davido, Scott | Senior Managing Director | 875 | 13.5 | 11,812.50 |
| Diaz, Matthew | Senior Managing Director | 975 | 101.8 | 99,255.00 |
| Eisenband, Michael | Senior Managing Director | 975 | 7.2 | 7,020.00 |
| Grant, Kenneth | Senior Managing Director | 675 | 0.5 | 337.50 |
| Joffe, Steven | Senior Managing Director | 975 | 30.1 | 29,347.50 |
| Jones, Scott | Senior Managing Director | 975 | 6.5 | 6,337.50 |
| Scruton, Andrew | Senior Managing Director | 975 | 48.6 | 47,385.00 |
| Simms, Steven | Senior Managing Director | 975 | 20.7 | 20,182.50 |
| Smith, Ellen | Senior Managing Director | 700 | 3.0 | 2,100.00 |
| Tranen, Jeffrey | Senior Managing Director | 750 | 10.3 | 7,725.00 |
| Berenson, Harvey | Managing Director | 750 | 5.0 | 3,750.00 |
| Cordasco, Michael | Managing Director | 795 | 81.9 | 65,110.50 |
| Greenberg, Mark | Managing Director | 795 | 181.1 | 143,974.50 |
| Park, Ji Yon | Managing Director | 795 | 67.7 | 53,821.50 |
| Yozzo, John | Managing Director | 710 | 0.5 | 355.00 |
| Arsenault, Ronald | Senior Director | 535 | 33.7 | 18,029.50 |
| Rauch, Adam | Director | 575 | 172.9 | 99,417.50 |
| Celli, Nicholas | Senior Consultant | 535 | 32.3 | 17,280.50 |
| Eimer, Sean | Senior Consultant | 405 | 178.1 | 72,130.50 |
| Eisler, Marshall | Senior Consultant | 495 | 212.2 | 105,039.00 |
| Friedrich, Steven | Senior Consultant | 405 | 47.7 | 19,318.50 |
| Mond, Allison | Senior Consultant | 340 | 7.9 | 2,686.00 |
| Mohr, Nicholas | Consultant | 225 | 4.5 | 1,012.50 |
| Stolarz, Alexander | Consultant | 355 | 80.2 | 28,471.00 |
| Hellmund-Mora, Marili | Administrative | 250 | 36.1 | 9,025.00 |
| Jones, Rebekah | Administrative | 305 | 0.3 | 91.50 |
| Moore, Teresa | Administrative | 225 | 35.5 | 7,987.50 |
| | **GRAND TOTAL** | | **1,431.3** | **$885,558.00** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD MARCH 1, 2015 TO MARCH 31, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 32.5 | $19,303.50 |
| 13 | Analysis of Other Miscellaneous Motions | 4.9 | 3,739.50 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 267.1 | 144,376.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 31.3 | 29,577.50 |
| 18.A | Investigations of Select Legacy Transactions- Historical Transactions | 118.8 | 76,052.00 |
| 18.B | Investigations of Select Legacy Transactions- LBO Solvency | 18.2 | 10,491.00 |
| 21 | General Meetings with Committee & Committee Counsel | 20.3 | 17,710.50 |
| 23 | Firm Retention and Fee Application | 57.7 | 14,137.00 |
| 24 | Preparation of Fee Application | 66.4 | 32,932.00 |
| 28.A | First Lien Investigation- Legacy Transactions | 64.3 | 42,294.50 |
| 28.B | First Lien Investigation- Historical Solvency | 80.7 | 60,999.00 |
| 29 | Business Plan- Diligence of the Debtors' Long Range Plan | 4.9 | 3,958.00 |
| 33 | Business Plan- Natural Gas / Coal Pricing | 8.2 | 7,083.00 |
| 35 | Business Plan- New Entry Pricing | 10.2 | 4,301.00 |
| 37 | Analysis of Pre-Petition Tax Payments | 348.3 | 190,106.50 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 13.6 | 11,550.00 |
| 39 | Analysis of Alternative Tax Structure | 212.4 | 167,864.50 |
| 40 | REIT Asset Analysis | 71.5 | 49,082.00 |
|  | **GRAND TOTAL** | **1,431.3** | **$885,558.00** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD MARCH 1, 2015 TO MARCH 31, 2015*

| Expense Type | Amount |
|---|---|
| Business Meals | $484.70 |
| Ground Transportation | 245.87 |
| **Total** | **$730.57** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD MARCH 1, 2015 TO MARCH 31, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/12/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | $12.50 |
| 02/10/15 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/10/15 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 19.82 |
| 02/11/15 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 14.43 |
| 02/11/15 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/16/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/17/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/18/15 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/19/15 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/23/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/23/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/24/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/24/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/26/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/01/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working on the weekend. | 20.00 |
| 03/02/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 18.07 |
| 03/03/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/04/15 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/08/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working on the weekend. | 20.00 |
| 03/09/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/11/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/24/15 | Greenberg, Mark | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 19.88 |
| 03/25/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/27/15 | Diaz, Matthew | Business Meals | In-office overtime meal/lunch for self with M. Eisler (FTI) incurred as a result of working late. | 40.00 |
| | **Business Meals Total** [1] | | | **484.70** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD MARCH 1, 2015 TO MARCH 31, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/26/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 3.00 |
| 01/26/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 20.45 |
| 02/11/15 | Celli, Nicholas | Ground Transportation | Taxi - residence to office while working on the weekend. | 5.75 |
| 02/23/15 | Cordasco, Michael | Ground Transportation | Taxi - office to residence after working late in the office. | 119.98 |
| 02/23/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 11.15 |
| 02/24/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 12.96 |
| 02/25/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 9.96 |
| 02/26/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 11.16 |
| 03/11/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 11.30 |
| 03/12/15 | Greenberg, Mark | Ground Transportation | Taxi - office to K&E office to attend Oncor REIT meeting with Debtors. | 2.50 |
| 03/24/15 | Greenberg, Mark | Ground Transportation | Taxi - office to residence after working late in the office. | 14.50 |
| 03/25/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 13.80 |
| 03/30/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 9.36 |
| | | **Ground Transportation Total** | | **245.87** |
| | | **Grand Total** | | **$730.57** |

**Note:**
(1) In-office meals per person over $20.00 and out-of-office meals per person over $40.00 have been reduced to $20.00 and $40.00, respectively, to comply with the Amended Guidelines for Fees and Disbursements for Professionals in Delaware District Bankruptcy Cases. Each of these meals were in fact greater than $20.00 or $40.00 and do not represent a per diem.