# EXHIBIT A

## Assumption Schedule

Exhibit A

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Cure Amount | Other Assumption Information | Assumption Date |
|---|---|---|---|---|---|---|---|
| | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | | Details of Material Amendments | |
| 1 | EFH Corporate Services Company | Amended and Restated Master Services Agreement, dated April 1, 2015, including all related statements of work (amending and restating the Master Services Agreement between EFH Corporate Services Company and Capgemini America, Inc., dated June 12, 2009, including all related statements of work and subsequent amendments) | Capgemini America, Inc. | Las Colinas Tower 1, Suite 700 201 East John Carpenter Fwy Irving, Texas 75062 Attn: David Bonner | $198,913.92 | - Multi-year contract extension with significant rate concessions | Upon entry of the Assumption Order with the amendment effective date of 4/1/2015. |