IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> Jointly Administered <br><br> **Re: Docket Nos. 4344 & 4358** |

**NOTICE OF ADJOURNMENT OF DEPOSITION PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**PLEASE TAKE NOTICE THAT** on April 29, 2015, American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by Energy Future Holdings Corp. ("EFH Corp.") filed the *Notice of Deposition Pursuant to 30(b)(6) of the Federal Rules of Civil Procedure Filed by American Stock Transfer & Trust Company LLC* [Docket No. 4344] (the "Deposition Notice") seeking to depose (the "Deposition") a designee or designees of EFH Corp. in connection with the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [Docket No. 4138] (the "Scheduling Motion").

**PLEASE TAKE FURTHER NOTICE THAT** on April 29, 2015, the Debtors filed and served *The Debtors Objections to the EFH Indenture Trustees 30(b)(6) Deposition Notice in*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

1

4833-6952-4259.2

*Connection with the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Plan of Reorganization and the Approval of Debtors Disclosure Statement* [Docket No. 4358] (the "30(b)(6) Objection") and stated therein that "there are no fact issues to be resolved in connection with the Scheduling Motion, and the Debtors have submitted no declarations and will call no witnesses at the Scheduling Motion hearing." *See* 30(b)(6) Objection, at 2. While the EFH Indenture Trustee believes that each Debtor bears the burden of proof to support the relief sought in the Scheduling Motion, in reliance on the Debtors' representation that they will not be calling witnesses in an effort to establish any facts, the EFH Indenture Trustee will adjourn the Deposition as set forth herein.

**PLEASE TAKE FURTHER NOTICE THAT** such adjournment is without prejudice to the rights of the EFH Indenture Trustee to reschedule such Deposition at a future time and date. Furthermore, the EFH Indenture Trustee reserves all rights in connection with the Deposition, including to move to compel and seek adjournment of the hearing on the Scheduling Motion in the event that the Debtors elect to attempt to call any witnesses, and/or to move to preclude any such testimony until the sought after discovery is obtained, are reserved.

| | |
|---|---|
| Dated: Wilmington, DE<br>April 30, 2015 | **CROSS & SIMON, LLC**<br><br>By: /s/ *Christopher P. Simon*<br>Christopher P. Simon (Del. Bar No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>- and – |

4833-6952-4259.2

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong (pro hac vice admission pending)
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com


*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*