## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused a true and correct copy of the Notice of Appearance and Request of Service to be served via the CM/ECF electronic notification system and via First Class Mail, postage prepaid upon the following counsel of record:

Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
Attn: Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz

Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654
Attn: James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini

Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
Attn: Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron

Dated: April 30, 2015                **GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Gary F. Seitz*
Gary F. Seitz (DE 4)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
gseitz@gsbblaw.com