IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 4003, 4004, 4088, 4089, 4109, 4111, 4114, 4132, 4150, 4151, 4152, 4153, 4154, 4204 |

**CERTIFICATION OF COUNSEL REGARDING
"DEBTORS' THIRTEENTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 4003]**

The undersigned hereby certifies as follows:

1. On March 27, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4003] (the "Objection").[2] On March 27, 2015, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4004] in connection with, and in support of the relief requested, in the Objection.

2.  Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on April 10, 2015.

3.  The Debtors received twelve formal responses to the Objection filed: on April 8, 2015, by Lori Slocum (on behalf of the estate of Donald Cox) [D.I. 4088] and Yolanda Small [D.I. 4089]; on April 9, 2015, by Melba Clark [D.I. 4111]; on April 10, 2015, by Fayetta Allen [D.I. 4109] and Tim Villarreal [D.I. 4114]; on April 13, 2015, by Rita Marks [D.I. 4132]; on April 14, 2015, by Joan H. Hughes [D.I. 4150], Robert Walker [D.I. 4151], Marilyn Bell [D.I. 4152], Nikita Denise Bailey-Kelly [D.I. 4153], and Judy Allen [D.I. 4154]; and on April 17, 2015, by Melvin Williams [D.I. 4204] (the "Formal Responses").

4.  The Debtors have consensually resolved the Formal Response filed as D.I. 4132, and the claimant has indicated that she does not object to the relief requested in the Objection.

5.  The Debtors have determined to adjourn the hearing with respect to the remaining Formal Responses.

   a.  The claimants under Proofs of Claim numbers 1007, 1520, 3256, 3289, 3557, 3619, and 4465 each consented to the adjournment via telephone.

   b.  The Debtors sent emails to the claimants under Proofs of Claim 2701 (on April 10, 2015), 3368 (on April 14, 2015), 2014 (on April 14, 2015), and 4830 (on April 22, 2015) advising the claimants of the adjournment, none of whom responded and, as such, the Debtors believe they do not oppose the adjournment.

6.  In addition, the Debtors received thirteen informal responses to the Objection (the "Informal Responses"). The Debtors have agreed to withdraw, without prejudice, the Objection solely with respect to Proof of Claim No. 1764 (the "Withdrawn Claim"). The Debtors are

currently in, attempting to commence, or will begin shortly negotiations to consensually resolve the remaining Informal Responses. While the Debtors pursue consensual resolutions, the Debtors have agreed or determined to continue the hearing with respect to the Proofs of Claim related to these Informal Responses.

7.    The following is a complete list of the Proofs of Claim objected to in the Objection and for which the Debtors have agreed or determined to continue the hearing as described above (collectively, the "Adjourned Claims"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 844 | Mary Jame Phillips | None |
| POC No. 1007 | Fayetta Allen | D.I. 4109 |
| POC No. 1520 | Tim Villarreal | D.I. 4114 |
| POC No. 1837 | Frankie Harris | None |
| POC No. 2014 | Nikita Denise Bailey-Kelly | D.I. 4135 |
| POC No. 2252 | Opal Marrs | None |
| POC No. 2473 | Edilberto Cabrera | None |
| POC No. 2701 | Donald Cox | D.I. 4088 |
| POC No. 3256 | Melvin Williams | D.I. 4204 |
| POC No. 3289 | Melba Clark | D.I. 4111 |
| POC No. 3368 | Marilyn Bell | D.I. 4152 |
| POC No. 3445 | Gaye Dilene Allen | None |
| POC No. 3519 | Luciana Albert Stephenson | None |
| POC No. 3557 | Robert Walker | D.I. 4151 |
| POC No. 3619 | Judy Allen | D.I. 4154 |
| POC No. 4435 | Karla Corbell | None |
| POC No. 4465 | Joan H. Hughes | D.I. 4150 |
| POC No. 4830 | Yolanda Small | D.I. 4089 |
| POC No. 5228 | Stella Garcia | None |
| POC No. 5735 | Sharon Carter | None |
| POC No. 7744 | Judy Brin | None |
| POC No. 8052 | Lorenzo Pipkin | None |
| POC No. 8063 | Teretta Vaughn | None |

8.    During the continuance of the Adjourned Claims, the Debtors reserve all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

9. The Debtors also received certain general informal inquiries from claimants holding Insufficient Documentation Claims. The Debtors have addressed and resolved these inquiries without requiring any modification to the Order or the relief sought in the Objection.

10. The Debtors have not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

11. The Debtors have revised the applicable exhibit to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims and the Withdrawn Claim. A copy of the Proposed Order is attached hereto as **Exhibit A**, a redline of the Proposed Order is attached hereto as **Exhibit B**, and a redline of the exhibit as compared to the exhibit attached to the Proposed Order filed on March 27, 2015, is attached hereto as **Exhibit C**.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated: April 30, 2015
      Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*