## **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| Case Administration | 5.9 | $2,065.00 |
| Non-OEB Fee/Employment Applications | 4.0 | $835.50 |
| OEB Fee/Employment Applications | 6.5 | $1,193.00 |
| Plan and Disclosure Statement | 0.4 | $140.00 |
| **Total** | **16.8** | **$4,233.50** |