## **EXHIBIT B**

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 8.7 | $3,045.00 |
| Shannon J. Dougherty | Associate | 2012 (DE) | Bankruptcy | $180.00 | 3.2 | $576.00 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | 4.9 | $612.50 |
| **Total** | | | | | **16.8** | **$4,233.50** |