# EXHIBIT C

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Filing/Court Fees | $4.90 |
| In-House Reproduction | $0.20 |
| **Total** | **$5.10** |