## EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 3/16/2015 | In-House Reproduction | Photocopies (1 page) | $0.10 |
| 3/26/2015 | In-House Reproduction | Photocopies (1 page) | $0.10 |
| 3/31/2015 | Filing/Court Fees | PACER | $4.90 |
| | | **Total** | **$5.10** |