**EXHIBIT A**

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| Allied Electronics Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| Emerson Network Power Liebert Services | 3297 | Response filed on 12/10/14. [Docket No. 2970]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| Koetter Fire Protection of Austin, LLC | 3118 | Response filed on 12/5/14. [Docket No. 2950]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |

11694480_1

**<u>EXHIBIT B</u>**

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| DELGADO, MARIA NAVEJAR | 2004 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| OLBRISH, KIMBERLEY | 669 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT) |

1

**EXHIBIT C**

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Annie | 2345 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |

**EXHIBIT D**

Energy Future Holdings Corp.
Sixth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DE LA CERDA JR., JOSE F. | 1324 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| HAWKINS, MONICA R. | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| MITCHELL, STEPHEN W. | 2636 | Response filed on 1/23/15.  [Docket No. 3355].  The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| MOORE, DEBORAH D. | 3927 | Response filed on 1/23/15.  [Docket No. 3352].  The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| ROBINSON, JOANN M. | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| WOODS, SHANTA | 2899 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |

RLF-11894562_1

**EXHIBIT E**

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |

1

**EXHIBIT F**

Energy Future Holdings Corp.
Eighth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BEARD JR., JACK ROGERS | 2304 | Response filed on February 11, 2015. [Docket No. 3511]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| MCCLAIN, JACKIE | 417 | Response filed on February 9, 2015. [Docket No. 3500]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |

RLF-11894580_1

**EXHIBIT G**

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JOHNSON-CAULEY, MELVA D. | 2686 | Response filed on February 24, 2015. [Docket No. 3636]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |

1

# **EXHIBIT H**

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COVENEY, SANDI | 623 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| DRUMRIGHT, DIANE | 1129 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| KAHLE, MARCIA | 1371 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| KINDIG, EVERETT W | 2297 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| MATHEU, CHRISTINA | 1637 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| PATERSON, JACKIE | 606 | Response filed on March 25, 2015. [Docket No. 3971]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| VALENTINE, NICKEY | 1400 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| WASHINGTON, ROSE B S | 6162 | Response filed on March 27, 2015. [Docket No. 3998]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| WATSON, EVELYN | 1562 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |

RLF1-11894655_1

**EXHIBIT I**

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DUBIN CORPORATE PLUS FUND | 7645 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| FROST BANK, CUSTODIAN FOR | 5351 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM | 7643 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| LANKFORD, STEPHEN L. | 4249 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| LINDER, RAYMOND | 4759 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT | 7642 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MEIJER INC | 7644 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PAINTER, EDSEL J. | 5758 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PGI CIT MULTI-SECTOR FIXED INCOME FUND | 7647 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PGIT HIGH YIELD FIXED INCOME FUND | 7646 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRINCIPAL FUNDS INC - BOND & MORTGAGE | 7650 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRINCIPAL FUNDS INC - DYNAMIC HIGH YIELD | 7651 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRINCIPAL FUNDS INC - HIGH YIELD FUND | 7652 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRINCIPAL GLOBAL - GLOBAL FLOATING RATE | 7655 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRINCIPAL LIFE INSURANCE COMPANY | 7654 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRINCIPAL LIFE INSURANCE COMPANY | 7653 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11894699_1

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| PRINCIPAL VARIABLE CONTRACTS FUNDS B.A. | 7649 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRINCIPAL VARIABLE CONTRACTS FUNDS, INC | 7648 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALANIS, RODRIGO | 6158 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALIU, SKENDER | 2238 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAKER-AICKEN & INC | 2404 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| BERINGER, ROBERT | 1498 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLUE CROSS BLUE SHIELD OF TEXAS ET AL | 4448 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| BORJAS, ISIDRO | 4766 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROBST, ROGER | 3931 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARPENTER, ARTHUR | 4202 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHANDLER, FELIX E | 5746 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| COLLINS, BRITTE | 7891 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| DALLAS MACHINE AND TOOL LLC | 4604 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAUNIS, W O | 5137 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVIS, EARLINE | 1990 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVIS, PHYLLIS | 2862 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF1-11894699_1

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DAVIS, TERESSA | 7901 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEL SOL, MARISOL | 3676 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| DELGADILLO, REYES | 7725 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOCKSTETTER, TRENT | 1914 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| DODSON, JERRY A | 5454 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| FARMERS ELECTRIC COOP INC | 1693 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| FISCAL, MARTHA | 8073 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| FLINTKOTE COMPANY, THE | 4686 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| FORRESTER, GERALD R | 2455 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| FUSILIER, DENNIS | 422 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALES, FELIX C | 7827 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRIMES, JOJEAN | 817 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| HBII SAFETY RESOURCES LLC | 762 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| HEARNSBERGER, PHILLIP | 2285 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| HIGH, CHARLES L | 742 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| HIGHBERGER, KL | 622 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |

3

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HIGHBERGER, KL | 573 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| KUYKENDOLL, JOHN E | 458 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOPEZ, PABLO | 216 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOZANO, JAVIER | 1701 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARKIN, NICHOLAS | 2346 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCMENAMY, JOE | 3007 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MELONCON, BEATRICE | 5138 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MERRITT, PATRICIA | 1332 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MITCHELL, JEAN | 4867 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| NORWOOD MACHINE SHOP | 3104 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| ONG, LARRY Y. | 1591 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PARSUTT, SHERLY | 439 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PATEL, BALDEV | 5434 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| POPPS, PENNY N. | 8106 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| REGAL JOAN LLC | 4030 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| REYNOLDS, PRUDENCE | 3749 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |

4

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ROBERTSON ENTERPRISES, LLC | 2433 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| RODRIGUEZ, MARY G. | 3589 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| RODRIQUEZ, ABLE T | 654 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| RR ENTERPRISES INC. | 3246 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| RUSSELL, JOHN J | 1029 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAFFLE, GAYLE L | 4238 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCRIBNER, TRACY | 3701 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| SINDT, DAVID - DECEASED | 4462 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIRIANNI, PETER V | 820 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWART, KUK JA | 10003 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| STEWART, KUK JA | 5739 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| TEXAS IRRIGATION SUPPLY LLC | 7565 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| VANWICKLEN, JOAN | 3919 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| WEAVER, OLIN | 1012 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| XU, BIN | 4155 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| 4 Z MANAGEMENT INC | 1256 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ATS DRILLING INC | 2085 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOBOS NURSERY | 2415 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| CITY CONTRACTORS SERVICE CO INC | 1884 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| CULPEPPER, SHERRY B | 5431 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAY, KEVIN | 337 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDWARDS, ANNA | 2417 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| GALLEGOS, JOHN PAUL | 5031 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, KAREN | 947 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| KRAKAUR, RICHARD | 1109 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| LIGHTSEY, CAROLYN D | 2028 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARIN, JAMES S | 1643 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAYORAL, LUIS | 2403 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCLEMORE, SIDNEY L | 2122 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MELASKY, ANNA | 2421 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MELASKY, ANNA | 2420 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MELASKY, ANNA | 2419 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11894699_1

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| MELASKY, ANNA | 2418 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MELASKY, GINGER | 2416 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MILLER, JOSEPH | 8070 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| NICHOLS, STEPHEN | 775 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PARK, KAREN | 4691 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| PEREZ, JUAN F | 322 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| REAGAN COUNTY TAX OFFICE | 4052 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| SERVIN, ARACELI | 707 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHORTNACY, BILL W | 890 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, JAMES | 2950 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, LAURA | 3719 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| SOUTHWESTERN EXIBITIONS | 204 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| SOUTHWESTERN EXPOSITION & LIVESTOCK SHOW | 203 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| UNITED HISPANIC COU | 357 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITE, R C | 313 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZUEFELDT, JOEANN | 1289 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |

7

RLF1-11894699_1

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ZUEFELDT, JOEANN | 673 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |

8

**EXHIBIT J**

Energy Future Holdings Corp.
Fifteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ALLEN, BOO | 3932 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| BERRIER, M D | 2823 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRACKIN, J K | 1759 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| CENTROPLEX HOMES INC | 3996 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| COLLINS, TIMOTHY | 4714 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| COUFAL, KAREN | 4019 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| GAINES, JL | 5223 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRISHAM, PAMELA | 4049 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOLLAND, JOHN B | 465 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| KATY FLOWERS | 4048 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| LYNCH, L | 2827 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAURILLO, AMELIA | 4599 | Response filed on April 17, 2015. [Docket No. 4206]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| MCKIE, CINDY | 2770 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| POSS, DELNOR | 2261 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, MARLIN | 3708 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11894731_1

Energy Future Holdings Corp.
Fifteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SPRING, THOMAS | 5283 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMAS, MARGIE | 9765 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| TUCKER, JAN R | 6003 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| TUCKER, M D | 6004 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |
| ULMER, TERRY | 4707 | On April 27, 2015 the Court entered an order granting the objection in connection with this claim. |

2

RLF-1189473 1_1

**EXHIBIT K**

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| 1900 MCKINNEY PROPERTIES LP | 8010 | A revised form of order has been submitted under certification of counsel. |
| ACHMAN, HOLLY | 1901 | A revised form of order has been submitted under certification of counsel. |
| ACTON, JAMES A | 2214 | A revised form of order has been submitted under certification of counsel. |
| ALCALA, LUIS MURRILLO | 3216 | A revised form of order has been submitted under certification of counsel. |
| ALEMAN, IDANIA M. | 1558 | A revised form of order has been submitted under certification of counsel. |
| ALI, IMAN | 2327 | A revised form of order has been submitted under certification of counsel. |
| ALIEKSIUK, IULIIA | 3806 | A revised form of order has been submitted under certification of counsel. |
| ALLEN, FAYETTA | 1007 | Response filed on April 9, 2015. [Docket No. 4109]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| ALLEN, GAYE | 3445 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| ALLEN, JUDY | 3619 | Response filed on April 14, 2015. [Docket No. 4154]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| ALLEN, VERONICA R | 3038 | A revised form of order has been submitted under certification of counsel. |
| ALMENDAREZ, ANNIE | 3042 | A revised form of order has been submitted under certification of counsel. |
| AMARO, ISSAC | 9764 | A revised form of order has been submitted under certification of counsel. |
| ARLINGTON DOWNS | 2601 | A revised form of order has been submitted under certification of counsel. |
| ARLINGTON DOWNS | 2602 | A revised form of order has been submitted under certification of counsel. |

1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ARMENDAREZ, JOSE | 2581 | A revised form of order has been submitted under certification of counsel. |
| ARMSTRONG, CHARLES E | 1704 | A revised form of order has been submitted under certification of counsel. |
| ARMSTRONG, INELL | 2690 | A revised form of order has been submitted under certification of counsel. |
| ARMSTRONG, JIMMY | 1923 | A revised form of order has been submitted under certification of counsel. |
| ARRIGHI, PHYLLIS | 2812 | A revised form of order has been submitted under certification of counsel. |
| ASADI, SATIN | 708 | A revised form of order has been submitted under certification of counsel. |
| ASBERRY, TROY JR. | 3027 | A revised form of order has been submitted under certification of counsel. |
| ASHLEY, CHARLES E | 5628 | A revised form of order has been submitted under certification of counsel. |
| AUTRY, CHERYL | 2477 | A revised form of order has been submitted under certification of counsel. |
| AVITIA, ARNULFO | 4764 | A revised form of order has been submitted under certification of counsel. |
| AYRES, SAMUEL | 3477 | A revised form of order has been submitted under certification of counsel. |
| B C AND CO. | 5742 | A revised form of order has been submitted under certification of counsel. |
| BABINEAUX, DOUGLASS | 1589 | A revised form of order has been submitted under certification of counsel. |
| BAGBY, PAULA | 744 | A revised form of order has been submitted under certification of counsel. |
| BAILEY, MARLA KAYE | 4379 | A revised form of order has been submitted under certification of counsel. |

2

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BAILEY, NIKITA | 2014 | Response filed on April 14, 2015. [Docket No. 4153]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| BARBA, GEORGE | 2086 | A revised form of order has been submitted under certification of counsel. |
| BARENTINE, J P | 2624 | A revised form of order has been submitted under certification of counsel. |
| BARLOW, WILLIAM M | 2538 | A revised form of order has been submitted under certification of counsel. |
| BARNES, DENISE R | 4833 | A revised form of order has been submitted under certification of counsel. |
| BARRON, GOLDEN | 3573 | A revised form of order has been submitted under certification of counsel. |
| BARRON, JOE | 3574 | A revised form of order has been submitted under certification of counsel. |
| BATEMAN, H G | 4217 | A revised form of order has been submitted under certification of counsel. |
| BATTLE, JAMES | 2771 | A revised form of order has been submitted under certification of counsel. |
| BAUGH, DOUGLAS STAN | 1691 | A revised form of order has been submitted under certification of counsel. |
| BAUTISTA, NESTOR | 2118 | A revised form of order has been submitted under certification of counsel. |
| BAXLEY, JOSEPH | 2041 | A revised form of order has been submitted under certification of counsel. |
| BAYONNE, LOIS | 4713 | A revised form of order has been submitted under certification of counsel. |
| BAYSDEN, LEWIS | 3375 | A revised form of order has been submitted under certification of counsel. |
| BEAL, JACOB | 4712 | A revised form of order has been submitted under certification of counsel. |

3

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BEASLEY, JERRY D | 5765 | A revised form of order has been submitted under certification of counsel. |
| BECK, LARRY T | 2422 | A revised form of order has been submitted under certification of counsel. |
| BEDFORD, ALBERT | 4611 | A revised form of order has been submitted under certification of counsel. |
| BEDFORD, DIANAH | 5672 | A revised form of order has been submitted under certification of counsel. |
| BELL, KATRINA | 2295 | A revised form of order has been submitted under certification of counsel. |
| BELL, MARILYN | 3368 | Response filed on April 14, 2015. [Docket No. 4152]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| BENAVIDES, PAUL M | 2830 | A revised form of order has been submitted under certification of counsel. |
| BENDER, JANET | 5009 | A revised form of order has been submitted under certification of counsel. |
| BERGER, KARYN | 1753 | A revised form of order has been submitted under certification of counsel. |
| BERKINS, JOE W | 7746 | A revised form of order has been submitted under certification of counsel. |
| BERTELSEN, JAMES | 1745 | A revised form of order has been submitted under certification of counsel. |
| BILBREY, ALEXANDRIA | 2882 | A revised form of order has been submitted under certification of counsel. |
| BING, NICKI | 2905 | A revised form of order has been submitted under certification of counsel. |
| BLACKWELL, ALISA | 1599 | A revised form of order has been submitted under certification of counsel. |
| BLANKENSHIP, KIMBERLY | 1014 | A revised form of order has been submitted under certification of counsel. |

4

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BLENDER, TRUDY S | 2902 | A revised form of order has been submitted under certification of counsel. |
| BLOCK, JOYCE | 2640 | A revised form of order has been submitted under certification of counsel. |
| BOEN, GARY | 1130 | A revised form of order has been submitted under certification of counsel. |
| BOSSCHER, RUBY DIANE | 2130 | A revised form of order has been submitted under certification of counsel. |
| BOSWORTH, LINDA | 8069 | A revised form of order has been submitted under certification of counsel. |
| BOWEN, CHRISTOPHER | 2685 | A revised form of order has been submitted under certification of counsel. |
| BOXLEY, CHARLES HENRY | 1744 | A revised form of order has been submitted under certification of counsel. |
| BRACCIALE, RONALD | 340 | A revised form of order has been submitted under certification of counsel. |
| BRADSHAW, MICHAEL | 2853 | A revised form of order has been submitted under certification of counsel. |
| BRADSHAW, TONIA | 2851 | A revised form of order has been submitted under certification of counsel. |
| BRADY, WALTER | 3674 | A revised form of order has been submitted under certification of counsel. |
| BREAKFIELD, ELMER | 1698 | A revised form of order has been submitted under certification of counsel. |
| BREWER, TAMMY | 2709 | A revised form of order has been submitted under certification of counsel. |
| BRICE, MYRON | 3204 | A revised form of order has been submitted under certification of counsel. |
| BRIN, STEPHEN | 7744 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| BRINKLEY, SHAWNDREAKA | 3436 | A revised form of order has been submitted under certification of counsel. |

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BROHMAN, GERARD | 4339 | A revised form of order has been submitted under certification of counsel. |
| BROOKS, DIANE D | 3733 | A revised form of order has been submitted under certification of counsel. |
| BROWN, ANTHONY | 1823 | A revised form of order has been submitted under certification of counsel. |
| BROWN, CHRISTINA | 2164 | A revised form of order has been submitted under certification of counsel. |
| BROWN, DORA | 3781 | A revised form of order has been submitted under certification of counsel. |
| BROWN, JOSEPH | 2321 | A revised form of order has been submitted under certification of counsel. |
| BROWN, LAURA | 1664 | A revised form of order has been submitted under certification of counsel. |
| BROWN, SANDRA B | 4988 | A revised form of order has been submitted under certification of counsel. |
| BROWN-LEWIS, ALYNA | 2577 | A revised form of order has been submitted under certification of counsel. |
| BRYAN, WALTER D | 2797 | A revised form of order has been submitted under certification of counsel. |
| BRYANT, DARLA | 3149 | A revised form of order has been submitted under certification of counsel. |
| BUCKNER, DEMETRIS | 4594 | A revised form of order has been submitted under certification of counsel. |
| BUCKNER, PEGGY | 7735 | A revised form of order has been submitted under certification of counsel. |
| BURAS, KENA MARIE | 4648 | A revised form of order has been submitted under certification of counsel. |
| BURCHAM, SHEILA | 4580 | A revised form of order has been submitted under certification of counsel. |
| BURGAMY, DELLENE | 3609 | A revised form of order has been submitted under certification of counsel. |

6

RLF-1889428_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BURKETT, GWEN | 3490 | A revised form of order has been submitted under certification of counsel. |
| BURNS, BERMARIE | 2154 | A revised form of order has been submitted under certification of counsel. |
| BURNS, MICHAEL | 1900 | A revised form of order has been submitted under certification of counsel. |
| BUSBY, CHERYL | 793 | A revised form of order has been submitted under certification of counsel. |
| BUSBY, OLETHA | 8081 | A revised form of order has been submitted under certification of counsel. |
| BUSBY, TYONIA | 3062 | A revised form of order has been submitted under certification of counsel. |
| BUSH, PATSY R | 2107 | A revised form of order has been submitted under certification of counsel. |
| BUTLER, LORETTA | 4437 | A revised form of order has been submitted under certification of counsel. |
| BUTTERWORTH, CHARLES | 2007 | A revised form of order has been submitted under certification of counsel. |
| BYRD, MARY COLE | 1533 | A revised form of order has been submitted under certification of counsel. |
| CABRERA, EDILBERTO | 2473 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| CABUS, HUMBERTO | 2229 | A revised form of order has been submitted under certification of counsel. |
| CAFFEY, RUTH E | 1671 | A revised form of order has been submitted under certification of counsel. |
| CAGLE, WANDA | 5226 | A revised form of order has been submitted under certification of counsel. |
| CAIN, LISA | 4595 | A revised form of order has been submitted under certification of counsel. |
| CALHOUN, SHELBY | 3440 | A revised form of order has been submitted under certification of counsel. |

7

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CANTU, FERNANDO | 4133 | A revised form of order has been submitted under certification of counsel. |
| CAPERS, GWENDOLYN | 2482 | A revised form of order has been submitted under certification of counsel. |
| CARGILL, MARTIN K | 1031 | A revised form of order has been submitted under certification of counsel. |
| CARGILL, SHIRL | 3261 | A revised form of order has been submitted under certification of counsel. |
| CARLISLE, PEGGY | 3541 | A revised form of order has been submitted under certification of counsel. |
| CARO, SANDRA | 2504 | A revised form of order has been submitted under certification of counsel. |
| CARTER, PHILIP | 1022 | A revised form of order has been submitted under certification of counsel. |
| CARTER, RICK E | 1563 | A revised form of order has been submitted under certification of counsel. |
| CARTER, SHARRON DENISE | 5735 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| CASTILLO, GILBERTO | 2978 | A revised form of order has been submitted under certification of counsel. |
| CASTILLO, LUIS | 2836 | A revised form of order has been submitted under certification of counsel. |
| CG MILLENNIUM REALTY | 4651 | A revised form of order has been submitted under certification of counsel. |
| CHANDLER, DARLENE | 3268 | A revised form of order has been submitted under certification of counsel. |
| CHAPMAN, ROBERT W | 3039 | A revised form of order has been submitted under certification of counsel. |
| CHATMAN, MICHAEL | 5753 | A revised form of order has been submitted under certification of counsel. |
| CHAVEZ, IMELDA | 2533 | A revised form of order has been submitted under certification of counsel. |

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CHAVIS, MICHAEL | 1731 | A revised form of order has been submitted under certification of counsel. |
| CHINTAMAN, MURALI | 1569 | A revised form of order has been submitted under certification of counsel. |
| CHIOCCARELLI, ANTHONY | 1834 | A revised form of order has been submitted under certification of counsel. |
| CHISARI, CHARLES | 1233 | A revised form of order has been submitted under certification of counsel. |
| CHRIST, ILENE | 2309 | A revised form of order has been submitted under certification of counsel. |
| CHRISTY, CARLOS | 1426 | A revised form of order has been submitted under certification of counsel. |
| CHURCH OF CHRIST | 2319 | A revised form of order has been submitted under certification of counsel. |
| CHURCH OF CHRIST | 2320 | A revised form of order has been submitted under certification of counsel. |
| CITY OF RENO | 1931 | A revised form of order has been submitted under certification of counsel. |
| CITY OF RENO | 2573 | A revised form of order has been submitted under certification of counsel. |
| CLARK, EVA | 1809 | A revised form of order has been submitted under certification of counsel. |
| CLARK, MELBA | 3289 | Response filed on April 9, 2015. [Docket No. 4111]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| CLARK, ZELMA | 4412 | A revised form of order has been submitted under certification of counsel. |
| CLOVERLEAF PRINTING & SIGN SHOP | 652 | A revised form of order has been submitted under certification of counsel. |
| COBB, KRISTY | 2484 | A revised form of order has been submitted under certification of counsel. |

9

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COLE, ANTHONY | 2603 | A revised form of order has been submitted under certification of counsel. |
| COLE, BECKY | 5255 | A revised form of order has been submitted under certification of counsel. |
| COLE, REBECCA | 5256 | A revised form of order has been submitted under certification of counsel. |
| COLEMAN, EDWARD | 5035 | A revised form of order has been submitted under certification of counsel. |
| COLEMAN, JERRY W | 4159 | A revised form of order has been submitted under certification of counsel. |
| COLEMAN, VELETTA | 4269 | A revised form of order has been submitted under certification of counsel. |
| COLLINS, CAROLYN | 2123 | A revised form of order has been submitted under certification of counsel. |
| COLLINS, TILLIE | 4983 | A revised form of order has been submitted under certification of counsel. |
| COOKS, LAKESHIA | 3959 | A revised form of order has been submitted under certification of counsel. |
| COPELAND, WENDY | 5644 | A revised form of order has been submitted under certification of counsel. |
| CORBELL, KARLA | 4435 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| CORMAN, JACK | 5744 | A revised form of order has been submitted under certification of counsel. |
| CORTES, MARISELA | 4242 | A revised form of order has been submitted under certification of counsel. |
| COSCIA, ORLENE | 2015 | A revised form of order has been submitted under certification of counsel. |
| COUNTS, DOUGLAS | 5978 | A revised form of order has been submitted under certification of counsel. |
| COVENEY, GERALD F | 2928 | A revised form of order has been submitted under certification of counsel. |

10

RLF1-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| COX, DONALD L | 2701 | Response filed on April 8, 2015. [Docket No. 4088]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| COZBY, RAYMOND W | 2837 | A revised form of order has been submitted under certification of counsel. |
| CRAIG, LEANN ANN | 3515 | A revised form of order has been submitted under certification of counsel. |
| CRAWFORD, CHARLOTTE ANNE | 5676 | A revised form of order has been submitted under certification of counsel. |
| CREEK, TOMMY | 2844 | A revised form of order has been submitted under certification of counsel. |
| CREPPON, WESLEY | 3600 | A revised form of order has been submitted under certification of counsel. |
| CROW, JOHN G | 898 | A revised form of order has been submitted under certification of counsel. |
| CRUZ, MARIA | 1975 | A revised form of order has been submitted under certification of counsel. |
| DANIEL, DEBRA | 4268 | A revised form of order has been submitted under certification of counsel. |
| DANIELS, DARRELL | 3493 | A revised form of order has been submitted under certification of counsel. |
| DANNHEIM, KENDRA | 2860 | A revised form of order has been submitted under certification of counsel. |
| DANSBY, A | 4372 | A revised form of order has been submitted under certification of counsel. |
| DANSBY, MATTIE | 4679 | A revised form of order has been submitted under certification of counsel. |
| DAVIDSON, DENA | 1314 | A revised form of order has been submitted under certification of counsel. |
| DAVIES, PHILLIP E | 3097 | A revised form of order has been submitted under certification of counsel. |

11

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DAVILA, BALTAZAR | 3328 | A revised form of order has been submitted under certification of counsel. |
| DAVIS, AUDREY | 1611 | A revised form of order has been submitted under certification of counsel. |
| DAVIS, BEVERLY A | 3808 | A revised form of order has been submitted under certification of counsel. |
| DAVIS, CLIFFORD | 902 | A revised form of order has been submitted under certification of counsel. |
| DAVIS, JO | 7727 | A revised form of order has been submitted under certification of counsel. |
| DAVIS, KAREN DENYCE | 2196 | A revised form of order has been submitted under certification of counsel. |
| DAVIS, STACEY | 1765 | A revised form of order has been submitted under certification of counsel. |
| DE LA FUENTE, JOSE L | 3667 | A revised form of order has been submitted under certification of counsel. |
| DELEON, ANTONIO | 3636 | A revised form of order has been submitted under certification of counsel. |
| DENNEY, SHARRON | 4982 | A revised form of order has been submitted under certification of counsel. |
| DENNIS, GARY | 7731 | A revised form of order has been submitted under certification of counsel. |
| DESMOND, EDMUND F. | 1438 | A revised form of order has been submitted under certification of counsel. |
| DEWEESE, JOE | 270 | A revised form of order has been submitted under certification of counsel. |
| DICK, GEORGE A | 2677 | A revised form of order has been submitted under certification of counsel. |
| DIEHL, BERNIDEAN | 4548 | A revised form of order has been submitted under certification of counsel. |
| DIVINE, GREGORY | 3381 | A revised form of order has been submitted under certification of counsel. |

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DIXON, JUDY W | 2954 | A revised form of order has been submitted under certification of counsel. |
| DODSON, JERRY W | 5757 | A revised form of order has been submitted under certification of counsel. |
| DODSON, MARSHA | 2065 | A revised form of order has been submitted under certification of counsel. |
| DOMINGUEZ, DALILA A | 2445 | A revised form of order has been submitted under certification of counsel. |
| DOMINGUEZ, DALILA ABIGAIL | 2446 | A revised form of order has been submitted under certification of counsel. |
| DONAGHE, PRISCILA | 2873 | A revised form of order has been submitted under certification of counsel. |
| DOSS, JIMMIE, JR. | 3249 | A revised form of order has been submitted under certification of counsel. |
| DOUGLASS, DEBRA L | 5023 | A revised form of order has been submitted under certification of counsel. |
| DOVE, CHRIS | 5276 | A revised form of order has been submitted under certification of counsel. |
| DRIVER, JACK | 2929 | A revised form of order has been submitted under certification of counsel. |
| DRIVER, TERANCE | 3220 | A revised form of order has been submitted under certification of counsel. |
| DURHAM, MARIE J | 3371 | A revised form of order has been submitted under certification of counsel. |
| DYAS, HARRY | 2956 | A revised form of order has been submitted under certification of counsel. |
| EAMES, DANI | 1935 | A revised form of order has been submitted under certification of counsel. |
| EARNEST, LESLIE | 2483 | A revised form of order has been submitted under certification of counsel. |
| EASTMAN, RICHARD L | 2453 | A revised form of order has been submitted under certification of counsel. |

13

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| EATHERLY, THERESA | 4555 | A revised form of order has been submitted under certification of counsel. |
| EDMONDSON, LAMESIA | 5344 | A revised form of order has been submitted under certification of counsel. |
| EICHE, LOUISE | 3304 | A revised form of order has been submitted under certification of counsel. |
| EICHLER, GAYE | 3333 | A revised form of order has been submitted under certification of counsel. |
| ELDREDGE, JERRY | 3447 | A revised form of order has been submitted under certification of counsel. |
| ELIE, GINA GASTON | 3920 | A revised form of order has been submitted under certification of counsel. |
| ELLINGSON, JAMES D | 2735 | A revised form of order has been submitted under certification of counsel. |
| ELLIS, J W | 1165 | A revised form of order has been submitted under certification of counsel. |
| ESPINOSA, ARTHUR E | 2260 | A revised form of order has been submitted under certification of counsel. |
| ESTATE OF ANITA OVERSTREET | 2898 | A revised form of order has been submitted under certification of counsel. |
| EVANS, DEBORAH | 2699 | A revised form of order has been submitted under certification of counsel. |
| FALATI, KAYLEEN | 885 | A revised form of order has been submitted under certification of counsel. |
| FARMER, DOROTHY | 2430 | A revised form of order has been submitted under certification of counsel. |
| FARRELL, VIRGINIA | 5636 | A revised form of order has been submitted under certification of counsel. |
| FAULK, CHRIS ALAN | 1297 | A revised form of order has been submitted under certification of counsel. |
| FAVORS, MARCUS | 5020 | A revised form of order has been submitted under certification of counsel. |

14

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| FELTS, STEVE | 8051 | A revised form of order has been submitted under certification of counsel. |
| FENG, JENNIFER | 1940 | A revised form of order has been submitted under certification of counsel. |
| FIFFICK, MATTHEW | 5756 | A revised form of order has been submitted under certification of counsel. |
| FLORES, ISMAEL F | 2081 | A revised form of order has been submitted under certification of counsel. |
| FLORES, LARA | 3218 | A revised form of order has been submitted under certification of counsel. |
| FLORES, MILAGROS | 2189 | A revised form of order has been submitted under certification of counsel. |
| FLORY, SANDRA | 2983 | A revised form of order has been submitted under certification of counsel. |
| FLOWERS, ETHEL | 4703 | A revised form of order has been submitted under certification of counsel. |
| FORD, ARNITA | 2893 | A revised form of order has been submitted under certification of counsel. |
| FORD, ARNITA A | 2894 | A revised form of order has been submitted under certification of counsel. |
| FORD, GARY | 4723 | A revised form of order has been submitted under certification of counsel. |
| FORRESTER, GERALD | 2456 | A revised form of order has been submitted under certification of counsel. |
| FOUNTAIN, ARCHIE W | 3494 | A revised form of order has been submitted under certification of counsel. |
| FOUNTAIN, ARCHIE W | 3495 | A revised form of order has been submitted under certification of counsel. |
| FRANCISCO, SHERRY V | 3934 | A revised form of order has been submitted under certification of counsel. |
| FRANK, CAROLYN | 4134 | A revised form of order has been submitted under certification of counsel. |

15

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| FRANKLIN, MORRIS | 3385 | A revised form of order has been submitted under certification of counsel. |
| FRAZIER, SHIRLEY | 2424 | A revised form of order has been submitted under certification of counsel. |
| FREED, MICKEY | 2148 | A revised form of order has been submitted under certification of counsel. |
| FREED, MICKEY | 2149 | A revised form of order has been submitted under certification of counsel. |
| FREED, MICKEY | 2150 | A revised form of order has been submitted under certification of counsel. |
| FREED, SANDRA | 2151 | A revised form of order has been submitted under certification of counsel. |
| FREEMAN, ANGELA C | 3724 | A revised form of order has been submitted under certification of counsel. |
| FUENTES, CLAUDIA A | 2497 | A revised form of order has been submitted under certification of counsel. |
| FURLOUGH, ISSAC | 5668 | A revised form of order has been submitted under certification of counsel. |
| FURTCH, JEAN | 3223 | A revised form of order has been submitted under certification of counsel. |
| GALLOWAY, OLIVIA WILLIAMS | 4671 | A revised form of order has been submitted under certification of counsel. |
| GALVIN, MONICA | 4464 | A revised form of order has been submitted under certification of counsel. |
| GANDY, TAMI | 3585 | A revised form of order has been submitted under certification of counsel. |
| GARCIA, DONACIANO | 3177 | A revised form of order has been submitted under certification of counsel. |
| GARCIA, PETRA | 303 | A revised form of order has been submitted under certification of counsel. |
| GARCIA, STELLA | 5228 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |

16

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| GARDNER, LINDA | 8064 | A revised form of order has been submitted under certification of counsel. |
| GARZA, MARIA | 3078 | A revised form of order has been submitted under certification of counsel. |
| GENEVA S | 2888 | A revised form of order has been submitted under certification of counsel. |
| GEORGE, JESSE | 626 | A revised form of order has been submitted under certification of counsel. |
| GILLIAM, HORACE | 3096 | A revised form of order has been submitted under certification of counsel. |
| GILLIAM, SALLY ANN | 854 | A revised form of order has been submitted under certification of counsel. |
| GILMAN, JACK C | 2273 | A revised form of order has been submitted under certification of counsel. |
| GINNS, MARY | 1631 | A revised form of order has been submitted under certification of counsel. |
| GIVENS, DIANE L | 2988 | A revised form of order has been submitted under certification of counsel. |
| GLASCO, BRIAN | 3197 | A revised form of order has been submitted under certification of counsel. |
| GLENN, GWENDOLYN | 3264 | A revised form of order has been submitted under certification of counsel. |
| GLOVER, JANIS M | 4613 | A revised form of order has been submitted under certification of counsel. |
| GLOVER, THERESE | 2103 | A revised form of order has been submitted under certification of counsel. |
| GODDARD, CHESTER | 7527 | A revised form of order has been submitted under certification of counsel. |
| GOHEEN, M E | 1757 | A revised form of order has been submitted under certification of counsel. |
| GOMEZ, NANCY N | 3716 | A revised form of order has been submitted under certification of counsel. |

17

RLF-1894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| GONZALEZ, DANY | 610 | A revised form of order has been submitted under certification of counsel. |
| GRANGER, MARGARET | 3208 | A revised form of order has been submitted under certification of counsel. |
| GRANT, MARSHA | 3060 | A revised form of order has been submitted under certification of counsel. |
| GRAY, MAXINE | 2372 | A revised form of order has been submitted under certification of counsel. |
| GREEN, LILLIE | 2689 | A revised form of order has been submitted under certification of counsel. |
| GREEN, PAM | 1879 | A revised form of order has been submitted under certification of counsel. |
| GREEN, TERESA | 2865 | A revised form of order has been submitted under certification of counsel. |
| GRIFFIN, GLENDA | 5664 | A revised form of order has been submitted under certification of counsel. |
| GRIFFIN, MARGIE | 3332 | A revised form of order has been submitted under certification of counsel. |
| GRIFFIN, MARRIAN L | 3418 | A revised form of order has been submitted under certification of counsel. |
| GRIFFITH, ROSE | 8108 | A revised form of order has been submitted under certification of counsel. |
| GROSS, DENNIS | 3257 | A revised form of order has been submitted under certification of counsel. |
| GROTHE BROTHERS | 5029 | A revised form of order has been submitted under certification of counsel. |
| GUILLORY, BEVERLY | 8068 | A revised form of order has been submitted under certification of counsel. |
| GUILLORY, MARTIN A | 3577 | A revised form of order has been submitted under certification of counsel. |
| GURKA, LARRY JAMES | 5222 | A revised form of order has been submitted under certification of counsel. |

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HACKBIRTH, JAMES A | 3620 | A revised form of order has been submitted under certification of counsel. |
| HADDERTON, MARINA | 2405 | A revised form of order has been submitted under certification of counsel. |
| HADLEY, ANGIE | 2257 | A revised form of order has been submitted under certification of counsel. |
| HAGN, GERARD D | 2502 | A revised form of order has been submitted under certification of counsel. |
| HALE, CONNIE | 2217 | A revised form of order has been submitted under certification of counsel. |
| HALL, JANICE | 2225 | A revised form of order has been submitted under certification of counsel. |
| HALL, JOAN M | 2556 | A revised form of order has been submitted under certification of counsel. |
| HALL, LARRY W | 4505 | A revised form of order has been submitted under certification of counsel. |
| HAMER, MARY K | 2385 | A revised form of order has been submitted under certification of counsel. |
| HAMMONS, MARK | 1777 | A revised form of order has been submitted under certification of counsel. |
| HANNAH, GARETH | 7636 | A revised form of order has been submitted under certification of counsel. |
| HARDIN, DORIS | 2553 | A revised form of order has been submitted under certification of counsel. |
| HARRIS, BETSY | 2248 | A revised form of order has been submitted under certification of counsel. |
| HARRIS, CHRISTINA | 4717 | A revised form of order has been submitted under certification of counsel. |
| HARRIS, DIANE | 1904 | A revised form of order has been submitted under certification of counsel. |
| HARRIS, FRANKIE | 1837 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |

19

RLF-1889428_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HARRIS, JACOB | 4893 | A revised form of order has been submitted under certification of counsel. |
| HARRIS, LOREALL | 4458 | A revised form of order has been submitted under certification of counsel. |
| HARRIS, PHYLLIS | 7772 | A revised form of order has been submitted under certification of counsel. |
| HARRISON, THERESA ADAMS | 3172 | A revised form of order has been submitted under certification of counsel. |
| HART, ROSIE | 2034 | A revised form of order has been submitted under certification of counsel. |
| HAVEL, DOROTHY | 3143 | A revised form of order has been submitted under certification of counsel. |
| HAYES, VIRGINIA | 3025 | A revised form of order has been submitted under certification of counsel. |
| HEINSEN, BECKY | 3054 | A revised form of order has been submitted under certification of counsel. |
| HENRY, JOSEPH | 2679 | A revised form of order has been submitted under certification of counsel. |
| HENRY, PAT E | 4889 | A revised form of order has been submitted under certification of counsel. |
| HENSEL, GRACE | 2020 | A revised form of order has been submitted under certification of counsel. |
| HENSLEY, GENEVA | 2078 | A revised form of order has been submitted under certification of counsel. |
| HERMONAT, DAVID | 2985 | A revised form of order has been submitted under certification of counsel. |
| HERMOSILLO, ERIC | 4498 | A revised form of order has been submitted under certification of counsel. |
| HERMOSILLO, MARY | 4495 | A revised form of order has been submitted under certification of counsel. |
| HERMOSILLO, MARY | 4496 | A revised form of order has been submitted under certification of counsel. |

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HERNANDEZ, MAMIE | 5678 | A revised form of order has been submitted under certification of counsel. |
| HERNANDEZ, OSCAR | 5677 | A revised form of order has been submitted under certification of counsel. |
| HERRERA, CARMEN | 2826 | A revised form of order has been submitted under certification of counsel. |
| HERRON, GWEN | 8058 | A revised form of order has been submitted under certification of counsel. |
| HERVEAT, MARK | 2160 | A revised form of order has been submitted under certification of counsel. |
| HERVER, MARIA | 334 | A revised form of order has been submitted under certification of counsel. |
| HICKMAN, STEPHEN | 3026 | A revised form of order has been submitted under certification of counsel. |
| HICKS, DONALD L | 4647 | A revised form of order has been submitted under certification of counsel. |
| HILL, ALICE | 4781 | A revised form of order has been submitted under certification of counsel. |
| HILLIARD, CYNTHIA | 2136 | A revised form of order has been submitted under certification of counsel. |
| HINOJOSA, EDWARD H | 2811 | A revised form of order has been submitted under certification of counsel. |
| HINSON, VERLIE | 1657 | A revised form of order has been submitted under certification of counsel. |
| HOLLOWAY, BOBBY | 7749 | A revised form of order has been submitted under certification of counsel. |
| HOLMES, E A | 2546 | A revised form of order has been submitted under certification of counsel. |
| HOOD, MILDRED A | 5656 | A revised form of order has been submitted under certification of counsel. |
| HOUSE, RICHARD ALLEN | 2700 | A revised form of order has been submitted under certification of counsel. |

21

RLF1-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HOUSTON CATHOLIC BOOKS & GIFTS LLC DBA H | 2762 | A revised form of order has been submitted under certification of counsel. |
| HOUSTON, CORA | 4885 | A revised form of order has been submitted under certification of counsel. |
| HOWARD, A L | 3092 | A revised form of order has been submitted under certification of counsel. |
| HOWARD, MADELINE G | 4605 | A revised form of order has been submitted under certification of counsel. |
| HOY, PAMELA J | 2859 | A revised form of order has been submitted under certification of counsel. |
| HUGHES, COURTNEY | 8133 | A revised form of order has been submitted under certification of counsel. |
| HUGHES, JOAN H | 4465 | Response filed on April 14, 2015. [Docket No. 4150]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| HUGHES, JUDY | 5549 | A revised form of order has been submitted under certification of counsel. |
| HULLETT, DAVID LEE | 2774 | A revised form of order has been submitted under certification of counsel. |
| HUMBLE, ENAAM | 2326 | A revised form of order has been submitted under certification of counsel. |
| HUMPHRIES, MILDRED ANNE | 1999 | A revised form of order has been submitted under certification of counsel. |
| HURD, REBECCA | 2785 | A revised form of order has been submitted under certification of counsel. |
| HURTS, ASHLEY | 3404 | A revised form of order has been submitted under certification of counsel. |
| IN PLACE APARTMENT LMTD | 1673 | A revised form of order has been submitted under certification of counsel. |
| JACKSON, COREY | 2698 | A revised form of order has been submitted under certification of counsel. |

22

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JACKSON, LASHUIDA | 2499 | A revised form of order has been submitted under certification of counsel. |
| JACKSON, RASHIKA | 3023 | A revised form of order has been submitted under certification of counsel. |
| JACKSON, SHARON | 1677 | A revised form of order has been submitted under certification of counsel. |
| JACKSON, SHERRY | 2729 | A revised form of order has been submitted under certification of counsel. |
| JACKSON, WILLA | 2765 | A revised form of order has been submitted under certification of counsel. |
| JAMES A MAHER JR MD LLC | 3414 | A revised form of order has been submitted under certification of counsel. |
| JAPERSON, JOHN | 4502 | A revised form of order has been submitted under certification of counsel. |
| JASMINE, ANDREA | 7743 | A revised form of order has been submitted under certification of counsel. |
| JAVAHERIAN, ALI | 3706 | A revised form of order has been submitted under certification of counsel. |
| JENKINS, FRANKIE MAE | 215 | A revised form of order has been submitted under certification of counsel. |
| JIM SUTHERLAND ESTATE | 3142 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, DONALD | 3617 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, JESS | 4203 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, JESSIE | 1018 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, LILLIAN | 4065 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, PAMELA | 4972 | A revised form of order has been submitted under certification of counsel. |

23

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JOHNSON, REGINA | 565 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, STEPHANIE | 3448 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, VICKI Y | 3127 | A revised form of order has been submitted under certification of counsel. |
| JOHNSTON, LEE | 2596 | A revised form of order has been submitted under certification of counsel. |
| JONES, BARBARA B | 5751 | A revised form of order has been submitted under certification of counsel. |
| JONES, BEATRICE | 3370 | A revised form of order has been submitted under certification of counsel. |
| JONES, BILLY G | 4601 | A revised form of order has been submitted under certification of counsel. |
| JONES, BOBBIE J | 5649 | A revised form of order has been submitted under certification of counsel. |
| JONES, CAMELLIA | 3049 | A revised form of order has been submitted under certification of counsel. |
| JONES, DIANNA | 2268 | A revised form of order has been submitted under certification of counsel. |
| JONES, JERRY | 5976 | A revised form of order has been submitted under certification of counsel. |
| JONES, KATHLEEN | 3386 | A revised form of order has been submitted under certification of counsel. |
| JONES, KEVIN | 3259 | A revised form of order has been submitted under certification of counsel. |
| JONES, RUTH | 7998 | A revised form of order has been submitted under certification of counsel. |
| JONES, SHAMIKA | 4089 | A revised form of order has been submitted under certification of counsel. |
| JONES, TED D | 5007 | A revised form of order has been submitted under certification of counsel. |

24

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JORDAN, DENISE R | 8055 | A revised form of order has been submitted under certification of counsel. |
| JORDAN, JERROLD | 2878 | A revised form of order has been submitted under certification of counsel. |
| JORDAN, W T | 3825 | A revised form of order has been submitted under certification of counsel. |
| JUNKIN, BETTY | 1227 | A revised form of order has been submitted under certification of counsel. |
| KALTHOFF, LOIS | 2432 | A revised form of order has been submitted under certification of counsel. |
| KARDATZKE, JUANITA | 5231 | A revised form of order has been submitted under certification of counsel. |
| KAITELUS, SANDY | 2025 | A revised form of order has been submitted under certification of counsel. |
| KELLEY, EDNA M | 3239 | A revised form of order has been submitted under certification of counsel. |
| KELLEY, LAWRENCE C | 1764 | A revised form of order has been submitted under certification of counsel. |
| KERR, ROBERT L | 3682 | A revised form of order has been submitted under certification of counsel. |
| KING, SHERRI L | 3788 | A revised form of order has been submitted under certification of counsel. |
| KIRBY, LEGRAND | 271 | A revised form of order has been submitted under certification of counsel. |
| KITTRELL, VICKIE | 2301 | A revised form of order has been submitted under certification of counsel. |
| KNEBEL, RICHARD | 3438 | A revised form of order has been submitted under certification of counsel. |
| KNOWLES, KENNETH | 3554 | A revised form of order has been submitted under certification of counsel. |
| KOSIEC, BARBARA | 5787 | A revised form of order has been submitted under certification of counsel. |

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KOSTAK, CONNIE L | 1590 | A revised form of order has been submitted under certification of counsel. |
| KOVACH, SUSAN | 5281 | A revised form of order has been submitted under certification of counsel. |
| KRAUSE, KARI | 2807 | A revised form of order has been submitted under certification of counsel. |
| KROL, JOSEPH E | 3089 | A revised form of order has been submitted under certification of counsel. |
| KROMIS, THOMAS | 3610 | A revised form of order has been submitted under certification of counsel. |
| LABADIE, GABRIELLE | 4264 | A revised form of order has been submitted under certification of counsel. |
| LACY, FRANKIE | 3196 | A revised form of order has been submitted under certification of counsel. |
| LAMESA REALESTATE LLC | 4776 | A revised form of order has been submitted under certification of counsel. |
| LAMOTHE, RYAN | 3199 | A revised form of order has been submitted under certification of counsel. |
| LANDRY GARRICK, LAURA | 4008 | A revised form of order has been submitted under certification of counsel. |
| LANDRY, GAIL | 5025 | A revised form of order has been submitted under certification of counsel. |
| LANZONI, LYN | 4350 | A revised form of order has been submitted under certification of counsel. |
| LARA, DAMON | 3072 | A revised form of order has been submitted under certification of counsel. |
| LAW OFFICE OF ALICIA MARTINEZ | 4236 | A revised form of order has been submitted under certification of counsel. |
| LECOCQ, MARY | 4506 | A revised form of order has been submitted under certification of counsel. |
| LEE, CARMITA | 4544 | A revised form of order has been submitted under certification of counsel. |

26

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| LEE, DEBBY | 3055 | A revised form of order has been submitted under certification of counsel. |
| LEE, LINDA | 2048 | A revised form of order has been submitted under certification of counsel. |
| LEE, S A | 2680 | A revised form of order has been submitted under certification of counsel. |
| LEEFONG, LINDA | 4298 | A revised form of order has been submitted under certification of counsel. |
| LEEFONG, LINDA | 4299 | A revised form of order has been submitted under certification of counsel. |
| LEGALLEZ, WR | 4716 | A revised form of order has been submitted under certification of counsel. |
| LEHNER, PAUL | 1838 | A revised form of order has been submitted under certification of counsel. |
| LELAND, RICHARD | 2820 | A revised form of order has been submitted under certification of counsel. |
| LEMONS, GARY | 2841 | A revised form of order has been submitted under certification of counsel. |
| LENDERMAN, FORREST | 1871 | A revised form of order has been submitted under certification of counsel. |
| LEOPOLD, ROBERT | 2003 | A revised form of order has been submitted under certification of counsel. |
| LEWIS, ARTHUR T | 1453 | A revised form of order has been submitted under certification of counsel. |
| LEWIS, ROBIN | 3497 | A revised form of order has been submitted under certification of counsel. |
| LEWIS, RODERICK | 2468 | A revised form of order has been submitted under certification of counsel. |
| LEWIS, VERNA LEE | 4152 | A revised form of order has been submitted under certification of counsel. |
| LEYVA, JULIO | 1672 | A revised form of order has been submitted under certification of counsel. |

27