Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| LIESENFELT, DOYLE | 1786 | A revised form of order has been submitted under certification of counsel. |
| LILLARD, SANDRA | 4546 | A revised form of order has been submitted under certification of counsel. |
| LILLEY, JACK A | 3176 | A revised form of order has been submitted under certification of counsel. |
| LILTON, RUTH ABRON | 1974 | A revised form of order has been submitted under certification of counsel. |
| LIN, JOHN | 2874 | A revised form of order has been submitted under certification of counsel. |
| LIPTAY, ALBERT | 2739 | A revised form of order has been submitted under certification of counsel. |
| LIPTAY, FRIEDEL | 1997 | A revised form of order has been submitted under certification of counsel. |
| LLOYD, PHIL | 4246 | A revised form of order has been submitted under certification of counsel. |
| LOCKEY, ED M | 3138 | A revised form of order has been submitted under certification of counsel. |
| LOCKEY, JENNY | 3139 | A revised form of order has been submitted under certification of counsel. |
| LOPEZ, LAWRENCE | 1238 | A revised form of order has been submitted under certification of counsel. |
| LORIO, SIDNEY J | 831 | A revised form of order has been submitted under certification of counsel. |
| LOVE, JOYCE K | 2344 | A revised form of order has been submitted under certification of counsel. |
| LOWE, BUCK L | 2697 | A revised form of order has been submitted under certification of counsel. |
| LOWREY, TERRY A | 3344 | A revised form of order has been submitted under certification of counsel. |
| LUCAS AUTOMOTIVE RESTORATION | 1878 | A revised form of order has been submitted under certification of counsel. |

28

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LUCAS, GREG | 1877 | A revised form of order has been submitted under certification of counsel. |
| LUDWICK, AL | 2426 | A revised form of order has been submitted under certification of counsel. |
| MADRID, JOHNNY | 2144 | A revised form of order has been submitted under certification of counsel. |
| MAHLER, DEBBIE | 1918 | A revised form of order has been submitted under certification of counsel. |
| MAHURIN, KATHRINE | 4964 | A revised form of order has been submitted under certification of counsel. |
| MAKUCH, YVONNE | 7740 | A revised form of order has been submitted under certification of counsel. |
| MALDONADO, SANDRA | 2647 | A revised form of order has been submitted under certification of counsel. |
| MALTBY, JANICE | 4504 | A revised form of order has been submitted under certification of counsel. |
| MANAS, JESSIE M. | 2131 | A revised form of order has been submitted under certification of counsel. |
| MANUEL, GLORIA D | 8080 | A revised form of order has been submitted under certification of counsel. |
| MARKS, RITA | 1892 | Response filed on April 13, 2015. [Docket No. 4132]. A revised form of order has been submitted under certification of counsel. |
| MARRS, OPAL | 2252 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| MARSHALL, ALMA M | 2117 | A revised form of order has been submitted under certification of counsel. |
| MARTIN, DENISE | 2336 | A revised form of order has been submitted under certification of counsel. |
| MARTIN, DENISE | 2337 | A revised form of order has been submitted under certification of counsel. |

29

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MARTIN, LINDA | 2441 | A revised form of order has been submitted under certification of counsel. |
| MARTIN, RANDY | 8054 | A revised form of order has been submitted under certification of counsel. |
| MARTIN, WARREN H | 7745 | A revised form of order has been submitted under certification of counsel. |
| MARTINETTI, GEORGIA | 2029 | A revised form of order has been submitted under certification of counsel. |
| MARTINEZ, ALBERTO | 2605 | A revised form of order has been submitted under certification of counsel. |
| MARTINEZ, ALICIA | 4235 | A revised form of order has been submitted under certification of counsel. |
| MARTINEZ, JIM | 5627 | A revised form of order has been submitted under certification of counsel. |
| MARTINEZ, VIVIAN G | 493 | A revised form of order has been submitted under certification of counsel. |
| MASON, PATSY | 4322 | A revised form of order has been submitted under certification of counsel. |
| MATHIS, MICKEY | 1700 | A revised form of order has been submitted under certification of counsel. |
| MAXWELL, KIMBERLEY | 4394 | A revised form of order has been submitted under certification of counsel. |
| MAYBERRY, JAMES | 4328 | A revised form of order has been submitted under certification of counsel. |
| MCCRACKEN, LARRY E | 3607 | A revised form of order has been submitted under certification of counsel. |
| MCCRAY, CAROLNIQUE N. | 3102 | A revised form of order has been submitted under certification of counsel. |
| MCCURDY, JOAN | 5648 | A revised form of order has been submitted under certification of counsel. |
| MCELYEA, CHARLIE F | 3346 | A revised form of order has been submitted under certification of counsel. |

RLF1-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MCJIMSON, CARONDELET | 8071 | A revised form of order has been submitted under certification of counsel. |
| MCKINNEY, KRISTERRA | 4337 | A revised form of order has been submitted under certification of counsel. |
| MCLEMORE, DUSTI | 6068 | A revised form of order has been submitted under certification of counsel. |
| MCM SERVICES, LLC | 2310 | A revised form of order has been submitted under certification of counsel. |
| MCMILLIAN, JOSEPH | 5651 | A revised form of order has been submitted under certification of counsel. |
| MCNEAL, KERREN | 4954 | A revised form of order has been submitted under certification of counsel. |
| MCNEAL, KERREN | 6265 | A revised form of order has been submitted under certification of counsel. |
| MCPHERSON, SHOLONDA R | 8040 | A revised form of order has been submitted under certification of counsel. |
| MEAD, BILL | 2311 | A revised form of order has been submitted under certification of counsel. |
| MELLO, MARK | 2833 | A revised form of order has been submitted under certification of counsel. |
| METTE, STEVEN | 2507 | A revised form of order has been submitted under certification of counsel. |
| MILLAN, NEREIDA | 2627 | A revised form of order has been submitted under certification of counsel. |
| MILLER, ANNE N | 3642 | A revised form of order has been submitted under certification of counsel. |
| MILLER, BARBARA J | 2670 | A revised form of order has been submitted under certification of counsel. |
| MILLER, FRANCINE | 2798 | A revised form of order has been submitted under certification of counsel. |
| MILLER, HAZEL | 2501 | A revised form of order has been submitted under certification of counsel. |

31

RLF1-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MILLER, HAZEL J | 3213 | A revised form of order has been submitted under certification of counsel. |
| MILLER, SHERRY | 3390 | A revised form of order has been submitted under certification of counsel. |
| MILLER, WANDA | 2060 | A revised form of order has been submitted under certification of counsel. |
| MITCHELL, JEREMIAH | 935 | A revised form of order has been submitted under certification of counsel. |
| MOFFITT, SABRINA L | 3646 | A revised form of order has been submitted under certification of counsel. |
| MOHAMED, LYNDA | 3267 | A revised form of order has been submitted under certification of counsel. |
| MOLINA, DARRINE M | 7739 | A revised form of order has been submitted under certification of counsel. |
| MONELL, JANE | 2466 | A revised form of order has been submitted under certification of counsel. |
| MONROE, DEBRA | 5293 | A revised form of order has been submitted under certification of counsel. |
| MONTANO, MARY | 4300 | A revised form of order has been submitted under certification of counsel. |
| MONTERROSA, JUAN ANTONIO | 3043 | A revised form of order has been submitted under certification of counsel. |
| MONTGOMERY, ROARK | 5749 | A revised form of order has been submitted under certification of counsel. |
| MOODY, RYANNE | 5024 | A revised form of order has been submitted under certification of counsel. |
| MOORE, BRENDA | 4879 | A revised form of order has been submitted under certification of counsel. |
| MOORE, CHERYL | 2586 | A revised form of order has been submitted under certification of counsel. |
| MOORE, WELDON | 2674 | A revised form of order has been submitted under certification of counsel. |

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MORRIS, DANNY A | 6174 | A revised form of order has been submitted under certification of counsel. |
| MORROW-LIVZEY, JEANNIE | 2715 | A revised form of order has been submitted under certification of counsel. |
| MOSS, LINDA | 1902 | A revised form of order has been submitted under certification of counsel. |
| MOTE, CHARLES H. | 3006 | A revised form of order has been submitted under certification of counsel. |
| MOTE, MARY | 3004 | A revised form of order has been submitted under certification of counsel. |
| MOTLEY, MIKE | 376 | A revised form of order has been submitted under certification of counsel. |
| MOUNT ARIE BAPTIST CHURCH | 2101 | A revised form of order has been submitted under certification of counsel. |
| MULKEY, CHRISTINA | 3727 | A revised form of order has been submitted under certification of counsel. |
| MULVILLE, MARTHA | 3741 | A revised form of order has been submitted under certification of counsel. |
| NEAL, G A | 2169 | A revised form of order has been submitted under certification of counsel. |
| NEHAMA, ROSALYN | 1991 | A revised form of order has been submitted under certification of counsel. |
| NEHAMA, SAM | 1992 | A revised form of order has been submitted under certification of counsel. |
| NELSON, WINSTON, JR. | 3137 | A revised form of order has been submitted under certification of counsel. |
| NERY, ROBERTA | 3132 | A revised form of order has been submitted under certification of counsel. |
| NGUYEN, THUY | 4725 | A revised form of order has been submitted under certification of counsel. |
| NILSEN, SYLVIA | 2815 | A revised form of order has been submitted under certification of counsel. |

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| NINI, AMY | 2061 | A revised form of order has been submitted under certification of counsel. |
| NJAKA, PATRICK | 1760 | A revised form of order has been submitted under certification of counsel. |
| NOBLES, ANN | 2181 | A revised form of order has been submitted under certification of counsel. |
| NOE, BARBARA JEAN | 4077 | A revised form of order has been submitted under certification of counsel. |
| NORMAN, AMY | 4681 | A revised form of order has been submitted under certification of counsel. |
| NORMAN, FRANCES TYLER | 2126 | A revised form of order has been submitted under certification of counsel. |
| NORMAN, ISAAC W | 2116 | A revised form of order has been submitted under certification of counsel. |
| NOTTAGE, LATOYA | 2947 | A revised form of order has been submitted under certification of counsel. |
| NWANGUMA, EMMANUEL | 2999 | A revised form of order has been submitted under certification of counsel. |
| O J THOMAS ALUMNI | 3094 | A revised form of order has been submitted under certification of counsel. |
| OAKES, WILLIAM M | 2982 | A revised form of order has been submitted under certification of counsel. |
| ODESSA MANUFACTURING & SALES | 845 | A revised form of order has been submitted under certification of counsel. |
| OLIVIER, KATHERINE S | 7728 | A revised form of order has been submitted under certification of counsel. |
| OLSEN, THOMAS | 4966 | A revised form of order has been submitted under certification of counsel. |
| ONDROVIK, JO ANN, PHD | 2572 | A revised form of order has been submitted under certification of counsel. |
| ONDROVIK, JOANN | 1930 | A revised form of order has been submitted under certification of counsel. |

34

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ORTEL, HOWARD D | 277 | A revised form of order has been submitted under certification of counsel. |
| OSBURG, WILLIAM G | 2781 | A revised form of order has been submitted under certification of counsel. |
| PANCHAL, HARSHAD | 4190 | A revised form of order has been submitted under certification of counsel. |
| PARADA, HUGO | 2935 | A revised form of order has been submitted under certification of counsel. |
| PARADA, JOSE ROBERTO | 2934 | A revised form of order has been submitted under certification of counsel. |
| PARK, DOWON S | 3457 | A revised form of order has been submitted under certification of counsel. |
| PARK, JOUNG | 1927 | A revised form of order has been submitted under certification of counsel. |
| PARKE, WILLIAM WALTER | 5239 | A revised form of order has been submitted under certification of counsel. |
| PATE, MELINDA A | 1983 | A revised form of order has been submitted under certification of counsel. |
| PATTERSON, RONALD E | 6300 | A revised form of order has been submitted under certification of counsel. |
| PEDROZA, TANYA | 3777 | A revised form of order has been submitted under certification of counsel. |
| PEGUES, NIKKI | 3416 | A revised form of order has been submitted under certification of counsel. |
| PERDUE, KATHERINE | 2795 | A revised form of order has been submitted under certification of counsel. |
| PERDUE, KATHERINE | 2796 | A revised form of order has been submitted under certification of counsel. |
| PERFECT HAIR DESIGN | 2650 | A revised form of order has been submitted under certification of counsel. |
| PERUCCA, SCOTT | 3720 | A revised form of order has been submitted under certification of counsel. |

35

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| PETEET, ROBERT H | 257 | A revised form of order has been submitted under certification of counsel. |
| PETERSON, GLORIA | 1824 | A revised form of order has been submitted under certification of counsel. |
| PHILLIPS, MARY JAME | 844 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| PIAR, JEAN | 2232 | A revised form of order has been submitted under certification of counsel. |
| PICKARD, M F | 2976 | A revised form of order has been submitted under certification of counsel. |
| PINKSTON, CECIL K | 4598 | A revised form of order has been submitted under certification of counsel. |
| PINTER, BARBARA J | 3350 | A revised form of order has been submitted under certification of counsel. |
| PIPKIN, LORENZO III | 8052 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| POGUE, LAURA R | 4986 | A revised form of order has been submitted under certification of counsel. |
| POGUE, VANESSA | 2979 | A revised form of order has been submitted under certification of counsel. |
| POHLMAN, RICHARD C | 3389 | A revised form of order has been submitted under certification of counsel. |
| POLISHUK, ERVIN | 2059 | A revised form of order has been submitted under certification of counsel. |
| POLISHUK, RICHARD | 2089 | A revised form of order has been submitted under certification of counsel. |
| PORTER, JAMES | 2517 | A revised form of order has been submitted under certification of counsel. |
| POTHURAJU, VICTOR | 2371 | A revised form of order has been submitted under certification of counsel. |
| POTTER, KAREN | 4905 | A revised form of order has been submitted under certification of counsel. |

36

RLF1-1894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| POURZAND, SHAHRAM | 5221 | A revised form of order has been submitted under certification of counsel. |
| PRESSLER, DALE | 5026 | A revised form of order has been submitted under certification of counsel. |
| PRICE, ROBERT | 2364 | A revised form of order has been submitted under certification of counsel. |
| PROCTOR, LINDA | 5650 | A revised form of order has been submitted under certification of counsel. |
| PROLLOCK, MARSHA | 3680 | A revised form of order has been submitted under certification of counsel. |
| PROVENCE, TONI | 5136 | A revised form of order has been submitted under certification of counsel. |
| PUNCH, MARLON MICHAEL | 3776 | A revised form of order has been submitted under certification of counsel. |
| QUILLIAN, LINDA | 2900 | A revised form of order has been submitted under certification of counsel. |
| RAMIREZ, BRANDY DANIELLE | 2989 | A revised form of order has been submitted under certification of counsel. |
| RANDALL, MELINDA | 702 | A revised form of order has been submitted under certification of counsel. |
| RAYMOND, A L | 3743 | A revised form of order has been submitted under certification of counsel. |
| RAZA, JAVED I | 1741 | A revised form of order has been submitted under certification of counsel. |
| READY, VANCE H | 2726 | A revised form of order has been submitted under certification of counsel. |
| RECTOR, SUZAN | 3217 | A revised form of order has been submitted under certification of counsel. |
| REESE, DORNELL | 4090 | A revised form of order has been submitted under certification of counsel. |
| REESE, DORNELL | 8036 | A revised form of order has been submitted under certification of counsel. |

RLF-1894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| RENFRO,LENA | 1313 | A revised form of order has been submitted under certification of counsel. |
| RERCHERT, ROSE | 2648 | A revised form of order has been submitted under certification of counsel. |
| REYES, EUFEMIA | 2733 | A revised form of order has been submitted under certification of counsel. |
| RIDER, PEARLIE L | 3580 | A revised form of order has been submitted under certification of counsel. |
| RILEY, NIKESHA | 3441 | A revised form of order has been submitted under certification of counsel. |
| RIOS, TERESA | 1742 | A revised form of order has been submitted under certification of counsel. |
| ROBERTS, MARIEL | 3307 | A revised form of order has been submitted under certification of counsel. |
| ROBERTS, RUSSELL P | 2293 | A revised form of order has been submitted under certification of counsel. |
| ROBERTSON, JONI | 4169 | A revised form of order has been submitted under certification of counsel. |
| ROBINSON WILLIMS, DANA | 3300 | A revised form of order has been submitted under certification of counsel. |
| ROBINSON, JOHN | 2766 | A revised form of order has been submitted under certification of counsel. |
| ROBINSON, KEISHA | 2394 | A revised form of order has been submitted under certification of counsel. |
| ROBINSON, RUTH | 2669 | A revised form of order has been submitted under certification of counsel. |
| ROBINSON, VIOLET | 3666 | A revised form of order has been submitted under certification of counsel. |
| ROCKWELL, THOMAS S | 2255 | A revised form of order has been submitted under certification of counsel. |
| RODRIGUEZ, ELIZA | 3606 | A revised form of order has been submitted under certification of counsel. |

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| RODRIGUEZ, JAVIER | 3805 | A revised form of order has been submitted under certification of counsel. |
| RODRIGUEZ, JUAN | 4069 | A revised form of order has been submitted under certification of counsel. |
| RODRIGUEZ, MARIA ELENA | 2442 | A revised form of order has been submitted under certification of counsel. |
| RODRIGUEZ, SANDRA | 3814 | A revised form of order has been submitted under certification of counsel. |
| ROGERS, MAE | 1854 | A revised form of order has been submitted under certification of counsel. |
| ROPP, WADE | 1687 | A revised form of order has been submitted under certification of counsel. |
| ROSOFF, NINA | 4655 | A revised form of order has been submitted under certification of counsel. |
| ROSS, ANGELA E | 5975 | A revised form of order has been submitted under certification of counsel. |
| RUCKER AND SONS | 1811 | A revised form of order has been submitted under certification of counsel. |
| RUCKER, ERIN | 1812 | A revised form of order has been submitted under certification of counsel. |
| RUCKER, WILLIAM | 1813 | A revised form of order has been submitted under certification of counsel. |
| RUCKER, WILLIAM F | 1814 | A revised form of order has been submitted under certification of counsel. |
| SADLER, JEAN E | 4985 | A revised form of order has been submitted under certification of counsel. |
| SAMUEL, HAZEL L | 8046 | A revised form of order has been submitted under certification of counsel. |
| SAN LORETTE INC. | 7770 | A revised form of order has been submitted under certification of counsel. |
| SANCHEZ, GRACE CAMACHO | 3394 | A revised form of order has been submitted under certification of counsel. |

39

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SANDERS, RICHARD | 1933 | A revised form of order has been submitted under certification of counsel. |
| SANTOS, MARY | 2552 | A revised form of order has been submitted under certification of counsel. |
| SAPP, DEBRA | 2376 | A revised form of order has been submitted under certification of counsel. |
| SCHAEFER, TAMELA | 3170 | A revised form of order has been submitted under certification of counsel. |
| SCHAFER, DREW | 4831 | A revised form of order has been submitted under certification of counsel. |
| SCHARIED, ROBERT | 1666 | A revised form of order has been submitted under certification of counsel. |
| SCHEPIS, DONNA | 5244 | A revised form of order has been submitted under certification of counsel. |
| SCHOENTHALER, JOHN W | 2683 | A revised form of order has been submitted under certification of counsel. |
| SCHOOLEY, MARY JANE | 2945 | A revised form of order has been submitted under certification of counsel. |
| SCHOTT, SHEILA | 5115 | A revised form of order has been submitted under certification of counsel. |
| SCOGGINS, MYRON | 4622 | A revised form of order has been submitted under certification of counsel. |
| SCOTT FREE INVESTMENTS LP | 3421 | A revised form of order has been submitted under certification of counsel. |
| SCOTT FREE INVESTMENTS LP | 3422 | A revised form of order has been submitted under certification of counsel. |
| SEAGO, CARL | 2723 | A revised form of order has been submitted under certification of counsel. |
| SEARS, TONY | 4965 | A revised form of order has been submitted under certification of counsel. |
| SEBASTINE, LINDA | 2234 | A revised form of order has been submitted under certification of counsel. |

40

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SEBESTA, RAYMOND | 2267 | A revised form of order has been submitted under certification of counsel. |
| SELLERS, BERNADINE | 4726 | A revised form of order has been submitted under certification of counsel. |
| SERNA, NICOLAS | 4515 | A revised form of order has been submitted under certification of counsel. |
| SEVE, AMY | 3211 | A revised form of order has been submitted under certification of counsel. |
| SEWELL, ANITA | 5241 | A revised form of order has been submitted under certification of counsel. |
| SHASTID, PHILLIP | 1853 | A revised form of order has been submitted under certification of counsel. |
| SHAW, ELBERT L | 2775 | A revised form of order has been submitted under certification of counsel. |
| SHED, MAGGIE | 1750 | A revised form of order has been submitted under certification of counsel. |
| SHEFFIELD, GERALD | 2011 | A revised form of order has been submitted under certification of counsel. |
| SIMMONS, DAVID | 1907 | A revised form of order has been submitted under certification of counsel. |
| SIMMONS, DAVID | 1908 | A revised form of order has been submitted under certification of counsel. |
| SIMON, GAIL | 3140 | A revised form of order has been submitted under certification of counsel. |
| SIMONTON, SHIRLEY | 3482 | A revised form of order has been submitted under certification of counsel. |
| SINGLETON, GREGORY L | 6165 | A revised form of order has been submitted under certification of counsel. |
| SIZENBACH, MARY | 4553 | A revised form of order has been submitted under certification of counsel. |
| SKRIBANOWITZ, MARY | 4891 | A revised form of order has been submitted under certification of counsel. |

41

RLF1-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SKRIBANOWITZ, MARY VALLEJO | 4892 | A revised form of order has been submitted under certification of counsel. |
| SLAPE, DON T | 3093 | A revised form of order has been submitted under certification of counsel. |
| SLIDER, R H | 2523 | A revised form of order has been submitted under certification of counsel. |
| SMALL, WORLD LEARNING CENTER | 3295 | A revised form of order has been submitted under certification of counsel. |
| SMALL, YOLANDA NICOLE | 4830 | Response filed on April 8, 2015. [Docket No. 4089]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| SMITH, BILLIE | 1676 | A revised form of order has been submitted under certification of counsel. |
| SMITH, BRENDA S | 4576 | A revised form of order has been submitted under certification of counsel. |
| SMITH, DARRELL | 3718 | A revised form of order has been submitted under certification of counsel. |
| SMITH, ESTER | 8067 | A revised form of order has been submitted under certification of counsel. |
| SMITH, EUNICE | 4554 | A revised form of order has been submitted under certification of counsel. |
| SMITH, FLONONDA K | 3392 | A revised form of order has been submitted under certification of counsel. |
| SMITH, ISAIAH | 3498 | A revised form of order has been submitted under certification of counsel. |
| SMITH, JEAN | 2010 | A revised form of order has been submitted under certification of counsel. |
| SMITH, JEROME E | 1791 | A revised form of order has been submitted under certification of counsel. |
| SMITH, MICHAEL | 3010 | A revised form of order has been submitted under certification of counsel. |

42

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SMITH, MIKE | 5642 | A revised form of order has been submitted under certification of counsel. |
| SMITH, MIKE | 5643 | A revised form of order has been submitted under certification of counsel. |
| SMITH, THERESA | 3748 | A revised form of order has been submitted under certification of counsel. |
| SMITH, WILLIAM | 4549 | A revised form of order has been submitted under certification of counsel. |
| SMITHEY, GAIL | 904 | A revised form of order has been submitted under certification of counsel. |
| SMITHEY, GAIL | 905 | A revised form of order has been submitted under certification of counsel. |
| SNOE, CYNTHIA | 309 | A revised form of order has been submitted under certification of counsel. |
| SOHRABI, BAHRAM | 1658 | A revised form of order has been submitted under certification of counsel. |
| SOLIS, RITA | 1032 | A revised form of order has been submitted under certification of counsel. |
| SOLLERS, TERRY L | 3202 | A revised form of order has been submitted under certification of counsel. |
| SONG, KEUMSUP | 5080 | A revised form of order has been submitted under certification of counsel. |
| SORTO, MARIO | 2734 | A revised form of order has been submitted under certification of counsel. |
| SPENCER, STEPHEN | 3792 | A revised form of order has been submitted under certification of counsel. |
| SPIER, PHILLIP | 1740 | A revised form of order has been submitted under certification of counsel. |
| ST LUKE PRESBYTERIAN CHURCH | 2695 | A revised form of order has been submitted under certification of counsel. |
| STAMPFER, KATHY | 4206 | A revised form of order has been submitted under certification of counsel. |

43

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| STARK, STEVE | 5232 | A revised form of order has been submitted under certification of counsel. |
| STEAKLEY, DANIELLE | 3480 | A revised form of order has been submitted under certification of counsel. |
| STEARNS, LINDA | 2026 | A revised form of order has been submitted under certification of counsel. |
| STEFFENS, ROBERT | 2334 | A revised form of order has been submitted under certification of counsel. |
| STEPHENS, FRAN | 2333 | A revised form of order has been submitted under certification of counsel. |
| STEPHENSON, ALBERT | 3519 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| STEVENS, CINDY | 1939 | A revised form of order has been submitted under certification of counsel. |
| STEVENS, ULDINE | 8096 | A revised form of order has been submitted under certification of counsel. |
| STOKES, JAMES | 2870 | A revised form of order has been submitted under certification of counsel. |
| STONE, ROY A | 2471 | A revised form of order has been submitted under certification of counsel. |
| STORRS, ARVELLA | 1734 | A revised form of order has been submitted under certification of counsel. |
| STRAHAN, NOELL | 2867 | A revised form of order has been submitted under certification of counsel. |
| SUBRAMANIAN, GOVINDAN | 2871 | A revised form of order has been submitted under certification of counsel. |
| SUMMERS, DIANNA | 2113 | A revised form of order has been submitted under certification of counsel. |
| TARVER, NEVA | 2986 | A revised form of order has been submitted under certification of counsel. |
| TAYLOR, CAROL B | 1905 | A revised form of order has been submitted under certification of counsel. |

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| TAYLOR, CARROLL GENE | 834 | A revised form of order has been submitted under certification of counsel. |
| TAYLOR, GENE | 1203 | A revised form of order has been submitted under certification of counsel. |
| TAYLOR, MARGIE | 3146 | A revised form of order has been submitted under certification of counsel. |
| TAYLOR, MELISSA | 6168 | A revised form of order has been submitted under certification of counsel. |
| TAYLOR, OLGA | 3305 | A revised form of order has been submitted under certification of counsel. |
| TEAGUE, HERMAN JR. | 1874 | A revised form of order has been submitted under certification of counsel. |
| TEAGUE, HERMAN JR. | 1875 | A revised form of order has been submitted under certification of counsel. |
| TERRONES, JOSEPHINE | 4076 | A revised form of order has been submitted under certification of counsel. |
| TERRY, RUTH | 3809 | A revised form of order has been submitted under certification of counsel. |
| THOMAS, BETTY ANN | 1928 | A revised form of order has been submitted under certification of counsel. |
| THOMAS, CAROLINE | 3238 | A revised form of order has been submitted under certification of counsel. |
| THOMAS, CLARICE | 302 | A revised form of order has been submitted under certification of counsel. |
| THOMAS, JERRY | 2925 | A revised form of order has been submitted under certification of counsel. |
| THOMAS, LEE W | 3543 | A revised form of order has been submitted under certification of counsel. |
| THOMAS, MICAELA | 3626 | A revised form of order has been submitted under certification of counsel. |
| THOMAS, TOSEIKA | 3219 | A revised form of order has been submitted under certification of counsel. |

45

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| THOMPSON, MELODY L | 4371 | A revised form of order has been submitted under certification of counsel. |
| THORPE, PETER EARL JR | 1763 | A revised form of order has been submitted under certification of counsel. |
| THRISTAN, BRANDY | 1462 | A revised form of order has been submitted under certification of counsel. |
| TORRES, MICHAEL R | 3085 | A revised form of order has been submitted under certification of counsel. |
| TRACEY, MIKE | 3050 | A revised form of order has been submitted under certification of counsel. |
| TRAMMELL, R V | 4204 | A revised form of order has been submitted under certification of counsel. |
| TRAPP, GEORGE A | 3789 | A revised form of order has been submitted under certification of counsel. |
| TREADWELL, PEYTON A | 4987 | A revised form of order has been submitted under certification of counsel. |
| TRIETSCH, KIMBERLY | 2857 | A revised form of order has been submitted under certification of counsel. |
| TROUB, JOYCE | 2923 | A revised form of order has been submitted under certification of counsel. |
| TRUONG, LANA | 3200 | A revised form of order has been submitted under certification of counsel. |
| TURNER, CYNTHIA | 2023 | A revised form of order has been submitted under certification of counsel. |
| TURNEY, SANDRA | 4668 | A revised form of order has been submitted under certification of counsel. |
| UDR, INC. | 8009 | A revised form of order has been submitted under certification of counsel. |
| UGALDE, CHARLOTTE | 3584 | A revised form of order has been submitted under certification of counsel. |
| UNA INFINITY LP | 3823 | A revised form of order has been submitted under certification of counsel. |

46

RLF1-1894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| UNION MERCANTILE CORP. | 2852 | A revised form of order has been submitted under certification of counsel. |
| UNION MERCANTILE CORPORATION | 2849 | A revised form of order has been submitted under certification of counsel. |
| UNION MERCANTILE CORPORATION | 2850 | A revised form of order has been submitted under certification of counsel. |
| VANA, JOSELINE | 3807 | A revised form of order has been submitted under certification of counsel. |
| VARNER, MARY | 2535 | A revised form of order has been submitted under certification of counsel. |
| VARNER, MARY | 2536 | A revised form of order has been submitted under certification of counsel. |
| VARNER, MARY | 2537 | A revised form of order has been submitted under certification of counsel. |
| VARNER, MARY | 2539 | A revised form of order has been submitted under certification of counsel. |
| VASQUEZ, SYLVIA | 2574 | A revised form of order has been submitted under certification of counsel. |
| VAUGHN, DONNA | 2510 | A revised form of order has been submitted under certification of counsel. |
| VAUGHN, REGINA L | 2129 | A revised form of order has been submitted under certification of counsel. |
| VAUGHN, TERETTA | 8063 | The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| VERDUGO, VICKI | 3578 | A revised form of order has been submitted under certification of counsel. |
| VERRET-GODFREY, AMY L | 7632 | A revised form of order has been submitted under certification of counsel. |
| VILLANUEVA, GRACY L | 1806 | A revised form of order has been submitted under certification of counsel. |
| VILLANUEVA, ROSA | 1886 | A revised form of order has been submitted under certification of counsel. |

RLF1-1894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| VILLARREAL, PEARL | 3056 | A revised form of order has been submitted under certification of counsel. |
| VILLARREAL, TIMMY | 1520 | Response filed on April 10, 2015. [Docket No. 4114]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| VISSER, MARGARET | 3355 | A revised form of order has been submitted under certification of counsel. |
| VRBA, LARRY E | 2114 | A revised form of order has been submitted under certification of counsel. |
| WAGNER, FAYE N | 2814 | A revised form of order has been submitted under certification of counsel. |
| WALDROP, PAULA | 7524 | A revised form of order has been submitted under certification of counsel. |
| WALKER, GINA | 2080 | A revised form of order has been submitted under certification of counsel. |
| WALKER, GLORIA L | 4709 | A revised form of order has been submitted under certification of counsel. |
| WALKER, KELLY | 3029 | A revised form of order has been submitted under certification of counsel. |
| WALKER, ROBERT | 3557 | Response filed on April 14, 2015. [Docket No. 4151]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| WARD, BOBBY RAY | 4205 | A revised form of order has been submitted under certification of counsel. |
| WARD, JERRY | 4886 | A revised form of order has been submitted under certification of counsel. |
| WARREN, DOROTHY | 4609 | A revised form of order has been submitted under certification of counsel. |
| WARREN, RODGER E | 4980 | A revised form of order has been submitted under certification of counsel. |
| WARREN, RODGER E. | 2227 | A revised form of order has been submitted under certification of counsel. |

48

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WARREN, WOODROW | 4981 | A revised form of order has been submitted under certification of counsel. |
| WASKEL, LUCINDA | 2027 | A revised form of order has been submitted under certification of counsel. |
| WATKINS, JOAN BEDFORD | 2429 | A revised form of order has been submitted under certification of counsel. |
| WATSON, JERRY | 2980 | A revised form of order has been submitted under certification of counsel. |
| WATSON, NANCY | 3750 | A revised form of order has been submitted under certification of counsel. |
| WEBB, ERIC K | 2946 | A revised form of order has been submitted under certification of counsel. |
| WEGER, MIKE R | 1604 | A revised form of order has been submitted under certification of counsel. |
| WELCH, BRIAN | 3081 | A revised form of order has been submitted under certification of counsel. |
| WELDON ESTES DBA : | 8048 | A revised form of order has been submitted under certification of counsel. |
| WELLINGTON, CHRIS | 3248 | A revised form of order has been submitted under certification of counsel. |
| WELLS, DOROTHY | 2952 | A revised form of order has been submitted under certification of counsel. |
| WEST, BRUCE ALLEN | 3924 | A revised form of order has been submitted under certification of counsel. |
| WEST, JAMES | 3124 | A revised form of order has been submitted under certification of counsel. |
| WEST, PANGELIA | 5252 | A revised form of order has been submitted under certification of counsel. |
| WHITE, CHARLESETTA | 2757 | A revised form of order has been submitted under certification of counsel. |
| WHITE, R C | 1659 | A revised form of order has been submitted under certification of counsel. |

49

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WHITE, V FRANCES | 3816 | A revised form of order has been submitted under certification of counsel. |
| WHITENER, AARON | 324 | A revised form of order has been submitted under certification of counsel. |
| WHITLEY, W J | 4688 | A revised form of order has been submitted under certification of counsel. |
| WHITT, JOAN H | 2329 | A revised form of order has been submitted under certification of counsel. |
| WILKINS, ANDREWLETTE M | 4646 | A revised form of order has been submitted under certification of counsel. |
| WILKINSON, DEE M. | 5116 | A revised form of order has been submitted under certification of counsel. |
| WILLIAMS, CAROL H | 5279 | A revised form of order has been submitted under certification of counsel. |
| WILLIAMS, EVA | 2312 | A revised form of order has been submitted under certification of counsel. |
| WILLIAMS, FLETA | 4305 | A revised form of order has been submitted under certification of counsel. |
| WILLIAMS, GLENDA | 3954 | A revised form of order has been submitted under certification of counsel. |
| WILLIAMS, JAMES C | 2788 | A revised form of order has been submitted under certification of counsel. |
| WILLIAMS, JOYCE | 1694 | A revised form of order has been submitted under certification of counsel. |
| WILLIAMS, MELVIN | 3256 | Response filed on April 17, 2015. [Docket No. 4204]. The hearing on this claim has been continued to June 1, 2015 starting at 10:30 a.m. (EDT). |
| WILLIAMS, ROBERT E | 464 | A revised form of order has been submitted under certification of counsel. |
| WILLIAMS, VIVIAN | 1260 | A revised form of order has been submitted under certification of counsel. |

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| WILLIAMSON, OLENA | 3022 | A revised form of order has been submitted under certification of counsel. |
| WILLIS, CLAUDETTE | 2628 | A revised form of order has been submitted under certification of counsel. |
| WILSON, ANITA | 3563 | A revised form of order has been submitted under certification of counsel. |
| WILSON, R D | 1885 | A revised form of order has been submitted under certification of counsel. |
| WILSON, SHERRI L | 2230 | A revised form of order has been submitted under certification of counsel. |
| WILTZ, JENEDA | 3147 | A revised form of order has been submitted under certification of counsel. |
| WIMBUSH, MONIQUE A | 3302 | A revised form of order has been submitted under certification of counsel. |
| WINGENROTH, KRIS | 2087 | A revised form of order has been submitted under certification of counsel. |
| WINKLER, DWIGHT | 2724 | A revised form of order has been submitted under certification of counsel. |
| WINTER, BETTY C | 3456 | A revised form of order has been submitted under certification of counsel. |
| WISE, ROBERT | 8131 | A revised form of order has been submitted under certification of counsel. |
| WISE, ROSA E | 8132 | A revised form of order has been submitted under certification of counsel. |
| WITHERSPON, VERBINA | 1210 | A revised form of order has been submitted under certification of counsel. |
| WOOD, JEFFREY B | 4606 | A revised form of order has been submitted under certification of counsel. |
| WOOD, JIM | 2534 | A revised form of order has been submitted under certification of counsel. |
| WRIGHT, BILLIE JUNE | 2332 | A revised form of order has been submitted under certification of counsel. |

51

RLF-11894928_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WRIGHT, EARNESTINE | 5771 | A revised form of order has been submitted under certification of counsel. |
| WRIGHT, RANDY | 2768 | A revised form of order has been submitted under certification of counsel. |
| XAVIER, JAQUELYN | 2942 | A revised form of order has been submitted under certification of counsel. |
| YANG, CHI CHENG | 3349 | A revised form of order has been submitted under certification of counsel. |
| YOAKUM, PATRICIA | 2582 | A revised form of order has been submitted under certification of counsel. |
| YOUNG, BERNARD TYSON | 9767 | A revised form of order has been submitted under certification of counsel. |
| YOUNG, GLORIA | 2281 | A revised form of order has been submitted under certification of counsel. |
| YOUNG, JAMES | 9766 | A revised form of order has been submitted under certification of counsel. |
| YOUNG, JUANITA | 4545 | A revised form of order has been submitted under certification of counsel. |
| YOUNG, MELZINE | 4408 | A revised form of order has been submitted under certification of counsel. |
| ZACHEUS, DEBORAH | 5120 | A revised form of order has been submitted under certification of counsel. |
| ZEIGFINGER, HAL | 2053 | A revised form of order has been submitted under certification of counsel. |
| ZHANG, JIN | 1934 | A revised form of order has been submitted under certification of counsel. |
| ZHANG, QIAN | 5018 | A revised form of order has been submitted under certification of counsel. |
| ZION MINISTRIES INC | 2152 | A revised form of order has been submitted under certification of counsel. |
| ZONE, ALVIN | 5624 | A revised form of order has been submitted under certification of counsel. |

RLF-11894928_1