# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 002 | Asset Disposition | 33.10 | $31,755.50 |
| 004 | Avoidance Action Analysis | 13.00 | $9,896.00 |
| 007 | Case Administration | 66.00 | $50,010.00 |
| 008 | Claims Administration and Objections | 6.00 | $3,778.50 |
| 010 | Employee Benefits and Pensions | 0.80 | $820.00 |
| 011 | Employment and Fee Applications | 31.00 | $19,620.00 |
| 013 | Financing and Cash Collateral | 1.90 | $1,741.00 |
| 014 | Other Litigation | 66.60 | $46,025.00 |
| 015 | Meetings and Communications with Creditors | 75.20 | $71,705.00 |
| 017 | Plan and Disclosure Statement | 189.40 | $168,429.00 |
| 019 | Relief from Stay and Adequate Protection | 2.60 | $1,817.00 |
| 021 | Tax | 365.30 | $335,562.50 |
| 023 | Discovery | 3,485.30 | $1,193,483.50 |
| 024 | Hearings | 9.40 | $8,114.00 |
| 026 | Claims Investigation | 326.10 | $245,940.00 |
| 027 | First Lien Investigation | 172.00 | $138,074.50 |
| 029 | Other Motions/Applications | 14.10 | $9,896.00 |
| 030 | Schedules and Statements | 13.00 | $9,956.00 |
| 032 | Time Entry Review | 3.20 | $3,280.00 |
| 033 | Fee Objection Discussion and Litigation | 0.60 | $615.00 |
| **Total Incurred** | | **4,874.6** | **$2,350,518.50** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(3,280.00)** |
| **Total Requested** | | | **$2,347,238.50** |

| Service Description | Amount |
|---|---:|
| Photocopies | $261.80 |
| Color Copies | $330.00 |
| Online Research – Lexis | $13,596.65 |
| Online Research - Westlaw | $5,337.44 |
| Online Research – Other Database | $943.80 |
| EDiscovery Fees | $22,767.61 |
| Business Meals | $1,602.00 |
| Meals | $290.98 |
| Transportation | $115.25 |
| Online Research – Other Database | $15.50 |
| **Total:** | **$45,261.03** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $875.00 | 6.20 | $5,425.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925.00 | 104.40 | $96,570.00 |
| Haims, Joel C. | Partner | 1993 | Litigation | $975.00 | 5.40 | $5,265.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 82.50 | $107,250.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 65.50 | $72,050.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950.00 | 184.20 | $174,990.00 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $995.00 | 32.80 | $32,636.00 |
| Marines, Jennifer L. | Partner | 2005 | Business Restructuring & Insolvency | $825.00 | 35.70 | $29,452.50 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,025.00 | 64.60 | $66,215.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,075.00 | 78.30 | $84,172.50 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $875.00 | 11.40 | $9,975.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895.00 | 84.70 | $75,806.50 |
| Abrams, Hanna | Associate | 2009 | Litigation | $725.00 | 28.80 | $20,880.00 |
| Alanis, Corinna | Associate | 2012 | Litigation | $570.00 | 44.00 | $25,080.00 |
| Arakawa, Chika | Associate | 2013 | Litigation | $495.00 | 32.90 | $16,285.50 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495.00 | 105.40 | $52,173.00 |
| Contreras, | Associate | 2012 | Litigation | $585.00 | 2.80 | $1,638.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Andrea De Ruig, David N. | Associate | 2007 | Tax | $570.00 | 86.30 | $49,191.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680.00 | 97.70 | $66,436.00 |
| Figueroa, Tiffani B. | Associate | 2014 | Litigation | $495.00 | 5.70 | $2,821.50 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $585.00 | 50.70 | $29,659.50 |
| Goett, David J. | Associate | 2012 | Tax | $585.00 | 30.30 | $17,725.50 |
| Haney, Heather Jo | Associate | 2011 | Financial Transactions | $585.00 | 3.50 | $2,047.50 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750.00 | 21.10 | $15,825.00 |
| Hiensch, Kristin A. | Associate | 2007 | Business Restructuring & Insolvency | $745.00 | 7.40 | $5,513.00 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $680.00 | 162.70 | $110,636.00 |
| Hung, Shiukay | Associate | 2009 | Tax | $750.00 | 69.60 | $52,200.00 |
| Kalansky, Shai | Associate | 2009 | Corporate | $725.00 | 4.40 | $3,190.00 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $725.00 | 23.60 | $17,110.00 |
| Lim, Clara | Associate | 2010 | Tax | $635.00 | 149.90 | 95,186.50 |
| Manlove, Kendall Lewis | Associate | Admission Pending | Litigation | $440.00 | 31.00 | $13,640.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $760.00 | 139.80 | $106,248.00 |
| Perkowski, Jacob Josep | Associate | Admission Pending | Litigation | $440.00 | 31.80 | $13,992.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760.00 | 44.40 | $33,744.00 |
| Jonathan C. | Associate | 2008 | Litigation | $760.00 | 14.20 | $10,792.00 |

ny-1186327

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Rothberg | | | | | | |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495.00 | 77.70 | $38,461.50 |
| Sorrell, Michael R. | Associate | 2010 | Litigation | $635.00 | 19.40 | $12,319.00 |
| Stern, Jessica S. | Associate | 2014 | Tax | $440.00 | 51.20 | $22,528.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,095.00 | 27.30 | $29,893.50 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $875.00 | 24.70 | $21,612.50 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $770.00 | 19.50 | $15,015.00 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $765.00 | 6.00 | $4,590.00 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $780.00 | 38.30 | $29,874.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $800.00 | 67.60 | $54,080.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Berger, Lesley D. | Senior Paralegal | 4.5 years | Corporate | $320.00 | 7.10 | $2,272.00 |
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $345.00 | 48.10 | $16,594.50 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $320.00 | 33.90 | $10,848.00 |
| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $300.00 | 7.30 | $2,190.00 |
| Gondkoff, Michael J. | eDiscovery Management | 4 years | Paralegal Management | $270.00 | 0.60 | $162.00 |
| Bergelson, | eDiscovery Project | 5 years | Litigation | $310.00 | 61.00 | $18,910.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Vadim | Manager | | | | | |
| Day, Arthur C. | eDiscovery Analyst | 2 years | Litigation | $280.00 | 1.40 | $392.00 |
| Chereshinsky, Mark | Temporary Attorney | 4 months | Litigation | $225.00 | 176.60 | $39,735.00 |
| Cusa, Thomas C. | Temporary Attorney | 4 months | Litigation | $225.00 | 155.90 | $35,077.50 |
| Dhavan, Dhruv A. | Temporary Attorney | 4 months | Litigation | $225.00 | 196.50 | $44,212.50 |
| Frances, Linda | Temporary Attorney | 4 months | Litigation | $225.00 | 51.80 | $11,655.00 |
| Gesley, Joseph | Temporary Attorney | 4 months | Litigation | $225.00 | 198.50 | $44,662.50 |
| Hou, Timothy | Temporary Attorney | 4 months | Litigation | $225.00 | 174.30 | $39,217.50 |
| Jones, Jason D. | Temporary Attorney | 4 months | Litigation | $225.00 | 187.10 | $42,097.50 |
| Kim, Eugene H. | Temporary Attorney | 4 months | Litigation | $225.00 | 178.10 | $40,072.50 |
| Lee, Yumi | Temporary Attorney | 4 months | Litigation | $225.00 | 204.00 | $45,900.00 |
| Ofosu-Antwi, Elsie J. | Temporary Attorney | 4 months | Litigation | $225.00 | 192.20 | $43,245.00 |
| Pumo, David | Temporary Attorney | 4 months | Litigation | $225.00 | 203.00 | $45,675.00 |
| Spielberg, Philip | Temporary Attorney | 4 months | Litigation | $225.00 | 175.50 | $39,487.50 |
| Thomas, Philip T. | Temporary Attorney | 4 months | Litigation | $225.00 | 201.80 | $45,405.00 |
| Weinstein, Richard | Temporary Attorney | 4 months | Litigation | $225.00 | 144.50 | $32,512.50 |
| **Total Incurred:** | | | | | **4,874.60** | **$2,350,518.50** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(3,280.00)** |
| **Total Requested** | | | | | | **$2,347,238.50** |

ny-1186327

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Photocopies | $261.80 |
| Color Copies | $330.00 |
| Online Research – Lexis | $13,596.65 |
| Online Research - Westlaw | $5,337.44 |
| Online Research – Other Database | $943.80 |
| EDiscovery Fees | $22,767.61 |
| Business Meals | $1,602.00 |
| Meals | $290.98 |
| Transportation | $115.25 |
| Online Research – Other Database | $15.50 |
| **Total:** | **$45,261.03** |

ny-1186327

# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

Invoice Number: 5426408
Invoice Date: April 29, 2015

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through February 28, 2015*

|  | U.S.Dollars |
|---|---|
| Current Disbursements | 45,261.03 |
| **Total This Invoice** | **45,261.03** |

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5426408
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: April 29, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 28-Feb-2015 | Photocopies | 261.80 |
| 28-Feb-2015 | Color Copies | 330.00 |
| 28-Feb-2015 | On-line Research – LEXIS (Feb 1 – Feb 28) | 13,596.65 |
| 28-Feb-2015 | On-line Research – WESTLAW (Feb 1 – Feb 28) | 5,337.44 |
| 28-Feb-2015 | On-line Research - OTHER DATABASE | 943.80 |
| 01-Feb-2015 | Local meals, M. Dort, 1/20/15, 7:53PM | 20.00 |
| 01-Feb-2015 | Local meals, A. Lawrence, 1/20/15, 8:10PM | 20.00 |
| 01-Feb-2015 | Local meals, A. Lawrence, 1/21/15, 7:42PM | 20.00 |
| 01-Feb-2015 | Local meals, A. Lawrence, 1/23/15, 7:40PM | 17.83 |
| 01-Feb-2015 | Local meals, A. Lawrence, 2/1/15, 2:58PM (weekend) | 20.00 |
| 03-Feb-2015 | Local meals, A. Birkenfeld, 2/3/15, 8:20PM | 16.85 |
| 10-Feb-2015 | Local meals, A. Birkenfeld, 2/10/15, 8:35PM | 16.30 |
| 15-Feb-2015 | Local meals, A. Lawrence, 2/6/15, 7:53PM | 20.00 |
| 15-Feb-2015 | Local meals, A. Lawrence, 2/7/15, 12:05PM (weekend) | 20.00 |
| 15-Feb-2015 | Local meals, A. Lawrence, 2/4/15, 7:39PM | 20.00 |
| 15-Feb-2015 | Local meals, D. Goett, 2/11/15, 7:38PM | 20.00 |
| 15-Feb-2015 | Local meals, A. Lawrence, 2/11/15, 7:39PM | 20.00 |
| 15-Feb-2015 | Local meals, A. Lawrence, 2/13/15, 7:32PM | 20.00 |
| 15-Feb-2015 | Local meals, J. Perkowski, 2/9/2015, 8:11PM | 20.00 |
| 27-Feb-2015 | Local meals, S. Martin, 2/27/15, 8:13PM | 20.00 |
| 03-Feb-2015 | Transportation, taxi/car service, A. Birkenfeld, 2/3/15, 10:09PM | 8.75 |
| 04-Feb-2015 | Transportation, taxi/car service, A. Birkenfeld, 2/4/15, 10:16PM | 8.76 |
| 10-Feb-2015 | Transportation, taxi/car service, A. Birkenfeld, 2/10/15, 9:49PM | 8.50 |
| 24-Feb-2015 | Transportation, taxi/car service, S. Martin, 2/18/15, 11:29PM | 52.12 |
| 24-Feb-2015 | Transportation, taxi/car service, A. Birkenfeld, 2/24/15, 10:12PM | 13.56 |
| 28-Feb-2015 | Transportation, taxi/car service, S. Martin, 3/1/15, 00:51AM | 23.56 |
| 28-Feb-2015 | EDiscovery Fees IRIS DATA SERVICES, INC., Monthly user access to Relativity - February 2015, eDiscovery processing, support and PM | 22,767.61 |
| 05-Feb-2015 | Business meals, 10 attendees, EFH meeting, 2/5/15 | 200.00 |
| 12-Feb-2015 | Business meals, 10 attendees, EFH meeting, 2/12/15 | 58.89 |
| 15-Feb-2015 | Business meals, 25 attendees, EFH meeting, 2/3/15 | 431.20 |
| 15-Feb-2015 | Business meals, 14 attendees, EFH meeting, 2/4/15, 6:38PM | 280.00 |
| 15-Feb-2015 | Business meals, 10 attendees, 2/11/15, 7:11PM | 178.26 |
| 19-Feb-2015 | Business meals, 8 attendees, EFH meeting, 2/19/15 | 154.12 |
| 23-Feb-2015 | Business meals, 6 attendees, client meeting, 2/23/15 | 68.01 |
| 23-Feb-2015 | Business meals, 10 attendees, EFH meeting, 2/23/15 | 45.83 |
| 26-Feb-2015 | Business meals, 7 attendees, EFH meeting, 2/26/15 | 185.69 |
| 28-Feb-2015 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 19 | 7.75 |
| 28-Feb-2015 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 19 | 7.75 |
| | Total Disbursements | 45,261.03 |
| | **Total This Invoice** | USD **45,261.03** |

2