**Exhibit A**

[Statement of Fees by Subject Matter]

49118145v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 13.7 | $9,324.50 |
| 002 | Asset Disposition | 32.7 | $33,662.50 |
| 003 | EFH Business Operations | 2.2 | $1,882.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 106.6 | $94,749.00 |
| 005 | EFH Corporate Governance and Board Matters | 111.1 | $125,712.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 6.3 | $3,824.00 |
| 007 | Employment Applications | 9.6 | $7,812.00 |
| 008 | Fee Applications and Objections | 18.7 | $16,445.50 |
| 009 | Financing and Cash Collateral | 49.9 | $45,688.50 |
| 010 | Hearings | 2.5 | $2,812.50 |
| 011 | Intercompany Claims Investigation and Analysis | 735.9 | $708,341.00 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 15.7 | $17,082.50 |
| 014 | Non-Working Travel | 74.6 | $40,222.50 |
| 015 | Plan and Disclosure Statement | 96.4 | $97,126.00 |
| 016 | Tax | 313.2 | $241,093.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,589.1** | **$1,445,778.00** |

49118145v1