# Exhibit B

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 106.0 | $135,150.00 |
|  |  |  |  | $637.50 | 9.5 | $6,056.25[1] |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 60.0 | $52,500.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 167.5 | $163,312.50 |
|  |  |  |  | $487.50 | 22.3 | $10,871.25[1] |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 17.6 | $17,600.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 24.5 | $27,562.50 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 159.2 | $179,100.00 |
|  |  |  |  | $562.50 | 15.0 | $8,437.50[1] |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 66.6 | $64,935.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 78.7 | $70,830.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 48.4 | $61,710.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 185.7 | $208,912.50 |
|  |  |  |  | $562.50 | 20.0 | $11,250.00[1] |
| Ronald E. Wood | Partner | 1988 | Litigation | $875 | 12.7 | $11,112.50 |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 136.1 | $125,892.50 |
|  |  |  |  | $462.50 | 7.8 | $3,607.50[1] |
| Steven H. Holinstat | Senior Counsel | 1996 | Litigation | $825 | 1.7 | $1,402.50 |
| Jeffrey Chubak | Associate | 2007 | Corporate | $795 | 1.3 | $1,033.50 |
| Celia V. Cohen | Associate | 2010 | Litigation | $695 | 4.5 | $3,127.50 |
| Michael E. Ellis | Associate | 2007 | Corporate | $800 | 2.5 | $2,000.00 |
| Jinyoung Joo | Associate | 2011 | Corporate | $695 | 10.3 | $7,158.50 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 56.7 | $26,365.50 |
| Brandon W. Levitan | Associate | 2010 | Corporate | $695 | 40.3 | $28,008.50 |
| Cody S. Lonning | Associate | 2014 | Litigation | $395 | 6.2 | $2,449.00 |
| Steve Ma | Associate | 2014 | Corporate | $465 | 1.1 | $511.50 |
| Joseph P. Malca | Associate | 2013 | Tax | $575 | 128.1 | $73,657.50 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 68.0 | $54,060.00 |
| Gary Silber | Associate | 2011 | Tax | $695 | 57.2 | $39,754.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 54.3 | $41,539.50 |
| Amy Zelcer | Associate | 2014 | Tax | $395 | 7.5 | $2,962.50 |
| **Total** |  |  |  |  | **1,577.3** | **$1,442,870.00** |

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| J. Devoy Dubuque | Legal Assistant | 2.5 years | Corporate | $235 | 7.2 | $1,692.00 |
| Dera J. Nevin | Director of E-Discovery Services | 0.5 years | Professional Resources | $400 | 0.8 | $320.00 |
| Bradley Presant | Legal Assistant | 2.5 years | Litigation | $235 | 2.5 | $587.50 |
| Samantha L. Randazzo | Legal Assistant | 0.75 years | Corporate | $195 | 0.8 | $156.00 |
| Javier Santiago | Legal Assistant | 12 years | Corporate | $305 | 0.5 | $152.50 |
| **Total** | | | | | **11.8** | **$2,908.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **1,589.1** | **$1,445,778.00** |

49118145v1