## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

49118145v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $1,973.80 |
| Telecommunications | $124.45 |
| Research (Lexis/Westlaw/Other Database Search Services) | $30,376.17 |
| Litigation and Corporate Support Services[1] | $51.00 |
| Travel Out-of-Town – Transportation | $15,772.43[2] |
| Taxi, Carfare, Mileage, Parking | $2,975.31[3] |
| Messenger/Delivery | $127.87 |
| Business Meals | $3,639.13[4] |
| Out-of-Town Lodging | $7,786.39[5] |
| Word Processing | $0.00[6] |
| Other Disbursements | 0.00[7] |
| **Total** | **$62,826.55** |

---

[1]     Consists of CourtCall expenses.

[2]     Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[3]     Includes a reduction of $168.61 on account of inadvertent duplicative charges.

[4]     Includes a reduction of $1,979.88 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[5]     Includes a reduction of $2,960.92 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[6]     Includes a reduction of $476.35 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[7]     Includes a reduction of $260.00 for certain overtime expenses that are not reimbursable pursuant to the fee committee guidelines.

49118145v1