# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**[D.I. 3120, 3275, 3282]** |

### SECOND SUPPLEMENTAL DECLARATION OF ANDREW G. DIETDERICH IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE COMMITTEE *NUNC PRO TUNC* TO NOVEMBER 5, 2014

I, Andrew G. Dietderich, under penalty of perjury, declare as follows:

1.　　I am a partner in the law firm of Sullivan & Cromwell LLP ("**S&C**"), located at 125 Broad Street, New York, New York 10004. I am a member in good standing of the Bar of the State of New York. There are no disciplinary proceedings pending against me.

2.　　This second supplemental declaration (the "**Second Supplemental Declaration**") is submitted in further support of the application (the "**Application**")[2] of the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for entry of an order authorizing the EFH Committee to retain and employ S&C as its counsel in connection with the chapter 11 cases of Energy Future Holdings Corporation and its

---

[1]　The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]　All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Application.

affiliated debtors and debtors in possession (collectively, the "**Debtors**"), effective *nunc pro tunc* to November 5, 2014, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware [D.I. 3120]. On January 13, 2015, the Court entered an order granting the Application [D.I. 3282]. This Second Supplemental Declaration provides additional disclosures as required pursuant to Bankruptcy Rules 2014(a) and 2016(b).

    3. Since the filing of the Application, S&C has received from the Debtors and/or their representatives a list of additional individuals and entities that may be parties in interest in these chapter 11 cases for purpose of preparing Bankruptcy Rule 2014 disclosures (the "**Additional Interested Parties**"). S&C has not independently verified the accuracy or completeness of these Additional Interested Parties. S&C has researched its internal records, using the procedures described in the *Declaration of Andrew G. Dietderich in Support of the Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Committee Nunc Pro Tunc to November 5, 2014* [D.I. 3120] (the "**Dietderich Declaration**"), to determine any connection to the Additional Interested Parties. Based on the conflicts and connections search conducted, to the best of my knowledge, neither I, the Firm, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection to the Additional Interested Parties, except as stated below:

    a. S&C currently represents the following parties, or their affiliates (as indicated in parentheses below), who may be an Additional

Interested Party or whose affiliates may be an Additional Interested Party, in matters wholly unrelated to the Debtors or these chapter 11 cases:

- AIG Assurance Co. (affiliate)
- Chase Paymentech LLC (affiliate)
- Frost Bank (affiliate)
- GE Oil & Gas Compression Systems LLC (affiliate)
- Hartford Fire Insurance Co. (affiliate)
- Keybank NA (affiliate)
- Strong Capital (affiliate)
- AlixPartners (affiliate)
- Veolia Environnement SA

b. S&C has previously represented the following parties, or their affiliates (as indicated in parentheses below), who may be an Additional Interested Party or whose affiliates may be an Additional Interested Party, in matters wholly unrelated to the Debtors or these chapter 11 cases, since January 1, 2011:

- Aetna Life Insurance Co. (affiliate)
- FedEx Techconnect Inc. (affiliate)
- Doris Fisher
- Guggenheim Life & Annuity Co. (affiliate)
- Navex Global Inc. (affiliate)
- Pennzoil-Quaker State Co. (affiliate)
- Quest Diagnostics Clinical Labs Inc. (affiliate)
- Quorum Business Solutions (USA) Inc. (affiliate)
- Kurtzman Carson Consulting (affiliate)
- The Taubman Co. (affiliate)
- Strong Capital

4. To the best of my knowledge, other than JPMorgan, an affiliate of Chase Paymentech LLC,[3] no other entity from the Additional Interested Parties, together with affiliates identified by our procedures, represented one percent (1%) or more of S&C's revenues for the fiscal year ending December 31, 2014.

---

[3] Disclosures regarding JPMorgan are contained in the Dietderich Declaration and the *Supplemental Declaration of Andrew G. Dietderich in Support of the Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Committee Nunc Pro Tunc to November 5, 2014* [D.I. 3275].

SC1:3845159.2

5. Based solely upon the conflicts procedures described herein, S&C has determined that it does not represent any person or entity having an interest adverse to the EFH Committee in connection with these chapter 11 cases. S&C remains disinterested within the meaning of 11 U.S.C. § 101(14) and does not hold or represent an interest adverse to the interests of the Debtors' estates with respect to matters on which S&C is employed.

6. S&C will promptly review its files against any updated interested parties list received from the Debtors from time to time during the pendency of these chapter 11 cases pursuant to the procedures described herein. To the extent any new relevant facts or relationships are discovered or arise in the course of such review, S&C will promptly make additional disclosure to the Court as required by Bankruptcy Rule 2014(a).

7. I am authorized to submit this Second Supplemental Declaration on behalf of S&C, and if called upon to testify, I would testify competently to the facts set forth herein.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 1, 2015

_____
Andrew G. Dietderich
Sullivan & Cromwell LLP