## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-10996 |
| EFH CORPORATE SERVICES | § | |
| COMPANY | | |
| | § | |
| DEBTOR(S) | § | CHAPTER 11 |
| | § | |

## NOTICE OF WITHDRAWAL OF
## PROOF OF CLAIM NO. 129 FILED BY FRANKLIN ISD

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **Franklin ISD,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about May 22, 2014, Franklin ISD filed a Proof of Claim for ad valorem property taxes in the amount of $ 52.68.

2. Franklin ISD hereby withdraws that Proof of Claim as the ad valorem property taxes have been paid.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By: _____
DIANE W. SANDERS
State Bar No. 16415500