## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO.  14-10996** |
| **EFH CORPORATE SERVICES** | § | |
| **COMPANY** | | |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 11** |
| | § | |

## NOTICE OF WITHDRAWAL OF
## PROOF OF CLAIM NO. 2491 FILED BY ROBERTSON COUNTY

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **Robertson County,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about June 23, 2014, Robertson County filed a Proof of Claim for ad valorem property taxes in the amount of $ 14.34.

2. Robertson County hereby withdraws that Proof of Claim as the ad valorem property taxes have been paid.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By:_____
DIANE W. SANDERS
State Bar No. 16415500

1