**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: D.I. 4138, 4274** |

**NOTICE OF FILING OF AMENDED PROPOSED ORDER ESTABLISHING
A CONFIRMATION SCHEDULE AND APPOINTING A MEDIATOR**

PLEASE TAKE NOTICE that, on April 14, 2015, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the Debtors' *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization and the Approval of the Debtors' Disclosure Statement* [D.I. 4138] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").  Pursuant to the Motion, the Debtors are seeking entry of an order (a) scheduling certain hearing dates and deadlines and (b) establishing certain protocols in connection with the confirmation of the Debtors' plan of reorganization and the approval of the Debtors' disclosure statement

PLEASE TAKE FURTHER NOTICE that, as Exhibit A to the Motion, the Debtors filed a proposed *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization and the Approval of the Debtors' Disclosure Statement* (the **"Original Order"**) [D.I. 4138, Ex. A].

PLEASE TAKE FURTHER NOTICE that, on April 24, 2015, the Debtors filed an amended version of the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization and the Approval of the Debtors' Disclosure Statement, and (C) Appointing a Mediator and Establishing the Terms Governing Mediation* [D.I. 4274] (the "**First Amended Order**").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a further amended version of the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization and the Approval of the Debtors' Disclosure Statement, and (C) Appointing a Mediator and Establishing the Terms Governing Mediation* (the "**Second Amended Order**").

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion (and any objections thereto) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **May 4, 2015 starting at 9:30 a.m. (Eastern Daylight Time)** (the "**Hearing**").

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Second Amended Order to the Bankruptcy Court at the Hearing. For the convenience of the Bankruptcy Court and other parties in interest, an incremental comparison version showing the changes between the First Amended Order and the Second Amended Order is attached hereto as **Exhibit B** and a cumulative comparison version showing the changes between the Original Order and the Second Amended Order is attached hereto as **Exhibit C**.

Dated: May 4, 2015
      Wilmington, Delaware

*Joseph C. Barsalona II*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701
Email:         collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com
             barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900
Email:         edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200
Email:         james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession