## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS | ) Case No. 14-10979 (CSS) |
| CORP., *et al.*[1], | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Deadline: 5/26/2015** |
| | ) **Hearing Date: Only if Necessary** |

### COVER SHEET FOR JANUARY FEE STATEMENT OF PHILLIPS, GOLDMAN & SPENCE, P.A.  FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE FEE COMMITTEE FOR THE PERIOD JANUARY 1, 2015 THROUGH JANUARY 31, 2015

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. (PG&S") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Retention: | January 9, 2015, *Nunc Pro Tunc* to November 21, 2014 |
| Period for which Compensation and Reimbursement sought: | January 1, 2015 through January 31, 2015 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $2,052.00 |
| 80% of Fees to be Paid: | $1,641.60 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $1,271.60 |
| Total Fees @ 80% and Expenses @ 100%: | $2,913.20 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 160 I Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

**ATTACHMENT B TO FEE STATEMENT**

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stephen W. Spence | Director/24 years/Admitted 1981/Bankruptcy | $450.00 | 0.60 | $270.00 |
| Aaron C. Baker | Associate/4 years/Admitted 2011/Bankruptcy | $270.00 | 2.10 | $567.00 |
| Celeste A. Hartman | Senior Paralegal/18 years/20 years prior experience/Bankruptcy | $150.00 | 8.10 | 1,215.00 |
| Grand Totals | | | 10.80 | $2,052.00 |
| Blended Rate | | | | $190.00 |

**COMPENSATION BY CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| PG&S Fee/Employment Applications | 5.90 | $1,005.00 |
| Fee/Employment Applications | 3.90 | $867.00 |
| Case Administration | 1.00 | $180.00 |
| Total | | $2,052.00 |

**EXPENSE SUMMARY**

| Expense Category | Service Provider | Total Expense |
|---|---|---|
| On-Line Docket Research | Pacer | $29.90 |
| Copy, mail fees | Parcels, Inc. | $1,226.00[2] |
| Hand Delivery Fees | Parcels, Inc. | $15.00 |
| Total Requested | | $1,271.60 |

[2] This cost was incurred in early December for the copying and mailing of 3 documents, prior to use of Garden City Group, Inc.

Date:  May 4, 2015                    PHILLIPS, GOLDMAN & SPENCE, P.A.


_____ /s/ Stephen W. Spence _____
Stephen W. Spence, Esquire (DE#2033)
1200 North Broom Street
Wilmington, DE 19806
Telephone (302) 655-4200
Facsimile (302) 655-4200
sws@pgslaw.com
*Delaware Counsel to the Fee Committee*