# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JANUARY 1, 2015
# THROUGH JANUARY 31, 2015

```
                                                               Page   2


                                                       February 24, 2015


                                                      File  EFH-FEE/SWS
                                                  Invoice number  114765

Re:  In re: Energy Future Holdings Corp., et al.
     Fee Committee


            EMP      SERVICES                          HOURS         AMOUNT

01/02/15    CAH     CASE ADMINISTRATION                 1.0          180.00
01/08/15    CAH     PG&S FEE RETENTION
                    APPLICATIONS                        5.9        1,005.00
01/09/15    CAH     FEE/EMPLOYMENT APPLICATIONS         3.9          867.00
                                                     -------    -------------
            Subtotal for FEES only: 01/31/15           10.8        $2,052.00
                                                     -------    -------------


         RATE    SUMM            HOURS

        450.00   SWS     0.60    0.60     270.00      0.00         0.00
        270.00   AB      2.10    2.10     567.00      0.00         0.00
        150.00   CAH     8.10    8.10   1,215.00      0.00         0.00
                       -------  ------ ---------    -------     ---------
Totals                  10.80   10.80   2,052.00      0.00         0.00
```

```
FEE APP                                    LEGALMASTER MIRC for Transactions                                    4/22/2015  Pg 1
                                                         -Fees-

Sorts: Grouping code         (Paginate)
       Client code
       Actual employee code  (Subtotal)
       Transaction date

Ranges:
  Include "Client code" from EFH to EFH
  Exclude "Billable $" from 0.00 to 0.00
  Include "Invoice Number" from 114765 to 114765
```

| Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | CAH | 01/02/15 | Update docket and check for pro hac order; download fee order. | 0.20 | 30.00 | Ca |
| CASE ADMINISTRATION | CAH | 01/08/15 | Review of e-mail from K. Boucher re: upcoming hearings and calendar same. | 0.20 | 30.00 | |
| CASE ADMINISTRATION | CAH | 01/21/15 | E-mail from Kathleen Boucher information concerning fee periods and forms of pleadings. | 0.20 | 30.00 | |
| CASE ADMINISTRATION | CAH | 01/21/15 | Update docket to system. | 0.10 | 15.00 | |
| CASE ADMINISTRATION | CAH | 01/23/15 | E-mail to co-counsel re: upcoming filings and respond to response received. | 0.20 | 30.00 | |
| | | | | ---- | ------ | |
| | | | | 0.90 | 135.00 | |
| CASE ADMINISTRATION | SWS | 01/08/15 | Review of e-mail from K. Stadler concerning Energy Futures status. | 0.10 | 45.00 | |
| | | | | ---- | ------ | |
| | | | | 0.10 | 45.00 | |
| | | | | 1.00 | 180.00 | |

Total records this group: 6

```
FEE APP                          LEGALMASTER MIRC for Transactions                        4/22/2015  Pg 2
                                              -Fees-
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/08/15 | Draft Certificate of Counsel for Phillips, Goldman & Spence retention application and forward to Stephen W. Spence to review; once approved forward to co-counsel. | 0.50 | 75.00 | Pf |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/09/15 | Review of e-mail from K. Stadler and file Certificate of Counsel re: Phillips, Goldman & Spence retention application; send to GCG to serve. | 0.30 | 45.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/13/15 | Begin Phillips, Goldman & Spence fee application (.5); e-mail questions to co-counsel concerning fee applications (.1). | 0.60 | 90.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/14/15 | Complete draft form for fee application for Phillips, Goldman & Spence. | 1.50 | 225.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/19/15 | Conference with Stephen W. Spence re: fee apps and conforming to procedures Order. | 0.30 | 45.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/20/15 | After approval of form and revisions of Phillips, Goldman & Spence November and December fee statements (1.6); Send to Stephen W. Spence for approval (.1). | 1.70 | 255.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/20/15 | Review of and revise fee statements and prepare in final. | 0.20 | 30.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/21/15 | E-mail to C. Andreas concerning service of fee statements. | 0.10 | 15.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/23/15 | Teleconference C. Andres concerning form of monthly fee statements and review of costs permitted. | 0.30 | 45.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | SWS | 01/08/15 | Review of and approve Certificate of Counsel; phone conference with Celeste A. Hartman to file. | 5.50 | 825.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | SWS | 01/19/15 | Review of draft interim fee applications; review of interim compensation order. | 0.10 | 45.00 | |
| | | | | | 0.30 | 135.00 | |
| | | | | | 0.40 | 180.00 | |
| | | | | | 5.90 | 1,005.00 | |

Total records this group: 11

LEGALMASTER MIRC for Transactions
-Fees-

| C1 code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | AB | 01/23/15 | Review of fee committee report on Kirkland Ellis fee application to be filed on 1/23. | 0.30 | 81.00 | fa |
| FEE/EMPLOYMENT APPLICATIONS | AB | 01/26/15 | Draft e-mails to Eric Wilson and Mark Hancock on the status of the draft of the proposed order regarding the Kirkland Ellis fee application. | 0.30 | 81.00 | |
| FEE/EMPLOYMENT APPLICATIONS | AB | 01/26/15 | Preparation of order for filing/submission to Court at Hearing for Kirkland Ellis fee application. | 0.20 | 54.00 | |
| FEE/EMPLOYMENT APPLICATIONS | AB | 01/26/15 | Revision to draft order granting fee application of Kirkland Ellis per comments of debtor's counsel. | 0.20 | 54.00 | |
| FEE/EMPLOYMENT APPLICATIONS | AB | 01/26/15 | Attendance at Hearing on Kirkland Ellis fee application. | 1.10 | 297.00 | |
| | | | | 2.10 | 567.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 01/09/15 | Conference with Aaron C. Baker regarding preparation for hearing; review of e-mail from Stephen W. Spence and e-mail to K. Stadler concerning hearing. | 0.20 | 30.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 01/12/15 | Update docket; download Phillips, Goldman & Spence retention order and disseminate same. | 0.30 | 45.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 01/12/15 | Review of filed fee applications; e-mail to T. Steward concerning form of time detail for fee applications bills. | 0.50 | 75.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 01/12/15 | Review of fee procedures order and fee apps filed. | 0.30 | 45.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 01/22/15 | E-mail to co-counsel concerning results of committee meeting. | 0.10 | 15.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 01/23/15 | Format file and serve fee committee report. | 0.30 | 45.00 | |
| | | | | 1.70 | 255.00 | |
| FEE/EMPLOYMENT APPLICATIONS | SWS | 01/23/15 | Phone conference with Celeste A. Hartman concerning report to be filed on Friday. | 0.10 | 45.00 | |
| | | | | 0.10 | 45.00 | |
| | | | | 3.90 | 867.00 | |

Total records this group: 12                                                                                10.80     2,052.00

29 records printed.