# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JANUARY 1, 2015
# THROUGH JANUARY 31, 2015

Page   2

February 24, 2015

File   EFH-FEE/SWS
Invoice number   114765

Re:   In re: Energy Future Holdings Corp., et al.
      Fee Committee

    COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 12/31/14 | On-line docket research | 29.90 |
| 01/21/15 | Check No.: 56469 - Parcel's Inc. - Document Services. | 1,226.70 |
| 01/28/15 | Check No.: 56527 - Parcel's Inc. - Document Services - delivery fee for courier to Bankruptcy Court. | 5.00 |
| 01/28/15 | Check No.: 56528 - Parcel's Inc. - Document Services  - delivery fee for courier to Bankruptcy Court. | 5.00 |
| 01/30/15 | Check No.: 56561 - Parcel's Inc. - Document Services  - delivery fee for courier to Bankruptcy Court. | 5.00 |

    Subtotal for COSTS only: 01/31/15     $1,271.60