IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS<br>CORP., *et al.*[1],<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) Jointly Administered <br> ) <br> ) **Objection Deadline: 5/26/2015** <br> ) **Hearing Date: Only if Necessary** |

COVER SHEET FOR FEBRUARY FEE STATEMENT OF
PHILLIPS, GOLDMAN & SPENCE, P.A. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS DELAWARE
COUNSEL TO THE FEE COMMITTEE FOR THE PERIOD
<u>FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015</u>

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. (PG&S") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Retention: | January 9, 2015, *Nunc Pro Tunc* to November 21, 2014 |
| Period for which Compensation and Reimbursement sought: | February 1, 2015 through February 28, 2015 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,995.00 |
| 80% of Fees to be Paid: | $1,596.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total Fees @ 80% and Expenses @ 100%: | $1,596.00 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

## ATTACHMENT B TO FEE STATEMENT

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stephen W. Spence | Director/24 years/Admitted 1981/Bankruptcy | $450.00 | 0.30 | $135.00 |
| Aaron C. Baker | Associate/4 years/Admitted 2011/Bankruptcy | $270.00 | 4.50 | $1,215.00 |
| Celeste A. Hartman | Senior Paralegal/18 years/20 years prior experience/Bankruptcy | $150.00 | 4.30 | $645.00 |
| Grand Totals | | | 9.10 | $1,995.00 |
| Blended Rate | | | | $219.23 |

## COMPENSATION BY CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications | 6.90 | $1,575.00 |
| PG&S Fee/Employment Applications | 2.20 | $420.00 |
| Total | | $1,995.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expense |
|---|---|---|
| | NO EXPENSES WERE INCURRED THIS MONTH | $0.00 |

Date:   May 4, 2015

                                      PHILLIPS, GOLDMAN & SPENCE, P.A.

                                      */s/ Stephen W. Spence*
                                  Stephen W. Spence, Esquire (DE#2033)
                                  1200 North Broom Street
                                  Wilmington, DE 19806
                                  Telephone (302) 655-4200
                                  Facsimile (302) 655-4200
                                  sws@pgslaw.com
                                  *Delaware Counsel to the Fee Committee*