# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# FEBRUARY 1, 2015
# THROUGH FEBRUARY 28, 2015

March 19, 2015

File   EFH-FEE/SWS
Invoice number   115096

Re:   In re: Energy Future Holdings Corp., et al.
      Fee Committee

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 6.9 | 1,575.00 |
| PG&S FEE RETENTION APPLICATIONS | 2.2 | 420.00 |
| Subtotal for FEES only: 02/28/15 | 9.1 | $1,995.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 450.00 | SWS | 0.30 | 0.30 | 135.00 | 0.00 | 0.00 |
| 270.00 | AB | 4.50 | 4.50 | 1,215.00 | 0.00 | 0.00 |
| 150.00 | CAH | 4.30 | 4.30 | 645.00 | 0.00 | 0.00 |
| Totals | | 9.10 | 9.10 | 1,995.00 | 0.00 | 0.00 |

FEE APP                                         LEGALMASTER.MIRC for Transactions                                    3/20/2015  Pg 1
                                                             -Fees-

Sorts:  Grouping code       (Paginate)
        Client code
        Actual employee code (Subtotal)
        Transaction date

Ranges:
        Include "Client code" from EFH to EFH
        Include "Invoice Number" from 115096 to 115096

| Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd Pf |
|---|---|---|---|---|---|---|
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 02/18/15 | File Phillips, Goldman & Spence November and December fee states and create service list of parties on which GCG would serve by hand or our night mail. | 0.50 | 75.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 02/20/15 | Draft quarterly fee application for Phillips, Goldman & Spence. | 0.80 | 120.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 02/27/15 | Draft Phillips, Goldman & Spence January fee statement. | 0.60 | 90.00 | |
|  |  |  |  | 1.90 | 285.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | SWS | 02/18/15 | Review of and execute November and December monthly fee reports. | 0.20 | 90.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | SWS | 02/23/15 | Review of and execute Quarterly Application. | 0.10 | 45.00 | |
|  |  |  |  | 0.30 | 135.00 | |
|  |  |  |  | 2.20 | 420.00 | |

Total records this group:  5

```
FEE APP                            LEGALMASTER MIRC for Transactions                          3/20/2015  Pg 2
                                              -Fees-
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| EFH | FEE/EMPLOYMENT APPLICATIONS | AB | 02/12/15 | Review of drafts of fee committee report for 2/17 Hearing (.5); conference with Celeste A. Hartman on filing of the same (.1). | 0.60 | 162.00 | fa |
| EFH | FEE/EMPLOYMENT APPLICATIONS | AB | 02/13/15 | Review and respond to e-mails from Godfrey Kahn staff concerning the filing of a Motion to extend time to filed fee application. | 0.40 | 108.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | AB | 02/13/15 | Review of Motion to extend time to file fee application and file of same. | 0.60 | 162.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | AB | 02/17/15 | Preparation for and attendance at Hearing on five interim fee applications (.9); draft e-mail to Katherine Stadler concerning draft of proposed order to be filed by COC (.4). | 1.30 | 351.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | AB | 02/17/15 | Draft Certificate of Counsel for draft order approving interim fee applications and collection of exhibits in preparation for filing. | 1.30 | 351.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | AB | 02/17/15 | Review and edit of order re: approval of five interim fee applications. | 0.30 | 81.00 | |
| | | | | | 4.50 | 1,215.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/12/15 | Teleconference K. Boucher concerning the filing of a fee report at 5:00 p.m. today; e-mail information to Stephen W. Spence and Aaron C. Baker. | 0.20 | 30.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/12/15 | Review of e-mails concerning changes to fee report (2x). | 0.20 | 30.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/12/15 | Review of and revise fee report when received in final; file and e-mail filed document to GCG to serve and to co-counsel. | 0.30 | 45.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/13/15 | Review of 3 e-mails concerning filing of Motion to extend time for Godfrey Kohn to file fee application. | 0.30 | 45.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/13/15 | Draft Notice of Motion and send to K. Boucher and Aaron C. Baker for review and comment. | 0.40 | 60.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/17/15 | Review of e-mail from co-counsel and Aaron C. Baker; download amended exhibit A; request service of same from GCG. | 0.30 | 45.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/18/15 | Review of memorandum from fee committee regarding fee applications and research form of application (system very slow). | 0.40 | 60.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/18/15 | File Certificate of Counsel for fee order from Hearing on fees and send to relevant parties. | 0.30 | 45.00 | |
| | | | | | 2.40 | 360.00 | |
| | | | | | 6.90 | 1,575.00 | |

FEE APP                                      LEGALMASTER MIRC for Transactions                                      3/20/2015  Pg 3
                                                           -Fees-

Cl code Grouping code description        Act   Trans                                                       Billable    Billable  Gr
                                         Emp   Date   Transaction description                              Hours       Dollars   Cd

                                                                                                           -------     ---------
Total records this group:   14                                                                                9.10      1,995.00
                                                                                                           =======     =========

19 records printed.