# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# FEBRUARY 1, 2015
# THROUGH FEBRUARY 28, 2015

## (None)