IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS | ) Case No. 14-10979 (CSS) |
| CORP., et al.,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Deadline: 5/26/2015** |
| | ) **Hearing Date: Only if Necessary** |

**COVER SHEET FOR MARCH FEE STATEMENT OF
PHILLIPS, GOLDMAN & SPENCE, P.A. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS DELAWARE
COUNSEL TO THE FEE COMMITTEE FOR THE PERIOD
MARCH 1, 2015 THROUGH MARCH 31, 2015**

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. (PG&S") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Retention: | January 9, 2015, *Nunc Pro Tunc* to November 21, 2014 |
| Period for which Compensation and Reimbursement sought: | March 1, 2015 through March 31, 2015 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $489.00 |
| 80% of Fees to be Paid: | $391.20 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $5.40 |
| Total Fees @ 80% and Expenses @ 100%: | $496.60 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 160 I Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

## ATTACHMENT B TO FEE STATEMENT

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Aaron C. Baker | Associate/4 years/Admitted 2011/Bankruptcy | $270.00 | 0.70 | $189.00 |
| Celeste A. Hartman | Senior Paralegal/18 years/20 years prior experience/Bankruptcy | $150.00 | 2.00 | $300.00 |
| Grand Totals | | | 2.70 | $489.00 |
| Blended Rate | | | | $181.11 |

## COMPENSATION BY CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications | 1.70 | $339.00 |
| PG&S Fee/Employment Applications | 1.00 | $150.00 |
| Total | 2.70 | $1,995.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expense |
|---|---|---|
| Duplication/Photocopies | N/A (10¢ per page) | $0.40 |
| Delivery Fees | Parcels, Inc. | $5.00 |
| TOTAL | | $5.40 |

Date:   May 4, 2015

                                PHILLIPS, GOLDMAN & SPENCE, P.A.

                                _/s/ Stephen W. Spence_
                                Stephen W. Spence, Esquire (DE#2033)
                                1200 North Broom Street
                                Wilmington, DE 19806
                                Telephone (302) 655-4200
                                Facsimile (302) 655-4200
                                sws@pgslaw.com
                                _Delaware Counsel to the Fee Committee_