# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# MARCH 1, 2015
# THROUGH MARCH 31, 2015

Phillips, Goldman & Spence, P.A.

Page   2

April 16, 2015

File   EFH-FEE/SWS
Invoice number   115635

Re:  In re: Energy Future Holdings Corp., et al.
     Fee Committee

|  | EMP | SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
|  |  | PG&S FEE RETENTION APPLICATIONS | 1.0 | 150.00 |
|  |  | FEE/EMPLOYMENT APPLICATIONS | 1.7 | 339.00 |
|  |  | Subtotal for FEES only: 03/31/15 | 2.7 | $489.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 270.00 | AB | 0.70 | 0.70 | 189.00 | 0.00 | 0.00 |
| 150.00 | CAH | 2.00 | 2.00 | 300.00 | 0.00 | 0.00 |
| Totals |  | 2.70 | 2.70 | 489.00 | 0.00 | 0.00 |

| Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|
| EFH FEE/EMPLOYMENT APPLICATIONS | AB | 03/09/15 | Draft Notice of Application for Godfrey Kahn and Gitlin & Co. interim fee applications; e-mail to Kathleen Boucher concerning the same. | 0.40 | 108.00 | fa |
| EFH FEE/EMPLOYMENT APPLICATIONS | AB | 03/10/15 | Draft e-mail to Kate Stadler concerning possible issues associated with the filing of G&K and Gitlin & Co.'s first interim fee application. | 0.30 | 81.00 | |
| | | | | 0.70 | 189.00 | |
| EFH FEE/EMPLOYMENT APPLICATIONS | CAH | 03/06/15 | Draft and file after approval the Certificate of No Objection related to Godfrey Kahn's Motion to extend time. | 0.60 | 90.00 | |
| EFH FEE/EMPLOYMENT APPLICATIONS | CAH | 03/09/15 | Review of e-mail from K. Boucher concerning Court filing; respond to same. | 0.20 | 30.00 | |
| EFH FEE/EMPLOYMENT APPLICATIONS | CAH | 03/19/15 | Review of e-mail from K. Boucher concerning Hearing on fee applications and respond to same. | 0.20 | 30.00 | |
| | | | | 1.00 | 150.00 | |
| | | | | 1.70 | 339.00 | |
| | | | | 2.70 | 489.00 | |

Total records this group: 5

5 records printed.

FEE APP                              LEGALMASTER MIRC for Transactions                                    4/16/2015  Pg 1
                                                  -Fees-

Sorts:  Grouping code        (Paginate)
        Client code
        Actual employee code (Subtotal)
        Transaction date

Ranges:
        Include "Client code" from EFH to EFH
        Exclude "Billable $" from 0.00 to 0.00
        Include "Invoice Number" from 115635 to 115635

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 03/02/15 | After review by Stephen W. Spence; e-mails January fee statement to Godfrey Kahn for review. | 0.20 | 30.00 | Pf |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 03/09/15 | Teleconference Carla Andres to discuss format of quarterly fee application. | 0.30 | 45.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 03/10/15 | Review of and revise Phillips, Goldman & Spence First Interim fee application for 9/1/2014 through 12/31/2014 and send to Godfrey Kahn for approval. | 0.50 | 75.00 | |
| | | | | | ----- | ------ | |
| | | | | | 1.00 | 150.00 | |
| | | | | | ----- | ------ | |
| | | | | | 1.00 | 150.00 | |
| | | | | | ----- | ------ | |

Total records this group: 3