# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# MARCH 1, 2015
# THROUGH MARCH 31, 2015

Phillips, Goldman & Spence, P.A.

Page 2

April 16, 2015

File   EFH-FEE/SWS
Invoice number   115635

Re:   In re: Energy Future Holdings Corp., et al.
      Fee Committee

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 03/13/15 | Photocopies | 0.40 |
| 03/16/15 | Check No.: 56897 - Parcel's Inc. - Document Services. | 5.00 |
| | Subtotal for COSTS only: 03/31/15 | $5.40 |