# Exhibit A

Ordinary Course Professional Quarterly Statement of Payments

| OCP | Service Description | For the Postpetition Period of January 01, 2015 to March 31, 2015 | | | Aggregate Postpetition Payments Through March 31, 2015 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| **Tier 1 OCP's** | | | | | | |
| Bracewell & Giuliani LLP | Environmental Advice / Political Consultant | 138,466.25 | 46,155.42 | 138,466.25 | 479,826.89 | 479,826.89 |
| Duff & Phelps LLC | Valuation - Impairment; Property Tax | 137,466.00 | 45,822.00 | 137,466.00 | 174,756.54 | 174,756.54 |
| Enoch Kever [2] | Regulatory Advice | 197,156.35 | 65,718.78 | 197,156.35 | 1,040,437.88 | 1,048,660.64 |
| Hawkins Parnell Thackston & Young | Litigation - Asbestos | 758.64 | 252.88 | 758.64 | 901.64 | 901.64 |
| Hunton & Williams LLP | Benefits-Immigration, Political Consultant | 234,109.70 | 78,036.57 | 234,109.70 | 719,177.16 | 719,177.16 |
| Morgan Lewis & Bockius LLP [3] | Regulatory (NRC) and Labor | 385,859.88 | 128,619.96 | 385,859.88 | 942,187.72 | 964,898.18 |
| Vinson & Elkins LLP | Regulatory, Real Estate Advice | 164,328.56 | 54,776.19 | 164,328.56 | 704,363.85 | 704,363.85 |
| **Tier 2 OCP's** | | | | | | |
| Alliance Consulting Group | Depreciation Study | - | - | - | - | - |
| Allison McCombe Small | Political Consultant | 9,000.00 | 3,000.00 | 9,000.00 | 27,000.00 | 27,000.00 |
| American Appraisal | Property Tax Expert for Litigation | - | - | - | - | - |
| Armstrong & Associates LLP | Litigation - Asbestos | - | - | - | 273.00 | 273.00 |
| Arnold & Porter LLP | Consulting Services | 26,250.00 | 8,750.00 | 26,250.00 | 236,250.00 | 236,250.00 |
| AYCO Company LP | Financial Executive counseling | 66,486.00 | 22,162.00 | 66,486.00 | 127,447.00 | 127,447.00 |
| Baker Botts LLP [4] | IP, Transactional, and Contract Restructure | 232,567.50 | 77,522.50 | 233,022.58 | 292,028.89 | 292,483.97 |
| Beirne Maynard & Parsons LLP | Litigation - Asbestos | - | - | - | - | - |
| Beveridge and Diamond PC | Litigation - Water | 334.80 | 111.60 | 334.80 | 7,016.40 | 7,016.40 |
| Bluewater Strategies LLC | Consulting Services | 33,750.00 | 11,250.00 | 33,750.00 | 123,750.00 | 123,750.00 |
| Bradley Arant Boult Cummings LLP | Adv- Asbestos Exposure | - | - | - | - | - |
| Brady & Peavey, P.C. | Public affairs and political consulting services | 22,500.00 | 7,500.00 | 22,500.00 | 37,500.00 | 37,500.00 |
| Burford & Ryburn LLP | Litigation - Asbestos | - | - | - | 10,817.44 | 10,817.44 |
| Carl S. Richie, Jr. Attorney At Law | Political Consultant | 20,529.58 | 6,843.19 | 20,529.58 | 100,529.58 | 100,529.58 |
| DCI Group LLC | Consulting Services | 60,547.94 | 20,182.65 | 60,547.94 | 182,591.73 | 182,591.73 |
| Deloitte Tax LLP | FIRPTA Advisory Services | - | - | - | - | - |
| Diane Yanaway | Political Consultant | 7,500.00 | 2,500.00 | 7,500.00 | 7,500.00 | 7,500.00 |
| Dykema Gossett | Counsel for TXU Chyba case | - | - | - | - | - |
| Eddie Cavazos | Political Consultant | 12,650.00 | 4,216.67 | 12,650.00 | 55,605.16 | 55,605.16 |
| Edward M. Shack | Political Activities Law Advice | 1,840.00 | 613.33 | 1,840.00 | 2,760.00 | 2,760.00 |
| Estes Okon Thorne & Carr PLLC | Litigation - General | 5,232.22 | 1,744.07 | 5,232.22 | 69,739.41 | 69,739.41 |
| Fish & Richardson PC | Litigation - General | - | - | - | - | - |
| Goldberg Godles Wiener & Wright | Regulatory Advice | - | - | - | 18,454.28 | 18,454.28 |
| Goodmans LLP | Canadian Counsel for Ebasco Services of | - | - | - | - | - |
| Gruber Hurst Johansen Hail | Litigation - General | 3,803.42 | 1,267.81 | 3,803.42 | 6,033.76 | 6,033.76 |
| Haley Olson | Environmental Litigation | - | - | - | 2,703.00 | 2,703.00 |
| Harris & Dickey LLC | Tax Consulting | - | - | - | - | - |
| HMWK LLC | Political Consultant | 22,500.00 | 7,500.00 | 22,500.00 | 75,000.00 | 75,000.00 |
| Husch Blackwell Sanders LLP | Employment Litigation/Political Consultant | 25,948.61 | 8,649.54 | 25,948.61 | 25,948.61 | 25,948.61 |
| Imperium Public Affairs | Political Consultant | 24,840.88 | 8,280.29 | 24,840.88 | 102,337.24 | 102,337.24 |
| Ireland Carroll & Kelley PC | Environmental Litigation | - | - | - | - | - |
| Jack Roberts | Political Consultant | 24,000.00 | 8,000.00 | 24,000.00 | 72,000.00 | 72,000.00 |
| Jack W Gullahorn PC | Political Consultant | 122,484.20 | 40,828.07 | 122,484.20 | 277,436.60 | 277,436.60 |

Ordinary Course Professional Quarterly Statement of Payments

| OCP | Service Description | For the Postpetition Period of January 01, 2015 to March 31, 2015 | | | Aggregate Postpetition Payments Through March 31, 2015 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement (1) | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement (1) | Total Payments |
| Jackson Kelly PLLC | Regulatory - MSHA/OSHA | 5,304.00 | 1,768.00 | 5,304.00 | 41,636.93 | 41,636.93 |
| Jackson Lewis, P.C. | Legal Advice - Labor and Employment | 8,400.00 | 2,800.00 | 8,400.00 | 8,400.00 | 8,400.00 |
| Jackson Sjoberg Mccarthy | Real Estate Mining | 46,526.45 | 15,508.82 | 46,526.45 | 104,184.30 | 104,184.30 |
| John Hildreth | Political Consultant | 30,000.00 | 10,000.00 | 30,000.00 | 100,000.00 | 100,000.00 |
| John Sherwood | Collections for TXU | - | - | - | 6,000.00 | 6,000.00 |
| K&L Gates | Transaction Advice; Non-Income Tax Litigation | 13,212.50 | 4,404.17 | 13,212.50 | 145,267.00 | 145,267.00 |
| Kelly Hart & Hallman | Litigation - Environmental and General | - | - | - | - | - |
| Kyle Bibb | Federal Income Tax Advice | 7,200.00 | 2,400.00 | 7,200.00 | 7,200.00 | 7,200.00 |
| Lam Lyn & Philip PC | Collections for TXU | - | - | - | 928.00 | 928.00 |
| Laurie Fenstemaker Pair | Ethics Consultant | 22,250.00 | 7,416.67 | 22,250.00 | 54,283.33 | 54,283.33 |
| Law Offices Of Dan Gus | Litigation - General | - | - | - | 2,800.00 | 2,800.00 |
| LeClairRyan | Retail Advice | 307.50 | 102.50 | 307.50 | 6,896.08 | 6,896.08 |
| Lillard Wise Szygenda PLLC | Litigation - General | - | - | - | 1,250.85 | 1,250.85 |
| Lisa Garcia | Political Consultant | 15,268.10 | 5,089.37 | 15,268.10 | 68,800.84 | 68,800.84 |
| Littler Mendelson PC | Employment Litigation | 6,489.05 | 2,163.02 | 6,489.05 | 17,535.03 | 17,535.03 |
| Locke Lord Bissell & Liddell | Benefits Advice | 12,718.75 | 4,239.58 | 12,718.75 | 32,122.15 | 32,122.15 |
| LPI Consulting Inc | Consulting Services | 20,000.00 | 6,666.67 | 20,000.00 | 100,000.00 | 100,000.00 |
| Madison Group LLC | Consulting Services | 56,323.19 | 18,774.40 | 56,323.19 | 192,603.19 | 192,603.19 |
| McConnell & Jones LLP | Employee Benefits Auditor | - | - | - | 52,250.00 | 52,250.00 |
| McGivney & Kluger P.C | Litigation - Asbestos | - | - | - | 216.00 | 216.00 |
| McGlinchey Stafford PLLC | Bankruptcy for TXU | 29,627.80 | 9,875.93 | 29,627.80 | 84,601.48 | 84,601.48 |
| Mcguirewoods LLP | Federal Political Consultant | 39,962.14 | 13,320.71 | 39,962.14 | 165,177.77 | 165,177.77 |
| Mehlman Vogel Castagnetti Inc | Consulting Services | 45,000.00 | 15,000.00 | 45,000.00 | 165,000.00 | 165,000.00 |
| Mercer Global | 401k Consulting | - | - | - | 35,299.37 | 35,299.37 |
| Mgroup Strategies | Political Consultant | 27,278.14 | 9,092.71 | 27,278.14 | 106,356.06 | 106,356.06 |
| Mignon McGarry | Political Consultant | 28,500.00 | 9,500.00 | 28,500.00 | 76,000.00 | 76,000.00 |
| Mike Kelly | Political Consultant | 17,499.00 | 5,833.00 | 17,499.00 | 58,330.00 | 58,330.00 |
| Miller & Chevalier Chartered | Federal Income Tax and Benefits Legal Advice | 4,080.20 | 1,360.07 | 4,080.20 | 11,614.80 | 11,614.80 |
| Norton Rose Fulbright | Legal Counsel for Gross Receipts Tax Matters | 2,373.75 | 791.25 | 2,373.75 | 3,968.38 | 3,968.38 |
| O'Neill, Athy & Casey PC | Consulting Services | 30,000.00 | 10,000.00 | 30,000.00 | 82,500.00 | 82,500.00 |
| Perry Street Communications LLC | Financial communications | 24,313.25 | 8,104.42 | 24,313.25 | 166,920.88 | 166,920.88 |
| Phenix & Crump, PLLC | Local Counsel in Partition Actions | 1,106.50 | 368.83 | 1,106.50 | 3,050.00 | 3,050.00 |
| Phil Gamble | Political Consultant | 20,000.00 | 6,666.67 | 20,000.00 | 80,566.20 | 80,566.20 |
| Philips & Meachum Public Affairs | Political Consultant | 43,500.00 | 14,500.00 | 43,500.00 | 130,500.00 | 130,500.00 |
| Pillsbury Winthrop Shaw Pittman | Litigation - General | - | - | - | 12,214.00 | 12,214.00 |
| Polan Culley Advocacy Group | Political Consultant | 42,196.62 | 14,065.54 | 42,196.62 | 115,221.03 | 115,221.03 |
| Prickett Jones & Elliott PA | Delaware Corp. Law Advice | - | - | - | - | - |
| Public Strategies Inc | Consulting Services | - | - | - | - | - |
| R. H. Sweeney Associates | Leadership Development & Recruiting | - | - | - | - | - |
| Reed Smith | Litigation - General | - | - | - | - | - |
| Rissing Strategic | External Federal Lobbyist | 30,000.00 | 10,000.00 | 30,000.00 | 30,000.00 | 30,000.00 |
| Robert Half Finance & Accounting | Tax Consulting | - | - | - | 31,720.00 | 31,720.00 |
| Ryan LLC | Tax abatement/reduction strategies for new | - | - | - | - | - |

Ordinary Course Professional Quarterly Statement of Payments

| OCP | Service Description | For the Postpetition Period of January 01, 2015 to March 31, 2015 | | | Aggregate Postpetition Payments Through March 31, 2015 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement (1) | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement (1) | Total Payments |
| Ryan Mackinnon Vasapoli & Berzok | Consulting Services | 45,819.19 | 15,273.06 | 45,819.19 | 168,027.13 | 168,027.13 |
| SAK Consulting, LLC | Tax Consulting | - | - | - | 36,418.90 | 36,418.90 |
| San Jacinto Consulting Group, LLC | Consulting Services | - | - | - | - | - |
| Scheef & Stone LLP | Bankruptcy Advice | 43,474.25 | 14,491.42 | 43,474.25 | 43,474.25 | 43,474.25 |
| SHL US Inc. | Recruiting | - | - | - | - | - |
| Simpson Thacher & Bartlett LLP | Corporate and Financing Advice | 1,890.00 | 630.00 | 1,890.00 | 57,613.73 | 57,613.73 |
| Slover & Loftus | Transportation Advice | 11,662.50 | 3,887.50 | 11,662.50 | 21,662.50 | 21,662.50 |
| Stroz Friedberg LLC | IT and Data Security Advisor | 56,686.07 | 18,895.36 | 56,686.07 | 97,698.56 | 97,698.56 |
| Susman Godfrey LLP | Litigation - General | 216.90 | 72.30 | 216.90 | 6,156.80 | 6,156.80 |
| Sutherland Asbill & Brennan LLP | Regulatory Advice | 18,000.00 | 6,000.00 | 18,000.00 | 72,000.00 | 72,000.00 |
| Swetman Baxter Massenburg LLC | Litigation - Asbestos | - | - | - | - | - |
| Talley & Associates | Consulting Services | 22,500.00 | 7,500.00 | 22,500.00 | 82,500.00 | 82,500.00 |
| The Beshear Group, Inc. | Public Relations and Community Affairs | 29,160.00 | 9,720.00 | 29,160.00 | 95,236.18 | 95,236.18 |
| The EOP Group | Consulting Services | 30,000.00 | 10,000.00 | 30,000.00 | 150,000.00 | 150,000.00 |
| The Schlueter Group | Political Consultant | 20,000.00 | 6,666.67 | 20,000.00 | 92,500.00 | 92,500.00 |
| Thomas Long Niesen & Kennard | Regulatory Advice | - | - | - | - | - |
| TLG Services, Inc. | Nuclear Decommissioning Study | - | - | - | - | - |
| Towers Watson Pennsylvania, Inc. | Compensation Advisor | 47,560.36 | 15,853.45 | 47,560.36 | 195,882.96 | 195,882.96 |
| Travis Eugene Jernigan | Political Consultant | 38,267.09 | 12,755.70 | 38,267.09 | 120,485.67 | 120,485.67 |
| Weber Shandwick | Media relations, visual comm | 12,150.00 | 4,050.00 | 12,150.00 | 45,126.52 | 45,126.52 |
| Webfilings LLC | XBRL coding, application hosting | - | - | - | 61,814.04 | 61,814.04 |
| Winston & Strawn LLP | Regulatory Advice | 18,085.93 | 6,028.64 | 18,085.93 | 87,058.64 | 87,058.64 |

1. For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted
2. Total Payments for Enoch Kever include $8,222.76 for reimbursement of expenses incurred during the 10/1/14-12/31/14 time period
3. Total Payments for Morgan Lewis & Bockius LLP include $22,710.46 for reimbursement of expenses incurred during the 10/1/14-12/31/14 time period
4. Total Payments for Baker Botts LLP include $455.08 for reimbursement of expenses incurred during the 1/1/15-3/31/15 time period. Notice of Excess Fees filed on 4/27/15 for $91,405 of excess fees in the three month period ending February 2015