# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979, Adv. 14-51002
**COURTROOM LOCATION:** 6
**DATE:** 5/4/15 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joshua Brody | Kramer Levin | Second Lien Indenture Trustee |
| Jennifer Sharret | Kramer Levin | Second Lien Indenture Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl + Jones | Second Lien Indenture Trustee |
| Howard A. Cohen | Drinker Biddle + Reath | Citibank DIP Agent |
| Dan Lowenthal | Patterson Belknap | Law Debenture as Trustee |
| Stephen Miller | Morris James | Law Debenture as Trustee |
| Robert Boller | Akin Gump Strauss Hauer & Feld | EFIH PIK Trustee (UMB Bank) |
| Abid Qureshi | " | " |
| Doree Abbott | Morris Nichols | Sponsors |
| Tami Edmonsen | Venable | PIMCO |
| Jeffrey Sabin | " | " |
| Christopher Carter | Morgan Lewis | |
| Michael Petrino | Kirkland & Ellis | Debtors |
| Kimberly E C Lawson | ReedSmith LLP | Bank NY Mellon, indenture trustee PCRB |
| Aaron Applebaum | McElroy, Deutsch, Mulvaney & Carpenter LLP | TCEH Debtors - conflicts |
| Alexa Kranzley | Sullivan Cromwell | E-Side Committee |
| Bruno Greckstein | " | " |
| Andrew Deitrich | " | " |
| Marc Funk | MMWR | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979, Adv. 14-51002

**COURTROOM LOCATION:** 6
**DATE:** 5/4/15 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Kernick | Cole Schotz | EFCO |
| Philip Anker | Wilmer Hale | " |
| Keith Wofford | Ropes + Gray | " |
| Ross Martin | " | " |
| Charles L Kerr | Morrison + Foerster | T-SDE Official Committee |
| Arlene Alves | Seward + Kissel | Wilmington Trust TCEH First Lien Agent |
| Mark Kotwick | Seward + Kissel | " |
| Tina Moss | Perkins Coie LLP | TCEH First Lien Delaware Trust Company Notes Trustee |
| Matthew McGuire | Landis Rath&Cobb | Alcoa |
| Peter Goodman | McKool Smith | " |
| Richard O DeDona | Nixon Peabody LLP | American Stock Transfer, EFIH Indenture Trustee |
| Joe Brenecke | Kleh Harrison Harvey Branzburg | VMB |
| Andrea B. Schwartz | VST | VST |
| Jeffrey Schlerf | Fox Rothschild | TCEH Ad-Hoc Noteholders |
| Chris Shore | White + Case | " |
| Tom Lauria | White + Case | " |
| Lorenzo Marinuzzi | Morrison & Foerster | T-side Official Committee |
| Charles Kerr | " | " |
| Todd Goren | | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Tom Whyper   Munger Tolles Olson   T-Side Disinterested Directors Counsel

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979 (CSS) ADV. 14-51002

**COURTROOM LOCATION:** 6
**DATE:** 5/4/15   **AT** 9:30 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian Kelleher / Jacob Adlerstein | Paul Weiss | Ad Hoc Committee of TCEH First Lien Creditors |
| Pauline Morgan / Ryan Bartley | Young Conaway | |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| Jeff Jonas | Brown Rudnick | EFIH |
| David Elsberg | O'Melveny / Ernst & Ball: | EFH Corp. Disinterested Directors |
| Bill Baud | Ashby & Geddes | WSFS |
| Shanti Katona | Polsinelli | UCC-TSide |
| Justin Edelson | " | " |
| Daniel J. DeFranceschi | Richards Layton & Finger | Debtors |
| Jason M. Madron | " | Debtors |
| Andrew McGaan | Kirkland & Ellis | Debtors |
| Arlene Alves / Mark Kotwick | Seward Kissel | Wilm Trust as Successor First Lien Admin. Agent and Collateral Agent |
| Michael DeBaecke | Blank Rome | " |
| Mark Oliveira | Clymer Brown Crew Ud | EFIH Ad Hoc Cte / UMB Bank |
| Abid Qureshi | Akin Gump | " |
| Scott Albrand | Akin Gump | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

U.S. Bankruptcy Court-Delaware (DE - US)
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

Calendar Date: 05/04/2015
Calendar Time: 09:30 AM ET

2nd Revision 05/04/2015 05:55 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6897947 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6899247 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, L | Plaintiff(s), CSC Trust Company of Delaware, as Indenture Trustee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6897941 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6897933 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6897915 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6896167 | Mabel Brown - Client | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6897906 | Stephen Burnazian | (212) 878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| | | Energy Future Holdings Corporation | 14-10979 | Hearing | 6898832 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Debtor, TCEH / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6897944 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AdHoc Committee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6892121 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Securities International / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6899407 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6894071 | Mark A. Cody | (312) 269-4392 | Jones Day | Interested Party, Jones Day / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6892109 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |

Peggy Drasal ext. 802                                    CourtConfCal2012                                    Page 1 of 6

| Case Name | Case # | Proceeding | # | Name | Firm | Telephone | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6895094 | Adam M. Denhoff | Paul Weiss Rifkind Wharton & Garrison | 212-373-3000 ext. 3471 | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6896850 | Matthew Diaz | FTI Consulting, Inc. | (212) 499-3611 | Financial Advisor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897934 | Ira Dizengoff | Akin Gump Strauss Hauer & Feld LLP | (212) 872-1000 | Interested Party, Ira Dizengoff / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6895133 | Stacey Dore | Energy Future Holdings Corp. | (212) 446-6411 | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6895284 | Michelle Dreyer - Client | Kelley Drye & Warren LLP | (212) 808-7925 | Client, Michelle Dreyer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6900459 | David M. Dunn | Arrowgrass Capital Partners U.S. LP | (212) 584-5946 | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897957 | Catherine Eisenhut | Akin Gump Strauss Hauer & Feld LLP | (941) 306-7283 | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6898074 | Jon Emswiler | Stifel Financial Corp. | (203) 717-6588 | Interested Party, Stifel Financial / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6895281 | Benjamin D. Feder | Kelley Drye & Warren LLP | (212) 808-7925 | Creditor, CSC Trust Company of Delaware / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897911 | Bradley Feingerts | GSO Capital Partners | (302) 651-7886 | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897929 | Jeff Finger | Centerview Partners | (212) 429-2279 | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6896370 | Moshe Fink | Kasowitz Benson Torres & Friedman | (212) 542-4736 ext. 00 | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6886574 | Michael Firestein | Proskauer Rose LLP | (310) 284-5661 | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6893371 | Mark Flannagan - Client | UMB Bank Coporate Trust | (816) 860-3009 | Creditor, UMB Bank Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897914 | Patrick Fleury - Client | GSO Capital Partners | (302) 571-6727 | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6895244 | Beret Flom | Chadbourne & Parke LLP | (212) 408-5239 | Interested Party, NextEra Energy / LISTEN ONLY |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6893232 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897953 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6899715 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6900439 | Richard Gitlin - Client | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Richard Gitlin / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6887411 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6895574 | Erica Goodstein - UCC Member | (212) 558-3036 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6900467 | Matthew R. Gray | (972) 419-2523 | Highland Capital | Interested Party, Highland Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897927 | Sam Greene | (212) 429-2279 | Centerview Partners | Interested Party, AHG / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6892794 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6895767 | Daniel J. Harris | (212) 336-4292 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6893365 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6895227 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell, Lipton, Rosen & Katz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897931 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6895136 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6892144 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6893891 | James Katchadurian | 646-282-2549 | Epiq Bankruptcy Solutions, LLC | Interested Party, Epiq Bankruptcy Solutions, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6900443 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Creditor, Chris Kenny / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897908 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6899808 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6825325 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6892321 | Michael Lee | 212-317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6900469 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, CitiBank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6893384 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6898352 | Jeff Marwil | (312) 962-3540 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897430 | James H. Millar | (212) 248-3264 | Drinker Biddle & Reath LLP | Creditor/Claimant, CSC Trust Company of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6867252 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897940 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897952 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6899191 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6900440 | Meredith S. Parkinson | (617) 951-7000 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6896633 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6795790 | Jason T Prager | (203) 542-4034 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897936 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6892529 | Jason Rosell | (415) 263-7000 | Pachulski Stang Ziehl & Jones | Representing, Second Lien Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897926 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6895165 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6900444 | Andrew Sorkin | 202-601-2298 | The Capitol Forum | Interested Party, The Capitol Forum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6893953 | John W. Spiegel | (213) 683-9100 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6896800 | Katherine Stadler | 608-284-2654 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6895103 | Robert J. Tannor | (914) 509-5000 | Tannor Partners Credit Fund,LP | Interested Party, Tannor Partners Credit Fund,LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6898077 | Mark Taub | (917) 597-8954 | Mohawk Capital, LLC | Interested Party, Mark Taub / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6795783 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6898379 | Mark K. Thomas | (312) 962-3550 | Proskauer Rose LLP | Debtor, Energy Future Holdings. Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6893412 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6889039 | Matthew J. Troy | (202) 514-9038 | U.S. Department of Justice - Civil Divis | Creditor, United States / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6898080 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom ( | Interested Party, Borealis Infrastructure Management Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6869921 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6898073 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6900462 | Michael J. Walsh | (646) 855-8154 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6896149 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |

| Party | Case | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6900482 | Julia M. Winters | 212-617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6895140 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897923 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6897916 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6899372 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6896105 | Marita Erbeck | (973) 549-7076 | Drinker Biddle & Reath LLP | Plaintiff(s), Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6890710 | Matthew Jacobson | 415-635-0120 | Waveny Capital | Client, Matthew Jacobson / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6892541 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-50363 | Hearing | 6897891 | Kenneth Maiman | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |