IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF SERVICE OF "DEBTORS' RESPONSES AND OBJECTIONS TO EFH OFFICIAL COMMITTEE FIRST SET OF INTERROGATORIES TO DEBTORS"**

PLEASE TAKE NOTICE that, on the 5th day of May, 2015, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a copy of **Debtors' Responses and Objections to EFH Official Committee First Set of Interrogatories to Debtors** to be served on the following counsel of record as follows:

**VIA EMAIL AND HAND DELIVERY**

Natalie D. Ramsey
Davis Lee Wright
Mark A. Fink
MONTGOMERY McCRACKEN
  WALKER & RHOADS LLP
1105 North Market Street
Wilmington, DE 19801
E-mail:    nramsey@mmwr.com
           dwright@mmwr.com
           mfink@mmwr.com

**VIA EMAIL AND FEDERAL EXPRESS**

Andrew G. Dietderich
Mark F. Rosenberg
Brian D. Glueckstein
Michael H. Torkin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
E-mail:    DIETDERICHA@sullcrom.com
           ROSENBERGM@sullcrom.com
           GLUECKSTEINB@sullcrom.com
           TORKINM@sullcrom.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11930042v.1

Dated: May 5, 2015
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession