IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the New York office of Troutman Sanders LLP has relocated from The Chrysler Building, 405 Lexington Avenue, New York, NY 10174 to the following address:

**Troutman Sanders LLP**
**875 Third Avenue**
**New York, NY 10022**

PLEASE TAKE FURTHER NOTICE that the telephone and facsimile numbers and e-mail addresses for the Troutman Sanders LLP attorneys who are co-counsel of record for Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee, in the above-captioned cases remain the same.

Dated: May 6, 2015
Wilmington, DE

ASHBY & GEDDES, P.A.

_____
William P. Bowden (#2553)
Gregory A. Taylor (#4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and -

{00982427;v1 }

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

-and-

TROUTMAN SANDERS LLP
Hugh McDonald (admitted pro hac vice)
Louis A. Curcio (admitted pro hac vice)
Brett D. Goodman (admitted pro hac vice)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee*

{00982427;v1 }