## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 001 | [TCEH] Asset Disposition / Purchases | 48.60 | $41,053.50 |
| 006 | [TCEH] Investigation of Claims | 758.00 | $383,130.00 |
| 007 | [TCEH] Contested Matters and Adversary Proceedings | 9.60 | $6,960.50 |
| 008 | [TCEH] Corporate Governance[1] | 31.00 | $26,809.50 |
| 010 | [TCEH] Hearings | 9.50 | $8,008.50 |
| 013 | [TCEH] MTO Retention and Fee Applications | 19.30 | $11,581.50 |
| 014 | [TCEH] Non-Working Travel[2] | 55.75 | $50,494.25 |
| 015 | [TCEH] Official and Ad Hoc Committee Issues and Meetings | 17.60 | $16,161.00 |
| 017 | [TCEH] Plan / Disclosure Statement | 68.30 | $46,250.00 |
| 018 | [TCEH] Private Letter Ruling / IRS Matters / Tax Issues | 310.70 | $240,653.00 |
| 019 | [TCEH] Settlement Issues[3] | 573.70 | $508,513.50 |
| 024 | [TCEH] Non-MTO Retention and Fee Applications | 5.70 | $4,476.50 |
| **Totals:[4]** | | **1,907.75** | **$1,344,091.75** |

---

[1] Reflects a voluntary reduction in the amount of $650.00 to comply with the guidelines established by the fee committee.

[2] Reflects a voluntary reduction in the amount of $29,232.75 to comply with the guidelines established by the fee committee.

[3] Reflects a voluntary reduction in the amount of $932.00 to comply with the guidelines established by the fee committee.

[4] As noted above, reflects a reduction in the aggregate amount of $30,814.75.

| Service Description | Amount |
|---|---:|
| Computer Research[1] | $191.90 |
| Copying Charges (Outside)[2] | $85.30 |
| Meals[3] | $776.21 |
| Messenger | $350.97 |
| Other Expense | $194.00 |
| Travel – Airfare[4] | $8,541.24 |
| Travel – Ground (Out of Town) | $2,298.86 |
| Travel – Hotel [5] | $11,376.49 |
| **Total:[6]** | **$23,814.97** |

---

[1] Consistent with the Retention Application, MTO did not charge for Westlaw computer research. This amount reflects non-Westlaw computer research.

[2] Consistent with the Retention Application, MTO did not charge for in-house copying. The charges reflected are copying charges when outside vendors were required due to the volume and nature of the work.

[3] Reflects a voluntary reduction in the amount of $447.42, to comply with the caps and guidelines established by the fee committee.

[4] Reflects a voluntary reduction in the amount of $8,734.16, to comply with the caps and guidelines established by the fee committee.

[5] Reflects a voluntary reduction in the amount of $1,395.04, to comply with the caps and guidelines established by the fee committee.

[6] As noted above, reflects a voluntary reduction in the aggregate amount of $11,049.52.

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The MTO attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John W. Spiegel | Partner | 1977 | Litigation | $1,065.00 | 145.20 | $154,638.00 |
| Thomas B. Walper | Partner | 1980 | Restructuring | $1,065.00 | 190.65 | $203,042.25 |
| Jay M. Fujitani | Partner | 1984 | Corporate | $830.00 | 37.30 | $30,959.00 |
| Kevin S. Allred | Partner | 1986 | Litigation | $830.00 | 38.80 | $32,204.00 |
| Stephen D. Rose | Partner | 1991 | Tax | $960.00 | 159.00 | $152,640.00 |
| Todd J. Rosen | Partner | 1999 | Restructuring | $875.00 | 134.20 | $117,425.00 |
| Seth Goldman | Partner | 2002 | Restructuring | $750.00 | 225.45 | $169,087.50 |
| Bradley R. Schneider | Of Counsel | 2004 | Litigation | $680.00 | 185.45 | $126,106.00 |
| Kimberly A. Chi | Associate | 2002 | Corporate | $675.00 | 5.60 | $3,780.00 |
| Emily A. Bussigel | Associate | 2010 | Restructuring | $635.00 | 162.90 | $103,441.50 |
| Sam Greenberg | Associate | 2010 | Tax | $615.00 | 76.10 | $46,801.50 |
| Andrea M. Weintraub | Associate | 2013 | Restructuring | $510.00 | 66.90 | 34,119.00 |
| Sara N. Taylor | Associate | 2012 | Litigation | $510.00 | 45.60 | $23,256.00 |
| Alex D. Terepka | Associate | 2012 | Litigation | $510.00 | 134.50 | $68,595.00 |
| Justin T. Hellman | Associate | 2013 | Corporate | $450.00 | 36.00 | $16,200.00 |
| Danny R. Munson | Paralegal | N/A | Litigation | $295.00 | 5.60 | $1,652.00 |
| Courtney Caron | Paralegal | N/A | Litigation | $295.00 | 33.00 | $9,735.00 |
| Bruce M. Gordon | Paralegal | N/A | Litigation | $215.00 | 49.90 | $10,728.50 |
| Cherie E. West-Randolph | Paralegal | N/A | Litigation | $205.00 | 35.60 | $7,298.00 |
| Francoise A. Baldwin | Paralegal | N/A | Litigation | $180.00 | 41.70 | $7,506.00 |
| Cindy D. Johnson | Paralegal | N/A | Litigation | $165.00 | 51.50 | $8,497.50 |
| James S. Mendoza | Automated Litigation Support | N/A | Litigation | $350.00 | 27.00 | $9,450.00 |
| Allen Ng | Automated Litigation Support | N/A | Litigation | $350.00 | 19.80 | $6,930.00 |
| **Total:** | | | | | **1,907.75** | **$1,344,091.75** |

---

[1] While the hourly billing rates rendered during this Fee Period are higher than the hourly billing rates during the Fee Periods for November 2014 and December 2014, these hourly billing rate increases were disclosed in the Retention Application at ¶13, subject to objection by parties-in-interest, and approved with entry of the Retention Order [D.I. 3279].

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**Expense Summary[1]**

| Service Description | Amount |
|---|---:|
| Computer Research | $191.90 |
| Copying Charges (Outside) | $85.30 |
| Meals | $776.21 |
| Messenger | $350.97 |
| Other Expense | $194.00 |
| Travel – Airfare | $8,541.24 |
| Travel – Ground (Out of Town) | $2,298.86 |
| Travel – Hotel | $11,376.49 |
| **Total:** | **$23,814.97** |

---

[1] Reflects an aggregate voluntary reduction in the amount of $11,049.52, as previously detailed.

# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Date Posted | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 1/12/2015 | Rosen, Todd J. | Partner | Travel - Ground (Out of Town) | $145.00 | Travel - Ground (Out of Town) - Vendor: BLACK TIE TRANSPORTATION INV-155691 - 01/12/15 - From PHL to 818 Shipyard Drive, Wilmington - T. Rosen |
| 2/28/2015 | Rose, Stephen D. | Partner | Travel - Airfare | $135.29 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 02/28/2015 STMT - ROSE/STEPHEN D 01/28/2015 LAX/ORD/LAX |
| 2/28/2015 | Rosen, Todd J. | Partner | Travel - Airfare | $109.00 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 02/28/2015 STMT - ROSEN /CHANGE TO ECONOMY PLUS 02/18/2015 JFK-LAX |
| 2/28/2015 | Schneider, Bradley R. | Of Counsel | Travel - Airfare | $109.00 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 02/28/2015 STMT - SCHNEIDER /CHANGE TO ECONOMY PLUS 02/04/2015 JFK-LAX |
| 2/28/2015 | Schneider, Bradley R. | Of Counsel | Travel - Airfare | $104.00 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 02/28/2015 STMT - SCHNEIDER /CHANGE TO ECONOMY PLUS 02/16/2015 LAX-JFK |
| 2/28/2015 | Schneider, Bradley R. | Of Counsel | Travel - Airfare | $109.00 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 02/28/2015 STMT - SCHNEIDER /CHANGE TO ECONOMY PLUS 02/18/2015 JFK-LAX |
| 2/28/2015 | Spiegel, John W. | Partner | Travel - Airfare | $1,010.20 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 02/28/2015 STMT - SPIEGEL/JOHN W 02/24/2015 LAX DFW LAX |
| 2/28/2015 | Walper, Thomas B. | Partner | Travel - Airfare | $1,500.00[1] | Travel - Airfare - Vendor: AMERICAN EXPRESS - 02/28/2015 STMT - WALPER/THOMAS B 03/02/2015 LAX JFK LAX |

---

[1] MTO has voluntarily reduced this expense by $2,999.70.

| Date | Name | Title | Category | Amount | Description |
|---|---|---|---|---|---|
| 2/28/2015 | Walper, Thomas B. | Partner | Travel - Airfare | $299.05 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 02/28/2015 STMT - WALPER/THOMAS B 02/25/2015 LGA/DAL |
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | $157.83 | Travel - Ground (Out of Town) - Vendor: BLS INV-630947 - 03/09/15 - From JFK to 50 Central Park, New York - T. Walper |
| 3/10/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | $151.09 | Travel - Ground (Out of Town) - Vendor: BLS INV-630952 - 03/10/15 - From 50 Central Park, New York to NY Penn Station - T. Walper |
| 3/17/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | $157.83 | Travel - Ground (Out of Town) - Vendor: BLS INV-631955 - 03/17/15 - From JFK to 50 Central Park S., New York - T. Walper |
| 3/18/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | $144.76 | Travel - Ground (Out of Town) - Vendor: BLS INV-631957 - 03/18/15 - From 50 Central Park S., New York to JFK - T. Walper |
| 3/19/2015 | Gore, Nieka | Secretary | Copying Charges/Outside | $44.75 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #14158, 3/3/15 - 821 b&w blowbacks - N Gore |
| 3/20/2015 | Goldman, Seth | Partner | Messenger | $198.65 | Messenger - Vendor: TIME MACHINE NETWORK Inv #29582  3/6/15 Del Svc for DropServe from R Clarke to Seth Goldman, Seal Beach,CA. |
| 3/25/2015 | Caron, Courtney J. | Paralegal | Copying Charges/Outside | $40.55 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #14195, 3/6/15 - 744 b&w blowbacks - C Caron |
| 3/25/2015 | Spiegel, John W. | Partner | Meals | $15.69 | Meals JOHN W. SPIEGEL - Lunch, 02/26/15, EFH Board Meetings in Dallas, TGI Friday's - DFW Airport - 010007758459 |
| 3/25/2015 | Spiegel, John W. | Partner | Meals | $18.52 | Meals JOHN W. SPIEGEL - Lunch, 02/24/15, EFH Board Meetings in Dallas, HMS Host Campanile (LAX) - 010007758459 |
| 3/25/2015 | Spiegel, John W. | Partner | Travel - Ground (Out of Town) | $54.00 | Travel - Ground (Out of Town) JOHN W. SPIEGEL - Taxi/Car Service, 02/24/15, EFH Board Meetings in Dallas, DFW Airport to Hotel - 010007758459 |

| 3/25/2015 | Spiegel, John W. | Partner | Travel - Hotel | $562.46 | Travel - Hotel JOHN W. SPIEGEL - Lodging, EFH Board Meetings in Dallas, 02/24/2015 - 02/26/2015, Hyatt Regency, Dallas, TX - 010007758459 |
|---|---|---|---|---|---|
| 3/25/2015 | Spiegel, John W. | Partner | Meals | $40.00[2] | Meals JOHN W. SPIEGEL - Hotel - Breakfast, EFH Board Meetings in Dallas, 02/24/2015, Hyatt Regency - 010007758459 |
| 3/25/2015 | Spiegel, John W. | Partner | Travel - Ground (Out of Town) | $79.00 | Travel - Ground (Out of Town) JOHN W. SPIEGEL - Parking, 02/26/15, EFH Board Meetings in Dallas, LAX Airport Lot P 6 - 010007758459 |
| 3/25/2015 | Goldman, Seth | Partner | Travel - Hotel | $287.00 | Travel - Hotel SETH GOLDMAN - Lodging, Client meeting, 02/24/2015 - 02/25/2015, Hyatt Regency, Dallas - 010007706993 |
| 3/25/2015 | Goldman, Seth | Partner | Meals | $40.00[3] | Meals SETH GOLDMAN - Dinner, 02/24/15, Client meeting, HMS Host LAX Dining - 010007706993 |
| 3/25/2015 | Goldman, Seth | Partner | Meals | $40.00[4] | Meals SETH GOLDMAN - Dinner, 02/25/15, Client meeting, III Forks Steak House - 010007706993 |
| 3/25/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | $49.00 | Travel - Ground (Out of Town) SETH GOLDMAN - Parking, 02/25/15, Client meeting, LAX Airport Lot P 4 - 010007706993 |
| 3/25/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | $53.00 | Travel - Ground (Out of Town) SETH GOLDMAN - Taxi/Car Service, 02/25/15, Client meeting, EJ Taxi Shuttle - 010007706993 |
| 3/25/2015 | Goldman, Seth | Partner | Meals | $80.00 | Meals SETH GOLDMAN - Hotel - Breakfast, Client meetings, 03/04/2015 - 03/05/2015, The Ritz Carlton New York Central Park - 010007814000 |

---

[2] MTO has voluntarily reduced this expense by $4.41.

[3] MTO has voluntarily reduced this expense by $12.86.

[4] MTO has voluntarily reduced this expense by $47.14.

| 3/25/2015 | Goldman, Seth | Partner | Travel - Hotel | $1,000.00[5] | Travel - Hotel SETH GOLDMAN - Lodging, Client meetings, 03/03/2015 - 03/05/2015, The Ritz Carlton New York Central Park, New York - 010007814000 |
|---|---|---|---|---|---|
| 3/25/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | $15.00 | Travel - Ground (Out of Town) SETH GOLDMAN - Taxi/Car Service, 03/03/15, Client meetings, Greenhill meeting to Hotel - 010007814000 |
| 3/25/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | $35.00 | Travel - Ground (Out of Town) SETH GOLDMAN - Taxi/Car Service, 03/04/15, Client meetings, Chatwal to Hotel - 010007814000 |
| 3/25/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | $9.80 | Travel - Ground (Out of Town) SETH GOLDMAN - Taxi/Car Service, 03/03/15, Client meetings, Hotel to Greenhill meeting - 010007814000 |
| 3/25/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | $31.00 | Travel - Ground (Out of Town) SETH GOLDMAN - Taxi/Car Service, 03/05/15, Client meetings, Hotel to Proskauer meeting - 010007814000 |
| 3/25/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | $90.00 | Travel - Ground (Out of Town) SETH GOLDMAN - Parking, 03/05/15, Client meetings, LAX Airport Parking Lot P7 - 010007814000 |
| 3/25/2015 | Schneider, Bradley R. | Of Counsel | Meals | $5.44 | Meals BRADLEY R. SCHNEIDER - Hotel - Dinner, Meeting in New York., 02/03/2015, The London NYC - 010007543618 |
| 3/30/2015 | Walper, Thomas B. | Partner | Computer Research | $191.90 | Computer Research - February 2015 Pacer charge |
| 3/31/2015 | Schneider, Bradley R. | Of Counsel | Travel - Airfare | ($1,424.85) | Travel - Airfare - Vendor: AMERICAN EXPRESS - 02/28/2015 STMT - SCHNEIDER/BRADLEY R LAX-JFK-LAX (Tix# 167545360742) |
| 3/31/2015 | Spiegel, John W. | Partner | Travel - Airfare | ($1,622.64) | Travel - Airfare - Vendor: AMERICAN EXPRESS - 02/28/2015 STMT - SPIEGEL/JOHN W LAX-ORD- |

---

[5] MTO has voluntarily reduced this expense by $257.78.

| Date | Name | Title | Category | Amount | Description |
|---|---|---|---|---|---|
| | | | | | LAX (Tix# 0167545360743) |
| 3/31/2015 | Walper, Thomas B. | Partner | Travel - Airfare | ($737.43) | Travel - Airfare - Vendor: AMERICAN EXPRESS - 02/28/2015 STMT - WALPER/THOMAS B LAX-JFK-LAX (Tix# 0167545360745) |
| 3/31/2015 | Schneider, Bradley R. | Of Counsel | Travel - Airfare | $656.91 | Travel - Airfare - Vendor: AMERICAN EXPRESS - schneider/bradley 03/17/15 NY/LA |
| 3/31/2015 | Schneider, Bradley R. | Of Counsel | Travel - Airfare | $1,424.85 | Travel - Airfare - Vendor: AMERICAN EXPRESS - SCHNEIDER/BRADLEY 03/03-05/15 LA/NY/LA |
| 3/31/2015 | Goldman, Seth | Partner | Travel - Airfare | $1,424.85 | Travel - Airfare - Vendor: AMERICAN EXPRESS - GOLDMAN/SETH 03/03-05/15 LA/NY/LA |
| 3/31/2015 | Goldman, Seth | Partner | Travel - Airfare | $530.10 | Travel - Airfare - Vendor: AMERICAN EXPRESS - GOLDMAN/SETH 03/23/15 LA/DALLAS |
| 3/31/2015 | Goldman, Seth. | Partner | Travel - Airfare | $480.10[6] | Travel - Airfare - Vendor: AMERICAN EXPRESS - GOLDMAN/SETH 03/26/15 DALLAS/LA |
| 4/9/2015 | Spiegel, John W. | Partner | Travel - Hotel | $10.77 | Travel - Hotel JOHN W. SPIEGEL - Hotel - Internet, EFH Board Meetings in Dallas, 02/24/2015, Hyatt Regency - 010007758459 |
| 4/9/2015 | Spiegel, John W. | Partner | Travel - Ground (Out of Town) | $52.00 | Travel - Ground (Out of Town) JOHN W. SPIEGEL - Taxi/Car Service, 03/03/15, Meetings in NY w/ creditors and DD counsel., Residence to LAX - 010007896565 |
| 4/9/2015 | Spiegel, John W. | Partner | Travel - Ground (Out of Town) | $52.00 | Travel - Ground (Out of Town) JOHN W. SPIEGEL - Taxi/Car Service, 03/05/15, Meetings in NY w/ creditors and DD counsel., LAX to residence - 010007896565 |

---

[6] MTO has voluntarily reduced this expense by $999.89.

| | | | | | |
|---|---|---|---|---|---|
| 4/9/2015 | Spiegel, John W. | Partner | Travel - Ground (Out of Town) | $63.00 | Travel - Ground (Out of Town) JOHN W. SPIEGEL - Taxi/Car Service, 03/05/15, Meetings in NY w/ creditors and DD counsel., Hotel to JFK - 010007896565 |
| 4/9/2015 | Spiegel, John W. | Partner | Meals | $14.06 | Meals JOHN W. SPIEGEL - Lunch, 03/03/15, Meetings in NY w/ creditors and DD counsel., Klein's Deli, S.F. Airport - 010007896565 |
| 4/9/2015 | Spiegel, John W. | Partner | Meals | $15.98 | Meals JOHN W. SPIEGEL - Meals Other, 03/03/15, Meetings in NY w/ creditors and DD counsel., United Airlines - 010007896565 |
| 4/9/2015 | Spiegel, John W. | Partner | Travel - Hotel | $1,000.00[7] | Travel - Hotel JOHN W. SPIEGEL - Lodging, Meetings in NY w/ creditors and DD counsel., 03/03/2015 - 03/05/2015, The Ritz-Carlton, Central Park, New York City - 010007896565 |
| 4/9/2015 | Spiegel, John W. | Partner | Meals | $40.00[8] | Meals JOHN W. SPIEGEL - Hotel - Dinner, Meetings in NY w/ creditors and DD counsel., 03/03/2015, The Ritz-Carlton, Central Park - 010007896565 |
| 4/9/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | $102.80 | Travel - Ground (Out of Town) THOMAS B. WALPER - Taxi/Car Service, 02/23/15, Travel to New York to attend client meetings., JFK/Hotel - 010007849020 |
| 4/9/2015 | Walper, Thomas B. | Partner | Travel - Hotel | $697.22 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to New York to attend client meetings., 02/23/2015 - 02/25/2015, The London NYC, New York City - 010007849020 |
| 4/9/2015 | Walper, Thomas B. | Partner | Meals | $40.00 | Meals THOMAS B. WALPER - Hotel - Dinner, Travel to New York to attend client meetings., 02/25/2015, The London NYC - 010007849020 |

---

[7] MTO has voluntarily reduced this expense by $257.78.

[8] MTO has voluntarily reduced this expense by $36.62.

| | | | | | |
|---|---|---|---|---|---|
| 4/9/2015 | Walper, Thomas B. | Partner | Other Expense | $194.00 | Other Expense THOMAS B. WALPER - Miscellaneous - Hotel/Gold Crest Car Service, Travel to New York to attend client meetings - car service, 02/24/2015, The London NYC - 010007849020 |
| 4/9/2015 | Walper, Thomas B. | artner | Travel - Hotel | $246.66 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to Dallas to attend client meetings., 02/25/2015 - 02/26/2015, Hyatt Regency Dallas, Dallas - 010007849918 |
| 4/9/2015 | Schneider, Bradley R. | Of Counsel | Travel - Hotel | $1,000.00[9] | Travel - Hotel BRADLEY R. SCHNEIDER - Lodging, Client meeting., 03/03/2015 - 03/05/2015, The Ritz-Carlton, New York - 010007862691 |
| 4/9/2015 | Schneider, Bradley R. | Of Counsel | Meals | $13.48 | Meals BRADLEY R. SCHNEIDER - Dinner, 03/05/15, Client meeting., United - 010007862691 |
| 4/9/2015 | Schneider, Bradley R. | Of Counsel | Travel - Ground (Out of Town) | $44.50 | Travel - Ground (Out of Town) BRADLEY R. SCHNEIDER - Parking, 03/05/15, Client meeting., Easy Park LAX - 010007862691 |
| 4/9/2015 | Goldman, Seth | Partner | Messenger | $152.32 | Messenger - Vendor: TIME MACHINE NETWORK Inv #30221  3/20/15 Del Svc 1 Pkg. from R Clarke to Seth Goldman, Seal Beach,CA. |
| 4/16/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | $105.00 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 03/01/15, Travel to NY to attend client meetings., LAX Parking Lot P7 - 010008042740 |
| 4/16/2015 | Walper, Thomas B. | Partner | Travel - Hotel | $2,000.00 | Travel - Hotel THOMAS B. WALPER - Lodging, Attend client meetings in New York., 03/09/2015 - 03/13/2015, Ritz-Carlton Central Park, New York City - 010008042917 |
| 4/16/2015 | Walper, Thomas B. | Partner | Meals | $40.00 | Meals THOMAS B. WALPER - Hotel - Lunch, Attend client meetings in New York., |

---

[9] MTO has voluntarily reduced this expense by $257.78.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 03/09/2015, Ritz-Carlton Central Park - 010008042917 |
| 4/16/2015 | Walper, Thomas B. | Partner | Meals | $80.00 | Meals THOMAS B. WALPER - Hotel - Dinner, Attend client meetings in New York., 03/10/2015 - 03/11/2015, Ritz-Carlton Central Park - 010008042917 |
| 4/16/2015 | Walper, Thomas B. | Partner | Meals | $15.19 | Meals THOMAS B. WALPER - Hotel - Breakfast, Attend client meetings in New York., 03/13/2015, Ritz- Carlton Central Park - 010008042917 |
| 4/16/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | $106.00 | Travel - Ground (Out of Town) THOMAS B. WALPER - Train, 03/10/15, Attend client meetings in Wilmington., 03/10/2015, New York City, Amtrak - 010008042917 |
| 4/16/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | $175.00 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 03/14/15, Attend client meetings in Wilmington., LAX Parking Lot P7 - 010008042917 |
| 4/16/2015 | Walper, Thomas B. | Partner | Travel - Hotel | $1,000.00 | Travel - Hotel THOMAS B. WALPER - Lodging, Attend client meetings in New York., 03/16/2015 - 03/18/2015, Ritz Carlton Central Park, New York City - 010008043058 |
| 4/16/2015 | Walper, Thomas B. | Partner | Meals | $40.00 | Meals THOMAS B. WALPER - Hotel - Breakfast, Attend client meetings in New York., 03/17/2015, Ritz Carlton Central Park - 010008043058 |
| 4/16/2015 | Walper, Thomas B. | Partner | Meals | $40.00 | Meals THOMAS B. WALPER - Hotel - Lunch, Attend client meetings in New York., 03/17/2015, Ritz Carlton Central Park - 010008043058 |
| 4/16/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | $87.00 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 03/22/15, Attend client meetings in New York., LAX Parking Lot P7 - 010008043058 |
| 4/16/2015 | Walper, Thomas B. | Partner | Travel - Hotel | $1,500.00 | Travel - Hotel THOMAS B. WALPER - Lodging, Attend client meetings in New York., |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 03/02/2015 - 03/05/2015, Ritz Carlton Central Park, New York City - 010008043203 |
| 4/16/2015 | Walper, Thomas B. | Partner | Meals | $31.76 | Meals THOMAS B. WALPER - Hotel - Meals Other, Attend client meetings in New York., 03/02/2015, Ritz Carlton Central Park - 010008043203 |
| 4/16/2015 | Walper, Thomas B. | Partner | Meals | $41.92 | Meals THOMAS B. WALPER - Hotel - Breakfast, Attend client meetings in New York., 03/03/2015 - 03/05/2015, Ritz Carlton Central Park - 010008043203 |
| 4/16/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | $115.00 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 03/05/15, Attend client meetings in New York., LAX Parking Lot P7 - 010008043203 |
| 4/16/2015 | Walper, Thomas B. | Partner | Travel - Hotel | $1,050.00 | Travel - Hotel THOMAS B. WALPER - Lodging, Attend client meetings in Dallas., 03/23/2015 - 03/26/2015, Ritz Carlton, Dallas - 010008043259 |
| 4/16/2015 | Walper, Thomas B. | Partner | Travel - Hotel | $22.38 | Travel - Hotel THOMAS B. WALPER - Hotel - Internet, Attend client meetings in Dallas., 03/23/2015 - 03/25/2015, Ritz Carlton - 010008043259 |
| 4/16/2015 | Walper, Thomas B. | Partner | Meals | $35.43 | Meals THOMAS B. WALPER - Hotel - Breakfast, Attend client meetings in Dallas., 03/24/2015 - 03/26/2015, Ritz Carlton - 010008043259 |
| 4/16/2015 | Walper, Thomas B. | Partner | Meals | $54.40 | Meals THOMAS B. WALPER - Lunch, 03/31/15, Working meeting with MTO team., California Pizza Kitchen; Todd J. Rosen, Seth Goldman, Kevin S. Allred, Emily A. Bussigel, Andrea M. Weintraub - 010008043293 |
| 4/16/2015 | Goldman, Seth | Partner | Travel - Hotel | $1,000.00[10] | Travel - Hotel SETH GOLDMAN - Lodging, Client meetings, 03/23/2015 - 03/26/2015, The Ritz Carlton, Dallas - 010007972655 |

---

[10]  MTO has voluntarily reduced this expense by $621.70.

| 4/16/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | $25.00 | Travel - Ground (Out of Town) SETH GOLDMAN - Taxi/Car Service, 03/26/15, Client meetings, Hotel to EFH Offices - 010007972655 |
| --- | --- | --- | --- | --- | --- |
| 4/16/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | $76.00 | Travel - Ground (Out of Town) SETH GOLDMAN - Taxi/Car Service, 03/26/15, Client meetings, EFH Offices to DFW Airport - 010007972655 |
| 4/16/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | $109.00 | Travel - Ground (Out of Town) SETH GOLDMAN - Parking, 03/26/15, Client meetings, LAX Airport Lot P3 - 010007972655 |
| 4/16/2015 | Schneider, Bradley R. | Of Counsel | Meals | $34.34 | Meals BRADLEY R. SCHNEIDER - Hotel - Breakfast, Client meeting., 03/04/2015 - 03/05/2015, The Ritz- Carlton - 010007862691 |
| 4/16/2015 | Schneider, Bradley R. | Of Counsel | Travel - Ground (Out of Town) | $14.25 | Travel - Ground (Out of Town) BRADLEY R. SCHNEIDER - Parking, 03/18/15, Meeting in New York., Easy Park LAX - 010008059889 |
| 4/20/2015 | Walper, Thomas B. | Partner | Travel - Airfare | $1,508.81[11] | Travel - Airfare - Vendor: AMERICAN EXPRESS - WALPER/THOMAS 03/09-14/15 LA/NY/DC/LA |
| 4/20/2015 | Walper, Thomas B. | Partner | Travel - Airfare | $740.21 | Travel - Airfare - Vendor: AMERICAN EXPRESS - WALPER/THOMAS 03/16/15 LA/NY |
| 4/20/2015 | Walper, Thomas B. | Partner | Travel - Airfare | $694.50[12] | Travel - Airfare - Vendor: AMERICAN EXPRESS - WALPER/THOMAS 03/18 NY/LA |
| 4/20/2015 | Walper, Thomas B. | Partner | Travel - Airfare | $1,010.20 | Travel - Airfare - Vendor: AMERICAN EXPRESS - WALPER/THOMAS 03/23-27/15 LA/DFW/LA |
| 4/20/2015 | Walper, | Partner | Travel - Airfare | $480.10[13] | Travel - Airfare - Vendor: |

---

[11] MTO has voluntarily reduced this expense by $2,632.12.

[12] MTO has voluntarily reduced this expense by $604.56.

[13] MTO has voluntarily reduced this expense by $999.89.

| | Thomas B. | | | | AMERICAN EXPRESS - WALPER/THOMAS 03/26/15 DFW/LA |
|---|---|---|---|---|---|
| | | | TOTAL[14] | $23,814.97 | |

---

[14] Reflects an aggregate voluntary reduction in the amount of $11,049.52, as previously detailed.