May 5, 2015

DeAnna Edwards
PO Box 580
Princeton, La 71067
(318) 676-2244


Epiq Bankruptcy Solutions
757 Third Avenue, 3rd Fl
New York, New York 10017

Re: Case#14-10979; Claim #'s: 9922, 9923 and ~~7526~~ 7659

      Due to an error in transcription, we failed to respond before May 4, 2015. If possible, I would like to request a continuance; however, as stated before, we reserve all rights, including the right to recall any evidence submitted in any past or future proceeding.


Respectfully,

DeAnna L. Edwards

Gerald D. Edwards


cc: Judge Christopher Santchi