IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 4138, 4298 |

### ORDER APPROVING THE STIPULATION BETWEEN THE DEBTORS AND ALCOA INC. RESOLVING OBJECTIONS TO SCHEDULING MOTION

Upon the *Stipulation Between the Debtors and Alcoa Inc. Resolving Objections to Scheduling Motion* (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit A**, and upon the record of this case and due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this order.

3. The Stipulation is fair and reasonable and entered into in good faith by the Parties.

4. This Stipulation shall remain in full force and effect notwithstanding the conversion of the Debtors' chapter 11 cases to another chapter of the Bankruptcy Code.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

RLF1 11932853v.1

5.    The Court shall retain sole and exclusive jurisdiction to enforce the provisions of

this order.

Dated:  May __6__, 2015
        Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2