## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 495 | Balloting/Solicitation Consultation | 17.70 | $3,274.00 |
| **Totals:** | | **17.70** | **$3,274.00** |

RLF1 11944850v.1