## EXHIBIT B

### Professionals' Information

The Epiq professionals who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | Practice Director | $385.00 | 2.30 | $885.50 |
| Stephenie Kjontvedt | Senior Consultant III | $242.00 | 0.90 | $217.80 |
| Joseph Arena | Senior Consultant I | $176.00 | 10.40 | $1,830.40 |
| John Chau | Case Manager I | $83.00 | 4.10 | $340.30 |
| **Totals:** | | | **17.70** | **$3,274.00** |