## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Service Providers | Amount |
|---|---|---:|
| None | | $0.00 |
| **Total:** | | $0.00 |