## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Service Description | Service Providers | Amount |
|---|---|---|
| None | | $0.00 |
| **Total:** | | $0.00 |