## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 642 | Fee Application Prep and Related Issues | 2.30 | $756.80 |
| 900 | Ediscovery Services | 42.30 | $5,922.00 |
| **Totals:** | | **44.60** | **$6,678.80** |