## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 1.40 | $539.00 |
| Bradley J. Tuttle | EBS Senior Consultant III | $242.00 | 0.90 | $217.80 |
| Michael Bevington | EDS Project Manager | $140.00 | 0.20 | $28.00 |
| Alexis Carrington | EDS Project Manager | $140.00 | 3.50 | $490.00 |
| Christine Deason | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Chuck English | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Christopher Fort | EDS Project Manager | $140.00 | 3.00 | $420.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 1.80 | $252.00 |
| Justin Hoffman | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Katie Hursh | EDS Project Manager | $140.00 | 4.30 | $602.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 5.80 | $812.00 |
| Virginia Li | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Alan Mak | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Arnold Park | EDS Project Manager | $140.00 | 3.80 | $532.00 |
| Merle Pete | EDS Project Manager | $140.00 | 0.80 | $112.00 |
| Margery Renn | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 3.70 | $518.00 |
| Marc Stachowski | EDS Project Manager | $140.00 | 6.60 | $924.00 |
| Scott Umshler | EDS Project Manager | $140.00 | 1.30 | $182.00 |
| Justin Zamudio | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| **Totals:** | | | **44.60** | **$6,678.80** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."