## **EXHIBIT D**

**Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 424.01 GB | $35.00 | $14,840.35 |
| HST626 – Relativity License Fee | 7 licenses | $75.00 | $525.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 663.52 GB | $15.00 | $9,952.80 |
| **TOTAL** | | | **$25,318.15** |