## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 642 | Fee Application Prep and Related Issues | 4.30 | $1,040.60 |
| 900 | Ediscovery Services | 78.30 | $10,962.00 |
| **Totals:** | | **82.60** | **$12,002.60** |