## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| J. Helen Cook | EBS Senior Consultant III | $242.00 | 3.50 | $847.00 |
| Kathryn Tran | EBS Senior Consultant II | $242.00 | 0.80 | $193.60 |
| Paul Avila | EDS Project Manager | $140.00 | 1.20 | $168.00 |
| Michael Bevington | EDS Project Manager | $140.00 | 9.00 | $1,260.00 |
| Alexis Carrington | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Christine Deason | EDS Project Manager | $140.00 | 5.30 | $742.00 |
| Joanne Fancy | EDS Project Manager | $140.00 | 0.60 | $84.00 |
| Christopher Fort | EDS Project Manager | $140.00 | 1.80 | $252.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 4.10 | $574.00 |
| Chelsee Heckathorn | EDS Project Manager | $140.00 | 4.50 | $630.00 |
| Justin Hoffman | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 6.40 | $896.00 |
| Beverly Laucus | EDS Project Manager | $140.00 | 3.00 | $420.00 |
| Siang Ong | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Merle Pete | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Chad Poorman | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Margery Renn | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Christian Rivas | EDS Project Manager | $140.00 | 3.50 | $490.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 9.90 | $1,386.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 5.10 | $714.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 7.00 | $980.00 |
| Marc Stachowski | EDS Project Manager | $140.00 | 9.90 | $1,386.00 |
| **Totals:** | | | **82.60** | **$12,002.60** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."