**EXHIBIT C**

**Summary of Actual and Necessary Epiq eDiscovery Solutions Expenses for the Fee Period[1]**

| Expense Category | Amount |
|---|---:|
| HST142 – Upload productions (images, natives, text and metadata) to the Relativity hosted repository | $7,762.65 |
| HST161 – OCR text creation for search capability | $10.52 |
| HST626 – Relativity License Fee | $525.00 |
| HST756 - Billable storage fee (GB) for the repository | $19,661.25 |
| PRO260 – Conversion of native files to TIFF images | $5.26 |
| **TOTAL** | **$27,964.68** |

---

[1] Epiq Bankruptcy Solutions, LLC did not have any expenses related to its retention under the *Order Authorizing The Debtors To Retain And Employ Epiq Bankruptcy Solutions, LLC As The Administrative Advisor For The Debtors And Epiq eDiscovery Solutions As E-Discovery Vendor For The Debtors, Effective Nunc Pro Tunc To The Petition Date,* dated September 16, 2014 [D.I. 2053].