# **EXHIBIT D**

**Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 221.79 GB | $35.00 | $7,762.65 |
| HST161 – OCR text creation for search capability | 526 pages | $0.02 | $10.52 |
| HST626 – Relativity License Fee | 7 licenses | $75.00 | $525.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 1,310.75 GB | $15.00 | $19,661.25 |
| PRO260 – Conversion of native files to TIFF images | 526 pages | $0.01 | $5.26 |
| **TOTAL** | | | **$27,964.68** |