# EXHIBIT A

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 1.30 | $ 655.00 |
| Assumption/Rejection of Leases & Contracts | | | 3.20 | $ 1,740.00 |
| Avoidance Action Analysis | | | 141.60 | $ 74,139.50 |
| Bankruptcy-Related Advice | | | 21.40 | $ 10,134.00 |
| Business Operations | | | 5.20 | $ 2,943.00 |
| Case Administration | | | 12.30 | $ 4,466.00 |
| Claims & Plan | | | 3.40 | $ 1,428.00 |
| Claims Administration & Objections | | | 7.80 | $ 4,533.00 |
| Employment/Fee Application Objections | | | 2.20 | $ 792.00 |
| Employment/Fee Applications | | | 46.60 | $ 21,514.50 |
| Financing & Cash Collateral | | | 1.80 | $ 963.00 |
| General Bankruptcy Advice/Opinions | | | 0.90 | $ 324.00 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 59.10 | $ 27,649.00 |
| Meetings of & Communications with Creditors or the Committee | | | 11.30 | $ 5,764.00 |
| Plan & Disclosure Statement (including business plan) | | | 5.80 | $ 3,019.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.80 | $ 370.00 |
| | | | 324.70 | $ 160,434.00 |

## **EXHIBIT B**

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 10,332.00 | 24.60 | 420 | 420 | 0 |
| Porcelli, Anthony C. | Shareholder | LI Commercial Litigation | 05/01/1994 | $ 29,677.00 | 50.30 | 590 | 590 | 0 |
| Switzer Jr., Jay L. | Shareholder | FR Loan Enforcement | 05/01/1992 | $ 19,116.00 | 32.40 | 590 | 590 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 45,955.00 | 70.70 | 650 | 650 | 0 |
| Blakely Paquet, Elizabeth A. | Associate | FR Bankruptcy and Restructuring | 05/01/2014 | $ 5,490.00 | 18.30 | 300 | 300 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 36,120.00 | 86.00 | 420 | 420 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 9,504.00 | 26.40 | 360 | 360 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 4,240.00 | 16.00 | 265 | 265 | 0 |
| | | | | $ 160,434.00 | 324.70 | 494 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 426.50 | $ 590.34 |
| Associate | $ 280.44 | $ 391.08 |
| Paralegal | $ 194.02 | $ 265.00 |
| All timekeepers averaged | $ 300.32 | $ 415.47 |

49091408.1

## EXHIBIT C

# SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Client Advance | $ 30.00 |
| Deliveries | $ 106.00 |
| Other Legal Research | $ 3,731.98 |
| Meals | $ 192.00 |
| Transcript of Proceedings | $ 396.20 |
| Westlaw Computer Research | $ 143.50 |
| | $ 4,599.68 |

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

50335146.1



# Invoice Detail

For Professional Services Through 3/31/15  
File No. 078582-475724  
**Re: Chapter 11 Bankruptcy**

Page 92  
April 24, 2015  
Invoice No: 1166179

## Disbursements

| Date | Description | Amount |
|---|---|---|
|  | Westlaw Computer Research | $143.50 |
| 06/30/14 | Other Legal Research EPIQ Bankruptcy Solutions LLC Creditors committee invoice | 3,731.98 |
| 10/28/14 | Client Advance Reliable Wilmington PRINT FROM CM/ECF SITE TABS PRE-PRINTED TABS CUSTOM BINDER, VIEW, 2" BLACK BINDER, VIEW, 3" BLACK | 30.00 |
| 02/27/15 | Transcript of Proceedings Veritext New York Reporting Co. transcript | 26.40 |
| 03/02/15 | Meals DLS Discovery LLC food (pickup and delivery) | 72.00 |
| 03/03/15 | Deliveries DLS Discovery LLC pickup/delivery | 72.00 |
| 03/04/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 67.40 |
| 03/06/15 | Deliveries Reliable Wilmington hand delivery courier service- judge sontchi | 7.50 |
| 03/10/15 | Meals DLS Discovery LLC food (pickup/delivery) | 120.00 |
| 03/11/15 | Transcript of Proceedings Veritext New York Reporting Co. TRANSCRIPT | 112.80 |
| 03/11/15 | Deliveries Reliable Wilmington hand delivery courier service- judge sontchi | 7.50 |
| 03/13/15 | Deliveries DLS Discovery LLC document/runner to bankruptcy court Judge Sontchi | 19.00 |
| 03/17/15 | Transcript of Proceedings Veritext Mid-Atlantic TRANSCRIPT ELECTRONIC COPY | 189.60 |
|  | **Total Disbursements** | **$4,599.68** |

Total Disbursements     4,599.68

**Total Current Charges Due**     **$165,033.68**



# Invoice

Page 1 of 1

Epiq Bankruptcy Solutions
757 Third Ave, 3rd Floor
New York NY  10017

**Remit to**
Epiq Bankruptcy Solutions
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096

For billing questions, call 646-282-2580

Payment by Wire:
Bank:                                         Silicon Valley Bank (Santa Clara, CA)
ABA Routing:                          121140399
Acct No:                                   3300693042
SWIFT:                                    SVBKUS6S

**Bill-To**
EFH Creditor Committe
c/o Polsinelle Shughart
Attn: Christopher A. Ward
222 Delaware Ave Suite 1101
Wilmington DE  19801

**Information**
| | | | |
|---|---|---|---|
| Invoice No. | 90083973 | Invoice Date | 06/30/2014 |
| Purchase Order No. | | | |
| Customer No. | 3002932 | | |
| Currency | USD | | |
| Contract No. | 40008341 | | |
| Contract Description | EFH Creditor Committee | | |
| Terms of Payment | Payable upon receipt | | |
| Internal Reference No | EF1 | | |

**Comments**
Services for the month of June 2014

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| DM100 | Senior Consultant I, DM | 2.900 | H | 176.0000 | 510.40 |
| IT200 | Programmer II | 0.800 | H | 127.0000 | 101.60 |
| AS200 | Senior Case Manager II | 0.400 | H | 169.0000 | 67.60 |
| AS100 | Senior Case Manager I | 0.500 | H | 145.0000 | 72.50 |
| CM100 | Case Manager I | 3.800 | H | 83.0000 | 315.40 |
| AD100 | Admin. Support I | 0.800 | H | 35.0000 | 28.00 |
| NO100 | Noticing | 15,474 | PAG | 0.1000 | 1,547.40 |
| NO100T | Noticing - In state | 3,657 | PAG | 0.1000 | 365.70 |
| OS220 | Labels | 267 | EA | 0.0500 | 13.35 |
| NO120 | Email Noticing per File | 307 | FIL | 0.0500 | 15.35 |
| OS205 | Facsimiles - Out of State | 477 | PAG | 0.1000 | 47.70 |
| OS205T | Facsimiles - In State | 132 | PAG | 0.1000 | 13.20 |
| RE100 | Postage | 600.150 | EA | 1.0000 | 600.15 |

|   |   |
|---|---:|
| **Net Amount** | 3,698.35 |
| **Sales Tax** | 33.63 |
| **Total Amount Due  (USD)** | 3,731.98 |

