## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 642 | Fee Application Prep and Related Issues | 5.00 | $1,210.00 |
| 900 | Ediscovery Services | 64.80 | $9,072.00 |
| **Totals:** | | **69.80** | **$10,282.00** |