## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kathryn Mailloux | EBS Senior Consultant III | $242.00 | 5.00 | $1,210.00 |
| Jennifer Bernstein | EDS Project Manager | $140.00 | 0.60 | $84.00 |
| Michael Bevington | EDS Project Manager | $140.00 | 10.50 | $1,470.00 |
| Ignatio Chisesi | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Christopher Fort | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 5.30 | $742.00 |
| Katie Hursh | EDS Project Manager | $140.00 | 0.70 | $98.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 3.50 | $490.00 |
| Karen Lee | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Seungjin Lee | EDS Project Manager | $140.00 | 2.50 | $350.00 |
| Merle Pete | EDS Project Manager | $140.00 | 1.80 | $252.00 |
| Chad Poorman | EDS Project Manager | $140.00 | 16.30 | $2,282.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 10.90 | $1,526.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 6.40 | $896.00 |
| Scott Umshler | EDS Project Manager | $140.00 | 2.30 | $322.00 |
| **Totals:** | | | **69.80** | **$10,282.00** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."