**<u>EXHIBIT D</u>**

**Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 123.83 GB | $35.00 | $4,334.05 |
| HST626 – Relativity License Fee | 23 licenses | $75.00 | $1,725.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 1,650.18 GB | $15.00 | $24,752.70 |
| PRO238 – File preparation and export from eDiscovery Relativity repository | 476 files | $0.05 | $23.80 |
| PRO251 – Conversion of images to searchable .PDFs | 11,034 pages | $0.05 | $551.70 |
| **TOTAL** | | | **$31,387.25** |