# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket No. 4149** |

### *NO ORDER REQUIRED* CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY FEE APPLICATION OF LAZARD FRÈRES AND CO. LLC, AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2015 THROUGH JANUARY 31, 2015

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection, or other responsive pleading to the *First Monthly Fee Application of Lazard Frères and Co. LLC, as Investment Banker to the Official Committee of TCEH Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2015 through January 31, 2015*, filed on April 14, 2015 [Docket No. 4149] (the "**Fee Application**"). The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection, or other responsive pleading to the Fee Application appears thereon. Pursuant to the Notice of Fee Application, responses to the Fee Application were to be filed and served no later than May 5, 2015 at 4:00 p.m. (ET). The Fee Application was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [Docket No. 1896] and the *Order Establishing Procedures for Interim Compensation and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

50339196.1

*Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] (the "**Administrative Order**").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession are authorized to pay Lazard Frères and Co. LLC 80% of its fees and 100% of its expenses requested in the Fee Application upon the filing of this certificate without the need for further order of the Court. A summary of the fees and expenses sought by Lazard Frères and Co. LLC is annexed hereto as <u>Exhibit A</u>.

*[Remainder of page intentionally left blank]*

Dated: Wilmington, Delaware
      May 7, 2015                 **MORRISON & FOERSTER LLP**
                                    James M. Peck
                                    Brett H. Miller
                                    Lorenzo Marinuzzi
                                    Todd M. Goren
                                    250 West 55th Street
                                    New York, New York 10019-9601
                                    Telephone:  (212) 468-8000
                                    Facsimile:  (212) 468-7900
                                    E-mail:  jpeck@mofo.com
                                              brettmiller@mofo.com
                                              lmarinuzzi@mofo.com
                                              tgoren@mofo.com

                                    -and-

                                  */s/ Christopher A. Ward* _____
                                  Christopher A. Ward (Del. Bar No. 3877)
                                  Justin K. Edelson (Del. Bar No. 5002)
                                  Shanti M. Katona (Del. Bar No. 5352)
                                  Jarrett Vine (Del. Bar No. 5400)
                                  **POLSINELLI PC**
                                  222 Delaware Avenue, Suite 1101
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 252-0920
                                  Facsimile:  (302) 252-0921
                                  E-mail:  cward@polsinelli.com
                                              jedelson@polsinelli.com
                                              skatona@polsinelli.com
                                              jvine@polsinelli.com

                                  *Attorneys for the Official Committee of TCEH Unsecured Creditors*

**EXHIBIT A**

**Professional Fees and Expenses
Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[2] | Total Expenses Requested[3] | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Lazard Frères and Co. LLC<br>30 Rockefeller Plaza<br>61st Floor<br>New York, NY 10020<br><br>Investment Banker to the Official Committee of TCEH Unsecured Creditors | First Monthly Fee Statement<br><br>1/1/2015 through 1/31/2015<br><br>Filed 4/14/2015<br><br>Docket No. 4149 | $250,000.00 | $13,262.04 | 5/5/2015 | $200,000.00 | $13,262.04 | $50,000.00 |

---

[2] Consistent with the terms of the Administrative Order, the requested fees in the Monthly Fee Statement shall be allocated solely to TCEH.
[3] Consistent with the terms of the Administrative Order, the requested expenses in the Monthly Fee Statement shall be allocated solely to TCEH.

50339196.1