## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| B160 | Fee/Employment Applications | 37.80 | $16,614.00 |
| B270 | Energy Trading | 116.00 | $90,144.00 |
| B340 | Hearings | .80 | 464.00 |
|  | **TOTAL** | **154.60** | **$107,222.00** |