## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $875.00 | 77.90 | $68,162.50 |
| Robert Lamkin | Partner | $805.00 | 2.10 | $1,690.50 |
| Jessica Bayles | Associate | $425.00 | 3.00 | $1,275.00 |
| Megan Preusker | Associate | $540.00 | 3.10 | $1,674.00 |
| Ryan A. Wagner | Associate | $580.00 | 50.80 | $29,464.00 |
| Andrea Duncliffe | Paralegal Manager | $280.00 | 17.70 | $4,956.00 |
| **Total** | | | **154.6** | **$107,222.00** |