## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Business Meals | Renaissance Hotel /Dallas Marriott Hotel/Abeca Sushi | $116.23 |
| Airfare | United Airlines | $2,666.50 |
| Lodging | Springhill Suites Marriott/Renaissance Dallas Hotel<br><br>Dallas Marriott Hotel | $2,376.64 |
| Car Rental | Budget Rental | $645.72 |
| Parking | Various Vendors | $550.65 |
| Miscellaneous | Various Vendors | $30.09 |
| **TOTAL** | | **$6,385.83** |