# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

DM_US 60121231-1.093681.0012

**Expense Detail by Category**

**March 1, 2014 through March 31, 2014**

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | January 28, 2015 for travel February 2, 2015 through February 5, 2015 | $1,306.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | February 10, 2015 | $264.10 | ½ of Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | February 19, 2015 | $1,096.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**          **$2,666.50**

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | February 3, 2015 | $240.89 | Springhill Suites Marriott |
| Iskender H. Catto | February 4, 2015 | $240.89 | Springhill Suites Marriott |
| Iskender H. Catto | February 17, 2015 | $321.57 | Dallas Marriott |
| Iskender H. Catto | February 18, 2015 | $321.57 | Dallas Marriott |
| Iskender H. Catto | February 19, 2015 | $321.57 | Dallas Marriott |
| Iskender H. Catto | February 23, 2015 | $310.05 | Renaissance Dallas Marriott |
| Iskender H. Catto | February 24, 2015 | $310.05 | Renaissance Dallas Marriott |
| Iskender H. Catto | February 25, 2015 | $310.05 | Renaissance Dallas Marriott |

**Expense Category Total:**          **$2,376.64**

*MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | February 16, 2015 | $29.20 | Late night dinner in office |
| Iskender H. Catto | February 17, 2015 | $22.08 | Out of Town Breakfast at Dallas Marriott |
| Iskender H. Catto | February 23, 2015 | $29.88 | Out of Town Dinner @ Renaissance Dallas Marriott Hotel |
| Iskender H. Catto | February 25, 2015 | $35.07 | Out of Town Dinner @ Renaissance Dallas Marriott Hotel |

**Expense Category Total:**          **$116.23**

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | February 3, 2015 through February 5, 2015 | $195.72 | Budget Car Rental (3 days @ $65.24/day, taxes and fees included) |
| Iskender H. Catto | February 17, 2015 through February 20, 2015 | $225 (reduced from $301.42) | Budget Car Rental (3 days @ $75.00/day, taxes and fees included) |
| Iskender H. Catto | February 23, 2015 through February 26, 2015 | $225 (reduced from $377.96) | Budget Car Rental (3 days @ $75.00 taxes and fees included) |
| **Expense Category Total:** | | **$645.72** | |

### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | February 3, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | February 3, 2015 | $99.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | February 3, 2015 | $25.98 | Springhill Suites Marriott Parking |
| Iskender H. Catto | February 4, 2015 | $25.98 | Springhill Suites Marriott Parking |
| Iskender H. Catto | February 5, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | February 17, 2015 | $132.00 | Newark International Airport |
| Iskender H. Catto | February 17, 2015 | $29.23 | Dallas Marriott Hotel |
| Iskender H. Catto | February 18, 2015 | $29.23 | Dallas Marriott Hotel |
| Iskender H. Catto | February 19, 2015 | $29.23 | Dallas Marriott Hotel |
| Iskender H. Catto | February 23, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | February 24, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | February 25, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | February 26, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | February 26, 2015 | $132.00 | Newark Liberty International Airport Parking |
| **Expense Category Total:** | | **$550.65** | |

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | February 5, 2015 | $8.46 | Shell Gas |
| Iskender H. Catto | February 20, 2015 | $6.85 | Shell Gas |
| Iskender H. Catto | February 26, 2015 | $14.78 | Shell Gas |
| **Expense Category Total:** | | **$30.09** | |