## EXHIBIT A

**Verification**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**VERIFICATION OF JAMES KATCHADURIAN**

A.      I am an Executive Vice President, in the firm of Epiq Bankruptcy Solutions, LLC ("Epiq"), located at 777 Third Avenue, Twelfth Floor, New York, New York 10017.  I am the lead administrative advisor from Epiq working on the above-captioned chapter 11 cases.

B.      I have personally performed many of the services rendered by Epiq, as administrative advisor to the Debtors, and am familiar with all other work performed on behalf of the Debtors by the employees in the firm.

C.      The facts set forth in the foregoing Second Interim Fee Application are true and correct to the best of my knowledge, information, and belief.

D.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Second Interim Fee Application for Epiq complies with Rule 2016-2.

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ James Katchadurian*
James Katchadurian
Executive Vice President
Epiq Bankruptcy Solutions, LLC

2