**EXHIBIT B**

**Summary of Fees Billed by Subject Matter for the Second Interim Fee Period**

| Activity Description | Sum of Hours | Sum of Amount |
|---|---|---|
| 495 Balloting/Solicitation Consultation | 17.70 | $3,274.00 |
| 642 Fee Application Prep and Related Issues | 11.60 | $3,007.40 |
| 900 Ediscovery Services | 185.40 | $25,956.00 |
| **Totals** | **214.70** | **$32,237.40** |