## EXHIBIT C

### Summary of Hours Billed by Epiq Professionals[1] During the Second Interim Fee Period

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 3.70 | $1,424.50 |
| J. Helen Cook | EBS Senior Consultant III | $242.00 | 3.50 | $847.00 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 0.90 | $217.80 |
| Kathryn Mailloux | EBS Senior Consultant III | $242.00 | 5.00 | $1,210.00 |
| Bradley Tuttle | EBS Senior Consultant III | $242.00 | 0.90 | $217.80 |
| Kathryn Tran | EBS Senior Consultant II | $242.00 | 0.80 | $193.60 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 10.40 | $1,830.40 |
| Paul Avila | EDS Project Manager | $140.00 | 1.20 | $168.00 |
| Jennifer Bernstein | EDS Project Manager | $140.00 | 0.60 | $84.00 |
| Michael Bevington | EDS Project Manager | $140.00 | 19.70 | $2,758.00 |
| Alexis Carrigan | EDS Project Manager | $140.00 | 4.50 | $630.00 |
| Ignazio Chisesi | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Christine Deason | EDS Project Manager | $140.00 | 6.80 | $952.00 |
| Chuck English | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Joanne Fancy | EDS Project Manager | $140.00 | 0.60 | $84.00 |
| Christopher Fort | EDS Project Manager | $140.00 | 6.30 | $882.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 11.20 | $1,568.00 |
| Chelsea Heckathorn | EDS Project Manager | $140.00 | 4.50 | $630.00 |
| Justin Hoffman | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Katie Hursh | EDS Project Manager | $140.00 | 5.00 | $700.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 15.70 | $2,198.00 |
| Beverly Laucus | EDS Project Manager | $140.00 | 3.00 | $420.00 |
| Karen Lee | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Seungjin Lee | EDS Project Manager | $140.00 | 2.50 | $350.00 |
| Virginia Li | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Alan Mak | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Siang Ong | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Arnold Park | EDS Project Manager | $140.00 | 3.80 | $532.00 |
| Merle Pete | EDS Project Manager | $140.00 | 3.10 | $434.00 |
| Chad Poorman | EDS Project Manager | $140.00 | 17.30 | $2,422.00 |
| Margery Renn | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Christian Rivas | EDS Project Manager | $140.00 | 3.50 | $490.00 |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Tanya Rivera | EDS Project Manager | $140.00 | 20.80 | $2,912.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 8.80 | $1,232.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 13.40 | $1,876.00 |
| Marc Stachowski | EDS Project Manager | $140.00 | 16.50 | $2,310.00 |
| Scott Umshler | EDS Project Manager | $140.00 | 3.60 | $504.00 |
| Justin Zamudio | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| John Chau | EBS Case Manager I | $83.00 | 4.10 | $340.30 |
| **Totals** | | | **214.70** | **$32,237.40** |

RLF1 11949039v.1