## EXHIBIT D

| Matter Number: 495 | | | | | | | |
| Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Joseph Arena | 9/2/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | RESPOND TO REQUESTS AND INQUIRY FROM PPM RELATED TO FIRST LIEN CREDIT FACILITY SECURITY IDENTIFIERS. | 0.10 | $176.00 | $17.60 |
| Jane Sullivan | 9/4/2014 | Practice Director | 495 Balloting/Solicitation Consultation | CONFER WITH S KJONTVEDT REGARDING INQUIRY FROM GOLDMAN SACHS AND SUGGESTED RESPONSE REGARDING BAR DATE NOTICE. | 0.20 | $385.00 | $77.00 |
| Joseph Arena | 9/4/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRY FROM PPM REGARDING CALCULATION USED FOR FIRST LIEN DIP LOAN ALLOCATION. | 0.50 | $176.00 | $88.00 |
| Stephenie Kjontvedt | 9/4/2014 | Senior Consultant III | 495 Balloting/Solicitation Consultation | REVIEW BAR DATE ORDER IN RESPONSE TO INQUIRY FROM D.GEIMAN AT GOLDMAN REGARDING REQUEST FOR CASE CUSIPS AND RESPOND TO SAME | 0.40 | $242.00 | $96.80 |
| Joseph Arena | 9/5/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRY FROM J. PARASCHOS AT PPM AMERICA REGARDING CALCULATION FOR FIRST LIEN DIP LOAN ALLOCATION. | 1.00 | $176.00 | $176.00 |
| Stephenie Kjontvedt | 9/5/2014 | Senior Consultant III | 495 Balloting/Solicitation Consultation | RESPOND TO D.GEIMAN AT GOLDMAN REGARDING INQUIRY ON SERVICE OF BAR DATE NOTICE | 0.20 | $242.00 | $48.40 |
| Jane Sullivan | 9/8/2014 | Practice Director | 495 Balloting/Solicitation Consultation | CONFER WITH V MANNERS (EPIQ) REGARDING STAFF AVAILABILITY TO ASSIST WITH SPECIAL PROJECT. | 0.10 | $385.00 | $38.50 |
| Joseph Arena | 9/8/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | CONFER WITH S. GARABATO REGARDING CLAIMS FILING PROCEDURE FOR PUBLIC SECURITIES HOLDERS. | 0.30 | $176.00 | $52.80 |
| John Chau | 9/9/2014 | Case Manager I, CA | 495 Balloting/Solicitation Consultation | PREPARE TO INPUT AND AUDIT EMPLOYEE FILES FOR MAILING LIST | 0.50 | $83.00 | $41.50 |
| Joseph Arena | 9/9/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | PREPARE TO INPUT AND AUDIT EMPLOYEE FILES FOR MAILING LIST | 0.50 | $176.00 | $88.00 |
| Jane Sullivan | 9/10/2014 | Practice Director | 495 Balloting/Solicitation Consultation | ATTEND TO BNY INQUIRY FROM G BUSH (BNY - INDENTURE TRUSTEE) REGARDING PROOF OF CLAIM FORMS AND RELATED RESEARCH. | 0.50 | $385.00 | $192.50 |
| Joseph Arena | 9/10/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRY FROM S. POLIZIO OF STATE STREET BANK REGARDING BAR DATE NOTICE. | 0.70 | $176.00 | $123.20 |
| Stephenie Kjontvedt | 9/10/2014 | Senior Consultant III | 495 Balloting/Solicitation Consultation | RESPOND TO INQUIRY ON CUSIPS FROM C.CAPUZZO AT LABATON | 0.10 | $242.00 | $24.20 |

| | | | | Matter Number: 495 | | | |
| | | | | Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Jane Sullivan | 9/11/2014 | Practice Director | 495 Balloting/Solicitation Consultation | TELEPHONE CONFERENCE WITH KIRKLAND (C HUSNICK, B SCHARTZ, AND A YENAMANDRA) AND UNITED STATES TRUSTEE (A SCHWARTZ, R SCHEPACARTER) REGARDING NOTICING MATTER (.6) AND PROVIDE EMAIL TO K&E WITH REQUESTED OUTLINE (.7) | 1.30 | $385.00 | $500.50 |
| John Chau | 9/11/2014 | Case Manager I, CA | 495 Balloting/Solicitation Consultation | INPUT AND AUDIT OF EMPLOYEE FILES FOR MAILING LIST | 3.00 | $83.00 | $249.00 |
| Joseph Arena | 9/11/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | INPUT AND AUDIT OF EMPLOYEE FILES FOR MAILING LIST. | 3.40 | $176.00 | $598.40 |
| Joseph Arena | 9/11/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | CONFER WITH J. SULLIVAN TO CREATE COST ESTIMATE FOR SERVICE OF US TRUSTEE NOTICE. | 1.00 | $176.00 | $176.00 |
| Stephenie Kjontvedt | 9/11/2014 | Senior Consultant III | 495 Balloting/Solicitation Consultation | MEET WITH J.SULLIVAN AND J.ARENA TO DISCUSS POTENTIAL OPTIONS FOR SECURITIES MAILNG ON BEHALF OF US TRUSTEE | 0.20 | $242.00 | $48.40 |
| Jane Sullivan | 9/12/2014 | Practice Director | 495 Balloting/Solicitation Consultation | FOLLOW UP WITH A YENAMANDRA REGARDING DRAFT EMAIL (.1); PROVIDE DRAFT EMAIL TO FULL KIRKLAND TEAM (C HUSNICK, B SCHARTZ, AND A YENAMANDRA) AND TO U.S. TRUSTEE TEAM (A SCHWARTZ, R SCHEPACARTER) (.1) | 0.20 | $385.00 | $77.00 |
| Joseph Arena | 9/12/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | CONFER WITH BROADRIDGE REGARDING MAILING INSTRUCTIONS FOR POTENTIAL SERVICE OF NOTICE. | 0.50 | $176.00 | $88.00 |
| Joseph Arena | 9/15/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRY FROM M. VITALINO OF MEDIANT REGARDING TIMING OF POTENTIAL MAILING TO PUBLIC SECURITIES HOLDERS. | 0.50 | $176.00 | $88.00 |
| Joseph Arena | 9/16/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRY FROM L. EDWARDS OF UBS REGARDING PROOF OF CLAIM FORM. | 0.50 | $176.00 | $88.00 |
| Joseph Arena | 9/17/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES FROM L. EDWARDS OF UBS REGARDING PROOF OF CLAIM FORM. | 0.80 | $176.00 | $140.80 |
| John Chau | 9/23/2014 | Case Manager I, CA | 495 Balloting/Solicitation Consultation | RESPOND TO PHONE INQUIRY REGARDING DISTRIBUTIONS | 0.30 | $83.00 | $24.90 |
| Joseph Arena | 9/23/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | RESPOND TO INQUIRY FROM M. VITALINO OF MEDIANT RELATED TO POTENTIAL MAILING TO SECURITIES HOLDERS. | 0.20 | $176.00 | $35.20 |

| Matter Number: 495 | | | | | | | |
| Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Joseph Arena | 9/25/2014 | Senior Consultant I | 495 Balloting/Solicitation Consultation | RESPOND TO INQUIRY FROM KEVIN ROTH REGARDING INTEREST PAYMENTS MADE TO FIRST LIEN LOAN POSITIONS. | 0.40 | $176.00 | $70.40 |
| John Chau | 9/26/2014 | Case Manager I, CA | 495 Balloting/Solicitation Consultation | RESPOND TO PHONE INQUIRY REGARDING DISTRIBUTIONS | 0.30 | $83.00 | $24.90 |
| **TOTAL** | | | | | **17.70** | | **$3,274.00** |

| | | | | Matter Number: 642 | | | |
| | | | | Matter Description: FEE APPLICATION PREP AND RELATED ISSUES | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Jane Sullivan | 10/23/2014 | Practice Director | 642 Fee Application Prep and Related Issues | PREPARE WRITTEN DESCRIPTION OF EPQI'S DUTIES REGARDING EXCHANGE, TENDER, AND SUBSCRIPTION OFFERS DURING APPLICATION PERIOD | 1.40 | $385.00 | $539.00 |
| Bradley Tuttle | 10/16/2014 | Senior Consultant III | 642 Fee Application Prep and Related Issues | FEE APPLICATON EXHIBIT PREP AND REVIEW | 0.90 | $242.00 | $217.80 |
| J. Helen Cook | 11/5/2014 | Senior Consultant III | 642 Fee Application Prep and Related Issues | DISCUSSIONS WITH K. MAILLOUX RE PREPARATION OF INTERIM FEE APPLICATION (0.5); PREPARATION OF EPIQ FIRST INTERIM FEE APPLICATION (3.0). | 3.50 | $242.00 | $847.00 |
| Kathryn Tran | 11/17/2014 | Senior Consultant II | 642 Fee Application Prep and Related Issues | TELEPHONE CALL WITH K MAILLOUX (EPIQ) REGARDING LITIGATION WORK FOR FEE APPLICATION (0.3); PREPARATION OF LITIGATION WRITEUP FOR FEE APPLICATION (0.5). | 0.80 | $242.00 | $193.60 |
| Kathryn Mailloux | 12/16/2014 | Senior Consultant III | 642 Fee Application Prep and Related Issues | FINALIZE FIRST FOUR MONTHLY FEE APPLICATIONS FOR FILING (1.9); EMAIL SAME TO COUNSEL FOR FILING (0.3) | 2.20 | $242.00 | $532.40 |
| Kathryn Mailloux | 12/19/2014 | Senior Consultant III | 642 Fee Application Prep and Related Issues | REVISE INTERIM FEE APPLICATION (2.3); SUBMIT TIME DETAIL FOR APPROVAL (0.5) | 2.80 | $242.00 | $677.60 |
| TOTAL | | | | | 11.60 | | $3,007.40 |

| Matter Number: 900 |
| Matter Description: EDISCOVERY SERVICES |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Jacqueline Koenig | 10/2/2014 | Project Manager | 900 Ediscovery Services | Conference call with the case team in order to prepare for database set up, user access, and contract requirements on behalf of C. Papenfuss | 0.50 | $140.00 | $70.00 |
| Justin Hoffman | 10/11/2014 | Project Manager | 900 Ediscovery Services | Create Relativity database. | 1.00 | $140.00 | $140.00 |
| Katie Hursh | 10/11/2014 | Project Manager | 900 Ediscovery Services | Prepare PHH14283104045 for upload to hosting database | 1.00 | $140.00 | $140.00 |
| Margery Renn | 10/11/2014 | Project Manager | 900 Ediscovery Services | Perform peer QC of review database set up | 0.50 | $140.00 | $70.00 |
| Katie Hursh | 10/12/2014 | Project Manager | 900 Ediscovery Services | Prepare PHH14283104045 for upload to hosting database | 2.40 | $140.00 | $336.00 |
| Katie Hursh | 10/13/2014 | Project Manager | 900 Ediscovery Services | Prepare PHH14283104045 for upload to hosting database | 0.50 | $140.00 | $70.00 |
| Jacqueline Koenig | 10/14/2014 | Project Manager | 900 Ediscovery Services | Modification of layout preferences within Relativity in order to prepare the platform for review on behalf of W. Marx | 0.80 | $140.00 | $112.00 |
| Jacqueline Koenig | 10/14/2014 | Project Manager | 900 Ediscovery Services | Modification of field preferences within Relativity in order to prepare the platform for reviewon behalf of W. Marx | 0.60 | $140.00 | $84.00 |
| Jacqueline Koenig | 10/14/2014 | Project Manager | 900 Ediscovery Services | Creation of concordance fields, layout modifications, and re-foldering as per W. Marx instructions in preparation for database review | 1.60 | $140.00 | $224.00 |
| Justin Zamudio | 10/14/2014 | Project Manager | 900 Ediscovery Services | Upload missing images to database | 0.50 | $140.00 | $70.00 |
| Merle Pete | 10/14/2014 | Project Manager | 900 Ediscovery Services | Perform investigation, including database document range verification and removal of docs per client request | 0.50 | $140.00 | $70.00 |
| Merle Pete | 10/14/2014 | Project Manager | 900 Ediscovery Services | Performdatabase document search | 0.30 | $140.00 | $42.00 |
| Michael Bevington | 10/14/2014 | Project Manager | 900 Ediscovery Services | Prepare overlay file for overlay. | 0.20 | $140.00 | $28.00 |
| Scott Umshler | 10/14/2014 | Project Manager | 900 Ediscovery Services | Move contents and all existing folders to new location | 1.30 | $140.00 | $182.00 |
| Tisha Shurley | 10/14/2014 | Project Manager | 900 Ediscovery Services | Perform removal of document ids from hosted database | 0.20 | $140.00 | $28.00 |
| Christine Deason | 10/15/2014 | Project Manager | 900 Ediscovery Services | Prepared volumes EFH028 and EFH-EVR006 for upload to hosting database | 0.40 | $140.00 | $56.00 |
| Christine Deason | 10/15/2014 | Project Manager | 900 Ediscovery Services | Prepared volume EFH008 images for overlay | 0.40 | $140.00 | $56.00 |
| Christine Deason | 10/15/2014 | Project Manager | 900 Ediscovery Services | Prepared volume EFH-EVR007 for upload to hosting database | 0.40 | $140.00 | $56.00 |
| Jacqueline Koenig | 10/15/2014 | Project Manager | 900 Ediscovery Services | Confirmation of the removal of documents containing notes as marked in the client's production report regarding EFH00058374, EFH00077738, EFH00084482, and EFH00269004 on behalf of W. Marx | 1.00 | $140.00 | $140.00 |

| Matter Number: 900 |
| :---: |
| Matter Description: EDISCOVERY SERVICES |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Joshua Goodman | 10/15/2014 | Project Manager | 900 Ediscovery Services | Prepare EFH027 for loading to Relativity and merge date-time fields. | 0.50 | $140.00 | $70.00 |
| Arnold Park | 10/16/2014 | Project Manager | 900 Ediscovery Services | Relocate folders based on Prod Volume prefix per William Marx; update security settings on fields per William Marx. | 2.00 | $140.00 | $280.00 |
| Christine Deason | 10/16/2014 | Project Manager | 900 Ediscovery Services | Prepared volume EFH029 for upload to hosting database | 0.30 | $140.00 | $42.00 |
| Arnold Park | 10/18/2014 | Project Manager | 900 Ediscovery Services | Update metadata fields in Relativity | 1.00 | $140.00 | $140.00 |
| Arnold Park | 10/20/2014 | Project Manager | 900 Ediscovery Services | Modify field names | 0.80 | $140.00 | $112.00 |
| Jacqueline Koenig | 10/21/2014 | Project Manager | 900 Ediscovery Services | Creation of the recipents, last edited, and view modifications on behalf of A. Levin | 0.80 | $140.00 | $112.00 |
| Marc Stachowski | 10/22/2014 | Project Manager | 900 Ediscovery Services | Prepare doucments for move between KD0103 - EFH Legacy Repository database and Texas Energy KD0103A database. | 3.20 | $140.00 | $448.00 |
| Virginia Li | 10/22/2014 | Project Manager | 900 Ediscovery Services | Preparation of Relativity database for loading | 0.50 | $140.00 | $70.00 |
| Virginia Li | 10/22/2014 | Project Manager | 900 Ediscovery Services | Further preparation of Relativity database for loading | 0.50 | $140.00 | $70.00 |
| Justin Zamudio | 10/23/2014 | Project Manager | 900 Ediscovery Services | Move documents from KD0103A to other locations | 0.50 | $140.00 | $70.00 |
| Jacqueline Koenig | 10/24/2014 | Project Manager | 900 Ediscovery Services | Coordination of the download and review of the 14GB file sent via FTP in order to quality control each volume for database review on behalf of A. Levin | 0.50 | $140.00 | $70.00 |
| Marc Stachowski | 10/24/2014 | Project Manager | 900 Ediscovery Services | Prepare documtnes for move between KD0103 - EFH Legacy Repository and Wilmington Trust - KD0103G. | 0.90 | $140.00 | $126.00 |
| Katie Hursh | 10/25/2014 | Project Manager | 900 Ediscovery Services | Perform custom date merging on EFH030 | 0.40 | $140.00 | $56.00 |
| Alan Mak | 10/27/2014 | Project Manager | 900 Ediscovery Services | Creation of database | 1.00 | $140.00 | $140.00 |
| Alexis Carrigan | 10/27/2014 | Project Manager | 900 Ediscovery Services | Perform Peer QC of PIMCO - KD0103D | 0.50 | $140.00 | $70.00 |
| Joshua Goodman | 10/27/2014 | Project Manager | 900 Ediscovery Services | Prepare documents for move between KD0103 - EFH Legacy Repository and KD0103A - Texas Engery, KD0103B - EFH Legacy Noteholder, Wilmington Trust - KD0103G. | 0.90 | $140.00 | $126.00 |
| Tisha Shurley | 10/28/2014 | Project Manager | 900 Ediscovery Services | Prepare documents for move between KD0103 - EFH Legacy Repository to KD0103D - PIMCO | 2.30 | $140.00 | $322.00 |
| Alexis Carrigan | 10/29/2014 | Project Manager | 900 Ediscovery Services | Prepare New Database KD0103H in Relativity Hosting Application | 1.00 | $140.00 | $140.00 |
| Chuck English | 10/29/2014 | Project Manager | 900 Ediscovery Services | Database Setup | 1.50 | $140.00 | $210.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **Matter Number: 900** | | | | | |
| | | | **Matter Description: EDISCOVERY SERVICES** | | | | | |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Tisha Shurley | 10/29/2014 | Project Manager | 900 Ediscovery Services | Prepare documents for move between KD0103 - EFH Legacy Repository to KD0103D - PIMCO | 0.50 | $140.00 | $70.00 |
| Alexis Carrigan | 10/30/2014 | Project Manager | 900 Ediscovery Services | Prepare New Database KD0103I in Relativity Hosting Application | 1.00 | $140.00 | $140.00 |
| Alexis Carrigan | 10/30/2014 | Project Manager | 900 Ediscovery Services | Prepare New Database KD0103K  in Relativity Hosting Application | 1.00 | $140.00 | $140.00 |
| Marc Stachowski | 10/30/2014 | Project Manager | 900 Ediscovery Services | Prepare EFH031 for upload to hosting database. | 0.60 | $140.00 | $84.00 |
| Christopher Fort | 10/31/2014 | Project Manager | 900 Ediscovery Services | Export data from the main "KD0103 - EFH Legacy Repository" workspace to load into the following workspaces: Wilmington Trust - KD0103G, Texas Energy - KD0103A PIMCO - KD0103D. EFH Legacy - KD0103B | 3.00 | $140.00 | $420.00 |
| Joshua Goodman | 10/31/2014 | Project Manager | 900 Ediscovery Services | Prepare documents for move between KD0103 - EFH Legacy Repository and Wilmington Savings Fund Society - KD0103K | 0.40 | $140.00 | $56.00 |
| Marc Stachowski | 10/31/2014 | Project Manager | 900 Ediscovery Services | Prepare documents for move between KD0103 - EFH Legacy Repository and Adhoc TCEH Unsecured Noteholders - KD0103J. | 1.90 | $140.00 | $266.00 |
| Tisha Shurley | 10/31/2014 | Project Manager | 900 Ediscovery Services | Prepare VOL001 for upload to hosting database | 0.70 | $140.00 | $98.00 |
| Christian Rivas | 11/1/2014 | Project Manager | 900 Ediscovery Services | Preparation of data for import into Relativity | 0.80 | $140.00 | $112.00 |
| Christian Rivas | 11/1/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for Relativity database-to-database move | 0.70 | $140.00 | $98.00 |
| Christine Deason | 11/1/2014 | Project Manager | 900 Ediscovery Services | Conduct overlay of data files | 0.40 | $140.00 | $56.00 |
| Christine Deason | 11/1/2014 | Project Manager | 900 Ediscovery Services | Conduct database-to-database move. | 3.40 | $140.00 | $476.00 |
| Joshua Goodman | 11/1/2014 | Project Manager | 900 Ediscovery Services | Conduct overlay of provided data to the Relativity database. | 0.30 | $140.00 | $42.00 |
| Joshua Goodman | 11/1/2014 | Project Manager | 900 Ediscovery Services | Preparation documents for move between KD0103 - EFH Legacy Repository and Wilmington Savings Fund Society - KD0103K | 0.90 | $140.00 | $126.00 |
| Marc Stachowski | 11/1/2014 | Project Manager | 900 Ediscovery Services | Preparation documents for move between KD0103 - EFH Legacy Repository AND Computershare Trust - KD0103H. | 1.10 | $140.00 | $154.00 |
| Marc Stachowski | 11/1/2014 | Project Manager | 900 Ediscovery Services | Preparation documents for move between KD0103 - EFH Legacy Repository and Texas Energy - KD0103A. | 0.60 | $140.00 | $84.00 |

| | | | | | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | | | |

<table>
<tr><td colspan="8" align="center"><strong>Matter Number: 900</strong><br><strong>Matter Description: EDISCOVERY SERVICES</strong></td></tr>
</table>

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Christian Rivas | 11/2/2014 | Project Manager | 900 Ediscovery Services | Conduct Relativity database-to-database move | 0.80 | $140.00 | $112.00 |
| Chelsee Heckathorn | 11/3/2014 | Project Manager | 900 Ediscovery Services | KD0103 - Coordinate EFH Legacy Repository database-to-database moves, including creation of searches in Source database (0.5); export data, original text and native paths and text (0.5); populate specific fields (0.5); load data, images, text and natives to 5 target databases (0.5); monitor import progress (0.5) | 2.50 | $140.00 | $350.00 |
| Chelsee Heckathorn | 11/3/2014 | Project Manager | 900 Ediscovery Services | KD0103 -Coordinate EFH Legacy Repository Volume move including creation of searches in Relativity (0.5); export data, original image and native links and text from source database (0.5); load data, images, natives and text to target database (0.5); monitor progress of import (0.5). | 2.00 | $140.00 | $280.00 |
| Joshua Goodman | 11/3/2014 | Project Manager | 900 Ediscovery Services | Preparation of data for move. | 0.50 | $140.00 | $70.00 |
| Marc Stachowski | 11/3/2014 | Project Manager | 900 Ediscovery Services | Conduct DT Index incremental build on specified databases. | 0.30 | $140.00 | $42.00 |
| Tisha Shurley | 11/3/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between KD0103 - EFH Legacy Repository and Official Committee of Unsecured Creditors- KD | 1.50 | $140.00 | $210.00 |
| Joanne Fancy | 11/5/2014 | Project Manager | 900 Ediscovery Services | Preparation of volume EFH-KE001 for upload to hosting database | 0.30 | $140.00 | $42.00 |
| Marc Stachowski | 11/6/2014 | Project Manager | 900 Ediscovery Services | Preparation of EFH032 for upload to hosting database. | 0.20 | $140.00 | $28.00 |
| Michael Bevington | 11/6/2014 | Project Manager | 900 Ediscovery Services | Transfer 2 docs to 8 different databases; conduct QC on data move, and run dtsearch index. | 1.50 | $140.00 | $210.00 |
| Tanya Rivera | 11/7/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between KD0103 - EFH Legacy Repository and Texas Energy - KD0103A, EFH Legacy - KD0103B, PIMCO - KD0103D, Wilmington Trust - KD0103G, Comptershare Trust - KD0103H, Official Committee of Unsecured Creditors- KD0103I, Adhoc TCEH Unsecured Noteholders - KD0103J, Wilmington Savings Fund Society - KD0103K | 6.00 | $140.00 | $840.00 |
| Christine Deason | 11/8/2014 | Project Manager | 900 Ediscovery Services | Conduct database to database transfer | 0.50 | $140.00 | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Matter Number: 900**<br>**Matter Description: EDISCOVERY SERVICES** | | | | | | | | |
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Anthony Spicer | 11/10/2014 | Project Manager | 900 Ediscovery Services | Preparation of DB2DB move to KD0103E for upload to target database | 4.50 | $140.00 | $630.00 |
| Christopher Fort | 11/10/2014 | Project Manager | 900 Ediscovery Services | Database-to-database move. | 0.70 | $140.00 | $98.00 |
| Alexis Carrigan | 11/12/2014 | Project Manager | 900 Ediscovery Services | Preparation of new Relativity Hosting Database | 1.00 | $140.00 | $140.00 |
| Marc Stachowski | 11/12/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between KD0103 - EFH Legacy Repository and American Stock Transfer - KD0103F and EFH Committee - KD0103N. | 1.80 | $140.00 | $252.00 |
| Margery Renn | 11/12/2014 | Project Manager | 900 Ediscovery Services | Create Relativity 8.1 database "EFH Committee - KD0103N" | 1.00 | $140.00 | $140.00 |
| Joanne Fancy | 11/13/2014 | Project Manager | 900 Ediscovery Services | Preparation of an overlay for Volume Vol001, 3rd party data load. | 0.30 | $140.00 | $42.00 |
| Joshua Goodman | 11/13/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between KD0103 - EFH Legacy Repository and American Stock Transfer - KD0103F | 0.60 | $140.00 | $84.00 |
| Joshua Goodman | 11/13/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between KD0103 - EFH Legacy Repository and KD0103 - EFH Legacy Repository | 0.60 | $140.00 | $84.00 |
| Marc Stachowski | 11/13/2014 | Project Manager | 900 Ediscovery Services | Preparation of EFH033 for upload to hosting database. | 0.40 | $140.00 | $56.00 |
| Merle Pete | 11/13/2014 | Project Manager | 900 Ediscovery Services | Preparation of export of images and text for upload to hosting database | 0.50 | $140.00 | $70.00 |
| Chad Poorman | 11/14/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between KD0103 EFH Legacy Repository and multiple target databases | 0.50 | $140.00 | $70.00 |
| Christopher Fort | 11/14/2014 | Project Manager | 900 Ediscovery Services | Manage file deletion. | 0.10 | $140.00 | $14.00 |
| Christopher Fort | 11/14/2014 | Project Manager | 900 Ediscovery Services | Manage file deletion. | 0.10 | $140.00 | $14.00 |
| Christopher Fort | 11/14/2014 | Project Manager | 900 Ediscovery Services | Manage file deletion. | 0.10 | $140.00 | $14.00 |
| Christopher Fort | 11/14/2014 | Project Manager | 900 Ediscovery Services | Manage file deletion. | 0.10 | $140.00 | $14.00 |
| Christopher Fort | 11/14/2014 | Project Manager | 900 Ediscovery Services | Manage file deletion. | 0.10 | $140.00 | $14.00 |
| Christopher Fort | 11/14/2014 | Project Manager | 900 Ediscovery Services | Manage file deletion. | 0.10 | $140.00 | $14.00 |
| Christopher Fort | 11/14/2014 | Project Manager | 900 Ediscovery Services | Manage file deletion. | 0.10 | $140.00 | $14.00 |
| Christopher Fort | 11/14/2014 | Project Manager | 900 Ediscovery Services | Manage file deletion. | 0.10 | $140.00 | $14.00 |
| Christopher Fort | 11/14/2014 | Project Manager | 900 Ediscovery Services | Manage file deletion. | 0.10 | $140.00 | $14.00 |
| Christopher Fort | 11/14/2014 | Project Manager | 900 Ediscovery Services | Manage file deletion. | 0.10 | $140.00 | $14.00 |

| | Matter Number: 900 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Matter Description: EDISCOVERY SERVICES | | | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| Christopher Fort | 11/14/2014 | Project Manager | 900 Ediscovery Services | Manage file deletion. | 0.10 | $140.00 | $14.00 |
| Marc Stachowski | 11/14/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between KD0103 - EFH Legacy Repository and EFH Committee - KD0103N. | 1.20 | $140.00 | $168.00 |
| Michael Bevington | 11/14/2014 | Project Manager | 900 Ediscovery Services | Database-to-database move. | 2.00 | $140.00 | $280.00 |
| Michael Bevington | 11/14/2014 | Project Manager | 900 Ediscovery Services | Database-to-database move. | 2.00 | $140.00 | $280.00 |
| Michael Bevington | 11/14/2014 | Project Manager | 900 Ediscovery Services | Export subset of data and import into 11 different db's. | 3.50 | $140.00 | $490.00 |
| Chad Poorman | 11/15/2014 | Project Manager | 900 Ediscovery Services | Perform field transfer | 0.50 | $140.00 | $70.00 |
| Anthony Spicer | 11/17/2014 | Project Manager | 900 Ediscovery Services | Preparation of workspace metadata for upload to hosting database | 2.50 | $140.00 | $350.00 |
| Justin Hoffman | 11/18/2014 | Project Manager | 900 Ediscovery Services | Creation of Relativity database | 1.00 | $140.00 | $140.00 |
| Marc Stachowski | 11/18/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between KD0103 EFH Legacy Repository and CSC Trust - KD0103C. | 1.20 | $140.00 | $168.00 |
| Margery Renn | 11/18/2014 | Project Manager | 900 Ediscovery Services | Perform peer QC of new "CSC Trust - KD0103C" Relativity database | 0.50 | $140.00 | $70.00 |
| Siang Ong | 11/18/2014 | Project Manager | 900 Ediscovery Services | Create new Relativity 8 hosting database | 1.00 | $140.00 | $140.00 |
| Christian Rivas | 11/19/2014 | Project Manager | 900 Ediscovery Services | Preparation of text for import into Relativity | 0.20 | $140.00 | $28.00 |
| Christine Deason | 11/19/2014 | Project Manager | 900 Ediscovery Services | Preparatoin of volume for upload to hosting database. | 1.00 | $140.00 | $140.00 |
| Jacqueline Koenig | 11/19/2014 | Project Manager | 900 Ediscovery Services | Consult with A. Levin discussing the uploading of PDF documents to the main documents tab as compared to the document portal created to determine the preferred review location | 0.40 | $140.00 | $56.00 |
| Jacqueline Koenig | 11/19/2014 | Project Manager | 900 Ediscovery Services | Create the Discovery folder available within the main review platform, along with the Requests, Responses, and initial disclosures subfolders as requested by A. Levin | 0.30 | $140.00 | $42.00 |
| Jacqueline Koenig | 11/19/2014 | Project Manager | 900 Ediscovery Services | Create the case team and administration view to ensure each case team and administration view retains the correct permissions as requested by A. Levin | 0.60 | $140.00 | $84.00 |
| Siang Ong | 11/19/2014 | Project Manager | 900 Ediscovery Services | Create new Relativity 8 hosting database | 1.00 | $140.00 | $140.00 |
| Tisha Shurley | 11/19/2014 | Project Manager | 900 Ediscovery Services | Prepatation of documents for move between KD0103 EFH Legacy Repository to CSC Trust - KD0103C | 3.60 | $140.00 | $504.00 |
| Christian Rivas | 11/20/2014 | Project Manager | 900 Ediscovery Services | Preparation of data for import into Relativity | 1.00 | $140.00 | $140.00 |

| Matter Number: 900 |
|---|
| Matter Description: EDISCOVERY SERVICES |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Jacqueline Koenig | 11/20/2014 | Project Manager | 900 Ediscovery Services | Database search creation in order to update the EDH foldering structure on behalf of B. Marx | 1.00 | $140.00 | $140.00 |
| Jacqueline Koenig | 11/20/2014 | Project Manager | 900 Ediscovery Services | Planning document review and update regarding the ProdVol and Volume field information transferred in the database to database moves as requested by A. Levin | 0.20 | $140.00 | $28.00 |
| Jacqueline Koenig | 11/20/2014 | Project Manager | 900 Ediscovery Services | Preparation of search of volume field information to compare volume script requirements in order to deliver a volume production report | 0.80 | $140.00 | $112.00 |
| Marc Stachowski | 11/20/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between KD0103 - EFH Legacy Repository and debtors' databases. | 0.90 | $140.00 | $126.00 |
| Joshua Goodman | 11/21/2014 | Project Manager | 900 Ediscovery Services | Prepareration of documents for move between KD0103 EFH Repository and 12 other databases. | 1.20 | $140.00 | $168.00 |
| Paul Avila | 11/21/2014 | Project Manager | 900 Ediscovery Services | Correct numbering and link issues with loaded documents. | 1.20 | $140.00 | $168.00 |
| Marc Stachowski | 11/25/2014 | Project Manager | 900 Ediscovery Services | Conduct custom metadata merge. | 0.40 | $140.00 | $56.00 |
| Jacqueline Koenig | 11/26/2014 | Project Manager | 900 Ediscovery Services | Create the third party upload submission to upload 200GBs to the main platform for review of B. Marx | 1.30 | $140.00 | $182.00 |
| Jacqueline Koenig | 11/26/2014 | Project Manager | 900 Ediscovery Services | Create the database to database submission to upload 200GBs to all workspaces for review of B. Marx | 1.60 | $140.00 | $224.00 |
| Beverly Laucus | 11/27/2014 | Project Manager | 900 Ediscovery Services | Preparation of data set to be loaded into Relativity | 3.00 | $140.00 | $420.00 |
| Marc Stachowski | 11/27/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between KD0103 and debtors' databases. | 1.20 | $140.00 | $168.00 |
| Marc Stachowski | 11/27/2014 | Project Manager | 900 Ediscovery Services | Preparation of EFH035 for upload to hosting database. | 0.60 | $140.00 | $84.00 |
| Jacqueline Koenig | 11/28/2014 | Project Manager | 900 Ediscovery Services | Planning document review and update regarding the ProdVol and Volume field information transferred in the database to database moves as requested by A. Levin | 0.20 | $140.00 | $28.00 |
| Tanya Rivera | 11/28/2014 | Project Manager | 900 Ediscovery Services | Preparation of EF035 for load to multiple databases | 3.90 | $140.00 | $546.00 |
| Christopher Fort | 12/1/2014 | Project Manager | 900 Ediscovery Services | Conduct database-to-database move. | 1.50 | $140.00 | $210.00 |
| Joshua Goodman | 12/5/2014 | Project Manager | 900 Ediscovery Services | Move data from KD0103 - EFH Legacy Repository to 13 databases. | 1.60 | $140.00 | $224.00 |
| Michael Bevington | 12/5/2014 | Project Manager | 900 Ediscovery Services | Conduct third party load, including converstion of load files, merge fields in data, and load. | 2.00 | $140.00 | $280.00 |
| Chad Poorman | 12/6/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between KD DBs | 0.50 | $140.00 | $70.00 |

| Matter Number: 900 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Matter Description: EDISCOVERY SERVICES** | | | | | | | |
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Jacqueline Koenig | 12/6/2014 | Project Manager | 900 Ediscovery Services | Investigate volume EFH036 containing corrupt images within EFH02020454 - EFH02020722 as requested A. Levin | 1.00 | $140.00 | $140.00 |
| Jacqueline Koenig | 12/6/2014 | Project Manager | 900 Ediscovery Services | Create the search of the clawed back document set to be deleted as requested A. Levin | 0.40 | $140.00 | $56.00 |
| Katie Hursh | 12/6/2014 | Project Manager | 900 Ediscovery Services | Conduct removal of Clawbacked Documents from hosted database | 0.30 | $140.00 | $42.00 |
| Chad Poorman | 12/7/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between KD DBs | 0.80 | $140.00 | $112.00 |
| Katie Hursh | 12/7/2014 | Project Manager | 900 Ediscovery Services | Conduct removal of Clawbacked Documents from hosted database | 0.40 | $140.00 | $56.00 |
| Jacqueline Koenig | 12/9/2014 | Project Manager | 900 Ediscovery Services | Preparation of searches of debtor images available in order to update the client on the relativity image count total available as requested A. Levin | 1.20 | $140.00 | $168.00 |
| Scott Umshler | 12/9/2014 | Project Manager | 900 Ediscovery Services | Conduct deletion across 13 linked databases | 2.30 | $140.00 | $322.00 |
| Jacqueline Koenig | 12/10/2014 | Project Manager | 900 Ediscovery Services | Preparation of searches of debtor images available in order to update the client on the total relativity image count field available as requested A. Levin | 0.50 | $140.00 | $70.00 |
| Merle Pete | 12/10/2014 | Project Manager | 900 Ediscovery Services | Conduct removal of docs from hosted database | 1.00 | $140.00 | $140.00 |
| Jacqueline Koenig | 12/11/2014 | Project Manager | 900 Ediscovery Services | Modify document view to include the Relativity image field as requested by A. Levin | 0.40 | $140.00 | $56.00 |
| Michael Bevington | 12/11/2014 | Project Manager | 900 Ediscovery Services | Creation of searchable pdfs, iuncluding native export and renaming | 1.50 | $140.00 | $210.00 |
| Seungjin Lee | 12/13/2014 | Project Manager | 900 Ediscovery Services | Conduct third party adata loads and QC same. | 2.50 | $140.00 | $350.00 |
| Anthony Spicer | 12/14/2014 | Project Manager | 900 Ediscovery Services | Transfer data from KD0103 - Legacy database to other databases | 3.70 | $140.00 | $518.00 |
| Joshua Goodman | 12/15/2014 | Project Manager | 900 Ediscovery Services | Overlay volume for four volumes across 13 KD0103 databases. | 0.80 | $140.00 | $112.00 |
| Karen Lee | 12/18/2014 | Project Manager | 900 Ediscovery Services | Preparation of 2 Relativity Review workspaces (KD0103O and KD0103P) | 2.00 | $140.00 | $280.00 |
| Joshua Goodman | 12/19/2014 | Project Manager | 900 Ediscovery Services | Preparation of data for move between KD0103 - EFH Legacy Repository and 14 source databases. | 0.80 | $140.00 | $112.00 |

| Matter Number: 900 |
|---|
| Matter Description: EDISCOVERY SERVICES |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Michael Bevington | 12/19/2014 | Project Manager | 900 Ediscovery Services | Database-to-database move, including creation of data, export of images, text and natives, and import into 2 separate databases | 3.00 | $140.00 | $420.00 |
| Chad Poorman | 12/20/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between hosting databases | 4.50 | $140.00 | $630.00 |
| Chad Poorman | 12/20/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between hosting databases | 2.50 | $140.00 | $350.00 |
| Chad Poorman | 12/20/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between hosting databases | 3.00 | $140.00 | $420.00 |
| Joshua Goodman | 12/20/2014 | Project Manager | 900 Ediscovery Services | Complete move of documents from KD0103 - EFH Legacy Repository and Cravath - KD0103O and Munger - KD0103P. | 0.60 | $140.00 | $84.00 |
| Joshua Goodman | 12/20/2014 | Project Manager | 900 Ediscovery Services | Complete move of documents between KD0103 - EFH Legacy Repository and the 14 other databases. | 0.70 | $140.00 | $98.00 |
| Chad Poorman | 12/21/2014 | Project Manager | 900 Ediscovery Services | Preparation of document for move between hosting databases | 2.50 | $140.00 | $350.00 |
| Chad Poorman | 12/21/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for move between hosting databases | 2.50 | $140.00 | $350.00 |
| Jennifer Bernstein | 12/23/2014 | Project Manager | 900 Ediscovery Services | Preparation of saved searches to identify population for export request, and excel population | 0.60 | $140.00 | $84.00 |
| Merle Pete | 12/23/2014 | Project Manager | 900 Ediscovery Services | Preparation of Prepare subset 2014.12.23 for export; export same | 0.80 | $140.00 | $112.00 |
| Ignazio Chisesi | 12/26/2014 | Project Manager | 900 Ediscovery Services | Upload documents to FTP | 0.50 | $140.00 | $70.00 |
| Joshua Goodman | 12/26/2014 | Project Manager | 900 Ediscovery Services | Preparation of documents for transfer between Texas Energy - KD0103A and 14 other KD0103 databases. | 0.80 | $140.00 | $112.00 |
| Tanya Rivera | 12/26/2014 | Project Manager | 900 Ediscovery Services | Preparation of volume EFH041 for export and load to KD0103A, KD0103B, KD0103E, KD0103G, KD0103H, KD0103I, KD0103J, KD0103K, KD0103N, KD0103D, KD0103C, KD0103F, KD0103O, KD0103P | 9.80 | $140.00 | $1,372.00 |
| Anthony Spicer | 12/27/2014 | Project Manager | 900 Ediscovery Services | Conduct move of Vol002 from KD0103A to various databases | 2.70 | $140.00 | $378.00 |
| Michael Bevington | 12/31/2014 | Project Manager | 900 Ediscovery Services | Subset export, Fix db issue with field length causing errors. Create KWE and Import. | 4.00 | $140.00 | $560.00 |

| Matter Number: 900 | | | | | | | |
| Matter Description: EDISCOVERY SERVICES | | | | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tanya Rivera | 12/31/2014 | Project Manager | 900 Ediscovery Services | Preparation of asset EFH042 for load to hosted database | 1.10 | $140.00 | $154.00 |
| **TOTAL** | | | | | **185.40** | | **$25,956.00** |