## EXHIBIT E

## Summary of Actual and Necessary Epiq eDiscovery Solutions Expenses for the Second Interim Fee Period[1]

| Expense Category | Amount |
|---|---:|
| HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | $26,937.05 |
| HST161 – OCR text creation for search capability | $10.52 |
| HST626 – Relativity License Fee | $2,775.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $54,366.75 |
| PRO238 – File preparation and export from the eDiscovery Relativity repository | $23.80 |
| PRO251 – Conversion of images to searchable .PDFs | $551.70 |
| PRO260 – Conversion of native files to TIFF images | $5.26 |
| **TOTAL** | **$84,670.08** |

---

[1] Epiq Bankruptcy Solutions, LLC did not have any expenses related to its retention under the *Order Authorizing The Debtors To Retain And Employ Epiq Bankruptcy Solutions, LLC As The Administrative Advisor For The Debtors And Epiq eDiscovery Solutions As E-Discovery Vendor For The Debtors, Effective Nunc Pro Tunc To The Petition Date,* dated September 16, 2014 [D.I. 2053].