**EXHIBIT F**

**Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|---|
| 10/2014 | HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 424.01 GB | $35.00 | $14,840.35 |
| 10/2014 | HST626 – Relativity License Fee | 7 licenses | $75.00 | $525.00 |
| 10/2014 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 663.52 GB | $15.00 | $9,952.80 |
| 11/2014 | HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 221.79 GB | $35.00 | $7,762.65 |
| 11/2014 | HST161 – OCR text creation for search capability | 526 pages | $0.02 | $10.52 |
| 11/2014 | HST626 – Relativity License Fee | 7 licenses | $75.00 | $525.00 |
| 11/2014 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 1,310.75 GB | $15.00 | $19,661.25 |
| 11/2014 | PRO260 – Conversion of native files to TIFF images | 526 pages | $0.01 | $5.26 |
| 12/2014 | HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 123.83 GB | $35.00 | $4,334.05 |
| 12/2014 | HST626 – Relativity License Fee | 23 licenses | $75.00 | $1,725.00 |
| 12/2014 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 1,650.18 GB | $15.00 | $24,752.70 |
| 12/2014 | PRO238 – File preparation and export from the eDiscovery Relativity repository | 476 files | $0.05 | $23.80 |
| 12/2014 | PRO251 – Conversion of images to searchable .PDFs | 11,034 pages | $0.05 | $551.70 |
| **TOTAL** | | | | **$84,670.08** |

RLF1 11949039v.1