# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Energy Future Holdings Corp., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Bailey Brauer PLLC, appearing in this matter on behalf of Pinnacle Technical Resources, Inc. ("Pinnacle"), submits this Notice of Address Change and requests that all notices, filings, and other materials required to be served on Pinnacle be served as follows:

>Benjamin L. Stewart
>BAILEY BRAUER PLLC
>Campbell Centre I
>8350 N. Central Expy, Suite 206
>Dallas, Texas 75206
>Telephone:  (214) 360-7438
>Telecopier:  (214) 360-7435
>bstewart@baileybrauer.com

Dated: May 8, 2015.

Respectfully submitted,

*/s/ Benjamin L. Stewart*
Benjamin L. Stewart
bstewart@baileybrauer.com

BAILEY BRAUER PLLC
Campbell Centre I
8150 N. Central Expy, Suite 935
Dallas, Texas 75206
Tel: (214) 360-7424
Fax: (214) 292-9551

**ATTORNEY FOR PINNACLE TECHNICAL RESOURCES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2015, a true and correct copy of the foregoing document was served by the Court's Electronic Filing System on all counsel and pro se parties who have entered an appearance or requested service in this case.

*/s/ Benjamin L. Stewart*
Benjamin L. Stewart