# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.* | Case No. 14-10979 (CSS) |
| *Debtors.*[1] | (Jointly Administered) |
| | Hearing Date: June 1, 2015 at 10:30 am (ET) |
| | Objection Deadline: May 22, 2015 at 4:00 pm (ET) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that on May 8, 2015, UMB Bank, N.A., as indenture trustee ("UMB", the "EFIH Unsecured Indenture Trustee" or the "Movant") filed the *Motion for Order Authorizing Payment and Reimbursement of Certain Fees and Expenses of UMB Bank, N.A., as the EFIH Unsecured Indenture Trustee* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE**, that any responses to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, DE 19801, and served upon the undersigned, so as to be received on or before **May 22, 2015 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, THAT, IF AN OBJECTION IS PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, COURTROOM #6, 5TH FLOOR, WILMINGTON, DELAWARE 19801 ON **JUNE 1, 2015 AT 10:30 A.M.** ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PHIL1 4558917v.1

| | |
|---|---|
| Dated: May 8, 2015<br>Wilmington, Delaware | By: /s/ *Sean M. Brennecke*<br>Raymond H. Lemisch (DE Bar ID No. 4204)<br>Sean M. Brennecke (DE Bar ID No. 4686)<br>KLEHR HARRISON HARVEY<br>BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Tel: (302) 426-1189<br>Fax: (302) 426-9193<br>E-mail: rlemisch@klehr.com<br>        sbrennecke@klehr.com<br><br>- and<br><br>Harold L. Kaplan<br>Mark F. Hebbeln<br>Lars A. Peterson<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Tel: (312) 832-4500<br>Fax: (312) 832-4700<br>E-mail: hkaplan@foley.com<br>        mhebbeln@foley.com<br>        lapeterson@foley.com<br><br>Attorneys for UMB BANK, N.A.,<br>as indenture trustee |