# EXHIBIT A

PHIL1 4558893v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.* | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

ORDER AUTHORIZING PAYMENT AND
REIMBURSEMENT OF CERTAIN FEES AND EXPENSES OF UMB BANK, N.A.,
AS THE EFIH UNSECURED INDENTURE TRUSTEE

Upon the motion (the "Motion") of UMB Bank, N.A., as indenture trustee ("UMB", or the "EFIH Unsecured Indenture Trustee") for entry of an order (this "Order"), authorizing the Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance, Inc. (together with EFIH, the "EFIH Issuers") (i) to pay and reimburse the reasonable fees and expenses of the EFIH Unsecured Indenture Trustee and certain of its professionals incurred through December 31, 2014 (itemized in Schedule 1 hereto), and (ii) thereafter on a reasonably periodic basis, to pay and reimburse the reasonable fees and expenses of the EFIH Unsecured Indenture Trustee and certain of its professionals in accordance with the terms of the Indentures[2], all as more fully set forth in the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

parties in interest; and the Court having found that UMB provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion, including sections 105(a) and 363(b) of the Bankruptcy Code, and at the Hearing established just cause for the relief granted herein, the Court having considered and, where applicable, overruled any objections; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The EFIH Issuers are authorized to pay and reimburse, as advances, UMB's reasonable fees and expenses as the EFIH Unsecured Indenture Trustee, including those of its professionals, incurred from through December 31, 2014, as set forth in the attached Schedule 1.

3. The EFIH Issuers are further authorized to pay and reimburse, as advances, on a current and reasonably periodic basis, UMB's reasonable fees and expenses as the EFIH Unsecured Indenture Trustee incurred after December 31, 2014, including those of its professionals, in accordance with the terms of the Indentures.

4. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

5. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to implementation and interpretation of this Order.

Dated: _____, 2015
       Wilmington, Delaware

                                                      HONORABLE CHRISTOPHER S. SONTCHI
                                                      UNITED STATES BANKRUPTCY JUDGE

# SCHEDULE 1

**EFIH Unsecured Indenture Trustee's Professionals Fees and Expenses
Through December 31, 2014**

| Date | UMB | Foley & Lardner | Klehr Harrison | Gavin/Solmonese |
|---|---|---|---|---|
| 3/31/2014 |  | $21,648.50 | N/A | N/A |
| 4/30/2014 |  | $107,128.50 | N/A | N/A |
| 5/31/2014 | $8,716.25 | $347,020.69 | $20,177.00 | N/A |
| 6/30/2014 | $39,012.50 | $557,283.31 |  | $214,201.52 |
| 7/31/2014 | $29,717.50 | $290,764.84 | $17,136.84 | $57,512.25 |
| 8/31/2014 | $11,602.50 | $251,515.74 | $12,170.15 | $50,622.12 |
| 9/30/2014 | $7,405.00 | $216,957.68 | $5,198.38 | $32,746.90 |
| 10/31/2014 | $6,512.50 | $347,364.70 | $31,511.67 | $60,756.72 |
| 11/30/2014 | $23,531.25 | $159,151.88 | $6,329.87 | $15,800.55 |
| 12/31/2014 | $4,357.50 | $264,657.72 | $6,386.74 | $10,902.40 |
| **Total** | **$130,855.00** | **$2,563,493.56** | **$98,910.65** | **$442,542.46** |