# EXHIBIT B

# EFIH Trustee's Professionals Fees and Expenses

## 2014

| Date | UMB | Foley & Lardner | Klehr Harrison | Gavin/Solmonese |
|---|---|---|---|---|
| 3/31/2014 | | $21,648.50 | N/A | N/A |
| 4/30/2014 | | $107,128.50 | N/A | N/A |
| 5/31/2014 | $8,716.25 | $347,020.69 | $20,177.00 | N/A |
| 6/30/2014 | $39,012.50 | $557,283.31 | | $214,201.52 |
| 7/31/2014 | $29,717.50 | $290,764.84 | $17,136.84 | $57,512.25 |
| 8/31/2014 | $11,602.50 | $251,515.74 | $12,170.15 | $50,622.12 |
| 9/30/2014 | $7,405.00 | $216,957.68 | $5,198.38 | $32,746.90 |
| 10/31/2014 | $6,512.50 | $347,364.70 | $31,511.67 | $60,756.72 |
| 11/30/2014 | $23,531.25 | $159,151.88 | $6,329.87 | $15,800.55 |
| 12/31/2014 | $4,357.50 | $264,657.72 | $6,386.74 | $10,902.40 |
| **Total** | **$130,855.00** | **$2,563.493.56** | **$98,910.65** | **$442,542.46** |