## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 2602** |

### CERTIFICATION OF COUNSEL REGARDING
### ORDER APPROVING STIPULATION REGARDING A
### CERTAIN PROOF OF CLAIM OF PALLAS REALTY ADVISORS, INC.

The undersigned hereby certifies as follows:

1.     On October 28, 2014, Pallas Realty Advisors, Inc. ("Pallas") filed the *Motion of Pallas Realty Advisors, Inc. for Entry of an Order Extending the Deadline to File Proof of Claim, or Alternatively Allowing Late-Filed Proof of Claim* [D.I. 2602] (the "Motion") with this Court. Pursuant to the Motion, Pallas was seeking entry of an order of this Court extending the applicable October 27, 2014 bar date in the above-captioned chapter 11 cases by one day for Pallas and deeming the proof of claim (recorded as claim no. 9623 on the official claims register maintained by the claims agent in these chapter 11 cases) prepared by Pallas as timely filed.

2.     The deadline to file an objection or other response to the relief requested in the Motion was originally November 18, 2014 at 4:00 p.m. (EST) (the "Objection Deadline"). The Objection Deadline has been extended for the above-captioned debtors and debtors in possession (collectively, the "Debtors") from time to time, while the parties continued to engage in

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

settlement discussions, and a hearing with respect to the Motion is currently scheduled to take place on June 1, 2015 starting at 10:30 a.m. (EDT). No formal objections or other responses to the relief requested in the Motion were filed or received.

3.    Since Pallas filed the Motion, the Debtors and Pallas (together, the "Parties") have engaged in good faith, arm's length, discussions and negotiations, in an effort to resolve the Motion. Based on those discussions and negotiations, subject to this Court's approval, the Parties have entered into that certain *Stipulation Regarding a Certain Proof of Claim of Pallas Realty Advisors, Inc.* (the "Stipulation"). The Debtors have also prepared a proposed form of order (the "Proposed Order") approving the Stipulation. A copy of the Proposed Order is attached hereto as **Exhibit A.** A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order. Pursuant to the Stipulation, the Parties have agreed (subject to this Court's approval and as set forth in greater detail in the Stipulation) to a full and final resolution of the Motion.

4.    The Debtors therefore respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A,** at its earliest convenience.

*[Remainder of page intentionally left blank.]*

2

Dated: May 11, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

3