## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I. 4443** |

### DECLARATION OF ROBERT FRENZEL IN SUPPORT OF THE
### MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR
### AN ORDER AUTHORIZING ENTRY INTO AND PERFORMANCE UNDER THE
### STIPULATION BETWEEN LUMINANT GENERATION COMPANY LLC AND CB&I
### STONE & WEBSTER, INC., PURSUANT TO SECTION 363(b) OF THE BANKRUPTCY
### CODE AND RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to 28 U.S.C. § 1746, I, Robert Frenzel, hereby declare as follows under penalty of perjury:

1.      I am the Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC ("Luminant"), an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp."), both of which are corporations organized under the laws of the state of Texas.  EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, a limited liability company organized under the laws of the state of Delaware; EFH Corp.'s direct subsidiary, Energy Future Intermediate Holding Company LLC, a limited liability company

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

organized under the laws of the state of Delaware; and various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "Debtors" in this declaration.

2.    I have worked for the Debtors since 2009.  I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records.  All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors.  I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp.,* et. al*, for an Order Authorizing Entry into and Performance Under the Stipulation Between Luminant Generation Company LLC and CB&I Stone & Webster, Inc., Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure* (the "Motion").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.    Luminant and CB&I are parties to the Services Agreement, dated March 16, 2006, Contract No. C05007506C1.  CB&I's asserted prepetition claims related to the Agreement include:  (a) proof of claim no. 6193, which is asserted in an amount not less than $6,835,678.19, and (b) scheduled claim no. 503232750, which claim is recorded in the aggregate amount of $3,995,057.80, which represented the Debtors' estimate of the pre-petition balance under the Agreement as of the date the claim was scheduled.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

2

4.      In April 2015, the Parties entered into negotiations regarding an amendment to the Agreement.  During the course of these negotiations, CB&I indicated its preference for a global resolution of all remaining disputes under the Agreement in connection with the amendment, including settlement of the Claims.  On April 29, 2015, the Parties entered into an amendment of the Agreement in the ordinary course of business.  The Amendment provides that CB&I will provide certain transition services to Luminant until May 31, 2015.  The transition services afford valuable continuity of certain outsourced operations of the Debtors' nuclear facility.

5.      In connection with the Amendment, and in an effort to consensually resolve the Claims and all remaining disputes under the Agreement, the Debtors further reviewed and reconciled their books and records and determined that a reasonable amount of the pre-petition balance due to CB&I under the Agreement was $4.5 million.[3]  Accordingly, the Parties engaged in arms'-length discussions regarding the Claims and agreed to a global resolution of the Claims and other outstanding disputes relating to the Agreement, as set forth in the Stipulation.  As described below, the Stipulation provides for a settlement of the Claims and a release by CB&I of all other claims it may have against the Debtors, except for the Agreed Claim.  I believe that resolving the Claims and other outstanding disputes relating to the Agreement through the Stipulation will save the Debtors time and cost, minimize the uncertainties surrounding CB&I's claims, and maximize value for the Debtors' estates.

6.      As contemplated by the Stipulation, Luminant will obtain a release of all claims other than the Agreed Claim, which will be in an amount lower than both that asserted by CB&I

---

[3]    The pre-petition balance due to CB&I under the Agreement consists of amounts owed for certain pre-petition maintenance, engineering, administrative and supply chain services rendered by CB&I.  Upon a reconciliation of their books and records and a review of the Proof of Claim, the Debtors recognized the validity of certain amounts asserted in the Proof of Claim that were not reflected in the Scheduled Claim.  Therefore, the Debtors determined that a reasonable amount of the pre-petition balance due to CB&I under the Agreement was $4.5 million.

in the Proof of Claim, and as reconciled by Luminant after the date the Scheduled Claim was scheduled.  Luminant will be able to do so on a timely basis, without the costs attributed to further investigation, and the Debtors will avoid the delay, risks, and distractions of litigating the amount of the Claims.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: May 11, 2015

*/s/ Robert Frenzel*
Robert Frenzel
Senior Vice President and Chief Financial Officer
Luminant Generation Company LLC