# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## ORDER APPROVING STIPULATION REGARDING A CERTAIN PROOF OF CLAIM OF PALLAS REALTY ADVISORS, INC.

Upon the *Stipulation Regarding a Certain Proof of Claim of Pallas Realty Advisors, Inc.* (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**, and upon the record of this case and due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified, as of April 29, 2014, to the extent set forth in the Stipulation and solely to the extent necessary for the Parties to effectuate the Stipulation and transactions contemplated therein, and shall not be modified except as expressly set forth herein and in the Stipulation.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

RLF1 11959910v.1

3. Without further order of the Court, the Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to, and in accordance with, this Order and the Stipulation.

4. The terms and conditions of this Order and the Stipulation shall be immediately effective and enforceable upon entry of this Order.

5. The Court shall retain sole and exclusive jurisdiction to enforce the provisions of this Order and the Stipulation.

Dated: May 12, 2015
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 11959910v.1