# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 4365**<br><br>**Hearing Date: June 1, 2015 at 10:00 a.m.**<br>**Response Deadline: May 26, 2015 at 4:00 p.m.** |

## JOINDER OF EFH NOTES INDENTURE TRUSTEE TO OBJECTION OF EFH OFFICIAL COMMITTEE TO GENERAL UNSECURED TAX CLAIMS OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AGAINST <u>ENERGY FUTURE HOLDINGS CORPORATION</u>

American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "<u>EFH Indenture Trustee</u>") under the indentures for notes issued by EFH Future Holdings Corp. (as described in <u>Schedule 1</u> attached hereto), by its undersigned counsel, hereby joins (the "<u>Joinder</u>") the *Objection Of The EFH Official Committee To General Unsecured Tax Claims Of Texas Competitive Electric Holdings Company LLC Against Energy Future Holdings Corporation* [Docket No. 4365] (the "<u>Tax Objection</u>").[2] In support of this Joinder and the objection to the TCEH Tax Claims, the EFH Indenture Trustee adopts and incorporates herein the arguments set forth in the Tax Objection.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Tax Objection.

## **CONCLUSION**

**WHEREFORE**, the EFH Indenture Trustee respectfully requests that the Court (i) grant the Tax Objection, (ii) disallow and expunge the TCEH Tax Claims in their entirety, and (iii) grant such other and further relief as is just.

Dated: Wilmington, DE
       May 12, 2015

**CROSS & SIMON, LLC**

By: */s/ Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*