IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Related D.I. No. 4240** |

**CERTIFICATE OF NO OBJECTION REGARDING THE
FIFTH MONTHLY FEE APPLICATION OF MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP AS DELAWARE BANKRUPTCY COUNSEL AND
CONFLICTS COUNSEL TO THE EFH OFFICIAL COMMITTEE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM MARCH 1, 2015 THROUGH MARCH 31, 2015**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Fifth Monthly Fee Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from March 1, 2015 through March 31, 2015* [D.I. 4240] (the "**Fee Application**"). The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Fee Application appears thereon.

Pursuant to the notice accompanying the Fee Application, responses to the Fee Application were to be filed and served no later than May 12, 2015 at 4:00 p.m. (ET). The Fee Application was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**").

  Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors-in-possession are authorized to pay Montgomery, McCracken, Walker & Rhoads, LLP ("**MMWR**"), 80% of its fees and 100% of its expenses requested in the Fee Application upon filing of this certificate without the need for further order of the Court.  A summary of the fees and expenses sought by MMWR is annexed hereto as <u>Exhibit A</u>.

Dated: Wilmington, Delaware
   May 13, 2015

               **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

               */s/ Mark A. Fink*
               Natalie D. Ramsey (DE Bar No. 5378)
               Davis Lee Wright (DE Bar No. 4324)
               Mark A. Fink (DE Bar No. 3946)
               1105 North Market Street, 15th Floor
               Wilmington, DE 19801
               Telephone: (302) 504-7800
               Facsimile: (302) 504-7820
               E-mail: nramsey@mmwr.com
                     dwright@mmwr.com
                     mfink@mmwr.com

## EXHIBIT A

Professional Fees and Expenses Monthly Fee Application

| Applicant | Compensation Period | Objection Deadline | Total Fees Requested | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|
| Montgomery, McCracken, Walker & Rhoads, LLP | 03/01/2015 – 03/31/2015 | 5/12/2015 | $152,528.00 | $1,250.12 | $122,022.40 | $1,250.12 | $30,505.60 | $123,272.52 |