# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

2nd Revision 05/13/2015 09:00 AM

Calendar Date: 05/13/2015
Calendar Time: 02:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6918824 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6917965 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6913542 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6920662 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6917269 | Ryan Bartley | (302) 571-5007 | Young, Conaway Stargatt & Taylor, LL | Interested Party, Ad Hoc Committee of TCEH First Lien Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6913520 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6912898 | Sean M. Brennecke | (302) 426-1189 | Klehr Harrison Harvey Branzburg LLP | Interested Party, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6912758 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6911940 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, Citi Bank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6912994 | Joshua Brody | 212-715-9314 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6912271 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corporation / LISTEN ONLY |

| Case Name | Case # | Proceeding | # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6916145 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913526 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913147 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6920170 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6917751 | Mark A. Cody | (312) 269-4392 | Jones Day | Interested Party, Jones Day / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912793 | Howard A. Cohen | (302) 467-4200 | Drinker Biddle & Reath LLP | Creditor, Citibank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6916918 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6915911 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912788 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913661 | Harrison Denman | (212) 819-2567 | White & Case LLP | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6920349 | Andrew Devore | (617) 951-7618 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913509 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913786 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6920633 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6911240 | Justin Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913198 | Jamie Edmonson | (302) 298-3520 | Venable LLP | Creditor, Venable, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913572 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |

| Case | Type | Name | ID | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6915945 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rh | Creditor, EFH Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6916988 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6916515 | Beret Flom | (212) 408-5239 | Chadbourne & Parke LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6915719 | Simon Fraser | (302) 295-2000 | Cozen O'Connor | Creditor, J. Aron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913563 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6922053 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912814 | Brian Glueckstein | 212-558-4000 | Sullivan & Cromwell LLP | Interested Party, Representing The EFH Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912264 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6918729 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912779 | Brian Hermann | 212-373-3545 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913822 | Chad J. Husnick | (312) 862-2009 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6914132 | Joseph H. Huston, Jr. | (302) 425-3310 | Stevens & Lee, P.C. | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913795 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912806 | Laura D. Jones | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Creditor, Indenture Trustee & EFIH Second Lien Group / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6918732 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912786 | Alan Kornberg | 212-373-3209 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6916711 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners as an Investor / LISTEN ONLY |

| Case Name | Case # | Proceeding | Conf. ID | Name | Phone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6916512 | Ari D. Kunofsky | 202-353-9187 | U.S. Department of Justice | Creditor, United States of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6916251 | Kimberly Lawson | 302-778-7597 | Reed Smith LLP | Creditor, Bank of New York Mellon / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912903 | Raymond Lemisch | (302) 552-5503 | Klehr Harrison Harvey Branzburg LLP | Client, UMB Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6919509 | Richard Levin | (212) 474-1213 | Cravath Swaine & Moore LLP | Debtor, Independent Council for Energy Future Intermediate / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912813 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6915903 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912770 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913279 | Jeff Marwil | (312) 962-3540 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6922033 | Andy McGaan | (202) 879-5082 ext. 00 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6918892 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb LLP | Interested Party, Alcoa Inc. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913805 | Mark E. McKane | 415-439-1400 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6922110 | R. Stephen McNeill | (302) 984-6171 | Potter Anderson & Corroon LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6919855 | Brett H. Miller | (212) 468-8051 | Morrison & Foerster | Representing, Creditors Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912886 | Stephen Miller | (302) 888-6853 | Morris James LLP | Creditor, Law Debenture / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913553 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913547 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912978 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6911854 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LIVE |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912972 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6917400 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6918753 | David Primack | (302) 300-4515 | McElroy, Deutsch, Mulvaney & Carper | Interested Party, TCEH Debtors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913517 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6918818 | Andrew R. Remming | (302) 290-2537 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Texas Energy Future Capital Holding LLC, Texas Energy Future Holding Ltd. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6915872 | Matthew Roose | (212) 859-8000 | Fried Frank | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6915838 | Jeffrey S. Sabin | (212) 307-5500 | Venable LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6914263 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6914435 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913657 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6913266 | Mark K. Thomas | (312) 962-3550 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6917944 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6869923 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6912247 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6922035 | Michael J. Walsh | (646) 855-8154 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6911231 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6896159 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S.C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Engery Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6912772 | Gregory Taylor | 302-654-1888 | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |