# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 4246** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIFTH MONTHLY FEE APPLICATION OF ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM MARCH 1, 2015 THROUGH MARCH 31, 2015**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Fifth Monthly Fee Application of AlixPartners, LLP as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from March 1, 2015 through March 31, 2015* [D.I. 4246] (the "**Fee Statement**"). The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Fee Statement appears thereon. Pursuant to the Notice of Fee Statement, responses to the Fee Statement were to be filed and served no later than May 13, 2015 at 4:00 p.m. (ET). The Fee Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors-in-possession are authorized to pay AlixPartners, LLP, 80% of its fees and 100% of its expenses requested in the Fee Statement upon filing of this certificate without the need for further order of the Court. A summary of the fees and expenses sought by AlixPartners, LLP is annexed hereto as <u>Exhibit A</u>.

Dated: Wilmington, Delaware
      May 14, 2015

                               **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

                               */s/  Mark A. Fink*
                               Natalie D. Ramsey (DE Bar No. 5378)
                               Davis Lee Wright (DE Bar No. 4324)
                               Mark A. Fink (DE Bar No. 3946)
                               1105 North Market Street, 15th Floor
                               Wilmington, DE 19801
                               Telephone: (302) 504-7800
                               Facsimile: (302) 504-7820
                               E-mail:    nramsey@mmwr.com
                                                dwright@mmwr.com
                                                mfink@mmwr.com

# EXHIBIT A

Professional Fees and Expenses Monthly Fee Statement

| Applicant | Compensation Period | Objection Deadline | Total Fees Requested | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback |
|---|---|---|---|---|---|---|---|
| AlixPartners, LLP | 03/1/2015 through 03/31/2015 | 5/13/2015 | $274,643.25 | $46,858.60 | $219,714.60 | $46,858.60 | $54,928.65 |