# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C.<br>1105 N. Market St.<br>Suite 700<br>Wilmington, DE 19801 | Fourth Monthly Fee Statement<br><br>03/01/2015 through 03/31/2015<br><br>Docket No. 4250 | $14,790.50 | $144.36 | 05/12/2015 | $11,406.40 | $144.36 | $3,384.10 |

SL1 1367461v1 109285.00006