## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 4138, 4140, 4141, 4274, 4298, 4317,** |
| | ) **4318, 4319, 4320, 4327, 4329, 4331,** |
| | ) **4332, 4351, 4354, 4384** |

**CERTIFICATION OF COUNSEL REGARDING (I) ORDER (A) SCHEDULING
CERTAIN HEARING DATES AND DEADLINES, (B) ESTABLISHING CERTAIN
PROTOCOLS IN CONNECTION WITH THE APPROVAL OF DEBTORS'
DISCLOSURE STATEMENT, AND (C) ESTABLISHING THE TERMS GOVERNING
MEDIATION AND (II) AMENDED AND RESTATED STIPULATION AND AGREED
ORDER REGARDING THE ADJOURNMENT OF STANDING MOTIONS**

The undersigned hereby certifies as follows:

On April 14, 2015, the above-captioned debtors and debtors in possession (collectively,

the "Debtors") filed the (i) *Motion of Energy Future Holdings Corp., et al., for Entry of an Order*

*Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in*

*Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of*

*Debtors' Disclosure Statement* [D.I. 4138] (the "Motion") and (ii) related *Stipulation and Agreed*

*Order Regarding the Adjournment of Standing Motions* [D.I. 4140, 4141] (the "Stipulated

Order"[2] ) with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy

Court").

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    The version of the Stipulated Order filed on April 14, 2015 was redacted.  On April 24, 2015, the Debtors filed

Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement" and Hearing Thereon* filed along with the Motion, objections to the Motion were to be filed by 4:00 p.m. (Eastern Daylight Time) on April 27, 2015 (the "Objection Deadline"), and a hearing to consider the Motion (and approval of the Stipulation) was held on May 4, 2015 starting at 9:30 a.m. (Eastern Daylight Time) (the "May 4th Hearing").

Prior to the Objection Deadline, various parties-in-interest filed statements, objections and/or responses in connection with the Motion.  See D.I. 4298, 4317, 4318, 4319, 4320, 4327, 4329, 4331, 4332.  Thereafter, on April 29, 2015, the Debtors and the disinterested directors of Energy Future Holdings Corp., one of the Debtors, filed reply papers in response to the various responses and objections received to the Motion.  See D.I. 4351, 4354.

At the May 4th Hearing, the Bankruptcy Court heard and considered the statements and arguments of the Debtors and the various responding parties in connection with the Motion and the Stipulation.  As set forth on the record of the May 4th Hearing, the Bankruptcy Court (i) granted, in part, and denied, in part, the Motion and (ii) indicated that it would approve the Stipulation (as the same was to be revised following the May 4th Hearing).

Following the conclusion of the May 4th Hearing, the Debtors prepared (i) a revised form of order in connection with the Motion (the "Revised Order") consistent with the Bankruptcy Court's rulings on the record of the May 4th Hearing and (ii) an amended and restated version of the Stipulated Order (the "Amended and Restated Stipulated Order").  A copy of the Revised

---

an unredacted version of the Stipulated Order.  See D.I. 4271.

In addition, the Debtors filed a revised form of order with respect to the Motion on April 24, 2015 [D.I. 4274] and a further revised form of order with respect to the Motion on May 4, 2015, before the start of the May 4th Hearing (as defined herein) [D.I. 4384]

RLF1 11985666v.1

Order is attached hereto as **Exhibit A**.  A copy of the Amended and Restated Stipulated Order is attached hereto as **Exhibit B**.  For the convenience of the Bankruptcy Court and other parties-in-interest, a redline of the Revised Order marked against the copy of the order filed on May 4, 2015 at D.I. 4384 (before the start of the May 4th Hearing) is attached hereto as **Exhibit C** and a redline of the Amended and Restated Stipulated Order marked against the copy of the unredacted Stipulated Order filed with the Bankruptcy Court on April 24, 2015 is attached hereto as **Exhibit D**.

The Revised Order has been circulated, and is acceptable, to counsel to (i) the official committee of unsecured creditors of the TCEH Debtors; (ii) the Ad Hoc Committee of TCEH First Lien Creditors; (iii) the ad hoc group of TCEH unsecured noteholders; (iv) Wilmington Savings Fund Society, FSB, in its capacity as successor indenture trustee; (v) Law Debenture Trust Company of New York, as the indenture trustee for the TCEH secured notes; and (vi) the Debtors.

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the Revised Order and the Amended and Restated Stipulated Order, substantially in the forms attached hereto as **Exhibit A** and **Exhibit B**, respectively, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

RLF1 11985666v.1

Dated:  May 14, 2015
   Wilmington, Delaware       */s/ Jason M. Madron*

         **RICHARDS, LAYTON & FINGER, P.A.**
         Mark D. Collins (No. 2981)
         Daniel J. DeFranceschi (No. 2732)
         Jason M. Madron (No. 4431)
         920 North King Street
         Wilmington, Delaware 19801
         Telephone:  (302) 651-7700
         Facsimile:  (302) 651-7701
         Email:   collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

         -and-

         **KIRKLAND & ELLIS LLP**
         **KIRKLAND & ELLIS INTERNATIONAL LLP**
         Edward O. Sassower, P.C. (admitted *pro hac vice*)
         Stephen E. Hessler (admitted *pro hac vice*)
         Brian E. Schartz (admitted *pro hac vice*)
         601 Lexington Avenue
         New York, New York 10022-4611
         Telephone:  (212) 446-4800
         Facsimile:  (212) 446-4900
         Email:   edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

         -and-

         James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
         Marc Kieselstein, P.C. (admitted *pro hac vice*)
         Chad J. Husnick (admitted *pro hac vice*)
         Steven N. Serajeddini (admitted *pro hac vice*)
         300 North LaSalle
         Chicago, Illinois 60654
         Telephone:  (312) 862-2000
         Facsimile:  (312) 862-2200
         Email:   james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

         *Co-Counsel to the Debtors and Debtors in Possession*

4