## EXHIBIT A

### Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/GENERAL MATTERS | 0.1 | $16.50 |
| FEE APPLICATIONS- OTHERS | 7.7 | $3,146.50 |
| FEE APPLICATIONS-S&L | 10.1 | $3,840.50 |
| HEARINGS | 3.2 | $2,224.00 |
| PLANS OF REORGANIZATION & DISCLOSURE STATEMENTS | 6.0 | $4,170.00 |
| **TOTAL** | **27.1** | **$13,397.50** |