## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|:---:|
| COMPUTER RESEARCH – PACER | $9.30 |
| DOCUMENT REPRODUCTION | $34.30 |
| COURT CALL APPEARANCES | $121.00 |
| PHONE CHARGES – CONFERENCE CALLS | $3.06 |
| **TOTAL** | **$167.66** |