# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 4/1/15 | Computer Research - Pacer | $9.30 |
| 109285-00002 | 4/3/15 | Document Reproduction | $0.20 |
| 109285-00002 | 4/3/15 | Document Reproduction | $0.20 |
| 109285-00002 | 4/3/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/3/15 | Document Reproduction | $0.20 |
| 109285-00002 | 4/3/15 | Document Reproduction | $0.30 |
| 109285-00002 | 4/3/15 | Document Reproduction | $0.20 |
| 109285-00002 | 4/3/15 | Document Reproduction | $0.20 |
| 109285-00002 | 4/3/15 | Document Reproduction | $0.20 |
| 109285-00002 | 4/6/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/6/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/6/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/6/15 | Document Reproduction | $3.90 |
| 109285-00002 | 4/6/15 | Document Reproduction | $3.00 |
| 109285-00002 | 4/7/15 | Document Reproduction | $1.80 |
| 109285-00002 | 4/7/15 | Document Reproduction | $0.40 |
| 109285-00002 | 4/7/15 | Document Reproduction | $0.40 |
| 109285-00002 | 4/7/15 | Document Reproduction | $0.20 |
| 109285-00002 | 4/7/15 | Document Reproduction | $0.60 |
| 109285-00002 | 4/7/15 | Document Reproduction | $0.80 |
| 109285-00002 | 4/7/15 | Document Reproduction | $0.20 |
| 109285-00002 | 4/7/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/7/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/13/15 | Document Reproduction | $2.80 |
| 109285-00002 | 4/14/15 | Document Reproduction | $6.40 |
| 109285-00002 | 4/14/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/14/15 | Document Reproduction | $0.20 |
| 109285-00002 | 4/14/15 | CourtCall Appearance: Joseph H Huston, Jr. | $121.00 |
| 109285-00002 | 4/15/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/15/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/15/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/15/15 | Document Reproduction | $0.40 |
| 109285-00002 | 4/17/15 | Document Reproduction | $0.30 |
| 109285-00002 | 4/17/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/20/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/20/15 | Document Reproduction | $0.40 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 4/20/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/20/15 | Document Reproduction | $0.40 |
| 109285-00002 | 4/20/15 | Document Reproduction | $1.40 |
| 109285-00002 | 4/20/15 | Document Reproduction | $0.30 |
| 109285-00002 | 4/20/15 | Document Reproduction | $0.50 |
| 109285-00002 | 4/20/15 | Telephone Charges | $2.06 |
| 109285-00002 | 4/21/15 | Document Reproduction | $0.50 |
| 109285-00002 | 4/21/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/22/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/22/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/22/15 | Document Reproduction | $0.30 |
| 109285-00002 | 4/22/15 | Document Reproduction | $0.90 |
| 109285-00002 | 4/22/15 | Document Reproduction | $0.20 |
| 109285-00002 | 4/22/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/24/15 | Telephone Charges | $1.00 |
| 109285-00002 | 4/24/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/24/15 | Document Reproduction | $0.40 |
| 109285-00002 | 4/24/15 | Document Reproduction | $0.20 |
| 109285-00002 | 4/24/15 | Document Reproduction | $0.40 |
| 109285-00002 | 4/24/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/24/15 | Document Reproduction | $1.90 |
| 109285-00002 | 4/24/15 | Document Reproduction | $0.40 |
| 109285-00002 | 4/24/15 | Document Reproduction | $0.30 |
| 109285-00002 | 4/27/15 | Document Reproduction | $0.00 |
| 109285-00002 | 4/27/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/27/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/28/15 | Document Reproduction | $0.10 |
| 109285-00002 | 4/28/15 | Document Reproduction | $0.30 |
| 109285-00002 | 4/28/15 | Document Reproduction | $0.30 |
| 109285-00002 | 4/28/15 | Document Reproduction | $0.10 |
| | | **TOTAL** | **$167.66** |

SL1 1367488v1 109285.00006