# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 764, 1578, 1863, 2027, 2461, 2774, 3004, 3309, 3540, 3902, 4177** |

**DEBTORS' REPORT OF ASSET TRANSFERS FOR THE PERIOD OF
APRIL 1, 2015 THROUGH AND INCLUDING APRIL 30, 2015 IN
ACCORDANCE WITH THAT CERTAIN "ORDER ESTABLISHING PROCEDURES
TO SELL, TRANSFER, OR ABANDON CERTAIN *DE MINIMIS* ASSETS" [D.I. 764]**

PLEASE TAKE NOTICE that, pursuant to the *Order Establishing Procedures to Sell, Transfer, or Abandon Certain De Minimis Assets*, entered June 3, 2014 [D.I. 764] (the "De Minimis Asset Procedures Order"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby file this report regarding certain asset sales, transfers and/or abandonments (collectively, the "Transfers") made by the Debtors during the period of April 1, 2015 through and including April 30, 2015 (the "Transfer Period"), listing the Transfers of the Debtors' assets outside of the ordinary course of business pursuant to the *De Minimis* Asset Procedures Order, including the names and addresses of the purchasing party and the types and amounts, if any, of the Transfers. A list of all such Transfers made during the Transfer Period pursuant to the *De Minimis* Asset Procedures Order is attached hereto as **Exhibit A.**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that **Exhibit A** to this report does not list any Transfer of the Debtors' assets made out of the ordinary course of business during the Transfer Period that was subject to a separate motion made to the Court pursuant to 11 U.S.C. § 363(b) or otherwise.

PLEASE TAKE FURTHER NOTICE that the Debtors may have sold, transferred or abandoned certain assets during the Transfer Period that inadvertently have not been listed on **Exhibit A**. In that case, such Transfers will be disclosed in future reports filed with the Court.

Dated: May 15, 2015
       Wilmington, Delaware

/s/ Tyler D. Semmelman
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com
             semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       richard.cieri@kirkland.com
             edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession