**IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- X
In re:                                                  :   Chapter 11
                                                        :
Energy Future Holdings Corp., et al.,                   :   Case No. 14-10979 (CSS)
                                                        :
                                   Debtors              :   (Jointly Administered)
------------------------------------------------------- X

**NOTICE OF DEPOSITION**

**TO:** Energy Future Holdings Corporation and the above-captioned debtors (collectively, the "Debtors") c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, Computershare Trust Company, N.A., and Computershare Trust Company of Canada in its capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senior Secured Lien Notes due 2022 issued by Energy Future Intermediate Holding Company, LLC and EFIH Finance Inc. (the "EFIH Second Lien Trustee"), through its attorneys, will take the deposition upon oral examination of the Debtors relating to the Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Dkt. No. 4143) (Apr. 14, 2015) **at a time and location to be determined**. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

DOCS_DE:199906.1 23731/001

Pursuant to Federal Rule of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

**RULE 30(B)(6) DEPOSITION TOPICS**

1. The value of the Stock Consideration that the holders of EFIH Second Lien Note Claims may elect to take in the Merger Scenario, Backstop Scenario, or Standalone Scenario.

2. The debt capacity of the Reorganized EFH and the Reorganized EFIH.

3. The terms of the New Reorganized EFIH Second Lien Debt that EFIH Second Lien Noteholders would receive if Class B4 votes against the Plan of Reorganization in the Backstop Scenario and Standalone Scenario.

4. The finances of a Reorganized EFIH or the Parent that would support the New Reorganized EFIH Second Lien Debt, Parent Common Stock, and Reorganized EFH Common Stock that EFIH Second Lien Noteholders may be asked to take.

5. Any Cash Consideration that is likely to be included in the Transaction Consideration and the likelihood that the Transaction Consideration will include Stock Consideration.

6. The range of values of Cash Consideration available to holders of EFIH Second Lien Note Claims.

7. The sources and uses of funds with respect to the Reorganized EFIH, including but not limited to any and all documents pertaining to professional fees and claims for professional fees.

DOCS_DE:199906.1 23731/001

- 3 -

8.      Any independent valuations of the Reorganized EFIH, including any liquidation analyses.

9.      Any intercreditor agreements between the New Reorganized EFIH Second Lien Debt and the New Reorganized EFIH First Lien Debt.

10.      Any potential causes of action against the EFIH Debtors and its subsidiaries, including Oncor, on behalf of the Reorganized EFIH, or any other individual or entity.

Dated:  New York, New York
          May 18, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones
(Bar No. 2436)
Robert J. Feinstein
(NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@ pszjlaw.com
       rfeinstein@ pszjlaw.com

*- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
           ghorowitz@kramerlevin.com
           jbrody@kramerlevin.com

*- and –*

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Indenture Trustee*

- 4 -