# IN THE UNITED STATES BANRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------- X | | |
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al., | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors | : | (Jointly Administered) |
| ------------------------------------------------------- X | | |

## NOTICE OF DEPOSITION

**TO:** Energy Future Holdings Corporation and the above-captioned debtors (collectively, the "Debtors") c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, Computershare Trust Company, N.A., and Computershare Trust Company of Canada in its capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senior Secured Lien Notes due 2022 issued by Energy Future Intermediate Holding Company, LLC and EFIH Finance Inc. (the "EFIH Second Lien Trustee"), through its attorneys, will take the deposition upon oral examination of Anthony R. Horton relating to the Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Dkt. No. 4143) (Apr. 14, 2015) **at a time and location to be determined**. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: New York, New York
        May 18, 2015

                PACHULSKI STANG ZIEHL & JONES LLP

                */s/ Laura Davis Jones*
                Laura Davis Jones
                (Bar No. 2436)
                Robert J. Feinstein
                (NY Bar No. RF-2836)
                919 N. Market Street, 17th Floor
                P.O. Box 8705
                Wilmington, DE  19899-8705 (Courier 19801)
                Telephone:  (302) 652-4100
                Facsimile:   (302) 652-4400
                Email: ljones@ pszjlaw.com
                        rfeinstein@ pszjlaw.com

                      *- and -*

                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                Thomas Moers Mayer
                Gregory A. Horowitz
                Joshua K. Brody
                Kramer Levin Naftalis & Frankel LLP
                1177 Avenue of the Americas
                New York, New York 10036
                Telephone:  (212) 715-9100
                Facsimile:   (212) 715-8000
                Email: tmayer@kramerlevin.com
                        ghorowitz@kramerlevin.com
                        jbrody@kramerlevin.com

- 3 -

*- and –*

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Indenture Trustee*