IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

### NOTICE OF DEPOSITION OF HUGH E. SAWYER

TO: Hugh E. Sawyer, c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP, Attention David. P Primack, 300 Delaware Avenue, Suite 770, Wilmington, Delaware 19801; Munger, Tolles & Olson LLP, Attention Thomas B. Walper, 355 South Grand Avenue, 35th Floor, Los Angeles, California 90071.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States District Court for the District of Delaware, made applicable hereto pursuant to the Local Rules for the United States Bankruptcy Court for the District of Delaware, Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens ("WSFS"), by and through its counsel, shall take the deposition upon oral examination of Hugh E. Sawyer in connection with the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4143], filed April 14, 2015; the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on*

{00986286;v1 }

*the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents*, [Docket No. 4144], filed April 14, 2015; and *Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC's Statement in Support of Intercompany Settlement in the Plan* [Docket No. 4145], filed April 14, 2015.

The deposition shall be conducted at the offices of Brown Rudnick LLP, 7 Times Square, New York, New York 10036, on Wednesday, June 24, 2015, at 9:30 a.m. The deposition will be taken before an authorized court reporter or other officer authorized by law to administer oaths, will be recorded by stenographic means, and may be videotaped.

Dated: Wilmington, Delaware
       May 18, 2015

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

By: _/s/ illegible signature_
William P. Bowden (I.D. No. 2553)
Gregory A. Taylor (I.D. No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and –

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and –

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
James W. Stoll (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens*