## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, <u>et al.</u>, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

### NOTICE OF DEPOSITION

TO: Energy Future Holdings Corporation and the above-captioned debtors (together, the "Debtors"), c/o Richards Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, DE 19801 and Kirkland & Ellis LLP, Attention Edward O. Sassower, 601 Lexington Avenue, New York, NY 10022.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, made applicable to these proceedings through Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States District Court for the District of Delaware, made applicable hereto pursuant to the Local Rules for the United States Bankruptcy Court for the District of Delaware, Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee for the Second Liens ("WSFS"), by and through its counsel, shall take the deposition upon oral examination of the above-captioned Debtors in connection with the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4143], filed April 14, 2015 (the "Disclosure Statement") and the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving*

*Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents,* [Docket No. 4144], filed April 14, 2015 (the "Disclosure Statement Motion").

The deposition shall be conducted at the offices of Brown Rudnick LLP, 7 Times Square, New York, New York 10036, on Tuesday, June 23, 2015, at 9:30 a.m. The deposition will be taken before an authorized court reporter or other officer authorized by law to administer oaths, will be recorded by stenographic means, and may be videotaped.

Pursuant to Federal Rule 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

## DEPOSITION TOPICS[1]

1.      The Disclosure Statement and Disclosure Statement Motion, and the relief requested therein.

2.      All documents and communications on which the Debtors intend to rely in connection with the Disclosure Statement and Disclosure Statement Motion.

3.      The proposed treatment of the TCEH Second Lien Note Claims.

---

[1]      Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Disclosure Statement Motion.

Dated: Wilmington, Delaware
    May 18, 2015

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

By: _____
    William P. Bowden (I.D. No. 2553)
    Gregory A. Taylor (I.D. No. 4008)
    500 Delaware Avenue
    P.O. Box 1150
    Wilmington, Delaware 19899
    Telephone: (302) 654-1888
    Facsimile: (302) 654-2067

    - and –

    BROWN RUDNICK LLP
    Edward S. Weisfelner (admitted pro hac vice)
    Seven Times Square
    New York, New York 10036
    Telephone: (212) 209-4800
    Facsimile: (212) 209-4801

    - and –

    Jeffrey L. Jonas (admitted pro hac vice)
    Jeremy B. Coffey (admitted pro hac vice)
    James W. Stoll (admitted pro hac vice)
    One Financial Center
    Boston, Massachusetts 02111
    Telephone: (617) 856-8200
    Facsimile: (617) 856-8201

    *Counsel to Wilmington Savings Fund*
    *Society, FSB, solely in its capacity as successor*
    *Indenture Trustee for the Second Liens*