**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| **ENERGY FUTURE HOLDINGS CORP., *et al.*,** | ) | **Case No. 14-10979 (CSS)** |
| ***Debtors.*** | ) | **(Jointly Administered)** |

**NOTICE OF SERVICE OF DOCUMENT REQUESTS ON EACH DEBTOR**

PLEASE TAKE NOTICE that on the 18th day of May 2015, true and accurate copies of *EFH Indenture Trustee's First Set of Requests for Production of Documents Directed to Each Debtor* were served by electronic mail to counsel and conflicts counsel for **each** Debtor entity, including those persons and entities identified on the attached service list.

— *Signature Page Follows* —

Dated: Wilmington, DE
May 18, 2015

**CROSS & SIMON, LLC**

By: */s/ Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

– and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

*Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

*In re Energy Future Holdings Corp., et al.*

**Service List**

| | |
|---|---|
| julia.allen@kirkland.com<br>elizabeth.dalmut@kirkland.com<br>alexander.davis@kirkland.com<br>ddempsey@kirkland.com<br>michael.esser@kirkland.com<br>jonathan.ganter@kirkland.com<br>michele.gutrick@kirkland.com<br>shessler@kirkland.com<br>chusnick@kirkland.com<br>howard.kaplan@kirkland.com<br>alevin@kirkland.com<br>amcgaan@kirkland.com<br>mmckane@kirkland.com<br>boconnor@kirkland.com<br>wpruitt@kirkland.com<br>esassower@kirkland.com<br>bschartz@kirkland.com<br>steven.serajeddini@kirkland.com<br>anthony.sexton@kirkland.com<br>bstephany@kirkland.com<br>ksturek@kirkland.com<br>holly.trogdon@kirkland.com<br>andrew.welz@kirkland.com<br><br>collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br>romanowicz@rlf.com | **<u>Requests to each Debtor</u>**<br>Richard M. Cieri<br>Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Mark E. McKane<br>Bridget O'Connor<br>David Dempsey<br>William Pruitt<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br><br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br><br>*Counsel to the Debtors and Debtors in Possession* |
| jmarwil@proskauer.com<br>mthomas@proskauer.com<br>pyoung@proskauer.com | **<u>Requests to EFH Corp.</u>**<br><br>Jeff J. Marwil<br>Mark K. Thomas<br>Peter J. Young<br>**PROSKAUER ROSE LLP**<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800 |


| | |
|---|---|
| dklauder@oeblegal.com<br>sdougherty@oeblegal.com | Chicago, IL 60602<br>Telephone: (312) 962-3550<br>David M. Klauder<br>Shannon Dougherty<br>**O'KELLY ERNST & BIELLI, LLC**<br>901 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 778-000<br><br>*Co-Counsel to the Debtor Energy Future Holdings Corp.* |
| rlevin@cravath.com<br><br>jhh@stevenslee.com | **Requests to Energy Future Intermediate Holding Company LLC**<br>Richard Levin<br>**CRAVATH, SWAINE AND MOORE LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1978<br>Joseph H. Huston, Jr.<br>**STEVENS & LEE, P.C.**<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br><br>*Co-Counsel to the Debtor Energy Future Intermediate Holding Company LLC* |
| thomas.walper@mto.com<br>todd.rosen@mto.com<br>seth.goldman@mto.com<br>john.spiegel@mto.com | **Requests to the TCEH Debtors**<br><br>Thomas B. Walper<br>Todd J. Rosen<br>Seth Goldman<br>John W. Spiegel<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9011 |

| | |
|---|---|
| dprimack@mdmc-law.com | David P. Primack<br>**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br><br>*Co-Counsel to the TCEH Debtors* |