**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

————————————————————————

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| ———————————————————— | ) | |

**NOTICE OF SERVICE OF EFIH SECOND LIEN INDENTURE TRUSTEE'S REQUEST
FOR THE PRODUCTION OF DOCUMENTS TO EFIH INDEPENDENT MANAGER**

**PLEASE TAKE NOTICE** that on May 18, 2015, Computershare Trust Company,

N.A. and Computershare Trust Company of Canada, as indenture trustee (the "EFIH Second Lien

Indenture Trustee") for the second lien notes (the "EFIH Second Lien Notes" and the holders thereof

the "EFIH Second Lien Noteholders") issued by Energy Future Intermediate Holding Company

LLC and EFIH Finance Inc. (collectively, "EFIH") pursuant to the Indenture dated April 25, 2011

(as amended and supplemented, the "Indenture") served the *EFIH Second Lien Indenture Trustee's*

*Request for the Production of Documents to EFIH Independent Manager* upon the individual(s) set

forth on the attached service list, in the manner indicated.

Dated:  May 18, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@ pszjlaw.com
          rfeinstein@ pszjlaw.com

*- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
         ghorowitz@kramerlevin.com
         jbrody@kramerlevin.com

         *- and –*

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Second Lien Indenture Trustee*

Energy Future Holdings Corp. Legacy
Discovery Service List
Case No. 14-10979 (CSS)
Document No.  199901
165 - Electronic Delivery

**Email**
alawrence@mofo.com; aprinci@mofo.com ;
brettmiller@mofo.com ; ckerr@mofo.com ;
erichards@mofo.com ;
jmarines@mofo.com;  ksadeghi@mofo.com
; lmarinuzzi@mofo.com ;
smartin@mofo.com ; tgoren@mofo.com ;
jpeck@mofo.com;
*Counsel for the Official Committee of*
*Unsecured Creditors*
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo M Arinuzzi, Esquire
Charles L. Kerr, Esquire
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-9601

**Email**
tlauria@whitecase.com;
charles.koster@whitecase.com ;
cshore@whitecase.com ;
daudette@whitecase.com ;
gstarner@whitecase.com ;
mbrown@whitecase.com ;
mshepherd@whitecase.com ;
harrison.denman@whitecase.com ;
jason.bartlett@whitecase.com;
*Counsel for the Ad Hoc Group of TCEH*
*Unsecured Noteholders*
J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036

**Email**
jcoffey@brownrudnick.com;
jdmarshall@brownrudnick.com ;
jjonas@brownrudnick.com ;
jstoll@brownrudnick.com ;
MJackson@brownrudnick.com ;
spoddar@brownrudnick.com ;
alauchheimer@brownrudnick.com ;
eweisfelner@brownrudnick.com;
*Counsel for Wilmington Savings Fund*
*Society*
Edward S. Weisfelner, Esquire
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036

**Email**
elizabeth.dalmut@kirkland.com;
alexander.davis@kirkland.com ;
michael.esser@kirkland.com ;
jonathan.ganter@kirkland.com;
SHessler@kirkland.com;
rhowell@kirkland.com ;
CHusnick@kirkland.com;
howard.kaplan@kirkland.com ;
alevin@kirkland.com ;
amcgaan@kirkland.com ;
MMcKane@kirkland.com ;
BOconnor@kirkland.com ;
mpapez@kirkland.com ;
WPruitt@kirkland.com;
brogers@kirkland.com ;
esassower@kirkland.com ;
bschartz@kirkland.com ;
steven.serajeddini@kirkland.com ;
anthony.sexton@kirkland.com ;
bstephany@kirkland.com ;
ksturek@kirkland.com ;
holly.trogdon@kirkland.com ;
andrew.welz@kirkland.com;
jgould@kirkland.com;
*Counsel to the Debtors and Debtors in Possession*
Richard M. Cieri, Esquire
Edward O. Sassower, P.C. , Esquire
Stephen Hessler, Esquire
Brian E. Schartz, Esquire
Mark E. McKane, Esquire
Bridget O'Connor, Esquire
William Pruitt , Esquire
Bryan Stephany, Esquire
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611

**Email**
collins@RLF.com ; defranceschi@RLF.com
; madron@rlf.com
*Counsel to the Debtors and Debtors in Possession*
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
**RICHARDS, LAYTON & FINGER, P.A**
920 North King Street
Wilmington, Delaware 19801

**Email**
Richard.Schepacarter@usdoj.gov
*U.S. Trustee*
Richard L. Schepacarter, Esquire
**U.S. DEPARTMENT OF JUSTICE**
Office of the United State Trustee
J. Caleb Boggs Federal Bulding
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**Email**
Andrea.B.Schwartz@usdoj.gov
*Counsel for U.S. Trustee*
Andrea B. Schwartz, Esquire
**U.S. DEPARTMENT OF JUSTICE**
Office of the U.S. Trustee
Southern District of New York
201 Varick Street, Room 1006
New York, New York 10014

**Email**
akherring@wlrk.com;
eakleinhaus@wlrk.com; jlynch@wlrk.com;
rgmason@wlrk.com;
*Counsel for Texas Energy Future Capital
Holdings LLC and Texas Energy Future
Holdings Limited Partnership*
Richard G. Mason , Esquire
John F. Lynch, Esquire
Emil A. Kleinhaus, Esquire
Angela K. Herring, Esquire
**WACHTELL, LIPTON, ROSEN &
KATZ**
51 West 52nd Street
New York, NY 10019

**Email**
aaron.krieger@ropesgray.com ;
andrew.devore@ropesgray.com;
erin.macgowan@ropesgray.com;
john.mcclain@ropesgray.com;
keith.wofford@ropesgray.com ;
leonard.winters@ropesgray.com ;
mark.somerstein@ropesgray.com;
martin.crisp@ropesgray.com ;
meredith.tinkham@ropesgray.com ;
ross.martin@ropesgray.com ;
ssally@ropesgray.com ;
timothy.farrell@ropesgray.com ;
William.Roberts@ropesgray.com;
michael.winograd@ropesgray.com;
*Counsel for CSC Trust Company of
Delaware*
Keith H. Wofford, Esquire
Mark R. Somerstein, Esquire
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036

**Email**
aglenn@kasowitz.com;
dfliman@kasowitz.com;
DRosner@kasowitz.com;
*Counsel for the Ad Hoc Group of EFH
Legacy Noteholders and Caxton Associates*
David Rosner, Esquire
Andrew Glenn, Esquire
Daniel Fliman, Esquire
**KASOWITZ, BENSON, TORRES &
FRIEDMAN**
1633 Broadway, 22nd Floor
New York, NY 10019

**Email**
JSSabin@Venable.com
*Counsel for Pacific Investment Management
Company LLC (PIMCO)*
Jeffrey Sabin, Esquire
**VENABLE**
Rockefeller Center
1270 Avenue of the Americas, 24th Flr.
New York, NY 10020

**Email**
Julia.frost-davies@morganlewis.com ;
Patrick.strawbridge@morganlewis.com ;
christopher.carter@morganlewis.com;
*Counsel for Pacific Investment Management
Company LLC (PIMCO)*
Julia Frost-Davies, Esquire
Patrick Strawbridge, Esquire
Christopher Carter, Esquire
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110

**Email**
abernstein@paulweiss.com;
adenhoff@paulweiss.com;
aehrlich@paulweiss.com ;
akornberg@paulweiss.com ;
bhermann@paulweiss.com ;
edso@paulweiss.com ;
jadlerstein@paulweiss.com ;
kcornish@paulweiss.com;
mkatz@paulweiss.com ;
mnadler@paulweiss.com;
katescherling@quinnemanuel.com ;
RBartley@ycst.com;
*Counsel for the Ad Hoc Committee of TCEH*
*First Lien Creditors*
Andrew J. Ehrlich, Esquire
Jacob A. Adlerstein, Esquire
Adam J. Bernstein, Esquire
**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019

**Email**
rpedone@nixonpeabody.com;
adarwin@nixonpeabody.com ;
eschneider@nixonpeabody.com ;
mnighan@nixonpeabody.com;
*Counsel for American Stock Transfer &*
*Trust Company, LLC as Indenture Trustee*
*for Certain Notes*
Amanda D. Darwin, Esquire
Richard C. Pedone, Esquire
Erik Schneider, Esquire
Morgan Nighan, Esquire
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02100

**Email**
kotwick@sewkis.com;
ashmead@sewkis.com;
Debaecke@BlankRome.com;
*Counsel for Wilmington Trust FSB in its*
*Capacity as TCEH First Credit Agent*
Mark D. Kotwick, Esquire
John Ashmead, Esquire
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004

**Email**
Debaecke@BlankRome.com
*Counsel for Wilmington Trust FSB in its*
*Capacity as TCEH First Credit Agent*
Michael D. DeBaecke, Esquire
**BLANK ROME LLP**
1201 Market Street, Suite 800
Wilmington, DE 19801

**Email**
ghorowitz@kramerlevin.com;
agoodman@kramerlevin.com;
*Counsel for Computershare Trust Company,*
*N.A. and Computershare Trust Company of*
*Canada as Party of Interest*
Gregory A. Horowitz, Esquire
**KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036

**Email**
mjoyce@crosslaw.com
*Counsel for Fidelity Management &*
*Research Company*
Michael J. Joyce, Esquire
**CROSS & SIMON, LLC**
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

**Email**
gary.kaplan@friedfrank.com ;
matthew.roose@friedfrank.com;
daniel.vaillant@friedfrank.com;
Israel.david@friedfrank.com ;
Samuel.groner@friedfrank.com ;
Jesse.ryan.loffler@friedfrank.com;
brad.eric.scheler@friedfrank.com ;
gshumaker@jonesday.com ;
brosenblum@jonesday.com ;
wglaxton@jonesday.com;
*Counsel for Fidelity Management &*
*Research Company*
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Brad Eric Scheler, Esquire
**FRIED, FRANK, HARRIS, SHRIVER &**
**JACOBSON LLP**
One New York Plaza
New York, New York 10004

**Email**
gluecksteinb@sullcrom.com ;
kranzleya@sullcrom.com;
*Counsel for EFH Committee*
Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004

**Email**
bguiney@pbwt.com ;
dalowenthal@pbwt.com; cdent@pbwt.com;
*Counsel for Law Debenture Trust Company*
*of New York, as Trustee*
Daniel A. Lowenthal, Esquire
Brian P. Guiney, Esquire
Craig W. Dent, Esquire
**PATTERSON BELKNAP WEBB &**
**TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036-6710

**Email**
chipman@chipmanbrown.com;
olivere@chipmanbrown.com;
kashishian@chipmanbrown.com;
(Co-Counsel for the EFIH Ad Hoc
Committee)
William E. Chipman, Esquire
Mark Olivere, Esquire
CHIPMAN BROWN CICERO & COLE,
LLP
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

**Email**
idizengoff@akingump.com;
aqureshi@akingump.com;
(Co-Counsel for the EFIH Ad Hoc
Committee)
Ira S. Dizengoff , Esquire
Abid Qureshi, Esquire
AKIN GUMP STRAUSS HAUER & FELD
LLP
One Bryant Park
New York, NY 10036

**Email**
salberino@akingump.com
(Co-Counsel for the EFIH Ad Hoc
Committee)
Scott L. Alberino, Esquire
AKIN GUMP STRAUSS HAUER & FELD
LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

**E-mail:**
rlemisch@klehr.com;
sbrennecke@ldehr.com;
(Counsel to UMB Bank, N.A., as indenture
trustee)
Raymond H. Lemisch, Esquire
Sean M. Brennecke, Esquire
KLEHR HARRISON HARVEY
BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801

**E-mail:**
hkaplan@foley.com; mhebbeln@foley.com;
lapeterson@foley.com;
(Counsel to UMB Bank, N.A., as indenture
trustee)
Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

**Email**
james.millar@dbr.com
(Counsel for Delaware Trust Company, as
indenture trustee)
James H. Millar, Esquire
DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st. Floor
New York, NY 10036-2714

**Email**
npernick@colesschotz.com;
kstickles@coleschotz.com
(Counsel for Delaware Trust Company, as
indenture trustee)
Norman L. Pernic, Esquire
J. Kate Stickles, Esquire
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Email**
wusatine@coleschotz.com
(Counsel for Delaware Trust Company, as
indenture trustee)
Warren A. Usatine, Esquire
COLE SCHOTZ P.C.
25 Main Street
PO Box 800
Hackensack, NJ 07602

**Email**
jledmonson@venable.com
Counsel for Pacific Investment Management
Company, LLC
Jamie L. Edmonson, Esquire
VENABLE LLP
1201 North Market Street
Wilmington, DE 19801

**Email**
cfong@nixonpeabody.com
Co-Counsel to American Stock Transfer &
Trust Company, LLC, as EFH Indenture
Trustee
Christopher J. Fong, Esquire
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022

**Email**
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
jbird@foxrothschild.com
(Counsel to Ad Hoc Group of TCEH
Unsecured Noteholders (Fixed Unsecured
Notes))
Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801

**Email**
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com
(Counsel for the Official Committee of
Unsecured Creditors)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801

**Email**

lefox@polsinelli.com

(Counsel for the Official Committee of
Unsecured Creditors)

Edward Fox, Esquire

Polsinelli PC

900 Third Avenue, 21st Floor

New York, NY  10022

**Email**

wbowden@ashby-geddes.com

gtaylor@ashby-geddes.com

(Counsel for Wilmington Savings Fund
Society; FSB, solely in its capacity as
successor Indenture Trustee for Second
Liens)

William P. Bowden, Esquire

Gregory A. Taylor, Esquire

Ashby & Geddes, P.A.

500 Delaware Avenue

PO Box 1150

Wilmington, DE  19899

**Email**

dabbott@mnat.com

aremming@mnat.com

efay@mnat.com

(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership; certain other
direct or indirect holders of equity interests
in Energy Future Holdings Corp)

Derek C. Abbott, Esquire

Andrew R. Remming, Esquire

Erin R. Fay, Esquire

Morris Nichols Arsht & Tunnell LLP

1201 North Market Street, Suite 1600

Wilmington, DE  19801

**Email**

gfmcdaniel@dkhogan.com

(Counsel for Ad Hoc Group of EFH Legacy
Noteholders)

Garvan F. McDaniel, Esquire

HOGAN McDANIEL

1311 Delaware Avenue

Wilmington, DE  19806

**Email**

pmorgan@ycst.com

jwaite@ycst.com

rbartley@ycst.com

amagaziner@ycst.com

(Co-Counsel to the Ad Hoc Committee of
TCEH First Lien Creditors)

Pauline K. Morgan, Esquire

Joel A. Waite, Esquire

Ryan M. Bartley, Esquire

Andrew L. Magaziner, Esquire

Young Conaway Stargatt & Taylor, LLP

Rodney Square

1000 North King Street

Wilmington, DE  19801

E-mail

jpeck@mofo.com; brettmiller@mofo.com;
lmarinuzzi@mofo.com;  tgoren@mofo.com;

*Attorneys for the Official Committee of*
*Unsecured Creditors of Energy Future*
*Holdings Corp., et al.*

James M. Peck, Esquire

Brett H. Miller, Esquire

Lorenzo Marinuzzi, Esquire

Todd M. Goren, Esquire

MORRISON & FOERSTER LLP

250 West 55th Street

New York, New York 10019-9601

E-mail:
cward@polsinelli.com;
jedelson@polsinelli.com;
skatona@polsinelli.com;
jvine@polsinelli.com
*Attorneys for the Official Committee of*
*Unsecured Creditors of Energy Future*
*Holdings Corp., et al.*
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Jarrett Vine, Esquire
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

**Email**
csimon@crosslaw.com
(Co-Counsel to American Stock Transfer &
Trust Company, LLC, as EFH Indenture
Trustee)
Christopher P. Simon, Esquire
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, DE  19801

**Email**
cfong@nixonpeabody.com
(Co-Counsel to American Stock Transfer &
Trust Company, LLC, as EFH Indenture
Trustee)
Christopher J.  Fong, Esquire
NIXON PEABODY LLP
437 Madison Avenue
New York, NY  10022

**Email**
tmoss@perkinscoie.com
dzazove@perkinscoie.com
Counsel for Delaware Trust Company (f/k/a
CSC Trust Company of Delaware), as
successor indenture trustee for the 11.5%
senior secured TCEH first lien notesDaniel,
Esquire
Tina Moss, Esquire
PERKINS COIE
30 Rockefeller Plaza, 22nd Floor
New York, NY  10112-0085