**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) ) | Case No. 14-10979 (CSS) |
|  | ) | (Jointly Administered) |
| *Debtors.* | ) ) |  |

**NOTICE OF JOINDER IN DEPOSITION PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE NOTICED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION ("EFH" OR "EFH CORP.")**

TO:   Energy Future Holdings Corporation and the above-captioned debtors (collectively, the "Debtors")
c/o Richards, Layton & Finger
920 North King Street
Wilmington, DE  19801
Attn:  Mark D. Collins

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
Attn:  Stephen O. Sassower, P.C.

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654
Attn:  Marc Kieselstein, P.C.

**PLEASE TAKE NOTICE** that American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by Energy Future Holdings Corp. ("EFH Corp."), intends to join the deposition pursuant to Rule 30(b)(6) of the Federal

Rules of Civil Procedure Noticed by the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation.

— *Signature Page Follows* —

Dated: Wilmington, DE
May 18, 2015

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

4829-1487-0820.3