**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

**NOTICE OF SERVICE OF EFH COMMITTEE'S**
**NOTICE OF DEPOSITION AND REQUEST FOR PRODUCTION**

PLEASE TAKE NOTICE that on May 18, 2015, the undersigned counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc. (the "EFH Official Committee") caused to be served each of: (a) Notice of Deposition of the Debtors Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure; and (b) EFH Official Committee First Disclosure Statement Request to Debtors upon the individuals set forth on the attached Schedule 1, in the manner indicated.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3900074

| | |
|---|---|
| Dated: Wilmington, Delaware<br>May 19, 2015 | **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**<br><br> /s/ Mark A. Fink<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Davis Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 504-7800<br>Facsimile:   (302) 504 -7820<br>E-mail:       nramsey@mmwr.com<br>                    dwright@mmwr.com<br>                    mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Michael H. Torkin<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, NY  10004<br>Telephone:    (212) 558-4000<br>Facsimile:     (212) 558-3588<br>E-mail:         dietdericha@sullcrom.com<br>                      gluecksteinb@sullcrom.com<br>                      torkinm@sullcrom.com<br>                      kranzleya@sullcrom.com<br><br>*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.* |

3900074

# **SCHEDULE 1**

ELECTRONIC MAIL:

Edward O. Sassower (esassower@kirkland.com)
Marc Kieselstein (mkieselstein@kirkland.com)
Mark E. McKane (mmckane@kirkland.com)
Andrew R. McGaan (amcgaan@kirkland.com)
Chad Husnick (chusnick@kirkland.com)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611

Mark D. Collins (collins@rlf.com)
Jason M. Madron (madron@rlf.com)
RICHARDS, LAYTON & FINGER, P.A
920 North King Street
Wilmington, Delaware 19801

*Counsel to the Debtors and Debtors in Possession*

3900074