IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Energy Future Holdings Corp., et al.,

Debtors.

Chapter 11

Case No. 14-10979 (CSS)

(Jointly Administered)

## NOTICE OF DEPOSITION OF DEBTORS

**TO:** Energy Future Holdings Corporation and the above-captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030, 9014, and the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Approval of Debtors' Disclosure Statement, and (C) Appointing a Mediator and Establishing the Terms Governing Mediation*, dated May 18, 2015 (Dkt. No. 4497) (the "Disclosure Statement Scheduling Order"), the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, its direct subsidiary, Texas Competitive Electric Holdings Company LLC, their direct and indirect subsidiaries, and EFH Corporate Services Company (the "TCEH Committee"), by and through its undersigned counsel, will take the deposition upon oral examination of the Debtors relating to the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, filed April 14, 2015 [Dkt. No. 4143] (the "Disclosure Statement"), the

1

*Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents*, filed April 14, 2015 [Dkt. No. 4144] (the "Disclosure Statement Motion"), the relief requested therein, and any amendments thereto, at a place as may be agreed to by the parties.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

**RULE 30(B)(6) DEPOSITION TOPICS**

1. The Disclosure Statement and Disclosure Statement Motion.

2. Documents on which the Debtors intend to rely in connection with the Disclosure Statement and Disclosure Statement Motion.

3. The Material Potential Claims Subject to Plan Settlement as set forth in Section V.H.2 of the Disclosure Statement.

4. The Liquidation Analysis attached as Exhibit G to the Disclosure Statement including, but not limited to all calculations, valuations, and assumptions contained therein.

5. Any Liquidation Analysis for EFH Corporate Services Company.

6. The Reorganized TCEH Valuation Analysis attached as Exhibit F to the Disclosure Statement including, but not limited to all calculations, valuations, and assumptions contained therein

Dated: Wilmington, Delaware
      May 18, 2015

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Charles L. Kerr
J. Alexander Lawrence
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
      brettmiller@mofo.com
      lmarinuzzi@mofo.com
      ckerr@mofo.com
      alawrence@mofo.com

      -and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
      jedelson@polsinelli.com
      skatona@polsinelli.com

*Counsel for the TCEH Committee*