IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corp., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

### NOTICE OF DEPOSITION OF HUGH SAWYER

**TO:** Hugh E. Sawyer, c/o McElroy, Deutsch, Mulvaney & Carpenter LLP, Attention David P. Primrack, 300 Delaware Avenue, Suite 770, Wilmington, Delaware 19801; Munger, Tolles & Olson LLP, Attention Thomas B. Walper, 355 South Grand Avenue, 35th Floor, Los Angeles, California 90071.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030, 9014, and the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Approval of Debtors' Disclosure Statement, and (C) Appointing a Mediator and Establishing the Terms Governing Mediation*, dated May 18, 2015 (Dkt. No. 4497) (the "Disclosure Statement Scheduling Order"), the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, its direct subsidiary, Texas Competitive Electric Holdings Company LLC, their direct and indirect subsidiaries, and EFH Corporate Services Company (the "TCEH Committee"), by and through its undersigned counsel, will take the deposition upon oral examination of Hugh Sawyer relating to the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, filed April 14, 2015 [Dkt. No. 4143] (the "Disclosure Statement"),

1

ny-1188361

the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents*, filed April 14, 2015 [Dkt. No. 4144] (the "Disclosure Statement Motion"), *Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC's Statement in Support of Intercompany Settlement in the Plan*, filed April 14, 2015 [Dkt. No. 4145], the relief requested therein, and any amendments thereto, at a place as may be agreed to by the parties. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

ny-1188361

Dated: Wilmington, Delaware
     May 18, 2015

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Charles L. Kerr
J. Alexander Lawrence
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
    brettmiller@mofo.com
    lmarinuzzi@mofo.com
    ckerr@mofo.com
    alawrence@mofo.com

    -and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
    jedelson@polsinelli.com
    skatona@polsinelli.com

*Counsel for the TCEH Committee*

ny-1188361