**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP, et. al.<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Docket Ref. Nos. 3126 and 3346** |

**SECOND SUPPLEMENTAL DECLARATION OF ALAN D. HOLTZ**
**OF ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF ENERGY FUTURES HOLDINGS CORPORATION, ET AL.**

I, Alan D. Holtz, declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am a managing director of AlixPartners, LLP (together with its parent and subsidiary-affiliates, "**AlixPartners**"), which has a place of business at 2000 Town Center, Suite 2400, Southfield, Michigan 48075.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. In the declaration I submitted in support of AlixPartners' retention in these matters [D.I. 3126] (the "Original Declaration")[1], I reserved the right to supplement AlixPartners' declarations in the event that AlixPartners discovered any facts bearing on AlixPartners' employment by the Debtors. Since the time when I submitted my Original Declaration, AlixPartners received a supplemental list of parties in interest from the Debtors (the "**Supplemental List**"). The Supplemental List included the names of business entities and 3,235

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Original Declaration.

3900773

individual claimants. As related to the names of individual claimants listed on the Supplemental List, AlixPartners discloses the following:

- AlixPartners cross-referenced all individual claimant names provided against its employee database and confirmed that no current AlixPartners employee has an existing claim against Debtors. In an abundance of caution, AlixPartners discloses that a current AlixPartners employee with the same name as one of the claimants listed formerly had a claim against Debtors.

As related to the business entities listed on the Supplemental List, AlixPartners performed a search for connections within the past five (5) years discloses results as to AlixPartners Holdings, LLP, AlixPartners' parent company, and each of AP Holdings U.S. and non-U.S. subsidiary affiliates.  Unless otherwise noted, references to AlixPartners in the disclosures below collectively refer to AlixPartners, AP Holdings, and each of their subsidiary affiliates. AlixPartners discloses the following:

- Ballard Spahr, a party that filed a claim in this bankruptcy matter, is opposing counsel and professional in interest to current and former AlixPartners' clients in matters unrelated to the Debtors.
- Barnes & Thornburg, a party that filed a claim in this bankruptcy matter, is opposing counsel and professional in interest to current and former AlixPartners' clients in matters unrelated to the Debtors.
- Bayard PA, a party that filed a claim in this bankruptcy matter, is a professional in interest and adverse party to current and former AlixPartners' clients in matters unrelated to the Debtors.
- Con-Way Freight, a party that filed a claim in this bankruptcy matter, is the parent company to a current AlixPartners client in matters unrelated to the Debtors.  Con-Way Freight is a creditor, vendor, customer and material contract party to current and former AlixPartners' clients in matters unrelated to the Debtors.
- Guggenheim Life & Annuity Co., a party that filed a claim in this bankruptcy matter, is affiliated with an entity that is a current AlixPartners client in matters unrelated to the Debtors.  An affiliated entity is a lender and noteholder to former AlixPartners' clients in matters unrelated to the Debtors.
- Holland & Knight, a party that filed a claim in this bankruptcy matter, is a current and former AlixPartners client in matters unrelated to the Debtors.  Holland & Knight is a professional in interest to former AlixPartners' clients in matters unrelated to the Debtors.

3900773

- KeyBank National Association, a party that filed a claim in this bankruptcy matter, is a significant shareholder, bondholder, creditor and lender to former AlixPartners' clients in matters unrelated to the Debtors.

- McGraw-Hill, a party that filed a claim in this bankruptcy matter, is a former AlixPartners client in matters unrelated to the Debtors. McGraw-Hill is an adverse party to current and former AlixPartners' clients in matters unrelated to the Debtors. McGraw-Hill is the former employer of a current AlixPartners' employee.

- Perkins Coie, a party that filed a claim in this bankruptcy matter, is client counsel, vendor, opposing counsel and a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Perkins Coie is a former AlixPartners' client in matters unrelated to the Debtors.

- The Taubman Co., a party that filed a claim in this bankruptcy matter, is a former AlixPartners' client in matters unrelated to the Debtors.

- Troutman Sanders LLP, a party that filed a claim in this bankruptcy matter, is a professional in interest to current and former AlixPartners' clients in matters unrelated to the Debtors. Troutman Sanders LLP is a vendor to AlixPartners.

- Venable, a party that filed a claim in this bankruptcy matter, is a current and former AlixPartners client in matters unrelated to the Debtors. Venable is opposing counsel, litigation party and professional in interest to current and former AlixPartners' clients in matters unrelated to the Debtors.

- Zurich, a party that filed a claim in this bankruptcy matter, is affiliated with entities that are creditors, vendors, material contract parties, co-defendants, insurance providers, lenders and adverse parties to current and former AlixPartners' clients in matters unrelated to the Debtors. Zurich is a former AlixPartners client in matters unrelated to the Debtors. Zurich is an insurance provider to AlixPartners.

4. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners discovers any facts bearing on matters regarding AlixPartners' employment by the Committee. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

3900773

_____
Alan D. Holtz

Dated this 20th day of May, 2015

4

3900773