**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Richard Levin, Esquire on behalf of Cravath, Swaine & Moore, LLP as counsel to Energy Future Intermediate Holding Company LLC ("EFIH") in this bankruptcy case.

PLEASE ENTER the appearance of Michael A. Paskin, Esquire on behalf of Cravath, Swaine & Moore, LLP, as counsel to EFIH.

Dated: May 20, 2015           STEVENS & LEE, P.C.

　　　　　　　　　　　　　　　　 */s/ Joseph H. Huston, Jr.*
　　　　　　　　　　　　　　　　Joseph H. Huston, Jr. (No. 4035)
　　　　　　　　　　　　　　　　1105 North Market Street, Suite 700
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Tel: (302) 425-3310
　　　　　　　　　　　　　　　　Fax: (610) 371-7972
　　　　　　　　　　　　　　　　Email: jhh@stevenslee.com

　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　Michael A. Paskin
　　　　　　　　　　　　　　　　Cravath, Swaine & Moore LLP
　　　　　　　　　　　　　　　　Worldwide Plaza
　　　　　　　　　　　　　　　　825 Eighth Avenue
　　　　　　　　　　　　　　　　New York, NY 10019-7475
　　　　　　　　　　　　　　　　Tel: (212) 474-1760
　　　　　　　　　　　　　　　　Fax: (212) 474-3700
　　　　　　　　　　　　　　　　Email: mpaskin@cravath.com

　　　　　　　　　　　　　　　　*Independent Counsel for Energy Future
　　　　　　　　　　　　　　　　Intermediate Holding Company LLC*