# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF NOTICES AND PLEADINGS (BY EMAIL ONLY)

PLEASE TAKE NOTICE that Richard Levin, Esquire of Jenner & Block enters his appearance in the captioned case as counsel to Energy Future Intermediate Holding Company LLC ("EFIH"), and requests that service of all notices in connection with this case be given to and served upon him, by email only, as follows:

Richard Levin, Esquire
Jenner & Block
919 Third Avenue
New York, NY 10022-3908
Tel: (212) 891-1601
Email: rlevin@jenner.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders and notices of any application, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including EFIH with respect to any of the (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an

SL1 1368248v2 109285.00002

interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery or any property, payment or other conduct by EFIH.

**PLEASE TAKE FURTHER NOTICE** that EFIH intends that neither this Entry of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 20, 2015                STEVENS & LEE, P.C.

  /s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
1105 North Market Street, Suite 700
Wilmington, DE 19801
Telephone: (302) 425-3310
Fax: (610) 371-7972
Email: jhh@stevenslee.com

and

Richard Levin
JENNER & BLOCK
919 Third Avenue
New York, NY 10022-3908
Tel: (212) 891-1601
Email: rlevin@jenner.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*