## **Exhibit A**

## **Hours Expended by Goldin Professional**

| | | |
|---|---|---|
| Harrison J. Goldin | Sr. Managing Director | 5.7 |
| David Prager | Managing Director | 29.3 |
| Karthik Bhavaraju | Director | 38.1 |
| Pavel Hejsek | Sr. Analyst | 77.2 |
| Deborah Praga | Analyst | 8.0 |
| **Total** | | **158.3** |