<u>**Exhibit C**</u>

**Expenses by Category**

| | |
|---|---:|
| Meals | $57.8 |
| Photocopies | 236.67 |
| Research | 1,339.44 |
| Travel | 437.53 |
| **Total** | **$2,071.44** |