## Exhibit D

**Expense Detail**

<a>
<b>
</b>
</a>



## GoldinAssociates, LLC

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

**Detailed Expenses by Category:**    EFIH

For Expenses Through 4/30/15

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| **: Meals & Entertainment** | | | | | | |
| | 4/8/2015 | 4/8/2015 | 4/12/15 | PHA | SeamlessWeb - Inv # 2052919 - Working dinner - Ref # 11411185174 - P. Hejsek | $16.07 |
| | 4/14/2015 | 4/14/2015 | 4/19/15 | KB | SeamlessWeb - Inv # 2054719 - Working dinner - Ref # 1433632030 - K. Bhavaraju | $20.87 |
| | 4/14/2015 | 4/14/2015 | 4/19/15 | PHA | SeamlessWeb - Inv # 2054719 - Working dinner - Ref # 1433632030 - P. Hejsek | $20.86 |
| **Total: Meals & Entertainment** | | | | | | $57.80 |
| **: Office Supplies/Miscellaneous** | | | | | | |
| | 4/1/2015 | 4/30/2015 | 4/30/2015 | AJD | Photocopies for the period of April 1 through April 30, 2015 (3,381 copies at $0.07 per copy) | $236.67 |
| **Total: Office Supplies/Miscellaneous** | | | | | | $236.67 |
| **: Research** | | | | | | |
| | 1/1/2015 | 3/31/2015 | 4/6/15 | RCD | Pacer - Inv # 2552207-Q12015 | $2.80 |
| | 4/1/2015 | 4/30/2015 | 4/1/15 | JB | Capital IQ - Allocated share of discounted monthly subscription; usage rate would equal $1,579.03 | $1,336.64 |
| **Total: Research** | | | | | | $1,339.44 |
| **: Travel** | | | | | | |
| | 3/30/2015 | 3/30/2015 | | DP | D. Prager - NYC Taxi - Working Late Taxi from GA Office to Home | $16.56 |
| | 3/30/2015 | 3/30/2015 | | DP | D. Prager - Downtown Taxi - Taxi from Cravath meeting | $21.36 |
| | 3/30/2015 | 3/30/2015 | | DP | D. Prager - Yellow Cab - Working Late Taxi from GA Office to Home | $12.36 |
| | 3/30/2015 | 3/30/2015 | | DP | D. Praga - Executive Owners - Taxi from Cravath to GA Office | $8.76 |
| | 4/1/2015 | 4/1/2015 | 4/3/15 | KB | UTOG - Inv # 630274 - 350 5th Ave to Short Hills, NJ - Ref # 4501768 - K. Bhavaraju | $121.77 |
| | 4/1/2015 | 4/1/2015 | | DP | D. Prager - Uber - Working Late Taxi from GA Office to Home | $27.53 |
| | 4/14/2015 | 4/14/2015 | 4/24/15 | KB | UTOG - Inv # 631917 - 350 5th Ave to Short Hills, NJ - Ref # 4603039 - K. Bhavaraju | $118.18 |
| | 4/15/2015 | 4/15/2015 | 4/24/15 | KB | UTOG - Inv # 631917 - 350 5th Ave to Short Hills, NJ - Ref # 4531086 - K. Bhavaraju | $111.01 |
| **Total: Travel** | | | | | | $437.53 |
| **Grand Total** | | | | | | $2,071.44 |