# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

RLF1 12024904v.1

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2015 THROUGH MARCH 31, 2015**

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | 2.2 | $1,951.00 |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 18.8 | $8,560.00 |
| 46 | Budget-Related Work | 1.3 | $854.50 |
| Total for All-Debtor Matters | | 22.3 | $11,365.50 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 186.50 | $112,232.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 4.6 | $3,544.00 |
| 16 | Litigation: Sierra Club - Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club - Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 183.9 | $140,878.50 |
| 22 | Litigation: 2004 FPL Lawsuit | 3.6 | $3,186.00 |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | N/A | N/A |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 378.6 | $259,840.50 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 92.3% of the fees ($10,493.31) shall be allocated to the TCEH estate, 0.2% of the fees ($19.46) shall be allocated to the EFIH estate, and 7.5% of the fees ($852.72) shall be allocated to the EFH estate.

| 29 | Second Lien DIP Notes Offering | N/A | N/A |
|---|---|---|---|
| 34 | SEC Matters | 0.2 | $167.00 |
| 35 | Corporate Matters | 0.5 | $315.00 |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | 0.7 | $482.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 22.3 | $15,583.50 |
| 32 | Corporate Matters | 8.0 | $5,532.00 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 30.3 | $21,115.50 |
| **Total** | | | **$292,803.50** |

RLF1 12024904v.1

**EXPENSE SUMMARY**
**MARCH 1, 2015 THROUGH MARCH 31, 2015**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $599.10 |
| Outside Services/Consultants | $14,679.77 |
| Travel – Parking | $44.00 |
| **Total:** | **$15,322.87** |