# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $975.00 | 45.30 | $44,167.50 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $835.00 | 37.4 | $31,229.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $835.00 | 16.7 | $13,944.50 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $885.00 | 69.4 | $61,419.00 |
| David L. Sinak | Partner. Joined firm as a Partner in 2002. Member of TX Bar since 1979. | $1,065.00 | 1.4 | $1,491.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $690.00 | 54.7 | $37,743.00 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $625.00 | 4.5 | $2,812.50 |
| Caitlin A. Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $500.00 | 9.0 | $4,500.00 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $575.00 | 0.8 | $460.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $610.00 | 52.1 | $31,781.00 |
| Krista P. Hanvey | Associate. Joined firm as an associate in 2009. Member of TX Bar since 2009. | $650.00 | 0.2 | $145.00 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $505.00 | 86.4 | $36,720.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $525.00 | 29.6 | $15,540.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $630.00 | 6.1 | $3,843.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $380.00 | 14.6 | $5,767.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $370.00 | 2.9 | $1,073.00 |
| Erin E. Kurinsky | Research Analyst, Research and Information Management. Joined firm in 2011. | $210.00 | 0.3 | $63.00 |
| Carla H. Jones | Research Analyst, Research and Information Management. Joined firm in 1999. | $210.00 | 0.5 | $105.00 |
| **TOTAL** | | | **431.9** | **$292,803.50** |
| **Blended Rate** | | | **$677.94** | |