# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 12024904v.1

## EXPENSE SUMMARY
## MARCH 1, 2015 THROUGH MARCH 31, 2015

### Applicable to EFH Debtors

| Expenses Category | Total Expenses |
|---|---|
| In House Duplication | $541.20 |
| **Total:** | **$541.20** |

### Applicable to EFIH Debtors

| Expenses Category | Total Expenses |
|---|---|
| In House Duplication | $52.30 |
| **Total:** | **$52.30** |

### Applicable to TCEH Debtors

| Expenses Category | Total Expenses |
|---|---|
| In House Duplication | $5.60 |
| Outside Services/Consultants | $14,679.77 |
| Travel – Parking | $44.00 |
| **Total:** | **$14,729.37** |

**TOTAL EXPENSES:**      **$15,322.87**