## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

RLF1 12024904v.1

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2015050280 | EFIH | 2015318 | Tammie Y. Proctor | In House Duplication | $0.10 | 30 | $3.00 | Photocopies: 30 Pages |
| 2015050280 | EFIH | 2015318 | Debra S. Uhl | In House Duplication | $0.20 | 61 | $12.20 | Photocopies: 61 Pages |
| 2015050280 | EFIH | 2015316 | Debra S. Uhl | In House Duplication | $0.10 | 371 | $37.10 | Photocopies: 371 Pages |
| 2015052992 | EFH | 2015302 | Michael O. Clerkley | In House Duplication | $0.10 | 177 | $17.70 | Photocopies: 177 Pages |
| 2015052992 | EFH | 2015302 | Michael O. Clerkley | In House Duplication | $0.20 | 896 | $179.20 | Photocopies: 896 Pages |
| 2015052992 | EFH | 2015309 | Michael O. Clerkley | In House Duplication | $0.10 | 63 | $6.30 | Photocopies: 63 Pages |
| 2015052992 | EFH | 2015309 | Michael O. Clerkley | In House Duplication | $0.20 | 621 | $124.20 | Photocopies: 621 Pages |
| 2015052992 | EFH | 2015310 | Michael O. Clerkley | In House Duplication | $0.10 | 163 | $16.30 | Photocopies: 163 Pages |
| 2015052992 | EFH | 2015310 | Michael O. Clerkley | In House Duplication | $0.20 | 2 | $0.40 | Photocopies: 2 Pages |
| 2015052992 | EFH | 2015310 | Michael O. Clerkley | In House Duplication | $0.10 | 2 | $0.20 | Photocopies: 2 Pages |
| 2015052992 | EFH | 2015319 | Derrick D. Sirls | In House Duplication | $0.20 | 94 | $18.80 | Photocopies: 94 Pages |
| 2015052992 | EFH | 2015323 | Derrick D. Sirls | In House Duplication | $0.20 | 128 | $25.60 | Photocopies: 128 Pages |
| 2015052992 | EFH | 2015324 | Russell H. Falconer | In House Duplication | $0.20 | 89 | $17.80 | Photocopies: 89 Pages |
| 2015052992 | EFH | 2015325 | Terri L. Flowers | In House Duplication | $0.20 | 72 | $14.40 | Photocopies: 72 Pages |
| 2015052992 | EFH | 2015325 | Derrick D. Sirls | In House Duplication | $0.20 | 594 | $118.80 | Photocopies: 594 Pages |
| 2015052992 | EFH | 2015326 | Russell H. Falconer | In House Duplication | $0.20 | 2 | $0.40 | Photocopies: 2 Pages |
| 2015052992 | EFH | 2015326 | Caitlin A. Calloway | In House Duplication | $0.10 | 11 | $1.10 | Photocopies: 11 Pages |
| 2015052994 | TCEH | 2015319 | Russell H. Falconer | Parking | | | $8.00 | Parking/Dallas, TX/Attend Meetings at EFH |
| 2015052994 | TCEH | 2015325 | Russell H. Falconer | Parking | | | $12.00 | Parking/Dallas, TX/Attend Meetings at EFH |
| 2015052994 | TCEH | 2015307 | William B. Dawson | Outside Services/ Consultants | | | $14,237.58 | Outside Services/Consultants/ Multimedia Services |
| 2015052994 | TCEH | 2015325 | Russell H. Falconer | Outside Services/ Consultants | | | $442.19 | Outside Services/Consultants/ UV Flatbed- Full Color Print |
| 2015052994 | TCEH | 2015326 | Michael L. Raiff | Parking | | | $12.00 | Parking/Dallas, TX/Attend Meetings at EFH |

RLF1 12024904v.1

| 2015052994 | TCEH | 2015325 | Michael L. Raiff | Parking | | | $12.00 | Parking/Dallas, TX/Attend Meetings at EFH |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2015052994 | TCEH | 2015309 | Russell H. Falconer | In House Duplication | $0.20 | 4 | $0.80 | Photocopies: 4 Pages |
| 2015052994 | TCEH | 2015323 | William T. Thompson | In House Duplication | $0.10 | 44 | $4.40 | Photocopies: 44 Pages |
| 2015052994 | TCEH | 2015323 | Debra S. Uhl | In House Duplication | $0.10 | 4 | $0.40 | Photocopies: 4 Pages |