IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>     *Debtors.* | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br>**Related to Docket Nos. 4541 and 4542** |
| DELAWARE TRUST COMPANY, as<br>INDENTURE TRUSTEE,<br><br>     *Plaintiff,*<br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.,<br><br>     *Defendants.* | Adv. Pro. No. 14-50363 (CSS)<br>**Related to Docket Nos. 292 and 293** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2015, she caused a copy of the documents listed below to be served on the parties on the attached service list via electronic mail.

1. ***Plaintiff-Trustee's and Noteholders' Proposed Findings of Fact and Conclusions of Law on Motion for Relief from the Automatic Stay to Rescind Acceleration of Notes*** [Docket No. 4541; Adv. Docket No. 292], and

2. ***Plaintiff-Trustee's and Noteholders' Post-Trial Brief*** [Docket No. 4542; Adv. Docket No. 293].

Dated: May 20, 2015

                                              COLE SCHOTZ P.C.

                                              */s/ J. Kate Stickles*
                                              J. Kate Stickles (Bar No. 2917)
                                              500 Delaware Avenue, Suite 1410
                                              Wilmington, DE  19801
                                              Telephone: 302-652-3131
                                              Facsimile:  302-652-3117
                                              kstickles@coleschotz.com

*Counsel to the Debtors*
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

Andrew R. McGaan, Esquire
Richard Howell, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
andrew.mcgaan@kirkland.com
Richard.howell@kirkland.com

Jonathan F. Ganter, Esquire
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
jonathan.ganter@kirkland.com

*Counsel to Fidelity Management & Research Company*

Michael J. Joyce, Esquire
CROSS & SIMON, LLC
913 N. Market Street, 11th Floor
PO Box 1380
Wilmington, DE 19899
mjoyce@crosslaw.com

*Counsel Indenture Trustee*

Laura Davis Jones, Esquire
Robert J. Feinstein, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
rfeinstein@pszjlaw.com

Thomas Moers Mayer, Esquire
Gregory A. Horowitz, Esquire
Joshua K. Brody, Esquire
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
ghorowitz@kramerlevin.com
jbrody@kramerlevin.com

Stephanie Wickouski, Esquire
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104-3300
stephanie.wickouski@bryancave.com

*Counsel to the Ad Hoc Group of EFH Legacy Noteholders*

Garvan F. McDaniel, Esquire
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Daniel A. Fliman, Esquire
Nii-Amar Amamoo, Esquire
KASOWITZ, BENSON,
TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
DRosner@kasowitz.com
AGlenn@kasowitz.com
DFliman@kasowitz.com
NAmamoo@kasowitz.com

Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
FRIED, FRANK, HARRIS,
SCHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
brad.eric.scheler@friedfrank.com
gary.kaplan@friedfrank.com
matthew.roose@friedfrank.com

*Counsel to Pacific Investment Management Co., LLC*

Jamie L. Edmonson, Esquire
VENABLE LLP
1201 North Market Street
Suite 1400
Wilmington, DE 19801
jledmonson@Venable.com

Jeffrey S. Sabin, Esquire
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
Twenty-Fifth Floor
New York, NY 10020
jssabin@Venable.com

Julia Frost-Davies, Esquire
Patrick Strawbridge, Esquire
MORGAN LEWIS & BOCKIUS LLP
One Federal St.
Boston, MA  02110-1726
julia.frost-davies@morganlewis.com
patrick.strawbridge@morganlewis.com

*Counsel to Ad Hoc Committee of EFIH Unsecured Noteholders*

Mark D. Olivere, Esquire
Ann M. Kashishian, Esquire
CHIPMAN BROWN
CICERO & COLE, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE  19801
olivere@ccbllp.com
kashishian@ccbllp.com

Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Meredith A. Lahaie, Esquire
AKIN GUMP STRAUSS
HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY  10036
idizengoff@akingump.com
aqureshi@akingump.com
sbaldini@akingump.com
mlahaie@akingump.com

Scott L. Alberino, Esquire
AKIN GUMP STRAUSS
HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, DC  20036-1564
salberino@akingump.com

*Counsel to UMB Bank, N.A., as indenture trustee*
Raymond H. Lemisch, Esquire
KLEHR HARRISON
HARVEY BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE  19801
rlemisch@klehr.com

Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313
hkaplan@foley.com
mhebbeln@foley.com
lapeterson@foley.com

Erika Morabito, Esquire
Brittany Nelson, Esquire
FOLEY & LARDNER LLP
3000 K Street N.W., Suite 600
Washington, DC  20007-5109
emorabito@foley.com
bnelson@foley.com

*Official Committee of TCEH Unsecured Creditors*

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Jarrett Vine, Esquire
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com
jvine@polsinelli.com

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd M. Goren, Esquire
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
jpeck@mofo.com
brettmiller@mofo.com
lmarinuzzi@mofo.com
tgoren@mofo.com

*Official Committee of Unsecured*
*Creditors of Energy Future Holdings Corp.,*
*Energy Future Intermediate Holding Company,*
*LLC; EFIH Finance, Inc.; and EECI, Inc.*

Natalie D. Ramsey, Esquire
Davis Lee Wright, Esquire
Mark A. Fink, Esquire
MONTGOMERY McCRACKEN
WALKER & RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
nramsey@mmwr.com
dwright@mmwr.com
mfink@mmwr.com

Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Michael H. Torkin, Esquire
Alexa J. Kranzley, Esquire
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
torkinm@sullcrom.com
kranzleya@sullcrom.com

4