# EXHIBIT A

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 3.40 | $ 1,565.50 |
| Asset Disposition | | | 2.20 | $ 1,200.00 |
| Assumption/Rejection of Leases & Contracts | | | 4.10 | $ 2,232.00 |
| Avoidance Action Analysis | | | 44.70 | $ 24,372.00 |
| Bankruptcy-Related Advice | | | 25.90 | $ 12,646.50 |
| Business Operations | | | 4.30 | $ 2,414.00 |
| Case Administration | | | 13.70 | $ 4,859.00 |
| Claims & Plan | | | 2.10 | $ 882.00 |
| Claims Administration & Objections | | | 8.70 | $ 4,944.00 |
| Employment/Fee Application Objections | | | 1.10 | $ 396.00 |
| Employment/Fee Applications | | | 40.00 | $ 18,076.00 |
| Financing & Cash Collateral | | | 0.50 | $ 279.00 |
| General Bankruptcy Advice/Opinions | | | 1.00 | $ 360.00 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 56.70 | $ 25,025.00 |
| Meetings of & Communications with Creditors or the Committee | | | 15.90 | $ 7,834.00 |
| Plan & Disclosure Statement (including business plan) | | | 34.70 | $ 16,112.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.70 | $ 252.00 |
| Tax Issues | | | 1.00 | $ 512.00 |
| | | | 260.70 | $ 123,961.00 |

# EXHIBIT B

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|------|-------|---------|-------------------------|-------------|--------------|----------------------------------------|--------------------------------------------------|-----------------------------------------------|
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 11,214.00 | 26.70 | 420 | 420 | 0 |
| Porcelli, Anthony C. | Shareholder | LI Commercial Litigation | 05/01/1994 | $ 3,245.00 | 5.50 | 590 | 590 | 0 |
| Switzer Jr., Jay L. | Shareholder | FR Loan Enforcement | 05/01/1992 | $ 9,617.00 | 16.30 | 590 | 590 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 42,510.00 | 65.40 | 650 | 650 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 42,462.00 | 101.10 | 420 | 420 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 10,620.00 | 29.50 | 360 | 360 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 4,293.00 | 16.20 | 265 | 265 | 0 |
| | | | | $ 123,961.00 | 260.70 | 475 | | |

49091408.1

# CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

## ( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED | BILLED |
| | Firm or offices for preceding year, excluding bankruptcy | In this fee application |
| Shareholder | $ 426.72 | $ 584.60 |
| Associate | $ 286.91 | $ 406.45 |
| Paralegal | $ 194.58 | $ 265.00 |
| **All timekeepers averaged** | $ 302.74 | $ 418.68 |

# EXHIBIT C

49091408.1

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Client Advance | $ 30.00 |
| Document Reproduction | $ 768.80 |
| Document Reproduction | $ 2,587.80 |
| Deliveries | $ 7.50 |
| Filing Fees | $ 44.00 |
| Meals | $ 464.70 |
| Miscellaneous | $ 90.00 |
| Transcript of Proceedings | $ 246.00 |
| Westlaw Computer Research | $ 1,081.48 |
| | $ 5,320.28 |

# EXHIBIT D



# Invoice Detail

For Professional Services Through 4/30/15
File No. 078582-475724
**Re: Chapter 11 Bankruptcy**

Page 84
May 19, 2015
Invoice No: ******

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| | Document Reproduction | $2,587.80 |
| | Westlaw Computer Research | 1,081.48 |
| 10/28/14 | Client Advance Reliable Wilmington PRINT FROM CM/ECF SITE TABS PRE-PRINTED TABS CUSTOM BINDER, VIEW 2' BLACK BINDER VIEW 3' BLACK | 30.00 |
| 02/26/15 | Meals Meal 1 | 21.00 |
| 03/13/15 | Meals meal 1 | 39.50 |
| 03/18/15 | Reliable Wilmington Hand Delivery Courier Service | 7.50 |
| 03/19/15 | Document Reproduction Reliable Wilmington Printing from CM/ECF site custom tabs | 768.80 |
| 03/30/15 | Meals DLS Discovery LLC food/meals pickup/delivery | 15.00 |
| 03/30/15 | Meals | 62.65 |
| 04/02/15 | Miscellaneous Telephonic Appearance A6780549 | 30.00 |
| 04/02/15 | Miscellaneous Telephonic Appearance A6780558 | 30.00 |
| 04/09/15 | Transcript of Proceedings Veritext New York Reporting Co. Transcript | 60.00 |
| 04/13/15 | Miscellaneous Telephonic Appearance A6842121 | 30.00 |
| 04/13/15 | Filing Fees Telephonic Appearance A6842120 | 44.00 |
| 04/14/15 | Meals DLS Discovery LLC meals- court prep/hearing | 130.50 |
| 04/20/15 | Meals DLS Discovery LLC meals (pick up and delivery) | 93.00 |
| 04/20/15 | Meals | 34.05 |
| 04/21/15 | Meals DLS Discovery LLC meals (pickup & delivery) | 69.00 |
| 04/27/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 186.00 |
| | **Total Disbursements** | **$5,320.28** |

Total Disbursements

5,320.28

**Total Current Charges Due**

**$129,281.28**

# **EXHIBIT E**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) |

### FIRST MONTHLY EXPENSE STATEMENT OF MEMBERS OF THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR EXPENSES INCURRED FOR THE PERIOD OF MAY 13, 2014 THROUGH APRIL 30, 2015

| Name of Applicant | Members of the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC, and EFH Corporate Services Company.[2] |
|---|---|
| Date of Appointment: | May 13, 2014 |
| Period for which reimbursement is sought: | May 13, 2014 through April 30, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $8,238.91 |

This is a(n) **X** monthly ___ interim ___ final application. No prior application filed for this Period.[3]

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Pursuant to the Notice of Appointment (as defined below), the members of the TCEH Committee (as defined below) are: Pension Benefit Guaranty Corporation, HCL America, Inc., The Bank of New York Mellon, Law Debenture Trust Company of New York, Holt Texas LTD, d/b/a Holt Cat, ADA Carbon Solutions (Red River), and Wilmington Savings Fund Society (collectively, the "**TCEH Committee Members**").

[3] Notice of this Monthly Expense Statement (as defined below) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined below), and objections to the relief requested in this Monthly Expense Statement shall be addressed in accordance with the Interim Compensation Order.

Pursuant to section 503 of chapter 11 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 420] (the "**Notice of Appointment**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [Docket No. 2066] (the "**Interim Compensation Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the TCEH Committee Members, as members of the official committee (the "**TCEH Committee**") of unsecured creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC, and EFH Corporate Services Company (collectively, the "**TCEH Debtors**"), through their undersigned counsel, hereby submit this monthly expense statement (the "**Monthly Expense Statement**") for the reimbursement for the actual and necessary expenses incurred in the performance of the duties of the TCEH Committee, in the amount of $8,238.91, from May 13, 2014 through April 30, 2015 (the "**Expense Statement Period**").

## Itemization of Disbursements Incurred

In support of this Monthly Expense Statement, attached as <u>Exhibit 1</u> is a schedule setting forth the total amount of expenses for which the TCEH Committee Members are seeking reimbursement in this Monthly Expense Statement.

WHEREFORE, the TCEH Committee Members request that they be allowed reimbursement in the total amount of $8,238.91 for actual and necessary costs and expenses incurred in performance of the duties of the TCEH Committee, and that such expenses be paid as administrative expenses of the TCEH Debtors' estates.[4]

---

[4] Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred (such fees, the "**Direct Benefit Fees**").    To the extent that Paragraph 2(b) of the Interim Compensation Order applies to reimbursement of TCEH Committee Member expenses, the TCEH Committee Members have incurred expenses in performance of the duties of the TCEH Committee.  Therefore, all of the TCEH Committee Members' expenses identified in this Monthly Expense Statement should be paid by the TCEH Debtors.

# EXHIBIT 1

## Expense Summary

## EXPENSE CHART

| DATE | COMMITTEE MEMBER | TYPE OF EXPENSE | EXPENSE DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 5/11/2014 | Dennis J. Roemlein | Air Transportation | | $951.50 |
| 5/11/2014 | Dennis J. Roemlein | Miscellaneous | Bags- Airline | $25.00 |
| 5/13/2014 | Dennis J. Roemlein | Taxi, Bus, Auto Rental | | $133.41 |
| 5/13/2014 | Dennis J. Roemlein | Food and Lodging | | $475.52 |
| 5/13/2014 | Dennis J. Roemlein | Miscellaneous | Bags- Airline | $25.00 |
| 6/24/2014 | Dennis J. Roemlein | Air Transportation | | $1,030.89 |
| 6/24/2014 | Dennis J. Roemlein | Taxi, Bus, Auto Rental | | $48.33 |
| 6/24/2014 | Dennis J. Roemlein | Miscellaneous | Bags- Airline | $25.00 |
| 6/25/2014-6/26/2014 | Dennis J. Roemlein | Taxi, Bus, Auto Rental | | $88.35 |
| 6/25/2014-6/26/2014 | Dennis J. Roemlein | Food and Lodging | | $681.76 |
| 6/25/2014-6/26/2014 | Dennis J. Roemlein | Miscellaneous | Bags- Airline | $25.00 |
| | | Total= $3,509.76 | | |

## EXPENSE CHART

| DATE | COMMITTEE MEMBER | TYPE OF EXPENSE | EXPENSE DESCRIPTION | AMOUNT |
|------|------------------|-----------------|---------------------|--------|
| 5/12/2014 | Peter Hansen | Air Transportation | | $960.00 |
| 5/12/2014 | Peter Hansen | Taxi, Bus, Auto Rental | | $100.68 |
| 5/12/2014 | Peter Hansen | Food and Lodging | | $550.10 |
| 5/12/2014 | Peter Hansen | Miscellaneous | Airport Parking | $58.00 |
| 10/1/2014 | Peter Hansen | Air Transportation | | $864.70 |
| 10/1/2014 | Peter Hansen | Taxi, Bus, Auto Rental | | $127.45 |
| 10/1/2014 | Peter Hansen | Food and Lodging | | $773.31 |
| 10/1/2014 | Peter Hansen | Miscellaneous | Airport Parking | $66.00 |
| 1/15/2015 | Peter Hansen | Air Transportation | | $510.20 |
| 1/15/2015 | Peter Hansen | Taxi, Bus, Auto Rental | | $94.95 |
| 1/15/2015 | Peter Hansen | Food and Lodging | | $572.76 |
| 1/15/2015 | Peter Hansen | Miscellaneous | Airport Parking | $51.00 |
| | | | | |
| | | Total= $4,729.15 | | |