# EXHIBIT A

## Detailed Description of Expenses

Guggenheim Securities
Expense Details

EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**APRIL 1, 2015 THROUGH APRIL 30, 2015**

### Expense Details

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 4/2/2015 | Airfare | $12.95 | $0.00 | $12.95 | Ronen Bojmel | GOGOAIR.COM | Inflight Internet from JFK-LAS |
| 4/8/2015 | Airfare | 1,342.55 | (1,130.55) | 212.00 | Michael Henkin | United Airlines | Round trip coach equivalent airfare JFK-SFO (1/2 allocation) |
| 4/21/2015 | Airfare | 982.20 | 0.00 | 982.20 | Ronen Bojmel | US Airways | Round trip airfare from LGA-BOS for Fidelity meeting |
| 4/21/2015 | Airfare | 430.10 | 0.00 | 430.10 | Michael Henkin | US Airways | One way airfare from LGA-BOS for Fidelity meeting |
| 4/21/2015 | Airfare | 509.10 | 0.00 | 509.10 | Michael Henkin | US Airways | One way airfare from BOS-LGA return from Fidelity meeting |
| 4/22/2015 | Airfare | 2,518.10 | (1,949.10) | 569.00 | Michael Henkin | United Airlines | One way coach equivalent airfare from JFK-SFO |
| 4/6/2015 | Hotel | 329.00 | 0.00 | 329.00 | Michael Henkin | Grand Hyatt | 1 night room rate |
| 4/21/2015 | Hotel | 369.00 | 0.00 | 369.00 | Michael Henkin | Grand Hyatt | 1 night room rate |
| 3/10/2015 | Ground Transportation | 21.25 | 0.00 | 21.25 | Ronen Bojmel | VELOCITY LIMO INC | Car service to EFH meeting with Rob Venerus |
| 3/12/2015 | Ground Transportation | 66.32 | 0.00 | 66.32 | Phillip Laroche | BIG APPLE CAR INC | Car service from office to home (after 9pm) |
| 3/16/2015 | Ground Transportation | 56.75 | 0.00 | 56.75 | Ronen Bojmel | VELOCITY LIMO INC | Car service from home to airport |
| 3/16/2015 | Ground Transportation | 12.30 | 0.00 | 12.30 | Ofir Nitzan | NYC-TAXI | Taxi from office to home (after 9pm) |
| 3/16/2015 | Ground Transportation | 6.24 | 0.00 | 6.24 | James Shovlin | NYC TAXI 1P39 | Taxi from office to home (after 9pm - late night 3/16) |
| 3/17/2015 | Ground Transportation | 6.24 | 0.00 | 6.24 | David Paulzak | NYC TAXI 3L40 | Taxi from office to home (after 9pm - late night 3/17) |
| 3/18/2015 | Ground Transportation | 17.30 | 0.00 | 17.30 | Ronen Bojmel | NYC TAXI | Taxi from office to home (after 9pm) |
| 3/18/2015 | Ground Transportation | 13.00 | 0.00 | 13.00 | Ofir Nitzan | ASTORIA TAXI | Taxi from office to home (after 9pm) |
| 3/18/2015 | Ground Transportation | 6.89 | 0.00 | 6.89 | James Shovlin | NYC-TAXI | Taxi from office to home (after 9pm - late night 3/18) |
| 3/19/2015 | Ground Transportation | 38.99 | 0.00 | 38.99 | Ronen Bojmel | EXECUTIVE CHARGE INC | Car service to EFH meeting with K&E |
| 3/19/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Phillip Laroche | UBER TECHNOLOGIES INC | Taxi from office to EFH meeting |
| 3/19/2015 | Ground Transportation | 91.53 | 0.00 | 91.53 | Phillip Laroche | BIG APPLE CAR INC | Car service from office to home (after 9pm) |
| 3/19/2015 | Ground Transportation | 93.01 | 0.00 | 93.01 | Phillip Laroche | VELOCITY LIMO INC | Car service from office to home (after 9pm) |
| 3/23/2015 | Ground Transportation | 13.80 | 0.00 | 13.80 | Ofir Nitzan | NYC TAXI 3P73 | Taxi from office to home (after 9pm) |
| 3/23/2015 | Ground Transportation | 68.68 | 0.00 | 68.68 | Phillip Laroche | VELOCITY LIMO INC | Car service from office to home (after 9pm) |
| 3/23/2015 | Ground Transportation | 8.19 | 0.00 | 8.19 | James Shovlin | NYC TAXI | Taxi from office to home (after 9pm) |
| 3/24/2015 | Ground Transportation | 14.00 | 0.00 | 14.00 | Ofir Nitzan | NYC TAXI 2J35 | Taxi from office to home (after 9pm) |
| 3/25/2015 | Ground Transportation | 13.00 | 0.00 | 13.00 | Ofir Nitzan | NYC TAXI 5E30 | Taxi from office to home (after 9pm) |
| 3/26/2015 | Ground Transportation | 9.75 | 0.00 | 9.75 | James Shovlin | NYC TAXI 8Y67 | Taxi from office to home (after 9pm) |
| 3/27/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | BIG APPLE CAR INC | Car service from office to home (after midnight night of 3/26) |
| 3/28/2015 | Ground Transportation | 67.65 | 0.00 | 67.65 | Phillip Laroche | VELOCITY LIMO INC | Car service from office to home (after midnight night of 3/27) |
| 3/28/2015 | Ground Transportation | 6.89 | 0.00 | 6.89 | James Shovlin | NYC-TAXI | Taxi from office to home (weekend) |
| 3/29/2015 | Ground Transportation | 67.65 | 0.00 | 67.65 | Phillip Laroche | BIG APPLE CAR INC | Car service from office to home (after midnight night of 3/28) |
| 3/29/2015 | Ground Transportation | 10.75 | 0.00 | 10.75 | James Shovlin | NYC TAXI 7L59 | Taxi from office to home (weekend) |
| 3/30/2015 | Ground Transportation | 13.58 | 0.00 | 13.58 | Ronen Bojmel | UBER TECHNOLOGIES INC | Taxi from office to home (after 9pm) |
| 3/30/2015 | Ground Transportation | 68.68 | 0.00 | 68.68 | Phillip Laroche | VELOCITY LIMO INC | Car service from office to home (after midnight night of 3/29) |
| 4/1/2015 | Ground Transportation | 13.00 | 0.00 | 13.00 | Ofir Nitzan | NYC TAXI 2R37 | Taxi from office to home (after 9pm) |
| 4/5/2015 | Ground Transportation | 11.44 | 0.00 | 11.44 | James Shovlin | NYC-TAXI | Taxi from office to home (after 9pm) |
| 4/6/2015 | Ground Transportation | 54.00 | 0.00 | 54.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Airport parking for business trip (1/2 allocation) |
| 4/7/2015 | Ground Transportation | 8.84 | 0.00 | 8.84 | James Shovlin | NYC-TAXI YELLOW CAB | Taxi from office to home (after 9pm) |
| 4/9/2015 | Ground Transportation | 13.00 | 0.00 | 13.00 | Ofir Nitzan | NYC TAXI 7Y84 | Taxi from office to home (after 9pm) |
| 4/13/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC TAXI 5P29 | Taxi from office to home (after 9pm) |
| 4/14/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC TAXI 7N54 | Taxi from office to home (after 9pm) |
| 4/16/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC TAXI 7A83 | Taxi from office to home (after 9pm) |
| 4/17/2015 | Ground Transportation | 6.62 | 0.00 | 6.62 | David Paulzak | NYC-TAXI | Taxi from office to home (after 9pm - late night 4/17) |
| 4/18/2015 | Ground Transportation | 15.35 | 0.00 | 15.35 | David Paulzak | NYC TAXI 1P98 | Taxi from office to home (after 9pm/weekend) |
| 4/19/2015 | Ground Transportation | 11.75 | 0.00 | 11.75 | David Paulzak | NYC TAXI 5P93 | Taxi from home to office (weekend) |
| 4/21/2015 | Ground Transportation | 69.34 | 0.00 | 69.34 | Michael Henkin | NYC-TAXI | Taxi from JFK airport to hotel |
| 4/21/2015 | Ground Transportation | 44.34 | 0.00 | 44.34 | Michael Henkin | NYC TAXI 1C97 | Taxi from hotel to LGA airport |
| 4/21/2015 | Ground Transportation | 21.75 | 0.00 | 21.75 | Michael Henkin | BOS TAXI 0031 | Taxi from Fidelity Meeting to BOS Airport |
| 4/21/2015 | Ground Transportation | 6.24 | 0.00 | 6.24 | David Paulzak | NYC-TAXI | Taxi from office to home (after 9pm - late night 4/21) |
| 4/22/2015 | Ground Transportation | 12.80 | 0.00 | 12.80 | Ofir Nitzan | NYC TAXI 5K18 | Taxi from office to home (after 9pm - late night 4/21) |
| 4/23/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC YELLOW CAB | Taxi from office to home (after 9pm - late night 4/22) |
| 4/23/2015 | Ground Transportation | 9.80 | 0.00 | 9.80 | Ofir Nitzan | NYC TAXI 2Y53 | Taxi from office to home (after 9pm) |
| 4/24/2015 | Ground Transportation | 7.54 | 0.00 | 7.54 | David Paulzak | NYC-TAXI | Taxi from home to office (weekend) |
| 3/30/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/30/2015 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/6/2015 | Meals | 25.56 | (5.56) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/7/2015 | Meals | 25.59 | (5.59) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/7/2015 | Meals | 25.59 | (5.59) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/8/2015 | Meals | 23.42 | 0.00 | 23.42 | Michael Henkin | OTG MANAGEMENT EWR, LL | Travel dinner |
| 4/8/2015 | Meals | 25.57 | (5.57) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/10/2015 | Meals | 24.22 | (4.22) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/13/2015 | Meals | 25.54 | (5.54) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/14/2015 | Meals | 25.02 | (5.02) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/14/2015 | Meals | 25.02 | (5.02) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/14/2015 | Meals | 25.55 | (5.55) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/15/2015 | Meals | 25.58 | (5.58) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/15/2015 | Meals | 23.00 | (3.00) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/15/2015 | Meals | 22.99 | (2.99) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/15/2015 | Meals | 25.58 | (5.58) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/16/2015 | Meals | 25.10 | (5.10) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/16/2015 | Meals | 25.10 | (5.10) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/16/2015 | Meals | 25.10 | (5.10) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/16/2015 | Meals | 25.10 | (5.10) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/17/2015 | Meals | 22.44 | (2.44) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/17/2015 | Meals | 19.31 | 0.00 | 19.31 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/17/2015 | Meals | 25.59 | (5.59) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/19/2015 | Meals | 22.69 | (2.69) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/19/2015 | Meals | 25.52 | (5.52) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |

Guggenheim Securities
Expense Details                                                                 EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**APRIL 1, 2015 THROUGH APRIL 30, 2015**

### Expense Details

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 4/19/2015 | Meals | 22.49 | (2.49) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/20/2015 | Meals | 19.62 | 0.00 | 19.62 | Michael Henkin | KLEINS DELI GATE 62 | Travel dinner |
| 4/20/2015 | Meals | 12.43 | 0.00 | 12.43 | Michael Henkin | TEMP NEWS 30096655 | Travel breakfast |
| 4/20/2015 | Meals | 25.05 | (5.05) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/20/2015 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/20/2015 | Meals | 25.06 | (5.06) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/20/2015 | Meals | 25.05 | (5.05) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/21/2015 | Meals | 53.85 | 0.00 | 53.85 | Michael Henkin | NAPLES 45 | Travel lunch with Michael Henkin and Ronen Bojmel |
| 4/21/2015 | Meals | 9.83 | 0.00 | 9.83 | Michael Henkin | LAGUARDIA USA, LLC | Travel breakfast |
| 4/21/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/21/2015 | Meals | 24.59 | (4.59) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/21/2015 | Meals | 18.45 | 0.00 | 18.45 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/21/2015 | Meals | 25.62 | (5.62) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/22/2015 | Meals | 25.56 | (5.56) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/22/2015 | Meals | 25.51 | (5.51) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/22/2015 | Meals | 20.04 | (0.04) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/22/2015 | Meals | 25.62 | (5.62) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/23/2015 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/23/2015 | Meals | 22.49 | (2.49) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/24/2015 | Meals | 25.51 | (5.51) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/24/2015 | Meals | 25.51 | (5.51) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/25/2015 | Meals | 25.15 | (5.15) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/25/2015 | Meals | 25.09 | (5.09) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/25/2015 | Meals | 20.21 | (0.21) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/26/2015 | Meals | 23.73 | (3.73) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/26/2015 | Meals | 21.76 | (1.76) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/27/2015 | Meals | 25.60 | (5.60) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/27/2015 | Meals | 22.93 | (2.93) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/27/2015 | Meals | 25.60 | (5.60) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/28/2015 | Meals | 25.35 | (5.35) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/28/2015 | Meals | 21.76 | (1.76) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/28/2015 | Meals | 25.58 | (5.58) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/29/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/29/2015 | Meals | 22.44 | (2.44) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/29/2015 | Meals | 25.52 | (5.52) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/29/2015 | Meals | 25.53 | (5.53) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/30/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/30/2015 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/30/2015 | Meals | 20.37 | (0.37) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/30/2015 | Meals | 25.62 | (5.62) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 3/31/2015 | Legal | 8,090.00 | 0.00 | 8,090.00 | | DENTONS US LLP | Reimbursement of legal fees and expenses incurred by Gugg. |