# EXHIBIT A-1

**Legal Expenses of Guggenheim Securities, LLC**

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Salans FMC SNR Denton
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

May 12, 2015

**Invoice No. 1647656**

Client/Matter: 21421443-0045

Energy Future Holdings

**Payment Due Upon Receipt**

---

Total This Invoice                                          $        8,090.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6361 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
P. Maxcy
at 1 312 876 8000

17

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Salans FMC SNR Denton
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

May 12, 2015

**Invoice No. 1647656**

Client/Matter:  21421443-0045

Energy Future Holdings

For Professional Services Rendered through April 30, 2015:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 4/7/15 | P. Maxcy | 0.60 | Review fee committee letter and assess need for response. |
| 4/7/15 | P. Maxcy | 0.20 | Review information re additional interested parties. |
| 4/7/15 | G. Miller | 0.30 | Determine when next interim fee application is due. |
| 4/8/15 | G. Miller | 0.20 | Discuss next interim fee application deadline with P. Maxcy. |
| 4/9/15 | P. Maxcy | 1.10 | Conference P. Laroche (.2); review and analyze response to fee examiner (.5); review supplemental disclosure information (.4). |
| 4/10/15 | P. Maxcy | 0.80 | Review list of interested parties and advise on need for additional searches. |
| 4/13/15 | P. Maxcy | 3.20 | Gather information and draft response for examiner re contested expenses and various emails with P. Laroche re same. |
| 4/15/15 | P. Maxcy | 0.70 | Conference P. Laroche re amended disclosures and arrange for preparation of same. |
| 4/15/15 | G. Miller | 0.30 | Review amendments to fee applications. |
| 4/16/15 | G. Miller | 2.00 | Draft supplemental declaration. |
| 4/17/15 | G. Miller | 0.70 | Draft supplemental declaration. |
| 4/20/15 | G. Miller | 0.10 | Revise supplemental affidavit and forwarded to P. Maxcy. |
| 4/21/15 | G. Miller | 0.80 | Review other supplemental declarations as filed to determine updated list of potential parties. |
| 4/21/15 | P. Maxcy | 0.50 | Finalize draft of amended disclosure and review schedules. |
| 4/24/15 | P. Maxcy | 1.10 | Emails and phone conference with M. Fink re amended disclosures and review affidavit per conversation. |
| 4/24/15 | P. Maxcy | 0.50 | Review amended affidavits for other parties. |
| Total Hours | | 13.10 | |
| Fee Amount | | | $8,090.00 |

Energy Future Holdings  
Matter: 21421443-0045  
Invoice No.: 1647656

May 12, 2015

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---:|---:|---:|
| P. Maxcy | $720.00 | 8.70 | $6,264.00 |
| G. Miller | $415.00 | 4.40 | $1,826.00 |
| Totals |  | 13.10 | $8,090.00 |

Fee Total         $   8,090.00

Invoice Total     $   8,090.00