# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours[1] | Total Fees Requested |
|---|---|---:|---:|
| 1 | Long-Range Forecast | 312.00 | $167,245.00 |
| 2 | Metric Analysis | 7.50 | $4,987.50 |
| 3 | Generation Analysis | 266.00 | $120,940.00 |
| 4 | Retail Analysis | 104.50 | $48,517.50 |
| 5 | Commodity Analysis | 256.50 | $135,315.00 |
| 6 | Competitor Analysis | 17.00 | $10,177.50 |
| 7 | EBITDA Projection | 126.50 | $63,205.00 |
| 8 | Environmental Analysis | 44.50 | $28,680.00 |
| 9 | Short-Range Forecast | 19.50 | $9,045.00 |
| 10 | Capital Projects | 7.50 | $5,625.00 |
| 11 | Wholesale Operations | 26.50 | $19,305.00 |
| 12 | Retail Operations | 26.00 | $16,212.50 |
| 13 | T&D Operations | 369.00 | $148,047.50 |
| 14 | Data Collection and Diligence | 121.60 | $58,040.00 |
| 15 | Reports | 41.50 | $21,232.50 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 108.25 | $57,456.25 |
| 18 | Project Management | 30.50 | $18,545.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 171.00 | $110,362.50 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 10.50 | $3,990.00 |
| | *Continued on next page* | | |

1. Non-working travel time has been billed at 50% of actual time incurred.

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---:|---|---:|---:|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 10.00 | $4,150.00 |
| 25 | T&D Market Research | 12.50 | $7,350.00 |
| 26 | Wholesale Market Research | 27.50 | $13,412.50 |
| 27 | Retail Market Research | 1.00 | $455.00 |
| 28 | Performance Analysis | 1.00 | $455.00 |
| 29 | Sales, General & Administrative Analysis | 4.00 | $1,620.00 |
| 30 | Portfolio Analysis | 2.00 | $1,440.00 |
| 31 | Oncor Revenue Analysis | 13.00 | $9,360.00 |
| 32 | Oncor Capital Structure | 42.50 | $26,645.00 |
| 33 | Regulatory Analysis | 6.50 | $4,875.00 |
| | | | |
| | **Totals:** | **2,186.35** | **$1,116,691.25** |

---

1. Non-working travel time has been billed at 50% of actual time incurred.