# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 171.60 | $128,700.00 |
| Jean Agras | Managing Director | $720 | 151.50 | $109,080.00 |
| Gary Germeroth | Managing Director | $720 | 99.00 | $71,280.00 |
| Dave Andrus | Director | $645 | 179.00 | $115,455.00 |
| Scott Davis | Director | $545 | 162.00 | $88,290.00 |
| Paul Harmon | Director | $575 | 71.00 | $40,825.00 |
| Tim Wang | Director | $575 | 78.25 | $44,993.75 |
| Kimberly Eckert | Managing Consultant | $495 | 81.00 | $40,095.00 |
| Michael Gadsden | Managing Consultant | $460 | 191.50 | $88,090.00 |
| Jill Kawakami | Managing Consultant | $430 | 66.50 | $28,595.00 |
| Buck Monday | Managing Consultant | $450 | 61.00 | $27,450.00 |
| Michael Perry | Managing Consultant | $410 | 159.50 | $65,395.00 |
| Samuel Schreiber | Managing Consultant | $455 | 153.00 | $69,615.00 |
| Laura Hatanaka | Consultant | $390 | 167.50 | $65,325.00 |
| Pamela Morin | Consultant | $380 | 10.5 | $3,990.00 |
| Nathan Pollak | Consultant | $405 | 185.00 | $74,925.00 |
| Alex Vinton | Analyst | $275 | 198.50 | $54,587.50 |
| | | **Totals:** | **2,186.35** | **$1,116,691.25** |