**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

### ALL - Expense Summary

| Service Description | | Amount |
|---|---|---|
| Lodging | | $16,259.30 |
| Airfare | | $18,084.50 |
| Transportation to/from airport | | $3,230.62 |
| Travel Meals | | $3,771.91 |
| Other Travel Expenses | | $1,635.00 |
| Vehicle Rental Expenses | | $2,416.17 |
| **Total:** | | **$45,397.50** |

### TCEH - Expense Summary

| Service Description | | Amount |
|---|---|---|
| Lodging | | $11,663.63 |
| Airfare | | $12,972.94 |
| Transportation to/from airport | | $2,317.49 |
| Travel Meal | | $2,705.78 |
| Other Travel Expenses | | $1,172.87 |
| Vehicle Rental Expenses | | $1,733.24 |
| **Total:** | | **$32,565.95** |

### EFIH - Expense Summary

| Service Description | | Amount |
|---|---|---|
| **Total:** | | **$0** |

### EFH - Expense Summary

| Service Description | | Amount |
|---|---|---|
| Lodging | | $4,595.67 |
| Airfare | | $5,111.56 |
| Transportation to/from airport | | $913.13 |
| Travel Meals | | $1,066.13 |
| Other Travel Expenses | | $462.13 |
| Vehicle Rental Expenses | | $682.93 |
| **Total:** | | **$12,831.55** |