IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Related to D.I. 4497** |

## NOTICE OF INTENT TO PARTICIPATE IN
## DISCLOSURE STATEMENT PROCEEDING DISCOVERY

**NOTICE IS HEREBY GIVEN**, in accordance with the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Approval of Debtors' Disclosure Statement, and (C) Establishing the Terms Governing Mediation* [D.I. 4497] (the "Disclosure Statement Scheduling Order"),[1] that Delaware Trust Company, in its capacities as Indenture Trustee (the "10% Indenture Trustee") for the 10% Senior Secured Notes Due 2020 issued by Energy Future Intermediate Holdings LLC and EFIH Finance Inc. (together, "EFIH") under that certain Indenture dated as of August 17, 2010 (as amended and supplemented, the "10% Indenture"), as Indenture Trustee (the "6.875% Indenture Trustee") for the 6.875% Senior Secured Notes Due 2017 issued by EFIH under that certain Indenture dated as of August 14, 2012 (as amended and supplemented, the "6.875% Indenture"), and as Collateral Trustee (the "Collateral Trustee") under that certain Collateral Trust Agreement dated as of November 16, 2009 (including joinders thereto, the "Collateral Trust Agreement"), intends to participate in discovery related to the Disclosure Statement Proceedings.  In accordance with paragraph 4 of the Disclosure Statement Scheduling Order, the 10% Indenture Trustee, the 6.875% Indenture Trustee, and Collateral Trustee provide the following information:

---

[1] Capitalized terms used but not defined herein have the meaning ascribed in the Disclosure Statement Scheduling Order.

| | |
|---|---|
| **NAME AND ADDRESS OF PARTY IN INTEREST:** | Delaware Trust Company, as indenture trustee and collateral trustee<br>Attn: Sandra E. Horwitz<br>2711 Centerville Road<br>Wilmington, DE 19808 |
| **COUNSEL TO PARTY IN INTEREST:** | **ROPES & GRAY LLP**<br>Keith H. Wofford<br>Mark R. Somerstein<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: 212-596-9000<br>Facsimile: 212-596-9090<br>Keith.Wofford@ropesgray.com<br>Mark.Somerstein@ropesgray.com<br><br>D. Ross Martin<br>Andrew G. Devore<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: 617-951-7000<br>Facsimile: 617-951-7050<br>Ross.Martin@ropesgray.com<br>Andrew.Devore@ropesgray.com<br><br>-AND-<br><br>**COLE SCHOTZ P.C.**<br>Norman L. Pernick (DE 2290)<br>J. Kate Stickles (DE 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302-652-3131<br>Facsimile: 302-652-3117<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br><br>Warren A. Usatine<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602<br>Telephone: 201-489-3000<br>Facsimile: 201-489-1536<br>wusatine@coleschotz.com<br><br>*Counsel for Delaware Trust Company, as indenture trustee and collateral trustee*<br><br>-AND-<br><br>**DRINKER BIDDLE & REATH LLP**<br>James H. Millar<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714<br>Telephone: 212-248-3264<br>Facsimile: 212-248-3141<br>James.Millar@dbr.com<br><br>*Counsel for Delaware Trust Company, as indenture trustee* |

| | |
|---|---|
| **DESCRIPTION OF CLAIMS OF PARTY IN INTEREST:** | The 10% Indenture Trustee timely filed proofs of claim nos. 8027, 8028, 8030, and 8033 against Energy Future Intermediate Holdings LLC and EFIH Finance Inc. (the "10% Indenture Trustee Proofs of Claim") for amounts related to, *inter alia*: (i) secured and/or unsecured claims for rights to payment under, and breaches of, the 10% Indenture, including without limitation for a make-whole; (ii) Additional Interest (as defined in the applicable Registration Rights Agreement); (iii) interest on interest; (iv) trustee fees, expenses and other charges, including the fees, disbursements and costs of counsel and financial advisors; (v) indemnification; and (vi) other amounts as set forth in the 10% Indenture Trustee Proofs of Claim. |

The 6.875% Indenture Trustee timely filed proofs of claim nos. 8024, 8026, 8029, and 8032 against Energy Future Intermediate Holdings LLC and EFIH Finance Inc. (the "6.875% Indenture Trustee Proofs of Claim") for amounts related to, *inter alia*: (i) secured and/or unsecured claims for rights to payment under, and breaches of, the 6.875% Indenture, including without limitation for a make-whole premium; (ii) Additional Interest (as defined in the applicable Registration Rights Agreement); (iii) interest on interest; (iv) trustee fees, expenses and other charges, including the fees, disbursements and costs of counsel and financial advisors; (v) indemnification; and (vi) other amounts as set forth in the 6.875% Indenture Trustee Proofs of Claim.

The Collateral Trustee timely filed proofs of claim nos. 8025 and 8031 against Energy Future Intermediate Holdings LLC and EFIH Finance Inc. (the "Collateral Trustee Proofs of Claim" and, together with the 10% Indenture Trustee Proofs of Claim and the 6.875% Indenture Trustee Proofs of Claim, the "Proofs of Claim") for claims arising under or related to the Collateral Trust Agreement and related and ancillary documents and agreements, including without limitation that certain Pledge Agreement dated as of November 16, 2009, for amounts related to, *inter alia*: (i) trustee fees, expenses and other charges, including the fees, disbursements and costs of counsel and financial advisors; (ii) indemnification; and (iii) other amounts as set forth in the Collateral Trustee Proofs of Claim.

The foregoing are summaries of the Proofs of Claim, and nothing contained herein shall be construed as a waiver of any claim asserted therein or in the adversary proceeding styled *Delaware Trust Company, as indenture trustee v. Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc.*, Adv. P. No. 14-50363.

**PLEASE TAKE FURTHER NOTICE** that counsel to the 10% Indenture Trustee, the 6.875% Indenture Trustee, and Collateral Trustee hereby requests to be included on all correspondence regarding the scheduling of any depositions in relation to the Disclosure Statement Proceedings.  The 10% Indenture Trustee, 6.875% Indenture Trustee, and Collateral Trustee reserve the right to examine any deponent and to otherwise participate in discovery related to the Disclosure Statement Proceedings.

Dated: May 21, 2015

       COLE SCHOTZ P.C.

/s/ J. Kate Stickles
Norman L. Pernick (DE 2290)
J. Kate Stickles (DE 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

  --and--

ROPES & GRAY LLP
Keith H. Wofford
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew G. Devore
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

*Counsel for Delaware Trust Company, as indenture trustee and collateral trustee*

  --and--

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for Delaware Trust Company, as indenture trustee*

5