# EXHIBIT A

## Proposed Order

SC1:3866108.4
3902113

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**ORDER GRANTING EMERGENCY MOTION OF THE EFH OFFICIAL
COMMITTEE FOR ENTRY OF AN ORDER (I) ADJOURNING THE HEARING,
CURRENTLY SCHEDULED FOR JUNE 1, 2015, ON THE DEBTORS' PROPOSED
FORM OF ORDER (A) SETTING BAR DATE FOR FILING ASBESTOS PROOFS OF
CLAIM, (B) APPROVING THE FORM OF AND MANNER FOR FILING ASBESTOS
PROOFS OF CLAIM, AND (C) APPROVING NOTICE THEREOF AND
(II) SHORTENING NOTICE WITH RESPECT TO THE EMERGENCY MOTION**

Upon the emergency motion (the "**Motion to Continue**") of the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (collectively, the "**EFH Debtors**") for entry of an order (the "**Order**") (i) continuing consideration at the June 1, 2015 hearing the Debtors' Proposed Form of Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of And Manner For Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof [D.I. 3965] (the "**Proposed Notice Procedures**"), and (ii) shortening the notice with respect to the Motion to Continue pursuant to sections 102(1) and 105 of title 11 of the United States Code, rule 9006 of the Federal Rules of

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Bankruptcy Procedure (the "**Bankruptcy Rules**"), and rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"); it appearing that this Court has jurisdiction to consider the Motion to Continue pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that venue of these chapter 11 cases and the Motion to Continue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined after due deliberation thereon that the relief requested in the Motion to Continue is appropriate;

IT IS HEREBY ORDERED THAT:

1. The Motion to Continue is GRANTED as set forth herein.

2. The hearing on the Proposed Notice Procedures is hereby continued to the July 16, 2015 Omnibus Hearing Date.

3. The EFH Committee's response to the Proposed Notice Procedures is due seven days prior to the hearing on the Proposed Notice Procedures or as otherwise agreed between the EFH Committee and the Debtors.

4. The notice period otherwise applicable to the hearing for approval of the Motion to Continue is hereby shortened pursuant to Bankruptcy Rules 2002(a)(2) and 9006(c) and Local Rule 9006-1(e).

5. The requirements set forth in Local Rule 2002-1(b) are satisfied.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain exclusive jurisdiction over all matters pertaining to this Order.

Dated: _____, 2015
   Wilmington, Delaware

                   Christopher S. Sontchi
                   United States Bankruptcy Judge