**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: D.I. 4272** |

**CERTIFICATE OF NO OBJECTION REGARDING THE "FOURTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2015 THROUGH MARCH 31, 2015" (NO ORDER REQUIRED)**

On April 24, 2015, the *Fourth Monthly Fee Statement For Compensation And Reimbursement Of Expenses of Cravath, Swaine & Moore LLP ("Cravath")* [D.I. 4272; the "Monthly Fee Statement"] was filed with this Court and served upon the Notice Parties as required by the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066]. Under the *Notice of Fee Statement* filed and served with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served in accordance with the foregoing Orders no later than **May 18, 2015 at 4:00 p.m.** Eastern Time.

On April 27, 2015, the Fee Committee advised Cravath that, despite the Fee Committee's reservation of rights to object to the interim expense reimbursement request, the Fee Committee does not object to the payment of 80% of the fees and 100% of the expenses requested in the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SL1 1368528v1 109285.00005

Monthly Fee Statement. Aside from the foregoing, the undersigned certifies that no answer, objection or other response to the Monthly Fee Statement was filed or served as required, and that as of May 21, 2015, none appeared on the Court's docket in this case.

Consequently, Energy Future Intermediate Holding Company LLC, debtor and debtor in possession in the above-captioned case, is authorized to pay Cravath 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this Certificate without the need for a further Court order. A summary of the fees and expenses that Cravath seeks is attached as **Exhibit A**.

Dated: May 21, 2015

STEVENS & LEE, P.C.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
1105 North Market Street, Suite 700
Wilmington, DE 19801
Telephone: (302) 425-3310
Fax: (610) 207-2374
Email: jhh@stevenslee.com

and

Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1760
Fax: (212) 474-3700
Email: rlevin@cravath.com

*Attorneys for Debtor Energy Future Intermediate Holding Company LLC*