## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

# COMPENSATION BY SUBJECT MATTER[1]
## APRIL 1, 2015 THROUGH APRIL 30, 2015

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 29.0 | $11,570.00 |
| 7 | EPA NSR Litigation | 410.0 | $117,094.50 |
| 8 | EGU MACT | 15.0 | $4,921.00 |
| 9 | Texas PM2.5 Interstate Transport Rule | 0.20 | $101.00 |
| 10 | Supplemental §114 Response | 5.70 | $2,094.50 |
| 11 | EPA Regional Haze Rulemaking | 351.50 | $126,787.50 |
| 18 | EPA Affirmative Defense Litigation | 2.8 | $1,021.00 |
| 19 | EPA GHG Rules | 8.30 | $3,855.50 |
| 20 | We Energies Plant Service Agreement | 2.50 | $1,200.00 |
| 21 | Bankruptcy Application and Retention | 19.60 | $4,907.00 |
| 22 | Champion Creek | 0.50 | $252.50 |
| **Totals:** | | **845.10** | **$273,804.50** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**APRIL 1, 2015 THROUGH APRIL 30, 2015**

| Expense Category | Amount |
|---|---|
| Airfare | $3,375.10 |
| Business Meals | $71.86 |
| Other Travel Expenses | $122.00 |
| Color Copies or Prints | $17.00 |
| Standard Copies or Prints | $0.80 |
| Telephone Charges | $107.47 |
| Transportation | $14.04 |
| Transportation to/from airport | $142.20 |
| Travel Meals | $587.57 |
| Traveling Expenses – Lodging | $1,300.13 |
| **Total Expenses:** | **$5,738.17** |