## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee

Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 32.80 | $12,628.00 |
| J. Michael Childers | Partner | 1990 | Energy | $505.00 | 0.50 | $252.50 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $320.00 | 58.20 | $18,624.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 194.10 | $98,020.50 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 21.30 | $10,756.50 |
| Mary Samuels | Partner | 2007 | Environmental | $320.00 | 11.50 | $3,680.00 |
| Stephen C. Still | Partner | 1994 | Energy | $480.00 | 2.50 | $1,200.00 |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 66.60 | $15,984.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 79.40 | $18,659.00 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $275.00 | 29.40 | $8,085.00 |
| Michael P. Malenfant | Associate | 2013 | Energy | $235.00 | 1.20 | $282.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 130.00 | $37,050.00 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 7.90 | $2,133.00 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | $220.00 | 93.90 | $20,658.00 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $260.00 | 49.40 | $12,844.00 |
| | | | | | **778.70** | **$260,856.50** |

The paraprofessionals of Balch who rendered professionals services in these cases during

the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $195.00 | 66.40 | $12,948.00 |
| | | | | | **66.40** | **$12,948.00** |

| | |
|---|---|
| **Total Fees Requested** | **$273,804.50** |