# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**APRIL 1, 2015 THROUGH APRIL 30, 2015**

| Expense Category | Amount |
|---|---|
| Airfare | $3,375.10 |
| Business Meals | $71.86 |
| Other Travel Expenses | $122.00 |
| Color Copies or Prints | $17.00 |
| Standard Copies or Prints | $0.80 |
| Telephone Charges | $107.47 |
| Transportation | $14.04 |
| Transportation to/from airport | $142.20 |
| Travel Meals | $587.57 |
| Traveling Expenses – Lodging | $1,300.13 |
| **Total Expenses:** | **$5,738.17** |