## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

## DETAILED EXPENSE SUMMARY
## APRIL 1, 2015 THROUGH APRIL 30, 2015

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 576631 | 004 | 3/27/15 | C. Grady Moore | Telephone Charges | | | $1.10 | Long Distance to Dallas, TX |
| 576631 | 004 | 4/16/15 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Long Distance to Dallas, TX |
| 576631 | 004 | 4/20/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Dallas, TX |
| 576631 | 004 | 4/20/15 | P. Stephen Gidiere | Telephone Charges | | | $1.00 | Long Distance to Dallas, TX |
| 576631 | 004 | 4/24/15 | Mary Samuels | In-house Copying | $0.10 | 8 | $0.80 | Standard Copies |
| 576631 | 004 | 4/24/15 | Mary Samuels | In-house Copying | $0.50 | 2 | $1.00 | Color Copies |
| 576631 | 004 | 4/24/15 | Mary Samuels | In-house Copying | $0.50 | 32 | $16.00 | Color Copies |
| 577571 | 007 | 3/3/15 | P. Stephen Gidiere | Telephone Charges | | | $6.49 | Long Distance to Dallas, TX |
| 577571 | 007 | 3/17/15 | C. Grady Moore | Airfare | | | $366.10 | Travel from Birmingham, AL to Dallas, TX –C. Grady Moore |
| 577571 | 007 | 3/19/15 | C. Grady Moore | Airfare | | | $276.10 | Travel from Dallas, TX to Birmingham, AL – C. Grady Moore |
| 577571 | 007 | 3/24/15 | C. Grady Moore | Airfare | | | $730.70 | Roundtrip airfare between Birmingham, AL and Dallas, TX –C. Grady Moore |
| 577571 | 007 | 3/24/15 | C. Grady Moore | Airfare | | | $18.00 | Airline service fee – C. Grady Moore |
| 577571 | 007 | 3/25/15 | Tom DeLawrence | Travel Meals | | | $5.38 | Breakfast – Tom DeLawrence |
| 577571 | 007 | 3/25/15 | Tom DeLawrence | Travel Meals | | | $73.70 | Group Dinner – Tom DeLawrence |
| 577571 | 007 | 3/26/15 | Tom DeLawrence | Airfare | | | $569.70 | Roundtrip airfare between Birmingham, AL and Dallas, TX – Tom DeLawrence |
| 577571 | 007 | 3/26/15 | Tom DeLawrence | Other Travel Expenses | | | $24.00 | Parking at Airport – Tom DeLawrence |
| 577571 | 007 | 3/26/15 | Tom DeLawrence | Transportation to/from airport | | | $30.00 | Cab fare from airport to hotel – Tom DeLawrence, Grady Moore, Stephen Gidiere |
| 577571 | 007 | 3/26/15 | Tom DeLawrence | Travel Meals | | | $43.02 | Dinner – Tom DeLawrence |
| 577571 | 007 | 3/26/15 | Tom DeLawrence | Travel Meals | | | $8.00 | Breakfast – Tom DeLawrence |
| 577571 | 007 | 3/26/15 | Tom DeLawrence | Traveling Expenses – Lodging | | | $379.20 | Lodging in Dallas, TX – Tom DeLawrence |
| 577571 | 007 | 4/1/15 | Tom DeLawrence | Telephone Charges | | | $3.56 | Long Distance to Dallas, TX |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 577571 | 007 | 4/7/15 | Tom DeLawrence | Telephone Charges | | | $30.19 | Long Distance to Dallas, TX |
| 577571 | 007 | 4/9/15 | Amy Benschoter | Telephone Charges | | | $0.50 | Long Distance to Houston, TX |
| 577571 | 007 | 4/9/15 | Linda Shaper | Telephone Charges | | | $0.50 | Long Distance to Dallas, TX |
| 577571 | 007 | 4/9/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Dallas, TX |
| 577571 | 007 | 4/13/15 | P. Stephen Gidiere | Airfare | | | $357.00 | Travel from Birmingham, AL to Dallas, TX – P. Stephen Gidiere |
| 577571 | 007 | 4/13/15 | P. Stephen Gidiere | Transportation | | | $10.00 | Cab fare from client meeting to hotel – P. Stephen Gidiere |
| 577571 | 007 | 4/13/15 | P. Stephen Gidiere | Transportation to/from airport | | | $25.00 | Cab fare from airport to hotel – P. Stephen Gidiere |
| 577571 | 007 | 4/13/15 | P. Stephen Gidiere | Transportation to/from airport | | | $4.60 | Travel to Birmingham Airport – P. Stephen Gidiere |
| 577571 | 007 | 4/13/15 | P. Stephen Gidiere | Travel Meals | | | $16.07 | Lunch – P. Stephen Gidiere |
| 577571 | 007 | 4/13/15 | P. Stephen Gidiere | Travel Meals | | | $88.78 | Group Dinner – P. Stephen Gidiere |
| 577571 | 007 | 4/14/15 | P. Stephen Gidiere | Airfare | | | $365.50 | Travel from Dallas, TX to Birmingham, AL - P. Stephen Gidiere |
| 577571 | 007 | 4/14/15 | P. Stephen Gidiere | Other Travel Expenses | | | $33.00 | Parking at Airport – P. Stephen Gidiere |
| 577571 | 007 | 4/14/15 | P. Stephen Gidiere | Transportation to/from airport | | | $28.00 | Cab fare from client's office to airport – P. Stephen Gidiere |
| 577571 | 007 | 4/14/15 | P. Stephen Gidiere | Travel Meal | | | $30.98 | Group Breakfast – P. Stephen Gidiere |
| 577571 | 007 | 4/14/15 | P. Stephen Gidiere | Travel Meals | | | $35.16 | Dinner – P. Stephen Gidiere |
| 577571 | 007 | 4/14/15 | P. Stephen Gidiere | Traveling Expenses – Lodging | | | $425.31 | Lodging in Dallas, TX – P. Stephen Gidiere |
| 577571 | 007 | 4/15/15 | Tom DeLawrence | Telephone Charges | | | $3.30 | Long Distance to Dallas, TX |
| 577571 | 007 | 4/22/15 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Long Distance to Dallas, TX |
| 577571 | 007 | 4/24/15 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Long Distance to Dallas, TX |
| 577572 | 008 | 4/2/15 | Gretchen Frizzell | Telephone Charges | | | $0.80 | Long Distance to Dallas, TX |
| 577573 | 011 | 3/12/15 | P. Stephen Gidiere | Telephone Charges | | | $14.33 | Long Distance to Dallas, TX |
| 577573 | 011 | 3/23/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Dallas, TX |
| 577573 | 011 | 3/23/15 | P. Stephen Gidiere | Telephone Charges | | | $2.10 | Long Distance to Dallas, TX |
| 577573 | 011 | 3/23/15 | P. Stephen Gidiere | Telephone Charges | | | $9.70 | Long Distance to Dallas, TX |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 577573 | 011 | 3/24/15 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Long Distance to Dallas, TX |
| 577573 | 011 | 3/26/15 | P. Stephen Gidiere | Telephone Charges | | | $1.10 | Long Distance to Dallas, TX |
| 577573 | 011 | 3/27/15 | P. Stephen Gidiere | Telephone Charges | | | $15.40 | Long Distance to Dallas, TX |
| 577573 | 011 | 4/7/15 | David Mitchell | Other Travel Expenses | | | $11.00 | Cash gratuities – David Mitchel |
| 577573 | 011 | 4/7/15 | P. Stephen Gidiere | Transportation | | | $4.04 | Cab fare from client meeting to hotel – P. Stephen Gidiere |
| 577573 | 011 | 4/7/15 | P. Stephen Gidiere | Transportation to/from airport | | | $4.60 | Travel to Birmingham Airport – P. Stephen Gidiere |
| 577573 | 011 | 4/7/15 | P. Stephen Gidiere | Transportation to/from airport | | | $30.00 | Cab fare from airport to client's office – P. Stephen Gidiere |
| 577573 | 011 | 4/7/15 | David Mitchell | Travel Meals | | | $15.00 | Lunch – David Mitchell |
| 577573 | 011 | 4/7/15 | P. Stephen Gidiere | Travel Meals | | | $179.23 | Group Dinner – P. Stephen Gidiere |
| 577573 | 011 | 4/7/15 | P. Stephen Gidiere | Travel Meals | | | $18.35 | Lunch – P. Stephen Gidiere |
| 577573 | 011 | 4/8/15 | David Mitchell | Airfare | | | $692.00 | Roundtrip airfare between Birmingham, AL and Dallas, TX – David Mitchell |
| 577573 | 011 | 4/8/15 | David Mitchell | Other Travel Expenses | | | $15.00 | Parking at Airport – David Mitchell |
| 577573 | 011 | 4/8/15 | P. Stephen Gidiere | Other Travel Expenses | | | $29.00 | Parking at Airport – P. Stephen Gidiere |
| 577573 | 011 | 4/8/15 | P. Stephen Gidiere | Other Travel Expenses | | | $10.00 | Cash gratuities – P. Stephen Gidiere |
| 577573 | 011 | 4/8/15 | P. Stephen Gidiere | Transportation to/from airport | | | $20.00 | Cab fare from client's office to airport – P. Stephen Gidiere |
| 577573 | 011 | 4/8/15 | P. Stephen Gidiere | Travel Meals | | | $8.44 | Breakfast – P. Stephen Gidiere |
| 577573 | 011 | 4/8/15 | P. Stephen Gidiere | Travel Meals | | | $65.46 | Group Dinner – P. Stephen Gidiere |
| 577573 | 011 | 4/8/15 | David Mitchell | Traveling Expenses – Lodging | | | $247.81 | Lodging in Dallas, TX – David Mitchell |
| 577573 | 011 | 4/8/15 | P. Stephen Gidiere | Traveling Expenses – Lodging | | | $247.81 | Lodging in Dallas, TX – P. Stephen Gidiere |
| 577573 | 011 | 4/9/15 | David Mitchell | Telephone Charges | | | $1.10 | Long Distance to Dallas, TX |
| 577573 | 011 | 4/9/15 | P. Stephen Gidiere | Telephone Charges | | | $0.70 | Long Distance to Dallas, TX |
| 577573 | 011 | 4/9/15 | P. Stephen Gidiere | Telephone Charges | | | $0.80 | Long Distance to Dallas, TX |
| 577573 | 011 | 4/13/15 | P. Stephen Gidiere | Telephone Charges | | | $1.20 | Long Distance to Dallas, TX |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 577573 | 011 | 4/13/15 | David Mitchell | Telephone Charges | | | $1.10 | Long Distance to Dallas, TX |
| 577573 | 011 | 4/14/15 | David Mitchell | Telephone Charges | | | $1.00 | Long Distance to Dallas, TX |
| 577573 | 011 | 4/15/15 | David Mitchell | Telephone Charges | | | $1.50 | Long Distance to Dallas, TX |
| 577573 | 011 | 4/15/15 | David Mitchell | Telephone Charges | | | $0.30 | Long Distance to Dallas, TX |
| 577573 | 011 | 4/15/15 | David Mitchell | Telephone Charges | | | $1.40 | Long Distance to Dallas, TX |
| 577573 | 011 | 4/16/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Little Rock, AR |
| 577573 | 011 | 4/17/15 | P. Stephen Gidiere | Telephone Charges | | | $0.10 | Long Distance to Lowell, MA |
| 577573 | 011 | 4/17/15 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Long Distance to Chicago, IL |
| 577573 | 011 | 4/19/15 | David Mitchell | Business Meals | | | $23.79 | Working lunch – P. Stephen Gidiere, David Mitchell |
| 577573 | 011 | 4/20/15 | P. Stephen Gidiere | Business Meals | | | $48.07 | Working lunch – P. Stephen Gidiere, David Mitchell, Julia Barber, Gretchen Frizzell |
| 577573 | 011 | 4/20/15 | P. Stephen Gidiere | Telephone Charges | | | $0.80 | Long Distance to Dallas, TX |
| 577573 | 011 | 4/20/15 | P. Stephen Gidiere | Telephone Charges | | | $1.70 | Long Distance to Dallas, TX |
| 577573 | 011 | 4/20/15 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Long Distance to Yonkers, NY |
| 577573 | 011 | 4/20/15 | David Mitchell | Telephone Charges | | | $0.20 | Long Distance to Dallas, TX |
| 577573 | 011 | 4/22/15 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Long Distance to Dallas, TX |
| 577574 | 018 | 4/17/15 | P. Stephen Gidiere | Telephone Charges | | | $0.80 | Long Distance to Chicago, IL |
| **Total Expenses:** | | | | | | | **$5,738.17** | |