## **EXHIBIT C**

**Expenses by Category**

|  | April 2015 |
|---|---|
| Airfare | $4,941.35 |
| Ground Transportation | $1,196.69 |
| Hotel & Lodging | $1,811.69 |
| Meals | $258.13 |
| Mileage | $69.44 |
| TOTALS | $8,277.30 |