**EXHIBIT D**

**Expense Detail**

# Energy Future Holdings Corp:    April 1 – April 30, 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 4/7/2015 | Cumbee, Matthew | AIR - Airfare | $ 294.74 |
| | | One-way economy class from ORD to LGA for meetings at Proskauer. | |
| 4/8/2015 | Cumbee, Matthew | AIR - Airfare | $ 293.81 |
| | | One-way economy class from LGA to ORD for return trip from New York. | |
| 4/8/2015 | Luria, Neil | AIR - Airfare | $ 478.10 |
| | | One-way economy class from MCO to EWR for meeting in New York. | |
| 4/8/2015 | Luria, Neil | AIR - Airfare | $ 481.10 |
| | | One-way economy class from EWR to MCO for return trip in New York. | |
| 4/30/2015 | Luria, Neil | AIR - Airfare | $ 543.10 |
| | | One-way economy class from EWR to CLE for return trip from New York. | |
| 4/30/2015 | Luria, Neil | AIR - Airfare | $ 478.10 |
| | | One-way economy class from MCO to EWR for meeting in New York. | |
| 4/8/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,186.20 |
| | | Round-trip economy class from ATL to LGA for meetings at Proskauer. | |
| 4/30/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,186.20 |
| | | Round-trip economy class from ATL to LGA for meeting in New York. | |
| | | **Total Airfare:** | **$ 4,941.35** |
| 4/7/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 58.22 |
| | | Uber taxi from home to ORD Airport. | |
| 4/7/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 39.36 |
| | | Taxi from LGA Airport to hotel. | |
| 4/8/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 45.37 |
| | | Taxi from hotel to LGA Airport. | |
| 4/8/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 55.00 |
| | | Taxi from ORD Airport to home. | |
| 4/8/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 102.00 |
| | | Car service from meetings at Proskauer to EWR Airport. | |
| 4/8/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 155.08 |
| | | Car service from EWR to meetings at Proskauer. | |
| 4/30/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 102.00 |
| | | Uber Taxi from meetings in NYC to EWR Airport. | |
| 4/30/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 155.08 |
| | | Car service from EWR Airport to meetings in New York. | |
| 4/30/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 79.28 |
| | | Car service from CLE Airport to home. | |
| 4/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 47.84 |
| | | Taxi from LGA Airport to Hotel. | |
| 4/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 16.64 |
| | | Taxi from dinner to hotel. | |
| 4/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 18.59 |
| | | Taxi from Proskauer offices to hotel. | |

**Energy Future Holdings Corp:  April 1 – April 30, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 4/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 17.25 |
| | | Taxi from hotel to Proskauer offices. | |
| 4/9/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 55.00 |
| | | Taxi from Proskauer offices to Airport. | |
| 4/9/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 104.00 |
| | | Parking at ATL Airport. | |
| 4/30/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | Parking at ATL Airport. | |
| 4/30/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 64.14 |
| | | Taxi from LGA Airport to meetings in New York. | |
| 4/30/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 49.84 |
| | | Taxi from meetings in NYC to LGA airport. | |
| | | **Total Ground Transportation:** | **$ 1,196.69** |
| | | | |
| 4/7/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 324.40 |
| | | Room rate and taxes - 1 night in New York. | |
| 4/8/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 324.40 |
| | | Room rate and taxes - 1 night in New York. | |
| 4/9/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 991.54 |
| | | Room rate and taxes - 2 nights in New York. | |
| 4/30/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 171.35 |
| | | Room rate and taxes - 1 night for early 6AM departure flight. | |
| | | **Total Hotel and Lodging:** | **$ 1,811.69** |
| | | | |
| 4/7/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  M. Cumbee | |
| 4/8/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 6.81 |
| | | Attendee:  M. Cumbee | |
| 4/8/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 27.60 |
| | | Attendee:  N. Luria | |
| 4/7/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 4/7/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 36.57 |
| | | Attendee:  R. Nowitz | |
| 4/8/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendees:  R. Nowitz | |
| 4/8/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 6.48 |
| | | Attendee:  R. Nowitz | |
| 4/9/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.23 |
| | | Attendee:  R. Nowitz | |
| 4/9/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 37.57 |
| | | Attendee:  R. Nowitz | |
| 4/30/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.87 |
| | | Attendee:  R. Nowitz | |
| | | **Total Out of Town Meals:** | **$ 258.13** |
| | | | |
| 4/7/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 4/9/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |

**Energy Future Holdings Corp:   April 1 – April 30, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 4/30/2015 | Nowitz, Raoul | From airport to home.<br>MILES - USA - Mileage | $ 17.36 |
| 4/30/2015 | Nowitz, Raoul | From home to airport.<br>MILES - USA - Mileage | $ 17.36 |
|  |  | From airport to home. |  |
|  |  | Total USA - Mileage: | $ 69.44 |
|  |  |  | $ 8,277.30 |