# **EXHIBIT A**

|  |  |
|---|---|
| Invoice Date: | 5/21/15 |
| Invoice Number: | 721037 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 31.00 | $14,736.50 |
| 007 | Claims Administration and Objections | 6.60 | $3,894.00 |
| 010 | Employment and Fee Applications (MMWR) | 13.60 | $5,954.00 |
| 014 | Meetings and Communications with Creditors | 0.80 | $440.00 |
| 015 | Non-Working Travel | 3.00 | $1,012.50 |
| 016 | Plan and Disclosure Statement | 38.90 | $23,444.00 |
| 021 | Hearings | 38.40 | $22,656.00 |
| 026 | Other Motions/Applications | 35.30 | $18,608.00 |
| 028 | Time Entry Review | 1.80 | $1,062.00 |
| 030 | Asbestos-Related Matters | 112.00 | $46,429.50 |
|  | Matter Total | 281.40 | $138,236.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**