# **EXHIBIT B**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 30.90 | $ 20,857.50 |
| Natalie D. Ramsey | Non-working Travel | $337.50 | 3.00 | $ 1,012.50 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 4.90 | $ 2,866.50 |
| Jonathan R. Flora | Partner; Joined Firm in 2014; First admitted to CA Bar in 1989 | $540.00 | 3.20 | $ 1,728.00 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 140.60 | $ 82,954.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $550.00 | 6.90 | $ 3,795.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **189.50** | **$ 113,213.50** |
| **ASSOCIATES** | | | | |
| Laurie A. Krepto | Associate; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 12.50 | $ 5,500.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 55.90 | $ 16,211.00 |
| **TOTAL ASSOCIATES** | | | **68.40** | **$ 21,711.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 23.10 | $ 3,234.00 |
| Kathleen A. Coon | Librarian | $195.00 | 0.40 | $ 78.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **23.50** | **$ 3,312.00** |
| **TOTAL ALL PROFESSIONALS** | | | **281.40** | **$ 138,236.50** |