**<u>EXHIBIT C</u>**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expense | $ 44.00 |
| Duplicating - Internal | $ 4.40 |
| Transportation - Local while on business | $ 14.88 |
| Printing - Internal | $ 583.50 |
| Delivery Service | $ 37.50 |
| Lunch/Dinner Conference | $ 43.50 |
| Federal Express | $ 21.12 |
| Parking & Tolls | $ 11.00 |
| Telephone | $ 85.66 |
| Overtime Meals on Expense Report | $ 20.00 |
| Westlaw On-Line Legal Research | $ 425.16 |
| Local Transportation - Cabs | $ 12.31 |
| **Total:** | **$ 1,303.03** |