# **EXHIBIT D**

|  |  |
|---|---|
| Invoice Date: | 5/21/15 |
| Invoice Number: | 721037 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | Amount |
|---|---|---:|
| 04/30/15 | Printing & Duplicating - Internal | $ 587.90 |
| 04/06/15 | Westlaw On-Line Legal Research | $ 17.82 |
| 04/07/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 04/02/15 Cab service from MMWR to residence - Worked late on EFH matter | $ 7.00 |
| 04/07/15 | Westlaw On-Line Legal Research | $ 35.64 |
| 04/13/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-Wilm to Judge Christopher S. Sontchi on 4/1/15 SO# 434976 | $ 7.50 |
| 04/13/15 | Westlaw On-Line Legal Research | $ 89.10 |
| 04/17/15 | Delivery Service - PAID TO: Parcels Inc Courier from MMWR-WILM to Judge Christopher S. Sontchi on 4/6/15 SO# 435319 | $ 7.50 |
| 04/17/15 | Westlaw On-Line Legal Research | $ 97.20 |
| 04/22/15 | Miscellaneous Expense - PAID TO: Mark A. Fink 04/08/15 Court call appearance | $ 44.00 |
| 04/22/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 04/09/15 Cab service - Late night addressing emergency motion | $ 7.88 |
| 04/22/15 | Overtime Meals on Expense Report - PAID TO: Mark A. Fink 04/09/15 Meal - Late night addressing emergency motion | $ 20.00 |
| 04/22/15 | Westlaw On-Line Legal Research | $ 185.40 |
| 04/23/15 | Lunch/Dinner Conference - PAID TO: Mark A. Fink 04/20/15 Dinner meeting with Brian Glueckstein, Esq (Sullivan & Cromwell) following trial prior to late night deposition | $ 43.50 |
| 04/23/15 | Parking & Tolls - PAID TO: Mark A. Fink 04/20/15 Parking - re: trial on make whole provisions | $ 11.00 |
| 04/24/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Multiple Inner City Deliveries on 4/13/15 SO# 436301 | $ 15.00 |
| 04/24/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Judge Christopher Sontchi on 4/13/15 SO# 436330 | $ 7.50 |
| 04/24/15 | Federal Express Federal Express Package - Invoice #:501839056 Mark A Fink | $ 21.12 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |  |
|---|---|---|
| Invoice Date: | | 5/21/15 |
| Invoice Number: | | 721037 |
| Client Matter Number: | | 66471.00001 |
| I.D.# | | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/16/15 at 3:53pm with 3 people | $ | 4.58 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/20/15 at 2:26m with 9 people | $ | 5.68 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/20/15 at 2:46pm with 4 people | $ | 10.91 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/24/15 at 3:28pm with 3 people | $ | 6.98 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/24/15 at 4:28pm with 4 people | $ | 8.27 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/28/15 at 2:56pm with 5 people | $ | 14.72 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/31/15 at 8:55am with =7 people | $ | 17.24 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/11/15 at 4:55pm with 3 people | $ | 15.70 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/17/15 at 12:42pm with 3 people | $ | 1.58 |
| 04/30/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Cab service on 03/10/15 at 7:30pm from Office to Home for K. Mangan - overtime (voucher #61854) | $ | 12.31 |
| | Total Disbursements | $ | 1,303.03 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**