## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Objection Deadline: June 11, 2015 at 4:00 p.m.** |

### SIXTH MONTHLY FEE STATEMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH OFFICIAL COMMITTEE FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD APRIL 1, 2015 THROUGH APRIL 30, 2015

| Name of Applicant | Sullivan & Cromwell LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. |
| Date of Retention: | January 13, 2015 *nunc pro tunc* to November 5, 2014 |
| Period for which compensation and reimbursement is sought: | April 1, 2015 through April 30, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $    1,360,411.80 |
| 80% of Compensation Sought as Actual Reasonable and Necessary: | $    1,088,329.44 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $    16,113.94 |

This is a(n) **X** monthly _____ interim __ final application.  No prior application filed for this Fee Period.[2]

---

[1]  The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc.* Nunc Pro Tunc *to November 5, 2014*, dated January 13, 2015 [D. I. 3282], the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D. I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee*, dated September 19, 2014  [D. I. 1896] (the "**Fee Committee Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the law firm of Sullivan & Cromwell LLP ("**S&C**"), counsel to the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "**EFH Committee**"), hereby submits this sixth monthly fee statement for compensation for professional services rendered and expenses incurred ("**Monthly Fee Statement**") for the period from April 1, 2015 through April 30, 2015 (the "**Fee Period**").

## Relief Requested

S&C submits this Monthly Fee Statement in accordance with the Interim Compensation Order.  Pursuant to the Interim Compensation Order, S&C seeks payment of $1,104,443.38 from the Debtors for the Fee Period, comprising (a) $1,088,329.44, representing 80% of S&C's total fees for reasonable and necessary professional services rendered and (b)

---

[2]    Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein), and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

$16,113.94 for actual and necessary expenses incurred, and requests that such fees and expenses be paid as administrative expenses of the Debtors' estates.  All services for which S&C requests compensation were performed for, or on behalf of, the EFH Committee.  The EFH Committee represents creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. and S&C's compensation is proposed as an expense of each of these estates pursuant to section 328 of the Bankruptcy Code, jointly and severally.  With respect to the allocation of fees and expenses contemplated by Paragraph 2(b) of the Interim Compensation Order, the fees and expenses of S&C are for the benefit of the EFH Committee and not for the direct benefit of any Debtor and, accordingly, no allocation is proposed at this time by S&C.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

   a. **Exhibit A.**  A schedule of the number of hours expended and fees incurred (on an aggregate basis) by S&C attorneys and paraprofessionals by project category during the Fee Period.

   b. **Exhibit B.**  A schedule providing information regarding the S&C attorneys and paraprofessionals who performed work for the EFH Committee during this Fee Period and for whose work compensation is sought in this Monthly Fee Statement.

   c. **Exhibit C.**  A detailed list of disbursements for the Fee Period for which S&C is seeking reimbursement in this Monthly Fee Statement.

   d. **Exhibit D.**  Records of S&C's expenses incurred during the Fee Period in the rendition of the professional services to the EFH Committee.

In addition, attached hereto as **Exhibit E** is a notice and records of EFH Committee Members' Expenses.

## Reservation of Rights and Notice

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  S&C therefore reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.


Dated:   May 21, 2015

Respectfully submitted,

*/s/ Andrew G. Dietderich*
Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
E-mail:        dietdericha@sullcrom.com
                  gluecksteinb@sullcrom.com
                  torkinm@sullcrom.com
                  kranzleya@sullcrom.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.*

SC1:3867542.1

## EXHIBIT A

## Statement of Fees by Project Category

| Project Number | Project Name | Hours | Fee Amount |
|:---:|:---|:---:|:---:|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | 271.10 | $243,849.50 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 0.10 | $86.50 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | 0.10 | $86.50 |
| 00007 | CASE ADMINISTRATION | 92.10 | $54,174.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | 96.40 | $104,050.50 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | - | $0.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 26.70 | $15,142.50 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 44.20 | $43,038.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 61.70 | $61,025.00 |
| 00014 | OTHER LITIGATION | 9.90 | $8,584.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 121.20 | $123,700.00 |
| 00016 | NON-WORKING TRAVEL | 11.70 | $5,970.30 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 389.60 | $357,444.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | 112.40 | $93,725.00 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | 20.30 | $14,721.00 |
| 00022 | HEARINGS | 36.50 | $40,152.50 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | 12.00 | $6,795.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | 180.30 | $162,687.50 |
| 00027 | OTHER MOTIONS / APPLICATIONS | 27.90 | $24,797.50 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 58.20 | $0.00 |
| 00031 | BUDGETING (CASE) | 0.90 | $381.50 |
| | **Total** | **1,573.30** | **$1,360,411.80** |

SC1:3867542.1

**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

| Timekeeper Name | Title | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|
| Dietderich, Andrew G. | Partner | 1997 | $570.00 | * | 3.90 | $2,223.00 |
| Dietderich, Andrew G. | Partner | 1997 | $1,140.00 | | 164.90 | $187,986.00 |
| Giuffra Jr., Robert J. | Partner | 1989 | $1,140.00 | | 3.90 | $4,446.00 |
| Glueckstein, Brian D. | Partner | 2004 | $570.00 | * | 2.70 | $1,539.00 |
| Glueckstein, Brian D. | Partner | 2004 | $1,140.00 | | 251.30 | $286,482.00 |
| Hariton, David P. | Partner | 1986 | $1,295.00 | | 45.80 | $59,311.00 |
| Holley, Steven L. | Partner | 1984 | $1,140.00 | | 5.70 | $6,498.00 |
| Korb, Donald L. | Partner | 1973 | $1,295.00 | | 0.50 | $647.50 |
| Korry, Alexandra D. | Partner | 1988 | $1,295.00 | | 39.90 | $51,670.50 |
| McIntosh, Brent J. | Partner | 2001 | $1,140.00 | | 0.20 | $228.00 |
| Rosenberg, Mark F. | Partner | 1981 | $1,140.00 | | 63.60 | $72,504.00 |
| Shane, Penny | Partner | 1989 | $1,140.00 | | 1.20 | $1,368.00 |
| Solomon, Andrew P. | Partner | 1985 | $1,295.00 | | 1.00 | $1,295.00 |
| Torkin, Michael H. | Partner | 1999 | $1,140.00 | | 5.60 | $6,384.00 |
| **Partner Total** | | | | | **590.20** | **$682,582.00** |
| Jerome, John J. | Of Counsel | 1962 | $1,140.00 | | 21.50 | $24,510.00 |
| **Of Counsel Total** | | | | | **21.50** | **$24,510.00** |
| Altman, Daniel Z. | Special Counsel | 2006 | $995.00 | | 67.70 | $67,361.50 |
| Barancik, Tia S. | Special Counsel | 1987 | $1,140.00 | | 8.90 | $10,146.00 |
| Brennan, Matthew J. | Special Counsel | 1986 | $1,050.00 | | 10.70 | $11,235.00 |
| **Special Counsel Total** | | | | | **87.30** | **$88,742.50** |
| Blaut, Ari B. | Associate | 2008 | $865.00 | | 2.50 | $2,162.50 |
| Ekono, Zeh S. | Associate | 2011 | $855.00 | | 18.40 | $15,732.00 |
| Foushee, M. Hampton | Associate | 2015 | $0.00 | * | 0.50 | $0.00 |
| Foushee, M. Hampton | Associate | 2015 | $460.00 | * | 13.30 | $6,118.00 |
| Goldin, David L. | Associate | 2013 | $725.00 | | 78.30 | $56,767.50 |
| Ha, Alice YN | Associate | 2015 | $0.00 | * | 1.00 | $0.00 |
| Ha, Alice YN | Associate | 2015 | $460.00 | | 8.00 | $3,680.00 |
| Heuer, Max S. | Associate | 2012 | $830.00 | | 15.50 | $12,865.00 |
| Ip, Veronica W. | Associate | 2011 | $855.00 | | 89.80 | $76,779.00 |
| Janove, Raphael | Associate | 2014 | $460.00 | | 10.90 | $5,014.00 |
| Keranen, Kristin L. | Associate | 2008 | $865.00 | | 6.70 | $5,795.50 |
| Kranzley, Alexa J. | Associate | 2009 | $433.00 | * | 5.10 | $2,208.30 |
| Kranzley, Alexa J. | Associate | 2009 | $865.00 | * | 158.90 | $137,448.50 |

| Name | Title | Year | Rate | | Hours | Amount |
|------|-------|------|------|---|-------|--------|
| Lloyd, Jameson S. | Associate | 2014 | $605.00 | | 0.30 | $181.50 |
| Loeser, Daniel R. | Associate | 2014 | $605.00 | | 12.60 | $7,623.00 |
| Lorme, Daniel R. | Associate | 2015 | $460.00 | | 24.40 | $11,224.00 |
| Ma, Chiansan | Associate | 2012 | $830.00 | | 48.50 | $40,255.00 |
| Metz, Alexander J.F. | Associate | 2015 | $0.00 | * | 0.80 | $0.00 |
| Metz, Alexander J.F. | Associate | 2015 | $460.00 | | 2.80 | $1,288.00 |
| Mortensen, Todd A. | Associate | 2013 | $0.00 | * | 0.50 | $0.00 |
| Mortensen, Todd A. | Associate | 2013 | $725.00 | | 22.20 | $16,095.00 |
| Rhein, Jonathan M. | Associate | 2014 | $0.00 | * | 1.30 | $0.00 |
| Rhein, Jonathan M. | Associate | 2014 | $460.00 | | 28.40 | $13,064.00 |
| Sam, Erick J. | Associate | In Process | $220.00 | | 20.10 | $4,422.00 |
| Weiss, Noam R. | Associate | 2014 | $0.00 | * | 0.80 | $0.00 |
| Weiss, Noam R. | Associate | 2014 | $605.00 | * | 76.40 | $46,222.00 |
| Zhang, Xin Florence | Associate | 2014 | $460.00 | | 0.60 | $276.00 |
| Zhou, Rae | Associate | 2015 | $0.00 | * | 0.50 | $0.00 |
| Zhou, Rae | Associate | 2015 | $460.00 | | 11.40 | $5,244.00 |
| Zylberberg, David R. | Associate | 2011 | $855.00 | | 86.90 | $74,299.50 |
| **Associate Total** | | | | | **747.40** | **$544,764.30** |
| **Lawyers Total** | | | | | **1,446.40** | **$1,340,598.80** |
| Drinkwater, Emily C. C. | Legal Assistant | N/A | $0.00 | * | 20.50 | $0.00 |
| Drinkwater, Emily C. C. | Legal Assistant | N/A | $275.00 | | 12.70 | $3,492.50 |
| Minio, Zara E. | Legal Assistant | N/A | $0.00 | * | 27.80 | $0.00 |
| Minio, Zara E. | Legal Assistant | N/A | $355.00 | | 12.90 | $4,579.50 |
| Watson, Thomas C. | Legal Assistant | N/A | $0.00 | * | 14.00 | $0.00 |
| Watson, Thomas C. | Legal Assistant | N/A | $275.00 | | 26.30 | $7,232.50 |
| Cieniawa, Aaron B. | Legal Analyst - Litigation | N/A | $355.00 | | 3.90 | $1,384.50 |
| Langston, Nicole E. | Electronic Discovery | N/A | $355.00 | | 1.60 | $568.00 |
| Betin, Darya A. | Research Analyst | N/A | $355.00 | | 4.40 | $1,562.00 |
| Gorman, Teresa A. | Research Analyst | N/A | $355.00 | | 0.30 | $106.50 |
| Khwaja, Tariq | Research Analyst | N/A | $355.00 | | 0.30 | $106.50 |
| Seeger, Evelyn H. | Research Analyst | N/A | $355.00 | | 1.80 | $639.00 |
| Voizard, Marshall R. | Research Analyst | N/A | $355.00 | | 0.40 | $142.00 |
| **Non Legal Personnel Total** | | | | | **126.90** | **$19,813.00** |
| **Grand Total** | | | | | **1,573.30** | **$1,360,411.80** |

\*   Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.

## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Local Transportation | $1,439.35 |
| Out of Town Travel | $2,968.21 |
| Meals - Overtime | $533.12 |
| Meals - Conference Room | $292.06 |
| Repro - Binding | $68.25 |
| Repro - Color Copier | $264.25 |
| Repro - Copies | $1,749.80 |
| Tele-conference | $436.52 |
| Delivery Services/Messengers | $24.42 |
| Deposition Transcripts | $788.48 |
| Litigation Support Vendors | $7,549.48 |
| **Total** | **$16,113.94** |

SC1:3867542.1

**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Category | Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 2/24/2015 | Andrew G. Dietderich | 1 | $29.75 | $29.75 | Local Transportation - Transportation Type: Taxi; Starting Point: Morrison Foerster NY, NY; End Point: 125 Broad St. NY, NY; Purpose: Meeting* |
| Local Transportation | 3/3/2015 | Brian D. Glueckstein | 1 | $18.80 | $18.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: Weekend |
| Local Transportation | 3/4/2015 | Brian D. Glueckstein | 1 | $18.80 | $18.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: Weekend |
| Local Transportation | 3/10/2015 | Brian D. Glueckstein | 1 | $21.80 | $21.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 21:52 |
| Local Transportation | 3/20/2015 | Brian D. Glueckstein | 1 | $19.30 | $19.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 22:35 |
| Local Transportation | 3/27/2015 | Brian D. Glueckstein | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 01:39 |

SC1:3867542.1

| Local Transportation | 3/29/2015 | Brian D. Glueckstein | 1 | $18.30 | $18.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: Weekend |
|---|---|---|---|---|---|---|
| Local Transportation | 3/31/2015 | Noam R. Weiss | 1 | $20.65 | $20.65 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 22:11 |
| Local Transportation | 4/2/2015 | Daniel Z. Altman | 1 | $114.88 | $114.88 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 21:15 |
| Local Transportation | 4/2/2015 | Brian D. Glueckstein | 1 | $19.30 | $19.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 22:47 |
| Local Transportation | 4/8/2015 | Brian D. Glueckstein | 1 | $26.62 | $26.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup Time: 00:09 |
| Local Transportation | 4/9/2015 | Chiansan Ma | 1 | $60.45 | $60.45 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 21:16 |
| Local Transportation | 4/9/2015 | Brian D. Glueckstein | 1 | $26.62 | $26.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 22:40 |

SC1:3867542.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Local Transportation | 4/12/2015 | Brian D. Glueckstein | 1 | $19.30 | $19.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: Weekend |
| Local Transportation | 4/13/2015 | Brian D. Glueckstein | 1 | $27.79 | $27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 23:53 |
| Local Transportation | 4/14/2015 | Noam R. Weiss | 1 | $26.62 | $26.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 23:55 |
| Local Transportation | 4/14/2015 | David R. Zylberberg | 1 | $31.61 | $31.61 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 23:31 |
| Local Transportation | 4/15/2015 | Noam R. Weiss | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 23:50 |
| Local Transportation | 4/15/2015 | Alexa J. Kranzley | 1 | $26.24 | $26.24 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 21:21 |
| Local Transportation | 4/15/2015 | David L. Goldin | 1 | $48.23 | $48.23 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 21:45 |

SC1:3867542.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Local Transportation | 4/15/2015 | David R. Zylberberg | 1 | $32.10 | $32.10 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 21:14 |
| Local Transportation | 4/20/2015 | Veronica W. Ip | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 21:43 |
| Local Transportation | 4/20/2015 | Daniel Z. Altman | 1 | $114.89 | $114.89 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 21:45 |
| Local Transportation | 4/20/2015 | David R. Zylberberg | 1 | $29.96 | $29.96 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 23:12 |
| Local Transportation | 4/21/2015 | Alexa J. Kranzley | 1 | $57.58 | $57.58 | Local Transportation - Transportation Type: Taxi; Starting Point: Home; End Point: Laguardia Airport Flushing, NY; Purpose: Meeting |
| Local Transportation | 4/21/2015 | Andrew G. Dietderich | 1 | $45.33 | $45.33 | Local Transportation - Transportation Type: Taxi; Starting Point: Home; End Point: Laguardia Airport Flushing, NY; Purpose: Meeting |
| Out of Town Travel | 4/21/2015 | Alexa J. Kranzley | 1 | $57.58 | $57.58 | Local Transportation: Transportation Type: Taxi; Starting Point: Laguardia Airport Flushing, NY; End Point: Home; Purpose: Meeting |

SC1:3867542.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Local Transportation | 4/23/2015 | Todd A. Mortensen | 1 | $97.77 | $97.77 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 21:49 |
| Local Transportation | 4/23/2015 | Brian D. Glueckstein | 1 | $26.62 | $26.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel |
| Local Transportation | 4/27/2015 | Veronica W. Ip | 1 | $26.62 | $26.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 22:59 |
| Local Transportation | 4/28/2015 | Veronica W. Ip | 1 | $27.79 | $27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 23:04 |
| Local Transportation | 4/29/2015 | Jonathan M. Rhein | 1 | $76.75 | $76.75 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pickup time: 23:21 |
| Local Transportation | 4/30/2015 | Andrew G. Dietderich | 1 | $27.79 | $27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: NY Supreme Court Appellate Divivsion, NY, NY; Purpose: UCC Member Transportation (Mabel Brown) |
| Local Transportation | 4/30/2015 | Andrew G. Dietderich | 1 | $83.88 | $83.88 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Newark Airport; Purpose: UCC Member Transportation (Steve Kazan) |

SC1:3867542.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Local Transportation | 4/30/2015 | Alexa J. Kranzley | 1 | $76.29 | $76.29 | Local Transportation - Transportation Type: Taxi; Starting Point: Laguardia Airport Flushing, NY; End Point: 125 Broad St. NY, NY; Purpose: UCC Member Transportation (Mabel Brown) |
| **Local Transportation Total** | | | | | **$1,439.35** | |
| Out of Town Travel | 3/6/2015 | Brian D. Glueckstein | 1 | $338.00 | $338.00 | DC - Train Fare - B. Glueckstein - NY - Wilmington DE - 3/10/2015 |
| Out of Town Travel | 3/6/2015 | Alexa J. Kranzley | 1 | $338.00 | $338.00 | DC - Train Fare - A. Kranzley - NY - Wilmington DE - 3/10/2015 |
| Out of Town Travel | 3/9/2015 | Alexa J. Kranzley | 1 | -$322.10 | -$322.10 | Travel and expenses AMTRAK WASHINGTON DC – Partial Refund Credit - Alexa Kranzley - 3/9/2015 |
| Out of Town Travel | 3/10/2015 | Chiansan Ma | 1 | $303.00 | $303.00 | DC - Train Fare - Chiansan Ma - NY - Wilmington - 3/13/2015 |
| Out of Town Travel | 3/10/2015 | Brian D. Glueckstein | 1 | -$47.70 | -$47.70 | Travel and expenses AMTRAK WASHINGTON DC - Partial Refund - Brian Glueckstein- 3/10/2015 |
| Out of Town Travel | 3/10/2015 | Brian D. Glueckstein | 1 | $303.00 | $303.00 | DC - Train Fare - B. Glueckstein - New York - Wilmington DE - 3/13/15 |
| Out of Town Travel | 4/20/2015 | Brian D. Glueckstein | 1 | $673.90 | $673.90 | Hotel - April 20, 2015 - April 22, 2015 - NY/DE |
| Out of Town Travel | 4/21/2015 | Andrew G. Dietderich | 1 | $693.02 | $693.02 | Roundtrip Ticket - April 21, 2015 - Andrew Dietderich - LGA/Boston/LGA ($622.20); Local Transportation: Transportation Type: Taxi; Starting Point: Laguardia Airport Flushing, NY; End Point: Home; Purpose: |

SC1:3867542.1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Meeting ($50.00); Local Transportation: Transportation Type: Taxi; Starting Point: Boston; Purpose: Meeting ($20.82) |
| Out of Town Travel | 4/21/2015 | Alexa J. Kranzley | 1 | $622.20 | $62.20 | Roundtrip Ticket - April 21, 2015 - Alexa Kranzley - LGA/Boston/LGA |
| Meals - Out of Town | 4/20/2015 | Brian D. Glueckstein | 1 | $48.52 | $48.52 | Meals - Wilmington, DE - April 20, 2015 to April 22, 2015 |
| Meals - Out of Town | 4/21/2015 | Andrew G. Dietderich | 1 | $18.37 | $18.37 | Meals - Boston - April 21, 2015 |
| **Out of Town Travel Total** | | | | | **$2,968.21** | |
| Meals - Conference Room | 4/30/2015 | Alexa J. Kranzley | 1 | $4.36 | $4.36 | Conference Catering - 1 person |
| Meals - Conference Room | 4/30/2015 | Andrew G. Dietderich | 1 | $287.70 | $287.70 | Conference Catering - 12 People |
| **Meals - Conference Room Total** | | | | | **$292.06** | |
| Meals - Overtime | 4/1/2015 | Daniel R. Lorme | 1 | $18.88 | $18.88 | Meals - Overtime; Project(s): 00012 |
| Meals - Overtime | 4/2/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s): 00019 |
| Meals - Overtime | 4/7/2015 | Thomas C. Watson | 1 | $19.54 | $19.54 | Meals - Overtime; Project(s):00029 |
| Meals - Overtime | 4/7/2015 | Rae Zhou | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00003 |
| Meals - Overtime | 4/8/2015 | Max S. Heuer | 1 | $19.87 | $19.87 | Meals - Overtime; Project(s):00013 |
| Meals - Overtime | 4/8/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00003 |
| Meals - Overtime | 4/9/2015 | Chiansan Ma | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s): 00003, 00008, 00012, 00013, 00015, 00021, 00026 |
| Meals - Overtime | 4/14/2015 | David R. Zylberberg | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00003 |
| Meals - Overtime | 4/14/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00003 |

SC1:3867542.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Meals - Overtime | 4/15/2015 | Alexa J. Kranzley | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s): 00003, 00006, 00011, 00013, 00014, 00015, 00017, 00026, 00027 |
| Meals - Overtime | 4/15/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00003 |
| Meals - Overtime | 4/15/2015 | David R. Zylberberg | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00003 |
| Meals - Overtime | 4/16/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s): 00003, 00019, 00026 |
| Meals - Overtime | 4/20/2015 | M. Hampton Foushee | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00026 |
| Meals - Overtime | 4/20/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00003, 00007, 00008, 00019, 00021 |
| Meals - Overtime | 4/20/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00003, 00007 |
| Meals - Overtime | 4/20/2015 | David R. Zylberberg | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00003 |
| Meals - Overtime | 4/20/2015 | Veronica W. Ip | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00007, 00014 |
| Meals - Overtime | 4/23/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00003, 00019, 00026 |
| Meals - Overtime | 4/23/2015 | Alexa J. Kranzley | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s): 00003, 00008, 00011, 00014, 00017, 00019, 00021, 00026, 00027 |
| Meals - Overtime | 4/23/2015 | Todd A. Mortensen | 1 | $14.83 | $14.83 | Meals - Overtime; Project(s):00017 |
| Meals - Overtime | 4/27/2015 | Veronica W. Ip | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00007, 00015, 00017 |

-16-

| | | | | | | |
|---|---|---|---|---|---|---|
| Meals - Overtime | 4/28/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00003 |
| Meals - Overtime | 4/28/2015 | Veronica W. Ip | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00017, 00026 |
| Meals - Overtime | 4/29/2015 | Jonathan M. Rhein | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00019, 00026 |
| Meals - Overtime | 4/30/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s):00003 |
| Meals - Overtime | 4/30/2015 | Veronica W. Ip | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Project(s): 00015, 00017 |
| **Meals - Overtime Total** | | | | | **$533.12** | |
| Litigation Support Vendors | 2/28/2015 | Brian D. Glueckstein | 1 | $3,773.30 | $3,773.30 | Epiq eDiscovery Solutions |
| Litigation Support Vendors | 4/8/2015 | Kristin L. Keranen | 1 | $1,637.18 | $1,637.18 | Epiq eDiscovery Solutions |
| Litigation Support Vendors | 4/30/2015 | Brian D. Glueckstein | 1 | $2,139.00 | $2,139.00 | Epiq eDiscovery Solutions |
| **Litigation Support Vendors Total** | | | | | **$7,549.48** | |
| Repro - Copies | 4/6/2015 | Thomas C. Watson | 492 | $0.10 | $49.20 | Repro - BW Copies |
| Repro - Copies | 4/14/2015 | Zara E. Minio | 3461 | $0.10 | $346.10 | Repro - BW Copies |
| Repro - Copies | 4/15/2015 | Zara E. Minio | 13014 | $0.10 | $1,301.40 | Repro - BW Copies |
| Repro - Copies | 4/15/2015 | Thomas C. Watson | 146 | $0.10 | $14.60 | Repro - BW Copies |
| Repro - Copies | 4/15/2015 | Noam R. Weiss | 372 | $0.10 | $37.20 | Repro - BW Copies |
| Repro - Copies | 4/24/2015 | Kristin L. Keranen | 11 | $0.10 | $1.10 | Repro - BW Copies |
| Repro - Copies | 4/28/2015 | Emily C. C. Drinkwater | 2 | $0.10 | $0.20 | Repro - BW Copies |
| **Repro - Copies Total** | | | | | **$1,749.80** | |
| Repro - Binding | 4/14/2015 | Zara E. Minio | 4 | $3.25 | $13.00 | Repro - Binding |
| Repro - Binding | 4/14/2015 | Zara E. Minio | 15 | $3.25 | $48.75 | Repro - Binding |
| Repro - Binding | 4/15/2015 | Thomas C. Watson | 1 | $3.25 | $3.25 | Repro - Binding |
| Repro - Binding | 4/28/2015 | Emily C. C. Drinkwater | 1 | $3.25 | $3.25 | Repro - Binding |
| **Repro - Binding Total** | | | | | **$68.25** | |
| Repro - Color Copier | 4/24/2015 | Kristin L. Keranen | 891 | $0.25 | $222.75 | Repro - Color Copies |
| Repro - Color Copier | 4/28/2015 | Emily C. C. Drinkwater | 166 | $0.25 | $41.50 | Repro - Color Copies |
| **Repro - Color Copier Total** | | | | | **$264.25** | |
| Tele-conference | 3/17/2015 | Mark F. Rosenberg | 1 | $0.21 | $0.21 | Tele-conference |
| Tele-conference | 3/30/2015 | Alexa J. Kranzley | 1 | $67.87 | $67.87 | Tele-conference |
| Tele-conference | 4/2/2015 | Daniel Z. Altman | 1 | $26.52 | $26.52 | Tele-conference |

SC1:3867542.1

| Tele-conference | 4/6/2015 | Alexa J. Kranzley | 1 | $88.01 | $88.01 | Tele-conference |
|---|---|---|---|---|---|---|
| Tele-conference | 4/13/2015 | Alexa J. Kranzley | 1 | $88.87 | $88.87 | Tele-conference |
| Tele-conference | 4/17/2015 | Andrew G. Dietderich | 1 | $12.54 | $12.54 | Tele-conference |
| Tele-conference | 4/20/2015 | Alexa J. Kranzley | 1 | $93.71 | $93.71 | Tele-conference |
| Tele-conference | 4/20/2015 | Alexa J. Kranzley | 1 | $21.66 | $21.66 | Tele-conference |
| Tele-conference | 4/22/2015 | Alexa J. Kranzley | 1 | $37.13 | $37.13 | Tele-conference |
| **Tele-conference Total** | | | | | **$436.52** | |
| Delivery Services/Messengers | 4/9/2015 | Andrew G. Dietderich | 1 | $24.42 | $24.42 | Delivery Services/Messengers |
| **Delivery Services/Messengers Total** | | | | | **$24.42** | |
| Deposition Transcripts | 1/13/2015 | Alexa J. Kranzley | 1 | $190.63 | $190.63 | Deposition Transcripts |
| Deposition Transcripts | 1/23/2015 | Alexa J. Kranzley | 1 | $71.62 | $71.62 | Deposition Transcripts |
| Deposition Transcripts | 2/1/2015 | Alexa J. Kranzley | 1 | $169.83 | $169.83 | Deposition Transcripts |
| Deposition Transcripts | 4/14/2015 | Daniel L. Biller | 1 | $170.40 | $170.40 | Deposition Transcripts |
| Deposition Transcripts | 4/22/2015 | Daniel L. Biller | 1 | $186.00 | $186.00 | Deposition Transcripts |
| **Deposition Transcripts Total** | | | | | **$788.48** | |
| **Grand Total** | | | | | **$16,113.94** | |

\*   Whenever possible, S&C lawyers share rides going to/from client meetings.

\* All meals for which reimbursement is requested were ordered by S&C attorneys or paraprofessionals who worked on these chapter 11 cases for more than four hours, and worked on these chapter 11 cases past 8 p.m. (although certain meals may have been ordered before 8 p.m.), on the relevant date.  To the extent any meal expense exceeded the cap of $20 per person per meal, S&C's request for reimbursement of such expense has been limited to $20.

SC1:3867542.1

## EXHIBIT E

## Notice and Records of EFH Committee Members' Expenses

SC1:3867542.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[3] | | Case No. 14-10979 (CSS) |
| Debtors. | | (Jointly Administered) |
| | | Objection Deadline: June 11, 2015 at 4:00 p.m. |

**SIXTH MONTHLY EXPENSE STATEMENT OF MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR EXPENSES INCURRED FOR THE PERIOD OF APRIL 1, 2015 THROUGH APRIL 30, 2015**

| Name of Applicant | Members of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc.[4] |
|---|---|
| Date of Appointment: | October 27, 2014 |
| Period for which reimbursement is sought: | April 1, 2015 through April 30, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $15,470 |

This is a(n) **X** monthly ___ interim ___ final application. No prior application filed for this Period.[5]

---

[3]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[4]    Pursuant to the Notice of Appointment (as defined below), the members of the EFH Committee (as defined below) are:  Brown & Zhou, LLC, Peter Tinkham, Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, David William Fahy and American Stock Transfer & Trust Company, LLC (collectively, the "**EFH Committee Members**").

[5]    Notice of this Monthly Expense Statement (as defined below) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined below), and objections to the relief requested in this Monthly Expense Statement shall be addressed in accordance with the Interim Compensation Order.

SC1:3867542.1

Pursuant to section 503 of title 11 of the United States Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Second Amended Notice of Appointment of Committee of Unsecured Creditors* [D. I. 3403], the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D. I. 2066], and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the members of the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (collectively, the "**EFH Debtors**"), through their undersigned counsel, hereby submit this monthly expense statement (this "**Monthly Expense Statement**") for reimbursement of the actual and necessary expenses incurred in the performance of the duties of the EFH Committee, in the amount of $15,470, from April 1, 2015 through April 30, 2015 (the "**Expense Statement Period**").

### Itemization of Disbursements Incurred

In support of this Monthly Expense Statement, attached is an expense chart setting forth the total amount of expenses for which the EFH Committee Members seek reimbursement pursuant to this Monthly Expense Statement.

WHEREFORE, the EFH Committee Members, by and through their undersigned counsel, request that they be allowed reimbursement in the total amount of $15,470 for actual and necessary costs and expenses incurred in the performance of the duties of the EFH

SC1:3867542.1

Committee, and that such expenses be paid as administrative expenses of the EFH Debtors'

estates.[6]

---

[6]    Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim
Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such
fees and expenses were incurred.  To the extent that Paragraph 2(b) of the Interim Compensation Order applies
to reimbursement of EFH Committee Members' expenses, the EFH Committee Members have incurred
expenses in performance of the duties of the EFH Committee.  All of the EFH Committee Members' expenses
identified in this Monthly Expense Statement should therefore be paid by the EFH Debtors.

**Expense Chart**

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|------|------------------|-----------------|--------------------|--------|
| 4/9/2015 | Mabel Brown | Airline Travel | Delta Airlines LGA to CMH (4/13/2015) | $ 626.09 |
| 4/9/2015 | Mabel Brown | Airline Travel | Jetblue Airlines FLL to JFK (4/12/2015) | $811.56 |
| 4/12/2015 | Mabel Brown | Transportation | Uber ride to Airport | $65.54 |
| 4/12/2015 | Mabel Brown | Transportation | Uber ride from LGA to Hotel | $37.47 |
| 4/12/2015 | Mabel Brown | Meal | DNC: breakfast (Alone; NYC) | $12.69 |
| 4/12/2015 | Mabel Brown | Meal | W Hotel: breakfast and dinner (Alone; NYC) | $143.06 |
| 4/13/2015 | Mabel Brown | Transportation | Uber ride from Hotel to LGA | $49.74 |
| 4/13/2015 | Mabel Brown | Miscellaneous | Parking at Airport | $72.00 |
| 4/13/2015 | Mabel Brown | Transportation | Mileage to Airport | $5.20 |
| 4/14/2015 | Mabel Brown | Hotel | W Hotel (4/12/2015) | $301.65 |
| 4/17/2015 | Mabel Brown | Airline Travel | Flight CMH to Boston to visit Fidelity offices | $1,325.19 |
| 4/18/2015 | Mabel Brown | Hotel | Intercontinental Hotel, Boston (4/20/2015)* | $719.89 |
| 4/20/2015 | Mabel Brown | Transportation | Uber ride from Logan International Airport to Hotel | $24.03 |
| 4/20/2015 | Mabel Brown | Transportation | Uber ride from Home to CMH Airport | $17.45 |
| 4/20/2015 | Mabel Brown | Meal | Starbucks: breakfast (Alone; Columbus, OH) | $11.86 |
| 4/21/2015 | Mabel Brown | Transportation | Uber ride from hotel to dinner | $15.00 |
| 4/21/2015 | Mabel Brown | Miscellaneous | Canceled Uber ride charge | $5.00 |
| 4/21/2015 | Mabel Brown | Meal | Delta Terminal: dinner (Alone; Logan International Airport) | $24.47 |
| 4/22/2015 | Mabel Brown | Miscellaneous | Verizon cell phone pro rata for conversations with EFH Committee | $124.69 |
| 4/22/2015 | Mabel Brown | Transportation | Uber ride from Airport to home | $16.68 |
| 4/22/2015 | Mabel Brown | Meal | Intercontinental Hotel: breakfast and lunch (Alone; Boston) | $75.89 |
| 4/22/2015 | Mabel Brown | Miscellaneous | Internet use in the Intercontinental Hotel | $19.95 |
| 4/25/2015 | Mabel Brown | Airfare | American Airlines Roundtrip Airfare  from CMH/LGA | $1,245.19 |
| 4/30/2015 | Mabel Brown | Transportation | Mileage to and from airport | $10.40 |
| 4/30/2015 | Mabel Brown | Meal | Starbucks: breakfast (Alone; Columbus, OH) | $15.86 |
| | | | **Total (Mabel Brown):** | **$5,776.55** |

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|------|------------------|-----------------|--------------------|--------|
| 4/28/2015 | Steven Kazan | Airfare | SFO-JFK Roundtrip Refundable Coach Fare | $1,504.20 |
| 4/29/2015 | Steven Kazan | Hotel | Andaz Wall Street Hotel (4/29-4/30) | $484.02 |
| 4/29/2015 | Steven Kazan | Transportation | Taxi from JFK to Hotel | $95.00 |
| 4/29/2015 | Steven Kazan | Miscellaneous | SkyPark | $42.47 |

| 4/29/2015 | Steven Kazan | Transportation | Mileage | $27.60 |
| 4/29/2015 | Steven Kazan | Transportation | Bridge Toll | $5.00 |
| | | | **Total (Steven Kazan):** | **$2,158.29** |

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|------|------------------|-----------------|--------------------|--------|
| 4/20/2015 | Peter Tinkham | Airfare | American Airlines Roundtrip Airfare Dallas Fort Worth Airport to Logan Airport | $2,287.20 |
| 4/20/2015 | Peter Tinkham | Hotel | Intercontinental Hotel, Boston (4/20)* | $685.55 |
| 4/21/2015 | Peter Tinkham | Meal | Intercontinental Hotel: breakfast (With Rick Pedone; Boston) | $74.06 |
| 4/21/2015 | Peter Tinkham | Transportation | Taxi to and from Logan International Airport | $46.00 |
| 4/21/2015 | Peter Tinkham | Miscellaneous | Parking at Dallas Fort Worth Airport | $58.46 |
| 4/29/2015 | Peter Tinkham | Airfare | American Airlines Roundtrip Airfare Dallas Fort Worth Airport to LaGuardia Airport | $3,680.20 |
| 4/29/2015 | Peter Tinkham | Hotel | Andaz Hotel, New York City (4/29) | $605.93 |
| 4/29/2015 | Peter Tinkham | Transportation | Taxi from LaGuardia Airport to Hotel | $40.00 |
| 4/30/2015 | Peter Tinkham | Miscellaneous | Parking at Dallas Fort Worth Airport | $58.46 |
| | | | **Total (Peter Tinkham):** | **$7,535.86** |

*Due to the Boston marathon, hotels were more expensive than the recommended amount.

-2-