**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD APRIL 1, 2015 TO APRIL 30, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Brady, Philip | Senior Managing Director | $ 570 | 1.5 | $855.00 |
| Chertok, Mark | Senior Managing Director | 750 | 0.9 | 675.00 |
| Davido, Scott | Senior Managing Director | 875 | 42.2 | 36,925.00 |
| Diaz, Matthew | Senior Managing Director | 975 | 85.1 | 82,972.50 |
| Eisenband, Michael | Senior Managing Director | 975 | 9.2 | 8,970.00 |
| Joffe, Steven | Senior Managing Director | 975 | 11.3 | 11,017.50 |
| Jones, Scott | Senior Managing Director | 1,050 | 13.4 | 14,070.00 [1] |
| Scruton, Andrew | Senior Managing Director | 975 | 51.2 | 49,920.00 |
| Simms, Steven | Senior Managing Director | 975 | 21.0 | 20,475.00 |
| Smith, Ellen | Senior Managing Director | 700 | 1.0 | 700.00 |
| Grant, Kenneth | Senior Managing Director | 675 | 1.8 | 1,215.00 |
| Tranen, Jeffrey | Senior Managing Director | 750 | 7.3 | 5,475.00 |
| Cordasco, Michael | Managing Director | 795 | 42.4 | 33,708.00 |
| Greenberg, Mark | Managing Director | 795 | 134.3 | 106,768.50 |
| Park, Ji Yon | Managing Director | 795 | 37.2 | 29,574.00 |
| Arsenault, Ronald | Senior Director | 535 | 126.8 | 67,838.00 |
| Hofstad, Ivo J | Director | 560 | 0.5 | 280.00 |
| Rauch, Adam | Director | 645 | 120.5 | 77,722.50 [2] |
| Celli, Nicholas | Senior Consultant | 535 | 8.6 | 4,601.00 |
| Edson, Luke | Senior Consultant | 475 | 1.0 | 475.00 |
| Eimer, Sean | Senior Consultant | 495 | 108.3 | 53,608.50 [2] |
| Eisler, Marshall | Senior Consultant | 495 | 136.4 | 67,518.00 |
| Friedrich, Steven | Senior Consultant | 495 | 67.6 | 33,462.00 [2] |
| Mond, Allison | Senior Consultant | 375 | 2.3 | 862.50 [2] |
| Stolarz, Alexander | Consultant | 355 | 152.0 | 53,960.00 |
| Hellmund-Mora, Marili | Administrative | 250 | 35.5 | 8,875.00 |
| Moore, Teresa | Administrative | 225 | 56.1 | 12,622.50 |
| **GRAND TOTAL** | | | **1,275.4** | **$785,145.50** |

(1) FTI's retention application states that FTI's hourly rates are subject to periodic adjustments. The hourly rate for Scott Jones was increased from $975 to $1,050 effective January 1, 2015. FTI billed Scott Jones' time for January through March at a rate of $975 (total hours of 29.7 during the three month period). FTI will not adjust the hourly billings for that period. The increase in Scott Jones' rate to $1,050 will be effective on April 1, 2015.

(2) FTI's retention application states that FTI's hourly rates are subject to periodic adjustments. In accordance with FTI's practices and procedures, the following individuals were promoted effective April 1, 2015.

| Professional | New Title | Prior Title | New Rate | Prior Rate |
|---|---|---|---:|---:|
| Rauch, Adam | Director | Senior Consultant | 645 | 575 |
| Eimer, Sean | Senior Consultant | Consultant | 495 | 405 |
| Friedrich, Steven | Senior Consultant | Consultant | 495 | 405 |
| Mond, Allison | Senior Consultant | Consultant | 375 | 340 |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD APRIL 1, 2015 TO APRIL 30, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 32.7 | $17,966.50 |
| 13 | Analysis of Other Miscellaneous Motions | 0.9 | 715.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 4.4 | 3,234.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 95.4 | 69,360.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 88.0 | 79,502.00 |
| 18.A | Investigations of Select Legacy Transactions- Historical Transactions | 121.5 | 69,994.50 |
| 18.B | Investigations of Select Legacy Transactions- LBO Solvency | 3.5 | 2,018.50 |
| 19 | Case Management | 1.5 | 1,462.50 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 1.0 | 535.00 |
| 21 | General Meetings with Committee & Committee Counsel | 29.6 | 26,548.00 |
| 22 | Meetings with Other Parties | 1.4 | 1,185.00 |
| 23 | Firm Retention and Fee Application | 70.5 | 16,588.50 |
| 24 | Preparation of Fee Application | 76.6 | 35,350.50 |
| 28.A | First Lien Investigation- Legacy Transactions | 2.3 | 2,080.50 |
| 28.B | First Lien Investigation- Historical Solvency | 26.5 | 16,551.50 |
| 29 | Business Plan- Diligence of the Debtors' Long Range Plan | 59.2 | 42,487.50 |
| 33 | Business Plan- Natural Gas / Coal Pricing | 15.2 | 15,285.00 |
| 35 | Business Plan- New Entry Pricing | 24.4 | 13,804.00 |
| 37 | Analysis of Pre-Petition Tax Payments | 307.0 | 144,978.50 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 2.0 | 1,950.00 |
| 39 | Analysis of Alternative Tax Structure | 253.4 | 181,983.50 |
| 40 | REIT Asset Analysis | 58.4 | 41,564.50 |
| | **GRAND TOTAL** | **1,275.4** | **$785,145.50** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD APRIL 1, 2015 TO APRIL 30, 2015*

| Expense Type | | Amount |
|---|---|---:|
| Business Meals | $ | 1,077.78 |
| Ground Transportation | | 1,381.88 |
| Other | | 48.60 |
| **Total** | **$** | **2,508.26** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD APRIL 1, 2015 TO APRIL 30, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 02/11/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | $ 20.00 |
| 02/16/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/17/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/18/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/19/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/20/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/23/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/24/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/25/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/26/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/27/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/28/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/02/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 15.46 |
| 03/03/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/04/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/05/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/10/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/11/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/12/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/13/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/15/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/15/15 | Eimer, Sean | Business Meals | In-office overtime meal/lunch for self incurred as a result of working late. | 20.00 |
| 03/16/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/17/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD APRIL 1, 2015 TO APRIL 30, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 03/18/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/23/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/24/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/25/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/25/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 17.77 |
| 03/26/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/26/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/27/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/29/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/30/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 03/31/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 15.25 |
| 04/01/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 18.65 |
| 04/01/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/01/15 | Stolarz, Alexander | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/02/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/02/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/02/15 | Stolarz, Alexander | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/03/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/06/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/06/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/06/15 | Stolarz, Alexander | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/07/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/07/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/07/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD APRIL 1, 2015 TO APRIL 30, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---:|
| 04/08/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 11.15 |
| 04/10/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/13/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 19.50 |
| 04/14/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/14/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/20/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 04/24/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| | | **Business Meals Total** | | **$ 1,077.78** |
| 01/21/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 36.00 |
| 02/03/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.00 |
| 02/10/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 42.00 |
| 02/10/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.00 |
| 02/16/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 39.00 |
| 02/17/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 22.78 |
| 02/18/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 31.00 |
| 02/19/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 23.15 |
| 02/19/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 10.68 |
| 02/20/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 21.78 |
| 02/23/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 21.96 |
| 02/23/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 16.80 |
| 02/24/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 22.98 |
| 02/25/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 24.35 |
| 02/26/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 24.35 |
| 02/26/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.13 |
| 02/27/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 18.97 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD APRIL 1, 2015 TO APRIL 30, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---:|
| 02/28/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 17.25 |
| 02/28/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 12.06 |
| 02/28/15 | Eisler, Marshall | Ground Transportation | Taxi - residence to office after working late in the office. | 8.41 |
| 03/01/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 12.00 |
| 03/02/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 18.77 |
| 03/02/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.22 |
| 03/03/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 21.99 |
| 03/04/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 23.98 |
| 03/05/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 38.00 |
| 03/08/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 9.15 |
| 03/10/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 95.00 |
| 03/11/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 20.00 |
| 03/11/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 11.16 |
| 03/12/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 45.00 |
| 03/13/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 24.29 |
| 03/15/15 | Eimer, Sean | Ground Transportation | Taxi - residence to office after working late in the office. | 30.96 |
| 03/15/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 21.20 |
| 03/17/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 36.00 |
| 03/18/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 22.57 |
| 03/23/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 20.10 |
| 03/24/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 37.00 |
| 03/24/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 6.03 |
| 03/25/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 27.00 |
| 03/25/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 21.16 |
| 03/26/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 19.78 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD APRIL 1, 2015 TO APRIL 30, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 03/27/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 19.58 |
| 03/29/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 21.00 |
| 03/30/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 24.77 |
| 03/30/15 | Stolarz, Alexander | Ground Transportation | Taxi - office to residence after working late in the office. | 15.35 |
| 03/31/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 38.00 |
| 03/31/15 | Stolarz, Alexander | Ground Transportation | Taxi - office to residence after working late in the office. | 16.55 |
| 04/02/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 39.00 |
| 04/02/15 | Stolarz, Alexander | Ground Transportation | Taxi - office to residence after working late in the office. | 15.35 |
| 04/03/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 22.50 |
| 04/06/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 36.00 |
| 04/07/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 19.65 |
| 04/07/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 11.15 |
| 04/10/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 11.15 |
| 04/13/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 20.15 |
| 04/14/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 45.00 |
| 04/14/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 9.96 |
| 04/20/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.75 |
| 04/20/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 12.96 |
| 04/21/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.00 |
| | | **Ground Transportation Total** | | **$ 1,381.88** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD APRIL 1, 2015 TO APRIL 30, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 03/31/15 | Bellazain-Harris, Sheba | Other | Pacer Service Center - Online Research used for EFH engagement. | 48.60 |
| | | **Other Total** | | **$ 48.60** |
| | | **Grand Total** | | **$ 2,508.26** |

**Notes:**

(1) In-office meals over $20.00 and out-of-office meals over $40.00 have been reduced to $20.00 and $40.00, respectively, to comply with the Amended Guidelines for Fees and Disbursements for Professionals in Delaware District Bankruptcy Cases. Each of these meals were in fact greater than $20.00 or $40.00 and do not represent a per diem.