IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## DEBTORS' MOTION FOR LEAVE TO FILE LATE REPLIES IN RESPONSE TO OBJECTIONS TO MOTIONS SET FOR HEARING ON JUNE 1, 2015

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this motion for leave (the "Motion for Leave"), pursuant to rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to file and serve a reply (if any) (each, a "Reply" and, collectively, the "Replies"), beyond the deadline set forth in Local Rule 9006-1(d), in response to objections (if any) (the "Objections") filed to the Debtors' motions set for hearing on June 1, 2015 starting at 10:30 a.m. (Eastern Daylight Time) (the "Hearing"). In support of this Motion for Leave, the Debtors respectfully represent as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Pursuant to Local Rule 9013-1(f), the Debtors hereby confirm their consent to the entry of a final order by this Court in connection with this Motion for Leave if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article

## BACKGROUND

2. The Debtors have filed numerous motions (collectively, the "Motions") scheduled to be heard at the Hearing. The Motions for which there is a deadline for parties to file Objections are:

- the *Third Motion of Energy Future Holdings Corp., et al., For Entry of an Order Extending the Debtors' Exclusive Periods to File A Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* [D.I. 4441];

- the *Motion of Energy Future Holdings Corp., et al., for an Order Authorizing Entry into and Performance Under the Stipulation Between Luminant Generation Company LLC and CB&I Stone & Webster, Inc., Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedures* [D.I. 4443];

- the *Motion of Energy Future Holdings Corp., et al., for Entry of A Second Order Authorizing Certain of the Debtors to Honor Obligations to Certain Retirees on Account of Non-Qualified Benefit Programs* [D.I. 4445]; and

- the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof* [D.I. 1682] solely with respect to the establishment of a bar date

---

III of the United States Constitution.

applicable to present and future asbestos personal injury claimants (the "Asbestos Bar Date Motion").[3]

3. Pursuant to the notices of motion filed and served contemporaneously with the Motions, the deadline for parties to file responses or objections to the relief requested in the Motions is 4:00 p.m. (Eastern Daylight Time) on May 26, 2015 (the "Objection Deadline"), in light of the Memorial Day legal holiday on May 25, 2015 and pursuant to rule 9006(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").[4]

4. In order to (a) thoughtfully respond to any responses filed in connection with the Motions and (b) continue efforts to resolve any responses filed in connection with the Motions, the Debtors seek permission to file and serve the Replies after the deadline afforded under Local Rule 9006-1(d).

**RELIEF REQUESTED**

5. By this Motion for Leave, the Debtors seek authority, pursuant to Local Rule 9006-1(d), to file and serve the Replies on or before 12:00 p.m. (noon) (Eastern Daylight Time) on May 29, 2015.[5]

---

[3] On March 24, 2015, the Debtors filed the *Debtors' Supplemental Memorandum of Law with Respect to the Bar Date Motion and in Support of (A) The Form of and Manner for Filing Asbestos Proofs of Claim and (B) The Form and Manner of Notice of Bar Date with Respect to Asbestos Proofs of Claim* [D.I. 3966], the *Declaration of Cameron Azari in Support of the Form and Manner of Notice of Bar Date with Respect to Asbestos Claims* [D.I. 3967], and the *Declaration of James Katchadurian in Support of the Bar Date Motion and in Support of (A) The Form of and Manner for Filing Asbestos Proofs of Claim and (B) The Form and Manner of Notice of Bar Date with Respect to Asbestos Proofs of Claim* [D.I. 3968], in support of such bar date.

[4] Pursuant to the *Re-Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof"* [D.I. 1682] Solely with Respect to the Establishment of a Bar Date Applicable to Present and Future Asbestos Personal Injury Claimants [D.I. 4343], the deadline to object to the Asbestos Bar Date Motion is May 25, 2015 at 4:00 p.m. (Eastern Daylight Time). Pursuant to Bankruptcy Rule 9006(a), the objection period continues to run until May 26, 2015 at 4:00 p.m. (Eastern Daylight Time).

[5] Although on its face, the language of Local Rule 9006-1(d) sets a deadline for *service* of a reply,

3

**BASIS FOR RELIEF**

6. Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." *See* Del. Bankr. L.R. 9006-1(d).

7. The agenda for the Hearing is due to be filed with the Court by 12:00 p.m. (noon) (Eastern Daylight Time) on Thursday, May 28, 2015. As noted above, Local Rule 9006-1(d) therefore requires that the Debtors file and serve any Replies with the Court on or before 4:00 p.m. (Eastern Daylight Time) on Wednesday, May 27, 2015. However, given the Memorial Day legal holiday, Bankruptcy Rule 9006(a) extends the Objection Deadline to Tuesday, May 26, 2015, at 4:00 p.m. (Eastern Daylight Time), which means the Debtors will have only one business day to prepare their Replies to any Objections. The Debtors believe that their current reply deadline does not provide them with sufficient time to prepare and file Replies to any Objections that might be filed by within the time frame provided by Local Rule 9006-1(d).

8. The Debtors submit that the Court should grant an extension of the time in which to file the Replies under Local Rule 9006-1(d). Absent leave of Court to file the Replies, the Debtors may be unable to submit an appropriate written response to any Objections that may be filed, putting the Debtors in the difficult position of presenting their arguments in reply for the first time at the Hearing. The Debtors believe that the Replies will (a) fully inform the Court of the Debtors' arguments regarding the issues presented in the Motions; (b) assist the Court in deciding the merits of the Motions and any Objections or responses thereto; and (c) help narrow disputed issues, if any, thereby serving to streamline the Hearing.

---

rather than a deadline for *filing* a reply, the Debtors seek a waiver of the rule out of an abundance of caution to the extent that the Court believes that the rule should be read to set a deadline for *serving* a reply.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached as **Exhibit A**, authorizing the Debtors to file and serve the Replies on or before Friday, May 29, 2015 at 12:00 p.m. (noon) (Eastern Daylight Time).

*[Remainder of page intentionally left blank.]*

Dated: May 22, 2015
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 12031877v.1