# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services | 286.8 | $ 35,850.00 |
| 12 | SOX Phase II - On-Going Controls | 750.1 | $ 128,385.20 |
| 13 | CAO Financial Reporting Support | 44.4 | $ 9,799.20 |
| 16 | SOX Phase II - IAM Controls | 163.3 | $ 31,237.00 |
| 18 | Phase II IT Costing Apptio Service Catalog | 298.2 | $ 67,103.00 |
| 20 | FY14 USIT Consulting | 75.7 | $ 32,127.10 |
| 21 | Transaction Cost Analysis | 15.5 | $ 6,902.00 |
| 22 | Claims Reconciliation | 113.3 | $ 19,827.50 |
| 23 | Enterprise Architecture Strategy Foundation - Phase II | 47.5 | $ 13,287.50 |
| 24 | Risk Management Gap Assessment | 260.3 | $ 68,274.50 |
| 35 | Fee Statement and Fee Application Preparation | 192.4 | $ 52,529.80 |
| 36 | Retention Services | 6.0 | $ 1,950.00 |
| | **Total** | **2,253.5** | **$ 467,272.80** |
| | Less Voluntary Reduction associated with Fee Statement and Fee Preparation | | $ (17,484.34) |
| | **Total Fees Requested** | | **$ 449,788.46[1]** |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 8,871.50 |
| Lodging | N/A | $ 14,384.67 |
| Travel Meals | N/A | $ 3,655.39 |
| Ground Transportation | N/A | $ 4,799.30 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 31,710.86** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $1,068,829.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $638,779.40 (exclusive of additional voluntary reduction) thus benefitting the Chapter 11 estate by same amount.