**EXHIBIT B**

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Burdett, Brian R | Principal - Tax | | 17.0 | $ 682 | $ 11,594.00 |
| Bradford, Steven | Principal - Advisory | | 3.5 | $ 325 | $ 1,137.50 |
| Luecht, Julie | Principal - Advisory | | 5.0 | $ 325 | $ 1,625.00 |
| Garcia, Susan | Managing Director - Advisory | | 16.4 | $ 350 | $ 5,740.00 |
| Cargile, David | Managing Director - Advisory | | 35.1 | $ 325 | $ 11,407.50 |
| Garcia, Susan | Managing Director - Advisory | | 4.5 | $ 325 | $ 1,462.50 |
| Fritzsche, Josh | Senior Manager - Tax | | 15.1 | $ 625 | $ 9,437.50 |
| Potter, Maria | Director - Advisory | | 20.0 | $ 340 | $ 6,800.00 |
| Amadei, Michael D | Director - Advisory | | 2.1 | $ 290 | $ 609.00 |
| Seeman, Nick | Director - Advisory | * | 26.5 | $ 290 | $ 7,685.00 |
| Gram, Mark | Director - Advisory | | 127.0 | $ 280 | $ 35,560.00 |
| Plangman, Monica | Associate Director - Bankruptcy | * | 28.3 | $ 325 | $ 9,197.50 |
| Laukhuff, Brittny | Manager - Tax | | 2.8 | $ 560 | $ 1,568.00 |
| Fulmer, Brandon T | Manager - Tax | | 3.0 | $ 437 | $ 1,311.00 |
| Epelbaum, Leonard | Manager - Advisory | | 94.3 | $ 300 | $ 28,290.00 |
| Campbell, Celeste | Manager - Bankruptcy | * | 96.3 | $ 298 | $ 28,697.40 |
| Davidson, Heather | Manager - Advisory | | 43.0 | $ 275 | $ 11,825.00 |
| Myrick, Cristina | Manager - Advisory | | 114.9 | $ 250 | $ 28,725.00 |
| Lassetter, Hunter | Manager - Advisory | | 124.8 | $ 240 | $ 29,952.00 |
| Prywes, Joshua | Senior Associate - Tax | | 12.7 | $ 420 | $ 5,334.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 68.1 | $ 228 | $ 15,526.80 |
| Mehta, Anish | Senior Associate - Advisory | | 44.0 | $ 220 | $ 9,680.00 |
| Dabral, Pulkit | Senior Associate - Advisory | | 35.4 | $ 190 | $ 6,726.00 |
| Isakulov, Shokhrukh | Senior Associate - Advisory | | 142.8 | $ 190 | $ 27,132.00 |
| Zanini, Joseph | Senior Associate - Advisory | | 161.2 | $ 190 | $ 30,628.00 |
| Jones, Virginia | Associate - Tax | | 40.6 | $ 241 | $ 9,784.60 |
| Garza, Juanita | Associate - Bankruptcy | | 6.1 | $ 193 | $ 1,177.30 |
| Kuhner, Tara | Associate - Advisory | | 13.5 | $ 185 | $ 2,497.50 |
| Milner, Aaron | Associate - Advisory | | 113.3 | $ 175 | $ 19,827.50 |
| Douthey, Amy | Associate - Advisory | | 144.0 | $ 125 | $ 18,000.00 |
| Nebel, Bob | Associate - Advisory | | 109.2 | $ 125 | $ 13,650.00 |
| Rangwala, Hussain | Associate - Advisory | | 156.9 | $ 125 | $ 19,612.50 |
| Waggoner, Holly | Associate - Advisory | | 142.8 | $ 125 | $ 17,850.00 |
| Braun, Nancy | Contractor - Apptio SME | ** | 19.3 | $ 185 | $ 3,570.50 |
| Serber, Mike | Contractor - Data Architect | ** | 134.7 | $ 150 | $ 20,205.00 |
| Adedeji, Peju | Contractor | ** | 129.3 | $ 104 | $ 13,447.20 |
| **Total Hours and Fees** | | | **2,253.5** | | **$ 467,272.80** |
| Less Voluntary Reduction associated with Fee Statement and Fee Preparation | | | | | $ (17,484.34) |
| **Total Fees less Reduction** | | | | | **$ 449,788.46** |

\* Promoted effective October 1, 2014
\*\* Contractors are passed through at cost.