# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 8,871.50 |
| Lodging | N/A | $ 14,384.67 |
| Travel Meals | N/A | $ 3,655.39 |
| Ground Transportation | N/A | $ 4,799.30 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 31,710.86** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 8,871.50 |
| Lodging | N/A | $ 14,384.67 |
| Travel Meals | N/A | $ 3,655.39 |
| Ground Transportation | N/A | $ 4,799.30 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 31,710.86** |