## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | SOX Phase II - IAM Controls | 20150205 | Zanini, Joseph | air | | | $ 578.84 | Roundtrip coach class airfare from Boston, MA to Dallas, TX. Departure Date: 2/1/15 Return Date: 2/5/15. Business Purpose: EFH |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150205 | Davidson, Heather | air | | | $ 782.81 | Roundtrip coach airfare from Philadelphia International Airport (PHL) to Dallas/Fort Worth International Airport (DFW) from 02/02/15 through 02/05/15. for EFH client site visit. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Epelbaum, Leonard | air | | | $ 291.20 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 2/3/15 Return Date: 2/5/15. Business Purpose: EFH Service Costing Project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Serber, Mike | air | | | $ 487.20 | Coach Airfare - Delta Air Lines, round trip flight from Minneapolis to Dallas on 02/01/15, returning from Dallas to Minneapolis on 02/05/15 to provide onsite support for the EFH Service Costing project |
| 02329505 | CAO Financial Reporting Support | 20150206 | Mehta, Anish | air | | | $ 361.60 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date:2/2/2014 Return Date:2/6/2014. Business Purpose: Energy Future Holdings |
| 02329505 | Risk Management Gap Assessment | 20150206 | Lassetter, Hunter | air | | | $ 480.70 | Roundtrip coach airfare from George Bush Intercontinental Airport (IAH) to Dallas Love Field. Depart 2/2/15. Return 2/6/15 |
| 02329505 | Risk Management Gap Assessment | 20150206 | Gram, Mark | air | | | $ 420.70 | Air fare from Houston (IAH) to Dallas (DAL). Depart 2/2/15. Return 2/6/15 |
| 02329505 | SOX Phase II - On-Going Controls | 20150206 | Isakulov, Shokhrukh | air | | | $ 692.25 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 02/01/15 Return Date: 02/06/15. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Potter, Maria | air | | | $ 514.20 | Round trip coach airfare from Bradley Airport to DFW for on site project work departure 02/08 to 02/12 |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Serber, Mike | air | | | $ 334.20 | Coach Airfare - Delta Air Lines, round trip flight from Minneapolis to Dallas on 02/08/15, returning from Dallas to Minneapolis on 02/12/15 to provide onsite support for the EFH Service Costing project |
| 02329505 | Risk Management Gap Assessment | 20150213 | Gram, Mark | air | | | $ 352.70 | Roundtrip coach class airfare from Houston (IAH) to Dallas (DAL). Depart: 2/9/15 Return: 2/13/15 |
| 02329505 | Risk Management Gap Assessment | 20150213 | Lassetter, Hunter | air | | | $ 386.70 | Roundtrip coach airfare from Houston (IAH) to Dallas (DAL). Depart 2/9/15. Return 2/13/15 |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150219 | Serber, Mike | air | | | $ 640.20 | Coach Airfare - Delta Air Lines, round trip flight from Minneapolis to Dallas on 02/15/15, returning from Dallas to Minneapolis on 02/19/15 to provide onsite support for the EFH Service Costing project |
| 02329505 | SOX Phase II - On-Going Controls | 20150220 | Isakulov, Shokhrukh | air | | | $ 685.69 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 02/15/15 Return Date: 02/20/15. Business Purpose: EFH client on SAP Security Audit Project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Epelbaum, Leonard | air | | | $ 96.20 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 2/24/15 Return Date: 2/26/15. Business Purpose: EFH Service Costing Project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Serber, Mike | air | | | $ 487.20 | Coach Airfare - Delta Air Lines, round trip flight from Minneapolis to Dallas on 02/22/15, returning from Dallas to Minneapolis on 02/26/15 to provide onsite support for the EFH Service Costing project |
| 02329505 | SOX Phase II - IAM Controls | 20150227 | Zanini, Joseph | air | | | $ 590.79 | Roundtrip coach airfare from Boston, MA to Dallas, TX. Departure Date: 2/15/15 Return Date: 2/27/15. Business Purpose: EFH |
| 02329505 | SOX Phase II - On-Going Controls | 20150227 | Isakulov, Shokhrukh | air | | | $ 688.32 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 02/22/15 Return Date: 02/27/15. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| | | | | **Total Air** | | | **$ 8,871.50** | |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Epelbaum, Leonard | lodging | | | $ 389.58 | Hotel fees incurred in Dallas, TX for 2 nights (2/3/15-2/5/15) while performing work client EFH Service Costing Assessment Project |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150205 | Davidson, Heather | lodging | | | $ 584.37 | Hotel in Dallas from 02/02/25 thru 02/05/15 for EFH client site visit. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Serber, Mike | lodging | | | $ 565.80 | Lodging at Aloft Dallas hotel - (02/01/15 - 02/05/15) for 4 nights, to provide onsite support for the EFH Service Costing project |
| 02329505 | SOX Phase II - IAM Controls | 20150205 | Zanini, Joseph | lodging | | | $ 779.16 | Hotel fees incurred in Dallas for 4 nights from 2/1/15 thru 2/5/15 while performing work for EFH. |
| 02329505 | CAO Financial Reporting Support | 20150206 | Mehta, Anish | lodging | | | $ 779.16 | Marriot hotel fees incurred in Dallas, TX for 4 nights (2/2-2/6), while performing work for EFH . |
| 02329505 | Risk Management Gap Assessment | 20150206 | Lassetter, Hunter | lodging | | | $ 779.16 | Lodging at Marriott Downtown Dallas from 2/2/15 thru 2/6/15 for 4 nights. |
| 02329505 | Risk Management Gap Assessment | 20150206 | Gram, Mark | lodging | | | $ 779.16 | Lodging at Marriott Downtown Dallas from 2/2/15 thru 2/6/15 for 4 nights. |
| 02329505 | SOX Phase II - On-Going Controls | 20150206 | Isakulov, Shokhrukh | lodging | | | $ 1,288.10 | Hotel fees incurred in Dallas, TX for 5 nights from 02/01/15 thru 02/06/15 while performing work client EFH project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Serber, Mike | lodging | | | $ 565.80 | Lodging at Aloft Dallas hotel from 02/08/15 thru 02/12/15 for 4 nights to provide onsite support for the EFH Service Costing project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Potter, Maria | lodging | | | $ 644.64 | Lodging for 4 nights incurred in Dallas, TX from 02/8/15 thru 02/12/15 while performing work for Energy Future Holdings Service Costing Assessment. |
| 02329505 | Risk Management Gap Assessment | 20150213 | Gram, Mark | lodging | | | $ 746.88 | Lodging at Sheraton Downtown for 4 nights from 2/9/15 thru 2/13/15 while performing work for EFH. |
| 02329505 | Risk Management Gap Assessment | 20150213 | Lassetter, Hunter | lodging | | | $ 746.88 | Lodging at Sheraton Downtown from 2/9/15 thru 2/13/15 for 4 nights while performing work for EFH. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150219 | Serber, Mike | lodging | | | $ 539.40 | Lodging at Sheraton Dallas hotel from 02/15/15 thru 02/19/15 for 4 nights to provide onsite support for the EFH Service Costing project |
| 02329505 | SOX Phase II - On-Going Controls | 20150220 | Isakulov, Shokhrukh | lodging | | | $ 1,288.10 | Hotel fees incurred in Dallas, TX for 5 nights from 02/15/15 thru 02/20/15 while performing work client EFH project. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Epelbaum, Leonard | lodging | | | $ 389.58 | Hotel fees incurred in Dallas, TX for 3 nights from 2/24/15 thru 2/26/15 while performing work client EFH Service Costing Assessment Project. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Serber, Mike | lodging | | | $ 282.90 | Lodging at Aloft Dallas hotel from 02/24/15 thru 02/26/15 for 2 nights to provide onsite support for the EFH Service Costing project. |
| 02329505 | SOX Phase II - IAM Controls | 20150227 | Zanini, Joseph | lodging | | | $ 1,947.90 | Hotel fees incurred in Dallas for 10 nights from 2/17/15 thru 2/27/15 while performing work for EFH. |
| 02329505 | SOX Phase II - On-Going Controls | 20150227 | Isakulov, Shokhrukh | lodging | | | $ 1,288.10 | Hotel fees incurred in Dallas, TX for 5 nights from 02/22/15 thru 02/27/15 while performing work client EFH project. |
| | | **Total Lodging** | | | | | **$ 14,384.67** | |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150201 | Serber, Mike | travel meals | | | $ 12.63 | Meal - Burger King. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150201 | Serber, Mike | travel meals | | | $ 13.48 | Meal - Fly Bar. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150201 | Serber, Mike | travel meals | | | $ 19.65 | Meal - Mr. Panda's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150201 | Zanini, Joseph | travel meals | | | $ 31.44 | Out of town dinner at the W Hotel  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150201 | Zanini, Joseph | travel meals | | | $ 23.18 | Out of town lunch at Admirals Club lounge.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150201 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150202 | Davidson, Heather | travel meals | | | $ 4.35 | Breakfast while out of town traveling for EFH. |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150202 | Davidson, Heather | travel meals | | | $ 12.11 | Lunch while out of town traveling for EFH. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150202 | Serber, Mike | travel meals | | | $ 13.01 | Meal - ReFuel. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150202 | Serber, Mike | travel meals | | | $ 7.55 | Meal - A&W. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150202 | Serber, Mike | travel meals | | | $ 22.38 | Meal - West End. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150202 | Lassetter, Hunter | travel meals | | | $ 7.50 | Out of town Lunch. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150202 | Gram, Mark | travel meals | | | $ 20.00 | Lunch while out of town traveling for EFH. |
| 02329505 | Risk Management Gap Assessment | 20150202 | Gram, Mark | travel meals | | | $ 80.00 | Dinner while traveling for EFH.  Participants: M. Gram, H. Lassetter (KPMG) |
| 02329505 | SOX Phase II - IAM Controls | 20150202 | Zanini, Joseph | travel meals | | | $ 15.50 | Out of town lunch at Kuai.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150202 | Isakulov, Shokhrukh | travel meals | | | $ 28.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150202 | Isakulov, Shokhrukh | travel meals | | | $ 35.00 | Out of town Lunch at On the Border Mexican Restaurant in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150202 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at  Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150203 | Davidson, Heather | travel meals | | | $ 13.75 | Lunch while out of town traveling for EFH. |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150203 | Davidson, Heather | travel meals | | | $ 29.00 | Dinner while out of town traveling for EFH. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150203 | Epelbaum, Leonard | travel meals | | | $ 12.80 | Out of town lunch at SushiYaa. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150203 | Epelbaum, Leonard | travel meals | | | $ 40.00 | Out of town dinner at Centric Marriott. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150203 | Serber, Mike | travel meals | | | $ 13.52 | Meal - ReFuel. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150203 | Serber, Mike | travel meals | | | $ 2.50 | Meal - Coffee at the Corner. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150203 | Serber, Mike | travel meals | | | $ 19.65 | Meal - Mr. Panda's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | Risk Management Gap Assessment | 20150203 | Lassetter, Hunter | travel meals | | | $ 10.89 | Out of town Lunch. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150203 | Lassetter, Hunter | travel meals | | | $ 14.04 | Out of town Dinner. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150203 | Gram, Mark | travel meals | | | $ 9.31 | Lunch while out of town traveling for EFH. |
| 02329505 | Risk Management Gap Assessment | 20150203 | Gram, Mark | travel meals | | | $ 16.00 | Dinner while traveling. |
| 02329505 | SOX Phase II - IAM Controls | 20150203 | Zanini, Joseph | travel meals | | | $ 13.38 | Out of town dinner at Sushiyaa. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150203 | Zanini, Joseph | travel meals | | | $ 13.38 | Out of town lunch at Salata. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150203 | Isakulov, Shokhrukh | travel meals | | | $ 27.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150203 | Isakulov, Shokhrukh | travel meals | | | $ 34.00 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150203 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150204 | Davidson, Heather | travel meals | | | $ 27.00 | Dinner while out of town traveling for EFH. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150204 | Epelbaum, Leonard | travel meals | | | $ 31.00 | Out of town dinner at Wild Salsa. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150204 | Epelbaum, Leonard | travel meals | | | $ 11.43 | Out of town lunch at SushiYaa. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150204 | Serber, Mike | travel meals | | | $ 9.15 | Meal - Subway. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150204 | Serber, Mike | travel meals | | | $ 12.03 | Meal - ReFuel. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150204 | Serber, Mike | travel meals | | | $ 10.74 | Meal - Press Box Grill. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150204 | Lassetter, Hunter | travel meals | | | $ 7.50 | Out of town Breakfast. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150204 | Lassetter, Hunter | travel meals | | | $ 10.10 | Out of town Lunch. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150204 | Lassetter, Hunter | travel meals | | | $ 10.69 | Out of town Dinner. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150204 | Gram, Mark | travel meals | | | $ 12.81 | Lunch while out of town traveling for EFH. |
| 02329505 | Risk Management Gap Assessment | 20150204 | Gram, Mark | travel meals | | | $ 16.00 | Dinner while traveling for EFH. |
| 02329505 | SOX Phase II - IAM Controls | 20150204 | Zanini, Joseph | travel meals | | | $ 40.00 | Out of town dinner at the Eddie V's Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150204 | Isakulov, Shokhrukh | travel meals | | | $ 29.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150204 | Isakulov, Shokhrukh | travel meals | | | $ 35.00 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150204 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150205 | Davidson, Heather | travel meals | | | $ 7.33 | Breakfast while out of town traveling for EFH. |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150205 | Davidson, Heather | travel meals | | | $ 20.99 | Dinner while out of town traveling for EFH. |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Epelbaum, Leonard | travel meals | | | $ 13.51 | Out of town lunch at SushiYaa. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Epelbaum, Leonard | travel meals | | | $ 25.71 | Out of town dinner at Campisis Dallas Love Field. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Serber, Mike | travel meals | | | $ 13.52 | Meal - ReFuel. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Serber, Mike | travel meals | | | $ 6.77 | Meal - Fly Bar. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Serber, Mike | travel meals | | | $ 9.53 | Meal - Leeann Chin. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150205 | Lassetter, Hunter | travel meals | | | $ 7.50 | Out of town Breakfast. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150205 | Lassetter, Hunter | travel meals | | | $ 6.50 | Out of town Lunch. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150205 | Gram, Mark | travel meals | | | $ 12.00 | Lunch while out of town traveling for EFH. |
| 02329505 | Risk Management Gap Assessment | 20150205 | Gram, Mark | travel meals | | | $ 49.00 | Dinner while traveling for EFH. Participants: M. Gram, H. Lassetter (KPMG) |
| 02329505 | SOX Phase II - On-Going Controls | 20150205 | Isakulov, Shokhrukh | travel meals | | | $ 28.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150205 | Isakulov, Shokhrukh | travel meals | | | $ 31.00 | Out of town Lunch at On the Border Mexican Restaurant in Irving, TX. Business expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150205 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150206 | Lassetter, Hunter | travel meals | | | $ 7.50 | Out of town Breakfast. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150206 | Lassetter, Hunter | travel meals | | | $ 9.76 | Out of town Lunch. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150206 | Gram, Mark | travel meals | | | $ 18.00 | Lunch while out of town traveling for EFH. |
| 02329505 | SOX Phase II - On-Going Controls | 20150206 | Isakulov, Shokhrukh | travel meals | | | $ 27.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150206 | Isakulov, Shokhrukh | travel meals | | | $ 34.00 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150208 | Serber, Mike | travel meals | | | $ 10.71 | Meal - Burger King. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150208 | Serber, Mike | travel meals | | | $ 2.36 | Meal - Dunkin Donuts. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150208 | Serber, Mike | travel meals | | | $ 4.51 | Meal - Re:Fuel. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150208 | Potter, Maria | travel meals | | | $ 25.63 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150209 | Lassetter, Hunter | travel meals | | | $ 8.32 | Out of town Lunch. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150209 | Gram, Mark | travel meals | | | $ 10.11 | Out of town lunch in Dallas, TX for self while performing work for EFH. |
| 02329505 | Risk Management Gap Assessment | 20150209 | Gram, Mark | travel meals | | | $ 44.00 | Out of town dinner in Dallas, TX for M. Gram and H. Lassetter while performing work for EFH. |
| 02329505 | Risk Management Gap Assessment | 20150209 | Lassetter, Hunter | travel meals | | | $ 10.65 | Out of town Breakfast. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150209 | Serber, Mike | travel meals | | | $ 13.52 | Meal - Re:Fuel. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150209 | Serber, Mike | travel meals | | | $ 7.99 | Meal - McDonalds. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150209 | Serber, Mike | travel meals | | | $ 19.65 | Meal - Mr. Panda's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150209 | Serber, Mike | travel meals | | | $ 19.65 | Meal - Mr. Panda's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150209 | Potter, Maria | travel meals | | | $ 25.98 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150210 | Gram, Mark | travel meals | | | $ 80.00 | Out of town dinner in Dallas, TX for M. Gram and H. Lassetter while performing work for EFH. |
| 02329505 | Risk Management Gap Assessment | 20150210 | Lassetter, Hunter | travel meals | | | $ 5.76 | Out of town Breakfast. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150210 | Serber, Mike | travel meals | | | $ 13.52 | Meal - Re:Fuel. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150210 | Serber, Mike | travel meals | | | $ 2.50 | Meal - Coffee at the Corner. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150210 | Serber, Mike | travel meals | | | $ 17.07 | Meal - Press Box Grill. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150210 | Potter, Maria | travel meals | | | $ 2.59 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150210 | Potter, Maria | travel meals | | | $ 11.00 | Out of town lunch at in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150211 | Gram, Mark | travel meals | | | $ 9.73 | Out of town lunch in Dallas, TX for self while performing work for EFH. |
| 02329505 | Risk Management Gap Assessment | 20150211 | Lassetter, Hunter | travel meals | | | $ 5.25 | Out of town Breakfast. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150211 | Lassetter, Hunter | travel meals | | | $ 6.50 | Out of town Lunch. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150211 | Serber, Mike | travel meals | | | $ 12.00 | Meal - Re:Fuel. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150211 | Serber, Mike | travel meals | | | $ 7.85 | Meal - Noodle Nexus. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150211 | Serber, Mike | travel meals | | | $ 36.31 | Meal - Dakota's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150211 | Potter, Maria | travel meals | | | $ 5.30 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150211 | Potter, Maria | travel meals | | | $ 8.60 | Out of town lunch at in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150211 | Potter, Maria | travel meals | | | $ 36.31 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Serber, Mike | travel meals | | | $ 12.02 | Meal - Re:Fuel. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Serber, Mike | travel meals | | | $ 4.06 | Meal - Fly Bar. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Serber, Mike | travel meals | | | $ 13.48 | Meal - Chik-Fil-A. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Potter, Maria | travel meals | | | $ 9.74 | Out of town lunch at in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Potter, Maria | travel meals | | | $ 9.16 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150212 | Gram, Mark | travel meals | | | $ 64.00 | Dinner while traveling for M. Gram and H. Lassetter. |
| 02329505 | Risk Management Gap Assessment | 20150213 | Gram, Mark | travel meals | | | $ 10.49 | Out of town lunch in Dallas, TX for self while performing work for EFH. |
| 02329505 | Risk Management Gap Assessment | 20150213 | Lassetter, Hunter | travel meals | | | $ 5.28 | Out of town Breakfast. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150213 | Lassetter, Hunter | travel meals | | | $ 19.42 | Out of town Lunch. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150215 | Serber, Mike | travel meals | | | $ 4.54 | Meal - Wendy's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150215 | Serber, Mike | travel meals | | | $ 6.55 | Meal - Haagen Dazs. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150215 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150216 | Serber, Mike | travel meals | | | $ 4.51 | Meal - Taco Bell. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150216 | Serber, Mike | travel meals | | | $ 3.02 | Meal - The Main Place Gifts & Convenience. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150216 | Isakulov, Shokhrukh | travel meals | | | $ 28.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150216 | Isakulov, Shokhrukh | travel meals | | | $ 35.00 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150216 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150217 | Serber, Mike | travel meals | | | $ 16.95 | Meal - Mr. Panda's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150217 | Isakulov, Shokhrukh | travel meals | | | $ 28.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150217 | Isakulov, Shokhrukh | travel meals | | | $ 36.00 | Out of town Lunch at On the Border Mexican Restaurant in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150217 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150217 | Zanini, Joseph | travel meals | | | $ 9.49 | Out of town dinner at the AA Inflight Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150218 | Serber, Mike | travel meals | | | $ 19.16 | Meal - Draft. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150218 | Isakulov, Shokhrukh | travel meals | | | $ 29.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150218 | Isakulov, Shokhrukh | travel meals | | | $ 35.00 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150218 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150218 | Zanini, Joseph | travel meals | | | $ 10.50 | Out of town lunch at Kuai. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150219 | Serber, Mike | travel meals | | | $ 13.48 | Meal - Chik-Fil-A. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | SOX Phase II - On-Going Controls | 20150219 | Isakulov, Shokhrukh | travel meals | | | $ 27.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150219 | Isakulov, Shokhrukh | travel meals | | | $ 33.00 | Out of town Lunch at On the Border Mexican Restaurant in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150219 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150219 | Zanini, Joseph | travel meals | | | $ 12.98 | Out of town lunch at Dickeys.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150220 | Isakulov, Shokhrukh | travel meals | | | $ 26.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150220 | Isakulov, Shokhrukh | travel meals | | | $ 34.00 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150220 | Zanini, Joseph | travel meals | | | $ 9.19 | Out of town lunch at Beyond the Box  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150220 | Zanini, Joseph | travel meals | | | $ 40.00 | Out of town dinner at the CBD Provisions Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150221 | Zanini, Joseph | travel meals | | | $ 32.28 | Meal at Marriott while performing work for EFH. |
| 02329505 | SOX Phase II - IAM Controls | 20150222 | Zanini, Joseph | travel meals | | | $ 40.00 | Out of town dinner at Lark on the Park.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150222 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150223 | Zanini, Joseph | travel meals | | | $ 40.00 | Meal at Marriott while performing work for EFH. |
| 02329505 | SOX Phase II - On-Going Controls | 20150223 | Isakulov, Shokhrukh | travel meals | | | $ 28.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150223 | Isakulov, Shokhrukh | travel meals | | | $ 35.00 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150223 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at  Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150224 | Zanini, Joseph | travel meals | | | $ 4.44 | Out of town breakfast at Coffee on the Corner. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150224 | Zanini, Joseph | travel meals | | | $ 14.08 | Out of town lunch at Maple & Motor.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150224 | Zanini, Joseph | travel meals | | | $ 40.00 | Out of town dinner at Mi Cocina.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150224 | Serber, Mike | travel meals | | | $ 8.78 | Meal - Arby's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150224 | Serber, Mike | travel meals | | | $ 19.65 | Meal - Mr. Panda's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150224 | Epelbaum, Leonard | travel meals | | | $ 13.12 | Out of town lunch at SushiYaa. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150224 | Epelbaum, Leonard | travel meals | | | $ 36.00 | Out of town dinner at Centric Marriott. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150224 | Isakulov, Shokhrukh | travel meals | | | $ 27.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150224 | Isakulov, Shokhrukh | travel meals | | | $ 34.00 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | SOX Phase II - On-Going Controls | 20150224 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150225 | Zanini, Joseph | travel meals | | | $ 40.00 | Out of town dinner at Mi Cocina. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150225 | Zanini, Joseph | travel meals | | | $ 13.75 | Out of town lunch at Kuai. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150225 | Serber, Mike | travel meals | | | $ 11.01 | Meal - Re:fuel. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150225 | Serber, Mike | travel meals | | | $ 10.20 | Meal - Sunrise Café and Grill. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150225 | Serber, Mike | travel meals | | | $ 38.39 | Meal - Centric Drinks & Grill. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150225 | Epelbaum, Leonard | travel meals | | | $ 15.98 | Out of town lunch at SushiYaa. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150225 | Epelbaum, Leonard | travel meals | | | $ 35.00 | Out of town dinner at Centric Marriott. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150225 | Isakulov, Shokhrukh | travel meals | | | $ 29.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150225 | Isakulov, Shokhrukh | travel meals | | | $ 36.00 | Out of town Lunch at On the Border Mexican Restaurant in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150225 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Serber, Mike | travel meals | | | $ 8.02 | Meal - Re:fuel. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Serber, Mike | travel meals | | | $ 8.12 | Meal - Fly Bar. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Serber, Mike | travel meals | | | $ 7.27 | Meal - Burger King. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Epelbaum, Leonard | travel meals | | | $ 16.50 | Out of town lunch at SushiYaa. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Epelbaum, Leonard | travel meals | | | $ 14.34 | Out of town dinner at D News Dallas Love Field. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150226 | Isakulov, Shokhrukh | travel meals | | | $ 27.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150226 | Isakulov, Shokhrukh | travel meals | | | $ 34.00 | Out of town Lunch at On the Border Mexican Restaurant in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150226 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150227 | Isakulov, Shokhrukh | travel meals | | | $ 26.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150227 | Isakulov, Shokhrukh | travel meals | | | $ 35.00 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| | | | **Total Travel Meals** | | | | **$ 3,655.39** | |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | SOX Phase II - On-Going Controls | 20150201 | Isakulov, Shokhrukh | ground | | | $ 120.00 | Ground transportation from Hickory Hills, IL to Chicago O'Hare (ORD) airport. Business purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150201 | Serber, Mike | ground | | | $ 2.50 | Transportation - DART, one-way transportation from Dallas Airport to Aloft Dallas hotel on 02/1/15, to provide onsite support for the EFH Service Costing project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150201 | Serber, Mike | ground | | | $ 14.38 | Mileage - mileage from home to airport for Minneapolis to Dallas trip, 25 miles at $0.57.5/mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150201 | Zanini, Joseph | ground | | | $ 17.37 | Taxi Service from Home to Logan International Airport (BOS). |
| 02329505 | SOX Phase II - IAM Controls | 20150201 | Zanini, Joseph | ground | | | $ 55.00 | Car Service from Dallas/Fort Worth International Airport (DFW) to Hotel. |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150202 | Davidson, Heather | ground | | | $ 45.00 | Ground transportation for travel from home to Philadelphia International Airport (PHL) for Client site visit. |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150202 | Davidson, Heather | ground | | | $ 76.00 | Ground transportation for travel from DFW to EFH Client site |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150202 | Davidson, Heather | ground | | | $ 15.00 | Ground transportation for travel from client site to Hotel in Dallas |
| 02329505 | Risk Management Gap Assessment | 20150202 | Gram, Mark | ground | | | $ 10.00 | Parking at EFH while working on site. |
| 02329505 | Risk Management Gap Assessment | 20150202 | Lassetter, Hunter | ground | | | $ 40.92 | Cab from home in Houston to George Bush Intercontinental Airport (IAH). |
| 02329505 | CAO Financial Reporting Support | 20150202 | Mehta, Anish | ground | | | $ 26.00 | Taxi from Dallas Airport to EFH while performing work for EFH . |
| 02329505 | CAO Financial Reporting Support | 20150202 | Mehta, Anish | ground | | | $ 30.00 | Taxi from EFH to lunch while performing work for EFH. |
| 02329505 | CAO Financial Reporting Support | 20150202 | Mehta, Anish | ground | | | $ 4.00 | Taxi from hotel to dinner while performing work for EFH . |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150203 | Epelbaum, Leonard | ground | | | $ 54.00 | Cab fare from home in Naperville, IL to Chicago MDW airport. Business purpose: Client EFH Service Costing Project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150203 | Epelbaum, Leonard | ground | | | $ 26.10 | Cab fare from airport (LUV) to EFH offices. Business purpose: Client EFH Service Costing Project Model Remediation. |
| 02329505 | SOX Phase II - On-Going Controls | 20150203 | Isakulov, Shokhrukh | ground | | | $ 44.89 | Car Rental Gasoline Fuel Expenses. Dates 2/01-2/03. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | CAO Financial Reporting Support | 20150203 | Mehta, Anish | ground | | | $ 5.64 | Taxi from hotel to dinner while performing work for EFH . |
| 02329505 | CAO Financial Reporting Support | 20150204 | Mehta, Anish | ground | | | $ 8.18 | Taxi from hotel to dinner while performing work for EFH . |
| 02329505 | CAO Financial Reporting Support | 20150204 | Mehta, Anish | ground | | | $ 15.00 | Taxi from EFH to lunch while performing work for EFH . |
| 02329505 | SOX Phase II - IAM Controls | 20150204 | Zanini, Joseph | ground | | | $ 5.70 | Taxi Service to dinner while traveling. |
| 02329505 | SOX Phase II - IAM Controls | 20150204 | Zanini, Joseph | ground | | | $ 4.35 | Taxi Service from dinner while traveling. |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150205 | Davidson, Heather | ground | | | $ 15.00 | Ground transportation for travel from Hotel to EFH Client site |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150205 | Davidson, Heather | ground | | | $ 76.00 | Ground transportation for travel from Client site to DFW Airport in Dallas for Flight home |
| 02329505 | Enterprise Architecture Strategy Foundation - Phase II | 20150205 | Davidson, Heather | ground | | | $ 45.00 | Ground transportation for travel from PHL Airport to home from client site visit. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Epelbaum, Leonard | ground | | | $ 25.00 | Cab fare from EFH offices to airport (LUV). Business purpose: Client EFH Service Costing Project Model Remediation. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Epelbaum, Leonard | ground | | | $ 56.00 | Cab fare from Chicago MDW airport to home in Naperville, IL. Business purpose: Client EFH Service Costing Project Model Remediation. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Garcia, Susan | ground | | | $ 12.00 | Parking near EFH office in Dallas |
| 02329505 | Risk Management Gap Assessment | 20150205 | Gram, Mark | ground | | | $ 116.92 | Hotel parking - 4 days (2/2/15 - 2/5/15) |
| 02329505 | CAO Financial Reporting Support | 20150205 | Mehta, Anish | ground | | | $ 10.83 | Taxi from hotel to dinner while performing work for EFH. |
| 02329505 | CAO Financial Reporting Support | 20150205 | Mehta, Anish | ground | | | $ 7.25 | Taxi from EFH to lunch while performing work for EFH . |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Serber, Mike | ground | | | $ 14.38 | Mileage - mileage from EZ Air Park to home for Minneapolis to Dallas trip, 25 miles at $0.57.5/mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150205 | Serber, Mike | ground | | | $ 61.92 | Parking - EZ Air Park, parking from 02/01/15 to 02/05/15 for 5 days for Minneapolis to Dallas trip. Business Purpose: Expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150205 | Zanini, Joseph | ground | | | $ 41.00 | Taxi Service from Logan International Airport (BOS) to Home. |
| 02329505 | SOX Phase II - IAM Controls | 20150205 | Zanini, Joseph | ground | | | $ 55.00 | Car Service from EFH site to Dallas/Fort Worth International Airport (DFW). |
| 02329505 | Risk Management Gap Assessment | 20150206 | Gram, Mark | ground | | | $ 244.31 | Car rental at Dallas Love from 2/2/15 thru 2/6/15 for 5 days. |
| 02329505 | Risk Management Gap Assessment | 20150206 | Gram, Mark | ground | | | $ 95.00 | Parking at Houston IAH airport from 2/2/15 thru 2/6/15 for 5 days. |
| 02329505 | Risk Management Gap Assessment | 20150206 | Gram, Mark | ground | | | $ 32.48 | Mileage from Home in Spring TX 77389 to Houston George Bush Airport (56 miles roundtrip) to perfom work for EFH. |
| 02329505 | SOX Phase II - On-Going Controls | 20150206 | Isakulov, Shokhrukh | ground | | | $ 364.32 | Car Rental in Dallas, TX. Dates used from 02/01/15 to 02/06/15. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | SOX Phase II - On-Going Controls | 20150206 | Isakulov, Shokhrukh | ground | | | $ 42.76 | Car Rental Gasoline Fuel Expenses. Dates 2/04-2/06. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | SOX Phase II - On-Going Controls | 20150206 | Isakulov, Shokhrukh | Ground | | | $ 118.00 | Ground transportation from Chicago O'Hare airport to Hickory Hills, IL. Business purpose: Client EFH project Start |
| 02329505 | Risk Management Gap Assessment | 20150206 | Lassetter, Hunter | ground | | | $ 15.53 | Mileage from Houston George Bush Airport to home in Houston, TX 77056 (27 miles * .575 = $15.53). |
| 02329505 | CAO Financial Reporting Support | 20150206 | Mehta, Anish | ground | | | $ 95.00 | Airport parking at Hobby Airport from 2/2/2014 thru 2/6/2014while performing work for EFH . |
| 02329505 | CAO Financial Reporting Support | 20150206 | Mehta, Anish | ground | | | $ 34.00 | Taxi from EFH to Love Field while performing work for EFH . |
| 02329505 | CAO Financial Reporting Support | 20150206 | Mehta, Anish | ground | | | $ 36.80 | Mileage from home to HOU (round trip) while performing work for EFH . |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150208 | Potter, Maria | ground | | | $ 54.58 | One way cab fare from DFW airport for Maria Potter to Hotel |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150208 | Serber, Mike | ground | | | $ 2.50 | Transportation - DART, one-way transportation from Dallas Airport to Aloft Dallas hotel on 02/8/15, to provide onsite support for the EFH Service Costing project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150208 | Serber, Mike | ground | | | $ 14.38 | Mileage - mileage from home to airport for Minneapolis to Dallas trip, 25 miles at $0.57.5/mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150209 | Gram, Mark | ground | | | $ 26.51 | Cab fare from Dallas Love Field airport to EFH office. |
| 02329505 | Risk Management Gap Assessment | 20150209 | Lassetter, Hunter | ground | | | $ 41.78 | Cab fare from home in Houston, TX to George Bush Intercontinental Airport (IAH). |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150211 | Potter, Maria | ground | | | $ 12.45 | Cab from dinner to hotel |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Potter, Maria | ground | | | $ 55.00 | One way cab fare to client site from DFW airport for Maria Potter (133 - 78 another destination = $55) |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Potter, Maria | ground | | | $ 69.53 | Parking at Hartford Airport for personal car parked from 02/08 to 02/12. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Potter, Maria | ground | | | $ 70.73 | Personal car mileage (123 miles *.575) incurred traveling from Shelton, CT (home) to Bradley Airport left 02/08 returned 02/12. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Serber, Mike | ground | | | $ 14.38 | Mileage - mileage from EZ Air Park to home for Minneapolis to Dallas trip, 25 miles at $0.57.5/mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150212 | Serber, Mike | ground | | | $ 50.14 | Parking - EZ Air Park, parking from 02/08/15 to 02/12/15 for Minneapolis to Dallas trip. Business Purpose: Expense incurred while out of town conducting EFH related business. |
| 02329505 | Risk Management Gap Assessment | 20150213 | Gram, Mark | ground | | | $ 21.60 | Cab fare from EFH office to Dallas Love Field to catch flight. |
| 02329505 | Risk Management Gap Assessment | 20150213 | Gram, Mark | ground | | | $ 95.00 | Parking at Houston IAH airport while performing work for EFH from 2/9/15 thru  2/13/15 for 5 days. |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | Risk Management Gap Assessment | 20150213 | Gram, Mark | ground | | | $ 32.48 | Mileage from Home in Spring, TX to Houston George Bush Airport (56 miles roundtrip) for flight to/from EFH |
| 02329505 | Risk Management Gap Assessment | 20150213 | Lassetter, Hunter | ground | | | $ 85.00 | Cab fare from Houston George Bush Airport (IAH) to home in Houston, TX. |
| 02329505 | SOX Phase II - On-Going Controls | 20150215 | Isakulov, Shokhrukh | ground | | | $ 118.00 | Ground transportation from Hickory Hills, IL to Chicago O'Hare (ORD) airport. Business purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150215 | Serber, Mike | ground | | | $ 2.50 | Transportation - DART, one-way transportation from Dallas Airport to Sheraton Dallas hotel on 02/15/15, to provide onsite support for the EFH Service Costing project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150215 | Serber, Mike | ground | | | $ 14.38 | Mileage - mileage from home to airport for Minneapolis to Dallas trip, 25 miles at $0.57.5/mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 02329505 | SOX Phase II - IAM Controls | 20150215 | Zanini, Joseph | ground | | | $ 17.37 | Taxi Service from Home to Logan International Airport (BOS). |
| 02329505 | SOX Phase II - IAM Controls | 20150215 | Zanini, Joseph | ground | | | $ 55.00 | Car Service from Dallas/Fort Worth International Airport (DFW) to Hotel. |
| 02329505 | SOX Phase II - On-Going Controls | 20150217 | Isakulov, Shokhrukh | ground | | | $ 39.32 | Car Rental Gasoline Fuel Expenses. Dates 2/15-2/17. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | SOX Phase II - On-Going Controls | 20150218 | Dabral, Pulkit | ground | | | $ 10.35 | Start Location: Dallas, TX, End Location: TXU Energy, Irving, TX 75039, Comments: Client trip to TXU in Irving on 2/18/15 Mileage incurred in excess of normal commute for roundtrip travel from home in Dallas, TX to TXU in Irving, TX. Total of 18 miles. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150219 | Serber, Mike | ground | | | $ 2.50 | Transportation - DART, one-way transportation from Dallas Airport to Sheraton Dallas hotel on 02/19/15, to provide onsite support for the EFH Service Costing project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150219 | Serber, Mike | ground | | | $ 14.38 | Mileage - mileage from EZ Air Park to home for Minneapolis to Dallas trip, 25 miles at $0.57.5/mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150219 | Serber, Mike | ground | | | $ 61.92 | Parking - EZ Air Park, parking from 02/15/15 to 02/19/15 for Minneapolis to Dallas trip. Business Purpose: Expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150220 | Isakulov, Shokhrukh | ground | | | $ 364.32 | Car Rental in Dallas, TX. Dates used from 02/15/15 to 02/20/15. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | SOX Phase II - On-Going Controls | 20150220 | Isakulov, Shokhrukh | ground | | | $ 41.77 | Car Rental Gasoline Fuel Expenses. Dates 2/18-2/20. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | SOX Phase II - On-Going Controls | 20150220 | Isakulov, Shokhrukh | ground | | | $ 120.00 | Ground transportation from Chicago O'Hare airport to Hickory Hills, IL. Business purpose: Client EFH project Start |
| 02329505 | SOX Phase II - On-Going Controls | 20150220 | Isakulov, Shokhrukh | ground | | | $ 38.87 | Car Rental Gasoline Fuel Expenses. Dates 2/18-2/20. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | SOX Phase II - On-Going Controls | 20150222 | Isakulov, Shokhrukh | ground | | | $ 120.00 | Cab fare from Hickory Hills, IL to Chicago O'Hare (ORD) airport. Business purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150224 | Epelbaum, Leonard | ground | | | $ 52.00 | Cab fare from home in Naperville, IL to Chicago MDW airport. Business purpose: Client EFH Service Costing Project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150224 | Epelbaum, Leonard | ground | | | $ 22.00 | Cab fare from airport (LUV) to EFH offices. Business purpose: Client EFH Service Costing Project Model Remediation. |
| 02329505 | SOX Phase II - On-Going Controls | 20150224 | Isakulov, Shokhrukh | ground | | | $ 37.54 | Car Rental Gasoline Fuel Expenses. Dates 2/22-2/24. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150224 | Serber, Mike | ground | | | $ 14.38 | Mileage - mileage from home to airport for Minneapolis to Dallas trip, 25 miles at $0.575/mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150224 | Serber, Mike | ground | | | $ 2.50 | Transportation - DART, one-way transportation from Dallas Airport to Aloft Dallas hotel on 02/24/15, to provide onsite support for the EFH Service Costing project |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2015 through February 28 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02329505 | SOX Phase II - IAM Controls | 20150224 | Zanini, Joseph | ground | | | $ 22.00 | Taxi Service to dinner while traveling for EFH |
| 02329505 | SOX Phase II - IAM Controls | 20150224 | Zanini, Joseph | ground | | | $ 21.00 | Taxi Service from dinner while traveling for EFH |
| 02329505 | SOX Phase II - On-Going Controls | 20150225 | Dabral, Pulkit | ground | | | $ 10.35 | Start Location:7504 woodthrush drive, Dallas, TX, End Location: TXU Energy, Irving, TX 75039, Comments: Client trip to TXU in Irving on 2/25/15 Mileage incurred in excess of normal commute for roundtrip travel from home in Dallas, TX to TXU in Irving, TX. Total of 18 miles. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150225 | Serber, Mike | ground | | | $ 7.25 | Transportation - Cowboy Cap, one-way transportation from Aloft Dallas hotel to EFH office on 02/25/15, to provide onsite support for the EFH Service Costing project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Epelbaum, Leonard | ground | | | $ 29.50 | Cab fare from EFH offices to airport (LUV). Business purpose: Client EFH Service Costing Project Model Remediation. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Epelbaum, Leonard | ground | | | $ 54.00 | Cab fare from Chicago MDW airport to home in Naperville, IL. Business purpose: Client EFH Service Costing Project Model Remediation. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Serber, Mike | ground | | | $ 2.50 | Transportation - DART, one-way transportation from EFH office to Dallas Airport on 02/26/16, to provide onsite support for the EFH Service Costing project |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Serber, Mike | ground | | | $ 14.38 | Mileage - mileage from EZ Air Park to home for Minneapolis to Dallas trip, 25 miles at $0.575/mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 02329505 | Phase II IT Costing Apptio Service Catalog | 20150226 | Serber, Mike | ground | | | $ 38.36 | Parking - EZ Air Park, parking from 02/24/15 to 02/26/15 for Minneapolis to Dallas trip. Business Purpose: Expense incurred while out of town conducting EFH related business. |
| 02329505 | SOX Phase II - On-Going Controls | 20150227 | Isakulov, Shokhrukh | ground | | | $ 364.32 | Car Rental in Dallas, TX. Dates used from 02/22/15 to 02/27/15. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 02329505 | SOX Phase II - On-Going Controls | 20150227 | Isakulov, Shokhrukh | ground | | | $ 116.00 | Cab fare from Chicago O'Hare airport to Hickory Hills, IL. Business purpose: Client EFH project Start |
| 02329505 | SOX Phase II - IAM Controls | 20150227 | Zanini, Joseph | ground | | | $ 35.00 | Taxi Service from Logan International Airport (BOS) to Home. |
| 02329505 | SOX Phase II - IAM Controls | 20150227 | Zanini, Joseph | ground | | | $ 55.00 | Car Service from EFH to Dallas/Fort Worth International Airport (DFW) |
| | | **Total Ground** | | | | | **$ 4,799.30** | |