## EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

> ### *Combined - All Entities*
> ### *Summary of Time Detail by Task*
> ### *March 1, 2015 through March 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 29.4 | $17,440.00 |
| Bankruptcy Support | 178.8 | $86,375.00 |
| Business Plan | 165.1 | $65,995.00 |
| Cash Management | 15.5 | $5,865.00 |
| Causes of Action | 83.4 | $46,252.50 |
| Claims | 1,031.8 | $454,992.50 |
| Contracts | 240.9 | $140,707.50 |
| Coordination & Communication with other Creditor Constituents | 26.6 | $13,565.00 |
| Coordination & Communication with UCC | 219.0 | $109,455.00 |
| Court | 7.3 | $5,477.50 |
| DIP Financing | 31.6 | $17,100.00 |
| Fee Applications | 37.5 | $17,770.00 |
| Motions and Orders | 13.3 | $9,850.00 |
| POR / Disclosure Statement | 510.8 | $266,342.50 |
| Retention | 1.7 | $1,150.00 |
| Statements & Schedules | 1.3 | $942.50 |
| Status Meetings | 49.4 | $32,347.50 |
| Travel Time | 131.3 | $65,620.00 |
| UST Reporting Requirements | 16.8 | $9,105.00 |
| Vendor Management | 138.2 | $75,772.50 |
| **Total** | **2,929.7** | **$1,442,125.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
**Summary of Time Detail by Task**
**March 1, 2015 through March 31, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 22.6 | $13,425.00 |
| Bankruptcy Support | 125.7 | $58,395.60 |
| Business Plan | 114.2 | $45,393.01 |
| Cash Management | 11.3 | $4,268.31 |
| Causes of Action | 60.7 | $33,660.66 |
| Claims | 757.9 | $333,087.43 |
| Contracts | 183.1 | $107,433.75 |
| Coordination & Communication with other Creditor Constituents | 15.0 | $7,460.18 |
| Coordination & Communication with UCC | 148.5 | $74,862.31 |
| Court | 5.9 | $4,388.54 |
| DIP Financing | 22.9 | $12,152.50 |
| Fee Applications | 27.3 | $12,932.27 |
| Motions and Orders | 11.0 | $8,117.74 |
| POR / Disclosure Statement | 371.8 | $196,798.09 |
| Retention | 1.2 | $836.92 |
| Statements & Schedules | 1.0 | $718.58 |
| Status Meetings | 36.2 | $23,658.44 |
| Travel Time | 95.6 | $47,755.53 |
| UST Reporting Requirements | 12.2 | $6,626.24 |
| Vendor Management | 108.0 | $59,713.13 |
| **Total** | **2,132.1** | **$1,051,684.23** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*March 1, 2015 through March 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 6.8 | $4,015.00 |
| Bankruptcy Support | 34.5 | $16,836.65 |
| Business Plan | 36.7 | $14,758.11 |
| Cash Management | 3.1 | $1,185.63 |
| Causes of Action | 16.9 | $9,350.12 |
| Claims | 209.9 | $94,281.52 |
| Contracts | 57.8 | $33,273.75 |
| Coordination & Communication with other Creditor Constituents | 10.7 | $5,685.87 |
| Coordination & Communication with UCC | 51.6 | $25,821.89 |
| Court | 1.0 | $808.62 |
| Fee Applications | 7.6 | $3,592.27 |
| Motions and Orders | 2.1 | $1,492.74 |
| POR / Disclosure Statement | 82.4 | $42,577.23 |
| Retention | 0.3 | $232.48 |
| Statements & Schedules | 0.2 | $166.27 |
| Status Meetings | 10.5 | $6,791.44 |
| Travel Time | 26.5 | $13,265.33 |
| UST Reporting Requirements | 3.4 | $1,840.61 |
| Vendor Management | 30.2 | $16,059.37 |
| **Total** | **592.3** | **$292,034.92** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

### EFIH
### *Summary of Time Detail by Task*
### *March 1, 2015 through March 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 18.6 | $11,142.75 |
| Business Plan | 14.2 | $5,843.88 |
| Cash Management | 1.1 | $411.06 |
| Causes of Action | 5.8 | $3,241.72 |
| Claims | 64.0 | $27,623.55 |
| Coordination & Communication with other Creditor Constituents | 0.9 | $418.95 |
| Coordination & Communication with UCC | 19.0 | $8,770.80 |
| Court | 0.4 | $280.35 |
| DIP Financing | 8.6 | $4,947.50 |
| Fee Applications | 2.6 | $1,245.45 |
| Motions and Orders | 0.3 | $239.52 |
| POR / Disclosure Statement | 56.5 | $26,967.18 |
| Retention | 0.1 | $80.60 |
| Statements & Schedules | 0.1 | $57.65 |
| Status Meetings | 2.7 | $1,897.62 |
| Travel Time | 9.2 | $4,599.13 |
| UST Reporting Requirements | 1.2 | $638.15 |
| **Total** | **205.3** | **$98,405.85** |

*Travel time billed at 50% of time incurred*