**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

**Combined - All Entities**
*Summary of Time Detail by Professional*
*March 1, 2015 through March 31, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 42.0 | $38,850.00 |
| Emmett Bergman | Managing Director | $750.00 | 162.7 | $122,025.00 |
| John Stuart | Managing Director | $750.00 | 199.7 | $149,775.00 |
| Steve Kotarba | Managing Director | $675.00 | 154.7 | $104,422.50 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 178.0 | $106,800.00 |
| Matt Frank | Director | $600.00 | 141.7 | $85,020.00 |
| Kevin Sullivan | Director | $525.00 | 48.4 | $25,410.00 |
| Mark Zeiss | Director | $500.00 | 35.4 | $17,700.00 |
| Paul Kinealy | Director | $500.00 | 141.7 | $70,850.00 |
| David Blanks | Senior Associate | $475.00 | 204.9 | $97,327.50 |
| Henrique Biscolla | Senior Associate | $475.00 | 93.0 | $44,175.00 |
| Jeff Dwyer | Senior Associate | $475.00 | 154.4 | $73,340.00 |
| Taylor Atwood | Senior Associate | $475.00 | 149.6 | $71,060.00 |
| Richard Carter | Consultant | $425.00 | 158.0 | $67,150.00 |
| Scott Safron | Associate | $400.00 | 140.1 | $56,040.00 |
| Jon Rafpor | Analyst | $375.00 | 98.7 | $37,012.50 |
| Peyton Heath | Analyst | $350.00 | 186.0 | $65,100.00 |
| Sarah Pittman | Analyst | $350.00 | 107.4 | $37,590.00 |
| Michael Dvorak | Analyst | $325.00 | 154.0 | $50,050.00 |
| Michael Williams | Analyst | $325.00 | 193.0 | $62,725.00 |
| Robert Country | Analyst | $325.00 | 155.2 | $50,440.00 |
| Scott Hedges | Analyst | $325.00 | 14.2 | $4,615.00 |
| Mary Napoliello | Paraprofessional | $275.00 | 16.9 | $4,647.50 |
| | | ***Total*** | **2,929.7** | **$1,442,125.00** |

*Exhibit B*

### TCEH
### Summary of Time Detail by Professional
### March 1, 2015 through March 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 30.7 | $28,355.88 |
| Emmett Bergman | Managing Director | $750.00 | 130.2 | $97,627.93 |
| John Stuart | Managing Director | $750.00 | 138.8 | $104,075.05 |
| Steve Kotarba | Managing Director | $675.00 | 115.1 | $77,673.06 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 126.2 | $75,697.75 |
| Matt Frank | Director | $600.00 | 107.1 | $64,277.46 |
| Kevin Sullivan | Director | $525.00 | 35.5 | $18,620.99 |
| Mark Zeiss | Director | $500.00 | 25.8 | $12,881.33 |
| Paul Kinealy | Director | $500.00 | 105.0 | $52,484.84 |
| David Blanks | Senior Associate | $475.00 | 148.2 | $70,398.76 |
| Henrique Biscolla | Senior Associate | $475.00 | 69.5 | $33,020.32 |
| Jeff Dwyer | Senior Associate | $475.00 | 115.8 | $55,017.73 |
| Taylor Atwood | Senior Associate | $475.00 | 103.0 | $48,908.54 |
| Richard Carter | Consultant | $425.00 | 110.2 | $46,836.90 |
| Scott Safron | Associate | $400.00 | 92.8 | $37,118.82 |
| Jon Rafpor | Analyst | $375.00 | 72.9 | $27,318.81 |
| Peyton Heath | Analyst | $350.00 | 129.9 | $45,475.31 |
| Sarah Pittman | Analyst | $350.00 | 76.8 | $26,878.72 |
| Michael Dvorak | Analyst | $325.00 | 112.5 | $36,574.74 |
| Michael Williams | Analyst | $325.00 | 140.5 | $45,656.62 |
| Robert Country | Analyst | $325.00 | 123.2 | $40,043.79 |
| Scott Hedges | Analyst | $325.00 | 10.3 | $3,358.61 |
| Mary Napoliello | Paraprofessional | $275.00 | 12.3 | $3,382.26 |
| | | *Total* | 2,132.1 | $1,051,684.23 |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### March 1, 2015 through March 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---:|---:|---:|
| Jeff Stegenga | Managing Director | $925.00 | 9.3 | $8,614.03 |
| Emmett Bergman | Managing Director | $750.00 | 30.5 | $22,909.47 |
| John Stuart | Managing Director | $750.00 | 36.1 | $27,075.24 |
| Steve Kotarba | Managing Director | $675.00 | 29.7 | $20,041.03 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 42.1 | $25,265.37 |
| Matt Frank | Director | $600.00 | 33.2 | $19,904.00 |
| Kevin Sullivan | Director | $525.00 | 9.6 | $5,041.21 |
| Mark Zeiss | Director | $500.00 | 7.2 | $3,578.12 |
| Paul Kinealy | Director | $500.00 | 27.3 | $13,669.31 |
| David Blanks | Senior Associate | $475.00 | 31.0 | $14,723.33 |
| Henrique Biscolla | Senior Associate | $475.00 | 22.7 | $10,805.12 |
| Jeff Dwyer | Senior Associate | $475.00 | 37.0 | $17,576.54 |
| Taylor Atwood | Senior Associate | $475.00 | 30.5 | $14,510.59 |
| Richard Carter | Consultant | $425.00 | 36.5 | $15,532.42 |
| Scott Safron | Associate | $400.00 | 33.4 | $13,347.40 |
| Jon Rafpor | Analyst | $375.00 | 20.3 | $7,596.33 |
| Peyton Heath | Analyst | $350.00 | 33.0 | $11,546.97 |
| Sarah Pittman | Analyst | $350.00 | 22.9 | $8,002.93 |
| Michael Dvorak | Analyst | $325.00 | 30.8 | $10,006.11 |
| Michael Williams | Analyst | $325.00 | 39.1 | $12,697.20 |
| Robert Country | Analyst | $325.00 | 23.8 | $7,719.75 |
| Scott Hedges | Analyst | $325.00 | 2.9 | $932.94 |
| Mary Napoliello | Paraprofessional | $275.00 | 3.4 | $939.51 |
| **Total** | | | **592.3** | **$292,034.92** |

*Exhibit B*

### EFIH
### *Summary of Time Detail by Professional*
### *March 1, 2015 through March 31, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 2.0 | $1,880.09 |
| Emmett Bergman | Managing Director | $750.00 | 2.0 | $1,487.60 |
| John Stuart | Managing Director | $750.00 | 24.8 | $18,624.71 |
| Steve Kotarba | Managing Director | $675.00 | 9.9 | $6,708.41 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 9.7 | $5,836.88 |
| Matt Frank | Director | $600.00 | 1.4 | $838.53 |
| Kevin Sullivan | Director | $525.00 | 3.3 | $1,747.80 |
| Mark Zeiss | Director | $500.00 | 2.5 | $1,240.55 |
| Paul Kinealy | Director | $500.00 | 9.4 | $4,695.85 |
| David Blanks | Senior Associate | $475.00 | 25.7 | $12,205.41 |
| Henrique Biscolla | Senior Associate | $475.00 | 0.7 | $349.56 |
| Jeff Dwyer | Senior Associate | $475.00 | 1.6 | $745.73 |
| Taylor Atwood | Senior Associate | $475.00 | 16.1 | $7,640.86 |
| Richard Carter | Consultant | $425.00 | 11.2 | $4,780.68 |
| Scott Safron | Associate | $400.00 | 13.9 | $5,573.78 |
| Jon Rafpor | Analyst | $375.00 | 5.6 | $2,097.36 |
| Peyton Heath | Analyst | $350.00 | 23.1 | $8,077.72 |
| Sarah Pittman | Analyst | $350.00 | 7.7 | $2,708.35 |
| Michael Dvorak | Analyst | $325.00 | 10.7 | $3,469.15 |
| Michael Williams | Analyst | $325.00 | 13.4 | $4,371.17 |
| Robert Country | Analyst | $325.00 | 8.2 | $2,676.46 |
| Scott Hedges | Analyst | $325.00 | 1.0 | $323.45 |
| Mary Napoliello | Paraprofessional | $275.00 | 1.2 | $325.73 |
| | | *Total* | **205.3** | **$98,405.85** |