## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

**Combined**
**Energy Future Holdings Corp., et al.,**
**Summary of Expense Detail by Category**
**March 1, 2015 through March 31, 2015**

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $27,352.71 |
| Lodging | $32,314.07 |
| Meals | $3,920.81 |
| Miscellaneous | $226.05 |
| Transportation | $8,314.63 |
| **Total** | **$72,128.27** |

*Exhibit C*

---

### TCEH
### *Summary of Expense Detail by Category*
### *March 1, 2015 through March 31, 2015*

---

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $19,907.29 |
| Lodging | $23,518.19 |
| Meals | $2,853.52 |
| Miscellaneous | $164.54 |
| Transportation | $6,051.71 |
| | |
| *Total* | **$52,495.25** |

*Exhibit C*

---

*EFH*
*Summary of Expense Detail by Category*
*March 1, 2015 through March 31, 2015*

---

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $5,530.65 |
| Lodging | $6,533.97 |
| Meals | $792.83 |
| Miscellaneous | $45.70 |
| Transportation | $1,680.97 |
| *Total* | **$14,584.12** |

*Exhibit C*

*EFIH*
*Summary of Expense Detail by Category*
*March 1, 2015 through March 31, 2015*

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $1,914.77 |
| Lodging | $2,261.91 |
| Meals | $274.46 |
| Miscellaneous | $15.81 |
| Transportation | $581.95 |
| *Total* | **$5,048.90** |