# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**March 1, 2015 through March 31, 2015**

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Henrique Biscolla | 3/6/2015 | $728.20 | Airfare coach roundtrip Chicago/Dallas. |
| Henrique Biscolla | 3/10/2015 | $838.20 | Airfare coach roundtrip Chicago/Dallas. |
| Henrique Biscolla | 3/16/2015 | $838.20 | Airfare coach roundtrip Chicago/Dallas. |
| Henrique Biscolla | 3/16/2015 | ($364.09) | Airfare refund from cancelled flight. |
| Jeff Dwyer | 3/2/2015 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Jeff Dwyer | 3/5/2015 | $493.10 | Airfare coach one-way Dallas/San Francisco |
| Jeff Dwyer | 3/9/2015 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Jeff Dwyer | 3/11/2015 | $161.10 | Airfare change fee. |
| Jeff Dwyer | 3/16/2015 | $515.10 | Airfare coach one-way San Francisco/Dallas. |
| Jeff Dwyer | 3/19/2015 | $493.10 | Airfare coach one-way Dallas/San Francisco |
| Jeff Dwyer | 3/23/2015 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Jeff Dwyer | 3/26/2015 | $507.35 | Airfare coach one-way Dallas/San Francisco |
| Jeff Dwyer | 3/29/2015 | $501.60 | Airfare coach one-way San Francisco/Dallas. |
| Matt Frank | 3/2/2015 | $364.10 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 3/5/2015 | $364.10 | Airfare coach one-way Dallas/Chicago. |
| Matt Frank | 3/9/2015 | $364.10 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 3/12/2015 | $364.10 | Airfare coach one-way Dallas/Chicago. |
| Matt Frank | 3/16/2015 | $364.10 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 3/19/2015 | $364.10 | Airfare coach one-way Dallas/Chicago. |
| Matt Frank | 3/23/2015 | $364.10 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 3/25/2015 | $382.10 | Airfare coach one-way Dallas/Chicago. |
| Michael Dvorak | 3/4/2015 | $728.20 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Dvorak | 3/10/2015 | $948.20 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Dvorak | 3/16/2015 | $948.20 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Dvorak | 3/27/2015 | $729.98 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 2/1/2015 | $686.20 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 2/8/2015 | $790.79 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 2/15/2015 | $343.10 | Airfare coach one-way Chicago/Dallas. |
| Michael Williams | 2/18/2015 | $364.10 | Airfare coach one-way Dallas/Chicago. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**March 1, 2015 through March 31, 2015**

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 3/1/2015 | $770.80 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 3/8/2015 | $686.20 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 3/16/2015 | $838.20 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 3/22/2015 | $791.54 | Airfare coach roundtrip Chicago/Dallas. |
| Paul Kinealy | 3/5/2015 | $679.20 | Airfare coach roundtrip Chicago/Dallas. |
| Paul Kinealy | 3/7/2015 | $679.20 | Airfare coach roundtrip Chicago/Dallas. |
| Paul Kinealy | 3/23/2015 | $730.00 | Airfare coach roundtrip Chicago/Dallas. |
| Richard Carter | 2/10/2015 | $728.20 | Airfare coach roundtrip Chicago/Dallas. |
| Richard Carter | 2/27/2015 | $728.20 | Airfare coach roundtrip Chicago/Dallas. |
| Richard Carter | 3/16/2015 | $728.20 | Airfare coach roundtrip Chicago/Dallas. |
| Robert Country | 3/4/2015 | $686.20 | Airfare coach roundtrip Chicago/Dallas. |
| Robert Country | 3/5/2015 | $686.20 | Airfare coach roundtrip Chicago/Dallas. |
| Robert Country | 3/12/2015 | $477.10 | Airfare coach one-way Chicago/Dallas. |
| Robert Country | 3/12/2015 | $343.10 | Airfare coach one-way Dallas/Chicago. |
| Robert Country | 3/16/2015 | $340.44 | Airfare coach one-way Chicago/Dallas. |
| Robert Country | 3/18/2015 | $686.20 | Airfare coach roundtrip Chicago/Dallas. |
| Steve Kotarba | 3/2/2015 | $488.40 | Airfare coach one-way New York/Dallas. |
| Steve Kotarba | 3/5/2015 | $673.60 | Airfare roundtrip Chicago/Philadelphia. |
| Steve Kotarba | 3/16/2015 | $387.00 | Airfare coach one-way Chicago/Dallas. |
| Steve Kotarba | 3/18/2015 | $387.00 | Airfare coach one-way Dallas/Chicago. |
| **Expense Category Total** | | **$27,352.71** | |

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Henrique Biscolla | 3/4/2015 | $826.41 | Hotel in Dallas - 3 nights. |
| Henrique Biscolla | 3/10/2015 | $322.74 | Hotel in Dallas - 2 nights. |
| Henrique Biscolla | 3/18/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Henrique Biscolla | 3/23/2015 | $255.88 | Hotel in Dallas - 1 night. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**March 1, 2015 through March 31, 2015**

### *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 3/5/2015 | $742.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 3/11/2015 | $496.76 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 3/19/2015 | $915.53 | Hotel in Dallas - 4 nights. |
| Jeff Dwyer | 3/25/2015 | $742.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 3/31/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 3/6/2015 | $1,150.00 | Lodging in Dallas - 5 nights. |
| Jodi Ehrenhofer | 3/11/2015 | $690.00 | Lodging in Dallas - 3 nights. |
| Jodi Ehrenhofer | 3/20/2015 | $920.00 | Lodging in Dallas - 4 nights. |
| Jodi Ehrenhofer | 3/26/2015 | $1,150.00 | Lodging in Dallas - 5 nights. |
| Jodi Ehrenhofer | 3/31/2015 | $460.00 | Lodging in Dallas - 2 nights. |
| Matt Frank | 3/4/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 3/11/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 3/19/2015 | $737.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 3/24/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Michael Dvorak | 3/4/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 3/11/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 3/18/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 3/25/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 3/31/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Michael Williams | 2/4/2015 | $1,021.57 | Hotel in Dallas - 4 nights. |
| Michael Williams | 2/11/2015 | $1,021.57 | Hotel in Dallas - 4 nights. |
| Michael Williams | 2/17/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 3/4/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Michael Williams | 3/8/2015 | $983.52 | Hotel in Dallas - 4 nights. |
| Michael Williams | 3/16/2015 | $737.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 3/25/2015 | $967.04 | Hotel in Dallas - 4 nights. |
| Paul Kinealy | 3/5/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 3/12/2015 | $711.16 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 3/19/2015 | $767.64 | Hotel in Dallas - 3 nights. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*March 1, 2015 through March 31, 2015*

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 3/31/2015 | $255.88 | Hotel in Dallas - 1 night. |
| Richard Carter | 2/26/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 3/5/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 3/26/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 3/4/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 3/11/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 3/18/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 3/25/2015 | $701.91 | Hotel in Dallas - 3 nights. |
| Robert Country | 3/31/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Steve Kotarba | 3/2/2015 | $178.09 | Hotel in New York - 1 night. |
| Steve Kotarba | 3/4/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Steve Kotarba | 3/9/2015 | $246.51 | Hotel in Wilmington - 1 night. |
| Steve Kotarba | 3/16/2015 | $236.29 | Hotel in Dallas - 1 night. |
| Steve Kotarba | 3/17/2015 | $233.97 | Hotel in Dallas - 1 night. |
| **Expense Category Total** | | **$32,314.07** | |

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 2/2/2015 | $11.78 | Out of town breakfast - E. Bergman. |
| Henrique Biscolla | 3/3/2015 | $6.15 | Out of town breakfast - H. Biscolla. |
| Henrique Biscolla | 3/4/2015 | $6.26 | Out of town breakfast - H. Biscolla. |
| Henrique Biscolla | 3/9/2015 | $40.00 | Out of town dinner - H. Biscolla. |
| Henrique Biscolla | 3/10/2015 | $2.99 | Out of town breakfast - H. Biscolla. |
| Henrique Biscolla | 3/11/2015 | $5.72 | Out of town breakfast - H. Biscolla. |
| Henrique Biscolla | 3/17/2015 | $11.78 | Out of town breakfast - H. Biscolla. |
| Henrique Biscolla | 3/18/2015 | $11.00 | Out of town breakfast - H. Biscolla. |
| Henrique Biscolla | 3/25/2015 | $6.55 | Out of town breakfast - H. Biscolla. |
| Jeff Dwyer | 3/2/2015 | $38.18 | Out of town dinner - J. Dwyer, |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## March 1, 2015 through March 31, 2015

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 3/3/2015 | $37.79 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 3/3/2015 | $8.39 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 3/4/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 3/4/2015 | $200.00 | Out of town dinner - J. Dwyer, H. Biscolla, M. Williams, P. Country, S. Kotarba - 5. |
| Jeff Dwyer | 3/5/2015 | $28.05 | Out of town dinner - J. Dwyer, E. Bergman - 2. |
| Jeff Dwyer | 3/5/2015 | $4.95 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 3/9/2015 | $80.00 | Out of town dinner - J. Dwyer, M. Frank - 2. |
| Jeff Dwyer | 3/10/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 3/11/2015 | $22.81 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 3/11/2015 | $120.00 | Out of town dinner - J. Dwyer, H. Biscolla, M. Frank - 3. |
| Jeff Dwyer | 3/16/2015 | $8.31 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 3/16/2015 | $31.98 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 3/17/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 3/18/2015 | $320.00 | Out of town dinner - J. Dwyer, E. Bergman, H. Biscolla, M. Frank, M. Dvorak, M. Williams, P. Kinealy, R. Country - 8. |
| Jeff Dwyer | 3/23/2015 | $80.00 | Out of town dinner - J. Dwyer, E. Bergman - 2. |
| Jeff Dwyer | 3/24/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 3/24/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 3/25/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 3/25/2015 | $24.66 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 3/26/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 3/29/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 3/29/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 3/30/2015 | $4.06 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 3/30/2015 | $37.18 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 3/31/2015 | $80.00 | Out of town dinner - J. Dwyer, R. Country - 2. |
| Jeff Dwyer | 3/31/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Matt Frank | 3/2/2015 | $7.27 | Out of town breakfast - M. Frank. |
| Matt Frank | 3/3/2015 | $5.01 | Out of town breakfast - M. Frank. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**March 1, 2015 through March 31, 2015**

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 3/4/2015 | $10.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 3/4/2015 | $80.00 | Out of town dinner - M. Frank, R. Carter - 2. |
| Matt Frank | 3/5/2015 | $19.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 3/9/2015 | $5.13 | Out of town breakfast - M. Frank. |
| Matt Frank | 3/10/2015 | $10.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 3/12/2015 | $4.45 | Out of town breakfast - M. Frank. |
| Matt Frank | 3/16/2015 | $6.23 | Out of town breakfast - M. Frank. |
| Matt Frank | 3/16/2015 | $120.00 | Out of town dinner - M. Frank. R. Country, H. Biscolla - 3. |
| Matt Frank | 3/17/2015 | $7.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 3/18/2015 | $12.83 | Out of town breakfast - J. Dwyer, M. Frank - 2. |
| Matt Frank | 3/19/2015 | $8.07 | Out of town breakfast - M. Frank. |
| Matt Frank | 3/23/2015 | $8.29 | Out of town breakfast - M. Frank. |
| Matt Frank | 3/23/2015 | $80.00 | Out of town dinner - M. Frank, H. Biscolla - 2. |
| Matt Frank | 3/24/2015 | $40.00 | Out of town dinner - M. Frank, H. Biscolla - 2. |
| Matt Frank | 3/24/2015 | $16.97 | Out of town breakfast - M. Frank. |
| Matt Frank | 3/25/2015 | $14.89 | Out of town breakfast - M. Frank. |
| Michael Dvorak | 3/2/2015 | $17.24 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/3/2015 | $8.50 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/4/2015 | $14.90 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/5/2015 | $40.00 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 3/9/2015 | $17.24 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/10/2015 | $86.72 | Out of town dinner - R. Country, M. Williams, M. Dvorak - 3. |
| Michael Dvorak | 3/10/2015 | $12.14 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/11/2015 | $15.00 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/12/2015 | $17.41 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/12/2015 | $78.06 | Out of town dinner - M. Williams, M. Dvorak - 2. |
| Michael Dvorak | 3/16/2015 | $28.15 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 3/16/2015 | $17.24 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/17/2015 | $40.00 | Out of town dinner - M. Dvorak. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**March 1, 2015 through March 31, 2015**

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 3/17/2015 | $11.16 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/18/2015 | $11.73 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/19/2015 | $11.97 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 3/19/2015 | $17.55 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/23/2015 | $11.38 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/23/2015 | $30.13 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 3/24/2015 | $13.69 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/25/2015 | $9.18 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/26/2015 | $13.28 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/26/2015 | $26.26 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 3/30/2015 | $14.17 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 3/30/2015 | $31.17 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 3/31/2015 | $13.90 | Out of town breakfast - M. Dvorak. |
| Michael Williams | 3/1/2015 | $11.13 | Out of town dinner - R. Carter. |
| Michael Williams | 3/25/2015 | $153.81 | Out of town dinner - M. Williams, M. Dvorak, S. Kotarba, R. Country, R. Carter - 5. |
| Paul Kinealy | 3/2/2015 | $7.23 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 3/3/2015 | $9.59 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 3/5/2015 | $5.92 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 3/10/2015 | $10.61 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 3/11/2015 | $26.47 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 3/11/2015 | $9.59 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 3/13/2015 | $7.23 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 3/16/2015 | $7.46 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 3/16/2015 | $7.00 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 3/17/2015 | $5.60 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 3/18/2015 | $8.29 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 3/19/2015 | $9.59 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 3/31/2015 | $7.46 | Out of town breakfast - P. Kinealy. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## March 1, 2015 through March 31, 2015

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 2/24/2015 | $39.41 | Out of town dinner - R. Carter. |
| Richard Carter | 2/24/2015 | $9.61 | Out of town breakfast - R. Carter. |
| Richard Carter | 2/25/2015 | $18.99 | Out of town dinner - R. Carter. |
| Richard Carter | 2/26/2015 | $9.89 | Out of town dinner - R. Carter. |
| Richard Carter | 3/2/2015 | $7.18 | Out of town breakfast - R. Carter. |
| Richard Carter | 3/4/2015 | $4.10 | Out of town breakfast - R. Carter. |
| Richard Carter | 3/5/2015 | $6.65 | Out of town dinner - R. Carter. |
| Richard Carter | 3/5/2015 | $4.10 | Out of town breakfast - R. Carter. |
| Richard Carter | 3/6/2015 | $39.41 | Out of town dinner - R. Carter. |
| Richard Carter | 3/23/2015 | $6.80 | Out of town breakfast - R. Carter. |
| Richard Carter | 3/23/2015 | $40.00 | Out of town dinner - R. Carter. |
| Richard Carter | 3/24/2015 | $4.10 | Out of town breakfast - R. Carter. |
| Richard Carter | 3/25/2015 | $5.40 | Out of town breakfast - R. Carter. |
| Richard Carter | 3/26/2015 | $9.03 | Out of town dinner - R. Carter. |
| Robert Country | 3/2/2015 | $161.62 | Out of town dinner - R. Country, M. Dvorak, M. Williams, P. Kinealy, R. Carter - 5. |
| Robert Country | 3/2/2015 | $11.44 | Out of town breakfast - R. Country. |
| Robert Country | 3/3/2015 | $11.84 | Out of town breakfast - R. Country. |
| Robert Country | 3/4/2015 | $8.57 | Out of town breakfast - R. Country. |
| Robert Country | 3/9/2015 | $7.49 | Out of town breakfast - R. Country. |
| Robert Country | 3/9/2015 | $54.56 | Out of town dinner - R. Country, M. Dvorak - 2. |
| Robert Country | 3/10/2015 | $14.12 | Out of town breakfast - R. Country. |
| Robert Country | 3/11/2015 | $17.32 | Out of town dinner - R. Country. |
| Robert Country | 3/11/2015 | $9.80 | Out of town breakfast - R. Country. |
| Robert Country | 3/17/2015 | $14.03 | Out of town breakfast - R. Country. |
| Robert Country | 3/17/2015 | $40.00 | Out of town dinner - R. Country. |
| Robert Country | 3/18/2015 | $7.33 | Out of town breakfast - R. Country. |
| Robert Country | 3/19/2015 | $7.49 | Out of town breakfast - R. Country. |
| Robert Country | 3/23/2015 | $21.94 | Out of town dinner - R. Country. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## March 1, 2015 through March 31, 2015

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 3/23/2015 | $5.72 | Out of town breakfast - R. Country. |
| Robert Country | 3/24/2015 | $80.00 | Out of town dinner - R. Country, M. Dvorak - 2. |
| Robert Country | 3/25/2015 | $4.10 | Out of town breakfast - R. Country. |
| Robert Country | 3/26/2015 | $4.10 | Out of town breakfast - R. Country. |
| Robert Country | 3/30/2015 | $36.31 | Out of town dinner - R. Country. |
| Robert Country | 3/30/2015 | $9.85 | Out of town breakfast - R. Country. |
| Robert Country | 3/31/2015 | $10.73 | Out of town breakfast - R. Country. |
| Steve Kotarba | 3/3/2015 | $199.14 | Out of town dinner - S. Kotarba, M. Williams, P. Kinealy, M. Dvorak, R. Country - 5. |
| Steve Kotarba | 3/9/2015 | $40.00 | Out of town dinner - S. Kotarba. |
| Steve Kotarba | 3/17/2015 | $240.00 | Out of town dinner - S. Kotarba, J. Dwyer, M. Frank, M. Williams, P. Kinealy, H. Biscolla - 6. |
| **Expense Category Total** | | **$3,920.81** | |

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 3/4/2015 | $49.95 | Internet online access fee for month. |
| Jeff Dwyer | 3/5/2015 | $6.99 | Internet online access fee. |
| Jeff Dwyer | 3/10/2015 | $7.18 | Verizon conference call charges. |
| Jeff Dwyer | 3/11/2015 | $6.99 | Internet online access fee. |
| Jodi Ehrenhofer | 3/10/2015 | $50.16 | Verizon conference call charges. |
| Mark Zeiss | 3/10/2015 | $20.09 | Verizon conference call charges. |
| Matt Frank | 3/10/2015 | $29.04 | Verizon conference call charges. |
| Matt Frank | 3/13/2015 | $39.95 | Internet in flight for month of March. |
| Michael Dvorak | 3/26/2015 | $5.96 | Inflight internet charge. |
| Robert Country | 3/5/2015 | $9.74 | In flight Wifi charge. |
| **Expense Category Total** | | **$226.05** | |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### March 1, 2015 through March 31, 2015

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Henrique Biscolla | 3/5/2015 | $50.25 | Taxi from O'Hare Airport to home. |
| Henrique Biscolla | 3/9/2015 | $70.00 | Taxi from DFW Airport to Energy Plaza. |
| Henrique Biscolla | 3/9/2015 | $47.85 | Taxi from home to O'Hare Airport. |
| Henrique Biscolla | 3/11/2015 | $60.00 | Taxi from O'Hare Airport to home. |
| Henrique Biscolla | 3/11/2015 | $60.00 | Taxi from Energy Plaza to DFW Airport. |
| Henrique Biscolla | 3/16/2015 | $50.45 | Taxi from home to O'Hare Airport. |
| Henrique Biscolla | 3/19/2015 | $5.00 | Blue Line from O'Hare to home. |
| Henrique Biscolla | 3/19/2015 | $70.00 | Taxi from Energy Plaza to DFW Airport. |
| Henrique Biscolla | 3/23/2015 | $60.00 | Taxi from home to O'Hare. |
| Jeff Dwyer | 3/2/2015 | $30.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 3/2/2015 | $70.00 | Taxi from home to Chicago O'Hare. |
| Jeff Dwyer | 3/3/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 3/4/2015 | $4.00 | Taxi to Energy. |
| Jeff Dwyer | 3/4/2015 | $20.00 | Taxi to dinner. |
| Jeff Dwyer | 3/4/2015 | $26.00 | Taxi from dinner. |
| Jeff Dwyer | 3/4/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 3/5/2015 | $70.00 | Taxi from Chicago O'Hare to home |
| Jeff Dwyer | 3/5/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 3/9/2015 | $70.00 | Taxi from home to Chicago O'Hare. |
| Jeff Dwyer | 3/9/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 3/9/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 3/10/2015 | $4.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 3/10/2015 | $45.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 3/10/2015 | $24.00 | Taxi from dinner to hotel. |
| Jeff Dwyer | 3/11/2015 | $76.00 | Taxi from Chicago O'Hare to home |
| Jeff Dwyer | 3/16/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 3/16/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Jeff Dwyer | 3/16/2015 | $70.00 | Taxi from home to Chicago O'Hare. |
| Jeff Dwyer | 3/17/2015 | $15.00 | Taxi from Energy to Hotel. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## March 1, 2015 through March 31, 2015

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 3/17/2015 | $17.00 | Taxi from hotel to dinner. |
| Jeff Dwyer | 3/17/2015 | $9.40 | Taxi from hotel to Energy. |
| Jeff Dwyer | 3/18/2015 | $15.00 | Taxi from hotel to dinner. |
| Jeff Dwyer | 3/18/2015 | $15.00 | Taxi from Energy to Hotel. |
| Jeff Dwyer | 3/18/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 3/18/2015 | $11.09 | Taxi from dinner to hotel. |
| Jeff Dwyer | 3/19/2015 | $70.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 3/19/2015 | $76.00 | Taxi from Chicago O'Hare to home. |
| Jeff Dwyer | 3/23/2015 | $15.00 | Taxi from dinner to hotel. |
| Jeff Dwyer | 3/23/2015 | $15.00 | Taxi from Energy to dinner. |
| Jeff Dwyer | 3/23/2015 | $30.00 | Taxi from Dallas Airport to Hotel. |
| Jeff Dwyer | 3/23/2015 | $70.00 | Taxi from home to Chicago O'Hare. |
| Jeff Dwyer | 3/24/2015 | $15.00 | Taxi from Energy to Hotel. |
| Jeff Dwyer | 3/24/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 3/25/2015 | $15.00 | Taxi from Energy to Hotel. |
| Jeff Dwyer | 3/26/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 3/27/2015 | $70.00 | Taxi from Chicago O'Hare to home. |
| Jeff Dwyer | 3/29/2015 | $70.00 | Taxi from home to Chicago O'Hare. |
| Jeff Dwyer | 3/30/2015 | $23.00 | Taxi from dinner to hotel. |
| Jeff Dwyer | 3/30/2015 | $17.58 | Taxi from Energy to dinner. |
| Jeff Dwyer | 3/30/2015 | $60.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 3/30/2015 | $12.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 3/31/2015 | $15.00 | Taxi from Energy to Hotel. |
| Jeff Dwyer | 3/31/2015 | $12.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 3/31/2015 | $8.35 | Taxi from dinner to hotel. |
| Jeff Dwyer | 3/31/2015 | $15.00 | Taxi from hotel to dinner. |
| Matt Frank | 3/2/2015 | $20.00 | Taxi from dinner to hotel |
| Matt Frank | 3/2/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 3/2/2015 | $60.00 | Taxi from DFW Airport to Energy. |

*Exhibit D*

> *Combined - All Entities*
> *Expense Detail by Category*
> *March 1, 2015 through March 31, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 3/3/2015 | $18.00 | Taxi from client to dinner. |
| Matt Frank | 3/3/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 3/4/2015 | $15.00 | Taxi from client to hotel. |
| Matt Frank | 3/5/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 3/5/2015 | $60.00 | Taxi from hotel to DFW Airport. |
| Matt Frank | 3/9/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 3/9/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 3/10/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 3/11/2015 | $22.00 | Taxi from dinner to hotel. |
| Matt Frank | 3/11/2015 | $20.00 | Taxi from hotel to dinner. |
| Matt Frank | 3/11/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 3/12/2015 | $60.00 | Taxi from hotel to DFW Airport. |
| Matt Frank | 3/12/2015 | $60.00 | Taxi from Chicago O'Hare to A&M office. |
| Matt Frank | 3/16/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 3/16/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 3/16/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 3/17/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 3/18/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 3/19/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 3/19/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 3/23/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 3/23/2015 | $15.00 | Taxi from dinner to hotel. |
| Matt Frank | 3/23/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 3/23/2015 | $15.00 | Taxi from Energy to dinner. |
| Matt Frank | 3/24/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 3/25/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 3/2/2015 | $41.18 | Taxi from home to O'Hare Airport. |
| Michael Dvorak | 3/2/2015 | $57.78 | Taxi from DFW Airport to Energy. |
| Michael Dvorak | 3/3/2015 | $25.00 | Taxi from dinner to hotel. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*March 1, 2015 through March 31, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 3/3/2015 | $15.00 | Taxi to dinner. |
| Michael Dvorak | 3/4/2015 | $4.00 | Taxi from dinner to hotel. |
| Michael Dvorak | 3/4/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 3/5/2015 | $46.45 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 3/5/2015 | $69.00 | Taxi from Chicago O'Hare to home. |
| Michael Dvorak | 3/9/2015 | $65.00 | Taxi from home to O'Hare Airport. |
| Michael Dvorak | 3/9/2015 | $4.00 | Taxi from dinner to hotel. |
| Michael Dvorak | 3/10/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 3/11/2015 | $15.00 | Taxi from dinner to hotel. |
| Michael Dvorak | 3/11/2015 | $15.00 | Taxi to dinner. |
| Michael Dvorak | 3/11/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 3/12/2015 | $50.55 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 3/12/2015 | $65.00 | Taxi from home to O'Hare Airport. |
| Michael Dvorak | 3/16/2015 | $65.00 | Taxi from home to O'Hare Airport. |
| Michael Dvorak | 3/16/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Dvorak | 3/17/2015 | $15.00 | Taxi to dinner. |
| Michael Dvorak | 3/19/2015 | $65.00 | Taxi from O'Hare to home. |
| Michael Dvorak | 3/19/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 3/23/2015 | $65.00 | Taxi from home to O'Hare Airport. |
| Michael Dvorak | 3/23/2015 | $10.00 | Taxi to hotel. |
| Michael Dvorak | 3/24/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 3/24/2015 | $15.00 | Taxi to hotel. |
| Michael Dvorak | 3/24/2015 | $15.00 | Taxi from dinner to hotel. |
| Michael Dvorak | 3/25/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 3/26/2015 | $76.00 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 3/26/2015 | $16.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 3/26/2015 | $65.00 | Taxi from O'Hare to home. |
| Michael Dvorak | 3/30/2015 | $65.00 | Taxi from home to O'Hare Airport. |
| Michael Dvorak | 3/30/2015 | $15.00 | Taxi from Energy to hotel. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*March 1, 2015 through March 31, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 3/31/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 3/31/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 2/1/2015 | $46.22 | Taxi from home to O'Hare Airport. |
| Michael Williams | 2/1/2015 | $60.00 | Taxi to hotel from DFW Airport. |
| Michael Williams | 2/2/2015 | $15.00 | Taxi to hotel from office |
| Michael Williams | 2/4/2015 | $15.00 | Taxi to hotel from office |
| Michael Williams | 2/5/2015 | $60.00 | Taxi to DFW Airport. |
| Michael Williams | 2/5/2015 | $51.40 | Taxi from O'Hare Airport to home. |
| Michael Williams | 2/8/2015 | $60.00 | Taxi from DFW Airport to client. |
| Michael Williams | 2/8/2015 | $43.10 | Taxi to O'Hare Airport. |
| Michael Williams | 2/10/2015 | $15.00 | Taxi to hotel from office. |
| Michael Williams | 2/12/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 2/12/2015 | $10.00 | Taxi from hotel to office. |
| Michael Williams | 2/12/2015 | $60.00 | Taxi to DFW Airport. |
| Michael Williams | 2/15/2015 | $45.26 | Taxi to hotel from office |
| Michael Williams | 2/15/2015 | $60.00 | Taxi from DFW Airport to client. |
| Michael Williams | 2/16/2015 | $20.00 | Taxi to office from hotel. |
| Michael Williams | 2/17/2015 | $20.00 | Taxi to office from hotel. |
| Michael Williams | 2/18/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 2/18/2015 | $70.00 | Taxi to DFW Airport. |
| Michael Williams | 3/1/2015 | $60.00 | Taxi to hotel. |
| Michael Williams | 3/1/2015 | $43.34 | Taxi from home to O'Hare Airport. |
| Michael Williams | 3/2/2015 | $25.00 | Taxi to hotel. |
| Michael Williams | 3/5/2015 | $60.00 | Taxi from client to DFW Airport. |
| Michael Williams | 3/5/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 3/5/2015 | $15.00 | Taxi to hotel. |
| Michael Williams | 3/8/2015 | $60.00 | Taxi from DFW Airport to client. |
| Michael Williams | 3/8/2015 | $46.22 | Taxi from home to O'Hare Airport. |
| Michael Williams | 3/10/2015 | $15.00 | Taxi to dinner. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**March 1, 2015 through March 31, 2015**

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Michael Williams | 3/11/2015 | $25.00 | Taxi to office. |
| Michael Williams | 3/12/2015 | $60.00 | Taxi from client to DFW Airport. |
| Michael Williams | 3/12/2015 | $21.50 | Taxi from O'Hare to home. |
| Michael Williams | 3/16/2015 | $25.00 | Taxi to hotel. |
| Michael Williams | 3/16/2015 | $44.54 | Taxi from home to O'Hare Airport. |
| Michael Williams | 3/16/2015 | $60.00 | Taxi from DFW Airport to client. |
| Michael Williams | 3/22/2015 | $60.00 | Taxi from DFW Airport to client. |
| Michael Williams | 3/22/2015 | $43.34 | Taxi from home to O'Hare Airport. |
| Michael Williams | 3/25/2015 | $20.00 | Taxi to hotel. |
| Michael Williams | 3/26/2015 | $9.79 | Taxi from home to O'Hare Airport. |
| Paul Kinealy | 3/2/2015 | $24.00 | Taxi from airport to client. |
| Paul Kinealy | 3/3/2015 | $15.00 | Taxi from client to hotel. |
| Paul Kinealy | 3/3/2015 | $17.00 | Taxi from hotel to client. |
| Paul Kinealy | 3/5/2015 | $25.00 | Taxi from airport to client. |
| Paul Kinealy | 3/5/2015 | $120.00 | Parking at Chicago Airport. |
| Paul Kinealy | 3/10/2015 | $23.40 | Taxi from airport to client. |
| Paul Kinealy | 3/11/2015 | $9.00 | Taxi from hotel to client. |
| Paul Kinealy | 3/11/2015 | $19.00 | Taxi from dinner to hotel. |
| Paul Kinealy | 3/12/2015 | $9.00 | Taxi from dinner to hotel. |
| Paul Kinealy | 3/12/2015 | $16.00 | Taxi from hotel to client. |
| Paul Kinealy | 3/12/2015 | $4.00 | Taxi from client to dinner. |
| Paul Kinealy | 3/13/2015 | $60.00 | Parking at Chicago Airport. |
| Paul Kinealy | 3/13/2015 | $25.00 | Taxi from client to airport. |
| Paul Kinealy | 3/13/2015 | $8.00 | Taxi from hotel to client. |
| Paul Kinealy | 3/16/2015 | $26.00 | Taxi from Dallas airport to client. |
| Paul Kinealy | 3/17/2015 | $20.00 | Taxi from dinner to hotel. |
| Paul Kinealy | 3/18/2015 | $12.00 | Taxi from hotel to client. |
| Paul Kinealy | 3/18/2015 | $16.00 | Taxi from client to hotel. |
| Paul Kinealy | 3/19/2015 | $25.00 | Taxi from client to Dallas airport. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**March 1, 2015 through March 31, 2015**

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 3/19/2015 | $114.00 | Parking at Chicago Airport. |
| Paul Kinealy | 3/31/2015 | $25.26 | Taxi from Dallas airport to client. |
| Richard Carter | 2/24/2015 | $58.62 | Taxi from DFW Airport to Energy. |
| Richard Carter | 2/25/2015 | $6.40 | Taxi to Energy. |
| Richard Carter | 2/26/2015 | $105.00 | Parking at Chicago O'Hare. |
| Richard Carter | 2/26/2015 | $5.80 | Taxi to client. |
| Richard Carter | 2/27/2015 | $55.00 | Taxi from client to DFW Airport. |
| Richard Carter | 3/2/2015 | $56.94 | Taxi from DFW Airport to EFH. |
| Richard Carter | 3/4/2015 | $4.00 | Taxi to client. |
| Richard Carter | 3/5/2015 | $140.00 | Parking at Chicago O'Hare. |
| Richard Carter | 3/25/2015 | $59.45 | Taxi from DFW Airport to EFH. |
| Richard Carter | 3/26/2015 | $140.00 | Parking at Chicago O'Hare. |
| Richard Carter | 3/27/2015 | $54.00 | Taxi from Energy to DFW Airport. |
| Robert Country | 3/2/2015 | $63.25 | Taxi from Dallas airport to Energy. |
| Robert Country | 3/2/2015 | $40.46 | Taxi from home to O'Hare Airport. |
| Robert Country | 3/5/2015 | $32.25 | Taxi from O'Hare Airport to home. |
| Robert Country | 3/9/2015 | $39.50 | Taxi from home to O'Hare Airport. |
| Robert Country | 3/9/2015 | $54.85 | Taxi from Dallas airport to Energy. |
| Robert Country | 3/12/2015 | $39.66 | Taxi from O'Hare Airport to home. |
| Robert Country | 3/16/2015 | $54.00 | Taxi from Dallas airport to Energy. |
| Robert Country | 3/16/2015 | $37.02 | Taxi from home to O'Hare Airport. |
| Robert Country | 3/17/2015 | $8.85 | Taxi from dinner to hotel. |
| Robert Country | 3/17/2015 | $15.00 | Taxi to dinner. |
| Robert Country | 3/17/2015 | $15.00 | Taxi to Energy. |
| Robert Country | 3/19/2015 | $40.35 | Taxi from home to O'Hare Airport. |
| Robert Country | 3/23/2015 | $15.00 | Taxi to dinner. |
| Robert Country | 3/23/2015 | $36.00 | Taxi from Dallas airport to Energy. |
| Robert Country | 3/23/2015 | $39.98 | Taxi from home to O'Hare Airport. |
| Robert Country | 3/26/2015 | $24.00 | Taxi to Energy. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*March 1, 2015 through March 31, 2015*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 3/26/2015 | $57.60 | Taxi from Energy to Dallas Airport. |
| Robert Country | 3/30/2015 | $23.16 | Taxi from home to O'Hare Airport. |
| Robert Country | 3/30/2015 | $56.00 | Taxi from Dallas airport to Energy. |
| Steve Kotarba | 3/2/2015 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 3/3/2015 | $42.63 | Taxi to airport. |
| Steve Kotarba | 3/3/2015 | $27.00 | Taxi from Dallas Airport to EFH. |
| Steve Kotarba | 3/4/2015 | $8.00 | Taxi from office to hotel. |
| Steve Kotarba | 3/5/2015 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 3/9/2015 | $60.64 | Taxi from Philadelphia Airport to hotel. |
| Steve Kotarba | 3/10/2015 | $91.92 | Taxi from Wilmington, DE to Philadelphia Airport. |
| Steve Kotarba | 3/10/2015 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 3/11/2015 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 3/18/2015 | $11.00 | Taxi to hotel. |
| Steve Kotarba | 3/18/2015 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 3/19/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 3/19/2015 | $60.00 | Taxi from home to Midway Airport. |
| **Expense Category Total** | | **$8,314.63** | |
| *Grand Total* | | **$72,128.27** | |