# **<u>EXHIBIT A</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**SIXTH MONTHLY EXPENSE STATEMENT OF ALIXPARTNERS, LLP FOR REIMBURSEMENT FOR EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM APRIL 1, 2015 THROUGH APRIL 30, 2015**

| Name of Applicant | AlixPartners LLP |
|---|---|
| Date of Appointment: | January 12, 2015, *nunc pro tunc* to November 20, 2014 |
| Period for which reimbursement is sought: | April 1, 2015 through April 30, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $76,095.56 |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

# Itemization of Disbursements Incurred

| INVOICE NUMBER | MATTER NAME | DATE | NAME OF TIMEKEEPER | EXPENSE CATEGORY | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 2067765 | Expenses | 20150310 | Albergotti, Robert D | Conference Calls | $ 1.14 | Conference Calls Vendor: Intercall Robert Albergotti |
| 2067765 | Expenses | 20150310 | Albergotti, Robert D | Conference Calls | $ 5.29 | Conference Calls Vendor: Intercall Robert Albergotti |
| 2067765 | Expenses | 20150316 | Hollerbach, Adam Z | Lodging | $ 1,400.66 | Lodging Adam Hollerbach Sheraton - Forest Hills 03/16/2015 - 03/19/2015 for meetings re: claims analysis |
| 2067765 | Expenses | 20150316 | Hollerbach, Adam Z | Meals & Tips | $ 40.00 | Meals & Tips Adam Hollerbach - Dinner |
| 2067765 | Expenses | 20150317 | Hollerbach, Adam Z | Meals & Tips | $ 6.53 | Meals & Tips Adam Hollerbach - Breakfast |
| 2067765 | Expenses | 20150317 | Hollerbach, Adam Z | Meals & Tips | $ 40.00 | Meals & Tips Adam Hollerbach - Dinner |
| 2067765 | Expenses | 20150317 | Hollerbach, Adam Z | Meals & Tips | $ 8.38 | Meals & Tips Adam Hollerbach - Breakfast |
| 2067765 | Expenses | 20150318 | Hollerbach, Adam Z | Meals & Tips | $ 40.00 | Meals & Tips Adam Hollerbach - Dinner |
| 2067765 | Expenses | 20150318 | Hollerbach, Adam Z | Airfare | $ 225.01 | Coach Airfare Adam Hollerbach 2015-03-20 LGA - DTW for meetings re: claims analysis |
| 2067765 | Expenses | 20150318 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 9.96 | Cab Fare/Ground Transportation Adam Hollerbach Office to Dinner |
| 2067765 | Expenses | 20150318 | Hollerbach, Adam Z | Meals & Tips | $ 7.34 | Meals & Tips Adam Hollerbach - Breakfast |
| 2067765 | Expenses | 20150318 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 9.95 | Cab Fare/Ground Transportation Adam Hollerbach Dinner to Hotel |
| 2067765 | Expenses | 20150319 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 83.00 | Cab Fare/Ground Transportation Adam Hollerbach Office to LGA Airport |
| 2067765 | Expenses | 20150319 | Hollerbach, Adam Z | Parking & Tolls | $ 116.00 | Parking & Tolls Adam Hollerbach |
| 2067765 | Expenses | 20150319 | Hollerbach, Adam Z | Meals & Tips | $ 7.77 | Meals & Tips Adam Hollerbach - Breakfast |
| 2067765 | Expenses | 20150324 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 76.00 | Cab Fare/Ground Transportation Robert Albergotti Officr to Airport |
| 2067765 | Expenses | 20150325 | Albergotti, Robert D | Meals & Tips | $ 5.00 | Meals & Tips Robert Albergotti - Breakfast |
| 2067765 | Expenses | 20150326 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 85.00 | Cab Fare/Ground Transportation Robert Albergotti Office to JFK Airport |
| 2067765 | Expenses | 20150331 | Holtz, Alan | Sub-Contractors | $ 39,501.00 | Sub-Contractors - - VENDOR: Kenneth J. Malek March 16 - 31 2015 |
| 2067765 | Expenses | 20150403 | Holtz, Alan | Postage/Messenger/Courier | $ 25.03 | Postage/Messenger/Co urier - - VENDOR: Federal Express Corporation Delivery to Donna Stacy |
| 2067765 | Expenses | 20150415 | Holtz, Alan | Sub-Contractors | $ 34,402.50 | Sub-Contractors - - VENDOR: Kenneth J. Malek April 1 - 15 2015 |
| | | | | | | |
| | | | | TOTAL | $ 76,095.56 | |