## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 | 8.50 | $ 10,176.00 |
| Plan and Disclosure | 107.40 | $ 120,866.50 |
| Intercompany Claims | 13.40 | $ 13,373.50 |
| Tax Issues | 32.70 | $ 29,998.50 |
| Oncor Sale Process | 78.00 | $ 80,381.50 |
| Employment and Fee Applications | 1.30 | $ 1,560.00 |
| Non-working Travel | 5.20 | $ 3,120.00 |
| | | |
| TOTAL | **246.50** | **$259,476.00** |