## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Corporate | 1150 | 61.70 | 70,920.00 |
| Philip Gelston | Partner | 1979 | Corporate | 1150 | 72.40 | 86,880.00 |
| Andrew Needham | Partner | 1995 | Tax | 1150 | 37.10 | 44,520.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1130 | 8.90 | 10,502.00 |
| | | | | | | |
| Trevor Broad | Associate | 2009 | Litigation | 750 | 11.80 | 9,204.00 |
| Allison Wein | Associate | 2011 | Corporate | 710 | 24.40 | 17,324.00 |
| Michael Schwartz | Associate | *not admitted | Litigation | 490 | 3.00 | 1,530.00 |
| Antje Hagena | Associate | *not admitted | Tax | 665 | 26.50 | 18,417.50 |
| | | | | | | |
| James McMullen | Legal Assistant | N/A | Litigation Support | 305 | 0.20 | 61.00 |
| C. Sylvester | Legal Assistant | N/A | Litigation Support | 235 | 0.50 | 117.50 |
| | | | | | | |
| | | | | **TOTAL** | **246.50** | **259,476.00** |

SL1 1368602v2 109285.00005