## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| LEXIS | $162.94 |
| ULTRAMAR TRAVEL | 883.20 |
| LOCAL PRINTING | 219.52 |
| GROUND TRANSPORTATION | 75.44 |
| CLIENT BUSINESS TRANSPORTATION | 163.93 |
| CONF. CALL/VOICE/DATA | 173.36 |
| | |
| TOTAL | $1,678.39 |