# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00001 | 4/2/2015 | GELSTON, P A | PARTNER | LOCAL PRINTING | 0.14 | 2 pages local printing 16:34:26 |
| 011205-00001 | 4/7/2015 | GELSTON, P A | PARTNER | LOCAL PRINTING | 7.98 | 114 pages local printing 16:24:05 |
| 011205-00001 | 4/9/2015 | GELSTON, P A | PARTNER | LOCAL PRINTING | 1.61 | 23 pages local printing 11:03:23 |
| 011205-00001 | 4/9/2015 | MILLER, M | SECRETARIES | LOCAL PRINTING | 0.14 | 2 pages local printing 13:19:31 |
| 011205-00001 | 4/10/2015 | MILLER, M | SECRETARIES | LOCAL PRINTING | 0.21 | 3 pages local printing 11:12:29 |
| 011205-00001 | 4/13/2015 | MILLER, M | SECRETARIES | LOCAL PRINTING | 0.07 | 1 pages local printing 12:10:18 |
| 011205-00001 | 4/13/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 1.96 | 28 pages local printing 16:03:47 |
| 011205-00001 | 4/14/2015 | LEVIN, R | PARTNER | ULTRAMAR TRAVEL | 294.20 | Pas: LEVIN,RICHARD, tckt # 7584739421 ULTR TrvlDT: 04/29/15 Class: Economy Class From: NEW YORK-LAGUARDIA To: DALLAS-LOVE FIELD Carrier: VIRGIN AMERICA |
| 011205-00001 | 4/16/2015 | MILLER, M | SECRETARIES | LOCAL PRINTING | 0.07 | 1 pages local printing 16:20:05 |
| 011205-00001 | 4/16/2015 | GONZALEZ, R M | SECRETARIES | LOCAL PRINTING | 0.14 | 2 pages local printing 15:43:56 |
| 011205-00001 | 4/17/2015 | GONZALEZ, R M | SECRETARIES | LOCAL PRINTING | 1.47 | 21 pages local printing 11:17:35 |
| 011205-00001 | 4/20/2015 | GONZALEZ, R M | SECRETARIES | LOCAL PRINTING | 3.85 | 55 pages local printing 11:23:33 |
| 011205-00001 | 4/22/2015 | MILLER, M | SECRETARIES | LOCAL PRINTING | 0.07 | 1 pages local printing 16:11:38 |
| 011205-00001 | 4/23/2015 | ROGERS, JR., W P | PARTNER | CONF. CALL/VOICE/DATA | 0.16 | 719-785-4942 from ext. 1050 14:57:00 |
| 011205-00001 | 4/23/2015 | GONZALEZ, R M | SECRETARIES | LOCAL PRINTING | 0.21 | 3 pages local printing 16:08:48 |
| 011205-00001 | 4/24/2015 | GONZALEZ, R M | SECRETARIES | LOCAL PRINTING | 1.61 | 23 pages local printing 16:42:46 |
| 011205-00001 | 4/28/2015 | GELSTON, P A | PARTNER | LOCAL PRINTING | 7.70 | 110 pages local printing 14:27:17 |
| 011205-00001 | 4/28/2015 | MILLER, M | SECRETARIES | LOCAL PRINTING | 0.07 | 1 pages local printing 16:41:54 |
| 011205-00001 | 4/28/2015 | LEVIN, R | PARTNER | CONF. CALL/VOICE/DATA | 173.20 | AT&T INTERNATIONAL VOICE CHARGES - MARCH |
| 011205-00001 | 4/29/2015 | GELSTON, P A | PARTNER | LOCAL PRINTING | 1.12 | 16 pages local printing 15:23:18 |
| 011205-00001 | 4/30/2015 | GELSTON, P A | PARTNER | LOCAL PRINTING | 0.56 | 8 pages local printing 10:33:25 |
| 011205-00003 | 3/27/2015 | BROAD, TREVOR M. | ASSOCIATE | CLIENT BUSINESS TRANSPORTATION | 81.73 | Inv#664745   V#453793   UNKN   LGA  -M9   Bro 00:06 0.00 LAGUARDIA AIRPORT, QUEENS, NY 19 W 85 ST, MANHATTAN, NY NONE |
| 011205-00003 | 4/6/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 20.16 | 288 pages local printing 12:30:43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 011205-00003 | 4/6/2015 | LEVIN, R | PARTNER | ULTRAMAR TRAVEL | 365.00 | Pas: LEVIN,RICHARD, tckt # 0000174831 ULTR TrvlDT: 04/14/15 Class: Business Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 4/13/2015 | LEVIN, R | PARTNER | ULTRAMAR TRAVEL | 224.00 | Pas: LEVIN,RICHARD, tckt # 0000176051 ULTR TrvlDT: 04/14/15 Class: Business Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 4/23/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 15.38 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008198188 |
| 011205-00003 | 4/27/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 14.16 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008213377 |
| 011205-00004 | 3/17/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | GROUND TRANSPORTATION | 45.90 | Inv#664745   V#LVZDF4F1B1 UNKN M5  -QUA  SCH 22:57 0.00 Cravath, 825 Eighth Avenue, New York, NY LONG ISLAND CITY, QUEENS, NY NONE |
| 011205-00004 | 3/26/2015 | LEVIN, R | PARTNER | CLIENT BUSINESS TRANSPORTATION | 82.20 | Inv#664745   V#585443   UNKN LGA  -M9   Lev 22:37 0.00 LAGUARDIA AIRPORT, QUEENS, NY 45 W 84th St, MANHATTAN, NY NONE |
| 011205-00004 | 4/3/2015 | TEMPLETON, L | SECRETARIES | LOCAL PRINTING | 32.55 | 465 pages local printing 09:54:45 |
| 011205-00004 | 4/6/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 162.94 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 4/9/2015 | MILLER, M | SECRETARIES | LOCAL PRINTING | 1.68 | 24 pages local printing 11:00:21 |
| 011205-00004 | 4/9/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 1.33 | 19 pages local printing 14:11:46 |
| 011205-00005 | 4/3/2015 | HAGENA, ANTJE | ASSOCIATE | LOCAL PRINTING | 20.37 | 291 pages local printing 09:13:26 |
| 011205-00005 | 4/8/2015 | HAGENA, ANTJE | ASSOCIATE | LOCAL PRINTING | 4.06 | 58 pages local printing 10:46:10 |
| 011205-00005 | 4/15/2015 | HAGENA, ANTJE | ASSOCIATE | LOCAL PRINTING | 33.18 | 474 pages local printing 17:03:30 |
| 011205-00005 | 4/16/2015 | HAGENA, ANTJE | ASSOCIATE | LOCAL PRINTING | 17.08 | 244 pages local printing 09:58:00 |
| 011205-00005 | 4/22/2015 | HAGENA, ANTJE | ASSOCIATE | LOCAL PRINTING | 10.15 | 145 pages local printing 09:59:38 |
| 011205-00005 | 4/24/2015 | TEMPLETON, L | SECRETARIES | LOCAL PRINTING | 2.24 | 32 pages local printing 08:38:49 |
| 011205-00005 | 4/24/2015 | HAGENA, ANTJE | ASSOCIATE | LOCAL PRINTING | 5.18 | 74 pages local printing 10:01:09 |
| 011205-00005 | 4/27/2015 | HAGENA, ANTJE | ASSOCIATE | LOCAL PRINTING | 2.59 | 37 pages local printing 12:03:54 |
| 011205-00005 | 4/28/2015 | HAGENA, ANTJE | ASSOCIATE | LOCAL PRINTING | 7.70 | 110 pages local printing 09:12:13 |
| 011205-00005 | 4/30/2015 | HAGENA, ANTJE | ASSOCIATE | LOCAL PRINTING | 8.12 | 116 pages local printing 17:50:23 |
| 011205-00006 | 4/2/2015 | WEIN, ALLISON | ASSOCIATE | LOCAL PRINTING | 2.59 | 37 pages local printing 11:57:21 |
| 011205-00006 | 4/8/2015 | WEIN, ALLISON | ASSOCIATE | LOCAL PRINTING | 0.21 | 3 pages local printing 09:00:09 |
| 011205-00006 | 4/10/2015 | WEIN, ALLISON | ASSOCIATE | LOCAL PRINTING | 0.42 | 6 pages local printing 08:31:54 |

SL1 1368602v2 109285.00005

| | | | | | | |
|---|---|---|---|---|---|---|
| 011205-00006 | 4/15/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 0.49 | 7 pages local printing 16:37:22 |
| 011205-00006 | 4/17/2015 | ANDALCIO, M | SECRETARIES | LOCAL PRINTING | 4.06 | 58 pages local printing 11:28:15 |
| 011205-00006 | 4/20/2015 | ANDALCIO, M | SECRETARIES | LOCAL PRINTING | 6.79 | 97 pages local printing 10:23:58 |
| 011205-00006 | 4/21/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 0.70 | 10 pages local printing 14:50:23 |
| 011205-00006 | 4/23/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 0.63 | 9 pages local printing 09:24:08 |
| 011205-00006 | 4/28/2015 | WEIN, ALLISON | ASSOCIATE | LOCAL PRINTING | 7.70 | 110 pages local printing 09:12:37 |
| 011205-00006 | 4/30/2015 | WEIN, ALLISON | ASSOCIATE | LOCAL PRINTING | 0.56 | 8 pages local printing 10:56:17 |

SL1 1368602v2 109285.00005