**EXHIBIT A**

**Professional Fees and Expenses
Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[1] | Total Expenses Requested[2] | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc.  Financial Advisor to the Official Committee of TCEH Unsecured Creditors | Tenth Monthly Fee Statement  3/1/2015 through 3/31/2015  Filed 4/29/2015  Docket No. 4355 | $885,558.00 | $730.57 | 5/20/2015 | $708,446.40 | $730.57 | $177,111.60 |

---

[1] Consistent with the terms of the Administrative Order, the requested fees in the Monthly Fee Statement shall be allocated $885,558.00, $0.00, and $0.00 to TCEH, EFIH and EFH, respectively.

[2] Consistent with the terms of the Administrative Order, the requested expenses in the Monthly Fee Statement shall be allocated $730.57, $0.00, and $0.00 to TCEH, EFIH and EFH, respectively.