## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that on May 26, 2015, I caused one copy of the foregoing document to be served upon the parties on the attached service list via first class mail, unless otherwise indicated.

                                             _____
                                             Gregory A. Taylor (DE #4008)

{00074510;v1 }

| | |
|---|---|
| Edward Sassower<br>Stephen Hessler<br>Brian E. Schartz<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022 | James H.M. Sprayregen, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>KIRKLAND & ELLIS, LLP<br>300 North LaSalle<br>Chicago, IL 60654 |
| Mark D. Collins<br>RICHARDS LAYTON & FINGER<br>920 North King Street<br>Wilmington, DE 19801 | Richard L. Schepacarter<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 – Lockbox #35<br>Wilmington, DE 19801 |
| Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 | James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019 |
| Andrew G. Dietderich<br>Brian D. Glueckstein<br>Michael H. Torkin<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004 | Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink<br>MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP<br>1105 N. Market Street, 15th Floor<br>Wilmington, Delaware 19801 |

<div style="display:flex">
<div>
Pauline K. Morgan
Joel A. Waite
Ryan M. Andrew L. Magaziner
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
</div>
<div>
Alan W. Kornberg
Kelley A. Cornish
Brian S. Hermann
Jacob A. Adlerstein
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
</div>
</div>

<div style="display:flex">
<div>
J. Christopher Shore
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
</div>
<div>
Thomas E Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
</div>
</div>

Jeffrey M. Schlerf
John H. Strock
L. John Bird
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE 19801

{0988868;v1 }