IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**ORDER GRANTING LEAVE TO FILE LATE REPLIES IN
RESPONSE TO OBJECTIONS TO MOTIONS SET FOR HEARING ON JUNE 1, 2015**

Upon consideration of the motion for leave, dated May 22, 2015 (the "Motion for Leave"),[2] seeking entry of an order, pursuant to Local Rule 9006-1(d), authorizing the Debtors to file and serve the Replies; and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion for Leave is GRANTED; and it is further

ORDERED that the Debtors are granted leave to file and serve the Replies by May 29, 2015 at 12:00 p.m. (noon) (Eastern Daylight Time); and it is further

ORDERED that the Court will consider the Replies.

Dated: May 26, 2015
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion for Leave.

RLF1 12031877v.1