## CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 26th day of May, 2015, I caused copies of the foregoing **Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Third Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof** to be served upon the parties on the attached service list as indicated.

*/s/ L. John Bird*
L. John Bird (No. 5310)

VIA HAND DELIVERY
Mark D. Collins, Esq.
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 N. King St.
Wilmington, DE 19801

VIA FIRST CLASS MAIL
James H.M. Sprayregen, Esq.
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, IL 60654

VIA HAND DELIVERY
**Office Of The United States Trustee**
Attn: Richard L. Schepacarter, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

VIA FIRST CLASS MAIL
James M. Peck, Esq.
**Morrison & Foerster LLP**
250 West 55th Street
New York, NY 10019

VIA HAND DELIVERY
Christopher A. Ward, Esq.
**Polsinelli PC**
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

VIA FIRST CLASS MAIL
Edward O. Sassower, Esq.
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022-4611

VIA HAND DELIVERY
Mark A. Fink, Esq.
**Montgomery McCracken Walker & Rhoads LLP**
1105 North Market Street, 15th Floor
Wilmington, DE  19801

VIA FIRST CLASS MAIL
Andrew G. Dietderich, Esq.
**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY  10004