**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 4441, 4586, 4590**<br><br>Hearing Date:  June 1, 2015 at 10:30 a.m.<br>Objection Deadline:  May 26, 2015 at 4:00 p.m. |

**JOINDER OF LAW DEBENTURE TRUST COMPANY OF
NEW YORK, AS INDENTURE TRUSTEE, TO OBJECTIONS
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
AND THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS
TO THE THIRD MOTION OF ENERGY FUTURE HOLDINGS CORP., ET
AL., FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' EXCLUSIVE
PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES
THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture, dated as of October 31, 2007, among Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc. (together, the "Issuers"), certain guarantors that are affiliates of the Issuers, and The Bank Of New York Mellon Trust Company, N.A., pursuant to which (i) $2,045,956,000 aggregate principal amount of the Issuers' 10.25% Senior Notes due 2015, (ii) $1,441,957,000 aggregate principal amount of the Issuers' 10.25% Senior Notes due 2015, Series B and (iii) $1,749,645,671 aggregate principal amount of the Issuers' 10.50%/11.25% Senior Toggle Notes due 2016 were issued and are outstanding as of the date hereof, by and through its attorneys, Patterson Belknap Webb & Tyler LLP and Morris James LLP, hereby files this joinder ("Joinder") to the Objections of the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC, and their direct and indirect subsidiaries, and EFH Corporate

7794473

Services Company ("TCEH Committee") and the *ad hoc* group of TCEH unsecured noteholders ("Ad Hoc Group") to the *Third Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code*, dated May 11, 2015 (D.I. 4441) (the "Exclusivity Motion").

## JOINDER

1.  Law Debenture joins the objections to the Exclusivity Motion filed by the TCEH Committee (D.I. 4586) and the Ad Hoc Group (D.I. 4590) (collectively, the "Objections"). Law Debenture respectfully submits that the Exclusivity Motion should be denied for the reasons set forth in the Objections, or granted only on terms consistent with the Objections.

[*Remainder of page intentionally left blank*]

2. Law Debenture reserves the right to supplement or amend this Joinder and the right to appear and be heard at the hearing to consider the Exclusivity Motion.

Dated:    May 26, 2015               **MORRIS JAMES LLP**

_____
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone: (302) 888-6800
Facsimile:  (302) 571-1750
Email: smiller@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Telephone: (212) 336-2000
Facsimile:  (212) 336-2222
Email: dalowenthal@pbwt.com
         bguiney@pbwt.com

*Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*

7794473

3