IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS, CORP., et al., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS: |
| NEW CASTLE COUNTY | : |

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 26, 2015, I caused to be served:

**JOINDER OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE, TO OBJECTIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO THE THIRD MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

Service was completed upon the parties (I) that are registered to receive notice through the Court's CM/ECF notification system, and (II) on the attached service list via hand delivery for local counsel, and first-class mail, postage prepaid, upon all other listed parties.

Dated: May 26, 2015

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 26th day of May, 2015.

_____
Notary Public
My Commission Expires:

[Notary Seal: RUTH F. SALOTTO, MY COMMISSION EXPIRES APRIL 14, 2019, NOTARY PUBLIC, STATE OF DELAWARE]

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Tyler D. Semmelman, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
[Counsel for Debtors and
Debtors in Possession]

**VIA FIRST CLASS MAIL & FACSIMILE**
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Facsimile: (312) 862-2200
[Counsel for Debtors and
Debtors in Possession]

**VIA FIRST CLASS MAIL & FACSIMILE**
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY 10022
Facsimile:  (212) 446-4900
[Counsel for Debtors and
Debtors in Possession]