IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) ) | |

## NOTICE OF DEPOSITION OF PAUL KEGLEVIC

**TO:**   Paul Keglevic, c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Mark McKane, 555 California Street, San Francisco, California 94104.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, the ad hoc group of certain holders (the "Ad Hoc Group") of approximately $2.7 billion of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., by and through its undersigned counsel, as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition of Paul Keglevic in connection with the *Third Motion of Energy Future Holdings Corp., et al., For Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant*

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.

to Section 1121 of the Bankruptcy Code, filed May 11, 2015 [Docket No. 4441] (the "Third Exclusivity Motion"); and the *Declaration of Paul Keglevic in Support of the Third Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code*, filed on May 11, 2015, [Docket No. 4442] (the "Keglevic Declaration"), and the relief requested therein, on **Thursday, May 28, 2015**, **at 9:30 a.m**. (Eastern Standard Time), at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, New York, 10036 (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

[*Remainder of page intentionally left blank.*]

Dated: May 26, 2015
       Wilmington, Delaware

                             FOX ROTHSCHILD LLP

By: _____
     Jeffrey M. Schlerf (No. 3047)
     L. John Bird (No. 5310)
     919 North Market St., Suite 300
     Wilmington, DE 19801
     Telephone: (302) 654-7444
     Facsimile: (302) 463-4971
     jschlerf@foxrothschild.com
     lbird@foxrothschild.com

     and

     WHITE & CASE LLP
     Thomas E. Lauria (admitted *pro hac vice*)
     Matthew C. Brown (admitted *pro hac vice*)
     Southeast Financial Center, Suite 4900
     200 South Biscayne Blvd.
     Miami, FL 33131
     Telephone: (305) 371-2700
     Facsimile: (305) 358-5744
     tlauria@whitecase.com
     mbrown@whitecase.com

     J. Christopher Shore (admitted *pro hac vice*)
     Gregory M. Starner (admitted *pro hac vice*)
     1155 Avenue of the Americas
     New York, NY 10036
     Telephone: (212) 819-8200
     Facsimile: (212) 354-8113
     cshore@whitecase.com
     gstarner@whitecase.com

     *Counsel to the Ad Hoc Group of TCEH*
     *Unsecured Noteholders*