## UNITED STATES BANKRUPTCYCOURT
## FOR THE DISTRICT OF DELAWARE

In Re:                                        Chapter 11

                                        Case No. 14 - 10979  (CSS)

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of  Michael A. Paskin

to represent Energy Future Intermediate Holding Company LLC

in this action.

Firm Name: Joseph H. Huston, Jr. (No. 4035)
Address:   Stevens & Lee, P.C.
           1105 North Market Street - 7th Fl.
Phone:     Wilmington, DE 19801
           (302) 425-3308

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name:  Michael A. Paskin
Address:    Cravath, Swaine & Moore LLP
Phone:      825 Eighth Ave.-Worldwide Plaza
            New York, NY 10019-7475
            212-474-1760

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.