UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE

In Re:                 Chapter  11

Case No.  14 - 10979  (CSS)

Debtor:  ENERGY FUTURE HOLDINGS CORP., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Trevor M. Broad  to represent  Energy Future Intermediate Holding Company, LLC  in this action.

/s/ Joseph H. Huston, Jr.

Firm Name: Joseph H. Huston, Jr. (No. 4035)
Address: Stevens & Lee, P.C.
1105 North Market Street - 7th Fl.
Phone: Wilmington, DE 19801
(302) 425-3310

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  New York  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Trevor M. Broad
Firm Name: Cravath, Swaine & Moore, LLP
Address: 825 Eighth Ave.-Worldwide Plaza
Phone: New York, NY 10019-7475
(212) 474-1220

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.