**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EFH CORPORATE SERVICES COMPANY[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10996 (CSS) |

**NOTICE OF WITHDRAWAL OF MICROSOFT'S PROOF OF CLAIM**

Microsoft Corporation and its subsidiary, Microsoft Licensing, G.P. hereby withdraw their Proof of Claim No. 7756, which was filed with the Claims Agent, Epiq Bankruptcy Solutions, LLC on October 27, 2014.

Dated: May 27, 2015.

RIDDELL WILLIAMS P.S.

By: */s/ Hilary Bramwell Mohr*
Hilary Bramwell Mohr
Washington State Bar No. 40005
1001 – 4th Avenue, Suite 4500
Seattle WA 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
hmohr@riddellwilliams.com
*Attorneys for Microsoft Corporation and Microsoft Licensing, GP*

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration was granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.