# Exhibit A

**Disclosure Statement Discovery**

| Request/ Topic No. | Request/Topic Text |
|---|---|
| **Requesting Party:      Ad Hoc Group of TCEH First Lien Creditors**<br>**Directed To:            Debtors**<br>*Ad Hoc Committee of TCEH First Lien Creditors' Request for the Production of Documents by Debtors in Connection with the Disclosure Statement* | |
| 1 | Documents sufficient to show the type, quantity, and value of the TCEH Debtors' Unencumbered Assets. |
| 2 | All documents and communications concerning the Debtors' analysis and valuation of the TCEH Debtors' Unencumbered Assets. |
| 3 | All documents and communications concerning the Debtors' analysis and valuation of any actual or potential claims or causes of action, including, but not limited to, actual or potential avoidance actions, against any of the TCEH First Lien Creditors, in their capacities as such, regardless of whether or not such TCEH First Lien Creditors are members of the Ad Hoc Committee of TCEH First Lien Creditors. |
| 4 | All documents and communications concerning the Debtors' analysis and valuation of any actual or potential claims or causes of action, including, but not limited to, actual or potential avoidance actions, that the TCEH Debtors have against the EFH Debtors, the EFIH Debtors or the Sponsor Group. |
| 5 | All documents and communications concerning the Debtors' analysis, calculation, and rationale for any amounts proposed to be distributed to any of the TCEH Unsecured Creditors as part of the TCEH Unsecured Settlement Distribution. |
| 6 | All documents and communications concerning the Debtors' analysis and calculation of the TCEH Settlement Claim. |
| 7 | All documents and communications concerning provisions in the Disclosure Statement that contemplate the TCEH First Lien Creditors waiving their deficiency claims, including but not limited to documents reflecting the Debtors' decision to seek such waiver. |
| 8 | All documents and communications concerning whether and to what extent the TCEH Settlement Claim, or any portion thereof, is subject to the TCEH First Lien Creditors' prepetition liens. |

| Request/<br>Topic<br>No. | Request/Topic Text |
|---|---|
| 9 | All documents and communications concerning the Debtors' analysis and calculation of the Prepetition Intercompany Claims, including but not limited to all documents and communications provided to or prepared by the disinterested manager of EFCH and TCEH, Mr. Hugh Sawyer, or any of his agents or representatives, in connection with the Prepetition Intercompany Claims. |
| 10 | All documents and communications concerning the Debtors' ability to confirm the Plan in event that Class 3 (TCEH First Lien Secured Claims) does not vote to accept the Plan. |
| 11 | All documents and communications concerning the TCEH Tax-Free Spin-Off and TCEH Step-Up in Tax Basis. |
| 12 | All documents and communications concerning the Debtors' valuation of the TCEH Debtors as set forth at Exhibit F to the Disclosure Statement, including but not limited to all documents and communications concerning the Environmental Case and the assumptions made in connection therewith. |
| 13 | All documents provided or presented to the board of directors of any of the Debtors, including presentations, concerning the TCEH Settlement Claim, the TCEH Unsecured Settlement Distribution, or any of the above requests. |
| 14 | All documents reflecting any discussions or analysis, by the board of directors of any of the Debtors, of the TCEH Settlement Claim, the TCEH Unsecured Settlement Distribution, or any of the above requests, including, but not limited to, minutes of board meetings. |

**Requesting Party:     Ad Hoc Group of TCEH First Lien Creditors**
**Directed To:           Debtors**
*Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure*

| | |
|---|---|
| 1a | The Disclosure Statement and Disclosure Statement Motion, including but not limited to:<br><br>(a) The type, quantity and value of the TCEH Debtors' Unencumbered Assets. |
| 1b | The Disclosure Statement and Disclosure Statement Motion, including but not limited to:<br><br>(b) The Debtors' analysis and valuation of the TCEH Debtors' Unencumbered Assets. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 1c | The Disclosure Statement and Disclosure Statement Motion, including but not limited to:<br><br>(c) The Debtors' analysis and valuation of any actual or potential claims or causes of action, including, but not limited to, actual or potential avoidance actions, against TCEH First Lien Creditors, regardless of whether or not such TCEH First Lien Creditors are members of the Ad Hoc Committee of TCEH First Lien Creditors. |
| 1d | The Disclosure Statement and Disclosure Statement Motion, including but not limited to:<br><br>(d) The Debtors' analysis and valuation of any actual or potential claims or causes of action, including, but not limited to, actual or potential avoidance actions, that the TCEH Debtors have against the EFH Debtors, the EFIH Debtors or the Sponsor Group. |
| 1e | The Disclosure Statement and Disclosure Statement Motion, including but not limited to:<br><br>(e) The Debtors' analysis, calculation, and rationale for any amounts proposed to be distributed to any of the TCEH Unsecured Creditors as part of the TCEH Unsecured Settlement Distribution. |
| 1f | The Disclosure Statement and Disclosure Statement Motion, including but not limited to:<br><br>(f) The Debtors' analysis and calculation of the TCEH Settlement Claim. |
| 1g | The Disclosure Statement and Disclosure Statement Motion, including but not limited to:<br><br>(g) The Debtors' basis for including in the Disclosure Statement provisions that contemplate the TCEH First Lien Creditors waiving their deficiency claims. |
| 1h | The Disclosure Statement and Disclosure Statement Motion, including but not limited to:<br><br>(h) The Debtors' analysis and calculation as to whether and to what extent the TCEH Settlement Claim, or any portion thereof, is subject to the TCEH First Lien Creditors' prepetition liens. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 1i | The Disclosure Statement and Disclosure Statement Motion, including but not limited to:<br><br>(i) The Debtors' analysis and calculation of the Prepetition Intercompany Claims. |
| 1j | The Disclosure Statement and Disclosure Statement Motion, including but not limited to:<br><br>(j) The Debtors' ability to confirm the Plan in the event Class 3 (TCEH First Lien Secured Claims) does not vote to accept the Plan. |
| 1k | The Disclosure Statement and Disclosure Statement Motion, including but not limited to:<br><br>(k) The TCEH Tax-Free Spin-Off and TCEH Step-Up in Tax Basis. |
| 1l | The Disclosure Statement and Disclosure Statement Motion, including but not limited to:<br><br>(l) The Debtors' valuation of the TCEH Debtors as set forth at Exhibit F to the Disclosure Statement. |
| **Requesting Party:**    **EFIH Ad Hoc Committee**<br>**Directed to:**        **Debtors**<br>*EFIH Ad Hoc Committee Request for Production of Documents in Connection with the Disclosure Statement Proceedings* | |
| 1 | All documents and communications produced by any party in connection with the Disclosure Statement Proceedings |
| **Requesting Party:**    **American Stock Transfer & Trust Co., LLC, as successor trustee to the Bank of New York Mellow Trust Company, N.A. under the indentures for certain notes issued by EFH Corp.**<br>**Directed To:**        **Debtors**<br>*EFH Indenture Trustee's First Set of Requests for Production of Documents Directed to Each Debtor* | |
| 1 | The EFH Indenture Trustee hereby incorporates by reference each of the requestsfor production of documents contained in the EFH Official Committee First Disclosure Statement Requests to the Debtors as if each was fully restated herein. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 2 | All Documents and Communications that relate to, concern or evidence the Debtors' determination or calculation of the aggregate Allowed amount of Claims in Class A4 (EFH Legacy Note Claims) under the Plan, including, but not limited to (i) any accrued but unpaid prepetition and postpetition interest, and (ii) any Makewhole Claim. |
| 3 | All Documents and Communications that relate to, concern or evidence the Debtors' determination or calculation of the aggregate Allowed amount of Claims in Class A5 (EFH Unexchanged Note Claims) under the Plan, including, but not limited to (i) any accrued but unpaid prepetition and postpetition interest, (ii) any Additional Interest (as defined in the applicable EFH Indenture), and (iii) any Makewhole Claim. |
| 4 | All Documents and Communications that relate to, concern or evidence theDebtors' determination or calculation of the aggregate Allowed amount of Claims in Class A6 (EFH LBO Note Primary Claims) under the Plan, including, but not limited to (i) any accrued but unpaid prepetition and postpetition interest, (ii) any Additional Interest (as defined in the applicable EFH Indenture), and (iii) any Makewhole Claim. |
| 5 | All Documents and Communications that relate to, concern or evidence the Debtors' determination or calculation of the aggregate Allowed amount of the EFH LBO Note Guarantee Claim in Class B5 under the Plan, including, but not limited to (i) any accrued but unpaid prepetition and postpetition interest, (ii) any Additional Interest (as defined in the applicable EFH Indenture), and (iii) any Makewhole Claim. |
| 6 | All Documents and Communications that relate to, concern or evidence the Debtors' determination or calculation of the aggregate amount of the EFH Legacy Note Claims used in the liquidation analysis of EFH Corp. to be attached as Exhibit G to the Disclosure Statement, including, but not limited to, (i) any accrued but unpaid prepetition and postpetition interest, and (ii) any Makewhole Claim. |
| 7 | All Documents and Communications that relate to, concern or evidence the Debtors' determination or calculation of the aggregate amount of the EFH Unexchanged Note Claims used in the liquidation analysis of EFH Corp. to be attached as Exhibit G to the Disclosure Statement, including, but not limited to, (i) any accrued but unpaid prepetition and postpetition interest, (ii) any Additional Interest (as defined in the applicable EFH Indenture), and (iii) any Makewhole Claim. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 8 | All Documents and Communications that relate to, concern or evidence the Debtors' determination or calculation of the aggregate amount of the EFH LBO Note Primary Claims used in the liquidation analysis of EFH Corp. to be attached as Exhibit G to the Disclosure Statement, including, but not limited to, (i) any accrued but unpaid prepetition and postpetition interest, (ii) any Additional Interest (as defined in the applicable EFH Indenture), and (iii) any Makewhole Claim. |
| 9 | All Documents and Communications that relate to, concern or evidence all payments made by, or for the benefit of, EFH Corp. to EFIH on account of EFIH's ownership of EFH Legacy Notes. |
| 10 | All Documents and Communications that relate to, concern or evidence how the amount of the Settlement contained in the Plan was determined as to holders under each EFH Indenture, the factors considered in making such determination and the documents relied upon in connection with making such determination. |
| 11 | All Documents and Communications that relate to, concern or evidence the Debtors' determination to place the EFH LBO Note Guaranty Claim in same class (Class B5) as the EFIH Unsecured Note Claims. |
| 12 | All Documents and Communications that relate to, concern or evidence the similarity, if any, of the EFH LBO Note Guaranty Claim to the EFIH Unsecured Note Claims. |
| 13 | All Documents and Communications that relate to, concern or evidence any fees, expenses or other amounts due to the EFH Indenture Trustee. |
| 14 | All Documents and Communications that relate to, concern or evidence any administrative claims under section 503(b) of the Bankruptcy Code that may be due or asserted against the estate of EFH Corp., including without limitation, for indemnification, indenture trustee fees and expenses, and claims that may be asserted by other Debtor estates. |
| 15 | All Documents and communications that relate to or concern the calculation or determination of the Debtors' potential liability under the Trust Indenture Act and any other federal or state law if they were to attempt to operate without a qualified trustee under one or more of the EFH Indentures. |
| 16 | All Documents and Communications that relate to or concern EFH Corp.'s need for an indenture trustee under the EFH Indentures during the pendency of the Chapter 11 Cases. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 17 | All Documents and Communications that relate to or concern whether or not the services of the EFH Indenture Trustee are actual and necessary to preserving the Debtors' estates during the pendency of the Chapter 11 Cases. |
| 18 | All Documents and Communications that relate to or concern BNY's decision or determination to resign as trustee under the EFH Indentures. |
| 19 | All Documents and Communications that relate to or concern EFH Corp.'s decision to appoint AST as successor trustee under the EFH Indentures. |
| 20 | All Documents and Communications that relate to or concern the ability of each Debtor to prepare a separate liquidation analysis for inclusion in any disclosure statement, including, without limitation, the (i) Documents that would need to be reviewed to prepare such a liquidation analysis, and (ii) any cost projections or estimates related to the time and expense that would be incurred preparing a separate analysis. |
| 21 | All Documents and Communications that relate to, concern or evidence the Debtors' election not to include a separate liquidation analysis for each Debtor in the Disclosure Statement. |
| 22 | All Documents and Communications relate to, concern or evidence the Debtors' determination or calculation of the amount of potential rejection damages arising from the rejection of each Intercompany Agreement under section 365 of the Bankruptcy Code. |
| 23 | All Documents and Communications that relate to or concern the manner in which potential rejection damages arising from the rejection of each Intercompany Agreement under section 365 of the Bankruptcy Code were incorporated into the liquidation analysis included in the Disclosure Statement. |
| 24 | All Communications between K&E and any Disinterested Director of EFH Corp. after the date of the EFH Corp.'s retention of Proskauer Rose LLP that relate to or concern any intercompany claim, including without limitation any Communications that relate to or concern any settlement negotiations concerning such claims. This request specifically seeks Communications by and between any lawyer at K&E any lawyer at Proskauer Rose LLP and/or Munger, Tolles & Olsen LLP, and/or Cravath Swaine and Moore, LLP, and/or McElroy, Deutsch, Mulvaney & Carpenter, LLP, and/or Stevens & Lee, PC, and/or O'Kelly Ernst & Bielli, LLC. |
| 25 | All Documents and Communications concerning the retention and engagement of Proskauer Rose LLP, including, but not limited to, draft engagement letters. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 26 | All Documents and Communications concerning the retention and engagement of Munger, Tolles & Olsen LLP, including, but not limited to, draft engagement letters. |
| 27 | All Documents and Communications concerning the retention and engagement of Cravath Swaine and Moore, LLP, including, but not limited to, draft engagement letters. |
| 28 | All Documents and Communications concerning the retention and engagement of McElroy, Deutsch, Mulvaney & Carpenter, LLP, including, but not limited to, draft engagement letters. |
| 29 | All Documents and Communications concerning the retention and engagement of Stevens & Lee, PC, including, but not limited to, draft engagement letters |
| 30 | All Documents and Communications concerning the retention and engagement of O'Kelly Ernst & Bielli, LLC, including, but not limited to, draft engagement letters |
| 31 | All Documents and Communications concerning whether or not privilege exists between EFH, EFIH, and/or TCEH and any Disinterested Director. |
| 32 | All Documents and Communications that relate to or concern the accuracy of the Statement of Financial Affairs currently on file. |
| **Requesting Party:** **American Stock Transfer & Trust Co., LLC, as successor trustee to the Bank of New York Mellow Trust Company, N.A. under the indentures for certain notes issued by EFH Corp.** **Directed To:** **Debtors** *Notice of Joinder in Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure Noticed by the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation ("EFH" or "EFH Corp.")* | |
| N/A | |
| **Requesting Party:** **Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc. and EECI, Inc.** **Directed To:** **Debtors** *EFH Official Committee's First Disclosure Statement Requests to Debtors* | |
| 1 | All Communications with the IRS concerning any tax matters relating to the Plan or described in the Disclosure Statement. |
| 2 | All Communications with the IRS concerning any valuation or proposed valuation of TCEH, using any valuation methodology. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 3 | All Documents and Communications discussing or otherwise relating to any analyses or considerations concerning either a "taxable deconsolidation or tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 4 | All Documents and Communications relating to the feasibility or risks associated with the proposed "tax-free spin-off of TCEH," as described in the Disclosure Statement |
| 5 | All Documents relating to any actual or proposed valuations of TCEH that were used in connection with any analysis of the proposed "tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 6 | All Documents relating to, supporting, or contradicting the statement in the Disclosure Statement that under the "tax-free spin-off . . . the tax attributes of the EFH Group will be substantially used to provide Reorganized TCEH with a partial step-up in tax basis in certain of its assets, valued at approximately $1.0 billion." |
| 7 | All Documents and Communications relating to the "Private Letter Ruling," as described in the Disclosure Statement, including, but not limited to, the probability of receiving a Private Letter Ruling. |
| 8 | All Documents relating to any analysis of the three proposed forms of reorganization for EFH following the proposed "tax-free spin-off of TCEH," including all Documents relating to or discussing the feasibility or risks associated with the "Merger Scenario," "Backstop Scenario," or "Standalone Scenario," as described in the Disclosure Statement. |
| 9 | All Documents and Communications relating to the step-up in basis of TCEH's assets under the Settlement, including all Documents and Communications relating to the amount by which the tax basis of TCEH's assets is calculated or estimated to be stepped-up under the Settlement, and Documents sufficient to identify which of TCEH's assets has a tax basis that is calculated or estimated to be stepped-up. |
| 10 | All Documents and Communications relating to the risks associated with the proposed step-up in basis of TCEH's assets in connection with the tax-free spin-off of TCEH as provided in the Plan and described in the Disclosure Statement. |
| 11 | All Documents concerning whether the consent of the Sponsors would be required for a tax-free spin-off of TCEH as provided in the Plan and described in the Disclosure Statement. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 12 | All Documents and Communications relating to or used in connection with the preparation of the Debtors' Liquidation Analysis, as set forth in Exhibit G to the Disclosure Statement, including, but not limited to, consolidating legal entity balance sheets for each of the Debtors. |
| 13 | All Documents and Communications relating to, concerning, or evidencing the Debtors' election not to include a separate liquidation analysis for EFH or any other individual Debtor in the Disclosure Statement. |
| 14 | All Documents and Communications relating to the basis of the TCEH Valuation Analysis, as set forth in Exhibit F to the Disclosure Statement, including, but not limited to, the (a) "discounted cash flow" ("DCF"), (b) "peer group company," and (c) "tax basis step-up" analyses described in Exhibit F to the Disclosure Statement. |
| 15 | All Documents and Communications relating to Evercore's consideration of the "perpetuity growth method for estimating the terminal value" of TCEH, as disclosed in Exhibit F to the Disclosure Statement, including Evercore's conclusion that "the perpetuity growth method was not applicable for the Reorganized TCEH valuation given the nature of the Reorganized TCEH's business." |
| 16 | All Documents and Communications relating to Evercore's consideration of "certain precedent transactions for businesses similar to that of Reorganized TCEH," as disclosed in Exhibit F to the Disclosure Statement, including those underlying Evercore's conclusion that "precedent transactions analysis was not applicable to the Reorganized TCEH valuation." |
| 17 | All Documents and Communications relating to the financial projections used in the valuation of TCEH, as described in Exhibits E and F to the Disclosure Statement, including all operating assumptions and supporting calculations or metrics relating to the "[(a)] 'Base Case' financial projections provided by the Debtors for the years 2015 through 2020; [(b)] projected Base Case terminal EBITDA prepared by [Filsinger]; [(c)] an 'Environmental Case' prepared by Filsinger, which reflects adjustments to the Base Case terminal EBITDA, among others, for the effect of potential environmental regulations; and [(d)] pro forma tax basis step-up of Reorganized TCEH resulting from the Preferred Stock Sale." |
| 18 | All Documents relating to or underlying Evercore's decision to apply "equal weightings" to its DCF and "peer group company" analyses in connection with its valuation of TCEH, as disclosed in Exhibit F to the Disclosure Statement. |
| 19 | All Documents relating to all "Base Case" and "Environmental Case" financial projections of TCEH proposed, created, developed, or prepared by Filsinger from the years 2015 through 2020 (and beyond, to the extent they exist). |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 20 | All Documents relating to or discussing Evercore's decision to assign a 67% and 33% weighting to its "Base Case" and "Environmental Case" projections, respectively, in its DCF valuation analysis of TCEH, as described in Exhibit F to the Disclosure Statement. |
| 21 | All Documents relating to the "estimated value for Reorganized TCEH's tax basis step-up, resulting from the Preferred Stock Sale, of approximately $1.0 billion," as described in Exhibit F to the Disclosure Statement, including all cash flow projections, operating assumptions, and supporting calculations or metrics upon which Debtors relied. |
| 22 | All Documents and Communications relating to the process in which any Debtor identifies any conflicts or "Independent Matters," as that term is used in the Protocol for Certain Case Matters. |
| 23 | All Documents and Communications relating to the process in which the Disinterested Directors were selected, including, but not limited to, any other candidates or processes considered for dealing with conflicts matters |
| 24 | All Documents and Communications relating to the process in which counsel and investment banking professionals for the Disinterested Directors were selected. |
| 25 | All Documents and Communications relating to any directions, mandates, or instructions provided to the Disinterested Directors with respect to their services in connection with these Chapter 11 Cases. |
| 26 | All Documents and Communications relating to the amount and priority of payment of the $10 million settlement amount from EFH Corp. to the "Holders of Interests in EFH Corp.," as described in the Disclosure Statement and defined as the EFH Settlement Claim in the Plan. |
| 27 | All Documents and Communications relating to the provision of "third-party releases of direct and indirect Holders of Interests in EFH Corp. and its affiliates," as described in the Disclosure Statement. |
| 28 | All Documents and Communications relating to the provision of "Exculpation" to the "Exculpated Parties," as described in the Disclosure Statement. |
| 29 | All Communications with the Sponsors concerning the Settlement, including Communications relating to any proposed or negotiated terms of the Settlement affecting any rights, liabilities, or releases of the Sponsors. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 30 | All Documents and Communications relating to, analyzing, assessing or articulating any Claims against any of the "Released Parties" (as described in the Disclosure Statement), including, but not limited to, Claims against the Disinterested Directors or other Insiders. |
| 31 | All Communications with and/or among Insiders, including, but not limited to officers and/or the Disinterested Directors, concerning or relating to the releases contained in Article VIII of the Plan and discussed in the Disclosure Statement. |
| 32 | All Documents and Communications relating to the Debtors and/or the Disinterested Directors' approval of the Disclosure Statement and/or the Plan. |
| 33 | All Documents and Communications relating to (a) the inclusion of the NOL Claim on the TCEH Schedules, and/or (b) the decision to include the NOL Claim on the TCEH Schedules, including, but not limited to, the parties involved, and the reasons behind, that decision. |
| 34 | All Documents and Communications relating to (a) the inclusion of the NOL Claim on the EFH Schedules, (b) the decision to include the NOL Claim on the EFH Schedules, including, but not limited to, the parties involved, and the reasons behind, that decision, (c) the accuracy of the Amended EFH Schedules filed by EFH on February 18, 2015; and/or (d) the Withdrawal of the Amended EFH Schedules on February 23, 2015. |
| 35 | All Documents and Communications between and among the Disinterested Directors regarding the AMT Credit Claim on the EFH Schedules and/or its removal. |
| 36 | All Documents and Communications by and among the Disinterested Directors relating to their negotiation, evaluation, investigation, analysis, due diligence, or assessment of the Settlement. |
| 37 | All Documents provided to, reviewed by, relied upon, or created by the TCEH Disinterested Manager in connection with any negotiation, evaluation, investigation, analysis, due diligence, or assessment of the Settlement, including, without limitation, the materials referenced in paragraph 3 of the TCEH Statement and attached as Exhibits to the TCEH Statement. |
| 38 | All Communications between the TCEH Disinterested Manager and any (a) TCEH creditors, (b) creditor committees, or (c) attorneys, accountants, financial advisors, representatives, or all other persons acting or purporting to act on behalf of the Debtors, concerning the Settlement. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 39 | All Documents provided to, reviewed by, relied upon, or created by the EFIH Independent Manager in connection with any negotiation, evaluation, investigation, analysis, due diligence, or assessment of the Settlement, including, without limitation, the materials referenced on paragraphs 4, 5, 6, 8 and 9 of the EFIH Statement. |
| 40 | All Communications between the EFIH Independent Manager and any (a) EFIH creditors constituents, (b) creditor committees, or (c) attorneys, accountants, financial advisors, representatives, or all other persons acting or purporting to act on behalf of the Debtors, concerning the Settlement. |
| 41 | All Documents provided to, reviewed by, relied upon, or created by the EFH Disinterested Directors in connection with any negotiation, evaluation, investigation, analysis, due diligence, or assessment of the Settlement, including, without limitation, the materials referenced in paragraphs 3 and 5 of the EFH Statement and Exhibit C to the TCEH Statement. |
| 42 | All Communications between the EFH Disinterested Directors and any (a) EFH creditors, (b) creditor committees, or (c) attorneys, accountants, financial advisors, representatives, or all other persons acting or purporting to act on behalf of the Debtors, concerning the Settlement. |
| 43 | All Documents and Communications between and among the Debtors, the Disinterested Directors, and/or other members of the Debtors' boards of directors concerning their consideration of the Prepetition Intercompany Claims and/or the Settlement. |
| 44 | All Documents and Communications concerning or reflecting negotiations by and among the Disinterested Directors relating to the Settlement. |
| 45 | All Communications on or after the Petition Date concerning the Prepetition Intercompany Claims. |
| 46 | All Documents and Communications concerning the "significant input" that was provided by the "Creditors' Committees and other creditor groups" in connection with the Settlement, as described in the Disclosure Statement. |
| 47 | All Documents and Communications relating to the "arms'-length negotiations between the Debtors (including each Debtor's disinterested director(s) and managers)" in connection with the Settlement, as described in the Disclosure Statement. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 48 | All Documents and Communications relating to the term in the Settlement allowing any of the Disinterested Directors to terminate the Settlement "if any of them determines, based on the advice of counsel, that termination of the [Settlement] would be consistent with the exercise of their fiduciary duties," as described in Disclosure Statement. |
| 49 | All Communications referencing or concerning the letter of April 9, 2015 from Andrew G. Dietderich to Donald L. Evans and Billie I. Williamson or the requests contained therein. |
| 50 | All Communications relating to the timing of the announcement of the Settlement, including, but not limited to, all Communications concerning any potential delay in announcement of the Settlement to review any bids for Oncor. |
| 51 | All Documents and Communications relating to any valuation of EECI, using any valuation methodology, including Documents sufficient to identify all assets of EECI and their estimated, proposed, or actual value. |
| 52 | All Documents and Communications relating to any actual or proposed transfer of any asset out of EECI, including, without limitation, Documents sufficient to identify (a) the asset that was the subject of the actual or proposed transfer; (b) any party or entity to whom the asset was actually or proposed to be transferred; (c) the name of any other party or entity that was involved in the actual or proposed transfer; and (d) the reasons for the actual or proposed transfer. |
| 53 | All Documents and Communications concerning whether and to what extent any fact or opinion should be included in the Disclosure Statement. |
| 54 | All Documents and Communications relating to the "classification" and "treatment of Claims and Interests," as described in the Disclosure Statement, including, but not limited to, any considerations of whether any Claim should be included in any particular Plan class. |
| 55 | All Documents on which the Debtors or the Disinterested Directors intend to rely in connection with the Disclosure Statement and/or the Disclosure Statement Motion. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 56 | All Documents relating to actual or potential insurance coverage for any Asbestos Claims, including without limitation:(a) copies of all insurance policies or agreements, regardless of when issued or executed, that provide coverage to any Debtor for actual or alleged liability due to bodily injury, disease, or death suffered by a third party ("General Liability Policies");(b) all settlement agreements with insurance companies relating, in whole or in part, to Asbestos Claims;(c) all interim or coverage-in-place agreements with insurance companies relating in whole or in part to defense or settlement of Asbestos Claims;(d) all Communications with insurance companies relating to notification of Asbestos Claims or the position of any insurance companies concerning the presence or absence of coverage for Asbestos Claims;(e) all coverage charts or summaries reflecting or relating to the existence and extent of the General Liability Policies' coverage that may be available for Asbestos Claims, either generally or as to certain Asbestos Claims or the Debtors;(f) all charts or summaries that reflect or discuss the General Liability Insurance coverage program for any Debtor for any period of time up to and including the Petition Date; and (g) all Documents relating to deductibles or self-insured retentions that must be paid or satisfied under any insurance policy that may provide coverage for Asbestos Claims. |
| 57 | Documents sufficient to identify any policies, practices, and procedures with respect to the retention, storage, organization, or destruction of any document relating to these Chapter 11 Cases. |

| Requesting Party: | **Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc. and EECI, Inc.** |
|---|---|
| **Directed To:** | **Charles Clemens** |

*Notice of  Subpoena to Charles H. Clemens Produce Documents and to Testify at a Deposition*

| | |
|---|---|
| 1 | All Documents and Communications relating to any Communications between the IRS and any Debtor or Disinterested Director concerning any tax matters relating to the Plan or described in the Disclosure Statement. |
| 2 | All Documents and Communications relating to any Communications between the IRS and any Debtor or Disinterested Director concerning any valuation or proposed valuation of TCEH, using any valuation methodology. |
| 3 | All Documents and Communications discussing or otherwise relating to any analyses or considerations concerning either a "taxable deconsolidation or tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 4 | All Documents and Communications relating to the feasibility or risks associated with the proposed "tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 5 | All Documents relating to any actual or proposed valuations of TCEH that were used in connection with any analysis of the proposed "tax-free spin-off of TCEH," as described in the Disclosure Statement. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 6 | All Documents relating to, supporting, or contradicting the statement in the Disclosure Statement that under the "tax-free spin-off . . . the tax attributes of the EFH Group will be substantially used to provide Reorganized TCEH with a partial step-up in tax basis in certain of its assets, valued at approximately $1.0 billion." |
| 7 | All Documents and Communications relating to the "Private Letter Ruling," as described in the Disclosure Statement, including, but not limited to, the probability of receiving a Private Letter Ruling. |
| 8 | All Documents relating to any analysis of the three proposed forms of reorganization for EFH following the proposed "tax-free spin-off of TCEH," including all Documents relating to or discussing the feasibility or risks associated with the "Merger Scenario," "Backstop Scenario," or "Standalone Scenario," as described in the Disclosure Statement. |
| 9 | All Documents and Communications relating to the step-up in basis of TCEH's assets under the Settlement. |
| 10 | All Documents and Communications relating to the risks associated with the proposed step-up in basis of TCEH's assets in connection with the tax-free spin-off of TCEH as provided in the Plan and described in the Disclosure Statement. |
| 11 | All Documents concerning whether the consent of the Sponsors would be required for a tax-free spin-off of TCEH as provided for in the Plan and described in the Disclosure Statement. |
| 12 | All Documents and Communications relating to the process in which any conflicts or "Independent Matters," as that term is used in the Protocol for Certain Case Matters, are identified, and any other processes considered for dealing with conflicts matters. |
| 13 | Documents sufficient to show any relationships or connections between and among the EFIH Independent Manager and any other Debtors or Disinterested Directors prior to commencement of their services in connection with these Chapter 11 Cases. |
| 14 | All Documents and Communications relating to the process in which the EFIH Independent Manager was selected and any decision to retain the EFIH Independent Manager during the Chapter 11 Cases. |
| 15 | All Documents and Communications relating to the process in which counsel and investment banking professionals for the EFIH Independent Manager were selected. |
| 16 | All Documents and Communications relating to any directions, mandates, or instructions provided to the Disinterested Directors with respect to their services in connection with these Chapter 11 Cases. |
| 17 | All Documents and Communications relating to the amount and priority of payment of the $10 million settlement amount from EFH Corp. to the "Holders of Interests in EFH Corp.," as described in the Disclosure Statement and defined as the EFH Settlement Claim in the Plan. |
| 18 | All Documents and Communications relating to the provision of "third-party releases of direct and indirect Holders of Interests in EFH Corp. and its affiliates," as described in the Disclosure Statement. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 19 | All Communications with the Sponsors concerning the Settlement, including, but not limited to, Communications relating to any actual, proposed or negotiated terms of the Settlement affecting any rights, liabilities, or releases of the Sponsors. |
| 20 | All Documents and Communications relating to analyzing, assessing or articulating any Claims against any of the "Released Parties" (as described in the Disclosure Statement), including, but not limited to, Claims against the Disinterested Directors or other Insiders. |
| 21 | All Documents and Communications relating to the provision of "Exculpation" to the "Exculpated Parties," as described in the Disclosure Statement. |
| 22 | All Communications with and/or among Insiders including, but not limited to, officers and or the Disinterested Directors, concerning or relating to the releases contained in Article VIII of the Plan and discussed in the Disclosure Statement. |
| 23 | All Documents and Communications relating to the Debtors' and/or the Disinterested Directors' approval of the Disclosure Statement and/or the Plan. |
| 24 | All draft and final versions of the Disclosure Statement that were provided to or reviewed by the EFIH Independent Manager. |
| 25 | All Documents and Communications by and among the Disinterested Directors relating to their negotiation, evaluation, investigation, analysis, due diligence or assessment of the Settlement. |
| 26 | All Documents provided to, reviewed by, relied upon, or created by the EFIH Independent Manager in connection with any negotiation, evaluation, investigation, analysis, due diligence, or assessment of the Settlement, including, without limitation, the materials referenced on paragraphs 4, 5, 6, 8 and 9 of the EFIH Statement. |
| 27 | All Documents and Communications between and among the Debtors, the EFIH Independent Manager, and/or other members of the Debtors' boards of directors concerning their consideration of the Prepetition Intercompany Claims and/or the Settlement. |
| 28 | All Communications between the EFIH Independent Manager and any (a) EFIH creditors constituents, (b) creditor committees, or (c) attorneys, accountants, financial advisors, representatives, or all other persons acting or purporting to act on behalf of the Debtors, concerning the Settlement. |
| 29 | All Communications by the EFIH Independent Manager relating to his evaluation, investigation, analysis, due diligence, or assessment of the Prepetition Intercompany Claims or Settlement. |
| 30 | All Documents and Communications concerning or reflecting negotiations by and among the Disinterested Directors relating to the Settlement. |
| 31 | All Communications on or after the Petition Date concerning the Prepetition Intercompany Claims. |
| 32 | All Documents and Communications concerning the "significant input" that was provided by the "Creditors' Committees and other creditor groups" in connection with the Settlement, as described in the Disclosure Statement. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 33 | All Documents and Communications relating to the "arms'-length negotiations between the Debtors (including each Debtor's disinterested director(s) and managers)" in connection with the Settlement, as described in the Disclosure Statement. |
| 34 | All Documents and Communications relating to the term in the Settlement allowing any of the Disinterested Directors to terminate the Settlement "if any of them determines, based on the advice of counsel, that termination of the [Settlement] would be consistent with the exercise of their fiduciary duties," as described in Disclosure Statement. |
| 35 | All Communications referencing or concerning the letter of April 9, 2015 from Andrew G. Dietderich to Donald L. Evans and Billie I. Williamson or the requests contained therein. |
| 36 | All Communications relating to the timing of the announcement of the Settlement, including, but not limited to, all Communications concerning any potential delay in announcement of the Settlement to review any bids for Oncor. |
| 37 | All draft and final versions of the *Joint Statement of Summary of Settlement of Intercompany Claims* ("Joint Statement") that were provided to, reviewed by, relied upon, or created by the EFIH Independent Manager, including any Documents or Communications relating to any modifications or proposed modifications to the Joint Statement. |
| 38 | All Documents and Communications concerning whether and to what extent any fact or opinion should be included in the Disclosure Statement. |
| 39 | All Documents and Communications relating to the "classification" and "treatment of Claims and Interests," as described in the Disclosure Statement, including, but not limited to, any considerations of whether any Claim should be included in any particular Plan class. |
| 40 | All Documents on which the Debtors or the Disinterested Directors intend to rely in connection with the Disclosure Statement and/or the Disclosure Statement Motion. |
| 41 | Documents sufficient to identify any policies, practices, and procedures with respect to the retention, storage, organization, or destruction of any document relating to these Chapter 11 Cases. |
| **Requesting Party:** | **Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc. and EECI, Inc.** |
| **Directed To:** | **Hugh Sawyer** |
| *Notice of* | *Subpoena to Hugh E. Sawyer Produce Documents and to Testify at a Deposition* |
| 1 | All Documents and Communications relating to any Communications between the IRS and any Debtor or Disinterested Director concerning any tax matters relating to the Plan or described in the Disclosure Statement. |
| 2 | All Documents and Communications relating to any Communications between the IRS and any Debtor or Disinterested Director concerning any valuation or proposed valuation of TCEH, using any valuation methodology. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 3 | All Documents and Communications discussing or otherwise relating to any analyses or considerations concerning either a "taxable deconsolidation or tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 4 | All Documents and Communications relating to the feasibility or risks associated with the proposed "tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 5 | All Documents relating to any actual or proposed valuations of TCEH that were used in connection with any analysis of the proposed "tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 6 | All Documents relating to, supporting, or contradicting the statement in the Disclosure Statement that under the "tax-free spin-off . . . the tax attributes of the EFH Group will be substantially used to provide Reorganized TCEH with a partial step-up in tax basis in certain of its assets, valued at approximately $1.0 billion." |
| 7 | All Documents and Communications relating to the "Private Letter Ruling," as described in the Disclosure Statement, including, but not limited to, the probability of receiving a Private Letter Ruling. |
| 8 | All Documents relating to any analysis of the three proposed forms of reorganization for EFH following the proposed "tax-free spin-off of TCEH," including all Documents relating to or discussing the feasibility or risks associated with the "Merger Scenario," "Backstop Scenario," or "Standalone Scenario," as described in the Disclosure Statement |
| 9 | All Documents and Communications relating to the step-up in basis of TCEH's assets under the Settlement. |
| 10 | All Documents and Communications relating to the risks associated with the proposed step-up in basis of TCEH's assets in connection with the tax-free spin-off of TCEH as provided in the Plan and described in the Disclosure Statement. |
| 11 | All Documents concerning whether the consent of the Sponsors would be required for a tax-free spin-off of TCEH as provided for in the Plan and described in the Disclosure Statement. |
| 12 | All Documents and Communications relating to the process in which any conflicts or "Independent Matters," as that term is used in the Protocol for Certain Case Matters, are identified, and any other processes considered for dealing with conflicts matters. |
| 13 | Documents sufficient to show any relationships or connections between and among the TCEH Disinterested Manager and any other Debtors or Disinterested Directors prior to commencement of their services in connection with these Chapter 11 Cases. |
| 14 | All Documents and Communications relating to the process in which the TCEH Disinterested Manager was selected and any decision to retain the TCEH Disinterested Manager during these Chapter 11 Cases. |
| 15 | All Documents and Communications relating to the process in which counsel and investment banking professionals for the TCEH Disinterested Manager were selected. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 16 | All Documents and Communications relating to any directions, mandates, or instructions provided to the Disinterested Directors with respect to their services in connection with these Chapter 11 Cases. |
| 17 | All Documents and Communications relating to the amount and priority of payment of the $10 million settlement amount from EFH Corp. to the "Holders of Interests in EFH Corp.," as described in the Disclosure Statement and defined as the EFH Settlement Claim in the Plan. |
| 18 | All Documents and Communications relating to the provision of "third-party releases of direct and indirect Holders of Interests in EFH Corp. and its affiliates," as described in the Disclosure Statement. |
| 19 | All Documents and Communications relating to the provision of "Exculpation" to the "Exculpated Parties," as described in the Disclosure Statement. |
| 20 | All Communications with the Sponsors concerning the Settlement, including, but not limited to, Communications relating to any actual, proposed or negotiated terms of the Settlement affecting any rights, liabilities, or releases of the Sponsors. |
| 21 | All Documents and Communications relating to analyzing, assessing or articulating any Claims against any of the "Released Parties" (as described in the Disclosure Statement), including, but not limited to, Claims against the Disinterested Directors or other Insiders. |
| 22 | All Communications with and/or among Insiders, including, but not limited to, officers and/or the Disinterested Directors, concerning or relating to the releases contained in Article VIII of the Plan and discussed in the Disclosure Statement. |
| 23 | All Documents and Communications relating to the Debtors' and/or the Disinterested Directors' approval of the Disclosure Statement and/or the Plan. |
| 24 | All Documents and Communications relating to (a) the inclusion of the NOL Claim on the TCEH Schedules, and/or (b) the decision to include the NOL Claim on the TCEH Schedules, including, but not limited to, the parties involved, and the reasons behind, that decision. |
| 25 | All Documents and Communications relating to (a) the inclusion of the NOL Claim on the EFH Schedules, (b) the decision to include the NOL Claim on the EFH Schedules, including, but not limited to, the parties involved, and the reasons behind, that decision, (c) the accuracy of the Amended EFH Schedules filed by EFH on February 18, 2015; and/or (d) the Withdrawal of the Amended EFH Schedules on February 23, 2015. |
| 26 | All Documents and Communications between and among the Disinterested Directors regarding the AMT Credit Claim on the EFH Schedules and/or its removal. |
| 27 | All draft and final versions of the Disclosure Statement that were provided to or reviewed by the TCEH Disinterested Manager. |
| 28 | All Documents and Communications by and among the Disinterested Directors relating to their negotiation, evaluation, investigation, analysis, due diligence, or assessment of the Settlement. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 29 | All Documents provided to, reviewed by, relied upon, or created by the TCEH Disinterested Manager in connection with any negotiation, evaluation, investigation, analysis, due diligence, or assessment of the Settlement, including, without limitation, the materials referenced in paragraph 3 of the TCEH Statement and attached as Exhibits to the TCEH Statement. |
| 30 | All Communications between the TCEH Disinterested Manager and any (a) TCEH creditors, (b) creditor committees, or (c) attorneys, accountants, financial advisors, representatives, or all other persons acting or purporting to act on behalf of the Debtors, concerning the Settlement. |
| 31 | All Documents and Communications between and among the Debtors, the TCEH Disinterested Manager, and/or other members of the Debtors' boards of directors concerning their consideration of the Prepetition Intercompany Claims and/or the Settlement. |
| 32 | All Communications by the TCEH Disinterested Manager relating to his evaluation, investigation, analysis, due diligence, or assessment of the Prepetition Intercompany Claims or Settlement. |
| 33 | All Documents and Communications concerning or reflecting negotiations by and among the Disinterested Directors relating to the Settlement. |
| 34 | All Communications on or after the Petition Date concerning the Prepetition Intercompany Claims. |
| 35 | All Documents and Communications concerning the "significant input" that was provided by the "Creditors' Committees and other creditor groups" in connection with the Settlement, as described in the Disclosure Statement. |
| 36 | All Documents and Communications relating to the "arms'-length negotiations between the Debtors (including each Debtor's disinterested director(s) and managers)" in connection with the Settlement, as described in the Disclosure Statement. |
| 37 | All Documents and Communications relating to the term in the Settlement allowing any of the Disinterested Directors to terminate the Settlement "if any of them determines, based on the advice of counsel, that termination of the [Settlement] would be consistent with the exercise of their fiduciary duties," as described in Disclosure Statement. |
| 38 | All Communications referencing or concerning the letter of April 9, 2015 from Andrew G. Dietderich to Donald L. Evans and Billie I. Williamson or the requests contained therein. |
| 39 | All Communications relating to the timing of the announcement of the Settlement, including, but not limited to, all Communications concerning any potential delay in announcement of the Settlement to review any bids for Oncor. |
| 40 | All draft and final versions of the *Joint Statement of Summary of Settlement of Intercompany Claims* ("Joint Statement") that were provided to, reviewed by, relied upon, or created by the TCEH Disinterested Manager, including any Documents or Communications relating to any modifications or proposed modifications to the Joint Statement. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 41 | All Documents and Communications concerning whether and to what extent any fact or opinion should be included in the Disclosure Statement. |
| 42 | All Documents and Communications relating to the "classification" and "treatment of Claims and Interests," as described in the Disclosure Statement, including, but not limited to, any considerations of whether any Claim should be included in any particular Plan class. |
| 43 | All Documents on which the Debtors or the Disinterested Directors intend to rely in connection with the Disclosure Statement and/or the Disclosure Statement Motion. |
| 44 | Documents sufficient to identify any policies, practices, and procedures with respect to the retention, storage, organization, or destruction of any document relating to these Chapter 11 Cases. |
| **Requesting Party:** | **Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc. and EECI, Inc.** |
| **Directed To:** | **Billie Williamson** |
| *Notice of Subpoena to Billie I. Williamson Produce Documents and to Testify at a Deposition* | |
| 1 | All Documents and Communications relating to any Communications between the IRS and any Debtor or Disinterested Director concerning any tax matters relating to the Plan or described in the Disclosure Statement. |
| 2 | All Documents and Communications relating to any Communications between the IRS and any Debtor or Disinterested Director concerning any valuation or proposed valuation of TCEH, using any valuation methodology. |
| 3 | All Documents and Communications discussing or otherwise relating to any analyses or considerations concerning either a "taxable deconsolidation or tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 4 | All Documents and Communications relating to the feasibility or risks associated with the proposed "tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 5 | All Documents relating to any actual or proposed valuations of TCEH that were used in connection with any analysis of the proposed "tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 6 | All Documents relating to, supporting, or contradicting the statement in the Disclosure Statement that under the "tax-free spin-off . . . the tax attributes of the EFH Group will be substantially used to provide Reorganized TCEH with a partial step-up in tax basis in certain of its assets, valued at approximately $1.0 billion." |
| 7 | All Documents and Communications relating to the "Private Letter Ruling," as described in the Disclosure Statement, including, but not limited to, the probability of receiving a Private Letter Ruling. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 8 | All Documents relating to any analysis of the three proposed forms of reorganization for EFH following the proposed "tax-free spin-off of TCEH," including all Documents relating to or discussing the feasibility or risks associated with the "Merger Scenario," "Backstop Scenario," or "Standalone Scenario," as described in the Disclosure Statement |
| 9 | All Documents and Communications relating to the step-up in basis of TCEH's assets under the Settlement. |
| 10 | All Documents and Communications relating to the risks associated with the proposed step-up in basis of TCEH's assets in connection with the tax-free spin-off of TCEH as provided in the Plan and described in the Disclosure Statement. |
| 11 | All Documents concerning whether the consent of the Sponsors would be required for a tax-free spin-off of TCEH as provided for in the Plan and described in the Disclosure Statement. |
| 12 | All Documents and Communications relating to the process in which any conflicts or "Independent Matters," as that term is used in the Protocol for Certain Case Matters, are identified, and any other processes considered for dealing with conflicts matters. |
| 13 | Documents sufficient to show any relationships or connections between and among either of the EFH Disinterested Directors and any other Debtors or Disinterested Directors prior to commencement of their services in connection with these Chapter 11 Cases. |
| 14 | All Documents and Communications relating to the process in which the EFH Disinterested Directors were selected and any decision to retain the EFH Disinterested Directors during these Chapter 11 Cases. |
| 15 | All Documents and Communications relating to the process in which counsel and investment banking professionals for the EFH Disinterested Directors were selected. |
| 16 | All Documents and Communications relating to any directions, mandates, or instructions provided to the Disinterested Directors with respect to their services in connection with these Chapter 11 Cases. |
| 17 | All Documents and Communications relating to the amount and priority of payment of the $10 million settlement amount from EFH Corp. to the "Holders of Interests in EFH Corp.," as described in the Disclosure Statement and defined as the EFH Settlement Claim in the Plan. |
| 18 | All Documents and Communications relating to the provision of "third-party releases of direct and indirect Holders of Interests in EFH Corp. and its affiliates," as described in the Disclosure Statement. |
| 19 | All Communications with the Sponsors concerning the Settlement, including, but not limited to, Communications relating to any actual, proposed or negotiated terms of the Settlement affecting any rights, liabilities, or releases of the Sponsors. |
| 20 | All Documents and Communications relating to analyzing, assessing or articulating any Claims against any of the "Released Parties" (as described in the Disclosure Statement), including, but not limited to, Claims against the Disinterested Directors or other Insiders. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 21 | All Documents and Communications relating to the provision of "Exculpation" to the "Exculpated Parties," as described in the Disclosure Statement. |
| 22 | All Communications with and/or among Insiders, including, but not limited to, officers and/or the Disinterested Directors, concerning or relating to the releases contained in Article VIII of the Plan and discussed in the Disclosure Statement. |
| 23 | All Documents and Communications relating to the Debtors' and/or the Disinterested Directors' approval of the Disclosure Statement and/or the Plan. |
| 24 | All Documents and Communications relating to (a) the inclusion of the NOL Claim on the TCEH Schedules, and/or (b) the decision to include the NOL Claim on the TCEH Schedules, including, but not limited to, the parties involved, and the reasons behind, that decision. |
| 25 | All Documents and Communications relating to (a) the inclusion of the NOL Claim on the EFH Schedules, (b) the decision to include the NOL Claim on the EFH Schedules, including, but not limited to, the parties involved, and the reasons behind, that decision, (c) the accuracy of the Amended EFH Schedules filed by EFH on February 18, 2015; and/or (d) the Withdrawal of the Amended EFH Schedules on February 23, 2015. |
| 26 | All Documents and Communications between and among the Disinterested Directors regarding the AMT Credit Claim on the EFH Schedules and/or its removal. |
| 27 | All draft and final versions of the Disclosure Statement that were provided to or reviewed by the EFH Disinterested Directors. |
| 28 | All Documents and Communications by and among the Disinterested Directors relating to their negotiation, evaluation, investigation, analysis, due diligence, or assessment of the Settlement. |
| 29 | All Documents provided to, reviewed by, relied upon, or created by the EFH Disinterested Directors in connection with any negotiation, evaluation, investigation, analysis, due diligence, or assessment of the Settlement, including, without limitation, the materials referenced in paragraphs 3 and 5 of the EFH Statement and Exhibit C to Exhibit 1 of the TCEH Statement. |
| 30 | All Communications between the EFH Disinterested Directors and any (a) EFH creditors, (b) creditor committees, or (c) attorneys, accountants, financial advisors, representatives, or all other persons acting or purporting to act on behalf of the Debtors, concerning the Settlement. |
| 31 | All Documents and Communications between and among the Debtors, the EFH Disinterested Directors, and/or other members of the Debtors' boards of directors concerning their consideration of the Prepetition Intercompany Claims and/or the Settlement. |
| 32 | All Communications by or among the EFH Disinterested Directors relating to their evaluation, investigation, analysis, due diligence, or assessment of the Prepetition Intercompany Claims or Settlement. |
| 33 | All Documents and Communications concerning or reflecting negotiations by and among the Disinterested Directors relating to the Settlement. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 34 | All Communications on or after the Petition Date concerning the Prepetition Intercompany Claims. |
| 35 | All Documents and Communications concerning the "significant input" that was provided by the "Creditors' Committees and other creditor groups" in connection with the Settlement, as described in the Disclosure Statement. |
| 36 | All Documents and Communications relating to the "arms'-length negotiations between the Debtors (including each Debtor's disinterested director(s) and managers)" in connection with the Settlement, as described in the Disclosure Statement. |
| 37 | All Documents and Communications relating to the term in the Settlement allowing any of the Disinterested Directors to terminate the Settlement "if any of them determines, based on the advice of counsel, that termination of the [Settlement] would be consistent with the exercise of their fiduciary duties," as described in Disclosure Statement. |
| 38 | All Communications referencing or concerning the letter of April 9, 2015 from Andrew G. Dietderich to Donald L. Evans and Billie I. Williamson or the requests contained therein. |
| 39 | All Communications relating to the timing of the announcement of the Settlement, including, but not limited to, all Communications concerning any potential delay in announcement of the Settlement to review any bids for Oncor. |
| 40 | All draft and final versions of the *Joint Statement of Summary of Settlement of Intercompany Claims* ("Joint Statement") that were provided to, reviewed by, relied upon, or created by the EFH Disinterested Directors, including any Documents or Communications relating to any modifications or proposed modifications to the Joint Statement. |
| 41 | All Documents and Communications concerning whether and to what extent any fact or opinion should be included in the Disclosure Statement. |
| 42 | All Documents and Communications relating to the "classification" and "treatment of Claims and Interests," as described in the Disclosure Statement, including, but not limited to, any considerations of whether any Claim should be included in any particular Plan class. |
| 43 | All Documents on which the Debtors or the Disinterested Directors intend to rely in connection with the Disclosure Statement and/or the Disclosure Statement Motion. |
| 44 | Documents sufficient to identify any policies, practices, and procedures with respect to the retention, storage, organization, or destruction of any document relating to these Chapter 11 Cases. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| **Requesting Party:** | **Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc. and EECI, Inc.** |
| **Directed To:** | **Debtors** |
| *Notice of Subpoena to Donald L. Evans Produce Documents and to Testify at a Deposition* | |
| 1 | All Documents and Communications relating to any Communications between the IRS and any Debtor or Disinterested Director concerning any tax matters relating to the Plan or described in the Disclosure Statement. |
| 2 | All Documents and Communications relating to any Communications between the IRS and any Debtor or Disinterested Director concerning any valuation or proposed valuation of TCEH, using any valuation methodology. |
| 3 | All Documents and Communications discussing or otherwise relating to any analyses or considerations concerning either a "taxable deconsolidation or tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 4 | All Documents and Communications relating to the feasibility or risks associated with the proposed "tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 5 | All Documents relating to any actual or proposed valuations of TCEH that were used in connection with any analysis of the proposed "tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 6 | All Documents relating to, supporting, or contradicting the statement in the Disclosure Statement that under the "tax-free spin-off . . . the tax attributes of the EFH Group will be substantially used to provide Reorganized TCEH with a partial step-up in tax basis in certain of its assets, valued at approximately $1.0 billion." |
| 7 | All Documents and Communications relating to the "Private Letter Ruling," as described in the Disclosure Statement, including, but not limited to, the probability of receiving a Private Letter Ruling. |
| 8 | All Documents relating to any analysis of the three proposed forms of reorganization for EFH following the proposed "tax-free spin-off of TCEH," including all Documents relating to or discussing the feasibility or risks associated with the "Merger Scenario," "Backstop Scenario," or "Standalone Scenario," as described in the Disclosure Statement |
| 9 | All Documents and Communications relating to the step-up in basis of TCEH's assets under the Settlement. |
| 10 | All Documents and Communications relating to the risks associated with the proposed step-up in basis of TCEH's assets in connection with the tax-free spin-off of TCEH as provided in the Plan and described in the Disclosure Statement. |
| 11 | All Documents concerning whether the consent of the Sponsors would be required for a tax-free spin-off of TCEH as provided for in the Plan and described in the Disclosure Statement. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 12 | All Documents and Communications relating to the process in which any conflicts or "Independent Matters," as that term is used in the Protocol for Certain Case Matters, are identified, and any other processes considered for dealing with conflicts matters. |
| 13 | Documents sufficient to show any relationships or connections between and among either of the EFH Disinterested Directors and any other Debtors or Disinterested Directors prior to commencement of their services in connection with these Chapter 11 Cases. |
| 14 | All Documents and Communications relating to the process in which the EFH Disinterested Directors were selected and any decision to retain the EFH Disinterested Directors during these Chapter 11 Cases. |
| 15 | All Documents and Communications relating to the process in which counsel and investment banking professionals for the EFH Disinterested Directors were selected. |
| 16 | All Documents and Communications relating to any directions, mandates, or instructions provided to the Disinterested Directors with respect to their services in connection with these Chapter 11 Cases. |
| 17 | All Documents and Communications relating to the amount and priority of payment of the $10 million settlement amount from EFH Corp. to the "Holders of Interests in EFH Corp.," as described in the Disclosure Statement and defined as the EFH Settlement Claim in the Plan. |
| 18 | All Documents and Communications relating to the provision of "third-party releases of direct and indirect Holders of Interests in EFH Corp. and its affiliates," as described in the Disclosure Statement. |
| 19 | All Communications with the Sponsors concerning the Settlement, including, but not limited to, Communications relating to any actual, proposed or negotiated terms of the Settlement affecting any rights, liabilities, or releases of the Sponsors. |
| 20 | All Documents and Communications relating to analyzing, assessing or articulating any Claims against any of the "Released Parties" (as described in the Disclosure Statement), including, but not limited to, Claims against the Disinterested Directors or other Insiders. |
| 21 | All Documents and Communications relating to the provision of "Exculpation" to the "Exculpated Parties," as described in the Disclosure Statement. |
| 22 | All Communications with and/or among Insiders, including, but not limited to, officers and/or the Disinterested Directors, concerning or relating to the releases contained in Article VIII of the Plan and discussed in the Disclosure Statement. |
| 23 | All Documents and Communications relating to the Debtors' and/or the Disinterested Directors' approval of the Disclosure Statement and/or the Plan. |
| 24 | All Documents and Communications relating to (a) the inclusion of the NOL Claim on the TCEH Schedules, and/or (b) the decision to include the NOL Claim on the TCEH Schedules, including, but not limited to, the parties involved, and the reasons behind, that decision. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 25 | All Documents and Communications relating to (a) the inclusion of the NOL Claim on the EFH Schedules, (b) the decision to include the NOL Claim on the EFH Schedules, including, but not limited to, the parties involved, and the reasons behind, that decision, (c) the accuracy of the Amended EFH Schedules filed by EFH on February 18, 2015; and/or (d) the Withdrawal of the Amended EFH Schedules on February 23, 2015. |
| 26 | All Documents and Communications between and among the Disinterested Directors regarding the AMT Credit Claim on the EFH Schedules and/or its removal. |
| 27 | All draft and final versions of the Disclosure Statement that were provided to or reviewed by the EFH Disinterested Directors. |
| 28 | All Documents and Communications by and among the Disinterested Directors relating to their negotiation, evaluation, investigation, analysis, due diligence, or assessment of the Settlement. |
| 29 | All Documents provided to, reviewed by, relied upon, or created by the EFH Disinterested Directors in connection with any negotiation, evaluation, investigation, analysis, due diligence, or assessment of the Settlement, including, without limitation, the materials referenced in paragraphs 3 and 5 of the EFH Statement and Exhibit C to Exhibit 1 of the TCEH Statement. |
| 30 | All Communications between the EFH Disinterested Directors and any (a) EFH creditors, (b) creditor committees, or (c) attorneys, accountants, financial advisors, representatives, or all other persons acting or purporting to act on behalf of the Debtors, concerning the Settlement. |
| 31 | All Documents and Communications between and among the Debtors, the EFH Disinterested Directors, and/or other members of the Debtors' boards of directors concerning their consideration of the Prepetition Intercompany Claims and/or the Settlement. |
| 32 | All Communications by or among the EFH Disinterested Directors relating to their evaluation, investigation, analysis, due diligence, or assessment of the Prepetition Intercompany Claims or Settlement. |
| 33 | All Documents and Communications concerning or reflecting negotiations by and among the Disinterested Directors relating to the Settlement. |
| 34 | All Communications on or after the Petition Date concerning the Prepetition Intercompany Claims. |
| 35 | All Documents and Communications concerning the "significant input" that was provided by the "Creditors' Committees and other creditor groups" in connection with the Settlement, as described in the Disclosure Statement. |
| 36 | All Documents and Communications relating to the "arms'-length negotiations between the Debtors (including each Debtor's disinterested director(s) and managers)" in connection with the Settlement, as described in the Disclosure Statement. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 37 | All Documents and Communications relating to the term in the Settlement allowing any of the Disinterested Directors to terminate the Settlement "if any of them determines, based on the advice of counsel, that termination of the [Settlement] would be consistent with the exercise of their fiduciary duties," as described in Disclosure Statement. |
| 38 | All Communications referencing or concerning the letter of April 9, 2015 from Andrew G. Dietderich to Donald L. Evans and Billie I. Williamson or the requests contained therein. |
| 39 | All Communications relating to the timing of the announcement of the Settlement, including, but not limited to, all Communications concerning any potential delay in announcement of the Settlement to review any bids for Oncor. |
| 40 | All draft and final versions of the *Joint Statement of Summary of Settlement of Intercompany Claims* ("Joint Statement") that were provided to, reviewed by, relied upon, or created by the EFH Disinterested Directors, including any Documents or Communications relating to any modifications or proposed modifications to the Joint Statement. |
| 41 | All Documents and Communications concerning whether and to what extent any fact or opinion should be included in the Disclosure Statement. |
| 42 | All Documents and Communications relating to the "classification" and "treatment of Claims and Interests," as described in the Disclosure Statement, including, but not limited to, any considerations of whether any Claim should be included in any particular Plan class. |
| 43 | All Documents on which the Debtors or the Disinterested Directors intend to rely in connection with the Disclosure Statement and/or the Disclosure Statement Motion. |
| 44 | Documents sufficient to identify any policies, practices, and procedures with respect to the retention, storage, organization, or destruction of any document relating to these Chapter 11 Cases. |
| **Requesting Party:** | **Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc. and EECI, Inc.**<br>**Directed To:**       **Debtors**<br>*Notice of Deposition Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* |
| 1 | The Disclosure Statement and the Disclosure Statement Motion. |
| 2 | Documents on which the Debtors intend to rely in connection with the Disclosure Statement and the Disclosure Statement Motion. |
| 3 | Your discussions with the IRS on any tax matters described in the Disclosure Statement, including, but not limited to, any discussions relating to any valuation or proposed valuation of TCEH. |

29

| Request/<br>Topic<br>No. | Request/Topic Text |
|---|---|
| 4 | Your liquidation analysis, as set forth in Exhibit G to the Disclosure Statement, including, but not limited to, any assumptions, valuations, guidelines, and supporting calculations or metrics used or considered. |
| 5 | Your analyses or considerations concerning either a "taxable deconsolidation or tax-free spin-off of TCEH," as described in the Disclosure Statement. |
| 6 | Your analyses or considerations relating to the step-up in basis of TCEH's assets under the Settlement. |
| 7 | Your negotiations or discussions with the Sponsors relating to the Disclosure Statement, including, but not limited to, any proposed or actual terms of the Settlement affecting any rights, liabilities, or releases of the Sponsors. |
| 8 | Your identification of any conflicts or "Independent Matters," as that term is used in the Protocol for Certain Case Matters, including, but not limited to, any review, investigation, study, analysis, assessment, or evaluation undertaken by You to determine the existence of any actual or potential conflicts or "Independent Matters." |
| 9 | Your criteria, guidelines, decision-making processes, policies, and practices relating to your selection of the Disinterested Directors, including, but not limited to, any other candidates considered for dealing with conflicts matters. |
| 10 | Your discussions with the Disinterested Directors relating to their services in connection with these Chapter 11 cases and their retention of attorneys and investment banking professionals. |
| 11 | Your assessment or evaluations of any Claims against any of the "Released Parties," as described in the Disclosure Statement, including, but not limited to, whether and to what extent any party or entity should be considered a "Released Party." |
| 12 | Your involvement or discussions with any Insiders concerning or relating to the releases contained in Article VIII of the Plan and discussed in the Disclosure Statement. |
| 13 | Your criteria, guidelines, decision-making processes, policies, and practices relating to your approval of the Disclosure Statement and/or the Plan. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 14 | Your review, investigation, study, analysis, assessment, or evaluation of the Prepetition Intercompany Claims and/or the Settlement, including, but not limited to, any discussions or negotiations with the TCEH Disinterested Manager, EFIH Independent Manager, and any of the EFH Disinterested Directors concerning the Prepetition Intercompany Claims and/or the Settlement. |
| 15 | Your analyses or considerations relating to the inclusion of the NOL Claim and/or the AMT Credit Claim on the TCEH Schedules and the EFH Schedules. |
| 16 | Your assessment or considerations relating to the provision in the Settlement allowing any of the Disinterested Directors to terminate the Settlement "if any of them |
| 17 | Your considerations concerning the timing of the announcement of the Settlement. |
| 18 | Your analysis or considerations relating to the "classification" and "treatment of Claims and Interests," as described in the Disclosure Statement. |
| **Requesting Party:** | **Official Committee of Unsecured Creditors of Energy Future Holdings Company LLC, its direct subsidiary, Texas Competitive Electric Holdings Company LLC, their direct and indirect subsidiaries, EFH Corporate Services Company** |
| **Directed To:** | **Debtors** |
| *Document Requests to Debtors in Connection with Approval of Debtors' Disclosure Statement* | |
| 1 | All Documents requested by the Ad Hoc Group of TCEH Unsecured Noteholders or any other Participating Party pursuant to the Disclosure Statement Scheduling Order. |
| 2 | All Documents concerning the proposed settlement of the Material Potential Claims Subject to Plan Settlement as set forth in Section V.H.2 of the Disclosure Statement. |
| 3 | All Documents concerning the negotiation of any plan of reorganization. |
| 4 | All Documents concerning any meeting minutes, presentations, consents, resolutions, agendas, Board Materials, or Communications of or sent to any Board, Board member and/or any committees of any Board concerning any plan of reorganization, the Disclosure Statement, and any settlements discussed therein. |
| 5 | All Documents reflecting Communications regarding the Disclosure Statement. |
| 6 | All Documents concerning any demands or offers made to settle any Claims or disputes among the Debtors, Non-Debtor Affiliates, and/or the Sponsors. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 7 | All Documents concerning any assessment, evaluation, consideration, or analysis of any Claims or causes of action that could be or have been brought by or against the Debtors, involving any other Debtor, any Non-Debtor Affiliate, and/or the Sponsors. |
| 8 | All Documents reflecting Communications concerning the tax disclosure in the Disclosure Statement. |
| 9 | All Documents concerning Communications between the Debtors and the IRS or any state or foreign taxing authority, regarding the transactions proposed in the Plan and Disclosure Statement or any other actual or potential Restructuring. |
| 10 | All Documents concerning the Liquidation Analysis attached as Exhibit G to the Disclosure Statement including, but not limited to all calculations, valuations, and ssumptions contained therein. |
| 11 | All Documents concerning any liquidation analysis regarding EFH Corporate Services Company including, but not limited to all calculations, valuations, and assumptions contained therein. |
| 12 | All Documents concerning the Reorganized TCEH Valuation Analysis attached as Exhibit F to the Disclosure Statement including, but not limited to all calculations, valuations, and assumptions contained therein. |
| 13 | All Documents reflecting Communications between any attorney for the Debtors and any person serving as a testifying expert witness for the Debtors at the Disclosure Statement Hearing that: (i) relate to compensation for the expert's study or testimony; (ii) identify facts or data that the Debtors' attorneys provided and that the expert considered in forming the opinions to be expressed; and/or (iii) identify assumptions that the Debtors' attorneys provided and that the expert relied on in forming the opinions to be expressed. |
| 14 | For each testifying expert witness for the Debtors at the Disclosure Statement Hearing, a copy of each expert report, declaration, affidavit, deposition transcript, and/or trial transcript reflecting or containing the testimony of such expert witness during the previous four years. |

| Request/<br>Topic<br>No. | Request/Topic Text |
|---|---|
| **Requesting Party:** | **Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the second lien notes** |
| **Directed To:** | **Debtors** |
| *EFIH Second Lien Indenture Trustee's Request for the Production of Documents to Debtors* | |
| 1 | All documents concerning the value of the Stock Consideration that the holders of EFIH Second Lien Note Claims may elect to take in the Merger Scenario, Backstop Scenario, or Standalone Scenario, including but not limited to all relevant information pertaining to the terms of the Parent Common Stock and the Reorganized EFH Common Stock, including their classification and priority, voting rights, and rights to dividends and distributions. |
| 2 | All documents pertaining to the debt capacity of the Reorganized EFH and the Reorganized EFIH, including but not limited to the risks related to the issuance of the debt, any collateral packages, and any covenants pertaining to debt valuation. |
| 3 | All documents pertaining to the contemplated debt capacity of a Reorganized EFH and Reorganized EFIH at the time the EFIH Second Lien DIP Motion was pending. |
| 4 | All documents concerning how much Cash Consideration is likely to be included in the Transaction Consideration and the likelihood that the Transaction Consideration will include Stock Consideration. |
| 5 | All documents concerning the terms of the New Reorganized EFIH Second Lien Debt that EFIH Second Lien Noteholders would receive if Class B4 votes against the Plan of Reorganization in the Backstop Scenario and Standalone Scenario, including but not limited to the New Reorganized EFIH Debt Documents and any drafts or term sheets. |
| 6 | All documents pertaining to the finances of a Reorganized EFIH or the Parent that would support the New Reorganized EFIH Second Lien Debt, Parent Common Stock, and Reorganized EFH Common Stock that EFIH Second Lien Noteholders may be asked to take, including but not limited to financial statements, drafts of new debt instruments, and documents concerning the risk of such instruments. |
| 7 | All documents pertaining to the sources and uses of funds with respect to the Reorganized EFIH, including but not limited to all documents pertaining to professional fees and claims for professional fees. |
| 8 | All documents concerning the range of values of Cash Consideration available to holders of EFIH Second Lien Note Claims. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 9 | All documents pertaining to any independent valuations of the Reorganized EFIH, including any liquidation analyses, whether conducted by the Debtors' advisors or any other parties' advisors. |
| 10 | All documents pertaining to any intercreditor agreements between the New Reorganized EFIH Second Lien Debt and the New Reorganized EFIH First Lien Debt, including drafts of such agreements or potential agreements. |
| 11 | All documents pertaining to potential causes of action on behalf of any other Debtor in these consolidated bankruptcies against the EFIH Debtor and its subsidiaries, including Oncor. |
| **Requesting Party:    Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the second lien notes** **Directed To:            Disinterested Directors** *EFIH Second Lien Indenture Trustee's Request for the Production of Documents to EFH Disinterested Directors* | |
| 1 | All documents concerning the value of the Stock Consideration that the holders of EFIH Second Lien Note Claims may elect to take in the Merger Scenario, Backstop Scenario, or Standalone Scenario, including but not limited to all relevant information pertaining to the terms of the Parent Common Stock and the Reorganized EFH Common Stock, including their classification and priority, voting rights, and rights to dividends and distributions. |
| 2 | All documents pertaining to the debt capacity of the Reorganized EFH and the Reorganized EFIH, including but not limited to the risks related to the issuance of the debt, any collateral packages, and any covenants pertaining to debt valuation. |
| 3 | All documents pertaining to the contemplated debt capacity of a Reorganized EFH and Reorganized EFIH at the time the EFIH Second Lien DIP Motion was pending. |
| 4 | All documents concerning how much Cash Consideration is likely to be included in the Transaction Consideration and the likelihood that the Transaction Consideration will include Stock Consideration. |
| 5 | All documents concerning the terms of the New Reorganized EFIH Second Lien Debt that EFIH Second Lien Noteholders would receive if Class B4 votes against the Plan of Reorganization in the Backstop Scenario and Standalone Scenario, including but not limited to the New Reorganized EFIH Debt Documents and any drafts or term sheets. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 6 | All documents pertaining to the finances of a Reorganized EFIH or the Parent that would support the New Reorganized EFIH Second Lien Debt, Parent Common Stock, and Reorganized EFH Common Stock that EFIH Second Lien Noteholders may be asked to take, including but not limited to financial statements, drafts of new debt instruments, and documents concerning the risk of such instruments. |
| 7 | All documents pertaining to the sources and uses of funds with respect to the Reorganized EFIH, including but not limited to all documents pertaining to professional fees and claims for professional fees. |
| 8 | All documents concerning the range of values of Cash Consideration available to holders of EFIH Second Lien Note Claims |
| 9 | All documents pertaining to any independent valuations of the Reorganized EFIH, including any liquidation analyses, whether conducted by the Debtors' advisors or any other parties' advisors. |
| 10 | All documents pertaining to any intercreditor agreements between the New Reorganized EFIH Second Lien Debt and the New Reorganized EFIH First Lien Debt, including drafts of such agreements or potential agreements. |
| 11 | All documents pertaining to potential causes of action on behalf of any other Debtor in these consolidated bankruptcies against the EFIH Debtor and its subsidiaries, including Oncor. |
| **Requesting Party:** **Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the second lien notes** **Directed To:** **Independent Managers** *EFIH Second Lien Indenture Trustee's Request for the Production of Documents to EFIH Independent Managers* | |
| 1 | All documents concerning the value of the Stock Consideration that the holders of EFIH Second Lien Note Claims may elect to take in the Merger Scenario, Backstop Scenario, or Standalone Scenario, including but not limited to all relevant information pertaining to the terms of the Parent Common Stock and the Reorganized EFH Common Stock, including their classification and priority, voting rights, and rights to dividends and distributions. |
| 2 | All documents pertaining to the debt capacity of the Reorganized EFH and the Reorganized EFIH, including but not limited to the risks related to the issuance of the debt, any collateral packages, and any covenants pertaining to debt valuation. |
| 3 | All documents pertaining to the contemplated debt capacity of a Reorganized EFH and Reorganized EFIH at the time the EFIH Second Lien DIP Motion was pending. |

| Request/<br>Topic<br>No. | Request/Topic Text |
|---|---|
| 4 | All documents concerning how much Cash Consideration is likely to be included in the Transaction Consideration and the likelihood that the Transaction Consideration will include Stock Consideration. |
| 5 | All documents concerning the terms of the New Reorganized EFIH Second Lien Debt that EFIH Second Lien Noteholders would receive if Class B4 votes against the Plan of Reorganization in the Backstop Scenario and Standalone Scenario, including but not limited to the New Reorganized EFIH Debt Documents and any drafts or term sheets. |
| 6 | All documents pertaining to the finances of a Reorganized EFIH or the Parent that would support the New Reorganized EFIH Second Lien Debt, Parent Common Stock, and Reorganized EFH Common Stock that EFIH Second Lien Noteholders may be asked to take, including but not limited to financial statements, drafts of new debt instruments, and documents concerning the risk of such instruments. |
| 7 | All documents pertaining to the sources and uses of funds with respect to the Reorganized EFIH, including but not limited to all documents pertaining to professional fees and claims for professional fees. |
| 8 | All documents concerning the range of values of Cash Consideration available to holders of EFIH Second Lien Note Claims. |
| 9 | All documents pertaining to any independent valuations of the Reorganized EFIH, including any liquidation analyses, whether conducted by the Debtors' advisors or any other parties' advisors. |
| 10 | All documents pertaining to any intercreditor agreements between the New Reorganized EFIH Second Lien Debt and the New Reorganized EFIH First Lien Debt, including drafts of such agreements or potential agreements. |
| 11 | All documents pertaining to potential causes of action on behalf of any other Debtor in these consolidated bankruptcies against the EFIH Debtor and its subsidiaries, including Oncor. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| **Requesting Party:** | **Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the second lien notes** |
| **Directed To:** | **Disinterested Manager** |
| *EFIH Second Lien Indenture Trustee's Request for the Production of Documents to TCEH Disinterested Manager* | |
| 1 | All documents concerning the value of the Stock Consideration that the holders of EFIH Second Lien Note Claims may elect to take in the Merger Scenario, Backstop Scenario, or Standalone Scenario, including but not limited to all relevant information pertaining to the terms of the Parent Common Stock and the Reorganized EFH Common Stock, including their classification and priority, voting rights, and rights to dividends and distributions. |
| 2 | All documents pertaining to the debt capacity of the Reorganized EFH and the Reorganized EFIH, including but not limited to the risks related to the issuance of the debt, any collateral packages, and any covenants pertaining to debt valuation. |
| 3 | All documents pertaining to the contemplated debt capacity of a Reorganized EFH and Reorganized EFIH at the time the EFIH Second Lien DIP Motion was pending. |
| 4 | All documents concerning how much Cash Consideration is likely to be included in the Transaction Consideration and the likelihood that the Transaction Consideration will include Stock Consideration. |
| 5 | All documents concerning the terms of the New Reorganized EFIH Second Lien Debt that EFIH Second Lien Noteholders would receive if Class B4 votes against the Plan of Reorganization in the Backstop Scenario and Standalone Scenario, including but not limited to the New Reorganized EFIH Debt Documents and any drafts or term sheets. |
| 6 | All documents pertaining to the finances of a Reorganized EFIH or the Parent that would support the New Reorganized EFIH Second Lien Debt, Parent Common Stock, and Reorganized EFH Common Stock that EFIH Second Lien Noteholders may be asked to take, including but not limited to financial statements, drafts of new debt instruments, and documents concerning the risk of such instruments. |
| 7 | All documents pertaining to the sources and uses of funds with respect to the Reorganized EFIH, including but not limited to all documents pertaining to professional fees and claims for professional fees. |
| 8 | All documents concerning the range of values of Cash Consideration available to holders of EFIH Second Lien Note Claims. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| 9 | All documents pertaining to any independent valuations of the Reorganized EFIH, including any liquidation analyses, whether conducted by the Debtors' advisors or any other parties' advisors. |
| 10 | All documents pertaining to any intercreditor agreements between the New Reorganized EFIH Second Lien Debt and the New Reorganized EFIH First Lien Debt, including drafts of such agreements or potential agreements. |
| 11 | All documents pertaining to potential causes of action on behalf of any other Debtor in these consolidated bankruptcies against the EFIH Debtor and its subsidiaries, including Oncor. |
| **Requesting Party:** **Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the second lien notes** **Directed To:** **Debtors** *Notice of Deposition* | |
| 1 | The value of the Stock Consideration that the holders of EFIH Second Lien Note Claims may elect to take in the Merger Scenario, Backstop Scenario, or Standalone Scenario. |
| 2 | The debt capacity of the Reorganized EFH and the Reorganized EFIH. |
| 3 | The terms of the New Reorganized EFIH Second Lien Debt that EFIH Second Lien Noteholders would receive if Class B4 votes against the Plan of Reorganization in the Backstop Scenario and Standalone Scenario. |
| 4 | The finances of a Reorganized EFIH or the Parent that would support the New Reorganized EFIH Second Lien Debt, Parent Common Stock, and Reorganized EFH Common Stock that EFIH Second Lien Noteholders may be asked to take. |
| 5 | Any Cash Consideration that is likely to be included in the Transaction Consideration and the likelihood that the Transaction Consideration will include Stock Consideration. |
| 6 | The range of values of Cash Consideration available to holders of EFIH Second Lien Note Claims. |
| 7 | The sources and uses of funds with respect to the Reorganized EFIH, including but not limited to any and all documents pertaining to professional fees and claims for professional fees. |
| 8 | Any independent valuations of the Reorganized EFIH, including any liquidation analyses. |

| Request/<br>Topic<br>No. | Request/Topic Text |
|---|---|
| 9 | Any intercreditor agreements between the New Reorganized EFIH Second Lien Debt and the New Reorganized EFIH First Lien Debt. |
| 10 | Any potential causes of action against the EFIH Debtors and its subsidiaries, including Oncor, on behalf of the Reorganized EFIH, or any other individual or entity. |
| **Requesting Party:** **Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the second lien notes** **Directed To:** **Debtors** *Notice of Deposition of Anthony R. Horton* | |
| N/A | |
| **Requesting Party:** **Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the second lien notes** **Directed To:** **Debtors** *Notice of Deposition of Paul M. Keglevic* | |
| N/A | |
| **Requesting Party:** **Official Committee of Unsecured Creditors of Energy Future Holdings Company LLC, its direct subsidiary, Texas Competitive Electric Holdings Company LLC, their direct and indirect subsidiaries, and EFH Corporate Services Company** **Directed To:** **Debtors** *Interrogatories to Debtors in Connection with Approval of Debtors' Disclosure Statement* | |
| 1 | Please identify any witness whom you intend to call at the Disclosure Statement Hearing as defined in the Disclosure Statement Scheduling Order |
| 2 | Please identify all witnesses with material knowledge of the proposed settlement of the Material Potential Claims Subject to Plan Settlement as set forth in Section V.H.2 of the Disclosure Statement |
| 3 | Please identify all witnesses with material knowledge of the Liquidation Analysis attached as Exhibit G to the Disclosure Statement including, but not limited to all calculations, valuations, and assumptions contained therein. |
| 4 | Please identify all witnesses with material knowledge of any liquidation analysis for EFH Corporate Services Company including, but not limited to all calculations, valuations, and assumptions contained therein. |
| 5 | Please identify all witnesses with material knowledge of the Reorganized TCEH Valuation Analysis attached as Exhibit F to the Disclosure Statement including, but not limited to all calculations, valuations, and assumptions contained therein. |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| **Requesting Party:** | **Official Committee of Unsecured Creditors of Energy Future Holdings Company LLC, its direct subsidiary, Texas Competitive Electric Holdings Company LLC, their direct and indirect subsidiaries, and EFH Corporate Services Company** |
| **Directed To:** | **Debtors** |
| *Notice of Deposition of Debtors* | |
| 1 | The Disclosure Statement and Disclosure Statement Motion. |
| 2 | Documents on which the Debtors intend to rely in connection with the Disclosure Statement and the Disclosure Statement Motion. |
| 3 | The Material Potential Claims Subject to Plan Settlement as set forth in Section V.H.2 of the Disclosure Statement. |
| 4 | The Liquidation Analysis attached as Exhibit G to the Disclosure Statement including, but not limited to all calculations, valuations, and assumptions contained therein. |
| 5 | Any Liquidation Analysis for EFH Corporate Services Company. |
| 6 | The Reorganized TCEH Valuation Analysis attached as Exhibit F to the Disclosure Statement including, but not limited to all calculations, valuations, and assumptions contained therein. |
| **Requesting Party:** | **Official Committee of Unsecured Creditors of Energy Future Holdings Company LLC, its direct subsidiary, Texas Competitive Electric Holdings Company LLC, their direct and indirect subsidiaries, and EFH Corporate Services Company** |
| **Directed To:** | **Debtors** |
| *Notice of Deposition of Hugh Sawyer* | |
| N/A | |
| **Requesting Party:** | **Ad Hoc Group of TCEH Unsecured Noteholders** |
| **Directed To:** | **Debtors** |
| *Notice of Deposition* | |
| 1 | The Disclosure Statement and Disclosure Statement Motion |
| 2 | Documents on which the Debtors intend to rely in connection with the Disclosure Statement and Disclosure Statement Motion |

| Request/ Topic No. | Request/Topic Text |
|---|---|
| **Requesting Party:**    **Ad Hoc Group of TCEH Unsecured Noteholders** <br> **Directed To:**    **Debtors** <br> *Notice of Deposition of Hugh Sawyer* | |
| N/A | |
| **Requesting Party:**    **UMB, N.A., as indenture trustee for the EFIH unsecured notes** <br> **Directed To:**    **Debtors** <br> *UMB, N.A., The EFIH Unsecured Indenture Trustee's Request for Production of Documents in Connection with the Disclosure Statement Proceedings.* | |
| 1 | All documents, including but not limited to all communications, produced by any party in connection with the Disclosure Statement Proceedings. |
| **Requesting Party:**    **Wilmington Savings Fund Society, FSB, as successor trustee under the TCEH second lien notes** <br> **Directed To:**    **Debtors** <br> *Wilmington Savings Fund, FSB's Requests for Production of Documents to The Debtors Pursuant to Federal Rules of Civil Procedure 26 and 34* | |
| 1 | All Documents and Communications supporting the TCEH Debtors' assertion that the Settlement is "in the best interests of the TCEH Debtors and their creditors," including, but not limited to, the best interests of holders of the TCEH Second Lien Note Claims |
| 2 | All Documents and Communications supporting the TCEH Debtors' assertion that "the Settlement constitutes a fair and reasonable resolution of the Prepetition Intercompany Claims and tax structuring issues." |
| 3 | All Documents and Communications concerning any consideration by the Disinterested Manager of an alternative transaction, including, but not limited to, the proposed real estate investment trust, as an alternative to the Plan |
| 4 | All Documents reviewed by the Disinterested Manager in connection with the Settlement, the claims to be settled and released therein, and/or the Debtors' Plan, including, but not limited to, any analysis of such claims |
| 5 | All Communications by the Disinterested Manager to any Person identifying any claim to be settled and/or released by the Settlement |
| 6 | All Communications with any Person concerning the proposed allocation of the TCEH Settlement Claim among creditors of the TCEH Debtors |
| 7 | All Communications with any Creditor of the TCEH Debtors concerning support for the Debtors' Plan |

| Request/<br>Topic<br>No. | Request/Topic Text |
|---|---|
| 8 | All Communications with any creditor of the TCEH Debtors concerning support for the Settlement |
| 9 | All Documents and Communication supporting the Debtors' assertion that the "Valuation Analysis . . . demonstrates that the TCEH Second Lien Note Claims are unsecured." |
| 10 | All Documents and Communication concerning any effect on recovery for the TCEH Second Lien Note Claims resulting from a lien on, and security interest in, certain claims of TCEH and its subsidiaries that the Settlement seeks to settle and/or release, including, but not limited to, any analysis concerning whether a prepetition lien would attach to those claims that the Settlement seeks to settle and/or release |
| 11 | All Documents or Communications concerning the priority of unsecured claims against TCEH |
| 12 | All Documents or Communications concerning differing rights of unsecured creditors of TCEH |
| 13 | All Documents on which the Debtors intend to rely in connection with the Disclosure Statement and the Disclosure Statement Motion |

| **Requesting Party:** | **Wilmington Savings Fund Society, FSB, as successor trustee under the TCEH second lien notes** |
|---|---|
| **Directed To:** | **Debtors** |
| *Notice of Deposition of Hugh E. Sawyer* | |
| N/A | |

| **Requesting Party:** | **Wilmington Savings Fund Society, FSB, as successor trustee under the TCEH second lien notes** |
|---|---|
| **Directed To:** | **Debtors** |
| *Notice of Deposition* | |
| 1 | The Disclosure Statement and the Disclosure Statement Motion, and the relief requested therein. |
| 2 | All documents and communications on which the Debtors intend to rely in connection with the Disclosure Statement and Disclosure Statement Motion. |
| 3 | The proposed treatment of the TCEH Second Lien Note Claims. |