# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) | Related to D.I. 4593, 4594 |
|  | ) |  |

## NOTICE OF RESCHEDULED DEPOSITIONS

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the ad hoc group of certain holders (the "Ad Hoc Group") of approximately $2.7 billion of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., by and through its undersigned counsel, as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), l, on May 26, 2015, filed a *Notice of Deposition to the Debtors* [Docket No. 4593] (the "30(b)(6) Deposition") and a *Notice of Deposition to Paul Keglevic* [Docket No.4594] (the "Keglevic Deposition"), which were scheduled to take place on Thursday, May 28, 2015, at 9:30 a.m. (Eastern Standard Time), at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, New York, 10036.

**PLEASE TAKE FURTHER NOTICE** that the 30(b)(6) Deposition and the Keglevic Deposition will not go forward at the previously scheduled date and will be renoticed.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

Dated: May 28, 2015
Wilmington, Delaware

        FOX ROTHSCHILD LLP

By: */s/ L. John Bird*
    Jeffrey M. Schlerf (No. 3047)
    L. John Bird (No. 5310)
    919 North Market St., Suite 300
    Wilmington, DE 19801
    Telephone: (302) 654-7444
    Facsimile: (302) 463-4971
    jschlerf@foxrothschild.com
    lbird@foxrothschild.com

    and

    WHITE & CASE LLP
    J. Christopher Shore (admitted *pro hac vice*)
    Gregory M. Starner (admitted *pro hac vice*)
    1155 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 819-8200
    Facsimile: (212) 354-8113
    cshore@whitecase.com
    gstarner@whitecase.com

    Thomas E Lauria (admitted *pro hac vice*)
    Matthew C. Brown (admitted *pro hac vice*)
    Southeast Financial Center, Suite 4900
    200 South Biscayne Blvd.
    Miami, FL 33131
    Telephone: (305) 371-2700
    Facsimile: (305) 358-5744
    tlauria@whitecase.com
    mbrown@whitecase.com

    *Counsel to the Ad Hoc Group of TCEH*
    *Unsecured Noteholders*