IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | Re: D.I. 4441, 4593, 4594, 4607 |

## NOTICE OF *TELEPHONIC ONLY* HEARING

PLEASE TAKE NOTICE that, on May 11, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Third Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* [D.I. 4441] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Motion is currently scheduled to be considered by the Court on June 1, 2015 starting at 10:30 a.m. (Eastern Daylight Time), and any objections to the relief requested in the Motion were due to be filed and served no later than May 26, 2015 at 4:00 p.m. (Eastern Daylight Time).

PLEASE TAKE FURTHER NOTICE that, on May 26, 2015, the Ad Hoc Group of TCEH Unsecured Noteholders filed the (i) *Notice of Deposition* [D.I. 4593] and (ii) *Notice of Deposition of Paul Keglevic* [D.I. 4594] ((i) and (ii) as amended by D.I. 4607, the "Deposition Notices") in connection with the Motion.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12056226v.1

PLEASE TAKE FURTHER NOTICE that, at the request of the Debtors, the Court has scheduled a *telephonic only* hearing to address discovery and scheduling disputes that have arisen by and between the Debtors and the Ad Hoc Group of TCEH Unsecured Noteholders with respect to the Deposition Notices as they relate to the Motion for **May 28, 2015 at 4:00 p.m. (Eastern Daylight Time)** (the "Telephonic Hearing"), to be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Court.

PLEASE TAKE FURTHER NOTICE that, notwithstanding anything to the contrary set forth in the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*, at the direction of Chambers, all parties wishing to appear at the Telephonic Hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) no later than **3:00 p.m. (Eastern Daylight Time) on May 28, 2015** to register their telephonic appearances.

[*Remainder of page intentionally left blank.*]

Dated: May 28, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession