# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) ) | Case No. 14-10979 (CSS) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) ) | |

## NOTICE OF DEPOSITION

**TO**: Energy Future Holdings Corporation and the above captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention Mark E. McKane, 555 California Street, San Francisco, California 94104.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the ad hoc group of certain holders (the "Ad Hoc Group") of approximately $2.7 billion of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., by and through its undersigned counsel, as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition upon oral examination of the Debtors relating to the *Third Motion of Energy Future Holdings Corp., et al., For Entry of an Order Extending the Debtors'*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

*Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code*, filed May 11, 2015 [Docket No. 4441] (the "Third Exclusivity Motion"); and the *Declaration of Paul Keglevic in Support of the Third Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code*, filed on May 11, 2015, [Docket No. 4442] (the "Keglevic Declaration"), and the relief requested therein, on **Thursday, May 28, 2015, at 9:30 a.m**. (Eastern Standard Time), at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, New York, 10036 (or such other time and place as may be agreed to by the parties).  The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on each of the following topics:

## RULE 30(b)(6) DEPOSITION TOPICS

1. The Third Exclusivity Motion.
2. Any Communications between April 14, 2015 and the date of the Hearing between the Debtors and any third party (other than the Ad Hoc Group and its representatives) concerning any potential plan of reorganization for any of the Debtors, not including Communications solely concerning the Debtors' Plan and/or the sale process for the EFH-EFIH Transaction, as that term is used in the Third Exclusivity Motion and the Keglevic Declaration.

Dated: May 26, 2015
Wilmington, Delaware

                    FOX ROTHSCHILD LLP

By:  */s/ L. John Bird*
     Jeffrey M. Schlerf (No. 3047)
     L. John Bird (No. 5310)
     919 North Market St., Suite 300
     Wilmington, DE 19801
     Telephone: (302) 654-7444
     Facsimile: (302) 463-4971
     jschlerf@foxrothschild.com
     lbird@foxrothschild.com

     and

     WHITE & CASE LLP
     J. Christopher Shore (admitted *pro hac vice*)
     Gregory M. Starner (admitted *pro hac vice*)
     1155 Avenue of the Americas
     New York, NY 10036
     Telephone: (212) 819-8200
     Facsimile: (212) 354-8113
     cshore@whitecase.com
     gstarner@whitecase.com


     Thomas E Lauria (admitted *pro hac vice*)
     Matthew C. Brown (admitted *pro hac vice*)
     Southeast Financial Center, Suite 4900
     200 South Biscayne Blvd.
     Miami, FL 33131
     Telephone: (305) 371-2700
     Facsimile: (305) 358-5744
     tlauria@whitecase.com
     mbrown@whitecase.com


     *Counsel to the Ad Hoc Group of TCEH*
     *Unsecured Noteholders*