# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> Jointly Administered <br><br> Re: Docket No. 4588 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
COUNTY OF NEW CASTLE   )

Stephanie MacDonald, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. in the above-captioned case, and that on the 26th day of May, 2015, she caused copies of the **Joinder of EFH Notes Indenture Trustee to Objection of the EFH Official Committee to the Third Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code** to be served upon the parties on the attached service list by first class mail:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

*[signature]*
Stephanie MacDonald

Sworn to and subscribed before me this 28th day of May, 2015.

Notary Public *[signature]*

My Commission Expires: 10/9/15

*[Notary seal: NICOLE DIBIASO, MY COMMISSION EXPIRES Oct. 9, 2015, NOTARY PUBLIC, STATE OF DELAWARE]*

## SERVICE LIST

Edward O. Sassower, Esquire
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL
LLP
601 Lexington Avenue
New York, NY 10022

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL
LLP
300 North LaSalle
Chicago, IL 60654

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801