## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2015 THROUGH APRIL 30, 2015**

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 20.4 | $8,696.00 |
| 46 | Budget-Related Work | 0.8 | $500.00 |
| Total for All-Debtor Matters | | 21.2 | $9,196.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 0.5 | $374.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 0.6 | $479.50 |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 63.7 | $46,886.50 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | 4.2 | $2,521.00 |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | 5.9 | $4,680.50 |
| 43 | Corporate Matters | N/A | N/A |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 74.9 | $54,941.50 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 66.7% of the fees ($6,135.45) shall be allocated to the TCEH estate, 1.8% of the fees ($168.01) shall be allocated to the EFIH estate, and 31.5% of the fees ($2,892.54) shall be allocated to the EFH estate.

RLF1 12058293v.1

| 29 | Second Lien DIP Notes Offering | N/A | N/A |
|---|---|---:|---:|
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | 1.9 | $1,504.50 |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | 1.9 | $1,504.50 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 22.0 | $17,215.00 |
| 32 | Corporate Matters | 10.6 | $8,687.00 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 32.6 | $25,902.00 |
| **Total** | | **130.6** | **$91,544.00** |

RLF1 12058293v.1

**EXPENSE SUMMARY**
**APRIL 1, 2015 THROUGH APRIL 30, 2015**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $43.90 |
| Lodging | $259.23 |
| Meals | $35.07 |
| Outside Services/Consultants | $5,502.35 |
| Travel – Parking | $70.53 |
| Travel – Taxi & Other Modes | $31.50 |
| **Total:** | **$5,942.58** |