**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $975.00 | 1.8 | $1,755.00 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $835.00 | 0.2 | $167.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $835.00 | 32.8 | $27,388.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $885.00 | 30.3 | $26,815.50 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $690.00 | 0.3 | $207.00 |
| Matthew G. Bouslog | Associate.  Joined firm as an associate in 2012. Member of CA Bar since 2011. | $625.00 | 3.0 | $1,875.00 |
| Katherine E. Cournoyer | Associate. Joined firm as an Associate in 2013. Member of NY Bar since 2012, and TX Bar since 2014. | $575.00 | 5.5 | $3,437.50 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $610.00 | 29.2 | $17,812.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $505.00 | 2.6 | $1,105.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $525.00 | 4.5 | $2,362.50 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $630.00 | 2.4 | $1,512.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $380.00 | 17.9 | $7,070.50 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $370.00 | 0.1 | $37.00 |
| **TOTAL** | | | **130.6** | **$91,544.00** |
| **Blended Rate** | | | **$700.95** | |

2