## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## EXPENSE SUMMARY
## APRIL 1, 2015 THROUGH APRIL 30, 2015

### Applicable to EFH Debtors

| Expenses Category | Total Expenses |
|---|---|
| In House Duplication | $43.90 |
| **Total:** | **$43.90** |

### Applicable to TCEH Debtors

| Expenses Category | Total Expenses |
|---|---|
| Lodging | $259.23 |
| Meals | $35.07 |
| Outside Services/Consultants | $5,502.35 |
| Travel – Parking | $70.53 |
| Travel – Taxi & Other Modes | $31.50 |
| **Total:** | **$5,898.68** |

**TOTAL EXPENSES:** **$5,942.58**