# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2015051619 | EFH | 2015401 | Kevin N. Paden | In House Duplication | $0.10 | 90 | $9.00 | Photocopies: 90 Pages |
| 2015051620 | EFH | 2015401 | Diana P. Thorn | In House Duplication | $0.20 | 17 | $3.40 | Photocopies: 17 Pages |
| 2015051621 | EFH | 2015402 | Diana P. Thorn | In House Duplication | $0.20 | 48 | $9.60 | Photocopies: 48 Pages |
| 2015051621 | EFH | 2015413 | Debra S. Uhl | In House Duplication | $0.10 | 203 | $20.30 | Photocopies: 203 Pages |
| 2015051621 | EFH | 2015430 | Debra S. Uhl | In House Duplication | $0.10 | 16 | $1.6 | Photocopies: 16 Pages |
| 2015053179 | TCEH | 2015318 | Michael L. Raiff | Parking | | | $12.00 | Parking/Dallas, TX/Attend Meetings at EFH |
| 2015053179 | TCEH | 2015319 | Michael L. Raiff | Parking | | | $8.00 | Parking/Dallas, TX/Attend Meetings at EFH |
| 2015053179 | TCEH | 2015406 | William B. Dawson | Outside Services/ Consultants | | | $5,502.35 | Outside Services/Consultants/Multimedia Services |
| 2015053179 | TCEH | 2015414 | Russell H. Falconer | Parking | | | $12.00 | Parking/Dallas, TX/Attend Meetings at EFH |
| 2015053179 | TCEH | 2015427 | Russell H. Falconer | Taxi | | | $31.50 | Cab Fare/Chicago, IL/Travel to Chicago, IL for Meetings |
| 2015053179 | TCEH | 2015427 | Russell H. Falconer | Meals | | | $4.07 | Meals/Chicago, IL/Travel to Chicago, IL for Meetings |
| 2015053179 | TCEH | 2015427 | Russell H. Falconer | Meals | | | $16.28 | Meals/Chicago, IL/Travel to Chicago, IL for Meetings |
| 2015053179 | TCEH | 2015428 | Russell H. Falconer | Meals | | | $14.72 | Meals/Chicago, IL/Travel to Chicago, IL for Meetings |
| 2015053179 | TCEH | 2015428 | Russell H. Falconer | Lodging | | | $259.23 | Lodging/Chicago, IL/Travel to Chicago, IL for Meetings |
| 2015053179 | TCEH | 2015429 | Russell H. Falconer | Parking | | | $38.53 | Parking/Dallas, TX/Travel to Chicago, IL for Meetings |