# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 05/28/2015
Calendar Time: 04:00 PM ET

2nd Revision 05/28/2015 12:02 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6950631 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6950675 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6950669 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6950490 | William Bowden | (302) 654-1888 | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6950484 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6950645 | Trevor Broad | (212) 474-1000 | Cravath Swaine & Moore LLP | Debtor, Energy Future Independent Holding Co. LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6950904 | Joshua Brody | (212) 715-9314 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6950663 | Joseph Bueche | (212) 859-8326 | Fried, Frank, Harris, Shriver & Jacobson | Creditor, Fidelity Management & Research Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6950906 | Mark A. Cody | (312) 269-4392 | Jones Day | Interested Party, Jones Day / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6950698 | Howard A. Cohen | (302) 467-4200 | Drinker Biddle & Reath LLP | Creditor, Citibank, N.A. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6950611 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6950547 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing | Party |
|---|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950664 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950571 | Harrison Denman | (212) 819-2567 | White & Case LLP | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950935 | Andrew Devore | (617) 951-7618 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950454 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950690 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950652 | Jamie Edmonson | (302) 298-3520 | Venable LLP | Creditor, Venable, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950691 | Erin Fay | (302) 351-9668 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950627 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads | Creditor, EFH Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950634 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950680 | Beret Flom | (212) 408-5239 | Chadbourne & Parke LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950692 | Christopher Fong | (212) 940-3724 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950648 | Jonathan Friedman | (212) 682-7474 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950666 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950626 | Brian Glueckstein | 212-558-4000 | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950644 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950641 | Brian Hermann | 212-373-3545 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950693 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell, Lipton, Rosen & Katz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950665 | Noah Hertz-Bunzl | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950734 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950458 | Natasha Hwangpo | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950488 | Jeffrey L. Jonas | 617-856-8577 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950866 | Laura D. Jones | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Creditor, Indenture Trustee & EFIH Second Lien Group / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950650 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6951381 | Marc Kieselstein | 312-861-2287 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950981 | Mark D. Kotwick | (212) 574-1545 | Seward & Kissel LLP | Interested Party, Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950729 | Ari D. Kunofsky | 202-353-9187 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6951060 | Kimberly Lawson | 302-778-7597 | Reed Smith LLP | Creditor, Bank of New York Mellon / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950628 | Raymond Lemisch | (302) 552-5503 | Klehr Harrison Harvey Branzburg LLP | Client, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950799 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950549 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950642 | Jeff Marwil | (312) 962-3540 | Proskauer Rose LLP | Debtor, Energy Future Holdings. Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950452 | Andy McGaan | (202) 879-5082 ext. 00 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950451 | Mark E. McKane | 415-439-1400 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950924 | R. Stephen McNeill | (302) 984-6171 | Potter Anderson & Corroon LLP | Creditor, Deutsche Bank National Trust Company / LIVE |

| Case | Type | # | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950639 | Brett H. Miller | Morrison & Foerster | (212) 468-8051 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950789 | Stephen Miller | Morris James LLP | (302) 888-6853 | Creditor, Law Debenture Trust Company of New York / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950860 | Pauline K. Morgan | Young, Conaway Stargatt & Taylor, LL | (302) 571-6707 | Representing, Ad Hoc Committee of TCEH First Lien Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950671 | Michael Paskin | Cravath Swaine & Moore LLP | (212) 474-1000 | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6951368 | Norman L. Pernick | Cole, Schotz, Meisel, Forman & Leona | (302) 651-2000 | Creditor, CSC Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950685 | Meredith Pfister | Barclays Bank PLC | (212) 412-1368 | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950635 | David Primack | McElroy, Deutsch, Mulvaney & Carper | (302) 300-4515 | Interested Party, TCEH Debtors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950882 | Colin R. Robinson | Pachulski Stang Ziehl & Jones | (302) 778-6426 | Trustee, Second Lien Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950636 | Jeffrey S. Sabin | Venable LLP | (212) 307-5500 | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950748 | Richard Schepacarter | Office of the United States Trustee | 302-573-6491 | U.S. Trustee, United States Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950427 | Jeffrey M. Schlerf | Fox Rothschild LLP | (302) 622-4212 | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950793 | Ned S. Schodek | Shearman & Sterling LLP | (212) 848-7052 | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950566 | J. Christopher Shore | White & Case LLP | 212-819-8394 | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950649 | John W. Spiegel | Munger, Tolles & Olson LLP | (213) 683-9100 | Interested Party, Munger, Tolles & Olson LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950646 | Mark K. Thomas | Proskauer Rose LLP | (312) 962-3550 | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950640 | Thomas Walper | Munger, Tolles & Olson LLP | (213) 593-5393 | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6951420 | Michael J. Walsh | Bank of America | (646) 855-8154 | Interested Party, Bank of America / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950701 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6951358 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |