UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | § | Case No. 14-10979-CSS |
| | § | (administered jointly with |
| | § | Luminate Generation Company |
| **ENERGY FUTURE HOLDINGS CORP., et al.** | § | Case No. 14-11032) |
| | § | |
| **Debtors.** | § | Chapter 11 |

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

The undersigned attorneys with the law firm of Barnes & Thornburg LLP hereby enter their appearances in the above-captioned cases as counsel for GATX Corporation ("GATX"), and request that any and all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in the cases, be served upon them at the following address, and that they each be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

| | |
|---|---|
| David M. Powlen, Esq. | Deborah L. Thorne, Esq. |
| Kevin G. Collins, Esq. | BARNES & THORNBURG LLP |
| BARNES & THORNBURG LLP | One North Wacker Drive |
| 1000 N. West Street, Suite 1500 | Suite 4400 |
| Wilmington, DE 19801 | Chicago, IL  60606-2833 |
| Telephone: (302) 300-3434 | Telephone: (312) 214-8307 |
| Facsimile: (302) 300-3456 | Facsimile: (312) 759-5646 |
| Email: David.Powlen@btlaw.com | Email: Deborah.Thorne@btlaw.com |
| Email: Kevin.Collins@btlaw.com | |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010.

Neither this Appearance nor any subsequent pleading, proof of claim, or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All such rights hereby are reserved and preserved on behalf of GATX, without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Dated:  May 29, 2015	BARNES & THORNBURG LLP

*/s/ Kevin G. Collins*
David M. Powlen (DE Bar No. 4978)
Kevin G. Collins (DE Bar No. 5149)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
E-Mail:  David.Powlen@btlaw.com
E-Mail:  Kevin.Collins@btlaw.com

-and-

Deborah L. Thorne, Esq.
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, IL  60606-2833
Telephone: (312) 214-8307
Facsimile: (312) 759-5646
Email: Deborah.Thorne@btlaw.com

*Counsel to GATX Corporation*