## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing *Notice of Appearance and Demand for Service of Papers* was served via U.S. First Class Mail on May 29, 2015 to each of the parties listed below.

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, PA.
920 North King Street
Wilmington, DE 19801

Edward O. Sassower
Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022

James H.M. Sprayregen
Marc Kieselstein
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL  60654

James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
Morrison & Foerster LLP
250 West 55th Street
New York, NY  10019

Christopher A. Ward
Justin K.Edelson
Shanti M. Katona
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Natalie D. Ramsey
Davis Lee Wright
Mark A. Fink
Montgomery, McCracken, Walker & Rhoads, LLP
1105 N. Market Street, 15th Floor
Wilmington, Delaware 19801

Richard L. Schepacarter
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Andrea Beth Schwartz
U.S. Department of Justice
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Rm 1006
New York, NY 10065

Dated: May 29, 2015                  */s/ Kevin G. Collins*
                                                   Kevin G. Collins (DE No. 5149)
                                                   BARNES & THORNBURG LLP
                                                   1000 N. West Street, Suite 1500
                                                   Wilmington, DE  19801
                                                   Telephone: (302) 300-3434
                                                   Facsimile: (302) 300-3456
                                                   Email: Kevin.Collins@btlaw.com