**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- x
In re:                                    :    Chapter 11
                                          :
Energy Future Holdings, Inc., et al.,     :    Case No. 14-10979 (CSS)
                                          :
                 Debtors.                 :    (Jointly Administered)
                                          :
------------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 29th day of May, 2015, I caused a

copy of the following document(s) to be served on the individual(s) on the attached service

list(s), in the manner indicated thereon:

*Statement of the EFIH Second Lien Notes Indenture Trustee in Support of the Debtors' Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan And Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code*

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)

Energy Future Holdings Corp. 2002 First
Class Service List
Case No. 14-10979 (CSS)
Document No. 192913
005 – Email
050 – Hand Delivery
143 – First Class Mail

**Email:**
jmelko@gardere.com
(Counsel for ROMCO Equipment Co.)
John P. Melko, Esquire
GARDERE WYNNE SEWELL, LLP
Wells Fargo Plaza, Suite 3400
1000 Louisiana
Houston, TX  77002

**Email:**
bstewart@baileybrauer.com
(Counsel for Pinnacle Technical Resources,
Inc.)
Benjamin L. Stewart
BAILEY BRAUER PLLC
Campbell Centre I
8350 N. Central Expressway, Suite 206
Dallas, TX  75206

**Email**
joshsearcy@jrsearcylaw.com
(Counsel for D. Courtney Construction, Inc.)
Joshua P. Searcy, Esquire
Callan Clark Searcy, Esquire
SEARCY & SEARCY, P.C.
PO Box 3929
Longview, TX  75606

**Email**
rsz@curtinheefner.com
(Counsel for FLSMIDTH Inc. and
FLSMIDTH USA, Inc.)
Robert Szwajkos, Esquire
CURTIN & HEEFNER LLP
250 Pennsylvania Avenue
Morrisville, PA  19067

**Email:**
dleta@swlaw.com
(Counsel for Headwaters Resource s, Inc.)
David E. Leta, Esquire
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT  84101

**Hand Delivery**
(U.S. Trustee)
Richard Schepacarter, Esquire
UNITED STATES TRUSTEE
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
UNITED STATES ATTORNEY'S OFFICE
District of Delaware
1007 North Orange Street, Suite 700
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Debtors)
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Mark Collins, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Wilmington Savings Fund
Society; FSB, solely in its capacity as
successor Indenture Trustee for Second
Liens)
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
ASHBY & GEDDES, P.A.
500 Delaware Avenue
PO Box 1150
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Electric Reliability Council of
Texas, Inc.)
Mark Minuti, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Marathon Asset Management,
LP; Alcoa Inc., and NextEra Energy
Resources, LLC)
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Deutsche Bank AG New York
Branch)
Jeremy W. Ryan, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Steering Committee of Cities
Served by Oncor)
Marc J. Phillips, Esquire
MANION GAYNOR & MANNING LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel for CenterPoint Energy Houston
Electric, L.L.C.; CenterPoint Energy
Resources Corp.)
Steven K. Kortanek, Esquire
Mark L. Desgrosseilliers, Esquire
WOMBLE CARLYLE SANDRIDGE &
RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

**Hand Delivery**
(Co-Counsel to the Ad Hoc Committee of
TCEH First Lien Creditors)
Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership)
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Erin R. Fay, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
LLP
1201 North Market Street, Suite 1600
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Fidelity Management &
Research Company or its affiliates)
Michael J. Joyce, Esquire
CROSS & SIMON, LLC
1105 North Market Street
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Borealis Infrastructure
Management Inc.)
Mark S. Chehi, Esquire
Kristhy M. Peguero, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899

**Hand Delivery**
(Counsel for CSC Trust Co. of Delaware, as
successor indenture trustee and collateral
trustee)
Howard A. Cohen, Esquire
Robert K. Malone, Esquire
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Aurelius Capital Management,
LP)
Michael G. Busenkell, Esquire
GELLERT SCALI BUSENKELL &
BROWN, LLC
913 North Market Street, 10th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Airgas USA, LLC; Valero
Texas Power Marketing, Inc.; Caterpillar
Financial Services Corp)
Kathleen M. Miller, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue, Suite 1000
PO Box 410
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Indenture Trustee (Law
Debenture)
Stephen M. Miller, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

**Hand Delivery**
(Counsel to Ad Hoc Group of TCEH
Unsecured Noteholders (Fixed Unsecured
Notes))
Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE  19801

**Hand Delivery**
(Counsel for J. Aron & Company)
Mark E. Felger, Esquire
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE  19801

**Hand Delivery**
(Counsel for TXU 2007-1 Railcar Leasing
LLC; Atmos Energy Corp)
Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
CIARDI CIARDI & ASTIN
1204 North King Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders)
William E. Chipman, Jr., Esquire
Mark Olivere, Esquire
Ann M. Kashishian, Esquire
CHIPMAN BROWN CICERO & COLE,
LLP
1007 North Orange Street, Suite 1110
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Holt Cat)
Mark L. Desgrosseilliers, Esquire
WOMBLE CARLYLE SANDRIDGE &
RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Airgas USA, LLC and
Caterpillar Financial Services Corp)
Kathleen A. Murphy, Esquire
BUCHANAN INGERSOLL & ROONEY
PC
919 North Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for The Bank of New York
Mellon)
Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for PI Law Firms; The Richards
Group, Inc.; Brake Supply Company, Inc.)
Daniel K. Hogan, Esquire
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806

**Hand Delivery**
(Counsel for Thermo Fisher Scientific Inc.)
Kevin M. Capuzzi, Esquire
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

**Hand Delivery**
(Counsel for the Official Committee of
Unsecured Creditors)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Red Ball Oxygen Company)
Daniel K. Astin, Esquire
John D. McLaughlin, Jr., Esquire
Joseph J. McMahon, Jr., Esquire
CIARDI CIARDI & ASTIN
1204 N. King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for URS Energy & Construction,
Inc.)
James E. Huggett, Esquire
Amy D. Brown, Esquire
MARGOLIS EDELSTEIN
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for The Bank of New York
Mellon)
Richard A. Robinson, Esquire
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for UMB Bank, N.A. as Indenture Trustee)
Raymond H. Lemisch, Esquire
KLEHR HARRISON HARVERY BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Ad Hoc Group of EFH Legacy Noteholders)
Garvan F. McDaniel, Esquire
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806

**Hand Delivery**
(Counsel for Automatic Systems, Inc.)
Gregory T. Donilon, Esquire
PINCKNEY, HARRIS & WEIDINGER, LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Henry Pratt Company, LLC)
Elihu E. Allinson III, Esquire
SULLIVAN HAZELTINE ALLINSON LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801

**Hand Delivery**
(Counsel for U.S. Bank National Association)
Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Allessandra Glorioso, Esquire
DORSEY & WHITNEY DELAWARE LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Evercore Group L.L.C.)
Jeffrey S. Cianciulli, Esquire
WEIR & PARTNERS LLP
824 North Market Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Louisiana Energy Services, LLC and URENCO.)
Matthew G. Summers, Esquire
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Fluor Enterprises; AMECO; Fluor Corporation; Alltite Inc.)
Francis A. Moncao, Jr., Esquire
Kevin J. Mangan, Esquire
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Veolia ES Industrial Services, Inc.)
Natasha M. Songonuga, Esquire
GIBBONS P.C.
1000 North. West Street, Suite 1200
Wilmington, DE 19801-1058

**Hand Delivery**
(Counsel for CSC Trust Company of Delaware/TCEH 11.5% Senior Secured Notes Indenture)
Neil B. Glassman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Converdyn)
Kevin G. Collins, Esquire
BARNES & THORNBURG LLP
1000 North West Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Independent Matters)
Joseph H. Huston, Jr., Esquire
STEVENS & LEE, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Energy Future Holdings Corp)
David M. Klauder, Esquire
Shannon J. Dougherty, Esquire
O'KELLY ERNST & BIELLI, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Johnson Matthey Stationary
Emissions Control LLC)
Lucian B. Murley, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Energy Future Competitive
Holdings Company LLC; Texas
Competitive Electric Holdings Company)
David P. Primack, Esquire
McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
300 Delaware Avenue, Suite 770
Wilmington, DE 19801

**Hand Delivery**
(Counsel for BWM Services)
"J" Jackson Shrum, Esquire
Duane Werb, Esquire
WERB & SULLIVAN
300 Delaware Avenue, Suite 1300
Wilmington, DE 19801

**Hand Delivery**
(Counsel for CCP Credit Acquisition
Holdings, L.L.C.; Centerbridge Special
Credit Partners, L.P.; Centerbridge Special
Credit Partners II, L.P.)
Richard A. Barkasy, Esquire
SCHNADER HARRISON SEGAL &
LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Law Debenture Trust
Company of New York)
Stephen M. Miller, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899-2306

**Hand Delivery**
(Counsel for Steag Energy Services, Inc.)
Adam Hiller, Esquire
Brian Arban, Esquire
Johnna M. Darby, Esquire
HILLER & ARBAN, LLC
1500 North French Street, 2nd Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Kuk J. Stewart)
Gary F. Seitz, Esquire
GELLERT SCALI BUSENKELL &
BROWN LLC
913 North Market Street, 10th Floor
Wilmington, DE 19801

**First Class Mail**
(Counsel for EFIH 2nd Lien Notes Indenture
Trustee)
Thomas Moers Mayer, Esquire
Gregory A. Horowitz, Esquire
Joshua K. Brody, Esquire
Philip Bentley, Esquire
Jennifer Sharret, Esquire
Tuvia Peretz, Esquire
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036

**First Class Mail**
(Counsel for EFIH 2nd Lien Notes Indenture
Trustee)
Stephanie Wickouski, Esquire
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY  10104-3300

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
FRANCHISE TAX
P.O. Box 898
Dover, DE  19903

**First Class Mail**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

**First Class Mail**
Office of the General Counsel
U.S. DEPARTMENT OF THE
TREASURY
1500 Pennsylvania Avenue, N.W.
Washington, DC  20220

**First Class Mail**
Internal Revenue Service
CENTRALIZED INSOLVENCY
OPERATION
P.O. Box 7346
Philadelphia, PA  19101-7346

**First Class Mail**
Andrew M. Calamari, Esquire
New York Regional Office
SECURITIES & EXCHANGE
COMMISSION
3 World Financial Center, Suite 400
New York, NY  10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Office of the General Counsel
SECURITIES & EXCHANGE
COMMISSION
100 F Street, N.E.
Washington, DC  20549

**First Class Mail**
Sean Lev, Esquire
Office of the General Counsel
FEDERAL COMMUNICATIONS
COMMISSION
445 12th Street, S.W.
Washington, DC  20554

**First Class Mail**
(Counsel for Wilmington Savings Fund
Society)
Edward S. Weisfelner, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY  10036

**First Class Mail**
(Counsel for Wilmington Savings Fund
Society)
Jeffrey L. Jonas, Esquire
Jeremy B. Coffey, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111

**First Class Mail**
(Counsel for Wilmington Savings Fund
Society)
Howard L. Siegel, Esquire
BROWN RUDNICK LLP
185 Asylum Street
Hartford, CT  06103

**First Class Mail**
(Counsel for Comptroller of Public
Accounts of State of Texas)
Rachel Obaldo, Esquire, AAG
John Mark Stern, Esquire, AAG
Greg Abbott, Esquire
Office of the Texas Attorney General
BANKRUPTCY & COLLECTIONS
DIVISION
PO Box 12548
Austin, TX  78711-2548

**First Class Mail**
(Counsel for Texas Office of Public Utility
Counsel)
Jason A. Starks, Esquire
Greg Abbott, Esquire
Daniel T. Hodge, Esquire
John B. Scott, Esquire
Ronald R. DelVento, Esquire
BANKRUPTCY & COLLECTIONS
DIVISION
PO Box 12548
Austin, TX  78711

**First Class Mail**
(Counsel for Public Utility Commission of
Texas; Texas Commission on
Environmental Quality; Railroad
Commission of Texas)
Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Bankruptcy Regulatory Section
BANKRUPTCY & COLLECTIONS
DIVISION
PO Box 12548
Austin, TX  78711-2548

**First Class Mail**
(Counsel for Electric Reliability Council of
Texas, Inc.)
Russell L. Munsch, Esquire
MUNSCH HARDT KOPF & HARR, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX  78701-4071

**First Class Mail**
(Counsel for Electric Reliability Council of
Texas, Inc.)
Kevin M. Lippman, Esquire
MUNSCH HARDT KOPF & HARR, P.C.
500 North Akard Street, Suite 3800
Dallas, TX  75201-6659

**First Class Mail**
(Counsel for Somervell County et al.)
Elizabeth Banda Calvo, Esquire
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
PO Box 13430
Arlington, TX  76094-0430

**First Class Mail**
(Counsel for Galena Park Independent
School District)
Owen M. Sonik, Esquire
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
1235 North Loop West, Suite 600
Houston, TX  77008

**First Class Mail**
(Counsel for Marathon Asset Management, LP)
Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

**First Class Mail**
(Counsel for Marathon Asset Management, LP)
Benjamin W. Loveland, Esquire
WILMER CUTLER PICKERING HALE
AND DORR, LLP
60 State Street
Boston, MA  02109

**First Class Mail**
(Counsel for Deutsche Bank AG New York Branch)
Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022

**First Class Mail**
(Counsel for Steering Committee of Cities Served by Oncor)
Michael A. McConnell, Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX  76102

**First Class Mail**
(Counsel for Steering Committee of Cities Served by Oncor)
Geoffrey Gay, Esquire
LLOYD GOSSELINK ROCHELLE &
TOWNSEND, P.C.
816 Congress Avenue, Suite 1900
Austin, TX  78701

**First Class Mail**
(Counsel for UMB Bank, N.A. as Indenture Trustee)
Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313

**First Class Mail**
(Counsel for Alcoa Inc.)
Peter S. Goodman, Esquire
Michael R. Carney, Esquire
McKOOL SMITH
One Bryant Park, 47th Floor
New York, NY  10036

**First Class Mail**
(Counsel for Alcoa Inc.)
Paul D. Moak, Esquire
MCKOOL SMITH
600 Travis Street, Suite 7000
Houston, TX  77002

**First Class Mail**
(Counsel for Pacific Investment Management Co., LLC)
Jeffrey S. Sabin, Esquire
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY  10022-4689

**First Class Mail**

(Counsel for Pacific Investment
Management Co., LLC)
Julia Frost-Davies, Esquire
Patrick Strawbridge, Esquire
Christopher L. Carter, Esquire
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02119

**First Class Mail**

(Pension Benefit Guaranty Corporation)
Desiree M. Amador, Esquire
Office of the General Counsel
PENSION BENEFIT GUARANTY CORP.
1200 K Street, N.W.
Washington, DC  20005-4026

**First Class Mail**

(Counsel for CenterPoint Energy Houston
Electric, L.L.C.; CenterPoint Energy
Resources Corp.)
James Prince, Esquire
Omar J. Alaniz, Esquire
Ian E. Roberts, Esquire
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX  75201

**First Class Mail**

(Counsel for Borealis Infrastructure
Management Inc.)
Jay M. Goffman, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY  10036

**First Class Mail**

(Counsel for Borealis Infrastructure
Management Inc.)
George N. Panagakis, Esquire
Carl T. Tullson, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, IL  60606

**First Class Mail**

(Co-Counsel to the Ad Hoc Committee of
TCEH First Lien Creditors)
Alan W. Kornberg, Esquire
Kelly A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019

**First Class Mail**

(Counsel for Texas Ad Valorem Taxing
Jurisdictions)
Lee Gordon, Esquire
MCCREARY, VESELKA, BRAGG &
ALLEN, P.C.
PO Box 1269
Round Rock, TX  78680

**First Class Mail**

(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership; certain other
direct or indirect holders of equity interests
in Energy Future Holdings Corp)
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019

**First Class Mail**
(Counsel for Harris County; Angelina
County)
John P. Dillman, Esquire
LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
PO Box 3064
Houston, TX  77253

**First Class Mail**
(Counsel for Harris County)
Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
Karen Gartenberg, Esquire
MILBANK, TWEED, HADLEY &
McCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005

**First Class Mail**
(Counsel for certain funds/accounts advised
or sub-advised by Fidelity Management &
Research Company
Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
FRIED, FRANK, HARRIS, SCHRIVER &
JACOBSON LLP
One New York Plaza
New York, NY  10004

**First Class Mail**
(Counsel for Aurelius Capital Management,
LP)
William P. Weintraub, Esquire
Kizzy L. Jarashow, Esquire
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

**First Class Mail**
(Counsel for American Stock Transfer &
Trust Co., LLC, as Indenture Trustee)
Richard C. Pedone, Esquire
Amanda D. Darwin, Esquire
Lee Harrington, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110

**First Class Mail**
(Counsel for GS Cases)
Marshall S. Huebner, Esquire
Benjamin S. Kaminetzky, Esquire
Elliot Moskowitz, Esquire
Damon P. Meyer, Esquire
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

**First Class Mail**
(Counsel for Airgas USA, LLC)
Jonathan Hook, Esquire
HAYNES AND BOONE LLP
30 Rockefeller Center, 26th Floor
New York, NY  10112

**First Class Mail**
(Counsel for Airgas USA, LLC)
Patrick L. Hughes
HAYNES AND BOONE LLP
1221 McKinney Street, Suite 1200
Houston, TX  77010

**First Class Mail**
(Counsel for First Union Rail Corporation)
Michael L. Schein, Esquire
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, NY  10019

**First Class Mail**

(Counsel for Law Debenture Trust Company
of New York, in its capacity as Indenture
Trustee))
Daniel A. Lowenthal, Esquire
Brian P. Guiney, Esquire
Craig W. Dent, Esquire
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY  10036

**First Class Mail**

(Counsel for TXU 2007-1 Railcar Leasing
LLC)
John A. Harris, Esquire
Jason D. Curry, Esquire
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

**First Class Mail**

(Counsel for Atmos Energy Corporation)
Stephen C. Stapleton, Esquire
COWLES & THOMPSON
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX  75202

**First Class Mail**

(Counsel for Law Debenture Trust
Company of New York)
J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036

**First Class Mail**

(Counsel for Law Debenture Trust
Company of New York)
Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
WHITE & CASE LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL  33131

**First Class Mail**

(Counsel for J. Aron & Company)
Thomas J. Moloney, Esquire
Sean A. O'Neal, Esquire
Humayun Khalid, Esquire
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY  10006

**First Class Mail**

(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders, EFIH 2nd Lien DIP
Commitment Parties))
Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
AKIN GUMP STRAUSS HAUER & FELD
LLP
One Bryant Park
Bank of America Tower
New York, NY  10036

**First Class Mail**

(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders, EFIH 2nd Lien DIP
Commitment Parties))
Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
AKIN GUMP STRAUSS HAUER & FELD
LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036

**First Class Mail**
(Counsel for Law Debenture Trust
Company of New York)
Daniel A. Lowenthal, Esquire
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

**First Class Mail**
(Counsel for Tex-La Electric Cooperative of
Texas, Inc.)
Jeffrey R. Fine, Esquire
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201

**First Class Mail**
(Counsel for Chicago Bridge & Iron
Company N.V.)
David Neier, Esquire
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

**First Class Mail**
(Counsel for SAP Industries, Inc.)
Donald K. Ludman, Esquire
BROWN & CONNERY, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

**First Class Mail**
(Counsel for Pension Benefit Guaranty
Corporation)
Jon Chatalian, Esquire
PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005

**First Class Mail**
(Counsel for Red Ball Oxygen Company)
Jonathan L. Howell, Esquire
McCATHERN, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219

**First Class Mail**
(Counsel for Ranger Excavating LP)
Stephen Sakonchick, II, Esquire
STEPHEN SAKONCHICK II, P.C.
6502 Canon Wren Drive
Austin, TX 78746

**First Class Mail**
(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004

**First Class Mail**
(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
Jeffrey T. Rose, Esquire
Vice President
Wilmington Trust FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

**First Class Mail**
(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
Michael B. Schaedle, Esquire
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

**First Class Mail**
(Counsel for Tarrant Regional Water
District, Northeast Texas Municipal Water
District)
Michael L. Atchley, Esquire
Matthew T. Taplett, Esquire
POPE, HARDWICKE, CHRISTIE,
SCHELL, KELLY & RAY, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, TX  76102

**First Class Mail**
(Counsel for Holt Cat)
Monica S. Blacker, Esquire
JACKSON WALKER, L.L.P.
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, TX  75202

**First Class Mail**
(Counsel for Holt Cat)
J. Scott Rose, Esquire
JACKSON WALKER, L.L.P.
Weston Centre
112 East Pecan Street, Suite 2400
San Antonio, TX  78205

**First Class Mail**
(Counsel for Property Tax Partners)
Robert J. Myers, Esquire
MYERS*HILL
2525 Ridgmar Blvd., Suite 150
Fort Worth, TX  76116

**First Class Mail**
(Counsel for Mario Sinacola & Sons
Excavating, Inc.)
Gregory M. Weinstein, Esquire
WEINSTEIN RADCLIFF LLP
6688 North Central Expressway, Suite 675
Dallas, TX  75206

**First Class Mail**
(Counsel for Oracle America, Inc. and
Oracle Credit Corp)
Shawn M. Christianson, Esquire
BUCHALTER NEMER, A
PROFESSIONAL CORPORATION
55 Second Street, 17th Floor
San Francisco, CA  94105-3493

**First Class Mail**
(Counsel for Targa Gas Marketing, LLC and
Kinder Morgan Texas Pipeline, LLC/Kinder
Morgan Tejas Pipeline, LLC and Natural
Gas Pipeline Company of America and El
Paso Natural Gas)
Patricia Williams Prewitt, Esquire
LAW OFFICE OF PATRICIA WILLIAMS
PREWITT
10953 Vista Lake Court
Navasota, TX  77868

**First Class Mail**
(Counsel for Michelin North America, Inc.)
Jody A. Bedenbaugh, Esquire
George B. Cauthen, Esquire
NELSON MULLINS RILEY &
SCARBOROUGH L.L.P.
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201

**First Class Mail**
(Counsel for Lower Colorado River
Authority Transmission Services
Corporation)
William T. Medaille, Esquire
Lower Colorado River Authority
Legal Services
PO Box 220
Austin, TX  78767

**First Class Mail**
(Counsel for Devon Energy Corporation)
Judy Hamilton Morse, Esquire
CROWE & DUNLEVY, P.C.
324 N. Robinson Avenue, Suite 100
Braniff Building
Oklahoma City, OK  73102

**First Class Mail**
(Counsel for Walnut Springs ISD; Franklin
ISD; Robertson County; Lee County;
McLennan County; Falls County; Round
Rock ISD; Nueces County; Limestone
County)
Diane Wade Sanders, Esquire
LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
PO Box 17428
Austin, TX  78760

**First Class Mail**
(Counsel for The Richards Group, Inc.)
Jamie R. Welton, Esquire
LACKEY HERSHMAN, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX  75219

**First Class Mail**
(Counsel for Thermo Fisher Scientific Inc._
Jordan S. Blask, Esquire
Lara E. Shipkovitz, Esquire
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA  15222

**First Class Mail**
(Counsel for Young County, Graham ISD,
Graham Hospital, District & North Central
Texas College District)
Jeanmarie Baer, Esquire
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
PO Box 8188
Wichita Falls, TX  76307

**First Class Mail**
(Counsel for City of Fort Worth)
Christopher B. Mosley, Esquire
SENIOR ASSISTANT CITY ATTORNEY
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX  76102

**First Class Mail**
(Counsel for the Official Committee of
Unsecured Creditors)
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY  10019

**First Class Mail**
(Counsel for the Official Committee of
Unsecured Creditors)
Edward Fox, Esquire
POLSINELLI PC
900 Third Avenue, 21st Floor
New York, NY  10022

**First Class Mail**
(Counsel for Valero Texas Power
Marketing, Inc.)
Michael G. Smith, Esquire
111 North 6th Street
PO Box 846
Clinton, OK  73601

**First Class Mail**
(Counsel for USA; Department  of
Agriculture, Rural Utilities Service, FCC)
Matthew J. Troy, Esquire
US DEPARTMENT OF JUSTICE
Civil Division
PO Box 875
Ben Franklin Station
Washington, DC  20044-0875

**First Class Mail**
(Westinghouse Electric Company LLC)
William E. Kelleher, Jr., Esquire
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh, PA  15222

**First Class Mail**
(General Counsel for Westinghouse Electric
Company LLC)
Michael T. Sweeney, Esquire
Senior V.P. & General Counsel,
Legal & Contracts
1000 Westinghouse Drive
Cranberry Township, PA  16066

**First Class Mail**
(Counsel for Apollo Global Management,
LLC)
George A. Davis, Esquire
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  13306

**First Class Mail**
(Counsel for Allen Shrode)
Sabrina L. Streusand, Esquire
STREUSAND, LANDON & OZBURN,
LLP
811 Barton Springs Road, Suite 811
Austin, TX  78704

**First Class Mail**
(Counsel for Brake Supply Company, Inc.)
Jacob L. Newton, Esquire
STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, PC
2323 Bryan Street, Suite 2200
Dallas, TX  75201

**First Class Mail**
(Counsel for the United States)
Ari D. Kunofsky, Esquire
W. Bradley Russell, Esquire
Trial Attorneys, Tax Division
US Department of Justice
PO Box 227
Washington, DC  20044

**First Class Mail**
(Counsel to the Debtors)
Richard M. Cieri, Esquire
Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611

**First Class Mail**
(Counsel to the Debtors)
James H.M. Sprayregen, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
Andrew McGaan, Esquire
William T. Pruitt, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

**First Class Mail**
(Agent to EMC Corporation)
Ronald L. Rowland, Agent
Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD  21030

**First Class Mail**
(Counsel for Arcelor Mittal USA LLC)
Stephen D. Lerner, Esquire
Andrew M. Simon, Esquire
SQUIRE SANDERS (US) LLP
221 East Fourth Street, Suite 2900
Cincinnati, OH  45202

**First Class Mail**
(Counsel for Goldman, Sachs & Co.)
Kevin G. Abrams, Esquire
John M. Seaman, Esquire
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE  19807

**First Class Mail**
(Counsel for Siemens Power Generation
Inc.)
Sandeep S. Sidhu, Esquire
AKERMAN LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL  32801-4904

**First Class Mail**
(Counsel for Union Pacific Railroad
Company)
Mary Ann Kilgore, Esquire
Jennie L. Anderson, Esquire
UNION PACIFIC RAILROAD COMPANY
1400 Douglas Street, STOP 1580
Omaha, NE  98179

**First Class Mail**
(Counsel for Invensys Systems, Inc.)
Jennifer V. Doran, Esquire
HINCKLEY ALLEN
28 State Street
Boston, MA  02109

**First Class Mail**
(Counsel for CSC Trust Company of
Delaware – Indenture Trustee)
James S. Carr, Esquire
Benjamin D. Feder, Esquire
Gilbert R. Saydah, Esquire
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178

**First Class Mail**
(Counsel for Central Texas Security & Fire
Equipment, Inc.)
Steven M. Burton, Esquire
SHEEHY, LOVELACE & MAYFILED,
P.C.
510 N. Valley Mills Drive, Suite 500
Waco, TX  76710

**First Class Mail**
(Counsel for The Bank of New York
Mellon)
Amy M. Tonti, Esquire
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15230-2009

**First Class Mail**
(Counsel for NextEra Energy Resources,
LLC)
Howard Seife, Esquire
David M. LeMay, Esquire
Christy Rivera, Esquire
CHADBOURNE & PARKE LLP
1301 Avenue of the Americas
New York, NY  10019-6022

**First Class Mail**
(Counsel for Missouri Department of
Revenue)
Steven A. Ginther, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475

**First Class Mail**
(Counsel for Titus County Fresh Water
Supply District No. 1)
Lino Mendiola, Esquire
SUTHERLAND ASBILL & BRENNAN
LLP
One American Center
600 N. Congress Avenue
Austin, TX  78701-3238

**First Class Mail**
(Counsel for Travis County)
David Escamilla, Esquire
Kay D. Brock, Esquire
Travis County
PO Box 1748
Austin, TX  78767

**First Class Mail**
(Counsel for Ad Hoc Group of EFH Legacy
Noteholders)
David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Daniel A. Fliman, Esquire
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, NY  10019

**First Class Mail**
(Counsel for Automatic Systems, Inc.)
Gregory D. Willard, Esquire
CARMODY MACDONALD P.C.
120 S. Central Avenue, Suite 1800
Street Louis, MO  63105

**First Class Mail**
(Thyssenkrupp Elevator)
Mr. Ed Hadley
THYSSENKRUPP ELEVATOR
c/o CST CO
PO Box 224768
Dallas, TX  75222-4768

**First Class Mail**
(Counsel for BP America Production
Company)
C. Davin Boldissar, Esquire
LOCKE LORD LLP
601 Poydras Street, Suite 2660
New Orleans, LA  70130-6036

**First Class Mail**
(ConocoPhillips Company)
Renita D. King
CONOCOPHILLIPS COMPANY, LEGAL
SPECIALIST
600 N. Dairy Ashford, Suite ML 1128
Houston, TX  77079

**First Class Mail**
(Counsel for Martin Engineering Company)
David D. Farrell, Esquire
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3200
Street Louis, MO  63101

**First Class Mail**
(Counsel for National Field Services)
Bretton C. Gerard, Esquire
THE BRETTON GERARD LAW FIRM
111 West Spring Valley Road, Suite 250
Richardson, TX  75081

**First Class Mail**
(Counsel for Henry Pratt Company, LLC)
Stephen C. Greenberg, Esquire
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA  30339

**First Class Mail**
(Counsel for Garland Independent School
District and City of Garland)
Dustin L. Banks, Esquire
GAY, MCCALL, ISAACKS, GORDON &
ROBERTS, P.C.
1919 S. Shiloh Road, Suite 310 LB 40
Garland, TX  75042

**First Class Mail**
(Counsel for The Taubman Company LLC;
Taubman Landlords)
Andrew S. Conway, Esquire
THE TAUBMAN COMPANY
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI  48304

**First Class Mail**
(Counsel for CSC Trust Co. of Delaware as Indenture
Trustee/Collateral Trustee for EFIH 10% Senior Secured Notes
Due 2020)
Philip D. Anker, Esquire
Charles C. Platt, Esquire
Dennis L. Jenkins, Esquire
George W. Shuster, Jr., Esquire
WILMER CUTLER PICKERING HALE AND
DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

**First Class Mail**
(Counsel to US Bank National Association)
Clark T. Whitmore, Esquire
Ana Chilingarishvili, Esquire
Korey G. Kallstrom, Esquire
MASLON EDELMAN BORMAN &
BRAND, LLP
90 South Seventh Street, Suite 3300
Minneapolis, MN  55402-4140

**First Class Mail**
(Counsel for Aldine Independent School
District)
Courtney F. Harris, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

**First Class Mail**
(Counsel to Microsoft Corporation and
Microsoft Licensing GP)
Joseph E. Shickich, Jr., Esquire
Hilary B. Mohr, Esquire
RIDDELL WILLIAMS P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154

**First Class Mail**
(Counsel to AppLabs Technologies PVT
Ltd)
Mary Kay Shaver, Esquire
VARNUM LLP
Bridgewater Place
PO Box 352
Grand Rapids, MI  49501-0352

**First Class Mail**
(Counsel for Buffalo Industrial Supply, Inc.)
Kerry L. Haliburton, Esquire
NAMAN, HOWELL, SMITH & LEE,
PLLC
PO Box 1470
Waco, TX  79703-4100

**First Class Mail**
(Counsel for tw telecom inc.)
Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, No. 400
Littleton, CO  80124

**First Class Mail**
(Counsel for Wilmington Savings Fund
Society; FSB, solely in its capacity as
successor Indenture Trustee for Second
Liens)
Hugh McDonald, Esquire
Louis A. Curcio, Esquire
Brett D. Goodman, Esquire
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY  10022

**First Class Mail**
(Counsel for Setpoint Integrated Solutions)
Noel Steffes Melancon, Esquire
STEFFES, VINGIELLO & MCKENZIE,
LLC
13702 Coursey Boulevard, Building 3
Baton Rouge, LA  70817

**First Class Mail**
(Counsel for 2603 Augusta Investors, LP)
Brian D. Womac, Esquire
Stacey L. Kremling, Esquire
WOMAC LAW
8301 Katy Freeway
Houston, TX  77024

**First Class Mail**
(Counsel for Fluor Enterprises; AMECO
and Fluor Corporation)
Philip Eisenberg, Esquire
LOCKE LORD LLP
2800 JPMorgan Chase Tower
600 Travis
Houston, TX  77002

**First Class Mail**
(Counsel for Barr Engineering Co.)
Amy R. Baudler, Esquire
PURDUE AWSUMB & BAUDLER P.A.
4700 West 77th Street, Suite 240
Minneapolis, MN  55435

**First Class Mail**
(Counsel for Veolia ES Industrial Services,
Inc.)
Dale E. Barney, Esquire
GIBBONS P.C.
One Gateway Center
Newark, NJ  07102-5310

**First Class Mail**
(Counsel for PI Law Firms; Experian
Marketing Solutions, Inc.)
Joseph D. Frank, Esquire
Frances Gecker, Esquire
Reed Heiligman, Esquire
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60654

**First Class Mail**
(Counsel for The University of Texas
System on behalf of University of Texas at
Arlington)
Traci L. Cotton, Esquire
The University of Texas System
Office of General Counsel
201 West Seventh Street
Austin, TX  78701

**First Class Mail**
(Counsel for Moody's Analytics, Inc.)
Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
SATTERLEE STEPHENS BURKE &
BURKE LLP
230 Park Avenue
New York, NY  10169

**First Class Mail**
(Co-Counsel to Delaware Trust; TCEH
11.5% Senior Secured Notes Indenture;
Texas Competitive Electric Holdings Co.,
LLC; TECH Finance, Inc.; The Bank of NY
Mellon Trust Company)
Tina N. Moss, Esquire
PERKINS COIE LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY  10112

**First Class Mail**
(Counsel for Carrollton-Farmers Branch
Independent School District)
Daniel K. Bearden, Esquire
LAW OFFICES OF ROBERT E. LUNA,
P.C.
4411 N. Central Expressway
Dallas, TX  75205

**First Class Mail**
(Independent Counsel for EFIH)
Richard Levin, Esquire
JENNER & BLOCK
919 Third Avenue
New York, NY  10022-3908

**First Class Mail**
(Counsel for Converdyn)
Paula K. Jacobi, Esquire
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606

**First Class Mail**
(Counsel for Tex-La Electric Cooperative of
Texas, Inc.)
Christine C. Ryan, Esquire
HOLLAND & KNIGHT LLP
800  17th Street N.W., Suite 1100
Washington, DC  20006

**First Class Mail**
(Counsel for the United States)
Ward W. Benson, Esquire
Trial Attorney, Tax Division
US Department of Justice
PO Box 227
Ben Franklin Station
Washington, DC  20044

**First Class Mail**
(Counsel for Energy Future Holdings Corp.)
Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
PROSKAUER ROSE LLP
Three First National Plaza
70 West Madison Street, Suite 3800
Chicago, IL  60602

**First Class Mail**
(Counsel for Energy Future Competitive
Holdings Company LLC; Texas
Competitive Electric Holdings Company)
Thomas B. Walper, Esquire
Todd J. Rosen, Esquire
Seth Goldman, Esquire
John W. Spiegel, Esquire
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071

**First Class Mail**
(Counsel for Duncanville Independent
School District)
Christie Hobbs, Esquire
LEASOR CRASS, P.C.
302 W. Broad Street
Mansfield, TX  76063

**First Class Mail**
(Counsel for U.S.)
Anna Grace, Esquire
Environmental Enforcement Section, ENRD
US Department of Justice
PO Box 7611
Washington, DC  20044-7611

**First Class Mail**
(Counsel for Lewisville Independent School
District)
George C. Scherer, Esquire
LAW OFFICES OF ROBERT E. LUNA,
P.C.
4411 North Central Expressway
Dallas, TX  75205

**First Class Mail**
(Independent Counsel for EFIH)
Michael A. Paskin, Esquire
Trevor M. Broad, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475

Energy Future Holdings Corp. 2002 EMAIL
Service List
Case No. 14-10979 (CSS)
Document No. 192943
002 – Overnight Delivery
010 – Facsimiles
317 - Electronic Delivery


**Overnight Delivery**
Office of the General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC  20220

**Overnight Delivery**
(Counsel for the United States)
Ward W. Benson, Esquire
Trial Attorney, Tax Division
US Department of Justice
PO Box 227
Ben Franklin Station
Washington, DC  20044

**Facsimile**
**202-418-2822**
Sean Lev, Esquire
Office of the General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC  20554

**Facsimile**:
**855-235-6787**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

**Facsimile**
**202-307-6777**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

**Facsimile**
**302-739-5635**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

**Facsimile**
**855-235-6787**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

**Facsimile**
**512-482-8341**
(Counsel for Comptroller of Public
Accounts of State of Texas)
Rachel Obaldo, Esquire, AAG
John Mark Stern, Esquire, AAG
Greg Abbott, Esquire
Office of the Texas Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

1

**Facsimile**
**512-482-8341**
(Counsel for Texas Office of Public Utility
Counsel)
Jason A. Starks, Esquire
Assistant Attorney General
Greg Abbott, Esquire
Daniel T. Hodge, Esquire
John B. Scott, Esquire
Ronald R. DelVento, Esquire
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711

**Facsimile**
**512-443-5114**
(Counsel for Walnut Springs ISD; Franklin
ISD; Robertson County; Lee County;
McLennan County; Falls County; Round
Rock ISD; Nueces County; Limestone
County)
Diane Wade Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 17428
Austin, TX  78760

**Facsimile**
**202-307-0494**
(Counsel for USA; Department of
Agriculture, Rural Utilities Service, FCC))
Matthew J. Troy, Esquire
US Department of Justice
Civil Division
PO Box 875
Ben Franklin Station
Washington, DC  20044-0875

**Facsimile**
**202-514-6866**
Ari D. Kunofsky, Esquire
W. Bradley Russell, Esquire
Trial Attorneys, Tax Division
US Department of Justice
PO Box 227
Washington, DC  20044

**Email**
secbankruptcy@sec.gov
Michael A. Berman, Esquire
Office of the General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC  20549

**Email**
richardschepacarter@usdoj.gov
(United States Trustee)
Richard Schepacarter, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Email**
usade.ecfbankruptcy@usdoj.gov
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 North Orange Street, Suite 700
Wilmington, DE  19801

**Email**
defranceschi@rlf.com
madron@rlf.com
collins@rlf.com
(Counsel to the Debtors)
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Mark Collins, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Email**
**wbowden@ashby-geddes.com**
**gtaylor@ashby-geddes.com**
(Counsel for Wilmington Savings Fund
Society; FSB, solely in its capacity as
successor Indenture Trustee for Second
Liens)
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
PO Box 1150
Wilmington, DE  19899

**Email**
**mminuti@saul.com**
(Counsel for Electric Reliability Council of
Texas, Inc.)
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE  19899

**Email**
landis@lrclaw.com
mcguire@lrclaw.com
(Counsel for Marathon Asset Management,
LP; Alcoa Inc.)
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**Email**
jryan@potteranderson.com
(Counsel for Deutsche Bank AG New York
Branch)
Jeremy W. Ryan, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE  19801

**Email**
mphillips@mgmlaw.com
(Counsel for Steering Committee of Cities
Served by Oncor)
Marc J. Phillips, Esquire
Manion Gaynor & Manning LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE  19801

**Email**
mdesgrosseilliers@wcsr.com
skortanek@wcsr.com
(Counsel for CenterPoint Energy Houston
Electric, L.L.C.; CenterPoint Energy
Resources Corp.)
Steven K. Kortanek, Esquire
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

**Email**
bankfilings@ycst.com
pmorgan@ycst.com
jwaite@ycst.com
rbartley@ycst.com
amagaziner@ycst.com
(Co-Counsel to the Ad Hoc Committee of
TCEH First Lien Creditors)
Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

3

**Email**
dabbott@mnat.com
aremming@mnat.com
efay@mnat.com
(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership; certain other
direct or indirect holders of equity interests
in Energy Future Holdings Corp)
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Erin R. Fay, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE  19801

**Email**
mjoyce@crosslaw.com
(Counsel for Fidelity Management &
Research Company
Michael J. Joyce, Esquire
Cross & Simon, LLC
1105 North Market Street
Wilmington, DE  19899

**Email**
mark.chehi@skadden.com
(Counsel for Borealis Infrastructure
Management Inc.)
Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899

**Email**
howardcohen@dbr.com
Robert.malone@dbr.com
(Counsel for Citibank, N.A.)
Howard A. Cohen, Esquire
Robert K. Malone, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**Email**
kmiller@skjlaw.com
(Counsel for Airgas USA, LLC; Valero
Texas Power Marketing, Inc.)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
PO Box 410
Wilmington, DE  19899

**Email**
smiller@morrisjames.com
(Counsel for Indenture Trustee (Law
Debenture)
Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

**Email**
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
jbird@foxrothschild.com
(Counsel to Ad Hoc Group of TCEH
Unsecured Noteholders (Fixed Unsecured
Notes))
Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE  19801

**Email**
mfelger@cozen.com
(Counsel for J. Aron & Company)
Mark E. Felger, Esquire
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE  19801

4

**Email**
chipman@chipmanbrown.com
olivere@chipmanbrown.com
kashishian@chipmanbrown.com
(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders)
William E. Chipman, Jr., Esquire
Mark Olivere, Esquire
Ann M. Kashishian, Esquire
CHIPMAN BROWN CICERO & COLE,
LLP
1007 North Orange Street, Suite 1110
Wilmington, DE  19801

**Email**
dastin@ciardilaw.com
jmcmahon@ciardilaw.com
(Counsel for TXU 2007-1 Railcar Leasing
LLC; Atmos Energy Corp)
Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE  19801

**Email**
tmayer@kramerlevin.com
ghorowitz@kramerlevin.com
jbrody@kramerlevin.com
pbentley@kramerlevin.com
JSharret@KRAMERLEVIN.com
TPeretz@KRAMERLEVIN.com
(Counsel for EFIH 2nd Lien Notes Indenture
Trustee)
Thomas Moers Mayer, Esquire
Gregory A. Horowitz, Esquire
Joshua K. Brody, Esquire
Philip Bentley, Esquire
Jennifer Sharret, Esquire
Tuvia Peretz, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**Email**
Stephanie.wickouski@bryancave.com
(Counsel for EFIH 2nd Lien Notes Indenture
Trustee)
Stephanie Wickouski, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104-3300

**Email**
dosdoc_bankruptcy@state.de.us
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE  19903

**Email**
statetreasurer@state.de.us
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

**Email**
nyrobankruptcy@sec.gov
Andrew M. Calamari, Esquire
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY  10281-1022

**Email**
eweisfelner@brownrudnick.com
(Counsel for Wilmington Savings Fund
Society)
Edward S. Weisfelner, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

**Email**

jjonas@brownrudnick.com
astrehle@brownrudnick.com
jcoffey@brownrudnick.com
(Counsel for Wilmington Savings Fund
Society)
Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Jeremy B. Coffey, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA  02111

**Email**

hsiegel@brownrudnick.com
(Counsel for Wilmington Savings Fund
Society)
Howard L. Siegel, Esquire
Brown Rudnick LLP
185 Asylum Street
Hartford, CT  06103

**Email**

Hal.Morris@texasattorneygeneral.gov
(Counsel for Public Utility Commission of
Texas; Texas Commission on
Environmental Quality; Railroad
Commission of Texas)
Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

**Email**

rmunsch@munsch.com
(Counsel for Electric Reliability Council of
Texas, Inc.)
Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX  78701-4071

**Email**

klippman@munsch.com
(Counsel for Electric Reliability Council of
Texas, Inc.)
Kevin M. Lippman, Esquire
Munsch Hardt Kopf & Harr, P.C.
500 North Akard Street, Suite 3800
Dallas, TX  75201-6659

**Email**

ebcalvo@pbfcm.com
(Counsel for Somervell County et al.)
Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
PO Box 13430
Arlington, TX  76094-0430

**Email**

houbank@pbfcm.com
(Counsel for Galena Park Independent
School District)
Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
1235 North Loop West, Suite 600
Houston, TX  77008

**Email**

Philip.anker@wilmerhale.com
George.shuster@wilmerhale.com
(Counsel for Marathon Asset Management,
LP)
Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

DOCS_DE:192943.1 23731/001

**Email**
Benjamin.loveland@wilmerhale.com
(Counsel for Marathon Asset Management,
LP)
Benjamin W. Loveland, Esquire
Wilmer Cutler Pickering Hale and Dorr,
LLP
60 State Street
Boston, MA  02109

**Email**
fsosnick@shearman.com
ned.schodek@shearman.com
(Counsel for Deutsche Bank AG New York
Branch)
Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

**Email**
Michael.mcconnell@kellyhart.com
Katherine.thomas@kellyhart.com
(Counsel for Steering Committee of Cities
Served by Oncor)
Michael A. McConnell, Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX  76102

**Email**
ggay@lglawfirm.com
(Counsel for Steering Committee of Cities
Served by Oncor)
Geoffrey Gay, Esquire
Lloyd Gosselink Rochelle & Townsend,
P.C.
816 Congress Avenue, Suite 1900
Austin, TX  78701

**Email**
hkaplan@foley.com
mhebbeln@foley.com
lapeterson@foley.com
(Counsel for UMB Bank, N.A.)
Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313

**Email**
pgoodman@mckoolsmith.com
mcarney@mckoolsmith.com
(Counsel for Alcoa Inc.)
Peter S. Goodman, Esquire
Michael R. Carney, Esquire
McKool Smith
One Bryant Park, 47th Floor
New York, NY  10036

**Email**
pmoak@mckoolsmith.com
(Counsel for Alcoa Inc.)
Paul D. Moak, Esquire
McKool Smith
600 Travis Street, Suite 7000
Houston, TX  77002

**Email**
Jeffrey.sabin@bingham.com
(Counsel for Pacific Investment
Management Co., LLC)
Jeffrey S. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

7

**Email**
Amador.desiree@pbgc.gov
efile@pbgc.gov
(Pension Benefit Guaranty Corporation)
Desiree M. Amador, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026

**Email**
Jim.Prince@bakerbotts.com
Omar.Alaniz@bakerbotts.com
Ian.Roberts@bakerbotts.com
(Counsel for CenterPoint Energy Houston
Electric, L.L.C.; CenterPoint Energy
Resources Corp.)
James Prince, Esquire
Omar J. Alaniz, Esquire
Ian E. Roberts, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX  75201

**Email**
jay.goffman@skadden.com
(Counsel for Borealis Infrastructure
Management Inc.)
Jay M. Goffman, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

**Email**
george.panagakis@skadden.com
carl.tullson@skadden.com
(Counsel for Borealis Infrastructure
Management Inc.)
George N. Panagakis, Esquire
Carl T. Tullson, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL  60606

**Email**
akornberg@paulweiss.com
kcornish@paulweiss.com
bhermann@paulweiss.com
jadlerstein@paulweiss.com
(Co-Counsel to the Ad Hoc Committee of
TCEH First Lien Creditors)
Alan W. Kornberg, Esquire
Kelly A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY  10019

**Email**
lgordon@mvbalaw.com
(Counsel for Texas Ad Valorem Taxing
Jurisdictions)
Lee Gordon, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX  78680

**Email**
rgmason@wlrk.com
ekleinhaus@wlrk.com
awitt@wlrk.com
(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future
Holdings Limited Partnership; certain other
direct or indirect holders of equity interests
in Energy Future Holdings Corp)
Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019

**Email**
dleta@swlaw.com
(Counsel for Headwaters Resource s, Inc.)
David E. Leta, Esquire
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT  84101

**Email**
Houston_bankruptcy@publicans.com
(Counsel for Harris County; Angelina
County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253

**Email**
ddunne@milbank.com
efleck@milbank.com
kgartenberg@milbank.com
(Counsel for Harris County)
Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
Karen Gartenberg, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

**Email**
brad.eric.scheler@friedfrank.com
gary.kaplan@friedfrank.com
matthew.roose@friedfrank.com
(Counsel for certain funds/accounts advised
or sub-advised by Fidelity Management &
Research Company
Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Fried, Frank, Harris, Schriver & Jacobson
LLP
One New York Plaza
New York, NY  10004

**Email**
rpedone@nixonpeabody.com
adarwin@nixonpeabody.com
lharrington@nixonpeabody.com
(Counsel for American Stock Transfer &
Trust Co., LLC, as successor trustee to The
Bank of New York Mellon Trust Co., N.A.)
Richard C. Pedone, Esquire
Amanda D. Darwin, Esquire
Lee Harrington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

**Email**
Efh.service@davispolk.com
(Counsel for GS Cases)
Marshall S. Huebner, Esquire
Benjamin S. Kaminetzky, Esquire
Elliot Moskowitz, Esquire
Damon P. Meyer, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Email**
Jonathan.hook@haynesboone.com
(Counsel for Airgas USA, LLC)
Jonathan Hook, Esquire
Haynes and Boone LLP
30 Rockefeller Center, 26th Floor
New York, NY  10112

**Email**
Patrick.hughes@haynesboone.com
(Counsel for Airgas USA, LLC)
Patrick L. Hughes, Esquire
Haynes and Boone LLP
1221 McKinney Street, Suite 1200
Houston, TX  77010

**Email**
mschein@vedderprice.com
(Counsel for First Union Rail Corporation)
Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019

**Email**
dalowenthal@pbwt.com
cdent@pbwt.com
(Counsel for Law Debenture Trust
Company of New York)
Daniel A. Lowenthal, Esquire
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY  10036

**Email**
John.harris@quarles.com
Jason.curry@quarles.com
(Counsel for TXU 2007-1 Railcar Leasing
LLC)
John A. Harris, Esquire
Jason D. Curry, Esquire
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

**Email**
sstapleton@cowlesthompson.com
(Counsel for Atmos Energy Corporation)
Stephen C. Stapleton, Esquire
Cowles & Thompson
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX  75202

**Email**
cshore@whitecase.com
gstarner@whitecase.com
(Counsel for Law Debenture Trust
Company of New York)
J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036

**Email**
tlauria@whitecase.com
mbrown@whitecase.com
(Counsel for Law Debenture Trust
Company of New York)
Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
WHITE & CASE LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL  33131

**Email**
tmoloney@cgsh.com
soneal@cgsh.com
hkhalid@cgsh.com
(Counsel for J. Aron & Company)
Thomas J. Moloney, Esquire
Sean A. O'Neal, Esquire
Humayun Khalid, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

**Email**
salberino@akingump.com
jnewdeck@akingump.com
(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders)
Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036

10

**Email**
idizengoff@akingump.com
aqureshi@akingump.com
sbaldini@akingump.com
rboller@akingump.com
ccarty@akingump.com
lzahradka@akingump.com
(Counsel for Ad Hoc Committee of EFIH
Unsecured Noteholders)
Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Meredith A. Lahaie, Esquire
Robert J. Boller, Esquire
Christopher W. Carty, Esquire
Lindsay K. Azhradka, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY  10036

**Email**
dalowenthal@pbwt.com
(Counsel for Law Debenture Trust
Company of New York)
Daniel A. Lowenthal, Counsel
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

**Email**
bstewart@baileybrauer.com
(Counsel for Pinnacle Technical Resources,
Inc.)
Benjamin L. Stewart
Bailey Brauer PLLC
Campbell Centre I
8350 North Central Expressway, Suite 206
Dallas, TX  75206

**Email**
jfine@dykema.com
(Counsel for Tex-La Electric Cooperative of
Texas, Inc.)
Jeffrey R. Fine, Esquire
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas  75201

**Email**
dneier@winston.com
(Counsel for Chicago Bridge & Iron
Company N.V.)
David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166

**Email**
dludman@brownconnery.com
(Counsel for SAP Industries, Inc.)
Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ  08096

**Email**
chatalian.jon@pbgc.gov
efile@pbgc.gov
(Counsel for Pension Benefit Guaranty
Corporation)
Jon Chatalian, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC  20005

**Email**
gweinstein@weinrad.com
(Counsel for Mario Sinacola & Sons
Excavating, Inc.)
Gregory M. Weinstein, Esquire
Weinstein Radcliff LLP
6688 North Central Expressway, Suite 675
Dallas, TX  75206

11

**Email**
ashmead@sewkis.com
das@sewkis.com
alves@sewkis.com
(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY  10004

**Email**
jrose@wilmingtontrust.com
(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
Jeffrey T. Rose, Esquire
Vice President
Wilmington Trust FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN  55402

**Email**
schaedle@blankrome.com
(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

**Email**
debaecke@blankrome.com
tarr@blankrome.com
(Counsel for Wilmington Trust, N.A., in its
capacity as Successor First Lien Admin.
Agent and First Lien Collateral Agent)
Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**Email**
rmyers@myers-hill.com
(Counsel for Property Tax Partners)
Robert J. Myers, Esquire
Myers * Hill
2525 Ridgmar Boulevard, Suite 150
Fort Worth, TX  76116

**Email**
chatalian.jon@pbgc.gov
efile@pbgc.gov
(Counsel for Pension Benefit Guaranty
Corporation)
Jon Chatalian, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC  20005

**Email**
matchley@popehardwicke.com
mtaplett@popehardwicke.com
(Counsel for Tarrant Regional Water
District, Northeast Texas Municipal Water
District)
Michael L. Atchley, Esquire
Matthew T. Taplett, Esquire
Pope, Hardwicke, Christie, Schell, Kelly &
Ray, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, EX  76102

DOCS_DE:192943.1 23731/001

**Email**

kjarashow@goodwinprocter.com
wweintraub@goodwinprocter.com
(Counsel for Aurelius Capital Management,
LP)
William P. Weintraub, Esquire
Kizzy L. Jarashow, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

**Email**

mbusenkell@gsbblaw.com
(Counsel for Aurelius Capital Management,
LP)
Michael G. Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 North Market Street, 10th Floor
Wilmington, DE 19801

**Email**

mdesgrosseilliers@wcsr.com
(Counsel for Holt Cat)
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**Email**

mblacker@jw.com
(Counsel for Holt Cat)
Monica S. Blacker, Esquire
Jackson Walker, L.L.P.
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, TX 75202

**Email**

srose@jw.com
(Counsel for Holt Cat)
J. Scott Rose, Esquire
Jackson Walker, L.L.P.
Weston Centre
112 East Pecan Street, Suite 2400
San Antonio, TX 78205

**Email**

rsz@curtinheefner.com
(Counsel for FLSMIDTH Inc. and
FLSMIDTH USA, Inc.)
Robert Szwajkos, Esquire
Curtin & Heefner LLP
250 Pennsylvania Avenue
Morrisville, PA 19067

**Email**

Kathleen.murphy@bipc.com
Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, DE 19801

**Email**

sakon@flash.net
ssakon@gmail.com
(Counsel for Ranger Excavating LP)
Stephen Sakonchick, II, Esquire
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, TX 78746

**Email**

schristianson@buchalter.com
(Counsel for Oracle America, Inc. and
Oracle Credit Corp)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional
Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

13

**Email**
pwp@pattiprewittlaw.com
(Counsel for Targa Gas Marketing, LLC and
Kinder Morgan Texas Pipeline, LLC/Kinder
Morgan Tejas Pipeline, LLC and Natural
Gas Pipeline Company of America and El
Paso Natural Gas)
Patricia Williams Prewitt, Esquire
Law office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX  77868

**Email**
jody.bedenbaugh@nelsonmullins.com
George.cauthen@nelsonmullins.com
(Counsel for Michelin North America, Inc.)
Jody A. Bedenbaugh, Esquire
George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborough L.L.P.
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201

**Email**
Bill.Medaille@lcra.org
(Counsel for Lower Colorado River
Authority Transmission Services
Corporation)
William T. Medaille, Esquire
Lower Colorado River Authority
Legal Services
PO Box 220
Austin, TX  78767

**Email**
kgwynne@reedsmith.com
klawson@reedsmith.com
(Counsel for The Bank of New York
Mellon)
Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE  19801

**Email**
judy.morse@crowedunlevy.com
(Counsel for Devon Energy Corporation)
Judy Hamilton Morse, Esquire
CROWE & DUNLEVY, P.C.
324 N. Robinson Avenue, Suite 100
Braniff Building
Oklahoma City, OK  73102

**Email**
jrw@lhlaw.net
(Counsel for The Richards Group, Inc.)
Jamie R. Welton, Esquire
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX  75219

**Email**
dkhogan@dkhogan.com
(Counsel for The Richards Group, Inc.;
Brake Supply Company, Inc.)
Daniel K. Hogan, Esquire
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806

**Email**
jblask@tuckerlaw.com
lshipkovitz@tuckerlaw.com
(Counsel for Thermo Fisher Scientific Inc._
Jordan S. Blask, Esquire
Lara E. Shipkovitz, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222

**Email**
kcapuzzi@beneschlaw.com
(Counsel for Thermo Fisher Scientific Inc.)
Kevin M. Capuzzi, Esquire
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801

14

**Email**
hbky@pbfcm.com
(Counsel for Young County, Graham ISD,
Graham Hospital, District & North Central
Texas College District)
Jeanmarie Baer, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
PO Box 8188
Wichita Falls, TX  76307

**Email**
jmelko@gardere.com
(Counsel for ROMCO Equipment Co.)
John P. Melko, Esquire
Gardere Wynne Sewell, LLP
Wells Fargo Plaza, Suite 3400
1000 Louisiana
Houston, TX  77002

**Email**
chris.mosley@fortworthtexas.gov
 (Counsel for City of Fort Worth)
Christopher B. Mosley, Esquire
Senior Assistant City Attorney
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX  76102

**Email**
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com
 (Counsel for the Official Committee of
Unsecured Creditors)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De  19801

**Email**
jpeck@mofo.com
bmiller@mofo.com
lmarinuzzi@mofo.com
 (Counsel for the Official Committee of
Unsecured Creditors)
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster LLP
250 W. 55th Street
New York, NY  10019

**Email**
lefox@polsinelli.com
 (Counsel for the Official Committee of
Unsecured Creditors)
Edward Fox, Esquire
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY  10022

**Email**
mikesmith1973@sbcglobal.net
(Counsel for Valero Texas Power
Marketing, Inc)
Michael G. Smith
111 North 6th Street
PO Box 846
Clinton, OK  73601

**Email**
streusand@slollp.com
(Counsel for Allen Shrode)
Sabrina L. Streusand, Esquire
Streusand, Landon & Ozburn, LLP
811 Barton Springs Road, Suite 811
Austion, TX  78704

**Email**
gdavis@omm.com
George A. Davis, Esquire
O'Melveny & Myers LLP
Seven Times Square
New York, NY  10036

DOCS_DE:192943.1 23731/001

**Email**
jmcmahon@ciardilaw.com
Daniel K. Astin, Esquire
Ciardi Ciari
1204 N. King Street
Wilmington, DE 19801

**Email**
WKelleher@cohenlaw.com
William E. Kelleher, Jr., Esquire
Cohen & Grigsby, PC
625 Liberty Avenue
Pittsburgh, PA 15222-3152

**Email**
salvucc@westinghouse.com
Michael T. Sweeney, Esquire
Westinghouse Electric Company LLC
1000 Westinghouse Dr.
Cranberry Township, PA 16066

**Email**
newton@sbep-law.com
(Counsel for Brake Supply Company, Inc.)
Jacob L. Newton, Esquire
Stutzman, Bromberg, Esserman & Plifka,
PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201

**Email:**
edwardsassower@kirkland.com;
stephen.hessler@kirkland.com;
brian.schartz@kirkland.com
(Counsel to the Debtors)
Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611

**O'Connor**
(Counsel to the Debtors)
James H.M. Sprayregen, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

**Email:**
Ronald.Rowland@rms-iqor.com
(Agent to EMC Corporation)
Ronald L. Rowland, Agent
Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21030

**Email**
abrams@abramsbayliss.com
seaman@abramsbayliss.com
(Counsel for Goldman, Sachs & Co.)
Kevin G. Abrams, Esquire
John M. Seaman, Esquire
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807

**Email**
sunny.sidhu@akerman.com
andrea.hartley@akerman.com
jules.cohen@akerman.com
(Counsel for Siemens Power Generation
Inc.)
Sundeep S. Sidhu, Esquire
Akerman LLP
420 South Orange Avenue, Suite 1200
Orlando, FL 32801-4904

**Email**

jhuggett@margolisedelstein.com
abrown@margolisedelstein.com
(Counsel for URS Energy & Construction, Inc.)
James E. Huggett, Esquire
Amy D. Brown, Esquire
Margolis Edelstein
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

**Email**

mkilgore@up.com
jlanders01@up.com
(Counsel for Union Pacific Railroad Company)
Mary Ann Kilgore
Jennie L. Anderson
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, NE  98179

**Email**

jdoran@hinckleyallen.com
(Counsel for Invensys Systems, Inc.)
Jennifer V. Doran, Esquire
Hinckley Allen
28 State Street
Boston, MA  02109

**Email**

KDWBankruptcyDepartment@KelleyDrye.com
(Counsel for CSC Trust Company of Delaware – Indenture Trustee)
James S. Carr, Esquire
Benjamin D. Feder, Esquire
Gilbert R. Saydah, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

**Email**

sburton@slmpc.com
(Counsel for Central Texas Security & Fire Equipment, Inc.)
Steven M. Burton, Esquire
Sheehy, Lovelace & Mayfield, P.C.
510 North Valley Mills Drive, Suite 500
Waco, TX  76710

**Email**

rrobinson@reedsmith.com
(Counsel for The Bank of New York Mellon)
Richard A. Robinson, Esquire
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE  19801

**Email**

atonti@reedsmith.com
Counsel for The Bank of New York Mellon)
Amy M. Tonti, Esquire
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15230-2009

**Email**

rlemisch@klehr.com
(Counsel for UMB Bank, N.A.)
Raymond H. Lemisch, Esquire
Klehr Harrison Harvery Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

**Email**

joshsearcy@jrsearcylaw.com
(Counsel for D. Courtney Construction, Inc.)
Joshua P. Searcy, Esquire
Callan Clark Searcy, Esquire
Searcy & Searcy, P.C.
PO Box 3929
Longview, TX  75606

17

**Email**
hseife@chadbourne.com
dlemay@chadbourne.com
crivera@chadbourne.com
(Counsel for NextEra Energy Resources,
LLC)
Howard Seife, Esquire
David M. LeMay, Esquire
Christy Rivera, Esquire
CHADBOURNE & PARKE LLP
1301 Avenue of the Americas
New York, NY  10019-6022

**Email**
steve.ginther@dor.mo.gov
(Counsel for Missouri Department of
Revenue)
Steven A. Ginther, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 West High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475

**Email:**
**lino.mediola@sutherland.com**
(Counsel for Titus County Fresh Water
Supply District No. 1)
Lino Mendiola, Esquire
Sutherland Asbill & Brennan LLP
One American Center
600 North Congress Avenue
Austin, TX  78701-3238

**Email**
gfmcdaniel@dkhogan.com
(Counsel for Ad Hoc Group of EFH Legacy
Noteholders)
Garvan F. McDaniel, Esquire
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE  19806

**Email**
kay.brock@co.travis.tx.us
(Counsel for Travis County)
David Escamilla, Esquire
Kay D. Brock, Esquire
Travis County
PO Box 1748
Austin, TX  78767

**Email**
drosner@kasowitz.com
aglenn@kasowitz.com
dfliman@kasowitz.com
(Counsel for Ad Hoc Group of EFH Legacy
Noteholders)
David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Daniel A. Fliman, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

**Email**
gdonilon@phw-law.com
(Counsel for Automatic Systems, Inc.)
Gregory T. Donilon, Esquire
Pinckney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, DE  19801

**Email**
gdw@carmodymacdonald.com
(Counsel for Automatic Systems, Inc.)
Gregory D. Willard, Esquire
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
Street Louis, MO  63105

**Email**
dalcst@aol.com
(Thyssenkrupp Elevator)
Mr. Ed Hadley
Thyssenkrupp Elevator
c/o CST CO
PO Box 224768
Dallas, TX  75222-4768

18

**Email**
nobankecf@lockelordcom
(Counsel for BP America Production
Company)
C. Davin Boldissar, Esquire
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, LA 70130-6036

**Email**
Renita.d.king@cop.com
(ConocoPhillips Company)
Renita D. King ConocoPhillips Company,
Legal Specialist
600 North Dairy Ashford, Suite ML 1128
Houston, TX 77079

**Email**
dfarrell@thompsoncoburn.com
(Counsel for Martin Engineering Company)
David D. Farrell, Esquire
Thompson Coburn LLP
One US Bank Plaza, Suite 3200
Street Louis, MO 63101

**Email**
bgerard@bfsnlaw.com
(Counsel for National Field Services)
Bretton C. Gerard, Esquire
The Bretton Gerard Law Firm
111 West Spring Valley Road, Suite 250
Richardson, TX 75081

**Email:**
zallinson@sha-llc.com
(Counsel for Henry Pratt Company, LLC)
Elihu E. Allinson III, Esquire
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801

**Email:**
sgreenberg@taylorenglish.com
(Counsel for Henry Pratt Company, LLC)
Stephen C. Greenberg, Esquire
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339

**Email**
SGBankruptcy@ntexas-attorneys.com
(Counsel for Garland ISD and City of
Garland)
Dustin L. Banks, Esquire
Gay, McCall, Isaacks, Gordon & Roberts,
P.C.
1919 South Shiloh Road, Suite 310 LB 40
Garland, TX 75042

**Email**
Aconway@taubman.com
(Counsel for The Taubman Company LLC;
Taubman Landlords)
Andrew S. Conway, Esquire
The Taubman Company
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

**Email:**
Philip.anker@wilmerhale.com
charles.platt@wilmerhale.com
dennis.jenkins@wilmerhale.com
george.shuster@wilmerhale.com
(Counsel for CSC Trust Co. of Delaware as Indenture
Trustee/Collateral Trustee for EFIH 10% Senior Secured
Notes Due 2020)
Philip D. Anker, Esquire
Charles C. Platt, Esquire
Dennis L. Jenkins, Esquire
George W. Shuster, Jr., Esquire
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

19

**Email**
nglassman@bayardlaw.com
(Counsel for CSC Trust Company of
Delaware/TCEH 11.5% Senior Secured
Notes Indenture)
Neil B. Glassman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

**Email**
Schnabel.eric@dorsey.com
mallardrobert@dorsey.com
(Counsel for U.S. Bank National
Association)
Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney Delaware LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE  19801

**Email**
clark.whitmore@maslon.com
ana.chilingarishvili@maslon.com
korey.kallstrom@maslon.com
 (Counsel to US Bank National Association)
Clark T. Whitmore, Esquire
Ana Chilingarishvili, Esquire
Korey G. Kallstrom, Esquire
Korey G. Kallstrom, Esquire
MASLON EDELMAN BORMAN &
BRAND, LLP
90 South Seventh Street, Suite 3300
Minneapolis, MN  55402-4140

**Email**
bnkatty@aldine.k12.tx.us
 (Counsel for Aldine Independent School
District)
Courteney F. Harris, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

**Email**
jshickich@riddellwilliams.com
hmohr@riddellwilliams.com
 (Counsel to Microsoft Corporation and
Microsoft Licensing GP)
Joseph E. Shickich, Jr., Esquire
Hilary B. Mohr, Esquire
RIDDELL WILLIAMS P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154

**Email**
mkshaver@varnumlaw.com
(Counsel to AppLabs Technologies PVT
Ltd)
Mary Kay Shaver, Esquire
VARNUM LLP
Bridgewater Place
PO Box 352
Grand Rapids, MI  49501-0352

**Email**
haliburton@namanhowell.com
(Counsel for Buffalo Industrial Supply, Inc.)
Kerry L. Haliburton, Esquire
NAMAN, HOWELL, SMITH & LEE,
PLLC
PO Box 1470
Waco, TX  79703-4100

**Email**
jcianciulli@weirpartners.com
(Counsel for Evercore Group L.L.C.)
Jeffrey S. Cianciulli, Esquire
WEIR & PARTNERS LLP
824 North Market Street, Suite 800
Wilmington, DE  19801

**Email**
summersm@ballardspahr.com
(Counsel for Louisiana Energy Services,
LLC and URENCO, Inc.)
Matthew G. Summers, Esquire
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, DE  19801

**Email**
bankruptcylegal@level3.com
(Counsel for tw telecom inc.)
Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, No. 400
Littleton, CO  80124


**Email**
hugh.mcdonald@troutmansanders.com
louis.curcio@troutmansanders.com
brett.goodman@troutmansanders.com
(Counsel for Wilmington Savings Fund
Society; FSB, solely in its capacity as
successor Indenture Trustee for Second
Liens)
Hugh McDonald, Esquire
Louis A. Curcio, Esquire
Brett D. Goodman, Esquire
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY  10022


**Email**
nmelancon@steffeslaw.com
(Counsel for Setpoint Integrated Solutions)
Noel Steffes Melancon, Esquire
STEFFES, VINGIELLO & MCKENZIE,
LLC
13702 Coursey Boulevard, Building 3
Baton Rouge, LA  70817


**Email**
brian@womaclaw.com
Stacey@womaclaw.com
(Counsel for 2603 Augusta Investors, LP)
Brian D. Womac, Esquire
Stacey L. Kremling, Esquire
WOMAC LAW
8301 Katy Freeway
Houston, TX  77024


**Email**
fmonaco@wcsr.com
kmangan@wcsr.com
(Counsel for Fluor Enterprises; AMECO;
Fluor Corporation; Alltite Inc.)
Francis A. Moncao, Jr., Esquire
Kevin J. Mangan, Esquire
WOMBLE CARLYLE SANDRIDGE &
RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801


**Email**
peisenberg@lockelordcom
(Counsel for Fluor Enterprises; AMECO
and Fluor Corporation)
Philip Eisenberg, Esquire
LOCKE LORD LLP
2800 JPMorgan Chase Tower
600 Travis
Houston, TX  77002


**Email**
amy@purduelaw.com
(Counsel for Barr Engineering Co.)
Amy R. Baudler, Esquire
PURDUE AWSUMB & BAUDLER P.A.
4700 West 77th Street, Suite 240
Minneapolis, MN  55435


**Email**
nsongonuga@gibbonslaw.com
(Counsel for Veolia ES Industrial Services,
Inc.)
Natasha M. Songonuga, Esquire
GIBBONS P.C.
1000 North West Street, Suite 1200
Wilmington, DE  19801-1058

DOCS_DE:192943.1 23731/001

**Email**
dbarney@gibbonslaw.com
(Counsel for Veolia ES Industrial Services, Inc.)
Dale E. Barney, Esquire
GIBBONS P.C.
One Gateway Center
Newark, NJ  07102-5310

**Email**
jfrank@fgllp.com
fgecker@fgllp.com
rheiligman@fgllp.com
(Counsel for  PI Law Firms; Experian Marketing Solutions, Inc.)
Joseph D. Frank, Esquire
Frances Gecker, Esquire
Reed Heiligman, Esquire
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60654

**Email**
tcotton@utsystem.edu
(Counsel for The University of Texas System on behalf of University of Texas at Arlington)
Traci L. Cotton, Esquire
The University of Texas System
Office of General Counsel
201 West Seventh Street
Austin, TX  78701

**Email**
cbelmonte@ssbb.com
pbosswick@ssbb.com
(Counsel for Moody's Analytics, Inc.)
Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY  10169

**Email**
TMoss@perkinscoie.com
(Co-Counsel to Delaware Trust; TCEH 11.5% Senior Secured Notes Indenture; Texas Competitive Electric Holdings Co., LLC; TECH Finance, Inc.; The Bank of NY Mellon Trust Company)
Tina N. Moss, Esquire
PERKINS COIE LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY  10112

**Email**
bearden@txschoollaw.com
(Counsel for Carrollton-Farmers Branch Independent School District)
Daniel K. Bearden, Esquire
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 North Central Expressway
Dallas, TX  75205

**Email**
rlevin@jenner.com
(Independent Counsel for EFIH)
Richard Levin, Esquire
JENNER & BLOCK
919 Third Avenue
New York, NY  10022-3908

**Email:**
Kevin.Collins@btlaw.com
(Counsel for Converdyn)
Kevin G. Collins, Esquire
BARNES & THORNBURG LLP
1000 North West Street, Suite 1500
Wilmington, DE  19801

**Email:**
pjacobi@btlaw.com
(Counsel for Converdyn)
Paula K. Jacobi, Esquire
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606

**Email:**
Julia.frost-davies@morganlewis.com
Patrick.strawbridge@morganlewis.com
Christopher.carter@morganlewis.com
(Counsel for Pacific Investment
Management Co., LLC)
Julia Frost-Davies, Esquire
Patrick Strawbridge, Esquire
Christopher L. Carter, Esquire
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02119

**Email**
christine.ryan@hklaw.com
(Counsel for Tex-La Electric Cooperative of
Texas, Inc.)
Christine C. Ryan, Esquire
HOLLAND & KNIGHT LLP
800  17th Street N.W., Suite 1100
Washington, DC  20006

**Email**
jhh@stevenslee.com
(Counsel for Independent Matters)
Joseph H. Huston, Jr., Esquire
STEVENS & LEE, P.C.
1105 North Market Street, Suite 700
Wilmington, DE  19801

**Email:**
dklauder@oeblegal.com
sdougherty@oeblegal.com
(Counsel for Energy Future Holdings Corp)
David M. Klauder, Esquire
Shannon J. Dougherty, Esquire
O'KELLY ERNST & BIELLI, LLC
901 North Market Street, Suite 1000
Wilmington, DE  19801

**Email:**
jmarwil@proskauer.com
mthomas@proskauer.com
pyoungproskauer.com
(Counsel for Energy Future Holdings Corp.)
Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
PROSKAUER ROSE LLP
Three First National Plaza
70 West Madison Street, Suite 3800
Chicago, IL  60602

**Email:**
lmurley@saul.com
(Counsel for Johnson Matthey Stationary
Emissions Control LLC)
Lucian B. Murley, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE  19899

**Email:**
dprimack@mdmc-law.com
(Counsel for Energy Future Competitive
Holdings Company LLC; Texas
Competitive Electric Holdings Company)
David P. Primack, Esquire
McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
300 Delaware Avenue, Suite 770
Wilmington, DE  19801

**Email:**
Thomas.Walper@mto.com
Todd.Rosen@mto.com
Seth.Goldman@mto.com
John.Spiegel@mto.com
 (Counsel for Energy Future Competitive
Holdings Company LLC; Texas
Competitive Electric Holdings Company)
Thomas B. Walper, Esquire
Todd J. Rosen, Esquire
Seth Goldman, Esquire
John W. Spiegel, Esquire
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071

**Email**
Jshrum@werbsullivan.com
Dwerb@werbsullivan.com
(Counsel for BWM Services)
"J" Jackson Shrum, Esquire
Duane Werb, Esquire
WERB & SULLIVAN
300 Delaware Avenue, Suite 1300
Wilmington, DE  19801

**Email**
Christie@Leasorcrass.com
(Counsel for Duncanville Independent
School District)
Christie Hobbs, Esquire
Leasor Crass, P.C.
302 West. Broad Street
Mansfield, TX  76063

**Email**
rbarkasy@schnader.com
 (Counsel for CCP Credit Acquisition
Holdings, L.L.C.; Centerbridge Special
Credit Partners, L.P.; Centerbridge Special
Credit Partners II, L.P.)
Richard A. Barkasy, Esquire
SCHNADER HARRISON SEGAL &
LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE  19801

**Email:**
smiller@morrisjames.com
(Counsel for Law Debenture Trust
Company of New York)
Stephen M. Miller, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE  19899-2306

**Email**
Anna.e.grace@usdoj.gov
(Counsel for U.S.)
Anna Grace, Esquire
Environmental Enforcement Section, ENRD
US Department of Justice
PO Box 7611
Washington, DC  20044-7611

**Email**
ahiller@hillerarban.com
barban@hillerarban.com
jdarby@hillerarban.com
(Counsel for Steag Energy Services, Inc.)
Adam Hiller, Esquire
Brian Arban, Esquire
Johnna M. Darby, Esquire
HILLER & ARBAN, LLC
1500 North French Street, 2nd Floor
Wilmington, DE  19801

**Email**
gseitz@gsbblaw.com
(Counsel for Kuk J. Stewart)
Gary F. Seitz, Esquire
GELLERT SCALI BUSENKELL &
BROWN LLC
913 North Market Street, 10th Floor
Wilmington, DE  19801

DOCS_DE:192943.1 23731/001

**Email**
**scherer@txschoollaw.com**
(Counsel for Lewisville Independent School
District)
George C. Scherer, Esquire
LAW OFFICES OF ROBERT E. LUNA,
P.C.
4411 North Central Expressway
Dallas, TX  75205

**Email**
mpaskin@cravath.com
tbroad@cravath.com
(Independent Counsel for EFIH)
Michael A. Paskin, Esquire
Trevor M. Broad, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475