**EXHIBIT A**

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Allied Electronics Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Emerson Network Power Liebert Services | 3297 | Response filed on 12/10/14. [Docket No. 2970]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Koetter Fire Protection of Austin, LLC | 3118 | Response filed on 12/5/14. [Docket No. 2950]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

**EXHIBIT B**

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| DELGADO, MARIA NAVEJAR | 2004 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| OLBRISH, KIMBERLEY | 669 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

RLF1-12066784_1

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

**EXHIBIT C**

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Annie | 2345 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

**EXHIBIT D**

Energy Future Holdings Corp.
Sixth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DE LA CERDA JR., JOSE F. | 1324 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HAWKINS, MONICA R. | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MITCHELL, STEPHEN W. | 2636 | Response filed on 1/23/15. [Docket No. 3355]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MOORE, DEBORAH D. | 3927 | Response filed on 1/23/15. [Docket No. 3352]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ROBINSON, JOANN M. | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WOODS, SHANTA | 2899 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT E**

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT F**

Energy Future Holdings Corp.
Eighth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BEARD JR., JACK ROGERS | 2304 | Response filed on February 11, 2015. [Docket No. 3511]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MCCLAIN, JACKIE | 417 | Response filed on February 9, 2015. [Docket No. 3500]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT G**

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| JOHNSON-CAULEY, MELVA D. | 2686 | Response filed on February 24, 2015. [Docket No. 3636]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT H**

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COVENEY, SANDI | 623 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| DRUMRIGHT, DIANE | 1129 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KAHLE, MARCIA | 1371 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KINDIG, EVERETT W | 2297 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MATHEU, CHRISTINA | 1637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PATERSON, JACKIE | 606 | Response filed on March 25, 2015. [Docket No. 3971]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VALENTINE, NICKEY | 1400 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WASHINGTON, ROSE B S | 6162 | Response filed on March 27, 2015. [Docket No. 3998]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WATSON, EVELYN | 1562 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT I**

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ALLEN, FAYETTA | 1007 | Response filed on April 9, 2015. [Docket No. 4109]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ALLEN, GAYE | 3445 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ALLEN, JUDY | 3619 | Response filed on April 14, 2015. [Docket No. 4154]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BAILEY, NIKITA | 2014 | Response filed on April 14, 2015. [Docket No. 4153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BELL, MARILYN | 3368 | Response filed on April 14, 2015. [Docket No. 4152]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BRIN, STEPHEN | 7744 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CABRERA, EDILBERTO | 2473 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CARTER, SHARRON DENISE | 5735 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CLARK, MELBA | 3289 | Response filed on April 9, 2015. [Docket No. 4111]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CORBELL, KARLA | 4435 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| COX, DONALD L | 2701 | Response filed on April 8, 2015. [Docket No. 4088]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GARCIA, STELLA | 5228 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HARRIS, FRANKIE | 1837 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HUGHES, JOAN H | 4465 | Response filed on April 14, 2015. [Docket No. 4150]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KELLEY, LAWRENCE C | 1764 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MARRS, OPAL | 2252 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, MARY JAME | 844 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PIPKIN, LORENZO III | 8052 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-12066809_1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SMALL, YOLANDA NICOLE | 4830 | Response filed on April 8, 2015. [Docket No. 4089]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| STEPHENSON, ALBERT | 3519 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VAUGHN, TERETTA | 8063 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VILLARREAL, TIMMY | 1520 | Response filed on April 10, 2015. [Docket No. 4114]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WALKER, ROBERT | 3557 | Response filed on April 14, 2015. [Docket No. 4151]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WILLIAMS, MELVIN | 3256 | Response filed on April 17, 2015. [Docket No. 4204]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

3

**EXHIBIT J**

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| STEWART, KUK JA | 10003 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| STEWART, KUK JA | 5739 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT K**

Energy Future Holdings Corp.
Fifteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MAURILLO, AMELIA | 4599 | Response filed on April 17, 2015. [Docket No. 4206]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1