# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] Automatic Stay | 0.2 | $70.00 |
| [ALL] Case Administration | 7.6 | $2,569.50 |
| [ALL] Non-OEB Fee/Employment Applications | 4.7 | $951.50 |
| [ALL] OEB Fee/Employment Applications | 9.4 | $1,644.00 |
| [ALL] Plan and Disclosure Statement | 6.1 | $1,880.00 |
| [EFIH] Contested Matters & Advers. Pro. | 0.3 | $105.00 |
| **Total** | **28.3** | **$7,220.00** |