## EXHIBIT C

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
| --- | ---: |
| Conference Call | $102.00 |
| Filing/Court Fees | $28.00 |
| In-House Reproduction | $57.70 |
| **Total** | **$187.70** |