# EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 4/7/2015 | In-House Reproduction | Photocopies (12 page) | $1.20 |
| 4/9/2015 | Filing/Court Fees | PACER | $25.00 |
| 4/13/2015 | In-House Reproduction | Photocopies (220 pages) | $22.00 |
| 4/14/2015 | In-House Reproduction | Photocopies (180 pages) | $18.00 |
| 4/14/2015 | In-House Reproduction | Photocopies (135 pages) | $13.50 |
| 4/16/2015 | In-House Reproduction | Photocopies (1 page) | $0.10 |
| 4/16/2015 | Conference Call | CourtCall | $44.00 |
| 4/16/2015 | Conference Call | CourtCall | $58.00 |
| 4/24/2015 | In-House Reproduction | Photocopies (17 pages) | $1.70 |
| 4/29/2015 | In-House Reproduction | Photocopies (12 pages) | $1.20 |
| 4/30/2015 | Filing/Court Fees | PACER | $3.00 |
| | | **Grand Total** | **$187.70** |