# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al.[1], | ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | **RE: Docket No. 4410** |

## CERTIFICATE OF NO OBJECTION REGARDING FIFTH MONTHLY FEE STATEMENT OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2015 THROUGH MARCH 31, 2015 (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the fifth monthly fee statement for compensation and reimbursement of expenses (the "Monthly Fee Statement") of Munger, Tolles & Olson LLP ("Applicant") listed on **Exhibit A** attached hereto.[2] The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on May 6, 2015. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the **Notice of Fee Statement** filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than **May 27, 2015 at 4:00 p.m. (Eastern Standard Time)**. The Monthly Fee Statement was filed and served in accordance with the **Stipulation and Order Appointing a Fee Committee**, dated August 21,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On May 12, 2015, the Applicant received a letter from the Fee Committee stating that it does not object to the payment of 80 percent of fees and 100 percent of expenses requested in the Monthly Fee Statement. The Fee Committee reserved its right to object to certain interim expense reimbursement requests at the interim fee application stage.

2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

Dated: May 29, 2015

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

/s/ David Primack
David Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com

-and-

**Munger, Tolles & Olson LLP**
Thomas B. Walper, Esq. (admitted *pro hac vice*)
Todd J. Rosen, Esq. (admitted *pro hac vice*)
Seth Goldman, Esq. (admitted *pro hac vice*)
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Phone: (213) 683-9100; Facsimile: (213) 683-4022
Email: Thomas.Walper@mto.com
       Todd.Rosen@mto.com
       Seth.Goldman@mto.com

**Exhibit A**

**Professional Fees and Expenses
Monthly Fee Statement[1]**

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| MUNGER, TOLLES & OLSON LLP<br><br>355 South Grand Ave., 35th Floor<br>Los Angeles, CA 90071<br>Attn: Thomas B. Walper<br><br>(Counsel to Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC and their debtor subsidiaries) | Fifth Monthly Fee Statement<br><br>3/1/2015 through 3/31/2015<br><br>Filed 5/6/2015<br><br>Docket No. 4410 | $1,344,091.75 | $23,814.97 | 5/27/2015 | $1,075,273.40 | $23,814.97 | $268,818.35 |

---

[1] All fees and expenses requested are allocated 100% to Texas Competitive Electric Holdings Company LLC.