# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services | 109.0 | $ 13,685.00 |
| 3 | Sales and Use Tax Examination Consulting Services | 5.7 | $ 1,667.70 |
| 13 | CAO Financial Reporting Support | 112.0 | $ 24,640.00 |
| 18 | Phase II IT Costing Apptio Service Catalog | 362.3 | $ 76,216.00 |
| 20 | FY14 USIT Consulting | 174.4 | $ 60,361.40 |
| 21 | Transaction Cost Analysis | 29.5 | $ 14,084.00 |
| 22 | Claims Reconciliation | 135.3 | $ 23,677.50 |
| 24 | Risk Management Gap Assessment | 2.0 | $ 650.00 |
| 25 | SOX Optimization | 639.2 | $ 122,182.00 |
| 35 | Fee Statement and Fee Application Preparation | 140.9 | $ 36,553.00 |
| 36 | Retention Services | 5.5 | $ 1,787.50 |
| **Total** | | **1,715.8** | **$ 375,504.10** |
| Less Voluntary Reduction associated with Fee Statement and Fee Preparation | | | $ (8,390.19) |
| **Total Fees less Reduction** | | | **$ 367,113.91**[1] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 4,874.51 |
| Lodging | N/A | $ 4,798.36 |
| Travel Meals | N/A | $ 728.05 |
| Ground Transportation | N/A | $ 1,302.93 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 11,703.85** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $725,988.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $388,295.40 (exclusive of additional voluntary reduction) thus benefitting the Chapter 11 estate by same amount.