**EXHIBIT B**

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Burdett, Brian R | Principal - Tax | | 17.5 | $ 682 | $ 11,935.00 |
| Bradford, Steven | Partner - Advisory | | 1.0 | $ 325 | $ 325.00 |
| Luecht, Julie | Principal - Advisory | | 1.0 | $ 325 | $ 325.00 |
| Garcia, Susan | Managing Director - Advisory | | 10.1 | $ 350 | $ 3,535.00 |
| Cargile, David | Managing Director - Advisory | | 16.7 | $ 305 | $ 5,093.50 |
| Fritzsche, Josh | Senior Manager - Tax | | 13.2 | $ 625 | $ 8,250.00 |
| Potter, Maria | Director - Advisory | | 55.0 | $ 340 | $ 18,700.00 |
| Seeman, Nick | Director - Advisory | * | 62.7 | $ 305 | $ 19,123.50 |
| Plangman, Monica | Associate Director - Bankruptcy | * | 12.9 | $ 325 | $ 4,192.50 |
| Laukhuff, Brittny | Manager - Tax | | 12.1 | $ 560 | $ 6,776.00 |
| Fulmer, Brandon T | Manager - Tax | | 7.6 | $ 437 | $ 3,321.20 |
| Brakewood, Marcus | Manager - Advisory | | 6.0 | $ 300 | $ 1,800.00 |
| Epelbaum, Leonard | Manager - Advisory | | 47.9 | $ 300 | $ 14,370.00 |
| Campbell, Celeste | Manager - Bankruptcy | * | 56.6 | $ 298 | $ 16,866.80 |
| Myrick, Cristina | Manager - Advisory | | 137.4 | $ 175 | $ 24,045.00 |
| Payne, Lani | Senior Associate - Tax | | 4.1 | $ 420 | $ 1,722.00 |
| Prywes, Joshua | Senior Associate - Tax | | 13.3 | $ 420 | $ 5,586.00 |
| Karcasinas, Theodore J | Senior Associate - Tax | * | 39.9 | $ 350 | $ 13,965.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 69.7 | $ 228 | $ 15,891.60 |
| Jeffcott, David | Senior Associate - Advisory | | 16.0 | $ 220 | $ 3,520.00 |
| Lange, Jolandi de | Senior Associate - Advisory | | 96.0 | $ 220 | $ 21,120.00 |
| Dabral, Pulkit | Senior Associate - Advisory | | 154.3 | $ 175 | $ 27,002.50 |
| Kimball, Doug | Senior Associate - Advisory | | 46.8 | $ 175 | $ 8,190.00 |
| Huang, Hayley | Associate - Tax | | 1.0 | $ 241 | $ 241.00 |
| Jones, Virginia | Associate - Tax | | 91.6 | $ 241 | $ 22,075.60 |
| Martinez, Crystal F | Associate - Tax | | 9.3 | $ 241 | $ 2,241.30 |
| Garza, Juanita | Associate - Bankruptcy | | 7.2 | $ 193 | $ 1,389.60 |
| Barone, Anthony | Associate - Advisory | | 15.4 | $ 175 | $ 2,695.00 |
| Milner, Aaron | Associate - Advisory | | 136.5 | $ 175 | $ 23,887.50 |
| Nebel, Bob | Associate - Advisory | | 0.9 | $ 175 | $ 157.50 |
| Rangwala, Hussain | Associate - Advisory | | 178.7 | $ 175 | $ 31,272.50 |
| Smith, Bridgette | Associate - Advisory | | 15.2 | $ 175 | $ 2,660.00 |
| Whipple, Robert | Associate - Advisory | | 11.1 | $ 175 | $ 1,942.50 |
| Douthey, Amy | Associate - Advisory | | 97.0 | $ 125 | $ 12,125.00 |
| Milner, Aaron | Associate - Advisory | | 10.8 | $ 125 | $ 1,350.00 |
| Braun, Nancy | Contractor - Apptio SME | ** | 37.6 | $ 185 | $ 6,956.00 |
| Serber, Mike | Contractor - Data Architect | ** | 205.7 | $ 150 | $ 30,855.00 |
| **Total Hours and Fees** | | | **1,715.8** | | **$ 375,504.10** |
| Less Voluntary Reduction associated with Fee Statement and Fee Preparation | | | | | $ (8,390.19) |
| **Total Fees less Reduction** | | | | | **$ 367,113.91** |

\*   Promoted effective October 1, 2014
\*\* Contractors are passed through at cost.