# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 4,874.51 |
| Lodging | N/A | $ 4,798.36 |
| Travel Meals | N/A | $ 728.05 |
| Ground Transportation | N/A | $ 1,302.93 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 11,703.85** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 4,874.51 |
| Lodging | N/A | $ 4,798.36 |
| Travel Meals | N/A | $ 728.05 |
| Ground Transportation | N/A | $ 1,302.93 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 11,703.85** |