# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2015 through March 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150301 | Serber, Mike | air | | | $ 418.20 | Coach Airfare - Delta Air Lines, round trip flight from Minneapolis to Dallas on 03/01/15, returning from Dallas to Minneapolis on 03/05/15 to provide onsite support for the EFH Service Costing project |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150303 | Potter, Maria | air | | | $ 899.41 | Round trip coach airfare from Bradley Airport (CT) to Dallas-Fort Worth for on site project work departure 03/03 to 03/05 |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150308 | Serber, Mike | air | | | $ 528.10 | Coach Airfare - Delta Air Lines, one-way flight from Minneapolis, MN to Dallas on 03/08/15, to provide onsite support for the EFH Service Costing project |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150311 | Serber, Mike | air | | | $ 235.60 | Coach Airfare - Delta Air Lines, one-way return flight from Dallas, TX to San Jose, CA on 03/11/15 to provide onsite support for the EFH Service Costing project |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150315 | Serber, Mike | air | | | $ 884.20 | Coach Airfare - Delta Air Lines, round trip flight from Minneapolis to Dallas on 03/15/15, returning from Dallas to Minneapolis on 03/19/15 to provide onsite support for the EFH Service Costing project |
| 03371421 | CAO Financial Reporting Support | 20150316 | Lange, Jolandi De | air | | | $ 363.10 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 03/16/2015 Return Date: 03/20/2015. Business Purpose: Energy Future Holdings |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150320 | Potter, Maria | air | | | $ 1,182.80 | Round trip coach airfare from Bradley Airport (CT) to Dallas-Fort Worth for on site project work departure 03/17 to 03/20 |
| 03371421 | CAO Financial Reporting Support | 20150326 | Lange, Jolandi De | air | | | $ 363.10 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 03/23/2015 Return Date: 03/26/2015. Business Purpose: Energy Future Holdings |
| | | | **Total Air** | | | | **$ 4,874.51** | |

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2015 through March 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150305 | Potter, Maria | lodging | | | $ 387.28 | Lodging - 2 nights incurred in Dallas, TX for 4 nights (03/03-03/05) while performing work for Energy Future Holdings Service Costing Assessment. This is the total of $421.31 minus dinners on 03/4, listed separately above. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150305 | Serber, Mike | lodging | | | $ 945.16 | Lodging - Sheraton Dallas hotel - check-in 03/1/15 and check out on 3/5/15 - for 4 nights, to provide onsite support for the EFH Service Costing project |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150311 | Serber, Mike | lodging | | | $ 335.43 | Lodging - Sheraton Dallas hotel - check-in 03/08/15 to check out on 3/11/15 for 3 nights, to provide onsite support for the EFH Service Costing project |
| 03371421 | CAO Financial Reporting Support | 20150319 | Lange, Jolandi De | lodging | | | $ 560.16 | Lodging - Sheraton Dallas hotel incurred in Dallas, TX for 3 nights (03/16-03/19), while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150319 | Serber, Mike | lodging | | | $ 945.16 | Lodging - Sheraton Dallas hotel - check-in 03/15/15 and check out on 3/19/15 - for 4 nights, to provide onsite support for the EFH Service Costing project |
| 03371421 | CAO Financial Reporting Support | 20150320 | Lange, Jolandi De | lodging | | | $ 138.31 | Sheraton hotel fees incurred in Dallas, TX for 1 night (03/19-03/20), while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150320 | Potter, Maria | lodging | | | $ 926.70 | Lodging - 3 nights incurred in Dallas, TX (03/17-03/20) while performing work for Energy Future Holdings Service Costing Assessment. This is the total of $968.42 minus dinners on 03/19, listed separately above. |
| 03371421 | CAO Financial Reporting Support | 20150326 | Lange, Jolandi De | lodging | | | $ 560.16 | Lodging - Sheraton Dallas hotel incurred in Dallas, TX for 3 nights (03/23-03/26), while performing work for EFH Corporate Accounting project. |
| | **Total Lodging** | | | | | | **$ 4,798.36** | |

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2015 through March 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150301 | Serber, Mike | travel meals | | | $ 12.63 | Meal at Burger King. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150302 | Serber, Mike | travel meals | | | $ 7.85 | Meal at Noodle Nexus. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150303 | Potter, Maria | travel meals | | | $ 5.39 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150303 | Serber, Mike | travel meals | | | $ 6.91 | Meal at A&W. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150303 | Potter, Maria | travel meals | | | $ 11.00 | Out of town lunch at in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150304 | Serber, Mike | travel meals | | | $ 7.31 | Lunch at Subway. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150304 | Potter, Maria | travel meals | | | $ 10.00 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150304 | Potter, Maria | travel meals | | | $ 12.00 | Out of town lunch at in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150304 | Serber, Mike | travel meals | | | $ 21.32 | Dinner at The Kitchen Table. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150304 | Potter, Maria | travel meals | | | $ 34.03 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150305 | Potter, Maria | travel meals | | | $ 4.98 | Out of town lunch at in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150305 | Potter, Maria | travel meals | | | $ 7.65 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150305 | Serber, Mike | travel meals | | | $ 13.48 | Meal at Chick-Fil-A. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150308 | Serber, Mike | travel meals | | | $ 8.78 | Meal at Arby's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150309 | Serber, Mike | travel meals | | | $ 6.91 | Meal at A&W. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150310 | Serber, Mike | travel meals | | | $ 6.91 | Meal at A&W. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150310 | Serber, Mike | travel meals | | | $ 7.98 | Lunch at 7-Eleven. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150310 | Serber, Mike | travel meals | | | $ 18.16 | Dinner at Draft. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150311 | Serber, Mike | travel meals | | | $ 5.60 | Breakfast at French Meadow. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150311 | Serber, Mike | travel meals | | | $ 6.91 | Lunch at A&W. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150311 | Serber, Mike | travel meals | | | $ 10.12 | Dinner at Fly Bar. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150314 | Serber, Mike | travel meals | | | $ 14.84 | Meal at Shark's Cage. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150315 | Serber, Mike | travel meals | | | $ 10.71 | Meal at Burger King. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | CAO Financial Reporting Support | 20150316 | Lange, Jolandi De | travel meals | | | $ 4.64 | Breakfast from Wendy's while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150316 | Serber, Mike | travel meals | | | $ 7.98 | Breakfast at 7-Eleven. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2015 through March 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03371421 | CAO Financial Reporting Support | 20150316 | Lange, Jolandi De | travel meals | | | $ 8.93 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150316 | Serber, Mike | travel meals | | | $ 17.07 | Lunch at Press Box Grill. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150316 | Serber, Mike | travel meals | | | $ 18.16 | Dinner at Draft. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | CAO Financial Reporting Support | 20150316 | Lange, Jolandi De | travel meals | | | $ 20.83 | Dinner from 7-Eleven while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150317 | Potter, Maria | travel meals | | | $ 5.98 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150317 | Serber, Mike | travel meals | | | $ 7.31 | Lunch at Subway. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | CAO Financial Reporting Support | 20150317 | Lange, Jolandi De | travel meals | | | $ 8.19 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150317 | Potter, Maria | travel meals | | | $ 8.41 | Out of town lunch at in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | CAO Financial Reporting Support | 20150317 | Lange, Jolandi De | travel meals | | | $ 9.03 | Dinner from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 03371421 | CAO Financial Reporting Support | 20150317 | Lange, Jolandi De | travel meals | | | $ 9.74 | Lunch from the Hospitality Sweet at the Corner while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150317 | Potter, Maria | travel meals | | | $ 23.30 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150317 | Serber, Mike | travel meals | | | $ 40.00 | Dinner at Dakota's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | CAO Financial Reporting Support | 20150318 | Lange, Jolandi De | travel meals | | | $ 7.31 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150318 | Serber, Mike | travel meals | | | $ 8.12 | Lunch at Mad Hatter Cafe. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150318 | Potter, Maria | travel meals | | | $ 9.66 | Out of town lunch at in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | CAO Financial Reporting Support | 20150318 | Lange, Jolandi De | travel meals | | | $ 11.87 | Dinner from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150318 | Potter, Maria | travel meals | | | $ 14.83 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150318 | Serber, Mike | travel meals | | | $ 16.95 | Dinner at Mr. Panda's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | CAO Financial Reporting Support | 20150319 | Lange, Jolandi De | travel meals | | | $ 6.03 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150319 | Potter, Maria | travel meals | | | $ 6.23 | Out of town lunch at in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150319 | Serber, Mike | travel meals | | | $ 13.48 | Lunch at Chik-fil-a. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | CAO Financial Reporting Support | 20150319 | Lange, Jolandi De | travel meals | | | $ 17.32 | Dinner at The Kitchen Table Sheraton Dallas while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150319 | Serber, Mike | travel meals | | | $ 18.16 | Dinner at Draft. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150319 | Potter, Maria | travel meals | | | $ 40.00 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03371421 | CAO Financial Reporting Support | 20150320 | Lange, Jolandi De | travel meals | | | $ 7.88 | Lunch from Sonny Bryan's Smokehouse while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150320 | Potter, Maria | travel meals | | | $ 10.33 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2015 through March 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03371421 | CAO Financial Reporting Support | 20150323 | Lange, Jolandi De | travel meals | | | $ 3.44 | Lunch from Chick-Fil-A while performing work for EFH Corporate Accounting project. |
| 03371421 | CAO Financial Reporting Support | 20150323 | Lange, Jolandi De | travel meals | | | $ 4.64 | Breakfast from Wendy's while performing work for EFH Corporate Accounting project. |
| 03371421 | CAO Financial Reporting Support | 20150323 | Lange, Jolandi De | travel meals | | | $ 31.23 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 03371421 | CAO Financial Reporting Support | 20150324 | Lange, Jolandi De | travel meals | | | $ 6.03 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 03371421 | CAO Financial Reporting Support | 20150324 | Lange, Jolandi De | travel meals | | | $ 7.53 | Dinner from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 03371421 | CAO Financial Reporting Support | 20150324 | Lange, Jolandi De | travel meals | | | $ 10.28 | Lunch from the Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 03371421 | CAO Financial Reporting Support | 20150325 | Lange, Jolandi De | travel meals | | | $ 8.93 | Lunch from Mad Hatter Cafe while performing work for EFH Corporate Accounting project. |
| 03371421 | CAO Financial Reporting Support | 20150325 | Lange, Jolandi De | travel meals | | | $ 9.49 | Dinner from 7-Eleven while performing work for EFH Corporate Accounting project. |
| 03371421 | CAO Financial Reporting Support | 20150326 | Lange, Jolandi De | travel meals | | | $ 17.27 | Lunch from Peet's Coffee & Tea Sheraton Hotel while performing work for EFH Corporate Accounting project. |
| | **Total Travel Meals** | | | | | | **$ 728.05** | |

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2015 through March 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150301 | Serber, Mike | ground | | | $ 3.50 | Transportation - DART, one-way transportation from Dallas Airport to Sheraton Dallas hotel on 03/01/15, to provide onsite support for the EFH Service Costing project |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150301 | Serber, Mike | ground | | | $ 14.38 | Mileage from home to airport for Minneapolis to Dallas trip, 25 miles at $0.575 per mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150303 | Potter, Maria | ground | | | $ 52.00 | One way cab fare from Dallas-Fort Worth airport for M. Potter to Hotel on 3/3/15 while travelling on behalf of EFH |
| 03371421 | SOX Optimization | 20150304 | Dabral, Pulkit | ground | | | $ 10.35 | Mileage incurred in excess of normal commute (for roundtrip travel) from home in Dallas, TX to TXU client in Irving, TX on 3/04/15. Total of 18 miles at .575 per mile. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150305 | Serber, Mike | ground | | | $ 14.38 | Mileage from EZ Air Park to home for Minneapolis to Dallas trip, 25 miles at $0.575 per mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150305 | Potter, Maria | ground | | | $ 43.12 | Parking at Hartford Airport for personal car parked from 03/03 to 03/05. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150305 | Serber, Mike | ground | | | $ 48.00 | Transportation - Taxi, one-way transportation from Sheraton Dallas to Dallas Airport on 03/05/15, to provide onsite support for the EFH Service Costing project |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150305 | Serber, Mike | ground | | | $ 50.14 | Parking at EZ Air Park, parking from 03/01/15 to 03/05/15 for Minneapolis to Dallas trip. Business Purpose: Expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150305 | Potter, Maria | ground | | | $ 61.00 | One way cab fare to client site from Dallas-Fort Worth airport for Maria Potter ($133 - $78 related to another destination = $55) |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150305 | Potter, Maria | ground | | | $ 70.73 | Personal car mileage (123 miles *.575) incurred traveling from Shelton, CT (home) to Bradley Airport left 03/03 returned 03/05. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150308 | Serber, Mike | ground | | | $ 14.38 | Mileage from home to airport for Minneapolis to Dallas trip, 25 miles at $0.575 per mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150308 | Serber, Mike | ground | | | $ 21.60 | Ground transportation from Dallas Airport to Sheraton Dallas hotel on 03/08/15, to provide onsite support for the EFH Service Costing project |
| 03371421 | SOX Optimization | 20150309 | Dabral, Pulkit | ground | | | $ 10.35 | Mileage incurred in excess of normal commute (for roundtrip travel) from home in Dallas, TX to TXU client in Irving, TX on 3/09/15. Total of 18 miles at .575 per mile. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150311 | Serber, Mike | ground | | | $ 2.50 | Transportation - DART, one-way transportation from Sheraton Dallas to Dallas Airport on 03/11/15, to provide onsite support for the EFH Service Costing project |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150311 | Serber, Mike | ground | | | $ 30.00 | Ground transportation from San Jose airport to Holiday Inn Express Santa Clara on 03/11/15, to provide onsite support for the EFH Service Costing project |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150314 | Serber, Mike | ground | | | $ 14.38 | Mileage from EZ Air Park to home for Minneapolis to Dallas trip, 25 miles at $0.575 per mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150314 | Serber, Mike | ground | | | $ 73.71 | Parking - EZ Air Park, parking from 03/08/15 to 03/14/15 for Minneapolis to Dallas trip. Business Purpose: Expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150315 | Serber, Mike | ground | | | $ 14.38 | Mileage - mileage from home to airport for Minneapolis to Dallas trip, 25 miles at $0.575 per mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150315 | Serber, Mike | ground | | | $ 55.00 | Transportation - Taxi, one-way transportation from Dallas Airport to Sheraton Dallas hotel on 03/15/15, to provide onsite support for the EFH Service Costing project |
| 03371421 | SOX Optimization | 20150316 | Dabral, Pulkit | ground | | | $ 10.35 | Mileage incurred in excess of normal commute (for roundtrip travel) from home in Dallas, TX to TXU client in Irving, TX on 3/16/15. Total of 18 miles at .575 per mile. |
| 03371421 | CAO Financial Reporting Support | 20150316 | Lange, Jolandi De | ground | | | $ 24.60 | Taxi from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2015 through March 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03371421 | CAO Financial Reporting Support | 20150316 | Lange, Jolandi De | ground | | | $ 31.81 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 03371421 | SOX Optimization | 20150317 | Dabral, Pulkit | ground | | | $ 10.35 | Mileage incurred in excess of normal commute (for roundtrip travel) from home in Dallas, TX to TXU client in Irving, TX on 3/17/15. Total of 18 miles at .575 per mile. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150317 | Potter, Maria | ground | | | $ 55.20 | One way cab fare from Dallas-Fort Worth airport for Maria Potter to Hotel |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150319 | Serber, Mike | ground | | | $ 14.38 | Mileage - mileage from EZ Air Park to home for Minneapolis to Dallas trip, 25 miles at $0.575 per mile. Business Purpose: Expense incurred for out of town trip conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150319 | Serber, Mike | ground | | | $ 50.14 | Parking - EZ Air Park, parking from 03/15/15 to 03/19/15 for Minneapolis to Dallas trip. Business Purpose: Expense incurred while out of town conducting EFH related business. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150319 | Serber, Mike | ground | | | $ 55.00 | Transportation - Taxi, one-way transportation from Sheraton Dallas hotel to Dallas airport on 03/19/15, to provide onsite support for the EFH Service Costing project |
| 03371421 | CAO Financial Reporting Support | 20150320 | Lange, Jolandi De | ground | | | $ 27.00 | Taxi from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150320 | Potter, Maria | ground | | | $ 56.33 | Parking at Hartford CT Airport for personal car parked from 03/17-03/20 while travelling for EFH |
| 03371421 | CAO Financial Reporting Support | 20150320 | Lange, Jolandi De | ground | | | $ 60.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150320 | Potter, Maria | ground | | | $ 55.00 | One way cab fare to client site from Dallas-Fort Worth airport for Maria Potter |
| 03371421 | Phase II IT Costing Apptio Service Catalog | 20150320 | Potter, Maria | ground | | | $ 70.73 | Personal car mileage (123 miles *.575) incurred traveling from Shelton, CT (home) to Bradley Airport left 03/17 returned 03/20. |
| 03371421 | SOX Optimization | 20150323 | Dabral, Pulkit | ground | | | $ 10.35 | Mileage incurred in excess of normal commute (for roundtrip travel) from home in Dallas, TX to TXU client in Irving, TX on 3/23/15. Total of 18 miles at .575 per mile. |
| 03371421 | CAO Financial Reporting Support | 20150323 | Lange, Jolandi De | ground | | | $ 25.20 | Taxi from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| 03371421 | CAO Financial Reporting Support | 20150323 | Lange, Jolandi De | ground | | | $ 34.92 | Taxi from apartment to Houston airport while performing work for EFH Corporate Accounting project. |
| 03371421 | SOX Optimization | 20150324 | Dabral, Pulkit | ground | | | $ 10.35 | Mileage incurred in excess of normal commute (for roundtrip travel) from home in Dallas, TX to TXU client in Irving, TX on 3/24/15. Total of 18 miles at .575 per mile. |
| 03371421 | CAO Financial Reporting Support | 20150326 | Lange, Jolandi De | ground | | | $ 27.00 | Taxi from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 03371421 | CAO Financial Reporting Support | 20150326 | Lange, Jolandi De | ground | | | $ 60.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 03371421 | SOX Optimization | 20150331 | Dabral, Pulkit | ground | | | $ 10.35 | Mileage incurred in excess of normal commute (for roundtrip travel) from home in Dallas, TX to TXU client in Irving, TX on 3/31/15. Total of 18 miles at .575 per mile. |
| | | | | **Total Ground** | | | **$ 1,302.93** | |