# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | [ALL] Automatic Stay | 7.40 | $3,473.00 |
| 6 | [ALL] Case Administration | 72.10 | $36,713.00 |
| 8 | [ALL] Claims Administration & Objections | 185.00 | $107,151.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 4,342.00 | $2,459,890.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 1,053.20 | $922,291.00 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 20.80 | $11,836.50 |
| 12 | [ALL] Hearings | 56.10 | $42,012.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 309.80 | $159,116.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 34.60 | $21,821.00 |
| 18 | [ALL] Non-Working Travel | 143.70 | $134,155.00 |
| 21 | [ALL] Plan and Disclosure Statements | 2,198.40 | $1,758,185.50 |
| 23 | [ALL] Regulatory Issues | 6.70 | $4,254.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 50.10 | $42,435.50 |
| 28 | [ALL] Shared Services | 2.50 | $2,030.00 |
| 29 | [ALL] Tax Issues | 684.50 | $671,317.50 |
| 30 | [ALL] U.S. Trustee Issues | 1.30 | $788.50 |
| 32 | [ALL] Valuation | 7.80 | $8,404.50 |
| 34 | [TCEH] Asset Dispositions and Purchases | 3.50 | $2,156.50 |
| 35 | [TCEH] Automatic Stay | 12.10 | $8,046.50 |
| 37 | [TCEH] Business Operations | 169.70 | $111,435.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 11.10 | $8,286.00 |
| 39 | [TCEH] Claims Administration & Objection | 151.50 | $108,347.50 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 309.80 | $220,744.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 1.70 | $1,263.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 39.80 | $25,938.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 163.90 | $134,657.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 687.20 | $545,212.50 |
| 70 | [EFIH] Hearings | 25.50 | $21,217.50 |
| 73 | [EFIH] Non-Working Travel | 0.70 | $577.50 |
| 89 | [EFH] EFH Properties | 179.00 | $131,089.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 69.30 | $43,219.50 |
| **Totals:** | | **11,000.80** | **$7,748,066.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,356.65 |
| Standard Copies or Prints | $5,791.70 |
| Binding | $25.90 |
| Color Copies or Prints | $10,298.70 |
| Scanned Images | $0.10 |
| Production Blowbacks | $1,020.50 |
| Postage | $3.90 |
| Overnight Delivery | $349.28 |
| Overnight Delivery Refund | -$81.17 |
| Outside Messenger Services | $868.77 |
| Local Transportation | $1,358.57 |
| Travel Expense | $26,030.18 |
| Airfare | $43,071.38 |
| Transportation to/from airport | $5,092.41 |
| Travel Meals | $2,621.12 |
| Other Travel Expenses | $559.17 |
| Court Reporter Fee/Deposition | $4,169.55 |
| Filing Fees | $5.00 |
| Outside Counsel Assistance | $693,980.50 |
| Working Meals/K&E Only | $83.04 |
| Working Meals/K&E and Others | $240.00 |
| Catering Expenses | $6,516.00 |
| Outside Retrieval Service | $6.49 |
| Computer Database Research | $2,133.00 |
| LexisNexis Research | $286.65 |
| Overtime Transportation | $2,630.31 |
| Overtime Meals - Non-Attorney | $455.70 |
| Overtime Meals - Attorney | $1,210.82 |
| Rental Expenses | $1,847.12 |
| **Total:** | **$812,931.34** |