# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,025.00 | 44.10 | $45,202.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,245.00 | 104.40 | $129,978.00 |
| Lauren O Casazza | Partner | 2002 | Litigation - General | 935.00 | 29.80 | $27,863.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 955.00 | 31.70 | $30,273.50 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 845.00 | 138.70 | $117,201.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,275.00 | 132.40 | $168,810.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 825.00 | 123.20 | $101,640.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 880.00 | 92.30 | $81,224.00 |
| William Guerrieri | Partner | 2008 | Restructuring | 895.00 | 111.30 | $99,613.50 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 1,060.00 | 70.30 | $74,518.00 |
| Vicki V. Hood | Partner | 1977 | Employee Benefits | 1,145.00 | 2.60 | $2,977.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 880. 00 | 180.30 | $158,664.00 |
| Reid Huefner | Partner | 2007 | IP - Litigation | 845.00 | 80.50 | $68,022.50 |
| Chad J Husnick | Partner | 2004 | Restructuring | 975.00 | 170.60 | $166,335.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,235.00 | 136.70 | $168,824.50 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,060.00 | 12.30 | $13,038.00 |
| Greeg G. Kirchhoefer | Partner | 1982 | IP - Transactional | 1,145.00 | 4.10 | $4,694.50 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,275.00 | 87.50 | $111,562.50 |
| Daniel Lewis | Partner | 2008 | IP - Transactional | 895.00 | 1.20 | $1,074.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,375.00 | 96.70 | $132,962.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,090.00 | 175.20 | $190,968.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,025.00 | 203.30 | $208,382.50 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 930.00 | 125.80 | $116,994.00 |
| Andres Mena | Partner | 2001 | Corporate - Debt Finance | 1,060.00 | 0.70 | $742.00 |
| Dennis M. Myers, P.C. | Partner | 1996 | Corporate - Capital Markets | 1,245.00 | 1.50 | $1,867.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,325.00 | 24.60 | $32,595.00 |
| Matthew E Papez, P.C. | Partner | 1999 | Litigation - General | 935.00 | 15.90 | $14,866.50 |
| Adam Paul | Partner | 2005 | Restructuring | 1,030.00 | 1.50 | $1,545.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel Perlman, P.C. | Partner | 1985 | Real Estate | 1,145.00 | 1.20 | $1,374.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 825.00 | 138.40 | $114,180.00 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,245.00 | 10.20 | $12,699.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 895.00 | 43.70 | $39,111.50 |
| Jeffrey Rheeling | Partner | | Real Estate | 945.00 | 25.50 | $24,097.50 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 895.00 | 108.10 | $96,749.50 |
| David Rosenberg | Partner | 2005 | Real Estate | 895.00 | 2.30 | $2,058.50 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 930.00 | 1.90 | $1,767.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,235.00 | 138.60 | $171,171.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 930.00 | 225.60 | $209,808.00 |
| Michael B Slade | Partner | 1999 | Litigation - General | 995.00 | 23.30 | $23,183.50 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,325.00 | 136.90 | $181,392.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 880.00 | 215.60 | $189,728.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 955.00 | 9.90 | $9,454.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,165.00 | 73.40 | $85,511.00 |
| Julia Allen | Associate | 2012 | Litigation - General | 635.00 | 52.40 | $33,274.00 |
| Cristina Almendarez | Associate | 2014 | IP - Litigation | 480.00 | 56.00 | $26,880.00 |
| James Barolo | Associate | 2014 | Litigation - General | 480.00 | 171.90 | $82,512.00 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 845.00 | 3.10 | $2,619.50 |
| Rebecca Blake Chaikin | Associate | Pending | Restructuring | 480.00 | 205.90 | $98,832.00 |
| Katherine Bolanowski | Associate | 2009 | Corporate - Debt Finance | 845.00 | 8.20 | $6,929.00 |
| Megan Byrne | Associate | Pending | Litigation - General | 480.00 | 26.50 | $12,720.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 480.00 | 69.70 | $33,456.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 555.00 | 0.30 | $166.50 |
| Haley Darling | Associate | 2014 | Litigation - General | 480.00 | 34.30 | $16,464.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 635.00 | 149.40 | $94,869.00 |
| Kristen L. Derhaag | Associate | 2012 | Corporate - Debt Finance | 730.00 | 0.30 | $219.00 |
| George Desh | Associate | 2011 | IP - Litigation | 710.00 | 73.70 | $52,327.00 |
| Jennifer Elliot | Associate | 2012 | Employee Benefits | 665.00 | 0.50 | $332.50 |
| Michael Esser | Associate | 2009 | Litigation - General | 795.00 | 175.10 | $139,204.50 |
| Jason Fitterer | Associate | 2012 | IP - Litigation | 635.00 | 97.30 | $61,785.50 |
| Michael Gawley | Associate | 2013 | Litigation - General | 555.00 | 74.50 | $41,347.50 |
| Emily Geier | Associate | 2012 | Restructuring | 730.00 | 296.70 | $216,591.00 |
| Ryan Guerrero | Associate | 2013 | Corporate - General | 480.00 | 17.00 | $8,160.00 |
| Haris Hadzimuratovic | Associate | 2008 | Litigation - General | 755.00 | 2.10 | $1,585.50 |
| Beatrice Hahn | Associate | 2013 | IP - Litigation | 635.00 | 66.70 | $42,354.50 |
| Elliot C Harvey | Associate | 2014 | Litigation - General | 555.00 | 11.50 | $6,382.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Schatmeier Inbal Hasbani | Associate | 2010 | Litigation - General | 755.00 | 37.30 | $28,161.50 |
| Sean F Hilson | Associate | 2013 | Restructuring | 570.00 | 1.60 | $912.00 |
| Sam Hong | Associate | 2008 | IP - Transactional | 730.00 | 3.80 | $2,774.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 570.00 | 107.20 | $61,104.00 |
| Ashley G. James | Associate | 2010 | Labor & Employment | 755.00 | 2.30 | $1,736.50 |
| Vinu Joseph | Associate | 2013 | Litigation - General | 555.00 | 67.50 | $37,462.50 |
| Lina Kaisey | Associate | Pending | Restructuring | 480.00 | 97.90 | $46,992.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 710.00 | 25.80 | $18,318.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 555.00 | 87.00 | $48,285.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 795.00 | 158.50 | $126,007.50 |
| Max Klupchak | Associate | 2011 | Corporate - M&A/Private Equity | 795.00 | 157.60 | $125,292.00 |
| Sam Kwon | Associate | 2013 | IP - Litigation | 635.00 | 79.60 | $50,546.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 555.00 | 60.20 | $33,411.00 |
| Christine Lehman | Associate | 2014 | Taxation | 495.00 | 45.60 | $22,572.00 |
| Polina Liberman | Associate | 2010 | Taxation | 845.00 | 0.20 | $169.00 |
| Teresa Lii | Associate | 2014 | Restructuring | 570.00 | 129.50 | $73,815.00 |
| Jeffrey Lula | Associate | 2010 | Litigation - General | 755.00 | 20.70 | $15,628.50 |
| Allison McDonald | Associate | 2013 | Litigation - General | 555.00 | 22.10 | $12,265.50 |
| Eric Merin | Associate | 2014 | Litigation - General | 555.00 | 33.90 | $18,814.50 |
| Timothy Mohan | Associate | 2014 | Restructuring | 570.00 | 101.20 | $57,684.00 |
| Roxana Mondragon-Motta | Associate | 2011 | Litigation - General | 710.00 | 31.80 | $22,578.00 |
| Madelyn Morris | Associate | 2014 | Litigation - General | 480.00 | 23.70 | $11,376.00 |
| Michael Muna | Associate | 2013 | Corporate - General | 480.00 | 3.80 | $1,824.00 |
| Brett Murray | Associate | 2013 | Restructuring | 665.00 | 46.40 | $30,856.00 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 730.00 | 93.20 | $68,036.00 |
| Patrick Park | Associate | 2014 | IP - Litigation | 480.00 | 23.10 | $11,088.00 |
| Samara L Penn | Associate | 2010 | Litigation - General | 755.00 | 87.20 | $65,836.00 |
| Jonah Peppiatt | Associate | Pending | Restructuring | 570.00 | 212.40 | $121,068.00 |
| Carl Pickerill | Associate | 2008 | Restructuring | 645.00 | 10.00 | $6,450.00 |
| Alan Rabinowitz | Associate | 2010 | IP - Litigation | 710.00 | 20.30 | $14,413.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 570.00 | 38.70 | $22,059.00 |
| Bradford B Rossi | Associate | 2011 | Corporate - General | 730.00 | 41.70 | $30,441.00 |
| Jeremy Roux | Associate | 2014 | IP - Litigation | 480.00 | 51.00 | $24,480.00 |
| Mark Salomon | Associate | Pending | Litigation - General | 480.00 | 15.10 | $7,248.00 |
| Alexandra Samowitz | Associate | Pending | Litigation - General | 480.00 | 18.50 | $8,880.00 |
| Max Schlan | Associate | 2012 | Restructuring | 665.00 | 254.40 | $169,176.00 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 635.00 | 32.60 | $20,701.00 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 845.00 | 216.80 | $183,196.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 685.00 | 149.30 | $102,270.50 |
| Christina Sharkey | Associate | 2014 | IP - Litigation | 480.00 | 91.90 | $44,112.00 |
| Stephanie Shropshire | Associate | 2014 | Litigation - General | 555.00 | 88.90 | $49,339.50 |

RLF1 12067090v.1

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ellen Sise | Associate | Pending | Litigation - General | 480.00 | 17.50 | $8,400.00 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 665.00 | 49.40 | $32,851.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 635.00 | 107.70 | $68,389.50 |
| Benjamin Steadman | Associate | Pending | Restructuring | 480.00 | 118.00 | $56,640.00 |
| Adam Stern | Associate | 2013 | Litigation - General | 635.00 | 18.80 | $11,938.00 |
| Sarah Stock | Associate | 2013 | Litigation - General | 555.00 | 82.30 | $45,676.50 |
| Thayne Stoddard | Associate | Pending | Litigation - General | 480.00 | 11.40 | $5,472.00 |
| Jessica Subler | Associate | 2014 | Corporate - General | 570.00 | 0.30 | $171.00 |
| Nathan Taylor | Associate | Pending | Litigation - General | 480.00 | 20.00 | $9,600.00 |
| Adam Teitcher | Associate | 2013 | Litigation - General | 635.00 | 112.80 | $71,628.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 480.00 | 160.10 | $76,848.00 |
| David Thompson | Associate | 2001 | Corporate - General | 480.00 | 4.50 | $2,160.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 480.00 | 105.00 | $50,400.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 480.00 | 193.90 | $93,072.00 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 755.00 | 166.30 | $125,556.50 |
| Jason Whiteley | Associate | 2010 | Corporate - General | 845.00 | 157.10 | $132,749.50 |
| Charles D Wineland, III | Associate | 2013 | IP - Litigation | 555.00 | 145.60 | $80,808.00 |
| Sara Winik | Associate | 2014 | Litigation - General | 480.00 | 5.10 | $2,448.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 570.00 | 237.80 | $135,546.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 665.00 | 184.40 | $122,626.00 |
| Grand Total | | | | | 9,635.20 | $7,344,094.50 |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Audrey Schlict | Administrative | 5 months | Admin Services | $380.00 | 0.30 | $114.00 |
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 210.00 | 121.70 | $25,557.00 |
| Jason Douangsanith | Case Assistant | 3 months | Litigation - General | 195.00 | 31.50 | $6,142.50 |
| Gary A Duncan | Legal Assistant | 6 years | Litigation - General | 300.00 | 150.80 | $45,240.00 |
| Kristen Kelly Farnsworth | Legal Assistant | 4 years | Litigation - General | 295.00 | 14.20 | $4,189.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 265.00 | 21.80 | $5,777.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 380.00 | 42.20 | $16,036.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 340.00 | 59.70 | $20,298.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 280.00 | 2.60 | $728.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 350.00 | 61.30 | $21,455.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 350.00 | 81.70 | $28,595.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 350.00 | 0.60 | $210.00 |
| Lauren Mitchell-Dawson | Legal Assistant | 17 years | Environment - Transactional | 345.00 | 1.00 | $345.00 |
| Carrie Oppenheim | Legal Assistant | 6 years | Restructuring | 310.00 | 0.90 | $279.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 310.00 | 132.10 | $40,951.00 |
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 265.00 | 198.60 | $52,629.00 |
| Meghan Rishel | Legal Assistant | 10 months | Litigation - General | 265.00 | 135.70 | $35,960.50 |
| Henry Rosas | Legal Assistant | 19 years | Corporate - General | 380.00 | 3.90 | $1,482.00 |
| Laura Saal | Legal Assistant | 12 years | Restructuring | 320.00 | 13.00 | $4,160.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 350.00 | 78.60 | $27,510.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 310.00 | 41.70 | $12,927.00 |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 310.00 | 0.50 | $155.00 |
| William G Marx | Litigation Suppt Cons | 4.5 years | Litigation - General | 315.00 | 7.30 | $2,299.50 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 315.00 | 123.70 | $38,965.50 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 310.00 | 26.90 | $8,339.00 |
| Linda M Chuk | Other | 2 years | Admin Services | 240.00 | 1.60 | $384.00 |
| Laurie K Dombrowski | Other | 6 years | Admin Services | 380.00 | 0.30 | $114.00 |
| Stephanie D Frye | Other | 6.5 years | Admin Services | 290.00 | 0.80 | $232.00 |
| Linda A Scussel | Other | 10 years | Admin Services | 330.00 | 1.70 | $561.00 |
| Michele Cohan | Project Assistant | 4 months | Restructuring | 210.00 | 3.40 | $714.00 |
| Giang Pettinati | Trial Tech Specialist | 10 months | Litigation - General | 295.00 | 5.50 | $1,622.50 |
| **Grand Total** | | | | | **1,365.60** | **$403,971.50** |

| | |
|---|---|
| **Total Fees Requested** | **$7,748,066.00** |

RLF1 12067090v.1