# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,356.65 |
| Standard Copies or Prints | $4,187.40 |
| Binding | $25.90 |
| Color Copies or Prints | $5,882.10 |
| Production Blowbacks | $1,020.50 |
| Postage | $3.90 |
| Overnight Delivery | $349.28 |
| Overnight Delivery Refund | -$81.17 |
| Outside Messenger Services | $868.77 |
| Local Transportation | $1,358.57 |
| Travel Expense | $26,030.18 |
| Airfare | $43,071.38 |
| Transportation to/from airport | $5,092.41 |
| Travel Meals | $2,621.12 |
| Other Travel Expenses | $559.17 |
| Court Reporter Fee/Deposition | $4,169.55 |
| Filing Fees | $5.00 |
| Outside Counsel Assistance | $693,980.50 |
| Working Meals/K&E Only | $83.04 |
| Working Meals/K&E and Others | $240.00 |
| Catering Expenses | $6,516.00 |
| Outside Retrieval Service | $6.49 |
| Computer Database Research | $2,133.00 |
| LexisNexis Research | $286.65 |
| Overtime Transportation | $2,630.31 |
| Overtime Meals - Non-Attorney | $455.70 |
| Overtime Meals - Attorney | $1,210.82 |
| Rental Expenses | $1,847.12 |
| **Total:** | **$806,910.34** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $192.90 |
| Color Copies or Prints | $358.20 |
| **Total:** | **$551.10** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $497.40 |
| Color Copies or Prints | $2,406.00 |
| **Total:** | **$2,903.40** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $914.00 |
| Color Copies or Prints | $1,652.40 |
| Scanned Images | $0.10 |
| **Total:** | **$2,566.50** |