# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Brenda S. Walters, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, co-counsel to the Ad Hoc Committee of TCEH First Lien Creditors in the above-captioned matter, and that on May 26, 2015, she caused copies of the following to be served upon the parties on the attached service list in the manner indicated.

> *Response of the Ad Hoc Committee of TCEH First Lien Creditors to the Third Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* (Docket No. 4587)

Brenda S. Walters

SWORN TO AND SUBSCRIBED before me this 29th day of May 2015.

Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2018

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Hand Delivery | First Class Mail |
| MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP<br>Attn: Natalie D. Ramsey, Esq.<br>Attn: Davis Lee Wright, Esq.<br>Attn: Lorenzo Marinuzzi, Esq.<br>Attn: Mark A. Fink, Esq.<br>1105 N. Market St 15th FL<br>Wilmington, DE 19801<br><br>(Co-Counsel to the EFH Creditors' Committee) | SULLIVAN & CROMWELL LLP<br>Attn: Andrew G. Dietderich, Esq.<br>Attn: Brian D. Glueckstein, Esq.<br>Attn: Michael H. Torkin, Esq.<br>125 Broad St.<br>New York, NY 10004<br><br>(Co-Counsel to the EFH Creditors' Committee) |
| Hand Delivery | First Class Mail |
| POLSINELLI PC<br>Attn: Christopher A. Ward, Esq.<br>Attn: Justin K. Edelson, Esq.<br>Attn: Shanti M. Katona, Esq.<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br><br>(Co-Counsel to the TCEH Creditors' Committee) | MORRISON & FOERSTER LLP<br>Attn: James M. Peck, Esq.<br>Attn: Brett H. Miller, Esq.<br>Attn: Lorenzo Marinuzzi, Esq.<br>Attn: Todd M. Goren, Esq.<br>Attn: Samantha Martin, Esq.<br>250 West 55th Street<br>New York, NY 10019<br><br>(Co-Counsel to the TCEH Creditors' Committee) |
| Hand Delivery | Hand Delivery |
| US TRUSTEE FOR DELAWARE<br>Attn: Richard L. Shepacarter, Esq.<br>Attn: Andrea B. Schwartz, Esq.<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | STEVENS & LEE PC<br>Attn: Joseph H. Hutson Jr, Esq.<br>1105 N. Market St STE 700<br>Wilmington, DE 19801<br><br>(Co-Counsel to Energy Future Intermediate Holding Company LLC) |

First Class Mail

CRAVATH, SWAIN, & MOORE LLP
Attn: Richard Levin, Esq.
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475

(Co-Counsel to Energy Future Intermediate Holding Company LLC)

Hand Delivery

MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP
Attn: David P. Primack, Esq.
300 Delaware Ste 770
Wilmington, DE 19801

(Co-Counsel to the TCEH Debtors)

First Class Mail

MUNGER, TOLLES & OLSON LLP
Attn: Thomas B. Walper, Esq.
Attn: Todd J Rosen, Esq.
Attn: Seth Goldman, Esq.
Attn: John W. Spiegel, Esq.
355 S. Grand Ave 35th FL
Los Angeles, CA 90071

(Co-Counsel to the TCEH Debtors)

Hand Delivery

O'KELLY, ERNST & BIELLI LLP
Attn: David M. Klauder, Esq.
Attn: Shannon Dougherty, Esq.
901 N Market St STE 100
Wilmington, DE 19801

(Co-Counsel to Energy Future Holdings Corp.)

First Class Mail

PROSKAUER ROSE LLP.
Attn: Jeff J. Marwil, Esq.
Attn: Mark K Thomas, Esq.
Attn: Peter J. Young, Esq.
Three First National Plaza
70 W. Madison St STE 3800
Chicago, IL 60602

(Co-Counsel to Energy Future Holdings Corp.)

First Class Mail

KIRKLAND & ELLIS LLP
Attn: James H.M. Sprayregen, P.C.
Attn: Marc Kieselstein, P.C.
Attn: Chad J. Husnick, Esq.
Attn: Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, IL 60654

(Co-Counsel to the Debtors)

Hand Delivery

RICHARDS, LAYTON & FINGER, P.A.
Attn: Mark D. Collins, Esq.
Attn: Daniel J. DeFranceschi, Esq.
Attn: Jason M. Madron, Esq.
920 North King Street
Wilmington, DE 19801

(Co-Counsel to the Debtors)

First Class Mail

KIRKLAND & ELLIS LLP
Attn: Edward O. Sassower, P.C.
Attn: Stephen E. Hessler, Esq.
Attn: Brian E. Schartz, Esq.
601 Lexington Avenue
New York, DE 10022

(Co-Counsel to the Debtors)