# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 6/1/15 at 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan Kornberg, Brian Hermann, Jacob Adlerstein | Paul, Weiss, Rifkind, Wharton + Garrison | Ad Hoc Committee of TCEH First Lien |
| Pauline K. Morgan | Young Conaway | TCEH First Lien Creditors |
| Joshua Brody | Kramer Levin Naftalis Frankel | Second Lien Indenture Trustee |
| Jennifer Sharret | Kramer Levin Naftalis Frankel | Second Lien Indenture Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl + Jones | Second Lien Indenture Trustee |
| Jeffrey S. Sabin | Venable LLP | PIMCO |
| Jamie Edmunson | | " |
| Daniel Lowenthal | Patterson Belknap | Law Debenture |
| STEVE MILLER | Morris James | " " |
| ARLENE ALVES | SEWARD + KISSEL | Wilmington Trust as TCEH First Lien Agent |
| MARK KOTWICK | SEWARD + KISSEL | " |
| Chris Ward | Polsinelli | TCEH Committee |
| Justin Edelson | Polsinelli | " |
| Brett Miller | MoFo | " |
| Todd Goren | MoFo | " |
| Dan Harris | MoFo | " |
| Howard Cohen | Drinker Biddle + Reath | Citibank |
| Thomas Walper | Munger Tolles Olson | TCEH Debtors |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Michael Solof " DIP Agent
Crossly Simon " "
Gary Kaplan Fried Frank " "
A. Holt(?) TCEH Debtors
B. Schlitz(?) Purchaser by indenture

# SIGN-IN SHEET

**CASE NAME:** EFH  
**CASE NO:** 14-10979 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 6/1/15 **AT** 10:30 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tina Moss | Bayard | DTC as IT for 11.5% Sr. Sec'd TCEH |
| GianClaudio Finizio | Perkins Coie | " |
| Andrew McGaan | Kirkland & Ellis | Debtors |
| Daniel T. DeFrancheschi | Richards Layton Finger | Debtors |
| Jason M. Madron | Richards Layton Finger | Debtors |
| Jay Lerner | Kern Pearson | UMB Bank & Talkpine Trustees |
| Aaron Applebaum | McElroy Deutsch Mulvaney & Carpenter | TCEH Debtors - Dempster/ Margo - Delaware trust |
| Richard Riedl | Nixon Peabody | American Stock Transfer As Indenture Trustee |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| Jeff Jonas | Brown Rudnick LLP | NSFS |
| Kimberly E.C. Lawson | Reed Smith LLP | BNYM - Indenture Trustee |
| Shannon J. Dougherty | O'Kelly Ernst + Bielli, LLC | Energy Future Holdings Corp |
| Brian Glueckstein | Sullivan | E-Side Committee |
| Alexa Kranzley | Sullivan | " |
| Mark Fink | MW USA | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
#6

Calendar Date: 06/01/2015
Calendar Time: 10:30 AM ET

Amended Calendar 06/01/2015 06:52 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | | Hearing | 6953921 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 104-1097 9 | Hearing | 6952409 | Mabel Brown - Client | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Commitee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6940916 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6955147 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, L | Plaintiff(s), CSC Trust Company of Delaware, as Indenture Trustee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6946382 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6953728 | John B. Bringardner | (646) 378-3143 | Merger Market | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6953321 | Trevor Broad | (212) 474-1000 | Cravath Swaine & Moore LLP | Debtor, Energy Future Independent Holding Co. LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6951232 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, Citi Bank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6953763 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6953718 | Stephen Burnazian | (212) 878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6918618 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Securities International / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6951795 | Mark A. Cody | (312) 269-4392 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950510 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6954399 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6940926 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6954506 | Harrison Denman | (212) 819-2567 | White & Case LLP | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6951395 | Andrew Dietderich | (212) 558-3830 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6948656 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955836 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6951856 | Marita Erbeck | (973) 549-7076 | Drinker Biddle & Reath LLP | Representing, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953738 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6937911 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950667 | Mark Flannagan - Client | (816) 860-3009 | UMB Bank Coporate Trust | Creditor, UMB Bank Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953751 | Patrick Fleury - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950687 | Beret Flom | (212) 408-5239 | Chadbourne & Parke LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953172 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |

| Debtor | Case # | Proceeding | Conf ID | Name | Phone | Firm Name | Represented Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6954027 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6954397 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953762 | Richard Gitlin - Client | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Richard Gitlin / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6945125 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955893 | Matthew R. Gray | (972) 419-2523 | Highland Capital | Interested Party, Highland Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6954004 | Sam Greene | (212) 429-2279 | Centerview Partners | Interested Party, AHG / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6944441 | Xiaoyu Gu | (952) 984-4078 | CarVal Investors | Creditor, Carval Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955822 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953478 | Daniel J. Harris | (212) 336-4292 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6954774 | Stephen C. Harris | 212-378-0822 | BHR Capital, LLC | Creditor, Stephen Harris / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950660 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6951629 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell, Lipton, Rosen & Katz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6948665 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950711 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950657 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955831 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Creditor, Chris Kenny / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953729 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6947357 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Creditors / LISTEN ONLY |

| Case Name | Case # | Proceeding | # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6954772 | Ari D. Kunofsky | 202-353-9187 | U.S. Department of Justice | Creditor, United States of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6951100 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955918 | Michael Lee | (212) 317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953168 | Richard Levin | (212) 891-1600 | Jenner & Block LLP | Debtor, Independent Council for Energy Future Intermediate / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955839 | Kenneth Maiman | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955896 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, CitiBank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953167 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6949184 | Jeff Marwil | (312) 962-3540 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955814 | Mark E. McKane | 415-439-1400 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6948176 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6942946 | Meredith S. Parkinson | (617) 951-7000 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955915 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955892 | Jason T Prager | (203) 542-4034 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955829 | Natalie D. Ramsey | (215) 772-7354 | Montgomery, McCracken, Walker & Rhoads | Representing, E-Side Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955853 | Elizabeth Rasskazova | +44-207-901-8300 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953787 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6947539 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JP Morgan Chase & Co. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950715 | Richard Schepacarter | 302-573-6491 | Office of the United States Trustee | U.S. Trustee, Richard Schepacarter / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6950763 | Andrea B. Schwartz | 302-573-6491 | Office of the United States Trustee | U.S. Trustee, United States Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6920354 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, R3 Capitol Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6948720 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6954262 | Mark Taub | (917) 597-8954 | Mohawk Capital, LLC | Interested Party, Mark Taub / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6949168 | Mark K. Thomas | (312) 962-3550 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6951731 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6918589 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955867 | Warren Usatine | 201-525-6233 | Cole, Schotz, Meisel, Forman & Leona | Creditor, CSC Trust Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953217 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6955854 | Michael J. Walsh | (646) 855-8154 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6951205 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S.C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6948674 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953775 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953271 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6954508 | Alan Zimmerman | (646) 415-8143 | S&P Capital IQ | Non-Party, LCD S&P Capital IQ / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6953668 | David Zylberberg | (212) 558-7881 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-11005) | Hearing | 6954320 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |

| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6953648 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Trust Company of Delaware / LIVE |