# Exhibit “B”

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)**

COMES NOW Red Ball Oxygen Company ("Red Ball"), and files this Notice pursuant to 11 U.S.C. § 546(b) of the perfection of liens upon real property and improvements, including significant repair work and improvements to certain real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the laws of the State of Texas. In support of this Notice, Red Ball will show the following:

1. **Overview**. Red Ball furnished, during the period spanning March 18, 2014 and April 8, 2014, labor and materials for construction or repair to certain real property and improvements pursuant to contractual agreements with one or more of the Debtors for which Red Ball has not been paid. The principal indebtedness in connection with the unpaid amounts due and owing on the Debtors' account with Red Ball is not less than $47,025.22, exclusive of contractual interest, attorneys' fees, and costs. Red Ball's claims in the aforementioned aggregate amount are secured by the materialman's liens described below.

2. **Texas Materialman's and Constitutional Liens**. Red Ball timely filed the lien statements (the "Texas Materialman's and Constitutional Liens") against the real property and improvements described in the affidavits filed with the applicable Texas clerk's office, true and correct copies of which are attached as Exhibit "A" and are incorporated herein by reference.

3. **Lien Rights under Texas Law**.   The Texas Materialman's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow . . . and . . . each lot of land necessarily connected or reclaimed," and specifically with regard to (i) Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas, (ii) Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas, (iii) Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas, (iv) Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC and/or Luminant Generation Company LLC, Rockdale, Milam County, Texas, (v) Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company, LLC, Franklin, Robertson County, Texas, and (vi) Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas (collectively, the "Properties").   *See* Tex. Prop. Code § 53.022.

4. **Lien Inception**.   Red Ball's Texas Materialman's and Constitutional Liens incept and relate back to "the commencement of construction of improvements or delivery of materials to the land on which the improvements are to be located and on which the materials are to be used."   Tex. Prop. Code § 53.124; *see also* 11 U.S.C. §§ 362(b)(3), 546(b)(1) (2014).

5. **Further Information Available Upon Request**.   Any party-in-interest may obtain further information by contacting:

Red Ball Oxygen Company
c/o Jonathan L. Howell
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

Case 14-10979-CSS Doc 1503 Filed 07/08/14 Page 3 of 3

(214) 741-2662
jhowell@mccathernlaw.com

6. **Reservation of Rights**. Red Ball reserves the right to supplement and/or amend this Notice. Red Ball further reserves all rights under title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, and other applicable federal or state laws. Nothing in this Notice shall be construed as a waiver of Red Ball's rights to assert any other claims against one or more of the Debtors pursuant to the Bankruptcy Code or applicable federal or state law, including, but not limited to, any administrative expense claim, priority claim, general unsecured claim, or other secured claim.

Date: July 8, 2014
Wilmington, Delaware

Respectfully submitted,

CIARDI CIARDI & ASTIN

Daniel K. Astin, Esq. (No. 4068)
John D. McLaughlin, Jr., Esq. (No. 4123)
Joseph J. McMahon, Jr., Esq. (No. 4819)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
Email: jmcmahon@ciardilaw.com

-and-

Jonathan L. Howell (*admitted pro hac vice*)
MCCATHERN, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219
Telephone: (214) 741-2662
Email: jhowell@mccathernlaw.com

Attorneys for Red Ball Oxygen Company

# Exhibit "A"

STATE OF TEXAS §
§
BASTROP COUNTY §

AFT LIE
201407985
3 PGS

**AFFIDAVIT FOR ORIGINAL CONTRACTOR'S**
**MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN**

BEFORE ME, the undersigned authority, personally appeared Jason Kirby, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1. "My name is Jason Kirby. I am the Vice President - North Texas for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2. Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3. Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, and/or Energy Future Holdings Corp.

4. The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5. The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6. Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7. The total amount unpaid and reasonable value for labor and material furnished to the Property is $3,069.71. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8. Claimant claims a lien to secure payment of the total amount of $3,069.71, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: [signature]

Printed Name: Jason L. Kirby

Title: Vice President – North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

[signature]
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

## EXHIBIT "A"

**Legal Description:** DRAGLINES AND EQUIPMENT AT THREE OAKS MINE (LUMINANT MINE, ELGIN)
**Bastrop Central Appraisal District Property I.D.:** P113762

**Legal Description:** (LIGNITE RESERVES) AT THREE OAKS MINE
**Bastrop Central Appraisal District Property I.D.:** P113763

**Legal Description:** LIGNITE RESERVES @ THREE OAKS MINE (MCDADE)
**Bastrop Central Appraisal District Property I.D.:** P113764

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

July 01, 2014 10:18:15 AM
MARYC FEE: $24.00 BOOK:2331 PAGE:373-375
ROSE PIETSCH, County Clerk
Bastrop, Texas
AFT LIE 201407985

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN – Page 3



01402109

A CERTIFIED COPY
Attest
LINDA JARVIS, County Clerk
Freestone County, Texas
By

STATE OF TEXAS §
§
FREESTONE COUNTY §

**AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN**

BEFORE ME, the undersigned authority, personally appeared Jason Kirby, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1. "My name is Jason Kirby. I am the Vice President - North Texas for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2. Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3. Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4. The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5. The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6. Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Generation Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221 and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7. The total amount unpaid and reasonable value for labor and material furnished to the Property is $14,838.87. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

Case 14-10979-CSS Doc 1505-1 Filed 07/08/14 Page 6 of 22

01402109

8. Claimant claims a lien to secure payment of the total amount of $14,838.87, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: [signature]

Printed Name: Jason L. Kirby

Title: Vice President – North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018
NOTARY PUBLIC
STATE OF TEXAS

[signature]
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

Case 14-10979-CSS Doc 1505-1 Filed 07/08/14 Page 7 of 22

01402109

## EXHIBIT "A"

**Legal Description:** J N ACOSTA, A-1
**Freestone Central Appraisal District Property I.D.:** 924

**Legal Description:** J N ACOSTA , A-1, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 926

**Legal Description:** J N ACOSTA, A-1, P AND A CARRIES IMP VALUE
**Freestone Central Appraisal District Property I.D.:** 927

**Legal Description:** M R PALACIOUS, A-20, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 5091

**Legal Description:** S P FLINT, A-229, TU RR TR NO. 39
**Freestone Central Appraisal District Property I.D.:** 11073

**Legal Description:** J PEPI, A-21,
**Freestone Central Appraisal District Property I.D.:** 52724

FILED FOR RECORD IN
Freestone County
Linda Jarvis
COUNTY CLERK
ON: Jul 01,2014 AT 02:10P
as Recordings
Document Number: 01402109
Total Fees : 34.00
Receipt Number - 125945
By, Penny Stewart, Deputy

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

20142470

STATE OF TEXAS §
§
LIMESTONE COUNTY §

**AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN**

BEFORE ME, the undersigned authority, personally appeared Jason Kirby, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1. "My name is Jason Kirby. I am the Vice President-North Texas for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2. Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3. Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4. The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5. The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas 76653**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6. Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, **Luminant Holding Company LLC** and **Oak Grove Management Company LLC,** whose mailing address is c/o Property Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.**, whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7. The total amount unpaid and reasonable value for labor and material furnished to the Property is $1,659.96. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

Case 14-10979-CSS Doc 1505-1 Filed 07/08/14 Page 9 of 22

20142470

8. Claimant claims a lien to secure payment of the total amount of $1,659.96, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: ____________________

Printed Name: Jason L. Kirby

Title: Vice President - North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.

NOTARY PUBLIC
STATE OF TEXAS
SUSAN M HOWARTH
My Commission Expires
April 12, 2018

____________________
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

20142470

**EXHIBIT "A"**

**Legal Description:** A240 C.J. HEDDENBERG, ACRES 116.55
**Limestone County Appraisal District Property I.D.:** R60932

**Legal Description:** A326 J. E. Lewis, ACRES 71.314
**Limestone County Appraisal District Property I.D.:** R12135

**Legal Description:** Lease # 9900030 PRODUCING LIGNITE KOSSE MINE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N359204

**Legal Description:** Lease # 9900010 KOSSE MINING, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N334051

**Legal Description:** Lease # 9900020 LIGNITE STOCKPILE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N271609

Filed for Record in:
Limestone County

On: Jul 01,2014 at 11:22A

By,Lederle Salazar

STATE OF TEXAS COUNTY OF LIMESTONE
I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded in the named records of: Limestone County as stamped hereon by me.

Jul 01,2014

Peggy Beck, County Clerk
Limestone County

I, Peggy Beck, County Clerk, Limestone County, Texas, do hereby certify that this is a true and correct copy as the same appears of record in my office. Witness my hand and Seal of Office on 7-1-14

Peggy Beck, County Clerk
By [signature]
Deputy

A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

VOL. 1230 PAGE 217
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

STATE OF TEXAS §
§ 166506
MILAM COUNTY §

**AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN**

BEFORE ME, the undersigned authority, personally appeared Jason Kirby, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1. "My name is Jason Kirby. I am the Vice President - North Texas for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2. Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3. Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4. The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5. The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC** and/or **Luminant Generation Company LLC, Rockdale, Milam County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6. Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, **Luminant Generation Company LLC**, whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

CERTIFIED TO BE A TRUE AND CORRECT COPY

7. The total amount unpaid and reasonable value for labor and material furnished to the Property is $11,857.89. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8. Claimant claims a lien to secure payment of the total amount of $11,857.89, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: [signature]

Printed Name: Jason L. Kirby

Title: Vice President - North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this __th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

[signature]
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

VOL. 1230 PAGE 218
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

CERTIFIED TO BE A TRUE AND CORRECT COPY
2 DAY OF July 2014
PAGE 2 OF 3

**EXHIBIT "A"**

**Legal Description:** SANDOW 5-FLUIDIZED BED-LIGNITE STATIONARY BOILER POWER PLANT
**Milam County Appraisal District Property I.D.:** 76976

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 11-15323
**Milam County Appraisal District Property I.D.:** 20512603

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 07-11851
**Milam County Appraisal District Property I.D.:** 77750

**Legal Description:** SANDOW 5 POLLUTION CONTROL
**Milam County Appraisal District Property I.D.:** 20510500

**Legal Description:** SANDOW 5 POLLUTION CONTROL 2010 APPROVED TCEQ
**Milam County Appraisal District Property I.D.:** 20511598

**Legal Description:** MINE IMPROVEMENTS ROCKDALE
**Milam County Appraisal District Property I.D.:** 20512604

CLERK'S NOTICE: ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE, IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

FILED
AT 2:55 O'CLOCK P M
ON THE 1 DAY OF July
A.D., 20 14

Barbara Vansa
COUNTY CLERK, MILAM COUNTY, TEXAS
BY Linda Hall DEPUTY

STATE OF TEXAS
COUNTY OF MILAM
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Records of Milam County, Texas.

Barbara Vansa
County Clerk, Milam County, Texas
VOL 1230 PAGE 217
RECORDED 7-1-14 @ 5P
BY Linda Hall DEPUTY

34 K 3 Pgs

VOL. 1230 PAGE 219
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

CERTIFIED TO BE A TRUE AND CORRECT COPY
2 DAY OF July 2014

Accepted for Filing in:
Robertson County
On: Jul 01,2014 at 02:12P
By, Carol Bancroft

STATE OF TEXAS §
§
ROBERTSON COUNTY §

**AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN**

BEFORE ME, the undersigned authority, personally appeared Jason Kirby, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1. "My name is Jason Kirby. I am the Vice President - North Texas for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2. Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3. Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4. The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5. The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company LLC, Franklin, Robertson County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6. Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Oak Grove Management Company LLC,** whose mailing addresses are P.O. Box 681, Fairfield, Texas 75840, 500 N. Akard Street, 14th Floor, Dallas, Texas 75201 and c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

Doc 20142113 Bk OR Vol 1239 Pg 116

7. The total amount unpaid and reasonable value for labor and material furnished to the Property is $5,629.00. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8. Claimant claims a lien to secure payment of the total amount of $5,629.00, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

By: [signature]

Printed Name: Jason L. Kirby

Title: Vice President North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.

[signature]
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

Doc 20142113 Bk OR Vol 1239 Pg 117

## EXHIBIT "A"

**Legal Description:** OAK GROVE SES UNITS 1 & 2
**Robertson County Appraisal District Account Number:** 2-001265-000020 (46098-1/34636)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000025 (46100-1/34636)

**Legal Description:** AB 174 J HENSLEY, M 8 QD#7, 1140/647, 15.2 ACRES
**Robertson County Appraisal District Account Number:** 000174-000080 (5842-1/27599)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000030 (51812/36758)

**Legal Description:** AB 174TR, 11J HENSLEY, 1148/346, 46.08 ACRES
**Robertson County Appraisal District Account Number:** 000174-000110 (5845-1/11709)

**Legal Description:** AB 158 W F GRAY TR 2 972/369, 1135/67, 17 ACRES
**Robertson County Appraisal District Account Number:** 000158-000051 (5638-1/16518)

Doc 20142113 Bk OR Vol 1239 Pg 118

STATE OF TEXAS              COUNTY OF ROBERTSON
    I hereby certify that this instrument was
filed on the date and time stamped hereon by me
and was duly recorded in the volume and page
of the named records of: Robertson County
as stamped hereon by me.

        Jul 01,2014

        Kathryn N. Brimhall, County Clerk
        Robertson County

STATE OF TEXAS §
§
RUSK COUNTY §

**AFFIDAVIT FOR ORIGINAL CONTRACTOR'S**
**MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN**

BEFORE ME, the undersigned authority, personally appeared Jason Kirby, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1. "My name is Jason Kirby. I am the Vice President - North Texas for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2. Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3. Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Mining Company LLC, and/or Energy Future Holdings Corp.

4. The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5. The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6. Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Mining Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7. The total amount unpaid and reasonable value for labor and material furnished to the Property is $9,969.79. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8. Claimant claims a lien to secure payment of the total amount of $9,969.79, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: ______________________

Printed Name: Jason L Kirby

Title: Vice President - North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

______________________
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

**EXHIBIT "A"**

**Legal Description:** AB 160 D CORTINAS SUR, 2.52 AC AND 7.50 AC FIELD OFFICE, TU TR NO. 1284 AREA 361, DAVIDSON DAVID CLAY
**Rusk County Appraisal District Property I.D.:** 49282

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1214 AREA 361, SMITH PAUL
**Rusk County Appraisal District Property I.D.:** 54445

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1343 AREA 361, SMITH EMMA JEAN TRIMBLE
**Rusk County Appraisal District Property I.D.:** 24372

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1341 AREA 361, BARR NETTIE JAN
**Rusk County Appraisal District Property I.D.:** 1840

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 596 AREA 361, EPPS LOVIA DELOIS, HSE NTV
**Rusk County Appraisal District Property I.D.:** 21048

**Legal Description:** AB 160 D CORTINAS SUR, TU TR 1308 AREA 361, ANTHONY MARY, GONE 1/23/2012
**Rusk County Appraisal District Property I.D.:** 14921

**Legal Description:** AB 160 D CORTINAS SUR, TR NO. 1222/AREA 271, FITZGERALD DAN
**Rusk County Appraisal District Property I.D.:** 35522

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1213 AREA 361, RIFE MYRTLE TODD AND GROVER, EUGENE RILEY
**Rusk County Appraisal District Property I.D.:** 37842

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1281 AREA 361, GONZALEZ JOSE ISABEL, HSE GONE 8/22/2013
**Rusk County Appraisal District Property I.D.:** 41433

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1250 AREA 361, WALLACE RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63992

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1249 ARE 361, WALLACE RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63947

COUNTY COURT OF RUSK CO. TX
TRUE AND CORRECT COPY OF ORIGINAL FILED IN RUSK COUNTY CLERK'S OFFICE.

STATE OF TEXAS COUNTY OF RUSK
I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded in the volume and page of the named records of Rusk County, Texas as stamped hereon by me. OFFICIAL PUBLIC RECORDS

Jul 01,2014 01:03P

JOYCE LEWIS-KUGLE, COUNTY CLERK

RUSK COUNTY, TEXAS

FILED FOR RECORD

Jul 01,2014 01:03P

JOYCE LEWIS-KUGLE,
COUNTY CLERK
RUSK COUNTY, TEXAS

By:

Esther Mawa
DEPUTY

TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

***THE STATE OF TEXAS:***

***COUNTY OF RUSK: I, JOYCE LEWIS-KUGLE,*** **County Clerk of Rusk County, Texas, do hereby certify that the above and foregoing instrument is a true and correct copy of the original instrument filed in this office on the** 1 **day of** July **A.D.** 2014**, at** 1:03 **o'clock** P **M, as the same appears of record in Vol.** 3304 **Page** 621 **thru Page** 624 **of the** Official Public **Records of Rusk County, Texas.**

**Given Under My Hand and Seal of Office this** 1 **day of** July **A.D.** 2014.

**JOYCE LEWIS-KUGLE, County Clerk of the County Court of Rusk County, Texas**

**By:** [signature] **Deputy**