Exhibit "D"

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Energy Future Holdings Corp. Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>Grand Central Station, P.O. Box 4613<br>New York, NY 10163-4613 | **PROOF OF CLAIM**<br>COURT USE ONLY |

Name of Debtor:
**Luminant Generation Company LLC**

Case Number:
**14-11032**

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

**Red Ball Oxygen Company**
**c/o McCathern PLLC**
**Attn: Jonathan L Howell**
**3710 Rawlins Street, Suite 1600**
**Dallas, Texas 75219**

Telephone number:
**(214) 273-6409**

Email:
**jhowell@mccathernlaw.com**

❏ Check this box if this claim amends a previously filed claim.

Court Claim Number:
_____
*(If known)*

Filed on: _____

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

| FILED / RECEIVED |
|---|
| MAY 1 2 2015 |
| Epiq Bankruptcy Solutions, LLC |

Name and address where payment should be sent (if different from above):

Telephone number: _____ Email: _____

**COURT USE ONLY**

1. Amount of Claim as of Date Case Filed:      $ **14,838.87**
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. Basis for Claim: **materialman's lien**
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: ___ ___ ___ ___
3a. Debtor may have scheduled account as: _____
(See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☒ Real Estate    ❏ Motor Vehicle    ☒ Other
Describe: **See attached**
Value of Property: $ **6,600,000.00**
Annual Interest Rate _____ % ❏ Fixed or ❏ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
$ _____

Basis for perfection: **See attached**

Amount of Secured Claim: $ **14,838.87**

Amount Unsecured: $ **0.00**

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❏ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❏ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❏ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❏ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❏ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❏ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

Amount entitled to priority:

$ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____    (See instruction #6)
7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. Signature: (See instruction #9)   Check the appropriate box:
☒ I am the creditor.   ❏ I am the creditor's authorized agent.   ❏ I am the trustee, or the debtor, or their   ❏ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Bob Ewing
Title: President
Company: Red Ball Oxygen Company

(Signature)
May 6, 2015
(Date)

Address, telephone number, and email (if different from notice address above):
P.O. Box 7316
Shreveport, Louisiana 71137-7316
Telephone number: (318) 425-3211
Email: bob.ewing@redballoxygen.com

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

## Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**

Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

http://www.efhcaseinfo.com

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**

If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**

State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that, when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**

Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**

The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**

A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**If by First Class Mail:**

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**If by Hand Delivery or Overnight Mail:**

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (http://www.efhcaseinfo.com) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)

COMES NOW Red Ball Oxygen Company ("Red Ball"), and files this Notice pursuant to 11 U.S.C. § 546(b) of the perfection of liens upon real property and improvements, including significant repair work and improvements to certain real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the laws of the State of Texas. In support of this Notice, Red Ball will show the following:

1.    **Overview.** Red Ball furnished, during the period spanning March 18, 2014 and April 8, 2014, labor and materials for construction or repair to certain real property and improvements pursuant to contractual agreements with one or more of the Debtors for which Red Ball has not been paid. The principal indebtedness in connection with the unpaid amounts due and owing on the Debtors' account with Red Ball is not less than $47,025.22, exclusive of contractual interest, attorneys' fees, and costs. Red Ball's claims in the aforementioned aggregate amount are secured by the materialman's liens described below.

2.    **Texas Materialman's and Constitutional Liens.** Red Ball timely filed the lien statements (the "Texas Materialman's and Constitutional Liens") against the real property and improvements described in the affidavits filed with the applicable Texas clerk's office, true and correct copies of which are attached as Exhibit "A" and are incorporated herein by reference.

3.      **Lien Rights under Texas Law**.    The Texas Materialman's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow . . . and . . . each lot of land necessarily connected or reclaimed," and specifically with regard to (i) Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas, (ii) Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas, (iii) Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas, (iv) Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC and/or Luminant Generation Company LLC, Rockdale, Milam County, Texas, (v) Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company, LLC, Franklin, Robertson County, Texas, and (vi) Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas (collectively, the "Properties"). *See* Tex. Prop. Code § 53.022.

4.      **Lien Inception**. Red Ball's Texas Materialman's and Constitutional Liens incept and relate back to "the commencement of construction of improvements or delivery of materials to the land on which the improvements are to be located and on which the materials are to be used." Tex. Prop. Code § 53.124; *see also* 11 U.S.C. §§ 362(b)(3), 546(b)(1) (2014).

5.      **Further Information Available Upon Request**. Any party-in-interest may obtain further information by contacting:

Red Ball Oxygen Company
c/o Jonathan L. Howell
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

(214) 741-2662
jhowell@mccathernlaw.com

6.    **Reservation of Rights**.    Red Ball reserves the right to supplement and/or
amend this Notice.  Red Ball further reserves all rights under title 11 of the United States Code
(the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, and other applicable
federal or state laws.  Nothing in this Notice shall be construed as a waiver of Red Ball's rights
to assert any other claims against one or more of the Debtors pursuant to the Bankruptcy Code or
applicable federal or state law, including, but not limited to, any administrative expense claim,
priority claim, general unsecured claim, or other secured claim.

Date: July 8, 2014                                  Respectfully submitted,
      Wilmington, Delaware
                                                    CIARDI CIARDI & ASTIN

                                                    Daniel K. Astin, Esq. (No. 4068)
                                                    John D. McLaughlin, Jr., Esq. (No. 4123)
                                                    Joseph J. McMahon, Jr., Esq. (No. 4819)
                                                    1204 N. King Street
                                                    Wilmington, DE 19801
                                                    Telephone:  (302) 658-1100
                                                    Facsimile:  (302) 658-1300
                                                    Email:  jmcmahon@ciardilaw.com

                                                    -and-

                                                    Jonathan L. Howell (*admitted pro hac vice*)
                                                    MCCATHERN, PLLC
                                                    Regency Plaza
                                                    3710 Rawlins, Suite 1600
                                                    Dallas, TX 75219
                                                    Telephone:  (214) 741-2662
                                                    Email:  jhowell@mccathernlaw.com

                                                    Attorneys for Red Ball Oxygen Company

# Exhibit "A"

STATE OF TEXAS        §
                      §
BASTROP COUNTY        §

AFT LIE
201407985
3 PGS

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared *Jason Kirby*, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is *Jason Kirby*. I am the *Vice President - North Texas* for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $3,069.71. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $3,069.71, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President – North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this _5th_ day of June 2014, to certify which witness my hand and seal of office.

_____

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

## EXHIBIT "A"

**Legal Description:** DRAGLINES AND EQUIPMENT AT THREE OAKS MINE
(LUMINANT MINE, ELGIN)
**Bastrop Central Appraisal District Property I.D.:** P113762

**Legal Description:** (LIGNITE RESERVES) AT THREE OAKS MINE
**Bastrop Central Appraisal District Property I.D.:** P113763

**Legal Description:** LIGNITE RESERVES @ THREE OAKS MINE (MCDADE)
**Bastrop Central Appraisal District Property I.D.:** P113764

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Rose Pietsch*

July 01, 2014  10:18:15 AM
MARYC FEE: $24.00  BOOK:2331 PAGE:373-375
ROSE PIETSCH, County Clerk
Bastrop, Texas

AFT LIE          201407985

---

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

01402109

STATE OF TEXAS            §
                          §
FREESTONE COUNTY          §



A CERTIFIED COPY
Attest
LINDA JARVIS, County Clerk
Freestone County, Texas
By _____

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_. I am the _Vice President – North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Generation Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221 and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $14,838.87. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

---

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN --
Page 1

8.    Claimant claims a lien to secure payment of the total amount of $14,838.87, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.



NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

01402109

## EXHIBIT "A"

**Legal Description:** J N ACOSTA, A-1
**Freestone Central Appraisal District Property I.D.:** 924

**Legal Description:** J N ACOSTA , A-1, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 926

**Legal Description:** J N ACOSTA, A-1, P AND A CARRIES IMP VALUE
**Freestone Central Appraisal District Property I.D.:** 927

**Legal Description:** M R PALACIOUS, A-20, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 5091

**Legal Description:** S P FLINT, A-229, TU RR TR  NO. 39
**Freestone Central Appraisal District Property I.D.:** 11073

**Legal Description:** J PEPI, A-21,
**Freestone Central Appraisal District Property I.D.:** 52724

FILED FOR RECORD IN
Freestone County
Linda Jarvis
COUNTY CLERK
On: Jul 08,2014 at 03:16P
as Recordings
Document Number: 01402109
Total Fees :     34.00
Receipt Number : 125945
By, Penny Stewart, Deputy


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

20142470

STATE OF TEXAS            §
                         §
LIMESTONE COUNTY         §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_. I am the _Vice President–North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas 76653**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, **Luminant Holding Company LLC** and **Oak Grove Management Company LLC**, whose mailing address is c/o Property Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.**, whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $1,659.96. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN
Page 1

20142470

8.    Claimant claims a lien to secure payment of the total amount of $1,659.96, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY



By: _____

Printed Name: Jason L Kirby

Title: Vice President – North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219



A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

20142470

## EXHIBIT "A"

**Legal Description:** A240 C.J. HEDDENBERG, ACRES 116.55
**Limestone County Appraisal District Property I.D.:** R60932

**Legal Description:** A326 J. E. Lewis, ACRES 71.314
**Limestone County Appraisal District Property I.D.:** R12135

**Legal Description:** Lease # 9900030 PRODUCING LIGNITE KOSSE MINE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N359204

**Legal Description:** Lease # 9900010 KOSSE MINING, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N334051

**Legal Description:** Lease # 9900020 LIGNITE STOCKPILE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N271609

Filed for Record in:
Limestone County

On: Jul 01,2014 at 11:22A

By:Lederle Salazar

STATE OF TEXAS                    COUNTY OF LIMESTONE
I hereby certify that this instrument was
filed on the date and time stamped hereon by me and
was duly recorded in the named records of:
Limestone County as stamped hereon by me.

Jul 01,2014

Peggy Beck, County Clerk
Limestone County



I, Peggy Beck, County Clerk,
Limestone County, Texas, do hereby certify
that this is a true and correct copy as the
same appears of record in my office.
Witness my hand and Seal of Office
on 7-1-14
Peggy Beck, County Clerk
By _____
Deputy



A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

VOL. 1230 PAGE 217
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

| STATE OF TEXAS | § | |
| MILAM COUNTY | § § | *16506* |

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC** and/or **Luminant Generation Company LLC, Rockdale, Milam County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, **Luminant Generation Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

---

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

CERTIFIED TO BE A TRUE AND CORRECT COPY

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $11,857.89. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $11,857.89, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President – North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this ___th day of June 2014, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

VOL. **1230** PAGE **218**
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

CERTIFIED TO BE A TRUE AND CORRECT COPY
_____ DAY OF _____ 20_1_4_
PAGE _____ OF _3_

## EXHIBIT "A"

**Legal Description:** SANDOW 5-FLUIDIZED BED-LIGNITE STATIONARY BOILER
POWER PLANT
**Milam County Appraisal District Property I.D.:** 76976

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 11-15323
**Milam County Appraisal District Property I.D.:** 20512603

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 07-11851
**Milam County Appraisal District Property I.D.:** 77750

**Legal Description:** SANDOW 5 POLLUTION CONTROL
**Milam County Appraisal District Property I.D.:** 20510500

**Legal Description:** SANDOW 5 POLLUTION CONTROL 2010 APPROVED TCEQ
**Milam County Appraisal District Property I.D.:** 20511598

**Legal Description:** MINE IMPROVEMENTS ROCKDALE
**Milam County Appraisal District Property I.D.:** 20512604

CLERK'S NOTICE: ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED
REAL PROPERTY BECAUSE OF COLOR OR RACE, IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

FILED
AT 2:55 O'CLOCK P M
ON THE 1 DAY OF July
A.D., 20 14

Barbara Vansa
COUNTY CLERK, MILAM COUNTY TEXAS

BY Linda Hall DEPUTY

34 K 3 Pg

STATE OF TEXAS
COUNTY OF MILAM
I hereby certify that this instrument was FILED on the date
and at the time stamped hereon by me and was duly
RECORDED in the Volume and Page of the Official Records
of Milam County, Texas.

Barbara Vansa
County Clerk, Milam County, Texas
VOL 1230 PAGE 217

RECORDED 7-1-14 @ 5 P

BY Linda Hall DEPUTY

VOL. 1230 PAGE 219
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

CERTIFIED TO BE A TRUE AND CORRECT COPY
2 DAY OF July 2014

Accepted for Filing in:
Robertson County
On: Jul 01,2014 at 02:12P
By: Carol Bancroft

STATE OF TEXAS         §
                       §
ROBERTSON COUNTY       §

### AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
### MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company LLC, Franklin, Robertson County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Oak Grove Management Company LLC**, whose mailing addresses are P.O. Box 681, Fairfield, Texas 75840, 500 N. Akard Street, 14th Floor, Dallas, Texas 75201 and c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

```
Doc         Bk        Vol        Pg
20142113    OR        1239       116
```

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $5,629.00. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $5,629.00, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: Jason L. Kirby

Title: Vice President — North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 20th day of June 2014, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

Doc        BK      Vol      Pg
20142113   OR      1239     117

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

## EXHIBIT "A"

**Legal Description:** OAK GROVE SES UNITS 1 & 2
**Robertson County Appraisal District Account Number:** 2-001265-000020 (46098-1/34636)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000025 (46100-1/34636)

**Legal Description:** AB 174 J HENSLEY, M 8 QD#7, 1140/647, 15.2 ACRES
**Robertson County Appraisal District Account Number:** 000174-000080 (5842-1/27599)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000030 (51812/36758)

**Legal Description:** AB 174TR, 11J HENSLEY, 1148/346, 46.08 ACRES
**Robertson County Appraisal District Account Number:** 000174-000110 (5845-1/11709)

**Legal Description:** AB 158 W F GRAY TR 2 972/369, 1135/67, 17 ACRES
**Robertson County Appraisal District Account Number:** 000158-000051 (5638-1/16518)

Doc        Bk      Vol       Pg
20142113  OR      1239       118

STATE OF TEXAS            COUNTY OF ROBERTSON
    I hereby certify that this instrument was
filed on the date and time stamped hereon by me
and was duly recorded in the volume and page
of the named records of: Robertson County
as stamped hereon by me.

        Jul 01, 2014

    Kathryn N. Brimhall, County Clerk
    Robertson County

00144192 VOL: 3304 PG: 621

STATE OF TEXAS          §
                        §
RUSK COUNTY             §

### AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
### MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Mining Company LLC, and/or Energy Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Mining Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.      The total amount unpaid and reasonable value for labor and material furnished to the Property is $9,969.79. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.



---

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

00144192 VOL: 3304 PG: 622

8.   Claimant claims a lien to secure payment of the total amount of $9,969.79, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

   FURTHER AFFIANT SAYETH NOT."

                                    RED BALL OXYGEN COMPANY

                                    By: 
                                    Printed Name: Jason L Kirby
                                    Title: Vice President - North Texas

   SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018

                                    NOTARY PUBLIC IN AND FOR
                                    THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

00144192 VOL: 3304 PG: 623

## EXHIBIT "A"

**Legal Description:** AB 160 D CORTINAS SUR, 2.52 AC AND 7.50 AC FIELD OFFICE, TU TR NO. 1284 AREA 361, DAVIDSON DAVID CLAY
**Rusk County Appraisal District Property I.D.:** 49282

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1214 AREA 361, SMITH PAUL
**Rusk County Appraisal District Property I.D.:** 54445

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1343 AREA 361, SMITH EMMA JEAN TRIMBLE
**Rusk County Appraisal District Property I.D.:** 24372

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1341 AREA 361, BARR NETTIE JAN
**Rusk County Appraisal District Property I.D.:** 1840

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 596 AREA 361, EPPS LOVIA DELOIS, HSE NTV
**Rusk County Appraisal District Property I.D.:** 21048

**Legal Description:** AB 160 D CORTINAS SUR, TU TR 1308 AREA 361, ANTHONY MARY, GONE 1/23/2012
**Rusk County Appraisal District Property I.D.:** 14921

**Legal Description:** AB 160 D CORTINAS SUR, TR NO. 1222/AREA 271, FITZGERALD DAN
**Rusk County Appraisal District Property I.D.:** 35522

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1213 AREA 361, RIFE MYRTLE TODD AND GROVER, EUGENE RILEY
**Rusk County Appraisal District Property I.D.:** 37842

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1281 AREA 361, GONZALEZ JOSE ISABEL, HSE GONE 8/22/2013
**Rusk County Appraisal District Property I.D.:** 41433

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1250 AREA 361, WALLACE RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63992

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1249 ARE 361, WALLACE RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63947

TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

00144192 VOL: 3304 PG: 624

STATE OF TEXAS                              COUNTY OF RUSK
I hereby certify that this instrument was filed on
the date and time stamped hereon  by me and
was duly recorded  in the volume  and page of the
named records of  Rusk County, Texas  as stamped
hereon by me.              OFFICIAL PUBLIC RECORDS

        Jul 01,2014 01:03P

JOYCE LEWIS-KUGLE, COUNTY CLERK

RUSK COUNTY, TEXAS

FILED FOR RECORD

Jul 01,2014 01:03P

JOYCE LEWIS-KUGLE,
COUNTY CLERK
RUSK COUNTY, TEXAS

By:

Esther Mawa
DEPUTY



TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

*THE STATE OF TEXAS:*

*COUNTY OF RUSK:* I, JOYCE LEWIS-KUGLE, County Clerk of Rusk County, Texas, do hereby certify that the above and foregoing instrument is a true and correct copy of the original instrument filed in this office on the ___ day of _____ A.D. ____, at ____ o'clock ___ M, as the same appears of record in Vol. ____ Page ____ thru Page ____ of the _____ Records of Rusk County, Texas.

Given Under My Hand and Seal of Office this ___ day of _____ A.D. ____

JOYCE LEWIS-KUGLE, County Clerk of the County Court of Rusk County, Texas

By:  _____ Deputy



# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**COURT USE ONLY**

| Name of Debtor: | Case Number: |
|---|---|
| Luminant Mining Company LLC | 14-11042 |

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

Red Ball Oxygen Company
c/o McCathern PLLC
Attn: Jonathan L Howell
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

Telephone number:          Email:

(214) 273-6409      jhowell@mccathernlaw.com

Name and address where payment should be sent (if different from above):

Telephone number:          Email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:
_____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**FILED / RECEIVED**

**MAY 1 2 2015**

Epiq Bankruptcy Solutions, LLC

**COURT USE ONLY**

**1. Amount of Claim as of Date Case Filed:** $ 9,969.79

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2. Basis for Claim:** materialman's lien
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___
3a. Debtor may have scheduled account as: _____
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☒ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:  See attached
Value of Property: $ 409,000.00
Annual Interest Rate _____ % ☐ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:

$ _____

Basis for perfection:  See attached

Amount of Secured Claim: $ 9,969.79

Amount Unsecured: $ 0.00

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____    (See instruction #6)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9. Signature: (See instruction #9)**   Check the appropriate box:
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attached a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Bob Ewing
Title:  President
Company:  Red Ball Oxygen Company

(Signature)
May 6, 2015
(Date)

Address, telephone number, and email (if different from notice address above):
P.O. Box 7316
Shreveport, Louisiana 71137 7316
Telephone number:  (318) 425-3211    Email: bob.ewing@redballoxygen.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**

Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

http://www.efhcaseinfo.com

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete Items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**

If any portion of the claim falls into any one category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**

State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the claim.

**8. Documents:**

Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**

The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**

A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**If by First Class Mail:**

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**If by Hand Delivery or Overnight Mail:**

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (http://www.efhcaseinfo.com) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.,* | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)

COMES NOW Red Ball Oxygen Company ("Red Ball"), and files this Notice pursuant to 11 U.S.C. § 546(b) of the perfection of liens upon real property and improvements, including significant repair work and improvements to certain real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the laws of the State of Texas. In support of this Notice, Red Ball will show the following:

1.    **Overview.** Red Ball furnished, during the period spanning March 18, 2014 and April 8, 2014, labor and materials for construction or repair to certain real property and improvements pursuant to contractual agreements with one or more of the Debtors for which Red Ball has not been paid. The principal indebtedness in connection with the unpaid amounts due and owing on the Debtors' account with Red Ball is not less than $47,025.22, exclusive of contractual interest, attorneys' fees, and costs. Red Ball's claims in the aforementioned aggregate amount are secured by the materialman's liens described below.

2.    **Texas Materialman's and Constitutional Liens.** Red Ball timely filed the lien statements (the "Texas Materialman's and Constitutional Liens") against the real property and improvements described in the affidavits filed with the applicable Texas clerk's office, true and correct copies of which are attached as Exhibit "A" and are incorporated herein by reference.

3.    **Lien Rights under Texas Law**.    The Texas Materialman's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow . . . and . . . each lot of land necessarily connected or reclaimed," and specifically with regard to (i) Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas, (ii) Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas, (iii) Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas, (iv) Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC and/or Luminant Generation Company LLC, Rockdale, Milam County, Texas, (v) Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company, LLC, Franklin, Robertson County, Texas, and (vi) Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas (collectively, the "Properties"). *See* Tex. Prop. Code § 53.022.

4.    **Lien Inception**. Red Ball's Texas Materialman's and Constitutional Liens incept and relate back to "the commencement of construction of improvements or delivery of materials to the land on which the improvements are to be located and on which the materials are to be used." Tex. Prop. Code § 53.124; *see also* 11 U.S.C. §§ 362(b)(3), 546(b)(1) (2014).

5.    **Further Information Available Upon Request**. Any party-in-interest may obtain further information by contacting:

Red Ball Oxygen Company
c/o Jonathan L. Howell
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

(214) 741-2662
jhowell@mccathernlaw.com

6.    **Reservation of Rights**.    Red Ball reserves the right to supplement and/or

amend this Notice.  Red Ball further reserves all rights under title 11 of the United States Code

(the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, and other applicable

federal or state laws.  Nothing in this Notice shall be construed as a waiver of Red Ball's rights

to assert any other claims against one or more of the Debtors pursuant to the Bankruptcy Code or

applicable federal or state law, including, but not limited to, any administrative expense claim,

priority claim, general unsecured claim, or other secured claim.

Date: July 8, 2014                          Respectfully submitted,
       Wilmington, Delaware

                                            CIARDI CIARDI & ASTIN

                                            Daniel K. Astin, Esq. (No. 4068)
                                            John D. McLaughlin, Jr., Esq. (No. 4123)
                                            Joseph J. McMahon, Jr., Esq. (No. 4819)
                                            1204 N. King Street
                                            Wilmington, DE 19801
                                            Telephone:  (302) 658-1100
                                            Facsimile:  (302) 658-1300
                                            Email:  jmcmahon@ciardilaw.com

                                            -and-

                                            Jonathan L. Howell (*admitted pro hac vice*)
                                            MCCATHERN, PLLC
                                            Regency Plaza
                                            3710 Rawlins, Suite 1600
                                            Dallas, TX 75219
                                            Telephone:  (214) 741-2662
                                            Email:  jhowell@mccathernlaw.com

                                            Attorneys for Red Ball Oxygen Company

# Exhibit "A"

STATE OF TEXAS          §
                        §
BASTROP COUNTY          §



AFT LIE
201407985
3 PGS

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared Jason Kirby, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is Jason Kirby. I am the Vice President - North Texas for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $3,069.71. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $3,069.71, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: 

Printed Name: Jason L. Kirby

Title: Vice President - North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 3⁴th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

## EXHIBIT "A"

**Legal Description:** DRAGLINES AND EQUIPMENT AT THREE OAKS MINE
(LUMINANT MINE, ELGIN)
**Bastrop Central Appraisal District Property I.D.:** P113762

**Legal Description:** (LIGNITE RESERVES) AT THREE OAKS MINE
**Bastrop Central Appraisal District Property I.D.:** P113763

**Legal Description:** LIGNITE RESERVES @ THREE OAKS MINE (MCDADE)
**Bastrop Central Appraisal District Property I.D.:** P113764

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Rose Pietsch*

July 01, 2014  10:18:15 AM
MARYC FEE: $24.00  BOOK:2331 PAGE:373-375
ROSE PIETSCH, County Clerk
Bastrop, Texas
AFT LIE    201407985

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

01402109



A CERTIFIED COPY
Attest
LINDA JARVIS, County Clerk
Freestone County, Texas
By

STATE OF TEXAS          §

                        §

FREESTONE COUNTY        §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared  Jason Kirby ,
hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is  Jason Kirby . I am the  Vice President - North Texas
for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21
years of age, have personal knowledge of the facts set forth below, and am otherwise competent
and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street,
Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State
of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real
property described herein, including labor or materials to construct improvements or repairs
pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and
Luminant Holding Company LLC, Luminant Generation Company LLC, and/or Energy Future
Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed
generally consists of gases and other welding supplies used for significant repair work or
improvements to the real property described herein, and includes delivery, labor, and/or
materials furnished pursuant to the Agreement. The work and/or materials were provided to the
project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant
(hereinafter collectively referred to as the "Property") is the **Big Brown Power Plant and
Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas**, and as
further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the
Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Generation
Company LLC**, whose mailing address is c/o State & Local Tax Department, Post Office Box
219071, Dallas, Texas 75221 and/or **Energy Future Holdings Corp.**, whose mailing address is
Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the
above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to
the Property is $14,838.87. This total amount is true and correct, and all just and lawful offsets,
payments, and credits known to affiant have been allowed.

01402109

8.    Claimant claims a lien to secure payment of the total amount of $14,838.87, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: Jason L. Kirby

Title: Vice President – North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

01402109

## EXHIBIT "A"

**Legal Description:** J N ACOSTA, A-1
**Freestone Central Appraisal District Property I.D.:** 924

**Legal Description:** J N ACOSTA , A-1, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 926

**Legal Description:** J N ACOSTA, A-1, P AND A CARRIES IMP VALUE
**Freestone Central Appraisal District Property I.D.:** 927

**Legal Description:** M R PALACIOUS, A-20, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 5091

**Legal Description:** S P FLINT, A-229, TU RR TR  NO. 39
**Freestone Central Appraisal District Property I.D.:** 11073

**Legal Description:** J PEPI, A-21,
**Freestone Central Appraisal District Property I.D.:** 52724



FILED FOR RECORD IN
Freestone County
Linda Jarvis
COUNTY CLERK
ON: Jul 01,2014 AT 02:10P
As Recordings
Document Number: 01402109
Total Fees :    34.00
Receipt Number - 125945
By: Penny Stewart, Deputy



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERKS OFFICE

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

20142470

| STATE OF TEXAS | § |
| | § |
| LIMESTONE COUNTY | § |

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_. I am the _Vice President-North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas 76653**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, **Luminant Holding Company LLC** and **Oak Grove Management Company LLC**, whose mailing address is c/o Property Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.**, whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $1,659.96. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN
Page 1

20142470

8.    Claimant claims a lien to secure payment of the total amount of $1,659.96, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY



By: _____

Printed Name: _Jason L Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this _30_ th day of June 2014, to certify which witness my hand and seal of office.



NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

20142470

## EXHIBIT "A"

**Legal Description:** A240 C.J. HEDDENBERG, ACRES 116.55
**Limestone County Appraisal District Property I.D.:** R60932

**Legal Description:** A326 J. E. Lewis, ACRES 71.314
**Limestone County Appraisal District Property I.D.:** R12135

**Legal Description:** Lease # 9900030 PRODUCING LIGNITE KOSSE MINE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N359204

**Legal Description:** Lease # 9900010 KOSSE MINING, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N334051

**Legal Description:** Lease # 9900020 LIGNITE STOCKPILE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N271609

Filed for Record in:
Limestone County

On: Jul 01,2014 at 11:22A

By,Lederle Salazar

STATE OF TEXAS                    COUNTY OF LIMESTONE
        I hereby certify that this instrument was
filed on the date and time stamped hereon by me and
was duly recorded in the named records of:
Limestone County as stamped hereon by me.

Jul 01,2014

Peggy Beck, County Clerk
Limestone County

I, Peggy Beck, County Clerk,
Limestone County, Texas, do hereby certify
that this is a true and correct copy as the
same appears of record in my office.
Witness my hand and Seal of Office
on 7-1-14


Peggy Beck, County Clerk
By _____
Deputy


A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

VOL. <u>1230</u> PAGE <u>217</u>
**OFFICIAL RECORDS**
**MILAM COUNTY, TEXAS**

STATE OF TEXAS          §
                        §        *165-06*
MILAM COUNTY            §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared ___Jason Kirby___, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is ___Jason Kirby___. I am the ___Vice President - North Texas___ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC** and/or **Luminant Generation Company LLC, Rockdale, Milam County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, **Luminant Generation Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

---

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

CERTIFIED TO BE A TRUE AND CORRECT COPY

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $11,857.89. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $11,857.89, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President – North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this __th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

VOL. **1230** PAGE **218**
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

CERTIFIED TO BE A TRUE AND CORRECT COPY
___ DAY OF _July_ 20_14_
PAGE ___ OF _3_

## EXHIBIT "A"

**Legal Description:** SANDOW 5-FLUIDIZED BED-LIGNITE STATIONARY BOILER POWER PLANT
**Milam County Appraisal District Property I.D.:** 76976

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 11-15323
**Milam County Appraisal District Property I.D.:** 20512603

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 07-11851
**Milam County Appraisal District Property I.D.:** 77750

**Legal Description:** SANDOW 5 POLLUTION CONTROL
**Milam County Appraisal District Property I.D.:** 20510500

**Legal Description:** SANDOW 5 POLLUTION CONTROL 2010 APPROVED TCEQ
**Milam County Appraisal District Property I.D.:** 20511598

**Legal Description:** MINE IMPROVEMENTS ROCKDALE
**Milam County Appraisal District Property I.D.:** 20512604

CLERK'S NOTICE: ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE, IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

FILED
AT _2:55_ O'CLOCK _P_ M
ON THE _1_ DAY OF _July_
A.D., 20 _14_

Barbara Vansa
COUNTY CLERK, MILAM COUNTY, TEXAS

BY _Linda Hall_ DEPUTY

34K 3Pg

STATE OF TEXAS
COUNTY OF MILAM
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Records of Milam County, Texas.

Barbara Vansa
County Clerk, Milam County, Texas
VOL. _1230_ PAGE _217_
RECORDED _7-1-14 @ 5P_

BY _Linda Hall_ DEPUTY

VOL. __1230__ PAGE __219__
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

CERTIFIED TO BE A TRUE AND CORRECT COPY
_2_ DAY OF _____ 20_14_

STATE OF TEXAS     §
                              §
ROBERTSON COUNTY    §

Accepted for Filing in:
Robertson County
On: Jul 01,2014 at 02:13P
By: Carol Bancroft

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_ , hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1. "My name is _Jason Kirby_ . I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2. Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3. Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4. The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5. The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company LLC, Franklin, Robertson County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6. Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Oak Grove Management Company LLC,** whose mailing addresses are P.O. Box 681, Fairfield, Texas 75840, 500 N. Akard Street, 14th Floor, Dallas, Texas 75201 and c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

Doc        Bk       Vol       Pg
20142113  OR      1239    116

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $5,629.00. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $5,629.00, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President— North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

Doc        Bk      Vol        Pg
20142113   OR      1239       117

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

## EXHIBIT "A"

**Legal Description:** OAK GROVE SES UNITS 1 & 2
**Robertson County Appraisal District Account Number:** 2-001265-000020 (46098-1/34636)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000025 (46100-1/34636)

**Legal Description:** AB 174 J HENSLEY, M 8 QD#7, 1140/647, 15.2 ACRES
**Robertson County Appraisal District Account Number:** 000174-000080 (5842-1/27599)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000030 (51812/36758)

**Legal Description:** AB 174TR, 11J HENSLEY, 1148/346, 46.08 ACRES
**Robertson County Appraisal District Account Number:** 000174-000110 (5845-1/11709)

**Legal Description:** AB 158 W F GRAY TR 2 972/369, 1135/67, 17 ACRES
**Robertson County Appraisal District Account Number:** 000158-000051 (5638-1/16518)

Doc     Bk     Vol     Pg
20142113  OR     1239    118

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

STATE OF TEXAS                COUNTY OF ROBERTSON
        I hereby certify that this instrument was
filed on the date and time stamped hereon by me
and was duly recorded in the volume and page
of the named records of: Robertson County
as stamped hereon by me.

        Jul 01,2014

        Kathryn N. Brimhall, County Clerk
        Robertson County

00144192 VOL: 3304 PG: 621

STATE OF TEXAS            §
                         §
RUSK COUNTY              §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Mining Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Mining Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $9,969.79. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

---

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN – Page 1


TRUE AND CORRECT COPY OF ORIGINAL FILED IN RUSK COUNTY CLERK'S OFFICE.

00144192 VOL: 3304 PG: 622

8.    Claimant claims a lien to secure payment of the total amount of $9,969.79, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: Jason L Kirby

Title: Vice President - North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219



TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

00144192 VOL: 3304 PG:  623

## EXHIBIT "A"

**Legal Description:** AB 160 D CORTINAS SUR, 2.52 AC AND 7.50 AC FIELD OFFICE, TU
TR NO. 1284 AREA 361, DAVIDSON DAVID CLAY
**Rusk County Appraisal District Property I.D.:** 49282

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1214 AREA 361, SMITH PAUL
**Rusk County Appraisal District Property I.D.:** 54445

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1343 AREA 361, SMITH EMMA
JEAN TRIMBLE
**Rusk County Appraisal District Property I.D.:** 24372

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1341 AREA 361, BARR
NETTIE JAN
**Rusk County Appraisal District Property I.D.:** 1840

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 596 AREA 361, EPPS LOVIA
DELOIS, HSE NTV
**Rusk County Appraisal District Property I.D.:** 21048

**Legal Description:** AB 160 D CORTINAS SUR, TU TR 1308 AREA 361, ANTHONY MARY,
GONE 1/23/2012
**Rusk County Appraisal District Property I.D.:** 14921

**Legal Description:** AB 160 D CORTINAS SUR, TR NO. 1222/AREA 271, FITZGERALD
DAN
**Rusk County Appraisal District Property I.D.:** 35522

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1213 AREA 361, RIFE
MYRTLE TODD AND GROVER, EUGENE RILEY
**Rusk County Appraisal District Property I.D.:** 37842

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1281 AREA 361, GONZALEZ
JOSE ISABEL, HSE GONE 8/22/2013
**Rusk County Appraisal District Property I.D.:** 41433

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1250 AREA 361, WALLACE
RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63992

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1249 ARE 361, WALLACE
RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63947

TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

00144192 VOL: 3304 PG: 624

STATE OF TEXAS                    COUNTY OF RUSK        FILED FOR RECORD
I hereby certify that this instrument was filed on
the date and time stamped hereon  by me and        Jul 01,2014 01:03P
was duly recorded  in the volume  and page of the
named  records  of  Rusk County, Texas  as stamped     JOYCE LEWIS-KUGLE,
hereon by me.               OFFICIAL PUBLIC RECORDS      COUNTY CLERK
                                                       RUSK COUNTY, TEXAS

        Jul 01,2014 01:03P                             By:

JOYCE LEWIS-KUGLE, COUNTY CLERK                        Esther Mawa
                                                       DEPUTY
RUSK COUNTY, TEXAS



TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

**THE STATE OF TEXAS:**

*COUNTY OF RUSK: I, JOYCE LEWIS-KUGLE,* County Clerk of Rusk County, Texas, do hereby certify that the above and foregoing instrument is a true and correct copy of the original instrument filed in this office on the ___ day of _____ A.D. ____, at ____ o'clock ___ M, as the same appears of record in Vol.____ Page ____ thru Page ____ of the _____ Records of Rusk County, Texas.

Given Under My Hand and Seal of Office this ___ day of _____ A.D.____.

JOYCE LEWIS-KUGLE, County Clerk of the County Court of Rusk County, Texas

By: _____ Deputy





UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

# PROOF OF CLAIM

COURT USE ONLY

| Name of Debtor: | Case Number: |
|---|---|
| Oak Grove Management Company LLC | 14-11022 |

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

Red Ball Oxygen Company
c/o McCathern PLLC
Attn: Jonathan L Howell
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

| Telephone number: | Email: |
|---|---|
| (214) 273-6409 | jhowell@mccathernlaw.com |

❏ Check this box if this claim amends a previously filed claim.

Court Claim Number:
_____
(If known)

Filed on: _____

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

FILED / RECEIVED

MAY 1 2 2015

Epiq Bankruptcy Solutions, LLC

Name and address where payment should be sent (if different from above) :

Telephone number:        Email:

COURT USE ONLY

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❏ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❏ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❏ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❏ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❏ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❏ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$ _____

**1. Amount of Claim as of Date Case Filed:** $ 1,659.96 _____
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** materialman's lien
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___
3a. Debtor may have scheduled account as: _____
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☒ Real Estate    ❏ Motor Vehicle    ☒ Other
Describe: See attached
Value of Property: $ 16,300,000.00
Annual Interest Rate _____% ❏ Fixed or ❏ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:

$ _____

Basis for perfection: See attached

Amount of Secured Claim: $ 1,659.96

Amount Unsecured: $ 0.00

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____  (See instruction #6)
**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)
**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box.
☒ I am the creditor.  ❏ I am the creditor's authorized agent.  ❏ I am the trustee, or the debtor, or their  ❏ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)  authorized agent. (See Bankruptcy Rule 3004.)  (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

| | | Address, telephone number, and email (if different from notice address above): |
|---|---|---|
| Print Name: | Bob Ewing | P.O. Box 7316 |
| Title: | President | _(Signature)_ | Shreveport, Louisiana 71137 7316 |
| Company: | Red Ball Oxygen Company | May 6, 2015 | Telephone number: (318) 425-3211 |
| | | _(Date)_ | Email: bob.ewing@redballoxygen.com |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

http://www.efhcaseinfo.com

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**If by First Class Mail:**

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**If by Hand Delivery or Overnight Mail:**

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (http://www.efhcaseinfo.com) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)

COMES NOW Red Ball Oxygen Company ("Red Ball"), and files this Notice pursuant to 11 U.S.C. § 546(b) of the perfection of liens upon real property and improvements, including significant repair work and improvements to certain real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the laws of the State of Texas. In support of this Notice, Red Ball will show the following:

1.    **Overview.** Red Ball furnished, during the period spanning March 18, 2014 and April 8, 2014, labor and materials for construction or repair to certain real property and improvements pursuant to contractual agreements with one or more of the Debtors for which Red Ball has not been paid. The principal indebtedness in connection with the unpaid amounts due and owing on the Debtors' account with Red Ball is not less than $47,025.22, exclusive of contractual interest, attorneys' fees, and costs. Red Ball's claims in the aforementioned aggregate amount are secured by the materialman's liens described below.

2.    **Texas Materialman's and Constitutional Liens.** Red Ball timely filed the lien statements (the "Texas Materialman's and Constitutional Liens") against the real property and improvements described in the affidavits filed with the applicable Texas clerk's office, true and correct copies of which are attached as Exhibit "A" and are incorporated herein by reference.

3.     **Lien Rights under Texas Law.**    The Texas Materialman's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow . . . and . . . each lot of land necessarily connected or reclaimed," and specifically with regard to (i) Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas, (ii) Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas, (iii) Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas, (iv) Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC and/or Luminant Generation Company LLC, Rockdale, Milam County, Texas, (v) Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company, LLC, Franklin, Robertson County, Texas, and (vi) Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas (collectively, the "Properties"). *See* Tex. Prop. Code § 53.022.

4.     **Lien Inception.** Red Ball's Texas Materialman's and Constitutional Liens incept and relate back to "the commencement of construction of improvements or delivery of materials to the land on which the improvements are to be located and on which the materials are to be used." Tex. Prop. Code § 53.124; *see also* 11 U.S.C. §§ 362(b)(3), 546(b)(1) (2014).

5.     **Further Information Available Upon Request.** Any party-in-interest may obtain further information by contacting:

Red Ball Oxygen Company
c/o Jonathan L. Howell
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

(214) 741-2662
jhowell@mccathernlaw.com

6.    **Reservation of Rights**.    Red Ball reserves the right to supplement and/or amend this Notice.  Red Ball further reserves all rights under title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, and other applicable federal or state laws.  Nothing in this Notice shall be construed as a waiver of Red Ball's rights to assert any other claims against one or more of the Debtors pursuant to the Bankruptcy Code or applicable federal or state law, including, but not limited to, any administrative expense claim, priority claim, general unsecured claim, or other secured claim.

Date: July 8, 2014
     Wilmington, Delaware

Respectfully submitted,

CIARDI CIARDI & ASTIN

Daniel K. Astin, Esq. (No. 4068)
John D. McLaughlin, Jr., Esq. (No. 4123)
Joseph J. McMahon, Jr., Esq. (No. 4819)
1204 N. King Street
Wilmington, DE 19801
Telephone:  (302) 658-1100
Facsimile:  (302) 658-1300
Email:  jmcmahon@ciardilaw.com

-and-

Jonathan L. Howell (*admitted pro hac vice*)
MCCATHERN, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219
Telephone:  (214) 741-2662
Email:  jhowell@mccathernlaw.com

Attorneys for Red Ball Oxygen Company

# Exhibit "A"

STATE OF TEXAS     §

    §

BASTROP COUNTY     §



AFT LIE
201407985
3 PGS

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

     BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

     1.   "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

     2.   Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

     3.   Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, and/or Energy Future Holdings Corp.

     4.   The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

     5.   The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

     6.   Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

     7.   The total amount unpaid and reasonable value for labor and material furnished to the Property is $3,069.71. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

---

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

8.    Claimant claims a lien to secure payment of the total amount of $3,069.71, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President – North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 5⁰th day of June 2014, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

## EXHIBIT "A"

**Legal Description:** DRAGLINES AND EQUIPMENT AT THREE OAKS MINE
(LUMINANT MINE, ELGIN)
**Bastrop Central Appraisal District Property I.D.:** P113762

**Legal Description:** (LIGNITE RESERVES) AT THREE OAKS MINE
**Bastrop Central Appraisal District Property I.D.:** P113763

**Legal Description:** LIGNITE RESERVES @ THREE OAKS MINE (MCDADE)
**Bastrop Central Appraisal District Property I.D.:** P113764

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Rose Pietsch*

July 01, 2014  10:18:15 AM
MARYC FEE: $24.00  BOOK:2331 PAGE:373-375
ROSE PIETSCH, County Clerk
Bastrop, Texas
AFT LIE        201407985

01403109



| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| FREESTONE COUNTY | § |

A CERTIFIED COPY
Attest
LINDA JARVIS, County Clerk
Freestone County, Texas
By _Kacey Stewart_

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.     "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.     Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.     Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4.     The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.     The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.     Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Generation Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221 and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.     The total amount unpaid and reasonable value for labor and material furnished to the Property is $14,838.87. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $14,838.87, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY



By: _____

Printed Name: *Jason L. Kirby*

Title: *Vice President – North Texas*

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

01403109

## EXHIBIT "A"

**Legal Description:** J N ACOSTA, A-1
**Freestone Central Appraisal District Property I.D.:** 924

**Legal Description:** J N ACOSTA , A-1, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 926

**Legal Description:** J N ACOSTA, A-1, P AND A CARRIES IMP VALUE
**Freestone Central Appraisal District Property I.D.:** 927

**Legal Description:** M R PALACIOUS, A-20, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 5091

**Legal Description:** S P FLINT, A-229, TU RR TR  NO. 39
**Freestone Central Appraisal District Property I.D.:** 11073

**Legal Description:** J PEPI, A-21,
**Freestone Central Appraisal District Property I.D.:** 52724





TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

20142470

STATE OF TEXAS          §
                        §
LIMESTONE COUNTY        §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_____, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby___. I am the _Vice President-North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas 76653**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, **Luminant Holding Company LLC and Oak Grove Management Company LLC,** whose mailing address is c/o Property Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $1,659.96. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

20142470

8.    Claimant claims a lien to secure payment of the total amount of $1,659.96, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219



A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

20142470

## EXHIBIT "A"

**Legal Description:** A240 C.J. HEDDENBERG, ACRES 116.55
**Limestone County Appraisal District Property I.D.:** R60932

**Legal Description:** A326 J. E. Lewis, ACRES 71.314
**Limestone County Appraisal District Property I.D.:** R12135

**Legal Description:** Lease # 9900030 PRODUCING LIGNITE KOSSE MINE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N359204

**Legal Description:** Lease # 9900010 KOSSE MINING, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N334051

**Legal Description:** Lease # 9900020 LIGNITE STOCKPILE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N271609

```
Filed for Record in:
Limestone County

On: Jul 01,2014 at 11:22A

By:Lederle Salazar


STATE OF TEXAS          COUNTY OF LIMESTONE
        I hereby certify that this instrument was
filed on the date and time stamped hereon by me and
was duly recorded in the named records of:
Limestone County as stamped hereon by me.

                Jul 01,2014


        Peggy Beck, County Clerk
        Limestone County
```

I, Peggy Beck, County Clerk,
Limestone County, Texas, do hereby certify
that this is a true and correct copy as the
same appears of record in my office.
Witness my hand and Seal of Office
on 7-1-14

Peggy Beck, County Clerk
By _____
Deputy



A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

---

VOL. 1230 PAGE 217
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

STATE OF TEXAS        §
                      §       /65°06
MILAM COUNTY          §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC** and/or **Luminant Generation Company LLC, Rockdale, Milam County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Sandow Power Company LLC**, whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, **Luminant Generation Company LLC**, whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.**, whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

---

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

CERTIFIED TO BE A TRUE AND CORRECT COPY

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $11,857.89. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $11,857.89, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this __th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

VOL. __1230__ PAGE__218__
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN – Page 2

CERTIFIED TO BE A TRUE AND CORRECT COPY
__ DAY OF ___ 20_14_
PAGE____ OF____

## EXHIBIT "A"

**Legal Description:** SANDOW 5-FLUIDIZED BED-LIGNITE STATIONARY BOILER POWER PLANT
**Milam County Appraisal District Property I.D.:** 76976

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 11-15323
**Milam County Appraisal District Property I.D.:** 20512603

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 07-11851
**Milam County Appraisal District Property I.D.:** 77750

**Legal Description:** SANDOW 5 POLLUTION CONTROL
**Milam County Appraisal District Property I.D.:** 20510500

**Legal Description:** SANDOW 5 POLLUTION CONTROL 2010 APPROVED TCEQ
**Milam County Appraisal District Property I.D.:** 20511598

**Legal Description:** MINE IMPROVEMENTS ROCKDALE
**Milam County Appraisal District Property I.D.:** 20512604

CLERK'S NOTICE: ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE, IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

FILED
AT 2:55 O'CLOCK _P_ M
ON THE _1_ DAY OF _July_
A.D., 20 _14_

Barbara Vansa
COUNTY CLERK, MILAM COUNTY, TEXAS
BY _Linda Hall_ DEPUTY

STATE OF TEXAS
COUNTY OF MILAM
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Records of Milam County, Texas.

Barbara Vansa
County Clerk, Milam County, Texas
VOL _1230_ PAGE _217_
RECORDED _7-1-14 @ 5P_

BY _Linda Hall_ DEPUTY

34 K 3Pgs

VOL. ___1230___ PAGE _219_
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

CERTIFIED TO BE A TRUE AND CORRECT COPY
_2_ DAY OF _July_ 20_14_

STATE OF TEXAS           §
                         §
ROBERTSON COUNTY         §

Accepted for Filing in:
Robertson County
On: JUL 01,2014  at  02:12P
By: Carol Bancroft

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_,
hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason Kirby_. I am the _Vice President - North Texas_
for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21
years of age, have personal knowledge of the facts set forth below, and am otherwise competent
and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street,
Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State
of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real
property described herein, including labor or materials to construct improvements or repairs
pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and
Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy
Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed
generally consists of gases and other welding supplies used for significant repair work or
improvements to the real property described herein, and includes delivery, labor, and/or
materials furnished pursuant to the Agreement. The work and/or materials were provided to the
project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant
(hereinafter collectively referred to as the "Property") is the **Oak Grove Power Plant and Kosse
Mine, Oak Grove Management Company LLC, Franklin, Robertson County, Texas**, and as
further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the
Texas Property Code, and **Luminant Holding Company LLC** and/or **Oak Grove Management
Company LLC**, whose mailing addresses are P.O. Box 681, Fairfield, Texas 75840, 500 N.
Akard Street, 14th Floor, Dallas, Texas 75201 and c/o State & Local Tax Department, P.O. Box
219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.**, whose mailing address is
Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the
above-described real property.

Doc            Bk        Vol        Pg
 20142113    OR       1239       116

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $5,629.00. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $5,629.00, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

Doc          BK      Vol      Pg
20142113    OR          1239      117

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

## EXHIBIT "A"

**Legal Description:** OAK GROVE SES UNITS 1 & 2
**Robertson County Appraisal District Account Number:** 2-001265-000020 (46098-1/34636)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000025 (46100-1/34636)

**Legal Description:** AB 174 J HENSLEY, M 8 QD#7, 1140/647, 15.2 ACRES
**Robertson County Appraisal District Account Number:** 000174-000080 (5842-1/27599)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000030 (51812/36758)

**Legal Description:** AB 174TR, 11J HENSLEY, 1148/346, 46.08 ACRES
**Robertson County Appraisal District Account Number:** 000174-000110 (5845-1/11709)

**Legal Description:** AB 158 W F GRAY TR 2 972/369, 1135/67, 17 ACRES
**Robertson County Appraisal District Account Number:** 000158-000051 (5638-1/16518)

Doc         Bk       Vol       Pg
20142113 OR       1239       118

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

STATE OF TEXAS                COUNTY OF ROBERTSON
    I hereby certify that this instrument was
filed on the date and time stamped hereon by me
and was duly recorded in the volume and page
of the named records of: Robertson County
as stamped hereon by me.

        Jul 01,2014

        Kathryn N. Brimhall, County Clerk
        Robertson County

00144192 VOL: 3304 PG: 621

| STATE OF TEXAS | § |
| | § |
| RUSK COUNTY | § |

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason Kirby_. I am the _Vice President – North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Mining Company LLC, and/or Energy Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Mining Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.      The total amount unpaid and reasonable value for labor and material furnished to the Property is $9,969.79. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1



TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

00144192 VOL.: 3304 PG: 622

8.    Claimant claims a lien to secure payment of the total amount of $9,969.79, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY



By: _____

Printed Name: Jason L Kirby

Title: Vice President - North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018



NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN – Page 2

00144192 VOL: 3304 PG: 623

## EXHIBIT "A"

**Legal Description:** AB 160 D CORTINAS SUR, 2.52 AC AND 7.50 AC FIELD OFFICE, TU
TR NO. 1284 AREA 361, DAVIDSON DAVID CLAY
**Rusk County Appraisal District Property I.D.: 49282**

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1214 AREA 361, SMITH PAUL
**Rusk County Appraisal District Property I.D.: 54445**

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1343 AREA 361, SMITH EMMA
JEAN TRIMBLE
**Rusk County Appraisal District Property I.D.: 24372**

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1341 AREA 361, BARR
NETTIE JAN
**Rusk County Appraisal District Property I.D.: 1840**

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 596 AREA 361, EPPS LOVIA
DELOIS, HSE NTV
**Rusk County Appraisal District Property I.D.: 21048**

**Legal Description:** AB 160 D CORTINAS SUR, TU TR 1308 AREA 361, ANTHONY MARY,
GONE 1/23/2012
**Rusk County Appraisal District Property I.D.: 14921**

**Legal Description:** AB 160 D CORTINAS SUR, TR NO. 1222/AREA 271, FITZGERALD
DAN
**Rusk County Appraisal District Property I.D.: 35522**

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1213 AREA 361, RIFE
MYRTLE TODD AND GROVER, EUGENE RILEY
**Rusk County Appraisal District Property I.D.: 37842**

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1281 AREA 361, GONZALEZ
JOSE ISABEL, HSE GONE 8/22/2013
**Rusk County Appraisal District Property I.D.: 41433**

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1250 AREA 361, WALLACE
RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.: 63992**

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1249 ARE 361, WALLACE
RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.: 63947**

TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

00144192 VOL: 3304 PG: 624

STATE OF TEXAS                    COUNTY OF RUSK          FILED FOR RECORD
I hereby certify that this instrument was filed on
the date and time stamped hereon  by me and        Jul 01,2014 01:03P
was  duly recorded  in the volume  and page of the
named  records  of  Rusk County, Texas  as stamped     JOYCE LEWIS-KUGLE,
hereon by me.               OFFICIAL PUBLIC RECORDS        COUNTY CLERK
                                                       RUSK COUNTY, TEXAS

              Jul 01,2014 01:03P                       By:

JOYCE LEWIS-KUGLE, COUNTY CLERK                        Esther Nawa
                                                       DEPUTY
RUSK COUNTY, TEXAS



TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

*THE STATE OF TEXAS:*

*COUNTY OF RUSK: I, JOYCE LEWIS-KUGLE,* County Clerk of Rusk County, Texas, do hereby certify that the above and foregoing instrument is a true and correct copy of the original instrument filed in this office on the ___ day of _____ A.D. 2014_, at 1:02 o'clock P. M, as the same appears of record in Vol. _____ Page _____ thru Page _____ of the **Official Public** Records of Rusk County, Texas.

Given Under My Hand and Seal of Office this ___ day of _____ A.D. 2014.

JOYCE LEWIS-KUGLE, County Clerk of the County Court of Rusk County, Texas

By: _____ Deputy





Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

# PROOF OF CLAIM

**COURT USE ONLY**

| Name of Debtor: | Case Number: |
|---|---|
| Oak Grove Management Company LLC | 14-11022 |

**NOTE:** Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

Red Ball Oxygen Company
c/o McCathern PLLC
Attn: Jonathan L Howell
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

Telephone number:        Email:

(214) 273-6409            jhowell@mccathernlaw.com

Name and address where payment should be sent (if different from above):

Telephone number:        Email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
_(If known)_ _____

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

FILED / RECEIVED

MAY 1 2 2015

Epiq Bankruptcy Solutions, LLC

COURT USE ONLY

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$ _____

**1. Amount of Claim as of Date Case Filed:** $ 5,629.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2. Basis for Claim:** materialman's lien
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☒ Real Estate   ☐ Motor Vehicle   ☒ Other
**Describe:** See attached
Value of Property: $ 1,385,000,000.00
Annual Interest Rate ____% ☐ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:

$ _____

Basis for perfection: See attached

Amount of Secured Claim: $ 5,629.00

Amount Unsecured: $ 0.00

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____ (See instruction #6)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9. Signature: (See instruction #9)** Check the appropriate box:
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their   ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

| | |
|---|---|
| Print Name: Bob Ewing | Address, telephone number, and email (if different from notice address above): |
| Title: President | P.O. Box 7316 |
| (Signature) | Shreveport, Louisiana 71137-7316 |
| Company: Red Ball Oxygen Company | Telephone number: (318) 425-3211 |
| May 6, 2015 (Date) | Email: bob.ewing@redballoxygen.com |

_Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571._

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

## Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**

Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

http://www.efhcaseinfo.com

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**

If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**

State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**

Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**

The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## _____ DEFINITIONS _____

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**

A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**If by First Class Mail:**

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**If by Hand Delivery or Overnight Mail:**

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## _____ INFORMATION _____

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (http://www.efhcaseinfo.com) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)

COMES NOW Red Ball Oxygen Company ("Red Ball"), and files this Notice pursuant to 11 U.S.C. § 546(b) of the perfection of liens upon real property and improvements, including significant repair work and improvements to certain real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the laws of the State of Texas. In support of this Notice, Red Ball will show the following:

1.    **Overview.** Red Ball furnished, during the period spanning March 18, 2014 and April 8, 2014, labor and materials for construction or repair to certain real property and improvements pursuant to contractual agreements with one or more of the Debtors for which Red Ball has not been paid. The principal indebtedness in connection with the unpaid amounts due and owing on the Debtors' account with Red Ball is not less than $47,025.22, exclusive of contractual interest, attorneys' fees, and costs. Red Ball's claims in the aforementioned aggregate amount are secured by the materialman's liens described below.

2.    **Texas Materialman's and Constitutional Liens.** Red Ball timely filed the lien statements (the "Texas Materialman's and Constitutional Liens") against the real property and improvements described in the affidavits filed with the applicable Texas clerk's office, true and correct copies of which are attached as Exhibit "A" and are incorporated herein by reference.

3.      **Lien Rights under Texas Law.**    The Texas Materialman's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow . . . and . . . each lot of land necessarily connected or reclaimed," and specifically with regard to (i) Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas, (ii) Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas, (iii) Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas, (iv) Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC and/or Luminant Generation Company LLC, Rockdale, Milam County, Texas, (v) Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company, LLC, Franklin, Robertson County, Texas, and (vi) Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas (collectively, the "Properties"). *See* Tex. Prop. Code § 53.022.

4.      **Lien Inception.** Red Ball's Texas Materialman's and Constitutional Liens incept and relate back to "the commencement of construction of improvements or delivery of materials to the land on which the improvements are to be located and on which the materials are to be used." Tex. Prop. Code § 53.124; *see also* 11 U.S.C. §§ 362(b)(3), 546(b)(1) (2014).

5.      **Further Information Available Upon Request.** Any party-in-interest may obtain further information by contacting:

Red Ball Oxygen Company
c/o Jonathan L. Howell
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

(214) 741-2662
jhowell@mccathernlaw.com

6.    **Reservation of Rights**.    Red Ball reserves the right to supplement and/or

amend this Notice.    Red Ball further reserves all rights under title 11 of the United States Code

(the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, and other applicable

federal or state laws.    Nothing in this Notice shall be construed as a waiver of Red Ball's rights

to assert any other claims against one or more of the Debtors pursuant to the Bankruptcy Code or

applicable federal or state law, including, but not limited to, any administrative expense claim,

priority claim, general unsecured claim, or other secured claim.

Date: July 8, 2014                          Respectfully submitted,
          Wilmington, Delaware

                                            CIARDI CIARDI & ASTIN

                                            Daniel K. Astin, Esq. (No. 4068)
                                            John D. McLaughlin, Jr., Esq. (No. 4123)
                                            Joseph J. McMahon, Jr., Esq. (No. 4819)
                                            1204 N. King Street
                                            Wilmington, DE 19801
                                            Telephone: (302) 658-1100
                                            Facsimile: (302) 658-1300
                                            Email: jmcmahon@ciardilaw.com

                                            -and-

                                            Jonathan L. Howell (*admitted pro hac vice*)
                                            MCCATHERN, PLLC
                                            Regency Plaza
                                            3710 Rawlins, Suite 1600
                                            Dallas, TX 75219
                                            Telephone: (214) 741-2662
                                            Email: jhowell@mccathernlaw.com

                                            Attorneys for Red Ball Oxygen Company

# Exhibit "A"

STATE OF TEXAS            §
                         §
BASTROP COUNTY           §



NFT LIE
201407985
3 PGS

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared *Jason Kirby*, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is *Jason Kirby*. I am the *Vice President - North Texas* for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $3,069.71. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $3,069.71, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this _30_th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN – Page 2

## EXHIBIT "A"

**Legal Description:** DRAGLINES AND EQUIPMENT AT THREE OAKS MINE
(LUMINANT MINE, ELGIN)
**Bastrop Central Appraisal District Property I.D.:** P113762

**Legal Description:** (LIGNITE RESERVES) AT THREE OAKS MINE
**Bastrop Central Appraisal District Property I.D.:** P113763

**Legal Description:** LIGNITE RESERVES @ THREE OAKS MINE (MCDADE)
**Bastrop Central Appraisal District Property I.D.:** P113764

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Rose Pietsch*

July 01, 2014  10:18:15 AM
MARYC FEE: $24.00  BOOK:2331 PAGE:373-375
ROSE PIETSCH, County Clerk
Bastrop, Texas
AFT LIE      201407985

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

01403109



A CERTIFIED COPY
Attest
LINDA JARVIS, County Clerk
Freestone County, Texas
By _____ Stuart

STATE OF TEXAS                §

                             §

FREESTONE COUNTY             §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_. I am the _Vice President – North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Generation Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221 and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $14,838.87. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

01402109

8.   Claimant claims a lien to secure payment of the total amount of $14,838.87, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President – North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

01402109

## EXHIBIT "A"

**Legal Description:** J N ACOSTA, A-1
**Freestone Central Appraisal District Property I.D.:** 924

**Legal Description:** J N ACOSTA , A-1, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 926

**Legal Description:** J N ACOSTA, A-1, P AND A CARRIES IMP VALUE
**Freestone Central Appraisal District Property I.D.:** 927

**Legal Description:** M R PALACIOUS, A-20, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 5091

**Legal Description:** S P FLINT, A-229, TU RR TR  NO. 39
**Freestone Central Appraisal District Property I.D.:** 11073

**Legal Description:** J PEPI, A-21,
**Freestone Central Appraisal District Property I.D.:** 52724

FILED FOR RECORD IN
Freestone County
Linda Jarvis
COUNTY CLERK
ON: Jul 01,2014 AT 09:10A
as Recordings
Document Number:    01402109
Total Fees   :    34.00
Receipt Number - 125945
By, Penny Stewart, Deputy



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

20142470

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| LIMESTONE COUNTY | § |

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas 76653**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, **Luminant Holding Company LLC** and **Oak Grove Management Company LLC,** whose mailing address is c/o Property Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $1,659.96. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN
Page 1

20142470

8.    Claimant claims a lien to secure payment of the total amount of $1,659.96, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq*., and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: 

Printed Name: *Jason C Kirby*

Title: *Vice President - North Texas*

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219


A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN --
Page 2

20142470

## EXHIBIT "A"

**Legal Description:** A240 C.J. HEDDENBERG, ACRES 116.55
**Limestone County Appraisal District Property I.D.:** R60932

**Legal Description:** A326 J. E. Lewis, ACRES 71.314
**Limestone County Appraisal District Property I.D.:** R12135

**Legal Description:** Lease # 9900030 PRODUCING LIGNITE KOSSE MINE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N359204

**Legal Description:** Lease # 9900010 KOSSE MINING, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N334051

**Legal Description:** Lease # 9900020 LIGNITE STOCKPILE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N271609

Filed for Record in:
Limestone County

On: Jul 01,2014 at 11:22A

By:Lederle Salazar

STATE OF TEXAS          COUNTY OF LIMESTONE
I hereby certify that this instrument was
filed on the date and time stamped hereon by me and
was duly recorded in the named records of:
Limestone County as stamped hereon by me.

Jul 01,2014

Peggy Beck, County Clerk
Limestone County

I, Peggy Beck, County Clerk,
Limestone County, Texas, do hereby certify
that this is a true and correct copy as the
same appears of record in my office.
Witness my hand and Seal of Office
on 7-1-14

Peggy Beck, County Clerk
By_____
Deputy



A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN --
Page 3

VOL. __1230__ PAGE__217__
**OFFICIAL RECORDS**
**MILAM COUNTY, TEXAS**

STATE OF TEXAS     §
                  §    *16506*

MILAM COUNTY     §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_ , hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_ . I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC** and/or **Luminant Generation Company LLC, Rockdale, Milam County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, **Luminant Generation Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

---

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

CERTIFIED TO BE A TRUE AND CORRECT COPY

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $11,857.89. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $11,857.89, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this __th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

VOL. __1230__ PAGE 218
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

CERTIFIED TO BE A TRUE AND CORRECT COPY
____ DAY OF ____ 20__
PAGE ____ OF ____

## EXHIBIT "A"

**Legal Description:** SANDOW 5-FLUIDIZED BED-LIGNITE STATIONARY BOILER POWER PLANT
**Milam County Appraisal District Property I.D.:** 76976

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 11-15323
**Milam County Appraisal District Property I.D.:** 20512603

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 07-11851
**Milam County Appraisal District Property I.D.:** 77750

**Legal Description:** SANDOW 5 POLLUTION CONTROL
**Milam County Appraisal District Property I.D.:** 20510500

**Legal Description:** SANDOW 5 POLLUTION CONTROL 2010 APPROVED TCEQ
**Milam County Appraisal District Property I.D.:** 20511598

**Legal Description:** MINE IMPROVEMENTS ROCKDALE
**Milam County Appraisal District Property I.D.:** 20512604

CLERK'S NOTICE: ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE, IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

FILED
AT 2:55 O'CLOCK P M
ON THE 1 DAY OF July
A.D., 20 14

Barbara Vansa
COUNTY CLERK, MILAM COUNTY TEXAS
BY Linda Hall DEPUTY

34 K 3 Pgs

STATE OF TEXAS
COUNTY OF MILAM
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Records of Milam County, Texas.

Barbara Vansa
County Clerk, Milam County, Texas
VOL. 1230 PAGE 217
RECORDED 7-1-14 @ 5P
BY Linda Hall DEPUTY

VOL. 1230 PAGE 219
**OFFICIAL RECORDS**
**MILAM COUNTY, TEXAS**

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

CERTIFIED TO BE A TRUE AND CORRECT COPY
2 DAY OF July 2014

STATE OF TEXAS          §

                        §

ROBERTSON COUNTY        §

Accepted for Filing in:
Robertson County
On: Jul 01,2014 at 02:12P
By: Carol Bancroft

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company LLC, Franklin, Robertson County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Oak Grove Management Company LLC,** whose mailing addresses are P.O. Box 681, Fairfield, Texas 75840, 500 N. Akard Street, 14th Floor, Dallas, Texas 75201 and c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

Doc            Bk          Vol          Pg
20142113   OR        1239        116

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $5,629.00. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $5,629.00, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President – North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

Doc          BK        Vol        Pg
20142113    OR        1239      117

## EXHIBIT "A"

**Legal Description:** OAK GROVE SES UNITS 1 & 2
**Robertson County Appraisal District Account Number:** 2-001265-000020 (46098-1/34636)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000025 (46100-1/34636)

**Legal Description:** AB 174 J HENSLEY, M 8 QD#7, 1140/647, 15.2 ACRES
**Robertson County Appraisal District Account Number:** 000174-000080 (5842-1/27599)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000030 (51812/36758)

**Legal Description:** AB 174TR, 11J HENSLEY, 1148/346, 46.08 ACRES
**Robertson County Appraisal District Account Number:** 000174-000110 (5845-1/11709)

**Legal Description:**  AB 158 W F GRAY TR 2 972/369, 1135/67, 17 ACRES
**Robertson County Appraisal District Account Number:** 000158-000051 (5638-1/16518)

```
Doc          Bk      Vol      Pg
20142113  OR        1239      118
```

STATE OF TEXAS                    COUNTY OF ROBERTSON
         I hereby certify that this instrument was
filed on the date and time stamped hereon by me
and was duly recorded in the volume and page
of the named records of: Robertson County
as stamped hereon by me.

        Jul 01,2014

        Kathryn N. Brimhall, County Clerk
        Robertson County

00144192 VOL: 3304 PG: 621

| STATE OF TEXAS | § |
| | § |
| RUSK COUNTY | § |

### AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
### MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Mining Company LLC, and/or Energy Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Mining Company LLC**, whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.**, whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.      The total amount unpaid and reasonable value for labor and material furnished to the Property is $9,969.79. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.



TRUE AND CORRECT COPY OF ORIGINAL FILED IN RUSK COUNTY CLERK'S OFFICE.

00144192 VOL: 3304 PG: 622

8.    Claimant claims a lien to secure payment of the total amount of $9,969.79, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this _30_ th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219



TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

00144192 VOL: 3304 PG: 623

## EXHIBIT "A"

**Legal Description:** AB 160 D CORTINAS SUR, 2.52 AC AND 7.50 AC FIELD OFFICE, TU TR NO. 1284 AREA 361, DAVIDSON DAVID CLAY
**Rusk County Appraisal District Property I.D.:** 49282

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1214 AREA 361, SMITH PAUL
**Rusk County Appraisal District Property I.D.:** 54445

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1343 AREA 361, SMITH EMMA JEAN TRIMBLE
**Rusk County Appraisal District Property I.D.:** 24372

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1341 AREA 361, BARR NETTIE JAN
**Rusk County Appraisal District Property I.D.:** 1840

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 596 AREA 361, EPPS LOVIA DELOIS, HSE NTV
**Rusk County Appraisal District Property I.D.:** 21048

**Legal Description:** AB 160 D CORTINAS SUR, TU TR 1308 AREA 361, ANTHONY MARY, GONE 1/23/2012
**Rusk County Appraisal District Property I.D.:** 14921

**Legal Description:** AB 160 D CORTINAS SUR, TR NO. 1222/AREA 271, FITZGERALD DAN
**Rusk County Appraisal District Property I.D.:** 35522

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1213 AREA 361, RIFE MYRTLE TODD AND GROVER, EUGENE RILEY
**Rusk County Appraisal District Property I.D.:** 37842

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1281 AREA 361, GONZALEZ JOSE ISABEL, HSE GONE 8/22/2013
**Rusk County Appraisal District Property I.D.:** 41433

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1250 AREA 361, WALLACE RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63992

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1249 ARE 361, WALLACE RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63947

TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

00144192 VOL: 3304 PG: 624

STATE OF TEXAS                                    COUNTY OF RUSK
I hereby certify that this instrument was filed on
the date and time stamped hereon by me and
was duly recorded in the volume and page of the
named records of Rusk County, Texas as stamped
hereon by me.          OFFICIAL PUBLIC RECORDS

FILED FOR RECORD

Jul 01,2014 01:03P

JOYCE LEWIS-KUGLE,
COUNTY CLERK
RUSK COUNTY, TEXAS

Jul 01,2014 01:03P

JOYCE LEWIS-KUGLE, COUNTY CLERK

RUSK COUNTY, TEXAS

By:

Esther Mawa
DEPUTY



TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

*THE STATE OF TEXAS:*

*COUNTY OF RUSK: I, JOYCE LEWIS-KUGLE*, County Clerk of Rusk County, Texas, do hereby certify that the above and foregoing instrument is a true and correct copy of the original instrument filed in this office on the ___ day of _____ A.D. ___ at ____ o'clock ___ M, as the same appears of record in Vol._____ Page _____ thru Page ____ of the _____ Records of Rusk County, Texas. Given Under My Hand and Seal of Office this ___ day of _____ A.D. 20___.

JOYCE LEWIS-KUGLE, County Clerk of the County Court of Rusk County, Texas

By: _____ Deputy





UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

## PROOF OF CLAIM

**COURT USE ONLY**

| Name of Debtor: Sandow Power Company LLC | Case Number: 14-11033 |
|---|---|

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:
Red Ball Oxygen Company
c/o McCathern PLLC
Attn: Jonathan L Howell
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

Telephone number:                Email:
(214) 273-6409          jhowell@mccathernlaw.com

❏ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

FILED / RECEIVED
MAY 1 2 2015
Epiq Bankruptcy Solutions, LLC

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number:                Email:

COURT USE ONLY

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❏ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❏ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❏ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❏ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❏ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❏ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$ _____

---

**1.  Amount of Claim as of Date Case Filed:**    $ 3,069.71
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❏  Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.  Basis for Claim:**  materialman's lien
(See instruction #2)

**3.  Last four digits of any number by which creditor identifies debtor:** _____ _____ _____ _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a)

**4.  Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☒ Real Estate    ❏ Motor Vehicle    ❏ Other

Describe:  See attached
Value of Property: $ 37,000,000.00
Annual Interest Rate _____%  ❏ Fixed or ❏ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:

$ _____

Basis for perfection:  See attached

Amount of Secured Claim: $ 3,069.71

Amount Unsecured: $ 0.00

---

**6.  Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____    (See instruction #6)
**7.  Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)
**8.  Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9.  Signature: (See instruction #9)**  Check the appropriate box:
☒ I am the creditor.   ❏ I am the creditor's authorized agent.    ❏ I am the trustee, or the debtor, or their    ❏ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Bob Ewing
Title:  President
Company:  Red Ball Oxygen Company

(Signature)
May 6, 2015
(Date)

Address, telephone number, and email (if different from notice address above):
P.O. Box 7316
Shreveport, Louisiana 71137-7316
Telephone number:    (318) 425-3211
Email:  bob.ewing@redballoxygen.com

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

## Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

http://www.efhcaseinfo.com

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate claim for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## _____ DEFINITIONS _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**If by First Class Mail:**

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**If by Hand Delivery or Overnight Mail:**

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## _____ INFORMATION _____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (http://www.efhcaseinfo.com) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## <u>NOTICE OF PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)</u>

COMES NOW Red Ball Oxygen Company ("<u>Red Ball</u>"), and files this Notice pursuant to 11 U.S.C. § 546(b) of the perfection of liens upon real property and improvements, including significant repair work and improvements to certain real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the laws of the State of Texas. In support of this Notice, Red Ball will show the following:

1.     **Overview.** Red Ball furnished, during the period spanning March 18, 2014 and April 8, 2014, labor and materials for construction or repair to certain real property and improvements pursuant to contractual agreements with one or more of the Debtors for which Red Ball has not been paid. The principal indebtedness in connection with the unpaid amounts due and owing on the Debtors' account with Red Ball is not less than $47,025.22, exclusive of contractual interest, attorneys' fees, and costs. Red Ball's claims in the aforementioned aggregate amount are secured by the materialman's liens described below.

2.     **Texas Materialman's and Constitutional Liens.** Red Ball timely filed the lien statements (the "<u>Texas Materialman's and Constitutional Liens</u>") against the real property and improvements described in the affidavits filed with the applicable Texas clerk's office, true and correct copies of which are attached as <u>Exhibit "A"</u> and are incorporated herein by reference.

3.      **Lien Rights under Texas Law**.    The Texas Materialman's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow . . . and . . . each lot of land necessarily connected or reclaimed," and specifically with regard to (i) Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas, (ii) Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas, (iii) Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas, (iv) Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC and/or Luminant Generation Company LLC, Rockdale, Milam County, Texas, (v) Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company, LLC, Franklin, Robertson County, Texas, and (vi) Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas (collectively, the "Properties"). *See* Tex. Prop. Code § 53.022.

4.      **Lien Inception**.    Red Ball's Texas Materialman's and Constitutional Liens incept and relate back to "the commencement of construction of improvements or delivery of materials to the land on which the improvements are to be located and on which the materials are to be used." Tex. Prop. Code § 53.124; *see also* 11 U.S.C. §§ 362(b)(3), 546(b)(1) (2014).

5.      **Further Information Available Upon Request**.    Any party-in-interest may obtain further information by contacting:

Red Ball Oxygen Company
c/o Jonathan L. Howell
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

(214) 741-2662
jhowell@mccathernlaw.com

6.    **Reservation of Rights**.    Red Ball reserves the right to supplement and/or amend this Notice.    Red Ball further reserves all rights under title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, and other applicable federal or state laws.    Nothing in this Notice shall be construed as a waiver of Red Ball's rights to assert any other claims against one or more of the Debtors pursuant to the Bankruptcy Code or applicable federal or state law, including, but not limited to, any administrative expense claim, priority claim, general unsecured claim, or other secured claim.

Date: July 8, 2014
Wilmington, Delaware

Respectfully submitted,

CIARDI CIARDI & ASTIN

Daniel K. Astin, Esq. (No. 4068)
John D. McLaughlin, Jr., Esq. (No. 4123)
Joseph J. McMahon, Jr., Esq. (No. 4819)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
Email: jmcmahon@ciardilaw.com

-and-

Jonathan L. Howell (*admitted pro hac vice*)
MCCATHERN, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219
Telephone: (214) 741-2662
Email: jhowell@mccathernlaw.com

Attorneys for Red Ball Oxygen Company

# Exhibit "A"

STATE OF TEXAS     §
                       §

BASTROP COUNTY   §



## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1. "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2. Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3. Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, and/or Energy Future Holdings Corp.

4. The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5. The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6. Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7. The total amount unpaid and reasonable value for labor and material furnished to the Property is $3,069.71. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

---

8.    Claimant claims a lien to secure payment of the total amount of $3,069.71, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

## EXHIBIT "A"

**Legal Description:** DRAGLINES AND EQUIPMENT AT THREE OAKS MINE
(LUMINANT MINE, ELGIN)
**Bastrop Central Appraisal District Property I.D.:** P113762

**Legal Description:** (LIGNITE RESERVES) AT THREE OAKS MINE
**Bastrop Central Appraisal District Property I.D.:** P113763

**Legal Description:** LIGNITE RESERVES @ THREE OAKS MINE (MCDADE)
**Bastrop Central Appraisal District Property I.D.:** P113764

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Rose Pietsch*

July 01, 2014  10:18:15 AM
MARYC FEE: $24.00  BOOK:2331 PAGE:373-375
ROSE PIETSCH, County Clerk
Bastrop, Texas
AFT LIE       201407985

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

014-02109



STATE OF TEXAS          §
                       §
FREESTONE COUNTY       §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_____,
hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason Kirby_____. I am the _Vice President – North Texas_
for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21
years of age, have personal knowledge of the facts set forth below, and am otherwise competent
and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street,
Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State
of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real
property described herein, including labor or materials to construct improvements or repairs
pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and
Luminant Holding Company LLC, Luminant Generation Company LLC, and/or Energy Future
Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed
generally consists of gases and other welding supplies used for significant repair work or
improvements to the real property described herein, and includes delivery, labor, and/or
materials furnished pursuant to the Agreement. The work and/or materials were provided to the
project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant
(hereinafter collectively referred to as the "Property") is the **Big Brown Power Plant and
Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas,** and as
further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the
Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Generation
Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box
219071, Dallas, Texas 75221 and/or **Energy Future Holdings Corp.,** whose mailing address is
Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the
above-described real property.

7.      The total amount unpaid and reasonable value for labor and material furnished to
the Property is $14,838.87. This total amount is true and correct, and all just and lawful offsets,
payments, and credits known to affiant have been allowed.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

8.    Claimant claims a lien to secure payment of the total amount of $14,838.87, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

01402109

## EXHIBIT "A"

**Legal Description:** J N ACOSTA, A-1
**Freestone Central Appraisal District Property I.D.:** 924

**Legal Description:** J N ACOSTA , A-1, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 926

**Legal Description:** J N ACOSTA, A-1, P AND A CARRIES IMP VALUE
**Freestone Central Appraisal District Property I.D.:** 927

**Legal Description:** M R PALACIOUS, A-20, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 5091

**Legal Description:** S P FLINT, A-229, TU RR TR  NO. 39
**Freestone Central Appraisal District Property I.D.:** 11073

**Legal Description:** J PEPI, A-21,
**Freestone Central Appraisal District Property I.D.:** 52724

FILED FOR RECORD IN
Freestone County
Linda Jarvis
COUNTY CLERK
ON: Jul 01,2014 AT 03:10P
as Recordings
Document Number:    01402109
Total Fees    :    34.00
Receipt Number   125945
by: Penny Stewart, Deputy



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

20142470

STATE OF TEXAS              §
                           §
LIMESTONE COUNTY           §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_____,
hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason Kirby_____. I am the _Vice President-North Texas_
for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21
years of age, have personal knowledge of the facts set forth below, and am otherwise competent
and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street,
Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State
of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real
property described herein, including labor or materials to construct improvements or repairs
pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and
Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy
Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed
generally consists of gases and other welding supplies used for significant repair work or
improvements to the real property described herein, and includes delivery, labor, and/or
materials furnished pursuant to the Agreement. The work and/or materials were provided to the
project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant
(hereinafter collectively referred to as the "Property") is the **Oak Grove Plant and Kosse Mine,
Oak Grove Management Company LLC, Kosse, Limestone County, Texas 76653,** and as
further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the
Texas Property Code, **Luminant Holding Company LLC** and **Oak Grove Management
Company LLC,** whose mailing address is c/o Property Tax Department, P.O. Box 219071,
Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy
Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-
described real property.

7.      The total amount unpaid and reasonable value for labor and material furnished to
the Property is $1,659.96. This total amount is true and correct, and all just and lawful offsets,
payments, and credits known to affiant have been allowed.

A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN
Page 1

20142470

8.     Claimant claims a lien to secure payment of the total amount of $1,659.96, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this _30_ th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219



A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN – Page 2

20142470

## EXHIBIT "A"

**Legal Description:** A240 C.J. HEDDENBERG, ACRES 116.55
**Limestone County Appraisal District Property I.D.:** R60932

**Legal Description:** A326 J. E. Lewis, ACRES 71.314
**Limestone County Appraisal District Property I.D.:** R12135

**Legal Description:** Lease # 9900030 PRODUCING LIGNITE KOSSE MINE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N359204

**Legal Description:** Lease # 9900010 KOSSE MINING, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N334051

**Legal Description:** Lease # 9900020 LIGNITE STOCKPILE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N271609

Filed for Record in:
Limestone County

On: Jul 01,2014 at 11:22A

By:Lederle Salazar

STATE OF TEXAS                    COUNTY OF LIMESTONE
        I hereby certify that this instrument was
filed on the date and time stamped hereon by me and
was duly recorded in the named records of:
Limestone County as stamped hereon by me.

Jul 01,2014

Peggy Beck, County Clerk
Limestone County

I, Peggy Beck, County Clerk,
Limestone County, Texas, do hereby certify
that this is a true and correct copy as the
same appears of record in my office.
Witness my hand and Seal of Office
on  7-1-14


Peggy Beck, County Clerk
By
        Deputy


A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN --
Page 3

VOL. 1230 PAGE 217
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

STATE OF TEXAS        §
                      §    16506
MILAM COUNTY          §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_. I am the _Vice President · North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC** and/or **Luminant Generation Company LLC, Rockdale, Milam County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, **Luminant Generation Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

CERTIFIED TO BE A TRUE AND CORRECT COPY

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $11,857.89. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $11,857.89, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this __th day of June 2014, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

VOL. __1230__ PAGE __218__
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

CERTIFIED TO BE A TRUE AND CORRECT COPY
__ DAY OF _____ 20_14_
PAGE ____ OF ___

## EXHIBIT "A"

**Legal Description:** SANDOW 5-FLUIDIZED BED-LIGNITE STATIONARY BOILER
POWER PLANT
**Milam County Appraisal District Property I.D.:** 76976

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 11-15323
**Milam County Appraisal District Property I.D.:** 20512603

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 07-11851
**Milam County Appraisal District Property I.D.:** 77750

**Legal Description:** SANDOW 5 POLLUTION CONTROL
**Milam County Appraisal District Property I.D.:** 20510500

**Legal Description:** SANDOW 5 POLLUTION CONTROL 2010 APPROVED TCEQ
**Milam County Appraisal District Property I.D.:** 20511598

**Legal Description:** MINE IMPROVEMENTS ROCKDALE
**Milam County Appraisal District Property I.D.:** 20512604

CLERK'S NOTICE: ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED
REAL PROPERTY BECAUSE OF COLOR OR RACE, IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

FILED
AT 2:55 O'CLOCK _P_ M
ON THE _1_ DAY OF _July_
A.D., 20 _14_

Barbara Vansa
COUNTY CLERK, MILAM COUNTY TEXAS

BY _Linda Hall_ DEPUTY

STATE OF TEXAS
COUNTY OF MILAM
I hereby certify that this instrument was FILED on the date
and at the time stamped hereon by me and was duly
RECORDED in the Volume and Page of the Official Records
of Milam County, Texas.

Barbara Vansa
County Clerk, Milam County, Texas
VOL. _1230_ PAGE _219_
RECORDED _7-1-14 @ 5P_

BY _Linda Hall_ DEPUTY

34 K 3 Pg

VOL. _1230_ PAGE _219_
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

CERTIFIED TO BE A TRUE AND CORRECT COPY
_2_ DAY OF _July_ _2014_

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| ROBERTSON COUNTY | § |

Accepted for Filing in:
Robertson County
On: Jul 01, 2014 at 02:12P
By: Carol Bancroft

### AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
### MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared ___Jason Kirby___, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is __Jason Kirby__. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company LLC, Franklin, Robertson County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Oak Grove Management Company LLC,** whose mailing addresses are P.O. Box 681, Fairfield, Texas 75840, 500 N. Akard Street, 14th Floor, Dallas, Texas 75201 and c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

```
Doc           Bk        Vol        Pg
  20142113   OR        1239         116
```

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $5,629.00.  This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $5,629.00, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President – North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

Doc        Bk        Vol        Pg
  20142113  OR          1239        117

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

## EXHIBIT "A"

**Legal Description:** OAK GROVE SES UNITS 1 & 2
**Robertson County Appraisal District Account Number:** 2-001265-000020 (46098-1/34636)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000025 (46100-1/34636)

**Legal Description:** AB 174 J HENSLEY, M 8 QD#7, 1140/647, 15.2 ACRES
**Robertson County Appraisal District Account Number:** 000174-000080 (5842-1/27599)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000030 (51812/36758)

**Legal Description:** AB 174TR, 11J HENSLEY, 1148/346, 46.08 ACRES
**Robertson County Appraisal District Account Number:** 000174-000110 (5845-1/11709)

**Legal Description:** AB 158 W F GRAY TR 2 972/369, 1135/67, 17 ACRES
**Robertson County Appraisal District Account Number:** 000158-000051 (5638-1/16518)

Doc          Bk      Vol        Pg
20142113 OR          1239       118

---

STATE OF TEXAS            COUNTY OF ROBERTSON
      I hereby certify that this instrument was
filed on the date and time stamped hereon by me
and was duly recorded in the volume and page
of the named records of: Robertson County
as stamped hereon by me.

            Jul 01,2014

            Kathryn N. Grimhall, County Clerk
            Robertson County

00144192 VOL: 3304 PG: 621

| STATE OF TEXAS | § |
| | § |
| RUSK COUNTY | § |

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107.  Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Mining Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement.  The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Mining Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $9,969.79.  This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.


TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

00144192 VOL: 3304 PG: 622

8.    Claimant claims a lien to secure payment of the total amount of $9,969.79, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: Jason L Kirby

Title: Vice President - North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219



TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN – Page 2

00144192 VOL: 3304 PG: 623

## EXHIBIT "A"

**Legal Description:** AB 160 D CORTINAS SUR, 2.52 AC AND 7.50 AC FIELD OFFICE, TU TR NO. 1284 AREA 361, DAVIDSON DAVID CLAY
**Rusk County Appraisal District Property I.D.:** 49282

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1214 AREA 361, SMITH PAUL
**Rusk County Appraisal District Property I.D.:** 54445

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1343 AREA 361, SMITH EMMA JEAN TRIMBLE
**Rusk County Appraisal District Property I.D.:** 24372

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1341 AREA 361, BARR NETTIE JAN
**Rusk County Appraisal District Property I.D.:** 1840

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 596 AREA 361, EPPS LOVIA DELOIS, HSE NTV
**Rusk County Appraisal District Property I.D.:** 21048

**Legal Description:** AB 160 D CORTINAS SUR, TU TR 1308 AREA 361, ANTHONY MARY, GONE 1/23/2012
**Rusk County Appraisal District Property I.D.:** 14921

**Legal Description:** AB 160 D CORTINAS SUR, TR NO. 1222/AREA 271, FITZGERALD DAN
**Rusk County Appraisal District Property I.D.:** 35522

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1213 AREA 361, RIFE MYRTLE TODD AND GROVER, EUGENE RILEY
**Rusk County Appraisal District Property I.D.:** 37842

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1281 AREA 361, GONZALEZ JOSE ISABEL, HSE GONE 8/22/2013
**Rusk County Appraisal District Property I.D.:** 41433

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1250 AREA 361, WALLACE RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63992

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1249 ARE 361, WALLACE RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63947

TRUE AND CORRECT COPY OF ORIGINAL FILED IN RUSK COUNTY CLERK'S OFFICE.

00144192 VOL: 3304 PG: 624

STATE OF TEXAS                    COUNTY OF RUSK
I hereby certify that this instrument was filed on
the date and time stamped hereon  by me  and
was  duly recorded  in the volume  and page of the
named  records  of  Rusk County, Texas  as stamped
hereon by me.              OFFICIAL PUBLIC RECORDS

Jul 01,2014 01:03P

JOYCE LEWIS-KUGLE, COUNTY CLERK

RUSK COUNTY, TEXAS

FILED FOR RECORD

Jul 01,2014 01:03P

JOYCE LEWIS-KUGLE,
  COUNTY CLERK
RUSK COUNTY, TEXAS

By:

Esther Mawa
  DEPUTY



TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

*THE STATE OF TEXAS:*

*COUNTY OF RUSK: I, JOYCE LEWIS-KUGLE,* County Clerk of Rusk County, Texas, do hereby certify that the above and foregoing instrument is a true and correct copy of the original instrument filed in this office on the ___ day of _____ A.D. ____, at ____ o'clock __ M, as the same appears of record in Vol ____ Page ____ thru Page ____ of the _____ Records of Rusk County, Texas. Given Under My Hand and Seal of Office this ___ day of _____ A.D. ____.

JOYCE LEWIS-KUGLE, County Clerk of the County Court of Rusk County, Texas

By: _____ Deputy





| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Energy Future Holdings Corp. Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>Grand Central Station, P.O. Box 4613<br>New York, NY 10163-4613 | **PROOF OF CLAIM**<br>**COURT USE ONLY** |

| Name of Debtor: | Case Number: |
|---|---|
| Sandow Power Company LLC | 14-11033 |

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

Red Ball Oxygen Company
c/o McCathern PLLC
Attn: Jonathan L Howell
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

Telephone number:          Email:

(214) 273-6409          jhowell@mccathernlaw.com

❏ Check this box if this claim amends a previously filed claim.

Court Claim Number:
_____
(If known)

Filed on: _____

FILED / RECEIVED

MAY 1 2 2015

Epiq Bankruptcy Solutions, LLC

Name and address where payment should be sent (if different from above):

Telephone number:          Email:

COURT USE ONLY

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**5.   Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❏ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❏ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❏ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❏ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❏ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❏ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

**Amount entitled to priority:**

$_____

**1.   Amount of Claim as of Date Case Filed:** $ 11,857.89
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.   Basis for Claim:** materialman's lien
(See instruction #2)

**3.   Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___
3a. Debtor may have scheduled account as: _____
(See instruction #3a)

**4.   Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☒ Real Estate    ❏ Motor Vehicle    ☒ Other
Describe: See attached
Value of Property: $ 360,971,100.00
Annual Interest Rate _____% ❏ Fixed  or ❏ Variable
(when case was filed)

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:

$_____

Basis for perfection: See attached

Amount of Secured Claim: $ 11,857.89

Amount Unsecured: $ 0.00

**6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____        (See instruction #6)

**7.   Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8.   Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9.   Signature: (See instruction #9)**   Check the appropriate box:
☒ I am the creditor.   ❏ I am the creditor's authorized agent.   ❏ I am the trustee, or the debtor, or their   ❏ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Address, telephone number, and email (if different from notice address above):
P.O. Box 7316
Shreveport, Louisiana 71137-7316
Telephone number:   (318) 425-3211
Email: bob.ewing@redballoxygen.com

Print Name:   Bob Ewing
Title:   President
Company:   Red Ball Oxygen Company

(Signature)

(Date)

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

## Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**

Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

http://www.efhcaseinfo.com

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**

If any portion of the claim falls into any one category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**

State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**

Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**

The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**

A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**If by First Class Mail:**

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**If by Hand Delivery or Overnight Mail:**

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (http://www.efhcaseinfo.com) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.,* | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### <u>NOTICE OF PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)</u>

COMES NOW Red Ball Oxygen Company ("<u>Red Ball</u>"), and files this Notice pursuant to 11 U.S.C. § 546(b) of the perfection of liens upon real property and improvements, including significant repair work and improvements to certain real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the laws of the State of Texas. In support of this Notice, Red Ball will show the following:

1.     **Overview.** Red Ball furnished, during the period spanning March 18, 2014 and April 8, 2014, labor and materials for construction or repair to certain real property and improvements pursuant to contractual agreements with one or more of the Debtors for which Red Ball has not been paid. The principal indebtedness in connection with the unpaid amounts due and owing on the Debtors' account with Red Ball is not less than $47,025.22, exclusive of contractual interest, attorneys' fees, and costs. Red Ball's claims in the aforementioned aggregate amount are secured by the materialman's liens described below.

2.     **Texas Materialman's and Constitutional Liens.** Red Ball timely filed the lien statements (the "<u>Texas Materialman's and Constitutional Liens</u>") against the real property and improvements described in the affidavits filed with the applicable Texas clerk's office, true and correct copies of which are attached as <u>Exhibit "A"</u> and are incorporated herein by reference.

---

3.      **Lien Rights under Texas Law**.    The Texas Materialman's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow . . . and . . . each lot of land necessarily connected or reclaimed," and specifically with regard to (i) Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas, (ii) Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas, (iii) Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas, (iv) Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC and/or Luminant Generation Company LLC, Rockdale, Milam County, Texas, (v) Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company, LLC, Franklin, Robertson County, Texas, and (vi) Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas (collectively, the "Properties"). *See* Tex. Prop. Code § 53.022.

4.      **Lien Inception**. Red Ball's Texas Materialman's and Constitutional Liens incept and relate back to "the commencement of construction of improvements or delivery of materials to the land on which the improvements are to be located and on which the materials are to be used." Tex. Prop. Code § 53.124; *see also* 11 U.S.C. §§ 362(b)(3), 546(b)(1) (2014).

5.      **Further Information Available Upon Request**. Any party-in-interest may obtain further information by contacting:

Red Ball Oxygen Company
c/o Jonathan L. Howell
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

(214) 741-2662
jhowell@mccathernlaw.com

6.    **Reservation of Rights**.    Red Ball reserves the right to supplement and/or
amend this Notice.  Red Ball further reserves all rights under title 11 of the United States Code
(the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, and other applicable
federal or state laws.  Nothing in this Notice shall be construed as a waiver of Red Ball's rights
to assert any other claims against one or more of the Debtors pursuant to the Bankruptcy Code or
applicable federal or state law, including, but not limited to, any administrative expense claim,
priority claim, general unsecured claim, or other secured claim.

Date: July 8, 2014                    Respectfully submitted,
      Wilmington, Delaware

                                      CIARDI CIARDI & ASTIN

                                      Daniel K. Astin, Esq. (No. 4068)
                                      John D. McLaughlin, Jr., Esq. (No. 4123)
                                      Joseph J. McMahon, Jr., Esq. (No. 4819)
                                      1204 N. King Street
                                      Wilmington, DE 19801
                                      Telephone: (302) 658-1100
                                      Facsimile: (302) 658-1300
                                      Email: jmcmahon@ciardilaw.com

                                      -and-

                                      Jonathan L. Howell (*admitted pro hac vice*)
                                      MCCATHERN, PLLC
                                      Regency Plaza
                                      3710 Rawlins, Suite 1600
                                      Dallas, TX 75219
                                      Telephone: (214) 741-2662
                                      Email: jhowell@mccathernlaw.com

                                      Attorneys for Red Ball Oxygen Company

# Exhibit "A"

STATE OF TEXAS          §
                        §
BASTROP COUNTY          §



## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Three Oaks Mine, Sandow Power Company LLC, Elgin, Bastrop County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $3,069.71. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

8.    Claimant claims a lien to secure payment of the total amount of $3,069.71, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

<u>After recording, return to:</u>
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

## EXHIBIT "A"

**Legal Description:** DRAGLINES AND EQUIPMENT AT THREE OAKS MINE
(LUMINANT MINE, ELGIN)
**Bastrop Central Appraisal District Property I.D.:** PI13762

**Legal Description:** (LIGNITE RESERVES) AT THREE OAKS MINE
**Bastrop Central Appraisal District Property I.D.:** PI13763

**Legal Description:** LIGNITE RESERVES @ THREE OAKS MINE (MCDADE)
**Bastrop Central Appraisal District Property I.D.:** PI13764

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Rose Pietsch*

July 01, 2014  10:18:15 AM
MARYC FEE: $24.00  BOOK:2331 PAGE:373-375
ROSE PIETSCH, County Clerk
Bastrop, Texas
AFT LIE          201407985

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3



01402109

STATE OF TEXAS         §
                               §

FREESTONE COUNTY     §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

       BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_____, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

       1.      "My name is _Jason Kirby____. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

       2.      Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

       3.      Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

       4.      The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

       5.      The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Big Brown Power Plant and Mines, Luminant Generation Company LLC, Fairfield, Freestone County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

       6.      Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Generation Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221 and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

       7.      The total amount unpaid and reasonable value for labor and material furnished to the Property is $14,838.87. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

---

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN – Page 1

8.    Claimant claims a lien to secure payment of the total amount of $14,838.87, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: Jason L. Kirby

Title: Vice President – North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018


NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERK'S OFFICE

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

01402109

## EXHIBIT "A"

**Legal Description:** J N ACOSTA, A-1
**Freestone Central Appraisal District Property I.D.:** 924

**Legal Description:** J N ACOSTA , A-1, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 926

**Legal Description:** J N ACOSTA, A-1, P AND A CARRIES IMP VALUE
**Freestone Central Appraisal District Property I.D.:** 927

**Legal Description:** M R PALACIOUS, A-20, STATE PARK
**Freestone Central Appraisal District Property I.D.:** 5091

**Legal Description:** S P FLINT, A-229, TU RR TR  NO. 39
**Freestone Central Appraisal District Property I.D.:** 11073

**Legal Description:** J PEPI, A-21,
**Freestone Central Appraisal District Property I.D.:** 52724

FILED FOR RECORD IN
Freestone County
Linda Jarvis
COUNTY CLERK
ON: Jul 01,2014 AT 03:10P
as Recordings
Document Number: 01402109
Total Fees      :    34.00
Receipt Number - 125945
By, Penny Stewart, Deputy


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN FREESTONE
COUNTY CLERKS OFFICE

---

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

20142470

STATE OF TEXAS             §
                          §
LIMESTONE COUNTY           §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_ , hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason Kirby_ . I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Plant and Kosse Mine, Oak Grove Management Company LLC, Kosse, Limestone County, Texas 76653**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, **Luminant Holding Company LLC** and **Oak Grove Management Company LLC**, whose mailing address is c/o Property Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.**, whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.      The total amount unpaid and reasonable value for labor and material furnished to the Property is $1,659.96. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN
Page 1

20142470

8.    Claimant claims a lien to secure payment of the total amount of $1,659.96, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: Jason C Kirby

Title: Vice President - North Texas

SWORN AND SUBSCRIBED BEFORE ME, on this 30 th day of June 2014, to certify which witness my hand and seal of office.



SUSAN M HOWARTH
My Commission Expires
April 12, 2018

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219



A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

20142470

## EXHIBIT "A"

**Legal Description:**  A240 C.J. HEDDENBERG, ACRES 116.55
**Limestone County Appraisal District Property I.D.:** R60932

**Legal Description:** A326 J. E. Lewis, ACRES 71.314
**Limestone County Appraisal District Property I.D.:** R12135

**Legal Description:** Lease # 9900030 PRODUCING LIGNITE KOSSE MINE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N359204

**Legal Description:** Lease # 9900010 KOSSE MINING, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N334051

**Legal Description:** Lease # 9900020 LIGNITE STOCKPILE, 0 ACRES 0% FULL
**Limestone County Appraisal District Property I.D.:** N271609

Filed for Record in:
Limestone County

On: Jul 01,2014  at  11:22A

By,Lederle Salazar

STATE OF TEXAS                    COUNTY OF LIMESTONE
        I hereby certify that this instrument was
filed on the date and time stamped hereon by me and
was duly recorded in the named records of:
Limestone County as stamped hereon by me.

Jul 01,2014

Peggy Beck, County Clerk
Limestone County

I,  Peggy Beck,  County Clerk,
Limestone County, Texas, do hereby certify
that this is a true and correct copy as the
same appears of record in my office.
Witness my hand and Seal of Office
on  7-1-14

        Peggy Beck, County Clerk
By                                
                Deputy


A CERTIFIED COPY
Peggy Beck, County Clerk
Limestone County, Texas

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

VOL. 1230 PAGE 217
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

STATE OF TEXAS        §
                      §    165°06
MILAM COUNTY          §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared ___Jason Kirby___, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is ___Jason Kirby___. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Sandow Power Company LLC, Luminant Generation Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Sandow Power Plant and Three Oaks Mine, Sandow Power Company LLC** and/or **Luminant Generation Company LLC, Rockdale, Milam County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Sandow Power Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, **Luminant Generation Company LLC,** whose mailing address is c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

---

CERTIFIED TO BE A TRUE AND CORRECT COPY

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $11,857.89. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $11,857.89, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President - North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this __th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

VOL. __1230__ PAGE__218__
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

CERTIFIED TO BE A TRUE AND CORRECT COPY
__2__ DAY OF __July__ 20_14_
PAGE __2__ OF __3__

## EXHIBIT "A"

**Legal Description:** SANDOW 5-FLUIDIZED BED-LIGNITE STATIONARY BOILER POWER PLANT
**Milam County Appraisal District Property I.D.:** 76976

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 11-15323
**Milam County Appraisal District Property I.D.:** 20512603

**Legal Description:** SANDOW 5 POLLUTION CONTROL TCEQ 07-11851
**Milam County Appraisal District Property I.D.:** 77750

**Legal Description:** SANDOW 5 POLLUTION CONTROL
**Milam County Appraisal District Property I.D.:** 20510500

**Legal Description:** SANDOW 5 POLLUTION CONTROL 2010 APPROVED TCEQ
**Milam County Appraisal District Property I.D.:** 20511598

**Legal Description:** MINE IMPROVEMENTS ROCKDALE
**Milam County Appraisal District Property I.D.:** 20512604

CLERK'S NOTICE: ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE, IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

FILED
AT 2:55 O'CLOCK P M
ON THE 1 DAY OF July
A.D., 20 14

Barbara Vansa
COUNTY CLERK, MILAM COUNTY TEXAS
BY Linda Hall DEPUTY

34K 3Pg

STATE OF TEXAS
COUNTY OF MILAM
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Records of Milam County, Texas.

Barbara Vansa
County Clerk, Milam County, Texas
VOL 1230 PAGE 217
RECORDED 7-1-14 @ 5P

BY Linda Hall DEPUTY

VOL. 1230 PAGE 219
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

CERTIFIED TO BE A TRUE AND CORRECT COPY
2 DAY OF July 2014

| STATE OF TEXAS | § | |
| | § | |
| ROBERTSON COUNTY | § | |

Accepted for filing in:
Robertson County
On: Jul 01,2014 at 02:13P
By: Carol Bancroft

### AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
### MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.    "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.    Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.    Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Oak Grove Management Company LLC, and/or Energy Future Holdings Corp.

4.    The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.    The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company LLC, Franklin, Robertson County, Texas,** and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.    Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Oak Grove Management Company LLC,** whose mailing addresses are P.O. Box 681, Fairfield, Texas 75840, 500 N. Akard Street, 14th Floor, Dallas, Texas 75201 and c/o State & Local Tax Department, P.O. Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

Doc            Bk        Vol        Pg
20142113  OR        1239      116

7.    The total amount unpaid and reasonable value for labor and material furnished to the Property is $5,629.00.  This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.

8.    Claimant claims a lien to secure payment of the total amount of $5,629.00, as set forth above, on the Property.  Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: _____

Printed Name: _Jason L. Kirby_

Title: _Vice President – North Texas_

SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

```
Doc          Bk       Vol       Pg
 20142113    OR        1239      117
```

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

## EXHIBIT "A"

**Legal Description:** OAK GROVE SES UNITS 1 & 2
**Robertson County Appraisal District Account Number:** 2-001265-000020 (46098-1/34636)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000025 (46100-1/34636)

**Legal Description:** AB 174 J HENSLEY, M 8 QD#7, 1140/647, 15.2 ACRES
**Robertson County Appraisal District Account Number:** 000174-000080 (5842-1/27599)

**Legal Description:** OAK GROVE SES
**Robertson County Appraisal District Account Number:** 2-001265-000030 (51812/36758)

**Legal Description:** AB 174TR, 11J HENSLEY, 1148/346, 46.08 ACRES
**Robertson County Appraisal District Account Number:** 000174-000110 (5845-1/11709)

**Legal Description:** AB 158 W F GRAY TR 2 972/369, 1135/67, 17 ACRES
**Robertson County Appraisal District Account Number:** 000158-000051 (5638-1/16518)

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

STATE OF TEXAS                COUNTY OF ROBERTSON
    I hereby certify that this instrument was
filed on the date and time stamped hereon by me
and was duly recorded in the volume and page
of the named records of: Robertson County
as stamped hereon by me.

        Jul 01,2014

    Kathryn N. Brimhall, County Clerk
    Robertson County

00144192 VOL= 3304 PG= 621

STATE OF TEXAS            §
                         §
RUSK COUNTY              §

## AFFIDAVIT FOR ORIGINAL CONTRACTOR'S
## MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN

BEFORE ME, the undersigned authority, personally appeared _Jason Kirby_, hereinafter referred to as "Affiant," who, upon his oath deposed and stated the following:

1.      "My name is _Jason Kirby_. I am the _Vice President - North Texas_ for Red Ball Oxygen Company (hereinafter sometimes referred to as "Claimant"). I am over 21 years of age, have personal knowledge of the facts set forth below, and am otherwise competent and authorized to make this Affidavit.

2.      Claimant's primary physical address and mailing address is 609 N. Market Street, Shreveport, Louisiana 71107. Claimant also has offices and other locations throughout the State of Texas, including offices in Grand Prairie, Houston, Longview, Lufkin, and Tyler, Texas.

3.      Claimant furnished labor or materials for construction or repair to the real property described herein, including labor or materials to construct improvements or repairs pursuant to agreement (hereinafter referred to as the "Agreement") by and between Claimant and Luminant Holding Company LLC, Luminant Mining Company LLC, and/or Energy Future Holdings Corp.

4.      The labor and/or materials furnished by Claimant and for which a lien is claimed generally consists of gases and other welding supplies used for significant repair work or improvements to the real property described herein, and includes delivery, labor, and/or materials furnished pursuant to the Agreement. The work and/or materials were provided to the project between March 18, 2014 and April 8, 2014.

5.      The real property and improvements sought to be charged with a lien by Claimant (hereinafter collectively referred to as the "Property") is the **Martin Lake Power Plant and Mines, Luminant Mining Company LLC, Tatum, Rusk County, Texas**, and as further described in the attached **Exhibit "A,"** which is incorporated herein.

6.      Claimant is the original contractor as that term is defined in section 53.001 of the Texas Property Code, and **Luminant Holding Company LLC** and/or **Luminant Mining Company LLC,** whose mailing address is c/o State & Local Tax Department, Post Office Box 219071, Dallas, Texas 75221, and/or **Energy Future Holdings Corp.,** whose mailing address is Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201, are the **owners or reputed owners** of the above-described real property.

7.      The total amount unpaid and reasonable value for labor and material furnished to the Property is $9,969.79. This total amount is true and correct, and all just and lawful offsets, payments, and credits known to affiant have been allowed.



AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 1

00144192 VOL: 3304 PG: 622

     8.    Claimant claims a lien to secure payment of the total amount of $9,969.79, as set forth above, on the Property. Specifically, Claimant claims a lien under the materialman's lien provisions of the Texas Property Code §§ 53.001, *et seq.*, and pursuant to lien granted by Article 16, section 37 of the Texas Constitution, and makes this sworn statement in support thereof.

     FURTHER AFFIANT SAYETH NOT."

RED BALL OXYGEN COMPANY

By: 

Printed Name: Jason L Kirby

Title: Vice President – North Texas

     SWORN AND SUBSCRIBED BEFORE ME, on this 30th day of June 2014, to certify which witness my hand and seal of office.

SUSAN M HOWARTH
My Commission Expires
April 12, 2018



NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

After recording, return to:
McCathern PLLC
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 2

00144192 VOL= 3304 PG=  623

## EXHIBIT "A"

**Legal Description:** AB 160 D CORTINAS SUR, 2.52 AC AND 7.50 AC FIELD OFFICE, TU
TR NO. 1284 AREA 361, DAVIDSON DAVID CLAY
**Rusk County Appraisal District Property I.D.:** 49282

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1214 AREA 361, SMITH PAUL
**Rusk County Appraisal District Property I.D.:** 54445

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1343 AREA 361, SMITH EMMA
JEAN TRIMBLE
**Rusk County Appraisal District Property I.D.:** 24372

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 1341 AREA 361, BARR
NETTIE JAN
**Rusk County Appraisal District Property I.D.:** 1840

**Legal Description:** AB 833 T WILLIAMS SUR, TU TR NO. 596 AREA 361, EPPS LOVIA
DELOIS, HSE NTV
**Rusk County Appraisal District Property I.D.:** 21048

**Legal Description:** AB 160 D CORTINAS SUR, TU TR 1308 AREA 361, ANTHONY MARY,
GONE 1/23/2012
**Rusk County Appraisal District Property I.D.:** 14921

**Legal Description:** AB 160 D CORTINAS SUR, TR NO. 1222/AREA 271, FITZGERALD
DAN
**Rusk County Appraisal District Property I.D.:** 35522

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1213 AREA 361, RIFE
MYRTLE TODD AND GROVER, EUGENE RILEY
**Rusk County Appraisal District Property I.D.:** 37842

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1281 AREA 361, GONZALEZ
JOSE ISABEL, HSE GONE 8/22/2013
**Rusk County Appraisal District Property I.D.:** 41433

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1250 AREA 361, WALLACE
RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63992

**Legal Description:** AB 160 D CORTINAS SUR, TU TR NO. 1249 ARE 361, WALLACE
RANDY G AND ANGELA
**Rusk County Appraisal District Property I.D.:** 63947

TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

AFFIDAVIT FOR ORIGINAL CONTRACTOR'S MATERIALMAN'S LIEN AND CONSTITUTIONAL LIEN –
Page 3

00144192 VOL= 3304 PG= 624

STATE OF TEXAS                    COUNTY OF RUSK      FILED FOR RECORD
I hereby certify that this instrument was filed on
the date and time stamped hereon by me and         Jul 01,2014 01:03P
was duly recorded in the volume and page of the
named records of Rusk County, Texas as stamped     JOYCE LEWIS-KUGLE,
hereon by me.              OFFICIAL PUBLIC RECORDS    COUNTY CLERK
                                                     RUSK COUNTY, TEXAS

          Jul 01,2014 01:03P                         By:

JOYCE LEWIS-KUGLE, COUNTY CLERK                      Esther Mawa
                                                     DEPUTY
RUSK COUNTY, TEXAS



TRUE AND CORRECT COPY
OF ORIGINAL
FILED IN RUSK
COUNTY CLERK'S OFFICE.

*THE STATE OF TEXAS:*
*COUNTY OF RUSK: I, JOYCE LEWIS-KUGLE*, County Clerk of Rusk County.Texas, do hereby certify that the above and foregoing instrument is a true and correct copy of the original instrument filed in this office on the ____ day of _____ A.D.____, at ____ o'clock ___ M, as the same appears of record in Vol.____ Page ____ thru Page ____ of the _____ Records of Rusk County, Texas.
Given Under My Hand and Seal of Office this ____ day of _____ A.D.____.
JOYCE LEWIS-KUGLE, County Clerk of the County Court of Rusk County, Texas
By: _____ Deputy



