IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | Re: Docket No(s). _____ |

## ORDER GRANTING RED BALL OXYGEN COMPANY'S MOTION TO PERMIT LATE FILING OF PROOFS OF CLAIM

**THIS MATTER**, having been opened to the Court upon the motion (the "Motion") of Red Ball Oxygen Company ("Red Ball"),[1] through its counsel, for the entry of an order permitting the late filing of proofs of claim by Red Ball; and good and sufficient notice having been provided; and the Court having found sufficient cause for the relief granted herein, it is hereby

**ORDERED** that Red Ball's Materialman Proofs of Claim, including the Secured Materialman Claims, are deemed timely filed prior to the Bar Date; and it is further

**ORDERED** that the relief granted herein is without prejudice to the rights of parties in interest to object to the Materialman Proofs of Claim, including the Secured Materialman Claims.

Dated: July ____, 2015
       Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein have the meaning given to them in the Motion.