IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | Re: Docket No(s). 4637 |

## MOTION TO LIMIT NOTICE OF RED BALL OXYGEN COMPANY'S MOTION TO PERMIT LATE FILING OF PROOFS OF CLAIM

Red Ball Oxygen Company ("Red Ball") hereby respectfully requests that this Court enter an order limiting notice with respect to its *Motion to Permit Late Filing of Proofs of Claim* [D.I. 4637] (the "Motion to Allow"), and respectfully represents as follows:

1. Red Ball believes that sufficient cause exists to limit notice of the Motion to the persons designated in paragraph 4 below.

2. In the Motion to Allow, Red Ball is seeking this Court's permission of the late filing of six (6) proofs of claim (docketed at claim nos. 10066 – 10071) with respect to materialmen's liens totaling less than $45,000.00. The exhibits to the Motion to Allow – which include backup for the filed claims – are voluminous.

3. Service of the Motion to Allow, with exhibits, upon all creditors in these bankruptcy cases would require a substantial mailing to numerous individuals or entities with minimal interest in the subject of the Motion to Allow and would create a significant and unnecessary expense on behalf of Red Ball.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. Accordingly, Red Ball proposes to (i) serve *notice only* of the Motion to Allow upon the parties listed on the Rule 2002 service list maintained by the Debtors/claims agent[2] and (ii) limit service of the complete Motion to Allow (with exhibits) to the same parties identified as "Notice Parties" in connection with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066], with the exception of counsel to the Fee Committee: (i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara, the Acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) and counsel to the Official Committee of Unsecured Creditors, Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo

---

[2] To the extent that any of the parties receiving notice only of the Motion to Allow contact counsel to Red Ball and request a copy of the Motion to Allow and/or its exhibits, Red Ball proposes to provide those items to the requesting parties electronically upon provision of an electronic mail address for that purpose.

Marinuzzi and Jennifer Marines (the "Limited Notice"). Such Limited Notice is designed to timely advise the major creditor constituencies and those persons most interested in these cases of the relief requested herein. Accordingly, Red Ball believes under these circumstances that such Limited Notice is adequate and sufficient for entry of the proposed Order and requests that this Court approve the Limited Notice.

WHEREFORE, Red Ball respectfully requests that the Court enter the order attached hereto as **Exhibit A** (i) approving the Limited Notice of the Motion to Allow and (ii) granting such other and further relief as the Court deems just and proper.

Dated: June 1, 2015　　　　　　　　　　**CIARDI CIARDI & ASTIN**
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　*/s/ Joseph J. McMahon, Jr.*
　　　　　　　　　　　　　　　　　　　　Daniel K. Astin, Esq. (No. 4068)
　　　　　　　　　　　　　　　　　　　　John D. McLaughlin, Jr., Esq. (No. 4123)
　　　　　　　　　　　　　　　　　　　　Joseph J. McMahon, Jr., Esq. (No. 4819)
　　　　　　　　　　　　　　　　　　　　1204 N. King Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Phone: (302) 658-1100
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 658-1300
　　　　　　　　　　　　　　　　　　　　jmclaughlin@ciardilaw.com
　　　　　　　　　　　　　　　　　　　　jmcmahon@ciardilaw.com

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　**McCathern PLLC**
　　　　　　　　　　　　　　　　　　　　Jonathan L. Howell, Esq.
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24053668
　　　　　　　　　　　　　　　　　　　　jhowell@mccathernlaw.com
　　　　　　　　　　　　　　　　　　　　Regency Plaza
　　　　　　　　　　　　　　　　　　　　3710 Rawlins, Suite 1600
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　　　　　　　　　Phone: (214) 741-2662
　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 741-4717

　　　　　　　　　　　　　　　　　　　　*Counsel to Red Ball Oxygen Company*