# Exhibit A

## Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[3] | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | **Re: Docket No(s). 4637 &** |

## ORDER LIMITING NOTICE REGARDING RED BALL OXYGEN COMPANY'S MOTION TO PERMIT LATE FILING OF PROOFS OF CLAIM

Upon the motion of Red Ball Oxygen Company ("Red Ball") for an order limiting notice (the "Motion to Limit") with respect to the *Motion to Permit Late Filing of Proofs of Claim* [D.I. 4637] (the "Motion to Allow"), all as more fully set forth in the Motion to Limit; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1.    The Motion to Limit is granted.

2.    Service of the Motion to Allow as described in the Motion to Limit constitutes good and sufficient service.

3.    This Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.


Dated: June ___, 2015
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[3] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.