**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 4416** |
| | ) | |

_____

*NO ORDER REQUIRED* CERTIFICATE OF NO OBJECTION REGARDING
ELEVENTH MONTHLY FEE STATEMENT OF POLSINELLI PC AS DELAWARE
COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM
THE PERIOD OF MARCH 1, 2015 THROUGH MARCH 31, 2015

The undersigned hereby certifies that, as of the date hereof, he has received no written

answer, objection or other responsive pleading to the *Eleventh Monthly Fee Statement of*

*Polsinelli PC as Delaware Counsel for the Official Committee of TCEH Unsecured Creditors for*

*Compensation and Reimbursement of Expenses Incurred from the Period of March 1, 2015*

*through March 31, 2015*, filed on May 7, 2015 [Docket No. 4416] (the "**Fee Statement**").  The

undersigned further certifies that after reviewing the Court's docket in this case, no answer,

objection or other responsive pleading to the Fee Statement appears thereon.  Pursuant to the

Notice of Fee Statement, responses to the Fee Statement were to be filed and served no later than

May 28, 2015 at 4:00 p.m. (ET).  The Fee Statement was filed and served in accordance with the

*Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [Docket No. 1896]

and the *Order Establishing Procedures for Interim Compensation and Reimbursement of*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

*Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] (the "**Administrative Order**").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession are authorized to pay Polsinelli PC 80% of its fees and 100% of its expenses requested in the Fee Statement upon filing of this certificate without the need for further order of the Court.  A summary of the fees and expenses sought by Polsinelli PC is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank]*

2

50493707.1

Dated: Wilmington, Delaware
June 1, 2015

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
   brettmiller@mofo.com
   lmarinuzzi@mofo.com
   tgoren@mofo.com

  -and-

*/s/ Christopher A. Ward* _____
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
Jarrett Vine (Del. Bar No. 5400)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
   jedelson@polsinelli.com
   skatona@polsinelli.com
   jvine@polsinelli.com

*Attorneys for the Official Committee of TCEH*
*Unsecured Creditors*

**EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[1] | Total Expenses Requested[2] | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Polsinelli PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, Delaware 19801<br><br>Delaware Counsel to the Official Committee of TCEH Unsecured Creditors | Eleventh Monthly Fee Statement<br><br>3/1/2015 through 3/31/2015<br><br>Filed 5/7/2015<br><br>Docket No. 4416 | $160,434.00 | $4,599.68 | 5/28/2015 | $128,347.20 | $4,599.68 | $32,086.80 |

[1] Consistent with the terms of the Administrative Order, the requested fees in the Monthly Fee Statement shall be allocated solely to TCEH.
[2] Consistent with the terms of the Administrative Order, the requested expenses in the Monthly Fee Statement shall be allocated solely to TCEH.

50493729.1