**<u>EXHIBIT A</u>**

**KPMG**

KPMG LLP
811 Main Street, Suite 4400
Houston, Texas 77002

| | |
|---|---|
| Telephone | +1 713 319 2000 |
| Fax | +1 713 319 2041 |
| Internet | www.us.kpmg.com |
| Internet: www.us.kpmg.com | |

May 11, 2015

## SCHEDULE A-29

Following the Parties' execution of this Schedule A-29, CONTRACTOR is authorized to perform the Work as identified below on behalf of COMPANY pursuant to the terms and conditions contained in the Master Services Agreement C0631124C ("the Agreement") dated November 1, 2009, as amended. Any work performed in connection with this engagement before the date of execution of this Schedule A is also governed by the terms and conditions contained in this Schedule A-29. All capitalized terms used but not defined herein shall have the meaning given to them in the Agreement.

## SCOPE OF WORK

COMPANY currently utilizes the Thomson Reuters' OneSource Indirect Tax Determination ("Tax System") tax software application with its Maximo and PeopleSoft Enterprise Resource Planning systems ("ERPs") for some of its business units with respect to its Texas purchase transactions. Other business units are in the process of migrating to the ERPs and Tax System with an expected go-live date in June 2015. CONTRACTOR will assist COMPANY with analysis and modifications to Tax System for the existing business units. CONTRACTOR will also assist COMPANY with the automation of its additional business units with Tax System.

CONTRACTOR will assist COMPANY with the review of business and tax requirements for transaction tax compliance. As part of this review of requirements, CONTRACTOR will assist COMPANY to validate that the necessary data elements that are required for the design, implementation and configuration of Tax System are currently present in ERPs and passing to Tax System. CONTRACTOR will assist in the additional configuration of Tax System and integration of that system with the applicable ERP modules. CONTRACTOR will also assist COMPANY in identifying tax issues that may require treatment as tax exception scenarios. Additionally, we will assist in the testing of the completed system for proper transaction tax calculation and reporting. Finally, CONTRACTOR will aid COMPANY with the necessary knowledge transfer of core practices and processes that are developed during the implementation.

To assist with meeting the COMPANY's business and tax requirements, CONTRACTOR will work with appropriate COMPANY personnel, including information technology ("IT") personnel, tax department personnel, financial organization personnel and relevant business operations personnel (collectively, the "Project Team"). This team approach, consisting of COMPANY's Project Team and CONTRACTOR professionals with tax technical skills and experience in automating the transaction tax function, will help enable COMPANY to implement an automated system for its transaction tax compliance needs.

These scope of services will consist of activities that include design confirmation, integration confirmation, product tax mapping confirmation, additional configurations, testing, training and post-production support. The services and deliverables that will be provided by CONTRACTOR are identified in the various categories of services:

### Category I – Design Confirmation

CONTRACTOR will provide consulting related to the design and configurations of transaction scenarios which will serve as a "blueprint" for software and process automation.

KPMG LLP is a Delaware limited liability partnership,
the U. S. Member firm of KPMG International Cooperative
("KPMG International"), a Swiss Entity.



CONTRACTOR will meet with representatives from COMPANY's internal Project Team to assist with determining an effective and efficient means of assisting/supporting the existing Tax System for COMPANY. To this end, CONTRACTOR will develop a mutually agreed-upon project team and delivery mechanism based on the collective input of all parties. During this phase, CONTRACTOR will assist with determining critical configuration impacts of transaction activities such as data flow, reporting entities, jurisdictions involved, product and service classes, and vendor exceptions.

**Category II – Integration**

The overall goal of this category is to assist/support COMPANY in validating the connection of Tax System with the applicable ERP systems. CONTRACTOR will work closely with COMPANY's Project Team to validate that the applicable systems are interfaced with the Tax Systems as directed by COMPANY.

**Category III – Configuration**

The goal of this category is to determine COMPANY's tax decisions in the Tax System are performing as identified in Category 1. CONTRACTOR will assist/support COMPANY in identifying appropriate transaction tax areas that require additional or redesigned configurations in the Tax System. CONTRACTOR will assist/support COMPANY with configuring the Tax System with business decisions made by COMPANY.

Primary tasks included in this category are the following:

- Perform/support the necessary product mapping and configuration in the Tax system to incorporate COMPANY's intended transaction tax decisions.

- Assist with modifications to Tax System reports and/or creation of custom reports to satisfy COMPANY's requirements for monthly compliance and audit support

COMPANY will need to provide written acknowledgement of the adequacy of any configuration related deliverables created by CONTRACTOR under a formalized acceptance and approval process to be agreed to by CONTRACTOR and COMPANY. The actual Tax System configuration is the responsibility of COMPANY.

**Category IV – Testing**

CONTRACTOR will assist COMPANY with developing a testing methodology and testing scenarios in order to confirm the validity of the Tax System implementation. CONTRACTOR will assist COMPANY with unit, system integration and user acceptance testing in accordance with COMPANY's approved test plans. During the system integration and user acceptance testing phases, CONTRACTOR will test the flow of data between ERPs and Tax System to validate that the implemented application is making the intended tax decisions.

Testing will focus on whether Tax System and the associated integration with ERPs meet COMPANY's business and functionality requirements. However, these tests will not necessarily constitute a full review or validation. Accordingly, it is COMPANY's responsibility to satisfy itself that Tax System and the associated integration with ERPs and its assumptions have been constructed in such a way as to materially meet its objectives.



- **Unit Testing**

CONTRACTOR will create a custom test plan and develop specific test scenarios designed to validate the internal tax calculation of Tax System. This unit test plan and test scenarios will be subject to COMPANY's review and approval prior to testing. Unit testing will be the first opportunity to test the configuration of Tax System's decision database, as well as complex logic for transaction tax requirements in specific geographic locations.

- **System Integration Testing**

CONTRACTOR will assist COMPANY in determining the criteria for appropriate system integration test transactions in coordination with the overall project requirements. While COMPANY is responsible for selecting the set of transactions comprising the test, CONTRACTOR will review results during system integration testing to validate the actual results against expected results. Transaction tax validation is integral to achieving an overall satisfactory system integration test phase.

- **User Acceptance Testing**

CONTRACTOR will assist with user acceptance testing in the test environment prior to the release of Tax System to production. CONTRACTOR will review the results of user acceptance testing with COMPANY's tax department to determine if there are any discrepancies from the expected tax processing. The review will include tax report generation and validation of non-standard transactions. COMPANY will be responsible for confirming that user acceptance testing is carried out to its satisfaction. COMPANY's approval of the user acceptance testing results will constitute completion of the testing phase of the project and movement into the production phase (i.e., go-live) of the Tax System.

### Category 5 – User Training and Post-Production Support

To assist with knowledge transfer to COMPANY, CONTRACTOR may assist with the development of training guides for the use and maintenance of the Tax Systems by COMPANY's resources. CONTRACTOR will also provide on-site training to specific end users in the tax department on all functions within the Tax System relating to maintaining the Tax System's content updates and for providing production support. Specific IT technical training on matters outside of the Tax System's functionality shall be the responsibility of COMPANY.

*CONTRACTOR will provide tax related input on training regarding changes in any of the business processes within the ERP system; however, COMPANY will be responsible for the delivery of this type of training.*

CONTRACTOR's project resources will be available as needed following the next go-live of Tax System (anticipated June 2015) to assist COMPANY in finding the source of issues that may occur immediately after go-live and in determining the resources required to resolve these issues (e.g., COMPANY, CONTRACTOR, Tax Software Vendor, etc.). During this period, CONTRACTOR will also assist COMPANY with the creation of Tax System reports to support monthly compliance and audit documentation requests.

### Project Deliverables

The project deliverables will be as follows:



**Category I – Design Confirmation**

- Detailed list of all tax scenarios with any special configuration requirements (i.e., tax scenario configuration plan) as approved by COMPANY.

- A comprehensive list of core transaction scenarios (use cases) relevant to the business, and their expected tax treatment.

**Category II – Integration**

- Updated detailed data mapping and integration requirements for ERPs and tax System, If applicable.

**Category III – Configuration**

- Implemented configurations and master data in the Tax System per the configuration designs from Category I.

- Updated Product Mapping developed from taxability research provided by Thomson Reuters and COMPANY's tax department (or CONTRACTOR if requested) based on product category groups in applicable taxing jurisdictions as approved by COMPANY.

- Documentation of the configuration of Tax System to COMPANY's specifications, including specific product/service, location, and jurisdiction exceptions.

- Tax System reports (standard or custom) which satisfy COMPANY's requirements for monthly compliance and audit support.

**Category IV – Testing**

- Documentation of test plans and test cases, including the specific scenarios tested and the test case results, as approved by COMPANY.

- Tax System reports demonstrating the results of tax calculations for test scenarios.

**Category 5 – User Training and Post-Production Support**

- Customized Tax System user documentation and training for COMPANY's functional users and identified personnel who will maintain the Tax System application.

- Post go-live support, as requested by COMPANY

- Assistance with Tax System reporting to assist monthly compliance and audits, as requested by COMPANY.

**<u>Obligations of COMPANY</u>**

It is the responsibility of COMPANY to:



- Designate management level personnel to coordinate with CONTRACTOR and make management decisions relative to the transaction tax automation project, including accepting overall responsibility for overseeing the results of the services performed.

- Acquire and maintain all required licenses to operate the hardware, Tax System and ERPs including any licenses required for CONTRACTOR to access and use the software for purposes of this engagement.

- Maintain and perform any modification or customization of ERP that is needed to configure the system to interface with Tax System.

- Provide access to development, test and production servers as necessary to complete installation, integration, configuration and testing of Tax System.

- Assist with defining the set of transactions that will be processed and upon which COMPANY and CONTRACTOR will conduct testing.

Written advice provided to you under this engagement letter will be based on facts, representations, assumptions, and other information you provide to us, the completeness, accuracy and timeliness of which are critical factors in our ability to timely and accurately complete our services. Unless you request and we agree under a separate writing (a newly issued engagement letter or addendum to this engagement letter) after our advice has been issued in final form to you, KPMG will not update our advice to take into account your updating the facts you provide to us through your discovery of new or additional facts, or your updating any information that may have formed the basis of any assumptions we made in developing our advice. In rendering advice, we will consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the advice we issue to you.

Tax Advice Standards

If KPMG is considered to be a tax return preparer under Treasury Regulation §301.7701-15, we will apply elevated standards in providing tax advice. These standards are dependent on certain characteristics of the entity to which our services will be directed as follows:

1. For U.S. public companies or "large private entities" (i.e., private entities with prior year gross revenues of $300 million or more reflected in audited financial statements prepared in accordance with U.S. generally accepted accounting principles): We must be able to determine that (1) there is "substantial authority" for an undisclosed return position (i.e., the weight of authorities in support of a position is substantial in relation to the weight of authorities in opposition to the position) and (2) a disclosed return position has at least a "realistic possibility" of being sustained on its merits (i.e., approximately a one-in-three or greater likelihood of success if challenged by a tax authority). The laws of some states (e.g., New York) also may impose more stringent return preparation standards for state tax returns. For advice pertaining to a "Tax Shelter" (as defined in IRC §6662(d)(2)(C)(ii)) or a "reportable transaction" with a significant purpose of tax avoidance, tax practitioners must generally conclude their advice satisfies the "more likely than not" standard; if the taxpayer is advised regarding potential taxpayer penalties, tax practitioners may conclude at a "substantial authority" level.



2.  For "other private entities" (i.e., entities that do not fall within the definitions above as a U.S. public company or large private entity): We must be able to determine that a return position is at least "more likely than not" to be upheld (i.e., has a greater than 50 percent likelihood of success if challenged by the taxing authorities).

3.  If a return position relates to a transaction that is a "principal purpose transaction," we must arrive at a "should" confidence level (i.e., approximately a 70% or greater likelihood of success if challenged by the taxing authorities) with respect to the position.

4.  We will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

In determining whether a return position meets the appropriate standard, we will not take into account the possibility that a tax return will not be audited, that an issue will not be raised on audit, or that an issue will be settled. We will inform you as soon as possible if, during our analysis, we determine circumstances exist that prevent us from advising you under these standards.

<u>Use of Affiliates and Third Party Service Providers</u>
It is not anticipated at this stage that KPMG International member firm(s), affiliates or third party service providers will be involved in this project.

**DELIVERABLES:**

Deliverables will be in the format requested by COMPANY (i.e., oral, e-mail, memorandum, letter, Excel spreadsheet, etc.).

Contract Coordinator: Brandon Bloom                    Phone Number: 214.812.5723

**WORK SITE**

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in Houston, San Antonio and Dallas, TX.

**COMPENSATION, INVOICES AND PAYMENT**

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A, COMPANY will compensate CONTRACTOR as shown below. CONTRACTOR will bill you for our out-of-pocket expenses (e.g., travel, lodging, meals, etc.) in accordance with COMPANY's Reimbursable Expense Policy and Article 5 of the Agreement. CONTRACTOR's fees for tax consulting services will be billed as incurred. Total compensation, including all travel, accommodation, transportation, meals and incidental costs shall not exceed $550,000 without prior written approval by COMPANY. If fees are expected to exceed $550,000, KPMG will issue a separate SOW at that time. All invoices shall reflect the contract number.

State and Local Tax Professional and Support Staff Standard Hourly Rates as of December 9, 2013:

| Title | | Project Hourly Rates |
|---|---|---|
| Partner/Principal/Managing Director | | $682/hr |
| Senior Manager | | $595/hr |
| Manager | | $437/hr |
| Senior Associate | | $350/hr |
| Associate | | $241/hr |



CONTRACTOR will issue invoices on a bi-monthly basis. All invoices shall be sent to:

> Mr. Brandon Bloom
> Managing Tax Counsel
> EFH Corporate Services Company
> 1601 Bryan St.
> Dallas, TX 75201

**KEY PERSONNEL**

CONTRACTOR agrees that the individuals listed below will be assigned to perform the Work authorized by this Schedule A. CONTRACTOR will employ all reasonable efforts to ensure that such individuals remain so assigned until such Work is accepted by COMPANY; provided, however, that in the event that and such individuals are reassigned by CONTRACTOR or otherwise become unavailable to perform such Work, CONTRACTOR will provide, by way of replacement, individuals with reasonably equivalent experience and expertise.

| | |
|---|---|
| **Robert Kleppel:** | Tax Managing Director, State and Local Tax |
| **Brian Burdett:** | Tax Principal, State and Local Tax |
| **Dan LeCompte:** | Tax Senior Manager, State and Local Tax |
| **Kyle Meredith:** | Tax Senior Manager, State and Local Tax |
| **Josh Fritzsche:** | Tax Senior Manager, State and Local Tax |
| **Brandon Fulmer:** | Tax Manager, State and Local Tax |
| **Josh Yieh:** | Tax Manager, State and Local Tax |
| **Donny Asbell:** | Tax Senior Associate, State and Local Tax |

CONTRACTOR PERSONELL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONELL PERTAINING TO THE WORK

| | |
|---|---|
| **Robert Kleppel:** | Tax Managing Director, State and Local Tax |
| **Brian Burdett:** | Tax Principal, State and Local Tax |
| **Dan LeCompte:** | Tax Senior Manager, State and Local Tax |
| **Kyle Meredith:** | Tax Senior Manager, State and Local Tax |
| **Josh Fritzsche:** | Tax Senior Manager, State and Local Tax |
| **Brandon Fulmer:** | Tax Manager, State and Local Tax |
| **Josh Yieh:** | Tax Manager, State and Local Tax |
| **Donny Asbell:** | Tax Senior Associate, State and Local Tax |



*C0631124C*
*May 11, 2015*
*Page 8 of 8*

PRIVILAGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____ ATTORNEY-CLIENT COMMUNICATION

_____ ATTORNEY WORK PRODUCT

✓ TAX ADVISOR

OTHER: _Prepared in anticipation of litigation_____

**LIST OF ATTACHMENTS**

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety to this Schedule A.

Work not specified above may be authorized only through a separate Schedule A, or through an amendment or supplement to this Schedule A.

**CONTRACTOR LLP**                    **EFH Corporate Services Company**

By: _Robert Kleppel_____              By: _____

Printed Name: Robert Kleppel          Printed Name: Brandon Bloom

Title: *Managing Director, Tax*        Title: *Managing Tax Counsel*

Date: ___May 11, 2015_____        Date: _5/28/15_____