**Exhibit A**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 11.3 | $7,336.50 |
| 002 | Asset Disposition | 108.2 | $109,732.50 |
| 003 | EFH Business Operations | 4.5 | $4,282.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 10.00 | $10,290.00 |
| 005 | EFH Corporate Governance and Board Matters | 65.1 | $71,270.00 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 116.6 | $79,731.00 |
| 008 | Fee Applications and Objections | 35.6 | $31,081.00 |
| 009 | Financing and Cash Collateral | 92.8 | $84,281.00 |
| 010 | Hearings | 9.2 | $8,923.50 |
| 011 | Intercompany Claims Investigation and Analysis | 226.1 | $210,042.50 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 35.9 | $40,797.50 |
| 014 | Non-Working Travel | 60.5 | $33,303.75 |
| 015 | Plan and Disclosure Statement | 189.0 | $206,085.00 |
| 016 | Tax | 179.0 | $157,547.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,143.8** | **$1,054,703.75** |