# **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 50.9 | $64,897.50 |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 39.7 | $34,737.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 127.6 | $124,410.00 |
|  |  |  |  | $487.50 | 9.7 | $4,728.75[1] |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 39.5 | $39,500.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 33.4 | $37,575.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 107.8 | $121,275.00 |
|  |  |  |  | $562.50 | 23.8 | $13,387.50[1] |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 33.6 | $32,760.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 52.2 | $46,980.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 38.8 | $49,470.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 165.9 | $186,637.50 |
|  |  |  |  | $562.50 | 27.0 | $15,187.50[1] |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 120.4 | $111,370.00 |
| Christopher J. DePizzo | Associate | 2012 | Corporate | $575 | 2.6 | $1,495.00 |
| Michael E. Ellis | Associate | 2007 | Corporate | $800 | 15.7 | $12,560.00 |
| Scott J. Fishwick | Associate | 2012 | Litigation | $660 | 0.5 | $330.00 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 35.7 | $16,600.50 |
| Brandon W. Levitan | Associate | 2010 | Corporate | $695 | 37.8 | $26,271.00 |
| Joseph P. Malca | Associate | 2013 | Tax | $575 | 70.5 | $40,537.50 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 68.9 | $54,775.50 |
| Gary Silber | Associate | 2011 | Tax | $695 | 2.0 | $1,390.00 |
| Adam Waks | Associate | 2015 | Corporate | $395 | 0.2 | $79.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 11.2 | $8,568.00 |
| **Total** |  |  |  |  | **1,115.4** | **$1,045,522.75** |

---

[1]    Represents 50% reduction for non-working travel time.

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David C. Cooper | Legal Assistant | 17 years | Corporate | $325 | 1.9 | $617.50 |
| J. Devoy Dubuque | Legal Assistant | 2.5 years | Corporate | $235 | 4.3 | $1,010.50 |
| Olga A. Golinder | Legal Assistant | 2.5 years | Litigation | $325 | 0.3 | $97.50 |
| Joshua M. Kay | Project Manager of E-Discovery Services | 0.5 years | Professional Resources | $335 | 16.6 | $5,561.00 |
| Dera J. Nevin | Director of E-Discovery Services | 0.5 years | Professional Resources | $400 | 4.2 | $1,680.00 |
| Michael A. Willis | Legal Assistant | 0.5 years | Labor & Employment | $195 | 1.1 | $214.50 |
| **Total** | | | | | **28.4** | **$9,181.00** |

| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **1,143.8** | **$1,054,703.75** |
|---|---|---|