## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Reproduction Costs (at $0.10 per page) | $1,358.30 |
| Outside Reproduction Costs | $518.00 |
| Telecommunications | $128.31 |
| Research (Lexis/Westlaw/Other Database Search Services) | $4,100.85 |
| Litigation and Corporate Support Services[1] | $798.00 |
| Travel Out-of-Town – Transportation | $7,419.90[2] |
| Taxi, Carfare, Mileage, Parking | $1,989.75 |
| Messenger/Delivery/Postage | $256.29 |
| Business Meals | $1,779.12[3] |
| Out-of-Town Lodging | $5,121.06[4] |
| Word Processing | $0.00[5] |
| Other Disbursements | $0.00[6] |
| **Total** | **$23,469.58** |

---

[1] Consists of CourtCall, PACER, and filing expenses.

[2] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[3] Includes a reduction of $1,396.36 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $518.61 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[5] Includes a reduction of $696.20 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[6] Includes a reduction of $325.00 for certain overtime expenses that are not reimbursable pursuant to the fee committee guidelines.