## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 01/31/2015 | Jared Zajac | Litigation Support/docketing (Pacer) | 70.70 |
| 01/31/2015 | Jeffrey Chubak | Litigation Support/docketing (Pacer) | 12.70 |
| 02/19/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from O'Hare to Home) | 84.00 |
| 02/20/2015 | Jeff J. Marwil | Messenger/delivery | 14.29 |
| 02/20/2015 | Paul Possinger | Telephone | 1.49 |
| 02/23/2015 | Peter J. Young | Telephone | 35.23 |
| 02/25/2015 | Jeff J. Marwil | Airplane (GoGoAir Internet) | 20.95 |
| 02/28/2015 | Jeff J. Marwil | Outside Reproduction (Preparation of Presentation to Company) | 518.00 |
| 02/28/2015 | Jared Zajac | Litigation Support/docketing (Pacer) | 83.20 |
| 02/28/2015 | Jeffrey Chubak | Litigation Support/docketing (Pacer) | 163.30 |
| 03/03/2015 | Jeff J. Marwil | Airplane (Travel Service Fee-50%) | 20.00 |
| 03/04/2015 | Jeff J. Marwil | Airplane (GoGoAir Internet) | 20.95 |
| 03/05/2015 | Gary Silber | Taxicab/car Svc. (XYZ Car Service from Office to Home) | 90.77 |
| 03/09/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber Car from Newark Airport to Office) | 47.15 |
| 03/10/2015 | Gary Silber | Taxicab/car Svc. (XYZ Car Service from Office to Home) | 90.77 |
| 03/10/2015 | Jeff J. Marwil | Airplane (GoGoAir Internet) | 19.95 |
| 03/11/2015 | Jeff J. Marwil | Telephone | 28.30 |
| 03/11/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber Car from Office to Home) | 27.00 |
| 03/12/2015 | Jeff J. Marwil | Telephone | 2.14 |
| 03/20/2015 | Julie M. Allen | Telephone | 6.51 |
| 03/20/2015 | Joseph P. Malca | Local Meals | 20.00 |
| 03/23/2015 | Jeff J. Marwil | Filing and Court Costs (CourtCall for J. Levitan for 3/13/15 Hearing) | 107.00 |
| 03/23/2015 | Jeff J. Marwil | Filing and Court Costs (CourtCall for P. Possinger for 3/13/15 Hearing) | 107.00 |
| 03/27/2015 | Julie M. Allen | Taxicab/car Svc. (Cab from Hotel to Dallas Airport) | 95.78 |
| 03/27/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Cab from Hotel to Dallas Airport) | 56.00 |
| 03/27/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Parking at LAX) | 95.97 |
| 03/27/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Uber Car from Dinner to Hotel on 3/24/15) | 15.00 |
| 03/27/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Cab from Home to LAX on 3/23/15) | 52.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/27/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Cab from Hotel to Client Office on 3/24/15) | 14.00 |
| 03/27/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Cab from Hotel to Client Office on 3/25/15) | 10.00 |
| 03/27/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Uber Car from Dinner to Hotel on 3/25/15) | 25.00 |
| 03/27/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Uber Car from Dinner to Hotel on 3/26/15) | 25.00 |
| 03/27/2015 | Julie M. Allen | Airplane (Phoenix to Dallas to Los Angeles to New York) | 1,308.10 |
| 03/27/2015 | Michael A. Firestein | Airplane (GoGoAir Internet) | 21.60 |
| 03/27/2015 | Michael A. Firestein | Airplane (Los Angeles/Dallas) | 659.10 |
| 03/27/2015 | Michael A. Firestein | Out Of Town Meals (M. Firestein, J. Allen, M. Thomas, J. Marwil, R. Nowitz and N. Luria) | 240.00 |
| 03/27/2015 | Julie M. Allen | Out Of Town Transportation (Carey Limo Service from Dallas Airport to Hotel) | 108.76 |
| 03/27/2015 | Julie M. Allen | Lodging (5 nights in Dallas) | 1,500.00 |
| 03/27/2015 | Michael A. Firestein | Lodging (4 nights in Dallas) | 1,200.00 |
| 03/27/2015 | Michael A. Firestein | Lodging (Internet and Telecommunication at Hotel) | 44.85 |
| 03/29/2015 | Peter J. Young | Telephone | 5.49 |
| 03/31/2015 | Michael A. Firestein | Telephone | 30.91 |
| 03/31/2015 | Scott J. Fishwick | Other Database Research (Pacer) | 6.20 |
| 03/31/2015 | Scott J. Fishwick | Other Database Research (Pacer) | 7.90 |
| 03/31/2015 | Jared Zajac | Litigation Support/docketing (Pacer) | 64.30 |
| 03/31/2015 | Jeffrey Chubak | Litigation Support/docketing (Pacer) | 189.80 |
| 04/01/2015 | Brandon W. Levitan | Westlaw | 96.00 |
| 04/01/2015 | Jared Zajac | Reproduction | 3.40 |
| 04/01/2015 | Jared Zajac | Reproduction | 0.50 |
| 04/01/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 04/01/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 04/01/2015 | Peter J. Young | Reproduction | 0.50 |
| 04/01/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 04/01/2015 | Brandon W. Levitan | Reproduction | 7.80 |
| 04/01/2015 | Kimberly White | Reproduction | 5.00 |
| 04/01/2015 | Peter J. Young | Reproduction | 5.30 |
| 04/01/2015 | Peter J. Young | Reproduction | 1.80 |
| 04/01/2015 | Peter J. Young | Reproduction | 0.50 |
| 04/01/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 04/01/2015 | Kimberly White | Reproduction | 0.10 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 04/01/2015 | Kimberly White | Reproduction | 2.50 |
| 04/01/2015 | Peter J. Young | Reproduction | 1.50 |
| 04/01/2015 | Peter J. Young | Reproduction | 1.50 |
| 04/01/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 04/01/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/01/2015 | Brandon W. Levitan | Reproduction | 4.60 |
| 04/01/2015 | Peter J. Young | Reproduction | 1.80 |
| 04/01/2015 | Peter J. Young | Reproduction | 1.80 |
| 04/02/2015 | Joseph P. Malca | Reproduction | 6.50 |
| 04/02/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 04/02/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 04/02/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 04/02/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 04/02/2015 | Lary Alan Rappaport | Reproduction | 1.50 |
| 04/02/2015 | Jennifer L. Roche | Reproduction | 0.90 |
| 04/02/2015 | Jennifer L. Roche | Reproduction | 0.50 |
| 04/02/2015 | Jennifer L. Roche | Reproduction | 1.90 |
| 04/02/2015 | Mark K. Thomas | Reproduction | 20.20 |
| 04/02/2015 | Mark K. Thomas | Reproduction | 8.40 |
| 04/02/2015 | Paul Possinger | Reproduction | 3.70 |
| 04/02/2015 | Peter J. Young | Reproduction | 4.10 |
| 04/02/2015 | Paul Possinger | Reproduction | 3.70 |
| 04/02/2015 | Brandon W. Levitan | Westlaw | 1,317.00 |
| 04/02/2015 | Paul Possinger | Long Distance Telephone | 1.04 |
| 04/02/2015 | Paul Possinger | Long Distance Telephone | 1.39 |
| 04/03/2015 | Jeff J. Marwil | Messenger/delivery | 42.93 |
| 04/03/2015 | Jeff J. Marwil | Messenger/delivery | 18.74 |
| 04/03/2015 | Brandon W. Levitan | Westlaw | 114.00 |
| 04/03/2015 | Joseph P. Malca | Reproduction | 4.30 |
| 04/03/2015 | Joseph P. Malca | Reproduction | 1.70 |
| 04/03/2015 | Joseph P. Malca | Reproduction | 7.40 |
| 04/03/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 04/03/2015 | Joseph P. Malca | Reproduction | 1.80 |
| 04/03/2015 | Joseph P. Malca | Reproduction | 2.60 |
| 04/03/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 04/03/2015 | Michael A. Firestein | Reproduction | 3.70 |
| 04/03/2015 | Michael A. Firestein | Reproduction | 0.10 |
| 04/03/2015 | Michael A. Firestein | Reproduction | 0.50 |
| 04/03/2015 | Michael A. Firestein | Reproduction | 0.30 |
| 04/03/2015 | Michael A. Firestein | Reproduction | 5.20 |
| 04/03/2015 | Michael A. Firestein | Reproduction | 3.60 |
| 04/03/2015 | Michael A. Firestein | Reproduction | 4.70 |
| 04/03/2015 | Michael A. Firestein | Reproduction | 1.50 |
| 04/03/2015 | Michael A. Firestein | Reproduction | 1.10 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/03/2015 | Michael A. Firestein | Reproduction | 10.10 |
| 04/03/2015 | Michael A. Firestein | Reproduction | 0.50 |
| 04/03/2015 | Michael A. Firestein | Reproduction | 17.00 |
| 04/03/2015 | Lary Alan Rappaport | Reproduction | 4.40 |
| 04/03/2015 | Jennifer L. Roche | Reproduction | 0.10 |
| 04/03/2015 | Jennifer L. Roche | Reproduction | 5.40 |
| 04/03/2015 | Jennifer L. Roche | Reproduction | 0.10 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 1.70 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 10.70 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 17.40 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 17.40 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 0.60 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 6.50 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 4.60 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 3.00 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 3.00 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 1.90 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 8.50 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/03/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/04/2015 | Ho-jung Chang | Reproduction | 6.00 |
| 04/04/2015 | Ho-jung Chang | Reproduction | 1.20 |
| 04/04/2015 | Ho-jung Chang | Reproduction | 0.10 |
| 04/04/2015 | Ho-jung Chang | Reproduction | 0.10 |
| 04/04/2015 | Ho-jung Chang | Reproduction | 0.30 |
| 04/04/2015 | Ho-jung Chang | Reproduction | 8.70 |
| 04/05/2015 | Ho-jung Chang | Reproduction | 8.50 |
| 04/05/2015 | Lary Alan Rappaport | Reproduction | 8.30 |
| 04/05/2015 | Joseph P. Malca | Reproduction | 1.00 |
| 04/05/2015 | Joseph P. Malca | Reproduction | 1.00 |
| 04/05/2015 | Joseph P. Malca | Reproduction | 0.70 |
| 04/05/2015 | Joseph P. Malca | Reproduction | 1.00 |
| 04/05/2015 | Joseph P. Malca | Reproduction | 1.10 |
| 04/05/2015 | Joseph P. Malca | Reproduction | 1.10 |
| 04/05/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 04/05/2015 | Joseph P. Malca | Reproduction | 0.90 |
| 04/05/2015 | Jeff J. Marwil | Messenger/delivery | 19.89 |
| 04/05/2015 | Joseph P. Malca | Dinner Voucher/sweb (Sunday Lunch) | 20.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/05/2015 | Joseph P. Malca | Dinner Voucher/sweb (Sunday Dinner) | 20.00 |
| 04/06/2015 | Mark K. Thomas | Airplane (Chicago to New York on 3/4/15) | 211.55 |
| 04/06/2015 | Mark K. Thomas | Airplane (Travel Service Fees for 3/4/15 and 3/6/15 Flights-50%) | 40.00 |
| 04/06/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 04/06/2015 | Jeff J. Marwil | Messenger/delivery | 29.84 |
| 04/06/2015 | Joseph P. Malca | Reproduction | 11.40 |
| 04/06/2015 | Joseph P. Malca | Reproduction | 11.40 |
| 04/06/2015 | Peter J. Young | Reproduction | 8.50 |
| 04/06/2015 | Peter J. Young | Reproduction | 1.90 |
| 04/06/2015 | Peter J. Young | Reproduction | 0.20 |
| 04/06/2015 | Peter J. Young | Reproduction | 0.70 |
| 04/06/2015 | Brandon W. Levitan | Westlaw | 210.00 |
| 04/06/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Cab from Office to O'Hare on 3/4/15) | 50.00 |
| 04/06/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Cab from LaGuardia to Hotel on 3/4/15) | 50.00 |
| 04/07/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from Home to O'Hare) | 82.00 |
| 04/07/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab form LaGuardia to Hotel) | 46.01 |
| 04/07/2015 | Joseph P. Malca | Taxicab/car Svc. (XYZ Car Service for M. Firestein from Office to Hotel) | 36.90 |
| 04/07/2015 | Joseph P. Malca | Taxicab/car Svc. (XYZ Car Service for J. Marwil from Office to Hotel) | 36.90 |
| 04/07/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 04/07/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 04/07/2015 | Joseph P. Malca | Reproduction | 22.80 |
| 04/07/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 04/07/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 04/07/2015 | Joseph P. Malca | Reproduction | 0.90 |
| 04/07/2015 | Joseph P. Malca | Reproduction | 2.30 |
| 04/07/2015 | Ruth N. Custodio | Reproduction | 0.40 |
| 04/07/2015 | Joseph P. Malca | Reproduction | 11.40 |
| 04/07/2015 | Joseph P. Malca | Reproduction | 11.40 |
| 04/07/2015 | Lary Alan Rappaport | Reproduction | 11.40 |
| 04/07/2015 | Lary Alan Rappaport | Reproduction | 11.40 |
| 04/07/2015 | Joseph P. Malca | Reproduction | 8.50 |
| 04/07/2015 | Joseph P. Malca | Reproduction | 3.70 |
| 04/07/2015 | Joseph P. Malca | Reproduction | 0.90 |
| 04/07/2015 | Jennifer L. Roche | Reproduction | 3.80 |
| 04/07/2015 | Jeff J. Marwil | Out Of Town Meals | 40.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/07/2015 | Jeff J. Marwil | Out Of Town Meals | 40.00 |
| 04/07/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 04/07/2015 | Jeff J. Marwil | Messenger/delivery | 38.24 |
| 04/07/2015 | Jeff J. Marwil | Lodging (1 night New York) | 500.00 |
| 04/08/2015 | Jeff J. Marwil | Lodging (1 night New York) | 500.00 |
| 04/08/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 04/08/2015 | Jeff J. Marwil | Out Of Town Meals (J. Marwil, T. Walper, J. Allen and M. Firestein) | 78.41 |
| 04/08/2015 | Jeff J. Marwil | Out Of Town Meals | 22.60 |
| 04/08/2015 | Jeff J. Marwil | Out Of Town Meals | 40.00 |
| 04/08/2015 | Brandon W. Levitan | Westlaw | 27.00 |
| 04/08/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from Hotel to Meeting) | 12.96 |
| 04/08/2015 | Julie M. Allen | Food Service/conf. Dining | 412.36 |
| 04/08/2015 | Julie M. Allen | Food Service/conf. Dining | 93.90 |
| 04/08/2015 | Julie M. Allen | Food Service/conf. Dining | 48.99 |
| 04/08/2015 | Julie M. Allen | Food Service/conf. Dining | 61.24 |
| 04/08/2015 | Julie M. Allen | Food Service/conf. Dining | 93.90 |
| 04/08/2015 | Julie M. Allen | Food Service/conf. Dining | 132.83 |
| 04/08/2015 | Julie M. Allen | Food Service/conf. Dining | 16.33 |
| 04/08/2015 | Julie M. Allen | Food Service/conf. Dining | 21.78 |
| 04/08/2015 | Joseph P. Malca | Reproduction | 4.80 |
| 04/08/2015 | Joseph P. Malca | Reproduction | 3.30 |
| 04/08/2015 | Joseph P. Malca | Reproduction | 2.20 |
| 04/08/2015 | Joseph P. Malca | Reproduction | 3.40 |
| 04/08/2015 | Joseph P. Malca | Reproduction | 3.40 |
| 04/08/2015 | Joseph P. Malca | Reproduction | 4.80 |
| 04/08/2015 | Joseph P. Malca | Reproduction | 1.30 |
| 04/08/2015 | Joseph P. Malca | Reproduction | 0.60 |
| 04/08/2015 | Peter J. Young | Reproduction | 2.40 |
| 04/08/2015 | Peter J. Young | Reproduction | 1.10 |
| 04/08/2015 | Peter J. Young | Reproduction | 2.20 |
| 04/08/2015 | Peter J. Young | Reproduction | 1.40 |
| 04/09/2015 | Peter J. Young | Reproduction | 0.10 |
| 04/09/2015 | Peter J. Young | Reproduction | 4.90 |
| 04/09/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Cab from JFK to Hotel on 4/7) | 70.01 |
| 04/09/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Cab from Hotel to Meeting on 4/8) | 6.80 |
| 04/09/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Uber Car from Home to LAX on 4/7) | 65.00 |
| 04/09/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Cab from JFK to Home) | 49.00 |
| 04/09/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from Hotel to LaGuardia) | 47.81 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/09/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from O'Hare to Home) | 82.00 |
| 04/09/2015 | Michael A. Firestein | Taxicab/car Svc. (XYZ Car Service from Office to JFK) | 82.42 |
| 04/09/2015 | Jeff J. Marwil | Out Of Town Meals | 3.69 |
| 04/09/2015 | Michael A. Firestein | Out Of Town Meals | 40.00 |
| 04/09/2015 | Peter J. Young | Long Distance Telephone | 0.35 |
| 04/09/2015 | J. Devoy Dubuque | Long Distance Telephone | 2.09 |
| 04/09/2015 | Michael A. Firestein | Airplane (GoGoAir Internet) | 33.95 |
| 04/09/2015 | Michael A. Firestein | Airplane (LAX to/from JFK) | 2,294.55 |
| 04/09/2015 | Michael A. Firestein | Airplane (GoGoAir Internet) | 39.95 |
| 04/09/2015 | Jeff J. Marwil | Airplane (O'Hare to/from LaGuardia) | 592.10 |
| 04/09/2015 | Michael A. Firestein | Lodging (2 nights New York) | 787.32 |
| 04/10/2015 | Peter J. Young | Long Distance Telephone | 1.04 |
| 04/10/2015 | Peter J. Young | Long Distance Telephone | 3.48 |
| 04/10/2015 | Jeff J. Marwil | Messenger/delivery | 43.45 |
| 04/10/2015 | Brandon W. Levitan | Westlaw | 27.00 |
| 04/12/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 04/12/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 04/12/2015 | Joseph P. Malca | Reproduction | 2.50 |
| 04/13/2015 | Joseph P. Malca | Reproduction | 1.40 |
| 04/13/2015 | Peter J. Young | Reproduction | 4.90 |
| 04/13/2015 | Peter J. Young | Reproduction | 2.30 |
| 04/13/2015 | Peter J. Young | Reproduction | 1.20 |
| 04/13/2015 | Brandon W. Levitan | Reproduction | 6.30 |
| 04/13/2015 | Peter J. Young | Reproduction | 2.50 |
| 04/13/2015 | Peter J. Young | Reproduction | 6.80 |
| 04/13/2015 | Peter J. Young | Reproduction | 4.50 |
| 04/13/2015 | Jeff J. Marwil | Out Of Town Meals (J. Marwil and M. Thomas) | 22.70 |
| 04/13/2015 | Jeff J. Marwil | Airplane (O'Hare to Philadelphia) | 334.50 |
| 04/13/2015 | Jeff J. Marwil | Messenger/delivery | 26.69 |
| 04/13/2015 | Jeff J. Marwil | Messenger/delivery | 4.89 |
| 04/13/2015 | Peter J. Young | Long Distance Telephone | 0.35 |
| 04/13/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 04/13/2015 | Paul Possinger | Postage | 0.48 |
| 04/13/2015 | Mark K. Thomas | Out Of Town Meals (M. Thomas and J. Marwil) | 80.00 |
| 04/13/2015 | Jeff J. Marwil | Messenger/delivery | 12.36 |
| 04/13/2015 | Jeff J. Marwil | Messenger/delivery | 4.49 |
| 04/13/2015 | Kimberly White | Long Distance Telephone | 0.70 |
| 04/13/2015 | Jeff J. Marwil | Lodging (1 night Philadelphia) | 287.60 |
| 04/13/2015 | Brandon W. Levitan | Westlaw | 38.00 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 04/13/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Cab from Airport to Hotel) | 38.00 |
| 04/13/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from Home to O'Hare) | 82.00 |
| 04/14/2015 | Brandon W. Levitan | Westlaw | 486.00 |
| 04/14/2015 | Jeff J. Marwil | Out Of Town Transportation (Amtrak from Philadelphia to Wilmington) | 96.00 |
| 04/14/2015 | Mark K. Thomas | Out Of Town Meals | 30.39 |
| 04/14/2015 | Michele M. Reetz | Long Distance Telephone | 0.70 |
| 04/14/2015 | Jeff J. Marwil | Airplane (Baltimore to Chicago) | 258.05 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 1.40 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 11.80 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 2.00 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 8.50 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 1.90 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 20.70 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 0.90 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 1.90 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 4.60 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 6.90 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 4.20 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 8.00 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 22.30 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 15.70 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 1.60 |
| 04/14/2015 | Lorena Ramirez | Reproduction | 1.70 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 9.50 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 10.90 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 11.00 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 4.40 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.20 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.40 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.20 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.70 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.20 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 10.70 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 9.30 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.20 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 2.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 3.00 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 1.50 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 3.60 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 7.90 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 13.60 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.20 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 10.60 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 8.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 4.60 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 12.70 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.30 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.40 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 8.70 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.60 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 1.70 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 9.90 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.60 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.20 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 1.80 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 1.90 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 8.70 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.20 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.40 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.60 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 2.70 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 1.20 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 2.50 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 2.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 1.60 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 25.70 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 1.20 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 4.60 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 1.30 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/14/2015 | Proskauer Unassigned | Reproduction | 2.80 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 04/14/2015 | Proskauer Unassigned | Reproduction | 3.40 |
| 04/15/2015 | Paul Possinger | Reproduction | 2.60 |
| 04/15/2015 | Paul Possinger | Reproduction | 0.10 |
| 04/15/2015 | Michael E. Ellis | Reproduction | 9.30 |
| 04/15/2015 | Michael E. Ellis | Reproduction | 10.70 |
| 04/15/2015 | Michael E. Ellis | Reproduction | 10.50 |
| 04/15/2015 | Michael E. Ellis | Reproduction | 13.70 |
| 04/15/2015 | Michael E. Ellis | Reproduction | 0.20 |
| 04/15/2015 | Paulette Lindo | Reproduction | 12.10 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.20 |
| 04/15/2015 | Paulette Lindo | Reproduction | 7.30 |
| 04/15/2015 | Paulette Lindo | Reproduction | 1.40 |
| 04/15/2015 | Paulette Lindo | Reproduction | 10.50 |
| 04/15/2015 | Paulette Lindo | Reproduction | 13.60 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.70 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.40 |
| 04/15/2015 | Paulette Lindo | Reproduction | 7.00 |
| 04/15/2015 | Paulette Lindo | Reproduction | 10.70 |
| 04/15/2015 | Paulette Lindo | Reproduction | 9.30 |
| 04/15/2015 | Paulette Lindo | Reproduction | 5.80 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.30 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.20 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/15/2015 | Paulette Lindo | Reproduction | 5.20 |
| 04/15/2015 | Paulette Lindo | Reproduction | 3.30 |
| 04/15/2015 | Paulette Lindo | Reproduction | 17.20 |
| 04/15/2015 | Paulette Lindo | Reproduction | 1.60 |
| 04/15/2015 | Paulette Lindo | Reproduction | 3.40 |
| 04/15/2015 | Paulette Lindo | Reproduction | 2.70 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.80 |
| 04/15/2015 | Paulette Lindo | Reproduction | 1.30 |
| 04/15/2015 | Paulette Lindo | Reproduction | 4.60 |
| 04/15/2015 | Paulette Lindo | Reproduction | 2.50 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.20 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/15/2015 | Paulette Lindo | Reproduction | 1.20 |
| 04/15/2015 | Paulette Lindo | Reproduction | 1.70 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.60 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/15/2015 | Paulette Lindo | Reproduction | 1.90 |
| 04/15/2015 | Paulette Lindo | Reproduction | 0.40 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 04/15/2015 | Paulette Lindo | Reproduction | 0.60 |
| 04/15/2015 | Paulette Lindo | Reproduction | 1.40 |
| 04/15/2015 | Peter J. Young | Reproduction | 0.70 |
| 04/15/2015 | Peter J. Young | Reproduction | 1.90 |
| 04/15/2015 | J. Devoy Dubuque | Reproduction | 2.70 |
| 04/15/2015 | Peter J. Young | Reproduction | 0.60 |
| 04/15/2015 | Peter J. Young | Reproduction | 6.70 |
| 04/15/2015 | Mark K. Thomas | Airplane (Baltimore to O'Hare) | 238.05 |
| 04/15/2015 | Mark K. Thomas | Airplane (Travel Service Fee-50%) | 60.00 |
| 04/15/2015 | Mark K. Thomas | Airplane (Tucson to O'Hare to Philadelphia) | 332.24 |
| 04/15/2015 | Mark K. Thomas | Airplane (O'Hare to Tucson) | 354.55 |
| 04/15/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking Uber Car from Office to Home on 4/5/15) | 18.85 |
| 04/15/2015 | Mark K. Thomas | Out Of Town Transportation (Amtrak Philadelphia to Wilmington) | 22.00 |
| 04/15/2015 | Mark K. Thomas | Out Of Town Transportation (Amtrak Philadelphia to Wilmington) | 295.00 |
| 04/15/2015 | Mark K. Thomas | Out Of Town Transportation (Amtrak Philadelphia to Wilmington) | 38.00 |
| 04/15/2015 | Mark K. Thomas | Lodging (1 night Philadelphia) | 287.60 |
| 04/15/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Uber Car form Delaware Courthouse to Baltimore Airport with J. Marwil) | 266.00 |
| 04/15/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Cab in Philadelphia) | 8.00 |
| 04/15/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Cab from O'Hare to Home with J. Marwil) | 102.00 |
| 04/15/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Cab from Amtrak to Courthouse) | 13.00 |
| 04/16/2015 | Brandon W. Levitan | Westlaw | 532.00 |
| 04/16/2015 | Jeff J. Marwil | Lodging (Internet) | 13.69 |
| 04/16/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/16/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/16/2015 | Paulette Lindo | Reproduction | 1.50 |
| 04/16/2015 | Paulette Lindo | Reproduction | 12.40 |
| 04/16/2015 | Paulette Lindo | Reproduction | 3.00 |
| 04/16/2015 | Paulette Lindo | Reproduction | 1.70 |
| 04/16/2015 | Paulette Lindo | Reproduction | 2.30 |
| 04/16/2015 | Paulette Lindo | Reproduction | 2.20 |
| 04/16/2015 | Paulette Lindo | Reproduction | 0.20 |
| 04/16/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/16/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/16/2015 | Paulette Lindo | Reproduction | 0.90 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/16/2015 | Paulette Lindo | Reproduction | 0.50 |
| 04/16/2015 | Paul Possinger | Reproduction | 1.30 |
| 04/16/2015 | Kimberly White | Reproduction | 8.60 |
| 04/16/2015 | Michele M. Reetz | Reproduction | 2.30 |
| 04/16/2015 | Kimberly White | Reproduction | 2.20 |
| 04/16/2015 | Michele M. Reetz | Reproduction | 3.60 |
| 04/16/2015 | Paul Possinger | Reproduction | 6.60 |
| 04/17/2015 | Jeffrey W. Levitan | Reproduction | 1.70 |
| 04/17/2015 | Jeffrey W. Levitan | Reproduction | 10.00 |
| 04/17/2015 | Jeffrey W. Levitan | Reproduction | 10.00 |
| 04/17/2015 | Jeffrey W. Levitan | Reproduction | 3.60 |
| 04/17/2015 | Jeffrey W. Levitan | Reproduction | 2.20 |
| 04/17/2015 | Jeffrey W. Levitan | Reproduction | 8.90 |
| 04/17/2015 | Jeffrey W. Levitan | Reproduction | 0.40 |
| 04/17/2015 | Jeffrey W. Levitan | Reproduction | 0.60 |
| 04/17/2015 | Lorena Ramirez | Reproduction | 2.70 |
| 04/17/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 04/17/2015 | David C. Cooper | Reproduction | 19.90 |
| 04/17/2015 | David C. Cooper | Reproduction | 0.90 |
| 04/17/2015 | David C. Cooper | Reproduction | 11.90 |
| 04/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/17/2015 | Michele M. Reetz | Reproduction | 2.20 |
| 04/17/2015 | Michele M. Reetz | Reproduction | 2.40 |
| 04/17/2015 | Michele M. Reetz | Reproduction | 2.10 |
| 04/17/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 04/17/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/17/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 04/17/2015 | Michele M. Reetz | Reproduction | 0.60 |
| 04/17/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 04/17/2015 | Michele M. Reetz | Reproduction | 1.00 |
| 04/17/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 04/17/2015 | Michele M. Reetz | Reproduction | 2.70 |
| 04/17/2015 | Michele M. Reetz | Reproduction | 0.50 |
| 04/19/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 04/20/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Cab from Office to Home) | 15.65 |
| 04/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/20/2015 | Michele M. Reetz | Reproduction | 2.70 |
| 04/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/20/2015 | Michele M. Reetz | Reproduction | 0.10 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/20/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 04/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/20/2015 | Michele M. Reetz | Reproduction | 2.80 |
| 04/20/2015 | Michele M. Reetz | Reproduction | 2.50 |
| 04/20/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/20/2015 | Michele M. Reetz | Reproduction | 2.60 |
| 04/20/2015 | Michele M. Reetz | Reproduction | 2.00 |
| 04/21/2015 | Jared Zajac | Reproduction | 0.40 |
| 04/21/2015 | Joseph P. Malca | Reproduction | 2.60 |
| 04/21/2015 | Joseph P. Malca | Reproduction | 2.60 |
| 04/21/2015 | Joseph P. Malca | Reproduction | 1.10 |
| 04/21/2015 | Joseph P. Malca | Reproduction | 2.40 |
| 04/21/2015 | Joseph P. Malca | Reproduction | 5.20 |
| 04/21/2015 | Jennifer L. Roche | Reproduction | 3.00 |
| 04/21/2015 | Jennifer L. Roche | Reproduction | 0.20 |
| 04/21/2015 | Brandon W. Levitan | Westlaw | 100.00 |
| 04/22/2015 | Joseph P. Malca | Reproduction | 1.50 |
| 04/22/2015 | Joseph P. Malca | Reproduction | 2.70 |
| 04/22/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 04/22/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 04/22/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 04/22/2015 | Joseph P. Malca | Reproduction | 1.00 |
| 04/22/2015 | Joseph P. Malca | Reproduction | 2.00 |
| 04/23/2015 | Daniel I. Ganitsky | Reproduction | 13.60 |
| 04/23/2015 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 04/23/2015 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 04/23/2015 | Daniel I. Ganitsky | Reproduction | 10.70 |
| 04/23/2015 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 04/23/2015 | Lorena Ramirez | Reproduction | 2.70 |
| 04/23/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 04/23/2015 | Daniel I. Ganitsky | Reproduction | 1.30 |
| 04/23/2015 | Daniel I. Ganitsky | Reproduction | 1.30 |
| 04/23/2015 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 04/23/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 04/23/2015 | Jennifer L. Roche | Westlaw | 297.00 |
| 04/23/2015 | Peter J. Young | Long Distance Telephone | 4.87 |
| 04/24/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 04/24/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 04/24/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 04/24/2015 | Michele M. Reetz | Reproduction | 1.20 |
| 04/24/2015 | Michele M. Reetz | Reproduction | 2.70 |
| 04/25/2015 | Daniel I. Ganitsky | Reproduction | 0.80 |
| 04/27/2015 | Joshua L. Kopple | Westlaw | 89.00 |
| 04/27/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 04/27/2015 | Paulette Lindo | Reproduction | 1.20 |
| 04/27/2015 | Paulette Lindo | Reproduction | 1.20 |
| 04/27/2015 | Paulette Lindo | Reproduction | 1.60 |
| 04/27/2015 | Paulette Lindo | Reproduction | 1.70 |
| 04/27/2015 | Kimberly White | Reproduction | 3.40 |
| 04/27/2015 | Kimberly White | Reproduction | 0.10 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 1.90 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 11.40 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/27/2015 | Peter J. Young | Reproduction | 0.20 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 1.20 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 2.80 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 2.70 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 2.80 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 2.70 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 2.50 |
| 04/27/2015 | Michele M. Reetz | Reproduction | 2.50 |
| 04/28/2015 | Daniel I. Ganitsky | Reproduction | 10.70 |
| 04/28/2015 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 04/28/2015 | Michael E. Ellis | Reproduction | 10.70 |
| 04/28/2015 | Paulette Lindo | Reproduction | 6.90 |
| 04/28/2015 | Paulette Lindo | Reproduction | 10.70 |
| 04/28/2015 | Paulette Lindo | Reproduction | 0.30 |
| 04/28/2015 | Paulette Lindo | Reproduction | 0.10 |
| 04/28/2015 | Michael E. Ellis | Reproduction | 0.30 |
| 04/28/2015 | Michael E. Ellis | Reproduction | 4.60 |
| 04/28/2015 | Paulette Lindo | Reproduction | 2.60 |
| 04/28/2015 | Paulette Lindo | Reproduction | 0.30 |
| 04/28/2015 | Paulette Lindo | Reproduction | 0.40 |
| 04/28/2015 | Paulette Lindo | Reproduction | 0.30 |
| 04/28/2015 | Paulette Lindo | Reproduction | 0.40 |
| 04/28/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/28/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/28/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/28/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 04/28/2015 | Michele M. Reetz | Reproduction | 2.70 |
| 04/28/2015 | Michele M. Reetz | Reproduction | 2.80 |
| 04/28/2015 | Michele M. Reetz | Reproduction | 0.70 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/28/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 04/28/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 04/28/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 04/28/2015 | Joshua L. Kopple | Westlaw | 178.00 |
| 04/28/2015 | Richard M. Corn | Lexis | 278.75 |
| 04/29/2015 | Joshua L. Kopple | Westlaw | 99.00 |
| 04/29/2015 | Michael A. Firestein | Long Distance Telephone | 1.88 |
| 04/29/2015 | Peter J. Young | Long Distance Telephone | 0.35 |
| 04/29/2015 | Michael E. Ellis | Reproduction | 3.70 |
| 04/29/2015 | Paulette Lindo | Reproduction | 0.50 |
| 04/29/2015 | Michael E. Ellis | Reproduction | 6.40 |
| 04/29/2015 | Michael E. Ellis | Reproduction | 5.90 |
| 04/29/2015 | Michael E. Ellis | Reproduction | 6.40 |
| 04/29/2015 | Paulette Lindo | Reproduction | 0.50 |
| 04/29/2015 | Joshua L. Kopple | Reproduction | 0.80 |
| 04/30/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 04/30/2015 | Jennifer L. Roche | Westlaw | 198.00 |
| 04/30/2015 | Jared Zajac | Reproduction | 0.60 |
| 04/30/2015 | Jared Zajac | Reproduction | 1.80 |
| 04/30/2015 | Lary Alan Rappaport | Reproduction | 11.40 |
| 04/30/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 04/30/2015 | Lorena Ramirez | Reproduction | 2.60 |
| 04/30/2015 | Lary Alan Rappaport | Reproduction | 11.40 |

**Disbursements and Other Charges** $ **23,469.58**