# Exhibit E

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Attorney/Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Number of Rate Increases During Fee Period | Hours Billed In this Application | Hourly Rate | Hourly Rate Billed | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Mark D. Collins | Director | Bankruptcy | 1991 | $76,320.00 | 0 | 95.4 | $800.00 | $800.00 | $76,320.00 |
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $202,275.00 | 0 | 279.0 | $725.00 | $725.00 | $202,275.00 |
| Michael J. Merchant | Director | Bankruptcy | 1999 | $625.00 | 0 | 1.0 | $625.00 | $625.00 | $625.00 |
| Marcos A. Ramos | Director | Bankruptcy | 2003 | $2,296.00 | 0 | 4.1 | $560.00 | $560.00 | $2,296.00 |
| Russell C. Silberglied | Director | Bankruptcy | 1996 | $280.00 | 0 | 0.4 | $700.00 | $700.00 | $280.00 |
| Stanford L. Stevenson III | Director | Business | 1995 | $115.00 | 0 | 0.2 | $575.00 | $575.00 | $115.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $273,469.00 | 0 | 558.10 | $490.00 | $490.00 | $273,469.00 |
| Shawna C. Bray | Associate | Bankruptcy | 2014 | $42,875.00 | 0 | 171.5 | $250.00 | $250.00 | $42,875.00 |
| L. Katherine Good | Associate | Bankruptcy | 2008 | $1,162.50 | 0 | 2.5 | $465.00 | $465.00 | $1,162.50 |
| Cory D. Kandestin | Associate | Bankruptcy | 2007 | $23,761.50 | 0 | 51.1 | $465.00 | $465.00 | $23,761.50 |
| Lee E. Kaufman | Associate | Bankruptcy | 2006 | $46.50 | 0 | 0.1 | $465.00 | $465.00 | $46.50 |
| Robert C. Maddox | Associate | Bankruptcy | 2009 | $747.00 | 0 | 1.8 | $415.00 | $415.00 | $747.00 |
| William A. Romanowicz | Associate | Bankruptcy | 2012 | $93,602.00 | 0 | 275.3 | $340.00 | $340.00 | $93,602.00 |
| Christopher M. Samis | Associate | Bankruptcy | 2006 | $1,209.00 | 0 | 2.6 | $465.00 | $465.00 | $1,209.00 |
| Tyler D. Semmelman | Associate | Bankruptcy | 2009 | $172,266.50 | 0 | 415.1 | $415.00 | $415.00 | $172,266.50 |
| Zachary I. Shapiro | Associate | Bankruptcy | 2008 | $4,278.00 | 0 | 9.2 | $465.00 | $465.00 | $4,278.00 |
| Amanda R. Steele | Associate | Bankruptcy | 2010 | $3,120.00 | 0 | 8.0 | $390.00 | $390.00 | $3,120.00 |
| Marisa A. Terranova | Associate | Bankruptcy | 2009 | $19,888.00 | 0 | 45.2 | $440.00 | $440.00 | $19,888.00 |
| Jesse Miller | Summer Associate | Bankruptcy | N/A | $820.00 | 0 | 4.1 | $200.00 | $200.00 | $820.00 |
| Nicholas A. Roberge | Summer Associate | Bankruptcy | N/A | $260.00 | 0 | 1.3 | $200.00 | $200.00 | $260.00 |
| Total | | | | $919,416.00 | | 1926.0 | | | $919,416.00 |

RLF1 12071812v.1

| Attorney/Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Number of Rate Increases During Fee Period | Hours Billed In this Application | Hourly Rate Billed | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|
| Lindsey A. Edinger | Paralegal | Bankruptcy | 2 | $1,147.50 | 1 | 5.1 | $225.00 | $1,147.50 |
| Lindsey A. Edinger | Paralegal | Bankruptcy | 2 | $18,635.50 | 1 | 79.3 | $235.00 | $18,635.50 |
| Janel R. Gates | Paralegal | Corporate | 8 | $135.00 | 1 | 0.6 | $225.00 | $135.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 14 | $2,655.00 | 1 | 11.8 | $225.00 | $2,655.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 14 | $21,385.00 | 1 | 91.0 | $235.00 | $21,385.00 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 13 | $1,440.00 | 1 | 6.4 | $225.00 | $1,440.00 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 13 | $14,358.50 | 1 | 61.1 | $235.00 | $14,358.50 |
| Barbara J. Witters | Paralegal | Bankruptcy | 14 | $5,962.50 | 1 | 26.5 | $225.00 | $5,962.50 |
| Barbara J. Witters | Paralegal | Bankruptcy | 14 | $99,546.00 | 1 | 423.6 | $235.00 | $99,546.00 |
| Benjamin J. Cohen | Tech Support | Litigation | 2 | $3,255.00 | 0 | 15.5 | $210.00 | $3,255.00 |
| Michael L. Collins | Tech Support | Litigation | 5 | $1,433.50 | 0 | 6.1 | $235.00 | $1,433.50 |
| Christopher Koran | Tech Support | MIS | 2 | $838.50 | 0 | 4.3 | $195.00 | $838.50 |
| Mark Kozlowski | Tech Support | MIS | 7 | $195.00 | 0 | 1.0 | $195.00 | $195.00 |
| William S. Stephens | Tech Support | MIS | 15 | $4,407.00 | 0 | 22.6 | $195.00 | $4,407.00 |
| Daniel D. White III | Tech Support | Litigation | 11 | $23,406.00 | 0 | 99.6 | $235.00 | $23,406.00 |
| TOTAL | | | | $198,800.00 | | 854.5 | | $198,800.00 |

**TOTAL FEES** $1,118,216.00