# Exhibit F

## Summary of Actual and Necessary Expenses for the Fee Period

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Binding | | | $160.00 |
| Business Meals | | | $28,458.65 |
| Conference Calling | | | $746.36 |
| Data Hosting | Parcels | | $525.00 |
| Document Retrieval | Pacer | $.10/pg | $5,823.10 |
| Electronic Legal Research | Bloomberg & Westlaw | | $4,777.35 |
| Equipment Rental | Aquipt | | $1,873.34 |
| Filing/Court Fee | | | $276.00 |
| Long distance telephone charges | AT&T | | $1,701.35 |
| Messenger and delivery service | Parcels, Fed Ex & Blue Marble | | $4,701.15 |
| Overtime | | | $9,311.32 |
| Photocopying/Printing - outside vendor | Parcels | | $90,647.07 |
| Photocopying/Printing | | $.10/pg | $28,719.00 |
| Postage | | | $3.40 |
| Room Rental | | | $1,939.80 |
| Office Supplies | | | $213.48 |
| Professional Services | Brandywine Process Servers | | $396.00 |
| Travel Expense | Roadrunner Express, Limo Exchange | | $1,116.95 |
| | | | |
| **TOTAL** | | | **$181,389.32** |

---

[1] RL&F may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

RLF1 12071812v.1