**Exhibit A**

**Satisfied Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | 2603 AUGUSTA INVESTORS LP 2603 AUGUSTA DR STE 115 HOUSTON, TX 77057 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/27/2014 | 7757 | $167,206.70 | Claim satisfied pursuant to court order entered on 11/19/2014 [Docket No. 2816]. Claim satisfied by check number 1010012203 on 11/21/2014. |
| 2 | A P MATTHEWS IV 12919 FM 2276 N KILGORE, TX 75662 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504200340 | $3,780.11 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010472 on 11/10/2014. |
| 3 | ALLENE C WATSON 19659 FM 3055 S MT ENTERPRISE, TX 75681-6855 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504201990 | $4,984.93 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010477 on 11/10/2014. |
| 4 | BARRY HAMILTON PO BOX 709 MOUNT PLEASANT, TX 75455 | 14-10996 (CSS) | EFH Corporate Services Company | 07/02/2014 | 599601180 | $3,080.00 | Claim satisfied pursuant to court order entered on 11/19/2014 [Docket No. 2816]. Claim satisfied by check number 1010012163 on 11/21/2014. |
| 5 | BECHTEL, JOAN M PO BOX 50338 MIDLAND, TX 79710 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/08/2014 | 4215 | Undetermined* | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010557 on 11/10/2014. |
| 6 | BECKNER, SHARON ANN SANDERS 2810 POPLAR ST MARSHALL, TX 75672 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/14/2014 | 5224 | Undetermined* | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010012180 on 11/21/2014. |
| 7 | BELINDA JONES JOYNER 101 TURNBERRY CIRCLE MT PLEASANT, TX 75455 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504205780 | $14.61 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010435 on 11/10/2014. |
| 8 | BLAKE H BAILEY 121 NORTH SPRING AVE TYLER, TX 75702 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504207860 | $118.63 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010484 on 11/10/2014. |

# ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 9 | BOY SCOUTS OF AMERICA C/O MR RANDALL L KOPSA PO BOX 152079 IRVING, TX 75105-2079 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/27/2014 | 7771 | $22,961.70 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by ACH number 8300017964 on 11/26/2014. |
| 10 | CARLTON STEPHENS 604 PINEHILL RD HENDERSON, TX 75654 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504210980 | $4.10 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010465 on 11/10/2014. |
| 11 | CATHERINE E DAUPLAISE 1936 CHINOOK DR DULUTH, MN 55811-2117 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504211640 | $4,648.06 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by ACH number 8300015516 on 11/12/2014. |
| 12 | CATHY A WILLIS 1532 CR 4209 JACKSONVILLE, TX 75766 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504211750 | $54.60 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010489 on 11/10/2014. |
| 13 | CECILIA J OLSEN 2030 PAJARO LANE FREEDOM, CA 95019 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504211930 | $120.54 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010564 on 11/10/2014. |
| 14 | CHARLES P RUTHERFORD 4594 CR 401 SOUTH HENDERSON, TX 75654 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504212930 | $7.67 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010466 on 11/10/2014. |
| 15 | CHARLES SANDERSON PO BOX 1979 GLEN ROSE, TX 76043 | 14-10996 (CSS) | EFH Corporate Services Company | 07/02/2014 | 599602350 | $1,493.33 | Claim satisfied pursuant to court order entered on 11/19/2014 [Docket No. 2816]. Claim satisfied by check number 1010012190 on 11/21/2014. |
| 16 | CLYDE E NICELY 836 8TH ST CLARKSTON, WA 99403 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504214380 | $557.31 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010574 on 11/10/2014. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 17 | COBERN, MARIAN THOMPSON (DECEASED) 415 ALAN MT PLEASANT, TX 75455 | | No Debtor Asserted | 10/14/2014 | 5248 | Undetermined* | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574] setting cure amount to $0. |
| 18 | CONNELL, PHYLLISS KAYE 207 S KAUFMAN MEXIA, TX 76667 | 14-11042 (CSS) | Luminant Mining Company LLC | 09/08/2014 | 4177 | Undetermined* | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010515 on 11/10/2014. |
| 19 | COTT, MARION BETH 2014 SW LINCOLN ST TOPEKA, KS 66604 | | No Debtor Asserted | 09/24/2014 | 4644 | $110.58 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by ACH number 8300015513 on 11/12/2014. |
| 20 | CURTIS BASSETT 1309 MORRIS HENDERSON, TX 75652 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504215850 | $130.69 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010461 on 11/10/2014. |
| 21 | CVMS WACO DATA PARTNERS LLC OLD NATIONAL BANK PO BOX 2083 INDIANAPOLIS, IN 46206 | 14-10996 (CSS) | EFH Corporate Services Company | 07/02/2014 | 599603340 | $31,562.67 | Claim satisfied pursuant to court order entered on 11/19/2014 [Docket No. 2816]. Claim satisfied by ACH number 8300017540 on 11/24/2014. |
| 22 | DAPHA SANDERS GRUBB 2800 W GRAND AVE MARSHALL, TX 75670 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504216850 | $1,441.63 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010012177 on 11/21/2014. |
| 23 | DEBRA K GEORGE 325 MILSTON ST JACKSONVILLE, TX 75766 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504218030 | $54.60 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010488 on 11/10/2014. |
| 24 | DELORAS ANN SANDERS WRIGHT 582 TOM WOODLEY RD MARSHALL, TX 75672 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504218300 | $720.82 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010012179 on 11/21/2014. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 25 | DONALD DAVIS CARPENTER ESTATE PO BOX 323 THORNTON, TX 76687 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504219470 | $321.72 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010516 on 11/10/2014. |
| 26 | DONALD JOE GENTRY 116 EAST AVENUE G HOOKS, TX 75561 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504219550 | $8.96 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010445 on 11/10/2014. |
| 27 | ELISABETH L MORGAN 1107 S 149TH EAST AVENUE TULSA, OK 74108-4539 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504222940 | $2.69 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010396 on 11/10/2014. |
| 28 | ENERGY TRANSFER FUEL, LP C/O PORTER HEDGES LLP ATTN: JOHN F. HIGGINS 1000 MAIN STREET, 36TH FLOOR HOUSTON, TX 77002 | 14-11023 (CSS) | **Luminant Energy Company LLC** | 10/27/2014 | 7855 | $4,442,799.46 | Claim satisfied pursuant to court order entered on 6/3/2014 [Docket No. 762]. Claim satisfied by wire on 5/5/2014, 5/30/2014, and 7/31/2014. |
| 29 | EPISCOPAL FOUNDATION OF TEXAS C/O MR DAVID N FISHER 1225 TEXAS AVE HOUSTON, TX 77002-3504 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 10/28/2014 | 9596 | $22,961.70 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by ACH number 8300017960 on 11/26/2014. |
| 30 | ESTATE OF CLIFTON K FLEMING BRENDA FLEMING 81 CR 1603 MOUNT PLEASANT, TX 75455 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504224420 | $3.00 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010436 on 11/10/2014. |
| 31 | ETC KATY PIPELINE, LTD. C/O PORTER HEDGES LLP ATTN: JOHN F. HIGGINS 1000 MAIN STREET, 36TH FLOOR HOUSTON, TX 77002 | 14-11023 (CSS) | **Luminant Energy Company LLC** | 10/27/2014 | 7857 | $127,671.29 | Claim satisfied pursuant to court order entered on 6/3/2014 [Docket No. 762]. Claim satisfied by wire on 5/5/2014 and 5/29/2014. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 32 | ETC MARKETING, LTD. C/O PORTER HEDGES LLP ATTN: JOHN F. HIGGINS 1000 MAIN STREET, 36TH FLOOR HOUSTON, TX 77002 | 14-11023 (CSS) | Luminant Energy Company LLC | 10/27/2014 | 7856 | $12,997,068.15 | Claim satisfied pursuant to court order entered on 6/6/2014 [Docket No. 860]. Claim satisfied by wire on 05/27/2014. |
| 33 | EVELYN L CASHEN PO BOX 600 JUDSON, TX 75660-0600 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504225350 | $582.94 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010470 on 11/10/2014. |
| 34 | FORBUS, Z O C/O JOE L FORBUS POA 13206 JOLIET ST HOUSTON, TX 77015-3629 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9616 | Undetermined* | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574] setting cure amount to $0. |
| 35 | FRANCES CLEO HALLIDAY 1304 EVERGREEN LONGVIEW, TX 75605 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504226680 | $595.18 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010448 on 11/10/2014. |
| 36 | FREDERICK J TUTHILL 7601 PARK PLACE BLVD HOUSTON, TX 77087 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504227340 | $455.50 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010530 on 11/10/2014. |
| 37 | FREIDA JOY BOAZE 3939 TEASLEY LN  LOT 32 DENTON, TX 76205 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504227410 | $288.30 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010013319 on 12/03/2014. |
| 38 | GLENN A PERRY PO BOX 2909 LONGVIEW, TX 75606-2909 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504229330 | $118.63 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010452 on 11/10/2014. |
| 39 | GREGG, TRAVIS O AND WIFE DOROTHY GREGG 711 E BUTLER STREET LONGVIEW, TX 75602 | 14-11042 (CSS) | Luminant Mining Company LLC | 09/09/2014 | 4247 | $7,244.51 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010446 on 11/10/2014. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 40 | GRIMES, LINDA ARLENE SANDERS 11512 SOUTHERLAND DRIVE DENTON, TX 76207 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/14/2014 | 5220 | Undetermined* | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010012195 on 11/21/2014. |
| 41 | GUARANTY TITLE CO PO BOX 481 FRANKLIN, TX 77856 | 14-10996 (CSS) | EFH Corporate Services Company | 09/02/2014 | 4010 | $4,666.67 | Claim satisfied pursuant to court order entered on 11/19/2014 [Docket No. 2816]. Claim satisfied by check number 1010012211 on 11/21/2014. |
| 42 | H L HOUSTON ESTATE C/O JOSEPHINE HOLMES PO BOX 850705 MESQUITE, TX 75185 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504230730 | $484.68 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010407 on 11/10/2014. |
| 43 | HADEN, JERRY PO BOX 633 TATUM, TX 75691 | | No Debtor Asserted | 10/23/2014 | 6167 | Undetermined* | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574] setting cure amount to $0. |
| 44 | HAROLD GENE HOBBS JR 8622 HARBORVIEW ROAD BLAINE, WA 98230 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504231140 | $2.67 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010573 on 11/10/2014. |
| 45 | HASKELL JOSEPH SANDERS C/O DAPHA SANDERS GRUBB 2800 W GRAND AVE MARSHALL, TX 75670 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504231430 | $1,441.64 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010012176 on 11/21/2014. |
| 46 | HOMER FEARS 8738 FM 225 S LANEVILLE, TX 75667 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504233080 | $221.43 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010473 on 11/10/2014. |
| 47 | HUK, MELANIE R 13865 E PLACITA PATILLA VAIL, AZ 85641 | 14-11042 (CSS) | Luminant Mining Company LLC | 09/11/2014 | 4312 | $377.37 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by ACH number 8300015514 on 11/12/2014. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 48 | JACK HOUSTON 3982 E PINEVIEW TRAIL LARUE, TX 75770 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504235460 | $138.40 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010490 on 11/10/2014. |
| 49 | JAMES C NICELY PO BOX 193 SPARTA, MO 65753 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504236130 | $268.29 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010389 on 11/10/2014. |
| 50 | JAMES E WYLIE PO BOX 940 DICKINSON, TX 77539 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504236400 | $178.19 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010546 on 11/10/2014. |
| 51 | JAMES K RAWLINSON 309 CR 3914 BULLARD, TX 75757 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504236630 | $54.49 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010486 on 11/10/2014. |
| 52 | JAMES N CHAMBERS PO BOX 127 HUNTSVILLE, TX 77342-0127 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504236790 | $69.21 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010534 on 11/10/2014. |
| 53 | JAMES PATRICK PATTERSON 13386 ZION ROAD TOMBALL, TX 77375 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504236840 | $15.61 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010535 on 11/10/2014. |
| 54 | JANICE MARIE JEFFERIES 1209 GLENWOOD DR AUGUSTA, GA 30904 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504237580 | $288.30 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010013321 on 12/03/2014. |
| 55 | JASON A HAMMACK 22529 LAKEWAY HARBOR DR FLINT, TX 75762 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504237760 | $4,343.22 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010549 on 11/10/2014. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 56 | JEFF HAGEN WANDA HAGEN NICHOLAS PMB-83-347 827 UNION PACIFIC LAREDO, TX 78045-9452 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504238200 | $726.57 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010547 on 11/10/2014. |
| 57 | JEFFREY MARKS PO BOX 850128 YUKON, OK 73085-0128 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504238290 | $6.00 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010395 on 11/10/2014. |
| 58 | JERRY CHRISTINE SANDERS JARNAGIN 950 W 31ST ST HOUSTON, TX 77018 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504238490 | $1,441.64 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010012241 on 11/21/2014. |
| 59 | JOAN M BECHTEL PO BOX 50338 MIDLAND, TX 79710-0338 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504240090 | $718.96 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010557 on 11/10/2014. |
| 60 | JOANN MATTHEWS PO BOX 681 TATUM, TX 75691 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504240150 | $987.93 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010481 on 11/10/2014. |
| 61 | JOE RAY FAVORS 300 N MYRTLE KOSSE, TX 76653-3877 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504240750 | $212.14 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010517 on 11/10/2014. |
| 62 | JOE T SNELLINGS 3105 CROWN FEATHERS DR EDMOND, OK 73013 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504240810 | $0.92 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010394 on 11/10/2014. |
| 63 | JOHN BELL BLAND C/O CRAIG H BLAND 997 SANDY COURT MORGAN'S POINT, TX 77571 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504241080 | $14,725.05 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010537 on 11/10/2014. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 64 | JOHN CODY PARKER 1019 7TH ST., N.E. WASHINGTON, DC 20002-3613 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504241160 | $4,648.07 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by ACH number 8300015515 on 11/12/2014. |
| 65 | JOHN DAVID NICELY 4254 ESTATE DR CORPUS CHRISTI, TX 78412 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504241210 | $268.28 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010551 on 11/12/2014. |
| 66 | JOHN R TUTHILL 16215 ZINNIA DR HOUSTON, TX 77095 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504241910 | $455.50 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010532 on 11/10/2014. |
| 67 | JOHN W PARKER 2407 RIVER HILLS RD AUSTIN, TX 78733 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504242150 | $9,296.14 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by ACH number 8300015512 on 11/12/2014. |
| 68 | JOYCE EDNA SANDERS LUMPKIN 1401 ANDERSON LN ORANGE, TX 77632 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504243240 | $1,441.52 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010012196 on 11/21/2014. |
| 69 | JUANITA B COBB 407 E 1ST ST MOUNT PLEASANT, TX 75455 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504243360 | $525.08 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010437 on 11/10/2014. |
| 70 | JUANITA SURAVITZ ESTATE 2330 BLUE BONNETT HOUSTON, TX 77030 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504243470 | $106.83 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010525 on 11/10/2014. |
| 71 | JUDITH ANN ROBBINS 218 S ST MARY'S LOT #3 CARTHAGE, TX 75633 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504243510 | $493.98 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010455 on 11/10/2014. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 72 | KATHRYN M BURKE TRUSTEE KATHRYN M BURKE REVOCABLE TRUST DATED 1-2-2002 2813 KENTSHIRE PL APEX, NC 27523 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504244350 | $9.54 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010342 on 11/10/2014. |
| 73 | KAY CAROLYN SANDERS BRISTOW RT 7 BOX 281 LONGVIEW, TX 75602 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504244560 | $720.82 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010012166 on 11/21/2014. |
| 74 | KEN ANDRUS PO BOX 204 CARTHAGE, TX 75633 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504244830 | $493.97 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010456 on 11/10/2014. |
| 75 | KENDALL WAYNE SANDERS RT 1 BOX 77 HARLETON, TX 75651 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504244870 | $288.30 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010012173 on 11/21/2014. |
| 76 | KENNETH J SABELLA II AND ELISABETH SABELLA 4358 COUNTY ROAD 314S HENDERSON, TX 75654-5146 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504245050 | $366.32 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010469 on 11/10/2014. |
| 77 | KENNETH RUSSELL PO BOX 790 MEXIA, TX 76667 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504245180 | $965.51 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010514 on 11/10/2014. |
| 78 | KORTZ, CYNTHIA 2828 NINE BRIDGES RD CORRIGAN, TX 75939 | 14-11042 (CSS) | Luminant Mining Company LLC | 09/04/2014 | 4113 | $986.71 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010494 on 11/10/2014. |
| 79 | LAIRD, SUSAN SPENCER PO BOX 2439 ATHENS, TX 75751 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/22/2014 | 5971 | Undetermined* | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574] setting cure amount to $0. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 80 | LARRY W RAWLINSON C/O KENNETH RAWLINSON 390 CR 3914 BULLARD, TX 75757 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504246750 | $80.13 | **Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010487 on 11/10/2014.** |
| 81 | LASCA BECK 107 DIANE LN MT PLEASANT, TX 75455-8401 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504246830 | $2,803.92 | **Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010439 on 11/10/2014.** |
| 82 | LAURA ELIZABETH FREEMAN PO BOX 745 CALDWELL, TX 77836 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504246870 | $96.09 | **Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010542 on 11/10/2014.** |
| 83 | LAURI J ANDERSON 34052 DOHENY PARK RD SPC 107 CAPO BEACH, CA 92624-3162 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504247000 | $219.16 | **Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010566 on 11/10/2014.** |
| 84 | LEXINGTON ACQUIPORT COLINAS L.P. ATTN: JOSEPH GITTO, ESQ. 27 WEST NECK ROAD HUNTINGTON, NY 11743 | 14-10978 (CSS) | **Texas Competitive Electric Holdings Company LLC** | 10/27/2014 | 7974 | $28,254.40 | **Claim satisfied pursuant to court order entered on 2/20/2015 [Docket No. 3619]. Claim satisfied by check number 1010022487 on 03/13/2015.** |
| 85 | LEXINGTON ACQUIPORT COLINAS L.P. ATTN: JOSEPH GITTO, ESQ. 27 WEST NECK ROAD HUNTINGTON, NY 11743 | 14-10997 (CSS) | **TXU Energy Retail Company LLC** | 10/27/2014 | 7975 | $28,254.40 | **Claim satisfied pursuant to court order entered on 2/20/2015 [Docket No. 3619]. Claim satisfied by check number 1010022487 on 03/13/2015.** |
| 86 | LOWER COLORADO RIVER AUTHORITY PO BOX 301142 DALLAS, TX 75303-1142 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504250040 | $413,057.69 | **Claim satisfied pursuant to draw on letter of credit number 63667366 on 7/9/14 in the amount of $428,523.45.** |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 87 | MAGGIE FOCKE IRREVOCABLE TRUST, THE C/O LAURA FREEMAN TRUSTEE PO BOX 745 CALDWELL, TX 77836 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504251240 | $172.93 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010543 on 11/10/2014. |
| 88 | MARCIA M GEPPERT 3615 SWEETBRIAR DR BRYAN, TX 77802 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504251460 | $292.73 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010539 on 11/10/2014. |
| 89 | MARGENE TUTHILL 16215 ZINNIA DR HOUSTON, TX 77095 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504251830 | $911.01 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010531 on 11/10/2014. |
| 90 | MARILYN K WARREN 4036 FLAD ST LOUIS, MO 63110 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504252440 | $548.22 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010386 on 11/10/2014. |
| 91 | MARION BETH COTT 2014 SW LINCOLN ST TOPEKA, KS 66604-3050 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504252620 | $3.97 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by ACH number 8300015513 on 11/12/2014. |
| 92 | MARTHA KIRKPATRICK 12105 AMBASSADOR DR APT 505 COLORADO SPRINGS, CO 80921-3629 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504253110 | $69.21 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010559 on 11/10/2014. |
| 93 | MIKE WILHITE 608 PINEHILL DR HENDERSON, TX 75652 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504256550 | $1,822.94 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010463 on 11/10/2014. |
| 94 | MORING, SALLY GREGORY 3507 CAMP ST NEW ORLEANS, LA 70115 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5687 | $284.17 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574] setting cure amount to $0. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 95 | MORRIS, A E AND MARY C/O MITCHELL M. DENSON, EXECUTOR 1342 OLD FARM RD TYLER, TX 75703 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/22/2014 | 6007 | Undetermined* | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574] setting cure amount to $0. |
| 96 | MOSELEY, GLENDA PO BOX 300 DIANA, TX 75640 | 14-11042 (CSS) | Luminant Mining Company LLC | 09/09/2014 | 4258 | $268.29 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010457 on 11/10/2014. |
| 97 | MRS T L MCCARLEY 316 MOCKINGBIRD LN NACOGDOCHES, TX 75961 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504257960 | $205.45 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010495 on 11/10/2014. |
| 98 | NELDA JEAN THORNTON 7891 FM 1716 E HENDERSON, TX 75652 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504258940 | $18.57 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010460 on 11/10/2014. |
| 99 | NORTH WALNUT CREEK PROPERTIES INC MARGARET L EVERETT 7600 STONEYWOOD DR AUSTIN, TX 78731-1441 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504259760 | $2,730.71 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010553 on 11/10/2014. |
| 100 | O'NEAL BRIGHTWELL 340 CR 612 NACOGDOCHES, TX 75964 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504260110 | $164.40 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010497 on 11/10/2014. |
| 101 | OASIS PIPELINE, LP C/O PORTER HEDGES LLP ATTN: JOHN F. HIGGINS 1000 MAIN STREET, 36TH FLOOR HOUSTON, TX 77002 | 14-11023 (CSS) | Luminant Energy Company LLC | 10/27/2014 | 7859 | $6,130.42 | Claim satisfied pursuant to court order entered on 6/3/2014 [Docket No. 762]. Claim satisfied by wire on 5/5/2014 and 5/30/2014. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 102 | PATRICIA A WILSON TRUSTEE PATRICIA A WILSON TRUST DATED 11/16/2001 28401 MERRIDY AVENUE HIGHLAND, CA 92346 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504261580 | $9.54 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010563 on 11/10/2014. |
| 103 | PAULA HOUSTON ROBINSON 8506 LINE FERRY RD TEXARKANA, AR 71854-0503 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504262280 | $69.20 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by ACH number 8300015517 on 11/12/2014. |
| 104 | PENNY SNELLINGS 3333 CHEYENNE VILLA CIRCLE EDMOND, OK 73013 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504262680 | $1.48 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010393 on 11/10/2014. |
| 105 | PHILIP NEIL RILEY 703 HASSELT COLLEGE STATION, TX 77845 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504263060 | $0.85 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010544 on 11/10/2014. |
| 106 | QUIGLEY, CHARLES K & SANDRA PO BOX 376 NEW LONDON, TX 75682 | | No Debtor Asserted | 10/24/2014 | 7572 | $49,000.00 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574] setting cure amount to $0. |
| 107 | RAYFORD TAYLOR 1910 CR 2400 MOUNT PLEASANT, TX 75455 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504264900 | $6.54 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010438 on 11/10/2014. |
| 108 | RICHARD PARKER FAMILY TRUST C/O HAMP SKELTON INTERIM TRUST 248 ADDIE ROY RD STE B302 AUSTIN, TX 78746 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/23/2014 | 6263 | Undetermined* | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010554 on 11/10/2014. |
| 109 | ROBERT B SPENCER JR 1463 LOCUST RD GILMER, TX 75645-2790 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504266620 | $1,080.35 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010458 on 11/10/2014. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 110 | ROY L RAWSON JR<br>140 DREXEL DR<br>SULPHUR SPRINGS, TX 75482 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504268410 | $123.21 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010442 on 11/10/2014. |
| 111 | S K REYNOLDS ESTATE<br>7801 TALLAHASSEE RD<br>WACO, TX 76712 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504269440 | $97.88 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010521 on 11/10/2014. |
| 112 | SALVATION ARMY, THE<br>PO BOX 36607<br>ATTN: LEGAL DEPT<br>DALLAS, TX 75235 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504269900 | $22,961.70 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010012408 on 11/25/2014. |
| 113 | SAMMY J ABRAHAM<br>302 N AUSTIN<br>BREMOND, TX 76629 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504270050 | $37.28 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010511 on 11/10/2014. |
| 114 | SAMMY TILLISON<br>7593 US 259S<br>HENDERSON, TX 75654 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504270110 | $217.00 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010468 on 11/10/2014. |
| 115 | SHELBY JEAN STEGALL<br>403 BENITA DR<br>MARSHALL, TX 75670 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504271140 | $288.30 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010012178 on 11/21/2014. |
| 116 | SHERYL LYNN WAHLE<br>6406 SINGING CREEK LANE<br>SPRING, TX 77379 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504271380 | $25.94 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010536 on 11/10/2014. |
| 117 | SUSAN DOWNS<br>PO BOX 688<br>TATUM, TX 75691 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504273360 | $476.11 | Claim satisfied pursuant to court order entered on 11/24/2014 [Docket No. 2857]. Claim satisfied by check number 1010012439 on 11/25/2014. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|------|-------------|-------------|------------|---------|--------------|--------------------------|
| 118 | TAMMY LYNN MILLARD 703 MAPLE ST PERKINSVILLE, VT 05151 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504274010 | $2.67 | **Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010328 on 11/10/2014.** |
| 119 | TARRANT REGIONAL WATER DISTRICT ATTN: MICHAEL L. ATCHLEY 500 WEST 7TH STREET, SUITE 600 FORT WORTH, TX 76102 | 14-11032 (CSS) | **Luminant Generation Company LLC** | 10/21/2014 | 5774 | $1,000.00* | **Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010501 on 11/10/2014.** |
| 120 | TEXAS EASTERN TRANSMISSION CORPORATION 5400 WESTHEIMER COURT HOUSTON, TX 77056-5310 | 14-11023 (CSS) | **Luminant Energy Company LLC** | 10/27/2014 | 7846 | $33,844.89 | **Claim satisfied pursuant to draw on letter of credit number 63664169 on 12/11/2014 in the amount of $131,844.89.** |
| 121 | THURSTON GAYLON SANDERS RT 1 BOX 419 HESSER LN LONGVIEW, TX 75602 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504275760 | $288.30 | **Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010012165 on 11/21/2014.** |
| 122 | TITUS, AARON PO BOX 26 BUFFALO, TX 75831 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 09/23/2014 | 4631 | $2,775.00 | **Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574] setting cure amount to $0.** |
| 123 | TRAVIS CRIM TRAVIS CRIM LLC 1100 FOLEY ST HENDERSON, TX 75654 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504276810 | $6.51 | **Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010467 on 11/10/2014.** |
| 124 | UNA FAYE ALLEN RT 2 BOX 171 SULPHUR SPRINGS, TX 75482 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 07/02/2014 | 504277280 | $551.74 | **Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010443 on 11/10/2014.** |
| 125 | UNITED STATES DEPARTMENT OF ENERGY 1000 INDEPENDENCE AVE., SW WASHINGTON, DC 20585 | 14-11032 (CSS) | **Luminant Generation Company LLC** | 07/02/2014 | 503239170 | $851,685.98 | **Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 799]. Claim satisfied by wire on 07/31/2014.** |

# ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 126 | UNITED WAY OF METROPOLITAN DALLAS 1800 N LAMAR DALLAS, TX 75202 | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/02/2014 | 597914240 | $4.58 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Claim satisfied by check number 1010001417 on 08/06/2014. |
| 127 | UNITED WAY OF METROPOLITAN DALLAS 1800 N LAMAR DALLAS, TX 75202 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/02/2014 | 599708470 | $787.86 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Claim satisfied by check number 1010001417 on 08/06/2014. |
| 128 | UNITED WAY OF METROPOLITAN DALLAS 1800 N LAMAR DALLAS, TX 75202 | 14-10996 (CSS) | EFH Corporate Services Company | 07/02/2014 | 599611730 | $6,675.71 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Claim satisfied by check number 1010001417 on 08/06/2014. |
| 129 | UNITED WAY OF METROPOLITAN DALLAS 1800 N LAMAR DALLAS, TX 75202 | 14-11032 (CSS) | Luminant Generation Company LLC | 07/02/2014 | 503239290 | $7,325.60 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Claim satisfied by check number 1010001417 on 08/06/2014. |
| 130 | UNITED WAY OF METROPOLITAN DALLAS 1800 N LAMAR DALLAS, TX 75202 | 14-11009 (CSS) | TXU Retail Services Company | 07/02/2014 | 500900200 | $10,239.46 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Claim satisfied by check number 1010001417 on 08/06/2014. |
| 131 | UNITED WAY OF METROPOLITAN DALLAS 1800 N LAMAR DALLAS, TX 75202 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504277360 | $1,904.93 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Claim satisfied by check number 1010001417 on 08/06/2014. |
| 132 | UNITED WAY OF METROPOLITAN DALLAS 1800 N LAMAR DALLAS, TX 75202 | 14-11023 (CSS) | Luminant Energy Company LLC | 07/02/2014 | 502308700 | $3,392.12 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Claim satisfied by check number 1010001417 on 08/06/2014. |
| 133 | UNITED WAY OF METROPOLITAN DALLAS 1800 N LAMAR DALLAS, TX 75202 | 14-11022 (CSS) | Oak Grove Management Company LLC | 07/02/2014 | 502209020 | $546.71 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Claim satisfied by check number 1010001417 on 08/06/2014. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 134 | VANCE DUNNAM PO BOX 8418 WACO, TX 76714 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504277490 | $37.40 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010522 on 11/10/2014. |
| 135 | WAGSTAFF, DONALD E M PO BOX 835 TATUM, TX 75691 | 14-11042 (CSS) | Luminant Mining Company LLC | 09/02/2014 | 4044 | $2,963.80 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010480 on 11/10/2014. |
| 136 | WALSH TIMBER CO PO BOX 1369 ZWOLLE, LA 71486 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504279290 | $155.39 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010392 on 11/10/2014. |
| 137 | WARFAB INC PO BOX 4409 LONGVIEW, TX 75606-4409 | 14-11018 (CSS) | Luminant Big Brown Mining Company LLC | 07/02/2014 | 501801490 | $114,502.48 | Claim satisfied pursuant to court order entered on 3/6/2015 [Docket No. 3825]. In addition, scheduled claim is also related to filed claim numbers 3917, 5078, 5214, and 5215.  Claim satisfied by ACH numbers 8300032376 and 8300032375 on 03/16/2015 and check number 1010022571 on 3/13/2014. |
| 138 | WARFAB INC PO BOX 4409 LONGVIEW, TX 75606-4409 | 14-11022 (CSS) | Oak Grove Management Company LLC | 07/02/2014 | 502209220 | $1,569,706.79 | Claim satisfied pursuant to court order entered on 3/6/2015 [Docket No. 3825]. In addition, scheduled claim is also related to filed claim numbers 3917, 5078, 5214, and 5215.  Claim satisfied by ACH numbers 8300032376 and 8300032375 on 03/16/2015 and check number 1010022571 on 3/13/2014. |
| 139 | WARFAB INC PO BOX 4409 LONGVIEW, TX 75606-4409 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504279730 | $399,751.29 | Claim satisfied pursuant to court order entered on 3/6/2015 [Docket No. 3825]. In addition, scheduled claim is also related to filed claim numbers 3917, 5078, 5214, and 5215.  Claim satisfied by ACH numbers 8300032376 and 8300032375 on 03/16/2015 and check number 1010022571 on 3/13/2014. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 140 | WARFAB INC & ERECTION CORPORATION PO BOX 390 RTE 2 JOY LANE HALLSVILLE, TX 75650-0390 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504279750 | $246,101.13 | Claim satisfied pursuant to court order entered on 3/6/2015 [Docket No. 3825]. Claim satisfied by ACH numbers 8300032376 and 8300032375 on 03/16/2015 and check number 1010022571 on 3/13/2014. |
| 141 | WARFAB, INC. C/O RITCHESON, LAUFFER & VINCENT, P.C. ATTN: SCOTT A. RITCHESON 821 ESE LOOP 323, STE. 530 TYLER, TX 75701 | 14-11032 (CSS) | Luminant Generation Company LLC | 08/27/2014 | 3917 | $51,673.75* | Claim satisfied pursuant to court order entered on 3/6/2015 [Docket No. 3825]. Claim satisfied by ACH numbers 8300032376 and 8300032375 on 03/16/2015 and check number 1010022571 on 3/13/2014. |
| 142 | WARFAB, INC. C/O RITCHESON, LAUFFER & VINCENT, P.C. ATTN: SCOTT A. RITCHESON 821 ESE LOOP 323, STE 530 TYLER, TX 75701 | 14-11024 (CSS) | Oak Grove Mining Company LLC | 10/10/2014 | 5078 | $3,037,028.10 | Claim satisfied pursuant to court order entered on 3/6/2015 [Docket No. 3825]. Claim satisfied by ACH numbers 8300032376 and 8300032375 on 03/16/2015 and check number 1010022571 on 3/13/2014. |
| 143 | WARFAB, INC. C/O RITCHESON, LAUFFER & VINCENT, P.C. ATTN: SCOTT A. RITCHESON 821 ESE LOOP 323, STE. 530 TYLER, TX 75701 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/13/2014 | 5214 | $3,037,028.10* | Claim satisfied pursuant to court order entered on 3/6/2015 [Docket No. 3825]. Claim satisfied by ACH numbers 8300032376 and 8300032375 on 03/16/2015 and check number 1010022571 on 3/13/2014. |
| 144 | WARFAB, INC. C/O RITCHESON, LAUFFER & VINCENT, P.C. ATTN: SCOTT A. RITCHESON 821 ESE LOOP 323, STE. 530 TYLER, TX 75701 | 14-11018 (CSS) | Luminant Big Brown Mining Company LLC | 10/13/2014 | 5215 | $3,037,028.10* | Claim satisfied pursuant to court order entered on 3/6/2015 [Docket No. 3825]. Claim satisfied by ACH numbers 8300032376 and 8300032375 on 03/16/2015 and check number 1010022571 on 3/13/2014. |
| 145 | WENDELL WOODROW WILLIAMS PO BOX 157 BROWNWOOD, TX 76804 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504280100 | $2,407.90 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010523 on 11/10/2014. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 146 | WILLIAMS, DAVID LEE<br>20801 BRANDON STREET<br>NEW CANEY, TX 77357 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4366 | Undetermined* | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574] setting cure amount to $0. |
| 147 | WOOD FAMILY TRUST<br>ENCORE TRUST CO NA<br>NINE GREENWAY PLAZA STE 1000<br>HOUSTON, TX 77046 | 14-11042 (CSS) | Luminant Mining Company LLC | 07/02/2014 | 504282370 | $10.63 | Claim satisfied pursuant to court order entered on 10/27/2014 [Docket No. 2574]. Claim satisfied by check number 1010010526 on 11/10/2014. |
| | | | | | TOTAL | $30,875,822.37* | |