UNITED STATES BANKRUPTCY COURT
  FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., ET AL.,<br><br>*Debtors.* | Chapter 11<br>Luminant Mining Company LLCCase No.<br>Case No. 14-11042<br><br>Jointly Administered Under<br>**Case No. 14-10979**<br><br>**SCHEDULE F**<br><br>**SCHEDULED AMOUNT $3,463.17** |

**NOTICE:** TRANSFER OF SCHEDULED CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:     Bowie-Cass Electric Cooperative
                   PO Box 47
                   Douglassville, TX 75560

The transfer of your <u>SCHEDULED</u> claim as shown above, in the amount of $3,463.17 has been transferred *(unless previously expunged by court order)* to:

                   Vendor Recovery Fund IV
                   c/o Drum Capital Management
                   4 Stamford Plaza
                   Stamford, CT   06902

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

                   **FILE A WRITTEN OBJECTION TO THE TRANSFER** with**:**
                   United States Bankruptcy Court
                   824 Market Street North
                   3rd Floor
                   Wilmington, DE   19801

            **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.    If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

--------------------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 20 ____ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____    Transferee _____ Debtor's Attorney ____

                                                   _____
                                                   Deputy Clerk

Vendor Recovery Fund IV LLC  C/O Drum Capital Management
4 Stamford Plaza, 10th Floor, Stamford CT 06902

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re.

Luminent Mining Company LLC
Case No. 14-11042
Jointly Administered Under
Case No 14-10979 (CSS)

ENERGY FUTURE HOLDINGS CORP., *et al.*,

Debtors,

Claim # N/A

Schedule/Claim Amount **$3,463.17**

Chapter 11

NOTICE OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY AND
WAIVER OF NOTICE.
RULE 3001 (e) 1

RECEIVED
MAR - 4 2015

PLEASE TAKE NOTICE that the scheduled unsecured claim of **Bowie-Cass Electric Cooperative** ("Assignor") against the Debtor in the amount of **$3,463.17** as listed within the Schedule of Assets and Liabilities, and all claims of Assignor have been transferred and assigned other than for security to **Vendor Recovery Fund IV LLC** ("Assignee"). The signature of the Assignor on this document is evidence of the transfer of the claims and all rights there under. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e) 1 .

I, the undersigned Assignor of the above-listed claims, for good and valuable consideration as outlined in the letter dated April 29, 2015, hereby assign and transfer my claims and all rights thereunder to Assignee. I authorize Assignee to take the steps necessary to transfer the above claim or claims into their name.  I represent and warrant that the claim is not less than **$3,463.17** and has not been previously disallowed, objected to, sold, or satisfied. Upon notification by Assignee I agree to reimburse Assignee, a portion of the purchase price if the claim is reduced, objected to, reclassified, or disallowed in whole or in part by the Debtor.  Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate.  I agree to deliver to Assignee any correspondence or payments received subsequent to the date of this agreement and authorize Assignee to take the steps necessary to transfer this claim against the debtor. Other than as stated above Assignee assumes all risks associated with the debtors ability to distribute funds. The clerk of the court is authorized to change the address regarding the claim of the Assignor to that of the Assignee listed below.

ASSIGNOR:

Bowie-Cass Electric Cooperative

Dated: 5/15 , 2015

Please print your name: Mark A. Boyd Signature Mark C. Boyd

Address: P.O. Box 47, Douglassville, TX 75560

Telephone: 903-846-2311 Fax: 903-846-2061 Email: Markb@bcec.com

ASSIGNEE:

Vendor Recovery Fund IV LLC C/O Drum Capital Management
4 Stamford Plaza, Stamford CT 06902

By:

Edwin K. Camson

6                                    581