WHITE & CASE

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax  + 1 212 354 8113
whitecase.com

Direct Dial + (212) 819-8394         cshore@whitecase.com

June 3, 2015

VIA E-MAIL AND ECF

Hon. Christopher S. Sontchi
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *In re Energy Future Holdings Corporation, et al.*, No. 14-10979 (Bankr. D. Del.)

Dear Judge Sontchi:

      We represent the "TCEH Unsecured Ad Hoc Group," consisting of holders of approximately $2.7 billion of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc.  We write in regard to the *Joint Letter from the Debtors and Their Respective Disinterested Directors and Managers to the Honorable Christopher S. Sontchi Seeking Relief from Disclosure Statement Discovery Requests*, dated May 27, 2015 [Docket No. 4606].  By the May 27 Letter, each of the Debtors seeks a protective order "denying the confirmation-related (and otherwise irrelevant) discovery requested in connection with the Disclosure Statement Motion and directing the Parties that the Disclosure Statement hearing will not be a mini-trial on confirmation issues."

      The TCEH Unsecured Ad Hoc Group is currently attempting to resolve any remaining disputes with the Debtors concerning the Group's limited document requests (none of which were the subject of the May 27 letter) as well as deposition notices served in connection with the Disclosure Statement.  Discussions with Kirkland & Ellis LLP., as Debtors' counsel on non-conflict matters, have resulted in complete resolution.  Other discussions with respect to conflict matters are continuing with Munger, Tolles & Olson LLP, as co-counsel to EFCH and TCEH on Conflict Matters, and we are hopeful those can be resolved as well following a meeting scheduled for tomorrow.

      Given the ongoing nature of the discussions, and in accordance with paragraph 35 of the Scheduling Order, the Debtors have agreed that any letter to the Court from the TCEH Unsecured Ad Hoc Group in response to the May 27 Letter does not need to be filed today.  We

ALMATY   ANKARA   ASTANA   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DOHA   DÜSSELDORF   FRANKFURT   GENEVA   HAMBURG
HELSINKI   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MADRID   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUNICH
NEW YORK   PARIS   PRAGUE   RIYADH   SÃO PAULO   SHANGHAI   SILICON VALLEY   SINGAPORE   STOCKHOLM   TOKYO   UAE   WARSAW   WASHINGTON, DC

WHITE & CASE

June 3, 2015

will revert to the Court with an update as to remaining discovery disputes, if any, after the ongoing discussions have run their course.

Respectfully submitted,

*/s/ J. Christopher Shore*

J. Christopher Shore

cc:     Official Service List of All Participants to EFH Legacy Discovery Protocol