**BROWNRUDNICK**

JEFFREY L. JONAS
direct dial: (617) 856-8577
fax: (617) 289-0434
jjonas@brownrudnick.com

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

June 3, 2015

The Honorable Christopher S. Sontchi
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

**RE:** *In re Energy Future Holdings Corp.*, et al. (the "Debtors") (Case No. 14-10979)

Dear Judge Sontchi,

      We represent Wilmington Savings Fund Society, FSB ("WSFS"), successor trustee under that certain indenture, dated as of October 6, 2010, as amended or supplemented, for the $1.571 billion in 15% second lien notes, due 2021, issued by debtor Texas Competitive Electric Holdings, LLC ("TCEH"). We write in connection with the request of the Debtors and their disinterested directors and managers for a protective order. Such request was made by letter motion on May 27, 2015 [Docket No. 4606] (the "Debtors' Request").

      WSFS disputes the Debtors' allegation that none of the discovery it seeks – both through the limited document requests and the two noticed depositions – relates to the relief sought through the Debtors' Disclosure Statement Motion.[1] WSFS does not wish to unduly burden the Debtors with discovery requests and is therefore willing to meet and confer with the Debtors to resolve any dispute over the appropriate scope of discovery. However, the Debtors have not identified the specific requests made by WSFS that they find objectionable, nor have they sought to meet and confer with WSFS. The Debtors' Request for a blanket protective Order, at least with respect to WSFS, is therefore procedurally improper.

      WSFS joins in the letter filed by the TCEH Creditors' Committee and requests, for the reasons stated here and therein, that the Court deny the Debtors' request for a protective order and instruct the Debtors to meet and confer with the Participating Parties to resolve the Debtors' issues.

Respectfully submitted,

/s/ Jeffrey L. Jonas

Jeffrey L. Jonas

cc: Participating Parties via ECF

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Debtors' Request.