IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )
Luminant Holding Company LLC              )      Bankruptcy Case No.
                                          )
                                          )      14-11037 (CSS)
Debtor                                    )

## NOTICE OF WITHDRAWAL OF CLAIM

The claim (#5247) of U.S. Customs and Border Protection previously filed in this case is withdrawn in its entirety.

JUN 0 1 2015

DATE:_____

*Casey Horn*
Chief, Debt Collection Section
Financial Operations, Office of Administration
U.S. Customs and Border Protection

FILED / RECEIVED

JUN 0 4 2015

Epiq Bankruptcy Solutions, LLC

6650 Telecom Drive
Indianapolis, IN 46278



**U.S. Customs and Border Protection**

JUN 0 1 2015

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, New York 10163-4613

Re:   Luminant Holding Company LLC
      Case Number: 14-11037 (CSS)

Dear Sir or Madam:

Enclosed is our Notice of Withdrawal of Claim for the above referenced bankruptcy case. Please file the notice and return a file-marked copy of the notice in the enclosed self-addressed, stamped envelope.

If you have any questions regarding this case, please immediately contact Scott Vrooman at relay number 1-800-743-3333 and then tell relay agent to dial 317-298-1501.

Sincerely,

Casey Horn
Chief, Debt Collection Section
Financial Operations, Office of Administration
U.S. Customs and Border Protection

Enclosures



**FROM:**
U.S. Customs and Border Protection
Revenue Division
Attn: Bankruptcy Team
6650 Telecom Dr., Suite 100
Indianapolis, IN 46278

**TO:**
Energy Future Holdings Corp. Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

FILED / RECEIVED
JUN 04 2015
EPIQ SYSTEMS

JUN 03 2015

USPS TRACKING #
9114 9011 5981 8323 2132 56

PRIORITY MAIL

EP14F July 2013
OD: 12.5 x 9.5



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE