## EXHIBIT 1 to EXHIBIT A

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALLEN, FAYETTA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 1007 | $2,216.25 | Insufficient Documentation Claim |
| 2 | CLARK, MELBA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/23/2014 | 3289 | Undetermined* | Insufficient Documentation Claim |
| 3 | HARRIS, FRANKIE<br>ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1837 | $1,600.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $3,816.25* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1