**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

TWELFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DRUMRIGHT, DIANE ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/05/2014 | 1129 | Undetermined* | Insufficient Documentation Claim |
| 2 | KINDIG, EVERETT W ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2297 | $125.00 | Insufficient Documentation Claim |
| 3 | PATERSON, JACKIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/28/2014 | 606 | Undetermined* | Insufficient Documentation Claim |
| 4 | VALENTINE, NICKEY ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1400 | $500.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $625.00* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts