## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 4143, 4497, 4606, 4660, 4663, 4664,** |
| | ) | **4665, 4666, 4667, 4668** |

### NOTICE OF *TELEPHONIC ONLY* HEARING

PLEASE TAKE NOTICE that, on April 14, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the (i) *Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 4142] and (ii) *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 4143] (the "Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on May 18, 2015, the Court entered the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection With the Approval of Debtors' Disclosure Statement, and (C) Establishing the Terms Governing Mediation* [D.I. 4497] (the "Scheduling Order").

PLEASE TAKE FURTHER NOTICE that, among other things, the Scheduling Order (i) fixed and approved certain hearing dates and deadlines and (ii) established certain protocols in connection with the approval of the Disclosure Statement. A hearing to consider

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

approval of the Disclosure Statement is currently scheduled to take place before the Court on July 20, 2015 starting at 9:30 a.m. (Eastern Daylight Time), and any objections to the approval of the Disclosure Statement are due to be filed and served no later than June 29, 2015 at 4:00 p.m. (Eastern Daylight Time).

PLEASE TAKE FURTHER NOTICE that, on May 14, 2015 and May 18, 2015, various of the Participating Parties[2] served discovery requests and deposition notices on the Debtors and their respective disinterested directors and managers (the "Disinterested Directors") in connection with the Disclosure Statement.

PLEASE TAKE FURTHER NOTICE that, consistent with paragraph 35 of the Scheduling Order, on May 27, 2015, the Debtors and the Disinterested Directors filed a joint letter brief with the Court (see D.I. 4606; the "Joint Letter Brief") seeking the entry of a protective order in connection with the myriad discovery requests and deposition notices served on them on May 14, 2015 and May 18, 2015.

PLEASE TAKE FURTHER NOTICE that, on June 3, 2015, various of the Participating Parties filed their responsive letter briefs to the Joint Letter Brief. See D.I. 4660, 4663, 4664, 4665, 4666, 4667, 4668.

PLEASE TAKE FURTHER NOTICE that, at the request of the Debtors, the Court has scheduled a *telephonic only* hearing to (i) address the discovery disputes that have arisen by and between the Debtors and the Disinterested Directors, on the one hand, and various of the Participating Parties in connection with the Disclosure Statement and (ii) consider the request for the entry of a protective order as set forth in the Joint Letter Brief for **June 9, 2015 at 2:00 p.m. (Eastern Daylight Time)** (the "Telephonic Hearing"), to be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Court.

---

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Scheduling Order.

PLEASE TAKE FURTHER NOTICE that, consistent with the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*, all parties wishing to appear at the Telephonic Hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) no later than **12:00 p.m. (noon) (Eastern Daylight Time) on June 8, 2015** to register their telephonic appearances.

*[Remainder of page intentionally left blank.]*

RLF1 12087833v.1

Dated: June 4, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:          collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:          edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini  (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:          james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 12087833v.1