## EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services | 177.0 | $ 22,125.00 |
| 3 | Sales and Use Tax Examination Consulting Services | 17.3 | $ 4,169.30 |
| 13 | CAO Financial Reporting Support | 320.0 | $ 70,400.00 |
| 18 | Phase II IT Costing Apptio Service Catalog | 349.1 | $ 72,063.00 |
| 20 | FY14 USIT Consulting | 140.3 | $ 52,838.10 |
| 21 | Transaction Cost Analysis | 279.1 | $ 127,478.00 |
| 22 | Claims Reconciliation | 151.0 | $ 26,425.00 |
| 24 | Risk Management Gap Assessment | 3.5 | $ 1,047.50 |
| 25 | SOX Optimization | 608.8 | $ 114,314.00 |
| 35 | Fee Statement and Fee Application Preparation | 90.8 | $ 24,739.50 |
| 36 | Retention Services | 1.8 | $ 579.60 |
| **Total** | | **2,138.7** | **$ 516,179.00** [1] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 5,741.72 |
| Lodging | N/A | $ 6,038.55 |
| Travel Meals | N/A | $ 1,152.95 |
| Ground Transportation | N/A | $ 2,125.84 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 15,059.06** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $974,595.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $497,164.50 thus benefitting the Chapter 11 estate by same amount.