## EXHIBIT B

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|---|
| Burdett, Brian R | Principal - Tax | | 14.3 | | $ 682 | | $ 9,752.60 |
| Luecht, Julie | Principal - Advisory | | 1.5 | | $ 325 | | $ 487.50 |
| Costin, Harry | Managing Director - Tax | | 8.0 | | $ 680 | | $ 5,440.00 |
| Garcia, Susan | Managing Director - Advisory | | 28.5 | | $ 350 | | $ 9,975.00 |
| Cargile, David | Managing Director - Advisory | | 16.2 | | $ 305 | | $ 4,941.00 |
| Fritzsche, Josh | Senior Manager - Tax | | 18.4 | | $ 625 | | $ 11,500.00 |
| Potter, Maria | Director - Advisory | | 45.0 | | $ 340 | | $ 15,300.00 |
| Seeman, Nick | Director - Advisory | * | 43.6 | | $ 305 | | $ 13,298.00 |
| Gram, Mark | Director - Advisory | | 2.0 | | $ 280 | | $ 560.00 |
| Plangman, Monica | Associate Director - Bankruptcy | * | 4.9 | | $ 325 | | $ 1,592.50 |
| Johnston, Reid | Manager - Tax | | 46.5 | | $ 560 | | $ 26,040.00 |
| Laukhuff, Brittny | Manager - Tax | | 11.9 | | $ 560 | | $ 6,664.00 |
| Fulmer, Brandon T | Manager - Tax | | 16.0 | | $ 437 | | $ 6,992.00 |
| Brakewood, Marcus | Manager - Advisory | | 19.0 | | $ 300 | | $ 5,700.00 |
| Epelbaum, Leonard | Manager - Advisory | | 7.8 | | $ 300 | | $ 2,340.00 |
| Campbell, Celeste | Manager - Bankruptcy | * | 55.3 | | $ 298 | | $ 16,479.40 |
| Myrick, Cristina | Manager - Advisory | | 172.2 | | $ 175 | | $ 30,135.00 |
| Heddesheimer, Christina | Senior Associate - Tax | | 2.5 | | $ 420 | | $ 1,050.00 |
| Johnson, Audra | Senior Associate - Tax | | 0.5 | | $ 420 | | $ 210.00 |
| Payne, Lani | Senior Associate - Tax | | 86.0 | | $ 420 | | $ 36,120.00 |
| Prywes, Joshua | Senior Associate - Tax | | 123.7 | | $ 420 | | $ 51,954.00 |
| Karcasinas, Theodore J | Senior Associate - Tax | * | 23.1 | | $ 350 | | $ 8,085.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 28.4 | | $ 228 | | $ 6,475.20 |
| Jeffcott, David | Senior Associate - Advisory | | 176.0 | | $ 220 | | $ 38,720.00 |
| Lange, Jolandi de | Senior Associate - Advisory | | 144.0 | | $ 220 | | $ 31,680.00 |
| Dabral, Pulkit | Senior Associate - Advisory | | 118.8 | | $ 175 | | $ 20,790.00 |
| Kimball, Doug | Senior Associate - Advisory | | 19.5 | | $ 175 | | $ 3,412.50 |
| Jones, Virginia | Associate - Tax | | 85.8 | | $ 241 | | $ 20,677.80 |
| Garza, Juanita | Associate - Bankruptcy | | 4.0 | | $ 193 | | $ 772.00 |
| Barone, Anthony | Associate - Advisory | | 13.2 | | $ 175 | | $ 2,310.00 |
| Milner, Aaron | Associate - Advisory | | 151.0 | | $ 175 | | $ 26,425.00 |
| Rangwala, Hussain | Associate - Advisory | | 181.7 | | $ 175 | | $ 31,797.50 |
| Smith, Bridgette | Associate - Advisory | | 10.1 | | $ 175 | | $ 1,767.50 |
| Zhu, Anna | Associate - Advisory | | 33.5 | | $ 175 | | $ 5,862.50 |
| Douthey, Amy | Associate - Advisory | | 177.0 | | $ 125 | | $ 22,125.00 |
| Braun, Nancy | Contractor - Apptio SME | ** | 40.8 | | $ 185 | | $ 7,548.00 |
| Serber, Mike | Contractor - Data Architect | ** | 208.0 | | $ 150 | | $ 31,200.00 |
| **Total Hours and Fees** | | | **2,138.7** | | | | **$ 516,179.00** |

\* Promoted effective October 1, 2014
\*\* Contractors are passed through at cost.