**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2015 through April 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 04342774 | CAO Financial Reporting Support | 20150330 | Jeffcott, David | air | | | $ 402.04 | Roundtrip coach class airfare from Houston Hobby airport on 3/30/15 to Dallas Love airport and back from Dallas Love airport to Houston Hobby airport on 4/2/14 while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150402 | Serber, Mike | air | | | $ 690.20 | Coach Airfare - Delta Air Lines, round trip flight from Minneapolis to Dallas on 03/29/15, returning from Dallas to Minneapolis on 04/02/15 to provide onsite support for the EFH Service Costing project |
| 04342774 | Risk Management Gap Assessment | 20150409 | Luecht, Julie | air | | | $ 402.04 | Airfare from Houston, TX to Dallas, TX on April 9, 2015 for gap analysis results presentation. |
| 04342774 | Risk Management Gap Assessment | 20150409 | Gram, Mark | air | | | $ 402.04 | Air fare from Houston Hobby to Love Field on 04/09/2015. |
| 04342774 | CAO Financial Reporting Support | 20150409 | Jeffcott, David | air | | | $ 435.22 | Economy Airfare from Houston Hobby airport on 04/06/15 to Dallas Love airport and back from Dallas Love airport to Houston Hobby airport on 04/09/15 while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150410 | Lange, Jolandi De | air | | | $ 364.64 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 04/7/2015 Return Date: 04/10/2015. Business Purpose: Energy Future Holdings |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150410 | Serber, Mike | air | | | $ 980.20 | Coach Airfare - Delta Air Lines, round trip flight from Minneapolis to Dallas on 04/06/15, returning from Dallas to Minneapolis on 04/10/15 to provide onsite support for the EFH Service Costing project |
| 04342774 | CAO Financial Reporting Support | 20150416 | Jeffcott, David | air | | | $ 435.22 | Economy Airfare from Houston Hobby airport on 04/12/15 9:00 PM flight to Dallas Love airport and back from Dallas Love airport to Houston Hobby airport on 04/16/15 afternoon flight while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150417 | Lange, Jolandi De | air | | | $ 402.04 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 04/14/2015 Return Date: 04/17/2015. Business Purpose: Energy Future Holdings |
| 04342774 | CAO Financial Reporting Support | 20150423 | Lange, Jolandi De | air | | | $ 424.00 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 04/20/2015 Return Date: 04/23/2015. Business Purpose: Energy Future Holdings |
| 04342774 | CAO Financial Reporting Support | 20150424 | Jeffcott, David | air | | | $ 402.04 | Economy Airfare from Houston Hobby airport on 04/20/15 9:00 PM flight to Dallas Love airport and back from Dallas Love airport to Houston Hobby airport on 04/24/15 afternoon flight while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150430 | Jeffcott, David | air | | | $ 402.04 | Economy Airfare from Houston Hobby airport on 04/27/15 9:00 PM flight to Dallas Love airport and back from Dallas Love airport to Houston Hobby airport on 04/30/15 afternoon flight while performing work for EFH Corporate Accounting project. |
| | | | | **Total Air** | | | $ 5,741.72 | |

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2015 through April 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 04342774 | CAO Financial Reporting Support | 20150402 | Lange, Jolandi De | lodging | | | $ 414.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights (03/30-04/02), while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150402 | Serber, Mike | lodging | | | $ 447.24 | Lodging - Sheraton Dallas hotel - check-in 03/29/15 thru 04/02/15 for 4 nights, to provide onsite support for the EFH Service Costing project |
| 04342774 | CAO Financial Reporting Support | 20150402 | Jeffcott, David | lodging | | | $ 584.37 | Dallas Hotel for EFH from 3/30/15 thru 4/2/15 for 3 nights. |
| 04342774 | CAO Financial Reporting Support | 20150409 | Jeffcott, David | lodging | | | $ 584.37 | Lodging at Dallas Hotel for EFH from 4/6/12 thru 4/9/15 for 3 nights. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150410 | Serber, Mike | lodging | | | $ 447.24 | Lodging - Sheraton Dallas hotel - check-in 04/06/15 thru 04/10/15 for 4 nights, to provide onsite support for the EFH Service Costing project |
| 04342774 | CAO Financial Reporting Support | 20150410 | Lange, Jolandi De | lodging | | | $ 449.52 | Sheraton hotel fees incurred in Dallas, TX for 3 nights (04/07-04/10), while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150416 | Jeffcott, David | lodging | | | $ 779.16 | Lodging at Dallas Hotel for EFH from 4/12/15 thru 4/16/15 for 4 nights. |
| 04342774 | CAO Financial Reporting Support | 20150417 | Lange, Jolandi De | lodging | | | $ 449.52 | Sheraton hotel fees incurred in Dallas, TX for 3 nights (04/14-04/17), while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150423 | Lange, Jolandi De | lodging | | | $ 518.67 | Sheraton hotel fees incurred in Dallas, TX for 3 nights (04/20-04/23), while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150424 | Jeffcott, David | lodging | | | $ 779.16 | Dallas Hotel for EFH 04/20/15 thru 04/24/15 for 4 nights. |
| 04342774 | CAO Financial Reporting Support | 20150430 | Jeffcott, David | lodging | | | $ 584.37 | Dallas Hotel for EFH 4/27/15 thru 4/30/15 for 3 nights. |
| | **Total Lodging** | | | | | | **$ 6,038.55** | |

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2015 through April 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150329 | Serber, Mike | travel meals | | | $ 8.99 | Dinner - Fuddruckers. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150330 | Serber, Mike | travel meals | | | $ 3.24 | Breakfast Meal expense incurred while out of town conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150330 | Serber, Mike | travel meals | | | $ 9.20 | Lunch - Mad Hatter Cafe. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150330 | Serber, Mike | travel meals | | | $ 37.31 | Dinner - Kitchen Table. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150330 | Jeffcott, David | travel meals | | | $ 7.25 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150330 | Jeffcott, David | travel meals | | | $ 8.98 | Out of town breakfastwhile performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150330 | Jeffcott, David | travel meals | | | $ 13.63 | Dinner from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150330 | Lange, Jolandi De | travel meals | | | $ 14.83 | Dinner from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150331 | Serber, Mike | travel meals | | | $ 16.95 | Dinner - Mr. Panda's. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150331 | Lange, Jolandi De | travel meals | | | $ 12.04 | Dinner from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150331 | Lange, Jolandi De | travel meals | | | $ 12.71 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150331 | Jeffcott, David | travel meals | | | $ 18.27 | Out of town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150401 | Serber, Mike | travel meals | | | $ 5.04 | Breakfast Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150401 | Lange, Jolandi De | travel meals | | | $ 7.52 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150401 | Jeffcott, David | travel meals | | | $ 16.54 | Out of town dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150401 | Serber, Mike | travel meals | | | $ 16.00 | Lunch Meal expense incurred while out of town conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150401 | Serber, Mike | travel meals | | | $ 20.32 | Dinner Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150401 | Lange, Jolandi De | travel meals | | | $ 40.00 | Dinner from Dallas Chop House while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150402 | Serber, Mike | travel meals | | | $ 4.06 | Breakfast Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150402 | Lange, Jolandi De | travel meals | | | $ 9.70 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150402 | Serber, Mike | travel meals | | | $ 13.48 | Chik-Fil-A. Business Purpose: Dinner Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150406 | Jeffcott, David | travel meals | | | $ 6.58 | Breakfast meal expense while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150406 | Serber, Mike | travel meals | | | $ 7.85 | Meal - Noodle Nexus. Business Purpose: Lunch Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150406 | Jeffcott, David | travel meals | | | $ 17.59 | Dinner meal expense from Beyond the Box while working on EFH Corporate Accounting Project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150406 | Serber, Mike | travel meals | | | $ 18.16 | Dinner Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150407 | Lange, Jolandi De | travel meals | | | $ 6.21 | Breakfast from Euro Cafe while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150407 | Lange, Jolandi De | travel meals | | | $ 8.54 | Dinner from 7-Eleven while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150407 | Jeffcott, David | travel meals | | | $ 10.22 | Purchased dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150407 | Serber, Mike | travel meals | | | $ 16.95 | Lunch - Mr. Panda's. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150407 | Serber, Mike | travel meals | | | $ 33.56 | Dinner Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150408 | Lange, Jolandi De | travel meals | | | $ 9.04 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150408 | Lange, Jolandi De | travel meals | | | $ 9.42 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150408 | Jeffcott, David | travel meals | | | $ 12.77 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2015 through April 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 04342774 | CAO Financial Reporting Support | 20150408 | Lange, Jolandi De | travel meals | | | $ 22.57 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150408 | Serber, Mike | travel meals | | | $ 27.73 | Lunch- Kitchen Table. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150408 | Serber, Mike | travel meals | | | $ 33.56 | Dinner - Room Service. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150409 | Jeffcott, David | travel meals | | | $ 8.32 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150409 | Lange, Jolandi De | travel meals | | | $ 8.35 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150409 | Lange, Jolandi De | travel meals | | | $ 9.74 | Lunch from The Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150409 | Serber, Mike | travel meals | | | $ 28.73 | Lunch- Kitchen Table. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150409 | Serber, Mike | travel meals | | | $ 29.84 | Dinner - Kitchen Table. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150410 | Lange, Jolandi De | travel meals | | | $ 9.74 | Lunch from The Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150410 | Serber, Mike | travel meals | | | $ 9.42 | Breakfast- Chik-Fil-A. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150410 | Lange, Jolandi De | travel meals | | | $ 9.70 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150410 | Serber, Mike | travel meals | | | $ 11.02 | Lunch Meal expense incurred while out of town conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150410 | Serber, Mike | travel meals | | | $ 33.56 | Dinner- Room Service. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150412 | Jeffcott, David | travel meals | | | $ 7.34 | Meal at Houston Hobby airport while waiting on delayed flight |
| 04342774 | CAO Financial Reporting Support | 20150413 | Jeffcott, David | travel meals | | | $ 18.22 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 04342774 | CAO Financial Reporting Support | 20150414 | Lange, Jolandi De | travel meals | | | $ 6.97 | Lunch from Sunrise Café and Grill while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150414 | Lange, Jolandi De | travel meals | | | $ 6.98 | Breakfast from Euro Cafe while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150414 | Lange, Jolandi De | travel meals | | | $ 16.32 | Dinner from 7-Eleven while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150414 | Jeffcott, David | travel meals | | | $ 18.22 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 04342774 | CAO Financial Reporting Support | 20150415 | Lange, Jolandi De | travel meals | | | $ 9.74 | Lunch from The Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150415 | Jeffcott, David | travel meals | | | $ 13.22 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 04342774 | CAO Financial Reporting Support | 20150415 | Lange, Jolandi De | travel meals | | | $ 31.23 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150416 | Lange, Jolandi De | travel meals | | | $ 7.37 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150416 | Jeffcott, David | travel meals | | | $ 9.63 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150417 | Lange, Jolandi De | travel meals | | | $ 6.87 | Lunch from Miguel's Cantina while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150420 | Lange, Jolandi De | travel meals | | | $ 5.36 | Breakfast from Euro Cafe while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150420 | Jeffcott, David | travel meals | | | $ 6.45 | Subway at Houston Hobby airport while waiting on delayed flight |
| 04342774 | CAO Financial Reporting Support | 20150420 | Lange, Jolandi De | travel meals | | | $ 9.74 | Lunch from The Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150420 | Lange, Jolandi De | travel meals | | | $ 12.22 | Dinner from 7-Eleven while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150421 | Lange, Jolandi De | travel meals | | | $ 6.03 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150421 | Lange, Jolandi De | travel meals | | | $ 14.07 | Dinner from Beyond the Box while performing work for EFH Corporate Accounting project. |

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2015 through April 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 04342774 | CAO Financial Reporting Support | 20150421 | Jeffcott, David | travel meals | | | $ 18.22 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 04342774 | CAO Financial Reporting Support | 20150422 | Lange, Jolandi De | travel meals | | | $ 31.23 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150422 | Jeffcott, David | travel meals | | | $ 40.00 | Purchased dinner from Sushiya while working on EFH Corporate Accounting Project. |
| 04342774 | CAO Financial Reporting Support | 20150423 | Lange, Jolandi De | travel meals | | | $ 9.74 | Lunch from The Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150423 | Jeffcott, David | travel meals | | | $ 14.53 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 04342774 | CAO Financial Reporting Support | 20150424 | Jeffcott, David | travel meals | | | $ 7.87 | Lunch from Beyond the Box |
| 04342774 | CAO Financial Reporting Support | 20150427 | Jeffcott, David | travel meals | | | $ 16.53 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150428 | Potter, Maria | travel meals | | | $ 7.52 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150428 | Potter, Maria | travel meals | | | $ 9.74 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150428 | Potter, Maria | travel meals | | | $ 11.41 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150428 | Jeffcott, David | travel meals | | | $ 11.54 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150429 | Potter, Maria | travel meals | | | $ 10.01 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150429 | Jeffcott, David | travel meals | | | $ 16.53 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 04342774 | CAO Financial Reporting Support | 20150430 | Jeffcott, David | travel meals | | | $ 6.49 | Lunch from Beyond the Box. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150430 | Potter, Maria | travel meals | | | $ 7.63 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150430 | Potter, Maria | travel meals | | | $ 32.75 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150407 | Lange, Jolandi De | travel meals | | | $ 27.78 | Taxi from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| | **Total Travel Meals** | | | | | | **$ 1,180.73** | |

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2015 through April 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150329 | Serber, Mike | ground | | | $ 28.76 | Mileage for roundtrip travel from home to airport for Minneapolis to Dallas trip, 50 miles at $0.575/mile. Business Purpose: Expense incurred for out of town trip conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150329 | Serber, Mike | ground | | | $ 25.00 | Transportation - City Shuttle, one-way transportation from Dallas Airport to Sheraton Dallas hotel on 03/29/15, to provide onsite support for the EFH Service Costing project |
| 04342774 | CAO Financial Reporting Support | 20150330 | Lange, Jolandi De | ground | | | $ 18.77 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150330 | Lange, Jolandi De | ground | | | $ 27.50 | Taxi from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150330 | Jeffcott, David | ground | | | $ 80.00 | Taxi from apartment to Houston airport while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150402 | Serber, Mike | ground | | | $ 28.75 | Mileage for roundtrip travel from home to airport for Minneapolis to Dallas trip, 50 miles at $0.575/mile. Business Purpose: Expense incurred for out of town trip conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150402 | Lange, Jolandi De | ground | | | $ 31.00 | Taxi from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150402 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150402 | Serber, Mike | ground | | | $ 55.00 | Transportation - Taxi, one-way transportation from Sheraton Dallas hotel to Dallas Airport on 04/02/15, to provide onsite support for the EFH Service Costing project |
| 04342774 | CAO Financial Reporting Support | 20150402 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150406 | Serber, Mike | ground | | | $ 14.38 | Mileage - mileage from home to airport for Minneapolis to Dallas trip on 04/06/15, 25 miles at $0.575/mile. Business Purpose: Expense incurred for out of town trip conducting client related business. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150406 | Serber, Mike | ground | | | $ 55.00 | Transportation - Taxi, one-way transportation from Dallas Airport to Sheraton Dallas hotel on 04/06/15, to provide onsite support for the EFH Service Costing project |
| 04342774 | CAO Financial Reporting Support | 20150406 | Jeffcott, David | ground | | | $ 75.00 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150407 | Lange, Jolandi De | ground | | | $ 17.94 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 04342774 | Risk Management Gap Assessment | 20150409 | Gram, Mark | ground | | | $ 19.00 | Parking at Houston Hobby airport while traveling. |
| 04342774 | Risk Management Gap Assessment | 20150409 | Luecht, Julie | ground | | | $ 23.00 | Taxi from EFH to Dallas Love Airport |
| 04342774 | Risk Management Gap Assessment | 20150409 | Luecht, Julie | ground | | | $ 25.00 | Parking at Houston Hobby Airport |
| 04342774 | SOX Optimization | 20150409 | Dabral, Pulkit | ground | | | $ 27.60 | Mileage incurred in excess of normal commute for roundtrip travel from home in Dallas, TX to TXU in Irving, TX. Total of 48 miles. Client trip to TXU in Irving on 4/6/15, 4/8/15 and 4/9/15. |
| 04342774 | CAO Financial Reporting Support | 20150409 | Jeffcott, David | ground | | | $ 30.00 | Taxi to Dallas Airport from EFH |
| 04342774 | Risk Management Gap Assessment | 20150409 | Luecht, Julie | ground | | | $ 30.00 | Taxi from Dallas Love Airport to KPMG Offices |
| 04342774 | Risk Management Gap Assessment | 20150409 | Gram, Mark | ground | | | $ 51.75 | Roundtrip mileage of 90 miles @ .575 from home in The Woodlands, TX to Houston Hobby airport. |
| 04342774 | CAO Financial Reporting Support | 20150409 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150410 | Serber, Mike | ground | | | $ 73.75 | Transportation - Taxi, one-way transportation from Sheraton Dallas hotel to Dallas Airport on 04/10/15, to provide onsite support for the EFH Service Costing project |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150410 | Serber, Mike | ground | | | $ 14.38 | Mileage - mileage from airport to home for Minneapolis to Dallas trip, 25 miles at $0.575/mile. Business Purpose: Expense incurred for out of town trip conducting client related business. |

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2015 through April 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 04342774 | CAO Financial Reporting Support | 20150410 | Lange, Jolandi De | ground | | | $ 30.00 | Taxi from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150410 | Serber, Mike | ground | | | $ 61.92 | Parking - EZ Air Park, parking from 04/06/15 to 04/10/15 for Minneapolis to Dallas trip. Business Purpose: Expense incurred while out of town conducting client related business. |
| 04342774 | CAO Financial Reporting Support | 20150410 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150414 | Lange, Jolandi De | ground | | | $ 18.58 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150414 | Lange, Jolandi De | ground | | | $ 27.50 | Taxi from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150416 | Jeffcott, David | ground | | | $ 35.00 | Taxi to Dallas Airport from EFH |
| 04342774 | SOX Optimization | 20150416 | Dabral, Pulkit | ground | | | $ 41.40 | Client trip to TXU in Irving on 4/13/15, 4/14/15, 4/15/15 and 4/16/15. Mileage incurred in excess of normal commute for roundtrip travel from home in Dallas, TX to TXU in Irving, TX. Total of 72 miles. |
| 04342774 | CAO Financial Reporting Support | 20150416 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150417 | Lange, Jolandi De | ground | | | $ 19.52 | Taxi from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150417 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150420 | Lange, Jolandi De | ground | | | $ 25.20 | Taxi from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150420 | Lange, Jolandi De | ground | | | $ 27.96 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150420 | Jeffcott, David | ground | | | $ 35.00 | Taxi from Dallas Love Airport to Dallas Marriott City Center. |
| 04342774 | CAO Financial Reporting Support | 20150420 | Jeffcott, David | ground | | | $ 75.00 | Taxi from home to Houston Hobby Airport |
| 04342774 | CAO Financial Reporting Support | 20150423 | Lange, Jolandi De | ground | | | $ 33.00 | Taxi from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150423 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150424 | Jeffcott, David | ground | | | $ 33.00 | Taxi to Dallas Airport from EFH |
| 04342774 | SOX Optimization | 20150424 | Dabral, Pulkit | ground | | | $ 41.40 | Client trip to TXU in Irving on 4/20/15, 4/21/15, 4/22/15 and 4/23/15. Mileage incurred in excess of normal commute for roundtrip travel from home in Dallas, TX to TXU in Irving, TX. Total of 72 miles. |
| 04342774 | CAO Financial Reporting Support | 20150424 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 04342774 | CAO Financial Reporting Support | 20150427 | Jeffcott, David | ground | | | $ 35.00 | Taxi from Dallas Love Airport to EFH. |
| 04342774 | CAO Financial Reporting Support | 20150427 | Jeffcott, David | ground | | | $ 75.00 | Taxi from home to Houston Hobby Airport. |
| 04342774 | Phase II IT Costing Apptio Service Catalog | 20150428 | Potter, Maria | ground | | | $ 55.00 | One way cab fare from DFW airport for Maria Potter to Hotel |
| 04342774 | CAO Financial Reporting Support | 20150430 | Jeffcott, David | ground | | | $ 33.00 | Taxi to Dallas Love Airport from EFH. |
| 04342774 | CAO Financial Reporting Support | 20150430 | Jeffcott, David | ground | | | $ 80.00 | Taxi from Houston Hobby Airport to home while performing work for EFH Corporate Accounting project. |
| | **Total Ground** | | | | | | **$ 2,098.06** | |