# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP.,<br>*et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>Re: Docket No(s). 4637, 4639<br><br>Hearing Date: July 16, 2015 at 9:30 A.M. ET<br>Objection Deadline: July 2, 2015 at 4:00 P.M. ET |

## *AMENDED*[1] NOTICE OF RED BALL OXYGEN COMPANY'S MOTION TO PERMIT LATE FILING OF PROOFS OF CLAIM AND NOTICE OF MOTION TO LIMIT NOTICE

PLEASE TAKE NOTICE that on June 8, 2015, Red Ball Oxygen Company, through its undersigned counsel, filed a **Motion to Permit Late Filing of Proofs of Claim** (D.I. 4637) and a related **Motion to Limit Notice** (D.I. 4639) (the "Motions") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motions must be made in writing, filed with the Court, and served upon, so as to actually be received by the undersigned, on or before **July 2, 2015 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if an objection is filed, a hearing on the Motions may be held before the Honorable Christopher S. Sontchi in the Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, on **July 16, 2015 at 9:30 A.M. (Eastern Time)**.

---

1 Notice reflects a later objection deadline than the related docket entry (D.I. 4637).
00479505 - 1

PLEASE TAKE FURTHER NOTICE that if no objection to the Motions is timely filed in accordance with the above procedures, the Court may enter an Order granting the relief sought in the Motion without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that parties receiving a copy of this Notice who want to receive a copy of the related Motions may do so by contacting Red Ball's counsel at the following e-mail address: klucas@mccathernlaw.com.

| | |
|---|---|
| Dated: June 8, 2015<br>Wilmington, Delaware | **CIARDI CIARDI & ASTIN**<br><br>/s/ Joseph J. McMahon, Jr.<br>Daniel K. Astin, Esq. (No. 4068)<br>John D. McLaughlin, Jr. (No. 4123)<br>Joseph J. McMahon, Jr., Esq. (No. 4819)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Tel: (302) 658-1100<br>Fax: (302) 658-1300<br>jmclaughlin@ciardilaw.com<br>jmcmahon@ciardilaw.com<br><br>-and-<br><br>**McCathern PLLC**<br>Jonathan L. Howell, Esp.<br>Texas Bar No. 24053668<br>jhowell@mccathernlaw.com<br>Regency Plaza<br>3710 Rawlins, Suite 1600<br>Dallas, TX 75219<br>Phone (214) 741-2662<br>Facsimile: (214) 741-4717<br><br>*Counsel to Red Ball Oxygen Company* |

2