## **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 1105 N. Market St. Suite 700 Wilmington, DE 19801 | Fifth Monthly Fee Statement 04/01/2015 through 04/30/2015 D.I. 4489 | $13,397.50 | $167.66 | 06/04/2015 | $10,305.60 | $167.66 | $3,091.90 |

SL1 1370472v1 109285.00006