**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

**NOTICE OF SUBSTITUTION OF COUNSEL AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Sills Cummis & Gross P.C. hereby withdraws its appearance as counsel to Benbrooke Electric Partners, LLC ("Benbrooke"), which is a party in interest in the above-captioned bankruptcy case and that Epstein Becker & Green, P.C. hereby enters its appearance as counsel to Benbrooke in the above-captioned bankruptcy case, in full substitution for Sills Cummis & Gross P.C. Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Epstein Becker & Green, P.C. hereby requests that copies of all notices and pleadings given or filed in the above captioned case be given and served upon the following persons at the following address, telephone and fax number:

Wendy G. Marcari, Esquire
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10017
Telephone: (212) 351-3747
Fax: (212) 878-8600
Email: wmarcari@ebglaw.com

Stephanie G. Lerman
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10017
Telephone: (212) 351-4691
Fax: (212) 878-8600
Email: slerman@ebglaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes,

without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, fax, email, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of (a) Benbrooke's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Benbrooke is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Benbrooke expressly reserves.

Dated: June 8, 2015

Respectfully submitted,

*/s/ Wendy G. Marcari*
Wendy G. Marcari
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY  10017
Telephone:  (212) 351–3747
Facsimile:  (212) 878-8719

*/s/ Valerie A. Hamilton*
Valerie A. Hamilton
SILLS CUMMIS & GROSS P.C.
600 College Road East
Princeton, NJ 08540
Telephone:  (609) 227-4600
Facsimile:  (609) 227-4646