# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | **Reference Docket No. 3901** |
| ) | |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 3901

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *First Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 21, 2014 through December 31, 2014* (the "Application"), filed with the Court on March 13, 2015, and entered on the Court's docket as Docket No. 3901. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than April 3, 2015.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efocaseinfo.com.

Date:   June 9, 2015                              PHILLIPS, GOLDMAN & SPENCE, P.A.

        */s/ Stephen W. Spence*
Stephen W. Spence, Esquire (DE#2033)
Stephen A. Spence, Esquire (DE#5392)
1200 North Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax: (302) 655-4200
Email: sws@pgslaw.com
       sas@pgslaw.com
-and-

Katherine Stadler, Esquire
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*