| *Co-Counsel to the Debtors*<br>**KIRKLAND & ELLIS LLP** | *Co-Counsel to Energy Future Competitive Holdings Company LLC & Texas Competitive Electric Holdings Company LLC* | *Co-Counsel to Energy Future Intermediate Holdings Company LLC* |
|---|---|---|
| Edward O. Sassower, P.C.<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, New York 10022 | **MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper<br>John W. Spiegel<br>355 S. Grand Ave 35th FL<br>Los Angeles, CA 90071 | **CRAVATH, SWAINE & MOORE LLP**<br>Michael A. Paskin<br>Worldwide Plaza<br>825 Eighth Ave<br>New York, NY 10019 |
| -and-<br><br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654 | *Co-Counsel to Energy Future Holdings Corp.*<br>**PROSKAUER ROSE LLP.**<br>Mark K. Thomas<br>Jeff J. Marwil<br>Peter J. Young<br>70 W. Madison ST STE 3800<br>Chicago, IL 60602 | - and -<br><br>**JENNER & BLOCK LLP**<br>Richard Levin<br>919 Third Ave<br>New York, NY 10022 |
| - and -<br><br>Mark E. McKane<br>555 California Street<br>San Francisco, CA 94104 | - and -<br><br>Michael A. Firestein<br>2049 Century Park East, #3200<br>Los Angeles, CA 90067 | |

June 9, 2015

**By ECF and Hand Delivery**

Hon. Christopher S. Sontchi
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

      Re: *In re Energy Future Holdings Corporation, et al.*, Case No. 14-10979

Dear Judge Sontchi:

      We write on behalf of Debtors and their respective disinterested directors and managers (the "Disinterested Directors") to update the Court on the parties' progress in resolving various disputes regarding discovery requests served in connection with the Debtors' *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* (D.I. 4144) (the "Disclosure Statement Motion").[1]

      As explained in Debtors May 27, 2015 letter, on May 14 and May 18, eight parties (the "Discovery Proponents")[2] served 349 document requests, 5 interrogatories, and 16 deposition

---

[1] Capitalized terms used but not otherwise defined in this letter have the meaning ascribed to such terms in the Disclosure Statement Motion.

[2] Attached hereto as **Appendix I** is the list of the eight parties who served discovery requests in connection with the Disclosure Statement Motion and who will receive a copy of this letter.

notices (including seven Rule 30(b)(6) notices covering 51 topics and subpoenas to every Disinterested Director in this case), ostensibly in connection with the Disclosure Statement Motion. The Debtors promptly reviewed the requests and subpoenas and engaged the Discovery Proponents, asking them to withdraw their requests or substantially narrow them to disclosure adequacy issues. On May 27, the Debtors and Disinterested Directors sought relief from the Court.

Between May 27 and today, the parties have succeeded in addressing <u>all issues</u> related to the discovery requests made by each of the Discovery Proponents. Accordingly, at this point, there are <u>no ripe disputes</u> related to any of the Discovery Proponents' requests that require resolution by the Court. The Debtors and their Disinterested Directors appreciate the Court's willingness to schedule a hearing on the relief requested in our May 27 letter, but given that there are no issues requiring Court resolution, the Debtors and Disinterested Directors believe that a hearing is no longer necessary.

Sincerely,

**KIRKLAND & ELLIS LLP**
Mark McKane
555 California Street
San Francisco, CA 94104
*Co-Counsel to the Debtors*

**MUNGER, TOLLES & OLSON LLP**
Thomas B. Walper
John W. Spiegel
355 S. Grand Ave 35th FL
Los Angeles, CA 90071
*Co-Counsel to Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC*

**PROSKAUER ROSE LLP.**
Jeff J. Marwil
Mark K Thomas
Peter J. Young
Three First National Plaza
70 W. Madison ST STE 3800
Chicago, IL 60602
*Co-Counsel to Energy Future Holdings Corp.*

- and -

Michael A. Firestein
2049 Century Park East, #3200
Los Angeles, CA 90067

**CRAVATH, SWAINE & MOORE LLP**
Michael A. Paskin
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475

- and -

**JENNER & BLOCK LLP**
Richard Levin
919 Third Ave
New York, NY 10022-3908
*Co-Counsel to Energy Future Intermediate Holding Company LLC*

**Appendix I**

1. Paul, Weiss, Rifkind, Wharton & Garrison LLP, on behalf of the Ad Hoc Group of TCEH First Lien Creditors

2. Nixon Peabody LLP, on behalf of American Stock Transfer & Trust Company, LLC, as successor trustee to the Bank of New York Mellon Trust Company, N.A. under the indentures for certain notes issued by EFH Corp.

3. Sullivan & Cromwell LLP, on behalf of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc, and EECI, Inc.

4. Morrison & Foerster LLP, on behalf of the Official Committee of Unsecured Creditors of Energy Future Holdings Company LLC, its direct subsidiary, Texas Competitive Electric Holdings Company LLC, their direct and indirect subsidiaries, and EFH Corporate Services Company

5. Kramer Levin Naftalis & Frankel LLP, on behalf of Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the EFIH second lien notes

6. White & Case LLP, on behalf of the Ad Hoc Group of TCEH Unsecured Noteholders

7. Foley & Lardner, LLP, on behalf of UMB, N.A., as indenture trustee for the EFIH unsecured notes

8. Brown Rudnick LLP, on behalf of Wilmington Savings Fund Society, FSB, as successor trustee under the TCEH second lien notes