## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| B160 | Fee/Employment Applications | 8.40 | $4,032.00 |
| B270 | Energy Trading | 52.20 | $39,096.50 |
|  | **TOTAL** | **60.60** | **$43,128.50** |