## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $875.00 | 29.90 | $26,162.50 |
| Ryan A. Wagner | Associate | $580.00 | 27.90 | $16,182.00 |
| Andrea Duncliffe | Paralegal Manager | $280.00 | 2.80 | $784.00 |
| **Total** | | | **60.60** | **$43,128.50** |