**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Business Meals | Dallas Marriott Hotel | $22.08 |
| Airfare | United Airlines | $982.20 |
| Lodging | Dallas Marriott Hotel | $1,050.00 |
| Car Rental | Budget Rental | $225.00 |
| Parking | Various Vendors | $202.69 |
| Miscellaneous | Various Vendors | $4.75 |
| **TOTAL** | | **$2,486.72** |