# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

DM_US 61626314-1.093681.0012

**Expense Detail by Category**

**March 1, 2015 through March 31, 2015**

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | March 13, 2015 | $982.20 | Airfare Round Trip Coach NJ/Dallas |
| **Expense Category Total:** | | **$982.20** | |

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | March 16, 2015 | $350.00 | Dallas Marriott |
| Iskender H. Catto | March 17, 2015 | $350.00 | Dallas Marriott |
| Iskender H. Catto | March 18, 2015 | $350.00 | Dallas Marriott |
| **Expense Category Total:** | | **$1,050.00** | |

*MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | March 16, 2015 | $22.08 | Out of Town Breakfast at Dallas Marriott |
| **Expense Category Total:** | | **$22.08** | |

*TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | March 16-19, 2015 | $225.00 | Budget Car Rental (3 days @ $75/day, taxes and fees included) |
| **Expense Category Total:** | | **$225.00** | |

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | March 16, 2015 | $29.23 | Parking Dallas Marriott |
| Iskender H. Catto | March 17, 2015 | $29.23 | Parking Dallas Marriott |
| Iskender H. Catto | March 18, 2015 | $29.23 | Parking Dallas Marriott |
| Iskender H. Catto | March 19, 2015 | $107.00 | Parking Newark International Airport |
| Iskender H. Catto | March 19, 2015 | $8.00 | Stall Parking |
| **Expense Category Total:** | | **$202.69** | |

*MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | March 19, 2015 | $4.75 | Shell Gas |
| **Expense Category Total:** | | **$4.75** | |