# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

ny-1191449

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---:|---:|
| 002 | Asset Disposition | 102.40 | $85,555.50 |
| 003 | Assumption and Rejection of Leases and | 3.60 | $3,195.00 |
| 004 | Avoidance Action Analysis | 10.90 | $6,036.00 |
| 006 | Business Operations | 1.00 | $865.00 |
| 007 | Case Administration | 110.30 | $86,290.00 |
| 008 | Claims Administration and Objections | 16.50 | $12,976.50 |
| 011 | Employment and Fee Applications | 24.30 | $9,468.00 |
| 014 | Other Litigation | 37.30 | $31,183.00 |
| 015 | Meetings and Communications with Creditors | 105.60 | $99,700.00 |
| 016 | Non-Working Travel | 16.20 | $15,756.00 |
| 017 | Plan and Disclosure Statement | 643.60 | $573,425.50 |
| 021 | Tax | 317.30 | $286,077.50 |
| 023 | Discovery | 2,918.00 | $852,998.50 |
| 024 | Hearings | 115.60 | $107,862.50 |
| 026 | Claims Investigation | 670.70 | $548,884.00 |
| 027 | First Lien Investigation | 150.00 | $117,718.00 |
| 029 | Other Motions/Applications | 3.80 | $2,850.00 |
| 032 | Time Entry Review | 17.30 | $15,120.00 |
| 033 | Fee Objection Discussion and Litigation | 0.90 | $922.50 |
| 034 | Mediation | 48.00 | $38,447.50 |
| **Total Incurred** | | **5,313.30** | **$2,895,331.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(7,878.00)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(15,120.00)** |
| **Total Requested** | | | **$2,872,333.00** |

ny-1191449

| Service Description | Amount |
|---|---:|
| Photocopies | $40.00 |
| Color Copies | $373.00 |
| Travel | $3,529.42 |
| Online Research – Lexis | $6,984.12 |
| Online Research – Westlaw | $7,767.10 |
| EDiscovery Fees | $22,249.06 |
| Business Meals | $646.47 |
| Travel Meals | $385.77 |
| Air Freight | $91.00 |
| Meals | $244.13 |
| Transportation | $714.51 |
| Online Research – Other Database | $17.98 |
| **Total:** | **$43,042.56** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

ny-1191449

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $875.00 | 30.20 | $26,425.00 |
| Doufekias, Demme | Partner | 2003 | Litigation | $850.00 | 14.10 | $11,985.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925.00 | 195.40 | $180,745.00 |
| Haims, Joel C. | Partner | 1994 | Litigation | $975.00 | 4.60 | $4,485.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 120.70 | $156,910.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 106.90 | $117,590.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950.00 | 157.70 | $149,815.00 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $995.00 | 51.10 | $50,844.50 |
| Marines, Jennifer L. | Partner | 2005 | Business Restructuring & Insolvency | $825.00 | 205.20 | $169,290.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,025.00 | 159.60 | $163,590.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,075.00 | 143.50 | $154,262.50 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $875.00 | 5.60 | $4,900.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895.00 | 89.00 | $79,655.00 |
| Abrams, Hanna | Associate | 2009 | Litigation | $725.00 | 49.60 | $35,960.00 |
| Alanis, Corinna | Associate | 2012 | Litigation | $570.00 | 77.90 | $44,403.00 |
| Arakawa, Chika | Associate | 2013 | Litigation | $495.00 | 15.60 | $7,722.00 |

ny-1191449

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Arett, Jessica J. | Associate | 2014 | Business Restructuring & Insolvency | $495.00 | 8.80 | $4,356.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495.00 | 97.00 | $48,015.00 |
| Contreras, Andrea | Associate | 2012 | Litigation | $585.00 | 57.30 | $33,520.50 |
| De Martino, F. Dario | Associate | 2008 | Corporate | $680.00 | 33.30 | $22,644.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680.00 | 23.00 | $15,640.00 |
| Gilbert, Felicia Maria | Associate | 2011 | Litigation | $680.00 | 4.10 | $2,788.00 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $585.00 | 13.90 | $8,131.50 |
| Goett, David J. | Associate | 2012 | Tax | $585.00 | 41.30 | $24,160.50 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750.00 | 204.80 | $153,600.00 |
| Hung, Shiukay | Associate | 2009 | Tax | $750.00 | 9.90 | $7,425.00 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $570.00 | 7.30 | $4,161.00 |
| Lim, Clara | Associate | 2010 | Tax | $635.00 | 106.80 | $67,818.00 |
| Manlove, Kendall Lewis | Associate | Admission Pending | Litigation | $440.00 | 21.80 | $9,592.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $760.00 | 164.60 | $125,096.00 |
| Perkowski, Jacob Josep | Associate | Admission Pending | Litigation | $440.00 | 5.20 | $2,288.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760.00 | 73.10 | $55,556.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495.00 | 98.80 | $48,906.00 |
| Stern, Jessica S. | Associate | 2014 | Tax | $440.00 | 26.60 | $11,704.00 |

ny-1191449

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,095.00 | 37.70 | $41,281.50 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $875.00 | 60.40 | $52,850.00 |
| Kalajian, Perry V. | Of Counsel | 1990 | Financial Transactions | $785.00 | 2.60 | $2,041.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $770.00 | 87.30 | $67,221.00 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $780.00 | 28.60 | $22,308.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $800.00 | 113.20 | $90,560.00 |
| Fernandes, Rachelle A. | Attorney | 2012 | Real Estate | $425.00 | 4.20 | $1,785.00 |
| Molison, Stacy L. | Attorney | 2009 | Business Restructuring & Insolvency | $725.00 | 44.30 | $32,117.50 |
| Roberts, Eric R. | Director of Forensic Accounting Services | N/A | Litigation | $910.00 | 5.10 | $4,641.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $345.00 | 13.70 | $4,726.50 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $320.00 | 38.70 | $12,384.00 |
| Kline, John T. | Senior Paralegal | 9 years | Business Restructuring & Insolvency | $340.00 | 21.60 | $7,344.00 |
| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $300.00 | 21.30 | $6,390.00 |
| Warnick, Russell W. | Paralegal | 7 years | Litigation | $295.00 | 11.50 | $3,392.50 |

ny-1191449

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $310.00 | 30.30 | $9,393.00 |
| Chereshinsky, Mark | Temporary Attorney | 4 months | Litigation | $225.00 | 77.30 | $17,392.50 |
| Cusa, Thomas C. | Temporary Attorney | 4 months | Litigation | $225.00 | 187.40 | $42,165.00 |
| Dhavan, Dhruv A. | Temporary Attorney | 4 months | Litigation | $225.00 | 215.70 | $48,532.50 |
| Gesley, Joseph | Temporary Attorney | 4 months | Litigation | $225.00 | 217.10 | $48,847.50 |
| Hou, Timothy | Temporary Attorney | 4 months | Litigation | $225.00 | 196.50 | $44,212.50 |
| Jones, Jason D. | Temporary Attorney | 4 months | Litigation | $225.00 | 217.40 | $48,915.00 |
| Kim, Eugene H. | Temporary Attorney | 4 months | Litigation | $225.00 | 182.90 | $41,152.50 |
| Lee, Yumi | Temporary Attorney | 4 months | Litigation | $225.00 | 174.90 | $39,352.50 |
| Ofosu-Antwi, Elsie J. | Temporary Attorney | 4 months | Litigation | $225.00 | 143.30 | $32,242.50 |
| Pumo, David | Temporary Attorney | 4 months | Litigation | $225.00 | 191.50 | $43,087.50 |
| Spielberg, Philip | Temporary Attorney | 4 months | Litigation | $225.00 | 198.70 | $44,707.50 |
| Thomas, Philip T. | Temporary Attorney | 4 months | Litigation | $225.00 | 195.00 | $43,875.00 |
| Weinstein, Richard | Temporary Attorney | 4 months | Litigation | $225.00 | 170.80 | $38,430.00 |
| **Total Incurred:** | | | | | 5,313.30 | $2,895,331.00 |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | $(7,878.00) |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | $(15,120.00) |
| **Total Requested** | | | | | | $2,872,333.00 |

# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

ny-1191449

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Photocopies | $40.00 |
| Color Copies | $373.00 |
| Travel | $3,529.42 |
| Online Research – Lexis | $6,984.12 |
| Online Research – Westlaw | $7,767.10 |
| EDiscovery Fees | $22,249.06 |
| Business Meals | $646.47 |
| Travel Meals | $385.77 |
| Air Freight | $91.00 |
| Meals | $244.13 |
| Transportation | $714.51 |
| Online Research – Other Database | $17.98 |
| **Total:** | **$43,042.56** |

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas 75201

Invoice Number: 5437718
Invoice Date: June 9, 2015

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Professional Services Rendered and Disbursements Incurred through April 30, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 43,042.56 |
| **Total This Invoice** | **43,042.56** |

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5437718
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: June 9, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 30-Apr-2015 | Photocopies | 40.00 |
| 30-Apr-2015 | Color Copies | 373.00 |
| 30-Apr-2015 | Air Freight | 91.00 |
| 30-Apr-2015 | On-line Research - LEXIS | 6,984.12 |
| 30-Apr-2015 | On-line Research - WESTLAW | 7,767.10 |
| 13-Apr-2015 | Travel, train, B. Miller, travel to/from Delaware for hearing, 4/14/15 | 358.00 |
| 14-Apr-2015 | Travel, parking, T. Goren, for hearing in Delaware, 4/14/15 | 21.00 |
| 14-Apr-2015 | Travel, train, T. Goren, to/from Delaware for hearing, 4/14/15 | 305.00 |
| 14-Apr-2015 | Travel, train, D. Harris, to/from Delaware for hearing, 4/14/15 | 290.00 |
| 14-Apr-2015 | Travel, parking, D. Harris, for hearing in Delaware, 4/14/15 | 21.00 |
| 14-Apr-2015 | Travel, train, C. Kerr, travel to Delaware for hearing, 4/14/15 | 186.00 |
| 20-Apr-2015 | Travel, hotel, K. Sadeghi, one night stay at Hotel Dupont in Wilmington for hearing, 4/20/15 | 300.00 |
| 21-Apr-2015 | Travel, plane, L. Marinuzzi, air travel to/from Texas for meetings, 4/21-4/22/15 | 1,106.20 |
| 21-Apr-2015 | Travel, taxi/car service, L. Marinuzzi, ground travel while in Texas for meetings, 4/21/15 | 60.00 |
| 21-Apr-2015 | Travel, parking, L. Marinuzzi, travel to Dallas for meetings, 4/21-4/23/15 | 99.00 |
| 22-Apr-2015 | Travel, hotel, L. Marinuzzi, one night stay at Fairmont Hotel in Dallas due to rescheduled meeting, 4/22/15 | 225.00 |
| 23-Apr-2015 | Travel, taxi/car service, L. Marinuzzi, ground travel while in Texas for meetings, 4/23/15 | 59.22 |
| 23-Apr-2015 | Travel agency fee, L. Marinuzzi, cancellation fee due to rescheduled meeting, 4/23/15 | 207.00 |
| 23-Apr-2015 | Travel, plane, L. Marinuzzi, air travel from Texas for meetings, 4/23/15 | 292.00 |
| 08-Apr-2015 | Local meals, J. Wishnew, 4/8/15, 7:59PM | 14.67 |
| 12-Apr-2015 | Local meals, S. Martin, 4/9/15, 7:59PM | 20.00 |
| 12-Apr-2015 | Local meals, F. de Martino, 4/6/15, 8:11PM | 20.00 |
| 12-Apr-2015 | Local meals, A. Lawrence, 4/11/15, 6:09PM (weekend) | 18.39 |
| 12-Apr-2015 | Local meals, A. Lawrence, 4/12/15, 8:08PM (weekend) | 20.00 |
| 12-Apr-2015 | Local meals, A. Lawrence, 4/4/15, 11:43AM (weekend) | 20.00 |
| 12-Apr-2015 | Local meals, A. Lawrence, 4/5/15, 12:53PM (weekend) | 20.00 |
| 12-Apr-2015 | Local meals, A. Lawrence, 4/5/15, 7:15PM (weekend) | 20.00 |
| 12-Apr-2015 | Local meals, A. Lawrence, 4/7/15, 7:31PM | 20.00 |
| 12-Apr-2015 | Local meals, K. Sadeghi, 3/31/15, 8:13PM | 17.07 |
| 12-Apr-2015 | Local meals, K. Sadeghi, 4/6/15, 9:01PM | 20.00 |
| 23-Apr-2015 | Local meals, S. Martin, 4/23/15, 8:33PM | 20.00 |
| 26-Apr-2015 | Local meals, J. Stern, 4/26/15, 2:20PM (weekend) | 14.00 |
| 03-Apr-2015 | Local travel, taxi/car service, F. de Martino, 4/3/15, 10:09PM | 9.30 |
| 04-Apr-2015 | Local travel, taxi/car service, F. de Martino, 4/4/15, 12:24PM (weekend) | 7.80 |
| 04-Apr-2015 | Local travel, taxi/car service, S. Martin, 4/4/15, 11:58PM | 17.80 |
| 06-Apr-2015 | Local travel, taxi/car service, F. de Martino, 4/7/15, 12:43AM | 11.27 |
| 07-Apr-2015 | Local travel, taxi/car service, L. Guido, 3/31/15, 9:48PM | 89.15 |
| 07-Apr-2015 | Local travel, taxi/car service, K. Sadeghi, 4/7/15, 1:30AM | 64.82 |
| 07-Apr-2015 | Local travel, taxi/car service, S. Martin, 4/7/15, 2:50AM | 17.25 |
| 07-Apr-2015 | Local travel, taxi/car service, K. Sadeghi, 4/7/15, 10:16PM | 70.47 |
| 08-Apr-2015 | Local travel, taxi/car service, S. Martin, 4/18/15, 11:48PM | 25.30 |
| 08-Apr-2015 | Local travel, taxi/car service, K. Manlove, 4/8/15, 9:48PM | 20.89 |
| 10-Apr-2015 | Local travel, taxi/car service, R. Fernandes, 3/31/15, 10:51PM | 52.35 |
| 12-Apr-2015 | Local travel, C. Kerr, parking, 4/12/15, 4:01PM | 26.00 |

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5437718
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: June 9, 2015

| Date | Description | Value |
|---|---|---|
| 14-Apr-2015 | Local travel, taxi/car service, K. Sadeghi, 4/14/15, 9:51PM | 68.38 |
| 14-Apr-2015 | Local travel, taxi/car service, S. Martin, 4/10/15, 1:44AM | 64.38 |
| 21-Apr-2015 | Local travel, taxi/car service, S. Martin, 4/21/15, 11:50PM | 20.19 |
| 23-Apr-2015 | Local travel, taxi/car service, K. Sadeghi, 4/23/15, 11:22PM | 66.80 |
| 23-Apr-2015 | Local travel, taxi/car service, K. Sadeghi, 4/23/15, 1:59AM | 57.95 |
| 24-Apr-2015 | Local travel, taxi/car service, S. Martin, 4/24/14, 1:07AM | 24.41 |
| 08-Dec-2014 | EDiscovery Fees EPIQ EDISCOVERY SOLUTIONS INC., Project Manager | 1,079.40 |
| 08-Jan-2015 | EDiscovery Fees EPIQ EDISCOVERY SOLUTIONS INC., Review User Monthly Fee | 525.00 |
| 08-Feb-2015 | EDiscovery Fees EPIQ EDISCOVERY SOLUTIONS INC., Review User Monthly Fee | 847.00 |
| 08-Mar-2015 | EDiscovery Fees EPIQ EDISCOVERY SOLUTIONS INC., Review User Monthly Fee | 581.00 |
| 08-Apr-2015 | EDiscovery Fees EPIQ EDISCOVERY SOLUTIONS INC., Review User Monthly Fee | 777.00 |
| 30-Apr-2015 | EDiscovery Fees IRIS DATA SERVICES, INC., eDiscovery hosting, support and project management | 18,439.66 |
| 07-Apr-2015 | Business meals, 14 attendees, EFH meeting, 4/7/15 | 144.18 |
| 12-Apr-2015 | Business meals, 10 attendees, client meeting, 4/1/15 | 175.15 |
| 16-Apr-2015 | Business meals, 8 attendees, client meeting, 4/16/15 | 67.89 |
| 23-Apr-2015 | Business meals, 3 attendees, lunch with clients, 4/23/15 | 59.25 |
| 30-Apr-2015 | Business meals, 10 attendees, EFH meeting, 4/30/15 | 200.00 |
| 07-Apr-2015 | Travel meals, 5 attendees, off-site dinner with clients, 4/7/15 | 200.00 |
| 14-Apr-2015 | Travel meals, T. Goren, lunch, in Delaware for hearing, 4/14/15 | 8.25 |
| 20-Apr-2015 | Travel meals, K. Sadeghi, dinner in Delaware for hearing, 4/20/15 | 40.00 |
| 21-Apr-2015 | Travel meals, K. Sadeghi, breakfast in Delaware for hearing, 4/21/15 | 31.74 |
| 22-Apr-2015 | Travel meals, L. Marinuzzi, lunch in Texas for meetings, 4/22/15 | 25.78 |
| 22-Apr-2015 | Travel meals, 4 attendees, dinner in Texas for meetings, 4/22/15 | 80.00 |
| 30-Apr-2015 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 22 | 8.99 |
| 30-Apr-2015 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 22 | 8.99 |
| | Total Disbursements | 43,042.56 |