# **EXHIBIT A**

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | Total Expense | Allocation |
|---|---|---|---|---|---|
| Legal / Professional Fees | 1/1/2015 | Other | Debevoise Invoice (January 2015) | $30,145.53 | All |
| | | | Sub-Total | $30,145.53 | |
| Local Ground Transport[1] | 1/14/2015 | Chen, Lisa Y | Late night taxi | $23.60 | All |
| | 1/15/2015 | Chen, Lisa Y | Late night taxi | $24.80 | All |
| | 1/6/2015 | Levit, Vadim | Late night taxi | $21.35 | EFIH |
| | 1/8/2015 | Levit, Vadim | Late night taxi | $8.75 | EFIH |
| | 1/12/2015 | Levit, Vadim | Late night taxi | $8.00 | TCEH |
| | 1/14/2015 | Levit, Vadim | Late night taxi | $10.80 | TCEH |
| | 1/16/2015 | Levit, Vadim | Late night taxi | $8.75 | All |
| | 1/19/2015 | Levit, Vadim | Late night taxi | $23.75 | EFIH |
| | 1/26/2015 | Levit, Vadim | Late night taxi | $7.55 | TCEH |
| | 1/28/2015 | Levit, Vadim | Late night taxi | $6.96 | EFH |
| | 1/29/2015 | Levit, Vadim | Late night taxi | $25.55 | All |
| | 1/30/2015 | Levit, Vadim | Late night taxi | $7.56 | All |
| | 1/5/2015 | Matican, Jeremy M | Late night taxi | $9.35 | All |
| | 1/7/2015 | Matican, Jeremy M | Late night taxi | $8.60 | EFIH |
| | 1/9/2015 | Matican, Jeremy M | Late night taxi | $8.60 | All |
| | 1/14/2015 | Matican, Jeremy M | Late night taxi | $8.15 | All |
| | 1/15/2015 | Matican, Jeremy M | Late night taxi | $8.60 | All |
| | 1/16/2015 | Matican, Jeremy M | Late night taxi | $9.80 | All |
| | 1/20/2015 | Matican, Jeremy M | Late night taxi | $8.00 | All |
| | 1/23/2015 | Matican, Jeremy M | Late night taxi | $11.15 | TCEH |
| | 1/28/2015 | Matican, Jeremy M | Late night taxi | $8.16 | EFIH |
| | 1/6/2015 | Patel, Neal H | Late night taxi | $7.30 | All |
| | 1/7/2015 | Patel, Neal H | Late night taxi | $9.20 | EFH |
| | 1/8/2015 | Patel, Neal H | Late night taxi | $10.40 | All |
| | 1/12/2015 | Patel, Neal H | Late night taxi | $9.20 | All |
| | 1/16/2015 | Patel, Neal H | Late night taxi | $8.40 | All |
| | 1/20/2015 | Patel, Neal H | Late night taxi | $6.62 | EFIH |
| | 1/22/2015 | Patel, Neal H | Late night taxi | $8.16 | EFIH |
| | 1/25/2015 | Patel, Neal H | Weekend taxi | $6.95 | All |
| | 1/29/2015 | Patel, Neal H | Late night taxi | $9.95 | All |
| | 1/14/2015 | Raghavan, Sesh | Late night taxi | $10.18 | All |
| | 1/26/2015 | Raghavan, Sesh | Late night taxi | $8.92 | All |
| | 1/7/2015 | Yi, Bo S | Late night taxi | $9.00 | EFH |
| | 1/8/2015 | Ying, David Y | Late night taxi | $10.35 | ALL |
| | 1/14/2015 | Ying, David Y | Late night taxi | $6.42 | ALL |
| | 1/21/2015 | Ying, David Y | Late night taxi | $9.75 | ALL |
| | | | Sub-Total | $388.63 | |
| Meals[2] | 1/12/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/13/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/14/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/15/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/20/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/21/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/22/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/23/2015 | Chen, Lisa Y | Late night dinner | $9.04 | All |
| | 1/2/2015 | Levit, Vadim | Late night dinner | $17.68 | EFH |
| | 1/5/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/6/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 1/8/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 1/13/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 1/16/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/19/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 1/20/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 1/21/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/28/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | EFH |
| | 1/29/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/5/2015 | Matican, Jeremy M | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/16/2015 | Matican, Jeremy M | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/27/2015 | Matican, Jeremy M | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/6/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/7/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFH |
| | 1/8/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/9/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/12/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/14/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/15/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 1/16/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 1/20/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 1/22/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 1/25/2015 | Patel, Neal H | Weekend dinner | $19.11 | All |

| | Date | Name | Description | | Amount | Debtor |
|---|---|---|---|---|---|---|
| | 1/28/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | EFH |
| | 1/29/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 1/5/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 1/7/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | EFH |
| | 1/9/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | EFH |
| | 1/12/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | EFIH |
| | 1/13/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 1/15/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 1/16/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 1/20/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 1/22/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 1/25/2015 | Yi, Bo S | Weekend dinner | | $13.83 | All |
| | 1/28/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 1/29/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | | $20.00 | EFIH |
| | 1/30/2015 | Yi, Bo S | Late night dinner | | $19.45 | All |
| | 1/15/2015 | Ying, David Y | Late night dinner | | $13.01 | TCEH |
| | | | | **Sub-Total** | **$952.12** | |
| Research[3] | 1/5/2015 | Other | Factset | | $13.59 | All |
| | 1/1/2015 | Other | Standard & Poors | | $3.19 | All |
| | 1/1/2015 | Other | Thomson Research | | $6.64 | All |
| | 1/7/2015 | Other | Pacer | | $37.35 | All |
| | | | | **Sub-Total** | **$60.77** | |
| | | | | **Total** | **$31,547.05** | |

(1) Includes local ground transportation for late night work where timekeeper worked at least 4 hours and departed the office after 9pm, consistent with the Fee Committee guidelines
(2) Includes meals for late night work where timekeeper worked at least 4 hours and departed the office after 8pm, consistent with the Fee Committee guidelines
(3) Represents third party research and data services directly related to these cases for which underlying charges are based on direct usage by timekeeper

# EXHIBIT A-1

**Legal Expenses of Evercore**

# Debevoise & Plimpton LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

E-BILL

March 20, 2015

Invoice No. : 1326279A

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the period from January 1, 2015 through January 31, 2015 in connection with EFH Advice.

| | |
|---|---|
| Total Fees ................................................................................................................. | $25,480.50 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $4,665.03 |
| Total............................................................................................................................ | $30,145.53 |

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification Number 13 -5537279*

1000762198v1

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
<u>*January 1, 2015 through January 31, 2015*</u>

Charges:

| | | |
|---|---|---|
| Litigation Support – Document Management Services | 4,665.03 | |
| Sub-total for Charges: | | $4,665.03 |

**Total For Charges and Disbursements:**          <u>**4,665.03**</u>

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 01/01/15 | Chen, Peter | 3.60 | Review emails and documents for privilege, relevance, and confidential information |
| 01/01/15 | Gulizia, Adria S. | 0.20 | Email P. Chen re document review |
| 01/02/15 | Gulizia, Adria S. | 9.50 | Review documents for confidential or privileged information |
| 01/02/15 | Chen, Peter | 3.80 | Review emails and documents for privilege, relevance, and confidential information |
| 01/03/15 | Gulizia, Adria S. | 2.90 | Review documents for confidential or privileged information |
| 01/05/15 | Godinez, Antonio | 2.20 | Prepare and process document collection for delivery to Kirkland. |
| 01/05/15 | Reilly, Wendy B. | 0.40 | Emails to & from M. Barack, B. Stephany, Global Relay, P. Chen, A. Gulizia, J. Rapacciuolo re: document collection & review (.4) |
| 01/05/15 | Gulizia, Adria S. | 0.50 | Email W Reilly, P Chen and J Rappaciuolo re document review. |
| 01/05/15 | Rapacciuolo, John S. | 1.30 | Coordinate preparation of Evercore documents for review, including at Debevoise and Kirkland (0.8); secure documents for transit to Kirkland (0.5). |
| 01/05/15 | Battle, Willie J. | 0.50 | Arrange for secure data repository for vendor per J. Rapacciuolo. |
| 01/06/15 | Rapacciuolo, John S. | 1.30 | Coordinate preparation of Evercore documents for review. |
| 01/06/15 | Brea, Richard A. | 2.00 | Perform quality control on documents prepared for review (1.0); Ensure client media is numbered, logged and securely stored (1.0). |
| 01/08/15 | Rapacciuolo, John S. | 0.60 | Read and respond to emails re document review; coordinate same with attorneys.. |
| 01/08/15 | Reilly, Wendy B. | 0.10 | Emails to & from P. Chen, A. Gulizia, J. Rapacciuolo re: document review (.1) |
| 01/09/15 | Chen, Peter | 3.40 | Review documents for relevance, privilege, and confidential information |
| 01/10/15 | Rapacciuolo, John S. | 0.60 | Coordinate preparation of documents for delivery to Kirkland. |
| 01/10/15 | Gulizia, Adria S. | 1.80 | Review documents for confidential or privileged information. |
| 01/10/15 | Gulizia, Adria S. | 0.20 | Email J Rappaciuolo re document review |
| 01/10/15 | Reilly, Wendy B. | 0.10 | Emails to & from B. Stephany, P. Chen, A. Gulizia, J. Rapacciuolo re: document review (.1) |
| 01/12/15 | Reilly, Wendy B. | 0.20 | Emails to & from B. Stephany, J. Rapacciuolo re: document review (.2) |
| 01/12/15 | Rapacciuolo, John S. | 0.60 | Coordinate preparation of documents for review by and secure delivery to Kirkland. |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 01/12/15 | Slobodkin, Yury G. | 1.00 | Prepare documents for legal team production. |
| 01/15/15 | Erosa, Manuel L. | 0.40 | Reviewed Managing Attorney's and Court's Records with memos to W. Reilly and N. Kaluk re pro hac motions and appearances filed |
| 01/16/15 | Kaluk, Nick S. | 0.20 | Preliminary review of fee committee report re First Interim Fee Application and email to client re same (0.2). |
| 01/16/15 | Rapacciuolo, John S. | 0.40 | Review vendor invoice. |
| 01/22/15 | Kaluk, Nick S. | 2.80 | Review and revise materials to be included in fee apps (0.4); call with J. Matican re fee cte letter report on interim fee app (0.7); review prior fee cte guidance and UST guidelines and email to J. Matican re same (1.4); review and revise form from DE counsel re withdrawal of D. Alexander's appearance and email re same (0.3). |
| 01/23/15 | Kaluk, Nick S. | 0.70 | Calls and email with W. Reilly and J. Rapacciuolo re fee examiner cmts to interim fee app (0.5); follow up emails to Matican re same (0.2). |
| 01/26/15 | Kaluk, Nick S. | 1.80 | Email and calls with W. Reilly re expense description for budget, and draft same (0.4); call with J. Matican re fee examiner response and draft same (1.4). |
| 01/27/15 | Kaluk, Nick S. | 3.60 | Calls, email and turning drafts with J. Matican and M. Barack re fee committee letter responses (2.9); email and calls with C. Andres re same (0.7). |
| | Hours: | 46.7 | |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
| --- | --- | --- | --- |
| WENDY B. REILLY | 0.80 | 930.00 | 744.00 |
| Total For COUNSEL | 0.80 | | 744.00 |
| NICK S. KALUK | 9.10 | 720.00 | 6,552.00 |
| PETER CHEN | 10.80 | 580.00 | 6,264.00 |
| ADRIA S. GULIZIA | 15.10 | 580.00 | 8,758.00 |
| Total For ASSOCIATE | 35.00 | | 21,574.00 |
| WILLIE J. BATTLE | 0.50 | 325.00 | 162.50 |
| ANTONIO GODINEZ | 2.20 | 250.00 | 550.00 |
| RICHARD A. BREA | 2.00 | 250.00 | 500.00 |
| JOHN S. RAPACCIUOLO | 4.80 | 325.00 | 1,560.00 |
| YURY G. SLOBODKIN | 1.00 | 250.00 | 250.00 |
| Total For DISC / DATA MGT | 10.50 | | 3,022.50 |
| MANUEL LUIS EROSA | 0.40 | 350.00 | 140.00 |
| Total For MANAGING ATTY | 0.40 | | 140.00 |
| MATTER TOTALS | 46.70 | | 25,480.50 |



**Bill To:**

Debevoise & Plimpton LLP
Attn: John Rapacciuolo
919 Third Avenue
New York, NY 10022
USA

**Requested By:**

John Rapacciuolo
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
USA

| | |
|---|---|
| **Invoice #:** | 073838 |
| **Invoice Date:** | 12/31/2014 |
| **Invoice Due:** | 01/30/2015 |
| **Contract #:** | **DM0075643** |

| | |
|---|---|
| **Sales Contact:** | David Burdier (dburdier@transperfect.com) |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | 23172-1026 |
| **Matter #:** | 23172-1026 |

**Requested Date:**
**Project Notes:**
    **ESI Processing**
    **Date Requested: 12/11/2014**
    **CM: 23172-1026**
    **Evercore**

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| ESI Processing | | | | |
|   Deduplication & Culling | 14.15 | GB | 65.00 | 919.75 |
|   Processing for Native Review | 13.46 | GB | 250.00 | 3,365.00 |
| | | **Total to Bill this Contract:** | | US$ 4,284.75 |
| | | **Tax Amount:** | | US$380.28 |
| | | **Total Amount Due:** | | US$ 4,665.03 |

---

**PAYMENT INSTRUCTIONS**

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212.689.5555
Tax ID # : 80-0092152

Wire Transfer Details:
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

**Please reference the Contract #  DM0075643 and Invoice # 073838 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.