# EXHIBIT A

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | Total Expense | Allocation |
|---|---|---|---|---|---|
| Air / Rail Travel | 2/10/2015 | Chen, Lisa Y | Flight from NY to Dallas for diligence meeting (one way) | $432.78 | All |
| | 2/12/2015 | Chen, Lisa Y | Flight from Dallas to NY for diligence meeting (one way) | $432.78 | All |
| | 2/16/2015 | Chen, Lisa Y | Flight from NY to Dallas for diligence meeting (one way) | $432.78 | All |
| | 2/17/2015 | Chen, Lisa Y | Flight from Dallas to NY for diligence meeting (one way) | $432.78 | All |
| | 2/10/2015 | Hiltz, William | Flight from NY to Dallas for diligence meeting (round trip) | $865.55 | All |
| | 2/24/2015 | Hiltz, William | Flight from NY to Dallas for Board meeting (round trip) | $865.55 | All |
| | 2/10/2015 | Raghavan, Sesh | Flight from NY to Dallas for diligence meeting (one way) | $432.78 | All |
| | 2/12/2015 | Raghavan, Sesh | Flight from Dallas to NY for diligence meeting (one way) | $432.78 | All |
| | 2/16/2015 | Raghavan, Sesh | Flight from NY to Dallas for diligence meeting (round trip) | $502.10 | All |
| | 2/24/2015 | Ying, David Y | Flight from NY to Dallas for Board meeting (round trip) | $865.55 | All |
| | | | Sub-Total | $5,695.40 | |
| Legal / Professional Fees | 2/1/2015 | Other | Debevoise Invoice (February 2015) | $5,831.45 | All |
| | | | Sub-Total | $5,831.45 | |
| Local Ground Transport[1] | 2/4/2015 | Chen, Lisa Y | Late night taxi | $27.95 | All |
| | 2/5/2015 | Chen, Lisa Y | Late night taxi | $26.75 | EFIH |
| | 2/13/2015 | Chen, Lisa Y | Late night taxi | $22.56 | All |
| | 2/18/2015 | Chen, Lisa Y | Late night taxi | $24.96 | All |
| | 2/24/2015 | Chen, Lisa Y | Late night taxi | $26.76 | All |
| | 2/25/2015 | Chen, Lisa Y | Late night taxi | $15.36 | All |
| | 2/26/2015 | Chen, Lisa Y | Late night taxi | $25.56 | All |
| | 2/1/2015 | Levit, Vadim | Weekend taxi | $6.35 | All |
| | 2/6/2015 | Levit, Vadim | Late night taxi | $9.36 | EFIH |
| | 2/7/2015 | Levit, Vadim | Weekend taxi | $9.95 | TCEH |
| | 2/9/2015 | Levit, Vadim | Late night taxi | $8.75 | EFIH |
| | 2/11/2015 | Levit, Vadim | Late night taxi | $8.75 | EFIH |
| | 2/15/2015 | Levit, Vadim | Weekend taxi | $9.36 | TCEH |
| | 2/19/2015 | Levit, Vadim | Late night taxi | $7.56 | TCEH |
| | 2/22/2015 | Levit, Vadim | Weekend taxi | $8.16 | All |
| | 2/23/2015 | Levit, Vadim | Late night taxi | $8.16 | All |
| | 2/24/2015 | Levit, Vadim | Late night taxi | $8.76 | All |
| | 2/25/2015 | Levit, Vadim | Late night taxi | $7.55 | All |
| | 2/28/2015 | Levit, Vadim | Weekend taxi | $11.16 | All |
| | 2/2/2015 | Matican, Jeremy M | Late night taxi | $9.96 | All |
| | 2/9/2015 | Matican, Jeremy M | Late night taxi | $9.00 | EFIH |
| | 2/23/2015 | Matican, Jeremy M | Late night taxi | $8.76 | All |
| | 2/25/2015 | Matican, Jeremy M | Late night taxi | $8.16 | All |
| | 2/26/2015 | Matican, Jeremy M | Late night taxi | $9.96 | All |
| | 2/27/2015 | Matican, Jeremy M | Late night taxi | $9.95 | EFIH |
| | 2/3/2015 | Patel, Neal H | Late night taxi | $9.35 | EFIH |
| | 2/4/2015 | Patel, Neal H | Late night taxi | $5.38 | All |
| | 2/6/2015 | Patel, Neal H | Late night taxi | $14.69 | EFIH |
| | 2/9/2015 | Patel, Neal H | Late night taxi | $8.76 | EFIH |
| | 2/17/2015 | Patel, Neal H | Late night taxi | $8.76 | TCEH |
| | 2/18/2015 | Patel, Neal H | Late night taxi | $12.35 | All |
| | 2/19/2015 | Patel, Neal H | Late night taxi | $8.75 | All |
| | 2/22/2015 | Patel, Neal H | Weekend taxi | $6.35 | All |
| | 2/23/2015 | Patel, Neal H | Late night taxi | $8.76 | All |
| | 2/24/2015 | Patel, Neal H | Late night taxi | $8.76 | All |
| | 2/25/2015 | Patel, Neal H | Late night taxi | $8.76 | All |
| | 2/26/2015 | Patel, Neal H | Late night taxi | $9.96 | All |
| | 2/9/2015 | Raghavan, Sesh | Late night taxi | $11.00 | All |
| | 2/9/2015 | Yi, Bo S | Late night taxi | $8.50 | All |
| | 2/3/2015 | Ying, David Y | Late night taxi | $9.75 | EFIH |
| | | | Sub-Total | $469.44 | |
| Meals[2] | 2/2/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/4/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/5/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 2/6/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/13/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/18/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/19/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/20/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 2/23/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/24/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/26/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/1/2015 | Levit, Vadim | Weekend dinner | $12.00 | All |
| | 2/2/2015 | Levit, Vadim | Late night Dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/3/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 2/4/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/7/2015 | Levit, Vadim | Weekend dinner | $14.50 | TCEH |
| | 2/9/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |

| | Date | Name | Description | Amount | Entity |
|---|---|---|---|---|---|
| | 2/10/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 2/11/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 2/12/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 2/15/2015 | Levit, Vadim | Weekend dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 2/16/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 2/17/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 2/18/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 2/19/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 2/20/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/23/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/24/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/25/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/28/2015 | Levit, Vadim | Weekend dinner | $14.37 | All |
| | 2/3/2015 | Matican, Jeremy M | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/25/2015 | Matican, Jeremy M | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/2/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/4/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/6/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 2/9/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 2/10/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 2/11/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 2/17/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 2/18/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/19/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/20/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 2/23/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/24/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/25/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/26/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/17/2015 | Raghavan, Sesh | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 2/24/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/2/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/4/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/5/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/6/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/9/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/10/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/11/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/12/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/17/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 2/18/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 2/19/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 2/23/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/24/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/25/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/26/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 2/27/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | | | **Sub-Total** | **$1,260.87** | |
| Telecom | 2/10/2015 | Chen, Lisa Y | In flight Internet (Dallas trip) | $7.95 | All |
| | 2/12/2015 | Chen, Lisa Y | In flight Internet (Dallas trip) | $7.95 | All |
| | 2/17/2015 | Chen, Lisa Y | In flight Internet (Dallas trip) | $7.95 | All |
| | | | **Sub-Total** | **$23.85** | |
| Travel Ground Transport | 2/10/2015 | Chen, Lisa Y | Car service from home to airport (Dallas trip) | $59.00 | All |
| | 2/12/2015 | Chen, Lisa Y | Taxi from airport to home (Dallas trip) | $43.56 | All |
| | 2/16/2015 | Chen, Lisa Y | Car service from home to airport (Dallas trip) | $55.47 | All |
| | 2/17/2015 | Chen, Lisa Y | Taxi from airport to home (Dallas trip) | $55.00 | All |
| | 2/10/2015 | Hiltz, William | Car service from home to airport (Dallas trip) | $53.80 | All |
| | 2/12/2015 | Hiltz, William | Car service from airport to home (Dallas trip) | $55.47 | All |
| | 2/24/2015 | Hiltz, William | Car service from home to airport (Dallas trip) | $66.82 | All |
| | 2/26/2015 | Hiltz, William | Car service from airport to home (Dallas trip) | $53.80 | All |
| | 2/10/2015 | Raghavan, Sesh | Car service from home to airport (Dallas trip) | $58.47 | All |
| | 2/12/2015 | Raghavan, Sesh | Car service from airport to home (Dallas trip) | $58.47 | All |
| | 2/16/2015 | Raghavan, Sesh | Taxi from airport to home (Dallas trip) | $108.25 | All |
| | 2/24/2015 | Ying, David Y | Car service from office to airport (Dallas trip) | $82.70 | All |
| | 2/25/2015 | Ying, David Y | Taxi from meeting to hotel (Dallas trip) | $10.00 | All |
| | 2/26/2015 | Ying, David Y | Car service from airport to home (Dallas trip) | $71.81 | All |
| | 2/26/2015 | Ying, David Y | Taxi from hotel to airport (Dallas trip) | $105.35 | All |
| | | | **Sub-Total** | **$937.97** | |
| Travel Lodging | 2/10/2015 | Chen, Lisa Y | Hotel stay in Dallas for diligence meeting (one night) (actual expense reduced to cap) | $300.00 | All |
| | 2/11/2015 | Chen, Lisa Y | Hotel stay in Dallas for diligence meeting (one night) (actual expense reduced to cap) | $300.00 | All |
| | 2/16/2015 | Chen, Lisa Y | Hotel stay in Dallas for diligence meeting (one night) | $263.94 | All |
| | 2/10/2015 | Hiltz, William | Hotel stay in Dallas for diligence meeting (one night) | $255.00 | All |
| | 2/24/2015 | Hiltz, William | Hotel stay in Dallas for board meeting (one night) | $255.00 | All |
| | 2/25/2015 | Hiltz, William | Hotel stay in Dallas for board meeting (one night) | $255.00 | All |

| | Date | Name | Description | Amount | |
|---|---|---|---|---|---|
| | 2/10/2015 | Raghavan, Sesh | Hotel stay in Dallas for diligence meeting (one night) (actual expense reduced to cap) | $300.00 | All |
| | 2/11/2015 | Raghavan, Sesh | Hotel stay in Dallas for diligence meeting (one night) (actual expense reduced to cap) | $300.00 | All |
| | 2/24/2015 | Ying, David Y | Hotel stay in Dallas for board meeting (one night) | $255.00 | All |
| | 2/25/2015 | Ying, David Y | Hotel stay in Dallas for board meeting (one night) | $255.00 | All |
| | | | **Sub-Total** | **$2,738.94** | |
| Travel Meals | 2/10/2015 | Chen, Lisa Y | Travel dinner (Dallas trip) | $31.44 | All |
| | 2/11/2015 | Chen, Lisa Y | Travel breakfast (Dallas trip) | $9.83 | All |
| | 2/12/2015 | Chen, Lisa Y | Travel dinner (Dallas trip) (actual expense reduced to cap) | $40.00 | All |
| | 2/16/2015 | Chen, Lisa Y | Travel dinner (Dallas trip) (actual expense reduced to cap) | $40.00 | All |
| | 2/10/2015 | Hiltz, William | Travel breakfast (Dallas trip) | $17.74 | All |
| | 2/26/2015 | Hiltz, William | Travel dinner (Dallas trip) (actual expense reduced to cap) | $40.00 | All |
| | 2/10/2015 | Raghavan, Sesh | Travel breakfast (Dallas trip) | $9.69 | All |
| | 2/12/2015 | Raghavan, Sesh | Travel dinner (Dallas trip) (actual expense reduced to cap) | $40.00 | All |
| | 2/25/2015 | Ying, David Y | Travel dinner (Dallas trip) | $39.60 | All |
| | 2/26/2015 | Ying, David Y | Travel dinner (Dallas trip) | $30.66 | All |
| | | | **Sub-Total** | **$298.96** | |
| | | | **Total** | **$17,256.88** | |

(1) Includes local ground transportation for late night work where timekeeper worked at least 4 hours and departed the office after 9pm, consistent with the Fee Committee guidelines

(2) Includes meals for late night work where timekeeper worked at least 4 hours and departed the office after 8pm, consistent with the Fee Committee guidelines

# EXHIBIT A-1

**Legal Expenses of Evercore**

# Debevoise & Plimpton LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

E-BILL

March 20, 2015

Invoice No. : 1326279B

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the period from February 1, 2015 through February 28, 2015 in connection with EFH Advice.

| | |
|---|---:|
| Total Fees ................................................................................................... | $5,541.00 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $290.45 |
| Total................................................................................................................. | $5,831.45 |

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification  Number 13 -5537279*

1000762308v1

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
<u>*January 1, 2015 through February 28, 2015*</u>

Charges:

| | |
|---|---:|
| Litigation Support – Document Management Services | 290.45 |
| Sub-total for Charges: | $290.45 |

| | |
|---|---:|
| **Total For Charges and Disbursements:** | **<u>290.45</u>** |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 02/04/15 | Reilly, Wendy B. | 0.60 | Emails to & from B. Stephany, J. Matican, M. Barack re: document discovery (.2); TCW B. Stephany re: document discovery (.2); TCW M. Barack re: document discovery (.2) |
| 02/05/15 | Kaluk, Nick S. | 0.30 | Review engagement letter and prior fee apps re fee allocation questions from J. Matican (0.3). |
| 02/06/15 | Reilly, Wendy B. | 1.40 | Emails to & from M. Barack, J. Matican, B. Stephany re: document discovery (.4); TCW J. Matican, B. Yi re: document discovery (.5); TCW J. Matican, B. Stephany re: document discovery (.5) |
| 02/06/15 | Kaluk, Nick S. | 0.60 | Call with J. Matican re fee allocations (0.4); review documents re same (0.2). |
| 02/10/15 | Kaluk, Nick S. | 0.80 | Call with K&E re committee fee allocation questions (0.5); prepare for same (0.3). |
| 02/10/15 | Reilly, Wendy B. | 1.10 | TCW M. Barack re: document collection (.3); TCW N. Kaluk re: fee submission (.2); TCW J. Matican, N. Kaluk, Kirkland re: fee submission (.6) |
| 02/11/15 | Reilly, Wendy B. | 0.40 | TCW J. Matican re: fee submission (.1); emails to & from J. Matican, B. Schartz re: fee submission (.2); v/m to B. Schartz re: fee submission (.1) |
| 02/12/15 | Reilly, Wendy B. | 0.40 | TCW N. Hwangpo re: fee submission (.2); emails to & from J. Matican, B. Schartz re: fee submission (.2) |
| 02/17/15 | Reilly, Wendy B. | 0.10 | Emails to & from N. Kaluk re: fee hearing (.1) |
| 02/18/15 | Kaluk, Nick S. | 0.70 | Review new fee committee memorandum (0.2); participate in interim fee hearing telephonically (0.5). |
| 02/18/15 | Reilly, Wendy B. | 0.10 | TCW N. Kaluk re: fee hearing (.1) |
| | Hours: | 6.50 | |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| WENDY B. REILLY | 4.10 | 930.00 | 3,813.00 |
| Total For COUNSEL | 4.10 | | 3,813.00 |
| NICK S. KALUK | 2.40 | 720.00 | 1,728.00 |
| Total For ASSOCIATE | 2.40 | | 1,728.00 |
| MATTER TOTALS | 6.50 | | 5,541.00 |



**Bill To:**

Debevoise & Plimpton LLP
Attn: John Rapacciuolo
919 Third Avenue
New York, NY 10022
USA

**Requested By:**

John Rapacciuolo
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
USA

| | |
|---|---|
| **Invoice #:** | 073260 |
| **Invoice Date:** | 12/31/2014 |
| **Invoice Due:** | 01/30/2015 |
| **Contract #:** | **DM0075674** |
| **Case Name:** | Evercore |

| | |
|---|---|
| **Sales Contact:** | David Burdier (dburdier@transperfect.com) |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | 23172-1026 |
| **Matter #:** | 23172-1026 |

**Requested Date:**
**Project Notes:**
  **Requested 12/23**

  Processing \Export02\Debevoise\23172-1026\DM0075674LP01\DELIVERABLE\EVCR_M057

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| 12.23 ESI Processing | | | | |
| Technical Labor | 1.00 | Hour | 175.00 | 175.00 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 175.00 |
| **Tax Amount:** | US$15.54 |
| **Total Amount Due:** | US$ 190.54 |

| **PAYMENT INSTRUCTIONS** | |
|---|---|
| Please remit payment to: | Wire Transfer Details: |
| TransPerfect Document Management, Inc. | Signature NY |
| Attn.: Accounts Receivable | A/C #: 1500646914 |
| Three Park Avenue, 39th Floor | ABA Routing #: 026013576 |
| New York, NY 10016 | SWIFT CODE: SIGNUS33 |
| 212.689.5555 | |
| Tax ID # : 80-0092152 | |

**Please reference the Contract #  DM0075674 and Invoice # 073260 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.



**Bill To:**

Debevoise & Plimpton LLP
Attn: John Rapacciuolo
919 Third Avenue
New York, NY 10022
USA

**Requested By:**

John Rapacciuolo
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 074313 | **Sales Contact:** | David Burdier (dburdier@transperfect.com) |
| **Invoice Date:** | 01/31/2015 | | |
| **Invoice Due:** | 03/02/2015 | **Payment Terms:** | Net 30 |
| **Contract #:** | **DM0076287** | **Purchase Order #:** | 23172-1026 |
| **Case Name:** | Evercore | **Matter #:** | 23172-1026 |

**Requested Date:**
**Project Notes:**
  Requested on Jan.5th

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| 01.05 ESI Processing | | | | |
| Data Transfer | 1.00 | Each | 15.00 | 15.00 |
| Deduplication & Culling | 0.97 | GB | 75.00 | 72.75 |
| Processing for Image Review | 0.01 | GB | 400.00 | 4.00 |
| **Total to Bill this Contract:** | | | | US$ 91.75 |
| **Tax Amount:** | | | | US$8.16 |
| **Total Amount Due:** | | | | US$ 99.91 |

**PAYMENT INSTRUCTIONS**

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212.689.5555
Tax ID # : 80-0092152

Wire Transfer Details:
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

**Please reference the Contract #  DM0076287 and Invoice # 074313 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.