# **EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - All Entities**
**Summary of Time Detail by Task**
*April 1, 2015 through April 30, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 47.6 | $26,655.00 |
| Bankruptcy Support | 255.4 | $134,337.50 |
| Business Plan | 151.8 | $61,680.00 |
| Cash Management | 14.7 | $5,465.00 |
| Causes of Action | 54.7 | $28,947.50 |
| Claims | 828.9 | $379,987.50 |
| Contracts | 197.8 | $121,060.00 |
| Coordination & Communication with other Creditor Constituents | 54.8 | $28,007.50 |
| Coordination & Communication with UCC | 170.3 | $87,712.50 |
| Court | 9.3 | $5,252.50 |
| DIP Financing | 36.2 | $19,630.00 |
| Fee Applications | 46.5 | $20,565.00 |
| Motions and Orders | 30.5 | $18,140.00 |
| POR / Disclosure Statement | 179.0 | $106,817.50 |
| Retention | 5.6 | $2,967.50 |
| Statements & Schedules | 1.4 | $945.00 |
| Status Meetings | 46.8 | $29,227.50 |
| Strategic Transaction Asset Sale | 59.7 | $41,199.50 |
| Travel Time | 101.6 | $51,972.50 |
| UST Reporting Requirements | 35.2 | $18,720.00 |
| Vendor Management | 161.2 | $81,472.50 |
| ***Total*** | **2,489.0** | **$1,270,762.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
**Summary of Time Detail by Task**
**April 1, 2015 through April 30, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 35.5 | $19,856.25 |
| Bankruptcy Support | 133.9 | $70,209.66 |
| Business Plan | 77.7 | $31,420.10 |
| Cash Management | 8.7 | $3,232.20 |
| Causes of Action | 32.5 | $17,271.80 |
| Claims | 501.2 | $230,245.85 |
| Contracts | 149.2 | $91,518.75 |
| Coordination & Communication with other Creditor Constituents | 34.1 | $17,766.19 |
| Coordination & Communication with UCC | 89.1 | $47,572.12 |
| Court | 5.1 | $2,840.38 |
| DIP Financing | 19.9 | $10,810.48 |
| Fee Applications | 27.5 | $12,162.91 |
| Motions and Orders | 23.4 | $14,089.29 |
| POR / Disclosure Statement | 94.3 | $54,979.76 |
| Retention | 3.3 | $1,755.09 |
| Statements & Schedules | 0.8 | $558.91 |
| Status Meetings | 31.4 | $19,104.95 |
| Travel Time | 60.1 | $30,738.47 |
| UST Reporting Requirements | 20.8 | $11,071.70 |
| Vendor Management | 123.5 | $62,988.75 |
| **Total** | **1,472.1** | **$750,193.60** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*April 1, 2015 through April 30, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 12.1 | $6,798.75 |
| Bankruptcy Support | 60.5 | $32,011.33 |
| Business Plan | 46.0 | $18,657.76 |
| Cash Management | 3.9 | $1,464.43 |
| Causes of Action | 14.6 | $7,657.78 |
| Claims | 217.1 | $99,569.07 |
| Contracts | 48.6 | $29,541.25 |
| Coordination & Communication with other Creditor Constituents | 16.4 | $8,200.19 |
| Coordination & Communication with UCC | 51.0 | $26,052.40 |
| Court | 2.3 | $1,286.90 |
| DIP Financing | 2.4 | $1,185.75 |
| Fee Applications | 12.5 | $5,510.71 |
| Motions and Orders | 6.9 | $3,997.99 |
| POR / Disclosure Statement | 54.4 | $31,917.63 |
| Retention | 1.5 | $795.19 |
| Statements & Schedules | 0.4 | $253.23 |
| Status Meetings | 12.1 | $7,625.89 |
| Strategic Transaction Asset Sale | 29.9 | $20,599.75 |
| Travel Time | 27.2 | $13,926.82 |
| UST Reporting Requirements | 9.4 | $5,016.31 |
| Vendor Management | 37.7 | $18,483.75 |
| **Total** | **667.0** | **$340,552.86** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFIH
Summary of Time Detail by Task
April 1, 2015 through April 30, 2015**

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Bankruptcy Support | 61.0 | $32,116.51 |
| Business Plan | 28.1 | $11,602.14 |
| Cash Management | 2.1 | $768.37 |
| Causes of Action | 7.6 | $4,017.93 |
| Claims | 110.6 | $50,172.58 |
| Coordination & Communication with other Creditor Constituents | 4.3 | $2,041.12 |
| Coordination & Communication with UCC | 30.2 | $14,087.98 |
| Court | 1.8 | $1,125.22 |
| DIP Financing | 13.9 | $7,633.77 |
| Fee Applications | 6.5 | $2,891.39 |
| Motions and Orders | 0.1 | $52.72 |
| POR / Disclosure Statement | 30.3 | $19,920.11 |
| Retention | 0.8 | $417.22 |
| Statements & Schedules | 0.2 | $132.86 |
| Status Meetings | 3.3 | $2,496.66 |
| Strategic Transaction Asset Sale | 29.9 | $20,599.75 |
| Travel Time | 14.3 | $7,307.21 |
| UST Reporting Requirements | 4.9 | $2,631.99 |
| **Total** | **349.9** | **$180,015.54** |

*Travel time billed at 50% of time incurred*