**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

**Combined - All Entities**
*Summary of Time Detail by Professional*
*April 1, 2015 through April 30, 2015*

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 43.0 | $39,775.00 |
| Keith Kechik | Managing Director | $925.00 | 0.0 | $0.00 |
| Mike White | Managing Director | $920.00 | 1.2 | $1,104.00 |
| Kent Willetts | Managing Director | $765.00 | 16.7 | $12,775.50 |
| Emmett Bergman | Managing Director | $750.00 | 156.5 | $117,375.00 |
| John Stuart | Managing Director | $750.00 | 183.5 | $137,625.00 |
| Jeff Foster | Managing Director | $715.00 | 1.0 | $715.00 |
| Steve Kotarba | Managing Director | $675.00 | 110.0 | $74,250.00 |
| Jay Moody | Sr. Director | $665.00 | 36.1 | $24,006.50 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 156.4 | $93,840.00 |
| Matt Frank | Director | $600.00 | 168.5 | $101,100.00 |
| Kevin Sullivan | Director | $525.00 | 50.6 | $26,565.00 |
| Mark Zeiss | Director | $525.00 | 42.0 | $22,050.00 |
| Paul Kinealy | Director | $525.00 | 144.9 | $76,072.50 |
| David Blanks | Senior Associate | $475.00 | 120.0 | $57,000.00 |
| Jeff Dwyer | Senior Associate | $475.00 | 159.9 | $75,952.50 |
| Taylor Atwood | Senior Associate | $475.00 | 121.0 | $57,475.00 |
| Richard Carter | Consultant | $425.00 | 110.7 | $47,047.50 |
| Scott Safron | Associate | $400.00 | 117.0 | $46,800.00 |
| Jon Rafpor | Analyst | $375.00 | 152.9 | $57,337.50 |
| Connie Wong | Associate | $360.00 | 2.6 | $936.00 |
| Michael Williams | Analyst | $350.00 | 175.8 | $61,530.00 |
| Peyton Heath | Analyst | $350.00 | 70.5 | $24,675.00 |
| Sarah Pittman | Analyst | $350.00 | 100.4 | $35,140.00 |
| Michael Dvorak | Analyst | $325.00 | 90.1 | $29,282.50 |
| Robert Country | Analyst | $325.00 | 122.6 | $39,845.00 |
| Scott Hedges | Analyst | $325.00 | 16.7 | $5,427.50 |
| Mary Napoliello | Paraprofessional | $275.00 | 18.4 | $5,060.00 |
| | | *Total* | 2,489.0 | $1,270,762.00 |

*Exhibit B*

### TCEH
### *Summary of Time Detail by Professional*
### *April 1, 2015 through April 30, 2015*

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 28.5 | $26,390.60 |
| Emmett Bergman | Managing Director | $750.00 | 119.0 | $89,273.82 |
| John Stuart | Managing Director | $750.00 | 77.8 | $58,338.68 |
| Steve Kotarba | Managing Director | $675.00 | 67.3 | $45,395.83 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 94.9 | $56,962.19 |
| Matt Frank | Director | $600.00 | 123.8 | $74,261.13 |
| Kevin Sullivan | Director | $525.00 | 29.9 | $15,711.53 |
| Mark Zeiss | Director | $525.00 | 30.2 | $15,872.53 |
| Paul Kinealy | Director | $525.00 | 89.2 | $46,822.37 |
| David Blanks | Senior Associate | $475.00 | 74.7 | $35,470.06 |
| Jeff Dwyer | Senior Associate | $475.00 | 116.5 | $55,343.29 |
| Taylor Atwood | Senior Associate | $475.00 | 58.7 | $27,866.32 |
| Richard Carter | Consultant | $425.00 | 65.5 | $27,825.64 |
| Scott Safron | Associate | $400.00 | 55.6 | $22,221.24 |
| Jon Rafpor | Analyst | $375.00 | 102.4 | $38,401.97 |
| Michael Williams | Analyst | $350.00 | 105.5 | $36,912.80 |
| Peyton Heath | Analyst | $350.00 | 27.7 | $9,690.69 |
| Sarah Pittman | Analyst | $350.00 | 54.1 | $18,924.85 |
| Michael Dvorak | Analyst | $325.00 | 53.3 | $17,318.76 |
| Robert Country | Analyst | $325.00 | 76.9 | $24,986.59 |
| Scott Hedges | Analyst | $325.00 | 9.9 | $3,210.03 |
| Mary Napoliello | Paraprofessional | $275.00 | 10.9 | $2,992.67 |
| | | *Total* | **1,472.1** | **$750,193.60** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### April 1, 2015 through April 30, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 10.4 | $9,589.70 |
| Mike White | Managing Director | $920.00 | 0.6 | $552.00 |
| Kent Willetts | Managing Director | $765.00 | 8.4 | $6,387.75 |
| Emmett Bergman | Managing Director | $750.00 | 34.5 | $25,844.59 |
| John Stuart | Managing Director | $750.00 | 53.8 | $40,386.57 |
| Jeff Foster | Managing Director | $715.00 | 0.5 | $357.50 |
| Steve Kotarba | Managing Director | $675.00 | 29.4 | $19,828.80 |
| Jay Moody | Sr. Director | $665.00 | 18.0 | $12,003.25 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 40.7 | $24,434.92 |
| Matt Frank | Director | $600.00 | 42.8 | $25,691.60 |
| Kevin Sullivan | Director | $525.00 | 13.6 | $7,118.50 |
| Mark Zeiss | Director | $525.00 | 7.7 | $4,051.63 |
| Paul Kinealy | Director | $525.00 | 36.6 | $19,211.47 |
| David Blanks | Senior Associate | $475.00 | 25.7 | $12,200.49 |
| Jeff Dwyer | Senior Associate | $475.00 | 40.1 | $19,066.50 |
| Taylor Atwood | Senior Associate | $475.00 | 32.6 | $15,472.79 |
| Richard Carter | Consultant | $425.00 | 29.7 | $12,607.09 |
| Scott Safron | Associate | $400.00 | 38.1 | $15,250.50 |
| Jon Rafpor | Analyst | $375.00 | 39.4 | $14,780.87 |
| Connie Wong | Associate | $360.00 | 1.3 | $468.00 |
| Michael Williams | Analyst | $350.00 | 46.9 | $16,428.80 |
| Peyton Heath | Analyst | $350.00 | 22.5 | $7,886.70 |
| Sarah Pittman | Analyst | $350.00 | 30.1 | $10,530.63 |
| Michael Dvorak | Analyst | $325.00 | 24.1 | $7,846.69 |
| Robert Country | Analyst | $325.00 | 30.0 | $9,745.23 |
| Scott Hedges | Analyst | $325.00 | 4.5 | $1,454.38 |
| Mary Napoliello | Paraprofessional | $275.00 | 4.9 | $1,355.90 |
| **Total** | | | **667.0** | **$340,552.86** |

*Exhibit B*

### EFIH
### *Summary of Time Detail by Professional*
### *April 1, 2015 through April 30, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 4.1 | $3,794.69 |
| Mike White | Managing Director | $920.00 | 0.6 | $552.00 |
| Kent Willetts | Managing Director | $765.00 | 8.4 | $6,387.75 |
| Emmett Bergman | Managing Director | $750.00 | 3.0 | $2,256.59 |
| John Stuart | Managing Director | $750.00 | 51.9 | $38,899.76 |
| Jeff Foster | Managing Director | $715.00 | 0.5 | $357.50 |
| Steve Kotarba | Managing Director | $675.00 | 13.4 | $9,025.37 |
| Jay Moody | Sr. Director | $665.00 | 18.0 | $12,003.25 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 20.7 | $12,442.88 |
| Matt Frank | Director | $600.00 | 1.9 | $1,147.28 |
| Kevin Sullivan | Director | $525.00 | 7.1 | $3,734.97 |
| Mark Zeiss | Director | $525.00 | 4.0 | $2,125.83 |
| Paul Kinealy | Director | $525.00 | 19.1 | $10,038.66 |
| David Blanks | Senior Associate | $475.00 | 19.6 | $9,329.45 |
| Jeff Dwyer | Senior Associate | $475.00 | 3.2 | $1,542.71 |
| Taylor Atwood | Senior Associate | $475.00 | 29.8 | $14,135.88 |
| Richard Carter | Consultant | $425.00 | 15.6 | $6,614.76 |
| Scott Safron | Associate | $400.00 | 23.3 | $9,328.26 |
| Jon Rafpor | Analyst | $375.00 | 11.1 | $4,154.66 |
| Connie Wong | Associate | $360.00 | 1.3 | $468.00 |
| Michael Williams | Analyst | $350.00 | 23.4 | $8,188.40 |
| Peyton Heath | Analyst | $350.00 | 20.3 | $7,097.62 |
| Sarah Pittman | Analyst | $350.00 | 16.2 | $5,684.52 |
| Michael Dvorak | Analyst | $325.00 | 12.7 | $4,117.05 |
| Robert Country | Analyst | $325.00 | 15.7 | $5,113.18 |
| Scott Hedges | Analyst | $325.00 | 2.3 | $763.09 |
| Mary Napoliello | Paraprofessional | $275.00 | 2.6 | $711.42 |
| | | *Total* | 349.9 | $180,015.54 |