# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $24,710.42 |
| Lodging | $21,521.65 |
| Meals | $3,000.32 |
| Miscellaneous | $273.61 |
| Transportation | $8,317.60 |
| *Total* | **$57,823.60** |

*Exhibit C*

## TCEH
### Summary of Expense Detail by Category
### April 1, 2015 through April 30, 2015

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $14,613.78 |
| Lodging | $12,727.85 |
| Meals | $1,774.55 |
| Miscellaneous | $161.81 |
| Transportation | $4,918.96 |
| **Total** | **$34,196.95** |

*Exhibit C*

### EFH
### Summary of Expense Detail by Category
### April 1, 2015 through April 30, 2015

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $6,622.38 |
| Lodging | $5,767.83 |
| Meals | $804.06 |
| Miscellaneous | $73.33 |
| Transportation | $2,229.18 |
| **Total** | **$15,496.78** |

*Exhibit C*

## EFIH
### Summary of Expense Detail by Category
### April 1, 2015 through April 30, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $3,474.26 |
| Lodging | $3,025.97 |
| Meals | $421.71 |
| Miscellaneous | $38.47 |
| Transportation | $1,169.46 |
| **Total** | **$8,129.87** |