# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 2/2/2015 | $398.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 2/5/2015 | $552.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 2/9/2015 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 2/11/2015 | $298.10 | Airfare coach one-way Dallas/New York. |
| Emmett Bergman | 2/16/2015 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 2/19/2015 | $552.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 2/23/2015 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 2/26/2015 | $573.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 3/2/2015 | $398.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 3/5/2015 | $552.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 3/10/2015 | $398.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 3/12/2015 | $398.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 3/16/2015 | $428.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 3/18/2015 | $398.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 3/23/2015 | $528.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 3/26/2015 | $552.10 | Airfare coach one-way Dallas/San Francisco. |
| Jeff Dwyer | 4/2/2015 | $279.60 | Airfare coach one-way San Francisco/Dallas. |
| Jeff Dwyer | 4/5/2015 | $428.10 | Airfare coach one-way San Francisco/Dallas. |
| Jeff Dwyer | 4/9/2015 | $352.60 | Airfare coach one-way Dallas/San Francisco. |
| Jeff Dwyer | 4/13/2015 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Jeff Dwyer | 4/15/2015 | $233.60 | Airfare coach one-way Dallas/San Francisco. |
| Jeff Dwyer | 4/19/2015 | $542.49 | Airfare coach one-way San Francisco/Dallas. |
| Jeff Dwyer | 4/23/2015 | $235.00 | Airfare coach one-way Dallas/San Francisco. |
| Jeff Dwyer | 4/26/2015 | $596.20 | Airfare coach one-way San Francisco/Dallas. |
| Jeff Dwyer | 4/30/2015 | $463.60 | Airfare coach one-way Dallas/San Francisco. |
| Jodi Ehrenhofer | 4/3/2015 | $276.20 | Airfare coach roundtrip Dallas/Chicago |
| Jodi Ehrenhofer | 4/28/2015 | $343.10 | Airfare coach one-way Chicago/Dallas. |
| Jodi Ehrenhofer | 4/30/2015 | $343.10 | Airfare coach one-way Dallas/Chicago. |
| Matt Frank | 4/6/2015 | $364.10 | Airfare coach one-way Chicago/Dallas. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 4/9/2015 | $444.10 | Airfare coach one-way Dallas/Chicago. |
| Matt Frank | 4/13/2015 | $364.10 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 4/16/2015 | $364.10 | Airfare coach one-way Dallas/Chicago. |
| Matt Frank | 4/20/2015 | $364.10 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 4/22/2015 | $364.10 | Airfare coach one-way Dallas/Chicago. |
| Matt Frank | 4/27/2015 | $364.10 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 4/30/2015 | $364.10 | Airfare coach one-way Chicago/Dallas. |
| Michael Dvorak | 3/30/2015 | $325.10 | Airfare coach one-way Chicago/Dallas. |
| Michael Dvorak | 4/9/2015 | $653.31 | Airfare coach one-way Dallas/Chicago. |
| Michael Dvorak | 4/14/2015 | $848.20 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 3/29/2015 | $343.11 | Airfare coach one-way Chicago/Dallas. |
| Michael Williams | 4/2/2015 | $329.91 | Airfare coach one-way Dallas/Chicago. |
| Michael Williams | 4/5/2015 | $770.80 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 4/12/2015 | $728.20 | Airfare coach roundtrip Chicago/Dallas. |
| Paul Kinealy | 1/2/2015 | $679.20 | Airfare coach roundtrip Chicago/Dallas. |
| Paul Kinealy | 1/12/2015 | $679.20 | Airfare coach roundtrip Chicago/Dallas. |
| Paul Kinealy | 1/25/2015 | $679.20 | Airfare coach roundtrip Chicago/Dallas. |
| Richard Carter | 4/6/2015 | $728.20 | Airfare coach roundtrip Chicago/Dallas. |
| Richard Carter | 4/16/2015 | $848.20 | Airfare coach roundtrip Chicago/Dallas. |
| Robert Country | 2/27/2015 | $305.10 | Airfare coach one-way Dallas/Chicago. |
| Steve Kotarba | 1/5/2015 | $386.10 | Airfare coach one-way Chicago/Dallas. |
| Steve Kotarba | 1/7/2015 | $386.10 | Airfare coach one-way Chicago/Dallas. |
| Steve Kotarba | 4/15/2015 | $349.70 | Airfare coach one-way Chicago/Dallas. |
| Steve Kotarba | 4/15/2015 | $349.70 | Airfare coach one-way Dallas/Chicago. |

**Expense Category Total**          **$24,710.42**

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

*Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 2/5/2015 | $767.29 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 2/11/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Emmett Bergman | 2/19/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 2/26/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 3/5/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 3/12/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 3/18/2015 | $511.76 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 3/26/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 4/2/2015 | $516.76 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 4/9/2015 | $1,028.52 | Hotel in Dallas - 4 nights. |
| Jeff Dwyer | 4/15/2015 | $516.76 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 4/23/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 4/30/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 4/29/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Matt Frank | 4/9/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 4/16/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 4/22/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Matt Frank | 4/29/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 4/1/2015 | $255.88 | Hotel in Dallas - 1 night. |
| Michael Dvorak | 4/8/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 4/22/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 4/2/2015 | $958.04 | Hotel in Dallas - 4 nights. |
| Michael Williams | 4/9/2015 | $958.04 | Hotel in Dallas - 4 nights. |
| Michael Williams | 4/16/2015 | $967.04 | Hotel in Dallas - 4 nights. |
| Paul Kinealy | 1/8/2015 | $737.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 1/21/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 4/1/2015 | $255.88 | Hotel in Dallas - 1 night. |
| Richard Carter | 4/16/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 4/30/2015 | $767.64 | Hotel in Dallas - 3 nights. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 4/9/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Steve Kotarba | 1/7/2015 | $476.40 | Hotel in Dallas - 2 nights. |
| **Expense Category Total** | | **$21,521.65** | |

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 2/2/2015 | ($12.13) | Out of town breakfast - E. Bergman (correction billed Feb and March statement). |
| Emmett Bergman | 2/2/2015 | $40.00 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 2/9/2015 | $11.78 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 2/23/2015 | $11.78 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 2/26/2015 | $5.25 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 3/2/2015 | $80.54 | Out of town dinner - E. Bergman, M. Frank, H. Biscolla - 3. |
| Emmett Bergman | 3/2/2015 | $11.78 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 3/10/2015 | $6.22 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 3/16/2015 | $11.78 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 3/18/2015 | $5.20 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 3/23/2015 | $11.78 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 3/26/2015 | $9.27 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 4/8/2015 | $70.52 | Out of town dinner - E. Bergman, M. Frank -2. |
| Jeff Dwyer | 4/1/2015 | $80.00 | Out of town dinner - J. Dwyer, R. Country - 2. |
| Jeff Dwyer | 4/1/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 4/2/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 4/6/2015 | $6.82 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 4/7/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 4/7/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 4/8/2015 | $9.63 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 4/8/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 4/9/2015 | $11.48 | Out of town dinner - J. Dwyer. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 4/14/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 4/14/2015 | $25.83 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 4/19/2015 | $34.80 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 4/20/2015 | $16.13 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 4/20/2015 | $38.18 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 4/21/2015 | $15.41 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 4/21/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 4/22/2015 | $25.26 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 4/23/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 4/27/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 4/28/2015 | $97.74 | Out of town dinner - J. Ehrenhofer, M. Frank, J. Dwyer - 3. |
| Jeff Dwyer | 4/28/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 4/29/2015 | $9.85 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 4/30/2015 | $15.30 | Out of town dinner - J. Dwyer. |
| Jodi Ehrenhofer | 4/28/2015 | $12.17 | Out of town breakfast - J. Ehrenhofer. |
| Matt Frank | 4/6/2015 | $11.06 | Out of town breakfast - M. Frank. |
| Matt Frank | 4/6/2015 | $120.00 | Out of town dinner - M. Frank, J. Dwyer, M. Williams - 3. |
| Matt Frank | 4/7/2015 | $5.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 4/7/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 4/8/2015 | $9.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 4/9/2015 | $5.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 4/13/2015 | $160.00 | Out of town dinner - M. Frank, E. Bergman, M. Williams, P. Kineally - 4. |
| Matt Frank | 4/13/2015 | $7.40 | Out of town breakfast - M. Frank. |
| Matt Frank | 4/14/2015 | $25.65 | Out of town dinner - M. Frank. |
| Matt Frank | 4/14/2015 | $6.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 4/15/2015 | $19.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 4/21/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 4/21/2015 | $14.91 | Out of town breakfast - M. Frank. |

*Exhibit D*

---

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

---

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 4/22/2015 | $9.50 | Out of town breakfast - M. Frank. |
| Matt Frank | 4/27/2015 | $120.00 | Out of town dinner - M. Frank, M. Bergman, M. Kinealy - 3. |
| Matt Frank | 4/27/2015 | $9.88 | Out of town breakfast - M. Frank. |
| Matt Frank | 4/28/2015 | $5.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 4/29/2015 | $5.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 4/30/2015 | $5.91 | Out of town breakfast - M. Frank. |
| Michael Dvorak | 4/1/2015 | $13.13 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 4/2/2015 | $11.68 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 4/2/2015 | $30.03 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 4/7/2015 | $7.88 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 4/7/2015 | $40.00 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 4/8/2015 | $15.20 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 4/9/2015 | $8.52 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 4/9/2015 | $17.19 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 4/20/2015 | $17.17 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 4/21/2015 | $9.82 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 4/22/2015 | $70.00 | Out of town dinner - M. Dvorak, R. Country - 2. |
| Michael Dvorak | 4/22/2015 | $14.54 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 4/23/2015 | $28.40 | Out of town dinner - M. Dvorak. |
| Michael Williams | 3/30/2015 | $34.70 | Out of town dinner - M. Williams. |
| Michael Williams | 3/31/2015 | $120.00 | Out of town dinner - M. Williams, P. Kinealy, M. Dvorak - 3. |
| Michael Williams | 4/7/2015 | $34.70 | Out of town dinner - M. Williams. |
| Michael Williams | 4/8/2015 | $80.00 | Out of town dinner - M. Williams, M. Dvorak - 2. |
| Michael Williams | 4/14/2015 | $28.09 | Out of town dinner - M. Williams. |
| Michael Williams | 4/15/2015 | $36.15 | Out of town dinner - M. Williams. |
| Paul Kinealy | 1/5/2015 | $240.00 | Out of town dinner - P. Kinealy, M. Zeiss, M. Frank, M. Williams, R. Carter, R. Country - 6. |
| Paul Kinealy | 1/6/2015 | $5.60 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/6/2015 | $8.50 | Out of town dinner - P. Kinealy. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**April 1, 2015 through April 30, 2015**

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 1/7/2015 | $5.60 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/8/2015 | $4.85 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/18/2015 | $4.53 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/19/2015 | $5.07 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/20/2015 | $5.60 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/20/2015 | $25.38 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 1/21/2015 | $9.59 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 1/21/2015 | $7.23 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 4/1/2015 | $118.38 | Out of town dinner - M. Dvorak, P. Kinealy, M. Williams - 3. |
| Paul Kinealy | 4/1/2015 | $5.60 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 4/2/2015 | $9.59 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 4/2/2015 | $122.58 | Out of town dinner - M. Williams, M. Dvorak, P. Kinealy, R. Country - 4. |
| Richard Carter | 4/14/2015 | $24.49 | Out of town dinner - R. Carter. |
| Richard Carter | 4/14/2015 | $7.77 | Out of town breakfast - R. Carter. |
| Richard Carter | 4/15/2015 | $36.05 | Out of town dinner - R. Carter. |
| Richard Carter | 4/15/2015 | $9.53 | Out of town breakfast - R. Carter. |
| Richard Carter | 4/16/2015 | $34.63 | Out of town dinner - R. Carter. |
| Richard Carter | 4/27/2015 | $12.20 | Out of town dinner - R. Carter. |
| Richard Carter | 4/27/2015 | $10.52 | Out of town breakfast - R. Carter. |
| Richard Carter | 4/28/2015 | $28.79 | Out of town dinner - R. Carter. |
| Richard Carter | 4/29/2015 | $2.83 | Out of town breakfast - R. Carter. |
| Richard Carter | 4/30/2015 | $24.29 | Out of town dinner - R. Carter. |
| Richard Carter | 4/30/2015 | $5.40 | Out of town breakfast - R. Carter. |
| Robert Country | 4/1/2015 | $4.58 | Out of town breakfast - R. Country. |
| Robert Country | 4/2/2015 | $7.49 | Out of town breakfast - R. Country. |
| Robert Country | 4/7/2015 | $34.31 | Out of town dinner - R. Country. |
| Robert Country | 4/7/2015 | $7.49 | Out of town breakfast - R. Country. |
| Robert Country | 4/8/2015 | $12.59 | Out of town breakfast - R. Country. |

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 4/8/2015 | $40.00 | Out of town dinner - R. Country. |
| Robert Country | 4/9/2015 | $8.65 | Out of town breakfast - R. Country. |
| Robert Country | 4/9/2015 | $9.20 | Out of town dinner - R. Country. |
| Steve Kotarba | 1/5/2015 | $2.85 | Out of town breakfast - S. Kotarba. |
| Steve Kotarba | 1/6/2015 | $30.00 | Out of town dinner - S. Kotarba. |
| Steve Kotarba | 4/15/2015 | $12.21 | Out of town dinner - S. Kotarba. |
| **Expense Category Total** | | **$3,000.32** | |

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 2/5/2015 | $40.36 | Internet/Online Fees: Hotel internet fees. |
| Emmett Bergman | 2/11/2015 | $9.90 | Internet/Online Fees: Internet at hotel |
| Emmett Bergman | 2/19/2015 | $40.26 | Internet/Online Fees: Hotel internet fees. |
| Emmett Bergman | 3/5/2015 | $24.90 | Internet/Online Fees: hotel internet fees. |
| Emmett Bergman | 3/16/2015 | $29.90 | Internet/Online Fees: hotel internet fees. |
| Jeff Dwyer | 4/4/2015 | $49.95 | Internet/Online Fees: In-Flight WiFi. |
| Jeff Dwyer | 4/9/2015 | $11.97 | Internet/Online Fees: In-Flight WiFi. |
| Jeff Dwyer | 4/19/2015 | $6.99 | Internet online charge on flight. |
| Matt Frank | 4/14/2015 | $39.95 | Wireless internet access - April. |
| Robert Country | 4/2/2015 | $19.43 | In Flight WIFI airfare access charge. |
| **Expense Category Total** | | **$273.61** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 2/2/2015 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 2/2/2015 | $25.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 2/5/2015 | $120.00 | Taxi from San Francisco Airport to home. |

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 2/5/2015 | $25.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 2/9/2015 | $25.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 2/9/2015 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 2/10/2015 | $12.00 | Taxi EFH to hotel |
| Emmett Bergman | 2/11/2015 | $25.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 2/12/2015 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 2/16/2015 | $25.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 2/16/2015 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 2/17/2015 | $12.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 2/19/2015 | $30.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 2/19/2015 | $110.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 2/23/2015 | $25.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 2/23/2015 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 2/24/2015 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 2/25/2015 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 2/26/2015 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 2/26/2015 | $52.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 3/2/2015 | $19.00 | Taxi from Energy to dinner. |
| Emmett Bergman | 3/2/2015 | $25.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 3/2/2015 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 3/5/2015 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 3/5/2015 | $25.15 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 3/10/2015 | $25.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 3/10/2015 | $120.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 3/11/2015 | $5.73 | Taxi from hotel to Energy. |
| Emmett Bergman | 3/12/2015 | $25.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 3/12/2015 | $110.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 3/16/2015 | $25.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 3/16/2015 | $121.32 | Taxi from home to San Francisco Airport. |

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 3/17/2015 | $8.20 | Taxi from Energy to hotel. |
| Emmett Bergman | 3/18/2015 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 3/18/2015 | $23.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 3/23/2015 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 3/23/2015 | $25.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 3/24/2015 | $6.24 | Taxi from Energy to hotel. |
| Emmett Bergman | 3/26/2015 | $25.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 3/26/2015 | $125.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 4/1/2015 | $20.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 4/1/2015 | $20.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 4/1/2015 | $15.00 | Taxi to dinner. |
| Jeff Dwyer | 4/2/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 4/2/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 4/5/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 4/5/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 4/6/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 4/6/2015 | $20.00 | Taxi from Energy to dinner. |
| Jeff Dwyer | 4/6/2015 | $23.00 | Taxi from dinner to hotel. |
| Jeff Dwyer | 4/7/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 4/8/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 4/8/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 4/9/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 4/9/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 4/9/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 4/13/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 4/14/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 4/14/2015 | $30.00 | Taxi from Energy to dinner. |
| Jeff Dwyer | 4/15/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 4/15/2015 | $68.15 | Taxi from San Francisco Airport to home. |

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 4/19/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 4/20/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 4/20/2015 | $60.00 | Taxi to dinner. |
| Jeff Dwyer | 4/20/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 4/21/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 4/21/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 4/22/2015 | $4.26 | Taxi from hotel to Energy. |
| Jeff Dwyer | 4/22/2015 | $5.38 | Taxi from Energy to hotel. |
| Jeff Dwyer | 4/22/2015 | $15.00 | Taxi to dinner. |
| Jeff Dwyer | 4/23/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 4/23/2015 | $30.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 4/23/2015 | $60.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 4/27/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 4/27/2015 | $30.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 4/27/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 4/28/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 4/28/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 4/29/2015 | $7.45 | Taxi from Energy to hotel. |
| Jeff Dwyer | 4/29/2015 | $7.62 | Taxi from hotel to Energy. |
| Jeff Dwyer | 4/30/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 4/30/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jodi Ehrenhofer | 4/3/2015 | $60.00 | Taxi from home to DFW. |
| Jodi Ehrenhofer | 4/3/2015 | $39.18 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 4/6/2015 | $60.00 | Taxi from DFW to home. |
| Jodi Ehrenhofer | 4/6/2015 | $40.70 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 4/28/2015 | $38.54 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 4/30/2015 | $41.85 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 4/30/2015 | $219.44 | Rental car in Dallas - 3 days. |
| Matt Frank | 4/6/2015 | $60.00 | Taxi from DFW Airport to Energy. |

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 4/6/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 4/8/2015 | $15.00 | Taxi from client to dinner. |
| Matt Frank | 4/9/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 4/9/2015 | $16.00 | Taxi from hotel to client. |
| Matt Frank | 4/9/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 4/13/2015 | $25.00 | Taxi from dinner to hotel. |
| Matt Frank | 4/13/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 4/13/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 4/13/2015 | $25.00 | Taxi from client to dinner. |
| Matt Frank | 4/14/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 4/15/2015 | $15.00 | Taxi from dinner to hotel. |
| Matt Frank | 4/15/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 4/15/2015 | $15.00 | Taxi from client to dinner. |
| Matt Frank | 4/16/2015 | $60.00 | Taxi from hotel to DFW Airport. |
| Matt Frank | 4/16/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 4/20/2015 | $15.00 | Taxi from client to dinner. |
| Matt Frank | 4/20/2015 | $15.00 | Taxi from dinner to hotel. |
| Matt Frank | 4/20/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 4/20/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 4/21/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 4/22/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 4/22/2015 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 4/27/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 4/27/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 4/29/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 4/30/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 4/30/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 4/30/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 4/1/2015 | $15.00 | Taxi from dinner to hotel. |

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 4/2/2015 | $25.41 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 4/6/2015 | $65.00 | Taxi from Dallas Airport to Energy. |
| Michael Dvorak | 4/6/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Michael Dvorak | 4/7/2015 | $15.00 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 4/8/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 4/9/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 4/10/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Michael Dvorak | 4/20/2015 | $55.74 | Taxi from DFW Airport to Energy. |
| Michael Dvorak | 4/20/2015 | $39.50 | Taxi from home to O'hare Airport. |
| Michael Dvorak | 4/21/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 4/21/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 4/21/2015 | $15.00 | Taxi from dinner to hotel. |
| Michael Dvorak | 4/22/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 4/22/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 4/23/2015 | $46.50 | Taxi from Energy to DFW Airport. |
| Michael Williams | 3/29/2015 | $43.10 | Taxi from home to Chicago O'Hare. |
| Michael Williams | 3/29/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 3/31/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 3/31/2015 | $30.28 | Taxi to dinner. |
| Michael Williams | 4/5/2015 | $42.00 | Taxi from home to Chicago O'Hare. |
| Michael Williams | 4/5/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 4/6/2015 | $23.00 | Taxi to dinner. |
| Michael Williams | 4/8/2015 | $20.00 | Taxi to dinner. |
| Michael Williams | 4/8/2015 | $20.00 | Taxi to hotel. |
| Michael Williams | 4/9/2015 | $10.00 | Taxi to office. |
| Michael Williams | 4/12/2015 | $60.00 | Taxi to hotel from DFW Airport. |
| Michael Williams | 4/12/2015 | $43.34 | Taxi from home to O'Hare Airport. |
| Michael Williams | 4/13/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 4/14/2015 | $60.00 | Taxi from O'Hare Airport to home. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2015 through April 30, 2015*

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 4/15/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 4/16/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 4/16/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Paul Kinealy | 1/5/2015 | $25.20 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 1/8/2015 | $30.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 1/8/2015 | $15.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 1/9/2015 | $60.00 | Parking at Chicago Airport. |
| Paul Kinealy | 1/18/2015 | $26.00 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 1/19/2015 | $14.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 1/20/2015 | $15.44 | Taxi from Energy to hotel. |
| Paul Kinealy | 1/20/2015 | $15.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 1/21/2015 | $102.00 | Parking at Chicago Airport. |
| Paul Kinealy | 1/21/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 4/1/2015 | $17.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 4/1/2015 | $15.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 4/2/2015 | $88.00 | Parking at Chicago Airport. |
| Paul Kinealy | 4/2/2015 | $17.00 | Taxi to Energy. |
| Richard Carter | 4/14/2015 | $63.00 | Taxi from DFW Airport to Energy. |
| Richard Carter | 4/16/2015 | $85.00 | Parking at Chicago Airport. |
| Richard Carter | 4/27/2015 | $56.40 | Taxi from DFW Airport to Energy. |
| Richard Carter | 4/30/2015 | $140.00 | Parking at Chicago Airport. |
| Robert Country | 4/2/2015 | $53.00 | Taxi from Energy to Dallas Airport. |
| Robert Country | 4/2/2015 | $38.70 | Taxi from Chicago Airport to home. |
| Robert Country | 4/7/2015 | $39.02 | Taxi from home to Chicago Airport. |
| Robert Country | 4/7/2015 | $51.50 | Taxi from Dallas Airport to Energy. |
| Robert Country | 4/9/2015 | $39.05 | Taxi from Chicago Airport to home. |
| Robert Country | 4/9/2015 | $51.65 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 1/5/2015 | $12.00 | Parking at hotel. |
| Steve Kotarba | 1/5/2015 | $60.00 | Taxi from home to Midway Airport. |

> *Combined - All Entities*
> *Expense Detail by Category*
> *April 1, 2015 through April 30, 2015*

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Steve Kotarba | 1/6/2015 | $12.00 | Parking at hotel. |
| Steve Kotarba | 1/7/2015 | $60.00 | Parking at Midway Airport. |
| Steve Kotarba | 1/7/2015 | $154.36 | Rental car in Dallas. |
| Steve Kotarba | 1/7/2015 | $12.00 | Parking at hotel. |
| Steve Kotarba | 4/15/2015 | $25.00 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 4/15/2015 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 4/15/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 4/15/2015 | $60.00 | Taxi from Midway Airport to home. |
| **Expense Category Total** | | **$8,317.60** | |
| *Grand Total* | | **$57,823.60** | |