**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>)<br>) |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS
FOR PROFESSIONALS IN RESPECT TO THE SECOND INTERIM APPLICATION
OF MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP AS DELAWARE
BANKRUPTCY COUNSEL AND CONFLICT COUNSEL FOR THE EFH OFFICIAL
COMMITTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD JANUARY 1, 2015 THROUGH APRIL 30, 2015**

1.    I am a partner with Montgomery, McCracken, Walker & Rhoads, LLP (the

"**Firm**") with offices located at 1105 North Market Street, 15th Floor, Wilmington, DE  19801,

which serves as co-counsel and conflict counsel to the EFH Official Committee.  I am a member

in good standing of the bars of the States of New York, Pennsylvania, and Delaware, and I have

been admitted to practice in, among others, the state courts of New York, Pennsylvania, and

Delaware as well as the District of Delaware.

2.    This certification is made in respect of the Firm's compliance with Local Rule

2016-2 (c)-(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States

Bankruptcy Court of the District of Delaware (the "**Local Rule**"), in connection with the Firm's

application, dated June 11, 2015 (the "**Application**"), for monthly compensation and

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

reimbursement of fees and expenses for the period commencing January 1, 2015 through April 30, 2015, in accordance with the Guidelines.

3.      In respect of Section (g) of the Local Rule, I certify that I have reviewed the requirements of the Local Rule and to the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Local Rule.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2015          **MONTGOMERY, McCRACKEN, WALKER &**
       Wilmington, Delaware   **RHOADS, LLP**


                              _/s/ Natalie D. Ramsey_
                              Natalie D. Ramsey, Esquire (DE Bar No. 5378)
                              1105 North Market Street, 15th Floor
                              Wilmington, DE  19801
                              Telephone: (302) 504-7800
                              Facsimile: (302) 504 -7820
                              E-mail:    nramsey@mmwr.com