## SUMMARY OF PROFESSIONAL SERVICES

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 119.40 | $80,595.00[5] |
| Natalie D. Ramsey | Non-Working Travel | $337.50 | 7.00 | $2,362.50 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 30.80 | $18,018.00 |
| Johnathan R. Flora | Partner; Joined Firm in 2014; Member of CA Bar since 1989 | $540.00 | 3.20 | $1,728.00 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 408.90 | $241,251.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $550.00 | 35.30 | $19,040.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 604.60 | $362,994.50 |
| **ASSOCIATES** | | | | |
| Laurie A. Krepto | Associate; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 136.60 | $60,104.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 94.50 | $27,405.00 |
| **TOTAL ASSOCIATES** | | | 231.10 | $87,509.00 |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 70.50 | $9,870.00 |
| Kathleen A. Coon | Librarian | $195.00 | 0.90 | $175.50 |
| Megan Malone | Automated Litigation Support Specialist | $145.00 | 6.10 | $884.50 |
| Jason Bailey | Automated Litigation Support Specialist | $140.00 | 0.70 | $ 98.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 78.20 | $11,028.00 |
| **TOTAL ALL PROFESSIONALS** | | | 913.90 | $461,531.50 |

---

[5] In preparing this Interim Application, it was determined that certain time in the amount of $135.00 which had previously been listed for Category 009 – Employment Benefits and Pensions was incorrectly applied to this client. MMWR has removed this amount from the total requested amount.