**SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED**

| Expense Category | Expense Amount |
|---|---|
| Postage | $ 17.71 |
| Miscellaneous Expense | $ 44.00 |
| Duplicating - Internal | $ 185.23 |
| Transportation - Local while on business | $ 43.62 |
| Printing - Internal | $ 0.00[6] |
| Copy/Record-Document | $ 15.00 |
| Delivery Service | $ 97.50 |
| Lunch/Dinner Conference | $ 43.50 |
| Travel - Rail Fare | $ 278.00 |
| Out of Town Travel | $ 23.80 |
| Federal Express | $ 21.12 |
| Parking & Tolls | $ 36.00 |
| Telephone | $ 124.78 |
| Overtime Meals on Expense Report | $ 20.00 |
| Westlaw On-Line Legal Research | $ 1,045.26 |
| Local Transportation - Cabs | $ 12.31 |
| PACER | $ 513.00 |
| **Total** | **$ 2,520.83** |

---

[6] Although MMWR incurred $1,453.98 in internal printing charges during the Compensation Period, MMWR does not seek reimbursement of this amount.