# **EXHIBIT D**

# **JANUARY 2015**

|  |  |
|---|---|
| Invoice Date: | 2/26/15 |
| Invoice Number: | 718546 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---:|
| 01/31/15 | Postage | $ | 17.71 |
| 01/31/15 | Printing & Duplicating - Internal | $ | 222.82 |
| 01/31/15 | Pacer | $ | 228.20 |
| 11/08/14 | Westlaw On-Line Legal Research | $ | 35.64 |
| 11/21/14 | Westlaw On-Line Legal Research | $ | 53.46 |
| 11/23/14 | Westlaw On-Line Legal Research | $ | 105.12 |
| 01/12/15 | Westlaw On-Line Legal Research | $ | 71.28 |
| 01/15/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 01/16/15 | Westlaw On-Line Legal Research | $ | 51.66 |
| 01/22/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-Wilm to Bankruptcy Court Judge's Chamber on 1/12/15 SO# 423622 | $ | 7.50 |
| 01/22/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-Wilm to Judge Christopher S. Sontchi on 1/9/15 SO# 423449 | $ | 7.50 |
| 01/23/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 01/16/15 Cab service - Worked late on EFH matter | $ | 13.96 |
| 01/26/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 1/8/15 at 1:56pm with 3 people | $ | 5.54 |
| 01/26/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 12/30/14 at 10:57am with 5 people | $ | 33.58 |
| | Total Disbursements | $ | 871.79 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **FEBRUARY 2015**

Invoice Date: 3/23/15
Invoice Number: 719264
Client Matter Number: 66471.00001
I.D.# 01051

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 02/28/15 | Printing & Duplicating - Internal | $ | 276.90 |
| 02/28/15 | Pacer | $ | 69.80 |
| 02/04/15 | Westlaw On-Line Legal Research | $ | 160.38 |
| 02/26/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 2/12/15 Cabfare - Traveled roundtrip to Delaware re Late night work on EFH matter | $ | 7.15 |
| 02/27/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| | Total Disbursements | $ | 549.87 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **MARCH 2015**

|  |  |
|---|---|
| Invoice Date: | 4/21/15 |
| Invoice Number: | 720075 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | Amount |
|---|---|---|
| 03/31/15 | Printing & Duplicating - Internal | $ 551.59 |
| 03/31/15 | Pacer | $ 215.00 |
| 03/02/15 | Westlaw On-Line Legal Research | $ 53.46 |
| 03/06/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Judge C. Sontchi on 2/20/15 SO# 429198 | $ 7.50 |
| 03/06/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Judge C. Sontchi on 2/20/15 SO# 429243 | $ 7.50 |
| 03/13/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-Wilm to Judge C. Sontchi on 3/4/15 SO# 431044 | $ 7.50 |
| 03/13/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Judge C. Sontchi SO# 564546 | $ 7.50 |
| 03/19/15 | Copy/Record-Document - PAID TO: Parcels Inc Production - Copy provided CD x 1 on 3/10/15 SO# 431677 | $ 15.00 |
| 03/20/15 | Westlaw On-Line Legal Research | $ 35.64 |
| 03/24/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 01/14/15 Roundtrip Amtrak rail to New York - Attend in-person committee meeting between the committee and debtors | $ 278.00 |
| 03/24/15 | Out of Town Travel - PAID TO: Natalie D. Ramsey 01/14/15 Cab service from Penn station to Sullivan & Cromwell - Attend in-person committee meeting between the committee and debtors | $ 23.80 |
| 03/24/15 | Parking & Tolls - PAID TO: Natalie D. Ramsey 01/14/15 30th St Amtrak train station parking - Attend in-person committee meeting in New York between the committee and debtors | $ 25.00 |
| 03/25/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 03/12/15 Cab service - Worked late on EFH matter | $ 7.63 |
| 03/30/15 | Delivery Service - PAID TO: Parcels Inc Courier from MMWR-WILM to Judge C. S. Sontchi-WILM on 3/19/15 SO# 433142 | $ 7.50 |
| 03/30/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Judge C. C. Sontchi-WILM on 3/19/15 SO# 433091 | $ 7.50 |
|  | Total Disbursements | $ 1,250.12 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **APRIL 2015**

|  |  |
|---|---|
| Invoice Date: | 5/21/15 |
| Invoice Number: | 721037 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 04/30/15 | Printing & Duplicating - Internal | $ | 587.90 |
| 04/06/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 04/07/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 04/02/15 Cab service from MMWR to residence - Worked late on EFH matter | $ | 7.00 |
| 04/07/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| 04/13/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-Wilm to Judge Christopher S. Sontchi on 4/1/15 SO# 434976 | $ | 7.50 |
| 04/13/15 | Westlaw On-Line Legal Research | $ | 89.10 |
| 04/17/15 | Delivery Service - PAID TO: Parcels Inc Courier from MMWR-WILM to Judge Christopher S. Sontchi on 4/6/15 SO# 435319 | $ | 7.50 |
| 04/17/15 | Westlaw On-Line Legal Research | $ | 97.20 |
| 04/22/15 | Miscellaneous Expense - PAID TO: Mark A. Fink 04/08/15 Court call appearance | $ | 44.00 |
| 04/22/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 04/09/15 Cab service - Late night addressing emergency motion | $ | 7.88 |
| 04/22/15 | Overtime Meals on Expense Report - PAID TO: Mark A. Fink 04/09/15 Meal - Late night addressing emergency motion | $ | 20.00 |
| 04/22/15 | Westlaw On-Line Legal Research | $ | 185.40 |
| 04/23/15 | Lunch/Dinner Conference - PAID TO: Mark A. Fink 04/20/15 Dinner meeting with Brian Glueckstein, Esq (Sullivan & Cromwell) following trial prior to late night deposition | $ | 43.50 |
| 04/23/15 | Parking & Tolls - PAID TO: Mark A. Fink 04/20/15 Parking - re: trial on make whole provisions | $ | 11.00 |
| 04/24/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Multiple Inner City Deliveries on 4/13/15 SO# 436301 | $ | 15.00 |
| 04/24/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Judge Christopher Sontchi on 4/13/15 SO# 436330 | $ | 7.50 |
| 04/24/15 | Federal Express Federal Express Package - Invoice #:501839056 Mark A Fink | $ | 21.12 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |  |
|--|--|--|
| Invoice Date: | | 5/21/15 |
| Invoice Number: | | 721037 |
| Client Matter Number: | | 66471.00001 |
| I.D.# | | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/16/15 at 3:53pm with 3 people | $ | 4.58 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/20/15 at 2:26m with 9 people | $ | 5.68 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/20/15 at 2:46pm with 4 people | $ | 10.91 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/24/15 at 3:28pm with 3 people | $ | 6.98 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/24/15 at 4:28pm with 4 people | $ | 8.27 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/28/15 at 2:56pm with 5 people | $ | 14.72 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/31/15 at 8:55am with =7 people | $ | 17.24 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/11/15 at 4:55pm with 3 people | $ | 15.70 |
| 04/24/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 03/17/15 at 12:42pm with 3 people | $ | 1.58 |
| 04/30/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab) - Cab service on 03/10/15 at 7:30pm from Office to Home for K. Mangan - overtime (voucher #61854) | $ | 12.31 |
| | Total Disbursements | $ | 1,303.03 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**