**EXHIBIT E**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Asset Analysis | 24.50 | $ 14,276.50 |
| 002 | Asset Disposition | 0.00 | $ 0.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 3.20 | $ 1,888.00 |
| 004 | Avoidance Action Analysis | 0.00 | $ 0.00 |
| 005 | Business Operations | 0.00 | $ 0.00 |
| 006 | Case Administration | 75.60 | $ 36,807.00 |
| 007 | Claims Administration and Objections | 7.80 | $ 4,319.00 |
| 008 | Corporate Governance and Board Matters | 0.00 | $ 0.00 |
| 009 | Employment Benefits and Pensions | 0.00 | $ 0.00 |
| 010 | Employment and Fee Applications (MMWR) | 59.10 | $ 26,111.00 |
| 011 | Employment and Fee Applications (Others) | 40.50 | $ 18,074.00 |
| 012 | Financing, Cash Collateral, Make Whole | 31.20 | $ 18,425.00 |
| 013 | Other Litigation | 65.00 | $ 38,367.00 |
| 014 | Meetings and Communications with Creditors | 0.00 | $ 0.00 |
| 015 | Non-Working Travel | 7.00 | $ 2,362.50 |
| 016 | Plan and Disclosure Statement | 71.20 | $ 43,198.00 |
| 017 | Relief from Stay and Adequate Protection | 0.00 | $ 0.00 |
| 018 | Tax | 0.00 | $ 0.00 |
| 019 | Valuation | 0.00 | $ 0.00 |
| 020 | Discovery | 0.00 | $ 0.00 |
| 021 | Hearings | 47.70 | $ 28,160.00 |
| 022 | First and Second Day Motions | 0.00 | $ 0.00 |
| 023 | Claims Investigation | 0.00 | $ 0.00 |
| 024 | Lien Investigation | 0.00 | $ 0.00 |
| 025 | Intercompany Claims | 0.00 | $ 0.00 |
| 026 | Other Motions/Applications | 27.00 | $ 13,711.00 |
| 027 | Schedules and Statements | 0.00 | $ 0.00 |
| 028 | Time Entry Review | 3.10 | $ 1,829.00 |
| 029 | Budgeting (Case) | 2.30 | $ 1,250.00 |
| 030 | Asbestos-Related Matters | 448.70 | $ 212,753.50 |
| | **Total** | **913.90** | **$ 461,531.50** |