IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

**STATE OF DELAWARE** )
) SS
**NEW CASTLE COUNTY** )

  Brittany Hambleton being duly sworn according to law, deposes and says that she is an employee of Parcels, Inc., and that on or before June 8, 2015, she caused a copy of the following document to be served by Priority Mail on the service list attached hereto as Exhibit A:

- **RED BALL OXYGEN COMPANY'S MOTION TO PERMIT LATE FILING OF PROOFS OF CLAIM** [D.I. 4637]; and

- **MOTION TO LIMIT NOTICE OF RED BALL OXYGEN COMPANY'S MOTION TO PERMIT LATE FILING OF PROOFS OF CLAIM** [D.I. 4639].

*/s/ Brittany Hambleton*
BRITTANY HAMBLETON

SWORN TO AND SUBSCRIBED before me this 11th day of June, 2015.

_____
NOTARY PUBLIC

[Notary Seal: JOSEPH L. KING, MY COMMISSION EXPIRES March 10, 2017, NOTARY PUBLIC STATE OF DELAWARE]

# EXHIBIT A

| | |
|---|---|
| (Debtors)<br>Energy Future Holdings, Corp., et.al.<br>Attn: Andrew M. Wright and Cecily Gooch<br>1601 Bryan Street, 43rd Floor<br>Dallas, TX 75201 | (Co-Counsel to Debtors)<br>Kirkland & Ellis LLP<br>Attn: Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022 |
| (Co-Counsel to Debtors)<br>Kirkland & Ellis LLP<br>Attn: Chad Husnick<br>300 North LaSalle<br>Chicago, IL 60654 | (Co-Counsel to Debtors)<br>Richards Layton & Finger, P.A.<br>Attn: Daniel J. DeFranceschi and Jason M. Madron<br>920 North King Street<br>Wilmington, DE 19801 |
| Andrew R. Vara,<br>(the Acting United States Trustee for Region 3)<br>Attn: Richard L. Schepacarter<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Wilmington, DE 19801 | U.S. Department of Justice<br>Office of the U.S Trustee<br>Attn: Andrea B. Schwartz<br>U.S. Federal Building<br>201 Varick Street, Room 106<br>New York, NY 10014 |
| (Counsel for agent of EFIH First Lien DIP Financing Facility)<br>Shearman & Sterling LLP<br>Attn: Ned Schodek and Frederic Sosnick<br>599 Lexington Avenue<br>New York, NY 10022 | (Counsel for agent of TCEH DIP Financing Facility)<br>Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Evan Fleck and Matthew Brod<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| (Counsel to the Official Committee of Unsecured Creditors)<br>Morrison & Foerster LLP<br>Attn: Lorenzo Marinuzzi and Jennifer Marines<br>250 W. 55th Street<br>New York, NY 10019 | |