## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $825 | 1.3 | $1,072.50 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 57.6 | $43,200.00 |
| Russell Silberglied | Director | 1996 | Bankruptcy | $725 | 0.1 | $72.50 |
| Michael J. Merchant | Director | 1999 | Bankruptcy | $650 | 0.2 | $130.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 141.3 | $74,182.50 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 72.2 | $18,772.00 |
| William A. Romanowicz | Associate | 2012 | Bankruptcy | $375 | 1.6 | $600.00 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $450 | 90.2 | $40,590.00 |
| Marisa A. Terranova | Associate | 2009 | Bankruptcy | $450 | 0.1 | $45.00 |
| **Total** | | | | | **364.6** | **$178,664.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235 | 123.2 | $28,952.00 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235 | 14.4 | $3,384.00 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235 | 11.3 | $2,655.50 |
| Lindsey A. Edinger | Paralegal | 2 | Bankruptcy | $235 | 13.9 | $3,266.50 |
| Lesley Morris | CMA | 1 | Bankruptcy | $125 | 0.5 | $62.50 |
| Daniel D. White | Technical/Trial Support | 11 | Litigation/MIS | $250 | 11.5 | $2,875.00 |
| **Total** | | | | | **174.8** | **$41,195.50** |

|  |  |
|---|---|
| **Total Fees** | **$219,860.00** |