# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $767.19 |
| Conference Calling | $71.14 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $887.15 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long Distance Telephone Charges | $100.66 |
| Messenger and Delivery Service | $272.49 |
| Overtime | $145.13 |
| Photocopying/Printing - Outside Vendor | $374.48 |
| Photocopying/Printing | $1,251.61 |
| Postage | $5.03 |
| Record Retrieval | $0.00 |
| Travel Expense | $44.44 |
| **Total:** | **$3,919.32** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $269.13 |
| Conference Calling | $24.96 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $311.22 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long Distance Telephone Charges | $35.31 |
| Messenger and Delivery Service | $95.59 |
| Overtime | $50.91 |
| Photocopying/Printing - Outside Vendor | $131.37 |
| Photocopying/Printing | $439.07 |
| Postage | $1.77 |
| Record Retrieval | $0.00 |
| Travel Expense | $15.59 |
| **Total:** | **$1,374.92** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $510.43 |
| Conference Calling | $47.33 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $590.23 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long Distance Telephone Charges | $66.97 |
| Messenger and Delivery Service | $181.30 |
| Overtime | $96.56 |
| Photocopying/Printing - Outside Vendor | $249.15 |
| Photocopying/Printing | $832.72 |
| Room Rental | $0.00 |
| Postage | $3.35 |
| Record Retrieval | $0.00 |
| Travel Expense | $29.57 |
| **Total:** | **$2,607.61** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $0.00 |
| Conference Calling | $0.00 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $0.00 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long Distance Telephone Charges | $0.00 |
| Messenger and Delivery Service | $0.00 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $0.00 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$0.00** |