# EXHIBIT E

**Detailed Description of Meal Expenses**

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 2/13/2015 | Dimeo's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of summary judgment motion, brief and declaration in support in first-lien adversary proceeding | $18.60 | $18.60 |
| 3/6/2015 | Dimeo's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for filing of certification of counsel regarding sixth stipulation and order to further extend TCEH lien challenge period | $6.88 | $6.88 |
| 3/9/2015 | Dimeo's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of Thompson & Knight second interim period fee application and preparation for 3/13/15 hearing | $16.20 | $16.20 |
| 3/10/2015 | Rodney Grille | Drinks | 20 | Refreshments for visiting co-counsel, client representatives and estate professionals in connection with 3/10/15 hearing | $3.78 | $75.60 |
| 3/10/2015 | Manhattan Bagel | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 3/10/15 hearing | $16.33 | $245.00 |
| 3/10/2015 | Purebread | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 3/10/15 hearing | $17.87 | $268.19 |
| 3/12/2015 | Manhattan Bagel | Breakfast | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 3/13/15 hearing | $10.00 | $100.00 |
| 3/12/2015 | Sugarfoot | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 3/13/15 hearing | $28.30 | $283.00 |

| Date | Location | Meal | # | Description | Unit | Total |
|---|---|---|---|---|---|---|
| 3/12/2015 | Mikimotos | Dinner | 1 | Working meal for RL&F team member in connection with provision of after-hours technical assistance to visiting co-counsel related to 3/13/15 hearing preparations | $35.74 | $35.74 |
| 3/13/2015 | Manhattan Bagel | Breakfast | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 3/13/15 hearing | $12.50 | $125.00 |
| 3/13/2015 | Purebread | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 3/13/15 hearing | $24.31 | $243.19 |
| 3/24/2015 | Dimeo's | Dinner | 3 | Working meal for RL&F team members in connection with after-hours preparation and filing of rejection motions and supporting declarations; Enoch Kever retention application; and pleadings related to proposed asbestos bar date | $13.38 | $40.15 |
| 3/26/2015 | Washington Street Ale House | Dinner | 3 | Working meal for RL&F team members in connection with after-hours filing of amended long term power purchase pleadings | $23.22 | $69.67 |
| 3/30/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of seven third circuit documents in first lien settlement appeal and Enoch Kever notice of excess fees | $19.43 | $19.53 |
| **TOTALS** | | | | | | **$1,546.75** |

2