IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., <u>et al</u>.  [1], | ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | RE: Docket Nos. 3040, 3198 and 3279 |

**SECOND SUPPLEMENTAL DECLARATION OF TODD J. ROSEN IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MUNGER, TOLLES & OLSON LLP AS COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC EFFECTIVE NUNC PRO TUNC TO NOVEMBER 16, 2014**

I, Todd J. Rosen, state the following under penalty of perjury:

1. I am over eighteen years of age and have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently with respect thereto from my own personal knowledge except as otherwise stated.

2. I am a partner at Munger, Tolles & Olson LLP ("MTO"), located at 355 S. Grand Ave., 35th Floor, Los Angeles, California, 90071, and have been duly admitted to practice law in the State of California; the United States District Courts for the Central, Northern, Eastern, and Southern District of California; and the Ninth Circuit Court of Appeals.

3. I submit this second supplemental declaration (the "<u>Second Supplemental Declaration</u>") in further support of the *Debtors Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application For Entry Of An*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

26284569.3

*Order Authorizing The Retention And Employment Of Munger, Tolles & Olson LLP As Counsel To Debtors And Debtors In Possession Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* [D.I. 3040] (the "Application").[2]

4. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**Background**

5. On December 16, 2014, the TCEH Debtors filed the Application. In support of the Application, the TCEH Debtors filed the *Declaration of Todd J. Rosen in Support of the Debtors Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application For Entry Of An Order Authorizing The Retention And Employment Of Munger, Tolles & Olson LLP As Counsel To Debtors And Debtors In Possession Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* (the "Original Declaration"), which was filed as **Exhibit C** to the Application.

6. Thereafter, MTO engaged in discussions with the Office of the United States Trustee (the "UST"), which requested that I submit a supplemental declaration on behalf of MTO to (a) clarify and provide additional information regarding the disclosures made in the Original Declaration and (b) to address the scope of MTO's engagement by the TCEH Debtors. On January 8, 2015, in response to the UST's request, the TCEH Debtors filed the *First Supplemental Declaration of Todd J. Rosen in support of the Debtors Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application*

---

[2] Capitalized terms not defined in this Second Supplemental Declaration have the meaning ascribed to them in the Application.

*For Entry Of An Order Authorizing The Retention And Employment Of Munger, Tolles & Olson LLP As Counsel To Debtors And Debtors In Possession Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* [D.I. 3198] (the "First Supplemental Declaration" and collectively, with the Original Declaration and the Second Supplemental Declaration, the "Declarations").

7. On January 13, 2015, this court entered an order [D.I. 3279] approving the retention of MTO *nunc pro tunc* to November 16, 2014.

**Supplemental Disclosure**

8. **Schedule 3** to the Original Declaration lists those parties in interest who, or whose affiliates, are current or former clients of MTO and were included on a list of potential parties in interest in the TCEH Debtors' chapter 11 case that Kirkland & Ellis LLP ("Kirkland") provided to MTO.

9. Kirkland subsequently provided an updated list of potential parties in interest in the TCEH Debtor's chapter 11 case, attached hereto as **Exhibit 1**. To comply with Bankruptcy Rule 2014 and consistent with the representations in the Application and Original Declaration, MTO conducted a supplemental investigation of its records, comparing the names of the potential parties in interest with its list of current and former clients, pursuant to the procedures described in the Original Declaration. *See* Application at ¶ 22; Original Declaration at ¶ 28. The potential parties in interest who, or whose affiliates, are current or former MTO clients are listed as **Exhibit 2** to this Second Supplemental Declaration. As stated in paragraph 28 of the Original Declaration, none of the representations described herein is materially adverse to the interests of the Debtors. None of the clients listed on **Exhibit 2** represent more than one percent of MTO's fee receipts for the past twelve months.

3

10. Based on the conflicts searches conducted to date and as described in the Declarations, to the best of my knowledge and insofar as I have been able to ascertain, (a) MTO is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) MTO has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Declarations.

11. MTO will continue to review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, MTO will use its reasonable efforts to identify any such further developments and will file additional supplemental declarations as required by Bankruptcy Rule 2014(a) and as stated in the Original Declaration.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 12, 2015                              */s/ Todd J. Rosen*
                                                              Name:  Todd J. Rosen
                                                              Title:    Partner, Munger, Tolles & Olson LLP