**Exhibit 2**

List of Current[1] or Former MTO Clients

| Name of Entity Searched | Comments and/or Status[2] |
|---|---|
| URS Energy & Construction, Inc. | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Cravath Swaine & Moore | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Elecsys International Corp. | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Continental Field Systems | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Proskauer Rose LLP | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Quest Diagnostics Clinical Labs Inc. | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Pennzoil-Quaker State Co. | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Sullivan & Cromwell LLP | MTO has in the past represented |

---

[1] MTO does not represent any of the Current Clients in any matters or interests that are related to or materially adverse to the TCEH Debtors' estates.

[2] Relationships are as of the supplemental conflicts search, not as of the Petition Date.

| | |
|---|---|
| | this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |