# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $825 | 0.2 | $165.00 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 68.9 | $51,675.00 |
| Russell Silberglied | Director | 1996 | Bankruptcy | $725 | 0.1 | $72.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 167.5 | $87,937.50 |
| Zachary I. Shapiro | Associate | 2008 | Bankruptcy | $490 | 1.6 | $784.00 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $450 | 43.3 | $19,485.00 |
| Marisa A. Terranova | Associate | 2009 | Bankruptcy | $450 | 7.0 | $3,150.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 43.2 | $11,232.00 |
| Alexander G. Najemy | Associate | | Bankruptcy | $260 | 1.0 | $260.00 |
| **Total** | | | | | 332.8 | $174,761.00 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235 | 109.3 | $25,685.50 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235 | 24.7 | $5,804.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235 | 0.5 | $117.50 |
| Lindsey A. Edinger | Paralegal | 2 | Bankruptcy | $235 | 5.1 | $1,198.50 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $235 | 2.0 | $470.00 |
| Daniel D. White | TECH/Trial Support | 11 | Litigation/MIS | $250 | 44.2 | $11,050.00 |
| William S. Stephens | TECH/Trial Support | 16 | Litigation/MIS | $195 | 2.0 | $390.00 |
| **Total** | | | | | 187.8 | $44,716.00 |

**Total Fees**     **$219,477.00**

RLF1 12221357v.1