# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $4.06 |
| Business Meals | $2,495.35 |
| Conference Calling | $249.60 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $890.08 |
| Electronic Legal Research | $533.65 |
| Equipment Rental | $502.14 |
| Filing Fees/Court Cost | $13.57 |
| Long distance Telephone Charges | $82.21 |
| Messenger and Delivery Service | $399.83 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $3,515.74 |
| Photocopying/Printing | $2,410.83 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$11,097.06** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $.75 |
| Business Meals | $459.90 |
| Conference Calling | $46.00 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $164.04 |
| Electronic Legal Research | $98.35 |
| Equipment Rental | $92.54 |
| Filing Fees/Court Costs | $2.50 |
| Long distance Telephone Charges | $15.15 |
| Messenger and Delivery Service | $73.69 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $647.94 |
| Photocopying/Printing | $444.31 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$2,045.17** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $2.68 |
| Business Meals | $1,640.42 |
| Conference Calling | $164.08 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $585.13 |
| Electronic Legal Research | $350.81 |
| Equipment Rental | $330.10 |
| Filing Fees/Court Costs | $8.92 |
| Long distance Telephone Charges | $54.04 |
| Messenger and Delivery Service | $262.85 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $2,311.22 |
| Photocopying/Printing | $1,584.85 |
| Room Rental | $0.00 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$7,295.10** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.01 |
| Business Meals | $3.22 |
| Conference Calling | $0.32 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $1.15 |
| Electronic Legal Research | $0.69 |
| Equipment Rental | $0.65 |
| Filing Fees/Court Costs | $0.02 |
| Long distance Telephone Charges | $0.10 |
| Messenger and Delivery Service | $0.52 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $4.54 |
| Photocopying/Printing | $3.10 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$14.32** |