# EXHIBIT E

**Detailed Description of Meal Expenses**

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 4/2/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of claims objections and March 2015 monthly operating report. | $9.89 | $9.89 |
| 4/2/2015 | Washington Street Ale House | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing of March 2015 monthly operating report. | $10.27 | $10.27 |
| 4/3/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation of 4/14/15 agenda and preparation of claim chart re: third omnibus objection. | $12.78 | $12.78 |
| 4/13/2015 | Cavanaugh's Restaurant | Lunch | 5 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/14/15 hearing. | $17.25 | $86.25 |
| 4/13/2015 | Toscana To Go | Dinner | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/14/15 hearing. | $19.62 | $196.16 |
| 4/14/2015 | Purebread | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/14/15 hearing. | $20.61 | $309.11 |
| 4/15/2015 | Manhattan Bagel Company | Breakfast | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/14/15 hearing. | $15.50 | $155.00 |
| 4/15/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of pre-trial brief. | $19.78 | $19.78 |
| 4/15/2015 | Purebread | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals following 4/14/15 hearing. | $19.58 | $293.72 |
| 4/17/2015 | Rodney Grille | 2 Cases of Water | 10 | Beverages for visiting co-counsel, client representatives and estate professionals in connection with 4/20/15 trial. | $8.59 | $85.92 |

| Date | Vendor | Meal | # | Description | Per Person | Total |
|---|---|---|---|---|---|---|
| 4/19/2015 | Manhattan Bagel Company | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/20/15 trial. | $18.33 | $275.00 |
| 4/19/2015 | Cosi | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/20/15 trial. | $17.16 | $257.35 |
| 4/19/2015 | Toscana To Go | Dinner | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/20/15 trial. | $18.95 | $284.25 |
| 4/20/2015 | Rodney Grille | Special Request Breakfast | 1 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/20/15 trial. | $6.49 | $6.49 |
| 4/20/2015 | Urban Café | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/20/15 trial. | $16.47 | $247.09 |
| 4/20/2015 | Movable Feast | Dinner | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/20/15 trial. | $22.45 | $336.75 |
| 4/21/2015 | Rodney Grille | 2 Cases of Water | 10 | Beverages for visiting co-counsel, client representatives and estate professionals in connection with 4/21/15 trial. | $8.59 | $85.92 |
| 4/21/2015 | Rodney Grille | Drinks | 10 | Beverages for visiting co-counsel, client representatives and estate professionals in connection with 4/21/15 trial. | $6.29 | $62.86 |
| 4/21/2015 | Manhattan Bagel Company | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/21/15 trial. | $13.33 | $200.00 |
| 4/21/2015 | Cosi | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/21/15 trial. | $21.29 | $319.33 |
| 4/21/2015 | Dimeo's | Dinner | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/21/15 trial. | $17.09 | $256.30 |
| 4/22/2015 | Rodney Grille | Drinks | 10 | Beverages for visiting co-counsel, client representatives and estate professionals in connection with 4/21/15 trial. | $3.32 | $33.22 |

| Date | Vendor | Meal | # | Description | Per Person | Total |
|---|---|---|---|---|---|---|
| 4/22/2015 | Urban Café | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/22/15 trial. | $18.62 | $279.25 |
| 4/22/2015 | Brew Ha-Ha | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/22/15 trial. | $24.00 | $359.93 |
| 4/24/2015 | Rodney Grille | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 4/22/15 trial. | $24.94 | $374.11 |
| 4/24/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours assistance with filing of amended scheduling order. | $17.78 | $17.78 |
| 4/28/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours review and revision of 5/4/15 hearing agenda and preparation of 5/4/15 hearing binders. | $17.78 | $17.78 |
| 4/29/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of assumption notice and objection. | $6.59 | $6.59 |
| **TOTALS** | | | | | | **$4,598.88** |

3