# Exhibit A

## Fee Summary by Professional for the Period January 1, 2015 through January 31, 2015

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# January 01, 2015 - January 31, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Aliff, Greg | Partner/Principal | $365.00 | 11.0 | $4,015.00 |
| Becker, Paul | Partner/Principal | $365.00 | 1.1 | $401.50 |
| Benesh, Kay | Partner/Principal | $365.00 | 3.0 | $1,095.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 9.9 | $3,613.50 |
| DenBraber, Marty | Partner/Principal | $365.00 | 3.5 | $1,277.50 |
| Fogarty, john | Partner/Principal | $365.00 | 0.4 | $146.00 |
| Hoffman, David | Partner/Principal | $365.00 | 2.4 | $876.00 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Pavlovsky, Katie | Partner/Principal | $365.00 | 0.4 | $146.00 |
| Stokes, Sondra | Partner/Principal | $365.00 | 1.7 | $620.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 158.4 | $57,816.00 |
| Wahrman, Julie | Partner/Principal | $365.00 | 4.9 | $1,788.50 |
| Winger, Julie | Partner/Principal | $365.00 | 3.9 | $1,423.50 |
| Craig, Valerie | Director | $365.00 | 123.4 | $45,041.00 |
| Favor, Rick | Director | $365.00 | 24.8 | $9,052.00 |
| Fernandez, Tom | Director | $365.00 | 0.3 | $109.50 |
| Johnson, Michael | Director | $365.00 | 21.1 | $7,701.50 |
| Pleskac, Bryan | Director | $365.00 | 0.8 | $292.00 |
| Ryan, Jim | Director | $365.00 | 0.3 | $109.50 |
| Tuite, Patty | Director | $365.00 | 4.2 | $1,533.00 |
| Wittenburg, Dave | Director | $365.00 | 2.8 | $1,022.00 |
| Alvarado, Jason | Senior Manager | $265.00 | 20.9 | $5,538.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 182.8 | $53,012.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 8.7 | $2,523.00 |
| Garrison, Amy | Senior Manager | $290.00 | 0.4 | $116.00 |
| Groves, Amy | Senior Manager | $290.00 | 6.9 | $2,001.00 |
| Horn, Dave | Senior Manager | $290.00 | 3.0 | $870.00 |
| Khandelwal, Vinyas | Senior Manager | $290.00 | 0.5 | $145.00 |
| Parker, Matt | Senior Manager | $290.00 | 206.9 | $60,001.00 |
| Parmar, Ashok | Senior Manager | $290.00 | 10.0 | $2,900.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 42.8 | $12,412.00 |
| Erra, Sirisha | Manager | $265.00 | 0.5 | $132.50 |
| Freeman, Mike | Manager | $265.00 | 190.3 | $50,429.50 |
| Glover, Ryan | Manager | $265.00 | 73.3 | $19,424.50 |
| Harold, Matt | Manager | $265.00 | 0.4 | $106.00 |
| Kidd, Erin | Manager | $265.00 | 33.5 | $8,877.50 |
| Lorenz, Mike | Manager | $265.00 | 54.8 | $14,522.00 |
| Stafford, Ted | Manager | $265.00 | 0.8 | $212.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 252.4 | $54,266.00 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 128.3 | $27,584.50 |
| Malhotra, Shweta | Senior Consultant | $215.00 | 4.0 | $860.00 |
| Meyers, Chris | Senior Consultant | $215.00 | 0.2 | $43.00 |
| Morehead, David | Senior Consultant | $215.00 | 247.1 | $53,126.50 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period
## January 01, 2015 - January 31, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Murawski, Bryan | Senior Consultant | $215.00 | 228.0 | $49,020.00 |
| Pandey, Akhilesh | Senior Consultant | $215.00 | 1.0 | $215.00 |
| Pritchett, Cody | Senior Consultant | $215.00 | 76.4 | $16,426.00 |
| Schneider, Stephen | Senior Consultant | $215.00 | 115.6 | $24,854.00 |
| Sharma, Nikhil | Senior Consultant | $215.00 | 6.5 | $1,397.50 |
| Song, Harry | Senior Consultant | $215.00 | 189.3 | $40,699.50 |
| Abbott, Matthew | Consultant | $175.00 | 8.0 | $1,400.00 |
| Agarwal, Gauree | Consultant | $175.00 | 8.0 | $1,400.00 |
| Andersen, Morgan | Consultant | $175.00 | 0.5 | $87.50 |
| Brunson, Steve | Consultant | $175.00 | 233.8 | $40,915.00 |
| Casey, Chris | Consultant | $175.00 | 224.3 | $39,252.50 |
| Flota, Blake | Consultant | $175.00 | 59.9 | $10,482.50 |
| Henry, Diane | Consultant | $175.00 | 248.4 | $43,470.00 |
| Kumar, Ranveer | Consultant | $175.00 | 2.1 | $367.50 |
| Lau, Stephanie | Consultant | $175.00 | 129.6 | $22,680.00 |
| Lin, Silver | Consultant | $175.00 | 48.4 | $8,470.00 |
| Maheshwari, Nishant | Consultant | $175.00 | 17.5 | $3,062.50 |
| Maheshwari, Shyam | Consultant | $175.00 | 16.0 | $2,800.00 |
| O'Donnell, Chris | Consultant | $175.00 | 43.7 | $7,647.50 |
| Ogden, Aleesha | Consultant | $175.00 | 218.7 | $38,272.50 |
| Parajuli, Jyotsaana | Consultant | $175.00 | 145.1 | $25,392.50 |
| Persons, Hillary | Consultant | $175.00 | 198.5 | $34,737.50 |
| Pothoulakis, Tony | Consultant | $175.00 | 236.4 | $41,370.00 |
| Reynolds, Matt | Consultant | $175.00 | 141.7 | $24,797.50 |
| Richards, Nick | Consultant | $175.00 | 34.0 | $5,950.00 |
| Salamon, David | Consultant | $175.00 | 0.5 | $87.50 |
| Twigge, Daniel | Consultant | $175.00 | 226.7 | $39,672.50 |
| Yadav, Devavrata | Consultant | $175.00 | 46.5 | $8,137.50 |
| Professional Subtotal: | | | 4,752.9 | $1,040,611.50 |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

# January 01, 2015 - January 31, 2015

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Stokx, Randy | Partner/Principal | $365.00 | 3.0 | $1,095.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 1.0 | $290.00 |
| Freeman, Mike | Manager | $265.00 | 1.0 | $265.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 57.8 | $10,115.00 |
| Jones, Donna | Project Controller | $175.00 | 13.1 | $2,292.50 |
| Professional Subtotal: | | | 75.9 | $14,057.50 |