## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| B160 | Fee/Employment Applications | 19.30 | $9,364.00 |
| B270 | Energy Trading | 22.20 | $16,153.50 |
| B290 | Utilities | 1.50 | $637.50 |
| B320 | Plan and Disclosure Statement | 4.00 | $2,320.00 |
|  | **TOTAL** | **47.00** | **$28,475.00** |