## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $875.00 | 10.50 | $9,187.50 |
| Robert Lamkin | Partner | $805.00 | .80 | $644.00 |
| Jessica Bayles | Associate | $425.00 | 1.50 | $637.50 |
| Ryan A. Wagner | Associate | $580.00 | 28.10 | $16,298.00 |
| Andrea Duncliffe | Paralegal Manager | $280.00 | 6.10 | $1,708.00 |
| **Total** | | | **47.00** | **$28,475.00** |