## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | United Airlines | $1,548.20 |
| Lodging | Dallas Marriott Hotel | $1,027.32 |
| Car Rental | Budget Rental | $225.00 |
| Parking | Various Vendors | $230.03 |
| Miscellaneous | Various Vendors | $6.06 |
| **TOTAL** | | **$3,036.61** |