**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**Expense Detail by Category**

**April 1, 2015 through April 30, 2015**

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 20, 2015 | $1,548.20 | Roundtrip travel from New Jersey to Dallas |
| **Expense Category Total:** | | **$1,548.20** | |

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 20, 2015 | $327.32 | Dallas Marriott |
| Iskender H. Catto | April 21, 2015 | $350.00 | Dallas Marriott |
| Iskender H. Catto | April 22, 2015 | $350.00 | Dallas Marriott |
| **Expense Category Total:** | | **$1,027.32** | |

### *MEALS*

### *N/A*

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 20-April 23, 2015 | $225.00 | Budget Car Rental |
| **Expense Category Total:** | | **$225.00** | |

### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 20-April 23, 2015 | $115.00 | Parking at Newark International Airport |
| Iskender H. Catto | April 20, 2015 | $35.01 | Parking at Dallas Marriott |
| Iskender H. Catto | April 21, 2015 | $36.01 | Parking at Dallas Marriott |
| Iskender H. Catto | April 22, 2015 | $36.01 | Parking at Dallas Marriott |
| Iskender H. Catto | April 23, 2015 | $ 8.00 | Stall Parking |
| **Expense Category Total:** | | **$230.03** | |

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 23, 2015 | $6.06 | Shell Gas |
| **Expense Category Total:** | | **$6.06** | |