## **Exhibit A**

## **Prior Statements, Applications and Allowances**

| Filing, Date Filed, ECF | Period Covered | Total Fees (100%) | Requested | | Approved | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| First Monthly Feb. 10, 2015 ECF 3505 | Dec. 11-31, 2014 | $150,000 | $120,000 (80%) | $1,805.69 | $120,000 (80%) | $1,805.69 |
| First Interim Feb. 18, 2015 ECF 3579 | Dec. 11-31, 2014 | - | $30,000 (20%) | - | | |
| Second Monthly March 25, 2015 ECF 3975 | Jan. 1-31, 2015 | $150,000 | $120,000 (80%) | $3,853.81 | $120,000 (80%) | $3,853.81 |
| Third Monthly March 26, 2015 ECF 3983 | Feb. 1-28, 2015 | $150,000 | $120,000 (80%) | $8,144.64 | $120,000 (80%) | $8,144.64 |
| Fourth Monthly April 22, 2015 ECF 4248 | Mar. 1-31, 2015 | $150,000 | $120,000 (80%) | $9,078.33 | $120,000 (80%) | $9,078.33 |
| Fifth Monthly May 20, 2015 ECF 4538 | Apr. 1-30, 2015 | $150,000 | $120,000 (80%) | $2,071.44 | - | - |
| **Total** | | **$750,000** | **$630,000** | **$24,953.91** | **$480,000** | **$22,882.47** |

## **Payments by Date**

| Filing, Date Filed, ECF | Period Covered | Date of Payment | Payment |
|---|---|---|---|
| First Monthly Feb. 10, 2015 ECF 3505 | Dec. 11-31, 2014 | March 13, 2015 | $121,805.69 |
| Second Monthly March 25, 2015 ECF 3975 | Jan. 1-31, 2015 | May 1, 2015 | $123,853.81 |
| Third Monthly March 26, 2015 ECF 3983 | Feb. 1-28, 2015 | May 1, 2015 | $128,144.64 |
| Fourth Monthly April 22, 2015 ECF 4248 | Mar. 1-31, 2015 | May 19, 2015 | $129,078.33 |
| **Total** | | | **$ 502,882.47** |