## Exhibit B

## Hours Expended by Goldin Professional

| | | |
|---|---|---:|
| Harrison J. Goldin | Sr. Managing Director | 106.5 |
| David Prager | Managing Director | 245.2 |
| Karthik Bhavaraju | Director | 419.1 |
| Pavel Hejsek | Sr. Analyst | 581.0 |
| Pavan Sriprasad | Sr. Analyst | 18.0 |
| Deborah Praga | Analyst | 255.3 |
| **Total** | | **1,625.1** |