## **Exhibit C**

## **Hours Expended by Subject Matter**

| | |
|---|---:|
| Board/Director Communications | 125.4 |
| Intercompany Claims | 620.0 |
| Tax Issues | 16.6 |
| Plan Development | 125.9 |
| Sales Process | 691.2 |
| Retention/Fee Applications | 10.8 |
| General Case Matters/Other | 35.2 |
| **Total** | **1,625.1** |