## Exhibit D

**Expenses by Category**

| | |
|---|---:|
| Meals | $1,186.35 |
| Photocopies | 898.45 |
| Research | 8,629.26 |
| Teleconference | 335.72 |
| Travel | 12,098.44 |
| **Total** | **$23,148.22** |

SL1 1371495v3 109285.00005