# EXHIBIT F--DETAIL OF EXPENSES INCURRED

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Meals | 1/6/2015 | Hejsek, Pavel | $18.31 | SeamlessWeb Inv # 1959532 - Working dinner - Ref # 1057300111 - P. Hejsek |
| Meals | 1/7/2015 | Hejsek, Pavel | $19.38 | SeamlessWeb Inv # 1959532 - Working dinner - Ref # 1061106735 - P. Hejsek |
| Meals | 1/20/2015 | Bhavaraju, Karthik | $23.69 | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1111028830 - K. Bhavaraju |
| Meals | 1/20/2015 | Hejsek, Pavel | $16.75 | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1111157921 - P. Hejsek |
| Meals | 1/21/2015 | Praga, Deborah | $23.03 | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1114238632 - D. Praga |
| Meals | 1/22/2015 | Praga, Deborah | $20.87 | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1119084848 - D. Praga |
| Meals | 1/22/2015 | Hejsek, Pavel | $20.87 | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1119084848 - P. Hejsek |
| Meals | 1/23/2015 | Bhavaraju, Karthik | $22.25 | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1122898469 - K. Bhavaraju |
| Meals | 1/25/2015 | Hejsek, Pavel | $15.45 | SeamlessWeb Inv # 1967507 - Weekend lunch - Ref # 1128489839 - P. Hejsek |
| Meals | 1/29/2015 | Bhavaraju, Karthik | $22.80 | SeamlessWeb - Inv # 1986716 - Working dinner - Ref # 1142730238 - K. Bhavaraju |
| Meals | 1/29/2015 | Hejsek, Pavel | $19.47 | SeamlessWeb - Inv # 1986716 - Working dinner - Ref # 1143594128 - P. Hejsek |
| Meals | 1/29/2015 | Praga, Deborah | $11.80 | SeamlessWeb - Inv # 1986716 - Working dinner - Ref # 1142738891 - D. Praga |
| Meals | 1/30/2015 | Praga, Deborah | $21.06 | SeamlessWeb - Inv # 1986716 - Working dinner - Ref # 1147680596 - D. Praga |
| Meals | 2/1/2015 | Bhavaraju, Karthik | $15.45 | SeamlessWeb - Inv # 1986716 - Weekend lunch - Ref # 1152942697 - K. Bhavaraju |
| Meals | 2/1/2015 | Hejsek, Pavel | $11.31 | SeamlessWeb - Inv # 1986716 - Weekend Lunch - Ref # 1152810032 - P. Hejsek |
| Meals | 2/1/2015 | Praga, Deborah | $13.21 | SeamlessWeb - Inv # 1986716 - Weekend lunch - Ref # 1153100522 - D. Praga |
| Meals | 2/3/2015 | Hejsek, Pavel | $20.14 | SeamlessWeb - Inv # 1988197 - Working dinner - Ref # 1162454442 - P. Hejsek |
| Meals | 2/3/2015 | Praga, Deborah | $13.64 | SeamlessWeb - Inv # 1988197 - Working dinner - Ref # 1162682719 - D. Praga |
| Meals | 2/3/2015 | Prager, David | $22.68 | SeamlessWeb - Inv # 1988197 - Working dinner - Ref # 1161859605 - D. Prager |
| Meals | 2/4/2015 | Bhavaraju, Karthik | $24.15 | SeamlessWeb - Inv # 1988197 - Working dinner - Ref # 1166584063 - K. Bhavaraju |
| Meals | 2/9/2015 | Hejsek, Pavel | $20.38 | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1187262913 - P. Hejsek |
| Meals | 2/9/2015 | Sriprasad, Pavan | $23.72 | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1186363535 - P. Sriprasad |
| Meals | 2/10/2015 | Hejsek, Pavel | $17.07 | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1190781689 - P. Hejsek |
| Meals | 2/10/2015 | Praga, Deborah | $13.47 | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1190073157 - D. Praga |
| Meals | 2/10/2015 | Sriprasad, Pavan | $24.15 | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1190445939 - P. Sriprasad |
| Meals | 2/11/2015 | Hejsek, Pavel | $24.11 | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1195019745 - P. Hejsek |
| Meals | 2/17/2015 | Praga, Deborah | $16.84 | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1217993808 - D. Praga |
| Meals | 2/18/2015 | Hejsek, Pavel | $17.04 | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1222632614 - P. Hejsek |
| Meals | 2/18/2015 | Bhavaraju, Karthik | $17.05 | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1222632614 - K. Bhavaraju |
| Meals | 2/19/2015 | Hejsek, Pavel | $22.89 | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1227162098 - P. Hejsek |
| Meals | 2/19/2015 | Praga, Deborah | $20.39 | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1227476081 - D. Praga |
| Meals | 2/23/2015 | Hejsek, Pavel | $20.14 | SeamlessWeb - Inv # 2015607 - Working dinner - Ref # 1243264764 - P. Hejsek |
| Meals | 2/23/2015 | Praga, Deborah | $18.10 | SeamlessWeb - Inv # 2015607 - Working dinner - Ref # 1243597875 - D. Praga |
| Meals | 2/24/2015 | Bhavaraju, Karthik | $23.76 | SeamlessWeb - Inv # 2015607 - Working dinner - Ref # 1248266523 - K. Bhavaraju |
| Meals | 2/25/2015 | Goldin, Harrison J. | $13.00 | H. Goldin - Healthy Gourmet - Travel Breakfast - RE: Dallas, TX |
| Meals | 2/26/2015 | Goldin, Harrison J. | $8.32 | H. Goldin - Exchange Concessions - Travel Lunch - RE: Dallas, TX |
| Meals | 2/26/2015 | Prager, David | $6.39 | D. Prager - News Con - Food in DFW airport |
| Meals | 3/2/2015 | Bhavaraju, Karthik | $22.68 | SeamlessWeb - Inv # 2017187 - Working dinner - Ref # 1272491131 - K. Bhavaraju |
| Meals | 3/3/2015 | Prager, David | $22.56 | SeamlessWeb - Inv # 2017187 - Working dinner - Ref # 1276788325 - D. Prager |
| Meals | 3/4/2015 | Hejsek, Pavel | $18.36 | SeamlessWeb - Inv # 2017187 - Working dinner - Ref # 1280663336 - P. Hejsek |
| Meals | 3/4/2015 | Praga, Deborah | $21.54 | SeamlessWeb - Inv # 2017187 - Working dinner - Ref # 1280761986 - D. Praga |
| Meals | 3/9/2015 | Hejsek, Pavel | $15.50 | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1299920993 - P. Hejsek |
| Meals | 3/10/2015 | Hejsek, Pavel | $15.46 | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1304163010 - P. Hejsek |
| Meals | 3/11/2015 | Hejsek, Pavel | $19.84 | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1308164284 - P. Hejsek |
| Meals | 3/12/2015 | Bhavaraju, Karthik | $24.15 | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1312364353 - K. Bhavaraju |
| Meals | 3/12/2015 | Hejsek, Pavel | $24.15 | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1312364353 - P. Hejsek |
| Meals | 3/16/2015 | Hejsek, Pavel | $15.23 | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #1326385485 - P. Hejsek |
| Meals | 3/16/2015 | Bhavaraju, Karthik | $15.70 | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #1326523880 - K. Bhavaraju |
| Meals | 3/17/2015 | Bhavaraju, Karthik | $22.32 | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #11330480541 - K. Bhavaraju |
| Meals | 3/17/2015 | Hejsek, Pavel | $21.48 | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #1330582483 - P. Hejsek |
| Meals | 3/19/2015 | Hejsek, Pavel | $23.68 | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #1337057522 - P. Hejsek |
| Meals | 3/24/2015 | Prager, David | $10.00 | Circa--dinner for travel to Dallas |
| Meals | 3/24/2015 | Hejsek, Pavel | $18.87 | SeamlessWeb - Inv # 2044656 - Working Dinner - Ref 1356765946 - H. Hejsek |
| Meals | 3/24/2015 | Prager, David | $4.84 | D. Prager - DFW La Creme - Food in Dallas |
| Meals | 3/25/2015 | Goldin, Harrison J. | $7.16 | H. Goldin - Au Bon Pain - Travel breakfast |
| Meals | 3/25/2015 | Prager, David | $24.57 | D. Prager - Aderet Grill - Dinner in Dallas |
| Meals | 3/25/2015 | Prager, David | $3.00 | D. Prager - Eleven - Food in Dallas |
| Meals | 3/25/2015 | Prager, David | $26.29 | D. Prager - Laguardia - Dinner in transit |
| Meals | 3/26/2015 | Hejsek, Pavel | $22.50 | SeamlessWeb - Inv # 2044656 - Working Dinner - Ref # 1364435231 - H. Hejsek |
| Meals | 3/26/2015 | Prager, David | $4.50 | D. Prager - Paradies - Food in Dallas |
| Meals | 3/30/2015 | Prager, David | $22.68 | SeamlessWeb - Inv # 2046202 - Working Dinner - Ref # 1379620991 - D. Prager |
| Meals | 3/30/2015 | Hejsek, Pavel | $18.36 | SeamlessWeb - Inv # 2046202 - Working Dinner - Ref # 1379956401 - P. Hejsek |
| Meals | 4/8/2015 | Hejsek, Pavel | $16.07 | SeamlessWeb - Inv # 2052919 - Working dinner - Ref # 11411185174 - P. Hejsek |
| Meals | 4/14/2015 | Bhavaraju, Karthik | $20.87 | SeamlessWeb - Inv # 2054719 - Working dinner - Ref # 1433632030 - K. Bhavaraju |
| Meals | 4/14/2015 | Hejsek, Pavel | $20.86 | SeamlessWeb - Inv # 2054719 - Working dinner - Ref # 1433632030 - P. Hejsek |

**EXHIBIT F--DETAIL OF EXPENSES INCURRED**

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Meals Total | | | $1,186.35 | |

## EXHIBIT F--DETAIL OF EXPENSES INCURRED

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Photocopies | 2/1/2015 | | $292.04 | Photocopies for the period of February 1 through February 28 |
| Photocopies | 3/1/2015 | Jones, Alyson | $369.74 | Photocopies for the period of March 1 through March 31, 2015 (5,282 copies at $0.07 per copy) |
| Photocopies | 4/1/2015 | Jones, Alyson | $236.67 | Photocopies for the period of April 1 through April 30, 2015 (3,381 copies at $0.07 per copy) |
| **Photocopies Total** | | | **$898.45** | |

## EXHIBIT F--DETAIL OF EXPENSES INCURRED

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Research | 1/1/2015 | | $2,120.48 | Capital IQ - Allocated share of discounted monthly subscription; retail rate would equal $6584.36 |
| Research | 1/1/2015 | Comtois | $2.80 | Pacer - Inv # 2552207-Q12015 |
| Research | 2/1/2015 | Comtois | $223.50 | Thomson Financial - Allocated share of discounted monthly subscription; retail per click rate would equal $1,049.50 |
| Research | 2/1/2015 | Comtois | $3,075.31 | Capital IQ - Allocated share of discounted monthly subscription; retail per click rate would equal $11,159.51 |
| Research | 3/1/2015 | Comtois | $1,870.53 | Capital IQ - retail rate would equal $2791.14 |
| Research | 4/1/2015 | Bruno | $1,336.64 | Capital IQ - Allocated share of discounted monthly subscription; usage rate would equal $1,579.03 |
| **Research Total** | | | **$8,629.26** | |

**EXHIBIT F--DETAIL OF EXPENSES INCURRED**

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Teleconference | 1/11/2015 | Prager, David | $223.35 | ConferenceCall.com - Inv # 1742817932 - Ref # 65197844 - D. Prager |
| Teleconference | 2/26/2015 | | $0.25 | AT&T - actual service dates 2/26/15 through 3/25/15 |
| Teleconference | 3/9/2015 | Prager, David | $112.12 | ConferenceCall.com - Inv # 1742883001 - Ref # 4511255 - D. Prager |
| **Teleconference Total** | | | **$335.72** | |

# EXHIBIT F--DETAIL OF EXPENSES INCURRED

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Travel | 1/6/2015 | Bhavaraju, Karthik | $121.77 | UTOG - INV# 623726 - 350 5TH Ave. to Short Hills, NJ - ref #4278946 - K. Bhavaraju |
| Travel | 1/6/2015 | Prager, David | $14.60 | D. Prager - JTL Management - Working late - Taxi home |
| Travel | 1/7/2015 | Hejsek, Pavel | $8.00 | P. Hejsek - Yellow Cab - Working Late - Taxi from GA office to Home |
| Travel | 1/7/2015 | Prager, David | $16.40 | D. Prager - RMT Management - Working late - Taxi home |
| Travel | 1/8/2015 | Prager, David | $16.40 | D. Prager - White and Blue - Working late - Taxi home |
| Travel | 1/9/2015 | Bhavaraju, Karthik | $118.18 | UTOG 2 Way Radio Inc. - Inv. # 624133 - 350 5th Avenue to Short Hills, NJ - Ref # 4523881 - K. Bhavaraju |
| Travel | 1/9/2015 | Hejsek, Pavel | $9.80 | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home |
| Travel | 1/9/2015 | Prager, David | $12.20 | D. Prager - NYC Taxi - Verifone - Meeting at Cravath - Taxi |
| Travel | 1/11/2015 | Prager, David | $8.60 | D. Prager - All Taxi Management - Weekend Board Call - Taxi |
| Travel | 1/11/2015 | Prager, David | $8.16 | D. Prager - NYC Taxi - Weekend Board Call - Taxi |
| Travel | 1/16/2015 | Prager, David | $12.36 | D. Prager - Arthur Cab - Meeting at Cravath - Taxi |
| Travel | 1/16/2015 | Prager, David | $14.76 | D. Prager - Woodside Mgmt - Meeting at Cravath - Taxi |
| Travel | 1/20/2015 | Bhavaraju, Karthik | $111.01 | UTOG Two Way Radio - Inv#624809 - 350 5th Avenue to Short Hills, NJ - Ref# 4487498 - K. Bhavaraju |
| Travel | 1/21/2015 | Praga, Deborah | $16.40 | working late, cab home - D. Praga |
| Travel | 1/21/2015 | Bhavaraju, Karthik | $110.70 | UTOG 2 Way Radio Inc. - Inv. 625349 - Ref # 4537971 - 350 5th Ave. to 31 Meadowbrooke Review documents concerning. S, NJ - K. Bhavaraju |
| Travel | 1/22/2015 | Praga, Deborah | $17.15 | working late, cab home - D. Praga |
| Travel | 1/22/2015 | Bhavaraju, Karthik | $111.73 | UTOG 2 Way Radio Inc. - Inv. 625349 - Ref # 4519612 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju |
| Travel | 1/23/2015 | Bhavaraju, Karthik | $111.01 | UTOG 2 Way Radio Inc. - Inv. 625349 - Ref # 4529138 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju |
| Travel | 1/28/2015 | Praga, Deborah | $16.56 | working late, cab home - D. Praga |
| Travel | 1/28/2015 | Bhavaraju, Karthik | $109.98 | UTOG 2 Way Radio Inc. - Inv. 625868 - Ref # 4522603 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju |
| Travel | 1/28/2015 | Prager, David | $17.16 | D. Prager - Gotham Yellow - Working Late - Taxi Home |
| Travel | 1/29/2015 | Praga, Deborah | $18.96 | working late, cab home - D. Praga |
| Travel | 1/29/2015 | Bhavaraju, Karthik | $107.63 | UTOG 2 Way Radio Inc. - Inv. 625868 - Ref # 4475563 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju |
| Travel | 1/29/2015 | Hejsek, Pavel | $7.56 | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home |
| Travel | 1/30/2015 | Praga, Deborah | $20.16 | working late, cab home - D. Praga |
| Travel | 1/30/2015 | Bhavaraju, Karthik | $111.01 | UTOG 2 Way Radio Inc. - Inv. 625868 - Ref # 4522605 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju |
| Travel | 1/30/2015 | Hejsek, Pavel | $8.15 | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home |
| Travel | 1/31/2015 | Praga, Deborah | $13.56 | working Saturday, cab to work - D. Praga |
| Travel | 2/1/2015 | Praga, Deborah | $15.36 | working Sunday, cab to work - D. Praga |
| Travel | 2/1/2015 | Praga, Deborah | $17.15 | working Sunday, cab home - D. Praga |
| Travel | 2/2/2015 | Bhavaraju, Karthik | $111.01 | UTOG 2 Way Radio Inc. - Inv. 625868 - Ref # 4505335 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju |
| Travel | 2/2/2015 | Hejsek, Pavel | $7.55 | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home |
| Travel | 2/2/2015 | Hejsek, Pavel | $11.00 | P. Hejsek - Queens Medallion - Taxi from meeting with Cravath |
| Travel | 2/3/2015 | Praga, Deborah | $17.75 | working late, cab home - D. Praga |
| Travel | 2/3/2015 | Bhavaraju, Karthik | $121.77 | UTOG 2 Way Radio Inc. - Inv. 626267 - Ref # 4540234 - 350 5th Ave. to 31 Meadowbrook Rd, Short Hills, NJ - K. Bhavaraju |
| Travel | 2/3/2015 | Prager, David | $17.16 | D. Prager - Joseph Senecal -  Taxi from GA office to Home |
| Travel | 2/3/2015 | Prager, David | $13.56 | D. Prager - S&R Medallion - Taxi from Kirkland to GA office |
| Travel | 2/4/2015 | Bhavaraju, Karthik | $115.26 | Prime Time Transportation. - Inv. 431077 - Ref # 484384 - 350 5th Ave. to Millburn, NJ - K. Bhavaraju |
| Travel | 2/4/2015 | Hejsek, Pavel | $8.16 | P. Hejsek - Taxi Credit - Working Late - Taxi from GA office to Home |
| Travel | 2/5/2015 | Bhavaraju, Karthik | $112.80 | Prime Time Transportation. - Inv. 431077 - Ref # 482519 - 350 5th Ave. to Millburn, NJ - K. Bhavaraju |
| Travel | 2/9/2015 | Bhavaraju, Karthik | $111.01 | UTOG 2 Way Radio Inc. - Inv. 626267 - Ref # 4543536 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju |
| Travel | 2/9/2015 | Sriprasad, Pavan | $7.30 | P. Sriprasad - NYC Taxi - Working late - Taxi from GA Office to Home |
| Travel | 2/10/2015 | Praga, Deborah | $14.16 | working late, cab home - D. Praga |
| Travel | 2/10/2015 | Bhavaraju, Karthik | $111.01 | UTOG 2 Way Radio Inc. - Inv. 626267 - Ref # 4546141 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju |
| Travel | 2/10/2015 | Sriprasad, Pavan | $7.30 | P. Sriprasad - NYC Taxi - Working late - Taxi from GA Office to Home |
| Travel | 2/10/2015 | Goldin, Harrison J. | $1,004.20 | H. Goldin - American Airlines - LGA to Dallas, TX  - Departure Date: 2/25/15 |
| Travel | 2/10/2015 | Goldin, Harrison J. | $62.86 | H. Goldin - American Airlines -  Seat Fee - LGA to Dallas, TX  - Departure Date: 2/25/15 |
| Travel | 2/13/2015 | Prager, David | $11.76 | D. Prager - S&R Medallion - Taxi from Cravath to GA office |
| Travel | 2/17/2015 | Prager, David | $1,010.20 | D. Prager - American Airlines - LGA to Dallas, TX - Departure Date:  2/25/15 |
| Travel | 2/17/2015 | Prager, David | $125.70 | D. Prager - American Airlines - Additional Fees - LGA to Dallas, TX - Departure Date: 2/25/15 |

# EXHIBIT F--DETAIL OF EXPENSES INCURRED

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Travel | 2/18/2015 | Bhavaraju, Karthik | $118.80 | UTOG - Inv # 627516 - 350 5th Ave to Short Hills, NJ - Ref # 4542348 - K. Bhavaraju |
| Travel | 2/19/2015 | Praga, Deborah | $16.56 | working late, cab home - D. Praga |
| Travel | 2/20/2015 | Praga, Deborah | $169.43 | UTOG - Inv # 627516 - 350 5th Ave to Englishtown, NJ - Ref # 4547685 - D. Praga |
| Travel | 2/20/2015 | Bhavaraju, Karthik | $111.01 | UTOG - Inv # 627516 - 350 5th Ave to Short Hills, NJ - Ref # 4529961 - K. Bhavaraju |
| Travel | 2/20/2015 | Bhavaraju, Karthik | $132.74 | UTOG - Inv # 627516 - 350 5th Ave to Short Hills, NJ - Ref # 4541964 - K. Bhavaraju |
| Travel | 2/20/2015 | Hejsek, Pavel | $8.76 | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home |
| Travel | 2/23/2015 | Praga, Deborah | $14.76 | working late, cab home - D. Praga |
| Travel | 2/23/2015 | Prager, David | $10.56 | D. Prager - Yellow Cab - Taxi from GA office to home |
| Travel | 2/24/2015 | Praga, Deborah | $15.96 | working late, cab home - D. Praga |
| Travel | 2/24/2015 | Bhavaraju, Karthik | $111.01 | UTOG - Inv # 627516 - 350 5th Ave to Short Hills, NJ - Ref # 4550576 - K. Bhavaraju |
| Travel | 2/24/2015 | Bhavaraju, Karthik | $110.29 | PRIMETIME - Inv # 431558 - 350 5th Ave to Millburn, NJ - Ref # 462067 - K. Bhavaraju |
| Travel | 2/24/2015 | Hejsek, Pavel | $7.56 | P. Hejsek - My Fourth Cab - Working Late - Taxi from GA office to Home |
| Travel | 2/25/2015 | Praga, Deborah | $18.36 | working late, cab home - D. Praga |
| Travel | 2/25/2015 | Goldin, Harrison J. | $25.00 | H. Goldin - American Airlines - Baggage Fee - Travel to Dallas, TX |
| Travel | 2/25/2015 | Goldin, Harrison J. | $52.61 | H. Goldin - Ezana to Taxi from Dallas airport to Hotel |
| Travel | 2/25/2015 | Prager, David | $65.15 | UTOG - Inv # 628052 - 2250 Broadway to LAG - Ref # 4560352 - D. Prager |
| Travel | 2/25/2015 | Prager, David | $12.75 | D. Prager - Getachew - Taxi to hotel board dinner |
| Travel | 2/25/2015 | Prager, David | $54.60 | D. Prager - Hassan Anshur - Taxi from DFW to EFIH office |
| Travel | 2/25/2015 | Prager, David | $10.15 | D. Prager - VTS Cowboy - Taxi EFIH office to Hotel |
| Travel | 2/25/2015 | Prager, David | $11.76 | D. Prager - Hudson News - Food for trip |
| Travel | 2/25/2015 | Prager, David | $5.22 | D. Prager - USA Today - Food for trip |
| Travel | 2/26/2015 | Prager, David | $356.15 | D. Prager - Omni Hotel - Lodging Date: 2/25/15 |
| Travel | 2/26/2015 | Prager, David | $45.16 | D. Prager - White & Blue - Taxi to airport |
| Travel | 2/26/2015 | Prager, David | $9.75 | D. Prager - Yellow Cab - Taxi from hotel to office |
| Travel | 3/2/2015 | Bhavaraju, Karthik | $126.07 | UTOG - Inv # 628458 - 350 5th Ave to Short Hills, NJ - Ref # 4559557 - K. Bhavaraju |
| Travel | 3/2/2015 | Prager, David | $62.00 | D. Prager - AKresco - Taxi to DFW airport |
| Travel | 3/5/2015 | Bhavaraju, Karthik | $121.77 | UTOG - Inv # 628458 - 350 5th Ave to Short Hills, NJ - Ref # 4560612 - K. Bhavaraju |
| Travel | 3/5/2015 | Hejsek, Pavel | $6.36 | P. Hejsek - White & Blue - Working Late - Taxi from GA office to Home |
| Travel | 3/5/2015 | Praga, Deborah | $16.56 | D. Praga - Eddy's Management - Working Late - Taxi from GA office to Home |
| Travel | 3/6/2015 | Praga, Deborah | $34.02 | D. Praga - John's Limousine - Working Late - Car from GA office to Home |
| Travel | 3/10/2015 | Hejsek, Pavel | $6.36 | P. Hejsek - Taxi Credit - Working Late - Taxi from GA office to Home |
| Travel | 3/12/2015 | Bhavaraju, Karthik | $111.01 | UTOG - Inv # 629150 - 350 5th Ave to Short Hills, NJ - Ref # 4525279 - K. Bhavaraju |
| Travel | 3/17/2015 | Bhavaraju, Karthik | $111.01 | UTOG - Inv # 629734 - From 350 5th Ave to Short Hills, NJ - Ref # 4541981 - K. Bhavaraju |
| Travel | 3/17/2015 | Bhavaraju, Karthik | $112.75 | UTOG - Inv # 629734 - From 350 5th Ave to Short Hills, NJ - Ref # 4574334 - K. Bhavaraju |
| Travel | 3/18/2015 | Bhavaraju, Karthik | $108.80 | UTOG - Inv # 629150 - 350 5th Ave to Short Hills, NJ - Ref # 4553162 - K. Bhavaraju |
| Travel | 3/18/2015 | Hejsek, Pavel | $10.56 | P. Hejsek - Queens Medallion - Working Late - Taxi from GA office to Home |
| Travel | 3/18/2015 | Prager, David | $10.56 | D. Prager - Robert Faidiga - Taxi to meeting at Kirkland |
| Travel | 3/19/2015 | Goldin, Harrison J. | $1,427.20 | H. Goldin - American Airlines - LGA to Dallas, TX - Departure Date: 3/25/15 Partial amount of $1586.20 - difference between coach and business |
| Travel | 3/19/2015 | Prager, David | $15.36 | D. Prager - Downtown Taxi - Taxi to meeting at UCC |
| Travel | 3/20/2015 | Bhavaraju, Karthik | $111.01 | UTOG - Inv # 629734 - From 350 5th Ave to Short Hills, NJ - Ref # 4580359 - K. Bhavaraju |
| Travel | 3/21/2015 | Prager, David | $1,004.20 | D. Prager - Delta Airlines - LGA to Dallas, TX - Departure Date: 3/24/15 |
| Travel | 3/21/2015 | Prager, David | $39.00 | D. Prager - Delta Airlines - Seat change - LGA to Dallas, TX |
| Travel | 3/23/2015 | Bhavaraju, Karthik | $111.01 | UTOG - Inv # 629734 - From 350 5th Ave to Short Hills, NJ - Ref # 4545430 - K. Bhavaraju |
| Travel | 3/24/2015 | Prager, David | $65.71 | UTOG - Inv # 630274 - 350 5th Ave to LGA - Ref # 4103344 - D. Prager |
| Travel | 3/25/2015 | Goldin, Harrison J. | $56.22 | H. Goldin - Texas Cab - Taxi from Airport to Hotel |
| Travel | 3/25/2015 | Prager, David | $7.65 | D. Prager - Yellow Cab - Taxi from hotel to office |
| Travel | 3/25/2015 | Prager, David | $57.00 | D. Prager - SS Taxi - Taxi from DFW airport to office |
| Travel | 3/26/2015 | Goldin, Harrison J. | $75.00 | H. Goldin - American Airlines - Dallas, TX to New York - Flight change fee |
| Travel | 3/26/2015 | Goldin, Harrison J. | $47.00 | H. Goldin - DFW Cab & Shuttle Service - Taxi from Hotel to airport |
| Travel | 3/26/2015 | Goldin, Harrison J. | $574.57 | H. Goldin - The Ritz Carlton - Lodging Date: 3/25/15 |
| Travel | 3/26/2015 | Prager, David | $47.21 | D. Prager - Arthur Cab - Taxi - Taxi from LGA to home |
| Travel | 3/26/2015 | Prager, David | $10.00 | D. Prager - EJ Taxi - Taxi from Hotel to Office |
| Travel | 3/26/2015 | Prager, David | $1,058.08 | D. Prager - The Ritz Carlton - Lodging Dates: 3/24 - 3/26/15 |
| Travel | 3/26/2015 | Prager, David | $14.25 | D. Prager - Uber - Taxi from dinner to hotel |
| Travel | 3/26/2015 | Prager, David | $62.94 | D. Prager - VTS - Taxi from Office DFW airport |
| Travel | 3/27/2015 | Prager, David | $39.00 | D. Prager - Delta - Seat change - Dallas, TX to LGA |
| Travel | 3/27/2015 | Prager, David | $50.00 | D. Prager - Delta - Seat change - LGA, to Dallas, TX |
| Travel | 3/27/2015 | Prager, David | $17.16 | D. Prager -NYC Taxi - Taxi to office during a board call |
| Travel | 3/28/2015 | Prager, David | $13.65 | D. Prager - Uber - Taxi from hotel to dinner |
| Travel | 3/30/2015 | Praga, Deborah | $8.76 | D. Praga - Executive Owners - Taxi from Cravath to GA Office |

## EXHIBIT F--DETAIL OF EXPENSES INCURRED

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Travel | 3/30/2015 | Prager, David | $16.56 | D. Prager -  NYC Taxi - Working Late Taxi from GA Office to Home |
| Travel | 3/30/2015 | Prager, David | $12.36 | D. Prager - Yellow Cab - Working Late Taxi from GA Office to Home |
| Travel | 3/30/2015 | Prager, David | $21.36 | D. Prager - Downtown Taxi  - Taxi from Cravath meeting |
| Travel | 3/31/2015 | Bhavaraju, Karthik | $121.77 | UTOG - Inv # 630692 - 350 5th Ave to Meadowbrooke  Rd, Short Hills, NJ - Ref # 4556574 - K. Bhavaraju |
| Travel | 4/1/2015 | Bhavaraju, Karthik | $121.77 | UTOG - Inv # 630274 - 350 5th Ave to Short Hills, NJ - Ref #  4501768 - K. Bhavaraju |
| Travel | 4/1/2015 | Prager, David | $27.53 | D. Prager - Uber - Working Late Taxi from GA Office to Home |
| Travel | 4/14/2015 | Bhavaraju, Karthik | $118.18 | UTOG - Inv # 631917 - 350 5th Ave to Short Hills, NJ - Ref # 4603039 - K. Bhavaraju |
| Travel | 4/15/2015 | Bhavaraju, Karthik | $111.01 | UTOG - Inv # 631917 - 350 5th Ave to Short Hills, NJ - Ref # 4531086 - K. Bhavaraju |
| **Travel Total** | | | **$12,098.44** | |
| **Grand Total** | | | **$23,148.22** | |