IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) ) | Case No. 14-10979 (CSS) (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No: 14-51002 (CSS) |
| | ) | |
| UMB BANK, N.A., AS INDENTURE TRUSTEE, | ) ) | Adv. Docket No.: 7 |
| | ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons set forth in the Court's opinion of this date, UMB Bank, N.A.'s Motion to Dismiss the Complaint [Adv. D.I. 7] filed February 6, 2015 is GRANTED.

Christopher S. Sontchi
United States Bankruptcy Judge

Date: June 15, 2015