## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) )  Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | )  Case No. 14-10979 (CSS) |
| Debtors. | )  (Jointly Administered) |

**SUMMARY OF THIRD INTERIM APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2015 THROUGH APRIL 30, 2015**

| Name of Applicant | Morrison & Foerster LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of TCEH Unsecured Creditors |
| Date of Retention: | September 16, 2014 *nunc pro tunc* to May 12, 2014 |
| Period for which compensation and reimbursement is sought: | January 1, 2015 through April 30, 2015 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $10,360,883.75[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $220,256.14 |

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Amount of compensation requested reflects voluntary reductions totaling $69,261.75 in fees as client accommodations for non-working travel, time entry review, transient timekeepers, and minor billing adjustments.

This is a(n):  ___ Monthly __**X**__ Interim ___ Final Fee Application.

Fees for the time expended for preparation of this Third Interim Fee Application are not sought herein.  Morrison & Foerster intends to seek those fees in the next fee application.

This is the Third Interim Fee Application for Morrison & Foerster.

## SUMMARY OF FEES AND EXPENSES
## REQUESTED DURING COMPENSATION PERIOD

| Date and Docket No. | Compensation Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback |
|---|---|---|---|---|---|---|
| 4/15/2015 [Docket No. 4162] | 1/1/2015 – 1/31/2015 | $ 2,435,744.75 | $67,793.25 | $1,948,595.80 | $67,793.25 | $487,148.95 |
| 5/1/2015 [Docket No. 4367] | 2/1/2015 – 2/28/2015 | $2,347,238.50 | $45,261.03 | $1,877,790.80 | $45,261.03 | $469,447.70 |
| 6/10/2015 [Docket No. 4723] | 3/1/2015 – 3/31/2015 | $2,722,990.50 | $64,159.30 | N/A | N/A | N/A |
| 6/10/2015 [Docket No. 4724] | 4/1/2015 – 4/30/2015 | $2,872,333.00 | $43,042.56 | N/A | N/A | N/A |

iii

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
PROJECT CATEGORY BY MORRISON & FOERSTER ON
BEHALF OF THE COMMITTEE FOR THE COMPENSATION PERIOD**

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 001 | Asset Analysis and Recovery | 0.0 | $0.00 |
| 002 | Asset Disposition | 237.90 | $215,637.50 |
| 003 | Assumption and Rejection of Leases and Contracts | 7.40 | $6,167.50 |
| 004 | Avoidance Action Analysis | 38.20 | $26,163.50 |
| 005 | Budgeting | 3.40 | $3,436.50 |
| 006 | Business Operations | 1.30 | $1,172.50 |
| 007 | Case Administration | 358.20 | $271,541.00 |
| 008 | Claims Administration and Objections | 33.70 | $25,768.50 |
| 009 | Corporate Governance and Board Matters | 8.40 | $9,226.00 |
| 010 | Employee Benefits and Pensions | 0.80 | $820.00 |
| 011 | Employment and Fee Applications | 144.80 | $89,796.50 |
| 012 | Employment and Fee Applications | 9.90 | $9,101.50 |
| 013 | Financing and Cash Collateral | 2.50 | $2,356.00 |
| 014 | Other Litigation | 169.80 | $127,845.50 |
| 015 | Meetings and Communications with Creditors | 451.60 | $425,741.00 |
| 016 | Non-Working Travel | 24.50 | $24,273.50 |
| 017 | Plan and Disclosure Statement | 1,133.30 | $1,014,432.00 |
| 018 | Real Estate | 0.0 | $0.00 |
| 019 | Relief from Stay and Adequate Protection | 6.20 | $4,338.50 |
| 020 | Reporting | 0.0 | $0.00 |
| 021 | Tax | 1,456.70 | $1,289,002.00 |
| 022 | Valuation | 0.0 | $0.00 |
| 023 | Discovery | 12,014.50 | $4,068,972.00 |
| 024 | Hearings | 152.00 | $141,674.50 |
| 025 | First and Second Day Motions | 0.0 | $0.00 |
| 026 | Claims Investigation | 2,310.00 | $1,815,511.50 |
| 027 | First Lien Investigation | 926.20 | $732,777.50 |
| 028 | Intercompany Claims | 0.0 | $0.00 |
| 029 | Other Motions/Applications | 37.90 | $28,441.00 |
| 030 | Schedules and Statements | 13.20 | $10,020.00 |
| 031 | Insurance | 2.70 | $2,546.50 |
| 032 | Time Entry Review | 45.30 | $39,702.00 |
| 033 | Fee Objection Discussion and Litigation | 5.10 | $5,233.50 |
| 034 | Mediation | 48.00 | $38,447.50 |
| **Total Incurred:** | | **19,643.5** | **$10,430,145.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees Incurred):** | | | **$(12,136.75)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred):** | | | **$(39,702.00)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **$(11,802.00)** |
| **Less Billing Adjustment:** | | | **$(5,621.00)** |
| **Total Requested:** | | | **$10,360,883.75** |

iv

**SUMMARY OF PROFESSIONAL SERVICES RENDERED
BY MORRISON & FOERSTER ON BEHALF OF THE
COMMITTEE FOR THE COMPENSATION PERIOD**

The Morrison & Foerster attorneys who rendered professional services in these cases

during the Compensation Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $875 | 49.70 | $43,487.50 |
| Doufekias, Demme | Partner | 2004 | Litigation | $850 | 19.50 | $16,575.00 |
| Good, John A. | Partner | 1987 | Corporate | $1050 | 4.70 | $4,935.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925 | 609.50 | $563,787.50 |
| Haims, Joel C. | Partner | 1993 | Litigation | $975 | 10.00 | $9,750.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1300 | 368.80 | $479,440.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1100 | 405.10 | $445,610.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950 | 656.60 | $623,770.00 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $995 | 139.00 | $138,305.00 |
| Marines, Jennifer L. | Partner | 2005 | Business Restructuring & Insolvency | $825 | 395.00 | $325,875.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1025 / $1035* | 289.20 / 103.50 | $296,430.00 / $107,122.50 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1075 / $1085* | 299.30 / 81.90 | $321,747.50 / $88,861.50 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $875 | 29.80 | $26,075.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895 | 375.60 | $336,162.00 |
| Townsend, Robert S. | Partner | 1984 | Corporate | $1150 | 3.60 | $4,140.00 |
| Abrams, Hanna | Associate | 2009 | Litigation | $725 | 197.20 | $142,970.00 |
| Alanis, Corinna J. | Associate | 2012 | Litigation | $570 | 298.80 | $170,316.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Arakawa, Chika | Associate | 2013 | Litigation | $495 | 87.20 | $43,164.00 |
| Arett, Jessica J. | Associate | 2014 | Business Restructuring & Insolvency | $495 | 23.30 | $11,533.50 |
| Bartel, Sara | Associate | 2014 | Litigation | $495 | 79.80 | $39,501.00 |
| Birkenfeld, Alexander I. | Associate | 2014 | Tax | $495 | 409.20 | $202,554.00 |
| Contreras, Andrea | Associate | 2012 | Litigation | $585 | 84.20 | $49,257.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $800 | 292.90 | $234,320.00 |
|  |  |  |  | $825* | 94.40 | $77,880.00 |
| de Martino, F. Darnio | Associate | 2008 | Corporate | $680 | 33.30 | $22,644.00 |
| de Ruig, David N. | Associate | 2007 | Tax | $570 | 225.20 | $128,364.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680 | 307.20 | $208,896.00 |
| Fernandes, Rachelle A. | Associate | 2012 | Real Estate | $425 | 9.50 | $4,037.50 |
| Figueroa, Tiffani B. | Associate | 2014 | Litigation | $495 | 5.70 | $2,821.50 |
| Gilbert, Felicia Maria | Associate | 2011 | Litigation | $680 | 4.10 | $2,788.00 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $585 | 186.00 | $108,810.00 |
| Goett, David J. | Associate | 2012 | Tax | $585 | 169.70 | $99,274.50 |
| Haney, Heather | Associate | 2011 | Financial Transactions | $585 | 3.90 | $2,281.50 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750 | 425.50 | $319,125.00 |
| Hiensch, Kristin A. | Associate | 2006 | Business Restructuring & Insolvency | $745 | 17.80 | $13,261.00 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $680 | 332.10 | $225,828.00 |
| Hung, Shiukay | Associate | 2009 | Tax | $750 | 169.30 | $126,975.00 |
| Johnston, Ian Andrew | Associate | 2013 | Litigation | $570 | 40.80 | $23,256.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Kalansky, Shai | Associate | 2009 | Corporate | $725 | 7.80 | $5,655.00 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $570 | 39.10 | $22,287.00 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $725 | 95.40 | $69,165.00 |
| Lim, Clara | Associate | 2010 | Tax | $635 | 476.60 | $302,641.00 |
| Manlove, Kendall Lewis | Associate | 2014 | Litigation | $440 | 102.40 | $45,056.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $760 | 641.60 | $487,616.00 |
| Molison, Stacy L. | Attorney | 2009 | Business Restructuring & Insolvency | $725 | 131.20 | $95,120.00 |
| Moloff, Leda A. | Associate | 2009 | Litigation | $725 | 24.90 | $18,052.50 |
| Perkowski, Jacob Josep | Associate | 2014 | Litigation | $440 | 155.20 | $68,288.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760 | 243.60 | $185,136.00 |
| Rothberg, Jonathan C. | Associate | 2008 | Litigation | $760 | 27.50 | $20,900.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495 | 371.90 | $184,090.50 |
| Sorrell, Michael R. | Associate | 2010 | Litigation | $635 | 46.10 | $29,273.50 |
| Stern, Jessica S. | Associate | 2014 | Tax | $440 | 163.50 | $71,940.00 |
| Tepfer, Cameron Andrew | Associate | 2014 | Litigation | $495 | 16.50 | $8,167.50 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1095 $1125* | 103.20 46.90 | $113,004.00 $52,762.50 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $875 | 194.80 | $170,450.00 |
| Kalajian, Perry V. | Of Counsel | 1990 | Financial Transactions Group | $785 | 2.60 | $2,041.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $770 | 156.00 | $120,120.00 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $765 | 12.50 | $9,562.50 |
| Wishnew, Jordan | Of Counsel | 2002 | Business | $780 | 194.60 | $151,788.00 |

vii

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| A. | | | Restructuring & Insolvency | | | |
| Chereshinsky, Mark | Temporary Attorney | 4 months | Litigation | $225 | 530.20 | $119,295.00 |
| Cusa, Thomas C. | Temporary Attorney | 6 months | Litigation | $225 | 562.70 | $126,607.50 |
| Dhavan, Dhruv A. | Temporary Attorney | 4 months | Litigation | $225 | 697.20 | $156,870.00 |
| Frances, Linda | Temporary Attorney | 4 months | Litigation | $225 | 112.00 | $25,200.00 |
| Gesley, Joseph | Temporary Attorney | 6 months | Litigation | $225 | 683.20 | $153,720.00 |
| Hou, Timothy | Temporary Attorney | 6 months | Litigation | $225 | 632.40 | $142,290.00 |
| Jones, Jason D. | Temporary Attorney | 6 months | Litigation | $225 | 659.60 | $148,410.00 |
| Kim, Eugene H. | Temporary Attorney | 4 months | Litigation | $225 | 625.40 | $140,715.00 |
| Lee, Yumi | Temporary Attorney | 6 months | Litigation | $225 | 641.30 | $144,292.50 |
| Ofosu-Antwi, Elsie J. | Temporary Attorney | 6 months | Litigation | $225 | 599.50 | $134,887.50 |
| Pumo, David | Temporary Attorney | 6 months | Litigation | $225 | 691.60 | $155,610.00 |
| Spielberg, Philip | Temporary Attorney | 6 months | Litigation | $225 | 612.40 | $137,790.00 |
| Thomas, Philip T. | Temporary Attorney | 6 months | Litigation | $225 | 692.70 | $155,857.50 |
| Varghese, Renan | Temporary Attorney | 4 months | Litigation | $225 | 80.50 | $18,112.50 |
| Weinstein, Richard | Temporary Attorney | 4 months | Litigation | $225 | 554.40 | $124,740.00 |

* Higher rates reflected in this chart have been voluntarily reduced by Morrison & Foerster as billing adjustments.

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Compensation Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bergelson, Vadim | eDiscovery Project Manager | 6 years | Litigation | $310 | 212.20 | $65,782.00 |
| Berger, Lesley D. | Senior Paralegal | 5 years | Corporate | $320 | 26.70 | $8,544.00 |
| Braun, Danielle Eileen | Paralegal | 2 years | Business Restructuring & Insolvency | $300 | 69.90 | $20,970.00 |
| Chan, David | eDiscovery Analyst | 10.5 years | Litigation | $280 | 4.70 | $1,316.00 |
| Curtis, Michael E. | Senior Paralegal | 14.5 years | Litigation | $345 | 185.90 | $64,135.50 |
| Daye, Arthur | eDiscovery Analyst | 2 years | Litigation | $280 | 1.40 | $392.00 |
| Gondkoff, Michael J. | eDiscovery Document Staff Administrator | 4 years | Paralegal Management | $270 | 0.60 | $162.00 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $320 | 127.90 | $40,928.00 |
| Kline, John T. | Senior Paralegal | 9 years | Business Restructuring & Insolvency | $340 | 30.70 | $10,438.00 |
| Roberts, Eric R. | Director, Forensic Accounting Services | 15 years | Litigation | $910 | 5.10 | $4,641.00 |
| Warnick, Russell W. | Paralegal | 7 years | Litigation | $295 | 11.50 | $3,392.50 |
| **Total Incurred:** | | | | | **19,643.5** | **$10,430,145.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees Incurred):** | | | | | | **$(12,136.75)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred):** | | | | | | **$(39,702.00)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | | | | **$(11,802.00)** |
| **Less Billing Adjustment:** | | | | | | **$(5,621.00)** |
| **Total Requested:** | | | | | | **$10,360,883.75** |

**<u>Total Partners, Of Counsel, Associates and Paraprofessionals</u>**

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Attorneys (without Paraprofessionals) | $538.27 | 18,966.90 | $10,209,444.50 |
| Attorneys and Paraprofessionals | $530.97 | 19,643.50 | $10,430,145.50 |
| **Total Incurred:** | | | **$10,430,145.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees Incurred):** | | | **$(12,136.75)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred):** | | | **$(39,702.00)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **$(11,802.00)** |
| **Less Billing Adjustment:** | | | **$(5,621.00)** |
| **Total Requested:** | | | **$10,360,883.75** |

x

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES
INCURRED BY MORRISON & FOERSTER ON BEHALF
OF THE COMMITTEE FOR THE COMPENSATION PERIOD**

| Expense Category | Total Expenses |
|---|---|
| Air Freight | $135.89 |
| Business Meals | $4,725.49 |
| Color Copies | $5,596.50 |
| Court Filing Service | $132.00 |
| EDiscovery Fees | $85,202.16 |
| Filing Fees | $719.00 |
| Meals | $1,258.82 |
| Messenger Service | $13.50 |
| On-line Research - LEXIS | $46,055.45 |
| On-line Research - OTHER DATABASE | $2,007.68 |
| On-line Research - WESTLAW | $37,492.54 |
| Outside Copying Service | $117.59 |
| Photocopies | $717.40 |
| Search Fees | $29,310.80 |
| Transportation | $2,091.97 |
| Travel | $4,293.58 |
| Travel Meals | $385.77 |
| **Total:** | **$220,256.14** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

**THIRD INTERIM APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL
FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD JANUARY 1, 2015 THROUGH APRIL 30, 2015**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on September 16, 2014 [Docket No. 2066] (the "**Interim Compensation Order**"), and the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**"), Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Firm**") hereby submits this Third Interim Application (the "**Application**") as Counsel to the Official Committee of Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**"), and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**")[2] for

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Although EFH Corporate Services Company is not a subsidiary of TCEH, for ease of reference EFH Corporate

allowance of compensation and reimbursement of expenses incurred for the period January 1, 2015 through April 30, 2015 (the "**Compensation Period**").  In support of the Application, Morrison & Foerster respectfully represents as follows:

## BACKGROUND

1.      On April 29, 2014 (the "**Petition Date**"), the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court, District of Delaware (the "**Chapter 11 Cases**").  On May 12, 2014, the United States Trustee for the District of Delaware appointed a seven (7) member TCEH Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 420].  The TCEH Committee selected Morrison & Foerster to serve as its lead counsel.

2.      On July 25, 2014, Morrison & Foerster filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al. for Entry of an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 for Authority to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 1696].  On September 16, 2014, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 2064].

3.      Pursuant to the Interim Compensation Order, each professional may file on or after the 21st day of each calendar month a Monthly Fee Application (as defined in the Interim Compensation Order) seeking interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month.  If no objections are raised prior to the expiration of the applicable Objection Deadline (as defined

---

Services Company is included in the definition "TCEH Debtors".

in the Interim Compensation Order), the Debtors are authorized to pay each professional an amount equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application or (ii) 80% of the fees and 100% of the expenses not subject to an objection.  (Interim Compensation Order ¶ 2.)  This Application covers the period from January 1, 2015 through April 30, 2015.

## SUMMARY OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

4.      This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order, Rule 2016-2 (c)–(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rule**"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective June 11, 2013 (the "**UST Guidelines**" and, together with the Local Rule, the "**Guidelines**").  Pursuant to the Guidelines, a certification of Lorenzo Marinuzzi regarding compliance with the Local Rule is attached hereto as **Exhibit 1**.

5.      By this Application, Morrison & Foerster seeks allowance pursuant to the Interim Compensation Order with respect to the sum of $10,360,883.75 as compensation and $220,256.14 for reimbursement of actual and necessary expenses for a total of $10,581,139.89 for the Compensation Period.

6.      All services for which compensation is requested by Morrison & Foerster in this Application were performed for or on behalf of the TCEH Committee.  Morrison & Foerster has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.

ny-1189508

There is no agreement or understanding between Morrison & Foerster and any other person (other than the partners of Morrison & Foerster) for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

7.      During the course of these Chapter 11 Cases, Morrison & Foerster exercised its billing discretion and, as discussed in more detail below, voluntarily wrote-off certain fees and expenses in connection with the Monthly Fee Statements (defined below).   During the Compensation Period, Morrison & Foerster voluntarily reduced its requested compensation by $69,261.75 as accommodations for non-working travel, time entry review, transient timekeepers, and minor billing adjustments.  Morrison & Foerster believes the foregoing rates are the market rates that the majority of law firms charges clients for services they have been asked to provide. In addition, Morrison & Foerster believes that these charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

8.      Pursuant to the Guidelines, annexed hereto as **Exhibit 2** is a schedule setting forth all Morrison & Foerster professionals and paraprofessionals who performed services in these Chapter 11 Cases during the Compensation Period, the capacities in which such individuals are employed by Morrison & Foerster, the hourly billing rates charged by Morrison & Foerster for services performed by such individuals, and the aggregate number of hours expended and fees billed.

9.      Annexed hereto as **Exhibit 3** is a schedule specifying the categories of expenses for which Morrison & Foerster is seeking reimbursement and the total amount for each expense category.  Annexed hereto as **Exhibit 3-A** is a schedule of all of the expenses incurred during the Compensation Period.  Regarding providers of online legal research (e.g., LEXIS, WESTLAW,

4

and PACER), Morrison & Foerster charges the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Morrison & Foerster's actual cost. Morrison & Foerster pays these providers a flat fee every month.  Charging its clients the online providers' standard usage rates allows Morrison & Foerster to cover adequately the monthly flat fees it must pay to these types of providers.

10.     Annexed hereto as **Exhibit 4** is a summary of Morrison & Foerster's time billed during the Compensation Period, broken down by project categories, as hereinafter described.

11.     Annexed hereto as **Exhibit 5** is Morrison & Foerster's time detail for the Compensation Period.

12.     Annexed hereto as **Exhibit 6** is Morrison & Foerster's budget and staffing plan for the Compensation Period and a comparison of hours and fees budgeted for each matter category to which Morrison & Foerster professionals and paraprofessionals billed time during the Compensation Period against the hours and fees for which Morrison & Foerster seeks compensation in the Application.

**MORRISON & FOERSTER FEE STATEMENTS**

13.     Morrison & Foerster maintains computerized records of time spent by all Morrison & Foerster attorneys and paraprofessionals in connection with the representation of the TCEH Committee.  Morrison & Foerster submitted monthly fee statements to the Notice Parties (as that term is defined in the Interim Compensation Order) in the format specified by the Guidelines, and as requested by the Fee Committee, allowing each of the Notice Parties an opportunity to review and object to the Monthly Fee Statements.  During the Compensation Period, Morrison & Foerster provided the Notice Parties with the following Monthly Fee Statements:

5

- For January 1, 2015 through January 31, 2015 – fees of $2,435,744.75 and expenses of $67,793.25 (the "**January 2015 Statement**");

- For February 1, 2015 through February 28, 2015 – fees of $2,347,238.50 and expenses of $45,261.03 (the "**February 2015 Statement**");

- For March 1, 2015 through March 31, 2015 – fees of $2,722,990.50 and expenses of $64,159.30 (the "**March 2015 Statement**"); and

- For April 1, 2015 through April 30, 2015 – fees of $2,872,333.00 and expenses of $43,042.56 (the "**April 2015 Statement**," together with the January 2015 Statement, the February 2015 Statement and the March 2015, the "**Monthly Fee Statements**").

14. In total, Morrison & Foerster submitted Monthly Fee Statements during the Compensation Period for fees of $10,378,306.75 and expenses of $220,256.14. Prior to submitting the Monthly Fee Statements, Morrison & Foerster conducted an internal review of the fees and expenses incurred during each applicable period and determined to voluntarily write-off fees in the aggregate amount of $51,838.75. Following submission of the Monthly Fee Statements, Morrison & Foerster further reduced its request for fees in the amount of $17,423.00 for transient timekeepers and minor billing adjustments. At the time of this application, Morrison & Foerster has received payment on account of the January 2015 Statement and the February 2015 Statement.

15. In total, therefore, pursuant to this Application, Morrison & Foerster respectfully requests that the Court enter an order awarding Morrison & Foerster on an interim basis fees in an aggregate amount of $10,360,883.75 and the reimbursement of actual and necessary expenses Morrison & Foerster incurred during the Compensation Period in the aggregate amount of $220,256.14.

## SUMMARY OF LEGAL SERVICES RENDERED

16. Morrison & Foerster has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the TCEH Committee

on a regular basis with respect to numerous matters in connection with these Chapter 11 Cases, and performed all necessary professional services.

17.     To provide an orderly and meaningful summary of the services rendered by Morrison & Foerster on behalf of the TCEH Committee during the Compensation Period, the Firm has established separate task codes in connection with these Chapter 11 Cases. The following is a summary of the most significant professional services rendered by Morrison & Foerster during the Compensation Period, organized in accordance with the Firm's internal system of task codes. A more detailed report of the actual services provided is set forth on the attached **Exhibit 5**.

18.     The summary is divided according to the project billing codes that Morrison & Foerster created to best reflect the categories of tasks that it was required to perform in connection with these Chapter 11 Cases. Nevertheless, under the circumstances, and given the interconnectedness of the issues in these Chapter 11 Cases, certain of these categories may overlap with one another.

A.      Asset Disposition – 002

Fees: $215,637.50; Total Hours: 237.90

19.     This category includes time spent by Morrison & Foerster reviewing and analyzing the Debtors' proposed sale of their indirect interest in Oncor (the "**Oncor Sale**"). During the Compensation Period, Morrison & Foerster attorneys participated in regular calls and meetings with other TCEH Committee professionals and the Debtors' advisors to review the ongoing marketing process being undertaken to identify a potential purchaser. In addition, Morrison & Foerster reviewed, analyzed, and commented on the documentation surrounding the Oncor Sale—including term sheets, marketing materials, and a proposed merger agreement—and

provided feedback to the Debtors' advisors regarding the terms of the potential transaction. Morrison & Foerster also reviewed the documentation underlying the rights available to the Oncor minority investor and drafted an internal memorandum analyzing the impact of such rights on the Oncor Sale and other potential transaction structures.

20.     Also during the Compensation Period, Morrison & Foerster attorneys reviewed and analyzed other potential asset sales proposed by the Debtors, including the sale of the assets owned by non-Debtor Greenway Development Holdings LLC, which could be a source of recovery for TCEH unsecured creditors.

B.      Assumption and Rejection of Leases and Contracts – 003

        Fees: $6,167.50; Total Hours: 7.40

21.     This category includes time spent reviewing the Debtors' motions to reject certain leases and abandon property, negotiating with the Debtors on appropriate forms of order with respect to the lease rejection motions, and coordinating with FTI regarding the diligence necessary to support the Debtors' request.  Specifically, Morrison & Foerster spent time during the Compensation Period reviewing the Debtors' requests to assume or reject contracts regarding wind and solar power arrangements.

C.      Avoidance Action Analysis – 004

        Fees: $26,163.50; Total Hours: 38.20

22.     This category includes time spent by Morrison & Foerster attorneys assessing potential avoidance actions and the legal theories relating thereto.  During the Compensation Period, Morrison & Foerster conducted preliminary legal and factual analyses regarding potential preference actions.

D.     <u>Budgeting – 005</u>

Fees: $3,436.50; Total Hours: 3.40

23.     This category includes time spent by Morrison & Foerster attorneys preparing and reviewing budgets as required by the UST Guidelines.

E.     <u>Business Operations – 006</u>

Fees: $1,172.50; Total Hours: 1.30

24.     This category includes time spent by Morrison & Foerster reviewing matters involving the Debtors' business operations and evaluating the Debtors' business plans.  During the Compensation Period, Morrison & Foerster reviewed and analyzed the Debtors' monthly operating reports and available cash balances.

F.     <u>Case Administration – 007</u>

Fees: $271,541.00; Total Hours: 358.20

25.     This category includes all matters related to the internal administration of the Debtors' cases, including coordinating case matters internally and attending meetings with Debtors' counsel, counsel to other parties-in-interest, and other TCEH Committee professionals regarding general case strategy.  It also involved managing tasks, monitoring the case docket, and tracking deadlines.

26.     Morrison & Foerster professionals also participated in numerous internal meetings and meetings with the other TCEH Committee professionals during the Compensation Period to address and evaluate case status and strategy on behalf of the TCEH Committee. Morrison & Foerster, in accordance with past practice in cases of this size and complexity, hosts a weekly meeting during which the attorneys bearing material responsibility for every active workstream in the Chapter 11 Cases engage in discussions addressing a wide range of topics.

Such discussions, which address many interrelated matters, directly assisted Morrison & Foerster's professionals in understanding the impact of issues arising in one workstream on various other workstreams, and are vital to the coordination of overall case planning.

G.   Claims Administration and Objections – 008

Fees: $25,768.50; Total Hours: 33.70

27.   This category includes all matters relating to claims asserted against the Debtors and the bar date process.  During the Compensation Period, Morrison & Foerster reviewed matters relating to the priority and validity of certain classes of claims and analyzed the impact of the Court's ruling regarding the bar date for asbestos claimants.  Morrison & Foerster also conducted research regarding the potential for substantive consolidation of the Debtors' estates and payment of post-petition interest to certain unsecured creditors.  During the Compensation Period, Morrison & Foerster also reviewed and analyzed the *Objection of the EFH Official Committee to General Unsecured Tax Claims of Texas Competitive Electric Holdings Company LLC Against Energy Future Holdings Corporation* [Docket No. 4365] (the "**Tax Claims Objection**").

H.   Corporate Governance and Board Matters – 009

Fees: $9,226.00; Total Hours: 8.40

28.   This category includes time spent coordinating with other case professionals regarding the board processes implemented by the Debtors and certain of the Debtors' independent directors.  During the Compensation Period, Morrison & Foerster attorneys attended calls and meetings with counsel to the independent directors and the Debtors regarding the Oncor Sale.

10

I.      Employee Benefits and Pensions – 010

Fees: $820.00; Total Hours: 0.80

29.     This category includes time spent by Morrison & Foerster discussing the payment of retiree benefits with the Office of the United States Trustee.

J.      Employment and Fee Applications – 011

Fees: $89,796.50; Total Hours: 144.80

30.     During the Compensation Period, Morrison & Foerster undertook a number of tasks relating to its retention and the retention of Kurtzman Carson Consultants.  Specifically, Morrison & Foerster prepared and filed the Monthly Fee Statements and the *Second Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period September 1, 2014 through December 31, 2014* [Docket No. 3541].  Morrison & Foerster also reviewed and prepared summaries of monthly fee statements filed by the Debtors' professionals and considered the compensation structure for Greenhill & Co. ("**Greenhill**") as financial advisor to EFCH/TCEH.

K.      Employment and Fee Application Objections – 012

Fees: $9,101.50; Total Hours: 9.90

31.     During the Compensation Period, Morrison & Foerster filed the *Objection of Official Committee of TCEH Unsecured Creditors to Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC For Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014* [Docket No. 3222] (the "**Greenhill Objection**").  Subsequent to the filing of the Greenhill Objection, Morrison & Foerster engaged in negotiations with Greenhill and its counsel and was ultimately able to

11

consensually resolve the dispute. Also during the Compensation Period, Morrison & Foerster prepared and filed the *Statement and Reservation of Rights of Official Committee of TCEH Unsecured Creditors to First Interim Applications For Reimbursement of Professional Fees and Expenses* [Docket No. 3357] rights with respect to the allocation of professional fees among the Debtors' estates.

      L.      <u>Financing and Cash Collateral – 013</u>

              Fees: $2,356.00; Total Hours: 2.50

32.     During the Compensation Period, Morrison & Foerster reviewed and analyzed the *Motion of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc. For Entry of (A) Order (I) Authorizing Partial Repayment of EFIH Second Lien Notes; (II) Approving EFIH DIP Consent; and (III) Authorizing Consent Fee and (B) Revised EFIH First Lien DIP Order* [Docket No. 3827]. Morrison & Foerster, with the assistance of Lazard, analyzed the motion and assisted the TCEH Committee in formulating a position with respect to the relief sought.

      M.      <u>Other Litigation – 014</u>

              Fees: $127,845.50; Total Hours: 169.80

33.     This category includes time spent by Morrison & Foerster relating to, among other things, the EFIH first and second lien makewhole litigations, the litigation with the EFIH unsecured noteholders regarding the entitlement to payment for a redemption premium (together, the "**Makewhole Litigations**"), and the Court's ruling with respect to the EFIH first lien makewhole litigation. During the Compensation Period, Morrison & Foerster considered the implications of the Makewhole Litigations on the TCEH Debtors and analyzed the arguments set forth by the parties. In addition, Morrison & Foerster considered the legal arguments made by Debtors and the EFIH first lien, second lien, and PIK note trustees, and conducted legal research

regarding recent case law developments in this area.  Morrison & Foerster also drafted and revised internal and client memoranda regarding the impact of the Makewhole Litigations on the Chapter 11 Cases as a whole and the impact on recoveries for TCEH creditors.

34.    Morrison & Foerster attorneys also participated in the trial held from April 20-22 regarding whether cause exists to lift the automatic stay to permit the EFIH first lien indenture trustee to rescind a notice of acceleration.

N.    <u>Meetings and Communications with Creditors – 015</u>

Fees: $425,741.00; Total Hours: 451.60

35.    This category includes time spent by Morrison & Foerster relating to TCEH Committee matters, in-person meetings, and weekly conference calls with the TCEH Committee as a whole, with individual TCEH Committee members, and with other creditor groups and their representatives.  Morrison & Foerster coordinates with the TCEH Committee's other advisors to address all of the TCEH Committee's activities, including attending to member concerns and setting agendas for TCEH Committee conference calls and meetings.  During the Compensation Period, Morrison & Foerster held numerous regularly scheduled conference calls and meetings with the full TCEH Committee and its advisors related to the various issues permeating the case. Given the level of activity in these Chapter 11 Cases to date, these TCEH Committee meetings and calls required extensive preparation by Morrison & Foerster.  Morrison & Foerster also had numerous conference calls with individual TCEH Committee members, the TCEH Committee co-chairpersons, as well as conference calls with FTI and Lazard in preparation for TCEH Committee meetings and TCEH Committee calls.

36.    During TCEH Committee calls Morrison & Foerster discussed key case matters with the full TCEH Committee and its advisors.  Prior to such meetings, Morrison & Foerster attorneys reviewed pending matters requiring the TCEH Committee's attention and underlying

13

documentation in connection therewith and coordinated advice with FTI and Lazard.  Thereafter, Morrison & Foerster discussed each of these matters with the TCEH Committee, as well as individual TCEH Committee members, and assisted the TCEH Committee in formulating a position with respect to each matter.  In addition, during the Compensation Period, Morrison & Foerster provided TCEH Committee members with frequent (and sometimes daily) case update emails to provide TCEH Committee members with up-to-date information regarding the status of case issues and any new pleadings or issues that may arise between TCEH Committee meetings or TCEH Committee calls.

      O.    <u>Non-Working Travel – 016</u>

             Fees: $24,273.50; Total Hours: 24.50

37.    This category includes time spent by Morrison & Foerster in non-working travel while representing the TCEH Committee.  Morrison & Foerster billed one-half of the total non-working travel time.

      P.    <u>Plan and Disclosure Statement – 017</u>

             Fees: $1,014,432.00; Total Hours: 1,133.30

38.    This category includes time spent by Morrison & Foerster during the Compensation Period working on all matters surrounding the *Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4142] (the "**Plan**") and related *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4143] (the "**Disclosure Statement**") filed on April 14, 2015.  Specifically, Morrison & Foerster reviewed and analyzed several iterations of the Plan and Disclosure Statement, prepared summaries of these documents for distribution to the TCEH Committee, and supplied the Debtors with comments and an issues list on the Plan and Disclosure Statement prior to their

14

filing.  Morrison & Foerster also coordinated with FTI and Lazard on the scope of the review of these documents to identify potential areas of concern.

39.     This category also includes significant time spent by Morrison & Foerster working with the other TCEH Committee professionals to review, analyze, and prepare materials for the TCEH Committee to consider in connection with the exchange of preliminary plan settlement proposals among TCEH creditors.  In this regard, Morrison & Foerster reviewed a detailed analysis regarding potential recoveries for TCEH unsecured creditors in various scenarios prepared by Lazard.  As of the date hereof, mediation among TCEH creditors is ongoing.

40.     Morrison & Foerster also spent significant time during the Compensation Period exploring and analyzing possible alternative restructuring transactions, including one premised on converting EFH Corp. into a real estate investment trust (a "**REIT**").  In connection with this task, Morrison & Foerster expended significant effort in determining whether a REIT transaction is achievable and, to this end, participated in regular meetings and calls with other TCEH Committee professionals and the Debtors to determine the viability of this transaction structure. Morrison & Foerster also regularly updated the TCEH Committee and TCEH Committee co-chairs with respect to discussions among the parties regarding the REIT and other potential transaction structures.

41.     On January 20, 2015, the Debtors filed the *Second Motion of Energy Future Holdings Corp., et al., For Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* [Docket No. 3338] seeking an extension of their exclusive periods to file and solicit a plan of reorganization to October 29, 2015 and December 29, 2015, respectively.  In response to this

15

motion, on February 6, 2015, Morrison & Foerster filed the *Statement of Official Committee of Unsecured Creditors Regarding the Second Motion of Energy Future Holdings Corp., et al., For Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* [Docket No. 3461]. Ultimately, Morrison & Foerster, on behalf of the TCEH Committee, was able to reach agreement with the Debtors on a shorter exclusivity extension to June 23, 2015 and August 23, 2015, respectively.

    Q.    <u>Relief from Stay and Adequate Protection – 019</u>

        Fees: $4,338.50; Total Hours: 6.20

42. During the Compensation Period, Morrison & Foerster reviewed and analyzed a stipulation between the Debtors and a third party plaintiff regarding relief from the automatic stay.

    R.    <u>Tax – 021</u>

        Fees: $1,289,002.00; Total Hours: 1,456.70

43. As the Court is aware, tax considerations play a central role in these Chapter 11 Cases. As a result, Morrison & Foerster has spent a substantial amount of time during the Compensation Period reviewing the various tax matters related to the Chapter 11 Cases and the Debtors' current tax positions. Such tasks included, among other things: further analyzing the Competitive Tax Allocation Agreement (the "**Competitive TSA**") and payments made thereunder; drafting and revising several tax diligence requests; reviewing the Debtors' tax-related disclosures in public filings; reviewing the Tax Claims Objection; and assessing the tax implications and considerations embedded in the proposed Oncor Sale. Also during the Compensation Period, Morrison & Foerster conducted significant analysis regarding all aspects

of the potential REIT transaction and engaged in a detailed review of the Plan and Disclosure Statement from a tax perspective.

44.     To assist in these tasks, Morrison & Foerster also participated in weekly update calls with the Debtors' tax professionals regarding tax matters.  The weekly calls with the Debtors and their professionals are critical for Morrison & Foerster to understand the evolving tax landscape.  Morrison & Foerster also regularly coordinates discussions with other TCEH Committee professionals and individual TCEH Committee members regarding critical tax considerations and their implications on the Debtors' restructuring efforts.

S.      Discovery – 023

        Fees: $4,068,972.00; Total Hours: 12,014.50

45.     This category includes time spent by Morrison & Foerster engaging in all aspects of the discovery process during the Compensation Period, including drafting and serving document demands, conducting legal research associated with formal and informal discovery, preparing for potential depositions in connection with Greenhill's retention, and tracking and reviewing the discovery obtained from various parties since the commencement of these Chapter 11 Cases.

46.     In particular, Morrison & Foerster conducted formal discovery during the Compensation Period with respect to its expansive investigation regarding potential legacy claims.  As part of these efforts, Morrison & Foerster reviewed several hundred thousand documents produced by the Debtors and other parties-in-interest in connection with these matters.  The TCEH Committee's broad discovery necessitated careful internal coordination and meetings with FTI and Lazard to discuss a concurrent legal and financial strategy and an analysis of documents to support the TCEH Committee's investigation.  Morrison & Foerster also met

and conferred with numerous parties during all stages of the discovery process to resolve discovery disputes without Court intervention.

47.    In addition, Morrison & Foerster reviewed and analyzed the *Motion of Energy Future Holdings Corp., et al., For Entry of An Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [Docket No. 4138] (the "**Confirmation Scheduling Motion**") requesting, among other things, that the Court set a schedule for plan confirmation discovery.   Morrison & Foerster attorneys met internally to discuss the Debtors' proposed course of action, provided comments to the Debtors regarding the proposed confirmation schedule, and coordinated with other parties-in-interest regarding the relief sought.   Ultimately, the TCEH Committee and other TCEH junior creditors reached agreement with the Debtors regarding a Disclosure Statement discovery schedule reflected in the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with Approval of the Debtors' Disclosure Statement, and (C) Establishing the Terms Governing Mediation* [Docket No. 4497] (the "**Scheduling and Mediation Order**").

T.    <u>Hearings – 024</u>

Fees: $141,674.50; Total Hours: 152.00

48.    During the Compensation Period, the Court held 4 omnibus hearings with respect to a wide variety of issues related to these cases, in addition to a number of conferences (both in-court and telephonic) on specific issues raised during contested matters.   Morrison & Foerster spent a significant amount of time preparing for and participating in each of the hearings held during the Compensation Period.   Morrison & Foerster also spent a significant amount of time

18

negotiating with the Debtors and various other parties to resolve the TCEH Committee's concerns in advance of these hearings in an effort to shorten the duration of hearings.

      U.     <u>Claims Investigation – 026</u>

      Fees: $1,815,511.50; Total Hours: 2,310.00

49.     This category includes time spent by Morrison & Foerster analyzing and investigating potential claims that may be brought by the TCEH Committee on behalf of the TCEH Debtor estates against affiliates and/or third parties.  During the Compensation Period, Morrison & Foerster continued its thorough investigation of potential claims that required professionals to conducted numerous tasks, including: preparation of detailed legal memoranda of the potential claims and related legal considerations, conducting significant legal and factual research with respect to potential legal questions associated with the claims, and reviewing and summarizing voluminous public documents and documents produced to the TCEH Committee that describe numerous transactions undertaken by the Debtors.  In connection with its claims investigation, Morrison & Foerster drafted several iterations of a standing motion with respect to intercompany claims in anticipation of the deadline for filing such motion contained in the *Stipulation and Agreed Order Regarding a Protocol For Certain Case Matters* [Docket No. 2051], as amended.  Morrison & Foerster attorneys also conducted a comprehensive review and examination of the proposed settlement of intercompany and inter-affiliate claims reached among the Debtors' independent directors, which is embodied in the Plan and Disclosure Statement.

50.     In addition, Morrison & Foerster worked with FTI and Lazard to obtain from the Debtors the diligence materials necessary to determine the intercompany claims that may be asserted and hosted and coordinated numerous internal meetings and meetings with FTI and Lazard to discuss intercompany claims strategies and the status of the investigations.  These

19

nearly weekly calls are necessary for the TCEH Committee professionals to keep the TCEH Committee updated with respect to the potential claims that may be asserted for the benefit of unsecured creditors.

      V.     <u>First Lien Investigation – 027</u>[3]

      Fees: $732,777.50; Total Hours: 926.20

     51.    During the Compensation Period, Morrison & Foerster engaged in significant motion practice relating to the TCEH Committee's first lien investigation.  Prior to the expiration of its challenge period, Morrison & Foerster filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims* [Docket No. 3593] (the "**First Lien Standing Motion**"), which seeks standing to commence, prosecute, and settle certain causes of action on behalf of the TCEH Debtors (as defined in the First Lien Standing Motion) relating to the First Lien Debt (as defined in the First Lien Standing Motion).  In response to similar standing motions filed by other parties-in-interest, Morrison & Foerster also filed the *Omnibus Response of the Official Committee of TCEH Unsecured Creditors to (I) Motion of the Ad Hoc Group of TCEH Unsecured Noteholders for Entry of an Order Granting Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interest, Obligations, Fees, and Interest Payments, and Disallowance of Claims;*

---

[3] In recognition of paragraph 16 of the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection and (C) Modifying the Automatic Stay* [Docket No. 855], Morrison & Foerster is seeking approval of it fees incurred as part of the first lien investigation but has agreed that the Debtors shall not pay those fees without further order of the Court.  For the avoidance of doubt, all parties' rights to object to the final allowance or payment of such fees are fully reserved.

*and (II) Motion of the EFH Official Committee for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Luminant Debtors' Estates* [Docket No. 3733].  Thereafter, in response to numerous objections filed to the First Lien Standing Motion, Morrison & Foerster filed the *Reply in Support of Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims* [Docket No. 4031].

52.    The drafting, preparation, and filing of each of these pleadings required substantial effort from several Morrison & Foerster attorneys, including significant legal and factual research, as well as a broad review of documents produced by the Debtors on a rolling basis.  In addition, the preparation of these pleadings required the assistance of FTI and Lazard, which necessitated regular discussions and meetings to discuss the financial elements of the relief sought.  Before it was adjourned to July 9, 2015, Morrison & Foerster attorneys also prepared for the contested hearing on the First Lien Standing Motion.

W.    Other Motions – 029

Fees: $28,441.00; Total Hours: 37.90

53.    This category includes time spent reviewing, analyzing, and summarizing other motions filed by the Debtors and other parties in these cases.  During the Compensation Period, Morrison & Foerster reviewed and provided recommendations to the TCEH Committee with respect to the legal and financial aspects of the following motions, among others: (a) the *Motion of Energy Future Holdings Corp., et al., For Entry of an Order Approving the Claims Settlement Agreement Between Luminant Generation Company LLC and ADA Carbon Solutions (Red River) LLC* [Docket No. 3136], (b) the *Motion of Energy Future Holdings Corp., et al., For*

21

*Entry of an Order Authorizing Certain Debtors to Enter Into a Long-Term Power Purchase Agreement and Granting Related Relief* [Docket No. 3709], and (c) the *Motion of the EFH Official Committee For Entry of an Order Directing Disclosure of Oncor Bid Information to the EFH Official Committee* [Docket No. 4260].

X.    <u>Schedules and Statements – 030</u>

Fees: $10,020.00; Total Hours: 13.20

54.    This category includes time spent reviewing, analyzing, and summarizing the Debtors' schedules of assets and liabilities and statements of financial affairs.  During the Compensation Period, Morrison & Foerster reviewed and analyzed EFH Corp.'s amended schedules, which sought to modify the treatment of the tax claims reflected therein [Docket No. 3856].  The schedule amendments were withdrawn by EFH Corp. on February 23, 2015 [Docket No. 3624]

Y.    <u>Insurance – 031</u>

Fees: $2,546.50; Total Hours: 2.70

55.    This category includes time spent reviewing and analyzing the Debtors' insurance policies and legal framework with respect to same.

Z.    <u>Fee Objection Discussion and Litigation – 033</u>

Fees: $5,233.50; Total Hours: 5.10

56.    This category includes time spent reviewing and analyzing communications with the Fee Committee regarding the second interim fee period and responding to questions raised in such communication.

AA.    <u>Mediation  – 034</u>

Fees: $38,447.50; Total Hours: 48.00

57.    This category includes time spent preparing for the upcoming mediation among TCEH creditors and the Debtors pursuant to the Scheduling and Mediation Order.  During the Compensation Period, Morrison & Foerster reviewed potential mediator candidates and engaged in discussions with other TCEH creditors and the Debtors regarding selection of a mediator and the scope of the mediation.

**STATEMENT OF MORRISON & FOERSTER**

58.    The foregoing professional services performed by Morrison & Foerster were appropriate and necessary to the effective administration of these Chapter 11 Cases.  They were in the best interests of creditors, the Debtors' estate, and other parties-in-interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance and nature of the problems, issues or tasks involved.  The professional services were performed in an appropriately expeditious and efficient manner.   In addition, Morrison & Foerster has made every effort to minimize its disbursements in these cases. The actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the TCEH Committee.

**THE REQUESTED COMPENSATION SHOULD BE ALLOWED**

59.    The services for which Morrison & Foerster seeks compensation in this Application were, at the time rendered, necessary for, beneficial to, and in the best interests of, the TCEH Committee and the Debtors' estates.  During the Compensation Period, Morrison & Foerster worked diligently to maximize the value of the Debtors' estates for the benefit of all unsecured creditors.  The services rendered by Morrison & Foerster were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues

23

involved.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Morrison & Foerster is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Morrison & Foerster respectfully requests that the Court enter an order (a) awarding Morrison & Foerster the interim allowance of (i) fees in the Compensation Period in the amount of $10,360,883.75, and (ii) reimbursement for actual and necessary expenses in the Compensation Period in the amount of $220,256.14, (b) that such sums be paid to Morrison & Foerster pursuant to the Interim Compensation Order, (c) and for such other and further relief as this Court may deem just and proper.

Dated: June 15, 2015  
    New York, New York

/s/ Lorenzo Marinuzzi  
**MORRISON & FOERSTER LLP**  
James M. Peck  
Brett H. Miller  
Lorenzo Marinuzzi  
Todd M. Goren  
250 West 55th Street  
New York, New York 10019-9601  
Telephone:  (212) 468-8000  
Facsimile:  (212) 468-7900  
E-mail:      jpeck@mofo.com  
          brettmiller@mofo.com  
          lmarinuzzi@mofo.com  
          tgoren@mofo.com

*Attorneys for The Official Committee of TCEH Unsecured Creditors*