# EXHIBIT 2

## SUMMARY OF PROFESSIONALS

ny-1189508

The Morrison & Foerster attorneys who rendered professional services in these cases during the Compensation Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $875 | 49.70 | $43,487.50 |
| Doufekias, Demme | Partner | 2004 | Litigation | $850 | 19.50 | $16,575.00 |
| Good, John A. | Partner | 1987 | Corporate | $1050 | 4.70 | $4,935.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925 | 609.50 | $563,787.50 |
| Haims, Joel C. | Parter | 1993 | Litigation | $975 | 10.00 | $9,750.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1300 | 368.80 | $479,440.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1100 | 405.10 | $445,610.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950 | 656.60 | $623,770.00 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $995 | 139.00 | $138,305.00 |
| Marines, Jennifer L. | Partner | 2005 | Business Restructuring & Insolvency | $825 | 395.00 | $325,875.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1025 $1035* | 289.20 103.50 | $296,430.00 $107,122.50 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1075 $1085* | 299.30 81.90 | $321,747.50 $88,861.50 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $875 | 29.80 | $26,075.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895 | 375.60 | $336,162.00 |
| Townsend, Robert S. | Partner | 1984 | Corporate | $1150 | 3.60 | $4,140.00 |
| Abrams, Hanna | Associate | 2009 | Litigation | $725 | 197.20 | $142,970.00 |
| Alanis, Corinna J. | Associate | 2012 | Litigation | $570 | 298.80 | $170,316.00 |
| Arakawa, Chika | Associate | 2013 | Litigation | $495 | 87.20 | $43,164.00 |
| Arett, Jessica J. | Associate | 2014 | Business Restructuring & Insolvency | $495 | 23.30 | $11,533.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bartel, Sara | Associate | 2014 | Litigation | $495 | 79.80 | $39,501.00 |
| Birkenfeld, Alexander I. | Associate | 2014 | Tax | $495 | 409.20 | $202,554.00 |
| Contreras, Andrea | Associate | 2012 | Litigation | $585 | 84.20 | $49,257.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $800 | 292.90 | $234,320.00 |
|  |  |  |  | $825* | 94.40 | $77,880.00 |
| de Martino, F. Darnio | Associate | 2008 | Corporate | $680 | 33.30 | $22,644.00 |
| de Ruig, David N. | Associate | 2007 | Tax | $570 | 225.20 | $128,364.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680 | 307.20 | $208,896.00 |
| Fernandes, Rachelle A. | Associate | 2012 | Real Estate | $425 | 9.50 | $4,037.50 |
| Figueroa, Tiffani B. | Associate | 2014 | Litigation | $495 | 5.70 | $2,821.50 |
| Gilbert, Felicia Maria | Associate | 2011 | Litigation | $680 | 4.10 | $2,788.00 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $585 | 186.00 | $108,810.00 |
| Goett, David J. | Associate | 2012 | Tax | $585 | 169.70 | $99,274.50 |
| Haney, Heather | Associate | 2011 | Financial Transactions | $585 | 3.90 | $2,281.50 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750 | 425.50 | $319,125.00 |
| Hiensch, Kristin A. | Associate | 2006 | Business Restructuring & Insolvency | $745 | 17.80 | $13,261.00 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $680 | 332.10 | $225,828.00 |
| Hung, Shiukay | Associate | 2009 | Tax | $750 | 169.30 | $126,975.00 |
| Johnston, Ian Andrew | Associate | 2013 | Litigation | $570 | 40.80 | $23,256.00 |
| Kalansky, Shai | Associate | 2009 | Corporate | $725 | 7.80 | $5,655.00 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $570 | 39.10 | $22,287.00 |

ny-1189508

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Lau, Matthew Y. | Associate | 2010 | Tax | $725 | 95.40 | $69,165.00 |
| Lim, Clara | Associate | 2010 | Tax | $635 | 476.60 | $302,641.00 |
| Manlove, Kendall Lewis | Associate | 2014 | Litigation | $440 | 102.40 | $45,056.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $760 | 641.60 | $487,616.00 |
| Molison, Stacy L. | Attorney | 2009 | Business Restructuring & Insolvency | $725 | 131.20 | $95,120.00 |
| Moloff, Leda A. | Associate | 2009 | Litigation | $725 | 24.90 | $18,052.50 |
| Perkowski, Jacob Josep | Associate | 2014 | Litigation | $440 | 155.20 | $68,288.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760 | 243.60 | $185,136.00 |
| Rothberg, Jonathan C. | Associate | 2008 | Litigation | $760 | 27.50 | $20,900.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495 | 371.90 | $184,090.50 |
| Sorrell, Michael R. | Associate | 2010 | Litigation | $635 | 46.10 | $29,273.50 |
| Stern, Jessica S. | Associate | 2014 | Tax | $440 | 163.50 | $71,940.00 |
| Tepfer, Cameron Andrew | Associate | 2014 | Litigation | $495 | 16.50 | $8,167.50 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1095 $1125* | 103.20 46.90 | $113,004.00 $52,762.50 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $875 | 194.80 | $170,450.00 |
| Kalajian, Perry V. | Of Counsel | 1990 | Financial Transactions Group | $785 | 2.60 | $2,041.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $770 | 156.00 | $120,120.00 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $765 | 12.50 | $9,562.50 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $780 | 194.60 | $151,788.00 |
| Chereshinsky, | Temporary Attorney | 4 months | Litigation | $225 | 530.20 | $119,295.00 |

ny-1189508

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Mark | | | | | | |
| Cusa, Thomas C. | Temporary Attorney | 6 months | Litigation | $225 | 562.70 | $126,607.50 |
| Dhavan, Dhruv A. | Temporary Attorney | 4 months | Litigation | $225 | 697.20 | $156,870.00 |
| Frances, Linda | Temporary Attorney | 4 months | Litigation | $225 | 112.00 | $25,200.00 |
| Gesley, Joseph | Temporary Attorney | 6 months | Litigation | $225 | 683.20 | $153,720.00 |
| Hou, Timothy | Temporary Attorney | 6 months | Litigation | $225 | 632.40 | $142,290.00 |
| Jones, Jason D. | Temporary Attorney | 6 months | Litigation | $225 | 659.60 | $148,410.00 |
| Kim, Eugene H. | Temporary Attorney | 4 months | Litigation | $225 | 625.40 | $140,715.00 |
| Lee, Yumi | Temporary Attorney | 6 months | Litigation | $225 | 641.30 | $144,292.50 |
| Ofosu-Antwi, Elsie J. | Temporary Attorney | 6 months | Litigation | $225 | 599.50 | $134,887.50 |
| Pumo, David | Temporary Attorney | 6 months | Litigation | $225 | 691.60 | $155,610.00 |
| Spielberg, Philip | Temporary Attorney | 6 months | Litigation | $225 | 612.40 | $137,790.00 |
| Thomas, Philip T. | Temporary Attorney | 6 months | Litigation | $225 | 692.70 | $155,857.50 |
| Varghese, Renan | Temporary Attorney | 4 months | Litigation | $225 | 80.50 | $18,112.50 |
| Weinstein, Richard | Temporary Attorney | 4 months | Litigation | $225 | 554.40 | $124,740.00 |

\* Higher rates reflected in this chart have been voluntarily reduced by Morrison & Foerster as billing adjustments.

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Compensation Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bergelson, Vadim | eDiscovery Project Manager | 6 years | Litigation | $310 | 212.20 | $65,782.00 |
| Berger, Lesley D. | Senior Paralegal | 5 years | Corporate | $320 | 26.70 | $8,544.00 |
| Braun, Danielle Eileen | Paralegal | 2 years | Business Restructuring & Insolvency | $300 | 69.90 | $20,970.00 |
| Chan, David | eDiscovery Analyst | 10.5 years | Litigation | $280 | 4.70 | $1,316.00 |
| Curtis, Michael E. | Senior Paralegal | 14.5 years | Litigation | $345 | 185.90 | $64,135.50 |
| Daye, Arthur | eDiscovery Analyst | 2 years | Litigation | $280 | 1.40 | $392.00 |
| Gondkoff, Michael J. | eDiscovery Document Staff Administrator | 4 years | Paralegal Management | $270 | 0.60 | $162.00 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $320 | 127.90 | $40,928.00 |
| Kline, John T. | Senior Paralegal | 9 years | Business Restructuring & Insolvency | $340 | 30.70 | $10,438.00 |
| Roberts, Eric R. | Director, Forensic Accounting Services | 15 years | Litigation | $910 | 5.10 | $4,641.00 |
| Warnick, Russell W. | Paralegal | 7 years | Litigation | $295 | 11.50 | $3,392.50 |
| **Total Incurred:** | | | | | 19,643.5 | $10,430,145.50 |
| **Less Client-Accommodation for Non-Working Travel (50% of fees Incurred):** | | | | | | $(12,136.75) |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred):** | | | | | | $(39,702.00) |
| **Less Client-Accommodation for Transient Timekeepers:** | | | | | | $(11,802.00) |
| **Less Billing Adjustment:** | | | | | | $(5,621.00) |
| **Total Requested:** | | | | | | $10,360,883.75 |

ny-1189508