## **EXHIBIT 3**

## **SUMMARY OF EXPENSES**

| Expense Category | Total Expenses |
|---|---:|
| Air Freight | $135.89 |
| Business Meals | $4,725.49 |
| Color Copies | $5,596.50 |
| Court Filing Service | $132.00 |
| EDiscovery Fees | $85,202.16 |
| Filing Fees | $719.00 |
| Meals | $1,258.82 |
| Messenger Service | $13.50 |
| On-line Research - LEXIS | $46,055.45 |
| On-line Research - OTHER DATABASE | $2,007.68 |
| On-line Research - WESTLAW | $37,492.54 |
| Outside Copying Service | $117.59 |
| Photocopies | $717.40 |
| Search Fees | $29,310.80 |
| Transportation | $2,091.97 |
| Travel | $4,293.58 |
| Travel Meals | $385.77 |
| **Total:** | **$220,256.14** |