# EXHIBIT 3-A

# EXPENSE DETAIL

**January 2015**

**MORRISON | FOERSTER**

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID** ▮▮▮▮
Invoice Number: 5420331
Invoice Date: April 10, 2015

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:    BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through January 31, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 67,793.25 |
| **Total Disbursements** | **67,793.25** |

[redacted]

# MORRISON | FOERSTER

073697-0000001  Invoice Number: 5420331
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: April 10, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Jan-2015 | Photocopies | 414.60 |
| 31-Jan-2015 | Color Copies | 3,653.50 |
| 31-Jan-2015 | Air Freight | 24.24 |
| 31-Jan-2015 | On-line Research – LEXIS   (Jan 1- Jan 31) | 7,864.87 |
| 31-Jan-2015 | On-line Research – WESTLAW  (Jan 1-Jan 31) | 3,396.48 |
| 21-Nov-2014 | Filing Fees (NCR) NATIONAL CORPORATE RESEARCH, LTD., Professional Services Rendered 11/21/2014 | 719.00 |
| 15-Oct-2014 | Search Fees CT LIEN SOLUTIONS, Search fees | 1,341.20 |
| 06-Nov-2014 | Search Fees CHICAGO TITLE INSURANCE COMPANY, Fees for Title Reports & copies | 22,291.00 |
| 07-Jan-2015 | Search Fees CT LIEN SOLUTIONS, Professional fees | 5,678.60 |
| 13-Jan-2015 | Travel, parking, T. Goren, EFH meeting in Delaware, 1/13/15 | 21.00 |
| 13-Jan-2015 | Travel, train, T. Goren, travel to Delaware for meeting, 1/13/15 | 179.00 |
| 13-Jan-2015 | Travel, train, T. Goren, return travel from meeting in Delaware, 1/13/15 | 141.00 |
| 22-Jan-2015 | Travel, K. Manlove, Internet access while traveling to review PCRB documents, 1/22/15 | 30.90 |
| 23-Jan-2015 | Travel, taxi/car service, B. Miller, ground travel to Penn Station for omnibus hearing in Delaware, 1/13/15, 6:51AM | 35.64 |
| 04-Jan-2015 | Local meals, A. Lawrence, 1/4/15, 1:21PM (weekend) | 17.35 |
| 13-Jan-2015 | Local meals, A. Birkenfeld, 1/13/15, 8:11PM | 16.30 |
| 15-Jan-2015 | Local meals, A. Birkenfeld, 1/15/15, 7:59PM | 13.00 |
| 15-Jan-2015 | Local meals, S. Martin, 1/15/15, 8:27PM | 20.00 |
| 18-Jan-2015 | Local meals, S. Martin, 1/18/15, 2:23PM (weekend) | 15.38 |
| 18-Jan-2015 | Local meals, A. Lawrence, 1/14/15, 8:38PM | 20.00 |
| 18-Jan-2015 | Local meals, D. Goett, 1/14/15, 8:21PM | 20.00 |
| 18-Jan-2015 | Local meals, S. Martin, 1/11/15, 4:43PM (weekend) | 14.82 |
| 18-Jan-2015 | Local meals, A. Lawrence, 1/11/15, 1:12PM (weekend) | 18.39 |
| 18-Jan-2015 | Local meals, A. Lawrence, 1/10/15, 6:20PM (weekend) | 17.83 |
| 21-Jan-2015 | Local meals, M. Lau, 1/18/15 (weekend) | 20.00 |
| 08-Jan-2015 | Transportation, taxi/car service, D. Harris, 1/8/15, 10:22PM | 88.66 |
| 12-Jan-2015 | Transportation, taxi/car service, S. Martin, 1/12/15, 9:18PM | 23.63 |
| 13-Jan-2015 | Transportation, taxi/car service, S. Martin, 1/13/15, 11:16 | 25.13 |
| 13-Jan-2015 | Transportation, taxi/car service, A. Birkenfeld, 1/13/15, 10:38PM | 8.60 |
| 14-Jan-2015 | Transportation, taxi/car service, T. Goren, 1/15/15, 10:35PM | 143.00 |
| 14-Jan-2015 | Transportation, taxi/car service, D. Harris, 1/14/15, 9:15PM | 71.59 |
| 15-Jan-2015 | Transportation, taxi/car service, A. Birkenfeld, 1/15/15, 9:30PM | 10.35 |
| 18-Jan-2015 | Transportation, taxi/car service, S. Martin, 1/18/15, 7:54PM (weekend) | 21.00 |
| 20-Jan-2015 | Transportation, taxi/car service, M. Curtis, 1/14/15, 11:08PM | 98.93 |
| 21-Jan-2015 | Transportation, taxi/car service, B. Miller, 1/21/15, 9:35PM | 12.68 |
| 31-Jan-2015 | EDiscovery Fees IRIS DATA SERVICES, INC., eDiscovery Support and Project management - January 2015 | 19,657.30 |
| 08-Dec-2014 | Court Filing Service E. Richards, Court Call | 30.00 |
| 02-Jan-2015 | Court Filing Service D. Harris, Court Call | 37.00 |
| 19-Jan-2015 | Court Filing Service W. Hildbold, Court Call | 65.00 |
| 08-Jan-2015 | Business meals, 8 attendees, tax meeting with T. Humphreys, 1/8/15 | 94.23 |
| 08-Jan-2015 | Business meals, 40 attendees, client meeting with B. Miller, 1/15/15 | 296.52 |
| 14-Jan-2015 | Business meals, 10 attendees, offsite EFH dinner, 1/14/15 | 400.00 |
| 15-Jan-2015 | Business meals, 30 attendees, EFH meeting with B. Miller, 1/15/15 | 343.83 |
| 15-Jan-2015 | Business meals, 15 attendees, client meeting with B. Miller, 1/15/15 | 153.71 |
| 21-Jan-2015 | Business meals, 5 attendees, client meeting with J. Marines, 1/21/15 | 94.12 |

# MORRISON | FOERSTER

073697-0000001  Invoice Number: 5420331
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: April 10, 2015

| Date | Description | Value |
|---|---|---:|
| 12-Jan-2015 | Outside Copying Service ON PRESS GRAPHICS INC., Copy & Scan services, 1/12/15 | 117.59 |
| 31-Jan-2015 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 20 | 8.14 |
| 31-Jan-2015 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 20 | 8.14 |
| | Total Disbursements | 67,793.25 |
| | **Total This Invoice** USD | **67,793.25** |

3

**MORRISON | FOERSTER**

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5420331  
Invoice Date: April 10, 2015

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account.  If you have already submitted payment, we appreciate your promptness.  If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415)-268-2594 or (866)-314-5320.

| Date | Invoice Number | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|
| **21-Oct-14** | 5378314 | USD  1,863,043.22 | USD  1,699,906.79 | USD  163,136.43 |
| **23-Oct-14** | 5378808 | USD  1,494,906.27 | USD  1,201,418.67 | USD  293,487.60 |
| **18-Nov-14** | 5386988 | USD  2,123,226.00 | USD  1,705,660.70 | USD  417,565.30 |
| **25-Nov-14** | 5389453 | USD  2,647,899.61 | USD  2,131,342.81 | USD  516,556.80 |
| **30-Jan-15** | 5404278 | USD  2,167,336.26 | USD  1,749,060.76 | USD  418,275.50 |
| **10-Feb-15** | 5405904 | USD  1,841,748.92 | USD  1,481,851.02 | USD  359,897.90 |

4

**February 2015**

**MORRISON | FOERSTER**

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

Invoice Number: 5426408
Invoice Date: April 29, 2015

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:    BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through February 28, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 45,261.03 |
| **Total This Invoice** | **45,261.03** |

# MORRISON | FOERSTER

| | | |
|---|---|---|
| 073697-0000001 | | Invoice Number: 5426408 |
| BANKRUPTCY OF ENERGY FUTURE HOLDINGS | | Invoice Date: April 29, 2015 |

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 28-Feb-2015 | Photocopies | 261.80 |
| 28-Feb-2015 | Color Copies | 330.00 |
| 28-Feb-2015 | On-line Research – LEXIS (Feb 1 – Feb 28) | 13,596.65 |
| 28-Feb-2015 | On-line Research – WESTLAW (Feb 1 – Feb 28) | 5,337.44 |
| 28-Feb-2015 | On-line Research - OTHER DATABASE | 943.80 |
| 01-Feb-2015 | Local meals, M. Dort, 1/20/15, 7:53PM | 20.00 |
| 01-Feb-2015 | Local meals, A. Lawrence, 1/20/15, 8:10PM | 20.00 |
| 01-Feb-2015 | Local meals, A. Lawrence, 1/21/15, 7:42PM | 20.00 |
| 01-Feb-2015 | Local meals, A. Lawrence, 1/23/15, 7:40PM | 17.83 |
| 01-Feb-2015 | Local meals, A. Lawrence, 2/1/15, 2:58PM (weekend) | 20.00 |
| 03-Feb-2015 | Local meals, A. Birkenfeld, 2/3/15, 8:20PM | 16.85 |
| 10-Feb-2015 | Local meals, A. Birkenfeld, 2/10/15, 8:35PM | 16.30 |
| 15-Feb-2015 | Local meals, A. Lawrence, 2/6/15, 7:53PM | 20.00 |
| 15-Feb-2015 | Local meals, A. Lawrence, 2/7/15, 12:05PM (weekend) | 20.00 |
| 15-Feb-2015 | Local meals, A. Lawrence, 2/4/15, 7:39PM | 20.00 |
| 15-Feb-2015 | Local meals, D. Goett, 2/11/15, 7:38PM | 20.00 |
| 15-Feb-2015 | Local meals, A. Lawrence, 2/11/15, 7:39PM | 20.00 |
| 15-Feb-2015 | Local meals, A. Lawrence, 2/13/15, 7:32PM | 20.00 |
| 15-Feb-2015 | Local meals, J. Perkowski, 2/9/2015, 8:11PM | 20.00 |
| 27-Feb-2015 | Local meals, S. Martin, 2/27/15, 8:13PM | 20.00 |
| 03-Feb-2015 | Transportation, taxi/car service, A. Birkenfeld, 2/3/15, 10:09PM | 8.75 |
| 04-Feb-2015 | Transportation, taxi/car service, A. Birkenfeld, 2/4/15, 10:16PM | 8.76 |
| 10-Feb-2015 | Transportation, taxi/car service, A. Birkenfeld, 2/10/15, 9:49PM | 8.50 |
| 24-Feb-2015 | Transportation, taxi/car service, S. Martin, 2/18/15, 11:29PM | 52.12 |
| 24-Feb-2015 | Transportation, taxi/car service, A. Birkenfeld, 2/24/15, 10:12PM | 13.56 |
| 28-Feb-2015 | Transportation, taxi/car service, S. Martin, 3/1/15, 00:51AM | 23.56 |
| 28-Feb-2015 | EDiscovery Fees IRIS DATA SERVICES, INC., Monthly user access to Relativity - February 2015, eDiscovery processing, support and PM | 22,767.61 |
| 05-Feb-2015 | Business meals, 10 attendees, EFH meeting, 2/5/15 | 200.00 |
| 12-Feb-2015 | Business meals, 10 attendees, EFH meeting, 2/12/15 | 58.89 |
| 15-Feb-2015 | Business meals, 25 attendees, EFH meeting, 2/3/15 | 431.20 |
| 15-Feb-2015 | Business meals, 14 attendees, EFH meeting, 2/4/15, 6:38PM | 280.00 |
| 15-Feb-2015 | Business meals, 10 attendees, 2/11/15, 7:11PM | 178.26 |
| 19-Feb-2015 | Business meals, 8 attendees, EFH meeting, 2/19/15 | 154.12 |
| 23-Feb-2015 | Business meals, 6 attendees, client meeting, 2/23/15 | 68.01 |
| 23-Feb-2015 | Business meals, 10 attendees, EFH meeting, 2/23/15 | 45.83 |
| 26-Feb-2015 | Business meals, 7 attendees, EFH meeting, 2/26/15 | 185.69 |
| 28-Feb-2015 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 19 | 7.75 |
| 28-Feb-2015 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 19 | 7.75 |
| | Total Disbursements | 45,261.03 |
| | **Total This Invoice** | USD **45,261.03** |

2

**March 2015**

# MORRISON | FOERSTER

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas 75201

Invoice Number: 5435679
Invoice Date: June 3, 2015

Client/Matter Number: 073697-0000001

Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through March 31, 2015*

|  | U.S. Dollars |
|---|---:|
| Current Disbursements | 64,159.30 |
| **Total Disbursements** | **64,159.30** |

MORRISON | FOERSTER

073697-0000001 Invoice Number: 5435679
BANKRUPTCY OF ENERGY FUTURE HOLDINGS Invoice Date: June 3, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 31-Mar-2015 | Photocopies | 1.00 |
| 31-Mar-2015 | Color Copies | 1,240.00 |
| 31-Mar-2015 | Air Freight | 20.65 |
| 31-Mar-2015 | On-line Research – LEXIS (March 1-March 31) | 17,609.81 |
| 31-Mar-2015 | On-line Research – WESTLAW (March 1-March 31) | 20,991.52 |
| 31-Mar-2015 | On-line Research - OTHER DATABASE | 944.52 |
| 15-Mar-2015 | Messenger Service Order #: 257242 From: Morrison & Foerster To: US Federal Office Building | 13.50 |
| 10-Mar-2015 | Travel, taxi/car service, B. Miller, ground travel to train station for hearing, 3/10/15 | 14.12 |
| 13-Mar-2015 | Travel, train, C. Kerr, travel to/from Delaware for hearing, 3/13/15 | 310.00 |
| 13-Mar-2015 | Transportation, taxi/car service, J. Perkowski, 3/13/15, 9:12PM | 17.15 |
| 18-Mar-2015 | Transportation, taxi/car service, J. Perkowski, 3/18/15, 10:53PM | 15.35 |
| 01-Mar-2015 | Local meals, S. Martin, 2/28/15, 3:59PM (weekend) | 20.00 |
| 01-Mar-2015 | Local meals, A. Lawrence, 2/26/15, 7:37PM | 20.00 |
| 01-Mar-2015 | Local meals, A. Lawrence, 2/23/15, 7:17PM | 20.00 |
| 01-Mar-2015 | Local meals, A. Lawrence, 2/19/15, 8:02PM | 20.00 |
| 04-Mar-2015 | Local meals, M. Lau, 3/1/15, 9:54PM | 20.00 |
| 15-Mar-2015 | Local meals, S. Martin, 3/3/15, 8:11PM | 20.00 |
| 15-Mar-2015 | Local meals, C. Tepfer, 3/2/15, 8:37PM | 20.00 |
| 15-Mar-2015 | Local meals, J. Perkowski, 3/10/15, 7:42PM | 20.00 |
| 15-Mar-2015 | Local meals, A. Lawrence, 3/11/15, 7:48PM | 20.00 |
| 15-Mar-2015 | Local meals, S. Martin, 3/11/15, 9:07PM | 20.00 |
| 15-Mar-2015 | Local meals, K. Manlove, 3/12/15, 7:38PM | 18.63 |
| 15-Mar-2015 | Local meals, J. Perkowski, 3/13/15, 7:54PM | 20.00 |
| 15-Mar-2015 | Local meals, A. Lawrence, 3/14/15, 11:33AM (weekend) | 18.39 |
| 22-Mar-2015 | Local meals, J. Perkowski, 3/22/15, 12:31PM (weekend) | 14.25 |
| 27-Mar-2015 | Local meals, S. Martin, 3/27/15, 8:02PM | 20.00 |
| 29-Mar-2015 | Local meals, M. Dort, 3/23/15, 9:47PM | 20.00 |
| 29-Mar-2015 | Local meals, A. Lawrence, 3/17/15, 7:42PM | 20.00 |
| 29-Mar-2015 | Local meals, A. Lawrence, 3/18/15, 8:07PM | 20.00 |
| 29-Mar-2015 | Local meals, A. Lawrence, 3/23/15, 7:43PM | 20.00 |
| 29-Mar-2015 | Local meals, A. Lawrence, 3/25/15, 7:38PM | 20.00 |
| 29-Mar-2015 | Local meals, A. Lawrence, 3/28/15, 12:03PM (weekend) | 20.00 |
| 29-Mar-2015 | Local meals, A. Lawrence, 3/28/15, 8:02PM (weekend) | 20.00 |
| 29-Mar-2015 | Local meals, S. Martin, 3/20/15, 8:01PM | 20.00 |
| 29-Mar-2015 | Local meals, J. Perkowski, 3/18/15, 8:08PM | 20.00 |
| 29-Mar-2015 | Local meals, J. Perkowski, 3/23/15, 7:40PM | 20.00 |
| 29-Mar-2015 | Local meals, K. Sadeghi, 3/17/15, 8:32PM | 20.00 |
| 29-Mar-2015 | Local meals, C. Tepfer, 3/16/15, 8:19PM | 14.41 |
| 29-Mar-2015 | Local meals, J. Wishnew, 3/23/15, 8:00PM | 19.21 |
| 01-Mar-2015 | Transportation, taxi/car service, S. Martin, 3/1/15, 9:38PM | 25.13 |
| 02-Mar-2015 | Transportation, taxi/car service, S. Martin, 3/2/15, 10:59PM | 24.63 |
| 02-Mar-2015 | Transportation, taxi/car service, C. Tepfer, 3/2/15, 9:06PM | 35.02 |
| 04-Mar-2015 | Transportation, taxi/car service, K. Manlove, 3/4/15, 9:35PM | 38.16 |
| 04-Mar-2015 | Transportation, taxi/car service, M. Lau, 3/1/15, 10:32PM | 10.98 |
| 10-Mar-2015 | Transportation, taxi/car service, A. Birkenfeld, 3/10/15, 10:01PM | 8.50 |
| 10-Mar-2015 | Transportation, taxi/car service, J. Perkowski, 3/10/15, 10:26PM | 18.35 |
| 11-Mar-2015 | Transportation, taxi/car service, S. Martin, 3/11/15, 10:35PM | 24.63 |
| 11-Mar-2015 | Transportation, taxi/car service, K. Sadeghi, 3/11/15, 1:23AM | 63.75 |

**MORRISON | FOERSTER**

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5435679  
Invoice Date: June 3, 2015

| Date | Description | Value |
|---|---|---|
| 12-Mar-2015 | Transportation, taxi/car service, S. Martin, 3/12/15, 10:45PM | 21.96 |
| 15-Mar-2015 | Transportation, taxi/car service, S. Martin, 3/15/15, 10:56PM | 24.63 |
| 16-Mar-2015 | Transportation, taxi/car service, S. Martin, 3/16/15, 11:26PM | 16.62 |
| 16-Mar-2015 | Transportation, taxi/car service, C. Tepfer, 3/16/15, 11:04PM | 33.44 |
| 17-Mar-2015 | Transportation, taxi/car service, S. Martin, 3/18/15, 00:12AM | 24.13 |
| 17-Mar-2015 | Transportation, taxi/car service, A. Birkenfeld, 3/10/15, 10:01PM | 9.36 |
| 18-Mar-2015 | Transportation, taxi/car service, K. Sadeghi, 3/18/15, 00:19AM | 62.37 |
| 19-Mar-2015 | Transportation, taxi/car service, S. Martin, 3/19/15, 11:49PM | 24.63 |
| 23-Mar-2015 | Transportation, taxi/car service, S. Martin, 3/24/15, 1:36AM | 14.80 |
| 25-Mar-2015 | Transportation, taxi/car service, S. Martin, 3/26/15, 1:08AM | 14.30 |
| 30-Mar-2015 | Transportation, taxi/car service, S. Martin, 3/31/15, 00:28AM | 25.84 |
| 31-Mar-2015 | Transportation, taxi/car service, S. Martin, 4/1/15, 1:09AM | 19.30 |
| 31-Mar-2015 | Transportation, taxi/car service, K. Sadeghi, 4/1/15, 2:05AM | 81.06 |
| 31-Mar-2015 | Transportation, taxi/car service, J. Wishnew, 3/23/15, 10:42PM | 101.07 |
| 31-Mar-2015 | Transportation, taxi/car service, S. Martin, 3/26/15, 10:35PM | 35.98 |
| 31-Mar-2015 | EDiscovery Fees IRIS DATA SERVICES, INC., eDiscovery support, data hosting and project management - March 2015 | 20,528.19 |
| 01-Mar-2015 | Business meals, 30 attendees, 3/3/15, 1:09PM | 600.00 |
| 11-Mar-2015 | Business meals, 12 attendees, EFH meeting, 3/11/15 | 210.65 |
| 13-Mar-2015 | Business meals, 8 attendees, EFH meeting, 3/13/15 | 92.49 |
| 15-Mar-2015 | Business meals, 10 attendees, 3/11/15, 3:12PM | 177.22 |
| 02-Mar-2015 | On-line Research - OTHER DATABASE FIRST AMERICAN DATA TREE LLC, monthly DocEdge charges | 52.10 |
| 31-Mar-2015 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 22 | 8.75 |
| 31-Mar-2015 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 22 | 8.75 |
| | Total Disbursements | 64,159.30 |
| | **Total This Invoice** USD | **64,159.30** |

3

**April 2015**

# MORRISON | FOERSTER

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

Invoice Number: 5437718
Invoice Date: June 9, 2015

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Professional Services Rendered and Disbursements Incurred through April 30, 2015*

|  | U.S. Dollars |
|---|---:|
| Current Disbursements | 43,042.56 |
| **Total This Invoice** | 43,042.56 |

# MORRISON | FOERSTER

073697-0000001  Invoice Number: 5437718
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: June 9, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 30-Apr-2015 | Photocopies | 40.00 |
| 30-Apr-2015 | Color Copies | 373.00 |
| 30-Apr-2015 | Air Freight | 91.00 |
| 30-Apr-2015 | On-line Research - LEXIS | 6,984.12 |
| 30-Apr-2015 | On-line Research - WESTLAW | 7,767.10 |
| 13-Apr-2015 | Travel, train, B. Miller, travel to/from Delaware for hearing, 4/14/15 | 358.00 |
| 14-Apr-2015 | Travel, parking, T. Goren, for hearing in Delaware, 4/14/15 | 21.00 |
| 14-Apr-2015 | Travel, train, T. Goren, to/from Delaware for hearing, 4/14/15 | 305.00 |
| 14-Apr-2015 | Travel, train, D. Harris, to/from Delaware for hearing, 4/14/15 | 290.00 |
| 14-Apr-2015 | Travel, parking, D. Harris, for hearing in Delaware, 4/14/15 | 21.00 |
| 14-Apr-2015 | Travel, train, C. Kerr, travel to Delaware for hearing, 4/14/15 | 186.00 |
| 20-Apr-2015 | Travel, hotel, K. Sadeghi, one night stay at Hotel Dupont in Wilmington for hearing, 4/20/15 | 300.00 |
| 21-Apr-2015 | Travel, plane, L. Marinuzzi, air travel to/from Texas for meetings, 4/21-4/22/15 | 1,106.20 |
| 21-Apr-2015 | Travel, taxi/car service, L. Marinuzzi, ground travel while in Texas for meetings, 4/21/15 | 60.00 |
| 21-Apr-2015 | Travel, parking, L. Marinuzzi, travel to Dallas for meetings, 4/21-4/23/15 | 99.00 |
| 22-Apr-2015 | Travel, hotel, L. Marinuzzi, one night stay at Fairmont Hotel in Dallas due to rescheduled meeting, 4/22/15 | 225.00 |
| 23-Apr-2015 | Travel, taxi/car service, L. Marinuzzi, ground travel while in Texas for meetings, 4/23/15 | 59.22 |
| 23-Apr-2015 | Travel agency fee, L. Marinuzzi, cancellation fee due to rescheduled meeting, 4/23/15 | 207.00 |
| 23-Apr-2015 | Travel, plane, L. Marinuzzi, air travel from Texas for meetings, 4/23/15 | 292.00 |
| 08-Apr-2015 | Local meals, J. Wishnew, 4/8/15, 7:59PM | 14.67 |
| 12-Apr-2015 | Local meals, S. Martin, 4/9/15, 7:59PM | 20.00 |
| 12-Apr-2015 | Local meals, F. de Martino, 4/6/15, 8:11PM | 20.00 |
| 12-Apr-2015 | Local meals, A. Lawrence, 4/11/15, 6:09PM (weekend) | 18.39 |
| 12-Apr-2015 | Local meals, A. Lawrence, 4/12/15, 8:08PM (weekend) | 20.00 |
| 12-Apr-2015 | Local meals, A. Lawrence, 4/4/15, 11:43AM (weekend) | 20.00 |
| 12-Apr-2015 | Local meals, A. Lawrence, 4/5/15, 12:53PM (weekend) | 20.00 |
| 12-Apr-2015 | Local meals, A. Lawrence, 4/5/15, 7:15PM (weekend) | 20.00 |
| 12-Apr-2015 | Local meals, A. Lawrence, 4/7/15, 7:31PM | 20.00 |
| 12-Apr-2015 | Local meals, K. Sadeghi, 3/31/15, 8:13PM | 17.07 |
| 12-Apr-2015 | Local meals, K. Sadeghi, 4/6/15, 9:01PM | 20.00 |
| 23-Apr-2015 | Local meals, S. Martin, 4/23/15, 8:33PM | 20.00 |
| 26-Apr-2015 | Local meals, J. Stern, 4/26/15, 2:20PM (weekend) | 14.00 |
| 03-Apr-2015 | Local travel, taxi/car service, F. de Martino, 4/3/15, 10:09PM | 9.30 |
| 04-Apr-2015 | Local travel, taxi/car service, F. de Martino, 4/4/15, 12:24PM (weekend) | 7.80 |
| 04-Apr-2015 | Local travel, taxi/car service, S. Martin, 4/4/15, 11:58PM | 17.80 |
| 06-Apr-2015 | Local travel, taxi/car service, F. de Martino, 4/7/15, 12:43AM | 11.27 |
| 07-Apr-2015 | Local travel, taxi/car service, L. Guido, 3/31/15, 9:48PM | 89.15 |
| 07-Apr-2015 | Local travel, taxi/car service, K. Sadeghi, 4/7/15, 1:30AM | 64.82 |
| 07-Apr-2015 | Local travel, taxi/car service, S. Martin, 4/7/15, 2:50AM | 17.25 |
| 07-Apr-2015 | Local travel, taxi/car service, K. Sadeghi, 4/7/15, 10:16PM | 70.47 |
| 08-Apr-2015 | Local travel, taxi/car service, S. Martin, 4/18/15, 11:48PM | 25.30 |
| 08-Apr-2015 | Local travel, taxi/car service, K. Manlove, 4/8/15, 9:48PM | 20.89 |
| 10-Apr-2015 | Local travel, taxi/car service, R. Fernandes, 3/31/15, 10:51PM | 52.35 |
| 12-Apr-2015 | Local travel, C. Kerr, parking, 4/12/15, 4:01PM | 26.00 |

MORRISON | FOERSTER

073697-0000001  Invoice Number: 5437718
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: June 9, 2015

| Date | Description | Value |
|---|---|---|
| 14-Apr-2015 | Local travel, taxi/car service, K. Sadeghi, 4/14/15, 9:51PM | 68.38 |
| 14-Apr-2015 | Local travel, taxi/car service, S. Martin, 4/10/15, 1:44AM | 64.38 |
| 21-Apr-2015 | Local travel, taxi/car service, S. Martin, 4/21/15, 11:50PM | 20.19 |
| 23-Apr-2015 | Local travel, taxi/car service, K. Sadeghi, 4/23/15, 11:22PM | 66.80 |
| 23-Apr-2015 | Local travel, taxi/car service, K. Sadeghi, 4/23/15, 1:59AM | 57.95 |
| 24-Apr-2015 | Local travel, taxi/car service, S. Martin, 4/24/14, 1:07AM | 24.41 |
| 08-Dec-2014 | EDiscovery Fees EPIQ EDISCOVERY SOLUTIONS INC., Project Manager | 1,079.40 |
| 08-Jan-2015 | EDiscovery Fees EPIQ EDISCOVERY SOLUTIONS INC., Review User Monthly Fee | 525.00 |
| 08-Feb-2015 | EDiscovery Fees EPIQ EDISCOVERY SOLUTIONS INC., Review User Monthly Fee | 847.00 |
| 08-Mar-2015 | EDiscovery Fees EPIQ EDISCOVERY SOLUTIONS INC., Review User Monthly Fee | 581.00 |
| 08-Apr-2015 | EDiscovery Fees EPIQ EDISCOVERY SOLUTIONS INC., Review User Monthly Fee | 777.00 |
| 30-Apr-2015 | EDiscovery Fees IRIS DATA SERVICES, INC., eDiscovery hosting, support and project management | 18,439.66 |
| 07-Apr-2015 | Business meals, 14 attendees, EFH meeting, 4/7/15 | 144.18 |
| 12-Apr-2015 | Business meals, 10 attendees, client meeting, 4/1/15 | 175.15 |
| 16-Apr-2015 | Business meals, 8 attendees, client meeting, 4/16/15 | 67.89 |
| 23-Apr-2015 | Business meals, 3 attendees, lunch with clients, 4/23/15 | 59.25 |
| 30-Apr-2015 | Business meals, 10 attendees, EFH meeting, 4/30/15 | 200.00 |
| 07-Apr-2015 | Travel meals, 5 attendees, off-site dinner with clients, 4/7/15 | 200.00 |
| 14-Apr-2015 | Travel meals, T. Goren, lunch, in Delaware for hearing, 4/14/15 | 8.25 |
| 20-Apr-2015 | Travel meals, K. Sadeghi, dinner in Delaware for hearing, 4/20/15 | 40.00 |
| 21-Apr-2015 | Travel meals, K. Sadeghi, breakfast in Delaware for hearing, 4/21/15 | 31.74 |
| 22-Apr-2015 | Travel meals, L. Marinuzzi, lunch in Texas for meetings, 4/22/15 | 25.78 |
| 22-Apr-2015 | Travel meals, 4 attendees, dinner in Texas for meetings, 4/22/15 | 80.00 |
| 30-Apr-2015 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 22 | 8.99 |
| 30-Apr-2015 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 22 | 8.99 |
| | Total Disbursements | 43,042.56 |