## EXHIBIT 4

## SUMMARY OF TIME BY CATEGORY

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Asset Analysis and Recovery | 0.0 | $0.00 |
| 002 | Asset Disposition | 237.90 | $215,637.50 |
| 003 | Assumption and Rejection of Leases and Contracts | 7.40 | $6,167.50 |
| 004 | Avoidance Action Analysis | 38.20 | $26,163.50 |
| 005 | Budgeting | 3.40 | $3,436.50 |
| 006 | Business Operations | 1.30 | $1,172.50 |
| 007 | Case Administration | 358.20 | $271,541.00 |
| 008 | Claims Administration and Objections | 33.70 | $25,768.50 |
| 009 | Corporate Governance and Board Matters | 8.40 | $9,226.00 |
| 010 | Employee Benefits and Pensions | 0.80 | $820.00 |
| 011 | Employment and Fee Applications | 144.80 | $89,796.50 |
| 012 | Employment and Fee Applications | 9.90 | $9,101.50 |
| 013 | Financing and Cash Collateral | 2.50 | $2,356.00 |
| 014 | Other Litigation | 169.80 | $127,845.50 |
| 015 | Meetings and Communications with Creditors | 451.60 | $425,741.00 |
| 016 | Non-Working Travel | 24.50 | $24,273.50 |
| 017 | Plan and Disclosure Statement | 1,133.30 | $1,014,432.00 |
| 018 | Real Estate | 0.0 | $0.00 |
| 019 | Relief from Stay and Adequate Protection | 6.20 | $4,338.50 |
| 020 | Reporting | 0.0 | $0.00 |
| 021 | Tax | 1,456.70 | $1,289,002.00 |
| 022 | Valuation | 0.0 | $0.00 |
| 023 | Discovery | 12,014.50 | $4,068,972.00 |
| 024 | Hearings | 152.00 | $141,674.50 |
| 025 | First and Second Day Motions | 0.0 | $0.00 |
| 026 | Claims Investigation | 2,310.00 | $1,815,511.50 |
| 027 | First Lien Investigation | 926.20 | $732,777.50 |
| 028 | Intercompany Claims | 0.0 | $0.00 |
| 029 | Other Motions/Applications | 37.90 | $28,441.00 |
| 030 | Schedules and Statements | 13.20 | $10,020.00 |
| 031 | Insurance | 2.70 | $2,546.50 |
| 032 | Time Entry Review | 45.30 | $39,702.00 |
| 033 | Fee Objection Discussion and Litigation | 5.10 | $5,233.50 |
| 034 | Mediation | 48.00 | $38,447.50 |
| **Total Incurred:** | | **19,643.5** | **$10,430,145.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees Incurred):** | | | **$(12,136.75)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred):** | | | **$(39,702.00)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **$(11,802.00)** |
| **Less Billing Adjustment:** | | | **$(5,621.00)** |
| **Total Requested:** | | | **$10,360,883.75** |