## EXHIBIT 6

**BUDGET AND STAFFING PLANS FOR COMPENSATION PERIOD**

# January 2015

*In re Energy Future Holdings, Corp., et al.*     **Morrison Foerster LLP**
*Case No. 14-10979 (CSS)*     **EXHIBIT C-1 - January 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|:---:|:---:|---:|---:|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 |
| 2 | Asset Disposition | 400.00 | $ 320,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 25.00 | $ 20,000.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 175.00 | $ 140,000.00 |
| 8 | Claims Administration and Objections | 50.00 | $ 40,000.00 |
| 9 | Corporate Governance and Board Matters | 30.00 | $ 24,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 |
| 12 | Employment and Fee Application Objections | 50.00 | $ 40,000.00 |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 |
| 14 | Other Litigation | 20.00 | $ 16,000.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 600.00 | $ 480,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 1000.00 | $ 800,000.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Investigation | 250.00 | $ 200,000.00 |
| 27 | First Lien Investigation | 50.00 | $ 40,000.00 |
| 28 | Intercompany Claims | 500.00 | $ 400,000.00 |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 |
| 31 | Insurance | 0.00 | $ - |
| | | | |
| | **Totals:** | **3548.00** | **$ 2,838,400.00** |

**Morrison Foerster LLP**
**EXHIBIT C-2 - January 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 15 | $ 948.00 |
| Of Counsel | 7 | $ 810.00 |
| Sr. Associate (7 or more years since first admission) | 4 | $ 725.00 |
| Associate (4-6 years since first admission) | 10 | $ 649.00 |
| Jr. Associate (1- 3 years since first admission) | 21 | $ 474.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 4 | $ 306.25 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

**Morrison Foerster LLP**
**EXHIBIT D-1 - January 2015**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 400.00 | $ 320,000.00 | 54.60 | $ 53,134.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 25.00 | $ 20,000.00 | 0.00 | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 1.90 | $ 1,899.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 7 | Case Administration | 175.00 | $ 140,000.00 | 90.50 | $ 69,268.00 |
| 8 | Claims Administration and Objections | 50.00 | $ 40,000.00 | 11.20 | $ 9,013.50 |
| 9 | Corporate Governance and Board Matters | 30.00 | $ 24,000.00 | 8.40 | $ 9,226.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 | 80.20 | $ 56,193.50 |
| 12 | Employment and Fee Application Objections | 50.00 | $ 40,000.00 | 9.90 | $ 9,101.50 |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 | 0.00 | $ - |
| 14 | Other Litigation | 20.00 | $ 16,000.00 | 4.50 | $ 3,333.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 | 216.30 | $ 204,026.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 3.50 | $ 3,237.50 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 | 158.10 | $ 137,542.50 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protection | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 20 | Reporting | 0.00 | $ - | 0.00 | $ - |
| 21 | Tax | 600.00 | $ 480,000.00 | 495.30 | $ 425,307.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | | |
| 23 | Discovery | 1000.00 | $ 800,000.00 | 2146.60 | $ 881,379.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 | 11.00 | $ 10,343.00 |
| 25 | First and Second Day Motions | 0.00 | $ - | 0.00 | $ - |
| 26 | Claims Investigation | 250.00 | $ 200,000.00 | 622.90 | $ 494,258.00 |
| 27 | First Lien Investigation | 50.00 | $ 40,000.00 | 72.30 | $ 52,710.50 |
| 28 | Intercompany Claims | 500.00 | $ 400,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 | 18.10 | $ 14,160.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 | 0.20 | $ 64.00 |
| 31 | Insurance | 0.00 | $ - | 2.70 | $ 2,546.50 |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 0.60 | $ 621.00 |
| | **Totals:** | **3,548.00** | **$ 2,838,400.00** | **4,008.80** | **$ 2,437,363.50** |

# February 2015

*In re Energy Future Holdings, Corp., et al.*  **Morrison Foerster LLP**
*Case No. 14-10979 (CSS)*  **EXHIBIT C-1 - February 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|:---:|:---:|---:|---:|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 |
| 2 | Asset Disposition | 200.00 | $ 160,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 175.00 | $ 140,000.00 |
| 8 | Claims Administration and Objections | 20.00 | $ 16,000.00 |
| 9 | Corporate Governance and Board Matters | 10.00 | $ 8,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 |
| 12 | Employment and Fee Application Objections | 25.00 | $ 20,000.00 |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 |
| 14 | Other Litigation | 20.00 | $ 16,000.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 150.00 | $ 125,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 400.00 | $ 480,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 2500.00 | $ 1,000,000.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Investigation | 150.00 | $ 100,000.00 |
| 27 | First Lien Investigation | 50.00 | $ 40,000.00 |
| 28 | Intercompany Claims | 200.00 | $ 160,000.00 |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 |
| 31 | Insurance | 0.00 | $ - |
| | | | |
| | **Totals:** | **4258.00** | **$ 2,544,000.00** |

In re Energy Future Holdings, Corp., et al.                **Morrison Foerster LLP**
Case No. 14-10979 (CSS)                          **EXHIBIT C-2 - February 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 15 | $ 948.00 |
| Of Counsel | 7 | $ 810.00 |
| Sr. Associate (7 or more years since first admission) | 4 | $ 725.00 |
| Associate (4-6 years since first admission) | 10 | $ 649.00 |
| Jr. Associate (1- 3 years since first admission) | 21 | $ 474.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 4 | $ 306.25 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

**Morrison Foerster LLP**
**EXHIBIT D-1 - February 2015**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 200.00 | $ 160,000.00 | 33.10 | $ 31,755.50 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 | 0.00 | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 13.00 | $ 9,896.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 7 | Case Administration | 175.00 | $ 140,000.00 | 66.00 | $ 50,010.00 |
| 8 | Claims Administration and Objections | 20.00 | $ 16,000.00 | 6.00 | $ 3,778.50 |
| 9 | Corporate Governance and Board Matters | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 0.80 | $ 820.00 |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 | 31.00 | $ 19,620.00 |
| 12 | Employment and Fee Application Objections | 25.00 | $ 20,000.00 | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 | 1.90 | $ 1,741.00 |
| 14 | Other Litigation | 20.00 | $ 16,000.00 | 66.60 | $ 46,025.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 | 75.20 | $ 71,705.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 17 | Plan and Disclosure Statement | 100.00 | $ 80,000.00 | 189.40 | $ 168,429.00 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protection | 5.00 | $ 4,000.00 | 2.60 | $ 1,817.00 |
| 20 | Reporting | 0.00 | $ - | 0.00 | $ - |
| 21 | Tax | 400.00 | $ 480,000.00 | 365.30 | $ 335,562.50 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 600.00 | $ 480,000.00 | 3485.30 | $ 1,193,483.50 |
| 24 | Hearings | 25.00 | $ 20,000.00 | 9.40 | $ 8,114.00 |
| 25 | First and Second Day Motions | 0.00 | $ - | 0.00 | $ - |
| 26 | Claims Investigation | 150.00 | $ 100,000.00 | 326.10 | $ 245,940.00 |
| 27 | First Lien Investigation | 50.00 | $ 40,000.00 | 172.00 | $ 138,074.50 |
| 28 | Intercompany Claims | 200.00 | $ 160,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 | 14.10 | $ 9,896.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 | 13.00 | $ 9,956.00 |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 0.60 | $ 615.00 |
| | **Totals:** | **2,308.00** | **$ 1,979,000.00** | **4,871.40** | **$ 2,347,238.50** |

**March 2015**

*In re Energy Future Holdings, Corp., et al.*     **Morrison Foerster LLP**
*Case No. 14-10979 (CSS)*     **EXHIBIT C-1 - March 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|:---:|:---:|---:|---:|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 |
| 2 | Asset Disposition | 100.00 | $ 80,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 175.00 | $ 140,000.00 |
| 8 | Claims Administration and Objections | 20.00 | $ 16,000.00 |
| 9 | Corporate Governance and Board Matters | 10.00 | $ 8,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 |
| 12 | Employment and Fee Application Objections | 25.00 | $ 20,000.00 |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 |
| 14 | Other Litigation | 75.00 | $ 60,000.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 300.00 | $ 240,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 500.00 | $ 480,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 1000.00 | $ 400,000.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Investigation | 200.00 | $ 160,000.00 |
| 27 | First Lien Investigation | 500.00 | $ 400,000.00 |
| 28 | Intercompany Claims | 200.00 | $ 160,000.00 |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 |
| 31 | Insurance | 10.00 | $ 8,000.00 |
| | | | |
| | **Totals:** | **3473.00** | **$ 2,451,000.00** |

*In re Energy Future Holdings, Corp., et al.*  **Morrison Foerster LLP**
*Case No. 14-10979 (CSS)*  **EXHIBIT C-2 - March 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 15 | $ 948.00 |
| Of Counsel | 7 | $ 810.00 |
| Sr. Associate (7 or more years since first admission) | 4 | $ 725.00 |
| Associate (4-6 years since first admission) | 10 | $ 649.00 |
| Jr. Associate (1- 3 years since first admission) | 21 | $ 474.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 4 | $ 306.25 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.* **Morrison Foerster LLP**
*Case No. 14-10979 (CSS)* **EXHIBIT D-1 - March 2015**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 | 0.00 | - |
| 2 | Asset Disposition | 100.00 | $ 80,000.00 | 47.80 | $ 45,192.50 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 | 3.80 | $ 2,972.50 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 14.30 | $ 10,231.50 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 1.50 | $ 1,537.50 |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 0.30 | $ 307.50 |
| 7 | Case Administration | 175.00 | $ 140,000.00 | 91.40 | $ 65,973.00 |
| 8 | Claims Administration and Objections | 20.00 | $ 16,000.00 | 0.00 | |
| 9 | Corporate Governance and Board Matters | 10.00 | $ 8,000.00 | 0.00 | - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 0.00 | - |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 | 9.30 | $ 4,515.00 |
| 12 | Employment and Fee Application Objections | 25.00 | $ 20,000.00 | 0.00 | - |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 | 0.60 | $ 615.00 |
| 14 | Other Litigation | 75.00 | $ 60,000.00 | 61.40 | $ 47,304.50 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 | 54.50 | $ 50,310.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 4.80 | $ 5,280.00 |
| 17 | Plan and Disclosure Statement | 300.00 | $ 240,000.00 | 142.20 | $ 135,035.00 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | - |
| 19 | Relief from Stay and Adequate Protection | 5.00 | $ 4,000.00 | 3.60 | $ 2,521.50 |
| 20 | Reporting | 0.00 | $ - | 0.00 | - |
| 21 | Tax | 500.00 | $ 480,000.00 | 278.80 | $ 242,055.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | - |
| 23 | Discovery | 1000.00 | $ 400,000.00 | 3464.60 | $ 1,141,111.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 | 16.00 | $ 15,355.00 |
| 25 | First and Second Day Motions | 0.00 | $ - | 0.00 | - |
| 26 | Claims Investigation | 200.00 | $ 160,000.00 | 690.30 | $ 526,429.50 |
| 27 | First Lien Investigation | 500.00 | $ 400,000.00 | 531.90 | $ 424,274.50 |
| 28 | Intercompany Claims | 200.00 | $ 160,000.00 | 0.00 | - |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 | 1.90 | $ 1,535.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 | 0.00 | - |
| 31 | Insurance | 10.00 | $ 8,000.00 | 0.00 | - |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 3.00 | $ 3,075.00 |
| | **Totals:** | **3,473.00** | **$ 2,451,000.00** | **5,422.00** | **$ 2,725,630.50** |

# April 2015

In re Energy Future Holdings, Corp., et al.
Case No. 14-10979 (CSS)

**Morrison Foerster LLP**
**EXHIBIT C-1 - April 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|:---:|:---:|---:|---:|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 |
| 2 | Asset Disposition | 100.00 | $ 80,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 175.00 | $ 140,000.00 |
| 8 | Claims Administration and Objections | 20.00 | $ 16,000.00 |
| 9 | Corporate Governance and Board Matters | 10.00 | $ 8,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 |
| 12 | Employment and Fee Application Objections | 25.00 | $ 20,000.00 |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 |
| 14 | Other Litigation | 75.00 | $ 60,000.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 300.00 | $ 240,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 500.00 | $ 480,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 1500.00 | $ 750,000.00 |
| 24 | Hearings | 50.00 | $ 40,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Investigation | 400.00 | $ 320,000.00 |
| 27 | First Lien Investigation | 300.00 | $ 250,000.00 |
| 28 | Intercompany Claims | 100.00 | $ 800.00 |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 |
| 31 | Insurance | 10.00 | $ 8,000.00 |
| | | | |
| | **Totals:** | **3898.00** | **$ 2,671,800.00** |

*In re Energy Future Holdings, Corp., et al.*       **Morrison Foerster LLP**
*Case No. 14-10979 (CSS)*       **EXHIBIT C-2 - April 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 15 | $ 948.00 |
| Of Counsel | 7 | $ 810.00 |
| Sr. Associate (7 or more years since first admission) | 4 | $ 725.00 |
| Associate (4-6 years since first admission) | 10 | $ 649.00 |
| Jr. Associate (1- 3 years since first admission) | 21 | $ 474.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 4 | $ 306.25 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

**Morrison Foerster LLP**
**EXHIBIT D-1 - April 2015**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 | 0.00 | - |
| 2 | Asset Disposition | 100.00 | $ 80,000.00 | 102.40 | $ 85,555.50 |
| 3 | Assumption and Rejection of Leases and Contracts | 10.00 | $ 600.00 | 3.60 | $ 3,195.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 10.90 | $ 6,036.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | - |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 1.00 | $ 865.00 |
| 7 | Case Administration | 175.00 | $ 140,000.00 | 110.30 | $ 86,290.00 |
| 8 | Claims Administration and Objections | 20.00 | $ 16,000.00 | 16.50 | $ 12,976.50 |
| 9 | Corporate Governance and Board Matters | 10.00 | $ 8,000.00 | 0.00 | - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 0.00 | - |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 | 24.30 | $ 9,468.00 |
| 12 | Employment and Fee Application Objections | 25.00 | $ 20,000.00 | 0.00 | - |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 | 0.00 | - |
| 14 | Other Litigation | 75.00 | $ 60,000.00 | 37.30 | $ 31,183.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 | 105.60 | $ 99,700.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 16.20 | $ 15,756.00 |
| 17 | Plan and Disclosure Statement | 300.00 | $ 240,000.00 | 643.60 | $ 573,425.50 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | |
| 19 | Relief from Stay and Adequate Protection | 5.00 | $ 4,000.00 | 0.00 | - |
| 20 | Reporting | 0.00 | $ - | 0.00 | - |
| 21 | Tax | 500.00 | $ 480,000.00 | 317.30 | $ 286,077.50 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | - |
| 23 | Discovery | 1500.00 | $ 750,000.00 | 2918.00 | $ 852,998.50 |
| 24 | Hearings | 50.00 | $ 40,000.00 | 115.60 | $ 107,862.50 |
| 25 | First and Second Day Motions | 0.00 | $ - | 0.00 | - |
| 26 | Claims Investigation | 400.00 | $ 320,000.00 | 670.70 | $ 548,884.00 |
| 27 | First Lien Investigation | 300.00 | $ 250,000.00 | 150.00 | $ 117,718.00 |
| 28 | Intercompany Claims | 100.00 | $ 800.00 | 0.00 | |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 | 3.80 | $ 2,850.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 | 0.00 | - |
| 31 | Insurance | 10.00 | $ 8,000.00 | 0.00 | - |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 0.90 | $ 922.50 |
| 34 | Mediation | 0.00 | $ - | 48.00 | $ 38,447.50 |
| | **Totals:** | **3,898.00** | **$ 2,671,800.00** | **5,248.00** | **$ 2,841,763.50** |