# Exhibit D

**Timekeeper Fees Summary**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 191.40 | $73,689.00 |
| J. Michael Childers | Partner | 1990 | Energy | $505.00 | 106.30 | $53,681.50 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $320.00 | 287.40 | $91,968.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 730.70 | $369,003.50 |
| William Lineberry | Partner | 1992 | Corporate | $460.00 | 0.25 | $115.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 205.70 | $103,878.50 |
| Phillip Nichols | Partner | 1991 | Corporate | $480.00 | 15.30 | $7,344.00 |
| Mary Samuels | Partner | 2007 | Environmental | $320.00 | 46.10 | $14,752.00 |
| Pamela P. Smith | Partner | 1999 | Corporate | $415.00 | 0.25 | $103.75 |
| Stephen C. Still | Partner | 1994 | Energy | $480.00 | 24.0 | $11,520.00 |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 144.30 | $34,632.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 259.90 | $61,076.50 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $275.00 | 85.20 | $23,430.00 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $290.00 | 18.60 | $5,394.00 |
| Melanie Jablonski | Associate | 2006 | Environmental | $315.00 | 7.40 | $2,331.00 |
| Michael P. Malenfant | Associate | 2013 | Energy | $235.00 | 5.0 | $1,175.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 483.80 | $137,883.00 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 42.25 | $11,407.50 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | $220.00 | 267.10 | $58,762.00 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $260.00 | 291.70 | $75,842.00 |
| | | | | | 3,212.65 | $1,137,988.25 |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $195.00 | 358.50 | $69,907.50 |
| | | | | | 358.50 | $69,907.50 |

| | |
|---|---|
| **Total Fees Requested** | **$1,207,895.75** |