# <u>Exhibit E</u>

**Expense Summary**

**EXPENSE SUMMARY**
**JANUARY 1, 2015 THROUGH APRIL 30, 2015**

| Expense Category | Amount |
|---|---|
| Airfare | $15,080.74 |
| Business Meals | $113.99 |
| Color Copies or Prints | $177.50 |
| Deliveries | $132.67 |
| Other Travel Expenses | $990.32 |
| Outside Retrieval Service | $16.50 |
| Standard Copies or Prints | $1,152.10 |
| Telephone Charges | $215.70 |
| Transportation | $71.32 |
| Transportation to/from airport | $739.30 |
| Travel Meals | $2,552.60 |
| Traveling Expenses – Lodging | $6,920.36 |
| **Total Expenses:** | **$28,163.10** |