# Exhibit F

**Matter Categories Summary**

**COMPENSATION BY SUBJECT MATTER[1]**
**JANUARY 1, 2015 THROUGH APRIL 30, 2015**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Martin Lake Clean Air Act Citizen Suit | 0.40 | $140.00 |
| 4 | General Environmental Matters | 161.60 | $59,019.50 |
| 7 | EPA NSR Litigation | 1,643.95 | $499,175.00 |
| 8 | EGU MACT | 119.85 | $39,329.75 |
| 9 | Texas PM2.5 Interstate Transport Rule | 27.50 | $13,458.50 |
| 10 | Supplemental §114 Response | 87.15 | $28,412.75 |
| 11 | EPA Regional Haze Rulemaking | 1,218.80 | $447,918.50 |
| 12 | Big Brown CAA Citizen Suit | 0.80 | $318.00 |
| 16 | Big Brown Citizen Suit Appeal | 0.30 | $151.50 |
| 18 | EPA Affirmative Defense Litigation | 12.40 | $4,068.00 |
| 19 | EPA GHG Rules | 23.30 | $10,390.00 |
| 20 | We Energies Plant Service Agreement | 39.55 | $18,967.75 |
| 21 | Bankruptcy Application and Retention | 129.0 | $32,750.00 |
| 22 | Champion Creek | 106.55 | $53,796.50 |
| **Totals:** | | **3,571.15** | **$1,207,895.75** |

---

[1]     The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.