**EXHIBIT D**

**Summary of Stevens & Lee, P.C. Non-Bankruptcy Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category (Delaware) | Blended Hourly Rate | |
| --- | --- | --- |
| | **Worked and Billed in 2014** (excluding bankruptcy lawyers) | **Billed in this Fee Application**[1] |
| Shareholders | $330.00[2] | $689.33 |
| Associates | N/A[3] | $276.74 |
| Legal Assistants/Paralegals | $159.00 | $165.00 |
| **Average Rate** | $244.36 | $472.16 |

Case Name:             Energy Future Intermediate Holding Company LLC
Case Number:          14-10979 (CSS)
Applicant's Name:    Stevens & Lee, P.C.
Date of Application:  June 15, 2015
Interim or Final:        Interim

---

[1] The $2,750.00 voluntary reduction was applied to the final total, but is incorporated into the associate hourly blended rate only.

[2] This includes hours recorded on matters which were contingent and unsuccessful; institutional clients who negotiated volume discounts; work for nonprofits; and negotiated fee engagements.

[3] There are no associates, bankruptcy or otherwise, located in the S&L Delaware office.

SL1 1370480v1 109285.00006