## EXHIBIT E

### Summary of Stevens & Lee, P.C. Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Practice Concentration | 2015 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Shareholder & Co-Chair | 1975 (PA) 2001 (DE) | Bankruptcy/ Restructuring | $695.00 | 52.6 | $ 36,557.00 |
| John D. Demmy | Shareholder | 1986 (PA) 1990 (DE) | Bankruptcy/ Restructuring | $620.00 | 4.3 | $ 2,666.00 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy/ Restructuring | $335.00 | 47.2 | $ 15,812.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy/ Litigation | $165.00 | 10.2 | $ 1,683.00 |
| | | | | TOTAL | 114.3 | $ 56,718.00 |
| | | | LESS: Voluntary Reduction (Feb. 2015) | | | $ 2,750.00 |
| | | | | | Grand Total | $ 53,968.00 |

| Name of Professional | Title | Year Admitted | Practice Concentration | 2014 Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Shareholder & Co-Chair | 1975 (PA) 2001 (DE) | Bankruptcy/ Restructuring | $680.00 | 52.6 | $ 35,768.00 |
| John D. Demmy | Shareholder | 1986 (PA) 1990 (DE) | Bankruptcy/ Restructuring | $595.00 | 4.3 | $ 2,558.50 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy/ Restructuring | $310.00 | 47.2 | $ 14,632.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy/ Litigation | $160.00 | 10.2 | $ 1,632.00 |
| | | | | TOTAL | 114.3 | $ 54,590.50 |
| | | | LESS: Voluntary Reduction (Feb. 2015) | | | $ 2,750.00 |
| | | | | | Grand Total | $ 51,840.50 |

---

[1] For the Fee Period, S&L's current hourly billing rate for each attorney and paraprofessional equals the respective 2015 hourly billing rate as disclosed in the S&L employment application. There have been no rate increases during the Fee Period, or since the inception of the case.