## <u>EXHIBIT F</u>

**Summary of Stevens & Lee, P.C. Expenses**

| Service Description | | Amount |
|---|---|---|
| Document Reproduction | $ | 294.80 |
| Computer Research | $ | 151.30 |
| Court Call Fees | $ | 223.00 |
| Telephone | $ | 14.67 |
| Filing Fees | $ | 25.00 |
| **TOTAL** | **$** | **708.77** |