# EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| **(1) Professional Retentions** | 22.5 | $ 13,821.00 |
| **(2) Case Administration-General Matters** | 2.4 | $ 1,172.00 |
| **(3) Chapter 11 Issues** | 0.0 | $ 0.00 |
| **(4) Communications with Professionals** | 0.0 | $ 0.00 |
| **(5) Fee Applications – Others** | 21.7 | $ 10,441.50 |
| **(6) Fee Applications – S&L** | 57.6 | $ 21,730.00[1] |
| **(7) Hearings** | 3.2 | $ 2,224.00 |
| **(8) Legal & Factual Research** | 0.0 | $ 0.00 |
| **(9) Meetings** | 0.0 | $ 0.00 |
| **(10) Plans of Reorganization and Disclosure Statements** | 6.0 | $ 4,170.00 |
| **(11) Pleadings, Motions & Briefs** | 0.9 | $ 409.50 |
| **TOTAL** | **114.3** | **$ 53,968.00** |

---

[1] This total incorporates the $2,750 voluntary reduction in February 2015.