## Exhibit B

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 319.3 | $407,107.50 |
|  |  |  |  | $637.50 | 34.4 | $21,930.00[1] |
| Justin Breen | Partner | 2003 | Corporate | $1,000 | 6.4 | $6,400.00 |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 219.1 | $191,712.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 487.1 | $474,922.50 |
|  |  |  |  | $487.50 | 43.6 | $21,255.00[1] |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 79.5 | $79,500.00 |
| Martin H. Hamilton | Partner | 2004 | Tax | $925 | 0.8 | $740.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 130.4 | $146,700.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 525.4 | $591,075.00 |
|  |  |  |  | $562.50 | 100.4 | $56,475.00[1] |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 195.5 | $190,612.50 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 277.3 | $249,570.00 |
|  |  |  |  | $450 | 10.2 | $4,590.00[1] |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 184.1 | $234,727.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 592.6 | $666,675.00 |
|  |  |  |  | $562.50 | 121.0 | $68,062.50[1] |
| Ronald E. Wood | Partner | 1988 | Litigation | $875 | 128.9 | $112,787.50 |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 525.4 | $485,995.00 |
|  |  |  |  | $462.50 | 15.7 | $7,261.25[1] |
| Steven H. Holinstat | Senior Counsel | 1996 | Litigation | $825 | 124.5 | $102,712.50 |
| Jeffrey Chubak | Associate | 2007 | Corporate | $795 | 131.6 | $104,622.00 |
| Celia V. Cohen | Associate | 2010 | Litigation | $695 | 4.5 | $3,127.50 |
| Christopher J. DePizzo | Associate | 2012 | Corporate | $575 | 2.6 | $1,495.00 |
| Michael E. Ellis | Associate | 2007 | Corporate | $800 | 32.9 | $26,320.00 |
| Scott J. Fishwick | Associate | 2012 | Litigation | $660 | 45.4 | $29,964.00 |
| Jinyoung Joo | Associate | 2011 | Corporate | $695 | 35.8 | $24,881.00 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 326.3 | $151,729.50 |
| Brandon W. Levitan | Associate | 2010 | Corporate | $695 | 78.1 | $54,279.50 |
| Cody S. Lonning | Associate | 2014 | Litigation | $395 | 65.5 | $25,872.50 |
| Steve Ma | Associate | 2014 | Corporate | $465 | 1.8 | $837.00 |
| Joseph P. Malca | Associate | 2013 | Tax | $575 | 345.5 | $198,662.50 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 296.1 | $235,399.50 |
| Gary Silber | Associate | 2011 | Tax | $695 | 139.5 | $96,952.50 |
| Adam Waks | Associate | 2015 | Corporate | $395 | 1.0 | $395.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 192.7 | $147,415.50 |
| Amy Zelcer | Associate | 2014 | Tax | $395 | 11.8 | $4,661.00 |
| **Total** |  |  |  |  | **5,832.7** | **$5,227,425.25** |

---

[1]   Represents a fifty percent (50%) reduction for non-working travel time.

49781180v3

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David C. Cooper | Legal Assistant | 17 years | Corporate | $325 | 4.2 | $1,365.00 |
| J. Devoy Dubuque | Legal Assistant | 2.5 years | Corporate | $235 | 46.0 | $10,810.00 |
| Olga A. Golinder | Legal Assistant | 2.5 years | Litigation | $325 | 9.9 | $3,217.50 |
| Guy Harris | Practice Support | 9 years | Professional Resources | $335 | 2.3 | $770.50 |
| Joshua M. Kay | Project Manager of E-Discovery Services | 0.5 years | Professional Resources | $335 | 16.6 | $5,561.00 |
| New Klebanoff | Practice Support | 1.5 years | Professional Resources | $335 | 0.3 | $100.50 |
| Magali Lespinasse Lee | Senior Legal Assistant | 2 years | Corporate | $350 | 1.5 | $525.00 |
| Rachael Hope Moller | Librarian | 9 years | Professional Resources | $240 | 0.8 | $192.00 |
| Dera J. Nevin | Director of E-Discovery Services | 0.5 years | Professional Resources | $400 | 5.0 | $2,000.00 |
| Jeremy Peskin | Law Clerk | 0.5 years | Tax | $450 | 7.5 | $3,375.00 |
| Bradley Presant | Legal Assistant | 2.5 years | Litigation | $235 | 2.5 | $587.50 |
| Samantha L. Randazzo | Legal Assistant | 0.75 years | Corporate | $195 | 1.8 | $351.00 |
| Corey I. Rogoff | Legal Assistant | 1 year | Litigation | $235 | 4.4 | $1,034.00 |
| Javier Santiago | Legal Assistant | 12 years | Corporate | $305 | 0.5 | $152.50 |
| Michael A. Willis | Legal Assistant | 0.5 years | Labor & Employment | $195 | 3.3 | $643.50 |
| **Total** | | | | | 106.6 | $30,685.00 |

| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | 5,939.3 | $5,258,110.25 |
|---|---|---|