**Exhibit C**

[Summary of Actual and Necessary Expenses for the Fee Period]

49781180v3

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $5,433.60 |
| Telecommunications | $446.36 |
| Research (Lexis/Westlaw/Other Database Searches)[1] | $118,260.81 |
| Litigation and Corporate Support Services[2] | $1,990.10 |
| Travel Out-of-Town – Transportation | $38,555.06[3] |
| Taxi, Carfare, Mileage, Parking | $9,775.33[4] |
| Messenger/Delivery/Postage | $510.37 |
| Business Meals | $8,527.56[5] |
| Out-of-Town Lodging | $22,076.88[6] |
| Word Processing | $0.00[7] |
| Other Disbursements | $0.00[8] |
| **Total** | **$205,576.07** |

---

[1] Computer-assisted legal research is used only when the researcher determines that using it is more cost effective than using traditional (non-computer assisted legal research) techniques. Proskauer bills the estate for computer-assisted legal research based on rates established by third-party computer-assisted legal research providers and the actual use of such services by Proskauer professionals. Although Proskauer pays flat fees to its third-party computer-assisted legal research providers, Proskauer's usage impacts the flat fees that Proskauer pays.

[2] Consists of CourtCall, PACER and outside copying expenses.

[3] Includes non-refundable first-class airfare reduced by fifty percent (50%) to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the concerns of the Fee Committee with respect to such expenses.

[4] Includes a reduction of $258.61 on account of an inadvertent overcharge and an inadvertent duplicative charge.

[5] Includes a reduction of $6,292.94 for business meal expenses in excess of the reimbursable cap imposed by the Fee Committee.

[6] Includes a reduction of $4,156.34 for lodging expenses in excess of the reimbursable cap imposed by the Fee Committee.

[7] Includes a reduction of $1,496.20 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the Fee Committee guidelines.

[8] Includes a reduction of $780.00 for certain overtime expenses that are not reimbursable pursuant to the Fee Committee guidelines.

49781180v3