**Exhibit D**

[Statement of Fees by Subject Matter]

49781180v3

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 76.4 | $44,527.00 |
| 002 | Asset Disposition | 249.4 | $259,815.00 |
| 003 | EFH Business Operations | 8.0 | $7,367.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 144.3 | $132,407.50 |
| 005 | EFH Corporate Governance and Board Matters | 368.2 | $413,727.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 122.9 | $83,555.00 |
| 007 | Employment and Fee Applications | 41.4 | $39,666.00 |
| 008 | Fee Applications and Objections | 178.1 | $155,757.50 |
| 009 | Financing and Cash Collateral | 523.6 | $473,564.50 |
| 010 | Hearings | 17.5 | $17,861.00 |
| 011 | Intercompany Claims Investigation and Analysis | 2,276.1 | $1,974,863.50 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 91.2 | $103,555.00 |
| 014 | Non-Working Travel | 325.3 | $179,573.75 |
| 015 | Plan and Disclosure Statement | 450.7 | $475,703.50 |
| 016 | Tax | 1,066.2 | $896,166.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **5,939.3** | **$5,258,110.25** |

49781180v3