## EXHIBIT C

**Summary of O'Kelly Ernst & Bielli, LLC Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | **Worked and Billed in 2015** (excluding Restructuring lawyers) | **Billed in this Fee Application** |
| Partners | $360.00 | $350.00 |
| Associates | $192.50 | $179.31 |
| Legal Assistants/Paralegals | $107.50 | $124.94 |
| Total | **$220.00** | **$242.28** |

Case Name: Energy Future Holdings Corp.

Case Number: 14-10979 (CSS)

Applicant's Name: O'Kelly Ernst & Bielli, LLC

Date of Application: June 15, 2015

Interim or Final: Interim