**EXHIBIT D**

**Summary of O'Kelly Ernst & Bielli, LLC Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David Klauder | Partner | 2012 | Bankruptcy | $350.00 | 61.8 | $21,630.00 |
| Shannon Dougherty | Associate | 2012 | Bankruptcy | $180.00 | 42.8 | $7,704.00 |
| Cory Stephenson | Law Clerk (until 1/13/15); Associate (as of 1/14/15) | 2015 | Bankruptcy | $120.00 | 0.9 | $108.00 |
| Amy Huber | Paralegal | N/A | Bankruptcy | $125.00 | 33.1 | $4,137.50 |
| **TOTAL** | | | | | **138.6** | **$33,579.50** |