## EXHIBIT E

**Summary of O'Kelly Ernst & Bielli, LLC Expenses**

| Service Description | Amount |
|---|---|
| **Conference Call** | **$ 102.00** |
| Courier & Express Carriers | $  84.11 |
| **Court Reporter** | **$  94.80** |
| Filing/Court Fees | $ 102.00 |
| **In-House Reproduction** | **$ 150.00** |
| Teleconference Charges | $  11.45 |
| Total | $ 544.36 |