# EXHIBIT F

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter Number | Matter Description | Total Billed Hours | Total Fees |
|---|---|---|---|
| 3 | [ALL] Automatic Stay | 0.2 | $70.00 |
| 6 | [ALL] Case Administration | 27.2 | $8,396.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 0.5 | $124.00 |
| 12 | [ALL] Hearings | 3.5 | $1,225.00 |
| 17 | [ALL] Non-OEB Retention and Fee Applications | 30.7 | $7,686.00 |
| 14 | [ALL] OEB Retention and Fee Applications | 68.0 | $13,358.00 |
| 21 | [ALL] Plan and Disclosure Statements | 8.2 | $2,615.00 |
| 9 | [ALL] Contested Matters & Advers. Pro. | 0.3 | $105.00 |
|  | **TOTAL** | **138.6** | **$33,579.50** |