## **EXHIBIT H**

**Detailed Expense Records for O'Kelly Ernst & Bielli, LLC**

| **Date** | **Provider** | **Category** | **Price** | **Qty** | **Amount** |
|---|---|---|---|---|---|
| 01-08-2015 | O'Kelly Ernst & Bielli, LLC | In-house Reproduction | $ 0.10 | 45 | $ 4.50 |
| 01-09-2015 | O'Kelly Ernst & Bielli, LLC | In-house Reproduction | $ 0.10 | 34 | $ 3.40 |
| 01-12-2015 | O'Kelly Ernst & Bielli, LLC | In-house Reproduction | $ 0.10 | 746 | $ 74.60 |
| 01-13-2015 | FedEx | Courier & Express Carriers | $ - | 0 | $ 84.11 |
| 01-30-2015 | MSC 155 | Teleconference Charges | $ - | 0 | $ 11.45 |
| 01-31-2015 | PACER | Filing/Court Fees | $ - | 0 | $ 25.10 |
| 02-10-2015 | O'Kelly Ernst & Bielli, LLC | In-house Reproduction | $ 0.10 | 56 | $ 5.60 |
| 02-12-2015 | O'Kelly Ernst & Bielli, LLC | In-house Reproduction | $ 0.10 | 1 | $ 0.10 |
| 02-16-2015 | O'Kelly Ernst & Bielli, LLC | In-house Reproduction | $ 0.10 | 33 | $ 3.30 |
| 02-16-2015 | Veritext NY Reporting Co. | Court Reporter | $ - | 1 | $ 94.80 |
| 02-24-2015 | O'Kelly Ernst & Bielli, LLC | In-house Reproduction | $ 0.10 | 6 | $ 0.60 |
| 02-28-2015 | PACER | Filing/Court Fees | $ - | 1 | $ 44.00 |
| 03-16-2015 | O'Kelly Ernst & Bielli, LLC | In-House Reproduction | $ 0.10 | 1 | $0.10 |
| 03-26-2015 | O'Kelly Ernst & Bielli, LLC | In-House Reproduction | $ 0.10 | 1 | $0.10 |
| 03-31-2015 | PACER | Filing/Court Fees | $- | 0 | $4.90 |
| 04-07-2015 | O'Kelly Ernst & Bielli, LLC | In-House Reproduction | $ 0.10 | 12 | $ 1.20 |
| 04-09-2015 | PACER | Filing/Court Fees | $- |  | $ 25.00 |
| 04-13-2015 | O'Kelly Ernst & Bielli, LLC | In-House Reproduction | $ 0.10 | 220 | $ 22.00 |
| 04-14-2015 | O'Kelly Ernst & Bielli, LLC | In-House Reproduction | $ 0.10 | 180 | $ 18.00 |
| 04-14-2015 | O'Kelly Ernst & Bielli, LLC | In-House Reproduction | $ 0.10 | 135 | $ 13.50 |
| 04-16-2015 | O'Kelly Ernst & Bielli, LLC | In-House Reproduction | $ 0.10 | 1 | $ 0.10 |
| 04-16-2015 | CourtCall | Conference Call | $- | 0 | $ 44.00 |
| 04-16-2015 | CourtCall | Conference Call | $- | 0 | $ 58.00 |
| 04-24-2015 | O'Kelly Ernst & Bielli, LLC | In-House Reproduction | $ 0.10 | 17 | $ 1.70 |
| 04-29-2015 | O'Kelly Ernst & Bielli, LLC | In-House Reproduction | $ 0.10 | 12 | $ 1.20 |
| 04-30-2015 | PACER | Filing/Court Fees | $- | 0 | $ 3.00 |
|  |  |  |  |  |  |
| **GRAND TOTAL** |  |  |  |  | **$ 544.36** |