IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered)<br><br>Objection Deadline: July 6, 2015, at 4:00 p.m. ET<br>Hearing Date: To be determined |

## NOTICE OF INTERIM FEE APPLICATION

PLEASE TAKE NOTICE that on June 15, 2015, O'Kelly Ernst & Bielli, LLC (the "Applicant") filed its *Second Interim Fee Application of O'Kelly Ernst & Bielli, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period from January 1, 2015 through and Including April 30, 2015* (the "Fee Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated September 16, 2014 [D.I. 2066] (the "Administrative Order"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz, and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter, and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the (T-side) Official Committee of Unsecured Creditors, Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines; (viii) counsel to the (E-side) Official Committee of Unsecured Creditors, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, Attn: Andrew G. Dietderich, Brian D. Glueckstein, Michael H. Torkin and Mark U. Schneiderman; (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; and (x) the Applicant, Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, IL 60602, Attn: Jeff J. Marwil, Mark K. Thomas and Peter J. Young, by no later than **4:00 p.m. (prevailing Eastern Daylight Time) on July 6, 2015** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that a hearing on the Fee Application will be held on a date and time to be determined before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th floor, Courtroom no. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE ADMINISTRATIVE ORDER BY THE OBJECTION DEADLINE, THE RELIEF REQUESTED IN THE FEE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING**.

        **O'KELLY ERNST & BIELLI, LLC**

Date:  June 15, 2015        */s/ David M. Klauder*
        David M. Klauder (No. 5769)
        Shannon J. Dougherty (No. 5740)
        901 N. Market Street, Suite 1000
        Wilmington, DE  19801
        Phone: (302) 778-4000
        Fax: (302) 295-2873
        dklauder@oeblegal.com
        sdougherty@oeblegal.com

        *Co-Counsel to the Debtor*
        *Energy Future Holdings Corp.*