# EXHIBIT 2

## SUMMARY OF PROFESSIONALS

The AlixPartners professionals who rendered services in these cases during the Fee Period January 1, 2015 through April 30, 2015 are:

| Name of Professional | Title | Department | 2014 Hourly Rate | 2015 Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Alan Holtz* | Managing Director | Turnaround and Restructuring | $990 | $1,010 | 150.8 | $151,158.00 |
| James A. Mesterharm* | Managing Director | Turnaround and Restructuring | 990 | 1,010 | 15.5 | 15,365.00 |
| Robert D. Albergotti | Director | Turnaround and Restructuring | 715 | 745 | 240.7 | 176,147.50 |
| Mark F. Rule | Director | Financial Advisory Services | 715 | 745 | 314.9 | 232,509.50 |
| Mercedes Arango | Director | Financial Advisory Services | 715 | 745 | 268.5 | 196,393.50 |
| Adam Z. Hollerbach | Director** | Turnaround and Restructuring | 540 | 695 | 539.8 | 375,161.00 |
| Lowell Thomas | Vice President | Turnaround and Restructuring | 490 | 510 | 276.3 | 139,013.00 |
| | | | | | 1,806.5 | 1,285,747.50 |
| | | | | | **Less 50% Travel** | (28,358.75) |
| | | | | | 1,806.5 | $1,257,388.75 |

*Reflects discount to actual 2015 billing rates of $1045. and $1035., respectively, in accordance with cap arrangement in Engagement Letter.

**Reflects promotion from Vice President, effective January 1, 2015