## **EXHIBIT 3**

**SUMMARY OF EXPENSES**

Expenses incurred during the Fee Period January 1, 2015 through April 30, 2015

| Expense Categories | January-15 | February-15 | March-15 | April-15 | TOTAL |
|---|---:|---:|---:|---:|---:|
| Coach Airfare | $3,942.78 | $1,835.10 | $4,996.56 | $225.01 | $10,999.45 |
| Cab Fare / Ground Transportation | 1,352.97 | 908.15 | 1,230.59 | 263.91 | 3,755.62 |
| Conference Calls | 28.18 | 15.38 | 20.10 | 6.43 | 70.09 |
| Phone - Internet Access | 87.80 | 7.98 | 39.95 | 0.00 | 135.73 |
| Lodging | 3,478.31 | 1,869.72 | 4,020.72 | 1,400.66 | 10,769.41 |
| Meals & Tips | 344.80 | 640.89 | 299.68 | 155.02 | 1,462.24 |
| Postage / Messenger / Courier | 0.00 | 0.00 | 0.00 | 25.03 | 25.03 |
| Parking & Tolls | 0.00 | 96.00 | 116.00 | 116.00 | 328.00 |
| Sub-Contractors | 29,403.00 | 11,632.50 | 36,135.00 | 73,903.50 | 151,074.00 |
| **TOTAL** | **$38,637.84** | **$17,005.72** | **$46,858.60** | **$76,095.56** | **$178,597.72** |