**<u>EXHIBIT 4</u>**

**SUMMARY OF TIME BY CATEGORY**

**Hours and Fee Summary by category for the period of January 1, 2015 through April 30, 2015**

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 9021.00100 | Engagement Planning | 18.6 | $14,816.50 |
| 9021.00105 | Business Analysis | 308.6 | 205,960.50 |
| 9021.00120 | Current Financials | 85.9 | 46,852.00 |
| 9021.00135 | Tax Issues | 58.6 | 52,236.00 |
| 9021.00140 | Asset Sales | 4.0 | 3,437.50 |
| 9021.00145 | Intercompany Analysis | 142.5 | 100,539.00 |
| 9021.00150 | Shared Services | 20.4 | 14,178.00 |
| 9021.00155 | Claims Analysis | 115.4 | 75,121.00 |
| 9021.00165 | Plan of Reorganization | 80.4 | 57,896.50 |
| 9021.00170 | Miscellaneous Motions | 13.6 | 9,674.50 |
| 9021.00176 | Historical Cash Flow Analysis | 51.5 | 38,830.00 |
| 9021.00178 | Potential Litigation: Solvency/Valuation | 362.8 | 268,936.00 |
| 9021.00180 | Potential Litigation: Refinancings | 145.2 | 108,828.00 |
| 9021.00190 | UCC Meetings | 109.5 | 81,044.00 |
| 9021.00197 | Fee Applications and Retention | 211.0 | 150,680.50 |
| 9021.00198 | Non-Working Travel (Billed at 50%) | 78.5 | 56,717.50 |
| **Total Fees Incurred** | | **1,806.5** | **1,285,747.50** |
| **Less 50% Travel** | | | **(28,358.75)** |
| **Total Fees Requested** | | | **$1,257,388.75** |