**Exhibit 2**

Guaranty Default Notice



**BY HAND DELIVERY**

March 12, 2015

Manager, Contract Administration
Luminant Energy Company LLC (f/k/a TXU
   Portfolio Management Company LP)
1717 Main Street, Suite 2000
Dallas, Texas 75201

Attn:  QSE Coordinator
Luminant Energy Company LLC (f/k/a TXU
   Portfolio Management Company LP)
1717 Main Street, Suite 2000
Dallas, Texas 75201

Luminant Energy Company LLC (f/k/a TXU
   Portfolio Management Company LP)
1601 Bryan, 27th Floor
Dallas, TX 75201
Attn:   Manager, Contract Administration
        QSE Coordinator

Forest Creek Wind Farm, LLC
c/o E.ON Climate &
Renewables
North America, LLC.
353 North Clark Street
30th Floor
Chicago, IL 60654
U.S.A.
www.eon.com

RE:   **Notice of Event of Default**— Renewable Energy and Renewable Energy Credits
      Purchase Agreement ("Energy Agreement") dated as of March 10, 2006, as amended,
      by and between FOREST CREEK WIND FARM, LLC, (f/k/a Airtricity Forest Creek Wind
      Farm, LLC), a Delaware limited liability company ("Seller") and LUMINANT ENERGY
      COMPANY LLC (f/k/a TXU Portfolio Management Company LP), a Texas limited liability
      company ("Buyer").

      Guaranty issued by Texas Competitive Electric Holdings Company LLC Guaranty, f/k/a
      TXU Energy Company LLC, in favor of Forest Creek Wind Farm LLC and dated January
      11, 2010, as amended December 10, 2010, May 23, 2011, December 12, 2011,
      December 11, 2012 and December 16, 2013 ("Guaranty").

Ladies and Gentlemen,

      Reference is hereby made to the Energy Agreement and the Guaranty.  Reference is
further hereby made to Seller's prior letter to you dated December 29, 2014 (the "2014 Letter"),
a copy of which is attached hereto and incorporated herein by reference.  Terms used and not
otherwise defined herein shall have the meanings ascribed thereto in the Energy Agreement or
the Guaranty, as the case may be.

      By way of the 2014  Letter, Seller (i) notified Buyer that due to the impending expiry of
the Guaranty on December 31, 2014 (the "Expiry Date"), Buyer was required under Section
10.01 G of the Energy Agreement either to have replaced or extended the Guaranty no later
than the twentieth $(20^{th})$ Business Day prior to the Expiry Date or to pay the full amount of the
required Security as cash security and (ii) demanded that Buyer provide such replacement
Security or cash security.

      Buyer has to date failed to provide either the replacement Security or the cash security
required pursuant to Section 10.01 G of the Energy Agreement.

March 12, 2015
Luminant Energy Company LLC (f/k/a TXU Portfolio Management Company LP)
RE:   **Notice of Event of Default**

Please be advised that if such failure is not cured within five (5) Business Days of receipt of this notice, an Event of Default shall have occurred pursuant to Section 8.02A.(5) of the Energy Agreement.

This letter is sent without prejudice or limitation to any rights or remedies Seller may have under the Energy Agreement, the Guaranty or any other agreement related to the Energy Agreement or under applicable law and Seller hereby reserves all rights and remedies under such agreements and applicable law.

Sincerely,

FOREST CREEK WIND          FARM, LLC

By:

Name:   Tom Festle
Title:   Chief Financial Officer & Secretary



By Federal Express
E-Mail

December 29, 2014

Manager, Contract Administration
TXU Portfolio Management Company LP
1717 Main Street, Suite 2000
Dallas, Texas 75201
Facsimile: (214) 875-5356

Forest Creek Wind Farm, LLC
c/o E.ON Climate &
Renewables
North America, LLC.
353 North Clark Street
30th Floor
Chicago, IL 60654
U.S.A.
www.eon.com

RE:   **Replacement Security**— Renewable Energy and Renewable Energy Credits Purchase Agreement ("Energy Agreement") dated as of March 10, 2006, as amended by and between FOREST CREEK WIND FARM, LLC, (f/k/a Airtricity Forest Creek Wind Farm, LLC), a Delaware limited liability company ("Seller") and LUMINANT ENERGY COMPANY LLC (f/k/a TXU Portfolio Management Company LP), a Texas limited liability company ("Buyer").

Guaranty issued by Texas Competitive Electric Holdings Company LLC Guaranty, f/k/a TXU Energy Company LLC, in favor of Forest Creek Wind Farm LLC and dated January 11 , 2010, as amended December 10, 2010, May 23, 2011, December 12, 2011, December 11, 2012 and December 16, 2013 ("Guaranty").

Gentlemen,

Reference is made to both the Energy Agreement and the Guaranty. As you are aware pursuant to Section 10.01 of the Energy Agreement is obligated to provide Security consistent with the Guaranty during the term of the Energy Agreement. Section 10.01G of the Energy Agreement provides in part that "a Party obligated to provide Security shall pay to the Party entitled to receive such Security the full amount of the required Security as cash security if any Security is not replaced by the Party obligated to provide Security no later than twenty (20) Business Days prior to its expiration or termination with Security in a form permitted by this Article X…."

Seller has not received a further amendment to the Guaranty to extend its date beyond December 31, 2014, its current expiration date. Buyer has advised the Guaranty will not be extended beyond December 31, 2014.  Buyer hereby demands that the replacement security described in Section 10.01 G be provided and requests advice as to whether the alternate Security will be provided.

Sincerely,

FOREST CREEK WIND FARM, LLC

By:_____
Charlotte C. Toerber
Senior Vice President & General Counsel