**Exhibit 4**

Administrative Expense Invoice

# INVOICE



353 N Clark Floor 30
Chicago, IL, 60654
USA
312 923 9463
eon.com

INVOICE NO.
Invoice Date     April 21, 2015
CUSTOMER ID     8134822

**TO**     LUMINANT (d)
Luminant Energy
1717 Main Street, Suite 2000
DALLAS TX 75201
USA

|  |  | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Forest Creek |  | Due Immediately | 4/21/15 |

| Period Covered | MWh | Price Per MWh | Total |
|---|---|---|---|
| **Forest Creek March 1, 2015 to April 14, 2015  Luminant Revenue** | | | |
| March 1-24, 2015  Luminant PPA Revenue | 11,149.01 | $ 42.43 | $ 473,052.58 |
| March 25-31, 2015  Luminant Merchant Revenue | 9,157.32 | | $ 161,856.43 |
| April 1-14, 2015  Luminant Merchant Revenue | 19,721.70 | | $ 413,831.28 |

Payment Instructions- Bank - JP Morgan. Account - 844021881, ABA - 021000021, Reference Forest Creek Wind Farm LLC

SUBTOTAL  $  1,048,740.29
SALES TAX
TOTAL  $  1,048,740.29