## Exhibit 7

Luminant Report: Net Energy Delivered March 1, 2015 – March 31, 2015

| Day | Volumes |
|---|---|
| 3/1/2015 | 0.00 |
| 3/2/2015 | 4.21 |
| 3/3/2015 | 534.69 |
| 3/4/2015 | 628.93 |
| 3/5/2015 | 54.22 |
| 3/6/2015 | 586.24 |
| 3/7/2015 | 749.89 |
| 3/8/2015 | 493.32 |
| 3/9/2015 | 302.81 |
| 3/10/2015 | 75.46 |
| 3/11/2015 | 236.91 |
| 3/12/2015 | 115.85 |
| 3/13/2015 | 281.62 |
| 3/14/2015 | 743.36 |
| 3/15/2015 | 57.20 |
| 3/16/2015 | 400.93 |
| 3/17/2015 | 838.22 |
| 3/18/2015 | 381.82 |
| 3/19/2015 | 934.96 |
| 3/20/2015 | 859.68 |
| 3/21/2015 | 44.27 |
| 3/22/2015 | 178.40 |
| 3/23/2015 | 1469.31 |
| 3/24/2015 | 1176.72 |
| 3/25/2015 | 1664.15 |
| 3/26/2015 | 1412.57 |
| 3/27/2015 | 808.59 |
| 3/28/2015 | 1831.93 |
| 3/29/2015 | 1737.13 |
| 3/30/2015 | 481.43 |
| 3/31/2015 | 1221.51 |

**20,306.33**

FOREST CREEK WIND FARM
March-15

ERCOT Extracts

| Date | Recorder | Total | interval 1 | interval 2 | interval 3 | interval 4 | interval 5 | interval 6 | interval 7 | interval 8 | interval 9 | interval 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2015 | MCDLD_FCW1 | 0.0000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/2/2015 | MCDLD_FCW1 | 4.2085 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/3/2015 | MCDLD_FCW1 | 534.6918 | 1.607756 | 3.065195 | 4.401059 | 6.515263 | 8.332348 | 8.936279 | 10.56002 | 12.09308 | 9.630252 | 11.57147 |
| 3/4/2015 | MCDLD_FCW1 | 628.9281 | 0 | 0.430083 | 0.050696 | 0.235035 | 1.142782 | 2.07574 | 6.558154 | 4.076869 | 4.45277 | |
| 3/5/2015 | MCDLD_FCW1 | 54.2240 | 1.466872 | 1.420805 | 1.323276 | 1.06454 | 1.248995 | 1.113723 | 1.03228 | 0.596724 | 0.657939 | 0.68417 |
| 3/6/2015 | MCDLD_FCW1 | 586.2329 | 4.653753 | 5.465366 | 6.277769 | 6.353067 | 6.652149 | 7.143353 | 6.576332 | 6.54511 | 7.176578 | |
| 3/7/2015 | MCDLD_FCW1 | 749.8855 | 9.413938 | 8.344234 | 8.82378 | 7.959685 | 8.914682 | 9.539778 | 11.09173 | 11.64542 | 12.4677 | 10.83977 |
| 3/8/2015 | MCDLD_FCW1 | 493.3166 | 16.508058 | 18.795237 | 19.194269 | 14.98149 | 9.151565 | 5.874654 | 8.876512 | 0 | 0 | 0 |
| 3/9/2015 | MCDLD_FCW1 | 302.8120 | 10.602055 | 13.091784 | 14.113152 | 11.3439 | 12.63104 | 12.01445 | 10.66045 | 7.685067 | 3.457073 | 1.409244 |
| 3/10/2015 | MCDLD_FCW1 | 75.4572 | 0 | 0 | 0.085215 | 0.040166 | 0.343537 | 0.626134 | 0.84212 | 0.596934 | 0.802129 | 1.213836 |
| 3/11/2015 | MCDLD_FCW1 | 236.9102 | 2.226009 | 2.417653 | 1.601879 | 1.232287 | 1.579319 | 1.719324 | 1.85612 | 2.178438 | 2.592548 | 3.249998 |
| 3/12/2015 | MCDLD_FCW1 | 115.8516 | 4.797795 | 3.794982 | 3.756852 | 2.95151 | 2.831297 | 2.570333 | 2.187629 | 1.812964 | 1.5752 | 1.660839 |
| 3/13/2015 | MCDLD_FCW1 | 281.6236 | 3.591365 | 2.483887 | 1.700341 | 1.40334 | 1.421244 | 1.030176 | 0.790411 | 0.545824 | 0.331279 | 0.011929 |
| 3/14/2015 | MCDLD_FCW1 | 743.3608 | 2.95328 | 1.736082 | 0.89795 | 0.684814 | 0.899184 | 0.50583 | 0.288731 | 0.48481 | 1.079947 | 1.545867 |
| 3/15/2015 | MCDLD_FCW1 | 57.1986 | 1.764579 | 1.380155 | 1.144872 | 1.080093 | 1.02376 | 0.525414 | 0 | 0 | 0 | 0 |
| 3/16/2015 | MCDLD_FCW1 | 400.9294 | 6.553352 | 5.919146 | 4.719003 | 4.43256 | 3.434442 | 3.163254 | 3.146035 | 3.067759 | 2.998899 | 5.077152 |
| 3/17/2015 | MCDLD_FCW1 | 838.2223 | 15.042137 | 13.966412 | 11.750183 | 14.24151 | 16.0521 | 23.98772 | 23.53908 | 21.32482 | 24.6037 | 25.19557 |
| 3/18/2015 | MCDLD_FCW1 | 381.8193 | 7.197751 | 7.954459 | 7.914936 | 6.612164 | 5.683496 | 8.683214 | 8.94707 | 7.193764 | 7.184526 | 5.952785 |
| 3/19/2015 | MCDLD_FCW1 | 934.9636 | 18.950449 | 19.737691 | 21.876664 | 22.18792 | 21.7851 | 20.25978 | 18.90839 | 17.86266 | 16.54993 | 17.94046 |
| 3/20/2015 | MCDLD_FCW1 | 859.6768 | 0.452488 | 1.504135 | 7.025362 | 14.30411 | 17.97947 | 16.33632 | 19.69947 | 21.63985 | 20.32665 | 22.13536 |
| 3/21/2015 | MCDLD_FCW1 | 44.2686 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/22/2015 | MCDLD_FCW1 | 178.3988 | 0 | 0 | 0 | 0 | 0 | 0.349564 | 0.613246 | 1.179812 | 2.027677 | 2.096812 |
| 3/23/2015 | MCDLD_FCW1 | 1469.3053 | 14.82772 | 14.21392 | 15.110613 | 16.94114 | 17.90463 | 18.07786 | 18.46712 | 18.86029 | 20.43191 | 22.03653 |
| 3/24/2015 | MCDLD_FCW1 | 1176.7205 | 30.094097 | 29.932171 | 29.699311 | 30.08904 | 30.08888 | 30.09369 | 30.07618 | 30.04206 | 29.94768 | 29.20201 |
| 3/25/2015 | MCDLD_FCW1 | 1664.1536 | 11.287038 | 14.661093 | 19.454686 | 22.01842 | 22.5321 | 26.31135 | 28.39571 | 29.44969 | 29.8583 | 29.59597 |
| 3/26/2015 | MCDLD_FCW1 | 1412.5723 | 27.968544 | 29.109121 | 29.583969 | 29.58514 | 29.57985 | 29.59599 | 29.23223 | 29.05216 | 29.55396 | 29.60847 |
| 3/27/2015 | MCDLD_FCW1 | 808.5891 | 2.288763 | 3.054314 | 4.248426 | 5.445649 | 5.610918 | 5.394691 | 5.857995 | 6.808175 | 7.132342 | 6.530285 |
| 3/28/2015 | MCDLD_FCW1 | 1831.9280 | 28.0743 | 27.536902 | 26.960679 | 27.20839 | 27.64776 | 27.11403 | 26.11686 | 25.34529 | 25.92295 | 27.06215 |
| 3/29/2015 | MCDLD_FCW1 | 1737.1268 | 26.570042 | 25.651808 | 25.565717 | 25.1557 | 25.31897 | 26.11114 | 26.96192 | 27.51903 | 27.06799 | 27.88333 |
| 3/30/2015 | MCDLD_FCW1 | 481.4336 | 9.882123 | 7.671328 | 5.194885 | 5.079192 | 4.820214 | 4.368362 | 3.058883 | 2.361409 | 2.855182 | 2.869857 |
| 3/31/2015 | MCDLD_FCW1 | 1221.5124 | 26.938127 | 25.237442 | 24.001166 | 21.51687 | 21.63672 | 23.02288 | 24.21312 | 25.09638 | 26.19028 | 26.8478 |
| Total | | 20306 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 11 | interval 12 | interval 13 | interval 14 | interval 15 | interval 16 | interval 17 | interval 18 | interval 19 | interval 20 |
|------|----------|-------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
| 3/1/2015 | MCDLD_FCW1 | 0.0000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/2/2015 | MCDLD_FCW1 | 4.2085 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/3/2015 | MCDLD_FCW1 | 534.6918 | 9.086849 | 16.28003 | 21.54179 | 22.57591 | 23.26346 | 23.82844 | 9.520148 | 8.089318 | 9.340898 | 7.54383 |
| 3/4/2015 | MCDLD_FCW1 | 628.9281 | 2.822941 | 4.169363 | 4.009478 | 1.200159 | 0 | 2.047014 | 7.616487 | 5.734184 | 6.237124 |
| 3/5/2015 | MCDLD_FCW1 | 54.2240 | 0.669124 | 0.760947 | 0.622214 | 0.613749 | 0.533228 | 0.396271 | 0.247336 | 0.172133 | 0.197095 | 0.285819 |
| 3/6/2015 | MCDLD_FCW1 | 586.2389 | 6.011701 | 5.697405 | 5.827164 | 4.860175 | 4.7636 | 5.232015 | 6.213015 | 7.179406 | 7.319215 | 6.83978 |
| 3/7/2015 | MCDLD_FCW1 | 749.8855 | 9.47015 | 8.798954 | 8.217949 | 8.591316 | 8.265295 | 8.160169 | 7.585467 | 6.835086 | 5.965695 | 5.372163 |
| 3/8/2015 | MCDLD_FCW1 | 493.3166 | 0 | 10.82537 | 12.53347 | 14.99086 | 16.70013 | 16.60807 | 17.66017 | 20.95558 | 24.382 | 16.46511 |
| 3/9/2015 | MCDLD_FCW1 | 302.8120 | 0.863885 | 0.065623 | 0.0665 | 0.216377 | 0.092481 | 0.539854 | 1.036865 | 0.908771 | 0.550433 | 0.484605 |
| 3/10/2015 | MCDLD_FCW1 | 75.4572 | 1.731316 | 2.918397 | 2.666761 | 2.722805 | 2.093186 | 1.587455 | 1.969843 | 0.862359 | 1.439116 | 2.043768 |
| 3/11/2015 | MCDLD_FCW1 | 236.9102 | 4.911445 | 2.904022 | 1.088473 | 1.277206 | 1.602023 | 1.236742 | 1.007112 | 0 | 0 | 0 |
| 3/12/2015 | MCDLD_FCW1 | 115.8516 | 1.493436 | 1.158576 | 0.836652 | 0.750945 | 0.67743 | 0.946737 | 0.566508 | 0.143012 | 0 | 0 |
| 3/13/2015 | MCDLD_FCW1 | 281.6236 | 0.001437 | 0 | 0.041481 | 0.392253 | 0.228244 | 0.164526 | 0 | 0 | 0 | 0 |
| 3/14/2015 | MCDLD_FCW1 | 743.3608 | 1.322378 | 1.497186 | 1.155618 | 0.811449 | 0.872064 | 0.769358 | 0.695498 | 0.182768 | 0.539484 | 0.909782 |
| 3/15/2015 | MCDLD_FCW1 | 57.1986 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/16/2015 | MCDLD_FCW1 | 400.9294 | 5.73215 | 4.025414 | 4.520656 | 4.96645 | 4.824604 | 4.390197 | 3.246319 | 2.269265 | 1.710026 | 1.494459 |
| 3/17/2015 | MCDLD_FCW1 | 838.2223 | 22.84653 | 17.40533 | 13.62722 | 13.39325 | 12.36486 | 13.63909 | 16.74271 | 22.36643 | 22.29145 | 19.83312 |
| 3/18/2015 | MCDLD_FCW1 | 381.8193 | 5.172888 | 4.996843 | 4.940757 | 5.320055 | 6.373142 | 6.546753 | 4.783045 | 2.332068 | 1.889603 | 2.234249 |
| 3/19/2015 | MCDLD_FCW1 | 934.9636 | 21.57604 | 21.57083 | 18.97674 | 18.221 | 18.92482 | 18.57039 | 15.64845 | 13.79365 | 13.91945 | 18.31125 |
| 3/20/2015 | MCDLD_FCW1 | 859.6768 | 24.85046 | 25.36389 | 24.26299 | 22.94547 | 24.17 | 22.48415 | 21.49864 | 26.35032 | 24.99038 | 19.21323 |
| 3/21/2015 | MCDLD_FCW1 | 44.2686 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/22/2015 | MCDLD_FCW1 | 178.3988 | 3.190456 | 3.235688 | 2.866039 | 1.971851 | 1.973892 | 2.621327 | 2.7569 | 1.834938 | 0.497452 | 0.002266 |
| 3/23/2015 | MCDLD_FCW1 | 1469.3053 | 22.9476 | 23.91106 | 23.83909 | 21.29655 | 20.88111 | 21.37636 | 21.27402 | 19.56145 | 17.03697 | 15.32845 |
| 3/24/2015 | MCDLD_FCW1 | 1176.7205 | 29.31972 | 29.50497 | 29.60469 | 29.56553 | 29.43893 | 29.52257 | 29.23495 | 28.11252 | 24.56733 | 22.21986 |
| 3/25/2015 | MCDLD_FCW1 | 1664.1536 | 27.67007 | 27.82823 | 29.3957 | 28.86785 | 27.65931 | 28.99833 | 29.69633 | 30.03428 | 29.92328 | 29.52355 |
| 3/26/2015 | MCDLD_FCW1 | 1412.5723 | 29.53967 | 29.07926 | 27.69769 | 29.08377 | 29.50107 | 29.20322 | 29.49143 | 29.53304 | 29.26125 | 28.31306 |
| 3/27/2015 | MCDLD_FCW1 | 808.5891 | 7.674529 | 8.884543 | 10.16213 | 10.77488 | 12.62086 | 13.15589 | 14.59273 | 17.38529 | 18.12068 | 18.67277 |
| 3/28/2015 | MCDLD_FCW1 | 1831.9280 | 28.37029 | 29.55091 | 29.9247 | 30.06887 | 30.10027 | 30.10932 | 30.11908 | 30.11085 | 30.07533 | 30.04029 |
| 3/29/2015 | MCDLD_FCW1 | 1737.1268 | 28.82585 | 28.64578 | 28.95051 | 29.34964 | 29.46582 | 29.16357 | 28.51092 | 28.09427 | 28.22074 | 29.1363 |
| 3/30/2015 | MCDLD_FCW1 | 481.4336 | 3.162954 | 3.159135 | 4.057368 | 4.562898 | 5.564989 | 6.947399 | 6.923147 | 6.500068 | 6.518851 | 7.749277 |
| 3/31/2015 | MCDLD_FCW1 | 1221.5124 | 27.01343 | 26.58158 | 25.99331 | 26.01341 | 26.11995 | 26.46162 | 25.32337 | 23.58763 | 21.31084 | 20.84002 |
| Total | | 20306 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 21 | interval 22 | interval 23 | interval 24 | interval 25 | interval 26 | interval 27 | interval 28 | interval 29 | interval 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2015 | MCDLD_FCW1 | 0.0000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/2/2015 | MCDLD_FCW1 | 4.2085 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/3/2015 | MCDLD_FCW1 | 534.6918 | 7.330544 | 10.07755 | 12.53226 | 15.1323 | 16.03636 | 16.48591 | 14.97139 | 11.24383 | 12.52926 | 14.74724 |
| 3/4/2015 | MCDLD_FCW1 | 628.9281 | 4.528121 | 2.911356 | 0.843351 | 1.033155 | 0.720823 | 0.443432 | 0.612805 | 0.107974 | 0 | 0 |
| 3/5/2015 | MCDLD_FCW1 | 54.2240 | 0.322229 | 0.262074 | 0.199265 | 0.197981 | 0.253267 | 0.261542 | 0.303123 | 0.333954 | 0.347503 | 0.347697 |
| 3/6/2015 | MCDLD_FCW1 | 586.2389 | 7.131143 | 6.76127 | 6.801015 | 7.707958 | 8.853815 | 9.904853 | 9.925112 | 10.59969 | 11.59541 | |
| 3/7/2015 | MCDLD_FCW1 | 749.8855 | 4.32468 | 3.863544 | 3.9836 | 3.592901 | 3.579836 | 3.920321 | 4.90014 | 7.037042 | 6.879726 | 6.963295 |
| 3/8/2015 | MCDLD_FCW1 | 493.3166 | 10.13047 | 10.43715 | 13.61045 | 10.50994 | 8.938136 | 8.438891 | 8.825619 | 7.843344 | 7.060806 | 6.939982 |
| 3/9/2015 | MCDLD_FCW1 | 302.8120 | 0.441464 | 0.520884 | 0.171046 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/10/2015 | MCDLD_FCW1 | 75.4572 | 1.885627 | 2.247795 | 2.230209 | 2.349905 | 2.655632 | 2.740803 | 2.485655 | 1.776592 | 0 | 0 |
| 3/11/2015 | MCDLD_FCW1 | 236.9102 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/12/2015 | MCDLD_FCW1 | 115.8516 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/13/2015 | MCDLD_FCW1 | 281.6236 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.127839 | 0.499779 | 0.957096 |
| 3/14/2015 | MCDLD_FCW1 | 743.3608 | 0.73488 | 1.220315 | 1.428167 | 1.120309 | 0.741745 | 1.360154 | 2.069659 | 2.450668 | 1.497667 | 1.145435 |
| 3/15/2015 | MCDLD_FCW1 | 57.1986 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.018952 | 0.009268 | 0.007905 |
| 3/16/2015 | MCDLD_FCW1 | 400.9294 | 2.229652 | 2.383583 | 3.466944 | 3.932258 | 4.163171 | 2.676023 | 2.449059 | 2.902041 | 2.513005 | 1.496371 |
| 3/17/2015 | MCDLD_FCW1 | 838.2223 | 14.43793 | 11.65266 | 11.01547 | 9.85288 | 8.684707 | 10.28802 | 9.996441 | 8.114289 | 7.307478 | 6.669719 |
| 3/18/2015 | MCDLD_FCW1 | 381.8193 | 3.167462 | 4.193389 | 3.162561 | 2.520384 | 1.992499 | 1.526768 | 1.385357 | 1.511889 | 3.105354 | 3.193376 |
| 3/19/2015 | MCDLD_FCW1 | 934.9636 | 16.33904 | 13.83576 | 14.16247 | 12.80252 | 11.96736 | 12.34584 | 11.82123 | 13.49575 | 12.33046 | 10.1997 |
| 3/20/2015 | MCDLD_FCW1 | 859.6768 | 17.19802 | 16.58327 | 22.04703 | 17.15591 | 19.687 | 19.76805 | 17.82602 | 20.4749 | 22.07798 | 13.41648 |
| 3/21/2015 | MCDLD_FCW1 | 44.2686 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.611937 | 0.94096 | 0.499684 |
| 3/22/2015 | MCDLD_FCW1 | 178.3988 | 0.023601 | 0.102358 | 0.668856 | 0.938559 | 0.90399 | 1.794807 | 2.712753 | 2.538063 | 3.162964 | 3.234534 |
| 3/23/2015 | MCDLD_FCW1 | 1469.3053 | 15.37739 | 15.91191 | 15.29802 | 15.4176 | 14.8375 | 14.29534 | 14.67154 | 15.10424 | 15.89805 | 17.3602 |
| 3/24/2015 | MCDLD_FCW1 | 1176.7205 | 22.31105 | 22.44026 | 25.07165 | 27.32554 | 28.69524 | 29.48399 | 29.20641 | 28.4048 | 27.70144 | 26.80965 |
| 3/25/2015 | MCDLD_FCW1 | 1664.1536 | 29.29582 | 27.38355 | 23.79063 | 21.32752 | 21.49524 | 22.77747 | 23.28002 | 23.73615 | 23.6839 | 24.14562 |
| 3/26/2015 | MCDLD_FCW1 | 1412.5723 | 28.89228 | 24.08102 | 27.10111 | 27.68301 | 29.06531 | 26.86358 | 29.24488 | 29.18349 | 26.87211 | 27.17618 |
| 3/27/2015 | MCDLD_FCW1 | 808.5891 | 19.846 | 19.88333 | 18.92719 | 18.86239 | 19.54188 | 19.50647 | 18.24416 | 17.50557 | 17.83931 | 16.65996 |
| 3/28/2015 | MCDLD_FCW1 | 1831.9280 | 29.88255 | 29.56543 | 29.07892 | 28.77756 | 28.23525 | 28.58206 | 28.49599 | 29.10926 | 29.19165 | 28.50029 |
| 3/29/2015 | MCDLD_FCW1 | 1737.1268 | 29.17122 | 28.781 | 28.18417 | 28.51841 | 27.60543 | 27.55541 | 26.40477 | 25.32099 | 23.61089 | 23.3554 |
| 3/30/2015 | MCDLD_FCW1 | 481.4336 | 6.494557 | 5.421556 | 5.86692 | 6.742705 | 5.799728 | 5.244342 | 4.877444 | 4.073751 | 3.809843 | 4.384644 |
| 3/31/2015 | MCDLD_FCW1 | 1221.5124 | 19.94922 | 20.14929 | 19.80592 | 20.10792 | 20.49166 | 20.29472 | 18.16473 | 17.76399 | 16.96722 | 15.14843 |
| Total | | 20306 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 31 | interval 32 | interval 33 | interval 34 | interval 35 | interval 36 | interval 37 | interval 38 | interval 39 | interval 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2015 | MCDLD_FCW1 | 0.0000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/2/2015 | MCDLD_FCW1 | 4.2085 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/3/2015 | MCDLD_FCW1 | 534.6918 | 13.20362 | 13.46625 | 10.82588 | 7.635938 | 7.548841 | 9.482782 | 6.663205 | 5.808614 | 7.580826 | 9.933765 |
| 3/4/2015 | MCDLD_FCW1 | 628.9281 | 0.399996 | 5.689814 | 5.756067 | 5.744673 | 5.899039 | 4.424737 | 3.422988 | 9.959427 | 22.63025 | 27.82769 |
| 3/5/2015 | MCDLD_FCW1 | 54.2240 | 0.320044 | 0.186675 | 0.206397 | 0.185696 | 0.244194 | 0.27785 | 0.329128 | 0.306796 | 0.306337 | 0.298515 |
| 3/6/2015 | MCDLD_FCW1 | 586.2389 | 11.01794 | 11.08907 | 10.61694 | 8.076976 | 6.818537 | 5.661686 | 4.355734 | 3.578401 | 4.651607 | 5.603321 |
| 3/7/2015 | MCDLD_FCW1 | 749.8855 | 7.296029 | 6.435668 | 6.152485 | 5.716449 | 4.386018 | 4.541216 | 4.149546 | 4.471706 | 4.625887 | 4.246447 |
| 3/8/2015 | MCDLD_FCW1 | 493.3166 | 10.17451 | 11.35072 | 8.858617 | 5.960139 | 2.563852 | 1.832241 | 2.180923 | 2.839238 | 1.941755 | 1.212478 |
| 3/9/2015 | MCDLD_FCW1 | 302.8120 | 0 | 0 | 0 | 0 | 0.295008 | 0.639396 | 1.385887 | 1.296425 | 0.13012 | 0.375193 |
| 3/10/2015 | MCDLD_FCW1 | 75.4572 | 0 | 0.012068 | 0.900039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/11/2015 | MCDLD_FCW1 | 236.9102 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.091052 | 1.204633 | 1.369091 |
| 3/12/2015 | MCDLD_FCW1 | 115.8516 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/13/2015 | MCDLD_FCW1 | 281.6236 | 0.899524 | 0.6067 | 0.383726 | 0.856404 | 1.06476 | 1.088587 | 0.719956 | 0.162605 | 0.202572 | 0.16178 |
| 3/14/2015 | MCDLD_FCW1 | 743.3608 | 0.904396 | 0.307986 | 0 | 0 | 0.399614 | 2.888166 | 4.835071 | 5.546885 | 6.588541 | 7.587469 |
| 3/15/2015 | MCDLD_FCW1 | 57.1986 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/16/2015 | MCDLD_FCW1 | 400.9294 | 1.691321 | 2.092283 | 2.297475 | 2.569811 | 2.850809 | 2.555776 | 2.855173 | 2.404718 | 2.006439 | 1.617042 |
| 3/17/2015 | MCDLD_FCW1 | 838.2223 | 5.112866 | 4.489523 | 3.661099 | 2.924596 | 3.436953 | 3.758394 | 2.800181 | 2.431097 | 2.038569 | 1.028911 |
| 3/18/2015 | MCDLD_FCW1 | 381.8193 | 2.470471 | 4.137076 | 4.864789 | 2.88876 | 3.501371 | 3.954772 | 2.19762 | 0.369947 | 0 | 0 |
| 3/19/2015 | MCDLD_FCW1 | 934.9636 | 10.80706 | 10.7358 | 11.44774 | 11.54243 | 12.04359 | 12.87776 | 13.47804 | 13.6648 | 11.12548 | 10.44103 |
| 3/20/2015 | MCDLD_FCW1 | 859.6768 | 8.993109 | 9.737433 | 12.89063 | 19.2348 | 13.91373 | 10.36181 | 6.277098 | 2.069637 | 1.877138 | 0.819741 |
| 3/21/2015 | MCDLD_FCW1 | 44.2686 | 0.918769 | 1.138806 | 0.578379 | 0.410928 | 0.333652 | 0.611505 | 0.474664 | 0.662204 | 0.489461 | 0 |
| 3/22/2015 | MCDLD_FCW1 | 178.3988 | 3.458286 | 2.841498 | 3.287434 | 2.947366 | 1.636069 | 1.18505 | 0.526507 | 0.105874 | 0.10019 | 0.245595 |
| 3/23/2015 | MCDLD_FCW1 | 1469.3053 | 17.69113 | 18.54896 | 19.78075 | 21.04486 | 20.42493 | 19.46535 | 16.2069 | 14.2346 | 12.08055 | 10.17037 |
| 3/24/2015 | MCDLD_FCW1 | 1176.7205 | 27.61042 | 27.90256 | 26.8761 | 23.88496 | 22.60041 | 22.31461 | 18.43614 | 14.07192 | 10.90775 | 9.669538 |
| 3/25/2015 | MCDLD_FCW1 | 1664.1536 | 23.71903 | 22.26841 | 19.44287 | 16.786 | 17.47537 | 19.9626 | 20.6199 | 18.31276 | 15.44585 | 13.41377 |
| 3/26/2015 | MCDLD_FCW1 | 1412.5723 | 28.54213 | 28.69842 | 27.78582 | 26.48442 | 25.37714 | 19.09972 | 22.24009 | 21.96105 | 22.54996 | 24.37389 |
| 3/27/2015 | MCDLD_FCW1 | 808.5891 | 17.04253 | 16.78904 | 15.91374 | 11.76111 | 10.55615 | 9.48935 | 7.619367 | 8.821462 | 6.38072 | 4.269908 |
| 3/28/2015 | MCDLD_FCW1 | 1831.9280 | 28.19183 | 27.72877 | 27.14759 | 25.96689 | 25.4412 | 23.98381 | 20.26828 | 15.03048 | 12.73494 | 10.88704 |
| 3/29/2015 | MCDLD_FCW1 | 1737.1268 | 23.45376 | 21.51164 | 19.28828 | 18.94686 | 17.8671 | 14.88581 | 13.20699 | 10.66639 | 8.793017 | 10.25168 |
| 3/30/2015 | MCDLD_FCW1 | 481.4336 | 3.616199 | 1.855038 | 1.256261 | 1.361744 | 1.349685 | 1.25566 | 0.886874 | 0.598019 | 0.330958 | 0.261807 |
| 3/31/2015 | MCDLD_FCW1 | 1221.5124 | 15.19119 | 14.32409 | 14.57952 | 16.06798 | 17.6288 | 16.3234 | 14.879 | 14.19899 | 12.49636 | 11.35638 |
| Total | | 20306 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 41 | interval 42 | interval 43 | interval 44 | interval 45 | interval 46 | interval 47 | interval 48 | interval 49 | interval 50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2015 | MCDLD_FCW1 | 0.0000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/2/2015 | MCDLD_FCW1 | 4.2085 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/3/2015 | MCDLD_FCW1 | 534.6918 | 13.21779 | 13.40838 | 8.72969 | 7.99645 | 5.415024 | 4.676391 | 2.92061 | 1.240167 | 1.06549 | 0.836882 |
| 3/4/2015 | MCDLD_FCW1 | 628.9281 | 27.77279 | 26.19493 | 24.90828 | 26.59235 | 28.53687 | 26.2188 | 28.24223 | 28.03286 | 29.49549 | 29.2669 |
| 3/5/2015 | MCDLD_FCW1 | 54.2240 | 0.249734 | 0.240241 | 0.158225 | 0.194479 | 0.137421 | 0.07008 | 0.079744 | 0.050907 | 0.046284 | 0.027133 |
| 3/6/2015 | MCDLD_FCW1 | 586.2389 | 6.358061 | 7.351614 | 7.918948 | 7.788325 | 8.191197 | 7.928568 | 6.885831 | 4.977002 | 3.951086 | 4.471688 |
| 3/7/2015 | MCDLD_FCW1 | 749.8855 | 3.929555 | 4.032259 | 4.348124 | 4.630312 | 3.969835 | 2.740848 | 2.261294 | 2.419805 | 3.059206 | 3.676406 |
| 3/8/2015 | MCDLD_FCW1 | 493.3166 | 1.169709 | 1.758785 | 1.640982 | 1.76163 | 2.23087 | 2.347104 | 2.657007 | 1.795557 | 2.061637 | 3.571911 |
| 3/9/2015 | MCDLD_FCW1 | 302.8120 | 0.651383 | 0.991329 | 1.152369 | 1.765963 | 2.252161 | 2.894729 | 4.287002 | 6.24724 | 7.431811 | 6.680194 |
| 3/10/2015 | MCDLD_FCW1 | 75.4572 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/11/2015 | MCDLD_FCW1 | 236.9102 | 0.96094 | 0.165624 | 0 | 0.035492 | 0.674962 | 1.063882 | 0.87005 | 0.964166 | 1.211592 | 1.421446 |
| 3/12/2015 | MCDLD_FCW1 | 115.8516 | 0 | 0 | 0.028943 | 0.262961 | 0.50392 | 0.471981 | 0.414692 | 0.625264 | 0.922856 | 1.525454 |
| 3/13/2015 | MCDLD_FCW1 | 281.6236 | 0.145519 | 0.110458 | 0.315062 | 0.585143 | 1.186557 | 1.367374 | 1.726471 | 1.551472 | 1.406257 | 1.774152 |
| 3/14/2015 | MCDLD_FCW1 | 743.3608 | 7.570338 | 9.20521 | 10.39517 | 11.95436 | 13.61887 | 13.83556 | 13.29313 | 15.19735 | 19.66709 | 21.47413 |
| 3/15/2015 | MCDLD_FCW1 | 57.1986 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/16/2015 | MCDLD_FCW1 | 400.9294 | 0.80761 | 0.685757 | 1.060018 | 0.728611 | 0.490168 | 0.268743 | 0.598855 | 1.340031 | 0.889538 | 0.92169 |
| 3/17/2015 | MCDLD_FCW1 | 838.2223 | 0.378938 | 0.000343 | 0.004753 | 3.18873 | 5.153519 | 5.545377 | 3.830319 | 1.362253 | 1.742384 | 1.241022 |
| 3/18/2015 | MCDLD_FCW1 | 381.8193 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/19/2015 | MCDLD_FCW1 | 934.9636 | 13.32623 | 14.59251 | 11.67608 | 15.05449 | 14.17745 | 13.97727 | 13.62977 | 8.35169 | 5.354301 | 3.081216 |
| 3/20/2015 | MCDLD_FCW1 | 859.6768 | 3.539796 | 4.318561 | 6.324546 | 6.599272 | 7.583695 | 16.37269 | 16.85147 | 13.12493 | 12.24778 | 11.99857 |
| 3/21/2015 | MCDLD_FCW1 | 44.2686 | 0 | 0.026406 | 0.289127 | 0.434837 | 0.768222 | 1.311799 | 1.567755 | 1.433524 | 1.231267 | 1.171365 |
| 3/22/2015 | MCDLD_FCW1 | 178.3988 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/23/2015 | MCDLD_FCW1 | 1469.3053 | 11.07989 | 10.33523 | 9.272662 | 8.748456 | 7.443898 | 7.134087 | 7.745254 | 8.046804 | 7.90417 | 6.986315 |
| 3/24/2015 | MCDLD_FCW1 | 1176.7205 | 9.661636 | 8.711109 | 7.313146 | 6.061755 | 5.804153 | 4.524524 | 3.52187 | 3.889915 | 3.380814 | 3.204219 |
| 3/25/2015 | MCDLD_FCW1 | 1664.1536 | 12.08908 | 9.421171 | 9.124348 | 9.421716 | 9.294418 | 10.3585 | 9.469303 | 8.123189 | 7.30032 | 8.535031 |
| 3/26/2015 | MCDLD_FCW1 | 1412.5723 | 22.78597 | 19.85933 | 19.29801 | 17.81715 | 13.67649 | 9.293736 | 8.453139 | 7.933191 | 8.542591 | 7.421389 |
| 3/27/2015 | MCDLD_FCW1 | 808.5891 | 3.016405 | 2.29093 | 2.619476 | 3.053686 | 2.798422 | 2.426346 | 2.448847 | 1.648472 | 1.209343 | 0.963185 |
| 3/28/2015 | MCDLD_FCW1 | 1831.9280 | 10.34594 | 10.88957 | 11.1917 | 11.66783 | 12.01787 | 12.73252 | 13.16583 | 13.65339 | 12.35315 | 9.478366 |
| 3/29/2015 | MCDLD_FCW1 | 1737.1268 | 9.543564 | 6.286664 | 3.651967 | 3.110602 | 2.651086 | 1.615798 | 1.536752 | 1.180208 | 0.696122 | 1.040444 |
| 3/30/2015 | MCDLD_FCW1 | 481.4336 | 0.356591 | 0.322669 | 0.149598 | 0.228101 | 0.242243 | 0.000355 | 0 | 0 | 0 | 0 |
| 3/31/2015 | MCDLD_FCW1 | 1221.5124 | 10.86276 | 9.88345 | 9.742327 | 9.769296 | 9.885942 | 10.74907 | 9.89023 | 8.339266 | 8.125341 | 8.522705 |
| Total | | 20306 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 51 | interval 52 | interval 53 | interval 54 | interval 55 | interval 56 | interval 57 | interval 58 | interval 59 | interval 60 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2015 | MCDLD_FCW1 | 0.0000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/2/2015 | MCDLD_FCW1 | 4.2085 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/3/2015 | MCDLD_FCW1 | 534.6918 | 0.483128 | 0.127329 | 0.069151 | 0.130736 | 0.071863 | 0.193277 | 0.060308 | 0 | 0 | 0 |
| 3/4/2015 | MCDLD_FCW1 | 628.9281 | 29.13003 | 29.20956 | 28.45939 | 23.22304 | 18.72483 | 13.84583 | 7.92052 | 4.922775 | 1.589604 | 0.763121 |
| 3/5/2015 | MCDLD_FCW1 | 54.2240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/6/2015 | MCDLD_FCW1 | 586.2389 | 4.132406 | 3.309829 | 3.468066 | 3.403782 | 3.37318 | 2.628455 | 2.621708 | 2.787365 | 2.615474 | 2.913053 |
| 3/7/2015 | MCDLD_FCW1 | 749.8855 | 3.452278 | 3.540725 | 4.301948 | 4.477848 | 5.831115 | 7.654847 | 7.99887 | 8.350517 | 7.456837 | 7.374027 |
| 3/8/2015 | MCDLD_FCW1 | 493.3166 | 4.011885 | 2.387836 | 1.578426 | 1.764813 | 0.674551 | 0 | 0 | 0 | 0 | 0 |
| 3/9/2015 | MCDLD_FCW1 | 302.8120 | 6.705164 | 7.602037 | 7.223744 | 6.107885 | 5.29676 | 8.196434 | 8.64171 | 6.948135 | 4.589035 | 5.45505 |
| 3/10/2015 | MCDLD_FCW1 | 75.4572 | 0 | 0 | 0 | 0.074011 | 0.100798 | 0.117153 | 0.286094 | 0.33651 | 0.384024 | 0.236948 |
| 3/11/2015 | MCDLD_FCW1 | 236.9102 | 2.004284 | 2.767136 | 2.560243 | 3.036016 | 3.21885 | 3.14305 | 2.517277 | 1.848148 | 1.920199 | 1.988046 |
| 3/12/2015 | MCDLD_FCW1 | 115.8516 | 1.210634 | 1.130647 | 0.902737 | 0.906713 | 1.003884 | 0.937172 | 0.71915 | 0.679718 | 0.429705 | 0.518721 |
| 3/13/2015 | MCDLD_FCW1 | 281.6236 | 1.739631 | 2.580626 | 4.953692 | 5.730883 | 7.204023 | 7.493998 | 7.173246 | 5.76006 | 7.390801 | 10.62584 |
| 3/14/2015 | MCDLD_FCW1 | 743.3608 | 19.68989 | 20.82746 | 23.59286 | 22.25864 | 23.38999 | 24.74301 | 25.77376 | 25.83919 | 22.8339 | 22.31004 |
| 3/15/2015 | MCDLD_FCW1 | 57.1986 | 0.175484 | 0.026419 | 0.098437 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/16/2015 | MCDLD_FCW1 | 400.9294 | 1.201611 | 1.231708 | 1.304549 | 2.197376 | 1.702376 | 1.711757 | 1.809223 | 2.730194 | 3.052117 | 2.958755 |
| 3/17/2015 | MCDLD_FCW1 | 838.2223 | 0.59231 | 0.077636 | 0.67864 | 0 | 0.030997 | 0.449402 | 0 | 0 | 0 | 0.160477 |
| 3/18/2015 | MCDLD_FCW1 | 381.8193 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.30521 | 1.586495 | 3.77175 |
| 3/19/2015 | MCDLD_FCW1 | 934.9636 | 3.993247 | 2.95551 | 2.081875 | 2.581348 | 2.350935 | 2.795675 | 3.06657 | 2.63718 | 2.851831 | 3.333869 |
| 3/20/2015 | MCDLD_FCW1 | 859.6768 | 9.469558 | 7.161321 | 6.276523 | 5.951881 | 7.304332 | 5.277779 | 1.635625 | 3.268311 | 6.033365 | 7.355877 |
| 3/21/2015 | MCDLD_FCW1 | 44.2686 | 1.070382 | 0.39245 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/22/2015 | MCDLD_FCW1 | 178.3988 | 0 | 0 | 0.022844 | 0.221422 | 0.277294 | 0.234077 | 0.405778 | 0.343599 | 0.367847 | 0.533443 |
| 3/23/2015 | MCDLD_FCW1 | 1469.3053 | 7.251833 | 7.346371 | 7.647977 | 8.374172 | 8.663239 | 9.682784 | 10.72308 | 12.68612 | 14.60485 | 14.56862 |
| 3/24/2015 | MCDLD_FCW1 | 1176.7205 | 2.918064 | 2.051902 | 1.04168 | 0.48161 | 0.258093 | 0.191476 | 0.021262 | 0 | 0.04498 | 0.366791 |
| 3/25/2015 | MCDLD_FCW1 | 1664.1536 | 8.440232 | 7.28828 | 6.019991 | 5.31217 | 4.895406 | 4.883756 | 4.667899 | 4.592766 | 6.423017 | 6.78536 |
| 3/26/2015 | MCDLD_FCW1 | 1412.5723 | 8.740961 | 8.795445 | 8.080695 | 8.280382 | 7.568831 | 7.299076 | 6.902963 | 7.432142 | 7.073335 | 8.618694 |
| 3/27/2015 | MCDLD_FCW1 | 808.5891 | 0.997159 | 1.383585 | 2.147876 | 2.398336 | 3.386223 | 4.391921 | 3.952761 | 4.487481 | 4.129449 | 4.170521 |
| 3/28/2015 | MCDLD_FCW1 | 1831.9280 | 8.732889 | 8.422063 | 8.852486 | 9.846676 | 10.5335 | 11.03258 | 11.02403 | 11.83234 | 12.57733 | 12.33923 |
| 3/29/2015 | MCDLD_FCW1 | 1737.1268 | 0.735955 | 0.922698 | 1.483232 | 1.158965 | 1.55261 | 1.712866 | 1.378007 | 1.272259 | 1.309697 | 1.156543 |
| 3/30/2015 | MCDLD_FCW1 | 481.4336 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.097477 |
| 3/31/2015 | MCDLD_FCW1 | 1221.5124 | 9.334538 | 8.514734 | 7.922031 | 8.249813 | 9.065204 | 11.28009 | 9.60241 | 7.161297 | 6.096774 | 4.957707 |
| Total | | 20306 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 61 | interval 62 | interval 63 | interval 64 | interval 65 | interval 66 | interval 67 | interval 68 | interval 69 | interval 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2015 | MCDLD_FCW1 | 0.0000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/2/2015 | MCDLD_FCW1 | 4.2085 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/3/2015 | MCDLD_FCW1 | 534.6918 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.034095 | 0.685981 |
| 3/4/2015 | MCDLD_FCW1 | 628.9281 | 0.429559 | 0.082441 | 0.137862 | 0.254766 | 0.243844 | 0.466055 | 0.26576 | 0.391337 | 0.483585 | 1.093076 |
| 3/5/2015 | MCDLD_FCW1 | 54.2240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/6/2015 | MCDLD_FCW1 | 586.2389 | 2.936651 | 3.012583 | 3.0326 | 2.285125 | 1.937211 | 1.685553 | 1.737012 | 1.712749 | 1.805041 | 2.079233 |
| 3/7/2015 | MCDLD_FCW1 | 749.8855 | 7.573223 | 9.395549 | 9.806197 | 10.35431 | 10.33081 | 9.251454 | 9.027743 | 7.430391 | 8.366133 | 8.861066 |
| 3/8/2015 | MCDLD_FCW1 | 493.3166 | 0 | 0 | 0 | 0.073723 | 0.069535 | 0.343603 | 0.51131 | 0.741153 | 0.610311 | 0 |
| 3/9/2015 | MCDLD_FCW1 | 302.8120 | 6.260612 | 6.06422 | 5.3293 | 5.188051 | 5.381784 | 4.58816 | 5.687686 | 6.407066 | 3.779918 | 3.667001 |
| 3/10/2015 | MCDLD_FCW1 | 75.4572 | 0.246969 | 0.194961 | 0.075015 | 0.007149 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/11/2015 | MCDLD_FCW1 | 236.9102 | 1.998433 | 2.665999 | 2.929099 | 2.4878 | 2.414136 | 2.764128 | 2.362043 | 2.096305 | 2.705734 | 3.052135 |
| 3/12/2015 | MCDLD_FCW1 | 115.8516 | 0.296473 | 0.558383 | 0.300189 | 0.338738 | 0.152034 | 0.248759 | 0.06124 | 0.167302 | 0 | 0 |
| 3/13/2015 | MCDLD_FCW1 | 281.6236 | 11.79871 | 11.62123 | 8.39291 | 8.240778 | 8.830359 | 8.96809 | 9.275023 | 10.19617 | 7.431522 | 5.596341 |
| 3/14/2015 | MCDLD_FCW1 | 743.3608 | 24.86104 | 22.58919 | 21.57614 | 18.13237 | 17.09338 | 14.02297 | 14.07274 | 13.88515 | 11.60114 | 11.55541 |
| 3/15/2015 | MCDLD_FCW1 | 57.1986 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/16/2015 | MCDLD_FCW1 | 400.9294 | 2.845997 | 2.531172 | 2.604426 | 2.74645 | 2.915067 | 2.636552 | 2.149023 | 3.270701 | 3.125128 | 3.126362 |
| 3/17/2015 | MCDLD_FCW1 | 838.2223 | 0 | 0 | 1.366881 | 10.74186 | 24.15217 | 14.96182 | 13.4038 | 9.784849 | 6.223478 | 4.585885 |
| 3/18/2015 | MCDLD_FCW1 | 381.8193 | 4.392524 | 3.230262 | 2.428649 | 2.626451 | 3.843398 | 5.313778 | 7.788796 | 9.026505 | 6.709144 | 7.604966 |
| 3/19/2015 | MCDLD_FCW1 | 934.9636 | 4.659547 | 4.690641 | 4.308356 | 5.360601 | 6.593148 | 6.647565 | 7.224758 | 7.845478 | 6.51395 | 5.460644 |
| 3/20/2015 | MCDLD_FCW1 | 859.6768 | 4.138951 | 4.498862 | 4.20941 | 3.271539 | 3.43637 | 2.125775 | 4.019637 | 2.491315 | 3.006121 | 3.564476 |
| 3/21/2015 | MCDLD_FCW1 | 44.2686 | 0 | 0 | 0 | 0.163274 | 3.023786 | 14.66693 | 7.708258 | 1.121585 | 0.216713 | 0 |
| 3/22/2015 | MCDLD_FCW1 | 178.3988 | 0.495273 | 0.467589 | 0.490021 | 0.621717 | 0.700405 | 1.192978 | 1.257289 | 1.290058 | 1.032252 | 1.011586 |
| 3/23/2015 | MCDLD_FCW1 | 1469.3053 | 15.32175 | 14.44867 | 13.74863 | 12.53832 | 11.54472 | 11.00475 | 11.1423 | 11.45168 | 11.51655 | 11.06065 |
| 3/24/2015 | MCDLD_FCW1 | 1176.7205 | 0.598946 | 1.017508 | 1.238732 | 1.158893 | 1.617996 | 1.024266 | 1.082533 | 1.014053 | 0.786652 | 0.96791 |
| 3/25/2015 | MCDLD_FCW1 | 1664.1536 | 6.40108 | 7.858889 | 8.182768 | 12.12925 | 11.92728 | 13.78553 | 15.15492 | 16.55533 | 15.02908 | 15.85778 |
| 3/26/2015 | MCDLD_FCW1 | 1412.5723 | 9.856952 | 10.26604 | 8.651484 | 7.257184 | 7.824884 | 6.635868 | 5.011738 | 4.589368 | 4.16269 | 3.976757 |
| 3/27/2015 | MCDLD_FCW1 | 808.5891 | 3.74714 | 3.923606 | 3.800835 | 2.99561 | 2.659117 | 2.36068 | 1.867028 | 1.477898 | 1.491931 | 1.538291 |
| 3/28/2015 | MCDLD_FCW1 | 1831.9280 | 14.23897 | 14.86223 | 14.3127 | 13.95127 | 14.12117 | 13.32275 | 11.04282 | 11.13174 | 11.38937 | 9.77103 |
| 3/29/2015 | MCDLD_FCW1 | 1737.1268 | 0.913072 | 1.992162 | 4.550895 | 4.566137 | 5.388167 | 4.874013 | 5.963159 | 7.68348 | 5.596653 | 8.531288 |
| 3/30/2015 | MCDLD_FCW1 | 481.4336 | 0.309399 | 0.420628 | 0.760558 | 0.973192 | 0.945626 | 1.372166 | 1.333042 | 1.258287 | 1.896714 | 1.834311 |
| 3/31/2015 | MCDLD_FCW1 | 1221.5124 | 4.932228 | 4.934161 | 5.572995 | 4.993019 | 4.020862 | 4.064502 | 3.337862 | 2.678716 | 2.435292 | 2.926536 |
| Total | | 20306 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 71 | interval 72 | interval 73 | interval 74 | interval 75 | interval 76 | interval 77 | interval 78 | interval 79 | interval 80 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2015 | MCDLD_FCW1 | 0.0000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/2/2015 | MCDLD_FCW1 | 4.2085 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/3/2015 | MCDLD_FCW1 | 534.6918 | 1.061562 | 0.770293 | 0.832338 | 1.18466 | 1.716241 | 1.825522 | 1.647604 | 1.372643 | 1.445633 | 1.75993 |
| 3/4/2015 | MCDLD_FCW1 | 628.9281 | 1.741328 | 1.7538 | 1.585474 | 1.193533 | 1.391178 | 1.430587 | 1.321349 | 1.152525 | 1.341675 | 1.492533 |
| 3/5/2015 | MCDLD_FCW1 | 54.2240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/6/2015 | MCDLD_FCW1 | 586.2389 | 2.214273 | 2.050699 | 1.874459 | 1.946995 | 2.347171 | 3.193253 | 3.202946 | 4.318372 | 6.287915 | 8.110126 |
| 3/7/2015 | MCDLD_FCW1 | 749.8855 | 6.563948 | 7.577193 | 7.030285 | 5.674104 | 5.182973 | 6.80869 | 8.872216 | 8.778973 | 7.560025 | 6.220085 |
| 3/8/2015 | MCDLD_FCW1 | 493.3166 | 0.932956 | 1.83479 | 2.779583 | 2.165459 | 2.063089 | 1.855876 | 1.528514 | 1.500402 | 1.431068 | 1.124245 |
| 3/9/2015 | MCDLD_FCW1 | 302.8120 | 3.299586 | 3.410305 | 2.911102 | 2.964617 | 3.078902 | 3.071531 | 3.054717 | 2.963172 | 1.979017 | 1.367006 |
| 3/10/2015 | MCDLD_FCW1 | 75.4572 | 0.036714 | 0 | 0.048116 | 0.021007 | 0 | 0.134432 | 0.247472 | 0.251599 | 0.280422 | 0.458238 |
| 3/11/2015 | MCDLD_FCW1 | 236.9102 | 2.903608 | 2.805755 | 3.026671 | 3.090922 | 3.049732 | 2.860044 | 3.217046 | 3.746008 | 4.172363 | 4.794915 |
| 3/12/2015 | MCDLD_FCW1 | 115.8516 | 0.020456 | 0 | 0.067028 | 0.167444 | 0.247335 | 0.144065 | 0.152264 | 0.317299 | 0.560484 |
| 3/13/2015 | MCDLD_FCW1 | 281.6236 | 4.416097 | 5.011627 | 7.056296 | 4.928861 | 4.831152 | 5.587337 | 5.634368 | 4.910091 | 4.961 | 5.581029 |
| 3/14/2015 | MCDLD_FCW1 | 743.3608 | 12.60814 | 10.79494 | 9.75718 | 9.294386 | 7.867852 | 7.428945 | 6.209898 | 5.708357 | 5.120119 | 4.994218 |
| 3/15/2015 | MCDLD_FCW1 | 57.1986 | 0 | 0 | 0 | 0 | 0 | 0 | 0.182682 | 0.313273 | 0.122996 |
| 3/16/2015 | MCDLD_FCW1 | 400.9294 | 3.315876 | 4.353758 | 4.278865 | 3.659864 | 2.40391 | 2.28294 | 1.552586 | 1.595757 | 1.66621 | 1.430375 |
| 3/17/2015 | MCDLD_FCW1 | 838.2223 | 3.666084 | 3.84805 | 4.993783 | 6.327649 | 9.433833 | 10.00407 | 10.48149 | 11.8802 | 11.66052 | 9.877582 |
| 3/18/2015 | MCDLD_FCW1 | 381.8193 | 4.081861 | 2.781399 | 3.094644 | 2.651267 | 2.45603 | 2.761325 | 1.587576 | 0.998629 | 0.604144 | 0.670169 |
| 3/19/2015 | MCDLD_FCW1 | 934.9636 | 5.021735 | 3.946585 | 3.581908 | 3.476792 | 3.574621 | 3.27371 | 2.729795 | 1.892381 | 2.897509 | 3.274644 |
| 3/20/2015 | MCDLD_FCW1 | 859.6768 | 3.142928 | 4.420075 | 1.902102 | 1.129051 | 1.198453 | 1.265885 | 0.871852 | 0.611538 | 0.751541 | 0.53355 |
| 3/21/2015 | MCDLD_FCW1 | 44.2686 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/22/2015 | MCDLD_FCW1 | 178.3988 | 0.852926 | 0.676041 | 0.524691 | 0.508799 | 0.362866 | 0.011179 | 0 | 0 | 0.002537 | 0.09305 |
| 3/23/2015 | MCDLD_FCW1 | 1469.3053 | 11.35088 | 10.49859 | 10.46109 | 11.55177 | 10.96502 | 9.698991 | 8.438011 | 6.94936 | 5.209624 | 4.960474 |
| 3/24/2015 | MCDLD_FCW1 | 1176.7205 | 1.373695 | 1.506579 | 1.852377 | 2.328529 | 2.809733 | 3.952559 | 4.002029 | 2.801901 | 2.406151 | 2.380153 |
| 3/25/2015 | MCDLD_FCW1 | 1664.1536 | 18.34797 | 14.82855 | 11.78615 | 11.37317 | 15.07561 | 11.0887 | 9.017304 | 9.06789 | 9.896947 | 8.984997 |
| 3/26/2015 | MCDLD_FCW1 | 1412.5723 | 3.750739 | 3.473313 | 3.210869 | 3.452935 | 2.437606 | 1.851381 | 1.399387 | 0.615891 | 0.40297 | 0 |
| 3/27/2015 | MCDLD_FCW1 | 808.5891 | 1.726236 | 1.600632 | 1.459822 | 1.411717 | 2.16718 | 2.159559 | 1.925401 | 1.970886 | 2.275482 | 2.912248 |
| 3/28/2015 | MCDLD_FCW1 | 1831.9280 | 8.285377 | 6.96731 | 7.300376 | 6.308926 | 5.813476 | 5.502449 | 5.425355 | 6.038364 | 6.433819 | 6.59848 |
| 3/29/2015 | MCDLD_FCW1 | 1737.1268 | 26.89398 | 29.88085 | 29.71159 | 29.82502 | 29.7495 | 29.72777 | 29.97099 | 29.83282 | 29.34314 | 29.62145 |
| 3/30/2015 | MCDLD_FCW1 | 481.4336 | 1.832284 | 1.890134 | 1.798805 | 1.232724 | 0.825833 | 0.428256 | 0.138381 | 0.309287 | 1.038476 | 1.227712 |
| 3/31/2015 | MCDLD_FCW1 | 1221.5124 | 3.389423 | 3.377702 | 4.175613 | 5.337134 | 5.573179 | 4.2395 | 6.243341 | 10.42177 | 9.110151 | 6.03427 |
| Total | | 20306 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 81 | interval 82 | interval 83 | interval 84 | interval 85 | interval 86 | interval 87 | interval 88 | interval 89 | interval 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2015 | MCDLD_FCW1 | 0.0000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/2/2015 | MCDLD_FCW1 | 4.2085 | 0 | 0 | 0 | 0 | 0.460149 | 0.605431 | 0.265356 | 0.549336 | 0.219269 | 0.079926 |
| 3/3/2015 | MCDLD_FCW1 | 534.6918 | 2.212517 | 2.225444 | 2.243653 | 0.395117 | 0 | 0 | 0 | 0 | 0.068011 | 0.62126 |
| 3/4/2015 | MCDLD_FCW1 | 628.9281 | 1.483255 | 1.552877 | 1.483169 | 1.469245 | 1.35572 | 1.431806 | 1.261092 | 1.378909 | 1.211972 | 1.17016 |
| 3/5/2015 | MCDLD_FCW1 | 54.2240 | 0.065572 | 0.147063 | 0.39068 | 0.6482 | 1.325861 | 2.591746 | 2.571132 | 2.598104 | 2.130556 | 1.871938 |
| 3/6/2015 | MCDLD_FCW1 | 586.2389 | 9.133364 | 8.919375 | 9.667496 | 11.87366 | 12.29469 | 11.65036 | 10.41891 | 9.439454 | 8.465124 | 7.807583 |
| 3/7/2015 | MCDLD_FCW1 | 749.8855 | 7.44878 | 11.47156 | 10.46236 | 9.263322 | 8.891029 | 8.277442 | 8.854584 | 10.43026 | 12.70804 | 10.98592 |
| 3/8/2015 | MCDLD_FCW1 | 493.3166 | 1.622771 | 3.068709 | 2.678251 | 3.083337 | 4.14455 | 5.692761 | 2.496733 | 0.656887 | 0.498988 | 0.701989 |
| 3/9/2015 | MCDLD_FCW1 | 302.8120 | 1.707529 | 1.753284 | 2.48346 | 2.273949 | 1.355842 | 1.129002 | 0.86065 | 0.825856 | 0.728662 | 0.666767 |
| 3/10/2015 | MCDLD_FCW1 | 75.4572 | 0.442893 | 0.490971 | 0.484596 | 0.261584 | 0.193657 | 0.449159 | 0.640605 | 1.808167 | 1.848982 | 3.30914 |
| 3/11/2015 | MCDLD_FCW1 | 236.9102 | 5.286944 | 7.305442 | 9.039512 | 9.529715 | 9.183061 | 9.086294 | 8.268602 | 6.859137 | 5.352236 | 5.265894 |
| 3/12/2015 | MCDLD_FCW1 | 115.8516 | 0.704129 | 0.916941 | 1.14874 | 1.486294 | 2.266023 | 3.602221 | 4.61696 | 5.210958 | 5.902197 | 6.207399 |
| 3/13/2015 | MCDLD_FCW1 | 281.6236 | 5.998216 | 5.427964 | 3.401016 | 2.220151 | 1.935551 | 1.726867 | 1.604958 | 1.620465 | 1.670872 | 1.817663 |
| 3/14/2015 | MCDLD_FCW1 | 743.3608 | 4.491067 | 4.521345 | 4.991894 | 6.25941 | 6.099206 | 4.211138 | 4.99615 | 4.767257 | 4.044672 | 3.639975 |
| 3/15/2015 | MCDLD_FCW1 | 57.1986 | 0.269317 | 0.433141 | 1.548616 | 2.216015 | 2.612319 | 3.545729 | 3.122713 | 2.423054 | 3.347186 | 2.945268 |
| 3/16/2015 | MCDLD_FCW1 | 400.9294 | 1.785852 | 1.639422 | 3.661997 | 7.269759 | 11.49861 | 10.79437 | 11.48975 | 11.14819 | 13.38069 | 16.13858 |
| 3/17/2015 | MCDLD_FCW1 | 838.2223 | 11.17392 | 10.015 | 10.61867 | 10.99767 | 8.880648 | 9.554153 | 10.78696 | 11.94543 | 11.27804 | 9.538869 |
| 3/18/2015 | MCDLD_FCW1 | 381.8193 | 0.95854 | 1.554531 | 2.041578 | 1.750111 | 1.3258 | 4.311891 | 6.764745 | 7.033337 | 7.916436 | 8.69483 |
| 3/19/2015 | MCDLD_FCW1 | 934.9636 | 6.265073 | 4.710535 | 3.760011 | 4.647401 | 5.368672 | 5.562534 | 5.612327 | 5.531451 | 7.141382 | 8.624822 |
| 3/20/2015 | MCDLD_FCW1 | 859.6768 | 0 | 0.079603 | 0.04595 | 0.319649 | 0 | 0.003683 | 0 | 0 | 0 | 0 |
| 3/21/2015 | MCDLD_FCW1 | 44.2686 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/22/2015 | MCDLD_FCW1 | 178.3988 | 0.357273 | 0.815158 | 1.431485 | 1.608675 | 2.407339 | 2.809436 | 3.813483 | 5.063937 | 7.543461 | 9.425568 |
| 3/23/2015 | MCDLD_FCW1 | 1469.3053 | 4.730571 | 4.665769 | 5.182228 | 10.13751 | 16.41693 | 21.43536 | 28.20466 | 29.80051 | 29.99811 | 30.00676 |
| 3/24/2015 | MCDLD_FCW1 | 1176.7205 | 1.544375 | 0.892965 | 0.299165 | 0 | 0.354964 | 0.884697 | 1.042709 | 1.547291 | 1.314382 | 1.054855 |
| 3/25/2015 | MCDLD_FCW1 | 1664.1536 | 7.969541 | 10.11197 | 12.24654 | 13.86371 | 17.39239 | 18.34499 | 21.3116 | 20.92088 | 20.6681 | 21.63404 |
| 3/26/2015 | MCDLD_FCW1 | 1412.5723 | | | | | | | | | | |
| 3/27/2015 | MCDLD_FCW1 | 808.5891 | 3.259847 | 3.332371 | 4.099891 | 4.612662 | 5.634884 | 5.970055 | 7.528675 | 7.823659 | 7.720687 | 13.8182 |
| 3/28/2015 | MCDLD_FCW1 | 1831.9280 | 5.748797 | 5.317682 | 9.36877 | 22.22853 | 25.24993 | 28.55999 | 29.70416 | 28.71489 | 26.32851 | 24.50103 |
| 3/29/2015 | MCDLD_FCW1 | 1737.1268 | 29.74237 | 29.46042 | 27.04935 | 25.03401 | 25.16202 | 25.11644 | 24.21819 | 25.31884 | 26.08414 | 25.48264 |
| 3/30/2015 | MCDLD_FCW1 | 481.4336 | 2.62861 | 6.209999 | 7.190017 | 6.156072 | 5.865367 | 8.5215 | 14.54216 | 19.81227 | 21.41667 | 25.29146 |
| 3/31/2015 | MCDLD_FCW1 | 1221.5124 | 5.581801 | 6.37208 | 4.9028 | 2.149697 | 1.558746 | 1.95545 | 2.217487 | 1.95095 | 2.581147 | 1.984843 |
| Total | | 20306 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 91 | interval 92 | interval 93 | interval 94 | interval 95 | interval 96 |
|---|---|---|---|---|---|---|---|---|
| 3/1/2015 | MCDLD_FCW1 | 0.0000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/2/2015 | MCDLD_FCW1 | 4.2085 | 0 | 0.048535 | 0.072569 | 0.186734 | 0.637194 | 1.08402 |
| 3/3/2015 | MCDLD_FCW1 | 534.6918 | 0.033914 | 0.142306 | 0.055525 | 0 | 0.153345 | 0.541789 |
| 3/4/2015 | MCDLD_FCW1 | 628.9281 | 1.351938 | 1.279371 | 1.274342 | 1.393254 | 1.34322 | 1.370693 |
| 3/5/2015 | MCDLD_FCW1 | 54.2240 | 2.264522 | 2.898007 | 3.301522 | 3.145277 | 3.156794 | 3.26525 |
| 3/6/2015 | MCDLD_FCW1 | 586.2389 | 6.616632 | 7.261538 | 8.353258 | 8.648944 | 8.966603 | 9.313847 |
| 3/7/2015 | MCDLD_FCW1 | 749.8855 | 15.13745 | 21.79394 | 20.92215 | 20.19986 | 19.65432 | 19.84296 |
| 3/8/2015 | MCDLD_FCW1 | 493.3166 | 0.929849 | 1.462798 | 4.477267 | 7.143093 | 8.434077 | 9.094427 |
| 3/9/2015 | MCDLD_FCW1 | 302.8120 | 0.364062 | 0 | 0 | 0 | 0 | 0 |
| 3/10/2015 | MCDLD_FCW1 | 75.4572 | 3.095464 | 3.477256 | 2.866032 | 2.845451 | 2.800193 | 3.03602 |
| 3/11/2015 | MCDLD_FCW1 | 236.9102 | 6.044308 | 7.00478 | 5.390276 | 3.960188 | 4.716 | 5.758148 |
| 3/12/2015 | MCDLD_FCW1 | 115.8516 | 5.679849 | 5.910749 | 6.14263 | 5.266817 | 5.015002 | 4.267395 |
| 3/13/2015 | MCDLD_FCW1 | 281.6236 | 1.963423 | 2.25588 | 3.302381 | 3.40655 | 3.605838 | 3.706508 |
| 3/14/2015 | MCDLD_FCW1 | 743.3608 | 3.236803 | 3.137925 | 2.961671 | 2.31356 | 2.193387 | 2.192605 |
| 3/15/2015 | MCDLD_FCW1 | 57.1986 | 2.696915 | 3.336694 | 4.003226 | 5.110602 | 5.847111 | 5.866411 |
| 3/16/2015 | MCDLD_FCW1 | 400.9294 | 15.00413 | 18.10538 | 18.70655 | 16.60232 | 14.53859 | 16.13938 |
| 3/17/2015 | MCDLD_FCW1 | 838.2223 | 8.820188 | 7.679625 | 8.290002 | 8.655115 | 7.63319 | 6.608695 |
| 3/18/2015 | MCDLD_FCW1 | 381.8193 | 10.52578 | 12.95846 | 14.77026 | 16.6137 | 17.66363 | 18.56326 |
| 3/19/2015 | MCDLD_FCW1 | 934.9636 | 6.866397 | 3.580745 | 3.092355 | 2.939623 | 1.954456 | 1.42695 |
| 3/20/2015 | MCDLD_FCW1 | 859.6768 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/21/2015 | MCDLD_FCW1 | 44.2686 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/22/2015 | MCDLD_FCW1 | 178.3988 | 10.37559 | 10.75375 | 11.47585 | 11.14944 | 11.96097 | 13.77754 |
| 3/23/2015 | MCDLD_FCW1 | 1469.3053 | 30.01915 | 30.08072 | 30.08304 | 30.09356 | 30.09123 | 30.10697 |
| 3/24/2015 | MCDLD_FCW1 | 1176.7205 | 1.013298 | 0.984888 | 0.758333 | 0.870184 | 2.913524 | 9.794081 |
| 3/25/2015 | MCDLD_FCW1 | 1664.1536 | 25.60554 | 29.39123 | 26.1646 | 20.47149 | 25.48785 | 26.25022 |
| 3/26/2015 | MCDLD_FCW1 | 1412.5723 | 0 | 0 | 0 | 0.225708 | 1.021984 | 1.774585 |
| 3/27/2015 | MCDLD_FCW1 | 808.5891 | 21.34685 | 26.45211 | 28.80015 | 29.9284 | 29.7858 | 29.16764 |
| 3/28/2015 | MCDLD_FCW1 | 1831.9280 | 24.61243 | 22.76437 | 21.32449 | 19.86859 | 22.42711 | 25.44238 |
| 3/29/2015 | MCDLD_FCW1 | 1737.1268 | 23.36439 | 20.16133 | 19.08044 | 16.62628 | 15.75912 | 11.3064 |
| 3/30/2015 | MCDLD_FCW1 | 481.4336 | 28.68387 | 28.92659 | 28.91584 | 28.93684 | 28.25201 | 28.06618 |
| 3/31/2015 | MCDLD_FCW1 | 1221.5124 | 3.286263 | 10.51895 | 21.05616 | 19.1301 | 14.35808 | 16.31978 |
| Total | | 20306 | | | | | | |