## Exhibit 8

Luminant Report: Net Energy Delivered April 1, 2015 – April 14, 2015

| Day | Volumes |
|---|---|
| 4/1/2015 | 1343.27 |
| 4/2/2015 | 1833.43 |
| 4/3/2015 | 2199.47 |
| 4/4/2015 | 729.86 |
| 4/5/2015 | 793.03 |
| 4/6/2015 | 2050.90 |
| 4/7/2015 | 1402.97 |
| 4/8/2015 | 2196.47 |
| 4/9/2015 | 1364.32 |
| 4/10/2015 | 1024.91 |
| 4/11/2015 | 1573.12 |
| 4/12/2015 | 1799.01 |
| 4/13/2015 | 857.12 |
| 4/14/2015 | 553.83 |
| 4/15/2015 | 0.00 |
| 4/16/2015 | 0.00 |
| 4/17/2015 | 0.00 |
| 4/18/2015 | 0.00 |
| 4/19/2015 | 0.00 |
| 4/20/2015 | 0.00 |
| 4/21/2015 | 0.00 |
| 4/22/2015 | 0.00 |
| 4/23/2015 | 0.00 |
| 4/24/2015 | 0.00 |
| 4/25/2015 | 0.00 |
| 4/26/2015 | 0.00 |
| 4/27/2015 | 0.00 |
| 4/28/2015 | 0.00 |
| 4/29/2015 | 0.00 |
| 4/30/2015 | 0.00 |
| 5/1/2015 | 0.00 |

**19,721.70**

FOREST CREEK WIND FARM
April-15

ERCOT Extracts

| Date | Recorder | Total | interval 1 | interval 2 | interval 3 | interval 4 | interval 5 | interval 6 | interval 7 | interval 8 | interval 9 | interval 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2015 | MCDLD_FCW1 | 1343.2677 | 16.342003 | 15.693407 | 15.751463 | 18.82063 | 19.10617 | 21.30574 | 19.91103 | 20.69156 | 20.76165 | 17.39094 |
| 4/2/2015 | MCDLD_FCW1 | 1833.4292 | 29.823698 | 29.912273 | 30.026321 | 29.96199 | 29.80155 | 29.48278 | 29.10232 | 28.8287 | 28.13767 | 27.51976 |
| 4/3/2015 | MCDLD_FCW1 | 2199.4692 | 28.79589 | 28.020458 | 26.606577 | 24.21605 | 23.78169 | 23.47351 | 22.68382 | 22.49353 | 22.87852 | 21.93103 |
| 4/4/2015 | MCDLD_FCW1 | 729.8571 | 23.127046 | 23.853156 | 22.703383 | 20.07278 | 17.87737 | 16.54209 | 15.00319 | 17.18059 | 16.64419 | 14.92435 |
| 4/5/2015 | MCDLD_FCW1 | 793.0349 | 5.219703 | 5.288785 | 5.902127 | 6.240141 | 8.808604 | 18.12773 | 15.49081 | 12.7285 | 9.499569 | 7.380823 |
| 4/6/2015 | MCDLD_FCW1 | 2050.9030 | 25.33798 | 24.411304 | 23.982494 | 27.01879 | 27.77688 | 29.26058 | 28.45509 | 28.69525 | 28.2989 | 21.61921 |
| 4/7/2015 | MCDLD_FCW1 | 1402.9702 | 23.13995 | 25.027699 | 24.842173 | 28.90589 | 29.56815 | 28.27901 | 27.82213 | 27.84535 | 28.44405 | 28.67713 |
| 4/8/2015 | MCDLD_FCW1 | 2196.4660 | 25.886826 | 25.160263 | 23.318856 | 21.79038 | 20.54189 | 22.83895 | 23.94407 | 23.58804 | 22.7392 | 23.59187 |
| 4/9/2015 | MCDLD_FCW1 | 1364.3172 | 29.693529 | 29.473417 | 29.429185 | 28.63713 | 26.81754 | 27.22227 | 26.41997 | 27.08183 | 28.86946 | 29.60418 |
| 4/10/2015 | MCDLD_FCW1 | 1024.9056 | 9.897891 | 8.605045 | 7.927972 | 9.93538 | 10.78502 | 11.62909 | 9.111895 | 9.176193 | 21.80083 | 20.79725 |
| 4/11/2015 | MCDLD_FCW1 | 1573.1152 | 17.728872 | 15.239104 | 13.381517 | 13.93702 | 16.49834 | 16.29557 | 19.51712 | 23.58117 | 21.54932 | 21.03617 |
| 4/12/2015 | MCDLD_FCW1 | 1799.0113 | 29.025579 | 29.023476 | 29.26331 | 29.02735 | 29.25754 | 29.26728 | 28.66554 | 27.4671 | 26.91346 | 26.93877 |
| 4/13/2015 | MCDLD_FCW1 | 857.1194 | 3.518484 | 2.230283 | 2.587167 | 3.161758 | 2.556887 | 2.989317 | 3.535602 | 2.763778 | 2.062694 | 2.008854 |
| 4/14/2015 | MCDLD_FCW1 | 553.8317 | 28.051382 | 28.290095 | 26.930031 | 25.94834 | 25.30431 | 17.15816 | 22.22593 | 22.16531 | 19.88461 | 18.9163 |
| 4/15/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/16/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/17/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/18/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/19/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/20/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/21/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/22/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/23/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/24/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/25/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/26/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/27/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/28/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/29/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/30/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| Total | | 19722 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 11 | interval 12 | interval 13 | interval 14 | interval 15 | interval 16 | interval 17 | interval 18 | interval 19 | interval 20 |
|------|----------|-------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
| 4/1/2015 | MCDLD_FCW1 | 1343.2677 | 14.09076 | 13.14147 | 13.02961 | 13.48931 | 13.00328 | 12.50032 | 12.46087 | 15.87211 | 15.70385 | 20.39116 |
| 4/2/2015 | MCDLD_FCW1 | 1833.4292 | 27.31106 | 26.76316 | 26.32335 | 26.40513 | 26.32656 | 26.84824 | 26.80279 | 26.09829 | 24.43934 | 25.14193 |
| 4/3/2015 | MCDLD_FCW1 | 2199.4692 | 21.29848 | 20.93215 | 20.54965 | 20.05751 | 19.43139 | 17.2595 | 17.13648 | 17.0013 | 17.48187 | 18.13159 |
| 4/4/2015 | MCDLD_FCW1 | 729.8571 | 13.06255 | 10.22423 | 13.91986 | 13.25059 | 10.79127 | 7.338493 | 8.424246 | 9.420299 | 9.371741 | 9.833344 |
| 4/5/2015 | MCDLD_FCW1 | 793.0349 | 6.752167 | 5.771667 | 4.42352 | 3.696021 | 3.075465 | 2.393332 | 1.951539 | 1.583634 | 1.255791 | 0.971477 |
| 4/6/2015 | MCDLD_FCW1 | 2050.9030 | 20.21113 | 27.11931 | 28.94645 | 28.643 | 24.70651 | 25.20865 | 25.88046 | 22.39427 | 20.00271 | 16.14417 |
| 4/7/2015 | MCDLD_FCW1 | 1402.9702 | 28.45663 | 27.55708 | 25.8168 | 24.49493 | 23.46895 | 22.19084 | 20.0662 | 20.2384 | 20.18997 | 19.73022 |
| 4/8/2015 | MCDLD_FCW1 | 2196.4660 | 24.14422 | 23.50593 | 23.74236 | 24.25813 | 24.30858 | 24.13015 | 24.5403 | 24.31874 | 23.46247 | 22.268 |
| 4/9/2015 | MCDLD_FCW1 | 1364.3172 | 29.64355 | 29.32845 | 29.52652 | 29.74398 | 29.52572 | 29.52221 | 29.34031 | 28.88393 | 29.15013 | 28.31943 |
| 4/10/2015 | MCDLD_FCW1 | 1024.9056 | 15.92571 | 15.89297 | 22.08086 | 24.8983 | 23.44555 | 19.48316 | 16.71314 | 14.01903 | 11.44264 | 10.21416 |
| 4/11/2015 | MCDLD_FCW1 | 1573.1152 | 18.06789 | 24.05432 | 24.79096 | 23.63144 | 21.03066 | 20.31533 | 19.50945 | 16.95978 | 19.74412 | 17.41944 |
| 4/12/2015 | MCDLD_FCW1 | 1799.0113 | 27.1106 | 27.51564 | 28.16027 | 28.31409 | 27.30298 | 27.71631 | 27.0544 | 26.25697 | 26.16228 | 24.8175 |
| 4/13/2015 | MCDLD_FCW1 | 857.1194 | 1.832557 | 1.800566 | 1.686247 | 0.87805 | 0.726222 | 1.306368 | 1.059246 | 0.941704 | 0.781353 | 0.217625 |
| 4/14/2015 | MCDLD_FCW1 | 553.8317 | 17.92956 | 17.90647 | 10.89345 | 10.50754 | 10.7615 | 8.495654 | 9.862453 | 9.296093 | 6.654294 | 7.358251 |
| 4/15/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/16/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/17/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/18/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/19/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/20/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/21/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/22/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/23/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/24/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/25/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/26/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/27/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/28/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/29/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/30/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| Total | | 19722 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 21 | interval 22 | interval 23 | interval 24 | interval 25 | interval 26 | interval 27 | interval 28 | interval 29 | interval 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2015 | MCDLD_FCW1 | 1343.2677 | 19.15823 | 18.12005 | 18.17104 | 20.31005 | 22.15506 | 21.21332 | 17.61056 | 14.77179 | 13.46548 | 11.98226 |
| 4/2/2015 | MCDLD_FCW1 | 1833.4292 | 22.3884 | 19.56757 | 18.77548 | 17.44396 | 17.11708 | 18.09869 | 18.5252 | 14.34057 | 11.73969 | 14.16647 |
| 4/3/2015 | MCDLD_FCW1 | 2199.4692 | 16.91618 | 15.66986 | 14.54916 | 11.27053 | 10.707 | 11.94645 | 12.62859 | 7.933553 | 13.7769 | 26.69801 |
| 4/4/2015 | MCDLD_FCW1 | 729.8571 | 7.879328 | 8.478589 | 12.86628 | 18.17346 | 16.2165 | 11.87813 | 12.01656 | 9.907775 | 9.609896 | 8.18588 |
| 4/5/2015 | MCDLD_FCW1 | 793.0349 | 1.608497 | 2.129999 | 1.872311 | 1.455982 | 1.395636 | 1.19219 | 0.941835 | 0.709171 | 0.866682 | 1.482352 |
| 4/6/2015 | MCDLD_FCW1 | 2050.9030 | 15.25415 | 14.62702 | 15.74704 | 18.58407 | 17.77882 | 20.50386 | 20.39882 | 20.55741 | 23.83806 | 24.50929 |
| 4/7/2015 | MCDLD_FCW1 | 1402.9702 | 21.53423 | 22.20553 | 20.58835 | 21.26354 | 22.04025 | 22.56337 | 23.09859 | 21.66226 | 17.97646 | 11.06823 |
| 4/8/2015 | MCDLD_FCW1 | 2196.4660 | 21.07998 | 20.25264 | 21.35506 | 22.23144 | 23.14023 | 23.62065 | 24.31692 | 23.89421 | 23.97825 | 25.32675 |
| 4/9/2015 | MCDLD_FCW1 | 1364.3172 | 26.68827 | 24.64964 | 22.84612 | 22.50198 | 22.17583 | 20.37488 | 20.73435 | 24.67868 | 26.16084 | 24.23199 |
| 4/10/2015 | MCDLD_FCW1 | 1024.9056 | 7.316764 | 10.47208 | 11.97028 | 12.1349 | 13.78822 | 15.77618 | 16.93141 | 19.40424 | 19.23897 | 16.01221 |
| 4/11/2015 | MCDLD_FCW1 | 1573.1152 | 19.60422 | 21.93508 | 20.10997 | 17.50918 | 10.14175 | 3.994439 | 0.43086 | 0.089608 | 0.047474 | 0.959008 |
| 4/12/2015 | MCDLD_FCW1 | 1799.0113 | 25.40274 | 24.1572 | 25.51829 | 26.37676 | 25.92678 | 25.39371 | 23.27382 | 23.43828 | 24.12144 | 23.43991 |
| 4/13/2015 | MCDLD_FCW1 | 857.1194 | 0.055738 | 0.102253 | 0 | 0 | 0 | 0 | 0 | 0.516263 | 1.301728 | 2.299444 |
| 4/14/2015 | MCDLD_FCW1 | 553.8317 | 5.891052 | 5.661768 | 5.89865 | 4.895936 | 4.394622 | 5.103871 | 5.205355 | 3.486818 | 4.035353 | 5.182671 |
| 4/15/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/16/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/17/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/18/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/19/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/20/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/21/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/22/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/23/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/24/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/25/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/26/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/27/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/28/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/29/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/30/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| Total | | 19722 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 31 | interval 32 | interval 33 | interval 34 | interval 35 | interval 36 | interval 37 | interval 38 | interval 39 | interval 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2015 | MCDLD_FCW1 | 1343.2677 | 10.11789 | 6.600959 | 5.281669 | 4.935312 | 7.113424 | 7.445066 | 5.493102 | 5.106511 | 4.503954 | 4.128876 |
| 4/2/2015 | MCDLD_FCW1 | 1833.4292 | 19.00459 | 17.14392 | 17.52788 | 16.13928 | 15.65753 | 14.85671 | 13.27516 | 11.78148 | 12.68411 | 12.39314 |
| 4/3/2015 | MCDLD_FCW1 | 2199.4692 | 27.96656 | 26.08912 | 27.38848 | 27.91972 | 28.47437 | 28.66812 | 29.79377 | 29.85182 | 29.92091 | 29.97292 |
| 4/4/2015 | MCDLD_FCW1 | 729.8571 | 4.831476 | 5.045688 | 4.912061 | 4.286317 | 3.294454 | 4.325865 | 6.171346 | 5.574386 | 6.8916 | 6.513505 |
| 4/5/2015 | MCDLD_FCW1 | 793.0349 | 1.33833 | 2.620937 | 3.268364 | 3.958548 | 5.836604 | 4.958851 | 8.131325 | 8.59343 | 9.550805 | 9.982955 |
| 4/6/2015 | MCDLD_FCW1 | 2050.9030 | 26.68645 | 28.79821 | 28.28627 | 26.00427 | 25.35111 | 24.48741 | 23.11814 | 22.70536 | 22.3393 | 22.33343 |
| 4/7/2015 | MCDLD_FCW1 | 1402.9702 | 7.227041 | 5.531112 | 5.367706 | 8.165539 | 10.49182 | 11.00888 | 11.24307 | 10.51046 | 9.220266 | 8.446887 |
| 4/8/2015 | MCDLD_FCW1 | 2196.4660 | 26.09154 | 27.04673 | 28.2973 | 27.1346 | 26.60961 | 24.65811 | 23.78703 | 24.44265 | 22.72612 | 20.71328 |
| 4/9/2015 | MCDLD_FCW1 | 1364.3172 | 23.0329 | 18.48998 | 18.34908 | 14.97477 | 11.16921 | 10.76112 | 8.831861 | 6.534412 | 8.58325 | 18.85435 |
| 4/10/2015 | MCDLD_FCW1 | 1024.9056 | 17.30496 | 18.59503 | 19.13566 | 22.43607 | 22.94782 | 21.63606 | 21.76465 | 17.93336 | 16.98423 | 13.0656 |
| 4/11/2015 | MCDLD_FCW1 | 1573.1152 | 0.703833 | 1.063332 | 0.897099 | 1.472716 | 1.101773 | 0.429909 | 0.289766 | 0.044906 | 0 | 0.187591 |
| 4/12/2015 | MCDLD_FCW1 | 1799.0113 | 23.54267 | 23.75673 | 24.50997 | 25.20715 | 24.95452 | 21.72173 | 24.29527 | 27.90097 | 27.84431 | 27.83946 |
| 4/13/2015 | MCDLD_FCW1 | 857.1194 | 1.711191 | 1.555824 | 1.063582 | 0.742129 | 1.245386 | 0.495128 | 0 | 0 | 0 | 0 |
| 4/14/2015 | MCDLD_FCW1 | 553.8317 | 4.65248 | 4.6403 | 3.439564 | 2.283126 | 5.25144 | 6.441306 | 6.464173 | 7.438604 | 8.467147 | 8.259848 |
| 4/15/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/16/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/17/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/18/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/19/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/20/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/21/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/22/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/23/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/24/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/25/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/26/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/27/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/28/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/29/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/30/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| Total | | 19722 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 41 | interval 42 | interval 43 | interval 44 | interval 45 | interval 46 | interval 47 | interval 48 | interval 49 | interval 50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2015 | MCDLD_FCW1 | 1343.2677 | 4.572151 | 4.965831 | 5.249317 | 6.49352 | 5.970682 | 5.286319 | 7.106402 | 8.146427 | 7.773184 | 7.088849 |
| 4/2/2015 | MCDLD_FCW1 | 1833.4292 | 12.80789 | 10.59267 | 8.912811 | 8.416438 | 6.443007 | 7.19237 | 8.102884 | 8.269032 | 7.895641 | 7.572934 |
| 4/3/2015 | MCDLD_FCW1 | 2199.4692 | 29.75376 | 29.66445 | 29.50318 | 29.46629 | 29.39001 | 28.90745 | 29.25651 | 28.77492 | 28.35031 | 27.95711 |
| 4/4/2015 | MCDLD_FCW1 | 729.8571 | 4.930342 | 5.785217 | 4.548241 | 3.294659 | 2.781491 | 2.622096 | 2.425826 | 3.437272 | 4.451127 | 4.527574 |
| 4/5/2015 | MCDLD_FCW1 | 793.0349 | 10.20901 | 9.741395 | 9.29039 | 9.561404 | 8.228775 | 9.506921 | 9.105048 | 6.95091 | 6.08723 | 5.596014 |
| 4/6/2015 | MCDLD_FCW1 | 2050.9030 | 21.69493 | 19.93227 | 22.03137 | 23.47445 | 22.37091 | 21.8837 | 21.82423 | 20.88617 | 21.70045 | 21.80379 |
| 4/7/2015 | MCDLD_FCW1 | 1402.9702 | 6.80755 | 5.017121 | 4.43962 | 3.913913 | 3.499132 | 3.449134 | 2.970914 | 2.539766 | 2.085883 | 1.646796 |
| 4/8/2015 | MCDLD_FCW1 | 2196.4660 | 18.25998 | 17.69124 | 16.59662 | 16.41742 | 16.97752 | 8.42023 | 1.601098 | 0.066432 | 2.546855 | 3.918345 |
| 4/9/2015 | MCDLD_FCW1 | 1364.3172 | 19.73673 | 19.00594 | 16.44959 | 16.29395 | 17.84334 | 18.85729 | 18.24898 | 13.32021 | 11.85288 | 10.57677 |
| 4/10/2015 | MCDLD_FCW1 | 1024.9056 | 8.049977 | 6.272729 | 4.899124 | 3.803604 | 3.683136 | 3.359247 | 3.295386 | 3.970568 | 3.347381 | 3.719135 |
| 4/11/2015 | MCDLD_FCW1 | 1573.1152 | 2.918912 | 3.538479 | 3.975402 | 3.402875 | 3.401454 | 4.929388 | 6.146342 | 6.194505 | 9.243501 | 11.42184 |
| 4/12/2015 | MCDLD_FCW1 | 1799.0113 | 28.34829 | 27.71659 | 26.01422 | 26.01445 | 25.01897 | 25.10503 | 23.99758 | 23.54554 | 21.88655 | 18.15825 |
| 4/13/2015 | MCDLD_FCW1 | 857.1194 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.02356 | 0.067788 |
| 4/14/2015 | MCDLD_FCW1 | 553.8317 | 8.983147 | 7.55245 | 5.831257 | 5.092667 | 3.868992 | 4.190727 | 5.15467 | 4.636685 | 3.755563 | 2.614287 |
| 4/15/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/16/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/17/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/18/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/19/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/20/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/21/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/22/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/23/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/24/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/25/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/26/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/27/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/28/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/29/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/30/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| Total | | 19722 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 51 | interval 52 | interval 53 | interval 54 | interval 55 | interval 56 | interval 57 | interval 58 | interval 59 | interval 60 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2015 | MCDLD_FCW1 | 1343.2677 | 8.126538 | 7.34768 | 5.867646 | 5.647459 | 8.444502 | 12.4426 | 15.79794 | 15.87301 | 13.83711 | 13.92085 |
| 4/2/2015 | MCDLD_FCW1 | 1833.4292 | 6.317695 | 7.024208 | 7.508298 | 8.442934 | 8.359863 | 8.484652 | 11.967 | 12.91619 | 14.45844 | 16.75892 |
| 4/3/2015 | MCDLD_FCW1 | 2199.4692 | 28.02495 | 26.54708 | 26.49411 | 26.34985 | 26.69716 | 26.18079 | 24.27752 | 23.56332 | 22.01434 | 20.49245 |
| 4/4/2015 | MCDLD_FCW1 | 729.8571 | 4.488062 | 3.884193 | 3.050793 | 3.479419 | 3.820941 | 3.537522 | 5.714545 | 4.811855 | 3.348217 | 3.76729 |
| 4/5/2015 | MCDLD_FCW1 | 793.0349 | 4.111583 | 3.966345 | 3.842591 | 3.241811 | 4.160079 | 4.37635 | 5.56388 | 6.447181 | 5.58764 | 3.620264 |
| 4/6/2015 | MCDLD_FCW1 | 2050.9030 | 19.52585 | 19.33824 | 18.14694 | 18.00685 | 17.18803 | 16.72749 | 16.2589 | 14.68708 | 11.12601 | 9.625547 |
| 4/7/2015 | MCDLD_FCW1 | 1402.9702 | 1.290458 | 0.974305 | 0.942796 | 1.381644 | 1.85106 | 1.736943 | 1.553029 | 2.098823 | 3.032071 | 4.259466 |
| 4/8/2015 | MCDLD_FCW1 | 2196.4660 | 11.99031 | 12.1607 | 20.44047 | 23.52748 | 23.75387 | 22.45376 | 19.29723 | 18.61596 | 19.96989 | 19.01647 |
| 4/9/2015 | MCDLD_FCW1 | 1364.3172 | 10.29473 | 7.020945 | 4.593048 | 4.418971 | 4.485674 | 3.363528 | 3.434894 | 2.232674 | 2.174723 | 2.321641 |
| 4/10/2015 | MCDLD_FCW1 | 1024.9056 | 3.978646 | 3.83297 | 3.423108 | 3.323866 | 3.445603 | 4.140396 | 4.707308 | 4.431589 | 3.556149 | 3.340223 |
| 4/11/2015 | MCDLD_FCW1 | 1573.1152 | 13.0274 | 13.65673 | 14.57089 | 16.05421 | 17.83703 | 16.69853 | 17.16572 | 15.78388 | 15.39362 | 15.42386 |
| 4/12/2015 | MCDLD_FCW1 | 1799.0113 | 15.29982 | 12.65882 | 10.12974 | 6.623926 | 6.530534 | 7.133409 | 7.113292 | 6.679609 | 6.643917 | 7.915728 |
| 4/13/2015 | MCDLD_FCW1 | 857.1194 | 0.345576 | 0.380311 | 0.6717 | 1.492368 | 2.683756 | 3.704634 | 2.972251 | 7.818905 | 12.39991 | 13.98576 |
| 4/14/2015 | MCDLD_FCW1 | 553.8317 | 2.047477 | 2.407801 | 3.132114 | 3.236684 | 2.85226 | 3.236017 | 2.700403 | 1.750373 | 1.909961 | 2.19734 |
| 4/15/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/16/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/17/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/18/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/19/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/20/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/21/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/22/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/23/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/24/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/25/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/26/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/27/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/28/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/29/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/30/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| Total | | 19722 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 61 | interval 62 | interval 63 | interval 64 | interval 65 | interval 66 | interval 67 | interval 68 | interval 69 | interval 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2015 | MCDLD_FCW1 | 1343.2677 | 15.7826 | 12.83372 | 12.23908 | 13.19121 | 12.51307 | 9.147478 | 7.955828 | 7.315931 | 5.892017 | 6.58285 |
| 4/2/2015 | MCDLD_FCW1 | 1833.4292 | 18.2475 | 21.87593 | 24.06339 | 24.77532 | 23.9899 | 24.94258 | 26.61074 | 25.52855 | 26.48365 | 24.25825 |
| 4/3/2015 | MCDLD_FCW1 | 2199.4692 | 21.34648 | 22.21481 | 22.07737 | 22.76095 | 23.1207 | 24.59535 | 24.33098 | 24.30876 | 24.24004 | 24.70465 |
| 4/4/2015 | MCDLD_FCW1 | 729.8571 | 2.732434 | 1.554427 | 1.665312 | 1.66866 | 1.139826 | 2.15222 | 2.822855 | 2.214035 | 4.002503 | 5.843525 |
| 4/5/2015 | MCDLD_FCW1 | 793.0349 | 3.596804 | 3.567752 | 3.2905 | 3.707432 | 3.290985 | 3.489954 | 4.400809 | 3.249032 | 4.977618 | 6.431596 |
| 4/6/2015 | MCDLD_FCW1 | 2050.9030 | 11.52937 | 13.36611 | 14.23997 | 14.52219 | 15.32962 | 15.5855 | 21.64286 | 22.69545 | 20.32748 | 19.91437 |
| 4/7/2015 | MCDLD_FCW1 | 1402.9702 | 4.329694 | 4.30138 | 3.875489 | 4.105043 | 5.169609 | 5.561525 | 6.746104 | 7.228179 | 7.321315 | 7.638505 |
| 4/8/2015 | MCDLD_FCW1 | 2196.4660 | 21.06834 | 26.93716 | 24.16511 | 21.82386 | 20.85904 | 16.2877 | 12.16415 | 12.3617 | 12.13209 | 21.53745 |
| 4/9/2015 | MCDLD_FCW1 | 1364.3172 | 2.259724 | 1.875312 | 0.733448 | 0.50694 | 0.308288 | 0.331619 | 0.158788 | 0.101286 | 0 | 0 |
| 4/10/2015 | MCDLD_FCW1 | 1024.9056 | 3.432823 | 2.810688 | 3.103787 | 3.247765 | 3.153819 | 2.908827 | 3.204798 | 3.10574 | 3.509493 | 3.647705 |
| 4/11/2015 | MCDLD_FCW1 | 1573.1152 | 15.52497 | 17.68594 | 17.94467 | 18.5015 | 18.3649 | 21.32208 | 22.83167 | 23.02577 | 23.80974 | 26.23206 |
| 4/12/2015 | MCDLD_FCW1 | 1799.0113 | 7.101179 | 6.891572 | 6.158833 | 5.062156 | 7.250216 | 7.438415 | 7.831734 | 8.387089 | 8.67303 | 12.10974 |
| 4/13/2015 | MCDLD_FCW1 | 857.1194 | 15.90557 | 16.86998 | 18.36469 | 17.33482 | 22.4545 | 24.07889 | 20.02935 | 17.48812 | 19.57091 | 18.06167 |
| 4/14/2015 | MCDLD_FCW1 | 553.8317 | 1.935217 | 2.302705 | 2.661519 | 2.227563 | 1.834716 | 1.824631 | 1.507812 | 1.126552 | 0.557911 | 0.492728 |
| 4/15/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/16/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/17/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/18/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/19/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/20/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/21/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/22/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/23/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/24/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/25/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/26/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/27/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/28/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/29/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/30/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| Total | | 19722 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 71 | interval 72 | interval 73 | interval 74 | interval 75 | interval 76 | interval 77 | interval 78 | interval 79 | interval 80 |
|------|----------|-------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
| 4/1/2015 | MCDLD_FCW1 | 1343.2677 | 5.969223 | 7.332537 | 7.484574 | 7.550856 | 7.881995 | 8.425412 | 7.12245 | 6.901157 | 8.758598 | 10.27878 |
| 4/2/2015 | MCDLD_FCW1 | 1833.4292 | 22.23539 | 18.69073 | 17.80283 | 16.65869 | 13.25145 | 11.29222 | 9.709805 | 7.843714 | 9.824704 | 11.31645 |
| 4/3/2015 | MCDLD_FCW1 | 2199.4692 | 24.01457 | 24.02106 | 24.59586 | 24.56253 | 23.62307 | 22.94077 | 22.21717 | 22.88493 | 21.47189 | 19.30054 |
| 4/4/2015 | MCDLD_FCW1 | 729.8571 | 6.129547 | 6.008514 | 6.206991 | 6.121741 | 5.4862 | 5.380445 | 6.107044 | 5.85312 | 4.545804 | 3.346372 |
| 4/5/2015 | MCDLD_FCW1 | 793.0349 | 4.996016 | 4.489156 | 4.274964 | 3.180618 | 3.205619 | 3.244943 | 2.823887 | 5.813104 | 10.79409 | 13.86016 |
| 4/6/2015 | MCDLD_FCW1 | 2050.9030 | 23.0329 | 20.72856 | 16.09772 | 13.79169 | 18.7273 | 19.79791 | 18.86408 | 18.69661 | 16.18544 | 15.08551 |
| 4/7/2015 | MCDLD_FCW1 | 1402.9702 | 6.229557 | 6.206205 | 5.750212 | 4.888475 | 3.847377 | 3.809556 | 3.611874 | 3.815676 | 7.777823 | 17.96236 |
| 4/8/2015 | MCDLD_FCW1 | 2196.4660 | 26.19342 | 27.11278 | 28.83418 | 29.24011 | 29.29212 | 28.83014 | 29.46004 | 29.79182 | 29.44289 | 29.29518 |
| 4/9/2015 | MCDLD_FCW1 | 1364.3172 | 0.059528 | 1.285761 | 1.711982 | 5.537386 | 7.861883 | 7.192787 | 6.355114 | 5.600595 | 4.89008 | 4.083694 |
| 4/10/2015 | MCDLD_FCW1 | 1024.9056 | 3.211335 | 3.84891 | 4.188359 | 5.723823 | 5.628927 | 6.203019 | 6.598824 | 6.922544 | 7.527889 | 6.583822 |
| 4/11/2015 | MCDLD_FCW1 | 1573.1152 | 26.33861 | 25.2373 | 23.88061 | 24.15257 | 26.88516 | 26.9372 | 24.93178 | 23.56351 | 20.45897 | 21.33278 |
| 4/12/2015 | MCDLD_FCW1 | 1799.0113 | 13.3612 | 13.07406 | 12.62762 | 15.97663 | 20.20994 | 23.10286 | 26.85873 | 27.85723 | 25.48042 | 25.71172 |
| 4/13/2015 | MCDLD_FCW1 | 857.1194 | 18.24535 | 15.41139 | 17.52217 | 25.21839 | 26.36542 | 26.93547 | 24.21738 | 23.57013 | 24.23459 | 23.02195 |
| 4/14/2015 | MCDLD_FCW1 | 553.8317 | 0.257159 | 0.062695 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4/15/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/16/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/17/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/18/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/19/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/20/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/21/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/22/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/23/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/24/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/25/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/26/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/27/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/28/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/29/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/30/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| Total | | 19722 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 81 | interval 82 | interval 83 | interval 84 | interval 85 | interval 86 | interval 87 | interval 88 | interval 89 | interval 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2015 | MCDLD_FCW1 | 1343.2677 | 11.6071 | 13.75016 | 19.20395 | 23.47959 | 27.95568 | 29.52085 | 29.67132 | 29.86274 | 29.94973 | 30.01997 |
| 4/2/2015 | MCDLD_FCW1 | 1833.4292 | 12.21915 | 13.06649 | 15.86405 | 17.37616 | 20.64888 | 24.00308 | 27.26778 | 28.92445 | 29.41522 | 28.80728 |
| 4/3/2015 | MCDLD_FCW1 | 2199.4692 | 18.02169 | 18.32998 | 17.03166 | 15.87495 | 17.84794 | 17.79269 | 19.23118 | 21.55102 | 23.69078 | 23.32516 |
| 4/4/2015 | MCDLD_FCW1 | 729.8571 | 4.24167 | 5.729861 | 9.424629 | 10.40918 | 12.65976 | 6.522742 | 2.355576 | 4.562923 | 6.174622 | 6.683792 |
| 4/5/2015 | MCDLD_FCW1 | 793.0349 | 11.57151 | 16.78387 | 20.95018 | 21.3027 | 22.18808 | 25.44529 | 26.07727 | 24.47075 | 23.2689 | 23.99441 |
| 4/6/2015 | MCDLD_FCW1 | 2050.9030 | 18.2408 | 20.89431 | 20.9745 | 23.96357 | 25.84263 | 25.80656 | 27.14705 | 26.19976 | 24.40043 | 23.01611 |
| 4/7/2015 | MCDLD_FCW1 | 1402.9702 | 22.40336 | 25.21255 | 25.60173 | 25.92579 | 25.38998 | 24.90571 | 25.63824 | 27.8631 | 28.08966 | 28.88513 |
| 4/8/2015 | MCDLD_FCW1 | 2196.4660 | 29.45138 | 28.75123 | 28.86841 | 29.49585 | 29.70187 | 29.82314 | 29.87734 | 29.86998 | 29.88491 | 29.71995 |
| 4/9/2015 | MCDLD_FCW1 | 1364.3172 | 4.675345 | 4.130417 | 4.970004 | 7.768255 | 9.659862 | 11.54712 | 12.39188 | 11.28004 | 9.817035 | 12.47607 |
| 4/10/2015 | MCDLD_FCW1 | 1024.9056 | 6.980663 | 6.587823 | 7.39314 | 8.372736 | 9.7792 | 10.5485 | 10.57873 | 12.21209 | 13.09414 | 12.81121 |
| 4/11/2015 | MCDLD_FCW1 | 1573.1152 | 24.22586 | 23.80257 | 26.25129 | 27.82035 | 26.3035 | 27.13638 | 28.44152 | 28.42944 | 27.87958 | 26.93024 |
| 4/12/2015 | MCDLD_FCW1 | 1799.0113 | 19.08201 | 15.48495 | 14.58867 | 14.86216 | 15.50179 | 9.237884 | 4.883751 | 1.083222 | 1.742043 | 3.973969 |
| 4/13/2015 | MCDLD_FCW1 | 857.1194 | 22.50189 | 24.34052 | 23.12356 | 21.33116 | 25.889 | 21.76341 | 17.86739 | 16.10594 | 23.32155 | 19.86671 |
| 4/14/2015 | MCDLD_FCW1 | 553.8317 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.130056 | 0.686057 |
| 4/15/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/16/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/17/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/18/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/19/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/20/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/21/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/22/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/23/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/24/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/25/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/26/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/27/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/28/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/29/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| 4/30/2015 | MCDLD_FCW1 | 0.0000 | | | | | | | | | | |
| Total | | 19722 | | | | | | | | | | |

ERCOT Extracts

| Date | Recorder | Total | interval 91 | interval 92 | interval 93 | interval 94 | interval 95 | interval 96 |
|------|----------|-------|-------------|-------------|-------------|-------------|-------------|-------------|
| 4/1/2015 | MCDLD_FCW1 | 1343.2677 | 30.00084 | 29.98167 | 30.04755 | 29.96534 | 30.02582 | 29.96604 |
| 4/2/2015 | MCDLD_FCW1 | 1833.4292 | 28.58532 | 28.88024 | 28.26375 | 27.34338 | 28.46618 | 28.76829 |
| 4/3/2015 | MCDLD_FCW1 | 2199.4692 | 26.18156 | 22.40897 | 23.83533 | 22.31329 | 22.34156 | 22.39036 |
| 4/4/2015 | MCDLD_FCW1 | 729.8571 | 11.07369 | 8.158401 | 5.073977 | 6.514925 | 4.922692 | 5.036606 |
| 4/5/2015 | MCDLD_FCW1 | 793.0349 | 23.53808 | 24.11092 | 26.0136 | 27.18712 | 27.15491 | 24.64126 |
| 4/6/2015 | MCDLD_FCW1 | 2050.9030 | 24.35585 | 24.83064 | 24.18266 | 23.02781 | 21.93089 | 21.67394 |
| 4/7/2015 | MCDLD_FCW1 | 1402.9702 | 28.94512 | 28.1513 | 28.9469 | 29.64492 | 29.0128 | 26.7124 |
| 4/8/2015 | MCDLD_FCW1 | 2196.4660 | 29.4495 | 29.32637 | 29.47685 | 29.6656 | 30.00719 | 29.76292 |
| 4/9/2015 | MCDLD_FCW1 | 1364.3172 | 12.24131 | 10.89899 | 10.35425 | 11.24628 | 11.20934 | 11.41409 |
| 4/10/2015 | MCDLD_FCW1 | 1024.9056 | 15.96106 | 21.50931 | 24.12785 | 22.1066 | 22.51544 | 20.55333 |
| 4/11/2015 | MCDLD_FCW1 | 1573.1152 | 26.33327 | 26.13053 | 25.47449 | 26.24479 | 27.83316 | 28.83179 |
| 4/12/2015 | MCDLD_FCW1 | 1799.0113 | 5.547337 | 4.501755 | 6.608093 | 5.287158 | 4.812695 | 4.232993 |
| 4/13/2015 | MCDLD_FCW1 | 857.1194 | 15.56611 | 16.5972 | 20.24458 | 24.51387 | 25.17355 | 27.73225 |
| 4/14/2015 | MCDLD_FCW1 | 553.8317 | 0.814153 | 0.959459 | 1.0351 | 1.29834 | 1.598171 | 1.734411 |
| 4/15/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/16/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/17/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/18/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/19/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/20/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/21/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/22/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/23/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/24/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/25/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/26/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/27/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/28/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/29/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| 4/30/2015 | MCDLD_FCW1 | 0.0000 | | | | | | |
| Total | | 19722 | | | | | | |