**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS | § | Case No. 14-10979 (CSS) |
| CORP., *et.al.*, | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | Ref Docket No: _____ |

## ORDER GRANTING ADMINISTRATIVE EXPENSE CLAIM OF
## FOREST CREEK WIND FARM, LLC

AND NOW, this _____ day of _____, 2015, the Court having considered the Request for Payment of Administrative Expense of Forest Creek Wind Farm, LLC (the "Motion"); and any opposition thereto;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that Forest Creek Wind Farm, LLC ("Forest Creek") is granted an allowed administrative expense claim in the amount of **$1,048,740.29**.

IT IS HEREBY FURTHER ORDERED that the Debtors shall pay **$1,048,740.29** to Forest Creek in immediately available funds no later than 10 days from the Date of this Order.

_____
The Honorable Christopher S. Sontchi