UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| ENERGY FUTURE HOLDINGS CORP., *et.al.*, | § Case No. 14-10979 (CSS) |
| | § |
| | § (Jointly Administered) |
| Debtors. | § |
| | § |

# DECLARATION OF MARK FRIGO IN SUPPORT OF REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE OF FOREST CREEK WIND FARM, LLC

Pursuant to 28 U.S.C. § 1746, I, Mark Frigo, hereby submit this declaration (the "Declaration") under penalty of perjury:

1. I act in the capacity of Vice President of Forest Creek Wind Farm, LLC (f/k/a Airtricity Forest Creek Wind Farm, LLC) ("Forest Creek"), though I am directly employed by EC&R Services, LLC, an affiliate of Forest Creek that provides employee services to Forest Creek by way of an intercompany services agreement. All facts set forth in this declaration are based upon my personal knowledge. If called to testify, I would testify to the facts set forth herein. I am over the age of 18 and duly authorized to execute this Declaration on behalf of Forest Creek in support of the *Request for Payment of Administrative Expense of Forest Creek Wind Farm, LLC* (the "Administrative Claim Request").

2. Prior to the April 29, 2014 (the "Petition Date"), Forest Creek and Luminant Energy Company LLC (f/k/a TXU Portfolio Management Company LP) ("Luminant") entered into a Renewable Energy and Renewable Energy Credits Purchase Agreement dated as of March 10, 2006 (as amended or modified from time to time, the "Contract").[1] Pursuant to the Contract,

---

[1] Forest Creek and Luminant are successors to the parties named in the Contract, Aitricity Forest Creek Wind Farm, LLC and TXU Portfolio Management Company LP, respectively. Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Contract, a true and correct copy of which (with amendments) is attached to the Administrative Claim Request as **Exhibit 1**.

15192848_3

Luminant had (i) the exclusive right and obligation to purchase the "Net Energy," RECs and Environmental Attributes from Forest Creek at the point of interconnection between the wind energy facility operated by Forest Creek in Howard County, TX and the Electric Reliability Council of Texas, Inc. ("ERCOT") transmission system, (ii) in connection with its role under the Contract as the qualified scheduling entity ("QSE") for Forest Creek, the sole authority to designate whether and how much power to schedule and deliver from Forest Creek's wind farm in Howard County, Texas through December 31, 2022, and (iii) an option on the part of Luminant to extend the term for an additional five years.

3.  Luminant had provided security as of the Petition Date under and as required by the Contract in the form of (i) a guaranty from Texas Competitive Electric Holdings Company LLC ("TCEH") (the "Guaranty"), and (ii) a letter of credit in the amount of $ 25 million (the "Letter of Credit") from Citibank, N.A. (the "Issuer").

4.  The Guaranty required by the Contract expired on December 31, 2014. Pursuant to Section 10.01G of the Contract, prior to such expiration date, Luminant was required to provide cash security or other replacement security for the Guaranty in a form permitted by Article X of the Contract. Luminant failed to do so. Such failure represented (after notice and a five Business Day cure period) an Event of Default under the Contract (the "Guaranty Default").

5.  On March 12, 2015, Forest Creek delivered a notice of the Guaranty Default, a true and correct copy of which is attached to the Administrative Claim Request as **Exhibit 2**. Luminant did not cure the Guaranty Default. On April 8, 2015, Forest Creek exercised its rights under Section 8.02B of the Contract to declare an Early Termination of the Contract, effective as of 12:00 a.m. on April 15, 2015 (the "Termination Date"). A true and correct copy of the notice of Early Termination is attached to the Administrative Claim Request as **Exhibit 3**.

6. Forest Creek has not received payment for Net Energy provided to Luminant for the period from March 1, 2015 to April 14, 2015 at 12:00 a.m. On April 21, 2015, Forest Creek provided an invoice to Luminant for the administrative expense amounts in the total of **$1,048,740.29** (the "Administrative Claim Amount"), a copy of which is attached to the Administrative Claim Request as **Exhibit 4**. The Administrative Claim Amount consists of the following elements:

   a. As detailed in **Exhibit 5** to the Administrative Claim Request, for the period from March 1, 2015 to the Rejection Date (as defined in the Administrative Claim Request) ("Period 1"), the total amount due to Forest Creek under the Contract for Net Energy delivered to Luminant is $473,052.58.

   b. As detailed in **Exhibit 5** (for the period March 25, 2015 through March 31, 2015, "Period 2") and **Exhibit 6** (for the period April 1, 2015 through April 14, 2015, "Period 3") to the Administrative Claim Request, for the period after the Rejection Date to the Termination Date, the total amount due to Forest Creek for Net Energy delivered to Luminant calculated based on the real time market price for each 15-minute settlement interval in the relevant Period as published by ERCOT, is $575,687.71.

7. The Administrative Claim Amount calculations provided in Exhibit 5 and Exhibit 6 to the Administrative Claim Request were based on:

   a. As reported by Luminant to Forest Creek and detailed in **Exhibit 7** (for Period 1 and Period 2) **Exhibit 8** (for Period 3) to the Administrative Claim Request, the amount of Net Energy scheduled by Luminant as QSE and received by Luminant from Forest Creek during each of Period 1, Period 2 and Period 3;

      b. Multiplied by,

           i. with respect to Net Energy delivered during Period 1, the Contract pricing for Net Energy described in Section 6.01A of the Contract; and

           ii. with respect to Net Energy delivered during Period 2 or Period 3, as the case may be, the real time market price for such Net Energy at "Node MCDLD_FCW1" during each applicable 15-minute settlement interval in each of Period 2 or Period 3, as the case may be, as published by ERCOT at www.ERCOT.com.

8. The information in Exhibit 5, Exhibit 6, Exhibit 7 and Exhibit 8 to the Administrative Claim Request is true and correct to the best of my knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Dated: June 10, 2015           Respectfully submitted,

*[signature: Mark A. Frigo]*

Name: Mark Frigo
Title: Vice President
Forest Creek Wind Farm, LLC