# EXHIBIT D

## Summary of Cravath, Swaine & Moore LLP Blended Hourly Rates
### (Customary And Comparable Compensation Disclosures)

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | Worked and Billed in 2014 (excluding Restructuring lawyers) | Billed in this Fee Application |
| Partners | $1,079 | $1,156 |
| Associates | $621 | $691 |
| Legal Assistants/Paralegals | $238 | $238 |
| Total | $646 | $923 |

| | |
| --- | --- |
| Case Name: | Energy Future Intermediate Holding Company LLC |
| Case Number: | 14-10979 (CSS) |
| Applicant's Name: | Cravath, Swaine & Moore LLP |
| Date of Application: | June 15, 2015 |
| Interim or Final: | Interim |

100368.1