# EXHIBIT E

## Summary of Cravath, Swaine & Moore LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Richard Levin** | Partner | 1976 | Corporate | 1,200 | 331.00 | $ 376,320.00 |
| **Philip Gelston** | Partner | 1979 | Corporate | 1,200 | 304.30 | $ 352,260.00 |
| **Andrew Needham** | Partner | 1995 | Tax | 1,200 | 179.80 | $ 212,460.00 |
| **Michael Paskin** | Partner | 1996 | Litigation | 1,180 | 58.10 | $ 68,558.00 |
| | | | | | | |
| **Trevor Broad** | Associate | 2009 | Litigation | 780 | 300.30 | $ 227,214.00 |
| **Amanda Fenster** | Associate | 2010 | | 780 | 13.10 | $ 10,218.00 |
| **Allison Wein** | Associate | 2011 | Corporate | 710 | 61.70 | $ 43,807.00 |
| **Margot Miller** | Associate | 2011 | Litigation | 710 | 56.40 | $ 40,044.00 |
| **Michael Schwartz** | Associate | 2015 | Litigation | 510 | 129.60 | $ 66,096.00 |
| **Antje Hagena** | Associate | *not admitted | Tax | 695 | 125.40 | $ 87,153.00 |
| | | | | | | |
| **James Wilkins** | Legal Assistant | N/A | Litigation Support | 235 | 63.20 | $ 14,927.00 |
| **Colin Sylvester** | Legal Assistant | N/A | Litigation Support | 235 | 0.50 | $ 117.50 |
| **Justin McMullen** | Technical Litigation | N/A | Technical Litigation Support | 305 | 0.40 | $ 122.00 |
| **T. Jones** | Technical Litigation | N/A | Technical Litigation Support | 305 | 0.10 | $ 30.50 |
| **M. Kraus** | Technical Litigation | N/A | Technical Litigation Support | 325 | 0.90 | $ 292.50 |
| | | | | | | |
| TOTAL | | | | | 1,624.80 | $1,499,619.50 |

100368.1