## **EXHIBIT F**

## **Summary of Cravath, Swaine & Moore LLP Expenses**

| Service Description | Amount |
|---|---:|
| Lexis | 5,118.33 |
| Ultramar Travel | 5,802.90 |
| Local Printing | 185.76 |
| Client Business Conference Dining | 1,158.31 |
| Travel | 6,879.08 |
| Ground Transportation | 415.42 |
| Duplicating-Color | 808.00 |
| Miscellaneous | 55.88 |
| Client Business Transportation | 565.24 |
| Conference Call/Voice/Data | 191.55 |
| Business Meals | 60.00 |
| Travel/AP Voucher | -44.00 |
| Westlaw | 7,704.99 |
| Other Database Research | 378.31 |
| Expenses Incident to Overtime | 178.68 |
| Duplicating | 18.75 |
| **TOTAL** | **$29,477.20** |