## EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Chapter 11 General and Administrative | 70.50 | $ 83,351.00 |
| Plan and Disclosure | 269.70 | $ 311,172.50 |
| Intercompany Claims | 695.40 | $ 542,839.50 |
| Tax Issues | 193.50 | $ 186,914.50 |
| Oncor Sale Process | 277.30 | $ 284,922.00 |
| Employment and Fee Applications | 38.60 | $ 46,320.00 |
| Non-working Travel | 79.80 | $ 44,100.00 |
| **TOTAL** | **1,624.80** | **$ 1,499,619.50** |