# EXHIBIT I

## Detailed Expense Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 12/30/2014 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 12/30/2014 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00004 | 12/31/2014 | LEVIN, R | OTHER DATABASE RESEARCH | 4.14 | Public document retrieval - Pacer |
| 011205-00001 | 1/5/2015 | WILKINS, J | LOCAL PRINTING | 0.07 | 1 pages local printing 12:02:53 |
| 011205-00001 | 1/7/2015 | WILKINS, J | LOCAL PRINTING | 0.35 | 5 pages local printing 11:17:43 |
| 011205-00003 | 1/7/2015 | SCHWARTZ, MICHAEL | LOCAL PRINTING | 0.63 | 9 pages local printing 14:42:33 |
| 011205-00003 | 1/7/2015 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00006 | 1/7/2015 | LEVIN, R | LOCAL PRINTING | 1.54 | 22 pages local printing 12:35:22 |
| 011205-00003 | 1/8/2015 | LEVIN, R | LOCAL PRINTING | 0.28 | 4 pages local printing 12:11:51 |
| 011205-00003 | 1/8/2015 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/8/2015 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00008 | 1/8/2015 | LEVIN, R | ULTRAMAR TRAVEL | 257 | Pas: LEVIN,RICHARD, tckt # 0000155081 ULTR TrvlDT: 01/13/15 Class: Business Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00001 | 1/9/2015 | MILLER, M | LOCAL PRINTING | 3.5 | 50 pages local printing 10:22:48 |
| 011205-00003 | 1/9/2015 | LEVIN, R | CLIENT BUSINESS CONFERENCE DINING | 495.71 | Client Business Conf Dining, ticket #: 216528 |
| 011205-00003 | 1/9/2015 | LEVIN, R | CLIENT BUSINESS CONFERENCE DINING | 42.46 | Client Business Conf Dining, ticket #: 216373 |
| 011205-00003 | 1/9/2015 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00006 | 1/9/2015 | LEVIN, R | LOCAL PRINTING | 1.68 | 24 pages local printing 17:13:07 |
| 011205-00006 | 1/9/2015 | FENSTER, AMANDA R. | LOCAL PRINTING | 0.56 | 8 pages local printing 00:45:10 |
| 011205-00008 | 1/9/2015 | LEVIN, R | LOCAL PRINTING | 1.75 | 25 pages local printing 10:32:59 |
| 011205- | 1/12/2015 | MILLER, MARGOT | LOCAL PRINTING | 1.75 | 25 pages local printing |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 00001 | | | | | 16:05:51 |
| 011205-00003 | 1/12/2015 | SCHWARTZ, MICHAEL | LOCAL PRINTING | 1.54 | 22 pages local printing 10:35:56 |
| 011205-00003 | 1/12/2015 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00004 | 1/12/2015 | MILLER, MARGOT | LOCAL PRINTING | 0.98 | 14 pages local printing 16:10:46 |
| 011205-00006 | 1/12/2015 | BROWN, R | LOCAL PRINTING | 0.07 | 1 pages local printing 11:52:24 |
| 011205-00006 | 1/12/2015 | LEVIN, R | LOCAL PRINTING | 0.35 | 5 pages local printing 10:39:53 |
| 011205-00008 | 1/12/2015 | LEVIN, R | LOCAL PRINTING | 0.49 | 7 pages local printing 12:09:29 |
| 011205-00003 | 1/13/2015 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00008 | 1/13/2015 | LEVIN, R | ULTRAMAR TRAVEL | 45 | Pas: LEVIN,RICHARD, tckt # 0000155971 ULTR TrvlDT: 01/13/15 Class: Business Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 1/14/2015 | SCHWARTZ, MICHAEL | LOCAL PRINTING | 0.21 | 3 pages local printing 11:04:12 |
| 011205-00003 | 1/14/2015 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00004 | 1/14/2015 | BROAD, TREVOR M. | LOCAL PRINTING | 0.42 | 6 pages local printing 11:04:23 |
| 011205-00004 | 1/14/2015 | MILLER, MARGOT | LOCAL PRINTING | 0.28 | 4 pages local printing 11:20:45 |
| 011205-00003 | 1/15/2015 | SCHWARTZ, MICHAEL | LOCAL PRINTING | 4.06 | 58 pages local printing 12:04:07 |
| 011205-00003 | 1/15/2015 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/15/2015 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00004 | 1/15/2015 | BROAD, TREVOR M. | LOCAL PRINTING | 0.07 | 1 pages local printing 16:50:36 |
| 011205-00003 | 1/16/2015 | SCHWARTZ, MICHAEL | LOCAL PRINTING | 0.56 | 8 pages local printing 10:48:40 |
| 011205-00003 | 1/16/2015 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/16/2015 | SCHWARTZ, MICHAEL | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00004 | 1/16/2015 | LEVIN, R | LOCAL PRINTING | 0.21 | 3 pages local printing 10:50:01 |
| 011205-00004 | 1/16/2015 | LEVIN, R | CLIENT BUSINESS CONFERENCE DINING | 51.72 | Client Business Conf Dining, ticket #: 216655 |
| 011205-00004 | 1/16/2015 | BROAD, TREVOR M. | LOCAL PRINTING | 4.27 | 61 pages local printing 15:20:37 |

100368.1

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 1/18/2015 | SCHWARTZ, MICHAEL | WESTLAW | 28.46 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00003 | 1/20/2015 | SCHWARTZ, MICHAEL | LOCAL PRINTING | 0.84 | 12 pages local printing 19:02:03 |
| 011205-00004 | 1/20/2015 | LEVIN, R | LOCAL PRINTING | 1.54 | 22 pages local printing 09:53:22 |
| 011205-00005 | 1/20/2015 | PEZZELLA, E | LOCAL PRINTING | 0.63 | 9 pages local printing 17:26:29 |
| 011205-00005 | 1/20/2015 | TEMPLETON, L | LOCAL PRINTING | 1.05 | 15 pages local printing 15:31:24 |
| 011205-00005 | 1/20/2015 | HAGENA, ANTJE | LOCAL PRINTING | 2.03 | 29 pages local printing 09:06:28 |
| 011205-00006 | 1/20/2015 | ROSEN, C | LOCAL PRINTING | 9.99 | 232 pages local printing 15:09:51 |
| 011205-00003 | 1/21/2015 | LEVIN, R | LOCAL PRINTING | 0.14 | 2 pages local printing 13:56:53 |
| 011205-00003 | 1/21/2015 | SCHWARTZ, MICHAEL | WESTLAW | 830.47 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 1/21/2015 | LEVIN, R | LOCAL PRINTING | 1.47 | 21 pages local printing 13:59:37 |
| 011205-00004 | 1/21/2015 | LEVIN, R | LEXIS | 369.34 | Lexis Resch User ID: 11819, User: LEVIN, RICHARD |
| 011205-00004 | 1/21/2015 | BROAD, TREVOR M. | LOCAL PRINTING | 1.12 | 16 pages local printing 09:52:11 |
| 011205-00004 | 1/21/2015 | BROAD, TREVOR M. | EXPENSES INCIDENT TO OVERTIME | 28.61 | SWEB ticket #: 1114563271 - Amish Market West |
| 011205-00005 | 1/21/2015 | PEZZELLA, E | LOCAL PRINTING | 1.68 | 24 pages local printing 19:10:56 |
| 011205-00005 | 1/21/2015 | TEMPLETON, L | LOCAL PRINTING | 1.68 | 24 pages local printing 15:07:10 |
| 011205-00006 | 1/21/2015 | WEIN, ALLISON | LOCAL PRINTING | 1.12 | 16 pages local printing 16:02:47 |
| 011205-00001 | 1/22/2015 | WILKINS, J | LOCAL PRINTING | 1.96 | 28 pages local printing 15:47:26 |
| 011205-00001 | 1/22/2015 | WILKINS, J | GROUND TRANSPORTATION | 36.99 | Inv#4076385 V#LVH7F3C12D ETG M5  -M10   W 20:31 0.00 Cravath, 825 Eighth Avenue, New York, NY 129 EAST 97TH STREET, MANHATTAN, NY NONE |
| 011205-00003 | 1/22/2015 | SCHWARTZ, MICHAEL | WESTLAW | 344.38 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 1/22/2015 | BROAD, TREVOR M. | LOCAL PRINTING | 0.84 | 12 pages local printing 12:36:01 |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00004 | 1/22/2015 | BROAD, TREVOR M. | LEXIS | 228.23 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00005 | 1/22/2015 | LEVIN, R | LEXIS | 255.45 | Lexis Resch User ID: 11819, User: LEVIN, RICHARD |
| 011205-00003 | 1/23/2015 | SCHWARTZ, MICHAEL | WESTLAW | 258.43 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 1/23/2015 | BROAD, TREVOR M. | LOCAL PRINTING | 3.57 | 51 pages local printing 13:28:55 |
| 011205-00004 | 1/23/2015 | MILLER, MARGOT | LOCAL PRINTING | 1.19 | 17 pages local printing 13:20:43 |
| 011205-00006 | 1/23/2015 | LEVIN, R | LOCAL PRINTING | 0.7 | 10 pages local printing 13:01:55 |
| 011205-00008 | 1/23/2015 | GONZALEZ, R M | LOCAL PRINTING | 21.84 | 312 pages local printing 13:41:21 |
| 011205-00004 | 1/26/2015 | LEVIN, R | LOCAL PRINTING | 25.48 | 364 pages local printing 12:38:49 |
| 011205-00005 | 1/26/2015 | HAGENA, ANTJE | LOCAL PRINTING | 2.1 | 30 pages local printing 12:24:41 |
| 011205-00003 | 1/28/2015 | SCHWARTZ, MICHAEL | LOCAL PRINTING | 1.4 | 20 pages local printing 10:20:32 |
| 011205-00003 | 1/28/2015 | SCHWARTZ, MICHAEL | WESTLAW | 632.43 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 1/28/2015 | BROAD, TREVOR M. | EXPENSES INCIDENT TO OVERTIME | 30.63 | SWEB ticket #: 1138611747 - Abace Sushi (9th Ave) |
| 011205-00005 | 1/28/2015 | HAGENA, ANTJE | LOCAL PRINTING | 0.28 | 4 pages local printing 12:05:25 |
| 011205-00006 | 1/28/2015 | ROSEN, C | LOCAL PRINTING | 22.47 | 321 pages local printing 11:27:45 |
| 011205-00006 | 1/28/2015 | WEIN, ALLISON | LOCAL PRINTING | 9.03 | 129 pages local printing 16:17:34 |
| 011205-00008 | 1/28/2015 | GONZALEZ, R M | LOCAL PRINTING | 3.64 | 52 pages local printing 10:42:22 |
| 011205-00001 | 1/29/2015 | NEEDHAM, A | TRAVEL | 45.42 | TAXI Out of Town TRIP PURPOSE: Meeting in Chicago (This is taxi from Chicago O'Hare to Meeting) CITIES VISITED: Chicago RPT ID: 010007484377 |
| 011205-00001 | 1/29/2015 | NEEDHAM, A | TRAVEL | 37.84 | TAXI Out of Town TRIP PURPOSE: Meeting in Chicago with client. This is taxi from LaGuardia Airport back. CITIES VISITED: Chicago RPT ID: 010007478715 |

100368.1

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00001 | 1/29/2015 | NEEDHAM, A | TRAVEL | 23.56 | TAXI Out of Town TRIP PURPOSE: Meeting in Chicago with client. This is taxi from meeting to O'Hare Airport CITIES VISITED: Chicago RPT ID: 010007478715 |
| 011205-00001 | 1/29/2015 | NEEDHAM, A | TRAVEL | 846.2 | AIRFARE CLASS: Economy ,CITIES VISITED: Chicago TRIP PURPOSE: Client/Business Meeting/ Plane to and from Chicago RPT ID: 010007456238 |
| 011205-00003 | 1/29/2015 | SCHWARTZ, MICHAEL | LOCAL PRINTING | 0.63 | 9 pages local printing 17:57:56 |
| 011205-00005 | 1/29/2015 | TEMPLETON, L | LOCAL PRINTING | 7.84 | 112 pages local printing 14:01:05 |
| 011205-00005 | 1/29/2015 | HAGENA, ANTJE | DUPLICATING | 18.75 | 125 copies, made on floor 38 in room 50 12:14:38 |
| 011205-00006 | 1/29/2015 | WEIN, ALLISON | LOCAL PRINTING | 15.19 | 217 pages local printing 17:13:16 |
| 011205-00003 | 1/30/2015 | SCHWARTZ, MICHAEL | LOCAL PRINTING | 2.94 | 42 pages local printing 11:30:25 |
| 011205-00005 | 1/30/2015 | TEMPLETON, L | LOCAL PRINTING | 4.55 | 65 pages local printing 10:55:25 |
| 011205-00005 | 1/30/2015 | HAGENA, ANTJE | LOCAL PRINTING | 4.06 | 58 pages local printing 16:32:09 |
| 011205-00006 | 1/30/2015 | ROSEN, C | LOCAL PRINTING | 7.14 | 102 pages local printing 09:36:13 |
| 011205-00001 | 2/2/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 14.12 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010007504779 |
| 011205-00004 | 2/2/2015 | BROAD, TREVOR M. | EXPENSES INCIDENT TO OVERTIME | 20 | SWEB ticket #: 1157830017 - Abace Sushi (9th Ave) |
| 011205-00004 | 2/3/2015 | BROAD, TREVOR M. | EXPENSES INCIDENT TO OVERTIME | 20 | SWEB ticket #: 1162043011 - Dig Inn Seasonal Market - 55th Street |
| 011205-00003 | 2/4/2015 | SCHWARTZ, MICHAEL | WESTLAW | 65.64 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00003 | 2/4/2015 | SCHWARTZ, MICHAEL | GROUND TRANSPORTATION | 45.9 | Inv#660470 V#LV04F3D11E UNKN M5  -QUA   SCH 20:28 0.00 Cravath, 825 Eighth Avenue, New York, NY 47-46 40TH ST, QUEENS, NY NONE |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 2/5/2015 | SCHWARTZ, MICHAEL | WESTLAW | 503.22 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 2/5/2015 | BROAD, TREVOR M. | LEXIS | 861.13 | Lexis Total Alert User ID: 12122, User: 46(E) |
| 011205-00004 | 2/5/2015 | BROAD, TREVOR M. | LEXIS | 823.67 | Lexis Total Alert User ID: 12122, User: UELING B KRCY |
| 011205-00004 | 2/5/2015 | MILLER, MARGOT | EXPENSES INCIDENT TO OVERTIME | 20 | SWEB ticket #: 1169848790 - Pure Thai Cookhouse |
| 011205-00004 | 2/5/2015 | MILLER, MARGOT | WESTLAW | 421.03 | User: MILLER,MARGOT A, West Acct # MILLER,MARGOT  A |
| 011205-00003 | 2/6/2015 | SCHWARTZ, MICHAEL | WESTLAW | 452.17 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 2/8/2015 | LEVIN, R | LEXIS | 560.88 | Lexis Total Alert User ID: 11819, User: |
| 011205-00001 | 2/9/2015 | LEVIN, R | ULTRAMAR TRAVEL | 641.2 | Pas: LEVIN,RICHARD, tckt # 7570598088 ULTR TrvlDT: 02/25/15 Class: Economy Class From: NEW YORK-LAGUARDIA To: DALLAS-LOVE FIELD Carrier: VIRGIN AMERICA |
| 011205-00003 | 2/9/2015 | SCHWARTZ, MICHAEL | WESTLAW | 357.36 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 2/9/2015 | BROAD, TREVOR M. | EXPENSES INCIDENT TO OVERTIME | 20 | SWEB ticket #: 1186145031 - Abace Sushi (9th Ave) |
| 011205-00004 | 2/9/2015 | SCHWARTZ, MICHAEL | EXPENSES INCIDENT TO OVERTIME | 5.6 | FLIK 5 ticket 4902917 |
| 011205-00004 | 2/9/2015 | SCHWARTZ, MICHAEL | GROUND TRANSPORTATION | 45.9 | Inv#661038 V#LVN9F4D110 UNKN M5 -QUA   SCH 21:11 0.00 Cravath, 825 Eighth Avenue, New York, NY 47-46 40TH ST, QUEENS, NY NONE |
| 011205-00001 | 2/10/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 13.11 | TAXI Local TRIP PURPOSE: client work RPT ID: 010007575450 |
| 011205-00001 | 2/11/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 13.3 | TAXI Local TRIP PURPOSE: Client Work |

100368.1

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| | | | | | RPT ID: 010007583360 |
| 011205-00004 | 2/11/2015 | BROAD, TREVOR M. | EXPENSES INCIDENT TO OVERTIME | 20 | SWEB ticket #: 1194164019 - Abace Sushi (9th Ave) |
| 011205-00004 | 2/11/2015 | MILLER, MARGOT | WESTLAW | 26.52 | User: MILLER,MARGOT A, West Acct # MILLER,MARGOT  A |
| 011205-00004 | 2/11/2015 | SCHWARTZ, MICHAEL | WESTLAW | 32.49 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00001 | 2/12/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 10.4 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010007598228 |
| 011205-00004 | 2/12/2015 | SCHWARTZ, MICHAEL | GROUND TRANSPORTATION | 45.9 | Inv#1196809 V#LVPCF3D1EE DIAL M5  -QUA   SCH 20:51 0.00 Cravath, 825 Eighth Avenue, New York, NY LONG ISLAND CITY, NY 11101 NONE |
| 011205-00004 | 2/12/2015 | WILKINS, J | DUPLICATING-COLOR | 808.00 | 1616 copies, made on floor 18 in room 00 22:12:25 |
| 011205-00004 | 2/12/2015 | WILKINS, J | GROUND TRANSPORTATION | 36.99 | Inv#661038 V#LVKCF4D1F1 UNKN M5  -M10   WIL 23:01 0.00 Cravath, 825 Eighth Avenue, New York, NY 129 E 97 ST, MANHATTAN, NY NONE |
| 011205-00004 | 2/13/2015 | FLIK INTL-R Edwards | EXPENSES INCIDENT TO OVERTIME | 13.84 | SWEB ticket #: 1200516729 - Mr. Broadway Kosher Restaurant |
| 011205-00004 | 2/13/2015 | LEVIN, R | CLIENT BUSINESS CONFERENCE DINING | 350 | Client Business Conf Dining, ticket #: 217976 |
| 011205-00001 | 2/18/2015 | GELSTON, P A | DUPLICATING | | 124 copies, made on floor 18 in room 00 01:10:08 |
| 011205-00001 | 2/18/2015 | GELSTON, P A | DUPLICATING | | 5 copies, made on floor 18 in room 00 00:16:16 |
| 011205-00001 | 2/18/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 12.02 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010007634514 |

100368.1

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00004 | 2/18/2015 | LEVIN, R | ULTRAMAR TRAVEL | 1,009.20 | Pas: LEVIN,RICHARD, tckt # 7570598197 ULTR TrvlDT: 02/23/15 Class: Economy Class From: NEW YORK-LAGUARDIA To: CHICAGO/OHARE INTL ARPT Carrier: UNITED AIRLINES INC. |
| 011205-00004 | 2/18/2015 | BROAD, TREVOR M. | ULTRAMAR TRAVEL | 1,009.20 | Pas: BROAD,TREVOR M, tckt # 7570598198 ULTR TrvlDT: 02/23/15 Class: Economy Class From: NEW YORK-LAGUARDIA To: CHICAGO/OHARE INTL ARPT Carrier: UNITED AIRLINES INC. |
| 011205-00001 | 2/19/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 14.16 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010007661048 |
| 011205-00001 | 2/20/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 14.76 | TAXI Local TRIP PURPOSE: Client work RPT ID: 010007677040 |
| 011205-00001 | 2/23/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 14.12 | TAXI Local TRIP PURPOSE: Client work RPT ID: 010007677040 |
| 011205-00004 | 2/23/2015 | GELSTON, P A | TRAVEL | 61 | TAXI Out of Town TRIP PURPOSE: Cab to LaGuardia Airport CITIES VISITED: Chicago, Illinois RPT ID: 010007717712 |
| 011205-00004 | 2/23/2015 | GELSTON, P A | TRAVEL | 48.73 | TAXI Out of Town TRIP PURPOSE: Cab home from LaGuardia Airport CITIES VISITED: Chicago, Illinois RPT ID: 010007717712 |
| 011205-00004 | 2/23/2015 | GELSTON, P A | TRAVEL | 964.2 | AIRFARE CLASS: First; billed at economy fare, CITIES VISITED: Chicago, Illinois TRIP PURPOSE: Attend meetings RPT ID: 010007717712 |
| 011205-00004 | 2/23/2015 | LEVIN, R | CLIENT BUSINESS TRANSPORTATION | 65.24 | Inv#55460 V#654814    VIP  LGA -M9   LEV 17:55 0.00 LaGuardia Airport, Flushing, NY 239 CENTRAL PARK W., MANHATTAN, NY |

100368.1

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| | | | | | NONE |
| 011205-00004 | 2/23/2015 | LEVIN, R | CLIENT BUSINESS TRANSPORTATION | 65.24 | Inv#55362 V#707345 VIP M9 -LGA LEV 06:30 0.00 239 CENTRAL PARK W., MANHATTAN, NY LaGuardia Airport, Flushing, NY NONE |
| 011205-00004 | 2/23/2015 | BROAD, TREVOR M. | TRAVEL | 48.4 | TAXI Out of Town TRIP PURPOSE: Taxi to NYC Airport to attend Chicago EFIH Meeting CITIES VISITED: Chicago, IL RPT ID: 010007674340 |
| 011205-00004 | 2/23/2015 | BROAD, TREVOR M. | TRAVEL | 42.15 | TAXI Out of Town TRIP PURPOSE: Taxi with richard levin and Philip Gelston from O'Hare Airport to Chicago EFIH Meeting CITIES VISITED: Chicago, IL RPT ID: 010007674340 |
| 011205-00004 | 2/23/2015 | BROAD, TREVOR M. | TRAVEL | 50.1 | TAXI Out of Town TRIP PURPOSE: Taxi with richard levin and Philip Gelston to O'Hare Airport from Chicago EFIH Meeting CITIES VISITED: Chicago, IL RPT ID: 010007674340 |
| 011205-00005 | 2/23/2015 | HAGENA, ANTJE | CONF. CALL/VOICE/DATA | 9.7 | Conference call by Antje Hagena |
| 011205-00004 | 2/24/2015 | LEVIN, R | CLIENT BUSINESS CONFERENCE DINING | 20 | Client Business Conf Dining, ticket #: 218349 |
| 011205-00004 | 2/24/2015 | LEVIN, R | CONF. CALL/VOICE/DATA | 6.11 | Conference call by Richard Levin |
| 011205-00001 | 2/25/2015 | GELSTON, P A | TRAVEL | 60 | TAXI Out of Town TRIP PURPOSE: Cab to LaGuardia Airport CITIES VISITED: Dallas, Texas RPT ID: 010007717712 |
| 011205-00001 | 2/25/2015 | GELSTON, P A | TRAVEL | 15 | TAXI Out of Town TRIP PURPOSE: Cab from Airport to Hotel CITIES VISITED: Dallas, Texas RPT ID: 010007717712 |

100368.1

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00001 | 2/25/2015 | GELSTON, P A | TRAVEL | 322.73 | LODGING Rosewood Crescent Hotel TRIP PURPOSE: Board meeting CITIES VISITED: Dallas, Texas RPT ID: 010007717712 |
| 011205-00001 | 2/25/2015 | GELSTON, P A | TRAVEL | 746.2 | AIRFARE CLASS: First; billed only economy fare; CITIES VISITED: Dallas, Texas TRIP PURPOSE: Attend Board meeting RPT ID: 010007717712 |
| 011205-00001 | 2/25/2015 | LEVIN, R | TRAVEL | 350 | LODGING Ritz-Carlton TRIP PURPOSE: Lodging while in Dallas, Tx in connection to Board meeting CITIES VISITED: Dallas, TX RPT ID: 010007768228 |
| 011205-00004 | 2/25/2015 | LEVIN, R | CLIENT BUSINESS TRANSPORTATION | 65.24 | Inv#55362 V#657437    VIP  M9 -LGA   LEV 05:45 0.00 239 CENTRAL PARK W., MANHATTAN, NY LaGuardia Airport, Flushing, NY NONE |
| 011205-00001 | 2/26/2015 | GELSTON, P A | TRAVEL | 9.35 | TAXI Out of Town TRIP PURPOSE: Cab to Airport CITIES VISITED: Dallas, Texas RPT ID: 010007717712 |
| 011205-00001 | 2/26/2015 | LEVIN, R | TRAVEL | 42 | TAXI Out of Town TRIP PURPOSE: Taxi from Energy offices to airport in connection to Board meeting CITIES VISITED: Dallas, TX RPT ID: 010007768228 |
| 011205-00003 | 2/26/2015 | GELSTON, P A | CLIENT BUSINESS TRANSPORTATION | 74.63 | Inv#662312 V#543435    UNKN  LGA  -M1    Gel 16:56 10.00 LAGUARDIA AIRPORT, QUEENS, NY 38 SPRUCE ST, MANHATTAN, NY NONE |
| 011205-00004 | 2/26/2015 | LEVIN, R | CLIENT BUSINESS TRANSPORTATION | 65.24 | Inv#55362 V#655678    VIP  LGA -M9    LEV 17:15 0.00 LaGuardia Airport, Flushing, NY 239 CENTRAL PARK W., MANHATTAN, NY NONE |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00006 | 3/3/2015 | LEVIN, R | CONF. CALL/VOICE/DATA | 2.38 | Conference call by Richard Levin |
| 011205-00004 | 3/6/2015 | SCHWARTZ, MICHAEL | WESTLAW | 94.33 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 3/9/2015 | BROAD, TREVOR M. | LEXIS | 364.44 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/9/2015 | BROAD, TREVOR M. | LEXIS | 47.28 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/9/2015 | BROAD, TREVOR M. | LEXIS | 246 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00003 | 3/10/2015 | LEVIN, R | SPECIAL DISBURSEMENTS | 44 | SPECIAL DISBURSEMENTS - VENDOR: COURTCALL LLC |
| 011205-00003 | 3/10/2015 | LEVIN, R | SPECIAL DISBURSEMENTS | -44 | Reversal from Void Check Number: 227555 Bank ID: CHEM-ARP Voucher ID: 572172 Vendor: COURTCALL LLC |
| 011205-00004 | 3/10/2015 | BROAD, TREVOR M. | LEXIS | 0.05 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/10/2015 | BROAD, TREVOR M. | LEXIS | 349.8 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/11/2015 | LEVIN, R | LEXIS | 64.73 | Lexis Resch User ID: 11819, User: LEVIN, RICHARD |
| 011205-00004 | 3/11/2015 | BROAD, TREVOR M. | LEXIS | 182.61 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/11/2015 | BROAD, TREVOR M. | LEXIS | 16.45 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/12/2015 | BROAD, TREVOR M. | GROUND TRANSPORTATION | 11.15 | TAXI Local TRIP PURPOSE: 3/11 working on outline for R. Levin RPT ID: 010007818805 |
| 011205-00004 | 3/13/2015 | SCHWARTZ, MICHAEL | WESTLAW | 23.58 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 3/16/2015 | SCHWARTZ, MICHAEL | WESTLAW | 213.2 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00004 | 3/17/2015 | BROAD, TREVOR M. | LEXIS | 219.82 | Lexis Resch User ID: 12122, User: BROAD, TREVOR  M |
| 011205-00004 | 3/17/2015 | BROAD, TREVOR M. | LEXIS | 82.69 | Lexis Resch User ID: 12122, User: BROAD, TREVOR  M |
| 011205-00004 | 3/17/2015 | BROAD, TREVOR M. | LEXIS | 215.05 | Lexis Resch User ID: 12122, User: BROAD, TREVOR  M |
| 011205-00004 | 3/17/2015 | BROAD, TREVOR M. | LEXIS | 31.73 | Lexis Resch User ID: 12122, User: BROAD, TREVOR  M |
| 011205-00004 | 3/17/2015 | SCHWARTZ, MICHAEL | WESTLAW | 2,209.47 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 3/17/2015 | SCHWARTZ, MICHAEL | GROUND TRANSPORTATION | 45.9 | Inv#664745 V#LVZDF4F1B1 UNKN M5  -QUA   SCH 22:57 0.00 Cravath, 825 Eighth Avenue, New York, NY LONG ISLAND CITY, QUEENS, NY NONE |
| 011205-00004 | 3/18/2015 | BROAD, TREVOR M. | GROUND TRANSPORTATION | 11.16 | TAXI Local TRIP PURPOSE: Taxi from work to home; working on memo for R. Levin RPT ID: 010007879780 |
| 011205-00004 | 3/18/2015 | SCHWARTZ, MICHAEL | WESTLAW | 1,117.49 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00003 | 3/19/2015 | BROAD, TREVOR M. | ULTRAMAR TRAVEL | 1,095.00 | Pas: BROAD,TREVOR MO, tckt # 6859595856 ULTR TrvlDT: 03/23/15 Class: Economy Class From: NEW YORK-LAGUARDIA To: DALLAS-LOVE FIELD Carrier: SOUTHWEST AIRLINES CO. INC. |
| 011205-00003 | 3/19/2015 | BROAD, TREVOR M. | ULTRAMAR TRAVEL | 45 | Pas: BROAD,TREVOR MO, tckt # 0645212735 ULTR TrvlDT: 03/23/15 Class: Economy Class From: NEW YORK-LAGUARDIA To: DALLAS-LOVE FIELD Carrier: SOUTHWEST AIRLINES CO. INC. |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00004 | 3/19/2015 | LEVIN, R | ULTRAMAR TRAVEL | 432 | Pas: LEVIN,RICHARD, tckt # 6859595046 ULTR TrvlDT: 03/24/15 Class: Economy Class From: CHICAGO-MIDWAY To: DALLAS-LOVE FIELD Carrier: SOUTHWEST AIRLINES CO. INC. |
| 011205-00004 | 3/19/2015 | SCHWARTZ, MICHAEL | WESTLAW | 23.58 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00003 | 3/20/2015 | BROAD, TREVOR M. | ULTRAMAR TRAVEL | 45 | Pas: BROAD,TREVOR MO, tckt # 0642921233 ULTR TrvlDT: 03/26/15 Class: Economy Class From: DALLAS-LOVE FIELD To: NEW YORK-LAGUARDIA Carrier: SOUTHWEST AIRLINES CO. INC. |
| 011205-00004 | 3/20/2015 | LEVIN, R | ULTRAMAR TRAVEL | 274.1 | Pas: LEVIN,RICHARD, tckt # 7579864905 ULTR TrvlDT: 03/26/15 Class: Economy Class Fare From: DALLAS-LOVE FIELD To: NEW YORK-LAGUARDIA Carrier: VIRGIN AMERICA |
| 011205-00004 | 3/20/2015 | BROAD, TREVOR M. | TRAVEL-A/P VOUCHER | -44 | TICKET # 5262493572602 |
| 011205-00004 | 3/20/2015 | SCHWARTZ, MICHAEL | WESTLAW | 23.58 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 3/22/2015 | SCHWARTZ, MICHAEL | WESTLAW | 23.58 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 3/23/2015 | BROAD, TREVOR M. | LEXIS | 36.04 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00004 | 3/23/2015 | SCHWARTZ, MICHAEL | WESTLAW | 23.58 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00003 | 3/24/2015 | LEVIN, R | TRAVEL | 350 | LODGING Ritz Carlton TRIP PURPOSE: Lodging in Dallas, TX in connection to attendance at various EFH meetings. CITIES VISITED: Dallas, TX |

100368.1

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| | | | | | RPT ID: 010008040919 |
| 011205-00003 | 3/24/2015 | BROAD, TREVOR M. | TRAVEL | 27 | TAXI Out of Town TRIP PURPOSE: Taxi from Airport to Hotel - EFH Meeting in TX - Plan Negotiation Session CITIES VISITED: Dallas, TX RPT ID: 010007948885 |
| 011205-00003 | 3/24/2015 | BROAD, TREVOR M. | CLIENT BUSINESS TRANSPORTATION | 65.72 | Inv#1198904 V#RV14L3H1PC DIAL M5  -LGA   BRO 16:27 0.00 Cravath, 825 Eighth Avenue, New York, NY FLUSHING, NY 11371 NONE |
| 011205-00003 | 3/24/2015 | BROAD, TREVOR M. | TRAVEL | 350 | LODGING The Ritz-Carlton TRIP PURPOSE: Intercompany claims and plan negotiations CITIES VISITED: Dallas, TX RPT ID: 010007948885 |
| 011205-00004 | 3/24/2015 | GELSTON, P A | TRAVEL | 79 | TAXI Out of Town TRIP PURPOSE: Claims settlement negotiations CITIES VISITED: Dallas, Texas RPT ID: 010007993943 |
| 011205-00004 | 3/24/2015 | GELSTON, P A | TRAVEL | 30 | TAXI Out of Town TRIP PURPOSE: Claims settlement negotiation CITIES VISITED: Dallas, Texas RPT ID: 010007993943 |
| 011205-00004 | 3/24/2015 | GELSTON, P A | MISCELLANEOUS | 21.95 | INTERNET, TRIP PURPOSE: Claims settlement negotiation CITIES VISITED: Dallas, Texas RPT ID: 010007993943 |
| 011205-00004 | 3/24/2015 | GELSTON, P A | TRAVEL | 350 | LODGING The Ritz Carlton TRIP PURPOSE: Claims settlement negotiation CITIES VISITED: Dallas, Texas RPT ID: 010007993943 |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00004 | 3/24/2015 | GELSTON, P A | TRAVEL | 866.2 | AIRFARE CLASS: Economy, CITIES VISITED: Dallas, Texas TRIP PURPOSE: Claims settlement negotiations RPT ID: 010007993943 |
| 011205-00009 | 3/24/2015 | LEVIN, R | MISCELLANEOUS | 8 | INTERNET, TRIP PURPOSE: Wifi Service while en route to Dallas, Tx for hearing. CITIES VISITED: Dallas, Tx RPT ID: 010008040919 |
| 011205-00003 | 3/25/2015 | LEVIN, R | TRAVEL | 350 | LODGING Ritz Carlton TRIP PURPOSE: Lodging in Dallas, TX in connection to attendance at various EFH meetings. CITIES VISITED: Dallas, TX RPT ID: 010008040919 |
| 011205-00003 | 3/25/2015 | LEVIN, R | BUSINESS MEALS | 20 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Lodging in Dallas, TX in connection to attendance at various EFH meetings-In room service. VENUE: Ritz CITIES VISITED: Dallas, TX ATTENDEES CRAVATH: Richard Levin RPT ID: 010008040919 |
| 011205-00003 | 3/25/2015 | BROAD, TREVOR M. | TRAVEL | 350 | LODGING The Ritz-Carlton TRIP PURPOSE: Intercompany claims and plan negotiations CITIES VISITED: Dallas, TX RPT ID: 010007948885 |
| 011205-00004 | 3/25/2015 | GELSTON, P A | TRAVEL | 350 | LODGING Ritz Carlton TRIP PURPOSE: Claims settlement negotiation CITIES VISITED: Dallas, Texas RPT ID: 010007993943 |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 3/26/2015 | BROAD, TREVOR M. | ULTRAMAR TRAVEL | 67 | Pas: BROAD,TREVOR MO, tckt # 2495204848 ULTR TrvlDT: 03/30/15 Class: Economy Class From: DALLAS-LOVE FIELD To: NEW YORK-LAGUARDIA Carrier: SOUTHWEST AIRLINES CO. INC. |
| 011205-00004 | 3/26/2015 | GELSTON, P A | TRAVEL | 64 | TAXI Out of Town TRIP PURPOSE: Claims settlement negotiation CITIES VISITED: Dallas, Texas RPT ID: 010007993943 |
| 011205-00004 | 3/26/2015 | GELSTON, P A | MISCELLANEOUS | 25.93 | INTERNET, TRIP PURPOSE: Claims settlement negotiation CITIES VISITED: Dallas, Texas RPT ID: 010007993943 |
| 011205-00004 | 3/26/2015 | GELSTON, P A | BUSINESS MEALS | 40 | MEALS: DINNER BUSINESS PURPOSE: Claims settlement negotiation VENUE: Chilis CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RPT ID: 010007993943 |
| 011205-00004 | 3/26/2015 | LEVIN, R | CLIENT BUSINESS TRANSPORTATION | 82.2 | Inv#664745 V#585443 UNKN LGA -M9 Lev 22:37 0.00 LAGUARDIA AIRPORT, QUEENS, NY 45 W 84th St, MANHATTAN, NY NONE |
| 011205-00003 | 3/27/2015 | BROAD, TREVOR M. | CLIENT BUSINESS TRANSPORTATION | 81.73 | Inv#664745 V#453793 UNKN LGA -M9 Bro 00:06 0.00 LAGUARDIA AIRPORT, QUEENS, NY 19 W 85 ST, MANHATTAN, NY NONE |
| 011205-00003 | 3/30/2015 | LEVIN, R | CLIENT BUSINESS CONFERENCE DINING | 198.42 | Client Business Conf Dining, ticket #: 219292 |
| 011205-00001 | 3/31/2015 | DIONNE, R | OTHER DATABASE RESEARCH | 11 | Public document retrieval - Pacer |
| 011205-00001 | 3/31/2015 | BROAD, TREVOR M. | OTHER DATABASE RESEARCH | 16.55 | Public document retrieval - Pacer |

100368.1

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 3/31/2015 | LEVIN, R | OTHER DATABASE RESEARCH | 4.57 | Public document retrieval - Pacer |
| 011205-00004 | 3/31/2015 | BROAD, TREVOR M. | OTHER DATABASE RESEARCH | 45.95 | Public document retrieval - Pacer |
| 011205-00008 | 3/31/2015 | LEVIN, R | OTHER DATABASE RESEARCH | 12.96 | Public document retrieval - Pacer |
| 011205-00003 | 4/6/2015 | LEVIN, R | ULTRAMAR TRAVEL | 365 | Pas: LEVIN,RICHARD, tckt # 0000174831 ULTR TrvlDT: 04/14/15 Class: Business Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00004 | 4/6/2015 | BROAD, TREVOR M. | LEXIS | 162.94 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 011205-00003 | 4/13/2015 | LEVIN, R | ULTRAMAR TRAVEL | 224 | Pas: LEVIN,RICHARD, tckt # 0000176051 ULTR TrvlDT: 04/14/15 Class: Business Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00001 | 4/14/2015 | LEVIN, R | ULTRAMAR TRAVEL | 294.2 | Pas: LEVIN,RICHARD, tckt # 7584739421 ULTR TrvlDT: 04/29/15 Class: Economy Class From: NEW YORK-LAGUARDIA To: DALLAS-LOVE FIELD Carrier: VIRGIN AMERICA |
| 011205-00001 | 4/23/2015 | ROGERS, JR., W P | CONF. CALL/VOICE/DATA | 0.16 | 719-785-4942 from ext. 1050 14:57:00 |
| 011205-00003 | 4/23/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 15.38 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008198188 |
| 011205-00003 | 4/27/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 14.16 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008213377 |
| 011205-00001 | 4/28/2015 | LEVIN, R | CONF. CALL/VOICE/DATA | 173.2 | AT&T INTERNATIONAL VOICE CHARGES - MARCH |

100368.1