<u>**EXHIBIT J**</u>

**Monthly Budgets for Cravath, Swaine & Moore LLP**

**Cravath, Swaine & Moore LLP**
Independent Counsel to Energy Future Intermediate Holding Company LLC
Monthly Budget for
**January 2015**

| Category | Estimated Hours | Estimated Fees |
|---|---|---|
| General | 45 | 51,750 |
| Corporate Governance | 10 | 11,500 |
| Plan and Disclosure Statement | 100 | 114,800 |
| Intercompany Claims | 535 | 378,850 |
| Tax Matters | 100 | 90,750 |
| Oncor Sale | 80 | 92,000 |
| Financing | 10 | 11,500 |
| Employment Matters | 25 | 28,750 |
| Nonworking Travel | 5 | 5,750 |
| Claims Litigation | 5 | 5,750 |
| **Total** | **915** | **791,400** |

| Timekeeper Category | Expected No. of Timekeepers | Average Hourly Rate |
|---|---|---|
| Partner | 5 | 1,147 |
| Associate | 4 | 641 |
| Senior Attorney | - | - |
| Specialist Attorney | - | - |
| Document Review Attorney | - | - |
| Discovery Attorney | - | - |
| Paralegal | - | - |
| Legal Assistant | 2 | 225 |
| Litigation Tech Support | - | 2 |
| **Total** | **11** | **865** |

100368.1

PRIVILEGED AND CONFIDENTIAL

MEMORANDUM FOR ADDRESSEE

Budget And Staffing Plan for Cravath, Swaine & Moore LLP for February 2015

February 9, 2015

This memorandum presents the budget and staffing plan for the Matters listed below for the period February 1, 2015 through February 28, 2015 (the "**Budget Period**"), which is presented for your review and approval. Cravath will work with you to develop a budget and staffing plan for the various billing Matters that Cravath has opened for EFIH's chapter 11 cases.[9]

- **Exhibit A** sets forth the proposed aggregate budget for each of the Matters Cravath anticipates working on during the Budget Period;

- **Exhibit B** sets forth the proposed aggregate staffing plan for the Budget Period;

- **Exhibit C** sets forth the proposed staffing plan for each of the Matters Cravath anticipates working on during the Budget Period.

**Exhibit A** and **Exhibit B**, as approved, after redaction to exclude any sensitive or privileged information, will be attached as an exhibit to the fee application that Cravath files with the Court for the Budget Period. **Exhibit C** will not be filed with Cravath's fee application.

Budgets and staffing plans are speculative, particularly in a large chapter 11 case, which commonly involves conflicting interests of diverse and numerous constituents. Cravath reserves the right to seek payment for all of its fees expenses incurred in accordance with the terms of the engagement letter effective as of November 16, 2014 (the "**Engagement**") between you and Cravath. Your acceptance of the budget and staffing plan is without prejudice to you and your need for legal services, whether known or unknown at the beginning of the Budget Period. Both you and Cravath recognize and agree that the budget and staffing plan set forth in this Memorandum do not impair or impede any party's rights with respect to the Engagement, including any right under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the District of Delaware, or any other applicable state or federal law.

Richard Levin

---

[9]     We have opened the Matters listed in Exhibit A. If it becomes necessary to open additional matters, Cravath will work with you to review and revise the Matters listed in Exhibit A, as appropriate.

Energy Future Intermediate Holding Company LLC
    Energy Plaza
        1601 Bryan St., 41st Floor
           Dallas, TX 75201
              Attn: Stacey Doré, Senior Vice President & General Counsel

Encls.

Copy w/encls. to:

Charles H. Cremens
    Disinterested Manager
        Energy Future Intermediate Holding Company LLC
           Energy Plaza
              1601 Bryan St., 41st Floor
                  Dallas, TX 75201

Copy w/encls. other than Exhibit C to:

Brady Williamson
    1 East Main Street
        Suite 500
           Madison, WI 53701

BY ELECTRONIC MAIL

———————————————

## Exhibit A

## Aggregate Budget for All Matter Categories
## for the Period February 1, 2015 through February 28, 2015
### *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future Intermediate Holding Company LLC

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 35 | $39,550 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 78 | $81,350 |
| 4 | Intercompany Claims | 255 | $174,450 |
| 5 | Tax Issues | 50 | $49,900 |
| 6 | Oncor Sale Process | 35 | $37,100 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 10 | $12,000 |
| 9 | Non-Working Travel | 16 | $9,600 |
| 10 | Claims Litigation | 0 | $0 |
| **Total** | | **479** | **$403,950** |

**<u>Exhibit B</u>**

**Aggregate Staffing Plan For All Matter Categories
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[10] |
|---|---|---|
| Partner | 4 | 1151 |
| Associate (4+ years since first admission) | 3 | 750 |
| Jr. Associate (1-3 years since first admission) | 2 | 549 |
| Legal Assistant/Paralegal | 4 | 300 |
| Case Assistant | 0 | N/A |
| Project Assistants (and other support staff) | 0 | N/A |
| **Total Attorney** | **9** | **852** |
| **Total Non-Attorney** | **4** | **300** |
| **Total** | **13** | **843** |

---

[10]     The Average Hourly Rate is a weighted average based on the individual hourly rate for, and projected number of hours worked by, each timekeeper over the course of the Budget Period.

## <u>Exhibit C</u>

**Staffing Plan and Budget for Matter Category 1, Chapter 11 General and Administrative,
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 1 During the Budget Period | Average Hourly Rate |
|---|:---:|:---:|
| Partner | 2 | 1200 |
| Associate (4+ years since first admission) | 1 | 710 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **2** | **1130** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **3** | **1130** |

**Staffing Plan and Budget for Matter Category 2, Governance,
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 2 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

**Staffing Plan and Budget for Matter Category 3, Plan and Disclosure Statement
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 3 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 1200 |
| Associate (4+ years since first admission) | 1 | 710 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **4** | **1043** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **4** | **1043** |

**Staffing Plan and Budget for Matter Category 4, Intercompany Claims
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 4 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 1190 |
| Associate (4+ years since first admission) | 2 | 766 |
| Jr. Associate (1-3 years since first admission) | 1 | 510 |
| Legal Assistant/Paralegal | 4 | 300 |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **6** | **756** |
| **Total Non-Attorney** | **4** | **300** |
| **Total** | **10** | **684** |

**Staffing Plan and Budget for Matter Category 5, Tax Issues
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 5 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 1200 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 1 | 695 |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **4** | **998** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **4** | **998** |

**Staffing Plan and Budget for Matter Category 6, Oncor Sale
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 6 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 1200 |
| Associate (4+ years since first admission) | 1 | 710 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **4** | **1060** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **4** | **1060** |

**Staffing Plan and Budget for Matter Category 7, Financing
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 7 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

**Staffing Plan and Budget for Matter Category 8, Employment and Fee Applications
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 8 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 1200 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **1** | **1200** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **1** | **1200** |

**Staffing Plan and Budget for Matter Category 9, Non-Working Travel
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 9 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 600 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **2** | **600** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **2** | **600** |

**Staffing Plan and Budget for Matter Category 10, Claims Litigation
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 10 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

PRIVILEGED AND CONFIDENTIAL

MEMORANDUM FOR ADDRESSEE

<u>Budget And Staffing Plan for Cravath, Swaine & Moore LLP for March 2015</u>

February 17, 2015

This memorandum presents the budget and staffing plan for the Matters listed below for the period March 1, 2015 through March 31, 2015 (the "**Budget Period**"), which is presented for your review and approval. Cravath will work with you to develop a budget and staffing plan for the various billing Matters that Cravath has opened for EFIH's chapter 11 cases.[11]

- **<u>Exhibit A</u>** sets forth the proposed aggregate budget for each of the Matters Cravath anticipates working on during the Budget Period;

- **<u>Exhibit B</u>** sets forth the proposed aggregate staffing plan for the Budget Period;

- **<u>Exhibit C</u>** sets forth the proposed staffing plan for each of the Matters Cravath anticipates working on during the Budget Period.

**<u>Exhibit A</u>** and **<u>Exhibit B</u>**, as approved, after redaction to exclude any sensitive or privileged information, will be attached as an exhibit to the fee application that Cravath files with the Court for the Budget Period. **<u>Exhibit C</u>** will not be filed with Cravath's fee application.

Budgets and staffing plans are speculative, particularly in a large chapter 11 case, which commonly involves conflicting interests of diverse and numerous constituents. Cravath reserves the right to seek payment for all of its fees and expenses incurred in accordance with the terms of the engagement letter effective as of November 16, 2014 (the "**Engagement**") between you and Cravath. Your acceptance of the budget and staffing plan is without prejudice to you and your need for legal services, whether known or unknown at the beginning of the Budget Period. Both you and Cravath recognize and agree that the budget and staffing plan set forth in this Memorandum do not impair or impede any party's rights with respect to the Engagement, including any right under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the District of Delaware, or any other applicable state or federal law.

Richard Levin

---

[11]    We have opened the Matters listed in Exhibit A. If it becomes necessary to open additional matters, Cravath will work with you to review and revise the Matters listed in Exhibit A, as appropriate.

Energy Future Intermediate Holding Company LLC
    Energy Plaza
        1601 Bryan St., 41st Floor
           Dallas, TX 75201
               Attn: Stacey Doré, Senior Vice President & General Counsel

Encls.

Copy w/encls. to:

Charles H. Cremens
    Disinterested Manager
        Energy Future Intermediate Holding Company LLC
           Energy Plaza
               1601 Bryan St., 41st Floor
                  Dallas, TX 75201

Copy w/encls. other than Exhibit C to:

Brady Williamson
    1 East Main Street
        Suite 500
           Madison, WI 53701

BY ELECTRONIC MAIL

_____

**Exhibit A**

**Aggregate Budget for All Matter Categories**
**for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 23 | $25,150 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 68 | $74,250 |
| 4 | Intercompany Claims | 65 | $53,250 |
| 5 | Tax Issues | 38 | $35,500 |
| 6 | Oncor Sale Process | 110 | $107,350 |
| 7 | Financing | 5 | $6,000 |
| 8 | Employment and Fee Applications | 8 | $9,600 |
| 9 | Non-Working Travel | 4 | $2,400 |
| 10 | Claims Litigation | 0 | $0 |
| **Total** | | **321** | **$313,500** |

**Exhibit B**

**Aggregate Staffing Plan For All Matter Categories
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
    Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[12] |
|---|---|---|
| Partner | 4 | 1187 |
| Associate (4+ years since first admission) | 3 | 723 |
| Jr. Associate (1-3 years since first admission) | 2 | 649 |
| Legal Assistant/Paralegal | 2 | 300 |
| Case Assistant | 0 | N/A |
| Project Assistants (and other support staff) | 0 | N/A |
| **Total Attorney** | **9** | **998** |
| **Total Non-Attorney** | **2** | **300** |
| **Total** | **11** | **977** |

---

[12]    The Average Hourly Rate is a weighted average based on the individual hourly rate for, and projected number of hours worked by, each timekeeper over the course of the Budget Period.

<u>**Exhibit C**</u>

**Staffing Plan and Budget for Matter Category 1, Chapter 11 General and
Administrative,
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 1 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 1200 |
| Associate (4+ years since first admission) | 1 | 710 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **3** | **1093** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **3** | **1093** |

**Staffing Plan and Budget for Matter Category 2, Governance,
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 2 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

**Staffing Plan and Budget for Matter Category 3, Plan and Disclosure Statement
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 3 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 1200 |
| Associate (4+ years since first admission) | 1 | 710 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **4** | **1092** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **4** | **1092** |

**Staffing Plan and Budget for Matter Category 4, Intercompany Claims
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 4 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 1196 |
| Associate (4+ years since first admission) | 2 | 763 |
| Jr. Associate (1-3 years since first admission) | 1 | 510 |
| Legal Assistant/Paralegal | 2 | 300 |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **6** | **914** |
| **Total Non-Attorney** | **2** | **300** |
| **Total** | **8** | **819** |

**Staffing Plan and Budget for Matter Category 5, Tax Issues
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 5 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 1200 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 1 | 695 |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **3** | **934** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **3** | **934** |

**Staffing Plan and Budget for Matter Category 6, Oncor Sale
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 6 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 1200 |
| Associate (4+ years since first admission) | 1 | 710 |
| Jr. Associate (1-3 years since first admission) | 1 | 695 |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **5** | **976** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **5** | **976** |

**Staffing Plan and Budget for Matter Category 7, Financing
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 7 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 1200 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **1** | 1200 |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **1** | 1200 |

**Staffing Plan and Budget for Matter Category 8, Employment and Fee Applications
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 8 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 1200 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **1** | **1200** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **1** | **1200** |

**Staffing Plan and Budget for Matter Category 9, Non-Working Travel
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 9 During the Budget Period | Average Hourly Rate |
|---|:---:|:---:|
| Partner | 1 | 600 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **1** | **600** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **1** | **600** |

**Staffing Plan and Budget for Matter Category 10, Claims Litigation
for the Period February 1, 2015 through February 28, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 10 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

PRIVILEGED AND CONFIDENTIAL

MEMORANDUM FOR ADDRESSEE

Budget And Staffing Plan for Cravath, Swaine & Moore LLP for April 2015

March 17, 2015

This memorandum presents the budget and staffing plan for the Matters listed below for the period April 1, 2015 through April 30, 2015 (the "**Budget Period**"), which is presented for your review and approval. Cravath will work with you to develop a budget and staffing plan for the various billing Matters that Cravath has opened for EFIH's chapter 11 cases.[13]

- **Exhibit A** sets forth the proposed aggregate budget for each of the Matters Cravath anticipates working on during the Budget Period;

- **Exhibit B** sets forth the proposed aggregate staffing plan for the Budget Period;

- **Exhibit C** sets forth the proposed staffing plan for each of the Matters Cravath anticipates working on during the Budget Period.

**Exhibit A** and **Exhibit B**, as approved, after redaction to exclude any sensitive or privileged information, will be attached as an exhibit to the fee application that Cravath files with the Court for the Budget Period. **Exhibit C** will not be filed with Cravath's fee application.

Budgets and staffing plans are speculative, particularly in a large chapter 11 case, which commonly involves conflicting interests of diverse and numerous constituents. Cravath reserves the right to seek payment for all of its fees and expenses incurred in accordance with the terms of the engagement letter effective as of November 16, 2014 (the "**Engagement**") between you and Cravath. Your acceptance of the budget and staffing plan is without prejudice to you and your need for legal services, whether known or unknown at the beginning of the Budget Period. Both you and Cravath recognize and agree that the budget and staffing plan set forth in this Memorandum do not impair or impede any party's rights with respect to the Engagement, including any right under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the District of Delaware, or any other applicable state or federal law.

Richard Levin

---

[13]    We have opened the Matters listed in Exhibit A. If it becomes necessary to open additional matters, Cravath will work with you to review and revise the Matters listed in Exhibit A, as appropriate.

Energy Future Intermediate Holding Company LLC
    Energy Plaza
        1601 Bryan St., 41st Floor
           Dallas, TX 75201
               Attn: Stacey Doré, Senior Vice President & General Counsel

Encls.

Copy w/encls. to:

Charles H. Cremens
    Disinterested Manager
        Energy Future Intermediate Holding Company LLC
           Energy Plaza
               1601 Bryan St., 41st Floor
                  Dallas, TX 75201

Copy w/encls. other than Exhibit C to:

Brady Williamson
    1 East Main Street
        Suite 500
           Madison, WI 53701

BY ELECTRONIC MAIL

————————————————

## Exhibit A

## Aggregate Budget for All Matter Categories
### for the Period April 1, 2015 through April 30, 2015
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future Intermediate Holding Company LLC

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 45 | $51,550 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 113 | $116,300 |
| 4 | Intercompany Claims | 75 | $72,200 |
| 5 | Tax Issues | 63 | $62,975 |
| 6 | Oncor Sale Process | 120 | $121,650 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 24 | $28,800 |
| 9 | Non-Working Travel | 46 | $29,400 |
| 10 | Claims Litigation | 0 | $0 |
| **Total** | | **486** | **$482,875.00** |

**Exhibit B**

**Aggregate Staffing Plan For All Matter Categories
for the Period April 1, 2015 through April 30, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
  Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[14] |
|---|---|---|
| Partner | 4 | 1135 |
| Associate (4+ years since first admission) | 2 | 747 |
| Jr. Associate (1-3 years since first admission) | 2 | 606 |
| Legal Assistant/Paralegal | 2 | 300 |
| Case Assistant | 0 | N/A |
| Project Assistants (and other support staff) | 0 | N/A |
| **Total Attorney** | **8** | **1001** |
| **Total Non-Attorney** | **2** | **300** |
| **Total** | **10** | **994** |

---

[14]    The Average Hourly Rate is a weighted average based on the individual hourly rate for, and projected number of hours worked by, each timekeeper over the course of the Budget Period.

**Exhibit C**

**Staffing Plan and Budget for Matter Category 1, Chapter 11 General and
Administrative,
for the Period April 1, 2015 through April 30, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 1 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 1200 |
| Associate (4+ years since first admission) | 1 | 710 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **3** | **1146** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **3** | **1146** |

**Staffing Plan and Budget for Matter Category 2, Governance,
for the Period April 1, 2015 through April 30, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 2 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

**Staffing Plan and Budget for Matter Category 3, Plan and Disclosure Statement
for the Period April 1, 2015 through April 30, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 3 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 1200 |
| Associate (4+ years since first admission) | 2 | 710 |
| Jr. Associate (1-3 years since first admission) | 1 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **6** | **1029** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **6** | **1029** |

**Staffing Plan and Budget for Matter Category 4, Intercompany Claims
for the Period April 1, 2015 through April 30, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 4 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 4 | 1198 |
| Associate (4+ years since first admission) | 1 | 780 |
| Jr. Associate (1-3 years since first admission) | 1 | 510 |
| Legal Assistant/Paralegal | 2 | 300 |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **6** | **1010** |
| **Total Non-Attorney** | **2** | **300** |
| **Total** | **8** | **963** |

100368.1

**Staffing Plan and Budget for Matter Category 5, Tax Issues
for the Period April 1, 2015 through April 30, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 5 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 1200 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 1 | 695 |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **4** | **963** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **4** | **963** |

**Staffing Plan and Budget for Matter Category 6, Oncor Sale
for the Period April 1, 2015 through April 30, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 6 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 1200 |
| Associate (4+ years since first admission) | 1 | 710 |
| Jr. Associate (1-3 years since first admission) | 1 | 695 |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **5** | **1014** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **5** | **1014** |

**Staffing Plan and Budget for Matter Category 7, Financing
for the Period April 1, 2015 through April 30, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 9 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | **N/A** |

**Staffing Plan and Budget for Matter Category 8, Employment and Fee Applications
for the Period April 1, 2015 through April 30, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 7 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 1200 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **1** | 1200 |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **1** | 1200 |

**Staffing Plan and Budget for Matter Category 9, Non-Working Travel
for the Period April 1, 2015 through April 30, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 8 During the Budget Period | Average Hourly Rate |
|---|:---:|:---:|
| Partner | 2 | 600 |
| Associate (4+ years since first admission) | 1 | 390 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **3** | **554** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **3** | **554** |

**Staffing Plan and Budget for Matter Category 10, Claims Litigation
for the Period April 1, 2015 through April 30, 2015**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP**, Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 10 During the Budget Period | Average Hourly Rate |
|---|:---:|:---:|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

100368.1