# EXHIBIT K

**Comparison of Cravath, Swaine & Moore LLP Budgeted and Actual Fees**

**January through April 2015**

100368.1

|  | Matter | 1<br>G&A | 2<br>Governance | 3<br>Plan | 4<br>Interco | 5<br>Tax |
|---|---|---:|---:|---:|---:|---:|
| **Hours** | | | | | | |
| January | Budget | 45.00 | 10.00 | 100.00 | 535.00 | 100.00 |
|  | Actual | 22.30 | 0.00 | 47.60 | 278.80 | 69.10 |
|  | Difference | 22.70 | 10.00 | 52.40 | 256.20 | 30.90 |
| February | Budget | 35.00 | 0.00 | 78.00 | 255.00 | 50.00 |
|  | Actual | 32.00 | 0.00 | 47.40 | 266.30 | 42.90 |
|  | Difference | 3.00 | 0.00 | 30.60 | (11.30) | 7.10 |
| March | Budget | 23.00 | 0.00 | 68.00 | 65.00 | 38.00 |
|  | Actual | 7.70 | 0.00 | 67.30 | 136.90 | 48.80 |
|  | Difference | 15.30 | 0.00 | 0.70 | (71.90) | (10.80) |
| April | Budget | 45.00 | 0.00 | 113.00 | 75.00 | 63.00 |
|  | Actual | 8.50 | 0.00 | 107.40 | 13.40 | 32.70 |
|  | Difference | 36.50 | 0.00 | 5.60 | 61.60 | 30.30 |
| **Total** | Budget | 148.00 | 10.00 | 359.00 | 930.00 | 251.00 |
|  | Actual | 70.50 | 0.00 | 269.70 | 695.40 | 193.50 |
|  | Difference | 77.50 | 10.00 | 89.30 | 234.60 | 57.50 |
| **Fees** | | | | | | |
| January | Budget | 51,750.00 | 11,500.00 | 114,800.00 | 378,850.00 | 90,750.00 |
|  | Actual | 26,760.00 | 0.00 | 57,120.00 | 194,171.50 | 64,248.00 |
|  | Difference | 24,990.00 | 11,500.00 | 57,680.00 | 184,678.50 | 26,502.00 |
| February | Budget | 39,550.00 | 0.00 | 81,350.00 | 174,450.00 | 49,900.00 |
|  | Actual | 37,175.00 | 0.00 | 56,080.00 | 218,229.50 | 42,440.50 |
|  | Difference | 2,375.00 | 0.00 | 25,270.00 | (43,779.50) | 7,459.50 |
| March | Budget | 25,150.00 | 0.00 | 74,250.00 | 53,250.00 | 35,500.00 |
|  | Actual | 9,240.00 | 0.00 | 77,106.00 | 117,065.00 | 50,227.50 |
|  | Difference | 15,910.00 | 0.00 | (2,856.00) | (63,815.00) | (14,727.50) |
| April | Budget | 51,550.00 | 0.00 | 119,775.00 | 72,200.00 | 62,975.00 |
|  | Actual | 10,176.00 | 0.00 | 120,866.50 | 13,373.50 | 29,998.50 |
|  | Difference | 41,374.00 | 0.00 | (1,091.50) | 58,826.50 | 32,976.50 |
| **Total** | Budget | 168,000.00 | 11,500.00 | 390,175.00 | 678,750.00 | 239,125.00 |
|  | Actual | 83,351.00 | 0.00 | 311,172.50 | 542,839.50 | 186,914.50 |
|  | Difference | 84,649.00 | 11,500.00 | 79,002.50 | 135,910.50 | 52,210.50 |

| 6 Sale | 7 Financing | 8 Employ | 9 Travel | 10 Claims | Total |
|---:|---:|---:|---:|---:|---:|
| 80.00 | 10.00 | 25.00 | 5.00 | 5.00 | 915.00 |
| 69.00 | 0.00 | 21.70 | 8.20 | 0.00 | 516.70 |
| 11.00 | 10.00 | 3.30 | (3.20) | 5.00 | 398.30 |
| 35.00 | 0.00 | 10.00 | 16.00 | 0.00 | 479.00 |
| 68.20 | 0.00 | 13.20 | 38.90 | 0.00 | 508.90 |
| (33.20) | 0.00 | (3.20) | (22.90) | 0.00 | (29.90) |
| 110.00 | 5.00 | 8.00 | 4.00 | 0.00 | 321.00 |
| 62.10 | 0.00 | 2.40 | 27.50 | 0.00 | 352.70 |
| 47.90 | 5.00 | 5.60 | (23.50) | 0.00 | (31.70) |
| 120.00 | 0.00 | 24.00 | 46.00 | 0.00 | 486.00 |
| 78.00 | 0.00 | 1.30 | 5.20 | 0.00 | 246.50 |
| 42.00 | 0.00 | 22.70 | 40.80 | 0.00 | 239.50 |
| 345.00 | 15.00 | 67.00 | 71.00 | 5.00 | 2,201.00 |
| 277.30 | 0.00 | 38.60 | 79.80 | 0.00 | 1,624.80 |
| 67.70 | 15.00 | 28.40 | (8.80) | 5.00 | 576.20 |
| 92,000.00 | 11,500.00 | 28,750.00 | 5,750.00 | 5,750.00 | 791,400.00 |
| 66,322.00 | 0.00 | 26,040.00 | 4,920.00 | 0.00 | 439,581.50 |
| 25,678.00 | 11,500.00 | 2,710.00 | 830.00 | 5,750.00 | 351,818.50 |
| 37,100.00 | 0.00 | 12,000.00 | 9,600.00 | 0.00 | 403,950.00 |
| 68,024.50 | 0.00 | 15,840.00 | 21,660.00 | 0.00 | 459,449.50 |
| (30,924.50) | 0.00 | (3,840.00) | (12,060.00) | 0.00 | (55,499.50) |
| 107,350.00 | 6,000.00 | 9,600.00 | 2,400.00 | 0.00 | 313,500.00 |
| 70,194.00 | 0.00 | 2,880.00 | 14,400.00 | 0.00 | 341,112.50 |
| 37,156.00 | 6,000.00 | 6,720.00 | (12,000.00) | 0.00 | (27,612.50) |
| 121,650.00 | 0.00 | 28,800.00 | 25,500.00 | 0.00 | 482,450.00 |
| 80,381.50 | 0.00 | 1,560.00 | 3,120.00 | 0.00 | 259,476.00 |
| 41,268.50 | 0.00 | 27,240.00 | 22,380.00 | 0.00 | 222,974.00 |
| 358,100.00 | 17,500.00 | 79,150.00 | 43,250.00 | 5,750.00 | 1,991,300.00 |
| 284,922.00 | 0.00 | 46,320.00 | 44,100.00 | 0.00 | 1,499,619.50 |
| 73,178.00 | 17,500.00 | 32,830.00 | (850.00) | 5,750.00 | 491,680.50 |

100368.1