# Exhibit D

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

RLF1 12231659v.1

## Attorneys and Paraprofessionals' Information

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| William B. Dawson | Partner | Litigation | TX – 1975 | $62,110.00 | 64.6 | 1 | $975.00 | $925.00 | $59,755.00 |
| Gareth T. Evans | Partner | Litigation | CA – 1988 | $15,260.00 | 14.0 | 0 | $1,090.00 | N/A | $12,950.00 |
| James C. Ho | Partner | Litigation | DC – 2001 TX – 2006 | $35,759.00 | 42.7 | 0 | $835.00 | $885.00 | $37,789.50 |
| Brian J. Lane | Partner | Corporate | MD – 1983 DC – 2000 | $1,310.00 | 1.2 | 0 | $1,085.00 | $1,085.00 | $1,302.00 |
| Robert B. Little | Partner | Corporate | TX – 1998 | $95,945.50 | 117.4 | 1 | $835.00 | $790.00 | $92,746.00 |
| Michael L. Raiff* | Partner | Litigation | TX – 1992 | $189,893.00 | 251.0 | 1 | $885.00 | $840.00 | $160,965.00 |
| Michael J. Scanlan | Partner | Corporate | DC – 1998 | $497.50 | 0.5 | 0 | $995.00 | N/A | $475.00 |
| David L. Sinak | Partner | Tax | TX – 1979 | $2,556.00 | 2.4 | 1 | $1,065.00 | N/A | $2,448.00 |
| Ashley E. Johnson | Of Counsel | Litigation | NC – 2007 TX – 2009 | $48,724.00 | 69.9 | 1 | $770.00 | $740.00 | $51,330.00 |
| Matthew G. Bouslog | Associate | Bankruptcy | CA – 2011 | $20,811.50 | 36.3 | 1 | $625.00 | $555.00 | $20,146.50 |
| Caitlin A. Calloway | Associate | Corporate | TX – 2012 | $15,171.50 | 31.5 | 1 | $500.00 | $435.00 | $13,702.50 |
| Michael Q. Cannon | Associate | Tax | TX – 2012 | $1,035.00 | 1.8 | 1 | $575.00 | N/A | $873.00 |
| Katherine E. Cournoyer | Associate | Corporate | NY – 2012 TX – 2014 | $3,437.50 | 5.5 | 1 | $625.00 | $555.00 | $3,052.50 |
| Russell H. Falconer* | Associate | Litigation | TX – 2009 | $76,041.50 | 123.6 | 1 | $610.00 | $535.00 | $77,801.50 |
| Jeremy L. Graves | Associate | Bankruptcy | CO – 2012 | $355.00 | 0.5 | 0 | $710.00 | $710.00 | $355.00 |
| Krista P. Hanvey | Associate | Corporate | TX – 2009 | $9,267.50 | 14.2 | 1 | $725.00 | N/A | $9,230.00 |
| Joseph A. Orien | Associate | Unassigned | TX – 2013 | $18,876.00 | 42.9 | 0 | $450.00 | N/A | $18,876.00 |

RLF1 12231659v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| William T. Thompson | Associate | Litigation | TX – 2013 | $84,352.50 | 182.9 | 1 | $425.00 | N/A | $83,554.00 |
| Elizabeth M. Viney | Associate | Litigation | LA – 2011<br>TX – 2011 | $30,807.00 | 55.1 | 1 | $525.00 | $485.00 | $34,713.00 |
| John-Paul Vojtisek | Associate | Tax | NY – 2006 | $568.00 | 0.8 | 0 | $710.00 | $710.00 | $568.00 |
| Jonathan M. Whalen | Associate | Corporate | TX – 2009 | $6,217.50 | 10.0 | 1 | $630.00 | $575.00 | $5,750.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | Bankruptcy | N/A | $34,382.00 | 88.9 | 1 | $395.00 | $380.00 | $33,782.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | Litigation | N/A | $4,922.00 | 13.7 | 1 | $370.00 | $355.00 | $4,863.50 |
| Vanessa V. Bratcher | Manager | Global Practice Services | N/A | $1,653.00 | 3.8 | 0 | $435.00 | N/A | $1,653.00 |
| Carla H. Jones | Research Analyst | Research and Information Management | N/A | $105.00 | 0.5 | 1 | $210.00 | N/A | $100.00 |
| Erin E. Kurinsky | Research Analyst | Research and Information Management | N/A | $84.00 | 0.4 | 0 | $210.00 | N/A | $80.00 |
| **Voluntary Reduction** | | | | ($7,115.50) | | | | | ($7,115.50) |
| **TOTAL (professionals and paraprofessionals)** | | | | $753,026.00 | 1176.1 | | | | $721,745.50 |
| **TOTAL (professionals)** | | | | $717,759.50 | 1068.8 | | | | $687,146.50 |
| **TOTAL (paraprofessionals)** | | | | $35,266.50 | 107.3 | | | | $34,599.00 |
| **Blended Rate (including paraprofessionals)** | | | | | | | **$640.33** | **$679.20** | |
| **Blended Rate (excluding paraprofessionals)** | | | | | | | **$671.56** | **$688.83** | |

2

\*  In 2014, the Debtors and Gibson Dunn agreed to a blended hourly rate of $630.00 for Mr. Raiff and all litigation associates for work performed on matter numbers 13, 16-18, and 22-24.  For all other matters, this attorney billed at the hourly rate specified herein.