# Exhibit E

## Summary of Actual and Necessary Expenses for the Fee Period

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Amount |
|---|---:|
| Filing Fees | $10.29 |
| In House Duplication | $1,264.70 |
| Lodging | $259.23 |
| Meals | $130.83 |
| Outside Services/Consultants | $28,842.12 |
| Travel - Parking | $126.53 |
| Travel – Taxi | $31.50 |
| **Total** | **$30,665.20** |