# Exhibit F

## Summary of Fees and Expenses by Matter for the Fee Period

## Summary of Fees and Expenses by Matter for the Fee Period

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| Applicable to All Debtors | | | | | | | |
| 12 | Tax Analysis | 40.0 | 4.2 | $28,000.00 | $3,591.00 | | |
| 25 | Public Policy Advice | 8.0 | 0.0 | $6,000.00 | $0.00 | | |
| 30 | Case Administration, Employment and Fee Applications | 200.0 | 130.0 | $126,000.00 | $59,392.00 | | |
| 46 | Budget-Related Work | 14.0 | 3.7 | $10,000.00 | $2,289.50 | | |
| Applicable to TCEH Debtors | | | | | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 0.0 | 0.0 | $0.00 | $0.00 | | |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 191.0 | 286.8 | $123,000.00 | $166,282.50 | | |
| 13 | Litigation: FOIA Disputes and EPA Matters | 30.0 | 43.6 | $22,870.00 | $28,745.00 | | |
| 17 | Litigation: Sierra Club - Western District of Texas | 0.0 | 1.1 | $0.00 | $693.00 | | |
| 18 | Litigation: NSR Case | 1,911.0 | 472.6 | $1,382,652.00 | $340,707.00 | | |
| 22 | Litigation: 2004 FPL Lawsuit | 16.0 | 9.3 | $13,180.00 | $7,159.50 | | |
| 23 | Litigation: 2011 FPL Lawsuit | 0.0 | 4.2 | $0.00 | $2,521.00 | | |
| 24 | Litigation: FPL Offer Curves Dispute | 0.0 | 0.0 | $0.00 | $0.00 | | |
| 41 | SEC Matters | 20.0 | 5.9 | $16,000.00 | $4,680.50 | | |
| 42 | Expenses and Disbursements | | 0.0 | | | $30,022.20 | |
| 43 | Corporate Matters | 40.0 | 0.8 | $32,000.00 | $460.00 | | |
| 44 | Non-Working Travel | 6.0 | 0.0 | $5,000.00 | $0.00 | | |
| Applicable to EFIH Debtors | | | | | | | |
| 34 | SEC Matters | 20.0 | 0.2 | $16,000.00 | $167.00 | | |
| 35 | Corporate Matters | 40.0 | 2.4 | $32,000.00 | $1,819.50 | | |
| 39 | Expenses and Disbursements | | | | | $52.30 | |
| 40 | Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 | | |
| Applicable to EFH Debtors | | | | | | | |
| 31 | SEC Matters | 110.0 | 83.0 | $88,000.00 | $61,756.50 | | |
| 32 | Corporate Matters | 140.0 | 128.3 | $105,000.00 | $79,877.50 | | |
| 38 | Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 | | |
| 39 | Expenses and Disbursements | | | | | $590.70 | |
| **Voluntary Reduction** | | | | | ($7,115.50) | | |
| **Totals** | | **2,786.0** | **1176.1** | **/$2,005,702.00** | **$753,026.00** | **$30,665.20** | **$783,691.20** |

RLF1 12231659v.1