# Exhibit G

## Detailed Description of Services Provided

**<u>Exhibit G-1</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 27, 2015**

**Invoice No. 2015023289**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  16,418.00 | $  0.00 | $  16,418.00 |
| | **Totals** | $  16,418.00 | $  0.00 | $  16,418.00 |
| | **Current Balance Due** | | | $  16,418.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $  300.90 | $  0.00 | $  300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: February 27, 2015                                                        Invoice No. 2015023289
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $    1,293.50

**TOTAL OUTSTANDING BALANCE DUE**                          $   17,711.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 27, 2015**

**Invoice No. 2015023289**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $   16,418.00 | $       0.00 | $  16,418.00 |
|  | **Totals** | $   16,418.00 | $       0.00 | $  16,418.00 |
|  | **Current Balance Due** |  |  | $  16,418.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $     300.90 | $    0.00 | $     300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**PREVIOUS BALANCE DUE** $\underline{\$\ \ \ 1,293.50}$

**TOTAL OUTSTANDING BALANCE DUE** $\underline{\$\ \ 17,711.50}$

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through January 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 0.70 | $ 995.00 | $    696.50 |
| JAMES C. HO | 1.10 | 930.00 | 1,023.00 |
| ASHLEY E. JOHNSON | 2.40 | 770.00 | 1,848.00 |
| WILLIAM T. THOMPSON | 25.30 | 505.00 | 12,776.50 |
| GAYA K. HOLMAN | 0.20 | 370.00 | 74.00 |
| **Total Services** | | | $  16,418.00 |

**Total Services, Costs/Charges**                        16,418.00

**BALANCE DUE**                        $  16,418.00

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008
_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/07/15 | 0.30 | HO, JAMES C | $930.00 | $279.00 | REVIEW COURT ORDER REINSTATING APPEAL (0.2); ANALYZE NEXT STEPS, AND CORRESPONDENCE REGARDING SAME (0.1). |
| 01/08/15 | 0.50 | HO, JAMES C | $930.00 | $465.00 | PREPARE AND REVIEW MOTION FOR EXTENSION (0.3); CORRESPONDENCE WITH FPL COUNSEL REGARDING SAME (0.2). |
| | 2.00 | THOMPSON, WILLIAM T | $505.00 | $1,010.00 | WRITE, CIRCULATE, MODIFY, AND FILE MOTION FOR EXTENSION OF TIME. |
| 01/09/15 | 0.40 | THOMPSON, WILLIAM T | $505.00 | $202.00 | EMAILS WITH J. HO (0.2), A. JOHNSON (0.1), AND M. RAIFF (0.1), REGARDING MOTION, MEDIATION, AND FILLING DEADLINES. |
| 01/12/15 | 1.00 | THOMPSON, WILLIAM T | $505.00 | $505.00 | REVIEW AND ANALYZE PROPOSED OUTLINE FOR SUPPLEMENTAL BRIEF (0.8); ███████ (0.2). |
| 01/20/15 | 4.80 | THOMPSON, WILLIAM T | $505.00 | $2,424.00 | REVIEW AND ANALYZE PREVIOUS BRIEFING AND OPINIONS REGARDING ARGUMENTS ON REMAND. |
| 01/21/15 | 0.10 | JOHNSON, ASHLEY E | $770.00 | $77.00 | CONFERENCE WITH W. THOMPSON REGARDING ███████. |

| | | | | |
|---|---|---|---|---|
| 9.40 | THOMPSON, WILLIAM T | $505.00 | $4,747.00 | OBTAIN AND ANALYZE DOCUMENTS ███████ (1.5); REVIEW AND ANALYZE PREVIOUS BRIEFING AND OPINIONS FOR ISSUES ON REMAND (2.6); RESEARCH ███████ (2.7); DISCUSS CASE WITH A. JOHNSON REGARDING SAME (0.1); WRITE AND CIRCULATE ANALYSIS OF ███████ SUPPLEMENTAL BRIEF (2.5). |
| **01/22/15** 0.40 | THOMPSON, WILLIAM T | $505.00 | $202.00 | EMAILS REGARDING ███████ DOCUMENTS (0.1); REVIEW AND ANALYZE ███████ (0.2); EMAIL A. JOHNSON REGARDING ███████ (0.1). |
| **01/23/15** 0.80 | JOHNSON, ASHLEY E | $770.00 | $616.00 | READ BRIEFING IN FPL APPEAL. |
| 0.10 | THOMPSON, WILLIAM T | $505.00 | $50.50 | EMAILS WITH B. CEZAR TO OBTAIN DOCUMENTS ███████ |
| **01/26/15** 5.50 | THOMPSON, WILLIAM T | $505.00 | $2,777.50 | RESEARCH ███████ AND DRAFT MEMORANDUM. |
| **01/27/15** 1.20 | JOHNSON, ASHLEY E | $770.00 | $924.00 | READ BRIEFING FROM COURT OF APPEALS CASE. |
| 0.80 | THOMPSON, WILLIAM T | $505.00 | $404.00 | FINALIZE MEMORANDUM TO A. JOHNSON ███████ AND SEND VIA EMAIL. |
| **01/28/15** 0.20 | JOHNSON, ASHLEY E | $770.00 | $154.00 | READ COURT ORDER REGARDING DEADLINES. |
| 0.80 | THOMPSON, WILLIAM T | $505.00 | $404.00 | REVIEW AND ANALYZE TIME LIMITATIONS FOR MEDIATION AND FILING BRIEF (0.6); EMAIL A. JOHNSON REGARDING SAME (0.2). |

| | | | | |
|---|---|---|---|---|
| 01/29/15 | | | | |
| 0.70 | RAIFF, MICHAEL L | $995.00 | $696.50 | ATTENTION TO AND VARIOUS COMMUNICATIONS REGARDING MEDIATION, MEDIATOR, AND BRIEFING DEADLINES. |
| 0.30 | HO, JAMES C | $930.00 | $279.00 | CORRESPONDENCE REGARDING MEDIATION AND POTENTIAL NEXT STEPS. |
| 0.10 | JOHNSON, ASHLEY E | $770.00 | $77.00 | EMAIL CORRESPONDENCE WITH M. RAIFF REGARDING DEADLINES. |
| 0.10 | THOMPSON, WILLIAM T | $505.00 | $50.50 | EMAILS REGARDING MEDIATION. |
| 01/30/15 | | | | |
| 0.20 | HOLMAN, GAYA K | $370.00 | $74.00 | REVIEW EMAIL CORRESPONDENCE WITH TEAM REGARDING APPELLATE DEADLINES AND DOCKET SAME. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 27, 2015**

**Invoice No. 2015023353**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   4,095.00 | $      0.00 | $   4,095.00 |
|  | **Totals** | $   4,095.00 | $      0.00 | $   4,095.00 |
|  | **Current Balance Due** |  |  | $   4,095.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $   730.80 | $   0.00 | $   730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |
| 92772-00013 | 12/08/14 | 2014121947 | 491.40 | 0.00 | 491.40 |
| 92772-00013 | 01/22/15 | 2015012766 | 458.40 | 0.00 | 458.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: February 27, 2015**                                    **Invoice No. 2015023353**
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                   $    2,751.60

**TOTAL OUTSTANDING BALANCE DUE**                          $    6,846.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 27, 2015**

**Invoice No. 2015023353**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $    4,095.00 | $       0.00 | $    4,095.00 |
|  | **Totals** | $    4,095.00 | $       0.00 | $    4,095.00 |
|  | **Current Balance Due** |  |  | $    4,095.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $    730.80 | $   0.00 | $    730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 12/08/14 | 2014121947 | 491.40 | 0.00 | 491.40 |
| 92772-00013 | 01/22/15 | 2015012766 | 458.40 | 0.00 | 458.40 |

**PREVIOUS BALANCE DUE**                                    $   2,751.60

**TOTAL OUTSTANDING BALANCE DUE**                  $   6,846.60

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

For Services Rendered Through January 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 5.80 | $ 630.00 | $   3,654.00 |
| RUSSELL H. FALCONER | 0.70 | 630.00 | 441.00 |
| **Total Services** | | | $   4,095.00 |

**Total Services, Costs/Charges**                                         4,095.00

**BALANCE DUE**                                                   $   4,095.00

**Due and Payable Upon Receipt**

FOIA DISPUTES AND EPA MATTERS
92772-00013
_____

Detail Services:


01/05/15
0.80      RAIFF, MICHAEL L          $630.00      $504.00      WORK ON NEXT STEPS IN FOIA
                                                              CASE (0.5); COMMUNICATIONS
                                                              WITH OPPOSING COUNSEL
                                                              AND CLIENTS REGARDING
                                                              SAME (0.3).

01/07/15
0.30      RAIFF, MICHAEL L          $630.00      $189.00      ATTENTION TO AND
                                                              COMMUNICATIONS
                                                              REGARDING █████████
                                                              ████████████████

01/08/15
1.50      RAIFF, MICHAEL L          $630.00      $945.00      TELEPHONE CALL WITH
                                                              CLIENTS (SPLIT)(0.4);
                                                              CONFERENCE CALL WITH
                                                              EPA'S COUNSEL AND FOLLOW-
                                                              UP EMAILS WITH CLIENTS (0.6);
                                                              WORK ON ████████
                                                              ████████ (0.5).

01/09/15
0.50      RAIFF, MICHAEL L          $630.00      $315.00      WORK ON ████████
                                                              ████████ (0.4);
                                                              COMMUNICATIONS
                                                              REGARDING SAME AND
                                                              FOLLOW-UP EMAILS (0.1).

01/12/15
0.40      RAIFF, MICHAEL L          $630.00      $252.00      ████████████████████
                                                              ████████████████████
                                                              ████████████████

01/20/15
1.00      RAIFF, MICHAEL L          $630.00      $630.00      TELEPHONE CALL WITH
                                                              CLIENTS (SPLIT) (0.5);
                                                              CONFERENCE CALL WITH
                                                              ASST. US ATTORNEY AND
                                                              FOLLOW-UP COMMUNICATIONS
                                                              WITH CLIENT (0.5).

| | | | | |
|---|---|---|---|---|
| 01/21/15 | | | | |
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (0.7); WORK ON ███████ ████ (0.3). |
| 0.70 | FALCONER, RUSSELL H | $630.00 | $441.00 | PARTICIPATE IN CONFERENCE CALL REGARDING ███████ ████████ |
| 01/27/15 | | | | |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ███████ |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021887**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $    693.00 | $    0.00 | $    693.00 |
|  | **Totals** | $    693.00 | $    0.00 | $    693.00 |
|  | **Current Balance Due** |  |  | $    693.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00017 | 10/02/14 | 2015021054 | $  12,281.36 | $    0.00 | $  12,281.36 |
| 92772-00017 | 11/04/14 | 2014112128 | 3,659.80 | 0.00 | 3,659.80 |
| 92772-00017 | 12/08/14 | 2014121763 | 189.00 | 0.00 | 189.00 |
| 92772-00017 | 01/05/15 | 2015011724 | 3,248.50 | 0.00 | 3,248.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $ 19,378.66

**TOTAL OUTSTANDING BALANCE DUE** $ 20,071.66

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021887**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $    693.00 | $    0.00 | $    693.00 |
|  | **Totals** | $    693.00 | $    0.00 | $    693.00 |
|  | **Current Balance Due** |  |  | $    693.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: February 10, 2015**                                                   **Invoice No. 2015021887**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|------------|------------|----------|-------|-------------|
| 92772-00017 | 10/02/14 | 2015021054 | $ 12,281.36 | $ 0.00 | $ 12,281.36 |
| 92772-00017 | 11/04/14 | 2014112128 | 3,659.80 | 0.00 | 3,659.80 |
| 92772-00017 | 12/08/14 | 2014121763 | 189.00 | 0.00 | 189.00 |
| 92772-00017 | 01/05/15 | 2015011724 | 3,248.50 | 0.00 | 3,248.50 |

**PREVIOUS BALANCE DUE**                                            $  19,378.66

**TOTAL OUTSTANDING BALANCE DUE**                                  $  20,071.66

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

---

For Services Rendered Through January 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 0.50 | $ 630.00 | $   315.00 |
| RUSSELL H. FALCONER | 0.60 | 630.00 | 378.00 |
| **Total Services** | | | $   693.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 693.00 |
| **BALANCE DUE** | $   693.00 |

**Due and Payable Upon Receipt**

SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

_____

Detail Services:

01/06/15
  0.20      RAIFF, MICHAEL L          $630.00      $126.00      REVIEW ██████████ AND
                                                                COMMUNICATIONS
                                                                REGARDING SAME.

01/07/15
  0.30      RAIFF, MICHAEL L          $630.00      $189.00      REVIEW ████████████
                                                                ██████████████████
                                                                ██████████ (0.2);
                                                                COMMUNICATIONS
                                                                REGARDING SAME (0.1).

01/29/15
  0.60      FALCONER, RUSSELL H       $630.00      $378.00      CORRESPONDENCE
                                                                REGARDING ██████████
                                                                ██████████.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021965**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  79,200.50 | $      0.00 | $  79,200.50 |
|  | **Totals** | $  79,200.50 | $     0.00 | $  79,200.50 |
|  | **Current Balance Due** |  |  | $  79,200.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $    0.00 | $  2,316.30 |
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 85,928.50 | 0.00 | 85,928.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                        $   91,785.00

**TOTAL OUTSTANDING BALANCE DUE**               $  170,985.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021965**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $   79,200.50 | $       0.00 | $   79,200.50 |
|  | **Totals** | $   79,200.50 | $    0.00 | $   79,200.50 |
|  | **Current Balance Due** |  |  | $   79,200.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $   2,316.30 | $    0.00 | $   2,316.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 85,928.50 | 0.00 | 85,928.50 |

**PREVIOUS BALANCE DUE**                    $   91,785.00

**TOTAL OUTSTANDING BALANCE DUE**           $  170,985.50

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

_____

For Services Rendered Through January 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 15.70 | $ 925.00 | $  14,522.50 |
| MICHAEL L. RAIFF | 74.00 | 630.00 | 46,620.00 |
| RUSSELL H. FALCONER | 14.50 | 630.00 | 9,135.00 |
| WILLIAM T. THOMPSON | 13.60 | 630.00 | 8,568.00 |
| GAYA K. HOLMAN | 1.00 | 355.00 | 355.00 |

**Total Services**                                                  $  79,200.50




**Total Services, Costs/Charges**                                       79,200.50

**BALANCE DUE**                                                   $  79,200.50

**Due and Payable Upon Receipt**

NSR CASE
92772-00018

---

Detail Services:

01/05/15

| 0.40 | FALCONER, RUSSELL H | $630.00 | $252.00 | ██████████ RESEARCH PROJECT. |

| 5.00 | THOMPSON, WILLIAM T | $630.00 | $3,150.00 | RESEARCH ████████ (4.5); REVIEW AND ANALYZE ██████ AGREEMENT ████████ (0.5). |

01/07/15

| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | BEGIN GOING THROUGH MATERIALS RELATING TO ████ ████████ |

| 0.40 | THOMPSON, WILLIAM T | $630.00 | $252.00 | RESEARCH ████████ . |

01/08/15

| 2.30 | DAWSON, WILLIAM B | $925.00 | $2,127.50 | PREPARE FOR (1.2); PARTICIPATE IN CALL WEEKLY CALL WITH CLIENT (1.1). |

| 2.00 | RAIFF, MICHAEL L | $630.00 | $1,260.00 | ATTENTION TO AND WORK ON DISCLOSURES (0.8); ████████ ████████ (0.7); CONFERENCE CALL WITH CLIENTS (0.5). |

| 0.70 | FALCONER, RUSSELL H | $630.00 | $441.00 | PARTICIPATE IN PART OF WEEKLY CASE CONFERENCE CALL. |

| 7.50 | THOMPSON, WILLIAM T | $630.00 | $4,725.00 | RESEARCH ████████ AND WRITE MEMORANDUM. |

| 0.30 | HOLMAN, GAYA K | $355.00 | $106.50 | REVIEW AND ORGANIZE MULTIPLE EMAIL EXCHANGE REGARDING ████████ (0.2); UPDATE FILE WITH SAME FOR DISCOVERY AND CASE MANAGEMENT PURPOSES (0.1). |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 01/09/15<br>3.00 | RAIFF, MICHAEL L | $630.00 | $1,890.00 | WORK ON DISCLOSURE OBLIGATIONS AND ANALYSIS ███████████████. |
| 0.70 | THOMPSON, WILLIAM T | $630.00 | $441.00 | FINALIZE MEMORANDUM ON ███████████ AND SEND TO R. FALCONER. |
| 0.30 | HOLMAN, GAYA K | $355.00 | $106.50 | REVIEW AND ORGANIZE MULTIPLE EMAIL EXCHANGE REGARDING ████████ ██████ (0.2); UPDATE FILE WITH SAME FOR DISCOVERY AND CASE MANAGEMENT PURPOSES (0.1). |
| 01/10/15<br>1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | WORK ON ████████ AND NOTES. |
| 01/12/15<br>0.70 | FALCONER, RUSSELL H | $630.00 | $441.00 | WORK ON AVAILABILITY OF ████████████ (0.5); CORRESPOND WITH T. SIMPSON REGARDING DATA ANALYSIS PROJECT (0.2). |
| 01/13/15<br>0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO AND COMMUNICATIONS REGARDING UPCOMING DEADLINE AND PENDING MOTION. |
| 01/14/15<br>7.30 | RAIFF, MICHAEL L | $630.00 | $4,599.00 | WORK ON ANALYSIS AND NOTES OF DOCUMENTS AND WITNESSES FOR PURPOSES OF DISCLOSURES AND ████ ████████████. |
| 01/15/15<br>6.80 | RAIFF, MICHAEL L | $630.00 | $4,284.00 | CONFERENCE CALL WITH CO-COUNSEL (0.8); WORK ON ANALYSIS AND NOTES OF WITNESSES AND DOCUMENTS FOR DISCLOSURE PURPOSES (6.0). |

| | | | | |
|---|---|---|---|---|
| 1.50 | FALCONER, RUSSELL H | $630.00 | $945.00 | COORDINATE WITH G. HOLMAN TO BEGIN PREPARATION OF ███████████ (0.2); STUDY COMPLAINT, ███████ AND PROJECT INFORMATION (1.3). |

**01/16/15**

| | | | | |
|---|---|---|---|---|
| 6.50 | DAWSON, WILLIAM B | $925.00 | $6,012.50 | PREPARE FOR (5.2), AND MEET WITH CLIENT REGARDING ████████ (1.3). |
| 6.30 | RAIFF, MICHAEL L | $630.00 | $3,969.00 | WORK ON DISCLOSURES, ████████ (5.4); CONFER WITH TEAM RE: SAME (0.6); COMMUNICATIONS WITH DOJ AND FOLLOW-UP WITH TEAM (0.3). |
| 5.90 | FALCONER, RUSSELL H | $630.00 | $3,717.00 | STUDY ██████████ (3.7); PREPARE OUTLINE OF ██████████ (2.2). |

**01/19/15**

| | | | | |
|---|---|---|---|---|
| 0.50 | DAWSON, WILLIAM B | $925.00 | $462.50 | ANALYSIS OF █████ SCHEDULE AND PREPARATION FOR WEEKLY TUESDAY CALL. |
| 1.30 | RAIFF, MICHAEL L | $630.00 | $819.00 | WORK ON DISCLOSURES AND ████████ AND RELATED COMMUNICATIONS. |

**01/20/15**

| | | | | |
|---|---|---|---|---|
| 2.50 | DAWSON, WILLIAM B | $925.00 | $2,312.50 | PREPARE FOR (0.8) AND CLIENT NSR CALL (0.7); WORK ON R 26 DISCLOSURES AND ████████ SCHEDULES (1.0). |

| | | | | |
|---|---|---|---|---|
| 3.60 | RAIFF, MICHAEL L | $630.00 | $2,268.00 | TELEPHONE CALL WITH CLIENTS (0.6); WORK ON DISCLOSURES █████████ ████ AND RELATED COMMUNICATIONS (2.0); MULTIPLE CONFERENCE CALLS WITH LUMINANT AND EFH ON ███████████ (1.0). |
| 3.20 | FALCONER, RUSSELL H | $630.00 | $2,016.00 | CONTINUE REVIEWING ████ ███████████ (1.4); REVIEW REDLINED DRAFT DISCLOSURES (0.1); PARTICIPATE IN WEEKLY CASE STATUS CALL (1.1); CORRESPONDENCE REGARDING ██████████ (0.2); GATHER COURT INFORMATION (0.4). |

01/21/15

| | | | | |
|---|---|---|---|---|
| 1.30 | DAWSON, WILLIAM B | $925.00 | $1,202.50 | CALLS AND REVIEWS REGARDING DISCLOSURES. |
| 4.90 | RAIFF, MICHAEL L | $630.00 | $3,087.00 | MULTIPLE CONFERENCE CALLS ███████████ REGARDING DISCOVERY ISSUES (1.5); WORK ON DISCLOSURES, DISCOVERY ISSUES, AND ANALYSIS OF ███████████ AND RELATED COMMUNICATIONS WITH TEAM (3.0); ATTENTION TO ██████ ███████████ ISSUES AND COMMUNICATIONS REGARDING SAME (0.4). |
| 1.50 | FALCONER, RUSSELL H | $630.00 | $945.00 | CONTINUE STUDYING ████ ███████████ |

01/22/15
7.80    RAIFF, MICHAEL L    $630.00    $4,914.00    WORK ON DISCLOSURES AND RELATED ANALYSIS AND COMMUNICATIONS AND FINALIZE AND SERVE DISCLOSURES (2.5); WORK ON DISCOVERY AND CONFIDENTIALITY ORDER ████████████████ (1.5); WORK ON ELECTRONIC DISCOVERY ISSUES AND RELATED COMMUNICATIONS (1); ANALYSIS OF ████ ████████ AND COMMUNICATIONS REGARDING SAME (0.7); CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (0.6); WORK ON ████ NOTES AND ████ (1.5).

0.20    HOLMAN, GAYA K    $355.00    $71.00    ORGANIZE ██████████ ████ FOR ATTORNEY REFERENCE.

01/23/15
1.70    RAIFF, MICHAEL L    $630.00    $1,071.00    WORK ON DISCOVERY AND FOLLOW-UP ON DISCLOSURES (0.5); WORK ON ████ ████ AND NOTES (1.2).

0.20    FALCONER, RUSSELL H    $630.00    $126.00    STUDY E-MAIL TO ████ REGARDING ████████ (0.1); BEGIN REVIEW OF ████ ████ (0.1).

01/26/15
5.60    RAIFF, MICHAEL L    $630.00    $3,528.00    WORK ON ANALYSIS, NOTES, AND STRATEGIES ON ████████████ (5.5); COMMUNICATIONS WITH DOJ (0.1).

01/27/15
1.00    DAWSON, WILLIAM B    $925.00    $925.00    WEEKLY CALL AND PREPARATION THEREFOR.

| | | | | |
|---|---|---|---|---|
| 2.50 | RAIFF, MICHAEL L | $630.00 | $1,575.00 | REVIEW AND ANALYSIS OF ▮▮▮▮▮▮ AND RELATED MEMO (0.5); CONFERENCE CALL WITH CLIENTS (0.5); WORK ON DISCOVERY ISSUES, INCLUDING ▮▮▮▮ ▮▮▮▮▮ MATTERS (1.5). |
| 0.40 | FALCONER, RUSSELL H | $630.00 | $252.00 | STUDY ▮▮▮▮▮▮▮ (0.1); PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.3). |

**01/28/15**

| | | | | |
|---|---|---|---|---|
| 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | ANALYSIS OF PRIVILEGE CHALLENGE BY DOJ. |
| 7.50 | RAIFF, MICHAEL L | $630.00 | $4,725.00 | WORK ON DISCOVERY MATTERS RELATING TO ▮▮▮▮▮▮ AND DOJ'S PROPOSED ORDERS (1.3); CONFERENCE CALL WITH DOJ (0.7); PREPARE FOR AND PARTICIPATE IN ▮▮▮▮▮ (5.5). |

**01/29/15**

| | | | | |
|---|---|---|---|---|
| 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | COMMUNICATIONS WITH DOJ AND ANALYSIS OF ISSUES. |
| 6.30 | RAIFF, MICHAEL L | $630.00 | $3,969.00 | WORK ON DISCOVERY MATTERS, INCLUDING ▮▮▮▮▮▮ MEMORANDA, DOCUMENTS, AND FOIA ISSUE. |
| 0.20 | HOLMAN, GAYA K | $355.00 | $71.00 | REVIEW AND UPDATE CASE COMMUNICATIONS FOR ATTORNEY REFERENCE. |

**01/30/15**

| | | | | |
|---|---|---|---|---|
| 5.20 | RAIFF, MICHAEL L | $630.00 | $3,276.00 | WORK ON DISCOVERY EFFORTS, INCLUDING ▮▮▮▮▮▮ COMMUNICATIONS AND EMAILS WITH CLIENT. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**February 27, 2015**

**Invoice No. 2015023352**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $ 2,646.00 | $ 0.00 | $ 2,646.00 |
|  | **Totals** | $ 2,646.00 | $ 0.00 | $ 2,646.00 |
|  | **Current Balance Due** |  |  | $ 2,646.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 10/02/14 | 2014103512 | $ 1,071.00 | $ 0.00 | $ 1,071.00 |
| 92772-00022 | 11/12/14 | 2014111764 | 727.00 | 0.00 | 727.00 |
| 92772-00022 | 12/08/14 | 2014121819 | 441.00 | 0.00 | 441.00 |
| 92772-00022 | 01/22/15 | 2015012767 | 289.80 | 0.00 | 289.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: February 27, 2015**                                    **Invoice No. 2015023352**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $    2,528.80

**TOTAL OUTSTANDING BALANCE DUE**                           $    5,174.80

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 27, 2015**

**Invoice No. 2015023352**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $  2,646.00 | $  0.00 | $  2,646.00 |
|  | **Totals** | $  2,646.00 | $  0.00 | $  2,646.00 |
|  | **Current Balance Due** |  |  | $  2,646.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 10/02/14 | 2014103512 | $  1,071.00 | $  0.00 | $  1,071.00 |
| 92772-00022 | 11/12/14 | 2014111764 | 727.00 | 0.00 | 727.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: February 27, 2015                                                      Invoice No. 2015023352

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00022 | 12/08/14 | 2014121819 | 441.00 | 0.00 | 441.00 |
| 92772-00022 | 01/22/15 | 2015012767 | 289.80 | 0.00 | 289.80 |

**PREVIOUS BALANCE DUE**                                    $   2,528.80

**TOTAL OUTSTANDING BALANCE DUE**                           $   5,174.80

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


2004 FPL LAWSUIT
92772-00022

_____

For Services Rendered Through January 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|------|------|------|
| MICHAEL L. RAIFF | 0.60 | $ 630.00 | $     378.00 |
| ASHLEY E. JOHNSON | 3.60 | 630.00 | 2,268.00 |
| **Total Services** | | | $   2,646.00 |

| | |
|------|------|
| **Total Services, Costs/Charges** | 2,646.00 |
| **BALANCE DUE** | $   2,646.00 |

2004 FPL LAWSUIT
92772-00022

_____

Detail Services:

| 01/07/15 | | | | |
|---|---|---|---|---|
| 0.40 | RAIFF, MICHAEL L | $630.00 | $252.00 | ATTENTION TO AND COMMUNICATIONS REGARDING FILINGS AND NEXT STEPS REGARDING LIFTING OF STAY (0.3); COMMUNICATIONS REGARDING MEDIATION AND COURT ORDER (0.1). |
| 01/08/15 | | | | |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO AND COMMUNICATIONS REGARDING APPEAL AND BRIEFING EXTENSIONS. |
| 0.30 | JOHNSON, ASHLEY E | $630.00 | $189.00 | REVIEW MOTION FOR AN EXTENSION OF TIME. |
| 01/09/15 | | | | |
| 0.10 | JOHNSON, ASHLEY E | $630.00 | $63.00 | REVIEW MEDIATION ORDER AND EMAIL M. RAIFF AND J. HO REGARDING SAME. |
| 01/12/15 | | | | |
| 0.30 | JOHNSON, ASHLEY E | $630.00 | $189.00 | EMAIL CORRESPONDENCE WITH J. HO AND W. THOMPSON REGARDING SUPPLEMENTAL BRIEF. |
| 01/15/15 | | | | |
| 2.90 | JOHNSON, ASHLEY E | $630.00 | $1,827.00 | READ TEXAS SUPREME COURT DECISION (0.8); REVIEW ███████ (0.7); READ APPELLATE BRIEFING IN TEXAS SUPREME COURT (1.4). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021882**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $  25,845.50 | $     0.00 | $  25,845.50 |
|  | **Totals** | $  25,845.50 | $    0.00 | $  25,845.50 |
|  | **Current Balance Due** |  |  | $  25,845.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $  9,288.20 | $    0.00 | $  9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 18,353.00 | 0.00 | 18,353.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: February 10, 2015                                      Invoice No. 2015021882
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                              $   45,279.80

**TOTAL OUTSTANDING BALANCE DUE**                                     $   71,125.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021882**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $  25,845.50 | $      0.00 | $  25,845.50 |
|  | **Totals** | $  25,845.50 | $      0.00 | $  25,845.50 |
|  | **Current Balance Due** |  |  | $  25,845.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $  9,288.20 | $   0.00 | $  9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 18,353.00 | 0.00 | 18,353.00 |

**PREVIOUS BALANCE DUE**                                         $ 45,279.80

**TOTAL OUTSTANDING BALANCE DUE**                    $ 71,125.30

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH CASE ADMINISTRATION
92772-00030

_____

For Services Rendered Through January 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 2.30 | $ 840.00 | $    1,932.00 |
| ROBERT B. LITTLE | 0.40 | 790.00 | 316.00 |
| ASHLEY E. JOHNSON | 0.90 | 740.00 | 666.00 |
| JOHN-PAUL VOJTISEK | 0.80 | 710.00 | 568.00 |
| JEREMY L. GRAVES | 0.30 | 710.00 | 213.00 |
| JONATHAN M. WHALEN | 0.70 | 575.00 | 402.50 |
| RUSSELL H. FALCONER | 0.70 | 535.00 | 374.50 |
| MATTHEW G. BOUSLOG | 15.30 | 555.00 | 8,491.50 |
| DUKE K. AMPONSAH | 33.90 | 380.00 | 12,882.00 |

**Total Services**                                              $   25,845.50



**Total Services, Costs/Charges**                                25,845.50

**BALANCE DUE**                                              $   25,845.50

**Due and Payable Upon Receipt**

EFH CASE ADMINISTRATION
92772-00030
_____

Detail Services:

01/05/15
| 1.10 | AMPONSAH, DUKE K | $380.00 | $418.00 | PREPARE EARLY DRAFT OF DECEMBER 2014 MONTHLY FEE STATEMENT. |

01/06/15
| 1.10 | AMPONSAH, DUKE K | $380.00 | $418.00 | REVISE DRAFT OF DECEMBER 2014 MONTHLY FEE STATEMENT. |

01/07/15
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH D. AMPONSAH REGARDING FEE APPLICATION. |
| 2.10 | AMPONSAH, DUKE K | $380.00 | $798.00 | REVIEW DECEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |

01/08/15
| 1.30 | BOUSLOG, MATTHEW G | $555.00 | $721.50 | DRAFT INTERIM FEE APPLICATION (1.2); EMAILS WITH D. AMPONSAH REGARDING SAME (0.1). |
| 2.30 | AMPONSAH, DUKE K | $380.00 | $874.00 | REVISE DRAFT OF DECEMBER 2014 MONTHLY FEE STATEMENT (1.1); SEND TO M. BOUSLOG WORD DOCS OF PREBILLS DURING THE SECOND INTERIM FEE PERIOD (0.3); REVIEW DECEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.9). |

01/09/15
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH D. AMPONSAH REGARDING FEE APPLICATION. |
| 1.20 | AMPONSAH, DUKE K | $380.00 | $456.00 | UPDATE DRAFT OF DECEMBER 2014 MONTHLY FEE STATEMENT. |

**Due and Payable Upon Receipt**

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 01/12/15<br>1.10 | AMPONSAH, DUKE K | $380.00 | $418.00 | REVISE DRAFT OF DECEMBER 2014 MONTHLY FEE STATEMENT (0.7); REVIEW DECEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.4). |
| 01/13/15<br>1.10 | AMPONSAH, DUKE K | $380.00 | $418.00 | UPDATE NOVEMBER 2014 EXHIBIT A TO CERTIFICATE OF NO OBJECTION AND MFIS. |
| 01/14/15<br>0.40 | BOUSLOG, MATTHEW G | $555.00 | $222.00 | REVIEW AND REVISE CERTIFICATE OF NO OBJECTION AND MONTHLY FEE INVOICE SUMMARY (0.3); EMAILS WITH J. MADRON AND D. AMPONSAH REGARDING SAME (0.1). |
| 01/15/15<br>0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH J. MADRON REGARDING FEE STATEMENT AND CERTIFICATE OF NO OBJECTION. |
| 01/16/15<br>0.30 | BOUSLOG, MATTHEW G | $555.00 | $166.50 | REVISE MONTHLY FEE INVOICE SUMMARY (0.1); EMAILS WITH G. MOOR REGARDING FEE STATEMENT AND MONTHLY INVOICE FEE SUMMARY (0.2). |
| 01/20/15<br>0.20 | GRAVES, JEREMY L | $710.00 | $142.00 | DISCUSS FEE APPLICATION WITH M. BOUSLOG. |
| 0.60 | BOUSLOG, MATTHEW G | $555.00 | $333.00 | EMAILS WITH R. LITTLE AND M. RAIFF REGARDING REDACTIONS (0.4); CALL WITH J. GRAVES REGARDING FEE APPLICATION (0.2). |
| 01/21/15<br>0.90 | AMPONSAH, DUKE K | $380.00 | $342.00 | REVISE DRAFT OF DECEMBER 2014 MONTHLY FEE STATEMENT (0.5); REVIEW DECEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.4). |

| 01/22/15 | | | | |
|---|---|---|---|---|
| 0.70 | RAIFF, MICHAEL L | $840.00 | $588.00 | WORK ON ATTORNEY-CLIENT PRIVILEGE ISSUES AND REDACTION MATTERS. |
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | EMAILS WITH M. RAIFF AND D. AMPONSAH REGARDING FEE STATEMENT. |
| 01/23/15 | | | | |
| 0.50 | RAIFF, MICHAEL L | $840.00 | $420.00 | ATTENTION TO ATTORNEY-CLIENT PRIVILEGE ISSUES AND FEE APPLICATIONS ISSUE. |
| 0.70 | JOHNSON, ASHLEY E | $740.00 | $518.00 | PREPARE SUMMARIES OF FPL-RELATED MATTERS FOR BANKRUPTCY COURT. |
| 1.30 | BOUSLOG, MATTHEW G | $555.00 | $721.50 | DRAFT FEE APPLICATION (0.9); EMAILS WITH R. LITTLE, M. RAIFF, R. FALCONER, A. JOHNSON, J. VOJITISEK, J. WHALEN AND D. AMPONSAH REGARDING SAME (0.4) |
| 4.50 | AMPONSAH, DUKE K | $380.00 | $1,710.00 | REVIEW DECEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.7); REVISE DRAFT OF DECEMBER 2014 MONTHLY FEE STATEMENT (3.1); CONFER WITH M. BOUSLOG REGARDING SAME (0.3); NUMEROUS EMAILS WITH THE BILLING DEPARTMENT REGARDING SAME (0.4). |
| 01/26/15 | | | | |
| 0.80 | RAIFF, MICHAEL L | $840.00 | $672.00 | WORK ON ATTORNEY-CLIENT PRIVILEGE ISSUES AND REDACTION MATTERS. |
| 0.20 | JOHNSON, ASHLEY E | $740.00 | $148.00 | CONFERENCE WITH M. BOUSLOG REGARDING EFH FEE STATEMENTS. |
| 0.10 | GRAVES, JEREMY L | $710.00 | $71.00 | DISCUSS FEE APPLICATION WITH M. BOUSLOG. |

| | | | | |
|---|---|---|---|---|
| 5.60 | BOUSLOG, MATTHEW G | $555.00 | $3,108.00 | REVIEW AND REVISE DECEMBER FEE STATEMENT (0.4); EMAILS WITH J. MADRON AND D. AMPONSAH REGARDING SAME (0.2); DRAFT FEE APPLICATION (4.5); EMAILS WITH D. AMPONSAH REGARDING SAME (0.1); CALLS WITH J. GRAVES, A. JOHNSON AND D. AMPONSAH REGARDING SAME (0.3); EMAILS WITH J. DWYER AND R. LITTLE REGARDING RETAINER PROCEDURES (0.1). |
| 4.80 | AMPONSAH, DUKE K | $380.00 | $1,824.00 | REVISE DRAFT OF DECEMBER 2014 MONTHLY FEE STATEMENT (1.0); UPLOAD FILED FEE STATEMENT TO FEE COMMITTEE WEBSITE (0.3); UPDATE SECOND INTERIM FEE APPLICATION(2.4); REVIEW AND REDACT INVOICES (0.8); CONFER WITH M. BOUSLOG REGARDING: SAME (0.3). |

01/27/15

| | | | | |
|---|---|---|---|---|
| 0.70 | FALCONER, RUSSELL H | $535.00 | $374.50 | PREPARE MATTER DESCRIPTIONS AND BILLING SUMMARIES FOR SECOND INTERIM FEE APPLICATION. |
| 0.60 | BOUSLOG, MATTHEW G | $555.00 | $333.00 | CALL WITH G. MOOR AND J. DWYER REGARDING RETAINER PROCEDURES (0.1); EMAILS WITH G. MOOR, J. DWYER AND R. LITTLE REGARDING SAME (0.3); EMAILS WITH R. FALCONER AND G. MOOR REGARDING FEE APPLICATION (0.2). |

01/28/15

| | | | | |
|---|---|---|---|---|
| 0.20 | VOJTISEK, JOHN-PAUL | $710.00 | $142.00 | PREPARE MATTER DESCRIPTIONS AND BILLING SUMMARIES FOR SECOND INTERIM FEE APPLICATION. |
| 4.50 | AMPONSAH, DUKE K | $380.00 | $1,710.00 | UPDATE SECOND INTERIM FEE APPLICATION (3.4); REVIEW AND REDACT INVOICES (0.8); CONFER WITH M. BOUSLOG REGARDING SAME (0.3); |

**Due and Payable Upon Receipt**

| 01/29/15 | | | | |
|---|---|---|---|---|
| 0.60 | VOJTISEK, JOHN-PAUL | $710.00 | $426.00 | PREPARE MATTER DESCRIPTIONS AND BILLING SUMMARIES FOR SECOND INTERIM FEE APPLICATION. |
| 0.30 | BOUSLOG, MATTHEW G | $555.00 | $166.50 | EMAILS WITH J. MADRON, A. YENAMANDRA AND D. AMPONSAH REGARDING FEE APPLICATION (0.2); CALL WITH J. WHALEN REGARDING SAME (0.1). |
| 4.80 | AMPONSAH, DUKE K | $380.00 | $1,824.00 | UPDATE SECOND INTERIM FEE APPLICATION (3.6); REVIEW AND REDACT INVOICES (0.8); CONFER WITH M. BOUSLOG REGARDING SAME (0.4); |
| 01/30/15 | | | | |
| 0.30 | RAIFF, MICHAEL L | $840.00 | $252.00 | WORK ON BILLING MATTERS AND ATTORNEY-CLIENT PRIVILEGE ISSUES. |
| 0.40 | LITTLE, ROBERT B | $790.00 | $316.00 | REVIEW AND REVISE SECOND INTERIM FEE APPLICATION. |
| 0.70 | WHALEN, JONATHAN M | $575.00 | $402.50 | PREPARE SEPTEMBER-DECEMBER MATTER SUMMARIES FOR MATTERS 31 AND 32. |
| 4.40 | BOUSLOG, MATTHEW G | $555.00 | $2,442.00 | DRAFT FEE APPLICATION (3.3); CALLS WITH D. AMPONSAH REGARDING SAME (0.5); EMAILS WITH R. LITTLE, M. RAIFF, D. AMPONSAH AND D. KELLY REGARDING SAME (0.6). |
| 4.40 | AMPONSAH, DUKE K | $380.00 | $1,672.00 | UPDATE SECOND INTERIM FEE APPLICATION (3.3); REVIEW AND REDACT INVOICES (0.8); CONFER WITH M. BOUSLOG REGARDING SAME (0.3); |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021883**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    9,661.00 | $    0.00 | $    9,661.00 |
|  | **Totals** | $    9,661.00 | $    0.00 | $    9,661.00 |
|  | **Current Balance Due** |  |  | $    9,661.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $    758.40 | $    0.00 | $    758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 12,014.50 | 0.00 | 12,014.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                     $   13,432.50

**TOTAL OUTSTANDING BALANCE DUE**                           $   23,093.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021883**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   9,661.00 | $     0.00 | $   9,661.00 |
|  | **Totals** | $   9,661.00 | $     0.00 | $   9,661.00 |
|  | **Current Balance Due** |  |  | $   9,661.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $   758.40 | $   0.00 | $   758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 12,014.50 | 0.00 | 12,014.50 |

**PREVIOUS BALANCE DUE** $ 13,432.50

**TOTAL OUTSTANDING BALANCE DUE** $ 23,093.50

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through January 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 5.40 | $ 790.00 | $  4,266.00 |
| KRISTA P. HANVEY | 8.30 | 650.00 | 5,395.00 |
| **Total Services** | | | $  9,661.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 9,661.00 |
| **BALANCE DUE** | $  9,661.00 |

**Due and Payable Upon Receipt**

EFH SEC MATTERS
92772-00031

_____

Detail Services:

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 01/06/15 0.80 | LITTLE, ROBERT B | $790.00 | $632.00 | TELEPHONE CALL WITH K. FRAZIER REGARDING 8-K ISSUE (0.1); EXAMINE SAME (0.4); CONFER WITH B. LANE REGARDING SAME (0.1); E-MAIL TO K. FRAZIER REGARDING SAME (0.2). |
| 01/07/15 2.90 | LITTLE, ROBERT B | $790.00 | $2,291.00 | REVIEW AND REVISE FORM 10-K (2.8); E-MAIL TO K. FRAZIER REGARDING 8-K DISCLOSURE OF MONTHLY OPERATING REPORTS (0.1). |
| 01/13/15 1.10 | LITTLE, ROBERT B | $790.00 | $869.00 | REVIEW AND REVISE RESPONSE LETTER TO SEC COMMENTS. |
| 01/22/15 2.50 | HANVEY, KRISTA P | $650.00 | $1,625.00 | ANALYZE CD&A DISCLOSURE QUESTIONS AND LOCATE RELEVANT SAMPLE DISCLOSURES (1.7); PHONE AND EMAIL CORRESPONDENCE WITH K. FRAZIER REGARDING SAME (0.8). |
| 01/23/15 0.60 | LITTLE, ROBERT B | $790.00 | $474.00 | REVIEW AND REVISE FORM 8-K. |
| 01/29/15 2.10 | HANVEY, KRISTA P | $650.00 | $1,365.00 | BEGIN TO REVIEW DRAFT CD&A. |
| 01/30/15 3.70 | HANVEY, KRISTA P | $650.00 | $2,405.00 | COMPLETE INITIAL REVIEW OF DRAFT CD&A AND MARK-UP SAME (3.2); PHONE AND EMAIL CORRESPONDENCE WITH K. FRAZIER REGARDING CHANGES (0.5). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021884**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $ 42,239.50 | $ 0.00 | $ 42,239.50 |
|  | **Totals** | $ 42,239.50 | $ 0.00 | $ 42,239.50 |
|  | **Current Balance Due** |  |  | $ 42,239.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 10/04/14 | 2014102214 | $ 2,802.80 | $ 0.00 | $ 2,802.80 |
| 92772-00032 | 11/12/14 | 2014112987 | 4,520.40 | 0.00 | 4,520.40 |
| 92772-00032 | 12/08/14 | 2014122608 | 1,501.00 | 0.00 | 1,501.00 |
| 92772-00032 | 01/07/15 | 2015010937 | 5,925.00 | 0.00 | 5,925.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: February 10, 2015                                Invoice No. 2015021884

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                              $   14,749.20

**TOTAL OUTSTANDING BALANCE DUE**                              $   56,988.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021884**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  42,239.50 | $       0.00 | $  42,239.50 |
|  | **Totals** | $   42,239.50 | $      0.00 | $   42,239.50 |
|  | **Current Balance Due** |  |  | $   42,239.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 10/04/14 | 2014102214 | $  2,802.80 | $   0.00 | $  2,802.80 |
| 92772-00032 | 11/12/14 | 2014112987 | 4,520.40 | 0.00 | 4,520.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00032 | 12/08/14 | 2014122608 | 1,501.00 | 0.00 | 1,501.00 |
| 92772-00032 | 01/07/15 | 2015010937 | 5,925.00 | 0.00 | 5,925.00 |

**PREVIOUS BALANCE DUE**  $  14,749.20

**TOTAL OUTSTANDING BALANCE DUE**  $  56,988.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

_____

For Services Rendered Through January 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| BRIAN J. LANE | 1.00 | $1,085.00 | $   1,085.00 |
| ROBERT B. LITTLE | 23.30 | 790.00 | 18,407.00 |
| CAITLIN A. CALLOWAY | 8.90 | 435.00 | 3,871.50 |
| JOSEPH A. ORIEN | 42.90 | 440.00 | 18,876.00 |
| **Total Services** | | | $  42,239.50 |

**Total Services, Costs/Charges**                                          42,239.50

**BALANCE DUE**                                                  $   42,239.50

**Due and Payable Upon Receipt**

EFH CORPORATE MATTERS
92772-00032
_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/07/15 | 0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | E-MAILS WITH B. FLESHMAN REGARDING D&O QUESTIONNAIRES. |
| 01/08/15 | 1.40 | LITTLE, ROBERT B | $790.00 | $1,106.00 | TELEPHONE CALL WITH A. WRIGHT REGARDING POST-EMERGENCE ISSUES (0.2); EXAMINE RESEARCH REGARDING SAME (0.2); TELEPHONE CALL WITH J. WALKER REGARDING D&O QUESTIONNAIRE AND COMPENSATION CONSULTANTS (0.2); ANALYZE ISSUES RAISED BY J. WALKER REGARDING COMPENSATION CONSULTANTS (0.6); E-MAIL TO J. WALKER REGARDING SAME (0.2). |
| 01/09/15 | 0.80 | LITTLE, ROBERT B | $790.00 | $632.00 | REVIEW MATERIALS REGARDING EMERGENCE FROM BANKRUPTCY FOR A. WRIGHT (0.5); CONFER WITH C. CALLOWAY REGARDING SAME (0.3). |
| 01/12/15 | 5.50 | CALLOWAY, CAITLIN A | $435.00 | $2,392.50 | ANALYZE LAW RELATING TO CORPORATE GOVERNANCE AND SECURITIES IN CONNECTION WITH EMERGENCE FROM BANKRUPTCY (5.1); CONFER WITH R. LITTLE AND J. ORIEN REGARDING SAME (0.4). |

| | | | | |
|---|---|---|---|---|
| 5.90 | ORIEN, JOSEPH A | $440.00 | $2,596.00 | LOCATE AND ANALYZE EXCHANGE ACT FILINGS OF RECENT COMPANIES EMERGING FROM BANKRUPTCY AS PUBLIC COMPANIES (3.5); SUMMARIZE THE SAME (2.0); CONFER WITH R. LITTLE AND C. CALLOWAY REGARDING SAME (0.4). |

**01/13/15**

| | | | | |
|---|---|---|---|---|
| 3.40 | CALLOWAY, CAITLIN A | $435.00 | $1,479.00 | ANALYZE SEC AND NYSE RULES RELATING TO EMERGENCE FROM BANKRUPTCY (3.0);  CONFER WITH J. ORIEN AND R. LITTLE REGARDING SAME (0.4). |
| 6.10 | ORIEN, JOSEPH A | $440.00 | $2,684.00 | FINALIZE SUMMARY OF EXCHANGE ACT FILINGS OF RECENT COMPANIES EMERGING FROM BANKRUPTCY AS PUBLIC COMPANIES (0.7); CONFER WITH R. LITTLE AND C. CALLOWAY REGARDING SAME (0.4); ANALYZE EXCHANGE ACT REGISTRATION REQUIREMENTS AND TIMING FOR COMPANIES EMERGING FROM BANKRUPTCY (5.0). |

**01/14/15**

| | | | | |
|---|---|---|---|---|
| 4.10 | LITTLE, ROBERT B | $790.00 | $3,239.00 | REVIEW MATERIALS REGARDING ISSUES INVOLVED IN EMERGING FROM CH. 11 AS A PUBLIC COMPANY AND PRECEDENT COMPANIES (2.9); E-MAIL TO A. WRIGHT REGARDING SAME (0.3); TELEPHONE CALL WITH A. WRIGHT, G. SANTOS, D. MEYERS AND J. ORIEN REGARDING SAME (0.9). |
| 6.40 | ORIEN, JOSEPH A | $440.00 | $2,816.00 | CONFERENCE WITH A. WRIGHT, D. MYERS, G. SANTOS AND R. LITTLE REGARDING STEPS REQUIRED FOR EMERGENCE FROM BANKRUPTCY AS PUBLIC COMPANY (0.8); DRAFT CLIENT PRESENTATION ANALYZING THE SAME (5.6). |

| Date | Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/15/15 | 1.20 | LITTLE, ROBERT B | $790.00 | $948.00 | REVISE STEP SLIDES FOR CH. 11 RESTRUCTURING. |
| | 3.90 | ORIEN, JOSEPH A | $440.00 | $1,716.00 | DRAFT CLIENT PRESENTATION REGARDING STEPS REQUIRED FOR EMERGENCE FROM BANKRUPTCY AS PUBLIC COMPANY. |
| 01/16/15 | 2.60 | LITTLE, ROBERT B | $790.00 | $2,054.00 | REVIEW AND REVISE SLIDES REGARDING ISSUES RELATED TO EMERGING FROM CH. 11 AS A PUBLIC COMPANY. |
| 01/18/15 | 4.60 | ORIEN, JOSEPH A | $440.00 | $2,024.00 | DRAFT CLIENT PRESENTATION REGARDING STEPS REQUIRED FOR EMERGENCE FROM BANKRUPTCY AS PUBLIC COMPANY. |
| 01/19/15 | 2.10 | LITTLE, ROBERT B | $790.00 | $1,659.00 | REVIEW AND REVISE SLIDES REGARDING EMERGENCE FROM BANKRUPTCY. |
| | 4.80 | ORIEN, JOSEPH A | $440.00 | $2,112.00 | REVISE CLIENT PRESENTATION REGARDING STEPS REQUIRED FOR EMERGENCE FROM BANKRUPTCY AS PUBLIC COMPANY. |
| 01/20/15 | 1.00 | LANE, BRIAN J | $1,085.00 | $1,085.00 | REVIEW POWERPOINT PRESENTATION (0.7); CALL WITH R. LITTLE REGARDING SAME (0.3). |
| | 2.30 | LITTLE, ROBERT B | $790.00 | $1,817.00 | WORK ON ISSUES RELATING TO EMERGING FROM BANKRUPTCY AS A PUBLIC COMPANY (2.0); TELEPHONE CALL WITH B. LANE REGARDING SAME (0.3). |

| | | | | |
|---|---|---|---|---|
| 4.10 | ORIEN, JOSEPH A | $440.00 | $1,804.00 | REVISE CLIENT PRESENTATION REGARDING STEPS REQUIRED FOR EMERGENCE FROM BANKRUPTCY AS PUBLIC COMPANY (1.3); ANALYZE IMPACT OF STAFF LEGAL BULLETIN NO. 4 ON SECURITIES ACT REGISTRATION REQUIREMENTS (2.8). |
| **01/21/15** | | | | |
| 0.60 | LITTLE, ROBERT B | $790.00 | $474.00 | ANALYZE SECURITIES ISSUES RELATED TO EMERGENCE FROM BANKRUPTCY. |
| 0.40 | ORIEN, JOSEPH A | $440.00 | $176.00 | ANALYZE IMPACT OF STAFF LEGAL BULLETIN NO. 4 ON SECURITIES ACT REGISTRATION REQUIREMENTS. |
| **01/22/15** | | | | |
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | EXAMINE ISSUE REGARDING DEPARTED DIRECTORS (0.4); RESPOND TO J. WALKER REGARDING SAME (0.1). |
| **01/23/15** | | | | |
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | E-MAILS WITH KIRKLAND & ELLIS REGARDING BANKRUPTCY EMERGENCE ISSUES (0.2); REVISE SLIDES REGARDING SAME (0.3). |
| 0.30 | ORIEN, JOSEPH A | $440.00 | $132.00 | REVISE CLIENT PRESENTATION REGARDING STEPS REQUIRED FOR EMERGENCE FROM BANKRUPTCY AS PUBLIC COMPANY. |
| **01/26/15** | | | | |
| 2.80 | LITTLE, ROBERT B | $790.00 | $2,212.00 | TELEPHONE CALL WITH A. WRIGHT REGARDING SLIDE DECK FOR EMERGENCE FROM BANKRUPTCY AS A PUBLIC COMPANY (0.3); REVIEW AND REVISE SAME (2.3); CONFER WITH J. ORIEN REGARDING SAME (0.2). |

| | | | | |
|---|---|---|---|---|
| 3.30 | ORIEN, JOSEPH A | $440.00 | $1,452.00 | REVISE CLIENT PRESENTATION REGARDING STEPS REQUIRED FOR EMERGENCE FROM BANKRUPTCY AS PUBLIC COMPANY. |
| 01/27/15 3.80 | LITTLE, ROBERT B | $790.00 | $3,002.00 | WORK ON DECK REGARDING EMERGENCE FROM BANKRUPTCY AS A PUBLIC COMPANY. |
| 3.10 | ORIEN, JOSEPH A | $440.00 | $1,364.00 | REVISE CLIENT PRESENTATION REGARDING STEPS REQUIRED FOR EMERGENCE FROM BANKRUPTCY AS PUBLIC COMPANY. |
| 01/30/15 0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | REVIEW AND REVISE SLIDES REGARDING EMERGENCE FROM BANKRUPTCY AS A PUBLIC COMPANY. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021885**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $    460.00 | $    0.00 | $    460.00 |
| | **Totals** | $    460.00 | $    0.00 | $    460.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $    460.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021885**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $   460.00 | $   0.00 | $   460.00 |
|  | **Totals** | $   460.00 | $   0.00 | $   460.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   460.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH CORPORATE MATTERS
92772-00043

_____

For Services Rendered Through January 31, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| JONATHAN M. WHALEN | 0.80 | $ 575.00 | $ | 460.00 |
| **Total Services** | | | $ | 460.00 |
| **Total Services, Costs/Charges** | | | | 460.00 |
| **BALANCE DUE** | | | $ | 460.00 |

**Due and Payable Upon Receipt**

TCEH CORPORATE MATTERS
92772-00043

_____

Detail Services:

01/12/15
  0.80     WHALEN, JONATHAN M     $575.00     $460.00   ANALYSIS REGARDING
                                                                         PROCEDURES FOR RATIFYING
                                                                  PRIOR CORPORATE ACTION.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021886**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    935.00 | $    0.00 | $    935.00 |
|  | **Totals** | $    935.00 | $    0.00 | $    935.00 |
|  | **Current Balance Due** |  |  | $    935.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $   1,342.90 | $    0.00 | $   1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 879.50 | 0.00 | 879.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: February 10, 2015**                                          **Invoice No. 2015021886**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                        $   2,867.10

**TOTAL OUTSTANDING BALANCE DUE**                              $   3,802.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021886**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    935.00 | $    0.00 | $    935.00 |
|  | **Totals** | $    935.00 | $    0.00 | $    935.00 |
|  | **Current Balance Due** |  |  | $    935.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $  1,342.90 | $    0.00 | $  1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 879.50 | 0.00 | 879.50 |

**PREVIOUS BALANCE DUE**                                          $   2,867.10

**TOTAL OUTSTANDING BALANCE DUE**                       $   3,802.10

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


BUDGETING-RELATED WORK
92772-00046

_____

For Services Rendered Through January 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.20 | $ 790.00 | $ 158.00 |
| MATTHEW G. BOUSLOG | 1.40 | 555.00 | 777.00 |
| **Total Services** | | | $ 935.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 935.00 |
| **BALANCE DUE** | $ 935.00 |

**Due and Payable Upon Receipt**

BUDGETING-RELATED WORK
92772-00046
_____

Detail Services:

01/12/15
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | EMAILS WITH G. MOOR AND R. LITTLE REGARDING BUDGET. |

01/13/15
| 0.20 | LITTLE, ROBERT B | $790.00 | $158.00 | PREPARE FEBRUARY BUDGET. |
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH R. LITTLE REGARDING BUDGET. |

01/14/15
| 0.50 | BOUSLOG, MATTHEW G | $555.00 | $277.50 | DRAFT BUDGET (0.2); EMAILS WITH M. RAIFF AND J. HO REGARDING SAME (0.3). |

01/15/15
| 0.60 | BOUSLOG, MATTHEW G | $555.00 | $333.00 | REVISE BUDGET (0.2); EMAILS WITH B. DAWSON AND M. RAIFF REGARDING SAME (0.4). |

**<u>Exhibit G-2</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 26, 2015**

**Invoice No. 2015033300**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  37,258.50 | $      0.00 | $  37,258.50 |
| | **Totals** | $  37,258.50 | $      0.00 | $  37,258.50 |
| | **Current Balance Due** | | | $  37,258.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $     300.90 | $    0.00 | $     300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |
| 92772-00008 | 02/27/15 | 2015023289 | 16,418.00 | 0.00 | 16,418.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $  17,711.50

**TOTAL OUTSTANDING BALANCE DUE**                           $  54,970.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 26, 2015**

**Invoice No. 2015033300**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $   37,258.50 | $       0.00 | $  37,258.50 |
| | **Totals** | $   37,258.50 | $      0.00 | $  37,258.50 |
| | **Current Balance Due** | | | $  37,258.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $     300.90 | $    0.00 | $     300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 02/27/15 | 2015023289 | 16,418.00 | 0.00 | 16,418.00 |

**PREVIOUS BALANCE DUE** $ 17,711.50

**TOTAL OUTSTANDING BALANCE DUE** $ 54,970.00

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through February 28, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 3.10 | $ 885.00 | $  2,743.50 |
| JAMES C. HO | 4.00 | 835.00 | 3,340.00 |
| ASHLEY E. JOHNSON | 8.00 | 749.00 | 5,992.00 |
| WILLIAM T. THOMPSON | 55.00 | 457.87 | 25,183.00 |

**Total Services**                                              $   37,258.50


**Total Services, Costs/Charges**                                    37,258.50

**BALANCE DUE**                                                 $   37,258.50

**Due and Payable Upon Receipt**

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

_____

Detail Services:

| 02/05/15 | | | | |
|---|---|---|---|---|
| 3.30 | JOHNSON, ASHLEY E | $770.00 | $2,541.00 | READ CASE FILINGS (3.2); DISCUSS SAME WITH W. THOMPSON (0.1). |
| 0.10 | THOMPSON, WILLIAM T | $505.00 | $50.50 | EMAILS REGARDING ███████ |

| 02/06/15 | | | | |
|---|---|---|---|---|
| 0.50 | JOHNSON, ASHLEY E | $770.00 | $385.00 | CONFERENCE WITH W. THOMPSON REGARDING SUPPLEMENTAL BRIEF. |
| 5.50 | THOMPSON, WILLIAM T | $505.00 | $2,777.50 | RESEARCH AND WRITE ANALYSIS OF ███████ (5.0); CONFER WITH A. JOHNSON RE: SAME (0.5). |

| 02/09/15 | | | | |
|---|---|---|---|---|
| 0.20 | JOHNSON, ASHLEY E | $770.00 | $154.00 | CONFERENCE WITH W. THOMPSON REGARDING ███████ |
| 0.10 | THOMPSON, WILLIAM T | $505.00 | $50.50 | RETRIEVE RECORD INFORMATION. |

| 02/10/15 | | | | |
|---|---|---|---|---|
| 4.50 | THOMPSON, WILLIAM T | $505.00 | $2,272.50 | WRITE OUTLINE FOR SUPPLEMENTAL BRIEF (4.4); EMAIL OUTLINE TO A. JOHNSON (0.1). |

| 02/11/15 | | | | |
|---|---|---|---|---|
| 1.60 | JOHNSON, ASHLEY E | $770.00 | $1,232.00 | READ ███████ REVIEW OUTLINE AND MEMO RELATING TO SUPPLEMENTAL BRIEF. |

| | | | | |
|---|---|---|---|---|
| 6.10 | THOMPSON, WILLIAM T | $505.00 | $3,080.50 | EMAILS REGARDING ███████ ███████ (0.2); DISCUSS ███████████ WITH A. JOHNSON (0.2); WRITE EMAIL ANALYSIS (1.2); RESEARCH ███████ REPORT FINIDNGS TO A. JOHNSON (1.7); EMAIL A. JOHNSON REGARDING LEGAL ISSUE (0.9); DRAFT SUPPLEMENTAL BRIEF (1.9). |
| **02/12/15** 0.30 | JOHNSON, ASHLEY E | $770.00 | $231.00 | CONFERENCE WITH W. THOMPSON REGARDING OUTLINE AND DRAFTING SUPPLEMENTAL BRIEF. |
| 5.10 | THOMPSON, WILLIAM T | $505.00 | $2,575.50 | DRAFT SUPPLEMENTAL BRIEF AND RESEARCH ███████ ███████ (3.1); CONFER WITH A. JOHNSON RE: SAME (.3); ████████████ (1.7). |
| **02/13/15** 1.20 | THOMPSON, WILLIAM T | $505.00 | $606.00 | ANALYZE ███████████ ██████ |
| **02/18/15** 0.10 | JOHNSON, ASHLEY E | $690.00 | $69.00 | CONFERENCE WITH W. THOMPSON REGARDING BRIEF. |
| 6.70 | THOMPSON, WILLIAM T | $425.00 | $2,847.50 | WRITE SUPPLEMENTAL BRIEF (6.0); CONFER WITH A. JOHNSON RE: SAME (.1). |
| **02/19/15** 2.40 | RAIFF, MICHAEL L | $885.00 | $2,124.00 | WORK ON STRATEGIES FOR APPEAL AND ███████████ ███████████ REVIEW RELATED MATERIALS AND RESEARCH (1.5); CONFERENCE CALL WITH D. GUS (0.2); ATTENTION TO MEDIATION OBLIGATION AND WORK ON SCHEDULING (0.7). |

| 1.10 | HO, JAMES C | $835.00 | $918.50 | REVIEW MATERIALS REGARDING DALLAS COURT OF APPEALS SUPPLEMENTAL BRIEFING ON REMAND, AND ANALYZE ████████████ ████████ (1.1). |
| 0.80 | JOHNSON, ASHLEY E | $690.00 | $552.00 | CONFERENCE WITH W. THOMPSON REGARDING REMAND BRIEF. |
| 10.10 | THOMPSON, WILLIAM T | $425.00 | $4,292.50 | EMAILS REGARDING BRIEF (0.2); CONFERENCE WITH A. JOHNSON RE: SAME (0.8); WRITE MEMORANDUM ████████ (2.0); WRITE EMAIL REGARDING ████ (0.4); WRITE SUPPLEMENTAL BRIEF (6.2); EMAILS REGARDING ████████ (0.5). |

02/20/15

| 1.50 | HO, JAMES C | $835.00 | $1,252.50 | ANALYZE POTENTIAL ARGUMENTS AND THEMES FOR SUPPLEMENTAL BRIEF, ████████████████ ████████ AND PREPARE OUTLINE REGARDING: SAME (1.3); CORRESPONDENCE REGARDING: MEDIATION (0.2). |
| 1.20 | JOHNSON, ASHLEY E | $690.00 | $828.00 | CONFERENCE WITH W. THOMPSON REGARDING REMAND BRIEF. |
| 5.80 | THOMPSON, WILLIAM T | $425.00 | $2,465.00 | PREPARE FOR MEETING (0.2); CONFER REGARDING BRIEF STRATEGY WITH A. JOHNSON (1.0); EMAILS REGARDING ████████ (0.3); WRITE SUPPLEMENTAL BRIEF (3.9); RESEARCH ████████ (0.4). |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 02/21/15 3.90 | THOMPSON, WILLIAM T | $425.00 | $1,657.50 | WRITE SUPPLEMENTAL BRIEF. |
| 02/24/15 0.70 | RAIFF, MICHAEL L | $885.00 | $619.50 | WORK ON APPELLATE EFFORTS AND RELATED COMMUNICATIONS AND MEDIATION COORDINATION. |
| 0.50 | HO, JAMES C | $835.00 | $417.50 | CORRESPONDENCE REGARDING DALLAS COURT OF APPEALS BRIEF AND MEDIATION, INCLUDING OUTREACH TO OPPOSING COUNSEL (0.5). |
| 3.10 | THOMPSON, WILLIAM T | $425.00 | $1,317.50 | DEVELOP ███████ (0.3); RESEARCH ██████████ (0.7); RESEARCH TEXAS PRECEDENT REGARDING COVER (2.1). |
| 02/25/15 0.50 | HO, JAMES C | $835.00 | $417.50 | CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING DALLAS COURT OF APPEALS BRIEFING AND MEDIATION, AND FOLLOW-UP CORRESPONDENCE REGARDING SAME (0.3); REVIEW MOTION FOR EXTENSION (0.2). |
| 1.10 | THOMPSON, WILLIAM T | $425.00 | $467.50 | WRITE AND FILE MOTION FOR SECOND EXTENSION OF TIME. |
| 02/27/15 0.40 | HO, JAMES C | $835.00 | $334.00 | ANALYZE ████████ FOR SUPPLEMENTAL BRIEFING, ██████████ ██████ AND REVIEW CORRESPONDENCE AND RESEARCH REGARDING SAME (0.4). |
| 1.70 | THOMPSON, WILLIAM T | $425.00 | $722.50 | RESEARCH ████████████ (1.6); EMAILS REGARDING BRIEF (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 16, 2015**

**Invoice No. 2015032308**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00012 | Tax Analysis | $    1,640.00 | $    0.00 | $    1,640.00 |
|  | **Totals** | $    1,640.00 | $    0.00 | $    1,640.00 |
|  | **Current Balance Due** |  |  | $    1,640.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00012 | 12/08/14 | 2014122605 | $    1,423.90 | $    0.00 | $    1,423.90 |
| 92772-00012 | 01/07/15 | 2015010933 | 1,409.90 | 0.00 | 1,409.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: March 16, 2015**                                        **Invoice No. 2015032308**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $    2,833.80

**TOTAL OUTSTANDING BALANCE DUE**                 $    4,473.80

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 16, 2015**

**Invoice No. 2015032308**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00012 | Tax Analysis | $    1,640.00 | $    0.00 | $    1,640.00 |
|  | **Totals** | $    1,640.00 | $    0.00 | $    1,640.00 |
|  | **Current Balance Due** |  |  | $    1,640.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00012 | 12/08/14 | 2014122605 | $    1,423.90 | $    0.00 | $    1,423.90 |
| 92772-00012 | 01/07/15 | 2015010933 | 1,409.90 | 0.00 | 1,409.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: March 16, 2015                                        Invoice No. 2015032308
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                              $   2,833.80

**TOTAL OUTSTANDING BALANCE DUE**                     $   4,473.80

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TAX ANALYSIS
92772-00012

---

For Services Rendered Through February 28, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| DAVID L. SINAK | 1.00 | $1,065.00 | $ 1,065.00 |
| MICHAEL Q. CANNON | 1.00 | 575.00 | 575.00 |
| **Total Services** | | | $ 1,640.00 |

**Total Services, Costs/Charges**                1,640.00

**BALANCE DUE**                $ 1,640.00

TAX ANALYSIS
92772-00012

---

Detail Services:

02/13/15

| | | | | |
|---|---|---|---|---|
| 1.00 | SINAK, DAVID L | $1,065.00 | $1,065.00 | TELEPHONE CONFERENCE REGARDING ████ PROJECT ISSUES WITH S. LEE AND BUSINESS AND FINANCE TEAM. |
| 1.00 | CANNON, MICHAEL Q | $575.00 | $575.00 | CALL WITH CLIENT TO DISCUSS ████ DEAL. |

**Invoice Date: March 16, 2015**

**Due and Payable Upon Receipt**

**Invoice No. 2015032308**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 25, 2015**

**Invoice No. 2015033219**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   20,626.50 | $       0.00 | $  20,626.50 |
|  | **Totals** | $   20,626.50 | $       0.00 | $  20,626.50 |
|  | **Current Balance Due** |  |  | $   20,626.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $     730.80 | $    0.00 | $     730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |
| 92772-00013 | 12/08/14 | 2014121947 | 491.40 | 0.00 | 491.40 |
| 92772-00013 | 01/22/15 | 2015012766 | 458.40 | 0.00 | 458.40 |
| 92772-00013 | 02/27/15 | 2015023353 | 4,095.00 | 0.00 | 4,095.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                   $   6,846.60

**TOTAL OUTSTANDING BALANCE DUE**                          $   27,473.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 25, 2015**

**Invoice No. 2015033219**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $  20,626.50 | $      0.00 | $  20,626.50 |
|  | **Totals** | $  20,626.50 | $      0.00 | $  20,626.50 |
|  | **Current Balance Due** |  |  | $  20,626.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $    730.80 | $   0.00 | $    730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 12/08/14 | 2014121947 | 491.40 | 0.00 | 491.40 |
| 92772-00013 | 01/22/15 | 2015012766 | 458.40 | 0.00 | 458.40 |
| 92772-00013 | 02/27/15 | 2015023353 | 4,095.00 | 0.00 | 4,095.00 |

**PREVIOUS BALANCE DUE**                    $   6,846.60

**TOTAL OUTSTANDING BALANCE DUE**           $  27,473.10

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

For Services Rendered Through February 28, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 10.00 | $ 691.20 | $  6,912.00 |
| RUSSELL H. FALCONER | 4.30 | 630.00 | 2,709.00 |
| ELIZABETH M. VINEY | 17.30 | 630.00 | 10,899.00 |
| GAYA K. HOLMAN | 0.30 | 355.00 | 106.50 |
| **Total Services** | | | $  20,626.50 |



| | |
|--|--|
| **Total Services, Costs/Charges** | 20,626.50 |
| **BALANCE DUE** | $  20,626.50 |

**Due and Payable Upon Receipt**

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

Detail Services:

02/04/15

| 0.90 | RAIFF, MICHAEL L | $630.00 | $567.00 | WORK ON NEXT STEPS REGARDING ███████ ████████ (0.6); CONFER WITH R. FALCONER, S. GIDIERE, AND E. VINEY REGARDING ███████ ███████ RESEARCH (0.3). |

| 2.90 | FALCONER, RUSSELL H | $630.00 | $1,827.00 | REVIEW ██████ RESEARCH ████████ (2.6); CONFER AND CORRESPOND WITH M. RAIFF, S. GIDIERE, AND E. VINEY RE: SAME (.3). |

| 1.70 | VINEY, ELIZABETH M | $630.00 | $1,071.00 | DISCUSS ████████ WITH M. RAIFF, S. GIDIERE AND R. FALCONER (0.7); RESEARCH ████████ (1.0). |

02/05/15

| 4.60 | VINEY, ELIZABETH M | $630.00 | $2,898.00 | RESEARCH ████████ ██████ ISSUES. |

02/06/15

| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ████████ |

| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | CONFER WITH TEAM ████████ |

| 4.80 | VINEY, ELIZABETH M | $630.00 | $3,024.00 | RESEARCH ████████ ████████ ISSUES. |

02/09/15

| 4.10 | RAIFF, MICHAEL L | $630.00 | $2,583.00 | WORK ON ███████ AND RELATED EMAILS (1.5); WORK ON ████████████ RELATED COMMUNICATIONS (0.1); REVIEW AND ANALYSIS OF ███████████ (1.6); ANALYSIS AND REVIEW ███████ (0.8). |
| 0.10 | FALCONER, RUSSELL H | $630.00 | $63.00 | CORRESPOND WITH TEAM REGARDING ████████ |
| 5.60 | VINEY, ELIZABETH M | $630.00 | $3,528.00 | RESEARCH REGARDING ████████ (3.4); EDIT ████ (2.2). |
| 0.30 | HOLMAN, GAYA K | $355.00 | $106.50 | WORK ON ████████ (0.2); TELEPHONE CONFERENCE REGARDING SAME (0.1). |

02/10/15

| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | PARTICIPATE IN CALL WITH CLIENTS AND CO-COUNSEL (SPLIT)(0.2); REVIEW RESEARCH ON ████████ AND COMMUNICATIONS REGARDING SAME (0.5); COMMUNICATIONS ████████ AND FOLLOW-UP COMMUNICATIONS (0.1). |
| 1.10 | FALCONER, RUSSELL H | $630.00 | $693.00 | CONTINUE ████████ AND CORRESPOND WITH TEAM REGARDING SAME (0.9); STUDY ████████ (0.2). |
| 0.40 | VINEY, ELIZABETH M | $630.00 | $252.00 | RESEARCH REGARDING ████████. |

| 02/11/15 | | | | |
|---|---|---|---|---|
| 0.70 | RAIFF, MICHAEL L | $630.00 | $441.00 | WORK ON ███████████████ ████ COMMUNICATIONS WITH EPA AND CO-COUNSEL REGARDING SAME. |
| 0.20 | VINEY, ELIZABETH M | $630.00 | $126.00 | REVIEW ███████████████ ███████████ |
| 02/12/15 | | | | |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION ██████████ AND RELATED COMMUNICATIONS. |
| 02/17/15 | | | | |
| 0.60 | RAIFF, MICHAEL L | $885.00 | $531.00 | COMMUNICATIONS WITH EPA'S COUNSEL (0.1); ██████████ |
| 02/19/15 | | | | |
| 1.40 | RAIFF, MICHAEL L | $885.00 | $1,239.00 | CONFERENCE CALL ████████ FOLLOW-UP ████████████████████ COMMUNICATIONS ████ ██████████ REGARDING SAME (0.8). |
| 02/25/15 | | | | |
| 0.40 | RAIFF, MICHAEL L | $885.00 | $354.00 | COMMUNICATIONS ██████ ████████████████████ |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 16, 2015**

**Invoice No. 2015032314**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  73,741.50 | $     0.00 | $  73,741.50 |
| | **Totals** | $  73,741.50 | $     0.00 | $  73,741.50 |
| | **Current Balance Due** | | | $  73,741.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $     0.00 | $  2,316.30 |
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 79,200.50 | 0.00 | 79,200.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $  102,242.70

**TOTAL OUTSTANDING BALANCE DUE**                           $  175,984.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 16, 2015**

**Invoice No. 2015032314**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  73,741.50 | $      0.00 | $  73,741.50 |
|  | **Totals** | $  73,741.50 | $   0.00 | $  73,741.50 |
|  | **Current Balance Due** |  |  | $  73,741.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $   0.00 | $  2,316.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: March 16, 2015**                                                  **Invoice No. 2015032314**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 79,200.50 | 0.00 | 79,200.50 |

**PREVIOUS BALANCE DUE**  $ 102,242.70

**TOTAL OUTSTANDING BALANCE DUE**  $ 175,984.20

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

---

For Services Rendered Through February 28, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 1.30 | $ 925.00 | $   1,202.50 |
| GARETH T. EVANS | 14.00 | 1,090.00 | 15,260.00 |
| MICHAEL L. RAIFF | 52.60 | 701.75 | 36,912.00 |
| RUSSELL H. FALCONER | 21.50 | 623.77 | 13,411.00 |
| ELIZABETH M. VINEY | 3.70 | 542.03 | 2,005.50 |
| VANESSA V. BRATCHER | 3.80 | 435.00 | 1,653.00 |
| GAYA K. HOLMAN | 9.20 | 356.14 | 3,276.50 |
| ERIN E. KURINSKY | 0.10 | 210.00 | 21.00 |

**Total Services**                                      $  73,741.50

**Total Services, Costs/Charges**                          73,741.50

**BALANCE DUE**                                       $  73,741.50

**Due and Payable Upon Receipt**

NSR CASE
92772-00018

---

Detail Services:

02/02/15
| | | | | |
|---|---|---|---|---|
| 3.70 | RAIFF, MICHAEL L | $630.00 | $2,331.00 | WORK ON ESI DISCOVERY ORDER AND RELATED OPEN ISSUES (1.7); CONTINUE ████████████ COMMUNICATIONS REGARDING SAME, AND BEGIN REVIEW OF RELEVANT MATERIALS FROM DOJ (2.0). |
| 1.90 | FALCONER, RUSSELL H | $630.00 | $1,197.00 | CONTINUE RESEARCH AND CASE-LAW REVIEW ON ████. |

02/03/15
| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO AND COMMUNICATIONS REGARDING DOCUMENT ISSUES. |
| 4.10 | FALCONER, RUSSELL H | $630.00 | $2,583.00 | CONTINUE RESEARCH AND CASE-LAW REVIEW ON ████ (4.0); UPDATE E. VINEY ON CASE STATUS (0.1). |
| 0.10 | VINEY, ELIZABETH M | $630.00 | $63.00 | DISCUSSION WITH R. FALCONER REGARDING ████████ |

02/04/15
| | | | | |
|---|---|---|---|---|
| 2.20 | RAIFF, MICHAEL L | $630.00 | $1,386.00 | WORK ON REVIEW, ANALYSIS, AND NOTES OF ████████ |

02/05/15

| 5.40 | RAIFF, MICHAEL L | $630.00 | $3,402.00 | WORK ON ANALYSIS AND ███████████████████████, AND MULTIPLE COMMUNICATIONS REGARDING SAME (2.5); WORK ON LETTER TO DOJ (1.4); ANALYSIS OF ESI PLAN AND ISSUES ████████ (1.5). |
| 1.00 | HOLMAN, GAYA K | $355.00 | $355.00 | REVIEW AND ORGANIZE DOCUMENTS ██████████ PURPOSES OF DISTRIBUTING SAME FOR ATTORNEY REVIEW AND ANALYSIS (0.5); CREATE INDEX OF RESPONSIVE DOCUMENTS (0.3); UPDATE ONLINE FILE TO INCLUDE MULTIPLE COMMUNICATIONS WITH OPPOSING COUNSEL AND ███████████ (0.2). |

02/06/15

| 3.30 | EVANS, GARETH T | $1,090.00 | $3,597.00 | WORK ON PROPOSED ESI PROTOCOL. |
| 5.30 | RAIFF, MICHAEL L | $630.00 | $3,339.00 | WORK ON LETTER TO DOJ, ███████████████, AND RELATED COMMUNICATIONS (1.5); WORK ON DISCOVERY, INCLUDING ███████████████████████ COMMUNICATIONS WITH CLIENTS AND ███████ 1.3); WORK ON FOLLOW-UP LETTER (0.5). |
| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | CORRESPONDENCE REGARDING ███████████ |

| 0.20 | HOLMAN, GAYA K | $355.00 | $71.00 | UPDATE ONLINE FILE TO INCLUDE MULTIPLE COMMUNICATIONS WITH OPPOSING COUNSEL ███████ ████████████████ |
| **02/07/15** | | | | |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | ATTENTION TO AND COMMUNICATIONS REGARDING E-DISCOVERY ███████████████████ |
| 0.20 | HOLMAN, GAYA K | $355.00 | $71.00 | E-MAIL EXCHANGE WITH TEAM REGARDING THOUGHTS ON ███████████████ |
| **02/09/15** | | | | |
| 3.80 | EVANS, GARETH T | $1,090.00 | $4,142.00 | TELEPHONE CONFERENCE WITH V. BRATCHER REGARDING E-DISCOVERY ISSUES ████████ (0.5); REVIEW AND ANALYZE PROPOSED ESI PROTOCOL AND COMPLAINT ██████ ████████████ (3.3). |
| 3.70 | RAIFF, MICHAEL L | $630.00 | $2,331.00 | WORK ON ISSUES REGARDING PRIOR PRODUCTIONS FROM 2010, ████████████████ ████████████████████ ████████████████████ (1.8); RESEARCH ON █████ █████████ (0.5); WORK ON E-DISCOVERY MATTERS, ████████████████ ████████ AND RELATED COMMUNICATIONS (1.4). |
| 0.50 | BRATCHER, VANESSA V | $435.00 | $217.50 | TELECONFERENCE WITH G. EVANS REGARDING ███████ █████████ |

| 0.10 | HOLMAN, GAYA K | $355.00 | $35.50 | REVIEW CASE CORRESPONDENCE AND UPDATE ELECTRONIC FILE WITH SAME FOR ATTORNEY REFERENCE. |
| 0.10 | KURINSKY, ERIN E | $210.00 | $21.00 | WORK ON ███████████ IN THE DISCOVERY PROCESS. |

02/10/15

| 1.30 | DAWSON, WILLIAM B | $925.00 | $1,202.50 | CONFERENCE CALL AND ARRANGING MEETINGS (0.9); COMMUNICATIONS FROM DOJ (0.4). |
| 1.30 | EVANS, GARETH T | $1,090.00 | $1,417.00 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL REGARDING PROPOSED ESI PROTOCOL ███████ (0.8); ████████ (0.3); TELEPHONE CONFERENCE WITH V. BRATCHER REGARDING SAME (0.2). |
| 5.60 | RAIFF, MICHAEL L | $630.00 | $3,528.00 | PARTICIPATE IN CALL WITH CLIENTS AND CO-COUNSEL (0.3); RESEARCH ON ██████ (1.0); ATTENTION TO ██████ (0.5); CONFERENCE CALL WITH G. EVANS, G. HOLMAN AND V. BRATCHER (1.0); CORRESPONDENCE AND TELEPHONE CONFERENCES WITH DAN SMITH AT DOJ (0.2); WORK ON E-DISCOVERY ISSUES, ██████████ (1.8); CONFERENCE CALL WITH T. DELAWRENCE (0.3); ATTENTION TO ISSUES REGARDING 2010 114 PRODUCTION AND EMAILS REGARDING SAME (0.5). |

| | | | | |
|---|---|---|---|---|
| 0.70 | FALCONER, RUSSELL H | $630.00 | $441.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.5); CONFER WITH M. RAIFF REGARDING ▮▮▮▮▮ (0.1); REVIEW CORRESPONDENCE ON 114 PRODUCTION ISSUES (0.1). |
| 0.50 | VINEY, ELIZABETH M | $630.00 | $315.00 | PARTICIPATE IN TEAM CONFERENCE CALL. |
| 1.20 | BRATCHER, VANESSA V | $435.00 | $522.00 | TELECONFERENCE WITH M. RAIFF, G. EVANS AND G. HOLMAN REGARDING UPCOMING MEETING ▮▮▮▮▮ (1.0); FOLLOW UP TELECONFERENCE WITH G. EVANS REGARDING SAME (0.2). |
| 1.30 | HOLMAN, GAYA K | $355.00 | $461.50 | TELEPHONE CONFERENCE WITH M. RAIFF, V. BRATCHER AND G. EVANS REGARDING ▮▮▮▮▮ (1.2); REVIEW CASE CORRESPONDENCE AND UPDATE ELECTRONIC FILE WITH SAME FOR ATTORNEY REFERENCE (0.1). |

**02/11/15**

| | | | | |
|---|---|---|---|---|
| 1.50 | EVANS, GARETH T | $1,090.00 | $1,635.00 | PREPARE FOR AND PARTICIPATE IN MEETING WITH CLIENT ▮▮▮▮▮ |
| 1.30 | EVANS, GARETH T | $1,090.00 | $1,417.00 | INVESTIGATE ▮▮▮▮▮ |
| 1.80 | EVANS, GARETH T | $1,090.00 | $1,962.00 | REVIEW AND ANALYZE COMPLAINT. |
| 7.30 | RAIFF, MICHAEL L | $630.00 | $4,599.00 | PARTICIPATE IN TEAM MEETINGS AND FOLLOW-UP WORK AND COMMUNICATIONS ON ▮▮▮▮▮ |

| | | | | |
|---|---|---|---|---|
| 6.50 | FALCONER, RUSSELL H | $630.00 | $4,095.00 | ATTEND ████████ |
| 1.60 | BRATCHER, VANESSA V | $435.00 | $696.00 | TELECONFERENCE WITH CLIENT, G. HOLMAN, ██████ ██████████ (1.2); FOLLOW UP TELECONFERENCE WITH G. EVANS REGARDING SAME (0.4). |
| 4.00 | HOLMAN, GAYA K | $355.00 | $1,420.00 | TELECONFERENCE WITH CLIENT, V. BRATCHER ████ ██████████ (1.2); FOLLOW UP TELECONFERENCE WITH V. BRATCHER RE SAME (.4); REVIEW CAPABILITIES OF DOCUMENT REVIEW PLATFORM (2.4). |

**02/12/15**

| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | WORK ON E-DISCOVERY AND DOCUMENT ISSUES AND RELATED COMMUNICATIONS. |
| 1.20 | FALCONER, RUSSELL H | $630.00 | $756.00 | DUE DILIGENCE ON ██████ (0.3); COMPILE RESEARCH MATERIALS RELEVANT TO A ████████████ (0.6); STUDY MATERIALS ON TECHNOLOGY-ASSISTED DOCUMENT REVIEW (0.3). |
| 0.10 | HOLMAN, GAYA K | $355.00 | $35.50 | REVIEW CASE CORRESPONDENCE AND UPDATE ELECTRONIC FILE WITH SAME FOR ATTORNEY REFERENCE. |

**02/13/15**

| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | ATTENTION TO AND COMMUNICATIONS REGARDING DISCOVERY, INCLUDING ██████████ |
| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | CORRESPOND WITH TEAM REGARDING RESULTS OF ██████████ |
| 0.50 | BRATCHER, VANESSA V | $435.00 | $217.50 | PARTICIPATE IN ██████████ |

| | | | | |
|---|---|---|---|---|
| 0.10 | HOLMAN, GAYA K | $355.00 | $35.50 | EMAIL EXCHANGE WITH VENDOR REGARDING TRAINING SCHEDULE FOR PROPOSED DOCUMENT REVIEW PLATFORM. |

**02/15/15**

| | | | | |
|---|---|---|---|---|
| 0.70 | RAIFF, MICHAEL L | $630.00 | $441.00 | WORK ON DISCOVERY MATTERS, INCLUDING ████ EFFORTS AND RELATED COMMUNICATIONS. |

**02/16/15**

| | | | | |
|---|---|---|---|---|
| 1.50 | RAIFF, MICHAEL L | $630.00 | $945.00 | WORK ON DOCUMENT VENDOR EFFORTS, INCLUDING DUE DILIGENCE, PARTICIPATING IN ████ CALL, AND FOLLOW-UP. |
| 1.50 | HOLMAN, GAYA K | $355.00 | $532.50 | PARTICIPATE IN ████ TRAINING CALL WITH VENDOR AND TEAM. |

**02/17/15**

| | | | | |
|---|---|---|---|---|
| 1.70 | RAIFF, MICHAEL L | $885.00 | $1,504.50 | CONFERENCE CALL WITH CLIENT (0.5); WORK ON DISCOVERY EFFORTS, INCLUDING DOCUMENT ISSUES, PRIOR 114 PRODUCTIONS, VENDORS, AND DOJ'S DOCUMENT REQUESTS (1.2). |
| 1.00 | FALCONER, RUSSELL H | $610.00 | $610.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 0.80 | VINEY, ELIZABETH M | $525.00 | $420.00 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL. |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | CALCULATE IN DOCKET DISCOVERY RESPONSE DEADLINES. |

**02/18/15**

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | ATTENTION TO DISCOVERY MATTERS AND RELATED COMMUNICATIONS WITH TEAM (0.5); ANALYSIS OF DOCUMENT REQUESTS (0.5). |

| | | | | |
|---|---|---|---|---|
| 0.30 | HOLMAN, GAYA K | $370.00 | $111.00 | MULTIPLE EMAIL EXCHANGES WITH POTENTIAL VENDOR AND TEAM REGARDING SCHEDULING PLATFORM TRAINING (0.2); REVIEW AND ORGANIZE EMAIL CORRESPONDENCE WITH ███████ REGARDING DRAFT ESI ORDER (0.1). |

02/19/15

| | | | | |
|---|---|---|---|---|
| 1.40 | RAIFF, MICHAEL L | $885.00 | $1,239.00 | CONFERENCE CALL WITH ███████ (0.4); WORK ON DISCOVERY MATTERS, INCLUDING DOCUMENT REQUESTS, DISCOVERY STRATEGIES, AND E-VENDORS (1.0). |
| 0.20 | HOLMAN, GAYA K | $370.00 | $74.00 | MULTIPLE EMAIL EXCHANGES WITH POTENTIAL VENDOR REGARDING RESCHEDULED PLATFORM TRAINING. |

02/20/15

| | | | | |
|---|---|---|---|---|
| 1.00 | EVANS, GARETH T | $1,090.00 | $1,090.00 | ATTEND ███████ TRAINING. |
| 2.40 | RAIFF, MICHAEL L | $885.00 | $2,124.00 | PARTICIPATE IN CALL WITH CLIENTS TO ███████ (1.4); WORK ON REVIEW AND ANALYSIS OF ███████ (1.0). |
| 2.10 | FALCONER, RUSSELL H | $610.00 | $1,281.00 | PARTICIPATE IN WEB TRAINING SESSION FOR XERA (0.7); PARTICIPATE IN GROUP CONFERENCE CALL ███████ (1.4). |
| 0.80 | VINEY, ELIZABETH M | $525.00 | $420.00 | PARTICIPATE IN DOCUMENT REVIEW SITE TRAINING AND DISCUSSION. |

02/23/15

| | | | | |
|---|---|---|---|---|
| 2.80 | RAIFF, MICHAEL L | $885.00 | $2,478.00 | WORK ON DISCOVERY, PRIVILEGE, AND ESI PLAN AND COMMUNICATIONS REGARDING SAME. |

| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE EMAIL EXCHANGE WITH CLIENT REGARDING ███████████ |

**02/24/15**

| 1.90 | RAIFF, MICHAEL L | $885.00 | $1,681.50 | CONFERENCE CALL WITH CLIENTS (1.5); WORK ON ESI MATTERS (0.4). |
| 1.50 | FALCONER, RUSSELL H | $610.00 | $915.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 1.50 | VINEY, ELIZABETH M | $525.00 | $787.50 | PARTICIPATE IN WEEKLY CASE STATUS CALL. |

**02/25/15**

| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | WORK ON DISCOVERY MATTERS, INCLUDING E-DISCOVERY ISSUES AND DISCOVERY PLAN. |
| 1.10 | FALCONER, RUSSELL H | $610.00 | $671.00 | REVISE ██████████ (0.5); CORRESPOND WITH M. RAIFF REGARDING ESI ORDER (0.6). |

**02/26/15**

| 2.10 | RAIFF, MICHAEL L | $885.00 | $1,858.50 | WORK ON E-DISCOVERY ISSUES AND RELATED COMMUNICATIONS (0.4); CONFERENCE CALL WITH CLIENTS ████████ ████████ (1.7). |
| 1.00 | FALCONER, RUSSELL H | $610.00 | $610.00 | CONFERENCE CALL ██████ ██. |

**02/27/15**

| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO DISCOVERY MATTERS AND COMMUNICATIONS WITH DOJ AND CO-COUNSEL. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 25, 2015**

**Invoice No. 2015033217**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $   1,327.50 | $      0.00 | $   1,327.50 |
|  | **Totals** | $   1,327.50 | $   0.00 | $   1,327.50 |
|  | **Current Balance Due** |  |  | $   1,327.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 10/02/14 | 2014103512 | $   1,071.00 | $   0.00 | $   1,071.00 |
| 92772-00022 | 11/12/14 | 2014111764 | 727.00 | 0.00 | 727.00 |
| 92772-00022 | 12/08/14 | 2014121819 | 441.00 | 0.00 | 441.00 |
| 92772-00022 | 01/22/15 | 2015012767 | 289.80 | 0.00 | 289.80 |
| 92772-00022 | 02/27/15 | 2015023352 | 2,646.00 | 0.00 | 2,646.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                        $   5,174.80

**TOTAL OUTSTANDING BALANCE DUE**                              $   6,502.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 25, 2015**

**Invoice No. 2015033217**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $   1,327.50 | $   0.00 | $   1,327.50 |
|  | **Totals** | $   1,327.50 | $   0.00 | $   1,327.50 |
|  | **Current Balance Due** |  |  | $   1,327.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 10/02/14 | 2014103512 | $   1,071.00 | $   0.00 | $   1,071.00 |
| 92772-00022 | 11/12/14 | 2014111764 | 727.00 | 0.00 | 727.00 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: March 25, 2015**                                          **Invoice No. 2015033217**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 12/08/14 | 2014121819 | 441.00 | 0.00 | 441.00 |
| 92772-00022 | 01/22/15 | 2015012767 | 289.80 | 0.00 | 289.80 |
| 92772-00022 | 02/27/15 | 2015023352 | 2,646.00 | 0.00 | 2,646.00 |

**PREVIOUS BALANCE DUE**                                          $    5,174.80

**TOTAL OUTSTANDING BALANCE DUE**                      $    6,502.30

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


2004 FPL LAWSUIT
92772-00022

_____

For Services Rendered Through February 28, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MICHAEL L. RAIFF | 1.50 | $ 885.00 | $ | 1,327.50 |
| **Total Services** | | | $ | 1,327.50 |




| **Total Services, Costs/Charges** | | | | 1,327.50 |
|------|---|---|---|---|
| **BALANCE DUE** | | | $ | 1,327.50 |

2004 FPL LAWSUIT
92772-00022

_____

Detail Services:

02/20/15
| 1.20 | RAIFF, MICHAEL L | $885.00 | $1,062.00 | WORK ON COORDINATING MEDIATION WITH OPPOSING SIDE, CLIENTS, AND MEDIATOR (1.0); ATTENTION TO BRIEFING STRATEGY (0.2). |

02/25/15
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | WORK ON MEDIATION COORDINATION AND APPELLATE BRIEFING EXTENSION. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 16, 2015**

**Invoice No. 2015032310**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   16,290.50 | $      0.00 | $  16,290.50 |
|  | **Totals** | $   16,290.50 | $      0.00 | $  16,290.50 |
|  | **Current Balance Due** |  |  | $  16,290.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $   9,288.20 | $   0.00 | $   9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 25,845.50 | 0.00 | 25,845.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $ 56,442.90

**TOTAL OUTSTANDING BALANCE DUE** $ 72,733.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 16, 2015**

**Invoice No. 2015032310**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  16,290.50 | $     0.00 | $  16,290.50 |
|  | **Totals** | $  16,290.50 | $     0.00 | $  16,290.50 |
|  | **Current Balance Due** |  |  | $  16,290.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $  9,288.20 | $    0.00 | $  9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: March 16, 2015                                    Invoice No. 2015032310

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 25,845.50 | 0.00 | 25,845.50 |

**PREVIOUS BALANCE DUE** $  56,442.90

**TOTAL OUTSTANDING BALANCE DUE** $  72,733.40

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


RETENTION/FEE APPLICATIONS
92772-00030

_____


For Services Rendered Through February 28, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 0.50 | $ 925.00 | $ 462.50 |
| MICHAEL L. RAIFF | 0.20 | 840.00 | 168.00 |
| JEREMY L. GRAVES | 0.20 | 710.00 | 142.00 |
| MATTHEW G. BOUSLOG | 12.10 | 566.57 | 6,855.50 |
| DUKE K. AMPONSAH | 22.50 | 385.00 | 8,662.50 |

**Total Services**                                   $  16,290.50




**Total Services, Costs/Charges**                        16,290.50

**BALANCE DUE**                                      $   16,290.50

**Due and Payable Upon Receipt**

RETENTION/FEE APPLICATIONS
92772-00030

---

Detail Services:

02/02/15

| | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | E-MAILS WITH D. AMPONSAH AND R. ST. JOHN REGARDING FEE APPLICATION. |
| 4.10 | AMPONSAH, DUKE K | $380.00 | $1,558.00 | UPDATE SECOND INTERIM FEE APPLICATION (2.5); REVIEW AND REDACT INVOICES (1.3); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

02/03/15

| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $840.00 | $168.00 | ATTENTION TO AND COMMUNICATIONS RELATING TO FEE APPLICATION AND FILINGS. |
| 0.20 | GRAVES, JEREMY L | $710.00 | $142.00 | CORRESPOND WITH M. BOUSLOG REGARDING DRAFT FEE APPLICATION. |
| 1.80 | BOUSLOG, MATTHEW G | $555.00 | $999.00 | DRAFT SUPPLEMENTAL DECLARATION REGARDING RATE INCREASE (0.8); CALL WITH J. GRAVES REGARDING FEE APPLICATION (0.2); E-MAILS WITH J. MADRON, R. LITTLE, M. RAIFF AND J. GRAVES REGARDING FEE APPLICATION AND DECLARATION (0.8). |
| 0.90 | AMPONSAH, DUKE K | $380.00 | $342.00 | UPDATE SECOND INTERIM FEE APPLICATION. |

02/04/15

| | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | E-MAILS WITH R. LITTLE REGARDING FEE APPLICATION. |
| 3.50 | AMPONSAH, DUKE K | $380.00 | $1,330.00 | REVISE SECOND INTERIM FEE APPLICATION (2.1); REVIEW DECEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.4). |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/05/15 | 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | CALL AND E-MAILS WITH D. AMPONSAH REGARDING FEE APPLICATION. |
| | 1.80 | AMPONSAH, DUKE K | $380.00 | $684.00 | REVISE SECOND INTERIM FEE APPLICATION (0.8); REVIEW DECEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.0). |
| 02/06/15 | 1.50 | AMPONSAH, DUKE K | $380.00 | $570.00 | UPDATE AND REVISE SECOND INTERIM FEE APPLICATION (0.8); REVIEW DECEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.7). |
| 02/09/15 | 0.50 | DAWSON, WILLIAM B | $925.00 | $462.50 | PREPARE MARCH 2015 BUDGET ESTIMATE. |
| | 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH R. LITTLE AND G. MOOR REGARDING BUDGET. |
| | 2.20 | BOUSLOG, MATTHEW G | $555.00 | $1,221.00 | DRAFT FEE APPLICATION (1.9); E-MAILS WITH C. GOOCH, D. KELLY AND R. LITTLE REGARDING SAME (0.2); E-MAILS WITH L. KOWALK AND R. LITTLE REGARDING FEE STATEMENT (0.1). |
| | 0.90 | AMPONSAH, DUKE K | $380.00 | $342.00 | REVISE SECOND INTERIM FEE APPLICATION (0.6); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |
| 02/10/15 | 1.10 | BOUSLOG, MATTHEW G | $555.00 | $610.50 | DRAFT FEE APPLICATION (0.9); E-MAILS WITH D. AMPONSAH AND R. ST. JOHN REGARDING SAME (0.2). |
| | 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH C. GOOCH REGARDING BUDGET. |
| | 1.50 | AMPONSAH, DUKE K | $380.00 | $570.00 | REVISE SECOND INTERIM FEE APPLICATION (1.2); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

| 02/11/15 | | | | |
|---|---|---|---|---|
| 1.20 | BOUSLOG, MATTHEW G | $555.00 | $666.00 | REVISE FEE APPLICATION (0.6); E-MAILS WITH D. KELLY, R. LITTLE AND D. AMPONSAH REGARDING SAME (0.5); CALL WITH D. AMPONSAH REGARDING SAME (0.1). |
| 1.40 | BOUSLOG, MATTHEW G | $555.00 | $777.00 | DRAFT BUDGET (1.1); EMAILS WITH R. LITTLE, B. DAWSON AND M. RAIFF REGARDING SAME (0.3). |
| 0.40 | AMPONSAH, DUKE K | $380.00 | $152.00 | CONFER WITH M. BOUSLOG REGARDING ALTERNATIVE METHODS TO UPLOAD FEE APPLICATIONS AND FEE STATEMENTS. |
| 02/12/15 | | | | |
| 0.70 | BOUSLOG, MATTHEW G | $555.00 | $388.50 | E-MAILS WITH M. SCHLAN AND J. GRAVES REGARDING ADDITIONAL CONFLICTS LIST (0.2); CALL WITH J. GRAVES REGARDING SAME (0.1); REVISE FEE APPLICATION (0.2); E-MAILS WITH D. KELLY, J. MADRON, R. LITTLE AND D. AMPONSAH REGARDING SAME (0.2). |
| 02/13/15 | | | | |
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | E-MAILS WITH J. MADRON AND D. AMPONSAH REGARDING FEE APPLICATION. |
| 0.40 | AMPONSAH, DUKE K | $380.00 | $152.00 | UPLOAD RECENTLY FILED FEE APPLICATION TO SHARED WEBSITE FOR FEE COMMITTEE. |
| 02/15/15 | | | | |
| 0.30 | BOUSLOG, MATTHEW G | $555.00 | $166.50 | EMAILS WITH J. HO AND M. RAIFF REGARDING BUDGET. |
| 02/16/15 | | | | |
| 0.60 | BOUSLOG, MATTHEW G | $555.00 | $333.00 | DRAFT BUDGET (0.3); EMAILS WITH G. MOOR, D. KELLY, J. HO, M. RAIFF AND A. JOHNSON REGARDING SAME (0.3). |
| 02/17/15 | | | | |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | ANALYZE ADDITIONAL CONFLICTS LIST. |

| | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH D. KELLY REGARDING BUDGET. |

02/18/15

| | | | | |
|---|---|---|---|---|
| 0.80 | BOUSLOG, MATTHEW G | $625.00 | $500.00 | REVIEW FEE COMMITTEE LETTER REGARDING FEES AND BUDGETS (0.2); E-MAILS WITH C. GOOCH, R. LITTLE, M. RAIFF, J. HO AND B. DAWSON REGARDING SAME (0.3); REVIEW AND REVISE CERTIFICATE OF NO OBJECTION REGARDING FEE STATEMENT AND MONTHLY INVOICE FEE STATEMENT (0.2); E-MAILS WITH J. MADRON AND D. AMPONSAH REGARDING SAME (0.1). |
| 0.40 | AMPONSAH, DUKE K | $395.00 | $158.00 | CONFER WITH BILLING REGARDING JANUARY 2015 PREBILLS. |

02/19/15

| | | | | |
|---|---|---|---|---|
| 0.50 | BOUSLOG, MATTHEW G | $625.00 | $312.50 | E-MAILS WITH J. MADRON AND D. AMPONSAH REGARDING FEE STATEMENT (0.2); E-MAILS WITH R. LITTLE, J. GRAVES AND US TRUSTEE REGARDING FEE APPLICATION (0.3). |

02/20/15

| | | | | |
|---|---|---|---|---|
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | E-MAILS WITH G. MOOR, J. MADRON AND R. LITTLE REGARDING FEE STATEMENT. |

02/23/15

| | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | E-MAILS WITH D. AMPONSAH REGARDING FEE STATEMENT AND E-MAIL C. GOOCH REGARDING FEE COMMITTEE REQUIREMENTS. |

02/25/15

| | | | | |
|---|---|---|---|---|
| 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | REVIEW JANUARY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.4); CONFER WITH BILLING DEPARTMENT REGARDING SAME (0.3). |

| | | | | |
|---|---|---|---|---|
| 02/26/15 2.50 | AMPONSAH, DUKE K | $395.00 | $987.50 | PREPARE DRAFT JANUARY 2015 MONTHLY FEE STATEMENT. |
| 02/27/15 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | E-MAILS WITH J. MADRON REGARDING FEE APPLICATION. |
| 3.80 | AMPONSAH, DUKE K | $395.00 | $1,501.00 | REVIEW JANUARY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.4); CONFER WITH BILLING DEPARTMENT REGARDING SAME (0.3); UPDATE DRAFT JANUARY 2015 MONTHLY FEE STATEMENT (2.7); GATHER FEE AND EXPENSE DETAIL WITH RESPECT TO SECOND INTERIM PERIOD FEE APPLICATION AND SEND TO J. MADRON (0.4). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 16, 2015**

**Invoice No. 2015032311**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   19,297.00 | $   0.00 | $   19,297.00 |
|  | **Totals** | $   19,297.00 | $   0.00 | $   19,297.00 |
|  | **Current Balance Due** |  |  | $   19,297.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $   758.40 | $   0.00 | $   758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 9,661.00 | 0.00 | 9,661.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                              $   13,481.90

**TOTAL OUTSTANDING BALANCE DUE**               $   32,778.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 16, 2015**

**Invoice No. 2015032311**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  19,297.00 | $      0.00 | $  19,297.00 |
|  | **Totals** | $  19,297.00 | $     0.00 | $  19,297.00 |
|  | **Current Balance Due** |  |  | $  19,297.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $    758.40 | $   0.00 | $    758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: March 16, 2015                                                                 Invoice No. 2015032311
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 9,661.00 | 0.00 | 9,661.00 |

**PREVIOUS BALANCE DUE**                                        $  13,481.90

**TOTAL OUTSTANDING BALANCE DUE**                              $  32,778.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through February 28, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| BRIAN J. LANE | 0.20 | $1,125.00 | $    225.00 |
| MICHAEL J. SCANLON | 0.50 | 995.00 | 497.50 |
| ROBERT B. LITTLE | 18.60 | 798.23 | 14,847.00 |
| KRISTA P. HANVEY | 5.70 | 653.95 | 3,727.50 |
| **Total Services** | | | $ 19,297.00 |

**Total Services, Costs/Charges**      19,297.00

**BALANCE DUE**      $   19,297.00

EFH SEC MATTERS
92772-00031

_____

Detail Services:

02/03/15

| | | | | |
|---|---|---|---|---|
| 4.60 | LITTLE, ROBERT B | $790.00 | $3,634.00 | REVIEW AND REVISE CD&A (2.0); TELEPHONE CALL WITH K. FRAZIER AND K. HANVEY REGARDING SAME (0.4); REVIEW AND REVISE NEW DRAFT OF CD&A (2.2). |
| 3.90 | HANVEY, KRISTA P | $650.00 | $2,535.00 | REVIEW AND REVISE DRAFT CD&A FOR 2014 10-K (3.0); PREPARE FOR (0.4) AND ATTEND CONFERENCE CALL WITH R. LITTLE AND K. FRAZIER REGARDING SAME (0.4); E-MAIL CORRESPONDENCE REGARDING SAME (0.1). |

02/04/15

| | | | | |
|---|---|---|---|---|
| 0.30 | HANVEY, KRISTA P | $650.00 | $195.00 | ANALYZE PROXY QUESTIONS (0.2); E-MAIL K. FRAZIER REGARDING SAME (0.1). |

02/06/15

| | | | | |
|---|---|---|---|---|
| 1.90 | LITTLE, ROBERT B | $790.00 | $1,501.00 | TELEPHONE CALL WITH A. DONCARLOS REGARDING COMPENSATION RISK ASSESSMENT (0.2); CONFER WITH K. HANVEY AND J. WHALEN REGARDING SAME (0.3); REVIEW AND REVISE SEC COMMENT RESPONSE LETTER (0.7); REVIEW AND REVISE CD&A (0.7). |
| 1.20 | HANVEY, KRISTA P | $650.00 | $780.00 | PHONE CORRESPONDENCE WITH A. DONCARLOS REGARDING COMPENSATION RISK ASSESSMENT (0.2); ANALYZE QUESTIONS REGARDING SAME (0.3); REVIEW AND COMMENT ON REVISED CD&A (0.7). |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 02/10/15<br>1.20 | LITTLE, ROBERT B | $790.00 | $948.00 | TELEPHONE CALL WITH J. WALKER REGARDING COMPENSATION RISK ASSESSMENT (0.1); EXAMINE ISSUES RELATED TO SAME (0.8); E-MAIL TO J. WALKER REGARDING SAME (0.3). |
| 02/12/15<br>0.10 | LITTLE, ROBERT B | $790.00 | $79.00 | ANSWER QUESTION FOR J. WALKER REGARDING FORM 8-K FILING REQUIREMENT. |
| 02/13/15<br>4.70 | LITTLE, ROBERT B | $790.00 | $3,713.00 | REVIEW AND REVISE FORM 10-K (3.2); CONFER WITH A. WRIGHT REGARDING FD ISSUE RELATED TO TERM SHEET AND TIMELINE (0.2); PREPARE FORM 8-K FOR SAME (1.3). |
| 02/16/15<br>2.70 | LITTLE, ROBERT B | $790.00 | $2,133.00 | REVIEW AND REVISE FORM 10-K. |
| 02/17/15<br>0.50 | LITTLE, ROBERT B | $835.00 | $417.50 | REVIEW AND REVISE FORM 8-K REGARDING EFIH CONSENT (0.4); TELEPHONE CALL WITH A. WRIGHT REGARDING FORM 8-K (0.1). |
| 02/18/15<br>0.30 | HANVEY, KRISTA P | $725.00 | $217.50 | REVIEW EFIH AND EFCH CD&AS AND E-MAIL K. FRAZIER REGARDING SAME. |
| 02/26/15<br>0.20 | LANE, BRIAN J | $1,125.00 | $225.00 | CONFER WITH R. LITTLE REGARDING IMPAIRMENT ISSUE. |
| 0.50 | SCANLON, MICHAEL J | $995.00 | $497.50 | REVIEW 8-K IMPAIRMENT ISSUE AND REVIEW GUIDANCE REGARDING SAME (0.3); CALL WITH R. LITTLE REGARDING SAME (0.2). |

| 2.90 | LITTLE, ROBERT B | $835.00 | $2,421.50 | REVIEW AND REVISE FORM 10-K (2.2); TELEPHONE CALL WITH A. WRIGHT REGARDING FORM 8-K ISSUE (0.1); EXAMINE FORM 8-K ISSUE (0.3); E-MAIL TO A. WRIGHT REGARDING FORM 8-K ISSUE (0.3). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 16, 2015**

**Invoice No. 2015032313**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  23,419.00 | $      0.00 | $  23,419.00 |
| | **Totals** | $  23,419.00 | $    0.00 | $  23,419.00 |
| | **Current Balance Due** | | | $  23,419.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 10/04/14 | 2014102214 | $  2,802.80 | $  0.00 | $  2,802.80 |
| 92772-00032 | 11/12/14 | 2014112987 | 4,520.40 | 0.00 | 4,520.40 |
| 92772-00032 | 12/08/14 | 2014122608 | 1,501.00 | 0.00 | 1,501.00 |
| 92772-00032 | 01/07/15 | 2015010937 | 1,185.00 | 0.00 | 1,185.00 |
| 92772-00032 | 02/10/15 | 2015021884 | 42,239.50 | 0.00 | 42,239.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: March 16, 2015**                               **Invoice No. 2015032313**
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $\underline{\$\quad 52,248.70}$

**TOTAL OUTSTANDING BALANCE DUE** $\underline{\$\quad 75,667.70}$

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 16, 2015**

**Invoice No. 2015032313**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  23,419.00 | $      0.00 | $  23,419.00 |
|  | **Totals** | $  23,419.00 | $      0.00 | $  23,419.00 |
|  | **Current Balance Due** |  |  | $  23,419.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 10/04/14 | 2014102214 | $  2,802.80 | $    0.00 | $  2,802.80 |
| 92772-00032 | 11/12/14 | 2014112987 | 4,520.40 | 0.00 | 4,520.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 12/08/14 | 2014122608 | 1,501.00 | 0.00 | 1,501.00 |
| 92772-00032 | 01/07/15 | 2015010937 | 1,185.00 | 0.00 | 1,185.00 |
| 92772-00032 | 02/10/15 | 2015021884 | 42,239.50 | 0.00 | 42,239.50 |

**PREVIOUS BALANCE DUE**                                         $   52,248.70

**TOTAL OUTSTANDING BALANCE DUE**                    $   75,667.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH CORPORATE MATTERS
92772-00032

_____

For Services Rendered Through February 28, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 20.00 | 830.95 | 16,619.00 |
| CAITLIN A. CALLOWAY | 13.60 | 500.00 | 6,800.00 |
| **Total Services** | | | $ 23,419.00 |




| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 23,419.00 |
| **BALANCE DUE** | | $ 23,419.00 |

EFH CORPORATE MATTERS
92772-00032

---

Detail Services:

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 02/05/15 | | | | |
| 0.60 | LITTLE, ROBERT B | $790.00 | $474.00 | E-MAILS WITH J. WALKER REGARDING BOARD SIZE AND QUORUM ISSUES (0.2); EXAMINE ISSUES REGARDING SAME (0.4). |
| 02/16/15 | | | | |
| 1.20 | LITTLE, ROBERT B | $790.00 | $948.00 | E-MAILS WITH J. WALKER REGARDING D&O QUESTIONNAIRE (0.1); REVIEW SAME (0.1); REVIEW RESTRUCTURING TERM SHEET AND TIMELINE (1.0). |
| 02/17/15 | | | | |
| 2.60 | LITTLE, ROBERT B | $835.00 | $2,171.00 | ANALYZE RELATED PARTY TRANSACTION ISSUE FOR J. WALKER (2.0); E-MAIL TO J. WALKER REGARDING SAME (0.3); EXAMINE D&O QUESTIONNAIRE ISSUE FOR J. WALKER (0.3). |
| 4.80 | CALLOWAY, CAITLIN A | $500.00 | $2,400.00 | ANALYZE RULES AND REGULATIONS REGARDING DIRECTOR INDEPENDENCE AND RELATED PARTY TRANSACTIONS (4.5); CONFER WITH R. LITTLE REGARDING SAME (0.3). |
| 02/18/15 | | | | |
| 2.90 | LITTLE, ROBERT B | $835.00 | $2,421.50 | ANALYZE INDEPENDENCE ISSUES AND RELATED PARTY DISCLOSURE ISSUES FOR J. WALKER (0.6); TELEPHONE CALL WITH J. WALKER REGARDING SAME (0.6); PREPARE Q&A FOR J. WALKER REGARDING SAME (1.7). |
| 2.80 | CALLOWAY, CAITLIN A | $500.00 | $1,400.00 | ANALYZE RELATED PARTY TRANSACTION AND DISCLOSURE RULES (2.5); CONFER WITH R. LITTLE REGARDING SAME (0.3). |

**Due and Payable Upon Receipt**

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/20/15 | 1.40 | LITTLE, ROBERT B | $835.00 | $1,169.00 | WORK ON ████ INDEPENDENCE ISSUES. |
| | 2.10 | CALLOWAY, CAITLIN A | $500.00 | $1,050.00 | ANALYZE SEC AND NYSE RULES REGARDING RELATED PARTY TRANSACTIONS AND DIRECTOR INDEPENDENCE. |
| 02/22/15 | 1.60 | LITTLE, ROBERT B | $835.00 | $1,336.00 | E-MAILS WITH J. WALKER REGARDING ████ INDEPENDENCE ISSUES (0.2); EXAMINE ISSUES RELATED TO SAME (1.4). |
| | 2.50 | CALLOWAY, CAITLIN A | $500.00 | $1,250.00 | ANALYZE RULES REGARDING DIRECTOR COMPENSATION DISCLOSURE, RELATED PARTY TRANSACTIONS AND DIRECTOR INDEPENDENCE. |
| 02/23/15 | 5.00 | LITTLE, ROBERT B | $835.00 | $4,175.00 | E-MAILS WITH J. WALKER REGARDING ████ INDEPENDENCE ISSUES (0.4); ANALYZE ISSUES RELATING TO SAME (2.4); REVISE Q&A AND CHART REGARDING SAME (1.6); DRAFT ITEM 407(A) DISCLOSURE (0.6). |
| | 1.40 | CALLOWAY, CAITLIN A | $500.00 | $700.00 | PREPARE ANALYSIS OF NYSE AND SEC RULES REGARDING RELATED PARTY TRANSACTIONS AND DIRECTOR INDEPENDENCE. |

| Date | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 02/24/15 4.50 | LITTLE, ROBERT B | $835.00 | $3,757.50 | E-MAILS WITH J. WALKER REGARDING ████ INDEPENDENCE ISSUE (0.3); PREPARE CHART OF ISSUES AND RECOMMENDATIONS REGARDING SAME FOR J. WALKER (2.4); ANALYZE INDEPENDENCE ISSUE RELATED TO TRANSACTIONS WITH PORTFOLIO COMPANIES (0.3); E-MAIL TO J. WALKER REGARDING SAME (0.2); REVIEW PUCT 14.101 AND RELATED MATERIALS REGARDING ████ TRANSACTION (1.2); E-MAIL TO J. WALKER REGARDING SAME (0.1). |
| 02/28/15 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW SLIDES OF CONTEMPLATED CH. 11 EMERGENCE STRUCTURE STEPS. |

**<u>Exhibit G-3</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015051616**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  112,232.00 | $       0.00 | $  112,232.00 |
|  | **Totals** | $  112,232.00 | $      0.00 | $  112,232.00 |
|  | **Current Balance Due** |  |  | $  112,232.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $  300.90 | $  0.00 | $  300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |
| 92772-00008 | 02/27/15 | 2015023289 | 3,283.60 | 0.00 | 3,283.60 |
| 92772-00008 | 03/26/15 | 2015033300 | 37,258.50 | 0.00 | 37,258.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $  41,835.60

**TOTAL OUTSTANDING BALANCE DUE**                          $  154,067.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015051616**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  112,232.00 | $       0.00 | $  112,232.00 |
|  | **Totals** | $  112,232.00 | $    0.00 | $  112,232.00 |
|  | **Current Balance Due** |  |  | $  112,232.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $    300.90 | $  0.00 | $    300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |
| 92772-00008 | 02/27/15 | 2015023289 | 3,283.60 | 0.00 | 3,283.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 03/26/15 | 2015033300 | 37,258.50 | 0.00 | 37,258.50 |

**PREVIOUS BALANCE DUE**                                    $  41,835.60

**TOTAL OUTSTANDING BALANCE DUE**                   $  154,067.60

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

_____

For Services Rendered Through March 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| MICHAEL L. RAIFF | 7.20 | $ 885.00 | $   6,372.00 |
| JAMES C. HO | 37.40 | 835.00 | 31,229.00 |
| ASHLEY E. JOHNSON | 54.70 | 690.00 | 37,743.00 |
| WILLIAM T. THOMPSON | 86.40 | 425.00 | 36,720.00 |
| CARLA H. JONES | 0.50 | 210.00 | 105.00 |
| ERIN E. KURINSKY | 0.30 | 210.00 | 63.00 |
| **Total Services** | | | $  112,232.00 |


| | |
|---|---:|
| **Total Services, Costs/Charges** | 112,232.00 |
| **BALANCE DUE** | $  112,232.00 |

**Invoice Date: April 30, 2015**

**Due and Payable Upon Receipt**

**Invoice No. 2015051616**

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008
_____

Detail Services:

03/01/15
| 0.40 | HO, JAMES C | $835.00 | $334.00 | PREPARE FOR ████████ MEETING WITH ████ OUTLINE AGENDA FOR SAME. |

| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | EMAILS REGARDING MEETING ███████ STRATEGY. |

03/02/15
| 1.90 | HO, JAMES C | $835.00 | $1,586.50 | STRATEGY MEETING ████████ ████████████ AND FOLLOW-UP CORRESPONDENCE REGARDING SAME. |

| 1.70 | JOHNSON, ASHLEY E | $690.00 | $1,173.00 | CONFERENCE WITH ████████ REGARDING SUPPLEMENTAL BRIEF. |

| 4.20 | THOMPSON, WILLIAM T | $425.00 | $1,785.00 | MEET WITH ████████ (1.8); DISCUSS RECORD ███ (1.8); MODIFY DRAFT SUPPLEMENTAL BRIEF ████████ (0.3); EMAILS REGARDING MEETING RESULTS, RECORD, AND MOTION (0.3). |

03/03/15
| 0.10 | HO, JAMES C | $835.00 | $83.50 | REVIEW COURT ORDER ON EXTENSION AND CORRESPONDENCE REGARDING MEDIATION. |

| | | | | |
|---|---|---|---|---|
| 1.20 | JOHNSON, ASHLEY E | $690.00 | $828.00 | REVIEW MATERIALS IN CONNECTION WITH SUPPLEMENTAL BRIEF. |
| 7.00 | THOMPSON, WILLIAM T | $425.00 | $2,975.00 | SEARCH RECORD FOR ███████████ (3.1); MODIFY SUPPLEMENTAL BRIEF (3.9). |

03/04/15

| | | | | |
|---|---|---|---|---|
| 0.60 | JOHNSON, ASHLEY E | $690.00 | $414.00 | REVIEW MATERIALS IN CONNECTION WITH SUPPLEMENTAL BRIEF. |
| 6.70 | THOMPSON, WILLIAM T | $425.00 | $2,847.50 | REVISE AND MODIFY SUPPLEMENTAL BRIEF (2.8); ANALYZE ███████ (1.8); REVIEW RECORD ███████ (0.6); REVIEW RECORD REGARDING ███████ (1.5). |

03/05/15

| | | | | |
|---|---|---|---|---|
| 1.80 | JOHNSON, ASHLEY E | $690.00 | $1,242.00 | READ DRAFT SUPPLEMENTAL BRIEF AND READ CASES ███████. |
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | ANALYZE ███ ARGUMENT REGARDING ███. |
| 0.50 | JONES, CARLA H | $210.00 | $105.00 | LEGAL RESEARCH FOR ███████ |

03/06/15

| | | | | |
|---|---|---|---|---|
| 5.20 | JOHNSON, ASHLEY E | $690.00 | $3,588.00 | REVISE DRAFT SUPPLEMENTAL BRIEF AND READ ███████ |
| 0.10 | THOMPSON, WILLIAM T | $425.00 | $42.50 | EMAIL A. JOHNSON REGARDING ███. |

03/07/15

| | | | | |
|---|---|---|---|---|
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | REVIEW AND ANALYZE CHANGES TO BRIEF FROM A. JOHNSON. |

03/08/15

| | | | | |
|---|---|---|---|---|
| 0.30 | THOMPSON, WILLIAM T | $425.00 | $127.50 | REVISE AND MODIFY SUPPLEMENTAL BRIEF. |

| | | | | |
|---|---|---|---|---|
| 03/09/15 | | | | |
| 0.60 | JOHNSON, ASHLEY E | $690.00 | $414.00 | REVISE DRAFT SUPPLEMENTAL BRIEF. |
| 9.00 | THOMPSON, WILLIAM T | $425.00 | $3,825.00 | REVISE AND MODIFY SUPPLEMENTAL BRIEF. |
| 03/10/15 | | | | |
| 2.60 | JOHNSON, ASHLEY E | $690.00 | $1,794.00 | REVISE DRAFT SUPPLEMENTAL BRIEF REGARDING █████████ |
| 2.90 | THOMPSON, WILLIAM T | $425.00 | $1,232.50 | REVISE AND MODIFY SUPPLEMENTAL BRIEF (2.6); EMAIL ████ REGARDING ████ (0.3). |
| 03/11/15 | | | | |
| 1.30 | JOHNSON, ASHLEY E | $690.00 | $897.00 | REVISE DRAFT SUPPLEMENTAL BRIEF REGARDING █████████ |
| 0.50 | THOMPSON, WILLIAM T | $425.00 | $212.50 | CALL WITH D. GUS REGARDING RECORD (0.4); EMAILS WITH A. JOHNSON REGARDING ████ ████ (0.1). |
| 03/12/15 | | | | |
| 0.40 | RAIFF, MICHAEL L | $885.00 | $354.00 | ATTENTION TO AND COMMUNICATIONS REGARDING BRIEFING AND ARGUMENT STRATEGIES. |
| 0.50 | HO, JAMES C | $835.00 | $417.50 | ANALYZE █████████ ████████ AND CORRESPONDENCE REGARDING SAME. |
| 4.00 | JOHNSON, ASHLEY E | $690.00 | $2,760.00 | REVISE DRAFT SUPPLEMENTAL BRIEF REGARDING █████████ |

| | | | | |
|---|---|---|---|---|
| 8.40 | THOMPSON, WILLIAM T | $425.00 | $3,570.00 | MEET WITH A. JOHNSON REGARDING ███ (0.2); MEET WITH A. JOHNSON AND J. HO REGARDING ███ (0.3); RESEARCH ███ (1.0); DISCUSS ███ WITH A. JOHNSON (0.1); REVISE AND MODIFY SUPPLEMENTAL BRIEF (6.4); EMAILS WITH A. JOHNSON REGARDING MODIFICATIONS TO SUPPLEMENTAL BRIEF (0.4). |

**03/13/15**

| | | | | |
|---|---|---|---|---|
| 1.10 | JOHNSON, ASHLEY E | $690.00 | $759.00 | REVISE DRAFT SUPPLEMENTAL BRIEF REGARDING ███ |
| 0.30 | THOMPSON, WILLIAM T | $425.00 | $127.50 | DISCUSS APPELLATE STRATEGY WITH A. JOHNSON. |

**03/14/15**

| | | | | |
|---|---|---|---|---|
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | EMAILS REGARDING ███ SUPPLEMENTAL BRIEF. |

**03/15/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | HO, JAMES C | $835.00 | $250.50 | REVIEW DRAFT BRIEF. |
| 0.30 | THOMPSON, WILLIAM T | $425.00 | $127.50 | EMAILS REGARDING SUPPLEMENTAL BRIEF. |

**03/16/15**

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING APPELLATE BRIEFING AND STRATEGIES. |
| 1.80 | JOHNSON, ASHLEY E | $690.00 | $1,242.00 | REVISE SUPPLEMENTAL BRIEF FOR FPL LITIGATION IN DALLAS COURT OF APPEALS. |
| 0.50 | THOMPSON, WILLIAM T | $425.00 | $212.50 | EMAILS REGARDING SUPPLEMENTAL BRIEF (0.2); OBTAIN ███ AND SEND TO A. JOHNSON (0.3). |

**03/17/15**

| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | ATTENTION TO AND COMMUNICATIONS REGARDING APPELLATE BRIEFING. |

| 4.00 | HO, JAMES C | $835.00 | $3,340.00 | EDIT BRIEF, DRAFT ███ BRIEF, AND ANALYSIS ██████ |
| 9.00 | JOHNSON, ASHLEY E | $690.00 | $6,210.00 | REVISE SUPPLEMENTAL BRIEF FOR FPL LITIGATION IN DALLAS COURT OF APPEALS (8.6); EMAIL CORRESPONDENCE WITH W. THOMPSON CONCERNING SAME (0.4). |
| 3.30 | THOMPSON, WILLIAM T | $425.00 | $1,402.50 | REVISE AND MODIFY SUPPLEMENTAL BRIEF (1.4); EMAILS REGARDING REVISIONS TO BRIEF (0.5); FIND RECORD INFORMATION FOR A. JOHNSON (0.6); DISCUSS BRIEF WITH A. JOHNSON (0.4); EMAILS REGARDING ███ (0.4). |

03/18/15

| 3.70 | HO, JAMES C | $835.00 | $3,089.50 | ANALYZE STRUCTURE OF ███ ARGUMENT ████████ (1.5); FURTHER EDITS TO DRAFT BRIEF (2.2). |
| 4.80 | JOHNSON, ASHLEY E | $690.00 | $3,312.00 | REVISE SUPPLEMENTAL BRIEF FOR FPL LITIGATION IN DALLAS COURT OF APPEALS. |
| 6.20 | THOMPSON, WILLIAM T | $425.00 | $2,635.00 | REVISE AND MODIFY SUPPLEMENTAL BRIEF (4.1); DISCUSS RESEARCH WITH A. JOHNSON AND J. HO (0.1); RESEARCH ███ (2.0). |

03/19/15

| 1.30 | RAIFF, MICHAEL L | $885.00 | $1,150.50 | WORK ON BRIEFING ISSUES AND MULTIPLE COMMUNICATIONS REGARDING SAME. |

| | | | | |
|---|---|---|---|---|
| 7.00 | HO, JAMES C | $835.00 | $5,845.00 | PREPARE ANALYSIS ███████ ██ ███ AND CORRESPONDENCE REGARDING SAME (3.0); CALL WITH S. SOESBE REGARDING ██████ (0.5); DEVELOP TASK LIST FOR EDITING DRAFT BRIEF (0.2); FURTHER EDIT DRAFT BRIEF, AND REVIEW COMMENTS ██████ (3.3). |
| 3.40 | JOHNSON, ASHLEY E | $690.00 | $2,346.00 | REVISE SUPPLEMENTAL BRIEF FOR FPL LITIGATION IN DALLAS COURT OF APPEALS. |
| 5.90 | THOMPSON, WILLIAM T | $425.00 | $2,507.50 | EMAILS REGARDING CLIENT CALL (0.1); EMAILS REGARDING ████ (0.3); CALL WITH J. HO AND A. JOHNSON (.3); REVIEW RECORD (1.1); EMAILS REGARDING ████ (0.3); EMAILS REGARDING SUPPLEMENTAL BRIEF (0.1); CIRCULATE AND DISCUSS ██████ (0.4); EMAILS REGARDING ████ (0.3); CALL WITH S. SOESBE, J. HO, AND A. JOHNSON REGARDING ████ (0.6); DISCUSS CALL WITH A. JOHNSON (0.3); REVISE AND MODIFY BRIEF (1.8); EMAILS WITH J. HO REGARDING BRIEF MODIFICATIONS (0.3). |

03/20/15

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | CONFERENCE CALL WITH CLIENTS (0.5); FOLLOW-UP ON BRIEFING, VENDOR ISSUES, AND EMAILS REGARDING SAME (0.5). |

| | | | | |
|---|---|---|---|---|
| 7.80 | HO, JAMES C | $835.00 | $6,513.00 | ANALYZE ███████ █████████ AND CORRESPONDENCE WITH D. GUS REGARDING SAME (0.8); CONFERENCE CALL WITH D. KELLY, ET AL. REGARDING DRAFT BRIEF INCLUDING ████████ █████████ AND FOLLOW-UP CORRESPONDENCE REGARDING EDITS TO DRAFT BRIEF IN LIGHT OF SAME (1.0); REVIEW AND ANALYZE ████████ ██████████, AND CORRESPONDENCE WITH D. KELLY, ET AL. REGARDING SAME (0.5); EDIT AND CIRCULATE DRAFT BRIEF (2.0); REVIEW AND ANALYZE ████ ██████████ (1.0); REVIEW AND ANALYZE COMMENTS ███████ (0.6); FURTHER EDITS TO DRAFT BRIEF (1.9). |
| 4.70 | JOHNSON, ASHLEY E | $690.00 | $3,243.00 | REVISE SUPPLEMENTAL BRIEF FOR FPL LITIGATION IN DALLAS COURT OF APPEALS. |
| 9.40 | THOMPSON, WILLIAM T | $425.00 | $3,995.00 | REVISE AND MODIFY BRIEF (6.5); CONFERENCE CALL REGARDING BRIEF (1.0); CALL WITH J. HO REGARDING BRIEF MODIFICATIONS (0.2); EMAILS REGARDING BRIEF EDITS (1.4); DISCUSS BRIEF WITH A. JOHNSON (0.3). |
| 03/21/15 | | | | |
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING SUPPLEMENTAL BRIEFING AND VENDOR ISSUES. |

| 2.50 | HO, JAMES C | $835.00 | $2,087.50 | ANALYZE ███████████ ███████ AND CORRESPONDENCE REGARDING SAME (0.5); REVIEW ████████ BRIEFING AND ANALYZE ████ ARGUMENTS ███████ AND PREPARE ADDITIONAL ███████████ REGARDING SAME, AND EDIT DRAFT BRIEF REGARDING SAME (2.0). |
| 3.50 | JOHNSON, ASHLEY E | $690.00 | $2,415.00 | DRAFT EMAIL CORRESPONDENCE SUMMARIZING █████████ ███████████████ (0.8); REVIEW ███████████ (0.6); TELEPHONE CONFERENCE WITH W. THOMPSON REGARDING REVISIONS TO ██████████ ████████ (2.1). |
| 5.90 | THOMPSON, WILLIAM T | $425.00 | $2,507.50 | WRITE ANALYSIS OF ███████ ██████ (1.0); REVISE AND MODIFY BRIEF (2.5); CALL WITH A. JOHNSON (1.9); RESEARCH ████████████ (0.5). |

03/22/15

| 2.00 | RAIFF, MICHAEL L | $885.00 | $1,770.00 | ATTENTION TO SUPPLEMENTAL BRIEF, REVIEW NEW VERSION, COMMUNICATIONS REGARDING SAME, AND FOLLOW-UP ██████████ ██████████ |

| | | | | |
|---|---|---|---|---|
| 4.70 | HO, JAMES C | $835.00 | $3,924.50 | FURTHER EDITS TO DRAFT BRIEF, INCLUDING ███████ ████████████████ (2.4); REVIEW FPL BRIEFING (0.4); REVIEW ███████ AND OTHER CASE LAW, AND ANALYZE POTENTIAL ARGUMENTS BASED ON SAME (1.6); REVIEW INTERNAL EDITS AND COMMENTS, INCLUDING COMMENTS ON ████, AND CORRESPONDENCE REGARDING SAME (0.3). |
| 0.60 | JOHNSON, ASHLEY E | $690.00 | $414.00 | EMAIL CORRESPONDENCE REGARDING REVISIONS TO SUPPLEMENTAL BRIEF IN FPL LITIGATION. |
| 6.20 | THOMPSON, WILLIAM T | $425.00 | $2,635.00 | REVISE AND MODIFY BRIEF (5.9); EMAILS REGARDING BRIEF (0.3). |
| 03/23/15 | | | | |
| 1.50 | RAIFF, MICHAEL L | $885.00 | $1,327.50 | ATTENTION TO AND COMMUNICATIONS REGARDING BRIEF AND FINALIZING BRIEF (0.9); CONFERENCE CALL WITH CLIENTS AND FOLLOW-UP COMMUNICATIONS (0.4); COMMUNICATIONS AND FOLLOW-UP REGARDING FILING AND SERVICE (0.2). |
| 4.50 | HO, JAMES C | $835.00 | $3,757.50 | FINAL READ THRU AND EDITS TO DRAFT BRIEF AND CORRESPONDENCE AND CALLS REGARDING SAME, INCLUDING CALLS WITH ████████ |
| 6.60 | JOHNSON, ASHLEY E | $690.00 | $4,554.00 | REVISE AND FINALIZE SUPPLEMENTAL BRIEF ███████████ |

| | | | | |
|---|---|---|---|---|
| 8.20 | THOMPSON, WILLIAM T | $425.00 | $3,485.00 | REVISE AND MODIFY BRIEF (7.6); CALL ███████████ ███████████ REGARDING BRIEF (0.4); COORDINATE FILING OF BRIEF (0.2). |
| 0.30 | KURINSKY, ERIN E | $210.00 | $63.00 | RUN BRIEF THROUGH WESTCHECK FOR G. HOLMAN. |

03/24/15

| | | | | |
|---|---|---|---|---|
| 0.10 | JOHNSON, ASHLEY E | $690.00 | $69.00 | EMAIL CORRESPONDENCE WITH J. HO REGARDING EXHIBITS TO FILING. |
| 0.30 | THOMPSON, WILLIAM T | $425.00 | $127.50 | EMAILS REGARDING FILING OF BRIEF. |

03/25/15

| | | | | |
|---|---|---|---|---|
| 0.10 | JOHNSON, ASHLEY E | $690.00 | $69.00 | EMAIL CORRESPONDENCE WITH J. HO REGARDING EXHIBITS TO FILING. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050273**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00012 | Tax Analysis | $    1,951.00 | $      0.00 | $    1,951.00 |
|  | **Totals** | $    1,951.00 | $      0.00 | $    1,951.00 |
|  | **Current Balance Due** |  |  | $    1,951.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00012 | 12/08/14 | 2014122605 | $    1,423.90 | $      0.00 | $    1,423.90 |
| 92772-00012 | 01/07/15 | 2015010933 | 1,409.90 | 0.00 | 1,409.90 |
| 92772-00012 | 03/16/15 | 2015032308 | 1,640.00 | 0.00 | 1,640.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                          $   4,473.80

**TOTAL OUTSTANDING BALANCE DUE**                                $   6,424.80

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050273**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00012 | Tax Analysis | $   1,951.00 | $      0.00 | $   1,951.00 |
|  | **Totals** | $   1,951.00 | $      0.00 | $   1,951.00 |
|  | **Current Balance Due** |  |  | $   1,951.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00012 | 12/08/14 | 2014122605 | $   1,423.90 | $      0.00 | $   1,423.90 |
| 92772-00012 | 01/07/15 | 2015010933 | 1,409.90 | 0.00 | 1,409.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00012 | 03/16/15 | 2015032308 | 1,640.00 | 0.00 | 1,640.00 |

**PREVIOUS BALANCE DUE**     $   4,473.80

**TOTAL OUTSTANDING BALANCE DUE**     $   6,424.80

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


TAX ANALYSIS
92772-00012

_____

For Services Rendered Through March 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| DAVID L. SINAK | 1.40 | $1,065.00 | $ 1,491.00 |
| MICHAEL Q. CANNON | 0.80 | 575.00 | 460.00 |
| **Total Services** | | | $ 1,951.00 |



| | |
|---|---|
| **Total Services, Costs/Charges** | 1,951.00 |
| **BALANCE DUE** | $ 1,951.00 |

TAX ANALYSIS
92772-00012

---

Detail Services:

03/05/15

| | | | | |
|---|---|---|---|---|
| 1.40 | SINAK, DAVID L | $1,065.00 | $1,491.00 | TELEPHONE CONFERENCE REGARDING ███████ TAX EQUITY MODELING (0.8); FOLLOW-UP RESEARCH AND E-MAIL REGARGING MINIMUM GAIN ISSUE (0.6). |

03/06/15

| | | | | |
|---|---|---|---|---|
| 0.80 | CANNON, MICHAEL Q | $575.00 | $460.00 | CALL WITH EFH TO DISCUSS MODELING INVESTMENT TAX CREDITS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050364**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   3,544.00 | $   0.00 | $   3,544.00 |
| | **Totals** | $   3,544.00 | $   0.00 | $   3,544.00 |
| | **Current Balance Due** | | | $   3,544.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $   730.80 | $   0.00 | $   730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |
| 92772-00013 | 12/08/14 | 2014121947 | 491.40 | 0.00 | 491.40 |
| 92772-00013 | 01/22/15 | 2015012766 | 458.40 | 0.00 | 458.40 |
| 92772-00013 | 02/27/15 | 2015023353 | 819.00 | 0.00 | 819.00 |
| 92772-00013 | 03/25/15 | 2015033219 | 20,626.50 | 0.00 | 20,626.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $  24,197.10

**TOTAL OUTSTANDING BALANCE DUE**                          $  27,741.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050364**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $    3,544.00 | $        0.00 | $    3,544.00 |
|  | **Totals** | $    3,544.00 | $      0.00 | $    3,544.00 |
|  | **Current Balance Due** |  |  | $    3,544.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $    730.80 | $    0.00 | $    730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 30, 2015**                                    **Invoice No. 2015050364**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 12/08/14 | 2014121947 | 491.40 | 0.00 | 491.40 |
| 92772-00013 | 01/22/15 | 2015012766 | 458.40 | 0.00 | 458.40 |
| 92772-00013 | 02/27/15 | 2015023353 | 819.00 | 0.00 | 819.00 |
| 92772-00013 | 03/25/15 | 2015033219 | 20,626.50 | 0.00 | 20,626.50 |

**PREVIOUS BALANCE DUE**    $  24,197.10

**TOTAL OUTSTANDING BALANCE DUE**    $  27,741.10

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

For Services Rendered Through March 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 2.90 | $ 885.00 | $  2,566.50 |
| RUSSELL H. FALCONER | 1.00 | 610.00 | 610.00 |
| ELIZABETH M. VINEY | 0.70 | 525.00 | 367.50 |

**Total Services**                                                    $   3,544.00

**Total Services, Costs/Charges**                          3,544.00

**BALANCE DUE**                                            $   3,544.00

**Due and Payable Upon Receipt**

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

Detail Services:

03/02/15
0.60    RAIFF, MICHAEL L    $885.00    $531.00    WORK ON ████████ (0.2);
                                                  PREPARE FOR AND
                                                  PARTICIPATE IN
                                                  ████████████
                                                  ████ (0.4).

03/03/15
0.20    RAIFF, MICHAEL L    $885.00    $177.00    CONFERENCE CALL ████
                                                  ████████.

03/09/15
1.00    FALCONER, RUSSELL H    $610.00    $610.00    REVIEW AND COMMENT ON
                                                     ████████.

0.70    VINEY, ELIZABETH M    $525.00    $367.50    REVIEW ████████
                                                    ██.

03/13/15
1.00    RAIFF, MICHAEL L    $885.00    $885.00    WORK ON ████████

03/24/15
0.40    RAIFF, MICHAEL L    $885.00    $354.00    WORK ON ████████

03/30/15
0.40    RAIFF, MICHAEL L    $885.00    $354.00    WORK ON ████████

03/31/15
0.30    RAIFF, MICHAEL L    $885.00    $265.50    FOLLOW-UP ████████
                                                  AND COMMUNICATIONS
                                                  REGARDING SAME (.3).

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050362**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $ 140,878.50 | $     0.00 | $ 140,878.50 |
|  | **Totals** | $ 140,878.50 | $     0.00 | $ 140,878.50 |
|  | **Current Balance Due** |  |  | $ 140,878.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $   0.00 | $  2,316.30 |
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 15,840.10 | 0.00 | 15,840.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 03/16/15 | 2015032314 | 73,741.50 | 0.00 | 73,741.50 |

**PREVIOUS BALANCE DUE**                                                  $  112,623.80

**TOTAL OUTSTANDING BALANCE DUE**                             $  253,502.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050362**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $ 140,878.50 | $    0.00 | $ 140,878.50 |
|  | **Totals** | $ 140,878.50 | $    0.00 | $ 140,878.50 |
|  | **Current Balance Due** |  |  | $ 140,878.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $ 2,316.30 | $   0.00 | $ 2,316.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: April 30, 2015**                                  **Invoice No. 2015050362**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 15,840.10 | 0.00 | 15,840.10 |
| 92772-00018 | 03/16/15 | 2015032314 | 73,741.50 | 0.00 | 73,741.50 |

**PREVIOUS BALANCE DUE**                                   $ 112,623.80

**TOTAL OUTSTANDING BALANCE DUE**                          $ 253,502.30

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

_____


For Services Rendered Through March 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| WILLIAM B. DAWSON | 45.30 | $ 975.00 | $  44,167.50 |
| MICHAEL L. RAIFF | 55.70 | 885.00 | 49,294.50 |
| RUSSELL H. FALCONER | 51.10 | 610.00 | 31,171.00 |
| ELIZABETH M. VINEY | 28.90 | 525.00 | 15,172.50 |
| GAYA K. HOLMAN | 2.90 | 370.00 | 1,073.00 |

    **Total Services**                                    $  140,878.50




    **Total Services, Costs/Charges**                        140,878.50

    **BALANCE DUE**                                       $  140,878.50

**Invoice Date: April 30, 2015**

**Due and Payable Upon Receipt**

**Invoice No. 2015050362**

NSR CASE
92772-00018

---

Detail Services:

03/02/15

| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | COMMUNICATIONS REGARDING DISCOVERY AND DISCOVERY PROTOCOL. |
| 1.80 | FALCONER, RUSSELL H | $610.00 | $1,098.00 | BEGIN PREPARING ███████████. |

03/03/15

| | | | | |
|---|---|---|---|---|
| 0.60 | RAIFF, MICHAEL L | $885.00 | $531.00 | CONFERENCE CALL WITH CLIENTS (0.2); WORK ON EXTENSION AGREEMENT AND COMMUNICATIONS REGARDING SAME (0.3); COMMUNICATIONS WITH DOJ (0.1). |
| 1.30 | FALCONER, RUSSELL H | $610.00 | $793.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.3); CONTINUE WORKING ON ███████████ (1.0). |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | UPDATE ONLINE FILE TO INCLUDE COMMUNICATIONS WITH LOCAL COUNSEL AND CLIENT REGARDING CASE STRATEGY. |

03/04/15

| | | | | |
|---|---|---|---|---|
| 0.70 | RAIFF, MICHAEL L | $885.00 | $619.50 | ATTENTION TO DOCUMENT RESPONSES AND RELATED ISSUES (0.5); BEGIN REVIEW OF ███████████ COMMUNICATIONS REGARDING SAME (0.2). |
| 1.80 | FALCONER, RUSSELL H | $610.00 | $1,098.00 | CONTINUE WORKING ON ███████████. |
| 2.30 | VINEY, ELIZABETH M | $525.00 | $1,207.50 | RESEARCH AGREED OBJECTION EXTENSION. |

| 03/05/15 | | | | |
|---|---|---|---|---|
| 0.40 | RAIFF, MICHAEL L | $885.00 | $354.00 | ATTENTION TO DISCOVERY ISSUES AND DOCUMENT ISSUES. |
| 4.30 | FALCONER, RUSSELL H | $610.00 | $2,623.00 | FINISH ████ (3.9); CORRESPOND WITH TEAM REGARDING SAME (0.4). |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE EMAIL EXCHANGE WITH CLIENT AND LOCAL COUNSEL REGARDING DRAFT DISCOVERY RESPONSES. |
| 03/06/15 | | | | |
| 4.30 | RAIFF, MICHAEL L | $885.00 | $3,805.50 | CONFERENCE CALL WITH CLIENTS TO WORK ON ████████ (0.8); WORK ON DISCOVERY MATTERS, INCLUDING E-DISCOVERY PROTOCOL, DOCUMENT RESPONSES, DOCUMENT PRODUCTION AND RELATED COMMUNICATIONS (1.2); PREPARE FOR AND PARTICIPATE IN CALL WITH DOJ AND FOLLOW-UP CALL WITH S. GIDIERE (1.5); PARTICIPATE IN CALL WITH EFH REGARDING ████ (0.8). |
| 1.60 | FALCONER, RUSSELL H | $610.00 | $976.00 | PARTICIPATE IN ████ CALL (0.8); REVIEW MATERIALS FOR ████████ (0.1); PARTICIPATE IN PART OF CALL REGARDING ████ (0.7). |
| 03/08/15 | | | | |
| 3.30 | VINEY, ELIZABETH M | $525.00 | $1,732.50 | PREPARE ████ (0.2); REVIEW PREPARE ████ (3.1). |
| 03/09/15 | | | | |
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | WORK ON ████ EFFORTS AND ████. |

| | | | | |
|---|---|---|---|---|
| 0.90 | FALCONER, RUSSELL H | $610.00 | $549.00 | FINALIZE FIRST DRAFT OF ███████ (0.7); COORDINATE WITH ███ REGARDING ████ (0.2). |
| 0.70 | VINEY, ELIZABETH M | $525.00 | $367.50 | PREPARE ████████ PRESENTATION BY REVIEWING AND HIGHLIGHTING ████████ (0.6); DISCUSSION WITH R. FALCONER REGARDING SAME (0.1). |

**03/10/15**

| | | | | |
|---|---|---|---|---|
| 1.50 | RAIFF, MICHAEL L | $885.00 | $1,327.50 | WORK ON DISCOVERY MATTERS (0.3); CONFERENCE CALL WITH EFH REGARDING DOCUMENT REQUESTS AND PI DATABASE (1.2). |
| 1.20 | FALCONER, RUSSELL H | $610.00 | $732.00 | PARTICIPATE IN DOCUMENT-COLLECTION CALL REGARDING PI DATA AND OTHER ISSUES CONCERNING DOJ'S FIRST REQUEST FOR PRODUCTION. |

**03/11/15**

| | | | | |
|---|---|---|---|---|
| 2.30 | FALCONER, RUSSELL H | $610.00 | $1,403.00 | COORDINATE ████ PREPARATION WITH ████ ████ (0.4); PARTICIPATE IN ████ ████ CALL AND CIRCULATE NOTES ON SAME (1.9). |
| 0.50 | VINEY, ELIZABETH M | $525.00 | $262.50 | REVIEW ████ LETTER AND ███ NOTES. |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | FOLLOW-UP WITH TEAM REGARDING XERA DATABASE FEEDBACK. |

**03/12/15**

| | | | | |
|---|---|---|---|---|
| 0.60 | FALCONER, RUSSELL H | $610.00 | $366.00 | CONFER AND CORRESPOND WITH W. DAWSON ON UPCOMING CASE SCHEDULE. |

**03/13/15**

| | | | | |
|---|---|---|---|---|
| 0.90 | RAIFF, MICHAEL L | $885.00 | $796.50 | PARTICIPATE IN ████ CALL WITH EFH. |

| 1.30 | FALCONER, RUSSELL H | $610.00 | $793.00 | PARTICIPATE IN ███████████ CALL (0.9); REVIEW ██████ AND CORRESPOND WITH TEAM REGARDING SAME (0.4). |
| 0.90 | VINEY, ELIZABETH M | $525.00 | $472.50 | PARTICIPATE IN TEAM DOCUMENT COLLECTION CONFERENCE CALL. |

03/16/15

| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO DISCOVERY MATTERS, DOCUMENT PRODUCTION, AND RELATED COMMUNICATIONS. |
| 0.10 | FALCONER, RUSSELL H | $610.00 | $61.00 | COORDINATE WITH G. HOLMAN REGARDING ███████. |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | COMMUNICATIONS WITH R. WILLIAMS AND LITIGATION SUPPORT REGARDING ███████ |

03/17/15

| 2.50 | DAWSON, WILLIAM B | $975.00 | $2,437.50 | PARTICIPATE IN WEEKLY CALL (0.8); PERFORM CASE ANALYSIS (1.7). |
| 3.40 | RAIFF, MICHAEL L | $885.00 | $3,009.00 | CONFERENCE CALL WITH CLIENTS (0.4); WORK ON DISCOVERY PROCESS, INCLUDING WORKING ON ███████ (3.0). |
| 0.70 | FALCONER, RUSSELL H | $610.00 | $427.00 | COORDINATE WITH M. RAIFF ON UPCOMING TASKS (0.1); PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.4); SUGGEST REVISIONS TO ███████ AND CORRESPOND WITH TEAM REGARDING SAME (0.2). |

| 2.30 | VINEY, ELIZABETH M | $525.00 | $1,207.50 | PARTICIPATE IN NSR TEAM WEEKLY CALL (1.0); RESEARCH REGARDING ELECTRONIC DISCOVERY PROCEDURE (1.3). |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE EMAIL CORRESPONDENCE WITH LOCAL COUNSEL AND CLIENT REGARDING ██████ ███ |

03/18/15

| 6.50 | DAWSON, WILLIAM B | $975.00 | $6,337.50 | PREPARE FOR MEETINGS AT ███ (1.1); ATTEND MEETINGS AT ███ (5.4). |
| 6.00 | RAIFF, MICHAEL L | $885.00 | $5,310.00 | PARTICIPATE IN MEETINGS ████████████████ (4.0); PREPARE FOR ██████ MEETINGS (1.2); WORK ON DISCOVERY ISSUES, LETTER, AND DOCUMENT PRODUCTION MATTERS (0.8). |

03/19/15

| 10.00 | DAWSON, WILLIAM B | $975.00 | $9,750.00 | PREPARE FOR MEETINGS AT ███ (0.7); ATTEND MEETINGS AT ███ (4.8); WORK ON █████ (4.5). |
| 6.00 | RAIFF, MICHAEL L | $885.00 | $5,310.00 | PREPARE FOR MEETINGS AT ███ (0.7); ATTEND MEETINGS WITH ███ AND FOLLOW-UP ON DOCUMENT ISSUES (3.3); WORK ON VENDOR DUE DILIGENCE AND ATTEND MEETING WITH ████████ ██████ (2.0). |
| 6.90 | FALCONER, RUSSELL H | $610.00 | $4,209.00 | ATTEND ██████ MEETING █████ (4.7); ATTEND VENDOR MEETING ██████ AT EFH OFFICES (2.2). |
| 0.30 | VINEY, ELIZABETH M | $525.00 | $157.50 | DISCUSS ██████ LETTERS WITH R. FALCONER (0.1); EDIT ██████ PRESENTATION (0.1); EMAIL WITH D. WRIGHT ██████ ████████ (0.1). |

| | | | | |
|---|---|---|---|---|
| 0.20 | HOLMAN, GAYA K | $370.00 | $74.00 | COMMUNICATIONS WITH R. WILLIAMS AND D. NAHOOLEWA OF EFH AND GDC LITIGATION SUPPORT REGARDING ███████ |

**03/20/15**

| | | | | |
|---|---|---|---|---|
| 0.70 | FALCONER, RUSSELL H | $610.00 | $427.00 | PARTICIPATE IN ████████ CALL. |
| 0.70 | VINEY, ELIZABETH M | $525.00 | $367.50 | PARTICIPATE IN ████████ CALL. |

**03/23/15**

| | | | | |
|---|---|---|---|---|
| 5.00 | DAWSON, WILLIAM B | $975.00 | $4,875.00 | PREPARE PRESENTATION WITH R. FALCONER AND D. WRIGHT TO ████ ██████ INCLUDING GRAPHIC WORK. |
| 2.20 | RAIFF, MICHAEL L | $885.00 | $1,947.00 | WORK ON PRIVILEGE ISSUES, REDACTIONS, CLAW BACK, AND MULTIPLE COMMUNICATIONS REGARDING SAME (1.2); ATTENTION TO ██████ ███████ EFFORTS AND UPCOMING MEETINGS (0.5); WORK ON DOCUMENT ISSUES AND VENDOR ISSUES (0.5). |
| 4.10 | FALCONER, RUSSELL H | $610.00 | $2,501.00 | WORK WITH W. DAWSON AND ████████████ |
| 0.60 | VINEY, ELIZABETH M | $525.00 | $315.00 | DRAFT ████ ██████ LETTER (0.4); EMAIL WITH ████ REGARDING ████████ (0.2). |
| 0.20 | HOLMAN, GAYA K | $370.00 | $74.00 | MULTIPLE EMAIL EXCHANGE WITH THE LITIGATION SUPPORT AND EFH TECHNICIAN REGARDING ███████ |

03/24/15

| | | | | |
|---|---|---|---|---|
| 6.00 | DAWSON, WILLIAM B | $975.00 | $5,850.00 | PREPARE FOR ███████ MEETINGS AT █████ (4.5); WORK ON ███████████████████ (1.5). |
| 3.00 | RAIFF, MICHAEL L | $885.00 | $2,655.00 | CONFERENCE CALL WITH CLIENTS (1.0); WORK ON DISCOVERY, INCLUDING DOCUMENT ISSUES, DISCOVERY PROTOCOL PLAN, REVISIONS ███████ ████████ (2.0). |
| 6.10 | FALCONER, RUSSELL H | $610.00 | $3,721.00 | CONTINUE TO REVISE ████ ███████████████████████ (5.1); PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (1.0). |
| 1.90 | VINEY, ELIZABETH M | $525.00 | $997.50 | PARTICIPATE IN WEEKLY TEAM CALL (1.0); CONTACT GIBSON DUNN ASSOCIATE REGARDING EPIQ E-DISCOVERY (0.1); PREPARE ███████████████████ ████████████████████████ (0.8). |
| 0.60 | HOLMAN, GAYA K | $370.00 | $222.00 | ATTEND ████████████████ ████████ (0.5); REVIEW AND ORGANIZE EMAIL EXCHANGE WITH LOCAL COUNSEL AND CLIENT REGARDING PROPOSED DISCOVERY PLAN (0.1). |

03/25/15

| | | | | |
|---|---|---|---|---|
| 6.00 | DAWSON, WILLIAM B | $975.00 | $5,850.00 | PLAN AND PREPARE FOR ████████████████ MEETING ██████ (3.2); WORK WITH R. FALCONER AND E. VINEY TO ████████████████ AND CORRESPOND WITH TEAM REGARDING SAME (2.8). |

| | | | | |
|---|---|---|---|---|
| 7.80 | RAIFF, MICHAEL L | $885.00 | $6,903.00 | WORK ON DISCOVERY EFFORTS, INCLUDING WORKING ON DOCUMENT RESPONSES AND OBJECTIONS (1.1);ATTEND MEETINGS ▮ (4.2); PREPARE FOR ▮ MEETING (3.5). |
| 6.90 | FALCONER, RUSSELL H | $610.00 | $4,209.00 | PREPARE FOR AND ATTEND PART OF TODAY'S MEETING ▮ (4.1); WORK WITH W. DAWSON AND E. VINEY ▮ AND CORRESPOND WITH TEAM REGARDING SAME (2.8). |
| 3.30 | VINEY, ELIZABETH M | $525.00 | $1,732.50 | PREPARE ▮ FOR ▮ (0.5); DISCUSSION WITH W. DAWSON REGARDING SAME (0.2); WORK WITH W. DAWSON AND R. FALCONER REGARDING ▮ (2.6). |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE ▮ FOR ATTORNEY REFERENCE. |

03/26/15

| | | | | |
|---|---|---|---|---|
| 8.50 | DAWSON, WILLIAM B | $975.00 | $8,287.50 | PREPARE FOR AND MEETING WITH CLIENT AT CLIENT OFFICES/CASE ANALYSIS (7.5); POST MEETING WORK ON ▮ (1.0). |
| 7.00 | RAIFF, MICHAEL L | $885.00 | $6,195.00 | MEET AT EFH TO WORK ON DISCOVERY MATTERS, ▮ |
| 6.80 | FALCONER, RUSSELL H | $610.00 | $4,148.00 | FINAL PREPARATIONS FOR ▮ (0.8); ATTEND ▮ (4.4); WORK WITH LITIGATION TEAM TO FINALIZE RESPONSES AND OBJECTIONS TO DOCUMENT REQUESTS (1.6). |

| 7.00 | VINEY, ELIZABETH M | $525.00 | $3,675.00 | PREPARE FOR AND PARTICIPATE IN ███████ ███████ (5.6); DISCUSS DISCOVERY RESPONSES (1.4). |

03/27/15

| 1.40 | RAIFF, MICHAEL L | $885.00 | $1,239.00 | PARTICIPATE IN CALL WITH EFH REGARDING ███████ (0.9); WORK ON DOCUMENT PRODUCTION MATTERS (0.5). |
| 0.80 | FALCONER, RUSSELL H | $610.00 | $488.00 | PARTICIPATE IN ███████ ███████ CALL. |
| 2.30 | VINEY, ELIZABETH M | $525.00 | $1,207.50 | PARTICIPATE IN ███████ ███████ (0.8); REVIEW AND EDIT DISCOVERY RESPONSES (1.5). |
| 1.10 | HOLMAN, GAYA K | $370.00 | $407.00 | ATTEND ███████ PLATFORM TUTORIAL SESSION. |

03/28/15

| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | WORK ON DOCUMENT RESPONSES AND OBJECTIONS. |
| 2.20 | VINEY, ELIZABETH M | $525.00 | $1,155.00 | EDIT RESPONSES TO U.S. FIRST SET OF REQUESTS FOR PRODUCTION. |

03/29/15

| 2.50 | RAIFF, MICHAEL L | $885.00 | $2,212.50 | WORK ON WRITTEN RESPONSES AND OBJECTION TO DOCUMENT REQUESTS, ███████ ███████. |

03/30/15

| 4.00 | RAIFF, MICHAEL L | $885.00 | $3,540.00 | WORK ON DISCOVERY, INCLUDING WORKING ON WRITTEN RESPONSES AND OBJECTIONS (2.0); WORK ON DOCUMENT PRODUCTION EFFORTS (2.0). |
| 0.90 | FALCONER, RUSSELL H | $610.00 | $549.00 | REVIEW AND PROVIDE EDITS AND COMMENTS ON TODAY'S RFP RESPONSE. |

| | | | | |
|---|---|---|---|---|
| 0.30 | VINEY, ELIZABETH M | $525.00 | $157.50 | EDIT RESPONSES TO U.S. FIRST SET OF REQUESTS FOR PRODUCTION (0.2); EMAIL CORRESPONDENCE REGARDING SAME (0.1). |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE CASE FILINGS AND COMMUNICATIONS FOR ATTORNEY REFERENCE. |

03/31/15

| | | | | |
|---|---|---|---|---|
| 0.80 | DAWSON, WILLIAM B | $975.00 | $780.00 | PREPARE FOR AND PARTICIPATE IN WEEKLY CALL. |
| 1.30 | RAIFF, MICHAEL L | $885.00 | $1,150.50 | PARTICIPATE IN CLIENT CALL (0.4); COMMUNICATIONS WITH DOJ AND FOLLOW-UP ON DOCUMENT RESPONSES (0.1); ███████████ (0.5); WORK ON PROTECTIVE ORDER (0.3). |
| 0.30 | VINEY, ELIZABETH M | $525.00 | $157.50 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL. |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND ORGANIZE CASE FILINGS AND COMMUNICATIONS FOR ATTORNEY REFERENCE. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050365**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $ 3,186.00 | $ 0.00 | $ 3,186.00 |
|  | **Totals** | $ 3,186.00 | $ 0.00 | $ 3,186.00 |
|  | **Current Balance Due** |  |  | $ 3,186.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 10/02/14 | 2014103512 | $ 1,071.00 | $ 0.00 | $ 1,071.00 |
| 92772-00022 | 11/12/14 | 2014111764 | 727.00 | 0.00 | 727.00 |
| 92772-00022 | 12/08/14 | 2014121819 | 441.00 | 0.00 | 441.00 |
| 92772-00022 | 01/22/15 | 2015012767 | 289.80 | 0.00 | 289.80 |
| 92772-00022 | 02/27/15 | 2015023352 | 529.20 | 0.00 | 529.20 |
| 92772-00022 | 03/25/15 | 2015033217 | 1,327.50 | 0.00 | 1,327.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 30, 2015**                                    **Invoice No. 2015050365**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                  $    4,385.50

**TOTAL OUTSTANDING BALANCE DUE**                         $    7,571.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050365**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $  3,186.00 | $  0.00 | $  3,186.00 |
|  | **Totals** | $  3,186.00 | $  0.00 | $  3,186.00 |
|  | **Current Balance Due** |  |  | $  3,186.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 10/02/14 | 2014103512 | $  1,071.00 | $  0.00 | $  1,071.00 |
| 92772-00022 | 11/12/14 | 2014111764 | 727.00 | 0.00 | 727.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00022 | 12/08/14 | 2014121819 | 441.00 | 0.00 | 441.00 |
| 92772-00022 | 01/22/15 | 2015012767 | 289.80 | 0.00 | 289.80 |
| 92772-00022 | 02/27/15 | 2015023352 | 529.20 | 0.00 | 529.20 |
| 92772-00022 | 03/25/15 | 2015033217 | 1,327.50 | 0.00 | 1,327.50 |

**PREVIOUS BALANCE DUE**        $   4,385.50

**TOTAL OUTSTANDING BALANCE DUE**        $   7,571.50

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


2004 FPL LAWSUIT
92772-00022

_____

For Services Rendered Through March 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 3.60 | $ 885.00 | $  3,186.00 |
| **Total Services** | | | $  3,186.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 3,186.00 |
| **BALANCE DUE** | $   3,186.00 |

**Due and Payable Upon Receipt**

2004 FPL LAWSUIT
92772-00022

---

Detail Services:

| 03/01/15 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING BRIEFING STRATEGIES AND TOMORROW'S MEETING. |
|---|---|---|---|---|
| 03/02/15 2.70 | RAIFF, MICHAEL L | $885.00 | $2,389.50 | PREPARE FOR AND PARTICIPATE IN MEETING ███ ███ (2.0); WORK ON STRATEGIES REGARDING ███ ███████ (0.5); WORK ON RESCHEDULING MEDIATION AND RELATED COMMUNICATIONS (0.2). |
| 03/03/15 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | WORK ON COORDINATING MEDIATION, PRE-MEDIATION CALL, AND COMMUNICATIONS REGARDING SAME. |
| 03/24/15 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO MEDIATION, MEDIATION AGREEMENT AND RELATED COMMUNICATIONS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050274**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $ 8,560.00 | $ 0.00 | $ 8,560.00 |
|  | **Totals** | $ 8,560.00 | $ 0.00 | $ 8,560.00 |
|  | **Current Balance Due** |  |  | $ 8,560.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $ 9,288.20 | $ 0.00 | $ 9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 5,169.10 | 0.00 | 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 16,290.50 | 0.00 | 16,290.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 30, 2015**                                      **Invoice No. 2015050274**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                 $   52,057.00

**TOTAL OUTSTANDING BALANCE DUE**                        $   60,617.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050274**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   8,560.00 | $      0.00 | $   8,560.00 |
|  | **Totals** | $   8,560.00 | $      0.00 | $   8,560.00 |
|  | **Current Balance Due** |  |  | $   8,560.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $   9,288.20 | $   0.00 | $   9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 5,169.10 | 0.00 | 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 16,290.50 | 0.00 | 16,290.50 |

**PREVIOUS BALANCE DUE**                                        $  52,057.00

**TOTAL OUTSTANDING BALANCE DUE**                      $  60,617.00

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through March 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.80 | $ 835.00 | $    668.00 |
| MATTHEW G. BOUSLOG | 3.40 | 625.00 | 2,125.00 |
| DUKE K. AMPONSAH | 14.60 | 395.00 | 5,767.00 |
| **Total Services** | | | $   8,560.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 8,560.00 |
| **BALANCE DUE** | | $   8,560.00 |

RETENTION/FEE APPLICATIONS
92772-00030

_____

Detail Services:

03/02/15

| | | | | |
|---|---|---|---|---|
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | REVIEW AND REVISE FEE STATEMENT (0.2); EMAILS WITH R. LITTLE AND D. AMPONSAH REGARDING SAME (0.1). |
| 2.10 | AMPONSAH, DUKE K | $395.00 | $829.50 | UPDATE DRAFT JANUARY 2015 MONTHLY FEE STATEMENT (1.8); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

03/03/15

| | | | | |
|---|---|---|---|---|
| 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW FEE APPLICATION. |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH R. LITTLE AND J. MADRON REGARDING FEE STATEMENT. |
| 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | UPLOAD GDC JANAUARY 2015 MONTHLY FEE STATEMENT TO FEE COMMITTEE WEBSITE (0.4); CONFER WITH R. ST. JOHN REGARDING INVOICES AND RECEIPTS (0.4). |

03/09/15

| | | | | |
|---|---|---|---|---|
| 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW OF AND CORRESPONDENCE REGARDING FEE COMMITTEE MEMO REGARDING RATE INCREASES. |
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | REVIEW FEE COMMITTEE LETTER REGARDING RATE INCREASES (0.1); EMAILS WITH R. LITTLE, J. GRAVES AND D. AMPONSAH REGARDING SAME (0.1); DRAFT DECLARATION REGARDING SAME (0.1). |

03/10/15

| | | | | |
|---|---|---|---|---|
| 2.00 | AMPONSAH, DUKE K | $395.00 | $790.00 | PREPARE DRAFT OF GDC SUPPLEMENTAL DECLARATION FOR RETENTION APPLICATON (1.7); CONFER WITH R. ST. JOHN REGARDING SAME (0.3). |

| 03/11/15 2.60 | AMPONSAH, DUKE K | $395.00 | $1,027.00 | REVIEW FEBRUARY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.1); PREPARE DRAFT FEBRUARY 2015 MONTHLY FEE STATEMENT (1.5). |
|---|---|---|---|---|
| 03/13/15 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | REVISE DRAFT OF GDC SUPPLEMENTAL DECLARATION FOR RETENTION APPLICATON. |
| 03/16/15 0.60 | BOUSLOG, MATTHEW G | $625.00 | $375.00 | DRAFT SUPPLEMENTAL DECLARATION REGARDING RATE CHANGE. |
| 03/17/15 1.70 | AMPONSAH, DUKE K | $395.00 | $671.50 | PREPARE DRAFT FEBRUARY 2015 MONTHLY FEE STATEMENT. |
| 03/18/15 1.30 | AMPONSAH, DUKE K | $395.00 | $513.50 | PREPARE DRAFT FEBRUARY 2015 MONTHLY FEE STATEMENT. |
| 03/23/15 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW SUPPLEMENTAL APPLICATION REGARDING RATE INCREASES. |
| 0.60 | BOUSLOG, MATTHEW G | $625.00 | $375.00 | DRAFT SUPPLEMENTAL DECLARATION REGARDING RATE CHANGE (0.4); EMAILS WITH R. LITTLE REGARDING SAME (0.2). |
| 03/24/15 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH R. ST. JOHN REGARDING SUPPLEMENTAL RATE DECLARATION. |
| 03/25/15 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW SUPPLEMENTAL FILING IN SUPPORT OF ANNUAL RATE INCREASES. |
| 0.70 | BOUSLOG, MATTHEW G | $625.00 | $437.50 | REVISE SUPPLEMENTAL RATE DECLARATION (0.4); EMAILS WITH D. KELLY, R. LITTLE AND J. MADRON REGARDING SAME (0.3). |

| | | | | |
|---|---|---|---|---|
| 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | REVIEW FEBRUARY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| **03/26/15** | | | | |
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | REVIEW CNO REGARDING JANUARY FEE STATEMENT (0.2); EMAILS WITH J. MADRON AND D. AMPONSAH REGARDING FEE STATEMENT (0.1). |
| 2.00 | AMPONSAH, DUKE K | $395.00 | $790.00 | UPDATE DRAFT FEBRUARY 2015 MONTHLY FEE STATEMENT (1.4); REVIEW FEBRUARY 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.6). |
| **03/30/15** | | | | |
| 0.50 | AMPONSAH, DUKE K | $395.00 | $197.50 | UPDATE DRAFT FEBRUARY 2015 MONTHLY FEE STATEMENT. |
| **03/31/15** | | | | |
| 0.40 | BOUSLOG, MATTHEW G | $625.00 | $250.00 | REVIEW AND REVISE MONTHLY FEE STATEMENT (0.3); EMAILS WITH D. AMPONSAH RE SAME (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050275**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  15,583.50 | $  0.00 | $  15,583.50 |
|  | **Totals** | $  15,583.50 | $  0.00 | $  15,583.50 |
|  | **Current Balance Due** |  |  | $  15,583.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $  758.40 | $  0.00 | $  758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 1,932.20 | 0.00 | 1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 19,297.00 | 0.00 | 19,297.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 30, 2015**                                   **Invoice No. 2015050275**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                      $   25,050.10

**TOTAL OUTSTANDING BALANCE DUE**                            $   40,633.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050275**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   15,583.50 | $      0.00 | $   15,583.50 |
|  | **Totals** | $   15,583.50 | $      0.00 | $   15,583.50 |
|  | **Current Balance Due** |  |  | $   15,583.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $    758.40 | $   0.00 | $    758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 1,932.20 | 0.00 | 1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 19,297.00 | 0.00 | 19,297.00 |

**PREVIOUS BALANCE DUE**                                    $  25,050.10

**TOTAL OUTSTANDING BALANCE DUE**                  $  40,633.60

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through March 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 13.10 | $ 835.00 | $ 10,938.50 |
| KRISTA P. HANVEY | 0.20 | 725.00 | 145.00 |
| CAITLIN A. CALLOWAY | 9.00 | 500.00 | 4,500.00 |
| **Total Services** | | | $ 15,583.50 |

**Total Services, Costs/Charges**                                              15,583.50

**BALANCE DUE**                                                            $  15,583.50

**Invoice Date: April 30, 2015**                                    **Invoice No. 2015050275**

**Due and Payable Upon Receipt**

EFH SEC MATTERS
92772-00031

---

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 03/16/15 | 2.10 | LITTLE, ROBERT B | $835.00 | $1,753.50 | REVIEW AND REVISE FORM 10-K. |
| 03/17/15 | 2.20 | LITTLE, ROBERT B | $835.00 | $1,837.00 | REVIEW AND REVISE FORM 10-K. |
| 03/24/15 | 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | PARTICIPATE IN FORM 10-K UPDATE CALL WITH DELOITTE. |
| 03/25/15 | 1.50 | LITTLE, ROBERT B | $835.00 | $1,252.50 | WORK ON FORM 10-K ISSUES FOR G. SANTOS. |
| | 2.10 | CALLOWAY, CAITLIN A | $500.00 | $1,050.00 | ANALYZE EXHIBIT LIST TO FORM 10-K AND PREPARE COMMENTS REGARDING DEBT DOCUMENTS. |
| 03/26/15 | 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | REVIEW DISCREPANCIES IN 10-K EXHIBIT LIST (0.7); CONFER WITH C. CALLOWAY REGARDING SAME (0.2). |
| | 6.90 | CALLOWAY, CAITLIN A | $500.00 | $3,450.00 | ANALYZE EXHIBIT LIST TO FORM 10-K AND PREPARE COMMENTS REGARDING DEBT DOCUMENTS. |
| 03/27/15 | 2.30 | LITTLE, ROBERT B | $835.00 | $1,920.50 | REVIEW AND REVISE MATERIAL WEAKNESS DISCLOSURE (0.6); COMPARE TO PRECEDENT DISCLOSURE OF OTHER ISSUERS (0.7); DRAFT E-MAIL TO A. WRIGHT REGARDING ISSUES (1.0). |
| 03/28/15 | 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | REVIEW ITEM 9A DISCLOSURE DRAFTS (0.6); E-MAIL COMMENTS TO A. WRIGHT (0.1); TELEPHONE CALL WITH A. WRIGHT REGARDING SAME (0.2). |

| 03/29/15 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW REVISED 10-K ITEM 9A DISCLOSURE. |
| 03/30/15 2.20 | LITTLE, ROBERT B | $835.00 | $1,837.00 | REVIEW AND REVISE FORM 10-K (1.6); REVIEW AND REVISE ITEM 9A DISCLOSURE (0.4); E-MAILS REGARDING SAME (0.2). |
| 03/31/15 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | REVIEW FINAL ITEM 9A LANGUAGE FOR 10-K (0.2); REVIEW COMPENSATION DISCLOSURE IN FORM 10-K AND CONFER WITH J. WALKER REGARDING SAME (0.4). |
| 0.20 | HANVEY, KRISTA P | $725.00 | $145.00 | PHONE AND EMAIL CORRESPONDENCE REGARDING COMPENSATION DISCLOSURES. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050276**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $   5,532.00 | $   0.00 | $   5,532.00 |
| | **Totals** | $   5,532.00 | $   0.00 | $   5,532.00 |
| | **Current Balance Due** | | | $   5,532.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 10/04/14 | 2014102214 | $   2,802.80 | $   0.00 | $   2,802.80 |
| 92772-00032 | 11/12/14 | 2014112987 | 4,520.40 | 0.00 | 4,520.40 |
| 92772-00032 | 12/08/14 | 2014122608 | 1,501.00 | 0.00 | 1,501.00 |
| 92772-00032 | 01/07/15 | 2015010937 | 1,185.00 | 0.00 | 1,185.00 |
| 92772-00032 | 02/10/15 | 2015021884 | 8,447.90 | 0.00 | 8,447.90 |
| 92772-00032 | 03/16/15 | 2015032313 | 23,419.00 | 0.00 | 23,419.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $  41,876.10

**TOTAL OUTSTANDING BALANCE DUE**                           $   47,408.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050276**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $    5,532.00 | $      0.00 | $    5,532.00 |
|  | **Totals** | $    5,532.00 | $      0.00 | $    5,532.00 |
|  | **Current Balance Due** |  |  | $    5,532.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 10/04/14 | 2014102214 | $  2,802.80 | $    0.00 | $  2,802.80 |
| 92772-00032 | 11/12/14 | 2014112987 | 4,520.40 | 0.00 | 4,520.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 12/08/14 | 2014122608 | 1,501.00 | 0.00 | 1,501.00 |
| 92772-00032 | 01/07/15 | 2015010937 | 1,185.00 | 0.00 | 1,185.00 |
| 92772-00032 | 02/10/15 | 2015021884 | 8,447.90 | 0.00 | 8,447.90 |
| 92772-00032 | 03/16/15 | 2015032313 | 23,419.00 | 0.00 | 23,419.00 |

**PREVIOUS BALANCE DUE**                              $  41,876.10

**TOTAL OUTSTANDING BALANCE DUE**              $  47,408.10

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH CORPORATE MATTERS
92772-00032

_____

For Services Rendered Through March 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 2.40 | $ 835.00 | $  2,004.00 |
| JONATHAN M. WHALEN | 5.60 | 630.00 | 3,528.00 |
| **Total Services** | | | $  5,532.00 |



| | |
|---|---|
| **Total Services, Costs/Charges** | 5,532.00 |
| **BALANCE DUE** | $   5,532.00 |

EFH CORPORATE MATTERS
92772-00032

_____

Detail Services:

03/18/15
| 2.00 | LITTLE, ROBERT B | $835.00 | $1,670.00 | WORK ON SLIDE DECK REGARDING BECOMING A PUBLIC COMPANY UPON EMERGENCE FROM BANKRUPTCY. |
|---|---|---|---|---|

03/19/15
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW AND PROVIDE COMMENTS TO A. WRIGHT ON SLIDE DECK REGARDING EMERGENCE FROM CH. 11 AS A PUBLIC COMPANY. |
|---|---|---|---|---|
| 4.80 | WHALEN, JONATHAN M | $630.00 | $3,024.00 | REVIEW AND REVISE DISCLOSURE SCHEDULE RISK FACTORS. |

03/20/15
| 0.40 | WHALEN, JONATHAN M | $630.00 | $252.00 | DISCUSSIONS REGARDING DISCLOSURE STATEMENT RISK FACTORS. |
|---|---|---|---|---|

03/24/15
| 0.40 | WHALEN, JONATHAN M | $630.00 | $252.00 | DISCUSSIONS AND EMAILS REGARDING DISCLOSURE STATEMENT RISK FACTORS. |
|---|---|---|---|---|

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050277**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00034 | EFIH SEC Matters | $    167.00 | $    0.00 | $    167.00 |
|  | **Totals** | $    167.00 | $    0.00 | $    167.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    167.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: April 30, 2015                                                                 Invoice No. 2015050277
**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050277**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00034 | EFIH SEC Matters | $    167.00 | $    0.00 | $    167.00 |
| | **Totals** | $    167.00 | $    0.00 | $    167.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $    167.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFIH SEC MATTERS
92772-00034

---

For Services Rendered Through March 31, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| ROBERT B. LITTLE | 0.20 | $ 835.00 | $ | 167.00 |
| **Total Services** | | | $ | 167.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 167.00 |
| **BALANCE DUE** | $ | 167.00 |

**Due and Payable Upon Receipt**

EFIH SEC MATTERS
92772-00034

_____

Detail Services:

03/19/15

| 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW RELATED PARTY TRANSACTIONS RULE IN RESPONSE TO QUESTION FROM J. WALKER (0.1); RESPOND TO J. WALKER REGARDING SAME (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050278**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00035 | EFIH Corporate Matters | $    315.00 | $    0.00 | $    315.00 |
|  | **Totals** | $    315.00 | $    0.00 | $    315.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    315.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050278**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00035 | EFIH Corporate Matters | $    315.00 | $    0.00 | $    315.00 |
|  | **Totals** | $    315.00 | $    0.00 | $    315.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    315.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: April 30, 2015**                                      **Invoice No. 2015050278**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFIH CORPORATE MATTERS
92772-00035

---

For Services Rendered Through March 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JONATHAN M. WHALEN | 0.50 | $ 630.00 | $    315.00 |
| **Total Services** | | | $    315.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 315.00 |
| **BALANCE DUE** | $    315.00 |

**Due and Payable Upon Receipt**

EFIH CORPORATE MATTERS
92772-00035

_____

Detail Services:

03/16/15
| 0.50 | WHALEN, JONATHAN M | $630.00 | $315.00 | ANALYSIS REGARDING PENALTY INTEREST UNDER EFIH REGISTRATION RIGHTS AGREEMENT. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050283**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    854.50 | $    0.00 | $    854.50 |
|  | **Totals** | $    854.50 | $    0.00 | $    854.50 |
|  | **Current Balance Due** |  |  | $    854.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $  1,342.90 | $    0.00 | $  1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 175.91 | 0.00 | 175.91 |
| 92772-00046 | 02/10/15 | 2015021886 | 187.00 | 0.00 | 187.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 30, 2015**                                               **Invoice No. 2015050283**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                              $   2,350.51

**TOTAL OUTSTANDING BALANCE DUE**                                    $   3,205.01

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050283**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    854.50 | $    0.00 | $    854.50 |
|  | **Totals** | $    854.50 | $    0.00 | $    854.50 |
|  | **Current Balance Due** |  |  | $    854.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $  1,342.90 | $    0.00 | $  1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 30, 2015**                                    **Invoice No. 2015050283**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 175.91 | 0.00 | 175.91 |
| 92772-00046 | 02/10/15 | 2015021886 | 187.00 | 0.00 | 187.00 |

**PREVIOUS BALANCE DUE** $ 2,350.51

**TOTAL OUTSTANDING BALANCE DUE** $ 3,205.01

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

---

For Services Rendered Through March 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.20 | $ 835.00 | $  167.00 |
| MATTHEW G. BOUSLOG | 1.10 | 625.00 | 687.50 |
| **Total Services** | | | $  854.50 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 854.50 |
| **BALANCE DUE** | | $  854.50 |

**Invoice Date: April 30, 2015**

**Due and Payable Upon Receipt**

**Invoice No. 2015050283**

BUDGETING-RELATED WORK
92772-00046

_____

Detail Services:

03/09/15
| 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | WORK ON APRIL BUDGET. |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH R. LITTLE, B. DAWSON, M. RAIFF AND J. HO REGARDING BUDGET. |

03/12/15
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH M. RAIFF, J. HO AND B. DAWSON REGARDING BUDGET. |

03/13/15
| 0.80 | BOUSLOG, MATTHEW G | $625.00 | $500.00 | DRAFT BUDGET (0.5); EMAILS WITH D. KELLY, G. MOOR, B. DAWSON, J. HO AND M. RAIFF REGARDING SAME (0.3). |

03/17/15
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH D. KELLY REGARDING BUDGET. |

**Exhibit G-4**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051944**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $    374.00 | $    0.00 | $    374.00 |
|  | **Totals** | $    374.00 | $    0.00 | $    374.00 |
|  | **Current Balance Due** |  |  | $    374.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $    300.90 | $    0.00 | $    300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |
| 92772-00008 | 02/27/15 | 2015023289 | 3,283.60 | 0.00 | 3,283.60 |
| 92772-00008 | 03/26/15 | 2015033300 | 37,258.50 | 0.00 | 37,258.50 |
| 92772-00008 | 04/30/15 | 2015051616 | 112,232.00 | 0.00 | 112,232.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: May 11, 2015                                                                 Invoice No. 2015051944

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                      $  154,067.60

**TOTAL OUTSTANDING BALANCE DUE**                            $  154,441.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051944**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $    374.00 | $    0.00 | $    374.00 |
|  | **Totals** | $    374.00 | $    0.00 | $    374.00 |
|  | **Current Balance Due** |  |  | $    374.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $    300.90 | $    0.00 | $    300.90 |
| 92772-00008 | 01/20/15 | 2015011938 | 992.60 | 0.00 | 992.60 |
| 92772-00008 | 02/27/15 | 2015023289 | 3,283.60 | 0.00 | 3,283.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: May 11, 2015**                                                    **Invoice No. 2015051944**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00008 | 03/26/15 | 2015033300 | 37,258.50 | 0.00 | 37,258.50 |
| 92772-00008 | 04/30/15 | 2015051616 | 112,232.00 | 0.00 | 112,232.00 |

**PREVIOUS BALANCE DUE**                                  $ 154,067.60

**TOTAL OUTSTANDING BALANCE DUE**                         $ 154,441.60

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through April 30, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| JAMES C. HO | 0.20 | $ 835.00 | $ | 167.00 |
| ASHLEY E. JOHNSON | 0.30 | 690.00 | | 207.00 |
| **Total Services** | | | $ | 374.00 |

**Total Services, Costs/Charges**                                        374.00

**BALANCE DUE**                                                      $    374.00

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

_____

Detail Services:

04/08/15
  0.30     JOHNSON, ASHLEY E      $690.00    $207.00    CORRESPONDENCE WITH J. HO REGARDING DEADLINES.

04/13/15
  0.20     HO, JAMES C        $835.00    $167.00    CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING BRIEFING SCHEDULE (0.1); CORRESPONDENCE WITH D. KELLY REGARDING SAME (0.1).

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015053084**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $    479.50 | $    0.00 | $    479.50 |
|  | **Totals** | $    479.50 | $    0.00 | $    479.50 |
|  | **Current Balance Due** |  |  | $    479.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $    730.80 | $    0.00 | $    730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |
| 92772-00013 | 12/08/14 | 2014121947 | 491.40 | 0.00 | 491.40 |
| 92772-00013 | 01/22/15 | 2015012766 | 458.40 | 0.00 | 458.40 |
| 92772-00013 | 02/27/15 | 2015023353 | 819.00 | 0.00 | 819.00 |
| 92772-00013 | 03/25/15 | 2015033219 | 20,626.50 | 0.00 | 20,626.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: May 11, 2015**                                                                 **Invoice No. 2015053084**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 04/30/15 | 2015050364 | 3,544.00 | 0.00 | 3,544.00 |

**PREVIOUS BALANCE DUE**                                                $  27,741.10

**TOTAL OUTSTANDING BALANCE DUE**                            $  28,220.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015053084**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $    479.50 | $    0.00 | $    479.50 |
|  | **Totals** | $    479.50 | $    0.00 | $    479.50 |
|  | **Current Balance Due** |  |  | $    479.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $    730.80 | $    0.00 | $    730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: May 11, 2015**                                      **Invoice No. 2015053084**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 12/08/14 | 2014121947 | 491.40 | 0.00 | 491.40 |
| 92772-00013 | 01/22/15 | 2015012766 | 458.40 | 0.00 | 458.40 |
| 92772-00013 | 02/27/15 | 2015023353 | 819.00 | 0.00 | 819.00 |
| 92772-00013 | 03/25/15 | 2015033219 | 20,626.50 | 0.00 | 20,626.50 |
| 92772-00013 | 04/30/15 | 2015050364 | 3,544.00 | 0.00 | 3,544.00 |

**PREVIOUS BALANCE DUE**                                             $  27,741.10

**TOTAL OUTSTANDING BALANCE DUE**                          $  28,220.60

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


FOIA DISPUTES AND EPA MATTERS
92772-00013

---

For Services Rendered Through April 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 0.50 | $ 885.00 | $    442.50 |
| GAYA K. HOLMAN | 0.10 | 370.00 | 37.00 |
| **Total Services** | | | $    479.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 479.50 |
| **BALANCE DUE** | $    479.50 |

**Due and Payable Upon Receipt**

FOIA DISPUTES AND EPA MATTERS
92772-00013
_____

Detail Services:

04/01/15
  0.10    HOLMAN, GAYA K     $370.00    $37.00  REVIEW AND PREPARE █████

04/27/15
  0.20    RAIFF, MICHAEL L    $885.00   $177.00  ATTENTION TO AND
                                                                   COMMUNICATIONS
                                                                   REGARDING █████

04/30/15
  0.30    RAIFF, MICHAEL L    $885.00   $265.50  CONFERENCE CALL █████

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015053089**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  46,886.50 | $     0.00 | $  46,886.50 |
| | **Totals** | $  46,886.50 | $     0.00 | $  46,886.50 |
| | **Current Balance Due** | | | $  46,886.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $  0.00 | $  2,316.30 |
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 15,840.10 | 0.00 | 15,840.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 03/16/15 | 2015032314 | 73,741.50 | 0.00 | 73,741.50 |
| 92772-00018 | 04/30/15 | 2015050362 | 140,878.50 | 0.00 | 140,878.50 |

**PREVIOUS BALANCE DUE**                                                    $  253,502.30

**TOTAL OUTSTANDING BALANCE DUE**                              $  300,388.80

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015053089**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  46,886.50 | $      0.00 | $  46,886.50 |
|  | **Totals** | $  46,886.50 | $   0.00 | $  46,886.50 |
|  | **Current Balance Due** |  |  | $  46,886.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $   0.00 | $  2,316.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: May 11, 2015                                                                 Invoice No. 2015053089
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 1,382.00 | 0.00 | 1,382.00 |
| 92772-00018 | 01/05/15 | 2015011725 | 17,185.70 | 0.00 | 17,185.70 |
| 92772-00018 | 02/10/15 | 2015021965 | 15,840.10 | 0.00 | 15,840.10 |
| 92772-00018 | 03/16/15 | 2015032314 | 73,741.50 | 0.00 | 73,741.50 |
| 92772-00018 | 04/30/15 | 2015050362 | 140,878.50 | 0.00 | 140,878.50 |

**PREVIOUS BALANCE DUE** $ 253,502.30

**TOTAL OUTSTANDING BALANCE DUE** $ 300,388.80

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

_____

For Services Rendered Through April 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 1.80 | $ 975.00 | $  1,755.00 |
| MICHAEL L. RAIFF | 28.20 | 885.00 | 24,957.00 |
| RUSSELL H. FALCONER | 29.20 | 610.00 | 17,812.00 |
| ELIZABETH M. VINEY | 4.50 | 525.00 | 2,362.50 |

**Total Services**                                             $  46,886.50

**Total Services, Costs/Charges**                                 46,886.50

**BALANCE DUE**                                               $   46,886.50

**Due and Payable Upon Receipt**

NSR CASE
92772-00018

---

Detail Services:

04/01/15

| 2.50 | RAIFF, MICHAEL L | $885.00 | $2,212.50 | WORK ON DISCOVERY, INCLUDING WORK ON PROTECTIVE ORDER (1.7); FOLLOW-UP ON DISCOVERY PROTOCOL (0.4); COMMUNICATIONS REGARDING SAME (0.4). |

04/02/15

| 2.80 | RAIFF, MICHAEL L | $885.00 | $2,478.00 | CONFERENCE CALL WITH EFH TO WORK ON DOCUMENT PRODUCTION (0.8); WORK ON DOCUMENT PRODUCTION EFFORTS ███████ (0.5); WORK ON PROTECTIVE ORDER (1.5). |
| 1.70 | FALCONER, RUSSELL H | $610.00 | $1,037.00 | PARTICIPATE IN ███████ TRAINING ███████ (1.0); PARTICIPATE IN ███████ CALL (0.7). |
| 1.70 | VINEY, ELIZABETH M | $525.00 | $892.50 | PARTICIPATE IN ███████ TRAINING SESSION (1.0); PARTICIPATE IN ███████ CONFERENCE CALL (0.7). |

04/03/15

| 1.80 | RAIFF, MICHAEL L | $885.00 | $1,593.00 | WORK ON DISCOVERY MATTERS, INCLUDING WORKING ON PROTECTIVE ORDER, DISCOVERY PROTOCOL, AND DOJ'S EDITS. |

04/06/15

| 0.60 | RAIFF, MICHAEL L | $885.00 | $531.00 | COMMUNICATIONS WITH DOJ (0.1); WORK ON PROTECTIVE ORDER (0.5). |
| 2.40 | FALCONER, RUSSELL H | $610.00 | $1,464.00 | STUDY PROPOSED PROTECTIVE ORDER AND SUGGEST EDITS TO SAME. |

| 04/07/15 | | | | |
|---|---|---|---|---|
| 1.50 | RAIFF, MICHAEL L | $885.00 | $1,327.50 | CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (0.7); WORK ON PROTECTIVE ORDER AND COMMUNICATIONS REGARDING SAME (0.8). |
| 1.30 | FALCONER, RUSSELL H | $610.00 | $793.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.8); STUDY ███████ ██████████ AND MAKE FURTHER REVISIONS TO PROTECTIVE ORDER (0.5). |
| 0.60 | VINEY, ELIZABETH M | $525.00 | $315.00 | PARTICIPATE IN WEEKLY CONFERENCE CASE CALL. |

| 04/08/15 | | | | |
|---|---|---|---|---|
| 0.70 | RAIFF, MICHAEL L | $885.00 | $619.50 | WORK ON PROTECTIVE ORDER (0.4); SEND EDITS TO DOJ (0.2); COMMUNICATIONS REGARDING SAME (0.1). |
| 4.60 | FALCONER, RUSSELL H | $610.00 | $2,806.00 | STUDY ██████████ AND BEGIN WORK UP ██████ |

| 04/09/15 | | | | |
|---|---|---|---|---|
| 0.70 | FALCONER, RUSSELL H | $610.00 | $427.00 | CONTINUE REVIEW ██████ ████████. |

| 04/10/15 | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | WORK ON DOCUMENT PRODUCTION EFFORTS (0.7); PARTICIPATE IN CALL WITH CLIENTS REGARDING SAME (0.3). |
| 0.60 | VINEY, ELIZABETH M | $525.00 | $315.00 | PARTICIPATE IN WEEKLY DOCUMENT COLLECTION AND PRODUCTION STATUS CALL. |

| 04/14/15 | | | | |
|---|---|---|---|---|
| 8.20 | RAIFF, MICHAEL L | $885.00 | $7,257.00 | CLIENT MEETINGS AND ████ ██████ (8); COMMUNICATIONS WITH DOJ (0.1); COMMUNICATIONS REGARDING ██████ (0.1). |
| 8.50 | FALCONER, RUSSELL H | $610.00 | $5,185.00 | CLIENT MEETINGS ██████. |

| Date/Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 04/15/15 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING DISCOVERY MATTERS AND SCHEDULING. |
| 04/17/15 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | WORK ON DOCUMENT COLLECTION AND PRODUCTION ISSUES, VENDOR ISSUES (0.6); CONFERENCE CALL WITH CLIENTS AND LEGAL TEAM REGARDING SAME (0.4). |
| 0.70 | FALCONER, RUSSELL H | $610.00 | $427.00 | REVIEW ██████ (0.1); PARTICIPATE IN ██████ CALL (0.6). |
| 04/20/15 0.40 | FALCONER, RUSSELL H | $610.00 | $244.00 | REVIEW DISCOVERY PROPOSALS AND VENDOR WRITE-UP (0.2); CORRESPOND WITH T. DELAWRENCE REGARDING SAME (0.2). |
| 04/21/15 1.00 | DAWSON, WILLIAM B | $975.00 | $975.00 | PREPARE FOR AND PARITICAPTE IN WEEKLY NSR CALL. |
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | CONFERENCE CALL WITH CLIENTS. |
| 1.00 | FALCONER, RUSSELL H | $610.00 | $610.00 | CORRESPONDENCE REGARDING DISCOVERY VENDORS (0.3); CORRESPOND WITH S. GIDIERE REGARDING ██████ (0.2); PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.5). |
| 0.40 | VINEY, ELIZABETH M | $525.00 | $210.00 | PARTICIPATE IN WEEKLY TEAM CALL. |
| 04/22/15 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | PREPARE FOR AND PARTICIPATE IN CALL WITH DOJ REGARDING PROPOSED DISCOVERY ORDERS (0.7); FOLLOW-UP COMMUNICATIONS REGARDING SAME (0.3). |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 04/23/15 | 0.40 | RAIFF, MICHAEL L | $885.00 | $354.00 | ATTENTION TO AND COMMUNICATIONS REGARDING DISCOVERY AND NEXT WEEK'S MEETING. |
| 04/24/15 | 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDIN █████████ ██████████████ (0.3); ATTENTION TO AND COMMUNICATIONS REGARDING DOCUMENT ISSUES AND VENDOR ISSUES (0.2). |
| 04/27/15 | 0.90 | RAIFF, MICHAEL L | $885.00 | $796.50 | COMMUNICATIONS AND ATTENTION TO ██████ ISSUES AND ████████ (0.6); COMMUNICATIONS REGARDING DISCOVERY ORDER AND DOCUMENT SEARCHES (0.3). |
| | 2.20 | FALCONER, RUSSELL H | $610.00 | $1,342.00 | PREPARE FOR TOMORROW'S MEETING (0.7); WORK ON REVIEW PROTOCOL (1.5). |
| 04/28/15 | 2.30 | RAIFF, MICHAEL L | $885.00 | $2,035.50 | PARTICIPATE IN MEETING WITH ███████████. |
| | 4.00 | FALCONER, RUSSELL H | $610.00 | $2,440.00 | PREPARE FOR AND ATTEND ██████████ MEETING ████ ██████████████ |
| 04/30/15 | 0.80 | DAWSON, WILLIAM B | $975.00 | $780.00 | CALLS AND CONFERENCE WITH CLIENT. |
| | 2.20 | RAIFF, MICHAEL L | $885.00 | $1,947.00 | WORK ON CONFIDENTIALITY ORDER AND DISCOVERY PROCEDURE ORDER (1.2); CONFERENCE CALL WITH CLIENTS (1.0). |
| | 1.70 | FALCONER, RUSSELL H | $610.00 | $1,037.00 | CLEAN UP NOTES FROM ████████ AND CIRCULATE SAME TO TEAM (0.4); PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (1.3). |

| 1.20 | VINEY, ELIZABETH M | $525.00 | $630.00 | REVIEW R. FALCONER NOTES REGARDNG ███████████ ████████ (0.2); PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL (1.0). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015053083**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $   2,521.00 | $       0.00 | $   2,521.00 |
|  | **Totals** | $   2,521.00 | $     0.00 | $   2,521.00 |
|  | **Current Balance Due** |  |  | $   2,521.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 10/03/14 | 2014101460 | $   239.40 | $   0.00 | $   239.40 |
| 92772-00023 | 11/12/14 | 2014111766 | 152.80 | 0.00 | 152.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $     392.20

**TOTAL OUTSTANDING BALANCE DUE**                          $   2,913.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015053083**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $  2,521.00 | $    0.00 | $  2,521.00 |
|  | **Totals** | $   2,521.00 | $    0.00 | $   2,521.00 |
|  | **Current Balance Due** |  |  | $   2,521.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 10/03/14 | 2014101460 | $   239.40 | $   0.00 | $   239.40 |
| 92772-00023 | 11/12/14 | 2014111766 | 152.80 | 0.00 | 152.80 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: May 11, 2015**                                                                                    **Invoice No. 2015053083**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| **PREVIOUS BALANCE DUE** | $ | 392.20 |
| **TOTAL OUTSTANDING BALANCE DUE** | $ | 2,913.20 |

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


2011 FPL LAWSUIT
92772-00023

_____

For Services Rendered Through April 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.60 | $ 885.00 | $  1,416.00 |
| WILLIAM T. THOMPSON | 2.60 | 425.00 | 1,105.00 |
| **Total Services** | | | $  2,521.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 2,521.00 |
| **BALANCE DUE** | $   2,521.00 |

2011 FPL LAWSUIT
92772-00023

---

Detail Services:

04/06/15

| 1.60 | RAIFF, MICHAEL L | $885.00 | $1,416.00 | COMMUNICATIONS WITH OPPOSING COUNSEL (0.1); WORK ON ███████ ██████████ AND RELATED COMMUNICATIONS (1.5). |
| 0.90 | THOMPSON, WILLIAM T | $425.00 | $382.50 | REVIEW AND ANALYZE PREVIOUS FILINGS AND CORRESPONDENCE (0.5); RESEARCH ████████████ ████ (0.4). |

04/17/15

| 1.70 | THOMPSON, WILLIAM T | $425.00 | $722.50 | ████████████████████ |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051946**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  8,696.00 | $  0.00 | $  8,696.00 |
|  | **Totals** | $  8,696.00 | $  0.00 | $  8,696.00 |
|  | **Current Balance Due** |  |  | $  8,696.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $  9,288.20 | $  0.00 | $  9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 5,169.10 | 0.00 | 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 16,290.50 | 0.00 | 16,290.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 04/30/15 | 2015050274 | 8,560.00 | 0.00 | 8,560.00 |

**PREVIOUS BALANCE DUE**                    $   60,617.00

**TOTAL OUTSTANDING BALANCE DUE**                    $   69,313.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051946**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $    8,696.00 | $    0.00 | $    8,696.00 |
|  | **Totals** | $    8,696.00 | $    0.00 | $    8,696.00 |
|  | **Current Balance Due** |  |  | $    8,696.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $    9,288.20 | $    0.00 | $    9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 12/08/14 | 2014122606 | 4,015.10 | 0.00 | 4,015.10 |
| 92772-00030 | 01/07/15 | 2015010935 | 3,670.60 | 0.00 | 3,670.60 |
| 92772-00030 | 02/10/15 | 2015021882 | 5,169.10 | 0.00 | 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 16,290.50 | 0.00 | 16,290.50 |
| 92772-00030 | 04/30/15 | 2015050274 | 8,560.00 | 0.00 | 8,560.00 |

**PREVIOUS BALANCE DUE**                                   $  60,617.00

**TOTAL OUTSTANDING BALANCE DUE**                   $  69,313.00

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


RETENTION/FEE APPLICATIONS
92772-00030

_____


For Services Rendered Through April 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.30 | $ 835.00 | $    250.50 |
| MATTHEW G. BOUSLOG | 2.20 | 625.00 | 1,375.00 |
| DUKE K. AMPONSAH | 17.90 | 395.00 | 7,070.50 |
| **Total Services** | | | $  8,696.00 |

**Total Services, Costs/Charges**                              8,696.00

**BALANCE DUE**                                              $   8,696.00

RETENTION/FEE APPLICATIONS
92772-00030

_____

Detail Services:

04/01/15

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | REVIEW AND REVISE FEE STATEMENT. |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | E-MAILS WITH R. LITTLE AND D. AMPONSAH REGARDING FEE STATEMENT. |
| 0.50 | AMPONSAH, DUKE K | $395.00 | $197.50 | UPDATE DRAFT FEBRUARY 2015 MONTHLY FEE STATEMENT. |

04/02/15

| | | | | |
|---|---|---|---|---|
| 0.90 | AMPONSAH, DUKE K | $395.00 | $355.50 | UPDATE DRAFT FEBRUARY 2015 MONTHLY FEE STATEMENT (0.6); CONFER WITH BILLING DEPARTMENT REGARDING SAME (0.3). |

04/03/15

| | | | | |
|---|---|---|---|---|
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | REVIEW AND REVISE FEE STATEMENT (0.2); E-MAILS WITH J. MADRON, R. LITTLE AND D. AMPONSAH REGARDING SAME (0.1). |

04/06/15

| | | | | |
|---|---|---|---|---|
| 0.50 | BOUSLOG, MATTHEW G | $625.00 | $312.50 | ANALYZE FEE COMMITTEE LETTER REGARDING FEE APPLICATION (0.2); E-MAILS WITH C. GOOCH, R. LITTLE AND J. GRAVES REGARDING SAME (0.3). |
| 0.90 | AMPONSAH, DUKE K | $395.00 | $355.50 | UPLOAD GDC FEBRUARY 2015 MONTHLY FEE STATEMENT TO FEE COMMITTEE WEBSITE (0.4); REVIEW MARCH 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.5). |

04/07/15

| | | | | |
|---|---|---|---|---|
| 1.10 | BOUSLOG, MATTHEW G | $625.00 | $687.50 | CALLS WITH C. GOOCH AND K. STADLER REGARDING FEE COMMITTEE LETTER AND FEE APPLICATION (0.8); E-MAILS WITH K. STADLER AND R. LITTLE REGARDING SAME (0.3). |

| Date | | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 04/08/15 | 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | E-MAILS WITH G. MOOR AND R. ST. JOHN REGARDING FEE STATEMENT. |
| 04/09/15 | 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | REVIEW MARCH 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 04/13/15 | 1.30 | AMPONSAH, DUKE K | $395.00 | $513.50 | PREPARE DRAFT OF EXHIBITS OF MARCH 2015 MONTHLY FEE STATEMENT. |
| 04/15/15 | 1.20 | AMPONSAH, DUKE K | $395.00 | $474.00 | UPDATE DRAFT OF EXHIBITS OF MARCH 2015 MONTHLY FEE STATEMENT. |
| 04/16/15 | 3.00 | AMPONSAH, DUKE K | $395.00 | $1,185.00 | PREPARE DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT. |
| 04/20/15 | 2.50 | AMPONSAH, DUKE K | $395.00 | $987.50 | CONTINUE PREPARING DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT. |
| 04/21/15 | 1.10 | AMPONSAH, DUKE K | $395.00 | $434.50 | CONTINUE PREPARING DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT. |
| 04/22/15 | 1.10 | AMPONSAH, DUKE K | $395.00 | $434.50 | CONTINUE PREPARING DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT. |
| 04/23/15 | 2.30 | AMPONSAH, DUKE K | $395.00 | $908.50 | CONTINUE PREPARING DRAFT OF MARCH 2015 MONTHLY FEE STATEMENT. |
| 04/29/15 | 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | REVIEW MARCH 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |

04/30/15

| | | | | |
|---|---|---|---|---|
| 1.50 | AMPONSAH, DUKE K | $395.00 | $592.50 | REVIEW MARCH 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.9); UPDATE DRAFT OF EXHIBITS OF MARCH 2015 MONTHLY FEE STATEMENT (0.6). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051947**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  17,215.00 | $     0.00 | $  17,215.00 |
|  | **Totals** | $  17,215.00 | $  0.00 | $  17,215.00 |
|  | **Current Balance Due** |  |  | $  17,215.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $    758.40 | $    0.00 | $    758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 1,932.20 | 0.00 | 1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 19,297.00 | 0.00 | 19,297.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 04/30/15 | 2015050275 | 15,583.50 | 0.00 | 15,583.50 |

**PREVIOUS BALANCE DUE**                                                     $   40,633.60

**TOTAL OUTSTANDING BALANCE DUE**                                $   57,848.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051947**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  17,215.00 | $      0.00 | $  17,215.00 |
| | **Totals** | $  17,215.00 | $      0.00 | $  17,215.00 |
| | **Current Balance Due** | | | $  17,215.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $    758.40 | $  0.00 | $    758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: May 11, 2015**                                          **Invoice No. 2015051947**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00031 | 12/08/14 | 2014122607 | 122.40 | 0.00 | 122.40 |
| 92772-00031 | 01/07/15 | 2015010936 | 2,402.90 | 0.00 | 2,402.90 |
| 92772-00031 | 02/10/15 | 2015021883 | 1,932.20 | 0.00 | 1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 19,297.00 | 0.00 | 19,297.00 |
| 92772-00031 | 04/30/15 | 2015050275 | 15,583.50 | 0.00 | 15,583.50 |

**PREVIOUS BALANCE DUE** $ 40,633.60

**TOTAL OUTSTANDING BALANCE DUE** $ 57,848.60

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through April 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 16.50 | $ 835.00 | $ 13,777.50 |
| KATHERINE E. COURNOYER | 5.50 | 625.00 | 3,437.50 |
| **Total Services** | | | $ 17,215.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 17,215.00 |
| **BALANCE DUE** | | $ 17,215.00 |

**Invoice Date: May 11, 2015**                                                      **Invoice No. 2015051947**

**Due and Payable Upon Receipt**

EFH SEC MATTERS
92772-00031

_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 04/06/15 | 1.60 | LITTLE, ROBERT B | $835.00 | $1,336.00 | REVIEW 8-K FILING ISSUE FOR A. WRIGHT (0.8); REVIEW PRECEDENT FORM 8-KS REGARDING SAME (0.6); E-MAIL TO A. WRIGHT REGARDING SAME (0.2). |
| 04/07/15 | 1.80 | LITTLE, ROBERT B | $835.00 | $1,503.00 | PREPARE FORM 8-K FOR PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT. |
| 04/11/15 | 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW REVISIONS TO FORM 8-K. |
| 04/13/15 | 4.20 | LITTLE, ROBERT B | $835.00 | $3,507.00 | REVIEW AND REVISE FORM 10-Q (3.4); WORK ON FORM 8-K FOR DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION (0.8). |
|  | 2.50 | COURNOYER, KATHERINE E | $625.00 | $1,562.50 | COORDINATE FILING OF 8-K AND EXHIBITS. |
| 04/14/15 | 2.60 | LITTLE, ROBERT B | $835.00 | $2,171.00 | REVIEW FORM 8-K FOR DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION (0.8); REVIEW AND REVISE FORM 10-Q (1.8). |
|  | 3.00 | COURNOYER, KATHERINE E | $625.00 | $1,875.00 | COORDINATE FILING OF 8-K AND EXHIBITS. |
| 04/15/15 | 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | CONFER WITH G. SANTOS REGARDING FORM 10-Q (0.2); REVIEW FORM 10-Q RULES REGARDING SAME (0.2). |
| 04/20/15 | 3.20 | LITTLE, ROBERT B | $835.00 | $2,672.00 | REVIEW AND REVISE FORM 10-Q. |

| 04/29/15 | | | | |
|---|---|---|---|---|
| 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | REVIEW AND REVISE FORM 10-Q. |
| 04/30/15 | | | | |
| 1.60 | LITTLE, ROBERT B | $835.00 | $1,336.00 | REVIEW AND REVISE FORM 10-Q. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051948**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  8,687.00 | $      0.00 | $  8,687.00 |
|  | **Totals** | $  8,687.00 | $  0.00 | $  8,687.00 |
|  | **Current Balance Due** |  |  | $  8,687.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 10/04/14 | 2014102214 | $  2,802.80 | $   0.00 | $  2,802.80 |
| 92772-00032 | 11/12/14 | 2014112987 | 4,520.40 | 0.00 | 4,520.40 |
| 92772-00032 | 12/08/14 | 2014122608 | 1,501.00 | 0.00 | 1,501.00 |
| 92772-00032 | 01/07/15 | 2015010937 | 1,185.00 | 0.00 | 1,185.00 |
| 92772-00032 | 02/10/15 | 2015021884 | 8,447.90 | 0.00 | 8,447.90 |
| 92772-00032 | 03/16/15 | 2015032313 | 23,419.00 | 0.00 | 23,419.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 04/30/15 | 2015050276 | 5,532.00 | 0.00 | 5,532.00 |

**PREVIOUS BALANCE DUE**      $ 47,408.10

**TOTAL OUTSTANDING BALANCE DUE**      $ 56,095.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051948**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $   8,687.00 | $      0.00 | $   8,687.00 |
|  | **Totals** | $   8,687.00 | $      0.00 | $   8,687.00 |
|  | **Current Balance Due** |  |  | $   8,687.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 10/04/14 | 2014102214 | $   2,802.80 | $      0.00 | $   2,802.80 |
| 92772-00032 | 11/12/14 | 2014112987 | 4,520.40 | 0.00 | 4,520.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: May 11, 2015                                                                 Invoice No. 2015051948

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00032 | 12/08/14 | 2014122608 | 1,501.00 | 0.00 | 1,501.00 |
| 92772-00032 | 01/07/15 | 2015010937 | 1,185.00 | 0.00 | 1,185.00 |
| 92772-00032 | 02/10/15 | 2015021884 | 8,447.90 | 0.00 | 8,447.90 |
| 92772-00032 | 03/16/15 | 2015032313 | 23,419.00 | 0.00 | 23,419.00 |
| 92772-00032 | 04/30/15 | 2015050276 | 5,532.00 | 0.00 | 5,532.00 |

**PREVIOUS BALANCE DUE**                                  $  47,408.10

**TOTAL OUTSTANDING BALANCE DUE**                          $  56,095.10

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

---

For Services Rendered Through April 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 9.80 | $ 835.00 | $ 8,183.00 |
| JONATHAN M. WHALEN | 0.80 | 630.00 | 504.00 |
| **Total Services** | | | $ 8,687.00 |

| | |
|--|--|
| **Total Services, Costs/Charges** | 8,687.00 |
| **BALANCE DUE** | $ 8,687.00 |

**Due and Payable Upon Receipt**

EFH CORPORATE MATTERS
92772-00032

_____

Detail Services:

| 04/10/15 | | | | |
|---|---|---|---|---|
| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | TELEPHONE CALL WITH A. WRIGHT REGARDING CT LEVERAGED LEASE LEGAL OPINION ISSUE (0.1); EXAMINE ISSUE REGARDING SAME (0.4); E-MAIL TO A. WRIGHT REGARDING SAME (0.2). |
| 04/17/15 | | | | |
| 0.80 | WHALEN, JONATHAN M | $630.00 | $504.00 | ANALYSIS REGARDING REQUISITE UCC FILINGS IN CONNECTION WITH CT LEASES. |
| 04/21/15 | | | | |
| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | TELEPHONE CALL WITH A. WRIGHT REGARDING NOTES OFFERING LEGAL OPINIONS (0.2); REVIEW FILES REGARDING SAME (0.5). |
| 04/23/15 | | | | |
| 1.10 | LITTLE, ROBERT B | $835.00 | $918.50 | TELEPHONE CALL WITH J. WALKER REGARDING DISBANDING AUDIT COMMITTEE AND NEW CORPORATE POLICY REGARDING OFFICER ELECTIONS AND APPOINTMENTS (0.4); EXAMINE ISSUES RELATED TO SAME (0.7). |
| 04/24/15 | | | | |
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | E-MAILS WITH J. WALKER REGARDING BOARD AND COMMITTEE MEETING DATA (0.2); REVIEW MATERIALS RELATED TO DISBANDING OF AUDIT COMMITTEE (0.2). |
| 04/27/15 | | | | |
| 1.80 | LITTLE, ROBERT B | $835.00 | $1,503.00 | PREPARE POLICY ON ELECTING AND APPOINTING OFFICERS (1.6); PREPARE RESOLUTION REGARDING DELEGATION OF AUTHORITY TO APPOINT OFFICERS (0.2). |

| Date / Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 04/28/15<br>1.10 | LITTLE, ROBERT B | $835.00 | $918.50 | TELEPHONE CALL WITH A. BURTON REGARDING DIRECTOR AND OFFICER FIDUCIARY DUTY ISSUES (0.2); EXAMINE SAME (0.9). |
| 04/29/15<br>2.50 | LITTLE, ROBERT B | $835.00 | $2,087.50 | ANALYZE FIDUCIARY DUTY ISSUES FOR J. WALKER AND A. BURTON (1.4); DRAFT E-MAIL TO J. WALKER AND A. BURTON REGARDING SAME (1.1). |
| 04/30/15<br>1.50 | LITTLE, ROBERT B | $835.00 | $1,252.50 | EXAMINE OFFICER AND EMPLOYEE FIDUCIARY DUTIES (1.4); E-MAIL TO J. WALKER REGARDING SAME (0.3). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051949**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00035 | EFIH Corporate Matters | $   1,504.50 | $      0.00 | $   1,504.50 |
|  | **Totals** | $   1,504.50 | $      0.00 | $   1,504.50 |
|  | **Current Balance Due** |  |  | $   1,504.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00035 | 04/30/15 | 2015050278 | $   315.00 | $   0.00 | $   315.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: May 11, 2015**                                                    **Invoice No. 2015051949**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                      $     315.00

**TOTAL OUTSTANDING BALANCE DUE**                            $   1,819.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051949**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00035 | EFIH Corporate Matters | $   1,504.50 | $   0.00 | $   1,504.50 |
|  | **Totals** | $   1,504.50 | $   0.00 | $   1,504.50 |
|  | **Current Balance Due** |  |  | $   1,504.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00035 | 04/30/15 | 2015050278 | $   315.00 | $   0.00 | $   315.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**PREVIOUS BALANCE DUE**                                    $      315.00

**TOTAL OUTSTANDING BALANCE DUE**                           $    1,819.50

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFIH CORPORATE MATTERS
92772-00035

_____

For Services Rendered Through April 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.50 | $ 835.00 | $  1,252.50 |
| JONATHAN M. WHALEN | 0.40 | 630.00 | 252.00 |
| **Total Services** | | | $   1,504.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 1,504.50 |
| **BALANCE DUE** | $   1,504.50 |

**Invoice Date: May 11, 2015**                        **Invoice No. 2015051949**

**Due and Payable Upon Receipt**

EFIH CORPORATE MATTERS
92772-00035

_____

Detail Services:

04/20/15
0.40       WHALEN, JONATHAN M        $630.00       $252.00    E-MAILS AND ANALYSIS
                                                              REGARDING LEGAL OPINIONS
                                                              FROM 2010 EFIH EXCHANGE
                                                              OFFER.

04/27/15
1.50       LITTLE, ROBERT B          $835.00      $1,252.50   TELEPHONE CALL WITH A.
                                                              WRIGHT REGARDING REIT
                                                              SECURITIES ISSUES FOR EFIH
                                                              (0.2); REVIEW MATERIALS
                                                              REGARDING SAME (0.4);
                                                              PARTICIPATE IN TELEPHONE
                                                              CALL WITH WORKING GROUP
                                                              REGARDING SAME (0.5);
                                                              REVISE SLIDE REGARDING
                                                              TERMINATION OF AUDIT
                                                              COMMITTEE (0.4).

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051950**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00041 | EFCH SEC Matters | $  4,680.50 | $     0.00 | $  4,680.50 |
|  | **Totals** | $  4,680.50 | $     0.00 | $  4,680.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  4,680.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051950**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00041 | EFCH SEC Matters | $   4,680.50 | $      0.00 | $   4,680.50 |
|  | **Totals** | $   4,680.50 | $      0.00 | $   4,680.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   4,680.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFCH SEC MATTERS
92772-00041

---

For Services Rendered Through April 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 4.70 | $ 835.00 | $ 3,924.50 |
| JONATHAN M. WHALEN | 1.20 | 630.00 | 756.00 |
| **Total Services** | | | $ 4,680.50 |

**Total Services, Costs/Charges**                    4,680.50

**BALANCE DUE**                    $   4,680.50

**Invoice Date: May 11, 2015**                    **Invoice No. 2015051950**

**Due and Payable Upon Receipt**

EFCH SEC MATTERS
92772-00041

_____

Detail Services:

| 04/01/15 | | | | |
|---|---|---|---|---|
| 2.50 | LITTLE, ROBERT B | $835.00 | $2,087.50 | WORK ON CHECKLIST FOR CH. 11 EMERGENCE CORPORATE-RELATED ACTION ITEMS. |
| 04/07/15 | | | | |
| 1.10 | LITTLE, ROBERT B | $835.00 | $918.50 | REVIEW DISCLOSURE STATEMENT. |
| 04/30/15 | | | | |
| 1.10 | LITTLE, ROBERT B | $835.00 | $918.50 | CONFER WITH J. WHALEN AND C. CALLOWAY REGARDING REORGANIZED TCEH EMERGENCE SECURITIES ISSUES (0.5); REVIEW SLIDE DECK AND CHECKLIST REGARDING SAME (0.8). |
| 1.20 | WHALEN, JONATHAN M | $630.00 | $756.00 | ANALYSIS REGARDING EMERGENCE STRUCTURE AND RELATED TRANSACTION REQUIREMENTS. |

**Invoice Date: May 11, 2015**           **Invoice No. 2015051950**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015053178**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00044 | TCEH Non-Working Travel | $  2,196.00 | $      0.00 | $  2,196.00 |
|  | **Totals** | $  2,196.00 | $    0.00 | $  2,196.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  2,196.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: May 11, 2015**                                          **Invoice No. 2015053178**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015053178**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00044 | TCEH Non-Working Travel | $   2,196.00 | $      0.00 | $   2,196.00 |
| | **Totals** | $   2,196.00 | $    0.00 | $   2,196.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $   2,196.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH NON-WORKING TRAVEL
92772-00044

_____

For Services Rendered Through April 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| RUSSELL H. FALCONER | 3.60 | $ 610.00 | $ 2,196.00 |
| **Total Services** | | | $ 2,196.00 |
| **Total Services, Costs/Charges** | | | 2,196.00 |
| **BALANCE DUE** | | | $  2,196.00 |

TCEH NON-WORKING TRAVEL
92772-00044

_____

Detail Services:

04/27/15
  1.80     FALCONER, RUSSELL H     $610.00     $1,098.00   TRAVEL TO CHICAGO.

04/28/15
  1.80     FALCONER, RUSSELL H     $610.00     $1,098.00   TRAVEL HOME FROM CHICAGO.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051951**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $ 500.00 | $ 0.00 | $ 500.00 |
| | **Totals** | $ 500.00 | $ 0.00 | $ 500.00 |
| | **Current Balance Due** | | | $ 500.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $ 1,342.90 | $ 0.00 | $ 1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 175.91 | 0.00 | 175.91 |
| 92772-00046 | 02/10/15 | 2015021886 | 187.00 | 0.00 | 187.00 |
| 92772-00046 | 04/30/15 | 2015050283 | 854.50 | 0.00 | 854.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: May 11, 2015                                                      Invoice No. 2015051951
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                $   3,205.01

**TOTAL OUTSTANDING BALANCE DUE**                      $   3,705.01

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051951**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $ 500.00 | $ 0.00 | $ 500.00 |
|  | **Totals** | $ 500.00 | $ 0.00 | $ 500.00 |
|  | **Current Balance Due** |  |  | $ 500.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $ 1,342.90 | $ 0.00 | $ 1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 12/08/14 | 2014122609 | 264.70 | 0.00 | 264.70 |
| 92772-00046 | 01/07/15 | 2015010938 | 175.91 | 0.00 | 175.91 |
| 92772-00046 | 02/10/15 | 2015021886 | 187.00 | 0.00 | 187.00 |
| 92772-00046 | 04/30/15 | 2015050283 | 854.50 | 0.00 | 854.50 |

**PREVIOUS BALANCE DUE** $ 3,205.01

**TOTAL OUTSTANDING BALANCE DUE** $ 3,705.01

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

_____

For Services Rendered Through April 30, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.80 | $ 625.00 | $ | 500.00 |
| **Total Services** | | | $ | 500.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 500.00 |
| **BALANCE DUE** | $ | 500.00 |

**Due and Payable Upon Receipt**

BUDGETING-RELATED WORK
92772-00046
_____

Detail Services:

04/08/15
0.30      BOUSLOG, MATTHEW G        $625.00        $187.50      DRAFT BUDGET (0.2); E-MAILS
                                                                WITH J. HO, R. LITTLE, M. RAIFF
                                                                AND A. JOHNSON REGARDING
                                                                SAME (0.1).

04/14/15
0.10      BOUSLOG, MATTHEW G        $625.00         $62.50      E-MAILS WITH M. RAIFF
                                                                REGARDING BUDGET.

04/15/15
0.40      BOUSLOG, MATTHEW G        $625.00        $250.00      DRAFT BUDGET (0.2); E-MAILS
                                                                WITH G. MOOR, D. KELLY AND
                                                                B. DAWSON REGARDING SAME
                                                                (0.2).