<u>**Exhibit H**</u>

**Detailed Description of Expenses and Disbursements**

**Exhibit H-1**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021924**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $ 0.00 | $ 5.60 | $ 5.60 |
|  | **Totals** | $ 0.00 | $ 5.60 | $ 5.60 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 5.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 10, 2015**

**Invoice No. 2015021924**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $      0.00 | $      5.60 | $      5.60 |
|  | **Totals** | $      0.00 | $      5.60 | $      5.60 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $      5.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH EXPENSES AND DISBURSEMENTS
92772-00037

---

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| IN HOUSE DUPLICATION | $ | 5.60 |
| **Total Costs/Charges** | | 5.60 |
| **BALANCE DUE** | | $    5.60 |

EFH EXPENSES AND DISBURSEMENTS
92772-00037
_____

Detail Costs/Charges:
In House Duplication
  01/27/15                  5.60    IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/27/15

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 27, 2015**

**Invoice No. 2015021888**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $  8,925.16 | $  8,925.16 |
|  | **Totals** | $    0.00 | $  8,925.16 | $  8,925.16 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  8,925.16 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 27, 2015**

**Invoice No. 2015021888**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $  8,925.16 | $  8,925.16 |
|  | **Totals** | $    0.00 | $  8,925.16 | $  8,925.16 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  8,925.16 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: February 27, 2015                                          Invoice No. 2015021888
**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | $    157.40 |
| MEALS | 95.76 |
| OUTSIDE SERVICES/CONSULTANTS | 8,660.00 |
| TRAVEL - PARKING | 12.00 |

**Total Costs/Charges**                                         8,925.16

**BALANCE DUE**                                            $    8,925.16

**Due and Payable Upon Receipt**

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
In House Duplication

| | | |
|---|---|---|
| 01/02/15 | 0.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/02/15 |
| 01/08/15 | 37.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/08/15 |
| 01/16/15 | 112.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/16/15 |
| 01/20/15 | 5.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/20/15 |
| 01/28/15 | 1.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/28/15 |

Meals

| | | |
|---|---|---|
| 01/16/15 | 95.76 | VENDOR: AU BON PAIN DBA FGR RESTAURANTS LP INVOICE#: 116151 DATE: 1/16/2015  MEALS/FOOD FOR NSR VIDEO CONFERENCE MEETING |

Outside Services/Consultants

| | | |
|---|---|---|
| 01/07/15 | 8,660.00 | VENDOR: POINT MULTIMEDIA INVOICE#: 830-010715 DATE: 1/7/2015  OUTSIDE SERVICES/CONSULTANTS/NSR CASE - RETAINER FOR MULTIMEDIA SERVICES |

Travel - Parking

| | | |
|---|---|---|
| 01/28/15 | 12.00 | VENDOR: MICHAEL L. RAIFF INVOICE#: 0752518502061323 DATE: 1/28/2015  PARKING/DALLAS, TX/PARKING FOR MEETING AT EFH RE NSR |

**<u>Exhibit H-2</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 25, 2015**

**Invoice No. 2015033240**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    468.99 | $    468.99 |
|  | **Totals** | $    0.00 | $    468.99 | $    468.99 |
|  | **Current Balance Due** |  |  | $    468.99 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 02/27/15 | 2015021888 | $    0.00 | $  8,925.16 | $  8,925.16 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $    8,925.16

**TOTAL OUTSTANDING BALANCE DUE**                          $    9,394.15

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 25, 2015**

**Invoice No. 2015033240**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 28, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    468.99 | $    468.99 |
|  | **Totals** | $    0.00 | $    468.99 | $    468.99 |
|  | **Current Balance Due** |  |  | $    468.99 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 02/27/15 | 2015021888 | $    0.00 | $    8,925.16 | $    8,925.16 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**PREVIOUS BALANCE DUE** $ 8,925.16

**TOTAL OUTSTANDING BALANCE DUE** $ 9,394.15

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| FILING FEES | $ | 10.29 |
| IN HOUSE DUPLICATION | | 458.70 |
| **Total Costs/Charges** | | 468.99 |
| | | |
| **BALANCE DUE** | | $   468.99 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

Detail Costs/Charges:
Filing Fees

| 02/25/15 | 10.29 | VENDOR: WILLIAM T. THOMPSON INVOICE#: 0774069203041319 DATE: 2/25/2015  FILING FEES/EFILE.TXCOURTS.GOV/FILING FEE FOR MOTION FOR EXTENSION OF TIME |

In House Duplication

| 02/04/15 | 3.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/04/15 |
| 02/05/15 | 445.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/05/15 |
| 02/17/15 | 8.00 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/17/15 |
| 02/25/15 | 1.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/25/15 |

**Exhibit H-3**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015052992**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $      0.00 | $      541.20 | $      541.20 |
|  | **Totals** | $      0.00 | $      541.20 | $      541.20 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $      541.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 30, 2015**                                         **Invoice No. 2015052992**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015052992**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $ 0.00 | $ 541.20 | $ 541.20 |
|  | **Totals** | $ 0.00 | $ 541.20 | $ 541.20 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 541.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: April 30, 2015**                                                    **Invoice No. 2015052992**
**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH EXPENSES AND DISBURSEMENTS
92772-00037

---

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| IN HOUSE DUPLICATION | $ | 541.20 |
| **Total Costs/Charges** | | 541.20 |
| **BALANCE DUE** | | $   541.20 |

EFH EXPENSES AND DISBURSEMENTS
92772-00037

_____

Detail Costs/Charges:
In House Duplication

| | | |
|---|---:|---|
| 03/02/15 | 196.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/02/15 |
| 03/09/15 | 130.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/09/15 |
| 03/10/15 | 16.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/10/15 |
| 03/19/15 | 18.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/19/15 |
| 03/23/15 | 25.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/23/15 |
| 03/24/15 | 17.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/24/15 |
| 03/25/15 | 133.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/25/15 |
| 03/26/15 | 1.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/26/15 |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050280**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00039 | EFIH Expenses and Disbursements | $    0.00 | $    52.30 | $    52.30 |
|  | **Totals** | $    0.00 | $    52.30 | $    52.30 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    52.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015050280**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00039 | EFIH Expenses and Disbursements | $    0.00 | $    52.30 | $    52.30 |
|  | **Totals** | $    0.00 | $    52.30 | $    52.30 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    52.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFIH EXPENSES AND DISBURSEMENTS
92772-00039

---

| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | $   52.30 |
| **Total Costs/Charges** | 52.30 |
| **BALANCE DUE** | $   52.30 |

EFIH EXPENSES AND DISBURSEMENTS
92772-00039

---

Detail Costs/Charges:
<u>In House Duplication</u>

| Date | Amount | Description |
|---|---|---|
| 03/16/15 | 37.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/16/15 |
| 03/18/15 | 15.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/18/15 |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015052994**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $ 0.00 | $ 14,729.37 | $ 14,729.37 |
|  | **Totals** | $ 0.00 | $ 14,729.37 | $ 14,729.37 |
|  | **Current Balance Due** |  |  | $ 14,729.37 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 03/25/15 | 2015033240 | $ 0.00 | $ 468.99 | $ 468.99 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 30, 2015**                                          **Invoice No. 2015052994**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $     468.99

**TOTAL OUTSTANDING BALANCE DUE** $   15,198.36

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 30, 2015**

**Invoice No. 2015052994**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $  14,729.37 | $  14,729.37 |
|  | **Totals** | $    0.00 | $  14,729.37 | $  14,729.37 |
|  | **Current Balance Due** |  |  | $  14,729.37 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 03/25/15 | 2015033240 | $    0.00 | $   468.99 | $     468.99 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $    468.99

**TOTAL OUTSTANDING BALANCE DUE** $   15,198.36

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL | |
|---|---|---|
| IN HOUSE DUPLICATION | $ | 5.60 |
| OUTSIDE SERVICES/CONSULTANTS | | 14,679.77 |
| TRAVEL - PARKING | | 44.00 |
| **Total Costs/Charges** | | 14,729.37 |
| | | |
| **BALANCE DUE** | | $ 14,729.37 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042
_____

Detail Costs/Charges:
In House Duplication

| | | |
|---|---|---|
| 03/09/15 | 0.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/09/15 |
| 03/23/15 | 4.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 03/23/15 |

Outside Services/Consultants

| | | |
|---|---|---|
| 03/07/15 | 14,237.58 | VENDOR: POINT MULTIMEDIA INVOICE#: 830-030715 DATE: 3/7/2015  OUTSIDE SERVICES/CONSULTANTS/MULTIMEDIA SERVICES |
| 03/25/15 | 442.19 | VENDOR: FAST SIGNS INVOICE#: 4-91946 DATE: 3/25/2015 OUTSIDE SERVICES/CONSULTANTS/UV FLATBED - FULL COLOR PRINT ON 3/16" ULTRAWHITE DP |

Travel - Parking

| | | |
|---|---|---|
| 03/19/15 | 8.00 | VENDOR: RUSSELL FALCONER INVOICE#: 0791540203251211 DATE: 3/19/2015  PARKING/DALLAS, TX/ATTEND MEETINGS AT CLIENT. |
| 03/25/15 | 12.00 | VENDOR: RUSSELL FALCONER INVOICE#: 0793199103261220 DATE: 3/25/2015  PARKING/DALLAS, TX/ATTEND MEETINGS AT EFH. |
| 03/25/15 | 12.00 | VENDOR: MICHAEL L. RAIFF INVOICE#: 0798078303311905 DATE: 3/25/2015  PARKING/DALLAS, TX/MEETINGS AT EFH REGARDING NSR. |
| 03/26/15 | 12.00 | VENDOR: MICHAEL L. RAIFF INVOICE#: 0798081704011209 DATE: 3/26/2015  PARKING/DALLAS, TX/MEETING AT EFH REGARDING NSR. |

**<u>Exhibit H-4</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051619**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $    0.00 | $    43.90 | $    43.90 |
|  | **Totals** | $    0.00 | $    43.90 | $    43.90 |
|  | **Current Balance Due** |  |  | $    43.90 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00037 | 04/30/15 | 2015052992 | $    0.00 | $    541.20 | $    541.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: May 11, 2015                                    Invoice No. 2015051619

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                          $    541.20

**TOTAL OUTSTANDING BALANCE DUE**                     $    585.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015051619**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $ 0.00 | $ 43.90 | $ 43.90 |
|  | **Totals** | $ 0.00 | $ 43.90 | $ 43.90 |
|  | **Current Balance Due** |  |  | $ 43.90 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00037 | 04/30/15 | 2015052992 | $ 0.00 | $ 541.20 | $ 541.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $    541.20

**TOTAL OUTSTANDING BALANCE DUE**                           $    585.10

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH EXPENSES AND DISBURSEMENTS
92772-00037

---

COSTS/CHARGES                                    TOTAL
IN HOUSE DUPLICATION                    $     43.90

**Total Costs/Charges**                                    43.90

**BALANCE DUE**                                    $     43.90

EFH EXPENSES AND DISBURSEMENTS
92772-00037

_____

Detail Costs/Charges:
<u>In House Duplication</u>

| | | |
|---|---|---|
| 04/01/15 | 12.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/01/15 |
| 04/02/15 | 9.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/02/15 |
| 04/13/15 | 20.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/13/15 |
| 04/30/15 | 1.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/30/15 |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015053179**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $  5,898.68 | $  5,898.68 |
|  | **Totals** | $    0.00 | $  5,898.68 | $  5,898.68 |
|  | **Current Balance Due** |  |  | $  5,898.68 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 03/25/15 | 2015033240 | $    0.00 | $    468.99 | $    468.99 |
| 92772-00042 | 04/30/15 | 2015052994 | 0.00 | 14,729.37 | 14,729.37 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   15,198.36

**TOTAL OUTSTANDING BALANCE DUE**                          $   21,097.04

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 11, 2015**

**Invoice No. 2015053179**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $   0.00 | $   5,898.68 | $   5,898.68 |
|  | **Totals** | $   0.00 | $   5,898.68 | $   5,898.68 |
|  | **Current Balance Due** |  |  | $   5,898.68 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 03/25/15 | 2015033240 | $   0.00 | $   468.99 | $   468.99 |
| 92772-00042 | 04/30/15 | 2015052994 | 0.00 | 14,729.37 | 14,729.37 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: May 11, 2015**                                           **Invoice No. 2015053179**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   15,198.36

**TOTAL OUTSTANDING BALANCE DUE**                          $   21,097.04

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL |
|---|---|
| LODGING | $ 259.23 |
| MEALS | 35.07 |
| OUTSIDE SERVICES/CONSULTANTS | 5,502.35 |
| TRAVEL - PARKING | 70.53 |
| TRAVEL - TAXI & OTHER MODES/MILES | 31.50 |

**Total Costs/Charges**                     5,898.68


**BALANCE DUE**                     $   5,898.68

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

Detail Costs/Charges:
Lodging

| 04/28/15 | 259.23 | VENDOR: RUSSELL FALCONER INVOICE#: 0828301205061214 DATE: 4/29/2015  RUSSELL H. FALCONER/LODGING/CHICAGO, IL/THE PALMER HOUSE HILTON 04/27/2015 - 04/28/2015 TRAVEL TO CHICAGO, IL FOR MEETINGS. |

Meals

| 04/27/15 | 4.07 | VENDOR: RUSSELL FALCONER INVOICE#: 0828301205061214 DATE: 4/29/2015  MEALS/DALLAS, TX/WHATABURGER/RUSSELL FALCONER/TRAVEL TO CHICAGO, IL FOR MEETINGS. |
| 04/27/15 | 16.28 | VENDOR: RUSSELL FALCONER INVOICE#: 0828301205061214 DATE: 4/29/2015  MEALS/CHICAGO, IL/7-ELEVEN/RUSSELL FALCONER/TRAVEL TO CHICAGO, IL FOR MEETINGS. |
| 04/28/15 | 14.72 | VENDOR: RUSSELL FALCONER INVOICE#: 0828301205061214 DATE: 4/29/2015  MEALS/CHICAGO, IL/STARBUCKS COFFEE/RUSSELL FALCONER/TRAVEL TO CHICAGO, IL FOR MEETINGS. |

Outside Services/Consultants

| 04/06/15 | 5,502.35 | VENDOR: POINT MULTIMEDIA INVOICE#: 830-040615 DATE: 4/6/2015  OUTSIDE SERVICES/CONSULTANTS/MULTIMEDIA SERVICES - MARCH 2015 |

Travel - Parking

| 03/18/15 | 12.00 | VENDOR: MICHAEL L. RAIFF INVOICE#: 0790559004021907 DATE: 3/18/2015  PARKING/DALLAS, TX/MEET AT EFH FOR INTERVIEWS. |
| 03/19/15 | 8.00 | VENDOR: MICHAEL L. RAIFF INVOICE#: 0790562404021907 DATE: 3/19/2015  PARKING/DALLAS, TX/ATTEND MEETINGS AT EFH REGARDING INTERVIEWS. |
| 04/14/15 | 12.00 | VENDOR: RUSSELL FALCONER INVOICE#: 0815641904221210 DATE: 4/14/2015  PARKING/DALLAS, TX/MEETING AT CLIENTS (EFH). |
| 04/29/15 | 38.53 | VENDOR: RUSSELL FALCONER INVOICE#: 0828301205061214 DATE: 4/29/2015  PARKING/DFW AIRPORT/TRAVEL TO CHICAGO, IL FOR MEETINGS. |

Travel - Taxi & Other Modes/Miles

| | | |
|---|---|---|
| 04/27/15 | 31.50 | VENDOR: RUSSELL FALCONER INVOICE#: 0828301205061214 DATE: 4/29/2015  CAB FARE/CHICAGO, IL/TRAVEL TO CHICAGO, IL FOR MEETINGS. |