# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 3 | [ALL] Automatic Stay | 0.90 | $401.50 |
| 6 | [ALL] Case Administration | 88.60 | $46,417.00 |
| 8 | [ALL] Claims Administration & Objections | 200.00 | $120,329.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 1,718.50 | $1,001,329.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 1,053.50 | $944,215.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 9.80 | $5,732.00 |
| 12 | [ALL] Hearings | 83.40 | $68,313.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 257.90 | $141,107.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 19.00 | $12,542.50 |
| 18 | [ALL] Non-Working Travel | 63.10 | $57,248.50 |
| 19 | [ALL] Official Committee Issues & Meet. | 0.10 | $48.00 |
| 21 | [ALL] Plan and Disclosure Statements | 2,097.60 | $1,699,232.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 105.20 | $73,899.00 |
| 29 | [ALL] Tax Issues | 661.40 | $636,222.50 |
| 30 | [ALL] U.S. Trustee Issues | 4.30 | $2,603.00 |
| 37 | [TCEH] Business Operations | 5.40 | $3,477.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 77.60 | $53,685.00 |
| 39 | [TCEH] Claims Administration & Objection | 49.90 | $37,043.50 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 185.30 | $151,620.50 |
| 42 | [TCEH] Environmental Issues | 7.60 | $5,104.50 |
| 46 | [TCEH] Non-Debtor Affiliates | 5.10 | $3,391.50 |
| 51 | [TCEH] Plan/Disclosure Statements | 75.30 | $80,069.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 44.90 | $28,333.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 1,042.90 | $778,383.00 |
| 70 | [EFIH] Hearings | 165.80 | $122,189.50 |
| 73 | [EFIH] Non-Working Travel | 28.40 | $21,512.00 |
| 89 | [EFH] EFH Properties | 5.50 | $3,940.50 |
| 92 | [EFH] Non-Core Subs/Discontinued Op. | 1.50 | $1,433.50 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 305.50 | $199,008.50 |
| **Totals:** | | **8,364.00** | **$6,298,832.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $7,179.16 |
| Standard Copies or Prints | $5,911.00 |
| Color Copies or Prints | $2,527.50 |
| Production Blowbacks | $2,474.90 |
| Closing/Mini Books | $12.00 |
| Postage | $9.00 |
| Overnight Delivery | $802.77 |
| Outside Messenger Services | $683.94 |
| Local Transportation | $1,824.06 |
| Travel Expense | $53,875.23 |
| Airfare | $51,530.23 |
| Transportation to/from airport | $11,000.94 |
| Travel Meals | $2,875.87 |
| Other Travel Expenses | $1,531.93 |
| Court Reporter Fee/Deposition | $8,420.35 |
| Other Court Costs and Fees | $326.00 |
| Outside Counsel Assistance | $1,208,345.00 |
| Outside Printing Services | $7,412.00 |
| Outside Copy/Binding Services | $772.60 |
| Working Meals/K&E Only | $134.08 |
| Working Meals/K&E and Others | $140.00 |
| Catering Expenses | $6,688.00 |
| Computer Database Research | $13,113.80 |
| Westlaw Research | $10,719.01 |
| LexisNexis Research | $140.51 |
| Overtime Transportation | $3,317.27 |
| Overtime Meals - Non-Attorney | $327.71 |
| Overtime Meals - Attorney | $3,618.43 |
| Rental Expenses | $10,453.25 |
| Miscellaneous Office Expense | $10.00 |
| **Total:** | **$1,416,176.54** |