# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,025.00 | 38.00 | $38,950.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,245.00 | 86.80 | $108,066.00 |
| Lauren O Casazza | Partner | 2002 | Litigation - General | 935.00 | 38.50 | $35,997.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 955.00 | 36.40 | $34,762.00 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 845.00 | 98.70 | $83,401.50 |
| Thad Davis | Partner | 2005 | Taxation | 995.00 | 0.60 | $597.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,275.00 | 137.50 | $175,312.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 825.00 | 144.60 | $119,295.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 880.00 | 63.70 | $56,056.00 |
| William Guerrieri | Partner | 2008 | Restructuring | 895.00 | 80.30 | $71,868.50 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,060.00 | 6.50 | $6,890.00 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 1,060.00 | 51.10 | $54,166.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 880.00 | 196.20 | $172,656.00 |
| Reid Huefner | Partner | 2007 | IP - Litigation | 845.00 | 76.20 | $64,389.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 975.00 | 187.90 | $183,202.50 |
| Ellen M. Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,040.00 | 1.50 | $1,560.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,235.00 | 100.10 | $123,623.50 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,060.00 | 7.90 | $8,374.00 |
| Greeg G. Kirchhoefer | Partner | 1982 | IP - Transactional | 1,145.00 | 5.60 | $6,412.00 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,275.00 | 74.80 | $95,370.00 |
| Daniel Lewis | Partner | 2008 | IP - Transactional | 895.00 | 1.60 | $1,432.00 |
| Joseph A Loy | Partner | 2005 | IP - Litigation | 895.00 | 15.10 | $13,514.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,375.00 | 76.80 | $105,600.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,090.00 | 195.60 | $213,204.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,025.00 | 153.40 | $157,235.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 930.00 | 189.00 | $175,770.00 |
| Andres Mena | Partner | 2001 | Corporate - Debt Finance | 1,060.00 | 1.40 | $1,484.00 |
| Dennis M. Myers, P.C. | Partner | 1996 | Corporate - Capital Markets | 1,245.00 | 2.80 | $3,486.00 |
| Linda K Myers, | Partner | 1990 | Corporate - Debt | 1,325.00 | 30.20 | $40,015.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| P.C. | | | Finance | | | |
| Matthew E Papez, P.C. | Partner | 1999 | Litigation - General | 935.00 | 18.50 | $17,297.50 |
| Adam Paul | Partner | 2005 | Restructuring | 1,030.00 | 0.60 | $618.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 825.00 | 174.90 | $144,292.50 |
| William T Pruitt | Partner | 2004 | Litigation - General | 895.00 | 22.80 | $20,406.00 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 895.00 | 114.70 | $102,656.50 |
| David Rosenberg | Partner | 2005 | Real Estate | 895.00 | 0.90 | $805.50 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 930.00 | 6.20 | $5,766.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,235.00 | 237.20 | $292,942.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 930.00 | 188.40 | $175,212.00 |
| Edward Schneidman, P.C. | Partner | 1980 | Corporate - Capital Markets | 1,125.00 | 2.30 | $2,587.50 |
| Michael B Slade | Partner | 1999 | Litigation - General | 995.00 | 70.80 | $70,446.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,325.00 | 113.90 | $150,917.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 880.00 | 152.10 | $133,848.00 |
| R. Timothy Stephenson | Partner | 1990 | Labor & Employment | 1,090.00 | 1.20 | $1,308.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 955.00 | 8.50 | $8,117.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,165.00 | 66.50 | $77,472.50 |
| Cristina Almendarez | Associate | 2014 | IP - Litigation | 480.00 | 1.10 | $528.00 |
| James Barolo | Associate | 2014 | Litigation - General | 480.00 | 105.80 | $50,784.00 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 845.00 | 1.20 | $1,014.00 |
| Rebecca Blake Chaikin | Associate | Pending | Restructuring | 480.00 | 212.90 | $102,192.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 480.00 | 12.60 | $6,048.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 555.00 | 0.50 | $277.50 |
| Haley Darling | Associate | 2014 | Litigation - General | 480.00 | 34.30 | $16,464.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 635.00 | 153.60 | $97,536.00 |
| George Desh | Associate | 2011 | IP - Litigation | 710.00 | 21.10 | $14,981.00 |
| David N. Draper | Associate | 2009 | IP - Litigation | 795.00 | 35.10 | $27,904.50 |
| Jennifer Elliot | Associate | 2012 | Employee Benefits | 665.00 | 0.30 | $199.50 |
| Michael Esser | Associate | 2009 | Litigation - General | 795.00 | 206.90 | $164,485.50 |
| Jason Fitterer | Associate | 2012 | IP - Litigation | 635.00 | 8.60 | $5,461.00 |
| Emily Geier | Associate | 2012 | Restructuring | 730.00 | 222.70 | $162,571.00 |
| Stefanie I. Gitler | Associate | 2009 | Environment - Transactional | 795.00 | 2.10 | $1,669.50 |
| Beatrice Hahn | Associate | 2013 | IP - Litigation | 635.00 | 5.20 | $3,302.00 |
| Inbal Hasbani | Associate | 2010 | Litigation - General | 755.00 | 11.00 | $8,305.00 |
| Sean F Hilson | Associate | 2013 | Restructuring | 570.00 | 3.80 | $2,166.00 |
| Sam Hong | Associate | 2008 | IP - Transactional | 730.00 | 3.40 | $2,482.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 570.00 | 159.40 | $90,858.00 |
| Ashley G. James | Associate | 2010 | Labor & Employment | 755.00 | 3.00 | $2,265.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Vinu Joseph | Associate | 2013 | Litigation - General | 555.00 | 10.10 | $5,605.50 |
| Lina Kaisey | Associate | Pending | Restructuring | 480.00 | 118.00 | $56,640.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 710.00 | 29.20 | $20,732.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 555.00 | 22.80 | $12,654.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 795.00 | 102.60 | $81,567.00 |
| Max Klupchak | Associate | 2011 | Corporate - M&A/Private Equity | 795.00 | 85.00 | $67,575.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 555.00 | 16.10 | $8,935.50 |
| Christine Lehman | Associate | 2014 | Taxation | 495.00 | 54.70 | $27,076.50 |
| Teresa Lii | Associate | 2014 | Restructuring | 570.00 | 169.70 | $96,729.00 |
| Jeffrey Lula | Associate | 2010 | Litigation - General | 755.00 | 29.20 | $22,046.00 |
| Allison McDonald | Associate | 2013 | Litigation - General | 555.00 | 2.30 | $1,276.50 |
| Timothy Mohan | Associate | 2014 | Restructuring | 570.00 | 92.80 | $52,896.00 |
| Michael Muna | Associate | 2013 | Corporate - General | 480.00 | 0.80 | $384.00 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 730.00 | 119.80 | $87,454.00 |
| Samara L Penn | Associate | 2010 | Litigation - General | 755.00 | 18.50 | $13,967.50 |
| Jonah Peppiatt | Associate | Pending | Restructuring | 570.00 | 116.40 | $55,872.00 |
| Alan Rabinowitz | Associate | 2010 | IP - Litigation | 710.00 | 0.10 | $71.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 570.00 | 5.90 | $3,363.00 |
| Bradford B Rossi | Associate | 2011 | Corporate - General | 730.00 | 106.00 | $77,380.00 |
| Jeremy Roux | Associate | 2014 | IP - Litigation | 480.00 | 13.20 | $6,336.00 |
| Alexandra Samowitz | Associate | Pending | Litigation - General | 480.00 | 1.70 | $816.00 |
| Max Schlan | Associate | 2012 | Restructuring | 665.00 | 185.90 | $123,623.50 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 635.00 | 11.70 | $7,429.50 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 845.00 | 251.70 | $212,686.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 685.00 | 111.40 | $76,309.00 |
| Christina Sharkey | Associate | 2014 | IP - Litigation | 480.00 | 4.80 | $2,304.00 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 665.00 | 89.50 | $59,517.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 635.00 | 123.30 | $78,295.50 |
| Gregory Springsted | Associate | Pending | IP - Litigation | 480.00 | 15.70 | $7,536.00 |
| Benjamin Steadman | Associate | Pending | Restructuring | 480.00 | 62.70 | $30,096.00 |
| Adam Stern | Associate | 2013 | Litigation - General | 635.00 | 16.40 | $10,414.00 |
| Sarah Stock | Associate | 2013 | Litigation - General | 555.00 | 16.30 | $9,046.50 |
| Thayne Stoddard | Associate | Pending | Litigation - General | 480.00 | 1.50 | $720.00 |
| Jessica Subler | Associate | 2014 | Corporate - General | 570.00 | 0.20 | $114.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 480.00 | 56.20 | $26,976.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 480.00 | 22.90 | $10,992.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 480.00 | 179.70 | $86,256.00 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 755.00 | 30.90 | $23,329.50 |
| Jason Whiteley | Associate | 2010 | Corporate - General | 845.00 | 204.20 | $172,549.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 570.00 | 212.40 | $121,068.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 665.00 | 215.60 | $143,374.00 |
| Grand Total | | | | | 7,410.80 | $6,020,889.00 |

RLF1 12234560v.1

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 210.00 | 84.70 | $17,787.00 |
| Jason Douangsanith | Case Assistant | 3 months | Litigation - General | 195.00 | 27.30 | $5,323.50 |
| Gary A Duncan | Legal Assistant | 6 years | Litigation - General | 300.00 | 11.50 | $3,450.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 265.00 | 42.60 | $11,289.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 380.00 | 19.30 | $7,334.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 340.00 | 24.30 | $8,262.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 280.00 | 8.90 | $2,492.00 |
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 350.00 | 8.60 | $3,010.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 350.00 | 72.20 | $25,270.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 350.00 | 0.40 | $140.00 |
| Carrie Oppenheim | Legal Assistant | 6 years | Restructuring | 310.00 | 0.40 | $124.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 310.00 | 108.40 | $33,604.00 |
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 265.00 | 174.80 | $46,322.00 |
| Meghan Rishel | Legal Assistant | 10 months | Litigation - General | 265.00 | 104.10 | $27,586.50 |
| Laura Saal | Legal Assistant | 12 years | Restructuring | 320.00 | 9.30 | $2,976.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 350.00 | 80.50 | $28,175.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 310.00 | 4.10 | $1,271.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 315.00 | 130.70 | $41,170.50 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 310.00 | 32.50 | $10,075.00 |
| Linda M Chuk | Other | 2 years | Admin Services | 240.00 | 0.20 | $48.00 |
| Linda A Scussel | Other | 10 years | Admin Services | 330.00 | 0.80 | $264.00 |
| Gabriel King | Project Assistant | 2 months | Restructuring | 210.00 | 3.20 | $672.00 |
| Giang Pettinati | Trial Tech Specialist | 10 months | Litigation - General | 295.00 | 4.40 | $1,298.00 |
| **Grand Total** | | | | | 953.20 | $277,943.50 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | | | **Total Fees Requested** | | | **$6,298,832.50** |