# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $7,179.16 |
| Standard Copies or Prints | $4,675.40 |
| Color Copies or Prints | $1,221.30 |
| Production Blowbacks | $2,474.90 |
| Closing/Mini Books | $12.00 |
| Postage | $9.00 |
| Overnight Delivery | $802.77 |
| Outside Messenger Services | $683.94 |
| Local Transportation | $1,824.06 |
| Travel Expense | $53,875.23 |
| Airfare | $51,530.23 |
| Transportation to/from airport | $11,000.94 |
| Travel Meals | $2,875.87 |
| Other Travel Expenses | $1,531.93 |
| Court Reporter Fee/Deposition | $8,420.35 |
| Other Court Costs and Fees | $326.00 |
| Outside Counsel Assistance | $1,208,345.00 |
| Outside Printing Services | $7,412.00 |
| Outside Copy/Binding Services | $772.60 |
| Working Meals/K&E Only | $134.08 |
| Working Meals/K&E and Others | $140.00 |
| Catering Expenses | $6,688.00 |
| Computer Database Research | $13,113.80 |
| Westlaw Research | $10,719.01 |
| LexisNexis Research | $140.51 |
| Overtime Transportation | $3,317.27 |
| Overtime Meals - Non-Attorney | $327.71 |
| Overtime Meals - Attorney | $3,618.43 |
| Rental Expenses | $10,453.25 |
| Miscellaneous Office Expense | $10.00 |
| **Total:** | **$1,413,634.74** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $167.50 |
| Color Copies or Prints | $893.40 |
| **Total:** | **$1,060.90** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $789.60 |
| Color Copies or Prints | $76.50 |
| **Total:** | **$866.10** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $278.50 |
| Color Copies or Prints | $336.30 |
| **Total:** | **$614.80** |