**Exhibit D**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 541.95 | $406,462.50 |
| Jean Agras | Managing Director | $720 | 701.50 | $505,080.00 |
| Gary Germeroth | Managing Director | $720 | 638.00 | $459,360.00 |
| Dave Andrus | Director | $645 | 667.00 | $430,215.00 |
| Don Chambless | Director | $525 | 44.00 | $23,100.00 |
| Scott Davis | Director | $545 | 735.50 | $400,847.50 |
| Paul Harmon | Director | $575 | 381.20 | $219,190.00 |
| Tim Wang | Director | $575 | 593.25 | $341,118.75 |
| Kimberly Eckert | Managing Consultant | $495 | 81.00 | $40,095.00 |
| Michael Gadsden | Managing Consultant | $460 | 736.75 | $338,905.00 |
| Jill Kawakami | Managing Consultant | $430 | 614.50 | $264,235.00 |
| Michael McDermott | Managing Consultant | $495 | 25.00 | $12,375.00 |
| Buck Monday | Managing Consultant | $450 | 356.00 | $160,200.00 |
| Michael Perry | Managing Consultant | $410 | 488.00 | $200,080.00 |
| Samuel Schreiber | Managing Consultant | $455 | 609.50 | $277,322.50 |
| Laura Hatanaka | Consultant | $390 | 731.00 | $285,090.00 |
| Pamela Morin | Consultant | $380 | 59.00 | $22,420.00 |
| Nathan Pollak | Consultant | $405 | 699.00 | $283,095.00 |
| Alex Vinton | Analyst | $275 | 658.00 | $180,950.00 |
| **Totals:**[1] | | **$518.17** | **9,360.15** | **$4,850,141.25** |

---

[1]    Blended hourly rate shown.