## <u>Exhibit E</u>

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense (1) | Amount |
|---|---|
| Lodging | $78,748.50 |
| Airfare | $82,139.17 |
| Transportation to/from airport | $11,362.02 |
| Travel Meals | $17,749.32 |
| Other Travel Expenses | $10,275.97 |
| Market Research | $995.00 |
| Mailing / Copies | $67.32 |
| Vehicle Rental | $12,619.26 |
| **Totals:** | **$213,956.56** |

---

[1]    Travel expense categories included in this table have been summarized compared to the Detailed Description of Expenses Incurred (Exhibit H).

RLF1 12233013v.1