## Exhibit F

## Summary of Fees and Expenses by Project Category for the Fee Period

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| 1 | Long-Range Forecast | 1,505.50 | $815,955.00 | $0 | $815,955.00 |
| 2 | Metric Analysis | 20.50 | $14,332.50 | $0 | $14,332.50 |
| 3 | Generation Analysis | 1,104.00 | $535,045.00 | $0 | $535,045.00 |
| 4 | Retail Analysis | 622.50 | $278,167.50 | $0 | $278,167.50 |
| 5 | Commodity Analysis | 705.50 | $359,282.50 | $0 | $359,282.50 |
| 6 | Competitor Analysis | 74.50 | $41,097.50 | $0 | $41,097.50 |
| 7 | EBITDA Projection | 494.00 | $270,107.50 | $0 | $270,107.50 |
| 8 | Environmental Analysis | 493.00 | $280,715.00 | $0 | $280,715.00 |
| 9 | Short-Range Forecast | 96.50 | $47,645.00 | $0 | $47,645.00 |
| 10 | Capital Projects | 36.50 | $23,320.00 | $0 | $23,320.00 |
| 11 | Wholesale Operations | 118.50 | $77,985.00 | $0 | $77,985.00 |
| 12 | Retail Operations | 114.50 | $77,070.00 | $0 | $77,070.00 |
| 13 | T&D Operations | 1,409.50 | $595,847.50 | $0 | $595,847.50 |
| 14 | Data Collection and Diligence | 534.60 | $257,662.50 | $0 | $257,662.50 |
| 15 | Reports | 167.00 | $89,400.00 | $0 | $89,400.00 |
| 16 | Hearings | 0.00 | $0 | $0 | $0 |
| 17 | On Site Diligence | 492.20 | $268,323.75 | $213,956.56 | $482,280.31 |
| 18 | Project Management | 162.35 | $97,740.00 | $0 | $97,740.00 |
| 19 | Project Administration | 1.00 | $550.00 | $0 | $550.00 |
| 20 | T&D Forecast | 772.00 | $491,852.50 | $0 | $491,852.50 |
| 21 | Fee Objection & Litigation | 0.00 | $0 | $0 | $0 |
| 22 | Fee Application | 88.50 | $37,207.50 | $0 | $37,207.50 |
| 23 | Business Services Analysis | 0.00 | $0 | $0 | $0 |
| 24 | Retail Margins | 28.50 | $12,142.50 | $0 | $12,142.50 |
| 25 | T&D Market Research | 28.50 | $15,240.00 | $0 | $15,240.00 |
| 26 | Wholesale Market Research | 65.00 | $35,205.00 | $0 | $35,205.00 |
| 27 | Retail Market Research | 39.00 | $18,162.50 | $0 | $18,162.50 |
| 28 | Performance Analysis | 34.50 | $15,715.00 | $0 | $15,715.00 |
| 29 | Sales, General & Administrative Analysis | 14.00 | $8,145.00 | $0 | $8,145.00 |
| 30 | Portfolio Analysis | 25.00 | $12,412.50 | $0 | $12,412.50 |

RLF1 12233013v.1

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| Continued | | | | | |
| 31 | Oncor Revenue Analysis | 13.00 | $9,360.00 | $0 | $9,360.00 |
| 32 | Oncor Capital Structure | 93.00 | $59,217.50 | $0 | $59,217.50 |
| 33 | Regulatory Analysis | 7.00 | $5,235.00 | $0 | $5,235.00 |
| **Totals** | | **9,360.15** | **$4,850,141.25** | **$213,956.56** | **$5,064,097.81** |

RLF1 12233013v.1