IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Response Deadline: July 6 , 2015 at 4:00 p.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF McELROY,
DEUTSCH, MULVANEY & CARPENTER, LLP FOR ALLOWANCE OF
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES INCURRED
DURING THE PERIOD JANUARY 12, 2015 THROUGH APRIL 30, 2015**

| | |
|---|---|
| **APPLICANT** | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| Authorized to provide professional services to: | Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC and their debtor subsidiaries |
| Date of Retention: | Order dated March 9, 2015 [docket no. 3835], effective as of January 12, 2015 |
| Period for which compensation and reimbursement is sought: | January 12, 2015 through April 30, 2015 |
| Amount of compensation sought as actual, reasonable and necessary: | $97,788.50 |
| Amount of expense reimbursement sought: | $885.80 |

This is a __ monthly  X  interim __ final application.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## SUMMARY OF MONTHLY FEE STATEMENTS
## FILED DURING THE INTERIM PERIOD

|  |  | REQUESTED | | APPROVED | | HOLDBACK REQUESTED 20% |
|---|---|---|---|---|---|---|
| DATED FILED | PERIOD COVERED | FEES | EXPENSES | FEES 80% | EXPENSES | FEES 20% |
| 4/6/2015 | 1/12/15 – 2/28/15 | $54,125.50 | $585.92 | $43,300.40 | $585.92 | $10,825.10 |
| 4/22/2015 | 3/1/15 – 3/31/15 | $12,733.50 | $10.70 | $10,186.80 | $10.70 | $2,546.70 |
| 5/21/2015 | 4/1/2015 – 4/30/2015 | $30,929.50 | $289.18 | $24,746.60 | $289.18 | $6,185.90 |
|  | Voluntary Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total: |  | $97,788.50 | $885.80 | $78,233.80 | $885.80 | $19,557.70 |

## SUMMARY OF FEES INCURRED BY
## PROFESSIONALS FOR THE INTERIM PERIOD

| PROFESSIONAL | POSITION | BILLING RATE | HOURS | FEES |
|---|---|---|---|---|
| Gary D. Bressler | Partner | $600.00 | .3 | $180.00 |
| David P. Primack | Partner | $475.00 | 125.50 | $59,612.50 |
| Aaron S. Applebaum | Associate | $325.00 | 40.8 | $13,260.00 |
| Jason D. Angelo | Associate | $230.00 | 20.8 | $4,784.00 |
| Sandi Shidner | Paralegal | $230.00 | 86.2 | $19,826.00 |
| Susan Mullen | Legal Assistant | $140.00 | .9 | $126.00 |
| TOTAL: |  |  | 274.5 | $97,788.50 |

**SUMMARY OF HOURS AND FEES INCURRED DURING**
**THE INTERIM PERIOD BY PROJECT CATEGORY**

| TASK CODE | TITLE | HOURS | FEES |
|---|---|---|---|
| D22 | Asset Disposition | 1.1 | $522.50 |
| D24 | Case Administration | 18.2 | $5,239.50 |
| D27 | Fee/Employment Applications | 202.2 | $71,404.50 |
| D29 | Financing | .4 | $190.00 |
| D30 | Litigation | 28 | $10,752.00 |
| D32 | Plan and Disclosure Statement | 24.6 | $9,680.00 |
| TOTAL: | | 274.5 | $97,788.50 |

**SUMMARY OF EXPENSES INCURRED**
**DURING THE INTERIM PERIOD**

| CATEGORY | TOTAL |
|---|---|
| Filing Fees | $100.00 |
| Deliveries/Messenger | $349.00 |
| Pacer | $212.30 |
| Transcripts | $224.50 |
| TOTAL: | $885.80 |

The law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP ("MDMC") as Delaware counsel for Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, debtors and debtors-in-possession, and their debtor subsidiaries (the "TCEH Debtors"), files this first interim fee application (the "Interim Application") under:

(a) Sections 330 and 331 of chapter 11 of title 11 of the United States Code,

(b) Rule 2016 of the Federal Rules of Bankruptcy Procedure,

(c) Rule 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware

(d) the *Order Authorizing the Employment and Retention of McElroy, Deutsch, Mulvaney & Carpenter, LLP to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to January 12, 2015* (the "Retention Order") [docket no. 3835]

(e) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals dated September 16, 2014* [docket no. 2066] (the "Interim Compensation Order"), and

(f) the *Stipulation and Order Appointing a Fee Committee* [docket no. 1896 (the "Fee Committee Order"), and

(f) the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

In support of this Interim Application, MDMC respectfully states as follows:

**Introduction**

1.      MDMC provided services to the TCEH Debtors in accordance with the instructions and directions of the disinterested manager of the TCEH Debtors, Mr. Hugh Sawyer. MDMC is compensated on an hourly fee basis, plus reimbursement of actual and necessary expenses incurred in its representation of the TCEH Debtors.

2.      MDMC submits this Interim Application requesting interim allowance and payment of 100% of compensation for actual and necessary professional services rendered in the amount of $97,788.50, and seeks allowance and payment of 100% of its actual and necessary expenses in the amount of $885.80, in accordance with the terms of the Interim Compensation Order.

3.      MDMC has filed and served monthly fee statements of the periods (i) January 12, 2015 through February 28, 2015, (ii) March 1, 2015 through March 30, 2015, and (iii) April 1, 2015 through April 30, 2015.

**Jurisdiction**

4.      The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2).  Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**Background**

5.      On April 29, 2014 (the "Petition Date"), each of EFH Corp. and certain of its affiliates (collectively, the "Debtors") filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Court has entered a final order for joint administration of these chapter 11 cases. The

Court has not appointed a trustee. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed (a) an official committee of unsecured creditors composed of creditors of the TCEH Debtors and their direct and indirect affiliates and of creditors of EFH Corporate Services Company (collectively, the "TCEH Creditors' Committee") in these chapter 11 cases on May 13, 2014 [docket no. 420] and (b) an official committee of unsecured creditors composed of creditors of Debtors EFH Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. (collectively, the "EFH Creditors' Committee" and, together with the TCEH Creditors' Committee, the "Committees") in these chapter 11 cases on October 27, 2014 [docket no. 2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration of Paul Keglevic in support of the Debtors' first day motions [docket no. 98] (the "First Day Declaration").

      6.      On February 11, 2015 the MDMC retention application was filed with the Court requesting retention *nunc pro tunc* to January 12, 2015. An order approving retention was entered on March 9, 2015 (the "Retention Order") [D.I. 3835].

## Summary of Services Rendered

      7.      During the Interim Period MDMC, as Delaware counsel to Munger, Tolles & Olson, LLP, provided services for the TCEH debtors, some of which included services related to the fee requests for the conflicts professionals retained by the TCEH Debtors, assisting with the motion to quash the deposition of Hugh Sawyer in his capacity as disinterested manager for the TCEH Debtors and a statement in support of the prepetition intercompany claims settlement proposed in the Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.* A comprehensive listing of services is included in the attached hereto.

8. MDMC has taken reasonable steps to avoid duplication of services by its own professionals and co-counsel. The total number of hours expended by MDMC professionals and paraprofessionals during the Interim Period was 274.5. Pursuant to the Retention Order, MDMC is entitled to monthly compensation for the services provided to the TCEH Debtors at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

9. The Interim Period included time and expenses incurred from January 12, 2015 through April 30, 2015 and detailed time reports, expense reports, and summaries of professionals and paraprofessionals time and services rendered are attached hereto as Exhibits A, B and C, divided by month consistent with each monthly fee statement filed by MDMC.

## Summary by Project Category

10. The following paragraphs describe some of the services rendered by MDMC for the Interim Period, for a complete listing please see attachments.

### D27 – Fee/Employment Applications (202.2 hours)

MDMC prepared its own employment application, including declarations, which included an extensive review of approximately 5000 entities identified by the Debtors as "potentially interested persons". MDMC performed services as Delaware counsel on behalf of other TCEH professionals with regard to the filing of monthly fee statements and certifications of no objections to same where appropriate. MDMC, as Delaware counsel attended hearings regarding retention of TCEH professionals.

### D30 – Litigation (28 hours)

MDMC performed services related to the deposition request for Hugh Sawyer by assisting Munger, Tolles & Olson, LLP in the preparation and filing of a motion to quash.

D32 – Plan and Disclosure Statement (24.6 hours)

MDMC's services for this matter include assisting with preparation and filing of a statement supporting the settlement in the proposed chapter 11 plan.

## Actual and Necessary Costs and Expenses Incurred

11. Reimbursement of expenses in the amount of $885.80 is sought herein. A categorized summary with an itemization of each expense incurred by MDMC during the Interim Period is attached hereto as Exhibit D. MDMC reserves the right to request, in subsequent applications, reimbursement of additional expenses incurred during this Interim Period that are not included here and may not have been received by MDMC at the date of this filing.

## Employment, Disinterestedness and Fee Request

12. In accordance with paragraph 5 of the Interim Compensation Order, all of MDMC's fees and expenses for this Fee Period are allocated to the TCEH Debtors.

13. MDMC seeks interim compensation for professional services provided to the TCEH Debtors during the Interim Period in the amount of $97,788.50 and reimbursement of actual and necessary expenses incurred in connection with providing such services in the amount of $885.80.

14. MDMC has not received payment or promise of payment from any sources other than TCEH for services provided or to be provided in any capacity whatsoever in connection with the TCEH cases.

15. MDMC does not share fees with any attorney except to the extent permitted by section 504.

**Notice**

16. As required by the Administrative Order, a copy of this Fee Application has been served upon the Notice Parties in the manner prescribed and a notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, MDMC respectfully requests that the Court (i) approve and allow on an interim basis the compensation requested and reimbursement of actual and necessary costs and expenses; (ii) approve the payment of 100% of allowed fees and expense; and (iii) provide such further relief as may be just and proper.

Dated: June 15, 2015

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

/s/ David P. Primack
David P. Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com