## EXHIBIT A

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION
RUN DATE: March 31, 2015

PAGE:1
REF: 872387

CLIENT - MATTER    E0700 Energy Future Competitive Holdings Compa
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Asset Disposition | | | | |
| 01/12/15 | Review of certification of counsel for EFH bidding procedures | 0.90 | 427.50 | 1592 DPP |
| 01/15/15 | Email to co-counsel re: entry of bidding procedures | 0.20 | 95.00 | 1592 DPP |
| | TOTAL Asset Disposition | 1.10 | 522.50 | |
| Case Administration | | | | |
| 01/12/15 | Retrieve, review agenda and prepare hearing binder | 1.40 | 322.00 | 1591 SLS |
| 01/12/15 | Review of agenda for tomorrow's hearing | 0.30 | 142.50 | 1592 DPP |
| 01/13/15 | Meeting with co-counsel for preparation for hearing | 0.50 | 237.50 | 1592 DPP |
| 01/13/15 | Attendance at omnibus hearing | 2.90 | 1377.50 | 1592 DPP |
| 01/16/15 | Analyze docket to date regarding status of TCEH debtor related matters | 2.00 | 460.00 | 1591 SLS |
| 01/16/15 | Call with T. Rosen re: status | 0.20 | 95.00 | 1592 DPP |
| 01/20/15 | Review efile notices and download documents | 0.30 | 69.00 | 1591 SLS |
| 02/02/15 | Conducted Conflict Check | 1.10 | 253.00 | 1674 JDA |
| 02/02/15 | Conducted conflict check | 1.20 | 276.00 | 1674 JDA |
| 02/03/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 02/18/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 02/20/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 02/20/15 | Review of memorandum opinion from District Court re: make-whole issues. | 0.40 | 190.00 | 1592 DPP |
| 02/24/15 | Telephone call to Clerk regarding CM/ECF noticing | 0.20 | 46.00 | 1591 SLS |
| 02/26/15 | Telephone with Clerk regarding CM/ECF Noticing | 0.50 | 115.00 | 1591 SLS |
| | TOTAL Case Administration | 11.30 | 3,652.50 | |
| Fee/Employment Applications | | | | |
| 01/12/15 | Review of retention application of Munger Tolles | 0.50 | 237.50 | 1592 DPP |
| 01/12/15 | Call with co-counsel re: engagement and preparation for tomorrow's hearing | 0.30 | 142.50 | 1592 DPP |
| 01/15/15 | Prepare and file motions for pro hac for T. Rosen, S. Goldman and T. Walper | 0.60 | 84.00 | 1051 SBM |
| 01/15/15 | Draft of pro hac motions for co-counsel at Munger Tolles | 0.60 | 285.00 | 1592 DPP |
| 01/15/15 | Emails with co-counsel re: pro hac motions | 0.30 | 142.50 | 1592 DPP |
| 01/15/15 | Review of retention application potential conflicts | 0.80 | 380.00 | 1592 DPP |
| 01/20/15 | File J. Spiegel Motion for Admission | 0.30 | 69.00 | 1591 SLS |
| 01/20/15 | Retrieve and circulate MTO's pro hac orders | 0.20 | 46.00 | 1591 SLS |
| 01/20/15 | Draft and edit Notice of Appearance | 0.90 | 207.00 | 1591 SLS |
| 01/20/15 | Upload proposed pro hac orders for entry by Court | 0.20 | 46.00 | 1591 SLS |
| 01/20/15 | File Notice of Appearance and add attorneys for notice | 0.40 | 92.00 | 1591 SLS |
| 01/20/15 | Review of conflict and retention application issues | 2.10 | 997.50 | 1592 DPP |
| 01/20/15 | Review of conflict reports | 1.20 | 570.00 | 1592 DPP |
| 01/21/15 | Meeting with D. Primack, discuss conflicts protocol for employment application and review Munger Tolls employment application | 0.40 | 130.00 | 1520 ASA |
| 01/21/15 | Review of retention application | 0.50 | 237.50 | 1592 DPP |
| 01/21/15 | Review of conflict reports | 2.50 | 1187.50 | 1592 DPP |
| 01/21/15 | Review of email from co-counsel re: telephone conference regarding pay procedures | 0.30 | 142.50 | 1592 DPP |
| 01/21/15 | Review e-mails from S. Mullen re: conflict checks | 0.20 | 46.00 | 1674 JDA |
| 01/21/15 | Call with D. Primack re: conflict check procedure | 0.10 | 23.00 | 1674 JDA |
| 01/22/15 | Conference call with D. Primack and J. Angelo re conflict analysis protocol for employment application | 0.30 | 97.50 | 1520 ASA |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 01/22/15 | Review conflict reports and prepare analysis for employment application | 0.60 | 195.00 | 1520 ASA |
| 01/22/15 | Conflict protocol for employment application | 0.20 | 65.00 | 1520 ASA |
| 01/22/15 | Review and analyze conflict reports and protocol re same for employment application | 1.20 | 390.00 | 1520 ASA |
| 01/22/15 | Draft MDMC Retention Application | 2.60 | 598.00 | 1591 SLS |
| 01/22/15 | Review of conflict reports for retention application | 3.90 | 1852.50 | 1592 DPP |
| 01/22/15 | Conference with A. Applebaum and J. Angelo re: conflict and retention application | 0.30 | 142.50 | 1592 DPP |
| 01/22/15 | Meeting and conference call with D. Primack and A. Applebaum re: conflict check procedures | 0.70 | 161.00 | 1674 JDA |
| 01/22/15 | Conduct conflict checks | 1.50 | 345.00 | 1674 JDA |
| 01/22/15 | Review/respond to various e-mails re: conflict check procedure | 0.40 | 92.00 | 1674 JDA |
| 01/23/15 | Review conflicts report and engage in conflict protocol for employment application | 0.30 | 97.50 | 1520 ASA |
| 01/23/15 | Continued drafting of MDMC Retention Application | 5.50 | 1265.00 | 1591 SLS |
| 01/23/15 | Teleconference regarding Monthly Fee Statements, Invoices and Applications | 0.50 | 115.00 | 1591 SLS |
| 01/23/15 | Call with professionals re: payment process | 0.70 | 332.50 | 1592 DPP |
| 01/23/15 | Review of conflict reports | 5.20 | 2470.00 | 1592 DPP |
| 01/26/15 | Continued draft of MDMC retention application | 1.30 | 299.00 | 1591 SLS |
| 01/26/15 | Transfered new conflict check pdfs from D. Primack's emails into individual folders | 0.20 | 46.00 | 1674 JDA |
| 01/27/15 | Review of retention conflict checks | 1.20 | 570.00 | 1592 DPP |
| 01/28/15 | Review conflicts in preparation for employment application | 0.90 | 292.50 | 1520 ASA |
| 01/28/15 | Continue drafting MDMC retention application | 1.20 | 276.00 | 1591 SLS |
| 01/29/15 | Review conflict reports in preparation for employment application | 0.70 | 227.50 | 1520 ASA |
| 01/29/15 | Review of fee application order | 0.30 | 142.50 | 1592 DPP |
| 01/29/15 | Review of conflict reports for employment application | 1.30 | 617.50 | 1592 DPP |
| 01/30/15 | Prepare certificate of service for monthly fee statement | 0.30 | 42.00 | 1051 SBM |
| 01/30/15 | Review conflicts report for employment application | 0.40 | 130.00 | 1520 ASA |
| 02/02/15 | Draft (2) notices of MTO monthly fee statements | 1.80 | 414.00 | 1591 SLS |
| 02/02/15 | Prepare service for MTO monthly fee statements | 0.40 | 92.00 | 1591 SLS |
| 02/02/15 | Finalize, file and serve (2) MTO monthly fee statements | 1.00 | 230.00 | 1591 SLS |
| 02/02/15 | Email with co-counsel re: fee application filing | 0.20 | 95.00 | 1592 DPP |
| 02/02/15 | Review of notices for fee application filing | 0.20 | 95.00 | 1592 DPP |
| 02/02/15 | Review of co-counsel fee applications for filing | 0.30 | 142.50 | 1592 DPP |
| 02/02/15 | Review of conflict names/reports for fee application | 1.90 | 902.50 | 1592 DPP |
| 02/02/15 | Filing of MTO monthly fee applications | 0.70 | 332.50 | 1592 DPP |
| 02/02/15 | Conducted Conflict Check | 0.70 | 161.00 | 1674 JDA |
| 02/03/15 | Contiuned draft of MDMC retention application | 1.00 | 230.00 | 1591 SLS |
| 02/03/15 | conducted conflict check | 1.20 | 276.00 | 1674 JDA |
| 02/03/15 | Conducted conflict check | 0.70 | 161.00 | 1674 JDA |
| 02/03/15 | Conducted conflict check | 0.80 | 184.00 | 1674 JDA |
| 02/03/15 | Review email from D. Primack re: conflict checks | 0.10 | 23.00 | 1674 JDA |
| 02/04/15 | Review conflicts report in preparation for employment application | 1.20 | 390.00 | 1520 ASA |
| 02/04/15 | Continue draft MDMC retention application and schedules | 3.10 | 713.00 | 1591 SLS |
| 02/04/15 | Conduct conflict check | 0.70 | 161.00 | 1674 JDA |
| 02/04/15 | Conduct conflict check | 0.60 | 138.00 | 1674 JDA |
| 02/05/15 | Review conflict search report in preparation for employment application | 0.10 | 32.50 | 1520 ASA |
| 02/05/15 | Continued draft for MDMC retention application and schedules | 3.60 | 828.00 | 1591 SLS |
| 02/05/15 | Revisions to retention application | 1.90 | 902.50 | 1592 DPP |
| 02/05/15 | Conduct conflict checks | 0.90 | 207.00 | 1674 JDA |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 02/05/15 | Conduct conflict checks | 0.80 | 184.00 | 1674 JDA |
| 02/06/15 | Continued draft of MDMC retention schedules | 5.30 | 1219.00 | 1591 SLS |
| 02/06/15 | Review of conflict names for retention application | 3.70 | 1757.50 | 1592 DPP |
| 02/06/15 | Revisions to engagement letter and email to client | 0.80 | 380.00 | 1592 DPP |
| 02/09/15 | Edits to retention application | 2.10 | 997.50 | 1592 DPP |
| 02/09/15 | Review of interested parties for conflict disclosure | 3.10 | 1472.50 | 1592 DPP |
| 02/10/15 | Call with D. Primack re employment application | 0.10 | 60.00 | 1294 GDB |
| 02/10/15 | Review draft employment application, discuss revisions with D. Primack | 0.00 | 0.00 | 1294 GDB |
| 02/10/15 | Review conflict report in preparation for application to employ | 1.00 | 325.00 | 1520 ASA |
| 02/10/15 | Emails with D. Primack and J. Angelo re employment application status and issues and current deadlines re same | 0.20 | 65.00 | 1520 ASA |
| 02/10/15 | Review and analyze conflict report in preparation for finalization of employment application | 1.60 | 520.00 | 1520 ASA |
| 02/10/15 | Review conflict reports and emails re same with D. Primack | 1.70 | 552.50 | 1520 ASA |
| 02/10/15 | Continued edits to MDMC retention application schedules | 4.00 | 920.00 | 1591 SLS |
| 02/10/15 | Review of interested parties for retention application | 4.70 | 2232.50 | 1592 DPP |
| 02/10/15 | Edits to draft retention application | 5.20 | 2470.00 | 1592 DPP |
| 02/10/15 | Review/draft email to D Primack re: conflict checks | 0.20 | 46.00 | 1674 JDA |
| 02/10/15 | Conflict Search/Check | 1.00 | 230.00 | 1674 JDA |
| 02/11/15 | Meeting with S. Mullen re status of conflict searches and reports | 0.20 | 65.00 | 1520 ASA |
| 02/11/15 | Meetings with D. Primack and S. Mullen re preparation of employment application and status of conflict report searches | 0.30 | 97.50 | 1520 ASA |
| 02/11/15 | Emails with S. Shidner and D. Primack re employment application, phone call re same and review and revise language for same | 0.40 | 130.00 | 1520 ASA |
| 02/11/15 | Prepare service for MDMC retention application | 1.00 | 230.00 | 1591 SLS |
| 02/11/15 | Prepare Ex. A to MDMC retention application | 0.30 | 69.00 | 1591 SLS |
| 02/11/15 | Edit notice of MDMC retention application | 0.20 | 46.00 | 1591 SLS |
| 02/11/15 | Telephone (multiple) calls with Noticing Agent regarding service of MDMC retention application | 0.30 | 69.00 | 1591 SLS |
| 02/11/15 | Finalize and file MDMC retention application, coordinate service with agent | 2.00 | 460.00 | 1591 SLS |
| 02/11/15 | Call with client re: retention application | 0.20 | 95.00 | 1592 DPP |
| 02/11/15 | Call with client re: retention application | 0.30 | 142.50 | 1592 DPP |
| 02/11/15 | Review of interested parties for retention application | 2.90 | 1377.50 | 1592 DPP |
| 02/11/15 | Mutiple edits to retention application | 6.90 | 3277.50 | 1592 DPP |
| 02/11/15 | Conduct conflict check | 2.70 | 621.00 | 1674 JDA |
| 02/12/15 | Review of email from MTO re: supplemental list of 5,000 interested parties | 0.30 | 142.50 | 1592 DPP |
| 02/17/15 | Update calendar regarding MDMC retention deadlines | 0.10 | 23.00 | 1591 SLS |
| 02/17/15 | Draft Notice of MTO 1st interim fee application and finalize notice and fee application for filing | 1.00 | 230.00 | 1591 SLS |
| 02/17/15 | File MTO 1st interim fee application and forward to service agent for service | 0.50 | 115.00 | 1591 SLS |
| 02/17/15 | Review of MTO interim fee application and notices | 0.60 | 285.00 | 1592 DPP |
| 02/17/15 | Edits to notice of MTO interim fee application | 0.40 | 190.00 | 1592 DPP |
| 02/18/15 | Finalize for filing Notice of Hearing regarding Greenhill retention | 0.20 | 46.00 | 1591 SLS |
| 02/18/15 | File Notice of Hearing regarding Greenhill retention and forward to service agent | 0.30 | 69.00 | 1591 SLS |
| 02/18/15 | Draft Notice of Greenhill 1st monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 02/18/15 | Finalize for filing Greenhill 1st monthly fee statement | 0.50 | 115.00 | 1591 SLS |
| 02/18/15 | File Greenhill 1st monthly fee statement and forward to service agent | 0.30 | 69.00 | 1591 SLS |
| 02/18/15 | Review of email from counsel to Greenhill re: retention notice | 0.20 | 95.00 | 1592 DPP |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                            PAGE: 4
RUN DATE: March 31, 2015                                   REF: 872387

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 02/18/15 | Email to counsel to Greenhill re: retention notice edits | 0.20 | 95.00 | 1592 DPP |
| 02/18/15 | Review of Greenhill retention notice | 0.40 | 190.00 | 1592 DPP |
| 02/18/15 | Emails with Greenhill counsel re: filing of retention notice | 0.30 | 142.50 | 1592 DPP |
| 02/18/15 | Emails with D. Primack and UST re no objection to McElroy employment application | 0.10 | 32.50 | 1520 ASA |
| 02/19/15 | Review of supplemental interested party list | 3.10 | 1472.50 | 1592 DPP |
| 02/20/15 | Review of supplemental interested parties for retention application | 2.90 | 1377.50 | 1592 DPP |
| 02/23/15 | Review conflict reports in preparation for supplemental employment application | 1.00 | 325.00 | 1520 ASA |
| 02/23/15 | Review of supplemental interested parties | 2.10 | 997.50 | 1592 DPP |
| 02/24/15 | Review of email from MTO re: CNO for fee applications | 0.20 | 95.00 | 1592 DPP |
| 02/25/15 | Finalize for filing MTO's certifications of no objections to monthly fee statements | 0.30 | 69.00 | 1591 SLS |
| 02/25/15 | File (2) Certifications of No Objection to MTO's 1st and 2nd monthly fee statements | 0.30 | 69.00 | 1591 SLS |
| 02/27/15 | Review conflict search results in preparation for employment application. | 1.50 | 487.50 | 1520 ASA |
| 02/27/15 | Call with co-counsel re: Greenhill retention objection status | 0.20 | 95.00 | 1592 DPP |
| 02/27/15 | Conduct conflict checks for schedule B | 0.50 | 115.00 | 1674 JDA |
| | TOTAL Fee/Employment Applications | 138.20 | 49,760.50 | |
| Financing | | | | |
| 02/26/15 | Review of motion to partially prepay second lien notes and objection thereto | 0.40 | 190.00 | 1592 DPP |
| | TOTAL Financing | 0.40 | 190.00 | |
| | **TOTAL HOURS:** | **151.00** | | |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                                    PAGE: 6
RUN DATE: March 31, 2015                                          REF: 872387

| Attorney | Hours | Rate | Value |
|----------|-------|------|-------|
| GDB | 0.00 | 0.00 | 0.00 |
| GDB | 0.10 | 600.00 | 60.00 |
| ASA | 14.30 | 325.00 | 4,647.50 |
| JDA | 16.30 | 230.00 | 3,749.00 |
| DPP | 73.80 | 475.00 | 35,055.00 |
| SLS | 45.60 | 230.00 | 10,488.00 |
| SBM | 0.90 | 140.00 | 126.00 |

| Task | Hours | Amount |
|------|-------|--------|
| D22 - Asset Disposition | 1.10 | 522.50 |
| D24 - Case Administration | 11.30 | 3652.50 |
| D27 - Fee/Employment Applications | 138.20 | 49760.50 |
| D29 - Financing | 0.40 | 190.00 |

| Disbursement Code | Amount |
|-------------------|--------|
| 04 - Filing Fees | 100.00 |
| 05 - Delivery Expense | 238.42 |
| 10 - Transcripts | 193.40 |
| 36 - Pacer | 54.10 |

| | |
|---|---|
| TOTAL FEES | 54,125.50 |
| TOTAL DISB | 585.92 |
| TOTAL BALANCE DUE | 54,711.42 |

## EXHIBIT B

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION
RUN DATE: April 21, 2015

CLIENT - MATTER    E0700 Energy Future Competitive Holdings Compa
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 03/11/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 03/31/15 | Telephone call with J. Martin regarding billing protocols | 0.30 | 69.00 | 1591 SLS |
| | TOTAL Case Administration | 0.40 | 92.00 | |
| Fee/Employment Applications | | | | |
| 03/02/15 | Review conflict reports for supplement to employment application | 0.90 | 292.50 | 1520 ASA |
| 03/02/15 | Discuss CNO and certification of counsel issues for FA employment application and order re same with D. Primack | 0.20 | 65.00 | 1520 ASA |
| 03/02/15 | Edit and finalize Greenhill proposed Retention Order | 2.00 | 460.00 | 1591 SLS |
| 03/02/15 | File and forward to counsel Greenhill Proposed Retention Order | 0.60 | 138.00 | 1591 SLS |
| 03/02/15 | Call with C. Price re: Greenhill retention papers | 0.20 | 95.00 | 1592 DPP |
| 03/02/15 | Draft of certification of counsel re: Greenhill retention papers | 2.20 | 1045.00 | 1592 DPP |
| 03/02/15 | Call with counsel from Munger Tolles regarding certification of counsel re: Greenhill retention papers | 0.30 | 142.50 | 1592 DPP |
| 03/02/15 | Emails with counsel from Munger Tolles and Chapman Cutler regarding certification of counsel re: Greenhill retention papers | 0.50 | 237.50 | 1592 DPP |
| 03/02/15 | Edits to certification of counsel for Greenhill retention | 1.20 | 570.00 | 1592 DPP |
| 03/02/15 | Review of final version and filing of certification of counsel for Greenhill retention | 0.60 | 285.00 | 1592 DPP |
| 03/02/15 | Conduct conflict check and review and analyze results | 0.30 | 69.00 | 1674 JDA |
| 03/02/15 | Conduct conflict checks and review/analyze results | 0.40 | 92.00 | 1674 JDA |
| 03/03/15 | Review conflict reports in preparation for supplement to employment application | 1.50 | 487.50 | 1520 ASA |
| 03/03/15 | Review conflict report in preparation for supplement to employment application | 1.60 | 520.00 | 1520 ASA |
| 03/03/15 | Prepare Certification of Counsel package regarding Greenhill retention for delivery to chambers | 0.30 | 69.00 | 1591 SLS |
| 03/03/15 | Retrieve and forward Greenhill retention order | 0.40 | 92.00 | 1591 SLS |
| 03/03/15 | Email to co-counsel re: filing of Greenhill retention certification of counsel | 0.20 | 95.00 | 1592 DPP |
| 03/03/15 | Review of supplemental conflict check parties | 1.20 | 570.00 | 1592 DPP |
| 03/04/15 | Review conflict reports for employment application supplement | 1.00 | 325.00 | 1520 ASA |
| 03/04/15 | Emails with S. Mullen, J. Angelo and D. Primack re supplement to employment application | 0.10 | 32.50 | 1520 ASA |
| 03/04/15 | Draft Certification of No Objection regarding MDMC retention | 0.60 | 138.00 | 1591 SLS |
| 03/04/15 | Finalize for filing certification of no objection regarding MDMC retention | 0.10 | 23.00 | 1591 SLS |
| 03/04/15 | Review of MDMC certificate of no objection for filing | 0.30 | 142.50 | 1592 DPP |
| 03/04/15 | Reviewed and analyzed conflict reports for issues and emailed S. Mullen with results | 0.40 | 92.00 | 1674 JDA |
| 03/04/15 | Review and analyze conflict reports for issues | 1.30 | 299.00 | 1674 JDA |
| 03/04/15 | Review and analyze conflict reports for issues and e-mail S. Mullen with updated list | 2.10 | 483.00 | 1674 JDA |
| 03/06/15 | Review conflict report in preparation for filing supplemental employment application | 0.80 | 260.00 | 1520 ASA |
| 03/06/15 | Phone call with D. Primack re hearing on employment application | 0.10 | 32.50 | 1520 ASA |
| 03/09/15 | Review hearing agenda, emails with D. Primack and telephone call and left voicemail with J. Madron and follow-up email re hearing | 0.30 | 97.50 | 1520 ASA |
| 03/09/15 | Multiple phone calls and emails with J. Madron, review order | 0.30 | 97.50 | 1520 ASA |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                                    PAGE: 2
RUN DATE: April 21, 2015                                        REF: 874929

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| | entered on McElroy employment application | | | |
| 03/10/15 | In court for hearing re proposed term sheet for chapter 11 plan, McElroy employment application, objection to pro se proof of claim and follow-up emails re same with Munger Tolls counsel | 2.30 | 747.50 | 1520 ASA |
| 03/10/15 | Review email from MTO re fee application for January and discuss same with S. Shidner and draft response to MTO | 0.20 | 65.00 | 1520 ASA |
| 03/10/15 | Review and edit MTO fee application, multiple emails with MTO counsel re same and multiple phone calls and emails with S. Shidner re same | 1.60 | 520.00 | 1520 ASA |
| 03/10/15 | Retrieve order approving MDMC retention | 0.10 | 23.00 | 1591 SLS |
| 03/10/15 | Multiple correspondence with A. Applebaum and E. Bussigel regarding MTO Monthly Fee Statement for January 2015 | 0.50 | 115.00 | 1591 SLS |
| 03/10/15 | Draft Notice of MTO 3rd Monthly Fee Statement | 0.40 | 92.00 | 1591 SLS |
| 03/11/15 | Emails and phone calls with D. Primack and S. Shidner and draft email to Greenhill re certificate of no objection and limitations on timing | 0.20 | 65.00 | 1520 ASA |
| 03/11/15 | Phone call with S. Shidner re status of MTO fee statement | 0.20 | 65.00 | 1520 ASA |
| 03/11/15 | Review revised notice from MTO re fee statement and email edits re same same to S. Shidner | 0.20 | 65.00 | 1520 ASA |
| 03/11/15 | Multiple emails and phone calls with S. Shidner throughout evening re MTO fee application and status and revisions to same | 0.50 | 162.50 | 1520 ASA |
| 03/11/15 | Multiple correspondence with A. Weintraub regarding MTO January monthly fee statement | 0.50 | 115.00 | 1591 SLS |
| 03/12/15 | Multiple emails and phone calls with A. Weintraub re MTO fee application, emails and phone call with E. Bussingel and S. Shidner re same | 0.50 | 162.50 | 1520 ASA |
| 03/12/15 | Correspondence regarding MTO monthly fee statement | 0.10 | 23.00 | 1591 SLS |
| 03/13/15 | Review and respond to emails from client re fee application for Munger Tolls | 0.10 | 32.50 | 1520 ASA |
| 03/13/15 | Final review of Munger Tolls fee application, discuss revisions with S. Shidner and approve same for filing | 0.50 | 162.50 | 1520 ASA |
| 03/13/15 | Emails re Greenhill certificate of no objection | 0.10 | 32.50 | 1520 ASA |
| 03/13/15 | Phone call with D. Primack re fee application and CNO status | 0.20 | 65.00 | 1520 ASA |
| 03/13/15 | Review and revise certificate of no objection, approve electronic filing of same with bankruptcy court and download and circulate same to co-counsel | 0.40 | 130.00 | 1520 ASA |
| 03/13/15 | Finalize for filing MTO monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 03/13/15 | File MTO monthly fee statement and forward to Epiq for service | 0.40 | 92.00 | 1591 SLS |
| 03/13/15 | Finalize for filing Greenhill 1st monthly fee statement certification of no objection | 0.20 | 46.00 | 1591 SLS |
| 03/13/15 | File Greenhill 1st monthly fee statement certification of no objection | 0.10 | 23.00 | 1591 SLS |
| 03/16/15 | Review of email from Greenhill re: supplemental disclosures | 0.30 | 142.50 | 1592 DPP |
| 03/17/15 | Draft MDMC 1st monthly fee statement and ancillary documents | 3.00 | 690.00 | 1591 SLS |
| 03/23/15 | Finalize for filing Greenhill 2nd Supplemental Disclosure | 0.40 | 92.00 | 1591 SLS |
| 03/23/15 | Review of Greenhill supplemental declaration of conflicts | 0.60 | 285.00 | 1592 DPP |
| 03/23/15 | Emails with C. Price re: Greenhill supplemental declaration of conflicts | 0.30 | 142.50 | 1592 DPP |
| 03/23/15 | Review of revised Greenhill supplemental declaration of conflicts and filing of same | 0.70 | 332.50 | 1592 DPP |
| 03/24/15 | Finalize for filing Greenhill Supplemental Disclosure | 0.40 | 92.00 | 1591 SLS |
| 03/24/15 | File Greenhill Supplemental Disclosure | 0.20 | 46.00 | 1591 SLS |
| 03/24/15 | Retrieve and forward filed copy of Supplemental Disclosure to client | 0.10 | 23.00 | 1591 SLS |
| 03/24/15 | Review of Greenhill supplemental declaration for filing | 0.30 | 142.50 | 1592 DPP |
| 03/31/15 | Emails with C. Price and D. Primack re Greenhill fee application | 0.20 | 65.00 | 1520 ASA |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                    PAGE: 3
RUN DATE: April 21, 2015                          REF: 874929

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 03/31/15 | Finalize Greenhill 1st interim fee application | 1.00 | 230.00 | 1591 SLS |
| 03/31/15 | File Greenhill 1st Interim Fee Application and forward to servicing agent for service | 0.60 | 138.00 | 1591 SLS |
| | TOTAL Fee/Employment Applications | 39.70 | 12,641.50 | |
| | **TOTAL HOURS:** | 40.10 | | |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                          PAGE: 4
RUN DATE: April 21, 2015                             REF: 874929

| Attorney | Hours | Rate | Value |
|----------|-------|------|-------|
| DPP | 8.90 | 475.00 | 4,227.50 |
| ASA | 14.00 | 325.00 | 4,550.00 |
| JDA | 4.50 | 230.00 | 1,035.00 |
| SLS | 12.70 | 230.00 | 2,921.00 |

| Task | Hours | Amount |
|------|-------|--------|
| D24 - Case Administration | 0.40 | 92.00 |
| D27 - Fee/Employment Applications | 39.70 | 12641.50 |

| Disbursement Code | Amount |
|-------------------|--------|
| 16 - Messenger Services | 7.50 |
| 36 - Pacer | 3.20 |

| | |
|---|---|
| TOTAL FEES | 12,733.50 |
| TOTAL DISB | 10.70 |
| TOTAL BALANCE DUE | 12,744.20 |

**EXHIBIT C**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION
RUN DATE: May 15, 2015

PAGE:**1**
REF: 878259

CLIENT - MATTER    E0700 Energy Future Competitive Holdings Compa
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 04/01/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 04/08/15 | Review and update hearing time for 4/14 | 0.10 | 23.00 | 1591 SLS |
| 04/08/15 | Retrieve agenda for 4/14 hearing | 0.10 | 23.00 | 1591 SLS |
| 04/09/15 | Retrieve H. Sawyer Statement Reply, Deposition Notice and update calendar | 0.40 | 92.00 | 1591 SLS |
| 04/13/15 | Retrieve Notice of Rescheduled Depostion and update calendar | 0.10 | 23.00 | 1591 SLS |
| 04/13/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 04/13/15 | Prepare hearing binder for 4/14 | 3.70 | 851.00 | 1591 SLS |
| 04/14/15 | Retrieve recent filings and update binders for hearing | 0.50 | 115.00 | 1591 SLS |
| 04/14/15 | Coordinate receipt of transcript from 4/14 hearing | 0.30 | 69.00 | 1591 SLS |
| 04/16/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 04/22/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 04/27/15 | Retrieve stipulation adjourning standing motions and update calendar | 0.10 | 23.00 | 1591 SLS |
| 04/30/15 | Retrieve and circulate Agenda for 5/4 | 0.40 | 92.00 | 1591 SLS |
| 04/30/15 | Review agenda for 5/4 hearing | 0.40 | 92.00 | 1591 SLS |
| | TOTAL Case Administration | 6.50 | 1,495.00 | |
| Fee/Employment Applications | | | | |
| 04/01/15 | Draft MDMC 1st Monthly fee statement | 0.70 | 161.00 | 1591 SLS |
| 04/01/15 | Draft MDMC 1st monthly fee invoice | 0.40 | 92.00 | 1591 SLS |
| 04/02/15 | Finalize for filing Greenhill 2nd Monthly Fee Statement | 1.10 | 253.00 | 1591 SLS |
| 04/02/15 | File Greenhill 2nd monthly fee statement and forward for service | 0.40 | 92.00 | 1591 SLS |
| 04/02/15 | Emails with counsel to Greenhill re: February fee application | 0.40 | 190.00 | 1592 DPP |
| 04/02/15 | Review of Greenhill February fee application | 0.60 | 285.00 | 1592 DPP |
| 04/06/15 | Draft Certification of no objection to MTO 3rd monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 04/06/15 | Finalize for filing MTO 3rd monthly fee statement certification of no objection | 0.10 | 23.00 | 1591 SLS |
| 04/06/15 | Finalize and file MDMC 1st monthly fee statement, finalize monthly fee invoice | 0.40 | 92.00 | 1591 SLS |
| 04/06/15 | File MDMC 1st monthly fee statement and forward to Noticing Agent for service | 0.60 | 138.00 | 1591 SLS |
| 04/06/15 | Emails with co-counsel re: January CNO to fee application | 0.40 | 190.00 | 1592 DPP |
| 04/06/15 | Review of CNO to January fee application | 0.30 | 142.50 | 1592 DPP |
| 04/06/15 | Review of further edits to CNO to January fee application | 0.30 | 142.50 | 1592 DPP |
| 04/06/15 | Review of MDMC First monthly fee application | 0.80 | 380.00 | 1592 DPP |
| 04/06/15 | Edits to MDMC First monthly fee application | 0.50 | 237.50 | 1592 DPP |
| 04/07/15 | Meeting with D. Primack re status of Munger Tolls fee applications and discussion with J. Houston and case status generally | 0.20 | 65.00 | 1520 ASA |
| 04/07/15 | Draft (2) Pro hac admission motions | 0.50 | 115.00 | 1591 SLS |
| 04/08/15 | Retrieve and circulate Pro Hac orders | 0.20 | 46.00 | 1591 SLS |
| 04/08/15 | Edit K. Allred and B. Schneider pro hac motions | 0.10 | 23.00 | 1591 SLS |
| 04/08/15 | Finalize and file K. Allred and B. Schneider Pro hac motions | 0.40 | 92.00 | 1591 SLS |
| 04/09/15 | Review of email from MTO re: February fee statement | 0.20 | 95.00 | 1592 DPP |
| 04/10/15 | Finalize for filing MTO 4th monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 04/10/15 | Finalize, file and serve MTO 4th montly fee statement | 0.30 | 69.00 | 1591 SLS |
| 04/10/15 | Review of MTO fee statement for February | 0.20 | 95.00 | 1592 DPP |
| 04/13/15 | Edit MDMC March invoice for monthly fee statement | 0.20 | 46.00 | 1591 SLS |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION
RUN DATE: May 15, 2015

PAGE: 2
REF: 878259

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 04/16/15 | Email with counsel to Greenhill re: CNO of February fee statement | 0.20 | 95.00 | 1592 DPP |
| 04/17/15 | Draft Greenhill Certification of No Objection to Monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 04/17/15 | Review of CNO for Greenhill application | 0.40 | 190.00 | 1592 DPP |
| 04/20/15 | Review of supplemental conflict parties | 4.90 | 2327.50 | 1592 DPP |
| 04/21/15 | Draft Certification of No Objection to MDMC 1st montly fee statement | 0.30 | 69.00 | 1591 SLS |
| 04/21/15 | Review of supplemental conflict parties | 2.80 | 1330.00 | 1592 DPP |
| 04/22/15 | Draft MDMC 2nd monthly fee statement and monthly fee invoice | 0.70 | 161.00 | 1591 SLS |
| 04/22/15 | Finalize and file MDMC 2nd monthly fee statement and forward for service | 0.60 | 138.00 | 1591 SLS |
| 04/22/15 | Review of second monthly fee statement and invoice | 0.60 | 285.00 | 1592 DPP |
| 04/24/15 | Emails re Greenhill monthly fee statement | 0.20 | 65.00 | 1520 ASA |
| 04/24/15 | Emails with counsel to Greenhill re: third fee application | 0.50 | 237.50 | 1520 ASA |
| 04/27/15 | Review and respond to e-mails re Greenhill fee application status, filing. | 0.20 | 65.00 | 1520 ASA |
| 04/27/15 | Finalize for filing Greenhill 3rd monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 04/27/15 | File and forward for service Greenhill 3rd monthly fee statement | 0.40 | 92.00 | 1591 SLS |
| 04/27/15 | File certification of no objection to Greenhill 2nd monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 04/27/15 | Correspondence to C. Price regarding Greenhill filings | 0.20 | 46.00 | 1591 SLS |
| 04/27/15 | Review of CNO for Greenhill fee statement | 0.20 | 95.00 | 1592 DPP |
| 04/30/15 | File certification of no objection to MDMC 1st monthly fee statement | 0.10 | 23.00 | 1591 SLS |
| 04/30/15 | Prepare Payment Request for MDMC's 1st monthly fee statement | 1.10 | 253.00 | 1591 SLS |
| 04/30/15 | Preparation of monthy first fee statement and invoice | 0.40 | 190.00 | 1592 DPP |
| | TOTAL Fee/Employment Applications | 24.30 | 9,002.50 | |
| Litigation | | | | |
| 04/07/15 | Emails with co-counsel re: statement for filing | 0.80 | 380.00 | 1592 DPP |
| 04/07/15 | Review of filings for standing motion of TCEH committee | 2.80 | 1330.00 | 1592 DPP |
| 04/07/15 | Review of pro hac motions for co-counsel | 0.30 | 142.50 | 1592 DPP |
| 04/08/15 | Review draft statement to be filed and email comments re same to D. Primack and discuss same with D. Primack and S. Shidner | 0.40 | 130.00 | 1520 ASA |
| 04/08/15 | Follow-up emails with co-counsel re finalizing and filing statement re standing motion | 0.20 | 65.00 | 1520 ASA |
| 04/08/15 | Review notice of deposition of H. Sawyer and email from D. Primack re same | 0.30 | 97.50 | 1520 ASA |
| 04/08/15 | Edit H. Sawyer Statement | 0.10 | 23.00 | 1591 SLS |
| 04/08/15 | Finalize, file and forward for service H. Sawyer Statement | 0.50 | 115.00 | 1591 SLS |
| 04/08/15 | Review of draft statement of Hugh Sawyer | 0.70 | 332.50 | 1592 DPP |
| 04/08/15 | Emails with co-counsel re: draft statement of Hugh Sawyer | 0.50 | 237.50 | 1592 DPP |
| 04/08/15 | Emails with co-counsel re: deposition notice | 0.30 | 142.50 | 1592 DPP |
| 04/09/15 | Discuss motion to quash with D. Primack, review email | 0.10 | 60.00 | 1294 GDB |
| 04/09/15 | Review notice of deposition filed, discuss same with D. Primack, review D. Primack email re motion to quash and/or moot and confer | 0.40 | 130.00 | 1520 ASA |
| 04/09/15 | Email to co-counsel re: motion to quash deposition | 0.40 | 190.00 | 1592 DPP |
| 04/09/15 | Review of local rules re: motion to quash deposition | 0.40 | 190.00 | 1592 DPP |
| 04/09/15 | Call with co-counsel re: deposition | 0.30 | 142.50 | 1592 DPP |
| 04/10/15 | Review emails re deposition, motion to quash | 0.10 | 60.00 | 1294 GDB |
| 04/10/15 | Phone call with D. Primack re status of deposition notice and motion to quash | 0.30 | 97.50 | 1520 ASA |
| 04/10/15 | Phone call with D. Primack re deposition/potential motion to quash | 0.30 | 97.50 | 1520 ASA |
| 04/10/15 | Edit, finalize and file Corrected Motion to Quash | 1.50 | 345.00 | 1591 SLS |
| 04/10/15 | Finalize, file and forward for Service Motion to Quash | 1.30 | 299.00 | 1591 SLS |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                                    PAGE: 3
RUN DATE: May 15, 2015                                        REF: 878259

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 04/10/15 | Multiple emails with co-counsel re: motion to quash | 0.90 | 427.50 | 1592 DPP |
| 04/10/15 | Review of motion to quash and edits thereto | 0.80 | 380.00 | 1592 DPP |
| 04/10/15 | Call with co-counsel and representatives for T-side Committee and others re: deposition of Hugh Sawyer | 0.30 | 142.50 | 1592 DPP |
| 04/10/15 | Calls with co-counsel re: motion to quash | 0.60 | 285.00 | 1592 DPP |
| 04/10/15 | Call with co-counsel re: corrected motion to quash | 0.20 | 95.00 | 1592 DPP |
| 04/10/15 | Emails with co-counsel re: corrected motion to quash | 0.80 | 380.00 | 1592 DPP |
| 04/10/15 | Review of and filing of corrected motion to quash | 1.80 | 855.00 | 1592 DPP |
| 04/12/15 | Emails re motion to quash, possible teleconference on same and hearing issues for April 14, next omnibus hearing date | 0.30 | 97.50 | 1520 ASA |
| 04/12/15 | Email with co-counsel re: motion to quash and deposition | 0.20 | 95.00 | 1592 DPP |
| 04/13/15 | Meeting with D. Primack re motion to quash and status of same and phone call with counsel from Young Conway re motion to quash and status and discuss same with D. Primack | 0.40 | 130.00 | 1520 ASA |
| 04/13/15 | Meeting with D. Primack re scheduling of deposition and status of motion to quash, plan status and review notice filed re rescheduling of deposition | 0.20 | 65.00 | 1520 ASA |
| 04/13/15 | Review draft settlement and email comments re same to D. Primack | 0.30 | 97.50 | 1520 ASA |
| 04/13/15 | Meeting with D. Primack and S. Shidner, preparation of binder and hearing issues for omnibus hearing | 0.30 | 97.50 | 1520 ASA |
| 04/13/15 | Review order entered granting motion to quash | 0.10 | 32.50 | 1520 ASA |
| 04/13/15 | Review amended agenda and discuss same with D. Primack | 0.20 | 65.00 | 1520 ASA |
| 04/13/15 | Preparation for hearing, review pleadings relating to standing motions and emails with D. Primack and co-counsel re same | 1.80 | 585.00 | 1520 ASA |
| 04/14/15 | Review pleadings filed re stipulation extending and continuing standing motions, plan filed with disclosure statement and other efilings in preparation for hearing | 0.80 | 260.00 | 1520 ASA |
| 04/14/15 | Emails with D. Primack re hearing status and matters going forward | 0.20 | 65.00 | 1520 ASA |
| 04/14/15 | Preparation for hearing, emails with T. Walper, prepare 2 offer documents for trial and exhibits to same | 0.50 | 162.50 | 1520 ASA |
| 04/14/15 | Attend omnibus hearing and meetings with T. Walper | 4.20 | 1365.00 | 1520 ASA |
| 04/15/15 | Phone call with D. Primack, discuss hearing and open issues and likely next steps in bankruptcy case following hearing | 0.40 | 130.00 | 1520 ASA |
| 04/15/15 | Call with A. Applebaum re: update from hearing | 0.40 | 190.00 | 1592 DPP |
| 04/28/15 | Review of deposition notice and email to co-counsel | 0.30 | 142.50 | 1592 DPP |
| | TOTAL Litigation | 28.00 | 10,752.00 | |
| Plan and Disclosure Statement | | | | |
| 04/13/15 | Plan for, prepare file and forward Statement in Support of Plan Agreement, (including multiple emails and phone calls) | 7.80 | 1794.00 | 1591 SLS |
| 04/13/15 | Review of draft statement in support of plan by Hugh Sawyer | 0.80 | 380.00 | 1592 DPP |
| 04/13/15 | Emails with co-counsel re: draft statement in support of plan by Hugh Sawyer | 0.40 | 190.00 | 1592 DPP |
| 04/13/15 | Review of exhibits re: draft statement in support of plan by Hugh Sawyer | 1.10 | 522.50 | 1592 DPP |
| 04/13/15 | Emails with co-counsel re: draft statement in support of plan by Hugh Sawyer | 0.70 | 332.50 | 1592 DPP |
| 04/13/15 | Review of and plan for draft statement in support of plan by Hugh Sawyer | 6.70 | 3182.50 | 1592 DPP |
| 04/14/15 | Review client filed statement in support of plan settlement and emails with D. Primack re same | 0.30 | 97.50 | 1520 ASA |
| 04/14/15 | Review and filing of statement in support of plan. | 3.80 | 1805.00 | 1592 DPP |
| 04/15/15 | Retrieve and forward filed Plan documents to E. Busigel | 0.20 | 46.00 | 1591 SLS |
| 04/28/15 | Email from co-counsel re: statement in support of plan protocol | 0.30 | 142.50 | 1592 DPP |
| 04/28/15 | Review of plan protocol pleadings | 1.30 | 617.50 | 1592 DPP |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                          PAGE: 4
RUN DATE: May 15, 2015                                   REF: 878259

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 04/28/15 | Review disinterested director statement in support filing | 0.90 | 427.50 | 1592 DPP |
| 04/29/15 | Review of service issues re: statement | 0.30 | 142.50 | 1592 DPP |
| | TOTAL Plan and Disclosure Statement | 24.60 | 9,680.00 | |
| | **TOTAL HOURS:** | **83.40** | | |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                   PAGE: 5
RUN DATE: May 15, 2015                            REF: 878259

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| DPP | 42.80 | 475.00 | 20,330.00 |
| GDB | 0.20 | 600.00 | 120.00 |
| ASA | 12.50 | 325.00 | 4,062.50 |
| SLS | 27.90 | 230.00 | 6,417.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 6.50 | 1495.00 |
| D27 - Fee/Employment Applications | 24.30 | 9002.50 |
| D30 - Litigation | 28.00 | 10752.00 |
| D32 - Plan and Disclosure Statement | 24.60 | 9680.00 |

| Disbursement Code | Amount |
|---|---|
| 05 - Delivery Expense | 77.58 |
| 10 - Transcripts | 170.40 |
| 16 - Messenger Services | 25.50 |
| 36 - Pacer | 15.70 |

|  |  |
|---|---|
| TOTAL FEES | 30,929.50 |
| TOTAL DISB | 289.18 |
| TOTAL BALANCE DUE | 31,218.68 |

**EXHIBIT D**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                    PAGE: 5
RUN DATE: March 31, 2015                          REF: 872387

ACTIVITY
DATE

| DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|
| 01/13/15 | American Express: Pro Hac Filing- 1 Attorney J. Spiegel. | 25.00 | |
| 01/16/15 | American Express: Pro Hac Filing- 3 Attorneys. | 75.00 | |
| | TOTAL Filing Fees | | 100.00 |
| 02/02/15 | Federal Express Invoice# 2-932-01300: Sent to Andrew M. Wright | 26.12 | |
| 02/02/15 | Federal Express Invoice# 2-932-01300: Sent to Attn:  Andrea B. Schwartz | 16.48 | |
| 02/02/15 | Federal Express Invoice# 2-932-01300: Sent to Attn:  Andrew G. Dietderich | 16.48 | |
| 02/02/15 | Federal Express Invoice# 2-932-01300: Sent to Attn:  Evan Fleck and Matthew B | 16.48 | |
| 02/02/15 | Federal Express Invoice# 2-932-01300: Sent to Attn: Lorenzo Marinuzzi and Je | 16.48 | |
| 02/02/15 | Federal Express Invoice# 2-932-01300: Sent to Attn:  Ned Schodek and Frederick | 16.48 | |
| 02/02/15 | Federal Express Invoice# 2-932-01300: Sent to Attn:  Chad Husnick | 25.96 | |
| 02/02/15 | Federal Express Invoice# 2-932-01300: Sent to Attn: Brian E. Schartz | 16.48 | |
| 02/02/15 | Federal Express Invoice# 2-932-01300: Sent to Attn:  Katherine Stadler | 25.96 | |
| 02/02/15 | VENDOR: PARCELS INC., - D D R; INVOICE#: 558846; DATE: 2/2/2015. Messenger service to inner city deliveries. | 61.50 | |
| | TOTAL Delivery Expense | | 238.42 |
| 02/16/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2246214; DATE: 2/16/2015.  Transcript. | 193.40 | |
| | TOTAL Transcripts | | 193.40 |
| 01/31/15 | Pacer charge for the month of January 2015 Acct#MH0032 | 3.60 | |
| 01/31/15 | Pacer charge for the month of January 2015 Acct#MH0032 | 38.20 | |
| 02/28/15 | Pacer charge for the month of February 2015 Acct# MH0032 | 7.20 | |
| 02/28/15 | Pacer charge for the month of February 2015 Acct# MH0032 | 5.10 | |
| | TOTAL Pacer | | 54.10 |

TOTAL DISBURSEMENTS VALUE                              585.92

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 03/04/15 | VENDOR: PARCELS INC., - D D R; INVOICE#: 564345; DATE: 3/4/2015.  Messenger service to Judge Christopher S. Sontchi. | 7.50 | |
| | TOTAL Messenger Services | | 7.50 |
| 03/31/15 | Pacer charge for the month of Philadelphia Acct# MH0032 | 3.20 | |
| | TOTAL Pacer | | 3.20 |
| | TOTAL DISBURSEMENTS VALUE | | 10.70 |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION
RUN DATE: May 15, 2015

PAGE: 4
REF: 878259

ACTIVITY
DATE

| | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 04/10/15 | Federal Express Invoice# 5-005-61807:  Sent to T. Lauria, Esq. & M. Brown, Esq. | 43.51 | |
| 04/10/15 | Federal Express Invoice# 5-005-61807:  Sent to J. Christopher Shore | 34.07 | |
| | TOTAL Delivery Expense | | 77.58 |
| 04/15/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2298092; DATE: 4/15/2015.  Transcript | 170.40 | |
| | TOTAL Transcripts | | 170.40 |
| 04/10/15 | VENDOR: PARCELS INC., - D D R; INVOICE#: 571226; DATE: 4/10/2015.  Messenger service to Fox Rothschild, LLP on 04/10/15. | 7.50 | |
| 04/10/15 | VENDOR: PARCELS INC., - D D R; INVOICE#: 571184; DATE: 4/10/2015.  Messenger service to Fox Rothschild on 04/1/015. | 18.00 | |
| | TOTAL Messenger Services | | 25.50 |
| 04/30/15 | Pacer charge for the month of April 2015 Acct# MH0032 | 15.70 | |
| | TOTAL Pacer | | 15.70 |
| | TOTAL DISBURSEMENTS VALUE | | 289.18 |