**Exhibit E**

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

**Summary, by Individual Timekeeper, of Total  
Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| Mike Beinus | Partner | Taxation | 1999 | 1,220.00 | 1.00 | N/A | 1,220.00 | N/A | N/A |
| Andrew Calder, P.C. | Partner | Corporate | 2003 | 376,986.00 | 302.80 | N/A | 1,245.00 | 1,195.00 | 361,846.00 |
| Lauren O Casazza | Partner | Litigation | 2002 | 75,735.00 | 81.00 | N/A | 935.00 | N/A | N/A |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 632,145.00 | 495.80 | N/A | 1,275.00 | 1,195.00 | 592,481.00 |
| Stephen E Hessler | Partner | Restructuring | 2002 | 465,976.00 | 439.60 | N/A | 1,060.00 | 995.00 | 437,402.00 |
| Vicki V Hood | Partner | Employee Benefits | 1977 | 2,977.00 | 2.60 | N/A | 1,145.00 | 1,075.00 | 2,795.00 |
| Chad J Husnick | Partner | Restructuring | 2004 | 640,282.50 | 656.70 | N/A | 975.00 | 915.00 | 600,880.50 |
| Marc Kieselstein, P.C. | Partner | Restructuring | 1988 | 572,669.50 | 463.70 | N/A | 1,235.00 | N/A | N/A |
| Michelle Kilkenney | Partner | Corporate | 2002 | 53,742.00 | 50.70 | N/A | 1,060.00 | 995.00 | 50,446.50 |
| Gregg G Kirchhoefer, P.C. | Partner | IP - Transactional | 1982 | 11,679.00 | 10.20 | N/A | 1,145.00 | 1,075.00 | 10,965.00 |
| William A Levy, P.C. | Partner | Taxation | 1988 | 262,650.00 | 206.00 | N/A | 1,275.00 | 1,195.00 | 246,170.00 |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 466,400.00 | 339.20 | N/A | 1,375.00 | 1,295.00 | 439,264.00 |
| Andrew R McGaan, P.C. | Partner | Litigation | 1986 | 777,170.00 | 713.00 | N/A | 1,090.00 | 1,025.00 | 730,825.00 |
| Mark E McKane | Partner | Litigation | 1999 | 709,505.00 | 692.20 | N/A | 1,025.00 | 925.00 | 640,285.00 |
| Andres C Mena | Partner | Corporate | 2001 | 7,950.00 | 7.50 | N/A | 1,060.00 | 995.00 | 7,462.50 |
| Dennis M Myers, P.C. | Partner | Corporate | 1996 | 9,711.00 | 7.80 | N/A | 1,245.00 | 1,195.00 | 9,321.00 |
| Linda K Myers, P.C. | Partner | Corporate | 1990 | 137,137.50 | 103.50 | N/A | 1,325.00 | 1,245.00 | 128,857.50 |

---

[1] Where a timekeeper billed at multiple billing rates in the First Interim Application, Kirkland used the highest rate for purposes of calculating the fees billed in this application at the First Interim Application's billing rate. Kirkland has also disclosed the total amount of compensation sought for the fee period, calculated using rates as of the date of retention, on the summary cover sheet to the Fee Application.

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| Matthew E Papez, P.C. | Partner | Litigation | 1999 | 64,234.50 | 68.70 | N/A | 935.00 | N/A | N/A |
| Adam C Paul | Partner | Restructuring | 1999 | 2,163.00 | 2.10 | N/A | 1,030.00 | 965.00 | 2,026.50 |
| Daniel Perlman, P.C. | Partner | Real Estate | 1985 | 7,557.00 | 6.60 | N/A | 1,145.00 | N/A | N/A |
| Scott D Price | Partner | Executive Compensation | 1998 | 24,277.50 | 19.50 | N/A | 1,245.00 | 1,175.00 | 22,912.50 |
| Edward O Sassower, P.C. | Partner | Restructuring | 2000 | 816,829.00 | 661.40 | N/A | 1,235.00 | 1,125.00 | 744,075.00 |
| Edward Schneidman, P.C. | Partner | Corporate | 1980 | 8,887.50 | 7.90 | N/A | 1,125.00 | N/A | N/A |
| Michael B Slade | Partner | Litigation | 1999 | 137,310.00 | 138.00 | N/A | 995.00 | N/A | N/A |
| James H M Sprayregen, P.C. | Partner | Restructuring | 1985 | 683,700.00 | 516.00 | N/A | 1,325.00 | 1,245.00 | 642,420.00 |
| Sara B Zablotney | Partner | Taxation | 2003 | 282,512.50 | 242.50 | N/A | 1,165.00 | 1,095.00 | 265,537.50 |
| Jack N Bernstein | Partner | Employee Benefits | 1995 | 121,565.00 | 118.60 | N/A | 1,025.00 | 965.00 | 114,449.00 |
| Jeanne T Cohn-Connor | Partner | Environment | 1985 | 105,241.00 | 110.20 | N/A | 955.00 | 895.00 | 98,629.00 |
| Cormac T Connor | Partner | Litigation | 2006 | 527,280.00 | 624.00 | N/A | 845.00 | 775.00 | 483,600.00 |
| Thad Davis | Partner | Taxation | 2005 | 597.00 | 0.60 | N/A | 995.00 | 925.00 | 555.00 |
| Jonathan F Ganter | Partner | Litigation | 2010 | 469,590.00 | 569.20 | N/A | 825.00 | 775.00 | 441,130.00 |
| Jeffrey M Gould | Partner | Litigation | 2008 | 488,312.00 | 554.90 | N/A | 880.00 | 795.00 | 441,145.50 |
| William Guerrieri | Partner | Restructuring | 2008 | 249,973.50 | 279.30 | N/A | 895.00 | 840.00 | 234,612.00 |
| Erik Hepler | Partner | Corporate | 1990 | 16,642.00 | 15.70 | N/A | 1,060.00 | 995.00 | 15,621.50 |
| Richard U S Howell | Partner | Litigation | 2006 | 595,056.00 | 676.20 | N/A | 880.00 | N/A | N/A |
| Reid Huefner | Partner | IP - Litigation | 2007 | 294,313.50 | 348.30 | N/A | 845.00 | N/A | N/A |
| Ellen M Jakovic | Partner | Litigation | 1985 | 1,560.00 | 1.50 | N/A | 1,040.00 | 975.00 | 1,462.50 |
| Daniel Lewis | Partner | IP - Transactional | 2008 | 2,506.00 | 2.80 | N/A | 895.00 | 840.00 | 2,352.00 |
| Joseph A Loy | Partner | IP - Litigation | 2005 | 13,514.50 | 15.10 | N/A | 895.00 | N/A | N/A |
| Amber J Meek | Partner | Corporate | 2009 | 453,654.00 | 487.80 | N/A | 930.00 | 775.00 | 378,045.00 |

RLF1 12235228v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| JoAnne Nagjee | Partner | Taxation | 2009 | 13,230.00 | 14.00 | N/A | 945.00 | 895.00 | 12,530.00 |
| Michael A Petrino | Partner | Litigation | 2008 | 577,665.00 | 700.20 | N/A | 825.00 | 775.00 | 542,655.00 |
| William T Pruitt | Partner | Litigation | 2004 | 166,380.50 | 185.90 | N/A | 895.00 | 840.00 | 156,156.00 |
| Jeffrey Rheeling | Partner | Real Estate | 1997 | 24,097.50 | 25.50 | N/A | 945.00 | N/A | N/A |
| Brenton A Rogers | Partner | Litigation | 2007 | 383,776.00 | 428.80 | N/A | 895.00 | N/A | N/A |
| David Rosenberg | Partner | Real Estate | 2005 | 9,397.50 | 10.50 | N/A | 895.00 | N/A | N/A |
| Joshua Samis | Partner | Corporate | 2007 | 21,111.00 | 22.70 | N/A | 930.00 | 840.00 | 19,068.00 |
| Brian E Schartz | Partner | Restructuring | 2008 | 726,423.00 | 781.10 | N/A | 930.00 | 840.00 | 656,124.00 |
| Bryan M Stephany | Partner | Litigation | 2007 | 726,176.00 | 825.20 | N/A | 880.00 | 795.00 | 656,034.00 |
| R Timothy Stephenson | Partner | Labor & Employment | 1990 | 1,308.00 | 1.20 | N/A | 1,090.00 | 1,025.00 | 1,230.00 |
| Wayne E Williams | Partner | Corporate | 2006 | 24,257.00 | 25.40 | N/A | 955.00 | 875.00 | 22,225.00 |
| Julia Allen | Associate | Litigation | 2012 | 180,975.00 | 285.00 | N/A | 635.00 | 595.00 | 169,575.00 |
| Cristina Almendarez | Associate | IP - Litigation | 2014 | 71,712.00 | 149.40 | N/A | 480.00 | N/A | N/A |
| James Barolo | Associate | Litigation | 2014 | 243,792.00 | 507.90 | N/A | 480.00 | N/A | N/A |
| Andrew Barton | Associate | Executive Compensation | 2010 | 18,252.00 | 21.60 | N/A | 845.00 | 795.00 | 17,172.00 |
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | 330,480.00 | 688.50 | N/A | 480.00 | N/A | N/A |
| Katherine Bolanowski | Associate | Corporate | 2009 | 48,503.00 | 57.40 | N/A | 845.00 | 795.00 | 45,633.00 |
| Megan Byrne | Associate | Litigation | 2015 | 41,856.00 | 87.20 | N/A | 480.00 | N/A | N/A |
| Kevin Chang | Associate | Litigation | 2014 | 116,784.00 | 243.30 | N/A | 480.00 | N/A | N/A |
| Elizabeth S Dalmut | Associate | Litigation | 2013 | 18,981.00 | 34.20 | N/A | 555.00 | 520.00 | 17,784.00 |
| Harley Darling | Associate | Litigation | 2014 | 32,928.00 | 68.60 | N/A | 480.00 | N/A | N/A |
| Alexander Davis | Associate | Litigation | 2012 | 383,667.00 | 604.20 | N/A | 635.00 | 595.00 | 359,499.00 |
| Kristen L Derhaag | Associate | Corporate | 2012 | 219.00 | 0.30 | N/A | 730.00 | 595.00 | 178.50 |

RLF1 12235228v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| George Desh | Associate | IP - Litigation | 2011 | 96,631.00 | 136.10 | N/A | 710.00 | N/A | N/A |
| David N Draper | Associate | IP - Litigation | 2009 | 27,904.50 | 35.10 | N/A | 795.00 | N/A | N/A |
| Joseph F Edell | Associate | IP - Litigation | 2009 | 74,216.50 | 98.30 | N/A | 755.00 | N/A | N/A |
| Jennifer Elliott | Associate | Employee Benefits | 2012 | 532.00 | 0.80 | N/A | 665.00 | 625.00 | 500.00 |
| Michael Esser | Associate | Litigation | 2009 | 524,779.50 | 660.10 | N/A | 795.00 | 750.00 | 495,075.00 |
| Jason Fitterer | Associate | IP - Litigation | 2012 | 111,315.50 | 175.30 | N/A | 635.00 | N/A | N/A |
| Noah S Frank | Associate | IP - Litigation | 2013 | 8,658.00 | 15.60 | N/A | 555.00 | N/A | N/A |
| Michael Gawley | Associate | Litigation | 2013 | 80,253.00 | 144.60 | N/A | 555.00 | 520.00 | 75,192.00 |
| Emily Geier | Associate | Restructuring | 2012 | 688,098.00 | 942.60 | N/A | 730.00 | 685.00 | 645,681.00 |
| Stefanie I Gitler | Associate | Environmental | 2009 | 5,406.00 | 6.80 | N/A | 795.00 | N/A | N/A |
| Ryan Guerrero | Associate | Corporate | 2013 | 21,552.00 | 44.90 | N/A | 480.00 | 535.00 | 24,021.50 |
| Haris Hadzimuratovic | Associate | Litigation | 2008 | 77,312.00 | 102.40 | N/A | 755.00 | 710.00 | 72,704.00 |
| Beatrice Hahn | Associate | IP - Litigation | 2013 | 161,798.00 | 254.80 | N/A | 635.00 | N/A | N/A |
| Elliot C Harvey Schatmeier | Associate | Litigation | 2014 | 31,302.00 | 56.40 | N/A | 555.00 | N/A | N/A |
| Inbal Hasbani | Associate | Litigation | 2010 | 87,353.50 | 115.70 | N/A | 755.00 | N/A | N/A |
| Sean F Hilson | Associate | Restructuring | 2013 | 8,949.00 | 15.70 | N/A | 570.00 | 535.00 | 8,399.50 |
| Sam Hong | Associate | IP - Transactional | 2008 | 5,256.00 | 7.20 | N/A | 730.00 | 685.00 | 4,932.00 |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 252,624.00 | 443.20 | N/A | 570.00 | 535.00 | 237,112.00 |
| Ashley G James | Associate | Labor & Employment | 2010 | 4,001.50 | 5.30 | N/A | 755.00 | 710.00 | 3,763.00 |
| Vinu Joseph | Associate | Litigation | 2013 | 153,790.50 | 277.10 | N/A | 555.00 | 520.00 | 144,092.00 |
| Lina Kaisey | Associate | Restructuring | 2015 | 243,696.00 | 507.70 | N/A | 480.00 | N/A | N/A |
| Howard Kaplan | Associate | Litigation | 2011 | 115,162.00 | 162.20 | N/A | 710.00 | 665.00 | 107,863.00 |
| Austin Klar | Associate | Litigation | 2013 | 113,830.50 | 205.10 | N/A | 555.00 | 520.00 | 106,652.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Lucas J Kline | Associate | Litigation | 2009 | 569,220.00 | 716.00 | N/A | 795.00 | 750.00 | 537,000.00 |
| Max Klupchak | Associate | Corporate | 2011 | 205,110.00 | 258.00 | N/A | 795.00 | N/A | N/A |
| Sam Kwon | Associate | IP - Litigation | 2013 | 147,129.50 | 231.70 | N/A | 635.00 | N/A | N/A |
| Nick Laird | Associate | Litigation | 2013 | 107,614.50 | 193.90 | N/A | 555.00 | 520.00 | 100,828.00 |
| Christine Lehman | Associate | Taxation | 2014 | 62,865.00 | 127.00 | N/A | 495.00 | N/A | N/A |
| Polina Liberman | Associate | Taxation | 2010 | 760.50 | 0.90 | N/A | 845.00 | N/A | N/A |
| Teresa Lii | Associate | Restructuring | 2014 | 339,093.00 | 594.90 | N/A | 570.00 | 535.00 | 318,271.50 |
| Jeffery Lula | Associate | Litigation | 2010 | 118,912.50 | 157.50 | N/A | 755.00 | N/A | N/A |
| Christopher J Maner | Associate | Litigation | 2012 | 34,353.50 | 54.10 | N/A | 635.00 | 595.00 | 32,189.50 |
| Allison McDonald | Associate | Litigation | 2013 | 54,945.00 | 99.00 | N/A | 555.00 | N/A | N/A |
| Eric Merin | Associate | Litigation | 2014 | 79,309.50 | 142.90 | N/A | 555.00 | 520.00 | 74,308.00 |
| Timothy Mohan | Associate | Restructuring | 2014 | 158,403.00 | 277.90 | N/A | 570.00 | 535.00 | 148,676.50 |
| Roxana Mondragon-Motta | Associate | Litigation | 2011 | 88,608.00 | 124.80 | N/A | 710.00 | 665.00 | 82,992.00 |
| Madelyn Morris | Associate | Litigation | 2014 | 40,560.00 | 84.50 | N/A | 480.00 | N/A | N/A |
| Michael Muna | Associate | Corporate | 2013 | 11,040.00 | 23.00 | N/A | 480.00 | 450.00 | 10,350.00 |
| Brett Murray | Associate | Restructuring | 2013 | 202,958.00 | 305.20 | N/A | 665.00 | 625.00 | 190,750.00 |
| Veronica Nunn | Associate | Corporate | 2010 | 212,284.00 | 290.80 | N/A | 730.00 | 685.00 | 199,198.00 |
| Patrick Park | Associate | IP - Litigation | 2014 | 88,512.00 | 184.40 | N/A | 480.00 | N/A | N/A |
| Jessica Peet | Associate | Restructuring | 2014 | 4,189.50 | 6.30 | N/A | 665.00 | 625.00 | 3,937.50 |
| Samara L Penn | Associate | Litigation | 2010 | 213,514.00 | 282.80 | N/A | 755.00 | 710.00 | 200,788.00 |
| Jonah Peppiatt | Associate | Restructuring | 2015 | 55,872.00 | 116.40 | 1 | 480.00 | N/A | N/A |
| Jonah Peppiatt | Associate | Restructuring | 2015 | 282,891.00 | 496.30 | | 570.00 | N/A | N/A |
| Carl Pickerill | Associate | Restructuring | 2008 | 7,095.00 | 11.00 | N/A | 645.00 | N/A | N/A |

RLF1 12235228v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Alan Rabinowitz | Associate | IP - Litigation | 2010 | 71,852.00 | 101.20 | N/A | 710.00 | N/A | N/A |
| Carleigh T Rodriguez | Associate | Environment | 2013 | 36,879.00 | 64.70 | N/A | 570.00 | 535.00 | 34,614.50 |
| Bradford B Rossi | Associate | Corporate | 2011 | 128,334.00 | 175.80 | N/A | 730.00 | 625.00 | 109,875.00 |
| Jeremy Roux | Associate | IP - Litigation | 2014 | 75,936.00 | 158.20 | N/A | 480.00 | N/A | N/A |
| Mark Salomon | Associate | Litigation | 2015 | 37,920.00 | 79.00 | N/A | 480.00 | N/A | N/A |
| Alexandra Samowitz | Associate | Litigation | 2014 | 40,896.00 | 85.20 | N/A | 480.00 | N/A | N/A |
| Max Schlan | Associate | Restructuring | 2012 | 525,483.00 | 790.20 | N/A | 665.00 | 625.00 | 493,875.00 |
| Mark F Schottinger | Associate | Litigation | 2012 | 125,349.00 | 197.40 | N/A | 635.00 | 595.00 | 117,453.00 |
| Steven Serajeddini | Associate | Restructuring | 2010 | 725,686.00 | 858.80 | N/A | 845.00 | 795.00 | 682,746.00 |
| Anthony Sexton | Associate | Taxation | 2011 | 381,750.50 | 557.30 | N/A | 685.00 | 685.00 | 381,750.50 |
| Christina Sharkey | Associate | IP - Litigation | 2014 | 97,008.00 | 202.10 | N/A | 480.00 | N/A | N/A |
| Stephanie Shropshire | Associate | Litigation | 2014 | 96,403.50 | 173.70 | N/A | 555.00 | 520.00 | 90,324.00 |
| Ellen Sise | Associate | Litigation | 2015 | 34,224.00 | 71.30 | N/A | 480.00 | N/A | N/A |
| Aaron Slavutin | Associate | Restructuring | 2011 | 226,499.00 | 340.60 | N/A | 665.00 | 625.00 | 212,875.00 |
| Justin Sowa | Associate | Litigation | 2013 | 217,741.50 | 342.90 | N/A | 635.00 | 595.00 | 204,025.50 |
| Gregory Spingsted | Associate | IP - Litigation | Pending | 7,536.00 | 15.70 | N/A | 480.00 | N/A | N/A |
| Benjamin Steadman | Associate | Restructuring | 2015 | 286,032.00 | 595.90 | N/A | 480.00 | N/A | N/A |
| Adam Stern | Associate | Litigation | 2013 | 22,352.00 | 35.20 | N/A | 635.00 | N/A | N/A |
| Sarah Stock | Associate | Litigation | 2013 | 92,407.50 | 166.50 | N/A | 555.00 | 520.00 | 86,580.00 |
| Thayne Stoddard | Associate | Litigation | Pending | 23,760.00 | 49.50 | N/A | 480.00 | N/A | N/A |
| Jessica Subler | Associate | Corporate | 2014 | 1,083.00 | 1.90 | N/A | 570.00 | 450.00 | 855.00 |
| Nathan Taylor | Associate | Litigation | Pending | 32,976.00 | 68.70 | N/A | 480.00 | N/A | N/A |
| Adam Teitcher | Associate | Litigation | 2013 | 221,488.00 | 348.80 | N/A | 635.00 | 595.00 | 207,536.00 |

RLF1 12235228v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Anna Terteryan | Associate | Litigation | 2014 | 211,440.00 | 440.50 | N/A | 480.00 | N/A | N/A |
| Stephanie S Thibault | Associate | Litigation | 2009 | 3,657.00 | 4.60 | N/A | 795.00 | 750.00 | 3,450.00 |
| David Thompson | Associate | Corporate | 2013 | 2,160.00 | 4.50 | N/A | 480.00 | 450.00 | 2,025.00 |
| Steven Torrez | Associate | Restructuring | 2014 | 187,440.00 | 390.50 | N/A | 480.00 | N/A | N/A |
| Holly R Trogdon | Associate | Litigation | 2014 | 335,472.00 | 698.90 | N/A | 480.00 | 450.00 | 314,505.00 |
| Andrew J Welz | Associate | Litigation | 2011 | 460,776.50 | 610.30 | N/A | 755.00 | 710.00 | 433,313.00 |
| Jason Whiteley | Associate | Corporate | 2010 | 341,633.50 | 404.30 | N/A | 845.00 | 795.00 | 321,418.50 |
| Charles D Wineland, III | Associate | IP - Litigation | 2013 | 255,577.50 | 460.50 | N/A | 555.00 | N/A | N/A |
| Sara Winik | Associate | Litigation | 2014 | 27,888.00 | 58.10 | N/A | 480.00 | N/A | N/A |
| Spencer A Winters | Associate | Restructuring | 2013 | 545,205.00 | 956.50 | N/A | 570.00 | 535.00 | 511,727.50 |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 556,006.50 | 836.10 | N/A | 665.00 | 625.00 | 522,562.50 |
| **Totals** | | | | **$23,698,381.50** | **33,355.80** | | | | |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[2] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Gary A Duncan | Legal Assistant | Litigation | N/A | 180,840.00 | 602.80 | N/A | 300.00 | N/A | N/A |
| Kristen Kelly Farnsworth | Legal Assistant | Litigation | N/A | 4,189.00 | 14.20 | N/A | 295.00 | N/A | N/A |
| Michael S Fellner | Legal Assistant | Litigation | N/A | 34,556.00 | 130.40 | N/A | 265.00 | 250.00 | 32,600.00 |
| Beth Friedman | Legal Assistant | Restructuring | N/A | 41,230.00 | 108.50 | N/A | 380.00 | 355.00 | 38,517.50 |
| Jacob Goldfinger | Legal Assistant | Restructuring | N/A | 68,068.00 | 200.20 | N/A | 340.00 | 320.00 | 64,064.00 |
| Shavone Green | Legal Assistant | Restructuring | N/A | 9,660.00 | 34.50 | N/A | 280.00 | 265.00 | 9,142.50 |
| Lisa A Horton | Legal Assistant | Litigation | N/A | 94,045.00 | 268.70 | N/A | 350.00 | 330.00 | 88,671.00 |
| Travis J Langenkamp | Legal Assistant | Litigation | N/A | 80,605.00 | 230.30 | N/A | 350.00 | N/A | N/A |
| Adrienne Levin | Legal Assistant | Litigation | N/A | 34,650.00 | 105.00 | N/A | 330.00 | 310.00 | 32,550.00 |
| Maureen McCarthy | Legal Assistant | Restructuring | N/A | 1,645.00 | 4.70 | N/A | 350.00 | 330.00 | 1,551.00 |
| Lauren Mitchell-Dawson | Legal Assistant | Environment | N/A | 4,830.00 | 14.00 | N/A | 345.00 | 325.00 | 4,550.00 |
| Carrie Oppenheim | Legal Assistant | Restructuring | N/A | 4,433.00 | 14.30 | N/A | 310.00 | 290.00 | 4,147.00 |
| Robert Orren | Legal Assistant | Restructuring | N/A | 120,342.00 | 388.20 | N/A | 310.00 | 290.00 | 112,578.00 |
| Sharon G Pace | Legal Assistant | Litigation | N/A | 150,467.00 | 567.80 | N/A | 265.00 | 250.00 | 141,950.00 |
| Meghan Rishel | Legal Assistant | Litigation | N/A | 126,272.50 | 476.50 | N/A | 265.00 | 250.00 | 119,125.00 |
| Henry Rosas | Legal Assistant | Corporate | N/A | 1,482.00 | 3.90 | N/A | 380.00 | N/A | N/A |
| Laura Saal | Legal Assistant | Restructuring | N/A | 16,032.00 | 50.10 | N/A | 320.00 | 300.00 | 15,030.00 |
| Kenneth J Sturek | Legal Assistant | Litigation | N/A | 100,030.00 | 285.80 | N/A | 350.00 | 330.00 | 94,314.00 |
| Stephanie Ding | Case Assistant | Litigation | N/A | 71,652.00 | 341.20 | N/A | 210.00 | 195.00 | 66,534.00 |

---

[2]   Where a timekeeper billed at multiple billing rates in the First Interim Application, Kirkland used the highest rate for purposes of calculating the fees billed in this application at the First Interim Application's billing rate.  Kirkland has also disclosed the total amount of compensation sought for the fee period, calculated using rates as of the date of retention, on the summary cover sheet to the Fee Application.

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate2 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Jason Douangsanith | Case Assistant | Litigation | N/A | 32,311.50 | 165.70 | N/A | 195.00 | N/A | N/A |
| John Nedeau | Case Assistant | Restructuring | N/A | 2,952.00 | 16.40 | N/A | 180.00 | 170.00 | 2,788.00 |
| Michele Cohan | Project Assistant | Restructuring | N/A | 5,313.00 | 25.30 | N/A | 210.00 | N/A | N/A |
| Gabriel King | Project Assistant | Litigation | N/A | 672.00 | 3.20 | N/A | 210.00 | N/A | N/A |
| Linda M Chuk | Support Staff | Admin Services | N/A | 1,008.00 | 4.20 | N/A | 240.00 | 205.00 | 861.00 |
| Laurie K Dombrowski | Support Staff | Admin Services | N/A | 190.00 | 0.50 | N/A | 380.00 | N/A | N/A |
| Stephanie D Frye | Support Staff | Admin Services | N/A | 15,457.00 | 53.30 | N/A | 290.00 | 270.00 | 14,391.00 |
| Stephen P Garoutte | Support Staff | Admin Services | N/A | 840.00 | 3.50 | N/A | 240.00 | 200.00 | 700.00 |
| Allison Graybill | Support Staff | Admin Services | N/A | 14,376.00 | 59.90 | N/A | 240.00 | 180.00 | 10,782.00 |
| Daniel Hill | Support Staff | Admin Services | N/A | 645.00 | 3.00 | N/A | 215.00 | 200.00 | 600.00 |
| Elaine S Santucci | Support Staff | Admin Services | N/A | 580.50 | 2.70 | N/A | 215.00 | 195.00 | 526.50 |
| Audrey Schlicht | Support Staff | Admin Services | N/A | 114.00 | 0.30 | N/A | 380.00 | N/A | N/A |
| Linda A Scussel | Support Staff | Admin Services | N/A | 17,556.00 | 53.20 | N/A | 330.00 | 295.00 | 15,694.00 |
| Catherine B Sullivan | Support Staff | Admin Services | N/A | 114.00 | 0.30 | N/A | 380.00 | N/A | N/A |
| Mark Cuevas | Support Staff | Litigation | N/A | 50,809.00 | 163.90 | N/A | 310.00 | 290.00 | 47,531.00 |
| Colleen C Caamano | Support Staff | Litigation | N/A | 50,778.00 | 163.80 | N/A | 310.00 | 290.00 | 47,502.00 |
| Jason Goodman | Support Staff | Litigation | N/A | 1,488.00 | 4.80 | N/A | 310.00 | 290.00 | 1,392.00 |
| William G Marx | Support Staff | Litigation | N/A | 18,049.50 | 57.30 | N/A | 315.00 | 295.00 | 16,903.50 |
| Chad M Papenfuss | Support Staff | Litigation | N/A | 200,718.00 | 637.20 | N/A | 315.00 | 295.00 | 187,974.00 |
| Katelyn Ye | Support Staff | Litigation | N/A | 961.00 | 3.10 | N/A | 310.00 | 290.00 | 899.00 |
| Giang Pettinati | Support Staff | Litigation | N/A | 2,920.50 | 9.90 | N/A | 295.00 | N/A | N/A |
| **Totals** | | | | **$1,562,881.50** | **5,272.60** | | | | |

RLF1 12235228v.1