## Exhibit F

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

RLF1 12235228v.1

## Summary, by Expense Type, of Actual and
## Necessary Expenses Incurred During the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | Intercall | | $23,549.76 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $0.10 per page | $22,344.90 |
| Binding | Internal (Kirkland & Ellis LLP) | | $114.80 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | $32,105.40 |
| Scanned Images | Internal (Kirkland & Ellis LLP) | | $18.80 |
| CD-ROM Duplicates/Master | | | $7.00 |
| Production Blowbacks | Internal (Kirkland & Ellis LLP) | $0.10 per page | $6,687.00 |
| Closing/Mini Books | Internal (Kirkland & Ellis LLP) | $0.10 per page | $24.00 |
| Flash Drives | | | $20.00 |
| Postage | | | $42.90 |
| Overnight Delivery | Federal Express | | $1,777.31 |
| Overnight Delivery - Refund | | | ($81.17) |
| Outside Messenger Services | | | $3,650.69 |
| Local Transportation | | | $6,717.96 |
| Travel Expense | | | $124,534.69 |
| Airfare | | | $174,212.11 |
| Transportation to/from airport | | | $40,342.13 |
| Travel Meals | | | $10,425.00 |
| Car Rental | | | $104.95 |
| Other Travel Expenses | | | $4,937.02 |
| Court Reporter Fee/Deposition | | | $18,202.75 |
| Filing Fees | | | $5.00 |
| Other Court Costs and Fees | | | $326.00 |
| Professional Fees | | | $276,320.00 |
| Large Files Storage/Retrieval | | | $90.00 |
| Outside Computer Services | | | $1,827.74 |
| Outside Contract Attorney Assistance | | | $2,100,334.50 |
| Outside Video Services | | | $1,409.50 |
| Outside Printing Services | | | $7,412.00 |
| Outside Copy/Binding Services | | | $1,937.32 |
| Working Meals/Kirkland Only | | | $282.38 |
| Working Meals/Kirkland and Others | | | $420.00 |
| Catering Expenses | | | $38,963.28 |
| Outside Retrieval Service | | | $1,016.20 |
| Computer Database Research | | | $103,327.23 |
| Overtime Transportation | | | $14,033.27 |
| Overtime Meals - Non-Attorney | Seamless North America Inc. | | $1,499.87 |
| Overtime Meals - Attorney | Seamless North America Inc. | | $11,350.96 |
| Rental Expenses | | | $17,787.57 |
| Miscellaneous Office Expenses | | | $10.00 |
| Cash Credits | | | ($518.00) |
| **Total** | | | **$3,047,572.82** |

---

[1] Kirkland may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

RLF1 12235228v.1