**Exhibit G**

**Summary, by Matter Category, of Actual
Fees and Expenses Incurred During the Fee Period**

RLF1 12235228v.1

## Summary, by Matter Category, of Actual
## Fees and Expenses Incurred During the Fee Period

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 0003 | [ALL] Automatic Stay | 28.10 | $12,359.00 | - | $12,359.00 |
| 0004 | [ALL] Bond Issues | 6.90 | $5,667.00 |  | $5,667.00 |
| 0005 | [ALL] Business Operations | 21.30 | $14,164.50 | - | $14,164.50 |
| 0006 | [ALL] Case Administration | 368.50 | $195,213.50 | - | $195,213.50 |
| 0008 | [ALL] Claims Administration & Objections | 837.40 | $480,295.50 | - | $480,295.50 |
| 0009 | [ALL] Contested Matters & Adv. Proceed. | 15,317.70 | $8,834,505.00 | - | $8,834,505.00 |
| 0010 | [ALL] Corp. Governance and Sec. Issues | 3,206.30 | $2,812,560.00 | - | $2,812,560.00 |
| 0011 | [ALL] Exec. Contracts & Unexpired Leases | 66.40 | $39,722.50 | - | $39,722.50 |
| 0012 | [ALL] Hearings | 205.40 | $167,451.50 | - | $167,451.50 |
| 0014 | [ALL] Kirkland Retention and Fee Apps | 1,694.90 | $862,973.50 | - | $862,973.50 |
| 0016 | [ALL] Non-Debtor Affiliates | 3.90 | $2,593.50 | - | $2,593.50 |
| 0017 | [ALL] Non-Kirkland Retentions & Fee Apps | 265.50 | $190,928.00 | - | $190,928.00 |
| 0018 | [ALL] Non-Working Travel | 457.40 | $425,733.50 | - | $425,733.50 |
| 0019 | [ALL] Official Committee Issues & Meet. | 19.50 | $17,365.50 | - | $17,365.50 |
| 0021 | [ALL] Plan and Disclosure Statements | 7,107.90 | $5,895,415.00 | - | $5,895,415.00 |
| 0023 | [ALL] Regulatory Issues | 6.70 | $4,254.50 | - | $4,254.50 |
| 0026 | [ALL] Retiree and Employee Issues/OPEB | 347.20 | $266,827.50 | - | $266,827.50 |
| 0028 | [ALL] Shared Services | 7.60 | $5,045.50 | - | $5,045.50 |
| 0029 | [ALL] Tax Issues | 2,936.90 | $2,728,853.00 | - | $2,728,853.00 |
| 0030 | [ALL] U.S. Trustee Issues | 6.20 | $3,790.50 |  | $3,790.50 |
| 0032 | [ALL] Valuation | 264.80 | $167,784.50 | - | $167,784.50 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 55.80 | $35,594.50 | - | $35,594.50 |
| 0035 | [TCEH] Automatic Stay | 189.60 | $115,179.00 | - | $115,179.00 |
| 0036 | [TCEH] Bond Issues | 6.60 | $4,389.00 |  | $4,389.00 |
| 0037 | [TCEH] Business Operations | 265.60 | $173,584.50 | - | $173,584.50 |
| 0038 | [TCEH] Cash Collateral and DIP Financing | 125.90 | $87,476.50 | - | $87,476.50 |
| 0039 | [TCEH] Claims Administration & Objection | 432.90 | $303,369.00 | - | $303,369.00 |
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 1,233.00 | $941,712.00 | - | $941,712.00 |
| 0041 | [TCEH] Corp. Governance and Sec. Issues | 8.10 | $8,003.00 | - | $8,003.00 |
| 0042 | [TCEH] Environmental Issues | 8.00 | $5,486.50 | - | $5,486.50 |
| 0046 | [TCEH] Non-Debtor Affiliates | 7.80 | $5,168.50 | - | $5,168.50 |
| 0047 | [TCEH] Non-Kirkland Retention & Fee Apps | 5.80 | $4,874.00 | - | $4,874.00 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 4.50 | $4,297.50 | - | $4,297.50 |
| 0051 | [TCEH] Plan and Disclosure Statements | 75.30 | $80,069.00 | - | $80,069.00 |
| 0057 | [TCEH] Trading and Hedging Contracts | 12.70 | $6,980.50 | - | $6,980.50 |
| 0062 | [TCEH] Vendor and Other Creditor Issues | 143.10 | $90,457.00 | - | $90,457.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Make-whole | 699.70 | $602,432.00 | - | $602,432.00 |

RLF1 12235228v.1

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 3,107.80 | $2,369,457.00 | - | $2,369,457.00 |
| 0069 | [EFIH] Corp. Governance and Sec. Issues | 4.50 | $3,309.50 | - | $3,309.50 |
| 0070 | [EFIH] Hearings | 191.30 | $143,407.00 | | $143,407.00 |
| 0072 | [EFIH] Non-Kirkland Retention & Fee Apps | 2.70 | $1,795.50 | - | $1,795.50 |
| 0073 | [EFIH] Non-Working Travel | 34.50 | $27,824.50 | - | $27,824.50 |
| 0074 | [EFIH] Official Committee Issues & Meet. | 10.50 | $8,235.50 | - | $8,235.50 |
| 0086 | [EFH] Contested Matters & Advers. Proc. | 16.70 | $13,540.50 | - | $13,540.50 |
| 0089 | [EFH] EFH Properties | 365.40 | $259,571.50 | - | $259,571.50 |
| 0092 | [EFH] Non-Core Subs/Discontinued Ops | 1.50 | $1,433.50 | | $1,433.50 |
| 0094 | [EFH] Non-Kirkland Retention & Fee Apps | 6.40 | $4,256.00 | - | $4,256.00 |
| 0096 | [EFH] Official Committee Issues & Meet. | 8.00 | $8,236.50 | - | $8,236.50 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 418.40 | $268,983.00 | - | $268,983.00 |
| 0109 | [ALL] Expenses | - | - | $3,032,999.12 | $3,032,999.12 |
| 0110 | [TCEH] Expenses | - | - | $2,477.90 | $2,477.90 |
| 0111 | [EFIH] Expenses | - | - | $8,196.60 | $8,196.60 |
| 0112 | [EFH] Expenses | - | - | $3,899.20 | $3,899.20 |
| **Totals** | | **40,618.60** | **$28,712,575.50** | **$3,047,572.82** | **$31,760,148.32** |