# Exhibit H

**Budget and Staffing Plan**

## Budget and Staffing Plan for the Fee Period

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 3 | [ALL] Automatic Stay | 175 - 210 | $110,000 - $128,000 |
| 4 | [ALL] Bond Issues | 0 | $0 |
| 5 | [ALL] Business Operations | 15 - 30 | $12,000 - $20,000 |
| 6 | [ALL] Case Administration | 335 - 375 | $215,000 - $240,000 |
| 7 | [ALL] Cash Management | 30 - 60 | $22,000 - $34,000 |
| 8 | [ALL] Claims Administration and Objections | 895 - 980 | $517,000 - $580,000 |
| 9 | [ALL] Contested Matters and Adversary Proceedings | 8,090 - 9,135 | $4,800,000 - $5,365,000 |
| 10 | [ALL] Corporate Governance and Securities Issues | 2,250 - 2,500 | $1,955,000 - $2,190,000 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 105 - 130 | $95,000 - $118,000 |
| 12 | [ALL] Hearings | 170 - 195 | $130,000 - $150,000 |
| 13 | [ALL] Insurance | 30 - 55 | $25,000 - $36,000 |
| 14 | [ALL] Kirkland Retention and Fee Applications | 1,355 - 1,515 | $747,000 - $835,000 |
| 16 | [ALL] Non-Debtor Affiliates | 25 - 50 | $22,000 - $34,000 |
| 17 | [ALL] Non-Kirkland Retentions and Fee Applications | 605 - 675 | $445,000 - $500,000 |
| 18 | [ALL] Non-Working Travel | 600 - 665 | $465,000 - $525,000 |
| 19 | [ALL] Official Committee Issues and Meetings | 140 - 165 | $120,000 - $140,000 |
| 20 | [ALL] Oncor | 35 - 60 | $25,000 - $39,000 |
| 21 | [ALL] Plan and Disclosure Statement | 10,215 - 11,430 | $8,870,000 - $9,815,000 |
| 22 | [ALL] Private Letter Ruling/IRS Matters | 0 | $0 |
| 23 | [ALL] Regulatory Issues | 0 | $0 |
| 25 | [ALL] Retention of Professionals | 0 | $0 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 680 - 770 | $540,000 - $605,000 |
| 27 | [ALL] Schedules, SoFAs | 110 - 140 | $85,000 - $97,000 |
| 28 | [ALL] Shared Services | 20 - 30 | $20,000 - $30,000 |
| 29 | [ALL] Tax Issues | 2,045 - 2,290 | $1,860,000 - $2,080,000 |
| 30 | [ALL] U.S. Trustee Issues | 25 - 40 | $15,000 - $24,000 |
| 31 | [ALL] Utilities | 0 | $0 |
| 32 | [ALL] Valuation | 1,045 - 1,160 | $665,000 - $745,000 |
| 33 | [ALL] Vendor and Other Creditor Issues | 25 - 50 | $27,000 - $39,000 |
| Applicable to TCEH Debtors | | | |
| 34 | [TCEH] Asset Disposition | 100 - 140 | $75,000 - $95,000 |
| 35 | [TCEH] Automatic Stay | 50 - 75 | $34,000 - $50,000 |

RLF1 12235228v.1

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 36 | [TCEH] Bond Issues | 5 - 10 | $5,000 - $7,000 |
| 37 | [TCEH] Business Operations | 60 - 85 | $42,000 - $60,000 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 40 - 65 | $40,000 - $60,000 |
| 39 | [TCEH] Claims Administration and Objections | 770 - 870 | $505,000 - $570,000 |
| 40 | [TCEH] Contested Matters and Adversary Proceedings | 1,345 - 1,505 | $965,000 - $1,080,000 |
| 41 | [TCEH] Corporate Governance and Securities Law Issues | 30 - 55 | $30,000 - $44,000 |
| 42 | [TCEH] Environmental Issues | 35 - 45 | $20,000 - $27,000 |
| 46 | [TCEH] Non-Debtor Affiliates | 105 - 130 | $62,000 - $80,000 |
| 47 | [TCEH] Non-Kirkland Retention and Fee Applications | 45 - 75 | $30,000 - $45,000 |
| 48 | [TCEH] Non-Working Travel | 45 - 70 | $45,000 - $62,000 |
| 49 | [TCEH] Official Committee Issues and Meetings | 60 - 85 | $50,000 - $72,000 |
| 51 | [TCEH] Plan/Disclosure Statement | 0 | $0 |
| 56 | [TCEH] Shared Services | 0 | $0 |
| 57 | [TCEH] Trading and Hedging Contracts | 125 - 155 | $85,000 - $105,000 |
| 58 | [TCEH] Transition Services | 0 | $0 |
| 59 | [TCEH] U.S. Trustee Issues | 0 | $0 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 370 - 410 | $235,000 - $270,000 |
| 108 | [TCEH] Exec. Contracts & Unexpired Leases | 385 - 425 | $255,000 - $295,000 |
| Applicable to EFIH Debtors | | | |
| 63 | [EFIH] Asset Disposition | 0 | $0 |
| 66 | [EFIH] Cash Collateral/DIP Financing/Make-whole Issues | 390 - 440 | $400,000 - $450,000 |
| 67 | [EFIH] Claims Administration and Objections | 0 | $0 |
| 68 | [EFIH] Contested Matters and Adversary Proceedings | 2,100 - 2,515 | $1,710,000 - $1,915,000 |
| 69 | [EFIH] Corporate Governance and Securities Law Issues | 65 - 90 | $60,000 - $80,000 |
| 72 | [EFIH] Non-Kirkland Retention and Fee Applications | 35 - 65 | $33,000 - $55,000 |
| 73 | [EFIH] Non-Working Travel | 75 - 110 | $55,000 - $70,000 |
| 74 | [EFIH] Official Committee Issues and Meetings | 45 - 70 | $40,000 - $59,000 |
| 75 | [EFIH] Oncor | 0 | $0 |
| 76 | [EFIH] Plan/Disclosure Statement | 10 - 20 | $10,000 - $14,000 |
| Applicable to EFH Corp. Debtors | | | |
| 82 | [EFH] Asset Disposition | 0 | $0 |
| 85 | [EFH] Claims Administration and Objections | 0 | $0 |
| 86 | [EFH] Contested Matters and Adversary Proceedings | 40 - 50 | $85,000 - $95,000 |

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 87 | [EFH] Corporate Governance and Securities Law Issues | 20 - 40 | $20,000 - $28,000 |
| 89 | [EFH] EFH Properties | 400 - 455 | $265,000 - $295,000 |
| 92 | [EFH] Non-Core Subsidiaries / Discontinued Operations | 0 | $0 |
| 94 | [EFH] Non-Kirkland Retention and Fee Applications | 35 - 65 | $32,000 - $46,000 |
| 95 | [EFH] Non-Working Travel | 25 - 45 | $30,000 - $40,000 |
| 96 | [EFH] Official Committee Issues and Meetings | 10 - 20 | $14,000 - $20,000 |
| 97 | [EFH] Oncor | 0 | $0 |
| 101 | [EFH] Retiree and Employee Issues/OPEB | 0 | $0 |
| 105 | [EFH] Vendor and Other Creditor Issues | 0 | $0 |
| **Total** | | **35,840 - 40,895** | **$27,019,000 - $30,458,000** |

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 37 | $1.032 |
| Associate | 62 | $638 |
| Legal Assistant | 12 | $313 |
| Case Assistant | 3 | $206 |
| Project Assistants (and other support staff) | 10 | $302 |
| **Total Attorney** | **98** | **$789** |
| **Total Non-Attorney** | **25** | **$294** |
| **Total** | **124** | **$734** |

---

[1] The "Average Hourly Rate" is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.