## Exhibit I

**Summary, by Matter Category, of Fees**
**Budgeted and Fees Incurred During the Fee Period**

## Summary of Legal Services Rendered

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 0003 | [ALL] Automatic Stay | 175 - 210 | 28.10 | $110,000 - $128,000 | $12,359.00 |
| 0004 | [ALL] Bond Issues | 0 | 6.90 | $0 | $5,667.00 |
| 0005 | [ALL] Business Operations | 15 - 30 | 21.30 | $12,000 - $20,000 | $14,164.50 |
| 0006 | [ALL] Case Administration | 335 - 375 | 368.50 | $215,000 - $240,000 | $195,213.50 |
| 0007 | [ALL] Cash Management | 30 - 60 | 0.00 | $22,000 - $34,000 | $0.00 |
| 0008 | [ALL] Claims Administration & Objections | 895 - 980 | 837.40 | $517,000 - $580,000 | $480,295.50 |
| 0009 | [ALL] Contested Matters & Adv. Proceed. | 8,090 - 9,135 | 15,317.70 | $4,800,000 - $5,365,000 | $8,834,505.00 |
| 0010 | [ALL] Corp. Governance and Sec. Issues | 2,250 - 2,500 | 3,206.30 | $1,955,000 - $2,190,000 | $2,812,560.00 |
| 0011 | [ALL] Exec. Contracts & Unexpired Leases | 105 - 130 | 66.40 | $95,000 - $118,000 | $39,722.50 |
| 0012 | [ALL] Hearings | 170 - 195 | 205.40 | $130,000 - $150,000 | $167,451.50 |
| 0013 | [ALL] Insurance | 30 - 55 | $0.00 | $25,000 - $36,000 | $0.00 |
| 0014 | [ALL] Kirkland Retention and Fee Applications | 1,355 - 1,515 | 1,694.90 | $747,000 - $835,000 | $862,973.50 |
| 0016 | [ALL] Non-Debtor Affiliates | 25 - 50 | 3.90 | $22,000 - $34,000 | $2,593.50 |
| 0017 | [ALL] Non-Kirkland Retentions & Fee Apps | 605 - 675 | 265.50 | $445,000 - $500,000 | $190,928.00 |
| 0018 | [ALL] Non-Working Travel | 600 - 665 | 457.40 | $465,000 - $525,000 | $425,733.50 |
| 0019 | [ALL] Official Committee Issues & Meet. | 140 - 165 | 19.50 | $120,000 - $140,000 | $17,365.50 |
| 0020 | [ALL] Oncor | 35 - 60 | 0.00 | $25,000 - $39,000 | $0.00 |
| 0021 | [ALL] Plan and Disclosure Statements | 10,215 - 11,430 | 7,107.90 | $8,870,000 - $9,815,000 | $5,895,415.00 |
| 0023 | [ALL] Regulatory Issues | 0 | 6.70 | $0 | $4,254.50 |
| 0026 | [ALL] Retiree and Employee Issues/OPEB | 680 - 770 | 347.20 | $540,000 - $605,000 | $266,827.50 |
| 0027 | [ALL] Schedules, SoFAs | 110 - 140 | 0.00 | $85,000 - $97,000 | $0.00 |
| 0028 | [ALL] Shared Services | 20 - 30 | 7.60 | $20,000 - $30,000 | $5,045.50 |
| 0029 | [ALL] Tax Issues | 2,045 - 2,290 | 2,936.90 | $1,860,000 - | $2,728,853.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| | | | | $2,080,000 | |
| 0030 | [ALL] U.S. Trustee Issues | 25 - 40 | 6.20 | $15,000 - $24,000 | $3,790.50 |
| 0032 | [ALL] Valuation | 1,045 - 1,160 | 264.80 | $665,000 - $745,000 | $167,784.50 |
| 0033 | [ALL] Vendor and Other Creditor Issues | 25 - 50 | 0.00 | $27,000 - $39,000 | $0.00 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 100 - 140 | 55.80 | $75,000 - $95,000 | $35,594.50 |
| 0035 | [TCEH] Automatic Stay | 50 - 75 | 189.60 | $34,000 - $50,000 | $115,179.00 |
| 0036 | [TCEH] Bond Issues | 5 - 10 | 6.60 | $5,000 - $7,000 | $4,389.00 |
| 0037 | [TCEH] Business Operations | 60 - 85 | 265.60 | $42,000 - $60,000 | $173,584.50 |
| 0038 | [TCEH] Cash Collateral and DIP Financing | 40 - 65 | 125.90 | $40,000 - $60,000 | $87,476.50 |
| 0039 | [TCEH] Claims Administration & Objection | 770 - 870 | 432.90 | $505,000 - $570,000 | $303,369.00 |
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 1,345 - 1,505 | 1,233.00 | $965,000 - $1,080,000 | $941,712.00 |
| 0041 | [TCEH] Corporate Governance and Securities Law Issues | 30 - 55 | 8.10 | $30,000 - $44,000 | $8,003.00 |
| 0042 | [TCEH] Environmental Issues | 35 - 45 | 8.00 | $20,000 - $27,000 | $5,486.50 |
| 0046 | [TCEH] Non-Debtor Affiliates | 105 - 130 | 7.80 | $62,000 - $80,000 | $5,168.50 |
| 0047 | [TCEH] Non-Kirkland Retention & Fee Apps | 45 - 75 | 5.80 | $30,000 - $45,000 | $4,874.00 |
| 0048 | [TCEH] Non-Working Travel | 45 - 70 | 0.00 | $45,000 - $62,000 | $0.00 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 60 - 85 | 4.50 | $50,000 - $72,000 | $4,297.50 |
| 0051 | [TCEH] Plan/Disclosure Statement | 0 | 75.30 | $0 | $80,069.00 |
| 0057 | [TCEH] Trading and Hedging Contracts | 125 - 155 | 12.70 | $85,000 - $105,000 | $6,980.50 |
| 0062 | [TCEH] Vendor and Other Creditor Issues | 370 - 410 | 143.10 | $235,000 - $270,000 | $90,457.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Make-whole | 390 - 440 | 699.70 | $400,000 - $450,000 | $602,432.00 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 2,100 - 2,515 | 3,107.80 | $1,710,000 - $1,915,000 | $2,369,457.00 |
| 0069 | [EFH] Corporate Governance and Securities | 65 - 90 | 4.50 | $60,000 - $80,000 | $3,309.50 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| | Law Issues | | | | |
| 0070 | [EFIH] Hearings | 0 | 191.30 | $0 | $143,407.00 |
| 0072 | [EFIH] Non-Kirkland Retention and Fee Applications | 35 - 65 | 2.70 | $33,000 - $55,000 | $1,795.50 |
| 0073 | [EFIH] Non-Working Travel | 75 - 110 | 34.50 | $55,000 - $70,000 | $27,824.50 |
| 0074 | [EFIH] Official Committee Issues and Meetings | 45 - 70 | 10.50 | $40,000 - $59,000 | $8,235.50 |
| 0076 | [EFIH] Plan/Disclosure Statement | 10 - 20 | 0.00 | $10,000 - $14,000 | $0.00 |
| 0086 | [EFH] Contested Matters & Advers. Proc. | 40 - 50 | 16.70 | $85,000 - $95,000 | $13,540.50 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 20 - 40 | 0.00 | $20,000 - $28,000 | $0.00 |
| 0089 | [EFH] EFH Properties | 400 - 455 | 365.40 | $265,000 - $295,000 | $259,571.50 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 0 | 1.50 | $0 | $1,433.50 |
| 0094 | [EFH] Non-Kirkland Retention and Fee Applications | 35 - 65 | 6.40 | $32,000 - $46,000 | $4,256.00 |
| 0095 | [EFH] Non-Working Travel | 25 - 45 | 0.00 | $30,000 - $40,000 | $0.00 |
| 0096 | [EFH] Official Committee Issues & Meet. | 10 - 20 | 8.00 | $14,000 - $20,000 | $8,236.50 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 385 - 425 | 418.40 | $255,000 - $295,000 | $268,983.00 |
| **Total** | | **35,840 - 40,895** | **40,618.60** | **$27,019,000 - $30,458,000** | **$31,760,148.32** |