Energy Future Fee Report Summary
June 24, 2015 Uncontested Fee Hearing
DRAFT -- 6/5/2015

**First Interim Fee Period**
April 29-August 31, 2014

|   | Professional | Fees Requested | Expenses Requested | Fees Recommended for Approval | Expenses Recommended for Approval | Total Adjustment |
|---|---|---|---|---|---|---|
|   | **1st Interim Applications Remaining -- First Interim Fee Period** | | | | | |
| 1 | Deloitte & Touche LLP<br>*Independent Auditor for Debtors* | $2,072,499.50 | $0.00 | $2,069,104.00 | $0.00 | $3,395.50 |
| 2 | EPIQ Bankruptcy Solutions LLC<br>*Administrative Advisor to Debtors* | $204,706.20 | $0.00 | $204,383.50 | $0.00 | $322.70 |
| 3 | Sidley Austin LLP<br>*Special Counsel to Debtors - Corporate and Litigation* | $2,327,235.30 | $24,009.87 | $1,977,235.30 | $24,009.87 | $350,000.00 |
| 4 | FTI Consulting Inc.<br>*Financial Advisor to T-Committee* | $3,300,549.00 | $142,783.00 | $2,900,549.00 | $142,783.00 | $400,000.00 |
| 5 | Morrison & Foerster<br>*Bankruptcy Counsel to T-Committee* | $41,827.50 | | $41,827.50 | | $0.00 |
| 6 | Polsinelli PC<br>*Delaware Bankruptcy Counsel to T-Committee* | $500,927.50 | $32,695.04 | $467,478.50 | $30,695.90 | $35,448.14 |
|   | **Totals** | **$8,447,745.00** | **$199,487.91** | **$7,660,577.80** | **$197,488.77** | **$789,166.34** |
|   | | | | | | |
|   | **Total Approved on 12/29/2014** | | | $12,862,747.75 | $353,843.86 | $230,244.83 |
|   | **Total Approved on 1/26/2015** | | | $24,511,927.32 | $1,122,860.04 | $1,214,052.17 |
|   | **Total Approved on 2/18/2015** | | | $16,517,565.76 | $820,543.45 | $122,408.28 |
|   | **Total Recommmended for Approval on 6/24/2015** | | | $7,660,577.80 | $197,488.77 | $789,166.34 |
|   | **Grand Totals for the First Interim Fee Period** | **$63,736,153.99** | **$2,667,272.38** | **$61,552,818.63** | **$2,494,736.12** | **$2,355,871.62** |

Energy Future Fee Report Summary
June 24, 2015 Uncontested Fee Hearing
DRAFT -- 6/5/2015

**Second Interim Fee Period**
September 1-December 31, 2014

| | Professional | Fees Requested | Expenses Requested | Fees Recommended for Approval | Expenses Recommended for Approval | Total Adjustment |
|---|---|---|---|---|---|---|
| | **1st Interim Applications -- Second Interim Fee Period** | | | | | |
| 7 | AlixPartners LLP<br>*Restructuring Advisor to E- Committee* | $379,108.50 | $36,146.71 | $307,395.12 | $22,369.69 | $85,490.40 |
| 8 | Balch & Bingham LLP<br>*Special Counsel to Debtors - Environmental Matters* | $615,498.05 | $21,520.61 | $612,819.05 | $21,283.36 | $2,916.25 |
| 9 | Cravath Swaine & Moore LLP<br>*Bankruptcy Counsel for Conflict Matters -- EFIH* | $521,822.00 | $1,486.73 | $501,822.00 | $1,486.73 | $20,000.00 |
| 10 | Goldin & Associates LLP<br>*Financial Advisor for Conflict Matters -- EFIH* | $150,000.00 | $1,805.69 | $150,000.00 | $47.22 | $1,758.47 |
| 11 | Greenhill & Co LLC<br>*Financial Advisor for Conflict Matters -- TCEH* | $366,666.67 | $36,048.14 | $366,666.67 | $32,885.49 | $3,162.65 |
| 12 | Guggenheim Securities LLC<br>*Investment Banker to E-Committee* | $408,333.33 | $61,782.54 | $408,333.33 | $61,304.70 | $477.84 |
| 13 | Montgomery McCracken Walker & Rhoads LLP<br>*Delaware Bankruptcy Counsel to E-Committee* | $49,764.50 | $4,466.07 | $49,390.00 | $450.78 | $4,389.79 |
| 14 | Munger Tolles & Olson LLP<br>*Bankruptcy Counsel for Conflicts Matters -- TCEH* | $1,195,324.75 | $14,202.34 | $1,173,593.10 | $13,742.87 | $22,191.12 |
| 15 | O'Kelly Ernst & Bielli LLC<br>*Delaware Bankruptcy Counsel for Conflicts Matters -- EFH* | $10,141.50 | $190.00 | $9,109.25 | $115.00 | $1,107.25 |
| 16 | Proskauer Rose LLP<br>*Bankruptcy Counsel for Conflicts -- EFH* | $1,241,019.25 | $32,968.38 | $1,209,076.00 | $30,920.37 | $33,991.26 |
| 17 | Stevens & Lee PC<br>*Delaware Bankruptcy Counsel for Conflicts Matters -- EFIH* | $21,186.00 | $37.00 | $20,434.90 | $37.00 | $751.10 |

| | Professional | Fees Requested | Expenses Requested | Fees Recommended for Approval | Expenses Recommended for Approval | Total Adjustment |
|---|---|---|---|---|---|---|
| 18 | Sullivan & Cromwell LLP<br>*Bankruptcy Counsel to E-Committee* | $2,771,397.40 | $16,221.34 | $2,681,684.02 | $15,471.34 | $90,463.38 |
| | **Totals** | **$7,730,261.95** | **$226,875.55** | **$7,490,323.44** | **$200,114.55** | **$266,699.51** |
| | **2nd Interim Applications -- Second Interim Fee Period** | | | | | |
| 19 | Alvarez & Marsal North America, LLC<br>*Restructuring Advisor to Debtors* | $5,029,260.50 | $204,694.44 | $4,904,006.87 | $203,868.77 | $126,079.30 |
| 20 | Deloitte & Touche LLP<br>*Independent Auditor for Debtors* | $2,508,542.00 | $0.00 | $2,475,660.50 | $0.00 | $32,881.50 |
| 21 | Evercore Group L.L.C.<br>*Investment Banker & Financial Advisor to Debtors* | $2,100,000.00 | $203,938.94 | $2,100,000.00 | $203,109.24 | $829.70 |
| 22 | Filsinger Energy Partners<br>*Energy Consultant to Debtors* | $4,193,033.25 | $195,125.66 | $4,147,845.50 | $194,982.71 | $45,330.70 |
| 23 | Gibson, Dunn & Crutcher LLP<br>*Special Counsel to Debtors - Corporate and Litigation* | $484,484.80 | $946.97 | $451,127.90 | $946.97 | $33,356.90 |
| 24 | KPMG LLP<br>*Bankruptcy Accounting & Tax Advisor to Debtors* | $2,563,940.10 | $190,576.19 | $2,541,011.60 | $189,593.44 | $23,911.25 |
| 25 | Lazard Freres & Co. LLC<br>*Investment Banker to T-Committee* | $1,000,000.00 | $39,106.67 | $1,000,000.00 | $34,024.53 | $5,082.14 |
| 26 | McDermott Will & Emery LLP<br>*Special Counsel to Debtors - Energy-Related Transactions* | $343,622.25 | $31,364.55 | $339,264.75 | $30,524.30 | $5,197.75 |
| 27 | Morrison & Foerster LLP<br>*Bankruptcy Counsel to T-Committee* | $8,588,175.50 | $218,733.29 | $8,566,183.50 | $215,979.96 | $24,745.33 |
| 28 | Polsinelli PC<br>*Delaware Bankruptcy Counsel to T-Committee* | $549,128.50 | $23,097.18 | $535,441.44 | $23,044.27 | $13,739.97 |
| 29 | Thompson & Knight LLP<br>*Special Counsel to Debtors - Tax-Related Matters* | $489,517.00 | $1,639.59 | $450,282.87 | $941.14 | $39,932.58 |
| | **Totals** | **$27,849,703.90** | **$1,109,223.48** | **$27,510,824.93** | **$1,097,015.33** | **$351,087.12** |

| | Professional | | Fees Requested | Expenses Requested | Fees Recommended for Approval | Expenses Recommended for Approval | Total Adjustment |
|---|---|---|---|---|---|---|---|
| | **Fee Committee (August 21-December 31, 2014)** | | | | | | |
| 30 | Gitlin & Company LLC and Richard Gitlin<br>*Fee Committee Chair* | | $216,093.03 | $2,567.47 | $216,093.03 | $2,142.47 | $425.00 |
| 31 | Godfrey & Kahn SC<br>*Bankruptcy Counsel* | | $864,552.13 | $40,775.62 | $864,552.13 | $40,775.62 | $0.00 |
| 32 | Phillips Goldman & Spence PA<br>*Delaware Bankruptcy Counsel* | | $5,076.00 | $679.21 | $5,076.00 | $679.21 | $0.00 |
| | | Totals | $1,085,721.16 | $44,022.30 | $1,085,721.16 | $43,597.30 | $425.00 |
| | | | | | | | |
| | **Grand Totals for the Second Interim Fee Period** | | **$36,665,687.01** | **$1,380,121.33** | **$36,086,869.53** | **$1,340,727.18** | **$618,211.63** |