# Exhibit B

# Disclosure of Professionals Who Rendered Services

50545271.1

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 27,804.00 | 66.20 | 420 | 420 | 0 |
| Porcelli, Anthony C. | Shareholder | Lit Commercial Litigation | 05/01/1994 | $ 32,922.00 | 55.80 | 590 | 590 | 0 |
| Switzer Jr., Jay L. | Shareholder | FR Loan Enforcement | 05/01/1992 | $ 28,733.00 | 48.70 | 590 | 590 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 177,385.00 | 272.90 | 650 | 650 | 0 |
| Blakely Paquet, Elizabeth A. | Associate | FR Bankruptcy and Restructuring | 05/01/2014 | $ 8,340.00 | 27.80 | 300 | 300 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 148,554.00 | 357.70 | 420 | 420 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 38,700.00 | 107.50 | 360 | 360 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 17,357.50 | 65.50 | 265 | 265 | 0 |
| | | | | $ 479,795.50 | 1,002.10 | 479 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 601.54 | $ 601.54 |
| Associate | $ 396.74 | $ 396.74 |
| Paralegal | $ 265.00 | $ 265.00 |
| All timekeepers averaged | $ 421.09 | $ 421.09 |

49749394.1