# Exhibit C

# Expense Summary

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Client Advance | $ 95.18 |
| Document Reproduction | $ 1,891.10 |
| Document Reproduction | $ 2,587.80 |
| Docket Charges | $ 342.40 |
| Deliveries | $ 517.20 |
| Filing Fees | $ 44.00 |
| Other Legal Research | $ 3,731.98 |
| Meals | $ 1,480.58 |
| Miscellaneous | $ 150.00 |
| Transcript of Proceedings | $ 1,150.20 |
| Transportation | $ 192.00 |
| Westlaw Computer Research | $ 1,224.98 |
| | $ 13,407.42 |

49749394.1