# Exhibit D

## Summary of Professional Services Rendered By Project Category

SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 3.40 | $ 1,565.50 |
| Asset Disposition | | | 13.30 | $ 6,575.50 |
| Assumption/Rejection of Leases & Contracts | | | 11.20 | $ 6,148.00 |
| Avoidance Action Analysis | | | 217.10 | $ 112,276.50 |
| Bankruptcy-Related Advice | | | 99.00 | $ 46,889.50 |
| Business Operations | | | 13.70 | $ 7,839.00 |
| Case Administration | | | 50.00 | $ 18,831.00 |
| Claims & Plan | | | 13.80 | $ 5,796.00 |
| Claims Administration & Objections | | | 35.50 | $ 19,896.00 |
| Corporate Governance & Board Matters | | | 0.50 | $ 250.00 |
| Employment/Fee Application Objections | | | 9.60 | $ 3,351.50 |
| Employment/Fee Applications | | | 225.30 | $ 104,947.50 |
| Financing & Cash Collateral | | | 5.40 | $ 3,257.00 |
| General Bankruptcy Advice/Opinions | | | 3.30 | $ 1,188.00 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 180.20 | $ 83,980.50 |
| Meetings of & Communications with Creditors or the Committee | | | 52.20 | $ 26,424.00 |
| Non-Working Travel | | | 8.00 | $ 1,680.00 |
| Plan & Disclosure Statement (including business plan) | | | 57.10 | $ 27,145.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 1.90 | $ 853.00 |
| Restructurings | | | 0.40 | $ 260.00 |
| Tax Issues | | | 1.20 | $ 642.00 |
| | | | 1,002.10 | $ 479,795.50 |