#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.* | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) |  |

#### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to The Kansas City Southern Railway Company and demand, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned attorneys, at the addresses set forth below:

| | |
|---|---|
| "J" Jackson Shrum (DE 4757)<br>JShrum@werbsullivan.com<br>Phone:  (302) 652-1100<br>Facsimile:  (302) 652-1111<br>Werb & Sullivan<br>300 Delaware Avenue, Suite 1300<br>P.O. Box 25046<br>Wilmington, DE  19899 | Duane D. Werb, Esquire (DE 1042)<br>Dwerb@werbsullivan.com<br>Phone: 302-652-1100<br>Facsimile: 302-652-1111<br>Werb & Sullivan<br>300 Delaware Avenue, Suite 1300<br>P.O. Box 25046<br>Wilmington, Delaware  19899 |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also

includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 16, 2015

Respectfully submitted,

WERB & SULLIVAN

/s/  *Jack Shrum*
"J" Jackson Shrum (DE 4757)
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE  19899
Telephone: (302) 652-1100
Telecopier: (302) 652-1111

And

/s/  *Duane Werb*
Duane D. Werb, Esquire (DE 1042)
300 Delaware Avenue, Suite 1300
P.O. Box 25046

Wilmington, DE  19899
Telephone:  (302) 652-1100
Telecopier:  (302) 652-1111

*Counsel to The Kansas City
Southern Railway Company*