# EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## ORDER SUSTAINING DEBTORS'
## EIGHTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
## TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
## TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
## RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), modifying the Disputed Claims set forth on **Exhibit 1**, **Exhibit 2**, **Exhibit 3**, **Exhibit 4**, **Exhibit 5**, **Exhibit 6**, and **Exhibit 7** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Wrong Debtor and Modify Amount Claims set forth on the attached **Exhibit 1** are hereby modified as provided on the attached **Exhibit 1**.

3.      The Wrong Debtor and Modify Priority Claims set forth on the attached **Exhibit 2** are hereby modified as provided on the attached **Exhibit 2**.

4.      The Wrong Debtor and Modify Classification Claims set forth on the attached **Exhibit 3** are hereby modified as provided on the attached **Exhibit 3**.

5.      The Modify Amount Claims set forth on the attached **Exhibit 4** are hereby modified as provided on the attached **Exhibit 4**.

6.      The Modify Amount and Modify Priority Claims set forth on the attached **Exhibit 5** are hereby modified as provided on the attached **Exhibit 5**.

7.      The Modify Priority Claims set forth on the attached **Exhibit 6** are hereby modified as provided on the attached **Exhibit 6**.

8.      The Modify Classification Claims set forth on the attached **Exhibit 7** are hereby modified as provided on the attached **Exhibit 7**.

9.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

10.     Nothing set forth herein shall affect the parties' rights with respect to the Disputed Claims, as modified, and the parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Debtors' right to object in the future to the Disputed Claims on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

11.     Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

12.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

14.    This Court shall retain exclusive jurisdiction to resolve any dispute arising from

or related to this Order.

Dated: _____, 2015          _____
        Wilmington, Delaware        THE HONORABLE CHRISTOPHER S. SONTCHI
                                     UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Wrong Debtor and Modify Amount Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | HUSCH BLACKWELL LLP ATTN: GARY L. VINCENT, ESQ. 190 CARONDELET PLAZA, SUITE 600 SAINT LOUIS, MO 63105 | 45 | Energy Future Holdings Corp. | Unsecured | $56,454.00 | EFH Corporate Services Company | Unsecured | $50,441.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects amount owed according to Debtors' books and records; the claimed amount is greater than the amount approved by the Debtors in the retainer agreement with claimant.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | RSA SECURITY, LLC A DIVISION OF EMC CORPORATION C/O RECEIVABLE MANAGEMENT SVS (RMS) P.O. BOX 5126 TIMONIUM, MD 21094 | 2557 | Energy Future Holdings Corp. | Unsecured | $48,687.49 | EFH Corporate Services Company | Unsecured | $48,014.53 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate).

| | | | | TOTAL | $105,141.49 | | TOTAL | $98,455.53 |
|---|---|---|---|---|---|---|---|---|

**EXHIBIT 2** to **EXHIBIT A**

**Wrong Debtor and Modify Priority Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | SHERIDAN, DIANE B. 1107 LIVE OAK LANE TAYLOR LAKE VILLAGE, TX 77586-4530 | 4251 | Energy Future Holdings Corp. | Priority | $367.50 | EFH Corporate Services Company | Unsecured | $367.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | | | | TOTAL | $367.50 | | TOTAL | $367.50 |

**EXHIBIT 3** to **EXHIBIT A**

**Wrong Debtor and Modify Classification Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor and Modify Classification Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION STATUS | AMOUNT | DEBTOR | MODIFIED CLASSIFICATION STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 4IMPRINT INC 101 COMMERCE ST OSHKOSH, WI 54901 | 6160 | Energy Future Holdings Corp. | Secured | $166.96 | EFH Corporate Services Company | Unsecured | $166.96 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified classification reflects no evidence of perfected lien or security interest provided.

| | | | | TOTAL | $166.96 | | TOTAL | $166.96 |
|---|---|---|---|---|---|---|---|---|

**EXHIBIT 4** to **EXHIBIT A**

**Modify Amount Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ATKINS NORTH AMERICA, INC. F/K/A P B S & J INC 4030 W BOY SCOUT BLVD STE 700 TAMPA, FL 33607-5713 | 2024 | Luminant Mining Company LLC | Unsecured | $112,783.85 | Luminant Mining Company LLC | Unsecured | $64,235.65 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $48,548.20 is accounted for in claim no. 6142 on the claim register.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | AXON SOLUTIONS INC ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6077 | TXU Energy Retail Company LLC | Unsecured | $953,764.84 | TXU Energy Retail Company LLC | Unsecured | $871,506.78 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $82,258.06 is accounted for in claim no. 6078 on the claim register.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | AXON SOLUTIONS INC ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6078 | EFH Corporate Services Company | Unsecured | $953,764.84 | EFH Corporate Services Company | Unsecured | $82,258.06 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $871,506.78 is accounted for in claim no. 6077 on the claim register.

## ENERGY FUTURE HOLDINGS CORP., et al.

### EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BI-INFORM, INC. C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 7929 | EFH Corporate Services Company | Unsecured | $27,000.00 | EFH Corporate Services Company | Unsecured | $26,250.00 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via ACH number 8000940066 on 4/23/2014. | | | | | | | |
| 5 | CRC GROUP INC PO BOX 131888 DALLAS, TX 75313 | 4530 | EFH Corporate Services Company | Unsecured | $106,645.93 | EFH Corporate Services Company | Unsecured | $57,520.33 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $49,125.60 is accounted for in claim nos. 4531, 4532, and 4533 on the claim register. | | | | | | | |
| 6 | CRC GROUP INC PO BOX 131888 DALLAS, TX 75313 | 4533 | Luminant Generation Company LLC | Unsecured | Undetermined* | Luminant Generation Company LLC | Unsecured | $10,169.11 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. | | | | | | | |
| 7 | FLANDERS ELECTRIC INC. 901 HARRISON RD LONGVIEW, TX 75604 | 1861 | Oak Grove Management Company LLC | Unsecured | $31,376.71 | Oak Grove Management Company LLC | Unsecured | $24,176.50 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records. | | | | | | | |
| 8 | FLANDERS ELECTRIC INC. 901 HARRISON RD LONGVIEW, TX 75604 | 1865 | Luminant Mining Company LLC | Unsecured | $835,012.91 | Luminant Mining Company LLC | Unsecured | $744,297.85 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | NEUNDORFER INC<br>4590 HAMANN PKWY<br>WILLOUGHBY, OH 44094 | 5830 | Luminant Generation Company LLC | Unsecured | $10,937.08 | Luminant Generation Company LLC | Unsecured | $9,817.09 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via ACH number 8000940426 on 4/24/2014.

| 10 | PERFORMANCE CONTRACTING INC<br>PO BOX 872346<br>KANSAS CITY, MO 64187-2346 | 5767 | Luminant Generation Company LLC | Unsecured | $1,490,781.05 | Luminant Generation Company LLC | Unsecured | $166,718.40 |
|---|---|---|---|---|---|---|---|---|

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $1,324,062.65 is accounted for in claim nos. 5768, 5769 and 5772 on the claim register.

| 11 | PERFORMANCE CONTRACTING INC<br>PO BOX 872346<br>KANSAS CITY, MO 64187-2346 | 5769 | Sandow Power Company LLC | Unsecured | $493,187.31 | Sandow Power Company LLC | Unsecured | $326,468.91 |
|---|---|---|---|---|---|---|---|---|

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $166,718.40 is accounted for in claim no. 5767 on the claim register.

| 12 | ROMCO EQUIPMENT CO. LLC<br>C/O GARDERE WYNNE SEWELL, LLP<br>ATTN: JOHN P. MELKO<br>1000 LOUISIANA, STE 3400<br>HOUSTON, TX 77002-5007 | 9599 | Luminant Mining Company LLC | Unsecured | $81,958.38 | Luminant Mining Company LLC | Unsecured | $81,942.99 |
|---|---|---|---|---|---|---|---|---|

REASON FOR MODIFICATION: Modified amount reflects adjustment for freight charges asserted (Debtor uses a third party logistics company to whom that liability is properly owed).

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | SUNGARD CONSULTING SERVICES LLC C/O SHUTTS & BOWEN, LLP ATTN: JAMES A. TIMKO, ESQ. 300 S. ORANGE AVE, STE 1000 ORLANDO, FL 32801 | 5715 | EFH Corporate Services Company | Unsecured | $357,046.45* | EFH Corporate Services Company | Unsecured | $265,079.45 |

REASON FOR MODIFICATION: Modified amount reflects (1) liquidation of claim to reflect the amount owed according to Debtors' books and records and (2) the difference of $91,967.00 is accounted for in claim no. 5714 on the claim register.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 7908 | Oak Grove Management Company LLC | 503(b)(9) | $8,176.42 | Oak Grove Management Company LLC | 503(b)(9) | $322.84 |
| | | | Oak Grove Management Company LLC | Unsecured | $1,701.50 | | | |
| | | | | Subtotal | $9,877.92 | | | |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $9,555.08 is accounted for in claim no. 7909 on the claim register.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 7909 | Luminant Generation Company LLC | 503(b)(9) | $8,176.42 | Luminant Generation Company LLC | 503(b)(9) | $7,853.58 |
| | | | Luminant Generation Company LLC | Unsecured | $1,701.50 | Luminant Generation Company LLC | Unsecured | $1,701.50 |
| | | | | Subtotal | $9,877.92 | | Subtotal | $9,555.08 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $322.84 is accounted for in claim no. 7908 on the claim register.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR UNITED CONVEYOR SUPPLY CORP 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 4757 | Luminant Generation Company LLC | 503(b)(9) | $84,362.20 | Luminant Generation Company LLC | 503(b)(9) | $38,107.40 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $46,254.80 is accounted for in claim no. 4756 on the claim register.

| | | | | TOTAL | $5,558,377.39* | | TOTAL | $2,778,426.44 |
|---|---|---|---|---|---|---|---|---|

**EXHIBIT 5** to **EXHIBIT A**

**Modify Amount and Modify Priority Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ARBILL INDUSTRIES SUITE 208 80 BUSINESS PARK DRIVE ARMONK, NY 10504 | 5106 | Luminant Mining Company LLC | 503(b)(9) | $13,102.63 | Luminant Mining Company LLC | 503(b)(9) | $13,013.89 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $19.64 |
| | | | | | | | Subtotal | $13,033.53 |

REASON FOR MODIFICATION: Modified amount reflects (1) adjustment for amount paid via check number 8000939916 on 4/21/2014 and (2) amount owed according to Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR POWERRAIL DISTRIBUTION 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 3756 | Oak Grove Management Company LLC | 503(b)(9) | $24,575.59 | Oak Grove Management Company LLC | 503(b)(9) | $5,418.80 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $2,101.14 |
| | | | | | | | Subtotal | $7,519.94 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $17,055.65 is accounted for in claim no. 7908 on the claim register. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | | | | TOTAL | $37,678.22 | | TOTAL | $20,553.47 |
|---|---|---|---|---|---|---|---|---|

**EXHIBIT 6** to **EXHIBIT A**

**Modify Priority Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CANTU FOODS & SUPPLY 1601 BRYAN ST #210 DALLAS, TX 75201-3480 | 7915 | EFH Corporate Services Company | Priority | $30.98 | EFH Corporate Services Company | Unsecured | $261.31 |
| | | | EFH Corporate Services Company | Unsecured | $230.33 | | | |
| | | | | Subtotal | $261.31 | | | |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status; tax charge is related to sales tax that does not give rise to priority status.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | HILDRETH, JOHN C/O ISSUELINK 1801 LAVACA ST #12C AUSTIN, TX 78701 | 4230 | EFH Corporate Services Company | Priority | $10,000.00 | EFH Corporate Services Company | Unsecured | $10,000.00 |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(4); according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | PS ENERGY GROUP INC 4480 N SHALLOWFORD RD STE 100 DUNWOODY, GA 30338 | 4529 | EFH Corporate Services Company | 503(b)(9) | $9,553.31 | EFH Corporate Services Company | Unsecured | $14,678.19 |
| | | | EFH Corporate Services Company | Unsecured | $5,124.88 | | | |
| | | | | Subtotal | $14,678.19 | | | |

REASON FOR MODIFICATION: According to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ARBILL INDUSTRIES SUITE 208 80 BUSINESS PARK DRIVE ARMONK, NY 10504 | 5107 | Sandow Power Company LLC | 503(b)(9) | $5,159.86 | Sandow Power Company LLC | 503(b)(9) | $3,862.20 |
| | | | | | | Sandow Power Company LLC | Unsecured | $1,297.66 |
| | | | | | | | Subtotal | $5,159.86 |

REASON FOR MODIFICATION: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ROBERT'S COFFEE & VENDING SERVICES, LLC 80 BUSINESS PARK DRIVE, SUITE 208 ARMONK, NY 10504 | 5694 | Luminant Mining Company LLC | 503(b)(9) | $2,061.50 | Luminant Mining Company LLC | Unsecured | $2,061.50 |

REASON FOR MODIFICATION: According to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ROBERT'S COFFEE & VENDING SERVICES, LLC 80 BUSINESS PARK DRIVE, SUITE 208 ARMONK, NY 10504 | 5695 | Luminant Generation Company LLC | 503(b)(9) | $3,736.45 | Luminant Generation Company LLC | 503(b)(9) | $1,444.85 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $2,291.60 |
| | | | | | | | Subtotal | $3,736.45 |

REASON FOR MODIFICATION: According to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $35,897.31 | | TOTAL | $35,897.31 |
|---|---|---|---|---|---|---|---|---|

**EXHIBIT 7** to **EXHIBIT A**

**Modify Classification Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 7 TO EXHIBIT A – Modify Classification Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION STATUS | AMOUNT | DEBTOR | MODIFIED CLASSIFICATION STATUS | AMOUNT |
|---|------|---------|--------|-------------------------------|--------|--------|-------------------------------|--------|
| 1 | WESTERN MARKETING INC<br>PO BOX 147<br>ABILENE, TX 79604<br><br>TRANSFERRED TO:<br>VENDOR RECOVERY FUND IV<br>TRANSFEROR:<br>WESTERN MARKETING INC<br>C/O DRUM CAPITAL MANAGEMENT<br>4 STAMFORD PLAZA<br>STAMFORD, CT 06902 | 3377 | Luminant Generation Company LLC | Secured | $5,558.35 | Luminant Generation Company LLC | Unsecured | $5,558.35 |

REASON FOR MODIFICATION: Modified classification reflects no evidence of perfected lien or security interest provided.

| | | | | **TOTAL** | **$5,558.35** | | **TOTAL** | **$5,558.35** |
|---|---|---|---|---|---|---|---|---|