**EXHIBIT A**

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | | Total Expense | Allocation |
|---|---|---|---|---|---|---|
| Air / Rail Travel | 3/16/2015 | Matican, Jeremy M | Round trip to Dallas | | $1,761.10 | All |
| | 3/10/2015 | Ying, David Y | Train from New York to Wilmington for Hearing | | $303.00 | All |
| | | | | Sub-Total | $2,064.10 | |
| Copies | 3/31/2015 | Other | 405 color pages (adjusted to $.50 per page) | | $202.50 | All |
| | | | | Sub-Total | $202.50 | |
| Legal / Professional Fees | 3/17/2015 | Other | Walter Weir & Partners - Local Counsel (March 2015) | | $380.00 | All |
| | 3/17/2015 | Other | Debevoise Invoice - Fee Application (March 2015) | | $3,858.00 | All |
| | | | | Sub-Total | $4,238.00 | |
| Local Ground Transport[1] | 3/2/2015 | Chen, Lisa Y | Late night taxi | | $24.36 | All |
| | 3/4/2015 | Chen, Lisa Y | Late night taxi | | $23.76 | All |
| | 3/11/2015 | Chen, Lisa Y | Late night taxi | | $29.16 | All |
| | 3/12/2015 | Chen, Lisa Y | Late night taxi | | $24.35 | All |
| | 3/17/2015 | Chen, Lisa Y | Late night taxi | | $25.55 | All |
| | 3/18/2015 | Chen, Lisa Y | Late night taxi | | $25.55 | All |
| | 3/19/2015 | Chen, Lisa Y | Late night taxi | | $27.36 | All |
| | 3/23/2015 | Chen, Lisa Y | Late night taxi | | $23.16 | All |
| | 3/24/2015 | Chen, Lisa Y | Late night taxi | | $25.56 | All |
| | 3/25/2015 | Chen, Lisa Y | Late night taxi | | $25.56 | All |
| | 3/30/2015 | Chen, Lisa Y | Late night taxi | | $23.76 | All |
| | 3/31/2015 | Chen, Lisa Y | Late night taxi | | $26.16 | All |
| | 3/3/2015 | Levit, Vadim | Late night taxi | | $6.96 | EFIH |
| | 3/6/2015 | Levit, Vadim | Late night taxi | | $8.76 | All |
| | 3/11/2015 | Levit, Vadim | Late night taxi | | $11.75 | TCEH |
| | 3/13/2015 | Levit, Vadim | Late night taxi | | $7.55 | TCEH |
| | 3/2/2015 | Matican, Jeremy M | Late night taxi | | $8.76 | All |
| | 3/5/2015 | Matican, Jeremy M | Late night taxi | | $6.96 | All |
| | 3/6/2015 | Matican, Jeremy M | Late night taxi | | $8.75 | All |
| | 3/8/2015 | Matican, Jeremy M | Late night taxi | | $8.15 | All |
| | 3/9/2015 | Matican, Jeremy M | Late night taxi | | $9.96 | All |
| | 3/10/2015 | Matican, Jeremy M | Late night taxi | | $10.55 | All |
| | 3/12/2015 | Matican, Jeremy M | Late night taxi | | $8.75 | TCEH |
| | 3/21/2015 | Matican, Jeremy M | Weekend taxi | | $8.50 | All |
| | 3/23/2015 | Matican, Jeremy M | Late night taxi | | $8.76 | All |
| | 3/24/2015 | Matican, Jeremy M | Late night taxi | | $8.75 | All |
| | 3/26/2015 | Matican, Jeremy M | Late night taxi | | $10.56 | TCEH |
| | 3/30/2015 | Matican, Jeremy M | Late night taxi | | $8.76 | All |
| | 3/31/2015 | Matican, Jeremy M | Late night taxi | | $9.95 | TCEH |
| | 3/1/2015 | Patel, Neal H | Weekend taxi | | $22.40 | All |
| | 3/2/2015 | Patel, Neal H | Late night taxi | | $8.00 | All |
| | 3/3/2015 | Patel, Neal H | Late night taxi | | $8.00 | All |
| | 3/4/2015 | Patel, Neal H | Late night taxi | | $22.40 | EFIH |
| | 3/8/2015 | Patel, Neal H | Weekend taxi | | $19.56 | All |
| | 3/10/2015 | Patel, Neal H | Late night taxi | | $12.80 | EFIH |
| | 3/12/2015 | Patel, Neal H | Late night taxi | | $12.95 | TCEH |
| | 3/16/2015 | Patel, Neal H | Late night taxi | | $10.56 | TCEH |
| | 3/19/2015 | Patel, Neal H | Late night taxi | | $8.47 | All |
| | 3/23/2015 | Patel, Neal H | Late night taxi | | $11.16 | All |
| | 3/26/2015 | Patel, Neal H | Late night taxi | | $9.53 | All |
| | 3/30/2015 | Patel, Neal H | Late night taxi | | $12.95 | All |
| | 3/26/2015 | Raghavan, Sesh | Late night taxi | | $10.35 | All |
| | 3/19/2015 | Rao, Aashik A | Late night taxi | | $79.44 | All |
| | 3/1/2015 | Yi, Bo S | Weekend taxi | | $8.80 | All |
| | 3/4/2015 | Yi, Bo S | Late night taxi | | $22.40 | All |
| | 3/30/2015 | Yi, Bo S | Late night taxi | | $10.35 | All |
| | 3/26/2015 | Ying, David Y | Late night taxi | | $10.35 | All |
| | | | | Sub-Total | $756.94 | |
| Meals[2] | 3/2/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 3/3/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 3/4/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 3/5/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | EFIH |
| | 3/6/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 3/9/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 3/10/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 3/11/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 3/12/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 3/16/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 3/17/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 3/18/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 3/19/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |
| | 3/23/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | | $20.00 | All |

| Category | Date | Name | Description | Amount | Entity |
|---|---|---|---|---|---|
| | 3/24/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/25/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/26/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/31/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/1/2015 | Levit, Vadim | Weekend meal (actual expense reduced to cap) | $20.00 | All |
| | 3/1/2015 | Levit, Vadim | Weekend meal (actual expense reduced to cap) | $20.00 | All |
| | 3/2/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/3/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 3/4/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 3/5/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 3/6/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/9/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/11/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 3/12/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 3/17/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/6/2015 | Matican, Jeremy M | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/9/2015 | Matican, Jeremy M | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/21/2015 | Matican, Jeremy M | Weekend meal | $10.82 | All |
| | 3/1/2015 | Patel, Neal H | Weekend meal (actual expense reduced to cap) | $20.00 | All |
| | 3/2/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/3/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/4/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 3/6/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/9/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 3/11/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 3/12/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 3/16/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 3/17/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/18/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/19/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/20/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/23/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/24/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/25/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/26/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/27/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/30/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/31/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 3/2/2015 | Raghavan, Sesh | Lunch with Company (2 attendees) | $34.37 | All |
| | 3/5/2015 | Rao, Aashik A | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/1/2015 | Yi, Bo S | Weekend meal (actual expense reduced to cap) | $20.00 | All |
| | 3/2/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/3/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/4/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/5/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/6/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/9/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/11/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/16/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 3/17/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 3/18/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/19/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/20/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/22/2015 | Yi, Bo S | Weekend meal | $16.52 | All |
| | 3/23/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 3/24/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/25/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/26/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 3/31/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | | | **Sub-Total** | **$1,461.71** | |
| Telecom | 3/16/2015 | Matican, Jeremy M | Internet on flight from Dallas to New York | $22.95 | All |
| | | | **Sub-Total** | **$22.95** | |
| Travel Ground Transport | 3/16/2015 | Matican, Jeremy M | Travel from home to airport (Dallas trip) | $68.80 | All |
| | 3/16/2015 | Matican, Jeremy M | Travel from airport to home (Dallas trip) | $69.32 | All |
| | 3/16/2015 | Matican, Jeremy M | Car service from Company to airport (Dallas trip) | $101.20 | All |
| | 3/16/2015 | Matican, Jeremy M | Car service from airport to Company (Dallas trip) | $101.20 | All |
| | 3/10/2015 | Ying, David Y | Travel from Penn Station to office (Wilmington) | $37.41 | All |
| | 3/10/2015 | Ying, David Y | Travel from home to Penn Station (Wilmington) | $40.55 | All |
| | | | **Sub-Total** | **$418.48** | |
| Travel Meals | 3/16/2015 | Matican, Jeremy M | Travel breakfast (Dallas trip) | $14.03 | All |
| | 3/10/2015 | Ying, David Y | Travel breakfast (Wilmington trip) | $11.70 | All |
| | | | **Sub-Total** | **$25.73** | |
| | | | **Total** | **$9,190.41** | |

(1) Includes local ground transportation for late night work where timekeeper worked at least 4 hours and departed the office after 9pm, consistent with the Fee Committee guidelines

(2) Includes meals for late night work where timekeeper worked at least 4 hours and departed the office after 8pm, consistent with the Fee Committee guidelines

# EXHIBIT A-1

**Legal Expenses of Evercore**



Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

E-BILL

April 24, 2015

Invoice No. : 1327675

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the
period from March 1, 2015 through March 31, 2015 in connection
with EFH Advice.

| | |
|---|---:|
| Total Fees .............................................................................................................. | $3,828.00 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $30.00 |
| Total........................................................................................................................ | $3,858.00 |

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification  Number 13 -5537279*

www.debevoise.com

1000579527v1

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
*<u>March 1, 2015 through March 31, 2015</u>*

Disbursements:

| | |
|---|---:|
| Incorporation, filing and registration fees | 30.00 |
| Sub-total for Disbursements: | $30.00 |
| **Total For Charges and Disbursements:** | **<u>30.00</u>** |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 03/02/15 | Kaluk, Nick S. | 1.80 | Email and calls with Matican re Nov., Dec and interim fee apps (0.6); email with W. Reilly re discovery fee description and draft language re same (0.6); review fee committee memos, bankruptcy and local rules re guidance for 2d interim fee apps (0.6). |
| 03/02/15 | Reilly, Wendy B. | 0.40 | Review & revise litigation description for fee application (.2); emails to & from N. Kaluk re: fee application (.2) |
| 03/03/15 | Kaluk, Nick S. | 0.30 | Review Nov. and Dec. fee apps (0.2); email with Patel re same (0.1). |
| 03/05/15 | Kaluk, Nick S. | 0.10 | Email with Matican re status of Nov. and Dec. fee apps (0.1). |
| 03/08/15 | Kaluk, Nick S. | 1.70 | Review and comment on second interim fee app (1.5); email to Patel and Matican re same (0.2). |
| 03/09/15 | Kaluk, Nick S. | 0.20 | Review new fee committee memo (0.1); email with Matican re same (0.1). |
| 03/10/15 | Kaluk, Nick S. | 0.70 | Review and comment on riders to fee app (0.2); email re same (0.1); call with Matican on changes to fee app (0.4). |
| | Hours: | 5.20 | |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| WENDY B. REILLY | 0.40 | 930.00 | 372.00 |
| Total For COUNSEL | 0.40 | | 372.00 |
| NICK S. KALUK | 4.80 | 720.00 | 3,456.00 |
| Total For ASSOCIATE | 4.80 | | 3,456.00 |
| MATTER TOTALS | 5.20 | | 3,828.00 |

LAW OFFICES
# WEIR & PARTNERS LLP

SUITE 500
THE WIDENER BUILDING
1339 CHESTNUT STREET
PHILADELPHIA, PA 19107

(215) 665-8181
FAX (215) 665-8464

Federal Tax I.D. 23-2830271

March 17, 2015

KENNETH MASOTTI, GENERAL COUNSEL
55 EAST 52ND STREET
FLOOR 35
NEW YORK, NY 10055

Re:   5208   0001

ENERGY FUTURE HOLDINGS CORP.
Bill Number:   88896409

Professional Services through   February 28, 2015

| Atty | Service Date | Hours | Rate | Description | Amount |
|------|--------------|-------|------|-------------|--------|
| BRG | 02/17/2015 | 0.60 | 410.00 | EMAILS N KALUK; PREPARE PRO HAC VICE MOTION | $246.00 |
| BRG | 02/18/2015 | 0.20 | 410.00 | ATTEND TO FILING RE PRO HAC VICE MOTION; EMAIL N KALUK | $82.00 |
| ASN | 02/18/2015 | 0.40 | 130.00 | T/C TO JUDGE'S COURTROOM DEPUTY REGARDING PRO HAC MOTION (0.2); EFILING OF PRO HAC MOTION (0.2) | $52.00 |
|     |            |       |      |             | $380.00 |

| ASN | 0.40 hrs at | 130.00 /hour | $52.00 |
| BRG | 0.80 hrs at | 410.00 /hour | $328.00 |

Disbursements through   February 28, 2015
   Total Disbursements                                                                      $0.00

Total Services                                                                             $380.00
Total Services and Disbursements                                                           $380.00

Balance Forward (see details attached)                                                      $89.63

5208      0001                                                                                             2
   Balance Due                                                                                      $469.63

5208       0001                                                                                              3

                                                                              Our File #       5208  -  0001

EVERCORE GROUP, LLC

RE:    ENERGY FUTURE HOLDINGS CORP.

The following invoices are outstanding:

| Invoice # | Invoice Date | Invoice Amount | Balance Due |
|---|---|---|---|
| 88896014 | 02/13/15 | $89.63 | $89.63 |
| Total invoices outstanding: | | | $89.63 |