## EXHIBIT A

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | Total Expense | Allocation |
|---|---|---|---|---|---|
| Legal / Professional Fees | 4/27/2015 | Other | Debevoise Invoice - Litigation (April 2015) | $2,427.00 | All |
| | 4/27/2015 | Other | Debevoise Invoice - Retention (April 2015) | $432.00 | All |
| | 4/27/2015 | Other | Debevoise Invoice - Fee Application (April 2015) | $504.00 | All |
| | | | **Sub-Total** | **$3,363.00** | |
| | | | | | |
| Local Ground Transport[(1)] | 4/1/2015 | Chen, Lisa Y | Late night taxi | $24.95 | All |
| | 4/6/2015 | Chen, Lisa Y | Late night taxi | $23.16 | All |
| | 4/8/2015 | Chen, Lisa Y | Late night taxi | $23.75 | All |
| | 4/9/2015 | Chen, Lisa Y | Late night taxi | $23.76 | All |
| | 4/10/2015 | Chen, Lisa Y | Late night taxi | $23.15 | All |
| | 4/20/2015 | Chen, Lisa Y | Late night taxi | $23.76 | All |
| | 4/21/2015 | Chen, Lisa Y | Late night taxi | $26.76 | All |
| | 4/22/2015 | Chen, Lisa Y | Late night taxi | $20.15 | TCEH |
| | 4/1/2015 | Matican, Jeremy M | Late night taxi | $9.96 | All |
| | 4/6/2015 | Matican, Jeremy M | Late night taxi | $8.76 | All |
| | 4/7/2015 | Matican, Jeremy M | Late night taxi | $8.15 | All |
| | 4/15/2015 | Matican, Jeremy M | Late night taxi | $8.76 | All |
| | 4/23/2015 | Matican, Jeremy M | Late night taxi | $12.36 | All |
| | 4/27/2015 | Matican, Jeremy M | Late night taxi | $10.55 | All |
| | 4/28/2015 | Matican, Jeremy M | Late night taxi | $9.36 | All |
| | 4/29/2015 | Matican, Jeremy M | Late night taxi | $9.95 | All |
| | 4/1/2015 | Patel, Neal H | Late night taxi | $16.80 | All |
| | 4/14/2015 | Patel, Neal H | Late night taxi | $11.75 | All |
| | 4/16/2015 | Patel, Neal H | Late night taxi | $9.36 | All |
| | 4/23/2015 | Patel, Neal H | Late night taxi | $14.12 | All |
| | 4/30/2015 | Patel, Neal H | Late night taxi | $7.55 | EFIH |
| | 4/29/2015 | Ying, David Y | Late night taxi | $9.75 | TCEH |
| | | | **Sub-Total** | **$336.62** | |
| | | | | | |
| Meals[(2)] | 4/2/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/6/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/7/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/8/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/10/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/13/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/20/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/21/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/22/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 4/23/2015 | Chen, Lisa Y | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/6/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/7/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/27/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/28/2015 | Levit, Vadim | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 4/1/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/6/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFH |
| | 4/7/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/9/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 4/14/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/15/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 4/16/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/17/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/20/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 4/27/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/28/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFH |
| | 4/30/2015 | Patel, Neal H | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 4/1/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/2/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/3/2015 | Yi, Bo S | Late night dinner | $8.66 | All |
| | 4/6/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/7/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 4/10/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 4/13/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/14/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/15/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/16/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/17/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 4/27/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/28/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | 4/29/2015 | Yi, Bo S | Late night dinner (actual expense reduced to cap) | $20.00 | All |
| | | | **Sub-Total** | **$788.66** | |
| | | | | | |
| | | | **Total** | **$4,488.28** | |

(1) Includes local ground transportation for late night work where timekeeper worked at least 4 hours and departed the office after 9pm,
consistent with the Fee Committee guidelines
(2) Includes meals for late night work where timekeeper worked at least 4 hours and departed the office after 8pm, consistent with the Fee Committee guidelines

## **EXHIBIT A-1**

**Legal Expenses of Evercore**



**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

E-BILL

June 9, 2015

Invoice No. : 1330721

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the
period from April 1, 2015 through April 30, 2015 in connection with
EFH Advice.

Total Fees ............................................................................................................... $3,363.00

Document Preparation, Communication, Other Charges and Disbursements ....... $0.00

Total.......................................................................................................................... $3,363.00

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification Number 13 -5537279*

www.debevoise.com

1000773231v2

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 04/06/15 | Kaluk, Nick S. | 0.20 | Email with Matican and internally re backup for September invoice (0.2). |
| 04/07/15 | Kaluk, Nick S. | 0.30 | Email internally and with Matican re September invoice backup (0.3). |
| 04/22/15 | Kaluk, Nick S. | 0.20 | Call with Reilly re her call with Kirkland re discovery planning (0.2). |
| 04/22/15 | Reilly, Wendy B. | 1.10 | Emails to & from J. Gould, J. Sowa, N. Kaluk, M. Barack, J. Matican re: upcoming document discovery (.3); TCW J. Gould, J. Sowa re: upcoming document discovery (.6); TCW N. Kaluk re: upcoming document discovery (.2) |
| 04/23/15 | Kaluk, Nick S. | 0.60 | Review supplemental conflicts declaration (0.4); review docket (0.1); email with Matican and Barack re same (0.1). |
| 04/23/15 | Reilly, Wendy B. | 0.70 | TCW J. Matican, M. Barack re: upcoming document discovery (.6); emails to & from J. Gould, N. Kaluk re: upcoming document discovery (.1) |
| 04/24/15 | Reilly, Wendy B. | 0.10 | Emails to & from N. Kaluk, J. Gould re: upcoming document discovery (.1) |
| 04/28/15 | Kaluk, Nick S. | 0.40 | Call and email with W. Reilly re plan confirmation discovery planning. |
| 04/28/15 | Reilly, Wendy B. | 0.40 | TCW N. Kaluk re: upcoming discovery & fee reimbursement (.3); emails to & from N. Kaluk re: upcoming discovery & fee reimbursement (.1) |
| | Hours: | 4.00 | |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| WENDY B. REILLY | 2.30 | 930.00 | 2,139.00 |
| Total For COUNSEL | 2.30 | | 2,139.00 |
| NICK S. KALUK | 1.70 | 720.00 | 1,224.00 |
| Total For ASSOCIATE | 1.70 | | 1,224.00 |
| MATTER TOTALS | 4.00 | | 3,363.00 |