IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 4138, 4497** |

NOTICE OF FILING OF PROPOSED ORDER
(A) SCHEDULING CERTAIN HEARING DATES AND DEADLINES,
(B) ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE
CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION

PLEASE TAKE NOTICE that on April 14, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 4138] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on May 18, 2015, the court entered an *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

*Connection with the Approval of Debtors' Disclosure Statement, and (C) Establishing the Terms of Governing Mediation* [D.I. 4497] (the "Disclosure Statement Scheduling Order"). The Disclosure Statement Scheduling Order required the Debtors to meet and confer with the parties who filed Responses and Objections to the Motion on a proposed schedule governing confirmation of the Plan, and to submit a proposed schedule reflecting such discussions by no later than June 18, 2015 at 4:00 p.m. (Eastern Daylight Time) for consideration by the Court at the anticipated June 25, 2015 scheduling conference.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's order of May 18, 2015, the Debtors hereby submit a proposed form of the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* (the "Confirmation Scheduling Order"), attached hereto as **Exhibit A**. Attached as **Exhibit B** is a redline comparing the Confirmation Scheduling Order with the proposed order filed with the Motion.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the proposed Confirmation Scheduling Order at the scheduling conference to be held before the Honorable Christopher S. Sontchi at the Bankruptcy Court on **June 25, 2015 starting at 10:00 a.m. (Eastern Daylight Time)** (the "Scheduling Conference").

In crafting the Confirmation Scheduling Order, the Debtors were mindful of the guidance the Court provided at the May 4, 2015 hearing on the Motion, and have incorporated that guidance in two concrete ways.

First, the Court held the period from November 18, 2015 through December 23, 2015 open for a possible confirmation hearing, (5/4/15 Hr'g Tr. 104:9–21), and expressed a hope that the final schedule could meet those dates, (*id.* at 113:18–23 ("I am very much holding the dates

that I previously set aside based on the initial schedule and hope we can meet those")). As negotiations on the Debtors' proposed plan of reorganization continue apace, that goal remains achievable. The Debtors' proposed schedule achieves that goal by moving the case efficiently through discovery to a confirmation hearing starting November 18, 2015.

Second, the Court encouraged the Debtors to maintain a case structure that minimizes any overlap between document discovery, fact depositions, and expert discovery. (*Id.* at 106:2–8.) The Debtors' proposed schedule largely eliminates any such overlap, and sequences the discrete phases of discovery leading up to the hearing.

The Debtors circulated the dates in the proposed schedule to creditors on June 10, 2015. The Debtors have received and are considering feedback regarding the proposed schedule from certain creditor groups, and discussions regarding the Debtors' proposal are ongoing.

*[Remainder of page intentionally left blank.]*

Dated: June 18, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 12256991v.1