## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B110 | Case Administration | 0.7 | $416.50 | $333.20 |
| B160 | Employment Applications | 4.1 | $2,371.50 | $1,897.20 |
| B161 | Budget/Staffing Plan | 6.7 | $3,922.50 | $3,138.00 |
| B162 | Fee Applications | 10.0 | $3,661.50 | $2,929.20 |
| B210 | Business Operations | 25.6 | $9,494.00 | $7,595.20 |
| B240 | Tax Issues | 166.5 | $107,136.50 | $85,709.20 |
| | **Totals** | **213.6** | **$127,002.50** | **$101,602.00** |