## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Standard Copies or Prints ($0.10/page) | In-House | $475.90 |
| Reprographics | In-House | $149.58 |
| Airfare | Lawyers Travel/American Airlines | $1,664.45 |
| | Total: | $2,289.93 |