## EXHIBIT D

### Detailed Description of Expenses and Disbursements

**AIRFARE**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 03/11/15-3/12/15 | $1,664.45 | Economy flight between Dallas and New York |
| | | **TOTAL:** | **$1,664.45** |