**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | Case No. 14-10979 (CSS) |
|  | : |  |
| Debtors-in-Possession. | : | (Jointly Administered) |
|  |  | (D.I. 1888) |
|  | X | Ref. Docket No. 4774 |

**FEE COMMITTEE'S SUPPLEMENTAL STATUS REPORT CONCERNING INTERIM FEE APPLICATIONS FOR HEARING ON JUNE 24, 2015 AT 10:00 A.M. EDT**

TO:  THE HONORABLE CHRISTOPHER S. SONTCHI,
 UNITED STATES BANKRUPTCY JUDGE:

On June 16, 2015, the Fee Committee filed the *Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. EDT* [D.I. 4774] (the "Report") concerning 29 interim fee applications for the hearing scheduled for June 24, 2015 at 10:00 a.m. This supplement adds a 30th interim fee application that the Fee Committee now can recommend for approval on an uncontested basis as set forth below.

The total fees requested on an interim basis and approved or recommended for approval by the Fee Committee to date are set forth in the following chart:[1]

| CUMULATIVE TOTAL OF INTERIM FEES AND EXPENSE REIMBURSEMENTS APPROVED/RECOMMENDED[2] ||||||
|---|---|---|---|---|---|
| NUMBER OF APPLICANTS | HEARING DATE | APPROVED BY THE COURT AS ADJUSTED || RECOMMENDED BY FEE COMMITTEE FOR APPROVAL ON 6/24/15 AS ADJUSTED ||
|  |  | FEES | EXPENSES | FEES | EXPENSES |
| FIRST INTERIM FEE PERIOD: APRIL 29, 2014 THROUGH AUGUST 31, 2014 |||||||
| 4 | December 29, 2014 | $12,862,747.75 | $353,843.86 |  |  |
| 1 | January 26, 2015 | $24,511,927.32 | $1,122,860.04 |  |  |
| 5 | February 18, 2015 | $16,517,565.76 | $820,543.45 |  |  |
| 6-held over | June 24, 2015 |  |  | $7,660,577.80 | $197,488.77 |

---

[1] A complete and updated schedule of interim fee applications, scheduled for hearing on June 24, 2015, along with the Fee Committee's recommended adjustments, is attached hereto as **Amended Exhibit A**.

[2] This table does not include the fees and expenses incurred by the Fee Committee Chair or Fee Committee counsel, which aggregate $1,085,721.16 in fees and $44,022.30 in expense reimbursement requests.

| | | | | | |
|---|---|---|---|---|---|
| 1 | not yet scheduled[3] | | | | |
| SECOND INTERIM FEE PERIOD: AUGUST 31, 2014 THROUGH DECEMBER 31, 2014 | | | | | |
| 12 (professionals' 1st applications) | June 24, 2015 | | | $7,542,288.16 | $211,030.11 |
| 12 (professionals' 2d applications) | June 24, 2015 | | | $50,892,491.94 | $2,852,293.26 |
| 1 (professional's 2d application) | not yet scheduled[4] | | | | |
| THIRD INTERIM FEE PERIOD: JANUARY 1, 2015 THROUGH APRIL 30, 2015 | | | | | |
| 19 | not yet scheduled[5] | | | | |

*Second Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2014 Through and Including December 31, 2014* [D.I. 3569] ("The Application")

On February 25, 2015, Kirkland & Ellis filed its Second Fee Application seeking $25,084,064.00 in fees and $1,984,872.90 in expense reimbursements. By its Letter Report to Kirkland & Ellis, the Fee Committee identified certain issues of concern, including continuing concern about the number of attendees at hearings and depositions, administrative work the Fee Committee views as part of a firm's overhead, and expense reimbursement requests that did not comply with the Fee Committee's stated guidelines and caps. Kirkland & Ellis subsequently either provided adequate explanation for these issues and/or agreed to the adjustments set forth on **Amended Exhibit A,** which aggregate $1,534,403.58.

In addition, in accordance with ¶ F.3 of the Stipulation and Order Appointing a Fee Committee in these cases entered on August 14, 2014 [D.I. 1896], the U.S. Trustee independently engaged in discussions with Kirkland & Ellis concerning fees incurred in

---

[3] The single remaining fee application for the First Interim Fee Period, requesting $1,118,216.00 in fees and $181,389.32 in expense reimbursement requests, was filed on June 2, 2015 [D.I. 4648].

[4] Only one second interim fee application remains under discussion—that of FTI Consulting, Inc.

[5] Most fee applications for the third interim fee period were filed on or around June 15, 2015. In light of the resolution process for virtually all of the second interim period applications, neither the Fee Committee's counsel nor its chair have yet filed their applications for the third interim fee period, but with the Court's approval, they will do so by July 13, 2015.

2

connection with the bid procedures motion and the Court's ruling thereon.  *See* Transcript Regarding Hearing Held 11/3/14 Re: Ruling on Bidding Procedures [D.I. 2699] and Transcript Regarding Hearing Held 1/13/15 Re: Omnibus [D.I. 3306].  As a result, Kirkland agreed to voluntarily reduce its fees by $1 million.

Taking into account the fee reduction agreed to with the U.S. Trustee, the Fee Committee agreed to forbear from seeking reductions on other fees that it determined were objectionable that were incurred during the same time frame that aggregated $644,266.12.  Should the Court decline to accept the Fee Committee's recommendation, then the Fee Committee reserves all rights to object to these fees.

Dated:  June 19, 2015.

PHILLIPS, GOLDMAN & SPENCE, P.A.

By:      */s/Stephen A. Spence*
Stephen A. Spence, Esquire (DE#2033)
Stephen W. Spence, Esquire (DE#5392)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax:  (302) 655-4210
E-mail: sws@pgslaw.com

Katherine Stadler, Esquire (admitted *pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

13838412.1