## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B110 | Case Administration | 0.3 | $178.50 | $142.80 |
| B160 | Employment Applications | 0.4 | $238.00 | $190.40 |
| B161 | Budget/Staffing Plan | 5.0 | $3,199.50 | $2,559.60 |
| B162 | Fee Applications | 9.2 | $3,341.00 | $2,672.80 |
| B195 | Non-Working Travel | 10.5 | $4,436.25 | $3,549.00 |
| B210 | Business Operations | 1.0 | $480.00 | $384.00 |
| B240 | Tax Issues | 291.4 | $167,337.50 | $133,870.00 |
| | **Totals** | **317.8** | **$179,210.75** | **$143,368.60** |