# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Electronic Research | PACER | $43.90 |
| Electronic Research | LEXIS | $132.41 |
| Third Party Consultant Fee | Interest & Penalty Advisors, LLC | $1,566.50 |
| Airfare | Lawyers Travel/Virgin Airlines [April Trip] | $1,077.45 |
| Hotel | The Plaza [New York] [March Trip] | $433.81 |
| Hotel | The Plaza [New York] [April Trip] | $982.38 |
| Hotel Internet Charges, plus tax | The Plaza [New York] [April Trip] | $16.28 |
| Airport Parking | Love Field Airport Parking [April Trip] | $51.00 |
| Taxi | Local taxi service [New York – April Trip] | $11.30 |
| Taxi | Local taxi service [Dallas – April Trip] | $56.10 |
| Meals | Various [April Trip] | $13.41 |
| | Total: | $4,384.54 |