# EXHIBIT D

## Detailed Description of Expenses and Disbursements

**AIRFARE**

| Professional | Travel Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 4/13/2015-4/15/2015 | $1,077.45 | Virgin Airlines economy roundtrip flight between Dallas and New York |
|  | **TOTAL:** | **$1,077.45** |  |

**LODGING**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 4/13/2015-4/14/2015 | $982.38 | The Plaza (2 nights at $425/night, plus state and local taxes taxes) |
| David Wheat | 3/11/2015 | $433.81 | The Plaza (1 night at $375/night, plus state and local taxes taxes) |
|  | **TOTAL:** | **$1,416.19** |  |

**MEALS**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 4/14/2015 | $10.00 | Lunch |
| David Wheat | 4/15/2015 | $3.41 | Snack |
|  | **TOTAL:** | **$13.41** |  |

**TRANSPORTATION: CARS/PARKING**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 4/13/2015-4/15/2015 | $51.00 | Parking at Love Field |
| David Wheat | 4/14/2015 | $11.30 | Local taxi in New York for meeting |
| David Wheat | 3/11/2015 | $56.10 | Local taxi in Dallas to airport |
|  | **TOTAL:** | **$118.40** |  |

**THIRD PARTY CONSULTANT**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| Interest & Penalty Advisors, LLC | 2/28/2014 | $1,566.50 | Third party tax consultant - TXU Form 2285 NOL Carryback |
|  | **TOTAL:** | **$1,566.50** |  |