## Exhibit D

**Voluntary Rate Disclosures**

- The blended hourly rate for all A&M timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$503.08** per hour (the "Debtor Blended Hourly Rate")[1,2].

- A detailed comparison of these rates is as follows:

| Position at A&M | Debtor Blended Hourly Rate for This Fee Application |
|---|---|
| Managing Directors | $746.64 |
| Senior Directors | $603.36 |
| Directors | $554.99 |
| Senior Associates | $475.00 |
| Consultants | $425.00 |
| Associates | $402.53 |
| Analysts | $347.05 |
| Paraprofessionals | $275.00 |

---

[1]    A&M calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

[2]    On March 25, 2015, in accordance with, and in response to, the Fee Committee guideline memo distributed on March 9, 2015, A&M provided the Fee Committee with notice of certain rate increases effective January 1, 2015. Such rate increases were negotiated and approved by representatives of the Debtors prior to providing notice to the Fee Committee. The fee difference related to these rate increases for A&M's Third Interim Fee Application amount to $270,050, or 5.1% of the gross billings. Excluding rate increases related to promotions, the increase is reduced to $187,797.00, or 3.5% of gross billings.