## Exhibit E

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

*Exhibit E*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**January 1, 2015 through April 30, 2015**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 179.0 | $165,575.00 |
| Mike White | Managing Director | $920.00 | 1.2 | $1,104.00 |
| Kent Willetts | Managing Director | $765.00 | 16.7 | $12,775.50 |
| Emmett Bergman | Managing Director | $750.00 | 608.3 | $456,225.00 |
| John Stuart | Managing Director | $750.00 | 734.5 | $550,875.00 |
| Jeff Foster | Managing Director | $715.00 | 1.0 | $715.00 |
| Steve Kotarba | Managing Director | $675.00 | 515.5 | $347,962.50 |
| Jay Moody | Sr. Director | $665.00 | 36.1 | $24,006.50 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 661.5 | $396,900.00 |
| Matt Frank | Director | $600.00 | 600.8 | $360,480.00 |
| Kevin Sullivan | Director | $525.00 | 225.0 | $118,125.00 |
| Mark Zeiss | Director | $525.00 | 113.0 | $59,325.00 |
| Paul Kinealy | Director | $525.00 | 563.6 | $295,890.00 |
| David Blanks | Senior Associate | $475.00 | 647.0 | $307,325.00 |
| Henrique Biscolla | Senior Associate | $475.00 | 148.2 | $70,395.00 |
| Jeff Dwyer | Senior Associate | $475.00 | 652.8 | $310,080.00 |
| Taylor Atwood | Senior Associate | $475.00 | 617.2 | $293,170.00 |
| Richard Carter | Consultant | $425.00 | 544.4 | $231,370.00 |
| Daisy Fitzgerald | Associate | $425.00 | 62.1 | $26,392.50 |
| Scott Safron | Associate | $400.00 | 507.8 | $203,120.00 |
| Jon Rafpor | Analyst | $375.00 | 551.5 | $206,812.50 |
| Connie Wong | Associate | $360.00 | 2.6 | $936.00 |
| Michael Williams | Analyst | $350.00 | 657.0 | $229,950.00 |
| Peyton Heath | Analyst | $350.00 | 467.2 | $163,520.00 |
| Sarah Pittman | Analyst | $350.00 | 457.9 | $160,265.00 |
| Michael Dvorak | Analyst | $325.00 | 399.1 | $129,707.50 |
| Robert Country | Analyst | $325.00 | 471.6 | $153,270.00 |
| Scott Hedges | Analyst | $325.00 | 40.3 | $13,097.50 |
| Mary Napoliello | Paraprofessional | $275.00 | 68.4 | $18,810.00 |
| | | *Total* | **10,551.3** | **$5,308,179.50** |