**<u>Exhibit F</u>**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit F*

**Combined**
**Energy Future Holdings Corp., et al.,**
**Summary of Expense Detail by Category**
**January 1, 2015 through April 30, 2015**

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $91,181.69 |
| Lodging | $91,216.95 |
| Meals | $11,462.41 |
| Miscellaneous | $892.85 |
| Transportation | $27,412.62 |
| **Total** | **$222,166.52** |