**Exhibit G**

**Summary of Fees and Expenses by Matter for the Fee Period**

*Exhibit G*

**Combined - All Entities**
**Summary of Time Detail by Task**
**January 1, 2015 through April 30, 2015**

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
| --- | ---: | ---: |
| Accounting/Cut-off | 162.5 | $90,157.50 |
| Bankruptcy Support | 867.6 | $450,667.50 |
| Business Plan | 747.3 | $313,067.50 |
| Cash Management | 50.0 | $18,260.00 |
| Causes of Action | 181.4 | $103,037.50 |
| Claims | 3,651.0 | $1,689,400.01 |
| Contracts | 843.6 | $499,470.00 |
| Coordination & Communication with other Creditor Constituents | 141.0 | $74,937.50 |
| Coordination & Communication with UCC | 995.1 | $501,742.50 |
| Court | 27.6 | $18,920.00 |
| DIP Financing | 76.3 | $41,785.00 |
| Fee Applications | 223.3 | $97,347.50 |
| Motions and Orders | 54.5 | $35,682.50 |
| POR / Disclosure Statement | 1,211.5 | $635,402.50 |
| Retention | 15.2 | $8,935.00 |
| Statements & Schedules | 37.9 | $20,780.00 |
| Status Meetings | 170.6 | $109,862.50 |
| Strategic Transaction Asset Sale | 59.7 | $41,199.50 |
| Travel Time | 404.5 | $211,767.50 |
| UST Reporting Requirements | 88.0 | $47,995.00 |
| Vendor Management | 542.7 | $297,762.50 |
| ***Total*** | **10,551.3** | **$5,308,179.50** |

*Travel time billed at 50% of time incurred*