IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ) <br> et al. ¹, ) | Case No. 14-10979 (CSS) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **RE: Docket Nos. 3517** |

**NOTICE OF SUPPLEMENTAL DECLARATION OF DAVID P. PRIMACK
IN SUPPORT OF THE DEBTORS ENERGY FUTURE COMPETITIVE HOLDINGS
COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY
LLC'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP AS DELAWARE COUNSEL TO DEBTORS AND DEBTORS IN
POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC
AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC
EFFECTIVE NUNC PRO TUNC TO JANUARY 12, 2015**

PLEASE TAKE NOTICE that, on February 11, 2015, Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), certain of the above-captioned debtors and debtors in possession, filed an *Application For Entry of an Order Authorizing the Retention and Employment of McElroy, Deutsch, Mulvaney & Carpenter, LLP As Delaware Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to January 12, 2015* [Docket No. 3517] (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 "Bankruptcy Court"). Pursuant to the Application, the TCEH

---

¹ The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Debtors were seeking entry of an order authorizing them to retain and employ McElroy, Deutsch, Mulvaney & Carpenter, LLP as their Delaware attorneys effective *nunc pro tunc* to January 12, 2015, to render professional services, under the supervision of Hugh E. Sawyer, the independent board member of the TCEH Debtors (the "TCEH Debtors' Disinterested Manager"), in connection with "Conflict Matters," as defined in and pursuant to the authority delegated to the TCEH Debtors' Disinterested Manager in the respective resolutions of the EFCH and TCEH Board of Managers dated November 7, 2014 and December 9, 2014 attached to the Application as Exhibit A thereto, including the determination by the TCEH Debtors' Disinterested Manager of whether any matter constitutes a "Conflict Matter".

PLEASE TAKE FURTHER NOTICE that, in support of the Application, the TCEH Debtors filed the *Declaration of David Primack In Support of Application For Entry of an Order Authorizing the Retention and Employment of McElroy, Deutsch, Mulvaney & Carpenter, LLP As Delaware Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to January 12, 2015* as Exhibit B to the Application.

PLEASE TAKE FURTHER NOTICE that, today, the TCEH Debtors have filed the attached *Supplemental Declaration of David P. Primack in support of the Debtors Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application For Entry of an Order Authorizing the Retention and Employment of McElroy, Deutsch, Mulvaney & Carpenter, LLP As Delaware Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas*

*Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to January 12, 2015* in further connection with, and in support of, the Application.

Dated: June 18, 2015

                              **McElroy, Deutsch, Mulvaney & Carpenter, LLP**

                              /s/ David Primack
                              David Primack, Esq. (No. 4449)
                              300 Delaware Ave., Suite 770
                              Wilmington, DE 19801
                              Phone: (302) 300-4515
                              Facsimile: (302) 654-4031
                              Email: dprimack@mdmc-law.com

                              Co-Counsel to the TCEH Debtors