**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al.[1], | ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**SUPPLEMENTAL DECLARATION OF DAVID P. PRIMACK
IN SUPPORT OF THE DEBTORS ENERGY FUTURE COMPETITIVE
HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC
HOLDINGS COMPANY LLC'S APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF McELROY,
DEUTSCH, MULVANEY & CARPENTER, LLP AS DELAWARE COUNSEL TO
DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE
HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS
COMPANY LLC EFFECTIVE NUNC PRO TUNC TO JANUARY 12, 2015**

I, David P. Primack, state the following under penalty of perjury:

1. I am over eighteen years of age and have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently with respect thereto from my own personal knowledge except as otherwise stated.

2. I am a partner at McElroy, Deutsch, Mulvaney & Carpenter, LLP ("MDMC"), located at 300 Delaware Ave., Suite 770, Wilmington, Delaware 19801, and have been duly admitted to practice law in the State of Delaware, the Commonwealth of Pennsylvania; the United States District Courts for the District of Delaware and the Commonwealth of Pennsylvania.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. I submit this supplemental declaration (the "Supplemental Declaration") in further support of the *Application For Entry of an Order Authorizing the Retention and Employment of McElroy, Deutsch, Mulvaney & Carpenter, LLP As Delaware Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to January 12, 2015* [Docket No. 3517] (the "Application").[2]

4. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Background

5. On February 11, 2015, the TCEH Debtors filed the Application. In support of the Application, the TCEH Debtors filed the *Declaration of David Primack In Support of Application For Entry of an Order Authorizing the Retention and Employment of McElroy, Deutsch, Mulvaney & Carpenter, LLP As Delaware Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to January 12, 2015* (the "Original Declaration") as **Exhibit B** to the Application.

6. On March 9, 2015, this court entered an order [Docket no. 3835] approving the retention of MDMC *nunc pro tunc* to January 12, 2015.

### Supplemental Disclosure

7. Schedule 1 to the Original Declaration lists those parties in interest who, or whose affiliates, are current or former clients of MDMC and were included on a list of potential parties

---

[2] Capitalized terms not defined in this Second Supplemental Declaration have the meaning ascribed to them in the Application.

in interest in the TCEH Debtors' chapter 11 case that Kirkland & Ellis LLP ("Kirkland") provided to MDMC.

8. Kirkland subsequently provided an updated list of potential parties in interest in the TCEH Debtor's chapter 11 case. That updated list is attached as Exhibit 1 to Munger, Tolles & Olson, LLP's *Second Supplemental Declaration of Todd J. Rosen in support of the Debtors Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application For Entry Of An Order Authorizing The Retention And Employment Of Munger, Tolles & Olson LLP As Counsel To Debtors And Debtors In Possession Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* [Docket No. 4744]. To comply with Bankruptcy Rule 2014 and consistent with the representations in the Application and Original Declaration, MDMC conducted a supplemental investigation of its records, comparing the names of the potential parties in interest with its list of current and former clients, pursuant to the procedures described in the Original Declaration. *See* Original Declaration at ¶ 18. The potential parties in interest who, or whose affiliates, are current or former MDMC clients are listed as **Exhibit 1** to this Supplemental Declaration. As stated in paragraph 18 of the Original Declaration, none of the representations described herein is materially adverse to the interests of the Debtors.

9. Based on the conflicts searches conducted to date and as described in the Declaration, to the best of my knowledge and insofar as I have been able to ascertain, (a) MDMC is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest

adverse to the Debtors' estates and (b) MDMC has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Declarations.

10. MDMC will continue to review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, MDMC will use its reasonable efforts to identify any such further developments and will file additional supplemental declarations as required by Bankruptcy Rule 2014(a) and as stated in the Original Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 18, 2015                 /s/ *David P. Primack*
                                     David P. Primack

**EXHIBIT 1**

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| Aetna | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Agilent Technologies, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Alstom Power Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| American International Group | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| American List Counsel | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| American Nuclear Insurers | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| AT&T Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| AT&T Mobility | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| Barron, Thomas | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Becht Engineering Co., Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Broadspire Services Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Cooper, Dennis | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Cooper, Sharon | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Davis, Robert | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Epiq Bankruptcy Solutions, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Evans, Donald | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Firetrol Protection Systems Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| | wholly unrelated to the debtors' chapter 11 case |
| Fluor | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Furr, Robert | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Gibbons PC | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Harris, James | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Hartford Fire Insurance Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Invensys Process Systems | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Invensys Systems Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Johnson, James | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| | debtors' chapter 11 case |
| Lehman Brothers | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Lewis, Lis | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| LexisNexis | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Liberty Mutual Group | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Marietta, Martin | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Marriot International Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Martinez, Alberto | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Martinez, Carlos | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| McDermott Will & Emery | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| MECO Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Meijer, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Mercer | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Merrill Lynch | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Miller, Joseph | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Moore, David | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Mulcahy, Michael | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| Murphy, James | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Nelson, Andrea | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Nice Systems, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| North American Energy Services | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Northwestern Mutual Life Insurance Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| O'Melveny Myers LLP | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Old Republic Insurance Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Pacific Investment Management Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| Paul Weiss Rifkind Wharton Garrison | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Penzoil Quaker State Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Phillips, Sandra | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Pitney Bowes Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Polsinelli PC | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Porter, James | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| RAB Lighting Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Landy, Richard | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| Roberts, Thomas | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Rodriguez, Juan | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| SAIC | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Schindler Elevator Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Scott, David | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Shute Roth Zabel | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Smith, Donna | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Smith, G | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Smith, James | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| | debtors' chapter 11 case |
| Smith, John | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Smith, Russell | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Smith, William | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Sprint Wireless | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Stevenson, Stewart | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Stuart, James | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Sutherland Asbill Brennan LLP | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| T Rowe Price | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| United Rentals North America Inc. | MDMC may currently represent and/or may |

| Name of Entity Searched | Comments and/or Status |
|---|---|
|  | have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Waddell Reed | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Waste Management | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Wesco | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Weston Solutions Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Williams, Hunton | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Williams, James | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Williams, Richard | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Williams, Robert | MDMC may currently represent and/or may have in the past represented a person with this |

| Name of Entity Searched | Comments and/or Status |
|---|---|
|  | name in matters wholly unrelated to the debtors' chapter 11 case |
| Zurich American Insurance Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |