**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.[1]*, | : | Case No. 14-10979 (CSS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : | D.I. 1888 |
|  | : | Ref. Dkt. Nos. 4717, 4774, 4807 |

### *SUPPLEMENTAL* NOTICE OF HEARING ON UNCONTESTED FEE APPLICATIONS
*(Addition of Kirkland & Ellis at #29 (a) and Proposed Order – **Exhibit A**)*

PLEASE TAKE NOTICE that this Court has scheduled a hearing regarding uncontested fee applications (the "Fee Applications") on June 24, 2015, beginning at 10:00 a.m., before the Honorable Christopher S. Sontchi, Courtroom 6, 5th Floor, U.S. Bankruptcy Court, 824 North Market Street, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE that the Fee Committee has filed two summary reports listing all uncontested Fee Applications to be heard on June 24, 2015 that are subject to this Supplemental Notice [D.I. 4774, 4807]. These applications include:

First Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the period April 29, 2014 to August 31, 2014 [D.I. 2901];

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of Debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

First Interim Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From April 29, 2014 Through August 31, 2014 [D.I. 3408];

Interim Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of April 29, 2014 Through August 31, 2014 [D.I. 2693];

First Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for the Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period May 19, 2014 Through August 31, 2014) [D.I. 2672];

First Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 12, 2014 Through August 31, 2014 [D.I. 2671] and the Supplement to the First Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 12, 2014 Through August 31, 2014 [D.I. 2891];[2]

First Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 13, 2014 Through August 31, 2014 [D.I. 2674] and the Supplement to First Interim Application of Polsinelli PC as Delaware Counsel and Conflicts

---

[2] This Application seeks fees provisionally disallowed during the first interim fee period that the Fee Committee now has concluded are compensable.

Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 13, 2014 Through August 31, 2014 [D.I. 2890];.

First Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from November 20, 2014 Through December 31, 2014 [D.I. 3570];

First Interim Application of Balch & Bingham LLP, Special Counsel to the Debtor and Debtors in Possession, for the Period from October 1, 2014 Through and Including December 31, 2014 [D.I. 3542];

First Interim Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, For the Period November 16, 2014 Through December 31, 2014 [D.I. 3533];

First Interim Fee Statement of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from December 11, 2014 Through December 31, 2014 [D.I. 3579];

First Interim Application of Greenhill & Co., LLC, as Financial Advisor to Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Allowance of Compensation and Reimbursement of Expenses for the Period November 17, 2014 Through December 31, 2014 [D.I. 4018];

First Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period November 12, 2014 Through December 31, 2014 [D.I. 3572];

First Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period From November 5, 2014 Through December 31, 2014 [D.I. 3568];

First Interim Application of Munger, Tolles & Olson LLP, Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Holdings Company LLC, For the Period November 16, 2014 Through December 31, 2014 [D.I. 3563];

First Interim Application of O'Kelly Ernst & Bielli, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period From November 19, 2014 Through and Including December 31, 2014 [D.I. 3558];

First Interim Fee Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., For Compensation For Services Rendered and Reimbursement of Expenses Incurred From November 19, 2014 Through December 31, 2014 [D.I. 3559];

First Interim Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period November 26, 2014 Through December 31, 2014 [D.I. 3664];

First Interim Fee Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee [D.I. 3567];

Interim Application of Alvarez & Marsal North America, LLC, in Their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period From September 1, 2014 Through and Including December 31, 2014 [D.I. 3663];

Second Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period of September 1, 2014 Through December 31, 2014 [D.I. 3546];

Second Interim Fee Application of Evercore Group L.L.C., Debtors' Investment Banker and Financial Advisor for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From September 1, 2014 Through December 31, 2014 [D.I. 3868];

Second Interim Fee Application of Filsinger Energy Partners, Energy Consultants for the Debtors and Debtors in Possession, for the Period from September 1, 2014 Through and Including December 31, 2014 [D.I. 3555];

Second Interim Fee Application of Gibson, Dunn & Crutcher LLP, Special Counsel to the Debtors and Debtors in Possession, for the Period From September 1, 20I4 Through and Including December 31, 2014 [D.I. 3534];

Interim Application for Compensation Second Interim Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the period September 1, 2014 Through December 31, 2014 [D.I. 3877];

Second Interim Application of Lazard Frères and Co. LLC, as Investment Banker to the Official Committee of TCEH Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2014 Through December 31, 2014 [D.I. 3704];

Second Interim Fee Application of McDermott Will & Emery LLP, Special Counsel for the Debtors and Debtors in Possession, for the Period From September 1, 2014 Through and Including December 31, 2014 [D.I. 3589];

Second Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2014 Through December 31, 2014 [D.I. 3541];

Second Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2014 Through December 31, 2014 [D.I. 3659];

Second Interim Fee Application of Thompson & Knight LLP, Special Tax Counsel for the Debtors and Debtors in Possession, for the Period From September 1, 2014 Through and Including December 31, 2014 [D.I. 3849]; and

29 (a). Second Interim Application for Compensation of Kirkland & Ellis, LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession for the Period September 1, 2014 through and including December 31, 2014 [D.I. 3569].

PLEASE TAKE FURTHER NOTICE that the following Fee Applications for the Second Interim Fee Period (September 1, 2014 through December 31, 2014) also will be heard:

First Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 21, 2014 Through December 31, 2014 [D.I. 3900];

First Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 Through December 31, 2014 [D.I. 3901]; and

First Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period September 1, 2014 Through December 31, 2014 [D.I. 4388].

PLEASE TAKE FURTHER NOTICE that the Fee Committee intends to present the proposed Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses at the uncontested fee hearing to be held before the

Honorable Christopher S. Sontchi at the Bankruptcy Court on **June 24, 2015 starting at 10:00 a.m. (Eastern Daylight Time)**, attached as **Exhibit A**.

Dated: June 19, 2015.

        PHILLIPS, GOLDMAN & SPENCE, P.A.

        */s/Stephen A. Spence*
        Stephen A. Spence, Esquire (DE#2033)
        Stephen W. Spence, Esquire (DE#5392)
        PHILLIPS, GOLDMAN & SPENCE, P.A.
        1200 N. Broom Street
        Wilmington, DE 19806
        Phone: (302) 655-4200
        Fax: (302) 655-4210
        E-mail: sws@pgslaw.com

        Katherine Stadler, Esquire (admitted *pro hac vice*)
        GODFREY & KAHN, S.C.
        One East Main Street, Suite 500
        Madison, Wisconsin 53703
        Phone: (608) 257-3911
        Fax: (608) 257-0609
        E-mail: kstadler@gklaw.com

        *Attorneys for the Fee Committee*

13842856.1