# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) |

**SEVENTH MONTHLY EXPENSE STATEMENT OF ALIXPARTNERS, LLP
FOR REIMBURSEMENT FOR EXPENSES INCURRED AS RESTRUCTURING ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE
HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY,
LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM
<u>MAY 1, 2015 THROUGH MAY 31, 2015</u>**

| | |
|---|---|
| **Name of Applicant** | **AlixPartners LLP** |
| Date of Appointment: | January 12, 2015, *nunc pro tunc* to November 20, 2014 |
| Period for which reimbursement is sought: | May 1, 2015 through May 31, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $35,486.96 |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## Itemization of Disbursements Incurred

| INVOICE NUMBER | MATTER NAME | DATE | NAME OF TIMEKEEPER | EXPENSE CATEGORY | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 2068464 | Expenses | 20150402 | Albergotti, Robert D | Conference Calls | $ 3.52 | Conference Calls Vendor: Intercall Robert Albergotti |
| 2068464 | Expenses | 20150404 | Thomas, Lowell | Conference Calls | $ 5.79 | Conference Calls Vendor: Intercall Lowell Thomas |
| 2068464 | Expenses | 20150407 | Hollerbach, Adam Z | Conference Calls | $ 10.74 | Conference Calls Vendor: Intercall Adam Hollerbach |
| 2068464 | Expenses | 20150413 | Holtz, Alan | Conference Calls | $ 3.73 | Conference Calls Vendor: Intercall Alan Holtz |
| 2068464 | Expenses | 20150413 | Holtz, Alan | Conference Calls | $ 0.64 | Conference Calls Vendor: Intercall Alan Holtz |
| 2068464 | Expenses | 20150414 | Hollerbach, Adam Z | Coach Airfare | $ 1,485.13 | Coach Airfare Adam Hollerbach 2015-04-21 DTW - LGA for meetings regarding Intercompany Claims |
| 2068464 | Expenses | 20150417 | Hollerbach, Adam Z | Conference Calls | $ 2.03 | Conference Calls Vendor: Intercall Adam Hollerbach |
| 2068464 | Expenses | 20150421 | Hollerbach, Adam Z | Meals & Tips | $ 40.00 | Meals & Tips Adam Hollerbach - Dinner below Cap |
| 2068464 | Expenses | 20150421 | Hollerbach, Adam Z | Lodging | $ 807.94 | Lodging Adam Hollerbach The London NYC - New York 04/21/2015 - 04/23/2015 for meetings regarding Intercompany Claims |
| 2068464 | Expenses | 20150421 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 44.21 | Cab Fare/Ground Transportation Adam Hollerbach LGA Airport to Hotel |
| 2068464 | Expenses | 20150422 | Hollerbach, Adam Z | Meals & Tips | $ 40.00 | Meals & Tips Adam Hollerbach - Dinner below Cap |
| 2068464 | Expenses | 20150422 | Hollerbach, Adam Z | Meals & Tips | $ 8.06 | Meals & Tips Adam Hollerbach - Breakfast |
| 2068464 | Expenses | 20150423 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 75.00 | Cab Fare/Ground Transportation Adam Hollerbach Office to LGA Airport |
| 2068464 | Expenses | 20150423 | Hollerbach, Adam Z | Parking & Tolls | $ 70.00 | Parking & Tolls Adam Hollerbach |
| 2068464 | Expenses | 20150423 | Hollerbach, Adam Z | Meals & Tips | $ 9.69 | Meals & Tips Adam Hollerbach - Breakfast |
| 2068464 | Expenses | 20150427 | Albergotti, Robert D | Conference Calls | $ 12.48 | Conference Calls Vendor: Intercall Robert Albergotti |
| 2068464 | Expenses | 20150501 | Holtz, Alan | Sub-Contractors | $32,868.00 | Sub-Contractors - - VENDOR: Kenneth J. Malek April 16-April 30 2015 |
| | | | | TOTAL | $35,486.96 | |