
## **Exhibit A**

## **Hours Expended by Goldin Professional**

| Name | Title | Hours |
|---|---|---|
| Harrison J. Goldin | Sr. Managing Director | 0.5 |
| David Prager | Managing Director | 25.2 |
| Karthik Bhavaraju | Director | 24.5 |
| Pavel Hejsek | Sr. Analyst | 89.2 |
| Deborah Praga | Analyst | 76.5 |
| **Total** | | **215.9** |