## <u>Exhibit C</u>

**Expenses by Category**

| | |
|---|---:|
| Meals | $181.34 |
| Photocopies | 299.74 |
| Research | 7,478.86 |
| Teleconference | 79.50 |
| Travel | 694.68 |
| **Total** | **$8,734.12** |