## Exhibit D

**Expense Detail**

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

## Detailed Expenses by Category: EFIH

For Expenses Through 5/31/15

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| **: Meals & Entertainment** | | | | | | |
| | 5/4/2015 | 5/4/2015 | 5/10/2015 | PHA | SeamlessWeb - Inv # 2080472 - Working dinner - Ref # 1504317843 - P. Hejsek | $23.12 |
| | 5/6/2015 | 5/6/2015 | 5/10/2015 | PHA | SeamlessWeb - Inv # 2080472 - Working dinner - Ref # 1511942876 - P. Hejsek | $22.89 |
| | 5/9/2015 | 5/9/2015 | 5/10/2015 | DP | SeamlessWeb - Inv # 2080472 - Working dinner - Ref # 1520561743 - D. Praga | $22.62 |
| | 5/12/2015 | 5/12/2015 | 5/17/15 | DP | SeamlessWeb - Inv # 2083908 - Working dinner - Ref # 1530028792 - D. Praga | $24.13 |
| | 5/18/2015 | 5/18/2015 | 5/24/2015 | PHA | SeamlessWeb - Inv # 2088947 - Working dinner - Ref # 1550475348- P. Hejsek | $22.50 |
| | 5/20/2015 | 5/20/2015 | 5/24/2015 | DP | SeamlessWeb - Inv # 2088947 - Working dinner - Ref # 1556346286- D. Praga | $24.06 |
| | 5/21/2015 | 5/21/2015 | 5/24/2015 | DP | SeamlessWeb - Inv # 2088947 - Working dinner - Ref # 1559889391 - D. Praga | $23.35 |
| | 5/27/2015 | 5/27/2015 | 5/31/15 | PHA | SeamlessWeb - Inv # 2104402 - Working dinner - Ref # 1576399362 - P. Hejsek | $18.67 |
| **Total: Meals & Entertainment** | | | | | | **$181.34** |
| **: Office Supplies/Miscellaneous** | | | | | | |
| | 5/1/2015 | 5/31/2015 | 5/31/2015 | RCD | Photocopies for the period May 1 through May 31, 2015 - 4,282 pages at .07/page | $299.74 |
| **Total: Office Supplies/Miscellaneous** | | | | | | **$299.74** |
| **: Research** | | | | | | |
| | 3/1/2015 | 3/31/2015 | | JB | Thomson Reuters - Research | $2,888.76 |
| | 4/1/2015 | 4/30/2015 | | JB | Thomson Reuters - Research | $676.75 |
| | 5/1/2015 | 5/31/2015 | 5/1/15 | RCD | Capital IQ | $1,135.11 |
| | 5/1/2015 | 5/31/2015 | | JB | Thomson Reuters - Research | $2,778.24 |
| **Total: Research** | | | | | | **$7,478.86** |
| **: Telephone, Fax, Postage** | | | | | | |
| | 5/8/2015 | 5/8/2015 | 5/31/15 | DP | ConferenceCall.com - Inv # 1742936879 - Ref # 45778937 - D. Prager | $79.50 |
| **Total: Telephone, Fax, Postage** | | | | | | **$79.50** |
| **: Travel** | | | | | | |
| | 4/21/2015 | 4/21/2015 | | HJG | H. Goldin - Virgin American - Dallas, TX to LGA - Departure Date: 4/30/15 - one way | $168.10 |
| | 4/21/2015 | 4/21/2015 | | HJG | H. Goldin - American Airlines - LGA to Dallas, TX - Departure Date: 4/29/15 - one way | $502.10 |
| | 5/2/2015 | 5/2/2015 | | DP | D. Praga - All Taxi Management - Working Weekend - Taxi to from GA Office to Home | $6.12 |
| | 5/6/2015 | 5/6/2015 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $18.36 |
| **Total: Travel** | | | | | | **$694.68** |
| **Grand Total** | | | | | | **$8,734.12** |

**GoldinAssociates, LLC**

**Detailed Expenses by Category:** **EFIH**

For Expenses Through 5/31/15