# EXHIBIT A

**Detailed Description of Expenses**

Guggenheim Securities  
Expense Details                                                                                      EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**MAY 1, 2015 THROUGH MAY 31, 2015**

### Expense Details

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 5/20/2015 | Airfare | $3,295.2 | ($2,240.2) | $1,055.0 | Michael Henkin | United Airlines | Round trip coach equivalent airfare SFO-JFK |
| 5/20/2015 | Hotel | 129.12 | (65.56) | 63.56 | Michael Henkin | Grand Hyatt | 1 night room taxes |
| 5/20/2015 | Hotel | 828.00 | (414.00) | 414.00 | Michael Henkin | Grand Hyatt | 1 night room rate |
| 3/2/2015 | Ground Transportation | 17.00 | 0.00 | 17.00 | Ofir Nitzan | NYC-Taxi | Taxi from office to home (after 9pm-late night 3/2) |
| 4/8/2015 | Ground Transportation | 24.80 | 0.00 | 24.80 | Michael Henkin | VELOCITY LIMO INC | Car service to EFH meeting at Proskauer's offices |
| 4/8/2015 | Ground Transportation | 93.90 | 0.00 | 93.90 | Michael Henkin | VELOCITY LIMO INC | Car service from hotel to EWR airport |
| 4/14/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | BIG APPLE CAR INC | Car service from office to home (after 9pm) |
| 4/15/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | BIG APPLE CAR INC | Car service from office to home (after 9pm) |
| 4/16/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | BIG APPLE CAR INC | Car service from office to home (after 9pm) |
| 4/17/2015 | Ground Transportation | 91.53 | 0.00 | 91.53 | Phillip Laroche | BIG APPLE CAR INC | Car service from office to home (after 9pm) |
| 4/18/2015 | Ground Transportation | 24.60 | 0.00 | 24.60 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after midnight night of 4/18) |
| 4/20/2015 | Ground Transportation | 54.00 | 0.00 | 54.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Airport parking for business trip (1/2 allocation) |
| 4/20/2015 | Ground Transportation | 25.97 | 0.00 | 25.97 | Ofir Nitzan | VELOCITY LIMO INC | Car service from office to home (after midnight night of 4/20) |
| 4/20/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | BIG APPLE CAR INC | Car service from office to home (after midnight night of 4/20) |
| 4/20/2015 | Ground Transportation | 7.54 | 0.00 | 7.54 | James Shovlin | NYC TAXI CCRMT | Taxi from office to home (after 9pm-late night 4/20) |
| 4/21/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | BIG APPLE CAR INC | Car service from office to home (after midnight night of 4/21) |
| 4/22/2015 | Ground Transportation | 72.66 | 0.00 | 72.66 | Michael Henkin | VELOCITY LIMO INC | Car service from hotel to JFK airport |
| 4/22/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | BIG APPLE CAR INC | Car service from office to home (after midnight night of 4/22) |
| 4/24/2015 | Ground Transportation | 30.11 | 0.00 | 30.11 | Ofir Nitzan | VELOCITY LIMO INC | Car service from office to home (after 9pm) |
| 4/24/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 4/27/2015 | Ground Transportation | 14.80 | 0.00 | 14.80 | Ofir Nitzan | NYC-TAXI | Taxi from office to home (after 9pm-late night 4/27) |
| 4/28/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC TAXI 6P11 | Taxi from office to home (after 9pm-late night 4/28) |
| 4/28/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 4/28/2015 | Ground Transportation | 8.84 | 0.00 | 8.84 | James Shovlin | NYC TAXI 4Y15 | Taxi from office to home (after 9pm-late night 4/27) |
| 4/29/2015 | Ground Transportation | 12.50 | 0.00 | 12.50 | Ofir Nitzan | NYC TAXI 4J21 | Taxi from office to home (after 9pm-late night 4/29) |
| 4/29/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after midnight night of 4/29) |
| 4/30/2015 | Ground Transportation | 14.00 | 0.00 | 14.00 | Ofir Nitzan | NYC TAXI 2N40 | Taxi from office to home (after 9pm-late) |
| 4/30/2015 | Ground Transportation | 65.60 | 0.00 | 65.60 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 4/30/2015 | Ground Transportation | 9.75 | 0.00 | 9.75 | David Paulzak | NYC-TAXI | Taxi from office to home (after 9pm) |
| 5/2/2015 | Ground Transportation | 17.30 | 0.00 | 17.30 | Ofir Nitzan | NYC TAXI 7L73 | Taxi from office to home (after 9pm) |
| 5/4/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC TAXI 5G38 | Taxi from office to home (after 9pm) |
| 5/4/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 5/5/2015 | Ground Transportation | 11.15 | 0.00 | 11.15 | David Paulzak | NYC TAXI 1F17 | Taxi from office to home (after 9pm) |
| 5/6/2015 | Ground Transportation | 13.00 | 0.00 | 13.00 | Ofir Nitzan | NYC-TAXI | Taxi from office to home (after 9pm) |
| 5/11/2015 | Ground Transportation | 12.80 | 0.00 | 12.80 | Ofir Nitzan | NYC TAXI 8E89 | Taxi home from office (after 9:00pm) |
| 5/13/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC TAXI 8L10 | Taxi home from office (after 9:00pm) |
| 5/18/2015 | Ground Transportation | 13.56 | 0.00 | 13.56 | Ronen Bojmel | NYC-TAXI | Taxi home from office (after 9:00pm) |
| 5/20/2015 | Ground Transportation | 68.34 | 0.00 | 68.34 | Michael Henkin | NYC TAXI 5A57 | Taxi from JFK to Hyatt |
| 5/20/2015 | Ground Transportation | 72.36 | 0.00 | 72.36 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Airport parking for business trip (2/3 allocation) |
| 5/27/2015 | Ground Transportation | 12.80 | 0.00 | 12.80 | Ofir Nitzan | NYC TAXI 1J60 | Taxi from office to home (after 9:00pm) |
| 5/29/2015 | Ground Transportation | 13.00 | 0.00 | 13.00 | Ofir Nitzan | Taxi/Car Service | Taxi from office to home (after 9:00pm) |
| 5/31/2015 | Ground Transportation | 13.00 | 0.00 | 13.00 | Ofir Nitzan | Taxi/Car Service | Taxi from office to home (Weekend) |
| 5/1/2015 | Meals | 25.57 | (5.57) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/1/2015 | Meals | 25.54 | (5.54) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/2/2015 | Meals | 16.03 | 0.00 | 16.03 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/4/2015 | Meals | 25.49 | (5.49) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/4/2015 | Meals | 22.44 | (2.44) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/4/2015 | Meals | 25.49 | (5.49) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/4/2015 | Meals | 25.49 | (5.49) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/5/2015 | Meals | 25.20 | (5.20) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/5/2015 | Meals | 25.54 | (5.54) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/6/2015 | Meals | 25.62 | (5.62) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/7/2015 | Meals | 22.12 | (2.12) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/11/2015 | Meals | 25.28 | (5.28) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/12/2015 | Meals | 25.51 | (5.51) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/13/2015 | Meals | 25.51 | (5.51) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/18/2015 | Meals | 25.56 | (5.56) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/19/2015 | Meals | 25.54 | (5.54) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/20/2015 | Meals | 11.53 | 0.00 | 11.53 | Michael Henkin | SFO T3 PIER E 30096747 | Travel lunch |
| 5/20/2015 | Meals | 25.55 | (5.55) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/21/2015 | Meals | 11.16 | 0.00 | 11.16 | Michael Henkin | CAFE DUKE    QPS | Travel dinner |
| 5/21/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/21/2015 | Meals | 25.62 | (5.62) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/22/2015 | Meals | 20.07 | 0.00 | 20.07 | Michael Henkin | CAFE 42ND | Travel dinner |
| 5/22/2015 | Meals | 29.33 | 0.00 | 29.33 | Michael Henkin | NAPLES 45 | Lunch with Ronen Bojmel |
| 5/22/2015 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/22/2015 | Meals | 22.85 | (2.85) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/26/2015 | Meals | 25.51 | (5.51) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/26/2015 | Meals | 25.51 | (5.51) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/26/2015 | Meals | 25.56 | (5.56) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/27/2015 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/27/2015 | Meals | 21.76 | (1.76) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/27/2015 | Meals | 25.62 | (5.62) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/28/2015 | Meals | 25.62 | (5.62) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/29/2015 | Meals | 25.52 | (5.52) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/29/2015 | Meals | 25.52 | (5.52) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/29/2015 | Meals | 25.53 | (5.53) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |

Guggenheim Securities
Expense Details                                                     EXHIBIT A

GUGGENHEIM SECURITIES, LLC
EXPENSE DETAILS FOR THE PERIOD OF
MAY 1, 2015 THROUGH MAY 31, 2015

### Expense Details

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 5/30/2015 | Meals | 24.56 | (4.56) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 5/31/2015 | Legal | 3,934.50 | 0.00 | 3,934.50 | | DENTONS US LLP - DEPT 3078-CAROL | Reimbursement of legal fees and expenses incurred by Gugg. |