# EXHIBIT A-1

**Legal Expenses of Guggenheim Securities, LLC**

**DENTONS**

Salans FMC SNR Denton
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

June 9, 2015

**Invoice No. 1653800**

Client/Matter: 21421443-0045

Energy Future Holdings

Payment Due Upon Receipt

Total This Invoice                                                    $         3,934.50

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6361

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
P. Maxcy
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Salans FMC SNR Denton
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

June 9, 2015

**Invoice No. 1653800**

Client/Matter:  21421443-0045

Energy Future Holdings

---

For Professional Services Rendered through May 31, 2015:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 5/14/15 | G. Miller | 0.20 | Determine next deadline to file interim fee application. |
| 5/19/15 | P. Maxcy | 0.20 | Review emails from Kirkland re: supplemental disclosure and review GS declaration for similar disclosures. |
| 5/19/15 | P. Maxcy | 1.10 | Analysis of further disclosure need and emails with GS re same. |
| 5/20/15 | P. Maxcy | 0.30 | Conference re necessity of supplemental declaration. |
| 5/20/15 | P. Maxcy | 1.20 | Draft email memo to J. Robinson re necessity of supplemental declaration and analysis of same. |
| 5/20/15 | P. Maxcy | 0.30 | Conference J. Robinson re supplemental declaration. |
| 5/21/15 | P. Maxcy | 0.60 | Revise supplemental declaration. |
| 5/21/15 | G. Miller | 0.10 | Call with P. Maxcy re supplemental declaration. |
| 5/21/15 | G. Miller | 1.20 | Drafted second supplemental declaration. |
| 5/26/15 | P. Maxcy | 0.40 | Emails with Kirkland re supplemental declaration and timing of filing same. |
| 5/26/15 | P. Maxcy | 0.50 | Review docket to determine if supplemental disclosures filed by Debtors. |

Total Hours                6.10

Fee Amount                                                              $3,934.50

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Maxcy | $720.00 | 4.60 | $3,312.00 |
| G. Miller | $415.00 | 1.50 | $622.50 |
| Totals | | 6.10 | $3,934.50 |

Energy Future Holdings

Matter: 21421443-0045
Invoice No.: 1653800

June 9, 2015

| | | |
|---|---|---|
| Fee Total | $ | 3,934.50 |
| Invoice Total | $ | 3,934.50 |