## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON JUNE 24, 2015 STARTING AT 10:00 A.M. (EDT)[2]

## I.    INTERIM FEE APPLICATIONS:[3]

1.    First Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period April 29, 2014 Through August 31, 2014 [D.I. 2901; filed November 26, 2014]

<u>Response/Objection Deadline</u>:    December 16, 2014 at 4:00 p.m. (EST)

<u>Responses/Objections Received</u>:

A.    Statement and Reservation of Rights of Official Committee of TCEH Unsecured Creditors to First Interim Applications for Reimbursement of Professional Fees and Expenses [D.I. 3357; filed January 23, 2015]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The June 24, 2015 (the "<u>June 24th Hearing</u>") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT). Any person who wishes to appear telephonically at the June 24th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Tuesday, June 23, 2015** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

[3] In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006*, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim fee application] shall appear in person at the [interim fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim fee hearing]." See General Chambers Procedures at ¶ 7(D).

Related Documents:

    i.      Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4474; filed June 16, 2015]

    ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

    iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

2.      First Interim Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from April 29, 2014 Through August 31, 2014 [D.I. 3408; filed October 30, 2014]

Response/Objection Deadline:     February 20, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:    None.

Related Documents:

    i.      Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

    ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

    iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

3.      Interim Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of April 29, 2014 Through August 31, 2015 [D.I. 2693; filed October 31, 2014]

Response/Objection Deadline:       November 21, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A.     Statement and Reservation of Rights of Official Committee of TCEH Unsecured Creditors to First Interim Applications for Reimbursement of Professional Fees and Expenses [D.I. 3357; filed January 23, 2015]

Related Documents:

i.     Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.     Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

4.     First Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from May 19, 2014 Through and Including August 31, 2014 [D.I. 2672; filed October 31, 2014]

Response/Objection Deadline:       November 21, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:     None.

Related Documents:

i.     Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.     Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

5.    First Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period from May 12, 2014 Through August 31, 2014 [D.I. 2671; filed October 31, 2014]

Response/Objection Deadline:          November 21, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:        None.

Related Documents:

i.     Supplement to First Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period from May 12, 2014 Through August 31, 2014 [D.I. 2891; filed November 25, 2014][4]

ii.    Notice of Hearing on Uncontested Fee Applications [D.I. 3129; filed December 23, 2014]

iii.   Fee Committee's Report on First Interim Fee Applications Scheduled for Hearing on December 29, 2914 [D.I. 3147; filed December 29, 2014]

iv.    Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 3148; filed December 29, 2014]

v.     Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

vi.    Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

vii.   Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

---

[4]  This Application seeks fees provisionally disallowed during the first interim fee period that the Fee Committee now has concluded are compensable.

6.  First Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period of May 13, 2014 Through August 31, 2014 [D.I. 2674; filed October 31, 2014]

Response/Objection Deadline:      November 21, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:      None.

Related Documents:

i.  Supplement to First Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period of May 13, 2014 Through August 31, 2014 [D.I. 2890; filed November 25, 2014]

ii.  Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

iii.  Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iv.  Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

7.  First Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from November 20, 2014 Through December 31, 2014 [D.I. 3570; filed February 17, 2015]

Response/Objection Deadline:      June 2, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

i.  Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

5

     ii.    Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

     iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

     <u>Status</u>: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

8.    First Interim Application of Balch & Bingham LLP, Special Counsel to the Debtor and Debtors in Possession, for the Period from October 1, 2014 Through and Including December 31, 2014 [D.I. 3542; filed February 13, 2015]

    <u>Response/Objection Deadline</u>:    March 6, 2015 at 4:00 p.m. (EST)

    <u>Responses/Objections Received</u>:    None.

    <u>Related Documents</u>:

     i.    Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

     ii.    Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

     iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

    <u>Status</u>: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

9.    First Interim Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period November 16, 2014 Through December 31, 2014 [D.I. 2533; filed February 13, 2015]

    <u>Response/Objection Deadline</u>:    March 10, 2105 at 4:00 p.m. (EDT)

    <u>Responses/Objections Received</u>:    None.

Related Documents:

i.    Fee Committee's Fourth Status Report Concerning Interim Fee
      Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I.
      4774; filed June 16, 2015]

ii.   Fee Committee's Supplemental Status Report Concerning Interim Fee
      Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I.
      4807; filed June 19, 2015]

iii.  Supplemental Notice of Hearing on Uncontested Fee Applications [D.I.
      4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The
        parties intend to present a proposed form of agreed omnibus interim fee
        order to the Court for entry at the hearing.

10.   First Interim Fee Statement of Goldin Associates, LLC for Allowance of an
      Administrative Claim for Compensation and Reimbursement of Expenses
      Incurred from December 11, 2014 Through December 31, 2014 [D.I. 3579; filed
      February 28, 2015]

      Response/Objection Deadline:        March 11, 2015 at 4:00 p.m. (EDT)

      Responses/Objections Received:      None.

      Related Documents:

      i.    Fee Committee's Fourth Status Report Concerning Interim Fee
            Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I.
            4774; filed June 16, 2015]

      ii.   Fee Committee's Supplemental Status Report Concerning Interim Fee
            Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I.
            4807; filed June 19, 2015]

      iii.  Supplemental Notice of Hearing on Uncontested Fee Applications [D.I.
            4812; filed June 19, 2015]

      Status: The hearing on this matter will go forward on an uncontested basis. The
              parties intend to present a proposed form of agreed omnibus interim fee
              order to the Court for entry at the hearing.

11.   First Interim Application of Greenhill & Co., LLC, as Financial Advisor to
      Energy Future Competitive Holdings Company LLC and Texas Competitive
      Electric Holdings Company LLC for Allowance of Compensation and
      Reimbursement of Expenses for the Period November 17, 2014 Through
      December 31, 2014 [D.I. 4018; filed March 31, 2015]

7

Response/Objection Deadline:    April 21, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.    Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.    Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

12.    First Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period November 12, 2014 Through December 31, 2014 [D.I. 3572; filed February 17, 2015]

Response/Objection Deadline:    June 2, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.    Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.    Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

13.    First Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from November 5, 2014 Through December 31, 2014 [D.I. 3568; filed February 17, 2015]

Response/Objection Deadline:         June 2, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:       None.

Related Documents:

i.      Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

14.    First Interim Fee Application of Munger, Tolles & Olson LLP, Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, for the Period from November 16, 2014 Through December 31, 2014 [D.I. 3563; filed February 17, 2015]

Response/Objection Deadline:         March 10, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:       None.

Related Documents:

i.      Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

15.    First Interim Fee Application of O'Kelly Ernst & Bielli, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period from November 19, 2014 Through and Including December 31, 2014 [D.I. 3558; filed February 17, 2015]

Response/Objection Deadline:        March 10, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

i.     Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.    Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.   Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

16.    First Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from November 19, 2014 Through December 31, 2014 [D.I. 3559; filed February 17, 2015]

Response/Objection Deadline:        March 10, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

i.     Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

      ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

      iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

      <u>Status</u>: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

17.    First Interim Fee Application of Stevens & Lee, P.C. Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period from November 26, 2014 Through December 31, 2014 [D.I. 3664; filed February 26, 2015]

      <u>Response/Objection Deadline</u>:     March 19, 2015 at 4:00 p.m. (EDT)

      <u>Responses/Objections Received</u>:    None.

      <u>Related Documents</u>:

      i.      Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

      ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

      iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

      <u>Status</u>: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

18.    First Interim Fee Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for the Period from November 5, 2014 Through and Including December 31, 2014 [D.I. 3567; filed February 17, 2015]

      <u>Response/Objection Deadline</u>:     June 2, 2015 at 4:00 p.m. (EDT)

      <u>Responses/Objections Received</u>:    None.

Related Documents:

i.      Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

19.     Second Interim Fee Application of Alvarez & Marsal North America, LLC, in Their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period from September 1, 2014 Through and Including December 31, 2014 [D.I. 3663; filed February 25, 2015]

Response/Objection Deadline:          March 18, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.      Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

20.     Second Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period of September 1, 2014 Through December 31, 2014 [D.I. 3546; filed February 13, 2015]

Response/Objection Deadline:    March 6, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:    None.

Related Documents:

i.    Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.    Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

21.    Second Interim Fee Application of Evercore Group L.L.C., Debtors' Investment Banker and Financial Advisor for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from September 1, 2014 Through December 31, 2014 [D.I. 3868; filed March 10, 2015]

Response/Objection Deadline:    April 1, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.    Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.    Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

22.     Second Interim Fee Application of Filsinger Energy Partners, Energy Consultants for the Debtors and Debtors in Possession, for the Period from September 1, 2014 Through December 31, 2014 [D.I. 3555; filed February 16, 2015]

Response/Objection Deadline:        March 9, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

i.      Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

23.     Second Interim Fee Application of Gibson, Dunn & Crutcher LLP Special Counsel to the Debtors and Debtors in Possession, for the Period from September 1, 2014 Through December 31, 2014 [D.I. 3534; filed February 13, 2015]

Response/Objection Deadline:        March 6, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:      None.

Related Documents:

i.      Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

RLF1 12266818v.1

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

24.     Second Interim Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the Period from September 1, 2014 Through December 31, 2014 [D.I. 3877; filed March 12, 2015]

Response/Objection Deadline:          April 2, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.      Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

25.     Second Interim Application of Lazard Freres and Co. LLC, as Investment Banker to the Official Committee of TCEH Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2014 Through December 31, 2014 [D.I. 3704; filed February 27, 2015]

Response/Objection Deadline:          March 20, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.      Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

15

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

26.    Second Interim Fee Application of McDermott Will & Emery LLP, Special Counsel for the Debtors and Debtors in Possession, for the Period from September 1, 2014 Through and Including December 31, 2014 [D.I. 3589; filed February 18, 2015]

Response/Objection Deadline:    March 11, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.    Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.    Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

27.    Second Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period from September 1, 2014 Through December 31, 2014 [D.I. 3541; filed February 13, 2015]

Response/Objection Deadline:    March 6, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:    None.

Related Documents:

i.    Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

16

ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

28.    Second Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2014 Through December 31, 2014 [D.I. 3659; filed February 25, 2015]

Response/Objection Deadline:        March 18, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

i.      Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

29.    Second Interim Fee Application of Thompson & Knight LLP, Special Tax Counsel for the Debtors and Debtors in Possession, for the Period from September 1, 2014 Through and Including December 31, 2014 [D.I. 3849; filed March 9, 2015]

Response/Objection Deadline:        March 31, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

    i.       Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

    ii.     Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

    iii.    Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

30.    Second Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2014 Through and Including December 31, 2014 [D.I. 3569; filed February 17, 2015]

    Response/Objection Deadline:    March 11, 2015 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

    i.       Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

31.    First Interim Application of Richard Gitlin, Individually, and as Chairman for Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 21, 2014 Through December 31, 2014 [D.I. 3900; filed March 13, 2015]

    Response/Objection Deadline:    April 3, 2015 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

Related Documents:

i.      Certification of No Objection Regarding Docket No. 3900 [D.I. 4715; filed June 9, 2015]

ii.     Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

iii.    Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iv.     Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

32.     First Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 21, 2014 Through December 31, 2014 [D.I. 3901; filed March 13, 2015]

Response/Objection Deadline:          April 3, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.      Certification of No Objection Regarding Docket No. 3901 [D.I. 4716; filed June 9, 2015]

ii.     Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

iii.    Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iv.     Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

33.    First Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period September 1, 2014 Through December 31, 2014 [D.I. 4188; filed April 16, 2015]

Response/Objection Deadline:          May 6, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.      Certification of No Objection Regarding Docket No. 4188 [D.I. 4535; filed May 20, 2015]

ii.     Fee Committee's Fourth Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4774; filed June 16, 2015]

iii.    Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing on June 24, 2015 at 10:00 a.m. (EDT) [D.I. 4807; filed June 19, 2015]

iv.     Supplemental Notice of Hearing on Uncontested Fee Applications [D.I. 4812; filed June 19, 2015]

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

*[Remainder of page intentionally left blank.]*

20

Dated: June 22, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 12266818v.1