# **EXHIBIT A**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 15.70 | $ 6,910.00 |
| Asset Disposition | | | 2.20 | $ 1,217.00 |
| Assumption/Rejection of Leases & Contracts | | | 1.50 | $ 929.00 |
| Avoidance Action Analysis | | | 2.90 | $ 1,798.00 |
| Bankruptcy-Related Advice | | | 20.80 | $ 8,610.00 |
| Business Operations | | | 2.40 | $ 1,266.00 |
| Case Administration | | | 10.00 | $ 3,831.00 |
| Claims & Plan | | | 4.80 | $ 2,016.00 |
| Claims Administration & Objections | | | 6.20 | $ 2,958.00 |
| Employee Benefits/Pensions | | | 0.50 | $ 198.00 |
| Employment/Fee Applications | | | 38.40 | $ 17,099.50 |
| Financing & Cash Collateral | | | 1.90 | $ 1,177.00 |
| General Bankruptcy Advice/Opinions | | | 0.50 | $ 180.00 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 12.60 | $ 6,204.00 |
| Meetings of & Communications with Creditors or the Committee | | | 10.30 | $ 5,023.00 |
| Plan & Disclosure Statement (including business plan) | | | 20.40 | $ 9,623.50 |
| Relief from Stay/Adequate Protection Proceedings | | | 1.10 | $ 396.00 |
| Tax Issues | | | 1.30 | $ 787.00 |
| | | | **153.50** | **$ 70,223.00** |

# **EXHIBIT B**

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 4,998.00 | 11.90 | 420 | 420 | 0 |
| Switzer Jr., Jay L. | Shareholder | FR Loan Enforcement | 05/01/1992 | $ 177.00 | 0.30 | 590 | 590 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 25,350.00 | 39.00 | 650 | 650 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 31,794.00 | 75.70 | 420 | 420 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 3,240.00 | 9.00 | 360 | 360 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 4,664.00 | 17.60 | 265 | 265 | 0 |
| | | | | $ 70,223.00 | 153.50 | 457 | | |

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 401.97 | $ 596.19 |
| Associate | $ 289.01 | $ 413.62 |
| Paralegal | $ 195.20 | $ 265.00 |
| All timekeepers averaged | $ 295.39 | $ 424.94 |

# **EXHIBIT C**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Client Advance | $ (30.00) |
| Document Reproduction | $ 33.10 |
| Filing Fees | $ 44.00 |
| Meals | $ 254.15 |
| Miscellaneous | $ 44.00 |
| | $ 345.25 |

# **EXHIBIT D**



# Invoice Detail

For Professional Services Through 5/31/15
File No. 078582-475724
**Re: Chapter 11 Bankruptcy**

Page 65
June 10, 2015
Invoice No: 1178555

## Disbursements

| Date | Description | Amount |
|---|---|---:|
|  | Document Reproduction | $33.10 |
| 10/28/14 | Refund from Reliable Wilmington for duplicate payment | (30.00) |
| 04/21/15 | Meals | 18.45 |
| 04/22/15 | Meals | 24.50 |
| 05/04/15 | Meals | 152.00 |
| 05/20/15 | Filing Fees Telephonic Appearance - Justin Edelson A6911240 | 44.00 |
| 05/20/15 | Miscellaneous Telephonic Appearance -Chris Ward A6911231 | 44.00 |
| 05/20/15 | Meals | 59.20 |
|  | **Total Disbursements** | **$345.25** |

Total Disbursements                                                                 345.25

**Total Current Charges Due**                                                **$70,568.25**