**Exhibit D**

**Voluntary Rate Disclosures**

- The blended hourly rate for timekeepers in McDermott's New York office (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on May 1, 2014 and ending on April 30, 2015 (the "Comparable Period") was, in the aggregate, approximately $636 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all McDermott timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $703 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at McDermott | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners | $864 | $767 |
| Associates | $567 | $470 |
| Counsel | $0 | $741 |
| Contract Attorneys | $0 | $0 |
| Paralegals | $280 | $167 |
| **Attorneys & Paraprofessionals** | **$703** | **$636** |

---

[1] It is the nature of McDermott's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within McDermott's Restructuring & Insolvency Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which McDermott domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by McDermott domestic timekeepers who work primarily within McDermott's Restructuring & Insolvency Group.

[2] McDermott calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by McDermott's New York office timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by McDermott New York office timekeepers to the Non-Bankruptcy Matters during the Comparable Period. McDermott believes that the $67 difference between the Debtor Blended Hourly Rate and the Non-Bankruptcy Blended Hourly Rate reflects the specialized nature of McDermott's energy advisory and restructuring practices. For the avoidance of doubt, the Non-Bankruptcy Blended Hourly Rate reflects a firm-wide increase that took effect across all practice groups in December 2014, while the Debtor Blended Hourly Rate reflects the same increase, which was not applied to the Debtors until February 1, 2015.

[3] McDermott calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.