## Exhibit E

**Summary of Total Fees Incurred and Hours Expended During the Fee Period**

DM_US 61284085-3.093681.0012

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| **Iskender Catto** | **Partner** | **Energy Advisory Department** | **2000** | **$171,852.50** | **198.70** | 1 | **$875.00** | **$850.00** | **$168,895.00** |
| **Robert M. Lamkin** | **Partner** | **Energy Advisory Department** | **1996** | **$ 2,334.50** | **2.90** | 1 | **$805.00** | **$760.00** | **$ 2,204.00** |
| **Jessica Bayles** | **Associate** | **Energy Advisory Department** | **2014** | **$ 1,912.50** | **4.50** | N/A | **$425.00** | **N/A** | **$ 1,732.50** |
| **Megan Preusker** | **Associate** | **Restructuring & Insolvency Department** | **2013** | **$ 1,674.00** | **3.10** | N/A | **$540.00** | **N/A** | **$ 1,193.50** |
| **Ryan A. Wagner** | **Associate** | **Restructuring & Insolvency Department** | **2012** | **$ 68,175.50** | **118.90** | 1 | **$580.00** | **$515.00** | **$ 61,233.50** |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| **Andrea Duncliffe** | **Paralegal Manager** | **Corporate Advisory Department** | **N/A** | **$ 10,108.00** | **36.10** | N/A | **$ 280.00** | **$280.00** | **$10,108.00** |
| | | | | | | | | | |
| **TOTALS:** | | | | **$256,057.00** | **364.20** | | | | |