# **Exhibit F**

**Summary of Actual and Necessary Expenses for the Fee Period**

DM_US 61284085-3.093681.0012

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
| --- | --- | --- | --- |
| Airfare | United Airlines | | $ 8,943.50 |
| Lodging | Dallas Marriott/Springhill Suites/Renaissance Dallas | | $ 6,394.14 |
| Travel Meals | Various | | $ 245.59 |
| Car Rental | Budget Rental | | $ 1,818.72 |
| Parking | Various | | $ 1,593.78 |
| Miscellaneous | Various | | $ 253.38 |
| **Totals** | | | **$19,249.11** |