**<u>Exhibit G</u>**

**Summary of Fees by Matter for the Fee Period**

DM_US 61284085-3.093681.0012

| Project Category Description | Hours | Compensation |
|---|---:|---:|
| **Case Administration (B110)** | 1.10 | $935.00 |
| **Fee/Employment Applications (B160)** | 85.70 | $38,180.50 |
| **Energy Trading (B270)** | 271.10 | $213,520.00 |
| **Utilities (B290)** | 1.50 | $637.50 |
| **Plan and Disclosure Statement (B320)** | 4.0 | $2,320.00 |
| **Hearings (B340)** | .80 | $464.00 |
| **TOTAL** | **346.20** | **$256,057.00** |