**<u>Exhibit H</u>**

**Detailed Description of Services Provided**

# McDermott
# Will & Emery

**Invoice**

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX 75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2746775 |
| Invoice Date: | 03/11/2015 |

## Remittance Copy
### Billing for services rendered through 01/31/2015

0012 Energy Future Holdings Chapter 11

| | |
|---|---|
| Total Services | $ 77,231.50 |
| Total Costs and Other Charges Posted Through Billing Period | 7,339.95 |
| **Total This Invoice** | **$ 84,571.45** |

| Invoice | Date | |
|---|---|---|
| 2709998 | 10/17/2014 | 40,150.55 |
| 2709999 | 10/17/2014 | 23,099.90 |
| 2710000 | 10/17/2014 | 10,969.80 |
| 2710002 | 10/17/2014 | 20,586.60 |
| 2704702 | 11/04/2014 | 16,995.15 |
| 2718022 | 12/04/2014 | 22,281.10 |
| 2727143 | 12/30/2014 | 17,784.34 |
| 2739127 | 02/11/2015 | 68,264.88 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:      2746775
Invoice Date:  03/11/2015

Total Outstanding Balance              220,132.32

Total Balance Due             $ 304,703.77

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

03/11/2015

Invoice: 2746775
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX 75201

For Services Rendered in Connection with:

Matter: 0012        Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B110 Case Administration | | | | | |
| I. Catto | 01/12/15 | Review and revise draft supplemental declaration and fee statement. | 1.10 | 850.00 | 935.00 |
| | | | | | 935.00 |
| B160 Fee/Employment Applications | | | | | |
| R. Wagner | 01/04/15 | Draft, review and revise November monthly fee statement. | 1.50 | 515.00 | 772.50 |
| A. Duncliffe | 01/05/15 | Schedules revised for November, 2014 Fee Application. | 0.70 | 280.00 | 196.00 |
| R. Wagner | 01/05/15 | Draft, review and revise November monthly fee statement (1.3); Attend to calls with A. Catto regarding same. (.5). | 1.80 | 515.00 | 927.00 |
| A. Duncliffe | 01/07/15 | 8th Fee Application schedules begun. | 0.20 | 280.00 | 56.00 |
| R. Wagner | 01/08/15 | Draft, review and revise February budget and staffing memorandum (.5); Attend to A. Catto supplemental declarations. (1.0). | 1.50 | 515.00 | 772.50 |
| A. Duncliffe | 01/09/15 | Review of pre-bill entries (.80), Schedules to Fee Application begun (1.50) | 2.30 | 280.00 | 644.00 |
| R. Wagner | 01/09/15 | Draft, review and revise budget and staffing memorandum and attend to emails with A. Catto regarding same. | 1.50 | 515.00 | 772.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:     093681
Invoice:    2746775
Invoice Date:  03/11/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 01/12/15 | Draft, review and revise February 2015 budget and attend to emails with A. Catto and client regarding same. (1.4); Attend to emails with A. Catto regarding supplemental declaration and rate increases (.3). | 1.70 | 515.00 | 875.50 |
| R. Wagner | 01/13/15 | Draft, review and revise November fee statement and attend to emails with A. Catto regarding same. | 0.70 | 515.00 | 360.50 |
| R. Wagner | 01/14/15 | Draft, review and revise November fee statement and coordinate filing of same with RLF (.6); Draft, review and revise second supplemental declaration of A. Catto and coordinate filing of same with RLF (.7). | 1.30 | 515.00 | 669.50 |
| A. Duncliffe | 01/29/15 | 8th Fee Application schedules worked on. | 2.50 | 280.00 | 700.00 |
| R. Wagner | 01/29/15 | Attend to preparation of monthly fee statement. | 0.70 | 515.00 | 360.50 |
| A. Duncliffe | 01/30/15 | 8th Fee Application Exhibits worked on. | 3.80 | 280.00 | 1,064.00 |
| | | | | | 8,170.50 |

**B270 Energy Trading**

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 01/05/15 | Review and revise draft agreement (2.5). | 2.50 | 850.00 | 2,125.00 |
| I. Catto | 01/06/15 | Review draft agreement (.9); review termination settlement proposals (1.2). | 2.10 | 850.00 | 1,785.00 |
| R. Wagner | 01/06/15 | Attend to research regarding potential claims issues (1.2); Discuss same with A. Catto (.2). | 1.40 | 515.00 | 721.00 |
| I. Catto | 01/07/15 | Review and revise draft agreement. | 1.80 | 850.00 | 1,530.00 |
| I. Catto | 01/09/15 | Review draft fuels agreement (.7); review and revise draft power agreement (2.9). | 3.60 | 850.00 | 3,060.00 |
| I. Catto | 01/12/15 | Review and revise draft agreement (3.2). | 3.20 | 850.00 | 2,720.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2746775
Invoice Date:  03/11/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 01/13/15 | Review hedging limit notification matter (.7); review revise draft power agreement (2.1). | 2.80 | 850.00 | 2,380.00 |
| I. Catto | 01/14/15 | Conference with T. Silvey re draft PPA (.8); review and revise draft PPA (3.3). | 4.10 | 850.00 | 3,485.00 |
| I. Catto | 01/15/15 | Conference with T. Silvey re PPA (.7); revise draft agreement (2.6). | 3.30 | 850.00 | 2,805.00 |
| I. Catto | 01/16/15 | Draft renewable purchase agreement (2.9); review counterparty security issue re renegotiation (1.4). | 4.30 | 850.00 | 3,655.00 |
| I. Catto | 01/20/15 | Review and revise draft agreements (2.7); conferences with T. Silvey re agreement (.7); attend contract committee meeting (1.1). | 4.50 | 850.00 | 3,825.00 |
| I. Catto | 01/21/15 | Conferences with S. Caraway, K. Blenk, T. Silvey re power purchase agreement negotiation (6.1); review counterparty draft agreement (1.6). | 7.70 | 850.00 | 6,545.00 |
| I. Catto | 01/22/15 | Prepare for negotiations re power purchase agreement (1.3); team (S. Caraway, K. Blenk, T. Silvey) negotiations with counterparty re power purchase agreement (8.1); revise draft power purchase agreement (2.3). | 11.70 | 850.00 | 9,945.00 |
| I. Catto | 01/23/15 | Review and revise draft power purchase agreement (5.6). | 5.60 | 850.00 | 4,760.00 |
| I. Catto | 01/26/15 | Telephone conference with T. Silver, R. Talley, M. Goering re nuclear fuels. | 0.60 | 850.00 | 510.00 |
| I. Catto | 01/27/15 | Telephone conferences with T. Silvey, S. Caraway and K. Blenk re draft PPA (1.2); revise draft PPA (3.4). | 4.60 | 850.00 | 3,910.00 |
| I. Catto | 01/28/15 | Revise draft PPA (1.4); telephone conferences with T. Silvey and S. Caraway (.2). | 1.60 | 850.00 | 1,360.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:         093681
Invoice:        2746775
Invoice Date:   03/11/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 01/29/15 | Telephone conference with T. Silvey, S. Caraway, K. Blenk and counterparty re draft PPA (4.1); revise draft PPA (3.3); review draft ERCOT agreement (.7). | 8.10 | 850.00 | 6,885.00 |
| I. Catto | 01/30/15 | Conferences with T. Silvey, S. Caraway, K. Blenk (1.7); review and revise draft PPA (5.5). | 7.20 | 850.00 | 6,120.00 |
| | | | | | 68,126.00 |

**Total**                                                      **$77,231.50**

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.10 | 935.00 |
| B160 | Fee/Employment Applications | 20.20 | 8,170.50 |
| B270 | Energy Trading | 80.70 | 68,126.00 |
| | | 102.00 | 77,231.50 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Transportation/Parking | 610.41 |
| Travel Expenses | 6,729.54 |

**Total Costs and Other Charges**            **$7,339.95**

**Total This Invoice**            **$84,571.45**

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2746775

03/11/2015

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0012 Energy Future Holdings Chapter 11 | 102.00 | 77,231.50 | 7,339.95 | 0.00 | 84,571.45 |

# McDermott Will & Emery

**Invoice**

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2767770 |
| Invoice Date: | 04/28/2015 |

## Remittance Copy
### Billing for services rendered through 02/28/2015

0012 Energy Future Holdings Chapter 11

| | |
|---|---|
| Total Services | $ 107,222.00 |
| Total Costs and Other Charges Posted Through Billing Period | 6,385.83 |
| **Total This Invoice** | **$ 113,607.83** |

| Invoice | Date | |
|---|---|---|
| 2704702 | 11/04/2014 | 16,995.15 |
| 2718022 | 12/04/2014 | 22,281.10 |
| 2727143 | 12/30/2014 | 17,784.34 |
| 2739127 | 02/11/2015 | 12,264.90 |
| 2746775 | 03/11/2015 | 15,446.30 |

| | |
|---|---|
| Total Outstanding Balance | 84,771.79 |
| Total Balance Due | $ 198,379.62 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

04/28/2015

Invoice: 2767770
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

For Services Rendered in Connection with:

Matter: 0012          Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B160 Fee/Employment Applications | | | | | |
| A. Duncliffe | 02/02/15 | Schedules to 8th Fee Application preparation (4.8). | 4.80 | 280.00 | 1,344.00 |
| R. Wagner | 02/02/15 | Draft email response to RLF with respect to UST comments to seventh monthly fee statement (.4); Attend to follow up emails regarding same (.3). | 0.70 | 580.00 | 406.00 |
| R. Wagner | 02/03/15 | Attend to emails with RLF regarding seventh monthly fee statement. | 0.10 | 580.00 | 58.00 |
| A. Duncliffe | 02/04/15 | Schedules to 8th Fee Application prepared (1.80). | 1.80 | 280.00 | 504.00 |
| R. Wagner | 02/04/15 | Review and comment on draft CNO (.2); Attend to emails with RLF regarding same. (.1); Attend to issues regarding eighth monthly fee statement (.5); Discussions with accounting regarding same. (.1). | 0.90 | 580.00 | 522.00 |
| A. Duncliffe | 02/10/15 | 2nd Interim Fee Application Exhibits worked on. | 2.50 | 280.00 | 700.00 |
| R. Wagner | 02/10/15 | Review December bill and attend to issues with respect to finalizing same (.6); Discuss same with A. Catto (.1). | 0.70 | 580.00 | 406.00 |
| A. Duncliffe | 02/11/15 | 8th Fee Application Exhibits revised to reflect current invoice and pre-bill (1.8). | 1.80 | 280.00 | 504.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2767770
Invoice Date:  04/28/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|------------|------|-------------|-------|------|--------|
| R. Wagner | 02/11/15 | Draft March budget and staffing memorandum (.6); Attend to emails with A. Catto regarding same (.1); Draft, review and revise eighth monthly fee statement and related exhibits (1.4). | 2.10 | 580.00 | 1,218.00 |
| R. Wagner | 02/12/15 | Attend to conflicts issues and emails regarding same (.4); Draft, review and revise McDermott's March 2015 budget and staffing memorandum (.5); Attend to emails regarding same (.2). | 1.10 | 580.00 | 638.00 |
| A. Duncliffe | 02/13/15 | Exhibits updated for Second Interim Fee Application. | 2.80 | 280.00 | 784.00 |
| R. Wagner | 02/13/15 | Review and revise December fee statement and coordinate filing of same with RLF (.6); Attend to 2nd interim fee application issues (.7). | 1.30 | 580.00 | 754.00 |
| R. Wagner | 02/16/15 | Draft, review and revise second interim fee application and related documents. | 4.10 | 580.00 | 2,378.00 |
| R. Wagner | 02/17/15 | Draft, review, and revise second interim fee application and related documents (4.2); Call with J. Madron at RLF regarding interim fee procedures and upcoming hearing (.2). | 4.40 | 580.00 | 2,552.00 |
| A. Duncliffe | 02/18/15 | Proofreading of Second Interim Fee Application (1.80); Met with R. Wagner to discuss Exhibit revisions (.20). | 2.00 | 280.00 | 560.00 |
| R. Wagner | 02/18/15 | Draft, review and revise second interim fee application and related documents. (3.6); Coordinate with RLF to file same. (.2). | 3.80 | 580.00 | 2,204.00 |
| A. Duncliffe | 02/19/15 | January (9th) Expense Application exhibits begun (1.20). | 1.20 | 280.00 | 336.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2767770
Invoice Date:  04/28/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 02/20/15 | Attend to conflicts review issues and coordinate with conflicts team regarding same. | 0.70 | 580.00 | 406.00 |
| A. Duncliffe | 02/24/15 | Review of expense reports for January, 2015 (.8). | 0.80 | 280.00 | 224.00 |
| R. Wagner | 02/26/15 | Attend to calls with K&E regarding conflicts issues. | 0.20 | 580.00 | 116.00 |
| | | | | | 16,614.00 |

B270 Energy Trading

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 02/02/15 | Review revisions to draft PPA (1.8); telephone conferences with T. Silvey, S. Caraway and T. Blenk (.9). | 2.70 | 875.00 | 2,362.50 |
| I. Catto | 02/03/15 | Telephone conferences with T. Silvey, S. Caraway  T. Blenk and counterparties re draft PPAs (2.4); conferences with  T. Silvey, S. Caraway  T. Blenk (1.3); revise draft PPAs (3.6). | 7.30 | 875.00 | 6,387.50 |
| R. Wagner | 02/03/15 | Review and analyze case docket (.1); Discuss exclusivity issues with A. Catto (.2); Review DIP motion (.6); Attend to emails with A. Catto regarding same (.2); Attend to discussions with A. Catto regarding fuel transportation issues (.2). | 1.30 | 580.00 | 754.00 |
| I. Catto | 02/04/15 | Telephone conferences with counterparty counsel (.6); conferences with S. Caraway and K. Blenk (2.1); review and revise draft PPA (3.1). | 5.80 | 875.00 | 5,075.00 |
| R. Wagner | 02/04/15 | Attend to calls with A. Catto regarding fuel transportation issues. | 0.40 | 580.00 | 232.00 |
| I. Catto | 02/05/15 | Conferences with S. Caraway, K. Blenk, T. Silvey and counterparty team re draft PPA (3.1); review and revise draft PPA (3.2). | 6.30 | 875.00 | 5,512.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:          093681
Invoice:         2767770
Invoice Date:    04/28/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|------------|------|-------------|-------|------|--------|
| I. Catto | 02/06/15 | Telephone conferences with T. Silvey. S. Caraway, K. Blenk re draft PPAs (3.4); review and revise draft PPAs (3.8). | 7.20 | 875.00 | 6,300.00 |
| R. Wagner | 02/06/15 | Attend to calls with A. Catto and K&E regarding draft stipulation with counterparty. | 0.30 | 580.00 | 174.00 |
| I. Catto | 02/09/15 | Telephone conferences with T. Silvey, S. Caraway, K. Blenk and counterparty re PPA (1.4); review and revise draft PPA (1.3). | 2.70 | 875.00 | 2,362.50 |
| R. Wagner | 02/09/15 | Attend to research regarding fuel transportation issues, and potential bankruptcy issues associated therewith (1.7); Attend to research regarding rejection issues associated with certain energy contracts (.4); Discuss same with A. Catto (.2). | 2.30 | 580.00 | 1,334.00 |
| I. Catto | 02/10/15 | Review fuel transportation agreements (2.3); review hedge policy deck (.6); telephone conferences with T. Silvey, R. Talley re fuel transport (1.4). | 4.30 | 875.00 | 3,762.50 |
| R. Wagner | 02/10/15 | Review CS liquidation agreement and draft notice of entry into same (.9); Discuss liquidation notice issues with A. Catto (.4). | 1.30 | 580.00 | 754.00 |
| I. Catto | 02/11/15 | Review fuel confirmations (1.9); review hedging claim (.4); telephone conferences with T. Silvey (1.5); review draft PPA motion (1.1). | 4.90 | 875.00 | 4,287.50 |
| M. Preusker | 02/11/15 | Conduct legal research regarding contract rejection damages in bankruptcy. | 0.60 | 540.00 | 324.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2767770
Invoice Date:  04/28/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 02/11/15 | Attend to discussions with A. Catto and M. Preusker regarding potential rejection issues arising out of fuel transportation agreements. (.6); Research and analyze fuel transportation agreement rejection issues. (1.1) | 1.70 | 580.00 | 986.00 |
| I. Catto | 02/12/15 | telephone conference with T. Silvey re PPA (.6); review fuel transport matter (2.1). | 2.70 | 875.00 | 2,362.50 |
| M. Preusker | 02/12/15 | Conduct legal research regarding treatment of damages in bankruptcy. | 0.50 | 540.00 | 270.00 |
| R. Wagner | 02/12/15 | Attend to stipulation resolving claims of counterparty (.4); Attend to emails regarding same with A. Catto and K&E (.3); Call with RLF regarding fee hearing issues (.2). | 0.90 | 580.00 | 522.00 |
| I. Catto | 02/13/15 | Conferences with T. Silvey, S. Caraway re PPA (1.1); review and revise draft counterparty side letter (1.3); review revised draft PPA (1.2); telephone conference re draft motion (.5). | 4.10 | 875.00 | 3,587.50 |
| R. Wagner | 02/13/15 | Attend to calls and emails internally and with K&E regarding resolution of counterparty claims. (.4); Attend to issues regarding counterparty liquidation agreement (.3); Review and analyze numerous fuel transportation agreements in connection with potential rejection issues (1.2). | 1.90 | 580.00 | 1,102.00 |
| R. Wagner | 02/14/15 | Attend to emails with client regarding issues in connection with counterparty liquidation agreement. | 0.20 | 580.00 | 116.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2767770
Invoice Date:  04/28/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|------------|------|-------------|-------|------|--------|
| R. Wagner | 02/15/15 | Review and analyze fuel transportation agreements (1.8); Attend to research regarding fuel transportation contract rejection issue (.9). | 2.70 | 580.00 | 1,566.00 |
| I. Catto | 02/16/15 | Telephone conference with S. Caraway, T. Silvey, S. Smedley re PPA terms. | 0.60 | 875.00 | 525.00 |
| R. Wagner | 02/16/15 | Review and analyze fuel transportation agreements (2.4); Attend to research regarding rejection issues and damages (1.1); Draft email analysis to A. Catto regarding same (1.3). | 4.80 | 580.00 | 2,784.00 |
| I. Catto | 02/17/15 | Review nuclear fuel agreement (1.1); draft response re PPA (.4); telephone conferences with T. Silvey , S. Caraway and counterparty re PPA (1.2); review fuel transportation agreements (1.6); review and revise agreement (1.3). | 5.60 | 875.00 | 4,900.00 |
| M. Preusker | 02/17/15 | Conduct further research regarding treatment of contract damages in bankruptcy (1.3); draft email to R. Wagner summarizing findings (.1); research potential for administrative expense claim for failure to return leased goods (.5); discussion with R. Wagner regarding same (.1). | 2.00 | 540.00 | 1,080.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2767770
Invoice Date:  04/28/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 02/17/15 | Review and analyze fuel transportation agreements (.7); Attend to discussions with A. Catto regarding same (.2); Attend to follow up research regarding rejection issues and potential damages (1.2); Draft analysis to A. Catto regarding same (.4); Review research with respect to admin claim rejection issues regarding counterparty nomination (.9); Discuss same with M. Preusker and A. Catto (.2). | 3.60 | 580.00 | 2,088.00 |
| J. Bayles | 02/18/15 | CFTC research re PPA. | 3.00 | 425.00 | 1,275.00 |
| I. Catto | 02/18/15 | Review fuel transportation issues and conference with T. Silvey (1.7); review PPA revisions (.9). | 2.60 | 875.00 | 2,275.00 |
| R. Lamkin | 02/18/15 | Review materials regarding Dodd-Frank treatment of PPA (1.1); discuss same with A. Catto (.2). | 1.30 | 805.00 | 1,046.50 |
| R. Wagner | 02/18/15 | Attend to issues with respect to CS liquidation notice and finalize same (.8); Calls and emails with Epiq regarding notice procedures (.3); Attend to calls with A. Catto regarding fuel transportation issues (.4); Review and analyze fuel transportation contracts (.7); Attend to follow-up research with respect potential fuel transportation rejection issues. (1.1). | 3.30 | 580.00 | 1,914.00 |
| I. Catto | 02/19/15 | Telephone conference re fuel transportation agreements (.6); review fuel transportation agreements (3.1); conference with solid fuels team re contracts (.9). | 4.60 | 875.00 | 4,025.00 |
| R. Lamkin | 02/19/15 | Review materials relating to CFTC interpretation of PPA. | 0.80 | 805.00 | 644.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2767770
Invoice Date:   04/28/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 02/19/15 | Attend to liquidation notice issues and discuss same with Epiq. (.2); Attend to research regarding fuel transportation contract issues. (1.4). | 1.60 | 580.00 | 928.00 |
| R. Wagner | 02/20/15 | Attend to issues with respect to fuel transportation contracts. | 0.60 | 580.00 | 348.00 |
| R. Wagner | 02/22/15 | Review stipulation resolving claims of counterparty (.4); Attend to emails with K&E and A. Catto regarding same. (.3). | 0.70 | 580.00 | 406.00 |
| I. Catto | 02/23/15 | Review draft agreement (1.6); review draft motion and declaration (.7). | 2.30 | 875.00 | 2,012.50 |
| I. Catto | 02/24/15 | Review counterparty stipulation (.7); review PPA renegotiation terms (.4); review termination settlement material (1.7); telephone conference re weekly contracts meeting (.5); review draft PPA motion and declaration (.8). | 4.10 | 875.00 | 3,587.50 |
| R. Wagner | 02/24/15 | Review and comment on draft stipulation resolving counterparty claims (.4); Attend to emails with K&E and A. Catto regarding same. (.3). | 0.70 | 580.00 | 406.00 |
| I. Catto | 02/25/15 | Review and revise draft liquidation agreements (1.9); conferences with A. Sareen re PPA (.5). | 2.40 | 875.00 | 2,100.00 |
| I. Catto | 02/26/15 | Review and revise draft agreement (2.9); review termination and telephone conference with counterparty counsel re liquidation (1.9). | 4.80 | 875.00 | 4,200.00 |
| R. Wagner | 02/26/15 | Attend to issues concerning resolution of draft counterparty stipulation. | 0.40 | 580.00 | 232.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2767770
Invoice Date: 04/28/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 02/27/15 | Review fuel oil agreements and counterparty correspondence (2.1); review and revise draft stipulation (.8). | 2.90 | 875.00 | 2,537.50 |
| R. Wagner | 02/27/15 | Attend to emails and calls with K&E and A. Catto regarding stipulation resolving counterparty's claims and language of same. | 0.80 | 580.00 | 464.00 |
| R. Wagner | 02/28/15 | Attend to emails with K&E and A. Catto regarding finalizing stipulation resolving counterparty claims. | 0.40 | 580.00 | 232.00 |
| | | | | | 90,144.00 |
| B340 Hearings | | | | | |
| R. Wagner | 02/18/15 | Review McDermott's first interim fee application and all exhibits thereto (.3); Prepare for and telephonically attend hearing on same (.5). | 0.80 | 580.00 | 464.00 |
| | | | | | 464.00 |

**Total**                                                               **$107,222.00**

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 37.80 | 16,614.00 |
| B270 | Energy Trading | 116.00 | 90,144.00 |
| B340 | Hearings | 0.80 | 464.00 |
| | | 154.60 | 107,222.00 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Business Meals | 29.20 |
| Transportation/Parking | 411.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2767770
Invoice Date:  04/28/2015

| Description | Amount |
|---|---|
| Travel Expenses | 5,945.63 |

**Total Costs and Other Charges**    **$6,385.83**

**Total This Invoice**    **$113,607.83**

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2767770

04/28/2015

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0012  Energy Future Holdings Chapter 11 | 154.60 | 107,222.00 | 6,385.83 | 0.00 | 113,607.83 |

# McDermott Will & Emery

**Invoice**

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2777918 |
| Invoice Date: | 06/03/2015 |

## Client Copy
### Billing for services rendered through 03/31/2015

0012 Energy Future Holdings Chapter 11

| | |
|---|---:|
| Total Services | $ 43,128.50 |
| Total Costs and Other Charges Posted Through Billing Period | 2,486.72 |
| **Total This Invoice** | **$ 45,615.22** |

| Invoice | Date | |
|---|---|---:|
| 2704702 | 11/04/2014 | 16,995.15 |
| 2718022 | 12/04/2014 | 22,281.10 |
| 2727143 | 12/30/2014 | 17,784.34 |
| 2739127 | 02/11/2015 | 12,264.90 |
| 2746775 | 03/11/2015 | 15,446.30 |
| 2767770 | 04/28/2015 | 113,607.83 |

| | |
|---|---:|
| Total Outstanding Balance | 198,379.62 |
| Total Balance Due | $ 243,994.84 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

06/03/2015

Invoice: 2777918
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

For Services Rendered in Connection with:

Matter: 0012          Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B160 Fee/Employment Applications | | | | | |
| A. Duncliffe | 03/05/15 | January fee application exhibits updated (.80); Review pre-bill to reflect accurate descriptions (.20). | 1.00 | 280.00 | 280.00 |
| A. Duncliffe | 03/06/15 | January Fee Application Exhibits updated based on revised pre-bill (.80); Pre-Bill proofread for requested changes (.20) | 1.00 | 280.00 | 280.00 |
| R. Wagner | 03/06/15 | Review January bill and monthly fee statement. | 1.10 | 580.00 | 638.00 |
| A. Duncliffe | 03/11/15 | January exhibits revised to reflect revisions to pre-bill (.50). | 0.50 | 280.00 | 140.00 |
| R. Wagner | 03/11/15 | Draft January monthly fee statement. (.7); Draft, review and revise April 2015 budget and staffing memorandum (.8); Discuss same with A. Catto (.1); Review CNO with respect to 8th monthly fee statement (.2); Attend to emails with RLF regarding same (.1). | 1.90 | 580.00 | 1,102.00 |
| A. Duncliffe | 03/13/15 | Proofread 8th Fee Application (.20); Revisions made to exhibits (.10). | 0.30 | 280.00 | 84.00 |
| R. Wagner | 03/13/15 | Revise and finalize January monthly fee statement. | 0.70 | 580.00 | 406.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2777918
Invoice Date: 06/03/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 03/18/15 | Attend to fee reconciliation issues with respect to first interim fee period (.8); Review retention application, first interim fee application and order awarding fees (.5) Discuss same with A. Catto (.2). | 1.50 | 580.00 | 870.00 |
| R. Wagner | 03/23/15 | Calls and emails with accounting regarding first interim fee application reconciliation. | 0.40 | 580.00 | 232.00 |
| | | | | | 4,032.00 |
| B270 Energy Trading | | | | | |
| I. Catto | 03/02/15 | Review fuel supply matter and agreements (1.9); telephone conferences with T. Silvey and fuels team (1.7). | 3.60 | 875.00 | 3,150.00 |
| R. Wagner | 03/02/15 | Attend to calls with A. Catto regarding resolution of counterparty claims and liquidation agreements in connection with same. | 0.30 | 580.00 | 174.00 |
| R. Wagner | 03/03/15 | Review and analyze ISDA master agreements, termination letters and related documents with respect to potential liquidation of counterparty claims. (.9); Attend to emails with A. Catto regarding same (.2); Attend to emails with A. Catto and K&E regarding resolution of counterparty claim and execution of stipulation. (.3). | 1.40 | 580.00 | 812.00 |
| I. Catto | 03/04/15 | Telephone conference with team re weekly contracts review. | 0.50 | 875.00 | 437.50 |
| R. Wagner | 03/04/15 | Attend to emails with K&E and A. Catto regarding finalizing stipulation with counterparty (.7); Review and analyze fuel agreements (.8); Discuss same with A. Catto (.1). | 1.60 | 580.00 | 928.00 |
| I. Catto | 03/05/15 | Review draft trading agreement. | 0.60 | 875.00 | 525.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:         093681
Invoice:        2777918
Invoice Date:   06/03/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 03/05/15 | Attend to emails with K&E and A&M regarding stipulations resolving counterparty claims (.3); Review draft counterparty stipulation (.4); Discuss same with A. Catto (.2). | 0.90 | 580.00 | 522.00 |
| R. Wagner | 03/06/15 | Prepare for and attend to call with K&E, A&M and Alix Partners regarding counterparty stipulations. | 0.40 | 580.00 | 232.00 |
| R. Wagner | 03/11/15 | Attend to emails with A. Catto regarding counterparty termination issues (.3); Attend to research and analysis and develop strategy in connection with counterparty negotiation regarding same. (.7); Attend to emails with K&E regarding liquidation notice issues. (.2). | 1.20 | 580.00 | 696.00 |
| R. Wagner | 03/14/15 | Attend to emails with K&E and A. Catto regarding liquidation agreement. | 0.20 | 580.00 | 116.00 |
| I. Catto | 03/16/15 | Telephone conferences with T. Silvey re potential contract rejection (.6); review fuel and power agreements (2.8). | 3.40 | 875.00 | 2,975.00 |
| I. Catto | 03/17/15 | Attend weekly contract review meeting (.8); review agreement and conferences with A. Alaman re contract amendments (2.1); conferences with T. Silvey re potential contract rejection (.9). | 3.80 | 875.00 | 3,325.00 |
| I. Catto | 03/18/15 | Review counterparty letter (.4); conferences with T. Silvey and M. Goering re fuel agreement (1.1); review terminated contracts, valuations and claims (2.2) | 3.70 | 875.00 | 3,237.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2777918
Invoice Date:  06/03/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|------------|------|-------------|-------|------|--------|
| R. Wagner | 03/18/15 | Research and analysis of potential settlement constructs with counterparty (1.4); Attend to emails and calls with A. Catto regarding same (.3); Attend to issues with respect to counterparty liquidation agreements (1.5); Draft CNO with respect to counterparty liquidation agreement/notice (.6); Attend to emails with A. Catto and RLF regarding same (.2). | 4.00 | 580.00 | 2,320.00 |
| I. Catto | 03/19/15 | Review agreements (2.1); conferences with T. Silvey re fuel contract (.6). | 2.70 | 875.00 | 2,362.50 |
| R. Wagner | 03/19/15 | Attend to emails with A. Catto and K&E regarding counterparty settlement issues. | 0.30 | 580.00 | 174.00 |
| I. Catto | 03/20/15 | Review and revise draft rejection motions and declarations. | 1.90 | 875.00 | 1,662.50 |
| R. Wagner | 03/20/15 | Attend to call and emails with A. Catto regarding resolution of counterparty claims and interest issues (.6); Review research regarding same (.5). | 1.10 | 580.00 | 638.00 |
| I. Catto | 03/23/15 | Telephone conferences with A. Sareen, O. Marx, T. Silvey re terminated trade negotiation (.9); correspondence with counterparty counsel re terminated contract (.2). | 1.10 | 875.00 | 962.50 |
| R. Wagner | 03/23/15 | Attend to research and analysis with respect to potential settlement issues, LC, and postpetition interest issues. (1.4); Discuss same with A. Catto (.3); Prepare for and attend call with company regarding counterparty negotiations (.5). | 2.20 | 580.00 | 1,276.00 |
| I. Catto | 03/24/15 | Weekly contract review meeting (.6); Review and revise draft motions (1.7). | 2.30 | 875.00 | 2,012.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:          093681
Invoice:         2777918
Invoice Date:    06/03/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 03/24/15 | Attend to emails with A. Catto regarding draft amendments to fuel supply agreements (1.3); Review same (.4). | 1.70 | 580.00 | 986.00 |
| I. Catto | 03/25/15 | Telephone conference with A. Alaman and R. Terrill re interconnection agreements (.7); conference with fuels team re fuel transportation (1.1); review transport agreements (.8). | 2.60 | 875.00 | 2,275.00 |
| R. Wagner | 03/25/15 | Attend to calls and emails with A. Catto regarding lease agreements (.6); Review and analyze various provisions of master lease agreements and supplements thereto (1.1). | 1.70 | 580.00 | 986.00 |
| R. Wagner | 03/26/15 | Review and analyze underlying documentation in connection with negotiation of counterparty liquidation agreements. | 1.60 | 580.00 | 928.00 |
| R. Wagner | 03/27/15 | Review and analyze proposed amendments to fuel contracts (.7); Incorporate comments thereto (.6); Attend to emails with A. Catto regarding same (.2). | 1.50 | 580.00 | 870.00 |
| I. Catto | 03/30/15 | Review regulatory issue relating to contract rejection. | 1.10 | 875.00 | 962.50 |
| I. Catto | 03/31/15 | Telephone conferences with T. Silvey re motion (1.2); telephone conference with T. Silvey and K&E re counterparty request (.6); telephone conference with commercial and accounting team re contract (.8). | 2.60 | 875.00 | 2,275.00 |

# McDermott
# Will & Emery

| | | | | | |
|---|---|---|---|---|---|
| Luminant Energy Company | | | Client: | | 093681 |
| | | | Invoice: | | 2777918 |
| | | | Invoice Date: | | 06/03/2015 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 03/31/15 | Review and revise draft amendments to fuel agreements (.5); Attend to emails with A. Catto and T. Silvey regarding same (.1); Review and analyze language of final hedging and trading order (.3); Attend to research regarding potential admin claim and rejection issues (.5); Discuss potential rejection issues with A. Catto and develop strategy for counterparty negotiations. (.8). | 2.20 | 580.00 | 1,276.00 |
| | | | | | 39,096.50 |
| | | **Total** | | | **$43,128.50** |

### Task Code Summary

| Task Code | Description | Hours | Amount | |
|---|---|---|---|---|
| B160 | Fee/Employment Applications | 8.40 | 4,032.00 | |
| B270 | Energy Trading | 52.20 | 39,096.50 | |
| | | 60.60 | 43,128.50 | |

### Costs and Other Charges

| Description | Amount |
|---|---|
| Transportation/Parking | 115.00 |
| Travel Expenses | 2,371.72 |
| **Total Costs and Other Charges** | **$2,486.72** |
| **Total This Invoice** | **$45,615.22** |

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2777918

06/03/2015

## Invoice Totals

| | Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|---|
| 0012 | Energy Future Holdings Chapter 11 | 60.60 | 43,128.50 | 2,486.72 | 0.00 | 45,615.22 |

**Invoice**

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2778202 |
| Invoice Date: | 06/11/2015 |

---

## Remittance Copy
### Billing for services rendered through 04/30/2015

---

0012 Energy Future Holdings Chapter 11

| | |
|---|---:|
| Total Services | $ 28,475.00 |
| Total Costs and Other Charges Posted Through Billing Period | 3,036.61 |
| **Total This Invoice** | **$ 31,511.61** |

| Invoice | Date | |
|---|---|---:|
| 2704702 | 11/04/2014 | 16,995.15 |
| 2718022 | 12/04/2014 | 22,281.10 |
| 2727143 | 12/30/2014 | 17,784.34 |
| 2739127 | 02/11/2015 | 12,264.90 |
| 2746775 | 03/11/2015 | 15,446.30 |
| 2767770 | 04/28/2015 | 113,607.83 |
| 2777918 | 06/03/2015 | 45,615.22 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Luminant Energy Company

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2778202 |
| Invoice Date: | 06/11/2015 |

Total Outstanding Balance            243,994.84

Total Balance Due                $ 275,506.45

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

06/11/2015

Invoice: 2778202
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

For Services Rendered in Connection with:

Matter: 0012        Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B160 Fee/Employment Applications | | | | | |
| A. Duncliffe | 04/08/15 | Review of prebill and invoice for February 2015 (.60); Revisions made to prebill and invoice (.60); Exhibit pages set up for 10th Fee Application (.20) | 1.40 | 280.00 | 392.00 |
| R. Wagner | 04/08/15 | Attend to emails with RLF regarding filing of CNO in connection with McDermott's January fee statement. | 0.30 | 580.00 | 174.00 |
| A. Duncliffe | 04/09/15 | Invoices reviewed for 10th Fee Application Exhibits (.80); Draft of Exhibits worked on to reflect invoice information (1.0). | 1.80 | 280.00 | 504.00 |
| R. Wagner | 04/09/15 | Review draft CNO (.4); Exchange emails with RLF regarding same (.3); Prepare December and January payment packages (.5); Attend to emails with client regarding same. (.2); Draft May 2015 budget and staffing memorandum (.6); Email A. Catto regarding draft budget and staffing memorandum (.1). | 2.10 | 580.00 | 1,218.00 |
| A. Duncliffe | 04/10/15 | Preparation of exhibits for 10th Fee Application worked on. | 1.30 | 280.00 | 364.00 |
| R. Wagner | 04/10/15 | Review February bill (.4); Attend to emails with A. Catto regarding same (.3). | 0.70 | 580.00 | 406.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:       093681
Invoice:     2778202
Invoice Date:  06/11/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 04/13/15 | Review and revise budget and staffing memorandum (.4); Draft email to clients regarding same (.1). | 0.50 | 580.00 | 290.00 |
| R. Wagner | 04/14/15 | Review February bill and incorporate edits thereto (.7); Emails with A. Catto regarding same (.1). | 0.80 | 580.00 | 464.00 |
| R. Wagner | 04/20/15 | Review objection (1.2); Discuss responses to same with A. Catto (.8); Draft response to objection (.5). | 3.60 | 580.00 | 2,088.00 |
| A. Duncliffe | 04/21/15 | Review of revisions made to pre-bill (.30); Revisions of Exhibits to February 2015 Fee Applications (.40); Creation of Backup Receipt submission (.10) | 0.80 | 280.00 | 224.00 |
| R. Wagner | 04/21/15 | Edit February bill (.3); Discuss same with A. Duncliffe (.2). | 2.00 | 580.00 | 1,160.00 |
| R. Wagner | 04/23/15 | Attend to emails with fee committee regarding response to letter report. | 0.70 | 580.00 | 406.00 |
| R. Wagner | 04/24/15 | Review fee committee communication concerning letter report (.2); Draft response thereto (.4). | 0.60 | 580.00 | 348.00 |
| R. Wagner | 04/27/15 | Review revised February invoice (.4); Attend to emails with client regarding February invoice (.2); Draft February monthly fee statement (.6). | 1.20 | 580.00 | 696.00 |
| A. Duncliffe | 04/28/15 | February Pre-bill proofread against changes made (.30); March Pre-bill reviewed and revised to make entries more specific (.50) | 0.80 | 280.00 | 224.00 |
| R. Wagner | 04/28/15 | Attend to emails with client regarding February invoice. (.3); Review and revise February fee statement (.4). | 0.70 | 580.00 | 406.00 |
| | | | | | 9,364.00 |

B270 Energy Trading

# McDermott
# Will & Emery

Luminant Energy Company

| | | Client: | 093681 |
| | | Invoice: | 2778202 |
| | | Invoice Date: | 06/11/2015 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| I. Catto | 04/01/15 | Review and revise draft letter agreement (.9); telephone conferences with T. Silvey re letter agreement (.7). | 1.60 | 875.00 | 1,400.00 |
| R. Lamkin | 04/01/15 | Discuss letter regarding Forest Creek PPA with A. Catto and J. Bayles (.3); review/edit draft of same (.8). | 0.80 | 805.00 | 644.00 |
| R. Wagner | 04/01/15 | Attend to calls and emails with A. Catto regarding approval of proposed amendments to energy purchase agreement (.3); Review and analyze proposed amendments (.8). | 1.10 | 580.00 | 638.00 |
| R. Wagner | 04/02/15 | Attend to emails with K&E regarding counterparty's counsel and settlement payment issues. | 0.30 | 580.00 | 174.00 |
| R. Wagner | 04/06/15 | Research  issues in connection with counterparty liquidation agreements. | 1.40 | 580.00 | 812.00 |
| R. Wagner | 04/07/15 | Attend to emails with K&E regarding wind up items in connection with counterparty stipulation. | 0.20 | 580.00 | 116.00 |
| I. Catto | 04/08/15 | Review and revise draft response to objection. | 2.20 | 875.00 | 1,925.00 |
| I. Catto | 04/09/15 | Review and revise draft response to objection. | 2.20 | 875.00 | 1,925.00 |
| R. Wagner | 04/15/15 | Attend to emails with A. Catto regarding strategy and preparation of counterparty liquidation agreements. | 0.40 | 580.00 | 232.00 |
| I. Catto | 04/21/15 | Attend weekly contracts review team conference (.8); conferences with T. Silvey and K&E re counterparty settlement proposal (.6); conference with A. Alaman re transaction authority (.3). | 1.70 | 875.00 | 1,487.50 |
| R. Wagner | 04/21/15 | Review and analyze counterparty claims (1.3); Attend to emails with A. Catto regarding same (.1). | 1.40 | 580.00 | 812.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2778202
Invoice Date:  06/11/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 04/23/15 | Conference with T. Silvey and A. Sareen re potential transactions. | 0.60 | 875.00 | 525.00 |
| R. Wagner | 04/24/15 | Attend to emails with client and A. Catto regarding counterparty liquidation notice (.4); Review counterparty comments to draft liquidation notice (.7); Discuss same with A. Catto (.5); Discuss counterparty settlement negotiations and strategy with respect thereto with A. Catto. (.3). | 1.90 | 580.00 | 1,102.00 |
| R. Wagner | 04/26/15 | Review underlying counterparty contractual documentation and settlement communications (.9); Draft counterparty liquidation agreement (1.2); Attend to emails with A. Catto regarding same (.3). | 2.40 | 580.00 | 1,392.00 |
| R. Wagner | 04/28/15 | Draft liquidation agreement with counterparty. | 0.90 | 580.00 | 522.00 |
| I. Catto | 04/29/15 | Review and revise draft settlement agreements. | 2.20 | 875.00 | 1,925.00 |
| R. Wagner | 04/30/15 | Review comments from counterparty in connection with liquidation agreement negotiations (.7); Call with K&E regarding potential resolution of counterparty claim and procedure with respect thereto (.2). | 0.90 | 580.00 | 522.00 |
|  |  |  |  |  | 16,153.50 |

B290 Utilities

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| J. Bayles | 04/01/15 | Draft and revise letter to counterparty regarding motion for rejection and QSE services. | 1.50 | 425.00 | 637.50 |
|  |  |  |  |  | 637.50 |

B320 Plan and Disclosure Statement

# McDermott
# Will & Emery

| | | | | | |
|---|---|---|---|---|---|
| Luminant Energy Company | | | Client: | | 093681 |
| | | | Invoice: | | 2778202 |
| | | | Invoice Date: | | 06/11/2015 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 04/20/15 | Review and analyze draft plan and disclosure statement (2.1); Exchange emails with A. Catto regarding same. (.3); Call with A. Catto regarding draft plan. (.1). | 2.50 | 580.00 | 1,450.00 |
| R. Wagner | 04/21/15 | Review and analyze plan (1.1); Discuss plan provisions with A. Catto (.4). | 1.50 | 580.00 | 870.00 |
| | | | | | 2,320.00 |
| | | **Total** | | | **$28,475.00** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 19.30 | 9,364.00 |
| B270 | Energy Trading | 22.20 | 16,153.50 |
| B290 | Utilities | 1.50 | 637.50 |
| B320 | Plan and Disclosure Statement | 4.00 | 2,320.00 |
| | | 47.00 | 28,475.00 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Transportation/Parking | 123.00 |
| Travel Expenses | 2,913.61 |
| **Total Costs and Other Charges** | **$3,036.61** |
| **Total This Invoice** | **$31,511.61** |

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2778202

06/11/2015

## Invoice Totals

| | Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|---|
| 0012 | Energy Future Holdings Chapter 11 | 47.00 | 28,475.00 | 3,036.61 | 0.00 | 31,511.61 |

U.S. practice conducted through McDermott Will & Emery LLP.