**Exhibit I**

**Detailed Description of Expenses and Disbursements**

**Exhibit I**
**Detailed Description of Expenses and Disbursements**
*January 1, 2015 through January 31, 2015*

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 31, 2015 for travel January 5, 2015 through January 9, 2015 | $ 820.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | January 9, 2015 | $1,388.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | January 15, 2015 | $1,538.20 | Airfare Round Trip Coach NJ/Dallas |
| **Expense Category Total:** | | **$3,746.60** | |

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | January 8, 2015 | $ 275.47 | Dallas Marriott Hotel |
| Iskender H. Catto | January 12, 2015 | $ 321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | January 13, 2015 | $ 321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | January 14, 2015 | $ 321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | January 20, 2015 | $ 350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | January 21, 2015 | $ 350.00 | Dallas Marriott Hotel |
| **Expense Category Total:** | | **$1,940.18** | |

### *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | January 13, 2015 | $ 27.28 | Out of Town Breakfast @ Dallas Marriott Hotel |
| Iskender H. Catto | January 14, 2015 | $ 40.00 | Out of Town Dinner @ Dallas Marriott Hotel |
| Iskender H. Catto | January 21, 2015 | $ 40.00 | Out of Town Dinner @ Dallas Marriott Hotel |
| **Expense Category Total:** | | **$107.28** | |

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | January 5, 2015 | $300.00 | Budget Car Rental (4 days @ $89.75/day, taxes and fees included) |
| Iskender H. Catto | January 12, 2015 | $225.00 | Budget Car Rental (3 days @ $87.02 taxes and fees included) |
| Iskender H. Catto | January 20, 2015 | $198.00 | Budget Car Rental (3 days @ $45.60 taxes and fees included) |

**Expense Category Total:** **$723.00**

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | January 5, 2015 | $165.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | January 7, 2015 | $ 8.00 | Stall Parking |
| Iskender H. Catto | January 8, 2015 | $ 29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | January 9, 2015 | $ 8.00 | Stall Parking |
| Iskender H. Catto | January 12, 2015 | $ 8.00 | Stall Parking |
| Iskender H. Catto | January 12, 2015 | $132.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | January 12, 2015 | $ 16.24 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | January 13, 2015 | $ 16.24 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | January 14, 2015 | $ 16.24 | Dallas Marriott Hotel Parking |
| Iskender H, Catto | January 13, 2015 | $ 10.00 | Stall Parking |
| Iskender H. Catto | January 14, 2015 | $ 8.00 | Stall Parking |
| Iskender H. Catto | January 15, 2015 | $ 10.00 | Stall Parking |
| Iskender H. Catto | January 20, 2015 | $ 99.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | January 20, 2015 | $ 8.00 | Stall Parking |
| Iskender H. Catto | January 20, 2015 | $ 29.23 | Dallas Marriott Hotel Parking |

| Iskender H. Catto | January 21, 2015 | $ 29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | January 22, 2015 | $ 8.00 | Stall Parking |
| Iskender H. Catto | January 23, 2015 | $ 10.00 | Stall Parking |

**Expense Category Total:** **$610.41**

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | January 15, 2015 | $7.97 | Shell Gas |
| Iskender H. Catto | January 20, 2015 | $200.00 | Change Ticket Fee |
| Iskender H. Catto | January 22, 2015 | $4.51 | Shell Gas |

**Expense Category Total:** **$212.48**

### *February 1, 2015 through February 28, 2015*

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | January 28, 2015 for travel February 2, 2015 through February 5, 2015 | $1,306.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | February 10, 2015 | $264.10 | ½ of Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | February 19, 2015 | $1,096.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:** **$2,666.50**

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | February 3, 2015 | $240.89 | Springhill Suites Marriott |
| Iskender H. Catto | February 4, 2015 | $240.89 | Springhill Suites Marriott |
| Iskender H. Catto | February 17, 2015 | $321.57 | Dallas Marriott |
| Iskender H. Catto | February 18, 2015 | $321.57 | Dallas Marriott |
| Iskender H. Catto | February 19, 2015 | $321.57 | Dallas Marriott |
| Iskender H. Catto | February 23, 2015 | $310.05 | Renaissance Dallas Marriott |
| Iskender H. Catto | February 24, 2015 | $310.05 | Renaissance Dallas Marriott |

| Iskender H. Catto | February 25, 2015 | $310.05 | Renaissance Dallas Marriott |

**Expense Category Total:** **$2,376.64**

## *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | February 16, 2015 | $29.20 | Late night dinner in office |
| Iskender H. Catto | February 17, 2015 | $22.08 | Out of Town Breakfast at Dallas Marriott |
| Iskender H. Catto | February 23, 2015 | $29.88 | Out of Town Dinner @ Renaissance Dallas Marriott Hotel |
| Iskender H. Catto | February 25, 2015 | $35.07 | Out of Town Dinner @ Renaissance Dallas Marriott Hotel |

**Expense Category Total:** **$116.23**

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | February 3, 2015 through February 5, 2015 | $195.72 | Budget Car Rental (3 days @ $65.24/day, taxes and fees included) |
| Iskender H. Catto | February 17, 2015 through February 20, 2015 | $225 (reduced from $301.42) | Budget Car Rental (3 days @ $75.00/day, taxes and fees included) |
| Iskender H. Catto | February 23, 2015 through February 26, 2015 | $225 (reduced from $377.96) | Budget Car Rental (3 days @ $75.00 taxes and fees included) |

**Expense Category Total:** **$645.72**

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | February 3, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | February 3, 2015 | $99.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | February 3, 2015 | $25.98 | Springhill Suites Marriott Parking |
| Iskender H. Catto | February 4, 2015 | $25.98 | Springhill Suites Marriott Parking |

| Iskender H. Catto | February 5, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | February 17, 2015 | $132.00 | Newark International Airport |
| Iskender H. Catto | February 17, 2015 | $29.23 | Dallas Marriott Hotel |
| Iskender H. Catto | February 18, 2015 | $29.23 | Dallas Marriott Hotel |
| Iskender H. Catto | February 19, 2015 | $29.23 | Dallas Marriott Hotel |
| Iskender H. Catto | February 23, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | February 24, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | February 25, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | February 26, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | February 26, 2015 | $132.00 | Newark Liberty International Airport Parking |

**Expense Category Total:**           **$550.65**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | February 5, 2015 | $8.46 | Shell Gas |
| Iskender H. Catto | February 20, 2015 | $6.85 | Shell Gas |
| Iskender H. Catto | February 26, 2015 | $14.78 | Shell Gas |

**Expense Category Total:**           **$30.09**

## *March 1, 2015 through March 31, 2015*

## *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | March 13, 2015 | $982.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**           **$982.20**

## *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | March 16, 2015 | $350.00 | Dallas Marriott |
| Iskender H. Catto | March 17, 2015 | $350.00 | Dallas Marriott |
| Iskender H. Catto | March 18, 2015 | $350.00 | Dallas Marriott |

**Expense Category Total:**           **$1,050.00**

### *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | March 16, 2015 | $22.08 | Out of Town Breakfast at Dallas Marriott |

**Expense Category Total:**             **$22.08**

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | March 16-19, 2015 | $225.00 | Budget Car Rental (3 days @ $75/day, taxes and fees included) |

**Expense Category Total:**             **$225.00**

### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | March 16, 2015 | $29.23 | Parking Dallas Marriott |
| Iskender H. Catto | March 17, 2015 | $29.23 | Parking Dallas Marriott |
| Iskender H. Catto | March 18, 2015 | $29.23 | Parking Dallas Marriott |
| Iskender H. Catto | March 19, 2015 | $107.00 | Parking Newark International Airport |
| Iskender H. Catto | March 19, 2015 | $8.00 | Stall Parking |

**Expense Category Total:**             **$202.69**

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | March 19, 2015 | $4.75 | Shell Gas |

**Expense Category Total:**             **$4.75**

### *April 1, 2015 through April 30, 2015*

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 20, 2015 | $1,548.20 | Roundtrip travel from New Jersey to Dallas |

**Expense Category Total:**             **$1,548.20**

## *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 20, 2015 | $327.32 | Dallas Marriott |
| Iskender H. Catto | April 21, 2015 | $350.00 | Dallas Marriott |
| Iskender H. Catto | April 22, 2015 | $350.00 | Dallas Marriott |

**Expense Category Total:** **$1,027.32**

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 20-April 23, 2015 | $225.00 | Budget Car Rental |

**Expense Category Total:** **$225.00**

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 20-April 23, 2015 | $115.00 | Parking at Newark International Airport |
| Iskender H. Catto | April 20, 2015 | $35.01 | Parking at Dallas Marriott |
| Iskender H. Catto | April 21, 2015 | $36.01 | Parking at Dallas Marriott |
| Iskender H. Catto | April 22, 2015 | $36.01 | Parking at Dallas Marriott |
| Iskender H. Catto | April 23, 2015 | $ 8.00 | Stall Parking |

**Expense Category Total:** **$230.03**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 23, 2015 | $6.06 | Shell Gas |

**Expense Category Total:** **$6.06**