IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp. et al., | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors-in-Possession.[1] | : | (Jointly Administered) |
| | : | (Reference Docket No. 4812) |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

The undersigned counsel for Fee Committee (the "Fee Committee") in the above referenced bankruptcy, hereby certifies the following to be true and correct to the best of his knowledge:

1. This Court has scheduled a hearing on uncontested Fee Applications for June 24, 2015 at 10:00 a.m. (the "Fee Hearing").

2. In anticipation of the Fee Hearing, the Fee Committee filed the *Notice of Hearing on Uncontested Fee Applications* [Docket No. 4717].

3. On June 16, 2015, the Fee Committee filed the *Fee Committee's Fourth Status Report Concerning Interim Fee Applications for the Hearing on June 24, 2015 at 10:00 a.m. EDT* [Docket No. 4774].

4. On June 19, 2015, the *Fee Committee filed the Fee Committee's Supplemental Status Report Concerning Interim Fee Applications for Hearing the on June 24, 2015 at 10:00 a.m. EDT* [Docket No. 4807].

---

[1] The last four digits of energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

5. On June 19, 2015 the Fee Committee also filed the *Supplemental Notice of Hearing on Uncontested Fee Applications* [Docket No. 4812] (the "Supplemental Notice"). Attached as Exhibit "A" to the Supplemental Notice was the *Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses During the First and Second Interim Fee Periods* (the "Omnibus Fee Order").

6. The Fee Committee has noticed an error in footnote contained in **Exhibit "A"** to the Omnibus Fee Order. A redlined version of the Omnibus Fee Order showing the correction to its Exhibit A is attached hereto as **Exhibit "1"**. A clean copy of the Omnibus Fee Order is attached hereto as **Exhibit "2"**.

WHEREFORE, the Fee Committee respectfully requests the Court enter the order attached at **Exhibit 2** at its earliest convenience.

Dated: June 23, 2015.

PHILLIPS, GOLDMAN & SPENCE, P.A.


   */s/Stephen A. Spence*
Stephen A. Spence, Esquire (DE#2033)
Stephen W. Spence, Esquire (DE#5392)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax: (302) 655-4210
E-mail: sws@pgslaw.com


Katherine Stadler, Esquire (admitted *pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*