## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS 5/01 – 5/31/2015 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 46.0 |
| George Koutsonicolis | Managing Director | 1.5 |
| Raoul Nowitz | Managing Director | 169.5 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 95.5 |
| TOTALS | | 315.5 |