## EXHIBIT C

**Expenses by Category**

|  | May 2015 |
|---|---|
| Airfare | $2,174.40 |
| Ground Transportation | $436.17 |
| Hotel & Lodging | $1,000.00 |
| Meals | $123.03 |
| Mileage | $34.72 |
| TOTALS | $3,768.32 |