# EXHIBIT D

**Expense Detail**

# Energy Future Holdings Corp – May 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 5/13/2015 | Luria, Neil | AIR - Airfare | $ 531.10 |
| | | One-way economy class to EWR for meetings with counsel, EFH Disinterested Directors, and creditor constituents. | |
| 5/15/2015 | Luria, Neil | AIR - Airfare | $ 543.10 |
| | | One-way economy class from EWR for return trip from NYC. | |
| 5/14/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,100.20 |
| | | Roundtrip economy class LGA-ATL for meetings in New York with counsel, EFH Disinterested Directors, and creditor constituents. | |
| | | **Total Airfare:** | **$ 2,174.40** |
| 5/13/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car service from EWR to NYC for meetings. | |
| 5/14/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car to EWR following meetings in NYC. | |
| 5/14/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 79.28 |
| | | Car from Airport to Home following New York travel. | |
| 5/13/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 19.20 |
| | | Taxi from dinner to hotel in New York City. | |
| 5/13/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 61.54 |
| | | Taxi from Airport to Hotel in New York. | |
| 5/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Airport parking fee. | |
| 5/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 8.15 |
| | | Taxi from hotel to meeting in New York. | |
| | | **Total Ground Transportation:** | **$ 436.17** |
| 5/14/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York. | |
| 5/14/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York. | |
| | | **Total Hotel and Lodging:** | **$ 1,000.00** |
| 5/14/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 11.16 |
| | | Attendee:   N. Luria. | |
| 5/14/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 4.29 |
| | | Attendee:   N. Luria. | |
| 5/14/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 17.69 |
| | | Attendee:   N. Luria. | |
| 5/13/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 9.89 |
| | | Attendee:   R. Nowitz. | |
| 5/13/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz. | |
| 5/14/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz. | |
| | | **Total Out of Town Meals:** | **$ 123.03** |
| 5/14/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |

**Energy Future Holdings Corp – May 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 5/14/2015 | Nowitz, Raoul | From home to airport.<br>MILES - USA - Mileage<br>From airport to home. | $ 17.36 |
| | | Total USA - Mileage: | $ 34.72 |
| | | | $ 3,768.32 |