**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline:  July 14, 2015** |

## NOTICE OF FEE STATEMENT

Cravath, Swaine & Moore LLP (the "**Applicant**") has today filed the attached *Sixth Monthly Fee Statement of Cravath, Swaine & Moore LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from May 1, 2015 through May 31, 2015* (the "**Fee Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SL1 1372845v1 109285.00005

Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) proposed co- counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of Unsecured Creditors, Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines; and (viii) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler, by no later than **4:00 p.m. (Eastern Time) on July 14, 2015** (the "**Objection Deadline**").

If any responses or objections to the Fee Statement are timely filed, served and received in accordance with this notice, a hearing on the Fee Statement will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

Under the Administrative Order, if no objection to the Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid

2

an amount equal to the lesser of (i) 80% of the fees and 100% of expenses requested in the Fee Statement or (ii) 80% of the fees and 100% of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Date:  June 22, 2015

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801
Phone: (302) 425-3310
Fax:     (610) 371-7972
Email: jhh@stevenslee.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*