## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 General and Administrative | 12.10 | 13,435.00 |
| Plan and Disclosure | 71.40 | 63,379.00 |
| Intercompany Claims | 4.10 | 4,368.00 |
| Tax Issues | 50.00 | 53,432.00 |
| Oncor Sale Process | 75.80 | 78,831.50 |
| Employment and Fee Applications | 1.40 | 1,680.00 |
| Non-working Travel | 3.50 | 2,100.00 |
| **TOTAL** | **218.30** | **$217,225.50** |