**EXHIBIT B**

**Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Corporate | 1200 | 17.00 | 20,400.00 |
| Philip Gelston | Partner | 1979 | Corporate | 1200 | 73.80 | 86,460.00 |
| Andrew Needham | Partner | 1995 | Tax | 1200 | 40.00 | 48,000.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1180 | 14.60 | 17,228.00 |
| | | | | | | |
| Trevor Broad | Associate | 2009 | Litigation | 780 | 21.30 | 16,614.00 |
| Allison Wein | Associate | 2011 | Corporate | 710 | 12.90 | 9,159.00 |
| Antje Hagena | Associate | *not admitted | Tax | 695 | 19.40 | 13,483.00 |
| Michael Schwartz | Associate | 2015 | Litigation | 510 | 0.80 | 408.00 |
| Ashish M. Bakshi | Summer Associate | *not admitted | Litigation | 295 | 8.40 | 2,478.00 |
| Kristin Rulison | Summer Associate | *not admitted | Litigation | 295 | 4.30 | 1,268.50 |
| | | | | | | |
| James McMullen | Litigation Support | N/A | Technical Litigation Support | 305 | 0.60 | 183.00 |
| Michael Kraus | Litigation Support | N/A | Technical Litigation Support | 325 | 2.60 | 845.00 |
| Miguel A. Gonzalez | Litigation Support | N/A | Technical Litigation Support | 315 | 1.10 | 346.50 |
| Colin Sylvester | Legal Assistant | N/A | Litigation Support | 235 | 1.50 | 352.50 |
| | | | | **TOTAL** | **218.30** | **$217,225.50** |