# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---:|
| TRAVEL | $ 1,388.93 |
| GROUND TRANSPORTATION | 99.75 |
| DUPLICATING-COLOR | 8.00 |
| MISCELLANEOUS | 34.90 |
| CONF. CALL/VOICE/DATA | 21.87 |
| BUSINESS MEALS | 77.30 |
| WESTLAW | 116.14 |
| BINDING/GRAPHICS/VIDEO | 23.00 |
| | |
| TOTAL | $ 1,769.89 |