**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00001 | 5/19/2015 | SYLVESTER, C | LEGAL ASS'T | DUPLICATING-COLOR | 8.00 | 16 copies, made on floor 38 in room 50 19:38:13 |
| 011205-00001 | 5/20/2015 | KRAUS, M | LIT. TECH. SUPP | BINDING/GRAPHICS/VIDEO | 23.00 | 2 copies, made on floor 38 in room 50 02:14:20 |
| 011205-00003 | 4/29/2015 | SYLVESTER, C | LEGAL ASS'T | GROUND TRANSPORTATION | 30.30 | Inv#4181138   V#LV18T321AF ETG  M5  -M15   SYL 21:18 0.00 Cravath, 825 Eighth Avenue, New York, NY 1 EAST 12TH STREET, MANHATTAN, NY NONE |
| 011205-00003 | 5/6/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 14.10 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008325270 |
| 011205-00003 | 5/18/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 14.15 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008409958 |
| 011205-00003 | 5/20/2015 | BROAD, TREVOR M. | ASSOCIATE | GROUND TRANSPORTATION | 12.35 | TAXI Local TRIP PURPOSE: discussion with conflicts counsel re discovery requests RPT ID: 010008449874 |
| 011205-00003 | 5/26/2015 | GELSTON, P A | PARTNER | MISCELLANEOUS | 14.95 | HOTEL - INTERNET, TRIP PURPOSE: Attend meetings at Kirkland & Ellis CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/26/2015 | GELSTON, P A | PARTNER | MISCELLANEOUS | 19.95 | INTERNET, TRIP PURPOSE: Attend meetings at Kirkland & Ellis CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/26/2015 | GELSTON, P A | PARTNER | TRAVEL | 350.00 | LODGING The Westin Chicago River North TRIP PURPOSE: Attend meetings at Kirkland & Ellis CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/26/2015 | GELSTON, P A | PARTNER | TRAVEL | 45.90 | TAXI Out of Town TRIP PURPOSE: Attend meetings at Kirkland & Ellis/tax to hotel from Airport CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/26/2015 | GELSTON, P A | PARTNER | TRAVEL | 67.00 | TAXI Out of Town TRIP PURPOSE: Attend meetings at Kirkland & Ellis CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/26/2015 | GELSTON, P A | PARTNER | TRAVEL | 844.20 | AIRFARE CLASS: Coach ,CITIES VISITED: Chicago, Illinois ,TICKET NO: 0017598682262 TRIP PURPOSE: Attend meetings at Kirkland & Ellis RPT ID: 010008500931 |
| 011205-00003 | 5/26/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 14.75 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008483326 |

SL1 1372845v1 109285.00005

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 5/27/2015 | GELSTON, P A | PARTNER | BUSINESS MEALS | 13.37 | MEALS: MEALS OTHER BUSINESS PURPOSE: Attend meetings at Kirkland & Ellis VENUE: Facades/Chicago Airport CITIES VISITED: Chicago, Illinois ATTENDEES CRAVATH: Philip Gelston RPT ID: 010008500931 |
| 011205-00003 | 5/27/2015 | GELSTON, P A | PARTNER | BUSINESS MEALS | 15.26 | MEALS: MEALS OTHER BUSINESS PURPOSE: Attend meetings at Kirkland & Ellis VENUE: Bubbles/Chicago Airport CITIES VISITED: Chicago, Illinois ATTENDEES CRAVATH: Philip Gelston RPT ID: 010008500931 |
| 011205-00003 | 5/27/2015 | GELSTON, P A | PARTNER | BUSINESS MEALS | 8.67 | MEALS: DINNER BUSINESS PURPOSE: Attend meetings at Kirkland & Ellis VENUE: McDonalds CITIES VISITED: Chicago, Illinois ATTENDEES CRAVATH: Philip Gelston RPT ID: 010008500931 |
| 011205-00003 | 5/27/2015 | GELSTON, P A | PARTNER | BUSINESS MEALS | 20.00 | MEALS: LUNCH BUSINESS PURPOSE: Attend meetings at Kirkland & Ellis VENUE: Admirals Club CITIES VISITED: Chicago, Illinois ATTENDEES CRAVATH: Philip Gelston RPT ID: 010008500931 |
| 011205-00003 | 5/27/2015 | GELSTON, P A | PARTNER | BUSINESS MEALS | 20.00 | MEALS: BREAKFAST BUSINESS PURPOSE: Attend meetings at Kirkland & Ellis VENUE: The Westin Chicago CITIES VISITED: Chicago, Illinois ATTENDEES CRAVATH: Philip Gelston RPT ID: 010008500931 |
| 011205-00003 | 5/27/2015 | GELSTON, P A | PARTNER | TRAVEL | 44.90 | TAXI Out of Town TRIP PURPOSE: Attend meetings at Kirkland & Ellis/Car to Airport CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/28/2015 | GELSTON, P A | PARTNER | TRAVEL | 36.93 | TAXI Out of Town TRIP PURPOSE: Attend meetings at Kirkland & Ellis/Airport to Home CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/29/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 14.10 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008524132 |
| 011205-00004 | 4/6/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 87.25 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MICHAEL |
| 011205-00004 | 4/8/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 28.89 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MICHAEL |
| 011205-00005 | 4/15/2015 | HAGENA, ANTJE | ASSOCIATE | CONF. CALL/VOICE/DATA | 1.82 | Conference call by Antje Hagena |

SL1 1372845v1 109285.00005

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00005 | 4/24/2015 | HAGENA, ANTJE | ASSOCIATE | CONF. CALL/VOICE/DATA | 4.08 | Conference call by Antje Hagena |
| 011205-00006 | 4/22/2015 | LEVIN, R | PARTNER | CONF. CALL/VOICE/DATA | 8.88 | Conference call by Richard Levin |
| 011205-00006 | 4/23/2015 | LEVIN, R | PARTNER | CONF. CALL/VOICE/DATA | 7.09 | Conference call by Richard Levin |