

**Jacobs &
Crumplar**, P.A.
*Attorneys at Law*

**Robert Jacobs   Thomas C. Crumplar   Elizabeth B. Lewis
Jordan J. Perry   Raeann C. Warner   David T. Crumplar**

June 23, 2015

RICHARDS, LAYTON & FINGER, P.A.                    *Via E-Mail*
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com


KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 4464800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com


-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Keisselstein, P.C. (admitted *pro hac vice*)
Chard J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

2 East 7th Street, P.O. Box 1271
Wilmington, DE 19899
(302) 656-5445

**www.jcdelaw.com**

202 Dupont Highway
Millsboro, DE 19966
(302) 934-9700

Email:          james.sprayregen@kirkland.com
                marc.keiselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession


Re:    *In re ENERGY FUTURE HOLDINGS CORP, et al.,* **Chapter 11, Case No. 14-10979 (CSS) United States Bankruptcy Court for the District of Delaware**


Dear Counsel:

This communication is written on behalf of the below-referenced firms ("the Firms") representing tens of thousands of asbestos victims in various states across the country including, but not limited to, California, Texas, Ohio, Illinois, Missouri, New Jersey, Pennsylvania, North Dakota, North Carolina and Minnesota.

Specifically, the Firms request any information that has been kept confidential and out of the public domain but which is essential for determining which, if any, of our present and future clients may have rights adjudicated by any Order of the Court concerning Bar Dates or any other Order as injured victims of asbestos exposure for which EECI/EBASCO/TXU/ENERGY FUTURE HOLDINGS CORP. or any other related entity may be responsible in whole or in part.  This information will also serve to inform the Firms whether the proper "fair" attempts have been made to determine the breadth of potential liability to asbestos victims or whether such attempts have been avoided such as to render the proceedings to date "unfair" as to our respective clients.

As you are aware, any Bankruptcy Court Order adjudicating rights of a "futures" claimant in an asbestos context squarely implicates the due process rights of the same as set forth by our Supreme Court in Amchem Prods., Inc. v. Windsor, 521 U.S. 591 (1997), and Ortiz v. Fibreboard Corp., 527 U.S. 815 (1999).  See also Wolfert v. Transamerica Home First, Inc., 439 F.3d 165 (2d Cir. 2006); Stephenson v. Dow Chem. Co., 273 F.3d 249 (2d Cir. 2001), aff'd by an equally divided Court in pertinent part, vacated in part on other grounds, 539 U.S. 111 (2003).

As the court reasoned in Stephenson, any Order purporting to bar future plaintiffs' claims without adequate notice would be "part and parcel of the judgment that plaintiffs contend failed to afford them adequate representation." *Id.* at 257.  Further, any Bar Date Order reached without attempts at affording adequate notice to future claimants fits squarely into a class inadequately represented because they learned of their claim only after their claim had been adjudicated.  *Id.* at 260.

Therefore, we ask that Co-counsel to the Debtors and Debtors in Possession provide the Firms with: 1) any and all materials referencing "site list" where asbestos use was known to occur at Debtors' premises worldwide; 2) names of any entities who sold asbestos-containing materials in the U.S. and its territories; 3) information relating to any asbestos-containing products sold by any Debtor;

4) information where Ebasco/Boise Cascade was responsible for construction of Power Plants; 5) Lists of all TXU/Ebasco employees; and 6) Lists of all known TXU/Ebasco contractors.  Any present or future claimants or family members of those who worked at facilities that fall into categories 1, 4 and 5 supra is at risk of losing his/her rights and it is our job to protect those persons' rights.  Accordingly, we are more likely to contact them and alert them to their rights than the Debtors.

The Firms intend to make our efforts at obtaining heretofore confidential information relevant to our clients' and future clients' rights a part of the record in this matter.  Likewise, we further intend to make any response or lack thereof a part of the Bankruptcy Court's record at the Bar Date hearing or any other such hearing at which our clients' due process rights may be implicated.  Accordingly, we request that Co-counsel for Debtor provide notice to the Firms if any such proceeding may occur.

Finally, the Firms request that any hearing on a Bar Date Order be continued for a period of one month.  This provides adequate time for Co-counsel for Debtors to cooperate in providing the information requested in this letter and for the Firms to review the same with an eye on protecting and preserving our clients' (and future clients') due process rights.

Yours,

*/s/ Thomas Crumplar*

JACOBS & CRUMPLAR, P.A.
Thomas Crumplar (DE #0942)
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
Telephone:    (302) 656-5445
Email:          tom@jcdelaw.com

MADEKSHO LAW FIRM, PLLC
Christopher L. Madeksho, Esq.
Angela Madeksho
Lawrence Madeksho
Central Civil West Courthouse
600 S. Commonwealth, Suite 1220
Los Angeles, CA 90005
Telephone:    (213) 386-1055
Email:          cmadeksho@madeksholaw.com
                     amadeksho@madeksholaw.com
                     lmadeksho@madeksholaw.com

BEVAN & ASSOCIATES, LPA, INC.
Thomas W. Bevan
6555 Dean Memorial Pkwy

Boston Hts, Ohio 44236
Telephone:      (330) 650-0088
Email:          tbevan@bevanlaw.com

EDELMAN AND THOMPSON, LLC
James T. Thompson
3100 Broadway
Suite 1400
Kansas City, MO 64111
Telephone:      (816) 561-3400
Email:          jamesthompson@etkclaw.com

WALLACE & GRAHAM, P.A.
Bill Graham
525 North Main St.
Salisbury, NC 28144-4303
Telephone:      (704) 754-8242
Email:          bgraham@wallacegraham.com

PAUL, REICH & MYERS, P.C.
Robert Paul
1608 Walnut Street, Suite 500
Philadelphia, PA 19103
Telephone:      (215) 735-9200
Email:          rpaul@prmclaw.com

DAVID C. THOMPSON, P.C.
David C. Thompson
321 Kittson Avenue
Grand Forks, ND 58201
Telephone:      (701) 775-7012
Email:          dct@rrv.net

BRAYTON PURCELL LLP
Alan R. Brayton
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94945
Telephone:      (415) 895-2669
Email:          ABrayton@braytonlaw.com

SHRADER & ASSOCIATES, L.L.P.
Justin Shrader
3900 Essex Lane
Suite 390
Houston, TX 77027
Telephone:      (713) 782-0000
Email:          justin@shraderlaw.com

cc:     Richard Schepacarter, Esq.
        U.S. Trustee