In re: Energy Future Holdings Corp., et al.

Case No. 14-10979(CSS)

| # | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|-----------|---------------------|------------------------|--------------------------------|----------------------------|-------------------------------------|-----------------------|---------------------------|
| 1 | Deloitte & Touche LLP [D.I. 2901] | 4/29/14 - 8/31/14 | $2,072,499.50 | -$3,395.50 | $0.00 | $0.00 | $2,069,104.00 | $0.00 |
| 2 | EPIQ Bankruptcy Solutions LLC [D.I. 3408] | 4/29/14 - 8/31/14 | $204,706.20 | -$322.70 | $0.00 | $0.00 | $204,383.50 | $0.00 |
| 3 | Sidley Austin LLP [D.I. 2693] | 4/29/14 - 8/31/14 | $2,327,235.30 | -$350,000.00 | $24,009.87 | $0.00 | $1,977,235.30 | $24,009.87 |
| 4 | FTI Consulting Inc. [D.I. 2672] | 4/29/14 - 8/31/14 | $3,300,549.00 | -$400,000.00 | $142,783.00 | $0.00 | $2,900,549.00 | $142,783.00 |
| 5 | Morrison & Foerster [D.I. 2891] | 4/29/14 - 8/31/14 | | $41,827.50 | | | $41,827.50 | |
| 6 | Polsinelli PC [D.I. 2890] | 4/29/14 - 8/31/14 | $500,927.50 | -$33,449.00 | $32,695.04 | -$1,999.14 | $467,478.50 | $30,695.90 |
| 7 | AlixPartners LLP [D.I. 3570] | 9/1/14-12/31/14 | $379,108.50 | -$19,748.66 | $36,146.71 | -$2,871.46 | $359,359.84 | $33,275.25 |
| 8 | Balch & Bingham LLP [D.I. 3542] | 9/1/14-12/31/14 | $615,498.05 | -$2,679.00 | $21,520.61 | -$237.25 | $612,819.05 | $21,283.36 |
| 9 | Cravath Swaine & Moore LLP [D.I. 3533] | 9/1/14-12/31/14 | $521,822.00 | -$20,000.00 | $1,486.73 | $0.00 | $501,822.00 | $1,486.73 |
| 10 | Goldin & Associates LLP [D.I. 3579] | 9/1/14-12/31/14 | $150,000.00 | $0.00 | $1,805.69 | -$1,758.47 | $150,000.00 | $47.22 |
| 11 | Greenhill & Co LLC [D.I. 4018] | 9/1/14-12/31/14 | $366,666.67 | $0.00 | $36,048.14 | -$3,162.65 | $366,666.67 | $32,885.49 |
| 12 | Guggenheim Securities LLC [D.I. 3572] | 9/1/14-12/31/14 | $408,333.33 | $0.00 | $61,782.54 | -$477.84 | $408,333.33 | $61,304.70 |
| 13 | Montgomery McCracken Walker & Rhoads LLP [D.I. 3568] | 9/1/14-12/31/14 | $49,764.50 | -$374.50 | $4,466.07 | -$4,015.29 | $49,390.00 | $450.78 |
| 14 | Munger Tolles & Olson LLP [D.I. 3563] | 9/1/14-12/31/14 | $1,195,324.75 | -$21,731.65 | $14,202.34 | -$459.47 | $1,173,593.10 | $13,742.87 |
| 15 | O'Kelly Ernst & Bielli LLC [D.I.3558] | 9/1/14-12/31/14 | $10,141.50 | -$1,032.25 | $190.00 | -$75.00 | $9,109.25 | $115.00 |
| 16 | Proskauer Rose LLP [D.I. 3559] | 9/1/14-12/31/14 | $1,241,019.25 | -$31,943.25 | $32,968.38 | -$2,048.01 | $1,209,076.00 | $30,920.37 |
| 17 | Stevens & Lee PC [D.I. 3664] | 9/1/14-12/31/14 | $21,186.00 | -$751.10 | $37.00 | $0.00 | $20,434.90 | $37.00 |
| 18 | Sullivan & Cromwell LLP [D.I. 3567] | 9/1/14-12/31/14 | $2,771,397.40 | -$89,713.38 | $16,221.34 | -$750.00 | $2,681,684.02 | $15,471.34 |
| 19 | Alvarez & Marsal North America, LLC [D.I. 3570] | 9/1/14-12/31/14 | $5,029,260.50 | -$125,253.63 | $204,694.44 | -$825.67 | $4,904,006.87 | $203,868.77 |
| 20 | Deloitte & Touche LLP [D.I. 3546] | 9/1/14-12/31/14 | $2,508,542.00 | -$32,881.50 | $0.00 | $0.00 | $2,475,660.50 | $0.00 |
| 21 | Evercore Group L.L.C. [D.I. 3868] | 9/1/14-12/31/14 | $2,100,000.00 | $0.00 | $203,938.94 | -$829.70 | $2,100,000.00 | $203,109.24 |
| 22 | Filsinger Energy Partners [D.I. 3555] | 9/1/14-12/31/14 | $4,193,033.25 | -$45,187.75 | $195,125.66 | -$142.95 | $4,147,845.50 | $194,982.71 |
| 23 | Gibson, Dunn & Crutcher LLP [D.I. 3534] | 9/1/14-12/31/14 | $484,484.80 | -$33,356.90 | $946.97 | $0.00 | $451,127.90 | $946.97 |
| 24 | KPMG LLP [D.I. 3877] | 9/1/14-12/31/14 | $2,563,940.10 | -$22,928.50 | $190,576.19 | -$982.75 | $2,541,011.60 | $189,593.44 |
| 25 | Lazard Freres & Co. LLC [D.I. 3704] | 9/1/14-12/31/14 | $1,000,000.00 | $0.00 | $39,106.67 | -$5,082.14 | $1,000,000.00 | $34,024.53 |
| 26 | McDermott Will & Emery LLP [D.I. 3589] | 9/1/14-12/31/14 | $343,622.25 | -$4,357.50 | $31,364.55 | -$840.25 | $339,264.75 | $30,524.30 |
| 27 | Morrison & Foerster LLP [D.I. 3541] | 9/1/14-12/31/14 | $8,546,348.00 | -$21,992.00 | $218,733.25 | -$2,753.33 | $8,524,356.00 [1] | $215,979.96 |
| 28 | Polsinelli PC [D.I. 3659] | 9/1/14-12/31/14 | $549,128.50 | -$13,687.06 | $23,097.18 | -$52.91 | $535,441.44 | $23,044.27 |
| 29 | Thompson & Knight LLP [D.I. 3849] | 9/1/14-12/31/14 | $489,517.00 | -$39,234.13 | $1,639.59 | -$725.45 | $450,282.87 | $914.14 |
| 29A | Kirkland & Ellis LLP [D.I. 3569] | 9/1/14-12/31/14 | $25,084,064.00 | -$1,304,835.61 [2] | $1,984,872.90 | -$229,567.97 | $23,423,494.51 | $1,755,304.93 |
| | | | | -$1,000,000.00 [3] | | | | |
| 30 | Gitlin & Company LLC and Richard Gitlin [D.I. 3900] | | $216,093.03 | $0.00 | $2,567.47 | -$425.00 | $216,093.03 | $2,142.47 |
| 31 | Godfrey & Kahn SC [D.I. 3901] | | $864,552.13 | $0.00 | $40,775.62 | $0.00 | $864,552.13 | $40,775.62 |
| 32 | Phillips Goldman & Spence PA [D.I. 4188] | | $5,076.00 | $0.00 | $679.21 | $0.00 | $5,076.00 | $679.21 |

[1] Pursuant to paragraph 16 of the Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection and (C) Modifying the Automatic Stay [Docket No. 855] (the "Final Cash Collateral Order"), the Debtors shall reimburse each Interim DIP Lender for any fees and expenses incurred by Morrison & Foerster on behalf of the Committee in investigating any potential Challenges (as defined in the Final Cash Collateral Order) during the Compensation Period that, when combined with the fees incurred during the first interim period, exceed $500,000 (the "Excess Fees"). Such Excess Fees, totaling $678,307.50 for the Compensation Period, shall only be paid upon further order of the Court. For the avoidance of doubt, all parties' rights to object to the final allowance or payment of such Excess Fees are fully reserved.

13863508.1

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)

[2] The adjustment of $644,266.12 reflects fees addressed by the Fee Committee but subsumed within the period of time for which the U.S. Trustee and Kirkland have reached a separate resolution. Should the Court decline to approve that resolution, the sum reflected here would constitute an additional recommended deduction for the second interim fee period.

[3] This deduction reflects a separate compromise between the U.S. Trustee and Kirkland & Ellis LLP.

13863505.1