# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 5
**DATE:** 6/24/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli | TCEH Committee |
| Dan DeFranceschi | Richards Layton + Finger | Debtors |
| Chad Husnick | Kirkland + Ellis | " |
| Katherine Stadler | Godfrey & Kahn, S.C. | Fee Committee |
| Richard Gitlin | Gitlin & Co. LLC | Fee Committee Chair |
| Aaron Applebaum | McElroy, Deutsch, Mulvaney + Carpenter LLP | TCEH Debtor Disinterested manager - Del. comm. |
| Shannon J. Dougherty | O'Kelly Ernst + Bielli, LLC | Debtor Energy Future Holdings Corp |
| Peter Young | Proskauer Rose | " |
| Stephen A. Spence | Phillips Goldman & Spence PA | Fee Committee |
| Jason M. Madron | Richards Layton & Finger | Debtors |
| Richard L. Schepacarter | US DOJ - OUST | U.S. Trustee |
| R. Stephen McNeil | Potter Anderson & Corroon | Deutsche Bank New York |
| Lorenzo Marinuzzi | Morrison & Foerster | T-side UCC |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# U.S. Bankruptcy Court-Delaware (DE - US)
## Court Conference
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi #6

Calendar Date: 06/24/2015
Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6999969 | Camille Bent | (212) 537-0418 ext. 00 | Stevens & Lee, P.C. | Debtor, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6999634 | Matthew Bouslog | (949) 451-3841 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7001508 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7001254 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6999792 | Todd Filsinger | (303) 974-5884 | Filsinger Energy Partners | Interested Party, Filsinger Energy Partners / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6998494 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads | Interested Creditor, EFH Committee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7001494 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6996280 | Brian Glueckstein | 212-558-4000 | Sullivan & Cromwell LLP | Representing, Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6996651 | Mark W. Hancock | (608) 284-2654 | Godfrey & Kahn, S.C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7000528 | Alan D. Holtz | 312-551-3268 | AlixPartners, LLC | Financial Advisor, Unsecured Creditors' Committee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6998960 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6998676 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners as an investor / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6968327 | Richard Levin | (212) 891-1600 | Jenner & Block LLP | Debtor, Independent Council for Energy Future Intermediate / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6991750 | Demetra L. Liggins | (713) 951-5884 | Thompson & Knight LLP | Non-Party, Thompson & Knight LLP, Special Tax Counsel / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6976921 | Michael G. Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Michael Linn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7001542 | Kerriann Mills | 312-853-0036 | Sidley Austin LLP | Interested Party, Sidley Austin LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7001430 | Meredith S. Parkinson | (617) 951-7000 | Ropes & Gray, LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6998920 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6999210 | Lars A. Peterson | (312) 832-5394 | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6999824 | Craig Price | (212) 655-2522 | Chapman and Cutler LLP | Debtor, TCEH Debtors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6999048 | Todd J. Rosen | (213) 683-9222 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6976635 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6999823 | Kaitlyn Sundt | (248) 213-2246 | AlixPartners, LLC | Financial Advisor, AlixPartners, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7001660 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6999988 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6968867 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6996411 | Roland Young | (212) 492-4327 | Deloitte LLP | Interested Party, Deloitte / LIVE |