# **<u>EXHIBIT A</u>**

Invoice Date: 6/23/15
Invoice Number: 722084
Client Matter Number: 66471.00001
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 43.30 | $23,210.50 |
| 010 | Employment and Fee Applications (MMWR) | 6.40 | $1,796.00 |
| 011 | Employment and Fee Applications (Others) | 8.00 | $3,190.00 |
| 016 | Plan and Disclosure Statement | 16.50 | $9,399.00 |
| 021 | Hearings | 9.60 | $5,664.00 |
| 029 | Budgeting (Case) | 1.20 | $697.50 |
| 030 | Asbestos-Related Matters | 109.90 | $49,445.00 |
| | Matter Total | 194.90 | $93,402.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**