# **<u>EXHIBIT B</u>**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 23.30 | $15,727.50 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 4.70 | $2,749.50 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 73.00 | $43,070.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $550.00 | 20.90 | $11,495.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 121.90 | $73,042.00 |
| **ASSOCIATES** | | | | |
| Laurie A. Krepto | Associate; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 14.70 | $6,468.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 38.20 | $11,078.00 |
| **TOTAL ASSOCIATES** | | | 52.90 | $17,546.00 |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 20.10 | $2,814.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 20.10 | $2,814.00 |
| **TOTAL ALL PROFESSIONALS** | | | 194.90 | $93,402.00 |