# **EXHIBIT C**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Duplicating - Internal | $1.00 |
| Delivery Service | $105.00 |
| Filing Fee – Court | $25.00 |
| Travel – Rail Fare | $306.00 |
| Federal Express | $34.01 |
| Parking & Tolls | $25.00 |
| Telephone | $44.61 |
| Westlaw On-Line Legal Research | $90.72 |
| Pacer | $546.40 |
| **Total:** | **$1,177.74** |