# **EXHIBIT D**

| | |
|---|---|
| Invoice Date: | 6/23/15 |
| Invoice Number: | 722084 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | Amount |
|---|---|---|
| 05/31/15 | Printing & Duplicating - Internal | $ 1.00 |
| 05/31/15 | Pacer | $ 546.40 |
| 04/28/15 | Federal Express - PAID TO: Federal Express Corp Federal Express Corp-PAID TO: Federal Express Corp.#780571965049 - deliv. from Charmaine Butler, Wilmington, DE on 042915 | $ 12.04 |
| 05/01/15 | Federal Express - PAID TO: Federal Express Corp Federal Express Corp-PAID TO: Federal Express Corp.#780589888417 - deliv. from MMWR-NY to Mark Fink, Wilmington, DE on 050415 | $ 21.97 |
| 05/08/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 04/30/15 Roundtrip Amtrak rail to New York - Attend EFH Litigation meeting at Sullivan & Cromwell's offices in New York | $ 306.00 |
| 05/08/15 | Parking & Tolls - PAID TO: Natalie D. Ramsey 04/30/15 30th St Amtrak train station parking - Attend EFH Litigation meeting at Sullivan & Cromwell's offices in New York | $ 25.00 |
| 05/12/15 | Westlaw On-Line Legal Research | $ 26.64 |
| 05/18/15 | Delivery Service - PAID TO: Parcels Inc - Delivery from MMWR-WILM to Judge Christopher S. Sontchi, US Bankruptcy Court, wilmington, DE on 4/24/15 | $ 7.50 |
| 05/18/15 | Delivery Service - PAID TO: Parcels Inc - Delivery from MMWR-WILM to US District Court, Wilmington, DE on 4/29/15 with a $60 parcel check # 11191 | $ 67.50 |
| 05/18/15 | Delivery Service - PAID TO: Parcels Inc - Deliery from MMWR-WILM to Judge Christopher S. Sontchi, US Bankruptcy Court, Wilmington, DE on 4/29/15 | $ 7.50 |
| 05/18/15 | Delivery Service - PAID TO: Parcels Inc - Delivery from MMWR-WILM to Multiple Inner City Deliveries, Wilmington, DE on 5/1/15 | $ 15.00 |
| 05/20/15 | Filing Fee - Court - PAID TO: Clerk, US District Court - Motion and Order for Admission of Pro Hac Vice of Robert J. Giuffra, Jr., Esq. | $ 25.00 |
| 05/20/15 | Westlaw On-Line Legal Research | $ 64.08 |
| 05/21/15 | Delivery Service - PAID TO: Parcels Inc - Delivery from MMWR-Wilm to Judge Christopher S. Sontchi, US Bankruptcy Court on 5/12/15 | $ 7.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 6/23/15 |
|--|--|--|--|
|  |  | Invoice Number: | 722084 |
|  |  | Client Matter Number: | 66471.00001 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|--|--|--|--|
| 05/31/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference call on 4/21/15 at 3:57 pm with 7 people | $ | 44.61 |
|  | Total Disbursements | $ | 1,177.74 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**