# Exhibit A

**Fee Summary by Professional for the Period
February 1, 2015 through February 28, 2015**

# EFH Corp

## Deloitte & Touche LLP

### Fees Summary by Professional

### February 01, 2015 - February 28, 2015

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Bradfield, Derek | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Sasso, Anthony | Director | $720.00 | 1.0 | $720.00 |
| Parker, Matt | Senior Manager | $620.00 | 2.0 | $1,240.00 |
| Quinn, Ed | Senior Manager | $620.00 | 0.5 | $310.00 |
| Selig, Carolyn | Senior Manager | $620.00 | 0.5 | $310.00 |
| Singh, Amit | Senior Manager | $620.00 | 1.0 | $620.00 |
| Stanley, Ben | Senior Manager | $620.00 | 0.7 | $434.00 |
| Murawski, Bryan | Senior Consultant | $425.00 | 0.5 | $212.50 |
| **Professional Subtotal :** | | | **6.7** | **$4,206.50** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## February 01, 2015 - February 28, 2015

### *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Adams, Keith | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Aliff, Greg | Partner/Principal | $365.00 | 10.0 | $3,650.00 |
| Becker, Paul | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Benesh, Kay | Partner/Principal | $365.00 | 7.8 | $2,847.00 |
| Blair, Kirk | Partner/Principal | $365.00 | 2.8 | $1,022.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 110.3 | $40,259.50 |
| Davis, Matt | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Hoffman, David | Partner/Principal | $365.00 | 0.9 | $328.50 |
| Stokes, Sondra | Partner/Principal | $365.00 | 1.5 | $547.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 157.3 | $57,414.50 |
| Wahrman, Julie | Partner/Principal | $365.00 | 6.0 | $2,190.00 |
| Winger, Julie | Partner/Principal | $365.00 | 10.9 | $3,978.50 |
| Craig, Valerie | Director | $365.00 | 113.6 | $41,464.00 |
| Dunn, Phyllis | Director | $365.00 | 17.7 | $6,460.50 |
| Favor, Rick | Director | $365.00 | 88.8 | $32,412.00 |
| Johnson, Michael | Director | $365.00 | 27.7 | $10,110.50 |
| Johnston, Josh | Director | $365.00 | 0.5 | $182.50 |
| Keenan, John | Director | $365.00 | 3.2 | $1,168.00 |
| Ryan, Jim | Director | $365.00 | 25.7 | $9,380.50 |
| Sasso, Anthony | Director | $365.00 | 17.6 | $6,424.00 |
| Smith, Lisa | Director | $365.00 | 0.5 | $182.50 |
| Sullivan, Matt | Director | $365.00 | 0.3 | $109.50 |
| Tuite, Patty | Director | $365.00 | 7.1 | $2,591.50 |
| Wittenburg, Dave | Director | $365.00 | 2.9 | $1,058.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 247.1 | $71,659.00 |
| Dunlap, Pam | Senior Manager | $290.00 | 1.6 | $464.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 4.0 | $1,160.00 |
| Edwards, Davis | Senior Manager | $290.00 | 0.5 | $145.00 |
| Groves, Amy | Senior Manager | $290.00 | 0.2 | $58.00 |
| Hannagan, Peter | Senior Manager | $290.00 | 10.0 | $2,900.00 |
| Horn, Dave | Senior Manager | $290.00 | 11.0 | $3,190.00 |
| Khandelwal, Vinyas | Senior Manager | $290.00 | 14.8 | $4,292.00 |
| Liu, Liping | Senior Manager | $290.00 | 0.4 | $116.00 |
| Parker, Matt | Senior Manager | $290.00 | 261.4 | $75,806.00 |
| Parmar, Ashok | Senior Manager | $290.00 | 3.0 | $870.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 62.0 | $17,980.00 |
| Quinn, Ed | Senior Manager | $290.00 | 12.0 | $3,480.00 |
| Shalley, Susanne | Senior Manager | $290.00 | 21.5 | $6,235.00 |
| Singh, Amit | Senior Manager | $290.00 | 52.0 | $15,080.00 |
| Alvarado, Jason | Manager | $265.00 | 16.2 | $4,293.00 |
| Brewster, Andrew | Manager | $265.00 | 2.0 | $530.00 |
| Freeman, Mike | Manager | $265.00 | 264.3 | $70,039.50 |
| Glover, Ryan | Manager | $265.00 | 135.4 | $35,881.00 |
| Gustafson, Daniel | Manager | $265.00 | 0.8 | $212.00 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## February 01, 2015 - February 28, 2015

### *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *continued* | | | | |
| Harold, Matt | Manager | $265.00 | 0.5 | $132.50 |
| Kidd, Erin | Manager | $265.00 | 46.9 | $12,428.50 |
| Lorenz, Mike | Manager | $265.00 | 56.5 | $14,972.50 |
| Phadke, Amolika | Manager | $265.00 | 0.6 | $159.00 |
| Stafford, Ted | Manager | $265.00 | 4.9 | $1,298.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 263.5 | $56,652.50 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 150.4 | $32,336.00 |
| D'souza, Deepika | Senior Consultant | $215.00 | 8.0 | $1,720.00 |
| Meyers, Chris | Senior Consultant | $215.00 | 0.2 | $43.00 |
| Morehead, David | Senior Consultant | $215.00 | 222.6 | $47,859.00 |
| Murawski, Bryan | Senior Consultant | $215.00 | 253.1 | $54,416.50 |
| Nayyar, Varun | Senior Consultant | $215.00 | 6.0 | $1,290.00 |
| Pritchett, Cody | Senior Consultant | $215.00 | 233.9 | $50,288.50 |
| Schneider, Stephen | Senior Consultant | $215.00 | 91.0 | $19,565.00 |
| Song, Harry | Senior Consultant | $215.00 | 221.6 | $47,644.00 |
| Zettlemoyer, David | Senior Consultant | $215.00 | 12.0 | $2,580.00 |
| Abbott, Matthew | Consultant | $175.00 | 3.0 | $525.00 |
| Agarwal, Gauree | Consultant | $175.00 | 10.0 | $1,750.00 |
| Baty, Forrest | Consultant | $175.00 | 201.9 | $35,332.50 |
| Baylis, Jessica | Consultant | $175.00 | 7.3 | $1,277.50 |
| Brunson, Steve | Consultant | $175.00 | 258.7 | $45,272.50 |
| Casey, Chris | Consultant | $175.00 | 260.0 | $45,500.00 |
| Dhamaniya, Shashank | Consultant | $175.00 | 15.5 | $2,712.50 |
| Flota, Blake | Consultant | $175.00 | 40.4 | $7,070.00 |
| Henry, Diane | Consultant | $175.00 | 259.0 | $45,325.00 |
| Kasthuri, Mahesh Kasthuri | Consultant | $175.00 | 0.1 | $17.50 |
| Latham, Emma | Consultant | $175.00 | 28.0 | $4,900.00 |
| Lau, Stephanie | Consultant | $175.00 | 56.5 | $9,887.50 |
| Lin, Silver | Consultant | $175.00 | 43.7 | $7,647.50 |
| Madan, Rohit | Consultant | $175.00 | 4.0 | $700.00 |
| Maheshwari, Nishant | Consultant | $175.00 | 11.5 | $2,012.50 |
| Maheshwari, Shyam | Consultant | $175.00 | 11.0 | $1,925.00 |
| O'Donnell, Chris | Consultant | $175.00 | 81.5 | $14,262.50 |
| Ogden, Aleesha | Consultant | $175.00 | 187.9 | $32,882.50 |
| Parajuli, Jyotsaana | Consultant | $175.00 | 228.8 | $40,040.00 |
| Persons, Hillary | Consultant | $175.00 | 226.0 | $39,550.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 262.3 | $45,902.50 |
| Rashid, Takiyah | Consultant | $175.00 | 11.3 | $1,977.50 |
| Reynolds, Matt | Consultant | $175.00 | 1.7 | $297.50 |
| Richards, Nick | Consultant | $175.00 | 29.1 | $5,092.50 |
| Salamon, David | Consultant | $175.00 | 0.8 | $140.00 |
| Sunstrum, Sloane | Consultant | $175.00 | 39.3 | $6,877.50 |
| Twigge, Daniel | Consultant | $175.00 | 256.4 | $44,870.00 |
| Vadlamudi, Laxmi | Consultant | $175.00 | 0.5 | $87.50 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## February 01, 2015 - February 28, 2015

### *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *continued* | | | | |
| Vij, Aanchal | Consultant | $175.00 | 5.0 | $875.00 |
| Yadav, Devavrata | Consultant | $175.00 | 36.5 | $6,387.50 |
| **Professional Subtotal :** | | | **5,884.7** | **$1,333,385.00** |

# EFH Corp

## Deloitte & Touche LLP

### Fees Summary by Professional

### February 01, 2015 - February 28, 2015

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Favor, Rick | Director | $365.00 | 8.0 | $2,920.00 |
| Sasso, Anthony | Director | $365.00 | 5.0 | $1,825.00 |
| **Professional Subtotal :** | | | **13.0** | **$4,745.00** |
| Less: 50% Non-Working Travel Deduction | | | | ($2,372.50) |
| **Total:** | | | | **$2,372.50** |

# EFH Corp

## Deloitte & Touche LLP

### Fees Summary by Professional

### February 01, 2015 - February 28, 2015

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Stokx, Randy | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Parker, Matt | Senior Manager | $290.00 | 2.0 | $580.00 |
| Austin, Carisa | Senior Project Controller | $215.00 | 10.2 | $2,193.00 |
| Cooper, Carla | Senior Project Controller | $215.00 | 1.4 | $301.00 |
| Murawski, Bryan | Senior Consultant | $215.00 | 20.2 | $4,343.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 121.6 | $21,280.00 |
| Jones, Donna | Project Controller | $175.00 | 30.9 | $5,407.50 |
| Malinak, Kae | Project Controller | $175.00 | 2.0 | $350.00 |
| Reynolds, Matt | Consultant | $175.00 | 2.0 | $350.00 |
| Sebelius, Kendra | Project Controller | $175.00 | 6.0 | $1,050.00 |
| **Professional Subtotal :** | | | 196.8 | $36,037.00 |