## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

**COMPENSATION BY SUBJECT MATTER[1]**
**MARCH 1, 2015 THROUGH MARCH 31, 2015**

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 196.60 | $50,000.00 |
| 51 | EFH - 2015 Legislative Session | 253.10 | $104,162.00 |
| 11001 | Luminant | 298.10 | $100,000.00 |
| 11002 | TXU | 82.00 | $10,416.67 |
| 12050 | 4Change | 4.00 | $2,083.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | | **833.80** | **$266,662.00** |

**EXPENSE SUMMARY**
**MARCH 1, 2015 THROUGH MARCH 31, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $175.98 |
| Copies | $44.07 |
| Taxi | $75.00 |
| Parking | $42.00 |
| Airfare | $880.40 |
| Rental Car | $112.97 |
| Fuel | $40.93 |
| Tolls | $13.12 |
| **Total Expenses:** | **$1,384.47** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of EFH Corp. and TCEH.

RLF1 12279345v.1