**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**
**(Legislative Engagement)**

The Enoch Kever attorneys who rendered professional services for legislative matters during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 24.6 | $13,530.00 |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 145.0 | $68,875.00 |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | 76.3 | $19,075.00 |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 1.0 | $295.00 |
| John J. Vay | Member | 1984 | Regulatory | $385.00 | 6.2 | $2,387.00 |
| | | | | | **253.1** | **$104,162.00** |

The paraprofessionals of Enoch Kever who rendered professionals services for legislative matters during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

**Total Fees Requested**    253.1    $104,162.00

RLF1 12279345v.1

## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 104.60 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 23.8 | |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | 54.7 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 100.7 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 84 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 123.4 | |
| Michelle V. Hanlon | Associate | 2012 | Regulatory | $225.00 | 87.9 | |
| | | | | | **831.2** | **$162,500.00*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Aundrea Abernathy | Legal Assistant | 1 | Regulatory | $75.00 | 2.6 | |
| | | | | | **2.6** | |

|  |  |  |
|---|---|---|
| **Total Fees Requested Consolidated Engagement** | 833.8 | $162,500.00 |
| **Total Fee Requested Legislative Engagement** | 253.1 | $104,162.00 |
| **Total Fees Requested** | <u>1086.9</u> | <u>**$266,662.00**</u> |