## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

### EXPENSE SUMMARY
### MARCH 1, 2015 THROUGH MARCH 31, 2015

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $175.98 |
| Copies | $44.07 |
| Taxi | $75.00 |
| Parking | $42.00 |
| Airfare | $880.40 |
| Rental Car | $112.97 |
| Fuel | $40.93 |
| Tolls | $13.12 |
| **Total Expenses:** | **$1,384.47** |

RLF1 12279345v.1