# EXHIBIT D

## Detailed Description of Expenses and Disbursements

### DETAILED EXPENSE SUMMARY
### MARCH 1, 2015 THROUGH MARCH 31, 2015

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3464 | 1100050 | 3/10/15 | Kever, Andy | Delivery Service / Messenger | 21.49 | 1 | 21.49 | Overnight delivery to Stacy Dore |
| 3463 | 1100051 | 3/10/15 | Kever, Andy | Delivery Service / Messenger | 21.49 | 1 | 21.49 | Overnight delivery to John O'Brien |
| 3467 | 1100116 | 3/03/15 | Rasmussen, Kirk | Airfare | 468.20 | 1 | 468.20 | Airfare to Dallas for meeting on 2/17/15 |
| 3467 | 1100116 | 3/03/15 | Rasmussen, Kirk | Taxi | 50.00 | 1 | 50.00 | Dallas Taxi to and from airport for meeting on 2/17/15 |
| 3467 | 1100116 | 3/03/15 | Rasmussen, Kirk | Parking | 23.00 | 1 | 23.00 | Airport parking while in Dallas for meeting on 2/17/15 |
| 3467 | 1100116 | 3/16/15 | Rasmussen, Kirk | Airfare | 412.20 | 1 | 412.20 | Airfare to Dallas on meetings on 3/10/15 |
| 3467 | 1100116 | 3/16/15 | Rasmussen, Kirk | Taxi | 25.00 | 1 | 25.00 | Dallas Taxi from airport to meeting on 3/10/15 |
| 3467 | 1100116 | 3/16/15 | Rasmussen, Kirk | Parking | 7.00 | 1 | 7.00 | Parking while in Dallas for meeting on 3/10/15 |
| 3467 | 1100116 | 3/19/15 | Rasmussen, Kirk | Rental Car | 112.97 | 1 | 112.97 | Car rental for trip to Dallas to attend 3/17/15 meeting |
| 3467 | 1100116 | 3/19/15 | Rasmussen, Kirk | Fuel | 40.93 | 1 | 40.93 | Fuel for trip to Dallas to attend 3/17/15 meeting |
| 3467 | 1100116 | 3/19/15 | Rasmussen, Kirk | Parking | 12.00 | 1 | 12.00 | Parking while in Dallas to attend 3/17/15 meeting |
| 3467 | 1100116 | 3/19/15 | Rasmussen, Kirk | Tolls | 13.12 | 1 | 13.12 | Tolls incurred on trip to Dallas to attend 3/17/15 meeting |

| 3467 | 1100116 | 3/25/15 | Rasmussen, Kirk | Delivery Service / Messenger | 14.00 | 1 | 14.00 | Pick up documents from EFH & delivery to Enoch Kever |
|---|---|---|---|---|---|---|---|---|
| 3467 | 1100116 | 3/30/15 | Kimbrough, Mandy | Delivery Service / Messenger | 7.00 | 1 | 7.00 | Hand delivery filing to the PUC regarding Project No. 37276 and return file-stamped copies |
| 3467 | 1100116 | 3/31/15 | Various | Copies | 18 | .13 | 2.34 | Copies for the month of March 2015 |
| 3467 | 1100126 | 3/30/15 | Kimbrough, Mandy | Delivery Service / Messenger | 7.00 | 1 | 7.00 | Hand delivery filing to the PUC regarding Project No. 37276 and return file-stamped copies |
| 3467 | 1100159 | 3/27/15 | Kimbrough, Mandy | Delivery Service / Messenger | 28.00 | 1 | 28.00 | Hand delivery filing to the PUC regarding Project No. 37276 and return file- |
| 3467 | 1100159 | 3/31/15 | Various | Copies | 96 | .13 | 12.48 | Copies for the month of March 2015 |
| 3468 | 1100224 | 3/4/15 | Kimbrough, Mandy | Delivery Service / Messenger | 28.00 | 1 | 28.00 | Hand delivery filing to the PUC and return file-stamped copies |
| 3468 | 1100224 | 3/12/15 | Kimbrough, Mandy | Delivery Service / Messenger | 28.00 | 1 | 28.00 | Hand delivery filing to the PUC and return file-stamped copies |
| 3468 | 1100224 | 3/31/15 | Various | Copies | 225 | .13 | 29.25 | Copies for the month of March 2015 |
| 3465 | 1205022 | 3/10/15 | Kimbrough, Mandy | Delivery Service / Messenger | 14.00 | 1 | 14.00 | Hand delivery filing to the PUC and return file-stamped copies |
| 3465 | 1205022 | 3/10/15 | Kimbrough, Mandy | Delivery Service / Messenger | 7.00 | 1 | 7.00 | Hand delivery filing to the PUC regarding Project No. 37276 and return file-stamped copies |