# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **ENERGY FUTURE HOLDINGS CORP., et. al.**, <br><br> Debtors. | Case No. 14-10979 (CSS) <br><br> (Jointly Administered) <br><br> Chapter 11 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the below certification, counsel moves for the admission *pro hac vice* of Curt F. Hennecke of Brayton Purcell LLP, 222 Rush Landing Road, Novato, CA 94948, to represent certain asbestos claimants, whose proofs of claim will be filed in these Chapter 11 cases.

Dated: June 18, 2015

Respectfully submitted,

/s/ Thomas Crumplar
Thomas Crumplar
JACOBS & CRUMPLAR, P.A.
2 East 7th Street
Wilmington, DE 19899
(302) 656-5445 Phone
(302) 656-5875 Fax
tom@jcdelaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Curt F. Hennecke
Curt F. Hennecke, Esq. (CA State Bar #217109)
Brayton Purcell, LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
Phone: (415)898-1555
Email: CHennecke@braytonlaw.com