**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD MAY 1, 2015 TO MAY 31, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Davido, Scott | Senior Managing Director | $ 875 | 4.8 | $4,200.00 |
| Diaz, Matthew | Senior Managing Director | 975 | 76.4 | 74,490.00 |
| Eisenband, Michael | Senior Managing Director | 975 | 8.0 | 7,800.00 |
| Joffe, Steven | Senior Managing Director | 975 | 9.1 | 8,872.50 |
| Jones, Scott | Senior Managing Director | 1,050 | 10.5 | 11,025.00 |
| Scruton, Andrew | Senior Managing Director | 975 | 26.1 | 25,447.50 |
| Simms, Steven | Senior Managing Director | 975 | 8.7 | 8,482.50 |
| Star, Samuel | Senior Managing Director | 975 | 0.5 | 487.50 |
| Cordasco, Michael | Managing Director | 795 | 46.0 | 36,570.00 |
| Greenberg, Mark | Managing Director | 795 | 60.2 | 47,859.00 |
| Park, Ji Yon | Managing Director | 795 | 21.9 | 17,410.50 |
| Arsenault, Ronald | Senior Director | 535 | 85.6 | 45,796.00 |
| Rauch, Adam | Director | 645 | 94.2 | 60,759.00 |
| Eimer, Sean | Senior Consultant | 495 | 151.8 | 75,141.00 |
| Eisler, Marshall | Senior Consultant | 495 | 173.0 | 85,635.00 |
| Friedrich, Steven | Senior Consultant | 495 | 15.0 | 7,425.00 |
| Stolarz, Alexander | Consultant | 355 | 92.1 | 32,695.50 |
| Hellmund-Mora, Marili | Administrative | 250 | 22.6 | 5,650.00 |
| Moore, Teresa | Administrative | 225 | 2.6 | 585.00 |
| | **GRAND TOTAL** | | **909.1** | **$556,331.00** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD MAY 1, 2015 TO MAY 31, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 34.7 | $20,478.50 |
| 9 | Analysis of Employee Compensation Programs | 2.8 | 2,442.00 |
| 11 | Prepare for and Attendance at Court Hearings | 5.9 | 5,752.50 |
| 13 | Analysis of Other Miscellaneous Motions | 2.0 | 1,590.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 4.8 | 4,230.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 55.6 | 37,083.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 17.6 | 17,110.00 |
| 18.A | Investigations of Select Legacy Transactions- Historical Transactions | 115.2 | 76,089.00 |
| 21 | General Meetings with Committee & Committee Counsel | 16.5 | 15,197.50 |
| 22 | Meetings with Other Parties | 2.9 | 2,827.50 |
| 23 | Firm Retention | 18.3 | 12,373.50 |
| 24 | Preparation of Fee Application | 141.0 | 67,843.00 |
| 28.B | First Lien Investigation- Historical Solvency | 0.5 | 397.50 |
| 29 | Business Plan- Diligence of the Debtors' Long Range Plan | 12.3 | 7,548.50 |
| 33 | Business Plan- Natural Gas / Coal Pricing | 10.5 | 11,025.00 |
| 35 | Business Plan- New Entry Pricing | 8.3 | 4,440.50 |
| 37 | Analysis of Pre-Petition Tax Payments | 287.0 | 148,167.00 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 5.9 | 3,812.50 |
| 39 | Analysis of Alternative Tax Structure | 167.3 | 117,923.50 |
| | **GRAND TOTAL** | **909.1** | **$556,331.00** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD MAY 1, 2015 TO MAY 31, 2015*

| **Expense Type** | **Amount** |
|---|---|
| Business Meals | $100.00 |
| Ground Transportation | 85.41 |
| **Total** | **$185.41** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD MAY 1, 2015 TO MAY 31, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---:|
| 04/20/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | $ 20.00 |
| 04/21/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 05/06/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 05/12/15 | Stolarz, Alexander | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 05/20/15 | Stolarz, Alexander | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| | | **Business Meals Total** | | **$ 100.00** |
| 04/20/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office (expense was not previously billed). | 11.75 |
| 04/21/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office (expense was not previously billed). | 9.80 |
| 04/24/15 | Stolarz, Alexander | Ground Transportation | Taxi - office to residence after working late in the office (expense was not previously billed). | 15.24 |
| 05/11/15 | Stolarz, Alexander | Ground Transportation | Taxi - office to residence after working late in the office. | 18.58 |
| 05/12/15 | Stolarz, Alexander | Ground Transportation | Taxi - office to residence after working late in the office. | 14.25 |
| 05/20/15 | Stolarz, Alexander | Ground Transportation | Taxi - office to residence after working late in the office. | 15.79 |
| | | **Ground Transportation Total** | | **$ 85.41** |
| | | **Grand Total** | | **$ 185.41** |

**Notes:**

(1) In-office meals over $20.00 and out-of-office meals over $40.00 have been reduced to $20.00 and $40.00, respectively, to comply with the Amended Guidelines for Fees and Disbursements for Professionals in Delaware District Bankruptcy Cases. Each of these meals were in fact greater than $20.00 or $40.00 and do not represent a per diem.