# EXHIBIT B

**Executed IRS Forms**

Page 1

| Form **870** (Rev. March 1992) | Department of the Treasury—Internal Revenue Service<br>**Waiver of Restrictions on Assessment and Collection of Deficiency in Tax and Acceptance of Overassessment** | Date received by Internal Revenue Service |
|---|---|---|

| Names and address of taxpayers (Number, street, city or town, State, ZIP code)<br>ENERGY FUTURE HOLDINGS CORP & SUBS<br>1601 BRYAN ST<br>Attn: Tax Department<br>DALLAS, TX   75201 | Social security or employer identification number<br>75-2669310 |
|---|---|

### Increase (Decrease) in Tax and Penalties

| Tax year ended | Tax | Penalties | | | | |
|---|---|---|---|---|---|---|
| 12-31-2008 | 0 | | | | | |
| 12-31-2009 | 14,376,013 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

(For instructions, see back of form)

**Consent to Assessment and Collection**

I consent to the immediate assessment and collection of any deficiencies (increase in tax and penalties) and accept any overassessment (decrease in tax and penalties) shown above, plus any interest provided by law. I understand that by signing this waiver, I will not be able to contest these years in the United States Tax Court, unless additional deficiencies are determined for these years.

| YOUR SIGNATURE HERE ➡ | | Date |
|---|---|---|
| SPOUSE'S SIGNATURE ➡ | | Date |
| TAXPAYER'S REPRESENTATIVE HERE ➡ | | Date |
| CORPORATE NAME ➡ | ENERGY FUTURE HOLDINGS CORP & SUBS | |
| CORPORATE OFFICER(S) SIGN HERE ➡ | CARLA A. HOWARD | Title: SR Vice President & General Tax Counsel | Date: 6-25-15 |
| | | Title | Date |

STF HLNG1000.1

Form **870** (Rev. 3-1992)

| Form **4549-A** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | | Page 1 of 2 |
|---|---|---|---|
| Name and Address of Taxpayer ENERGY FUTURE HOLDINGS CORP & SUBS 1601 BRYAN ST Attn: Tax Department DALLAS, TX  75201 | Taxpayer Identification Number 75-2669310 | | Return Form No.: 1120 |
| | Person with whom examination changes were discussed. | Name and Title: | |

| 1. Adjustments to Income | Period End 12-31-2008 | Period End 12-31-2009 | Period End |
|---|---:|---:|---:|
| a. Per RAR - Form 4549-B's | 782,084,211 | 235,498,783 | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 782,084,211 | 235,498,783 | |
| 3. Taxable Income Per Return or as Previously Adjusted | (874,452,606) | 0 | |
| 4. Corrected Taxable Income  Tax Method  Filing Status | (92,368,395) | 235,498,783 | |
| 5. Tax | 0 | 82,424,574 | |
| 6. Additional Taxes / Alternative Minimum Tax | 0 | 0 | |
| 7. Corrected Tax Liability | 0 | 82,424,574 | |
| 8. Less Credits   a. Foreign Tax Credit | 0 | 0 | |
|   b. Other Subpart B Credits | 0 | 0 | |
|   c. General Business Credit | 0 | 5,175,021 | |
|   d. Minimum Tax Credit/Bond Credits | 0 | 62,809,675 | |
| 9. Balance (Line 7 less Lines 8a through 8d) | 0 | 14,439,878 | |
| 10. Plus Other Taxes   a. Credit Recapture & Other Taxes | 0 | 0 | |
|   b. Alternative Minimum Tax (Before 2000) | N/A | N/A | |
|   c. Environmental Tax | N/A | N/A | |
|   d. Other Taxes | N/A | N/A | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a through 10d) | 0 | 14,439,878 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0 | 63,865 | |
| 13. Adjustments to: a. | 0 | 0 | |
|   b. | 0 | 0 | |
|   c. | 0 | 0 | |
|   d. | 0 | 0 | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 0 | 14,376,013 | |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) | 0 | 0 | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 0 | 14,376,013 | |

Form 4549-A         Form 4549-A (Rev. 5-2008)

| Form **4549-A** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | | Page 2 of 2 |
|---|---|---|---|
| Name of Taxpayer ENERGY FUTURE HOLDINGS CORP & SUBS | | Taxpayer Identification Number 75-2669310 | Return Form No.: 1120 |

| 17. Penalties/ Code Sections | Period End 12-31-2008 | Period End 12-31-2009 | Period End |
|---|---|---|---|
| a. | 0 | 0 | |
| b. | 0 | 0 | |
| c. | 0 | 0 | |
| d. | 0 | 0 | |
| e. | 0 | 0 | |
| f. | 0 | 0 | |
| g. | 0 | 0 | |
| h. | 0 | 0 | |
| i. | 0 | 0 | |
| j. | 0 | 0 | |
| k. | 0 | 0 | |
| l. | 0 | 0 | |
| m. | 0 | 0 | |
| n. | | | |
| 18. Total Penalties | 0 | 0 | |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | 0 | 0 | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | 0 | 0 | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0 | 0 | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 0 | 14,376,013 | |
| b. Penalties *(Line 18)* - computed to | 0 | 0 | |
| c. Interest *(IRC § 6601)* - computed to | 0 | 0 | |
| d. TMT Interest - computed to *(on TMT underpayment)* | 0 | 0 | |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 0 | 14,376,013 | |

Other Information:

| Examiner's Signature: Name Susan F. Weiss *(signature)* | Employee ID: 1000229788 | Office: Farmers Branch, TX | Date: 5-22-15 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Form 4549-A (Rev. 5-2008)


| Form 4549-B (Rev. July 1980) | Department of the Treasury - Internal Revenue Service **Income Tax Examination Changes** | | |
|---|---|---|---|
| Name and Address of Taxpayer<br>ENERGY FUTURE HOLDINGS CORP & SUBS<br>1601 BRYAN ST<br>Attn: Tax Department<br>DALLAS, TX 75201 | | Social Security or Employer Identification Number<br>75-2669310<br>Entity | |

| Adjustments to Income - Increase (Decr) | Year: 12-31-2008 | Year: 12-31-2009 | Year: |
|---|---|---|---|
| 001 - Smart Meter Depreciation | (12,453,675) | 0 | |
| 004 - Depletion | 32,930,401 | 17,240,491 | |
| 007 - Repair Stand-Down | 11,596,383 | 13,054,957 | |
| 008 - Alcoa Contract Mark-to-Market | 721,923,956 | 718,892,687 | |
| 010 - IRC Gain related to Coal Contracts | 13,855,000 | 13,854,727 | |
| 011 - IRC 475 Gain related to Wind Contracts | (991,245) | (1,057,658) | |
| 012 - MTM-Sandow 5 Unit Book Income | (10,279,824) | (17,856,187) | |
| 015 - SACROC 1120X | 31,291,691 | 0 | |
| 01501 - SACROC 1120X | (15,332) | 0 | |
| 017 - COGS Section 263A | (35,203,088) | (2,881,250) | |
| 020 - Casualty Loss | 3,314,785 | 0 | |
| 023 - Depreciation Expense | 0 | 15,031,786 | |
| 025 - EFH Bonus Depreciation | 0 | 11,624,139 | |
| 027 - Depreciation Expense Result 39yr | 0 | (217,696) | |
| 029 - Purchase Price Allocation | 24,579,944 | 0 | |
| 031 - OEDHC Flow-Thru Partnership Adjustment | (2,104,929) | (1,865,945) | |
| 034 - Appeals A/O 1997-2002 Depreciation | 3,633,176 | 3,695,601 | |
| 041 - Partnership flow thru Interest adjustment | 0 | (3,705) | |
| CALC01 - Capital Gain Net Income Increase <Decrease> | 6,968 | 0 | |
| CALC02 - Contributions Deduction Decrease <Increase> | 0 | (26,166,532) | |
| CALC04 - NOL Deduction Decrease <Increase> | 0 | (500,490,996) | |
| CALC07 - Section 1231 Ordinary Income Increase <Decrease> | 0 | (7,355,636) | |
| | | | |
| **Total Adjustments This Page** | 782,084,211 | 235,498,783 | |
| **Income Adjustments Including Previous Page(s)** | 782,084,211 | 235,498,783 | |

Form 4549-B

Page 2

| Form 4549-B (Rev. July 1980) | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | | | |
|---|---|---|---|---|
| **Name and Address of Taxpayer**<br>ENERGY FUTURE HOLDINGS CORP & SUBS<br>1601 BRYAN ST<br>Attn: Tax Department<br>DALLAS, TX 75201 | | | **Social Security or Employer Identification Number**<br>75-2669310<br>Entity | |
| Adjustments to Taxes and Credits | | Year: 12-31-2008 | Year: 12-31-2009 | Year: |
| CALC13 - General Bus Credit Decrease <Increase> | | 0 | (5,175,021) | |
| CALC14 - Min Tax Credit/Bond Credits Decrease <Increase> | | 0 | (62,809,675) | |
| | | | | |
| **Total Adjustments This Page** | | 0 | (67,984,696) | |

Form 4549-B

Page 3

| Form 4549-B (Rev. July 1980) | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | | |
|---|---|---|---|
| Name and Address of Taxpayer<br>ENERGY FUTURE HOLDINGS CORP & SUBS<br><br>1601 BRYAN ST<br>Attn: Tax Department<br>DALLAS, TX 75201 | | Social Security or Employer Identification Number<br>75-2669310<br>Entity | |
| Adjustments That Affect Income, Credits, and Taxes | Year: 12-31-2008 | Year: 12-31-2009 | Year: |
| 035 - AMTI-Tax Preference Adj--Lignite Depletion | (32,930,401) | (17,240,491) | |
| 036 - AMTI-Tax Preference Adj-Post 86 Depreciation | 1,929,815 | 51,342 | |
| 037 - Section 1231 Gain | 6,968 | 147,630 | |
| 040 - Partnership flow thru Sec 1231 adjustment | 0 | (7,503,266) | |
| Total Adjustments This Page | N/A | N/A | |

Form 4549-B