**EXHIBIT C**

**Cover Letter**

RLF1 12285174v.1

**Energy Future Holdings**

1601 Bryan Street
Dallas, Texas 75201-3411

Carla A. Howard	T 214.812.2384
Senior Vice President and General Tax	F 214.812.8886
Counsel	carla.howard@energyfutureholdings.com

*VIA HAND DELIVERY AND MAIL*

Mr. John Hemenway
Team Manager
Internal Revenue Service
4050 Alpha Rd
Farmers Branch, TX 75244-4201

RE:	Energy Future Holdings Corp. & Subsidiaries (EIN 75-2669310) –
	2008 and 2009 Tax Years: Form 4549-A, Income Tax Discrepancy Adjustments

Dear Mr. Hemenway:

Enclosed are the following forms:

1. Form 4549-A, Income Tax Examination Changes, for the 2008 and 2009 tax years of Energy Future Holdings Corp. & Subsidiaries (EIN 75-2669310)

As reflected on the Form 4549-A, the adjustments increase the 2008 taxable loss and thus result in no deficiency and no balance due. Consequently, no assessment will be made for 2008. As reflected on the Form 4945-A, the adjustments increase the 2009 taxable income and thus result in additional tax due. Consequently, an assessment of $14,376,013 will be made for 2009.

As you are aware, the taxpayers are subject to the jurisdiction of the United States Bankruptcy Court for the District of Delaware presiding over the cases of Energy Future Holdings Corporation and certain of its affiliates, captioned In re Energy Future Holdings Corp., No. 14-10979 (CSS) (Bankr. Del.) (the "Bankruptcy Court").

As such, the adjustments reflected herein will/may be subject to the bankruptcy court approval process and any Proof of Claim filed by the government for pre-petition tax years resulting from those adjustments will be subject to the jurisdiction of such court.

If this does not accurately reflect your understanding, please contact me immediately.

Respectfully,

*[signature]*

Carla A. Howard