## EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] Case Administration | 1.2 | $420.00 |
| [ALL] Claims Administration & Objections | 0.5 | $175.00 |
| [ALL] Contested Matters & Adv. Proceed. | 0.2 | $70.00 |
| [ALL] Hearings | 5.9 | $2,065.00 |
| [ALL] Non-OEB Fee/Employment Applications | 2.4 | $474.00 |
| [ALL] OEB Fee/Employment Applications | 5.5 | $883.00 |
| [ALL] Plan and Disclosure Statement | 2.1 | $735.00 |
| **Total** | **17.8** | **$4,822.00** |