# **EXHIBIT B**

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 11.2 | $3,920.00 |
| Shannon J. Dougherty | Associate | 2012 (DE) | Bankruptcy | $180.00 | 1.4 | $252.00 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | 5.2 | $650.00 |
| **Total** | | | | | **17.8** | **$4,822.00** |