# EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 5/4/2015 | In-House Reproduction | Photocopies (20 page) | $2.00 |
| 5/20/2015 | In-House Reproduction | Photocopies (2 pages) | $0.20 |
| 5/27/2015 | In-House Reproduction | Photocopies (4 pages) | $0.40 |
| 5/28/2015 | In-House Reproduction | Photocopies (8 pages) | $0.80 |
| 5/31/2015 | Filing/Court Fees | PACER | $4.50 |
| | | **Grand Total** | **$7.90** |