## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY SUBJECT MATTER[1]
## <u>MAY 1, 2015 THROUGH MAY 31, 2015</u>

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 81.80 | $29,768.50 |
| 7 | EPA NSR Litigation | 234.90 | $75,178.00 |
| 10 | Supplemental §114 Response | 8.70 | $3,340.00 |
| 11 | EPA Regional Haze Rulemaking | 35.40 | $12,187.00 |
| 18 | EPA Affirmative Defense Litigation | 97.10 | $33,973.50 |
| 19 | EPA GHG Rules | 22.0 | $10,219.00 |
| 21 | Bankruptcy Application and Retention | 27.70 | $6,951.50 |
| 22 | Champion Creek | 0.90 | $454.50 |
| **Totals:** | | **508.50** | **$172,072.00** |

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**MAY 1, 2015 THROUGH MAY 31, 2015**

| Expense Category | Amount |
|---|---|
| Airfare | $2,211.16 |
| Binding & Printing Services | $4,388.29 |
| Deliveries | $130.73 |
| Other Travel Expenses | $59.00 |
| Color Copies or Prints | $27.50 |
| Standard Copies or Prints | $0.20 |
| Telephone Charges | $106.06 |
| Transportation | $44.50 |
| Transportation to/from airport | $90.85 |
| Travel Meals | $213.53 |
| Traveling Expenses – Lodging | $507.00 |
| **Total Expenses Sought:** | **$7,778.82** |