# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 27.60 | $10,626.00 |
| J. Michael Childers | Partner | 1990 | Energy | $505.00 | 0.90 | $454.50 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $320.00 | 54.70 | $17,504.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 124.20 | $62,721.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 27.70 | $13,988.50 |
| Mary Samuels | Partner | 2007 | Environmental | $320.00 | 24.40 | $7,808.00 |
| Stephen C. Still | Partner | 1994 | Energy | $480.00 | | |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 26.50 | $6,360.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 30.50 | $7,167.50 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $275.00 | 32.80 | $9,020.00 |
| Michael P. Malenfant | Associate | 2013 | Energy | $235.00 | 2.00 | $470.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 27.40 | $7,809.00 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 6.80 | $1,836.00 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | $220.00 | 16.70 | $3,674.00 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $260.00 | 37.20 | $9,672.00 |
| Robby Anderson | Summer Associate | n/a | Environmental | $170.00 | 6.30 | $1,071.00 |
| Mateo Forero | Summer Associate | n/a | Environmental | $185.00 | 13.30 | $2,460.50 |
| Whitney Jacobs | Summer Associate | n/a | Environmental | $170.00 | 6.90 | $1,173.00 |
| Katlyn Stricklend | Summer Associate | n/a | Environmental | $170.00 | 2.00 | $340.00 |
| | | | | | 467.90 | $164,155.00 |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $195.00 | 40.60 | $7,917.00 |
| | | | | | 40.60 | $7,917.00 |

| | |
|---|---|
| **Total Fees Requested** | **$172,072.00** |