# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**MAY 1, 2015 THROUGH MAY 31, 2015**

| Expense Category | Amount |
| --- | --- |
| Airfare | $2,211.16 |
| Binding & Printing Services | $4,388.29 |
| Deliveries | $130.73 |
| Other Travel Expenses | $59.00 |
| Color Copies or Prints | $27.50 |
| Standard Copies or Prints | $0.20 |
| Telephone Charges | $106.06 |
| Transportation | $44.50 |
| Transportation to/from airport | $90.85 |
| Travel Meals | $213.53 |
| Traveling Expenses – Lodging | $507.00 |
| **Total Expenses Sought:** | **$7,778.82** |