# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**MAY 1, 2015 THROUGH MAY 31, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 579720 | 004 | 5/1/15 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Conference Call – P. Stephen Gidiere |
| *579720* | *004* | *5/2/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance to Dallas, TX – P. Stephen Gidiere* |
| 579720 | 004 | 5/4/15 | Mary Samuels | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |
| 579720 | 004 | 5/4/15 | Mary Samuels | In-house Copying | $0.50 | 39 | $19.50 | Color Copies |
| 579720 | 004 | 5/4/15 | Mary Samuels | In-house Copying | $0.50 | 2 | $1.00 | Color Copies |
| 579720 | 004 | 5/5/15 | Mary Samuels | In-house Copying | $0.50 | 14 | $7.00 | Color Copies |
| 579720 | 004 | 5/6/15 | P. Stephen Gidiere | Telephone Charges | | | $1.20 | Conference Call – P. Stephen Gidiere |
| 579720 | 004 | 5/8/15 | Leo Manuel | Telephone Charges | | | $1.20 | Conference Call – Leo Manuel |
| 579720 | 004 | 5/11/15 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Conference Call – P. Stephen Gidiere |
| 579720 | 004 | 5/11/15 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Conference Call – P. Stephen Gidiere |
| 579720 | 004 | 5/11/15 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Conference Call – P. Stephen Gidiere |
| 579720 | 004 | 5/21/15 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call – P. Stephen Gidiere |
| 579720 | 004 | 5/22/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call – P. Stephen Gidiere |
| 579719 | 007 | 4/13/15 | C. Grady Moore | Airfare | | | $20.00 | Airfare service fee – C. Grady Moore |
| 579719 | 007 | 4/27/15 | P. Stephen Gidiere | Transportation | | | $15.00 | Cab fare from client meeting to hotel – P. Stephen Gidiere |
| 579719 | 007 | 4/27/15 | P. Stephen Gidiere | Transportation to/from airport | | | $40.00 | Cab fare from Airport to Hotel – P. Stephen Gidiere |
| 579719 | 007 | 4/27/15 | P. Stephen Gidiere | Travel Expenses - Lodging | | | $220.00 | Lodging in Chicago, IL – P. Stephen Gidiere |
| 579719 | 007 | 4/27/15 | P. Stephen Gidiere | Other Travel Expenses | | | $2.00 | Tip to Hotel Bellman – P. Stephen Gidiere |
| 579719 | 007 | 4/27/15 | P. Stephen Gidiere | Travel Meals | | | $86.38 | Group Dinner – P. Stephen Gidiere |
| 579719 | 007 | 4/27/15 | P. Stephen Gidiere | Travel Meal | | | $17.16 | Lunch – P. Stephen Gidiere |
| 579719 | 007 | 4/27/15 | P. Stephen Gidiere | Transportation to/from airport | | | $2.30 | Travel to Birmingham, AL airport – P. Stephen Gidiere |
| 579719 | 007 | 4/28/15 | P. Stephen Gidiere | Transportation | | | $16.00 | Cab fare from hotel to law office for meeting – P. Stephen Gidiere |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 579719 | 007 | 4/28/15 | P. Stephen Gidiere | Transportation to/from airport | | | $46.25 | Cab fare from hotel to airport – P. Stephen Gidiere |
| 579719 | 007 | 4/28/15 | P. Stephen Gidiere | Transportation | | | $13.50 | Cab fare from law office to hotel – P. Stephen Gidiere |
| 579719 | 007 | 4/28/15 | P. Stephen Gidiere | Airfare | | | $391.06 | Airfare from Chicago, Il to Dallas, TX – P. Stephen Gidiere |
| 579719 | 007 | 4/29/15 | P. Stephen Gidiere | Other Travel Expenses | | | $28.50 | Parking at Airport – P. Stephen Gidiere |
| 579719 | 007 | 5/4/15 | Joel I Gilbert | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |
| 579519 | 007 | 5/4/15 | C. Grady Moore | Deliveries | | | $9.48 | Fed-Ex Shipment |
| 579719 | 007 | 5/4/15 | Tom DeLawrence | Telephone Charges | | | $1.10 | Conference Call – Tom DeLawrence |
| 579719 | 007 | 5/11/15 | Tom DeLawrence | Telephone Charges | | | $17.82 | Conference Call – Tom DeLawrence |
| 579719 | 007 | 5/12/15 | Tom DeLawrence | Telephone Charges | | | $22.67 | Conference Call – Tom DeLawrence |
| *579719* | *007* | *5/15/15* | *Tom DeLawrence* | *Telephone Charges* | | | *$0.30* | *Long Distance to Grand Prairie, TX – Tom DeLawrence* |
| 579719 | 007 | 5/15/15 | Tom DeLawrence | Telephone Charges | | | $0.20 | Conference Call – Tom DeLawrence |
| *579719* | *007* | *5/18/15* | *Tom DeLawrence* | *Telephone Charges* | | | *$0.09* | *Long Distance to TX – Tom DeLawrence* |
| 579719 | 007 | 5/18/15 | Tom DeLawrence | Telephone Charges | | | $10.62 | Conference Call – Tom DeLawrence |
| 579719 | 007 | 5/26/15 | Tom DeLawrence | Telephone Charges | | | $22.39 | Conference Call – Tom DeLawrence |
| 579707 | 011 | 5/26/15 | P. Stephen Gidiere | Printing & Binding Services | | | $4,388.29 | Professional Services related to Luminant's comments on EPA's proposed rule |
| *579707* | *011* | *4/2/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.09* | *Long Distance to TX – P. Stephen Gidiere* |
| 579707 | 011 | 4/2/15 | P. Stephen Gidiere | Telephone Charges | | | $6.09 | Conference Call – P. Stephen Gidiere |
| 579707 | 011 | 4/8/15 | P. Stephen Gidiere | Airfare | | | $84.00 | Airfare service fees – P. Stephen Gidiere |
| 579707 | 011 | 4/8/15 | P. Stephen Gidiere | Airfare | | | $714.00 | Roundtrip Airfare between Birmingham, AL and Dallas, TX – P. Stephen Gidiere |
| 579707 | 011 | 4/16/15 | P. Stephen Gidiere | Telephone Charges | | | $5.45 | Conference Call – P. Stephen Gidiere |
| 579707 | 011 | 4/27/15 | P. Stephen Gidiere | Airfare | | | $373.60 | Airfare from Birmingham, AL to Chicago, IL – P. Stephen Gidiere |
| 579707 | 011 | 4/28/15 | P. Stephen Gidiere | Transportation to/from airport | | | $2.30 | Travel to Birmingham, AL airport – P. Stephen Gidiere |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 579707 | 011 | 4/28/15 | P. Stephen Gidiere | Travel Expenses - Lodging | | | $287.00 | Lodging in Dallas, TX – P. Stephen Gidiere |
| 579707 | 011 | 4/28/15 | P. Stephen Gidiere | Travel Meals | | | $79.20 | Group Dinner – P. Stephen Gidiere |
| 579707 | 011 | 4/29/15 | P. Stephen Gidiere | Other Travel Expenses | | | $28.50 | Parking at Airport – P. Stephen Gidiere |
| 579707 | 011 | 4/29/15 | P. Stephen Gidiere | Travel Meals | | | $10.29 | Breakfast – P. Stephen Gidiere |
| 579707 | 011 | 4/29/15 | P. Stephen Gidiere | Travel Meals | | | $20.50 | Lunch – P. Stephen Gidiere |
| 579707 | 011 | 4/29/15 | P. Stephen Gidiere | Airfare | | | $205.00 | Airfare from Dallas, TX to Austin, TX – P. Stephen Gidiere |
| 579707 | 011 | 4/29/15 | P. Stephen Gidiere | Airfare | | | $423.50 | Airfare from Austin, TX to Birmingham, AL – P. Stephen Gidiere |
| 579707 | 011 | 4/30/15 | P. Stephen Gidiere | Telephone Charges | | | $14.12 | Conference Call – Tom DeLawrence |
| 579507 | 011 | 5/5/15 | P. Stephen Gidiere | Deliveries | | | $34.46 | Fed-Ex Shipment |
| 579507 | 011 | 5/6/15 | P. Stephen Gidiere | Deliveries | | | $28.41 | Fed-Ex Shipment |
| 579507 | 011 | 5/6/15 | P. Stephen Gidiere | Deliveries | | | $29.19 | Fed-Ex Shipment |
| 579507 | 011 | 5/6/15 | P. Stephen Gidiere | Deliveries | | | $29.19 | Fed-Ex Shipment |
| 579707 | 011 | 5/18/15 | David Mitchell | Telephone Charges | | | $0.40 | Conference Call – David Mitchell |
| *579711* | *022* | *4/30/15* | *Mike Childers* | *Telephone Charges* | | | *$0.20* | *Long Distance to Dallas, TX – Mike Childers* |
| Total Expenses: | | | | | | | $7,779.70 | |
| *Less: Expense Adjustment[1]* | | | | | | | *$0.88* | |
| **Total Expenses Sought:** | | | | | | | **$7,778.82** | |

---

[1] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014.