**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
ENERGY FUTURE HOLDINGS CORP., *et al.*,                       :    Case No. 14-10979 (CSS)
                                                              :
                                                              :
                              Debtors.                        :    (Jointly Administered)
                                                              :
------------------------------------------------------------- x

**NOTICE OF CHANGE OF ADDRESS FOR
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

**PLEASE TAKE NOTICE** that the address for the law firm of Milbank, Tweed, Hadley & McCloy LLP's ("Milbank") New York office has changed. Milbank represents Citibank, N.A. in the above-referenced chapter 11 cases. Effective immediately, the mailing address for Milbank's New York office is:

Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP
28 Liberty Street
New York, NY 10005-1413

**PLEASE TAKE FURTHER NOTICE t**hat all of the email addresses, telephone numbers, and facsimile numbers affiliated with the New York office of Milbank will remain the same.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:  June 26, 2015

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
Robert K. Malone (admitted *pro hac vice*)
222 Delaware Ave., Ste. 1410
Wilmington, Delaware 19801-1621
Telephone:   (302) 467-4200
Facsimile:    (302) 467-4201
Email:         howard.cohen@dbr.com
                   robert.malone@dbr.com

-and-

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
Dennis F. Dunne (admitted *pro hac vice*)
Evan R. Fleck (admitted *pro hac vice*)
Karen Gartenberg (admitted *pro hac vice*)
28 Liberty Street
New York, NY 10005-1413
Telephone:   (212) 530-5000
Facsimile:    (212) 530-5219
Email:         ddunne@milbank.com
                   efleck@milbank.com
                   kgartenberg@milbank.com

*Attorneys for Citibank, N.A.*