# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

<table>
<tr><td>Chad J. Husnick<br>To Call Writer Directly:<br>(312) 862-2009<br>chad.husnick@kirkland.com</td><td>300 North LaSalle<br>Chicago, Illinois 60654<br><br>(312) 862-2000<br><br>www.kirkland.com</td><td>Facsimile:<br>(312) 862-2200</td></tr>
</table>

June 26, 2015

JACOBS & CRUMPLAR, P.A.
Thomas Crumplar (DE #0942)
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
Telephone: (302) 656-5445
Email: tom@jcdelaw.com

MADEKSHO LAW FIRM, PLLC
Christopher L. Madeksho, Esq.
Angela Madeksho
Lawrence Madeksho
Central Civil West Courthouse
600 S. Commonwealth, Suite 1220
Los Angeles, CA 90005
Telephone: (213) 386-1055
Email: cmadeksho@madeksholaw.com
amadeksho@madeksholaw.com
lmadeksho@madeksholaw.com

BEVAN & ASSOCIATES, LPA, INC.
Thomas W. Bevan
6555 Dean Memorial Pkwy
Boston Hts, Ohio 44236
Telephone: (330) 650-0088
Email: tbevan@bevanlaw.com

EDELMAN AND THOMPSON, LLC
James T. Thompson
3100 Broadway
Suite 1400
Kansas City, MO 64111
Telephone: (816) 561-3400

# KIRKLAND & ELLIS LLP

June 24, 2015
Page 2


Email: jamesthompson@etkclaw.com

WALLACE & GRAHAM, P.A.
Bill Graham
525 North Main St.
Salisbury, NC 28144-4303
Telephone: (704) 754-8242
Email: bgraham@wallacegraham.com

PAUL, REICH & MYERS, P.C.
Robert Paul
1608 Walnut Street, Suite 500
Philadelphia, PA 19103
Telephone: (215) 735-9200
Email: rpaul@prmclaw.com

DAVID C. THOMPSON, P.C.
David C. Thompson
321 Kittson Avenue
Grand Forks, ND 58201
Telephone: (701) 775-7012
Email: dct@rrv.net

BRAYTON PURCELL LLP
Alan R. Brayton
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94945
Telephone: (415) 895-2669
Email: ABrayton@braytonlaw.com

SHRADER & ASSOCIATES, L.L.P.
Justin Shrader
3900 Essex Lane
Suite 390
Houston, TX 77027
Telephone: (713) 782-0000
Email: justin@shraderlaw.com

# KIRKLAND & ELLIS LLP

June 24, 2015
Page 3

Re:     *In re Energy Future Holdings Corp., et al.,*
        No. 14-10979 (CSS) (D. Del. Bankr.)

Dear Counsel:

My firm represents Energy Future Holdings Corporation ("EFH Corp.") and its affiliated debtors and debtors in possession in the above-referenced chapter 11 cases (collectively, the "Debtors"). I write in response to the June 23, 2015 letter you filed on the docket in these chapter 11 cases at D.I. 4842. The Debtors respectfully decline your requests, both as to (i) the provision of requested information and (ii) the adjournment of the hearing scheduled for July 16, 2015 on the proposed form and manner of notice with respect to the Debtors' proposed bar date with respect to asbestos claims (such bar date, the "Asbestos Bar Date").

The Debtors have provided all of the information requested in your letter to the Official Committee of Unsecured Creditors representing the interests of all unsecured creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFH/EFIH Committee"),[1] which has retained its own legal counsel[2] and asbestos noticing expert[3] to evaluate the Asbestos Bar Date and the form and manner of notice thereof.

The EFH/EFIH Committee adequately represents all holders of asbestos claims that will be subject to the Asbestos Bar Date. The Third Circuit held in *In re Grossman's Inc.*, 607 F.3d 114, 125 (3d Cir. 2010), that both manifested and unmanifested asbestos claims are "claims" within the meaning of section 101(5) of the Bankruptcy Code. *See also In re Energy Future Holdings Corp.*, 522 B.R. 520, 528–29 (Bankr. D. Del. 2015) (Sontchi, J.) (relying on *Grossman's* as the basis for ruling that the Bankruptcy Court will set a bar date for both manifested and unmanifested asbestos claims). As such, the EFH/EFIH Committee represents holders of these claims, both known and unknown and, as mentioned, has already spent several months reviewing the information you requested and the Debtors' proposed forms of notice and noticing plan. Indeed, the EFH/EFIH Committee recently provided the Debtors with comments to these documents. Importantly, the Debtors have not proposed to apply the Asbestos Bar Date

---

[1]    *See Notice of Appointment of Committee of Unsecured Creditors* [D.I. 2570] (as amended).

[2]    *See Order Authorizing The Retention And Employment Of Sullivan & Cromwell LLP As Counsel To The Official Committee Of Unsecured Creditors Of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., And EECI, Inc. Nunc Pro Tunc To November 5, 2014* [D.I. 3282].

[3]    *See Order (A) Authorizing The Retention And Employment Of Kinsella Media, LLC As Asbestos Noticing Expert To The EFH Official Committee Nunc Pro Tunc To March 27, 2015 And (B) Waiving Certain Information Requirements* [D.I. 4159].

# KIRKLAND & ELLIS LLP

June 24, 2015
Page 4


to "future claims," *i.e.*, any claims where individuals have not yet been exposed to asbestos.  *See Hr'g Tr.* 22–3, Oct. 28, 2014.

In light of the above, the Debtors will proceed with the hearing regarding the form and manner of notice to asbestos claimants (not including future claimants) as scheduled for July 16, 2015.  I am available to discuss any questions you have regarding these issues.


Sincerely,

*/s/ Chad J. Husnick*

Chad J. Husnick


cc:    Richard L. Schepacarter, Esq.
       Andrew G. Dietderich, Esq.
       Brian D. Glueckstein, Esq.