IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Deadline: 7/20/2015** |
| | ) **Hearing Date: Only if Necessary** |

### APRIL FEE STATEMENT OF PHILLIPS, GOLDMAN & SPENCE, P.A. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE FEE COMMITTEE FOR THE PERIOD APRIL 1, 2015 THROUGH APRIL 30, 2015

Phillips, Goldman & Spence, P.A. ("PG&S") hereby files this *April Fee Statement of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period April 1, 2015 through April 30, 2015* (the "Fee Statement"). In support of this Fee Statement, PG&S states the following:

**Jurisdiction**

1. The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2. Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Employment and Retention of Phillips, Goldman*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

*& Spence, P.A. as Delaware Counsel to the Fee Committee,* dated January 9, 2015 [Docket No. 3216] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [Docket No. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "Fee Committee Order"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), PG&S Delaware counsel to the Fee Committee (the "Fee Committee") hereby files its third monthly Fee Statement for: (i) compensation in the amount of $480.00 which is 80% of its total fees of $600.00 for the reasonable and necessary legal services PG&S rendered to the Fee Committee from April 1, 2015 through April 30, 2015 and $56.00 in expenses it incurred during this same period for a total due of $536.00.

### Itemization of Services Rendered and Disbursements Incurred

3.  The Cover Sheet for this Fee Statement provides a breakdown of the professionals that worked on this case, their hourly rate, the total hours each worked and the blended rate of all professionals. It also provides a breakdown by category of the work done. The Cover Sheet also provides a breakdown of costs incurred for the services rendered. Exhibit "A" to this Fee Statement provides a breakdown by professional in tenths of an hour under each category outlined in the Cover Sheet. Exhibit "B" to this Fee Statement contains an itemization of expenses incurred during this Fee Period broken down by date and type of expense. Expenses incurred, but not yet billed to the firm will be included in future Fee Statements.

### Proposed Payment Allocation

4.  Paragraph 2(b) of the Interim Compensation Order, requires Professionals to allocate the fees and expenses sought in their Applications among (a) Energy Future Holdings

Corp., (b) Energy Future Intermediate Holding Company LLC, and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases. As Delaware counsel to the Fee Committee the compensation earned and expenses incurred by PG&S should be allocated evenly amongst the Debtors.

### Representations

5.  While every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. PG&S reserves the right to make further application for allowance of such fees and expenses not included herein. Subsequent Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, PG&S requests allowance of its fees and expenses incurred during from April 1, 2015 through April 30, 2015 in the in the amount of $480.00 (80% of $600.00) and expenses in the amount of $56.00 for a total of $536.00, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Date:  June 29, 2015                                PHILLIPS, GOLDMAN & SPENCE, P.A.

                                                                             /s/ Stephen W. Spence
Stephen W. Spence, Esquire (DE#2033)
1200 North Broom Street
Wilmington, DE 19806
Telephone (302) 655-4200
Facsimile (302) 655-4200
sws@pgslaw.com
*Delaware Counsel to the Fee Committee*