IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Objection Deadline: 7/20/2015** |
| ) | **Hearing Date: Only if Necessary** |

**COVER SHEET FOR APRIL FEE STATEMENT OF
PHILLIPS, GOLDMAN & SPENCE, P.A. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS DELAWARE
COUNSEL TO THE FEE COMMITTEE FOR THE PERIOD
APRIL 1, 2015 THROUGH APRIL 30, 2015**

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. (PG&S") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Retention: | January 9, 2015, *Nunc Pro Tunc* to November 21, 2014 |
| Period for which Compensation and Reimbursement sought: | April 1, 2015 through April 30, 2015 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $600.00 |
| 80% of Fees to be Paid: | $480.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $56.00 |
| Total Fees @ 80% and Expenses @ 100%: | $536.00 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## ATTACHMENT B TO FEE STATEMENT

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Celeste A. Hartman | Senior Paralegal/18 years/20 years prior experience/Bankruptcy | $150.00 | 4.00 | $600.00 |
| Grand Totals | | | 4.00 | $600.00 |
| Blended Rate | | | | $150.00 |

## COMPENSATION BY CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications | 0.30 | $45.00 |
| PG&S Fee/Employment Applications | 3.50 | $525.00 |
| Case Administration | 0.20 | $30.00 |
| Total | | $600.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expense |
|---|---|---|
| Duplication/Photocopies | N/A (charged @ 10¢ per page) | $2.00 |
| Docket Research | Pacer, Inc. for 1/1/2015 through 3/31/2105 | $54.00 |
| TOTAL | | $56.00 |

Date:   June 29, 2015

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____/s/ Stephen W. Spence_____
Stephen W. Spence, Esquire (DE#2033)
1200 North Broom Street
Wilmington, DE 19806
Telephone (302) 655-4200
Facsimile (302) 655-4200
sws@pgslaw.com
*Delaware Counsel to the Fee Committee*