IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS | ) Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |

STATE OF DELAWARE     :
                                           : ss
NEW CASTLE COUNTY  :

Stephen W. Spence after being duly sworn according to law, deposes and says:

1. I am a director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar and am authorized to appear before this Court.

2. I am familiar with the work performed on behalf of the Fee Committee by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

3. I have reviewed the this *April Fee Statement of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period April 1, 2015 through April 30, 2015* and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the *Order Establishing Procedures for Interim Compensation and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 160 I Bryan Street, Dallas, Texas 7520 1. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

*Reimbursement of Expenses for Professionals* and I believe the Fee Statement to be in compliance therewith.

_____
Stephen W. Spence, Esquire (DE#2033)
*Delaware Counsel to the Fee Committee*

SWORN AND SUBSCRIBED TO BEFORE ME THIS 29th DAY OF JUNE 2015.

_____
Notary Public
My commission expires:

ASHLEY M. GASSAWAY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 6, 2016