# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# APRIL 1, 2015
# THROUGH APRIL 30, 2015

Phillips, Goldman & Spence, P.A.

Page   2

May 13, 2015

File   EFH-FEE/SWS
Invoice number   115757

Re:  In re: Energy Future Holdings Corp., et al.
     Fee Committee

| EMP | | SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/08/15 | CAH | PG&S FEE RETENTION APPLICATIONS | 3.5 | 525.00 |
| 04/14/15 | CAH | FEE/EMPLOYMENT APPLICATIONS | 0.3 | 45.00 |
| 04/14/15 | CAH | CASE ADMINISTRATION | 0.2 | 30.00 |
| | | Subtotal for FEES only: 04/30/15 | 4.0 | $600.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 150.00 | CAH | 4.00 | 4.00 | 600.00 | 0.00 | 0.00 |
| Totals | | 4.00 | 4.00 | 600.00 | 0.00 | 0.00 |

FEE APP                              LEGALMASTER MIRC for Transactions                           5/13/2015  Pg 1
                                                    -Fees-

Sorts:  Grouping code            (Paginate)
        Client code
        Actual employee code     (Subtotal)
        Transaction date

Ranges:
        Include "Client code" from EFH to EFH
        Exclude "Billable $" from 0.00 to 0.00
        Include "Invoice Number" from 115757 to 115757

| Gr<br>Cd | Grouping code description | Act<br>Emp | Trans<br>Date | Transaction description | Billable<br>Hours | Billable<br>Dollars |
|---|---|---|---|---|---|---|
| CA | CASE ADMINISTRATION | CAH | 04/14/15 | Review of agenda and verify no appearance necessary. | 0.20 | 30.00 |
|   |   |   |   |   | ----- | ----- |
|   |   |   |   |   | 0.20 | 30.00 |
|   |   |   |   |   | ----- | ----- |
|   |   |   |   |   | 0.20 | 30.00 |
|   |   |   |   |   | ----- | ----- |

Total records this group:  1

FEE APP                              LEGALMASTER MIRC for Transactions                              6/25/2015  Pg 2
                                                  -Fees-

| Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd Pf |
|---|---|---|---|---|---|---|
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 04/08/15 | Review of and edit exhibits to fee statement. | 0.20 | 30.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 04/08/15 | Draft Certificate of No Objection for November fee statement. | 0.30 | 45.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 04/08/15 | Draft Certificate of No Objection for December fee statement. | 0.30 | 45.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 04/13/15 | Prepare file and serve Certificate of No Objections for November and December fee statements. | 0.50 | 75.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 04/15/15 | Draft February fee application. | 0.50 | 75.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 04/16/15 | File Phillips, Goldman & Spence first interim fee application and e-mail out to GCG for service. | 0.30 | 45.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 04/20/15 | Draft March fee statement for Phillips, Goldman & Spence and forward to Stephen W. Spence to review, along with February fee statement. | 0.50 | 75.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 04/21/15 | Review of Phillips, Goldman & Spence monthly fee application with Stephen W. Spence. | 0.30 | 45.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 04/22/15 | Send January, February and March fee statements to co-counsel for review and approval. | 0.20 | 30.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 04/30/15 | Respond to e-mail from C. Andres concerning Phillips, Goldman & Spence fee statements. | 0.10 | 15.00 | |
| EFH PG&S FEE RETENTION APPLICATIONS | CAH | 04/30/15 | Review of and revise Phillips, Goldman & Spence fee statements for January - March. | 0.30 | 45.00 | |
| | | | | ----- | ------ | |
| | | | | 3.50 | 525.00 | |
| | | | | ----- | ------ | |
| | | | | 3.50 | 525.00 | |
| | | | | ----- | ------ | |

Total records this group:  11

FEE APP                    LEGALMASTER MIRC for Transactions                    5/13/2015  Pg 3
                                          -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| EFH     | FEE/EMPLOYMENT APPLICATIONS | CAH   | 04/14/15   | Conference with Stephen W. Spence concerning status of fee applications. | 0.30 | 45.00 | fea |
|         |                           |         |            |                         | ------ | ------ | |
|         |                           |         |            |                         | 0.30 | 45.00 | |
|         |                           |         |            |                         | ------ | ------ | |

Total records this group:  1                                                    0.30           45.00
                                                                             ======         ======

                                                                                4.00          600.00
                                                                             ======         ======
1 records printed.