# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# APRIL 1, 2015
# THROUGH APRIL 30, 2015

Phillips, Goldman & Spence, P.A.

Page    2

May 13, 2015

File   EFH-FEE/SWS
Invoice number   115757

Re:   In re: Energy Future Holdings Corp., et al.
      Fee Committee


       COSTS ADVANCED

04/01/15 On-line docket research                                        54.00
04/15/15 Photocopies                                                     2.00
                                                                   -------------
             Subtotal for COSTS only: 04/30/15           $56.00
                                                                   -------------