# **EXHIBIT A**

# Exhibit A
## Summary of Kinsella Media Recommendations

| DEBTORS' PROPOSAL | KINSELLA MEDIA RESPONSE |
|---|---|
| **MEDIA** | |
| Reach<br>Men 55+: 87.6%<br>Adults 18+: 80.1% | Reach<br>Men 65+: 95%+<br>Adults 45+: 93%+<br>Adults 18+: 90%+ |
| Frequency<br>Men 55+: 3.1<br>Adults 18+: 2.5 | Frequency<br>Men 65+: 5.6<br>Adults 45+: 4.8<br>Adults 18+: 4.2 |
| Target<br>Men 55+<br>Adults 18+ | Target<br>Primary: Men 65+<br>Secondary: Adults 45+<br>Tertiary: Adults 18+ |
| **PROOF OF CLAIM FORM** | |
| Denomination Requirement | Remove requirement |
| Form 10 | Asbestos claim form should require declaration that person was employed at Debtors' facility or otherwise has a reasonable basis to believe that he or she was exposed to asbestos for which the Debtors are responsible, and remove requirement to submit documentation |
| Creditor focused claim form | There should be an asbestos-only claim form |
| Identification of specific debtors | Remove requirement |
| Bar as to all US Asbestos Facilities, including all predecessors and subsidiaries of the Debtors | Limit to the list provided by the Debtors |
| Certification by counsel of completeness | Remove requirement |
| **FORM OF NOTICE** | |
| Sophisticated language | Clear and concise information |
| Deficient publication headline | Highlighting that workers and family members may have been exposed and need to act now |
| Insufficient discussion of asbestos disease | Advise regarding the latency of many types of |

| DEBTORS' PROPOSAL | KINSELLA MEDIA RESPONSE |
|---|---|
| | asbestos-related illness and diseases |
| Insufficient discussion of asbestos disease | Explain latency and many types of asbestos-related illness and disease |
| Insufficient discussion of why claimant should file claim | Explain that the Debtors' current Plan provides a buyer will assume liabilities for claims filed but such claims will be discharged if not filed |
| Partial listing of facilities is not sufficient | We recommend that a list of local power plants be added to each of the local newspaper notices. The actual name of the power plant should be included as well as the location (city) of the power plants (include all power plants in the locations that are covered by that newspaper) |
| Banner ads will not be noticed | Simplify text in banner ad and utilize flash ads to include moving images |
| Cover letter needs to be simplified and personalized | The Cover Letters should be tailored for each group and, where the identity and relevant work history of the individual is known, should be personalized, (highlighting the facility or power plant where the person worked). One version should be mailed to known claimants with attorneys and another version for current and former workers who have not yet filed a claim and may not know they were exposed to asbestos |
| Lawyer not required | The Notice should specifically tell claimants that they can but do not need to consult with a lawyer |
| **TYPE OF COMMUNICATIONS** | |
| Use of print & online to build measurable reach | Use of TV as primary reach driver, supplemented by print & online |
| No TV | National Network & Cable TV |
| Use of local newspapers to provide coverage of the immediate areas surrounding facilities | Expand Hilsoft selected newspapers to include newspapers that provide broader geographic coverage of areas surrounding facilities. This requires using the highest circulating newspaper in each county where a facility is |

| **DEBTORS' PROPOSAL** | **KINSELLA MEDIA RESPONSE** |
|---|---|
|  | located |
|  | In addition, include newspapers that provide coverage of facilities in Nebraska |
| No Spanish language advertising | Provide notice in Spanish, through local newspapers, in states that have higher than national average Hispanic populations. Based on facility locations, these areas would include; Arizona, California, Florida, New Mexico, New York, and Texas |
| Direct mailing | Direct Notice should be undertaken but should be considered supplemental |