## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related D.I. 4143 |
| | ) | |

**OBJECTION OF KNIFE RIVER CORPORATION – SOUTH TO THE PROPOSED DISCLOSURE STATEMENT FOR THE JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

COMES NOW Knife River Corporation - South ("Knife River"), and files this objection to the Proposed Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code (the "Disclosure Statement") and states in support:

### Background

1.      Knife River furnished labor and materials to construct improvements to certain real property under contract with the Debtors for which Knife River has not been paid. The principal indebtedness in connection with the unpaid amounts due and owing on the Debtors' account with Knife River is not less than $387,447.79, exclusive of contractual interest, attorneys' fees and costs. Knife River's claim is secured by the mechanics' liens described below.

2.      Knife River timely filed the below described lien statements (the "Texas Mechanic's and Constitutional Liens") against the following real property and improvements thereof:

| County | Property | Lien Amount | Date Lien Recorded | Recording Information |
|---|---|---|---|---|
| Freestone | 833 FM 2570, Fairfield, Freestone County, Texas 75840 | $366,244.67 | May 21, 2014 | |
| Robertson | 4731 SH 7 E, Kosse, Robertson County, Texas 76653 | $21,203.12 | May 21, 2014 | |

3.      The Texas Mechanic's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow . . . and . . . each lot of land necessarily connected or reclaimed," and specifically with regard to Oak Grove Power Plant and Kosse Mine, Oak Grove Management Company, LLC, 4731 SH 7 E, Kosse, Robertson County, Texas 76653 and Big Brown Power Plant and Mine, Luminant Big Brown Mining Company, LLC, 833 FM 2570, Fairfield, Freestone County, Texas 75840 and/or 835 FM 2570, Fairfield, Freestone County, Texas 75840 (collectively, the "Properties"). *See* Tex. Prop. Code § 53.022.

4.      Knife River's Texas Mechanic's and Constitutional Liens incept and relate back to "the commencement of construction of improvements or delivery of materials to the land on which the improvements are to be located and on which the materials are to be used." Tex. Prop. Code § 53.124.

5.      As a result of these liens and the provision of material by Knife River, Knife River holds a secured and/or administrative claim against Luminant Generation Company, LLC ("LGC").

6.      LGC has been classified under the Debtors' proposed plan as one of the "TCEH Debtors".  Therefore according to Section I.F of the Disclosure Statement, Knife River's claim will be a part of class C1.

7.      The only information provided regarding the treatment of claims in class C1 is:

> Each Holder shall receive, at the option of the applicable TCEH Debtor(s), either: (a) payment in full in Cash; (b) delivery of the collateral securing any such Claim and payment of any interest required under section 506(b) of the Bankruptcy Code; (c) Reinstatement of such Claim; or (d) other treatment rendering such Claim Unimpaired.

Disclosure Statement, I(F), p. 11.

## Objection

8.      The Disclosure Statement does not contain "adequate information" within the meaning of section 1125 of the Bankruptcy Code and cannot be approved unless it is modified to provide additional information.

9.      Section 1125(b) of the Bankruptcy Code conditions a debtor's solicitation of votes on a proposed chapter 11 plan on the bankruptcy court's determination that the disclosure statement contains "adequate information." The Bankruptcy Code defines adequate information as:

> [I]nformation of a kind, and in sufficient detail, as far as is reasonably practicable in light of the nature and history of the debtor and the condition of the debtor's books and records, including a discussion of the potential material Federal tax consequences of the plan to the debtor, any successor to the debtor, and a hypothetical investor typical of the holders of claims or

interests in the case, that would enable such a hypothetical investor of the relevant class to make an informed judgment about the plan...

10.     Here, Knife River does not have adequate information to make an informed judgment about the plan, including a judgement regarding whether or not the Debtors' proposed treatment of secured claims of the C1 class will truly result in the claimants being unimpaired.

11.     The Disclosure Statement merely states that the C1 claimants will receive some treatment that will result in such claimants being unimpaired, with the election of that treatment left to the Debtors.  The Disclosure Statement lacks information regarding when the Debtors will elect the treatment that the C1 claimants will receive, and it fails to provide information regarding when the Debtors will take action to effectuate the treatment afforded to the C1 class.

12.     Because the Disclosure Statement fails to include relevant specific information regarding the treatment of the C1 class, the Disclosure Statement does not contain adequate information and should not be approved.

**(REMAINDER OF PAGE LEFT INTENTIONALLY BLANK)**

Wherefore, Knife River respectfully requests that the court sustain the objection, require that the Debtors amend their Disclosure Statement to provide adequate information and whatever other relief equity may require.

Date: June 29, 2015                    Respectfully submitted,

                                       GELLERT SCALI BUSENKELL & BROWN, LLC


                                       /s/ *Michael Busenkell*
                                       Michael Busenkell (DE No. 3933)
                                       913 N. Market Street, 10th Floor
                                       Wilmington, Delaware 425-19801
                                       Telephone: (302) 425-5812
                                       Facsimile: (302) 425-5814
                                       mbusenkell@gsbblaw.com

                                       Attorney for Knife River Corporation - South