# CERTIFICATE OF SERVICE

I, Michael Busenkell, Esquire, hereby certify that on June 29, 2015, I caused a true and correct copy of the *Objection of Knife River Corporation – South to the Proposed Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Et Al Pursuant to Chapter 11 of the Bankruptcy Code* to be served via the CM/ECF electronic notification system and served via First Class Mail upon the parties listed below:

Joseph Charles Barsalona II
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

William Guerrieri
Chad J. Husnick
Marc Kieselstein
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Stephen E. Hessler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

David M. Klauder
Shannon J. Dougherty
O'Kelly Ernst & Bielli, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801

Jeff J. Marwil
Peter Jonathon Young
Proskauer Rose LLP
Three First National Plaza
70 W. Madison Street
Suite 3800
Chicago, IL 60602

CRAVATH, SWAINE AND MOORE LLP
Richard Levin
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475


STEVENS & LEE, P.C.
Joseph Huston, Esquire
1105 North Market Street, Suite 700
Wilmington, Delaware 19801

MUNGER, TOLLES & OLSON LLP
Thomas B. Walper,
Todd J. Rosen,
Seth Goldman,
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
David Primack, Esq.
300 Delaware Avenue, Suite 770
Wilmington, Delaware 19801

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Andrea Beth Schwartz
U.S. Department of Justice - Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Rm 1006
New York, NY 10065

Dated: June 29, 2015						<u>Michael Busenkell</u>
									Michael Busenkell (#3933)