**<u>Exhibit D</u>**

[Detailed Description of Expenses Incurred]

# Energy Future Holdings Corp. / Expense Detail: January 1 – January 31, 2015

| Date | | Expense Code | Fee |
|---|---|---|---|
| 1/7/2015 | Luria, Neil | AIR - Airfare | $ 467.10 |
| | | One-way Economy Class airfare from MCO to EWR for Stakeholder meeting | |
| 1/9/2015 | Luria, Neil | AIR - Airfare | $ 535.10 |
| | | One-way Economy Class airfare from LGA to CLE for stakeholder meeting | |
| 1/13/2015 | Luria, Neil | AIR - Airfare | $ 436.10 |
| | | One-way Economy Class airfare from DCA to ORD for Proskauer meeting | |
| 1/7/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,126.20 |
| | | Round-trip Economy Class airfare from ATL to LGA for stakeholder meeting | |
| 1/14/2015 | Nowitz, Raoul | AIR - Airfare | $ 626.20 |
| | | One-way Economy Class airfare from ORD to ATL for Proskauer meeting | |
| | | **Total Airfare:** | **$ 3,190.70** |
| | | | |
| 1/7/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 10.00 |
| | | Taxi in NYC | |
| 1/7/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 150.98 |
| | | Car from EWR to Proskauer | |
| 1/8/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 9.25 |
| | | Taxi in NYC | |
| 1/11/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 80.96 |
| | | Car to airport | |
| 1/13/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 47.56 |
| | | Car from ORD to hotel | |
| 1/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 57.13 |
| | | Taxi from EWR airport to Proskauer | |
| 1/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 48.68 |
| | | Taxi from Proskauer to LGA airport | |
| 1/11/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | ATL Airport parking | |
| 1/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | ATL Airport parking | |
| 1/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 48.90 |
| | | Taxi from meeting with Proskauer to airport | |
| 1/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 55.81 |
| | | Taxi to meeting with Proskauer from airport | |
| | | **Total Ground Transportation:** | **$ 573.27** |
| | | | |
| 1/8/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 485.46 |
| | | Room rate and taxes – one night | |
| 1/14/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 278.20 |
| | | Room rate and taxes – one night | |
| 1/8/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 381.03 |
| | | Room rate and taxes – one night | |
| | | **Total Hotel and Lodging:** | **$ 1,144.69** |
| | | | |
| 1/7/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | Mileage from home to ATL | |

**Energy Future Holdings Corp. / Expense Detail:  January 1 – January 31, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 1/7/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | Mileage from ATL to home | |
| 1/14/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | Mileage from home to ATL | |
| 1/15/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | Mileage from ATL to home | |
| | | Total USA - Mileage: | **$ 69.44** |
| | | | **$ 4,978.10** |

# Energy Future Holdings Corp – February 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| 2/5/2015 | Luria, Neil | AIR - Airfare | $ 446.10 |
| | | One-way Economy Class Airfare EWR to CLE following Meeting with Proskauer in NYC. | |
| 2/16/2015 | Luria, Neil | AIR - Airfare | $ 564.10 |
| | | One-way Economy Class Airfare from CLE to EWR for Meetings at Kirkland & Ellis. | |
| 2/16/2015 | Luria, Neil | AIR - Airfare | $ 200.00 |
| | | Airline Service Fee for Ticket Change - EWR to CLE. | |
| 2/25/2015 | Luria, Neil | AIR - Airfare | $ 406.10 |
| | | One-way Economy Class Airfare to DFW for Board Meeting. | |
| 2/26/2015 | Luria, Neil | AIR - Airfare | $ 1,123.10 |
| | | One-way Economy Class Airfare from DFW to CLE for Return from Board Meeting in Dallas. | |
| 2/2/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,126.20 |
| | | Round-trip Economy Class Airfare from ATL to LGA for Due Diligence, Meeting with Counsel. | |
| 2/3/2015 | Nowitz, Raoul | AIR - Airfare | $ 94.00 |
| | | Airline Service Fee for Ticket Change - LGA to ATL for Meeting with Counsel. | |
| 2/3/2015 | Nowitz, Raoul | AIR - Airfare | $ 200.00 |
| | | Airline Service Fee for Ticket Change - Change from 2/3 to 2/4 LGA to ATL for Meeting with Counsel. | |
| 2/16/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,132.20 |
| | | Round-trip Economy Class Airfare from ATL to LGA for Meetings. | |
| 2/23/2015 | Nowitz, Raoul | AIR - Airfare | $ 699.20 |
| | | ATL to ORD for Meeting with Proskauer. | |
| 2/25/2015 | Nowitz, Raoul | AIR - Airfare | $ 876.20 |
| | | ATL to DFW for Board Meeting. | |
| | | Total Airfare: | **$ 6,867.20** |
| 2/4/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 10.00 |
| | | Subway fare in NYC To/From Proskauer Office. | |
| 2/6/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 79.28 |
| | | Car from Home to Airport for NYC Trip. | |
| 2/17/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 102.00 |
| | | Car to EWR Airport Following Meetings at Kirkland & Ellis. | |
| 2/25/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 25.00 |
| | | Taxi from DFW to Hotel. | |
| 2/26/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 76.00 |
| | | Car from 1601 Bryan Street to DFW for N. Luria and R. Nowitz | |
| 2/2/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 86.50 |
| | | Taxipass from LGA to Hotel for Meeting at Kirkland & Ellis. | |
| 2/3/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 6.30 |
| | | Taxi to Proskauer Office. | |
| 2/4/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 64.00 |
| | | Atlanta Airport Parking. | |
| 2/4/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 20.50 |
| | | Taxi to EFH ▓▓▓ Meeting in NYC. | |
| 2/4/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.28 |
| | | Taxi from EFH Offices to Airport Meeting with Counsel in NYC. | |

# Energy Future Holdings Corp – February 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 2/16/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from LGA to Attorney Office. | $ 41.99 |
| 2/17/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Atlanta Airport Parking. | $ 68.00 |
| 2/17/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Attorney Office to LGA Airport. | $ 46.32 |
| 2/23/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from ORD to Proskauer. | $ 51.81 |
| 2/23/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Parking at Atlanta Airport. | $ 32.00 |
| 2/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Dinner to Hotel in New York. | $ 15.95 |
| 2/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from DFW to Hotel. | $ 51.45 |
| 2/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi (Uber) from Home to ATL Airport. | $ 104.00 |
| 2/26/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Hotel to Energy Plaza. | $ 18.00 |
| 2/26/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi (Uber) from ATL Airport to Home. | $ 101.00 |
| 2/26/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi (Uber) from Energy Plaza to DFW Airport. | $ 76.00 |
| | | **Total Ground Transportation:** | **$ 1,129.38** |
| 2/5/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room Rate & Taxes - Four Nights for Due Diligence Session, Meeting with Counsel in NYC. | $ 1,200.00 |
| 2/26/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room Rate & Taxes - One Night in Dallas for Board Meeting. | $ 316.97 |
| 2/3/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room Rate & Taxes - One Night for Due Diligence Session, Meeting with Counsel in NY. | $ 243.33 |
| 2/4/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room Rate & Taxes - One Night for Due Diligence Session, Meeting with Counsel in NY. | $ 500.00 |
| 2/17/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room Rate & Taxes - One Night for Due Diligence Session, Meeting with Counsel. | $ 243.33 |
| 2/26/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room Rate & Taxes - One Night in Dallas for Board Meeting. | $ 270.86 |
| | | **Total Hotel and Lodging:** | **$ 2,774.49** |
| 2/3/2015 | Luria, Neil | MEALS - Out of Town Meals<br>Meal with Attendees:   J.Marwil, R.Nowitz, N.Luria. | $ 120.00 |
| 2/3/2015 | Luria, Neil | MEALS - Out of Town Meals<br>Meal with Attendees:   J. Marwil, R.Nowitz, N.Lura. | $ 120.00 |
| 2/3/2015 | Luria, Neil | MEALS - Out of Town Meals<br>Meal with Attendees:   N.Luria, J.Marwil. | $ 80.00 |
| 2/4/2015 | Luria, Neil | MEALS - Out of Town Meals<br>Meal with Attendee:   N.Luria. | $ 7.00 |

## Energy Future Holdings Corp – February 2015

| Date | Person | Expense Code | | Fee |
|---|---|---|---|---|
| 2/4/2015 | Luria, Neil | MEALS - Out of Town Meals | | $ 3.45 |
| | | Meal with Attendee:   N.Luria. | | |
| 2/17/2015 | Luria, Neil | MEALS - Out of Town Meals | | $ 4.01 |
| | | Meal with Attendee:   N.Luria. | | |
| 2/26/2015 | Luria, Neil | MEALS - Out of Town Meals | | $ 76.64 |
| | | Meal with Attendee:   N.Luria, R.Nowitz. | | |
| 2/26/2015 | Luria, Neil | MEALS - Out of Town Meals | | $ 6.41 |
| | | Meal with Attendee:   N.Luria. | | |
| 2/2/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 40.00 |
| | | Meal with Attendee: R.Nowitz. | | |
| 2/2/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 11.57 |
| | | Meal with Attendee:   R.Nowitz. | | |
| 2/4/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 18.19 |
| | | Meal with Attendee:   R.Nowitz. | | |
| 2/16/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 40.00 |
| | | Meal with Attendee:   R.Nowitz. | | |
| 2/17/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 40.00 |
| | | Meal with Attendee:   R.Nowitz. | | |
| 2/17/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 17.51 |
| | | Meal with Attendee:   R. Nowitz. | | |
| 2/23/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 11.62 |
| | | Meal with Attendee:   R.Nowitz. | | |
| 2/23/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 29.30 |
| | | Meal with Attendee:   R.Nowitz. | | |
| 2/23/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 14.60 |
| | | Meal with Attendee:   R.Nowitz. | | |
| 2/25/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 38.37 |
| | | Meal with Attendee:   R.Nowitz. | | |
| 2/26/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 21.46 |
| | | Meal with Attendee:   R.Nowitz. | | |
| | | | Total Out of Town Meals: | **$ 700.13** |
| 2/2/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.36 |
| | | From Airport to Home. | | |
| 2/4/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.36 |
| | | From Home to Airport. | | |
| 2/16/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.36 |
| | | From Home to Airport. | | |
| 2/17/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.36 |
| | | From Airport to Home. | | |
| 2/23/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.36 |
| | | From Airport to Home. | | |
| 2/23/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.36 |
| | | From Home to Airport. | | |
| | | | Total USA - Mileage: | **$ 104.16** |
| | | | | **$ 11,575.36** |

**Energy Future Holdings Corp:   March 1 - March 31, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| 3/11/2015 | Cumbee, Matthew | AIR - Airfare | $ 423.10 |
| | | One-way Economy Class from ORD to LGA for negotiation with T-side Advisors. | |
| 3/12/2015 | Cumbee, Matthew | AIR - Airfare | $ 257.10 |
| | | One-way Economy Class from JFK to ORD for return flight from NY. | |
| 3/23/2015 | Cumbee, Matthew | AIR - Airfare | $ 364.10 |
| | | One-way Economy Class from ORD to DFW (flight cancelled by airline so no new fee applies, took flight next morning). | |
| 3/26/2015 | Cumbee, Matthew | AIR - Airfare | $ 487.88 |
| | | One-way Economy Class from DFW to ORD return flight for meetings in Dallas. | |
| 3/10/2015 | Luria, Neil | AIR - Airfare | $ 486.10 |
| | | One-way Economy Class from Orlando to Newark for negotiation with T-side advisors. | |
| 3/13/2015 | Luria, Neil | AIR - Airfare | $ 637.10 |
| | | One-way Economy Class from LGA to CLE following Proskauer/Munger meetings in NYC. | |
| 3/23/2015 | Luria, Neil | AIR - Airfare | $ 719.10 |
| | | One-way Economy Class from EWR to DFW for meetings with Disinterested Directors and DDA's in Dallas. | |
| 3/25/2015 | Luria, Neil | AIR - Airfare | $ 670.15 |
| | | One-way from DFW to MCO for return flight for meetings in Dallas. | |
| 3/4/2015 | Nowitz, Raoul | AIR - Airfare | $ 563.10 |
| | | One-leg of a round-trip flight from ATL to LGA for meeting with Proskauer.  Note:   LGA TO ATL CANCELLED DUE TO PLANE OFF RUNWAY - REBOOKED VIA UNITED AIRLINE FROM NEWARK. | |
| 3/6/2015 | Nowitz, Raoul | AIR - Airfare | $ 550.10 |
| | | One-way from Economy Class from EWR to ATL for meeting with Proskauer. | |
| 3/12/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,126.20 |
| | | Round-trip from ATL-LGA for meeting with Proskauer and Monger Toiles. | |
| 3/23/2015 | Nowitz, Raoul | AIR - Airfare | $ 323.10 |
| | | One-way Economy Class from ATL-DFW for meeting with management. | |
| 3/26/2015 | Nowitz, Raoul | AIR - Airfare | $ 898.10 |
| | | One-way Economy Class from DFW-ATL for return flight for meetings in Dallas. | |
| 3/27/2015 | Nowitz, Raoul | AIR - Airfare | $ 313.10 |
| | | One-way Economy Class from DFW-ATL for return flight from meetings in Dallas. | |
| | | Total Airfare: | **$ 7,818.33** |
| 3/11/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 47.10 |
| | | Taxi to ORD Airport. | |
| 3/11/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 55.96 |
| | | Taxi from LGA to Proskauer. | |
| 3/12/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 80.00 |

**Energy Future Holdings Corp:   March 1 - March 31, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 3/12/2015 | Cumbee, Matthew | Taxi to JFK Airport from Manhattan.<br>GRTRAN - Ground Transportation | $ 85.00 |
| 3/23/2015 | Cumbee, Matthew | JFK Airport to LGA Airport.<br>GRTRAN - Ground Transportation | $ 45.00 |
| 3/23/2015 | Cumbee, Matthew | Taxi from SOLIC office to ORD.<br>GRTRAN - Ground Transportation | $ 46.85 |
| 3/24/2015 | Cumbee, Matthew | Taxi from ORD to home (flight cancelled).<br>GRTRAN - Ground Transportation | $ 50.45 |
| 3/24/2015 | Cumbee, Matthew | Taxi from home to ORD.<br>GRTRAN - Ground Transportation | $ 27.06 |
| 3/25/2015 | Cumbee, Matthew | Hotel parking.<br>GRTRAN - Ground Transportation | $ 5.86 |
| 3/25/2015 | Cumbee, Matthew | Taxi to dinner.<br>GRTRAN - Ground Transportation | $ 25.00 |
| 3/26/2015 | Cumbee, Matthew | Taxi from dinner to hotel.<br>GRTRAN - Ground Transportation | $ 369.32 |
| 3/26/2015 | Cumbee, Matthew | Rental car fee in Dallas for 3 days.<br>GRTRAN - Ground Transportation | $ 5.74 |
| 3/26/2015 | Cumbee, Matthew | Gas for rental car.<br>GRTRAN - Ground Transportation | $ 50.00 |
| 3/6/2015 | Luria, Neil | Taxi from ORD to home.<br>GRTRAN - Ground Transportation | $ 141.75 |
| 3/10/2015 | Luria, Neil | Car from Proskauer offices in NYC to EWR Airport following EFH Board meeting.<br>GRTRAN - Ground Transportation | $ 154.05 |
| 3/15/2015 | Luria, Neil | Car from EWR to Manhattan in advance of Proskauer/MTO meetings in NYC.<br>GRTRAN - Ground Transportation | $ 79.28 |
| 3/23/2015 | Luria, Neil | Car service from airport to home.<br>GRTRAN - Ground Transportation | $ 55.45 |
| 3/25/2015 | Luria, Neil | Taxi from DFW to hotel in Dallas.<br>GRTRAN - Ground Transportation | $ 76.00 |
| 3/4/2015 | Nowitz, Raoul | Uber car from Energy Plaza to DFW following TCEH/EFH meetings.<br>GRTRAN - Ground Transportation | $ 52.66 |
| 3/4/2015 | Nowitz, Raoul | Taxi from LGA airport<br>GRTRAN - Ground Transportation | $ 17.94 |
| 3/5/2015 | Nowitz, Raoul | Taxi from restaurant to hotel.<br>GRTRAN - Ground Transportation | $ 14.69 |
| 3/5/2015 | Nowitz, Raoul | Taxi to Proskauer office.<br>GRTRAN - Ground Transportation | $ 26.00 |
| 3/6/2015 | Nowitz, Raoul | UBER from Proskauer to hotel<br>GRTRAN - Ground Transportation | $ 98.80 |
| 3/6/2015 | Nowitz, Raoul | Taxi from Proskeaur to Newark airport<br>GRTRAN - Ground Transportation | $ 104.00 |
| 3/6/2015 | Nowitz, Raoul | ATL Airport parking.<br>GRTRAN - Ground Transportation | $ 10.79 |
| 3/11/2015 | Nowitz, Raoul | Taxi from hotel to Proskauer.<br>GRTRAN - Ground Transportation | $ 14.04 |
| | | Taxi from Proskauer to hotel. | |

**Energy Future Holdings Corp:   March 1 - March 31, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 3/11/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from airport to Proskauer | $ 54.12 |
| 3/12/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>ATL Airport parking. | $ 68.00 |
| 3/12/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from hotel to Proskauer. | $ 15.99 |
| 3/12/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Proskauer to LGA Airport. | $ 53.69 |
| 3/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Airport to EFH office. | $ 52.00 |
| 3/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from EFH to Hotel. | $ 9.35 |
| 3/26/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>ATL Airport parking. | $ 140.00 |
| 3/27/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from hotel to airport. | $ 57.35 |
| 3/27/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from EFH to Hotel. | $ 10.00 |
| | | **Total Ground Transportation:** | **$ 2,199.29** |
| 3/12/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 405.24 |
| 3/23/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night.  Non-refundable due to last minute airline flight cancellation. | $ 425.31 |
| 3/24/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 344.63 |
| 3/25/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 344.63 |
| 3/4/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 495.77 |
| 3/5/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 472.82 |
| 3/10/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 500.00 |
| 3/11/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 500.00 |
| 3/23/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 316.97 |
| 3/24/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 316.97 |
| 3/4/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 417.45 |
| 3/5/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 314.17 |
| 3/12/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night. | $ 484.31 |
| 3/26/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 3 nights. | $ 950.91 |

**Energy Future Holdings Corp: March 1 - March 31, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| | | Total Hotel and Lodging: | **$ 6,289.18** |
| 3/11/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.72 |
| | | Attendee: M. Cumbee. | |
| 3/12/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.14 |
| | | Attendee: M. Cumbee. | |
| 3/12/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 7.62 |
| | | Attendee: M. Cumbee. | |
| 3/24/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.72 |
| | | Attendee: M. Cumbee. | |
| 3/24/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee: M. Cumbee. | |
| 3/25/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 3.27 |
| | | Attendee: M. Cumbee. | |
| 3/26/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 12.98 |
| | | Attendee: M. Cumbee. | |
| 3/3/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee: N. Luria. | |
| 3/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 3.50 |
| | | Attendee: N. Luria. | |
| 3/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 120.00 |
| | | Attendees: Jeff Marwil, Raoul Nowitz, Neil Luria. | |
| 3/13/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 2.49 |
| | | Attendee: N. Luria. | |
| 3/23/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 5.34 |
| | | Attendee: N. Luria. | |
| 3/23/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 4.74 |
| | | Attendee: N. Luria. | |
| 3/24/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee: N. Luria. | |
| 3/25/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 6.81 |
| | | Attendee: N. Luria. | |
| 3/4/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee: N. Luria. | |
| 3/5/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee: R. Nowitz. | |
| 3/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 10.70 |
| | | Attendee: R. Nowitz. | |
| 3/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 7.33 |
| | | Attendee: R. Nowitz. | |
| 3/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 19.58 |
| | | Attendee: R. Nowitz. | |
| 3/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 6.99 |
| | | Attendee: R. Nowitz. | |
| 3/11/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 13.03 |
| | | Attendee: R. Nowitz. | |
| 3/12/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 17.96 |
| | | Attendee: R. Nowitz. | |
| 3/23/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee: R.Nowitz | |

**Energy Future Holdings Corp: March 1 - March 31, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 3/24/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 28.10 |
| | | Attendee: R. Nowitz. | |
| 3/26/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 6.77 |
| | | Attendee: R. Nowitz. | |
| | | Total Out of Town Meals: | $ 545.79 |
| 3/4/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 3/6/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From airport to home. | |
| 3/11/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 3/12/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From airport to home. | |
| 3/23/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 3/27/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From airport to home. | |
| | | Total USA - Mileage: | $ 104.16 |
| | | | $ 16,956.75 |

**Energy Future Holdings Corp:    April 1 – April 30, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 4/7/2015 | Cumbee, Matthew | AIR - Airfare | $ 294.74 |
| | | One-way economy class from ORD to LGA for meetings at Proskauer. | |
| 4/8/2015 | Cumbee, Matthew | AIR - Airfare | $ 293.81 |
| | | One-way economy class from LGA to ORD for return trip from New York. | |
| 4/8/2015 | Luria, Neil | AIR - Airfare | $ 478.10 |
| | | One-way economy class from MCO to EWR for meeting in New York. | |
| 4/8/2015 | Luria, Neil | AIR - Airfare | $ 481.10 |
| | | One-way economy class from EWR to MCO for return trip in New York. | |
| 4/30/2015 | Luria, Neil | AIR - Airfare | $ 543.10 |
| | | One-way economy class from EWR to CLE for return trip from New York. | |
| 4/30/2015 | Luria, Neil | AIR - Airfare | $ 478.10 |
| | | One-way economy class from MCO to EWR for meeting in New York. | |
| 4/8/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,186.20 |
| | | Round-trip economy class from ATL to LGA for meetings at Proskauer. | |
| 4/30/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,186.20 |
| | | Round-trip economy class from ATL to LGA for meeting in New York. | |
| | | **Total Airfare:** | **$ 4,941.35** |
| 4/7/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 58.22 |
| | | Uber taxi from home to ORD Airport. | |
| 4/7/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 39.36 |
| | | Taxi from LGA Airport to hotel. | |
| 4/8/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 45.37 |
| | | Taxi from hotel to LGA Airport. | |
| 4/8/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 55.00 |
| | | Taxi from ORD Airport to home. | |
| 4/8/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 102.00 |
| | | Car service from meetings at Proskauer to EWR Airport. | |
| 4/8/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 155.08 |
| | | Car service from EWR to meetings at Proskauer. | |
| 4/30/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 102.00 |
| | | Uber Taxi from meetings in NYC to EWR Airport. | |
| 4/30/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 155.08 |
| | | Car service from EWR Airport to meetings in New York. | |
| 4/30/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 79.28 |
| | | Car service from CLE Airport to home. | |
| 4/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 47.84 |
| | | Taxi from LGA Airport to Hotel. | |
| 4/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 16.64 |
| | | Taxi from dinner to hotel. | |
| 4/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 18.59 |
| | | Taxi from Proskauer offices to hotel. | |

**Energy Future Holdings Corp:   April 1 – April 30, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 4/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 17.25 |
| | | Taxi from hotel to Proskauer offices. | |
| 4/9/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 55.00 |
| | | Taxi from Proskauer offices to Airport. | |
| 4/9/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 104.00 |
| | | Parking at ATL Airport. | |
| 4/30/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | Parking at ATL Airport. | |
| 4/30/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 64.14 |
| | | Taxi from LGA Airport to meetings in New York. | |
| 4/30/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 49.84 |
| | | Taxi from meetings in NYC to LGA airport. | |
| | | **Total Ground Transportation:** | **$ 1,196.69** |
| 4/7/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 324.40 |
| | | Room rate and taxes - 1 night in New York. | |
| 4/8/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 324.40 |
| | | Room rate and taxes - 1 night in New York. | |
| 4/9/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 991.54 |
| | | Room rate and taxes - 2 nights in New York. | |
| 4/30/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 171.35 |
| | | Room rate and taxes - 1 night for early 6AM departure flight. | |
| | | **Total Hotel and Lodging:** | **$ 1,811.69** |
| 4/7/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   M. Cumbee | |
| 4/8/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 6.81 |
| | | Attendee:   M. Cumbee | |
| 4/8/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 27.60 |
| | | Attendee:   N. Luria | |
| 4/7/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz | |
| 4/7/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 36.57 |
| | | Attendee:   R. Nowitz | |
| 4/8/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendees:   R. Nowitz | |
| 4/8/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 6.48 |
| | | Attendee:   R. Nowitz | |
| 4/9/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.23 |
| | | Attendee:   R. Nowitz | |
| 4/9/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 37.57 |
| | | Attendee:   R. Nowitz | |
| 4/30/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.87 |
| | | Attendee:   R. Nowitz | |
| | | **Total Out of Town Meals:** | **$ 258.13** |
| 4/7/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 4/9/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |

**Energy Future Holdings Corp: April 1 – April 30, 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 4/30/2015 | Nowitz, Raoul | From airport to home.<br>MILES - USA - Mileage | $ 17.36 |
| 4/30/2015 | Nowitz, Raoul | From home to airport.<br>MILES - USA - Mileage | $ 17.36 |
| | | From airport to home. | |
| | | Total USA - Mileage: | $ 69.44 |
| | | | $ 8,277.30 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719