## EXHIBIT A

### Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | 2.6 | $1,699.00 |
| CASE ADMINISTRATION/GENERAL MATTERS | 1.2 | $198.00 |
| COMMUNICATIONS WITH PROFESSIONALS | 0.2 | $67.00 |
| FEE APPLICATIONS – OTHERS | 1.7 | $471.50 |
| FEE APPLICATIONS – S&L | 8.9 | $3,796.50 |
| HEARINGS | 2.2 | $1,421.00 |
| PLEADINGS, MOTIONS & BRIEFS | 2.0 | $994.00 |
| **TOTAL** | **18.8** | **$8,647.00** |