**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COMPUTER RESEARCH – PACER | $45.40 |
| COURT CALL APPEARANCES | $74.00 |
| DOCUMENT REPRODUCTION | $22.30 |
| TELEPHONE CHARGES | $17.53 |
| **TOTAL** | **$159.23** |

SL1 1373077v1 109285.00006