## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 5/4/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/5/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/8/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/8/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/1/15 | COMPUTER RESEARCH – PACER | $45.40 |
| 109285-00002 | 5/11/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/13/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/13/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/13/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 5/13/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/13/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 5/14/15 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00002 | 5/14/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 5/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/14/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 5/14/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 5/15/15 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00002 | 5/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/14/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/14/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 5/14/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 5/15/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 5/20/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 5/20/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.20 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 5/21/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00002 | 5/21/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 5/22/15 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00002 | 5/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/22/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/22/15 | DOCUMENT REPRODUCTION | $0.10 |

SL1 1373077v1 109285.00006

3

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 5/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/13/15 | COURTCALL APPEARANCE - JHH | $44.00 |
| 109285-00002 | 5/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/28/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/27/15 | TELEPHONE CHARGES - 2 | $0.70 |
| 109285-00002 | 5/27/15 | TELEPHONE CHARGES - 2 | $0.60 |
| 109285-00002 | 5/29/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/29/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/29/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/29/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/28/15 | COURTCALL APPEARANCE - JHH | $30.00 |
| 109285-00006 | 5/8/15 | TELEPHONE CHARGES | $2.36 |
| 109285-00006 | 5/14/15 | TELEPHONE CHARGES | $13.87 |
| | | **TOTAL** | **$159.23** |

SL1 1373077v1 109285.00006