IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF DEBTORS' SIXTEENTH OMNIBUS
(NON-SUBSTANTIVE) OBJECTION TO (INSUFFICIENT
DOCUMENTATION, AMENDED, AND WRONG DEBTOR) CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

TO: CONSOLIDATED COMMUNICATIONS INC.
121 S 17TH ST
MATTOON, IL 61938-3915

**Claim Number**
1979

**Basis For Objection:** Wrong Debtor Claim

**Reason for Modification:**
Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**Asserted Debtor / Classification / Amount**
Energy Future Holdings Corp. - Unsecured - $9,553.31

**Modified Debtor / Classification / Amount**
EFH Corporate Services Company - Unsecured - $9,553.31

On June 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection") a copy of which is attached hereto.

By the Objection, the Debtors seek to modify the claim(s) listed as "Claim(s) to be Modified" for the reason stated above and as further described in the Objection.

Responses to the Objection, if any, must be in writing and filed on or before **June 30, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

Name of Debtor: **EFH CORPORATE SERVICES COMPANY**   Case Number: **14-10996**

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Consolidated Communications**

Name and address where notices should be sent:
**Consolidated Communications
121 South 17th Street
Mattoon IL 61938**

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ **9,553.31**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** **PHONE**
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $ **9,553.31**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: **6-23-2015**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**Lilie Bragg, Office Specialist, LILIE BRAGG**

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10)

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



P.O. Box 1568 Conroe, TX 77305-1568

**Address Service Requested**

See reverse side for alternate payment options

&lt;B&gt;

EFH CORPORATE SERVICES COMPANY
C/O TANGOE, INC
PO BOX 5691
PARSIPPANY NJ 07054-6691

**Remittance Information**

| | |
|---|---|
| Account Number: | 000-001-0526/0 |
| Billing Date | 06/06/14 |
| Due Date: | 06/30/14 |
| Amount Due: | $        12,460.84 |
| Total Amount Enclosed: | $ _____ |

**Make checks payable to CCI.**

CONSOLIDATED COMMUNICATIONS
PO BOX 66523
SAINT LOUIS MO  63166-6523

0100000000105260420140606000124608441

*Please detach and return above portion with your payment.*

### Invoice Information

| | |
|---|---|
| Account Number: | 000-001-0526/0 |
| | 0815 |
| Billing Date: | 06/06/14 |
| Due Date: | 06/30/14 |
| **Amount Due:** | $   12,460.84 |

### Account Summary

**Past Charges and Credits**

| | | | |
|---|---|---|---|
| Previous Bill | | $ | 25,544.72 |
| Payment Received | 06/03/14 | | -15,991.41 |
| Adjustments | | | (-9,553.31)  *BanKruptcy* |
| **Balance Before New Charges** | | $ | 0.00 |

**New Consolidated Charges**

| | | |
|---|---|---|
| Monthly Charges | $ | 11,620.00 |
| Taxes and Fees | | 840.84 |
| **Total New Consolidated Charges** | $ | 12,460.84 |
| **Total Amount Due** | $ | 12,460.84 |

**Consumer Information Summary**
[1] Prevent Disconnect   [2] LD Provider Change
For more information, please see page 2.

To avoid a 5.00% late payment charge, payment must be received by June 30, 2014. Please allow four days if paying by mail.
For phone payment, call 1-866-240-8889.

For Online payments **www.consolidated.com**



For questions contact:
Customer Service                     800-500-9000
¿Preguntas? Llame a:              800-500-9000
Repair Service                          888-800-1611
Buried Cable Information         800-344-8377
Technical Support                     800-480-0080

Page 1

TCL85S34

To pay your bill visit us at www.consolidated.com or contact us at 1-866-240-8889.



Account: 000-001-0526/0
Billing Date: 06/06/14

**Consumer Information**

[1] **To Prevent Disconnect:**
Non-payment of Monthly Recurring charges for basic service will result in loss of services. The total amount due must be paid in full by the due date to avoid collection activity, which may include loss of service, restriction of services, or referral of the account to a Collection Agency.

Questions? Your Consolidated Communications Telephone directory can help. The section titled "Your Rights as a Customer" will answer most service questions. Look and see!



Account: 000-001-0526/0
Billing Date: 06/06/14

## Monthly Charges

| Recurring Charges | 06/06/14 - 07/05/14 | | |
|---|---|---|---|
| Qty. | Description | | Amount |
| 1 | Co-Location Rental | $ | 1,428.00 |
| 1 | Facility Fiber Agreement | | 10,192.00 |
| | **Total Recurring Charges** | $ | **11,620.00** |

**Taxes and Fees**

| Description | | Amount |
|---|---|---|
| TX Sales Tax | $ | 637.00 |
| TX ANGELINA County Sales Tax | | 50.96 |
| TX LUFKIN City Sales Tax | | 152.88 |
| **Total Taxes and Fees** | $ | **840.84** |

| | | |
|---|---|---|
| **Total Monthly Charges** | $ | **12,460.84** |



**Advanced Network Services Invoice Detail**

Account: 000-001-0526/0
Billing Date: 06/06/14

### DLLSTX920067WACOTXEY0001/DLLSTX920068WACOTXEY0002

Monthly Charges    06/06/14 - 07/05/14

| Qty | Description | | Amount |
|---|---|---|---|
| 1 | Facility Fiber Agreement | $ | 10,192.00 |
| | **Total Monthly Charges** | **$** | **10,192.00** |
| | **Circuit Sub-Total** | **$** | **10,192.00** |

### HILLSBORO REGEN POP COLO

Monthly Charges    06/06/14 - 07/05/14

| Qty | Description | | Amount |
|---|---|---|---|
| 1 | Co-Location Rental | $ | 1,428.00 |
| | **Total Monthly Charges** | **$** | **1,428.00** |
| | **Circuit Sub-Total** | **$** | **1,428.00** |

**Total Advanced Network Services**    $    **11,620.00**



**Executive Summary**

Account: 000-001-0526/0
Billing Date: 06/06/14

### Advanced Network Service Summary

| Circuit ID | Monthly Charges | Nonrecurring and Prorated Charges | Gross Charges |
|---|---|---|---|
| DLLSTX920067WACOTXEY0001/DLLSTX920068WAC | $ 10,192.00 | $ 0.00 | $ 10,192.00 |
| HILLSBORO REGEN POP COLO | 1,428.00 | 0.00 | 1,428.00 |
| **Total** | **$ 11,620.00** | **$ 0.00** | **$ 11,620.00** |

Para revisar esta información en Español, por favor póngase en contacto con Servicios al Cliente. Clientes residenciales deben llamar al 1.866.989.2255. Clientes comerciales deben llamar al 1.800.500.9000.