June 21, 2015

To the Honorable Judge Christopher S. Sontchi

U.S. Bankruptcy Court

District of Delaware

824 N. Market St.

5th Floor Courtroom #6

Claim #22

Wilmington, Delaware 19801

Re: Bankruptcy Of Energy Future Holdings Corporation.,etal

Case # 14-10979 (CSS) Jointly Administered

Debtors seventeenth Omnibus

Your Honor,

My name is Glenda Carol Phillips Lee, heir and fourth child of Roy J, Phillips. I am the sister of Donna Jean Phillips. I have an interest in the claim #2226 Vinson Moore Survey A-15, Abstract 15 Volume 515, page 589 of Smith County, Texas (9.2 acres).

This was allotted to J.W. Phillips Jr. father of Roy J. Phillips in 1945.

I have an interest in the mineral rights on the above mentioned land survey that was divided.

As the sister of Donna Phillips, claim #2226, we do not want our names expunged from this claim and we have an interest in ANY revenue past or present that has been generated by Energy Holding, TXU, Atmos Energy, Luminent or any other companies associated for any reasons.

We wish for our names to be retained on the record and not Expunged.

Sincerely,

*Glenda Carol Phillips Lee*

Glenda Carol Phillips Lee

827 Lindo Dr.

Mesquite, Texas 75149

21-649-4867

nanmom1@gmail.com