United States Bankrupcy Court
For The District of Delaware

To The Honorable Christopher S. Sontchi in the United States Bankrupcy Court For the District of Delaware, 824 North Market Street, 5th Floor Courtroom No. 6, Wilmington, Delaware 19801.

In reference to Chapter 11 Case No. 14-10979 (CSS) of Energy Future Holdings Corp., et al., Debtors.

I am Donna Phillips
5041 Kiameska Way
Mesquite, Texas 75150-1001

I filed a claim # 2226 against Energy Future Holdings and I sent them documentation proof of my claim which I am enclosing again in this reponse to their objection. I strongly respond to any possibility of my claim being expunged and do not wish for my claim to be expunged

but rather that I named. I have a rightful claim to any portion of revenue paid to Energy Future Holdings or any company which includes the mineral rights that are involved in my claim and are my property that I have vested and documented claim to my portion.

My documentation which has been sent to Energy Future Holdings or is available to their attorneys is

Vincent Moore Survey
Abstract - 15
Smith County
9.2 acres Volume 515
Page 589
1945 J.W. Phillips and others

Again I request that my name not be expunged on this rightful claim # 2226.

Thankyou,

Donna Phillips
5041 Kiomeska Way
Mesquite, Tex 75150

phone #
972 681-5468