THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Hearing Date: July 16, 2015 at 9:30 a.m. (ET)**<br>**Objections Due: July 2, 2015 by 4:00 p.m.(ET)**<br>**Relates to Docket No. 4792** |

**NOTICE OF FILING REVISED PROPOSED FORM OF ORDER APPROVING THE EMPLOYMENT OF JENNER & BLOCK LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(a) AND 1107(b) OF THE BANKRUPTCY CODE, EFFECTIVE *NUNC PRO TUNC* TO MAY 18, 2015**

PLEASE TAKE NOTICE, that on June 17, 2015, Debtor Energy Future Intermediate Holding Company LLC ("EFIH") filed its *Application for an Order Approving the Employment of Jenner & Block LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to May 18, 2015* [Docket No. 4792] (the "**Application**") which included a proposed form of order.

PLEASE TAKE NOTICE FURTHER that, attached to this notice as Exhibit A is a revised proposed form order approving the Application, reflecting certain changes requested by the Office of the United States Trustee.

Dated: June 30, 2015

STEVENS & LEE, P.C.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Camille C. Bent (*admitted pro hac vice*)
1105 North Market Street, Suite 700
Wilmington, DE 19801
Tel:   (302) 425-3310
Fax:   (610) 371-7927
Email: jhh@stevenslee.com
       ccb@stevenslee.com

SL1 1373756v1 109285.00001

          and

Richard Levin, Esquire
JENNER & BLOCK
919 Third Avenue
New York, NY 10022-3908
Tel:    (212) 891-1601
Fax:    (212) 891-1699
Email: rlevin@jenner.com

          and

Michael A. Paskin, Esquire
Trevor M. Broad, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel:    (212) 474-1760
Fax:    (212) 474-3700
Email: mpaskin@cravath.com
       tbroad@cravath.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*