**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Objection Deadline: July 21, 2015 at 4:00 p.m.** |

**THIRD INTERIM FEE APPLICATION OF KPMG LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS BANKRUPTCY ACCOUNTING AND TAX ADVISORS
TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM JANUARY 1, 2015 THROUGH APRIL 30, 2015**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2014 *Nunc Pro Tunc* to April 29, 2014 |
| Period for which compensation and reimbursement is sought: | January 1, 2015 through April  30, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $    2,336,145.97 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    102,769.68 |

This is a: _____ Monthly _____X_____ Interim _____ Final Application

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| Prior Applications | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **Requested** | | | **Payments** | | |
| **Docket No.** | **Interim Period** | **Requested Fees** | **Requested Expenses** | **Total Requested** | **Fees Paid to Date** | **Expenses Paid to Date** | **Outstanding** |
| 2806 | 1st | $1,248,506.95 | $ 91,466.65 | $ 1,339,973.60 | $ 1,227,908.60[2] | $ 91,466.65 | $        - |
| 3877 | 2nd | $2,563,940.10 | $190,576.19 | $ 2,438,915.65 | $ 2,051,152.08 | $102,769.68 | $488,876.77[3] |
| | **Total** | **$3,812,447.05** | **$282,042.84** | **$ 4,094,489.89** | **$3,279,060.68** | **$282,042.84** | **$488,876.77** |

[2] Reduced by agreed upon reduction of $20,598.35
[3] Reduced by agreed upon reduction of $23,911.25

## ATTACHMENT B
## TO FEE APPLICATION

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Thompson, Chuck | Principal - Tax | 4.7 | $ 720 | $ 3,384.00 |
| Burdett, Brian R | Principal - Tax | 64.6 | $ 682 | $ 44,057.20 |
| Crockett, Clifford M | Partner - Tax | 2.0 | $ 575 | $ 1,150.00 |
| Bradford, Steven | Principal - Advisory | 4.5 | $ 325 | $ 1,462.50 |
| Luecht, Julie | Principal - Advisory | 7.5 | $ 325 | $ 2,437.50 |
| Costin, Harry | Managing Director - Tax | 103.5 | $ 680 | $ 70,380.00 |
| Geracimos, John | Managing Director | 25.7 | $ 680 | $ 17,476.00 |
| Garcia, Susan | Managing Director - Advisory | 62.5 | $ 350 | $ 21,875.00 |
| Cargile, David | Managing Director - Advisory | 78.1 | $ 325 | $ 25,382.50 |
| Garcia, Susan | Managing Director - Advisory | 9.1 | $ 325 | $ 2,957.50 |
| Cargile, David | Managing Director - Advisory | 32.9 | $ 305 | $ 10,034.50 |
| Meekins, Lisa | Senior Manager - Tax | 20.0 | $ 680 | $ 13,600.00 |
| Fritzsche, Josh | Senior Manager - Tax | 48.9 | $ 625 | $ 30,562.50 |
| Panneck, Christopher | Director - Advisory | 8.2 | $ 340 | $ 2,788.00 |
| Potter, Maria | Director - Advisory | 167.6 | $ 340 | $ 56,984.00 |
| Seeman, Nick | Director - Advisory | 106.3 | $ 305 | $ 32,421.50 |
| Amadei, Michael D | Director - Advisory | 17.8 | $ 290 | $ 5,162.00 |
| Kowalski, John | Director - Advisory | 1.6 | $ 290 | $ 464.00 |
| Seeman, Nick | Director - Advisory | 80.5 | $ 290 | $ 23,345.00 |
| Gram, Mark | Director - Advisory | 129.0 | $ 280 | $ 36,120.00 |
| Plangman, Monica | Associate Director - Bankruptcy | 65.3 | $ 325 | $ 21,222.50 |
| Johnston, Reid | Manager - Tax | 46.5 | $ 560 | $ 26,040.00 |
| Laukhuff, Brittny | Manager - Tax | 161.0 | $ 560 | $ 90,160.00 |
| Lavinthal, Jared | Manager - Tax | 139.1 | $ 560 | $ 77,896.00 |
| Fulmer, Brandon T | Manager - Tax | 60.6 | $ 437 | $ 26,482.20 |
| Brakewood, Marcus | Manager - Advisory | 25.0 | $ 300 | $ 7,500.00 |
| Epelbaum, Leonard | Manager - Advisory | 310.0 | $ 300 | $ 93,000.00 |
| Campbell, Celeste | Manager - Bankruptcy | 305.6 | $ 298 | $ 91,068.80 |
| Davidson, Heather | Manager - Advisory | 207.4 | $ 275 | $ 57,035.00 |
| Bailey, Lynn E | Manager - Advisory | 7.0 | $ 250 | $ 1,750.00 |
| Myrick, Cristina | Manager - Advisory | 135.9 | $ 250 | $ 33,975.00 |
| Lassetter, Hunter | Manager - Advisory | 124.8 | $ 240 | $ 29,952.00 |
| Myrick, Cristina | Manager - Advisory | 309.6 | $ 175 | $ 54,180.00 |

*(table continued on next page)*

**ATTACHMENT B TO FEE APPLICATION, continued**

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| DiLeo, Annamarie | Senior Associate - Tax | 37.7 | $ 420 | $ 15,834.00 |
| Heddesheimer, Christina | Senior Associate - Tax | 2.5 | $ 420 | $ 1,050.00 |
| Johnson, Audra | Senior Associate - Tax | 28.7 | $ 420 | $ 12,054.00 |
| Payne, Lani | Senior Associate - Tax | 190.4 | $ 420 | $ 79,968.00 |
| Prywes, Joshua | Senior Associate - Tax | 319.3 | $ 420 | $ 134,106.00 |
| Wigmore, Andrew | Senior Associate - Tax | 21.5 | $ 420 | $ 9,030.00 |
| Jumonville, Brandon | Senior Associate - Tax | 4.9 | $ 350 | $ 1,715.00 |
| Karcasinas, Theodore J | Senior Associate - Tax | 66.0 | $ 350 | $ 23,100.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | 257.5 | $ 228 | $ 58,710.00 |
| Jeffcott, David | Senior Associate - Advisory | 192.0 | $ 220 | $ 42,240.00 |
| Lange, Jolandi de | Senior Associate - Advisory | 240.0 | $ 220 | $ 52,800.00 |
| Mehta, Anish | Senior Associate - Advisory | 196.0 | $ 220 | $ 43,120.00 |
| Dabral, Pulkit | Senior Associate - Advisory | 35.4 | $ 190 | $ 6,726.00 |
| Ferguson, James | Senior Associate - Advisory | 68.7 | $ 190 | $ 13,053.00 |
| Gay, Devin | Senior Associate - Advisory | 0.5 | $ 190 | $ 95.00 |
| Isakulov, Shokhrukh | Senior Associate - Advisory | 344.1 | $ 190 | $ 65,379.00 |
| Zanini, Joseph | Senior Associate - Advisory | 275.7 | $ 190 | $ 52,383.00 |
| Dabral, Pulkit | Senior Associate - Advisory | 273.1 | $ 175 | $ 47,792.50 |
| Kimball, Doug | Senior Associate - Advisory | 66.3 | $ 175 | $ 11,602.50 |
| Figari, Giorgio Massari | Associate - Tax | 3.0 | $ 560 | $ 1,680.00 |
| Bull, Lydia | Associate - Tax | 107.0 | $ 260 | $ 27,820.00 |
| Fleming, Clovis | Associate - Tax | 27.2 | $ 260 | $ 7,072.00 |
| Granci, Elizabeth | Associate - Tax | 88.0 | $ 260 | $ 22,880.00 |
| Passmore, Jesse | Associate - Tax | 7.5 | $ 260 | $ 1,950.00 |
| Sirotkin, Jesse | Associate - Tax | 2.6 | $ 260 | $ 676.00 |
| Solomatova, Sasha | Associate - Tax | 0.5 | $ 260 | $ 130.00 |
| Huang, Hayley | Associate - Tax | 16.5 | $ 241 | $ 3,976.50 |
| Jones, Virginia | Associate - Tax | 229.2 | $ 241 | $ 55,237.20 |
| Martinez, Crystal F | Associate - Tax | 9.3 | $ 241 | $ 2,241.30 |
| Rodriguez, Mark | Associate - Tax | 3.9 | $ 241 | $ 939.90 |
| Garza, Juanita | Associate - Bankruptcy | 20.4 | $ 193 | $ 3,937.20 |
| Kuhner, Tara | Associate - Advisory | 13.5 | $ 185 | $ 2,497.50 |
| Barone, Anthony | Associate - Advisory | 28.6 | $ 175 | $ 5,005.00 |
| Cobb, Caitlin L | Associate - Tax | 155.1 | $ 175 | $ 27,142.50 |
| Milner, Aaron | Associate - Advisory | 516.6 | $ 175 | $ 90,405.00 |
| Nebel, Bob | Associate - Advisory | 0.9 | $ 175 | $ 157.50 |

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Rangwala, Hussain | Associate - Advisory | 360.4 | $ 175 | $ 63,070.00 |
| Smith, Bridgette | Associate - Advisory | 25.3 | $ 175 | $ 4,427.50 |
| Whipple, Robert | Associate - Advisory | 11.1 | $ 175 | $ 1,942.50 |
| Zhu, Anna | Associate - Advisory | 33.5 | $ 175 | $ 5,862.50 |
| Douthey, Amy | Associate - Advisory | 578.0 | $ 125 | $ 72,250.00 |
| Lariscy, Matthew R. | Associate - Advisory | 60.5 | $ 125 | $ 7,562.50 |
| Milner, Aaron | Associate - Advisory | 58.3 | $ 125 | $ 7,287.50 |
| Nebel, Bob | Associate - Advisory | 147.7 | $ 125 | $ 18,462.50 |
| Rangwala, Hussain | Associate - Advisory | 277.8 | $ 125 | $ 34,725.00 |
| Shah, Meghna | Associate - Advisory | 63.9 | $ 125 | $ 7,987.50 |
| Waggoner, Holly | Associate - Advisory | 305.8 | $ 125 | $ 38,225.00 |
| Hawks, Nathan | Paraprofessional - Tax | 1.2 | $ 140 | $ 168.00 |
| Braun, Nancy | Contractor - Apptio SME* | 143.2 | $ 185 | $ 26,492.00 |
| Serber, Mike | Contractor - Data Architect* | 721.7 | $ 150 | $ 108,255.00 |
| Hayes, Chris | Contractor - Data SME* | 1.1 | $ 110 | $ 121.00 |
| Adedeji, Peju | Contractor* | 272.8 | $ 104 | $ 28,371.20 |
| **Total Hours and Subtotal of Fees** | | **9,785.2** | | **$ 2,362,020.50** |
| Less Voluntary Reduction associated with Fee Statement and Fee Preparation | | | | $ (25,874.53) |
| **Total Fees** | | | | **$ 2,336,145.97** |

\*    Contractors passed through at cost to KPMG.

## COMPENSATION BY PROJECT CATEGORY

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services | 943.3 | $ 117,972.50 |
| 3 | Sales and Use Tax Examination Consulting Services | 23.0 | $ 5,837.00 |
| 8 | 2013 Tax Return Review | 2.0 | $ 1,150.00 |
| 9 | Loan Staff Services | 155.1 | $ 27,142.50 |
| 12 | SOX Phase II - On-Going Controls | 1,424.9 | $ 241,258.20 |
| 13 | CAO Financial Reporting Support | 628.4 | $ 138,279.20 |
| 15 | SOX II - SDLC (Software Development Life Cycle) Services | 111.2 | $ 18,365.50 |
| 16 | SOX Phase II - IAM Controls | 313.9 | $ 62,949.50 |
| 18 | Phase II IT Costing Apptio Service Catalog | 1,470.8 | $ 321,762.50 |
| 20 | FY14 USIT Consulting[4] | 482.1 | $ 182,642.80 |
| 21 | Transaction Cost Analysis[4] | 1,336.4 | $ 613,186.00 |
| 22 | Claims Reconciliation | 515.4 | $ 90,195.00 |
| 23 | Enterprise Architecture Strategy Foundation - Phase II (EA Staff Augmentation) | 216.5 | $ 59,992.50 |
| 24 | Risk Management Gap Assessment | 265.8 | $ 69,972.00 |
| 25 | SOX Optimization | 1,248.0 | $ 236,496.00 |
| 35 | Fee Statement and Fee Application Preparation | 627.5 | $ 168,032.20 |
| 36 | Retention Services | 20.9 | $ 6,787.10 |
| **Total Hours and Subtotal of Fees** | | **9,785.2** | **$ 2,362,020.50** |
| Less Voluntary Reduction associated with Fee Statement and Fee Preparation | | | $ (25,874.53) |
| **Total Fees** | | | **$ 2,336,145.97[5]** |

[4] Includes fees from December not previously requested as approval for supplemental retention related to these services was not received until the 3rd Interim Period.
[5] KPMG bills for services, per the Retention Application dated May 29, 2014, at discounted billing rates as specified in the Retention Application. During the third interim compensation period, KPMG's standard rates for services rendered totaled $4,584,495.50  KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $2,385,714.20  thus benefitting the Chapter 11 estate by same amount.

## EXPENSE SUMMARY

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 33,703.79 |
| Lodging | N/A | $ | 44,066.74 |
| Travel Meals | N/A | $ | 9,811.61 |
| Ground Transportation | N/A | $ | 15,137.59 |
| Miscellaneous | N/A | $ | 49.95 |
| **Total** | | **$** | **102,769.68** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Objection Deadline: July 21, 2015 at 4:00 p.m.** |

### THIRD INTERIM FEE APPLICATION OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY ACCOUNTING AND TAX ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM <u>JANUARY 1, 2015 THROUGH APRIL 30, 2015</u>

KPMG LLP, ("<u>KPMG</u>") as Bankruptcy Accounting and Tax Advisors to the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), files this Third Interim Fee Application (the "<u>Application</u>"), pursuant to section 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of  Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"). By this Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from January 1, 2015 through and including April 30, 2015 (the "<u>Compensation Period</u>"), in the amount of  $2,438,915.65 and respectfully represents:

**Background**

1.      On April 29, 2014 (the "Petition Date"), each of the Debtors filed a
voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The
Debtors are operating their businesses and managing their properties as debtors in
possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Court
has entered a final order for joint administration of these chapter 11 cases.  The Court
has not appointed a trustee.

2.      The Office of the United States Trustee for the District of Delaware (the
"U.S. Trustee") formed an official committee of unsecured creditors in these chapter 11
cases on May 13, 2014 [D.I. 420].  Further information regarding the Debtors' business
operations and capital structure is set forth in the Declaration of Paul Keglevic,
Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer
of Energy Future Holdings Corp., et al., in Support of First Day Motions [D.I. 98].

3.      The Debtors filed an Application To Retain and Employ KPMG as
Bankruptcy Accounting and Tax Advisor on May 29, 2014 (the "Retention
Application") [D.I. 652], all as more fully set forth in the Application, the Bibby
Declaration, the Supplement to the Application of Energy Future Holdings Corp, et al.,
[D.I. 1968] (the "Application Supplement"), the Supplemental Declaration of Thomas
D. Bibby in Support of the Application of Energy Future Holdings Corp., et al., for
Entry of an Order Authorizing the Debtors To Retain and Employ KPMG LLP as
Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date
[D.I.1969] (the "Bibby Application Supplement Declaration"), and the Second
Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy

Future Holdings Corp. et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2038] (the "Supplemental Bibby Declaration").

4.      By this Court's Order, dated September 16, 2014 [D.I. 2054] (the "Retention Order"), the Debtors were authorized to retain and employ KPMG LLP as Bankruptcy Accounting and Tax Advisors *Nunc Pro Tunc* to the Petition Date.  The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

5.      Furthermore, by this Court's Order, dated December 17, 2014 [D.I. 3048] (the "Order"), the Debtors and Debtors in Possession were authorized to expand KPMG LLP's services as Bankruptcy Accounting and Tax Advisors *Nunc Pro Tunc* to August 1, 2014.

6.      As noted in the Retention Order, KPMG received retainer amounts for services earned pre-petition.  KPMG applied a portion of the remaining retainer amount to satisfy payments of the pre-petition fees and expenses.    Per the Retention Order and as disclosed in subsequent filings, KPMG has applied the remaining retainer balance to post petition fees and expenses.

7.      On February 4, 2015, the Debtors filed the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Establish Procedures to Submit Additional Agreements That Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting,

Tax, and IT Advisors [D.I. 3442] (the "Retention Protocol Motion"). Pursuant to the Retention Protocol Motion, the Debtors sought entry of an order establishing procedures to submit additional agreements and statements of work (the "Additional Agreements") that expand the scope of the retention and employment of KPMG as bankruptcy accounting, tax, and information technology advisors to the KPMG Debtors.

8.     On February 24, 2015, the Court entered the Retention Protocol Order. The Retention Protocol Order provides that, to the extent the KPMG Debtors and KPMG enter into any Additional Agreements, the Debtors shall file a Notice (attaching such Additional Agreements) with the Court and serve the Notice upon the Notice Parties. The KPMG Debtors have entered into Additional Agreements with KPMG pursuant to the terms of the Retention Protocol Order. See D.I. 3801, 4019 and 4646.

## Jurisdiction

9.     The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

10.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

11.     The statutory bases for the relief requested herein are sections 327(a), 328, and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rules 2014-1 and 2016-2.

**Summary of Application**

12.     During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person.  By this Application, KPMG requests allowance of interim compensation of professional fees totaling $2,336,145.97 and reimbursement of necessary and actual out-of-pocket expenses in the amount of $102,769.68.

**Summary of Services Rendered During the Compensation Period**

13.     This Application is KPMG's Third Interim Fee Application for compensation and expense reimbursement filed in these chapter 11 cases, as referenced in Attachment B.  During the Compensation Period, KPMG provided significant professional services to the Debtors in their efforts to navigate their business through the chapter11 process.

14.     Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors during the Compensation Period

**Voucher Analysis Services**
- KPMG assisted EFH with analysis of accounts payable vouchers to determine their appropriate handling under bankruptcy law utilizing date and vendor classification. The team reviewed invoices from vendors to determine whether work and materials were received before, during or after the bankruptcy filing date and other relevant bankruptcy windows and classified (held from or released for payment) according to findings.  The team also assisted EFH with researching specific topics, vendors or sets of invoices, and internal audit processes under the request of EFH management on an as needed basis.

**Sales and Use Tax Consulting Services**

- Provided continuing assistance to the Debtors in their dealings with the Texas Comptroller's Office examination team as they relate to the ongoing sales and use tax audits, meeting with the EFH tax team as appropriate.

**2013 Tax Return Review**

- KPMG continued a high-level review of transactional data contained in the Debtors' consolidated 2013 Form 10-Ks and compared with draft tax elections, statements and disclosures prepared by the Debtors and included in the 2013 tax return.

**Loan Staff Services**

- During this period, KPMG assisted the Debtor with various property tax matters. These matters included the issuance of delinquent account payments, the tracking and processing of property tax refunds, the preparation of internal documents related to property tax delinquencies, updating EFH's property tax database for modified account details, and the submission of property tax payment requests. These tasks were all performed under the direction of the EFH property tax personnel. Each of the tasks performed were done so in a manner determined solely by EFH as a supplement to fulfilling their daily property tax needs.

**SOX Phase II - On-Going Controls Services**

- During this period, KPMG continued our assistance to the IT Compliance department by performing ongoing control documentation updates, control performance monitoring, control owner support and training, and communication with business personnel, IT management, internal audit, and external audit related to SOX compliance efforts across the IT organization.

**CAO Financial Reporting Support Services**

- KPMG continued to assist EFH Corporate Accounting with special projects and other financial reporting needs for current operational processes and functions. Identified process improvements and efficiencies which were communicated to EFH Management to improve day to day accounting functions. Developed Claims Reconciliation Walk-Forward Tool, which provided Corporate Accounting with the ability to present up-to-date Claims information in multiple user friendly views. The Team also assisted EFH with researching specific topics, new accounting guidance, vendors, sets of invoices or documents, and internal audit processes under the request of EFH management on an as needed basis.

**SOX II - SDLC (Software Development Life Cycle) Services**

- During this period, KPMG continued our assistance to the IT Compliance department and IT PMO by finalizing control updates and communication with

business personnel, IT management, internal audit, and external audit related to implementation efforts associated with new applications and technology tools impacted by SOX requirements.

## SOX Phase II - IAM Controls Services

- During this period, KPMG assisted the Identity Management implementation project team by providing insights and feedback to documentation and control requirements, review of implementation plans, and communication with impacted business user teams regarding requirements, testing, and ongoing ownership of compliance activities to be performed in the newly implemented tools.

## Phase II IT Costing Apptio Service Catalog

- During this period:
  - KPMG updated the cost and budget models based on the approved Requirements Traceability Matrix and Technical Design Document.
  - Supported EFH through model testing and user acceptance testing.
  - Provided break fix and root cause analysis for testing bugs identified.
  - Provided Apptio knowledge transfer throughout the project.
  - Assisted with the Infrastructure Management requirements and design sessions including documentation and updates to the recently tested cost model.

## FY14 USIT Consulting

- Researched and provided guidance on approximately 60 unique tax issues as requested by the EFH tax team.

## Transaction Cost Analysis

- KPMG provided services with respect to the 2014 transaction costs relating to the bankruptcy.  In connection with such services, KPMG analyzed the invoices provided by the client along with corresponding fee applications pertaining to various service providers in order to ascertain the tax treatment of such costs.  In addition, as necessary KPMG held discussions with the Company and their services providers to understand the nature of the services provided in order to properly categorize the costs incurred by the Company.

## Claims Reconciliation

- KPMG assisted with the reconciliation of claims to pre-bankruptcy dollars filed in court and owed to vendors from EFH.  With over 1500 claims filed worth $188 million dollars, KPMG's performs reconciliations with respect to two separate tiers of analysis as a final review:  Claims totaling over $1 million dollars and those over $100k with a material component are automatically selected for review.  Each claim is generally the same format with the same type of analysis, the primary difference being the vendor, the size of the claim and whether or not it pertains to services or

materials.  To date, KPMG has performed analysis over 532 claims worth $113 million dollars.

**Enterprise Architecture Strategy Foundation II** *(EA Staff Augmentation)*

- KPMG was contracted to support the planning, analysis and design of the Enterprise Architecture & Innovation (EA & I) target state operating model, functional organization design, and roadmap / transition plan for the new model by providing a Resource to be directed by the EA & I team serving in a staff augmentation role. All management and responsibility for deliverables were directed by the IT Governance & Strategy team.

**SOX Optimization**

- During this period, KPMG continued our assistance to the IT Compliance department by supporting IT Compliance governance transformation efforts, identifying control automation opportunities, and assisting in ongoing control performance monitoring, control owner support and training, and communication with business personnel, IT management, and internal audit related to SOX compliance efforts across the IT organization.

**Risk Management Gap Assessment**

- KPMG performed trading and risk management process and controls gap assessment activities for EFH during this period. Services performed included :   review of Risk Management Program documents provided by EFH; interviewing agreed-upon stakeholders to supplement KPMG's understanding of EFH's Risk Management Program, identification of gaps in EFH's Risk Management Program against current industry practices; analysis of EFH's existing controls to identify where such controls infrastructure could potentially fail, aligned EFH process and controls inventory with Allegro capabilities; documented and categorized findings; and developed a high-level gap assessment remediation roadmap.

- KPMG conducted the engagement within the context of EFH's pending Allegro ETRM system implementation and EFH's stated Risk Management Program objectives relative to risk management frameworks observed in industry. In addition to considering industry-observed controls which an outside observer would expect at an organization similar to EFH, KPMG also considered the control infrastructure's ability to sustain increased deal flow and react to potential future control breaches. As such, equal emphasis was placed on comparing EFH's control framework to observed industry practices and conducting scenario analysis to determine where existing controls might fail to provide effective and efficient support in the future.

**Fee Statement and Fee Application Preparation**

- The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in these cases have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, prepare detailed and summary schedules of fees and expenses incurred, and draft the schedules included in the monthly and interim fee applications. Per the United States Bankruptcy Code Title 11 § 330(a)(6), any compensation awarded for the preparation of a fee application shall be based on the level and skill reasonably required to prepare the application.

**Retention Services**

- Services included researching client bankruptcy with regards to retention; the preparation of KPMG's supplemental declaration; discussions with KPMG's Office of General Counsel; and discussions and correspondence with Debtors' counsel related to supplemental employment applications.

15.     During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $104 to $720 per hour. The rates reflected in this Application represent approximately a 26% to 47% discount from KPMG's standard rates. Of the aggregate time expended, 83.3 hours were expended by partners and principals, 957.0 hours were expended by managing directors, directors and senior managers, 1,832.5 hours were expended by managers, 5,772.4 hours were expended by senior associates and associates, 1.2 hours by paraprofessionals, and 1,138.8 by contractors. KPMG's blended hourly rate for services provided during the Compensation Period is $238.74.

16.     In addition to Attachment B, time detail records are annexed hereto as Exhibits A1 – A36.  KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with

these chapter 11 cases and such records are maintained in the ordinary course of business.

17.    The fees applied for herein are based on the usual and customary fees KPMG charges to advisory clients and are commensurate with the usual and customary rates charged for services performed.

18.    KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

19.    The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of these cases.  In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

20.    During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors.  KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

21.    Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

22.     Attached hereto as Exhibit B, and incorporated herein by reference, is a detailed description of the actual and necessary expenses incurred by KPMG in connection with its employment with the Debtors during the Compensation Period.  As set forth in Exhibit B, KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period in the aggregate amount of $102,769.68.  These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.  Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

*(Remainder of page intentionally blank)*

### Conclusion

WHEREFORE, subject to the terms of the Interim Compensation Order, KPMG respectfully requests that the Court approve the interim compensation of $2,336,145.97 as compensation for professional services rendered during the Compensation Period and reimbursement for actual and necessary expenses totaling $102,769.68 that KPMG incurred in rendering such services.

Dated: June 30, 2015

Respectfully submitted,

Thomas D. Bibby
Partner, KPMG LLP
717 North Harwood Street
Dallas, TX   75201-6585

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE
LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Thomas D. Bibby, being duly sworn, deposes and says:

1.      I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2.      By Order dated September 16, 2014, KPMG was retained as Bankruptcy Accounting and Tax Advisors to the above captioned debtors and debtors in possession (the "Debtors").  I submit this Declaration in conjunction with KPMG's fee application, dated June 30, 2015 (the "Interim Fee Application") for KPMG's third interim fee application for compensation for services rendered and allowance of expenses for the period January 1, 2015 through April 30, 2015.

3.      I am familiar with the work performed on behalf of the Debtors by the professionals of KPMG.

4.      I have reviewed the foregoing Interim Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Bankruptcy Court for the District of Delaware, and submit that the Interim Fee Application substantially complies with such Rule.

5.    KPMG has discussed with the Debtors the fees and expenses in this Interim Fee Application and the Debtors have been given the opportunity to review the Interim Fee Application.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 30th day of June, 2015

Thomas D. Bibby
KPMG LLP