## EXHIBIT 1 to EXHIBIT A

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BRIN, STEPHEN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7744 | Undetermined* | Insufficient Documentation Claim |
| 2 | CABRERA, EDILBERTO<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2473 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | $0.00* | |

* - Indicates claim contains unliquidated and/or undetermined amounts