14-10979 CSS

Ref: Letter of Objection for Letter of Denial / TXU

Jacquelyn A. Myles
8632 Strathmore Dr.
Dallas, TX 75238
(214) 208-5572 Phone #
June 29, 2015

Ref: Energy Future Holdings
Chapter 11

Claim # 9600

2015 JUL -1 AM 8:53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My actual TXU acct. # 900023099191

To Whom It May Concern:

Due to TXU billing me for service @ 8632 Strathmore Drive Dallas, TX 75238 - when there was no one nor any use of electricity on that property @ the time we were being billed!

2.

We have proof of this address being vacant (and no, we didn't have "Squatters" as referred to by someone working for TXU.

We went by daily to get our mail + check the total house.

We maintain 8632 but we've been staying with our son for medical reasons (Stroke, bilateral knee surgeries etc.)

TXU owes us a total of

3.

$3,523.01 for over billing, and we object to their denial.

Any questions etc, you may contact me Jacquelyn Myles at (214) 208-5572

I'd previously sent all of the billing information to this case in regarding the period of vacancy. I'd been with TXU approx. 14 yrs. and only changed companies because of this outrageous billing!

Sincerely, Jackkee B Myles