**Exhibit A**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 12.1 | $6,985.00 |
| 002 | Asset Disposition | 132.9 | $137,395.00 |
| 003 | EFH Business Operations | 2.6 | $2,405.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 4.2 | $4,165.00 |
| 005 | EFH Corporate Governance and Board Matters | 31.4 | $35,625.00 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 320.3 | $213,924.50 |
| 008 | Fee Applications and Objections | 19.4 | $17,229.00 |
| 009 | Financing and Cash Collateral | 13.1 | $14,102.50 |
| 010 | Hearings | 20.4 | $20,243.00 |
| 011 | Intercompany Claims Investigation and Analysis | 80.6 | $77,693.50 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 2.9 | $3,262.50 |
| 014 | Non-Working Travel | 18.0 | $10,125.00 |
| 015 | Plan and Disclosure Statement | 140.7 | $155,825.00 |
| 016 | Tax | 195.6 | $189,895.00 |
| 018 | Valuation | 7.0 | $7,595.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,001.2** | **$896,470.00** |