**Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 18.2 | $23,205.00 |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 33.9 | $29,662.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 104.4 | $101,790.00 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 48.9 | $48,900.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 30.3 | $34,087.50 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 87.5 | $98,437.50 |
|  |  |  |  | $562.50 | 9.0 | $5,062.50[1] |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 3.6 | $3,510.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 45.4 | $40,860.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 51.1 | $65,152.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 151.9 | $170,887.50 |
|  |  |  |  | $562.50 | 9.0 | $5,062.50[1] |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 81.7 | $75,572.50 |
| Michael E. Ellis | Associate | 2007 | Corporate | $800 | 5.0 | $4,000.00 |
| Rochelle H. Emert | Associate | 2014 | Litigation | $465 | 18.1 | $8,416.50 |
| Jacquelyn N. Ferry | Associate | 2012 | Litigation | $660 | 4.2 | $2,772.00 |
| Jinyoung Joo | Associate | 2011 | Corporate | $695 | 6.0 | $4,170.00 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 94.3 | $43,849.50 |
| Joseph P. Malca | Associate | 2013 | Tax | $575 | 28.0 | $16,100.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 97.4 | $77,433.00 |
| Gary Silber | Associate | 2011 | Tax | $695 | 15.5 | $10,772.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 18.6 | $14,229.00 |
| **Total** |  |  |  |  | **962.0** | **$883,932.50** |

---

[1] Represents 50% reduction for non-working travel time.

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sherri Cupplo | Librarian | 3.5 years | Professional Resources | $240 | 0.3 | $72.00 |
| J. Devoy Dubuque | Legal Assistant | 2.5 years | Corporate | $235 | 5.8 | $1,363.00 |
| Olga A. Golinder | Legal Assistant | 2.5 years | Litigation | $325 | 2.5 | $812.50 |
| Joshua M. Kay | Project Manager of E-Discovery Services | 0.5 years | Professional Resources | $335 | 30.0 | $10,050.00 |
| Dera J. Nevin | Director of E-Discovery Services | 0.5 years | Professional Resources | $400 | 0.6 | $240.00 |
| **Total** | | | | | 39.2 | $12,537.50 |

**TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS**  1,001.2  $896,470.00