## **Exhibit C**

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Reproduction Costs (at $0.10 per page) | $729.80 |
| Telecommunications | $715.28 |
| Research (Lexis/Westlaw/Other Database Search Services) | $4,131.75 |
| Travel Out-of-Town – Transportation | $3,074.42[1] |
| Taxi, Carfare, Mileage, Parking | $1,386.86[2] |
| Messenger/Delivery/Postage | $332.89 |
| Business Meals | $578.39[3] |
| Out-of-Town Lodging | $1,996.35[4] |
| Word Processing | $0.00[5] |
| Other Disbursements | $0.00[6] |
| **Total** | **$12,945.74** |

---

[1]    Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.  Additionally, Proskauer took a voluntary reduction of $476.10 in this category.

[2]    Includes a reduction of $67.75 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the fee committee.

[3]    Includes a reduction of $620.08 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[4]    Includes a reduction of $999.43 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[5]    Includes a reduction of $531.40 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[6]    Includes a reduction of $195.00 for certain overtime expenses that are not reimbursable pursuant to the fee committee guidelines.