**Exhibit D**

[Detailed Description of Expenses and Disbursements]

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 02/23/2015 | Julie M. Allen | Taxicab/car Svc. (Crown Chauffered Transportation from Chicago Airport to Office) | 75.00 |
| 03/18/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car from Office to Home) | 13.26 |
| 03/19/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car from Office to Home) | 27.00 |
| 03/22/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car from Home to Office-Sunday) | 26.54 |
| 03/22/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car from Office to Home-Sunday) | 15.60 |
| 03/23/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car from Office to Home) | 16.34 |
| 03/30/2015 | Jennifer L. Roche | Telephone | 1.33 |
| 04/05/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car cancellation fee) | 10.00 |
| 04/13/2015 | Mark K. Thomas | Airplane (GoGoAir on 4/2/15 ($17.95) and 4/13/15 ($27.95)) | 45.90 |
| 04/14/2015 | Julie M. Allen | Telephone | 172.00 |
| 04/20/2015 | Jeffrey W. Levitan | Telephone | 226.00 |
| 04/21/2015 | Jeffrey W. Levitan | Telephone | 163.00 |
| 04/21/2015 | Jeff J. Marwil | Telephone | 2.23 |
| 04/22/2015 | Jeffrey W. Levitan | Telephone | 107.00 |
| 04/22/2015 | Jeff J. Marwil | Telephone | 12.92 |
| 04/28/2015 | Jeff J. Marwil | Telephone | 7.85 |
| 04/28/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car from Office to Home on 4/12/15-Sunday) | 16.70 |
| 04/28/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car from Office to Home on 4/27/15) | 12.87 |
| 04/28/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car from Office to Home on 4/28/15) | 17.88 |
| 04/28/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car from Home to Office on 4/12/15-Sunday) | 15.06 |
| 04/29/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from NY Airport to Hotel) | 48.99 |
| 04/29/2015 | Mark K. Thomas | Out Of Town Meals (J. Marwil and M. Thomas NY) | 80.00 |

| Date | Person | Description | Amount |
|---|---|---|---|
| 04/29/2015 | Jeff J. Marwil | Out Of Town Meals (J. Marwil and M. Thomas NY) | 80.00 |
| 04/29/2015 | Jeff J. Marwil | Out Of Town Meals (J. Marwil and M. Thomas NY) | 22.60 |
| 04/29/2015 | Jeff J. Marwil | Lodging (1 Night NY) | 500.00 |
| 04/30/2015 | Mark K. Thomas | Airplane (50% Travel Service Fee) | 20.00 |
| 04/30/2015 | Mark K. Thomas | Airplane (Chicago/NY) | 572.10 |
| 04/30/2015 | Jeff J. Marwil | Airplane (Chicago/NY | 572.10 |
| 04/30/2015 | Mark K. Thomas | Lodging (1 Night NY) | 496.35 |
| 04/30/2015 | Mark K. Thomas | Airplane (GoGoAir on 4/29/15) | 19.95 |
| 04/30/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 04/30/2015 | Jeff J. Marwil | Out Of Town Meals | 14.97 |
| 04/30/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Limo Service from Home to Airport on 4/29/15) | 75.00 |
| 04/30/2015 | Jeff J. Marwil | Taxicab/car Svc. (XYZ Car Service from NY Office to Airport) | 56.81 |
| 04/30/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from Hotel to NY Office) | 8.30 |
| 04/30/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Limo Service from Airport to Home on 4/30/15) | 75.00 |
| 04/30/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Uber car from NY Office to Airport) | 82.00 |
| 04/30/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (A-1 Limo Service from Home to Airport on 4/29/15) | 75.00 |
| 04/30/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (A-1 Limo Service from Airport to Home) | 75.00 |
| 04/30/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Cab from NY Airport to Hotel) | 48.00 |
| 04/30/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Parkng at Tucson airport) | 19.50 |
| 05/01/2015 | Jeff J. Marwil | Messenger/delivery | 113.64 |
| 05/01/2015 | Daniel I. Ganitsky | Reproduction | 9.50 |
| 05/01/2015 | Daniel I. Ganitsky | Reproduction | 3.70 |
| 05/01/2015 | Daniel I. Ganitsky | Reproduction | 9.50 |
| 05/01/2015 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 05/01/2015 | Daniel I. Ganitsky | Reproduction | 5.90 |
| 05/01/2015 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 05/01/2015 | Paulette Lindo | Reproduction | 12.10 |
| 05/01/2015 | Paulette Lindo | Reproduction | 2.90 |
| 05/01/2015 | Michael E. Ellis | Reproduction | 9.50 |
| 05/01/2015 | Michael E. Ellis | Reproduction | 0.50 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/01/2015 | Lary Alan Rappaport | Reproduction | 24.20 |
| 05/01/2015 | Lary Alan Rappaport | Reproduction | 12.10 |
| 05/01/2015 | Lary Alan Rappaport | Reproduction | 12.10 |
| 05/01/2015 | Ho-jung Chang | Reproduction | 11.60 |
| 05/01/2015 | Ho-jung Chang | Reproduction | 11.60 |
| 05/01/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 05/01/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 05/01/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 05/01/2015 | Kimberly White | Reproduction | 0.60 |
| 05/01/2015 | Kimberly White | Reproduction | 0.10 |
| 05/01/2015 | Proskauer Unassigned | Reproduction | 12.10 |
| 05/01/2015 | Michele M. Reetz | Reproduction | 2.80 |
| 05/01/2015 | Michele M. Reetz | Reproduction | 2.70 |
| 05/01/2015 | Kimberly White | Reproduction | 0.20 |
| 05/01/2015 | Kimberly White | Reproduction | 0.40 |
| 05/01/2015 | Kimberly White | Reproduction | 3.40 |
| 05/01/2015 | Michele M. Reetz | Reproduction | 4.60 |
| 05/02/2015 | Proskauer Unassigned | Reproduction | 11.60 |
| 05/02/2015 | Julie M. Allen | Taxicab/car Svc. (XYZ Car Service from Office to Home) | 45.10 |
| 05/02/2015 | Jared Zajac | Lexis | 216.00 |
| 05/03/2015 | Jared Zajac | Lexis | 233.75 |
| 05/04/2015 | Joshua L. Kopple | Westlaw | 99.00 |
| 05/04/2015 | Michele M. Reetz | Long Distance Telephone | 0.35 |
| 05/04/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab for Home to Office) | 17.00 |
| 05/04/2015 | Paulette Lindo | Reproduction | 7.40 |
| 05/04/2015 | Michael E. Ellis | Reproduction | 1.60 |
| 05/04/2015 | Paulette Lindo | Reproduction | 1.90 |
| 05/04/2015 | Paulette Lindo | Reproduction | 0.30 |
| 05/04/2015 | Proskauer Unassigned | Reproduction | 11.60 |
| 05/04/2015 | Michele M. Reetz | Reproduction | 0.70 |
| 05/04/2015 | Proskauer Unassigned | Reproduction | 11.60 |
| 05/04/2015 | Michele M. Reetz | Reproduction | 0.50 |
| 05/05/2015 | Jared Zajac | Lexis | 692.25 |
| 05/05/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 05/05/2015 | Joshua L. Kopple | Reproduction | 0.60 |
| 05/05/2015 | Peter J. Young | Reproduction | 0.10 |
| 05/05/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 05/05/2015 | Peter J. Young | Reproduction | 4.60 |
| 05/05/2015 | Michele M. Reetz | Reproduction | 0.50 |
| 05/05/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 05/05/2015 | Jeff J. Marwil | Messenger/delivery | 18.00 |
| 05/06/2015 | Jared Zajac | Lexis | 263.75 |
| 05/06/2015 | Lorena Ramirez | Reproduction | 10.60 |
| 05/06/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 05/06/2015 | Michele M. Reetz | Reproduction | 3.10 |
| 05/06/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/06/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 05/06/2015 | Michele M. Reetz | Reproduction | 1.50 |
| 05/06/2015 | Michele M. Reetz | Reproduction | 2.70 |
| 05/06/2015 | Michele M. Reetz | Reproduction | 0.10 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/06/2015 | Proskauer Unassigned | Reproduction | 21.20 |
| 05/06/2015 | Michele M. Reetz | Reproduction | 1.10 |
| 05/07/2015 | Jared Zajac | Reproduction | 0.30 |
| 05/07/2015 | Jared Zajac | Reproduction | 0.60 |
| 05/07/2015 | Paulette Lindo | Reproduction | 2.40 |
| 05/07/2015 | Paulette Lindo | Reproduction | 1.60 |
| 05/07/2015 | Paulette Lindo | Reproduction | 0.20 |
| 05/07/2015 | Paulette Lindo | Reproduction | 1.20 |
| 05/07/2015 | Paulette Lindo | Reproduction | 2.20 |
| 05/07/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 05/07/2015 | Proskauer Unassigned | Reproduction | 0.60 |
| 05/07/2015 | Proskauer Unassigned | Reproduction | 0.20 |
| 05/07/2015 | Michele M. Reetz | Reproduction | 1.50 |
| 05/07/2015 | Michele M. Reetz | Reproduction | 1.50 |
| 05/07/2015 | Proskauer Unassigned | Reproduction | 3.60 |
| 05/07/2015 | Proskauer Unassigned | Reproduction | 5.30 |
| 05/07/2015 | Proskauer Unassigned | Reproduction | 7.30 |
| 05/07/2015 | Proskauer Unassigned | Reproduction | 0.70 |
| 05/07/2015 | Jared Zajac | Lexis | 897.00 |
| 05/07/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 05/07/2015 | Jennifer L. Roche | Long Distance Telephone | 0.35 |
| 05/07/2015 | Jeff J. Marwil | Messenger/delivery | 22.37 |
| 05/08/2015 | Joshua L. Kopple | Reproduction | 0.90 |
| 05/08/2015 | Joshua L. Kopple | Reproduction | 2.70 |
| 05/08/2015 | Joshua L. Kopple | Reproduction | 0.90 |
| 05/08/2015 | Joshua L. Kopple | Reproduction | 0.90 |
| 05/08/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 05/08/2015 | Joshua L. Kopple | Reproduction | 0.90 |
| 05/08/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 05/08/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 05/08/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 05/08/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 05/08/2015 | Joshua L. Kopple | Reproduction | 3.40 |
| 05/08/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 05/09/2015 | Daniel I. Ganitsky | Reproduction | 11.50 |
| 05/09/2015 | Daniel I. Ganitsky | Reproduction | 9.90 |
| 05/09/2015 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 05/09/2015 | Daniel I. Ganitsky | Reproduction | 0.80 |
| 05/09/2015 | Daniel I. Ganitsky | Messenger/delivery | 41.00 |
| 05/11/2015 | Paulette Lindo | Reproduction | 0.60 |
| 05/11/2015 | Paulette Lindo | Reproduction | 0.50 |
| 05/11/2015 | Paulette Lindo | Reproduction | 0.50 |
| 05/11/2015 | Paulette Lindo | Reproduction | 0.40 |
| 05/11/2015 | Paulette Lindo | Reproduction | 0.10 |
| 05/11/2015 | Paulette Lindo | Reproduction | 10.60 |
| 05/11/2015 | Paulette Lindo | Reproduction | 3.60 |
| 05/11/2015 | Paulette Lindo | Reproduction | 0.10 |
| 05/11/2015 | Paulette Lindo | Reproduction | 0.70 |
| 05/11/2015 | Paulette Lindo | Reproduction | 0.80 |
| 05/11/2015 | Paulette Lindo | Reproduction | 0.80 |
| 05/11/2015 | Paulette Lindo | Reproduction | 0.80 |
| 05/11/2015 | Paulette Lindo | Reproduction | 0.70 |
| 05/11/2015 | Paulette Lindo | Reproduction | 0.10 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/11/2015 | Richard M. Corn | Reproduction | 1.90 |
| 05/11/2015 | Richard M. Corn | Reproduction | 33.50 |
| 05/11/2015 | Lorena Ramirez | Reproduction | 6.50 |
| 05/11/2015 | Lorena Ramirez | Reproduction | 4.30 |
| 05/11/2015 | Lorena Ramirez | Reproduction | 10.60 |
| 05/11/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 05/11/2015 | Gary Silber | Taxicab/car Svc. (XYZ Car Service from Office to Home) | 91.33 |
| 05/12/2015 | Michele M. Reetz | Long Distance Telephone | 0.70 |
| 05/12/2015 | Joshua L. Kopple | Reproduction | 1.00 |
| 05/12/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 05/12/2015 | Lorena Ramirez | Reproduction | 0.90 |
| 05/12/2015 | Lorena Ramirez | Reproduction | 0.40 |
| 05/12/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 05/12/2015 | Joshua L. Kopple | Reproduction | 1.00 |
| 05/12/2015 | Lorena Ramirez | Reproduction | 0.60 |
| 05/12/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 05/12/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 05/12/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 05/12/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 05/12/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 05/12/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 05/12/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 05/12/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 05/12/2015 | Lorena Ramirez | Reproduction | 1.00 |
| 05/12/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/12/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 05/12/2015 | Gary Silber | Dinner Voucher/sweb | 20.00 |
| 05/13/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 05/13/2015 | Jeff J. Marwil | Out Of Town Meals | 40.00 |
| 05/13/2015 | Jeff J. Marwil | Lodging (1 Night NY) | 500.00 |
| 05/13/2015 | Mark K. Thomas | Lodging (1 Night NY) | 500.00 |
| 05/13/2015 | Mark K. Thomas | Airplane (Chicago/NY) | 836.60 |
| 05/13/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Cab from NY Airport to Hotel) | 48.00 |
| 05/13/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from Home to Airport) | 75.00 |
| 05/13/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from NY Airport to Hotel) | 52.01 |
| 05/13/2015 | Paulette Lindo | Reproduction | 0.50 |
| 05/13/2015 | Joshua L. Kopple | Reproduction | 1.20 |
| 05/13/2015 | Joshua L. Kopple | Reproduction | 1.00 |
| 05/13/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 05/13/2015 | Peter J. Young | Reproduction | 6.90 |
| 05/13/2015 | Peter J. Young | Reproduction | 1.50 |
| 05/14/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/14/2015 | Kimberly White | Reproduction | 0.10 |
| 05/14/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Cab from Chicago Office to Airport on 5/13/15) | 50.00 |

5

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/14/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Uber car from NY Office to Airport) | 86.00 |
| 05/14/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from Airport to Home) | 75.00 |
| 05/14/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from NY Hotel to Office) | 8.00 |
| 05/14/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 05/14/2015 | Jeff J. Marwil | Airplane (Chicago/NY) | 1,007.77 |
| 05/14/2015 | Jeff J. Marwil | Out Of Town Meals | 40.82 |
| 05/15/2015 | Jinyoung Joo | Dinner Voucher/sweb | 20.00 |
| 05/15/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 05/15/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 05/15/2015 | Jinyoung Joo | Taxi, Carfare, Mileage and Parking (Cab from Office to Home) | 13.80 |
| 05/15/2015 | Jeff J. Marwil | Messenger/delivery | 26.56 |
| 05/15/2015 | Jeff J. Marwil | Messenger/delivery | 8.15 |
| 05/15/2015 | Paulette Lindo | Reproduction | 0.30 |
| 05/15/2015 | Paulette Lindo | Reproduction | 0.80 |
| 05/15/2015 | Paulette Lindo | Reproduction | 0.20 |
| 05/15/2015 | Paulette Lindo | Reproduction | 0.80 |
| 05/15/2015 | Kimberly White | Reproduction | 4.30 |
| 05/15/2015 | Kimberly White | Reproduction | 6.50 |
| 05/15/2015 | Michele M. Reetz | Reproduction | 0.50 |
| 05/15/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/15/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 05/15/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 05/15/2015 | Michele M. Reetz | Reproduction | 0.50 |
| 05/15/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 05/16/2015 | Daniel I. Ganitsky | Messenger/delivery | 44.08 |
| 05/16/2015 | Daniel I. Ganitsky | Reproduction | 2.00 |
| 05/16/2015 | Daniel I. Ganitsky | Reproduction | 9.10 |
| 05/16/2015 | Daniel I. Ganitsky | Reproduction | 10.80 |
| 05/16/2015 | Daniel I. Ganitsky | Reproduction | 1.40 |
| 05/16/2015 | Daniel I. Ganitsky | Reproduction | 1.30 |
| 05/16/2015 | Daniel I. Ganitsky | Reproduction | 14.20 |
| 05/16/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 05/16/2015 | Daniel I. Ganitsky | Reproduction | 6.80 |
| 05/17/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 05/18/2015 | Jennifer L. Roche | Long Distance Telephone | 15.29 |
| 05/18/2015 | Jennifer L. Roche | Westlaw | 594.00 |
| 05/18/2015 | Daniel I. Ganitsky | Reproduction | 12.10 |
| 05/18/2015 | Richard M. Corn | Reproduction | 10.70 |
| 05/18/2015 | Richard M. Corn | Reproduction | 10.70 |
| 05/18/2015 | Richard M. Corn | Reproduction | 0.30 |
| 05/18/2015 | Richard M. Corn | Reproduction | 0.30 |
| 05/18/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/18/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 05/18/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 05/18/2015 | Michele M. Reetz | Reproduction | 0.50 |
| 05/18/2015 | Michele M. Reetz | Reproduction | 0.50 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/18/2015 | Michele M. Reetz | Reproduction | 0.50 |
| 05/19/2015 | Richard M. Corn | Reproduction | 27.60 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 6.80 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 1.80 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 2.10 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 1.40 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 1.60 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 1.80 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.70 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 1.10 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 2.40 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 2.10 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 2.30 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.60 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 2.40 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 05/19/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 05/19/2015 | Jennifer L. Roche | Westlaw | 99.00 |
| 05/19/2015 | Joshua L. Kopple | Westlaw | 543.00 |
| 05/19/2015 | Gary Silber | Dinner Voucher/sweb | 20.00 |
| 05/20/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 05/20/2015 | Lorena Ramirez | Reproduction | 0.80 |
| 05/20/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 05/20/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 05/20/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 05/21/2015 | Jeff J. Marwil | Messenger/delivery | 18.09 |
| 05/21/2015 | Paulette Lindo | Reproduction | 3.80 |

| Date | Name | Category | Amount |
|---|---|---|---|
| 05/21/2015 | Paulette Lindo | Reproduction | 8.10 |
| 05/21/2015 | Richard M. Corn | Reproduction | 1.30 |
| 05/21/2015 | Lary Alan Rappaport | Reproduction | 0.10 |
| 05/21/2015 | Lorena Ramirez | Reproduction | 0.60 |
| 05/21/2015 | Lorena Ramirez | Reproduction | 5.40 |
| 05/21/2015 | Joshua L. Kopple | Reproduction | 1.30 |
| 05/21/2015 | Lary Alan Rappaport | Reproduction | 0.80 |
| 05/21/2015 | Kimberly White | Reproduction | 3.80 |
| 05/21/2015 | Michele M. Reetz | Reproduction | 3.80 |
| 05/21/2015 | Kimberly White | Reproduction | 8.10 |
| 05/21/2015 | Michele M. Reetz | Reproduction | 8.10 |
| 05/21/2015 | Paul Possinger | Reproduction | 3.20 |
| 05/21/2015 | Paul Possinger | Reproduction | 3.00 |
| 05/22/2015 | Jared Zajac | Reproduction | 0.40 |
| 05/22/2015 | Paulette Lindo | Reproduction | 0.90 |
| 05/22/2015 | Paulette Lindo | Reproduction | 1.00 |
| 05/22/2015 | Rochelle H. Emert | Reproduction | 0.50 |
| 05/22/2015 | Rochelle H. Emert | Reproduction | 0.80 |
| 05/22/2015 | Rochelle H. Emert | Reproduction | 0.70 |
| 05/22/2015 | Rochelle H. Emert | Reproduction | 0.30 |
| 05/22/2015 | Jennifer L. Roche | Reproduction | 1.30 |
| 05/22/2015 | Michele M. Reetz | Reproduction | 1.00 |
| 05/22/2015 | Michele M. Reetz | Reproduction | 1.10 |
| 05/22/2015 | Kimberly White | Reproduction | 5.50 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 6.10 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 1.90 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 1.70 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 2.50 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 7.40 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 2.30 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 10.80 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 0.90 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 1.00 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 4.60 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 2.80 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 05/23/2015 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 05/23/2015 | Daniel I. Ganitsky | Messenger/delivery | 41.00 |
| 05/26/2015 | Jennifer L. Roche | Long Distance Telephone | 4.52 |
| 05/26/2015 | Richard M. Corn | Reproduction | 1.20 |
| 05/26/2015 | Joshua L. Kopple | Reproduction | 0.70 |
| 05/26/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 05/26/2015 | Michele M. Reetz | Reproduction | 1.20 |
| 05/26/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 05/27/2015 | Kimberly White | Reproduction | 1.20 |
| 05/27/2015 | Lary Alan Rappaport | Long Distance Telephone | 1.39 |
| 05/27/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Uber car from Home to Kirkland) | 15.77 |
| 05/27/2015 | Jennifer L. Roche | Westlaw | 99.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/28/2015 | Joshua L. Kopple | Westlaw | 98.00 |
| 05/28/2015 | Peter J. Young | Long Distance Telephone | 0.35 |
| 05/29/2015 | Jennifer L. Roche | Westlaw | 297.00 |
| 05/29/2015 | Paulette Lindo | Reproduction | 0.10 |
| 05/29/2015 | Paulette Lindo | Reproduction | 0.20 |
| 05/29/2015 | Paulette Lindo | Reproduction | 0.20 |
| 05/29/2015 | Paulette Lindo | Reproduction | 0.10 |
| 05/29/2015 | Paulette Lindo | Reproduction | 2.50 |
| 05/29/2015 | Paulette Lindo | Reproduction | 1.60 |
| 05/29/2015 | Paulette Lindo | Reproduction | 0.20 |
| 05/29/2015 | Paulette Lindo | Reproduction | 0.30 |
| 05/29/2015 | Paulette Lindo | Reproduction | 0.40 |
| 05/29/2015 | Paulette Lindo | Reproduction | 2.20 |
| 05/29/2015 | Paulette Lindo | Reproduction | 1.20 |
| 05/29/2015 | Daniel I. Ganitsky | Reproduction | 10.90 |
| 05/29/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 05/29/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 05/29/2015 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 05/29/2015 | Daniel I. Ganitsky | Reproduction | 1.10 |
| 05/29/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 05/30/2015 | Daniel I. Ganitsky | Reproduction | 9.70 |
| 05/30/2015 | Daniel I. Ganitsky | Reproduction | 7.50 |
| 05/30/2015 | Daniel I. Ganitsky | Reproduction | 1.50 |
| 05/30/2015 | Daniel I. Ganitsky | Reproduction | 3.00 |
| 05/31/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| **Total Disbursements and Other Charges** | | | **$12,945.74** |