IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) |  |
| Debtors. ) | (Jointly Administered) |
| ) |  |
| ) | **Re: D.I. 2051, 4138, 4142, 4143, 4497, 4803** |

**CERTIFICATE OF COUNSEL REGARDING (I) ORDER (A) SCHEDULING CERTAIN HEARING DATES AND DEADLINES, (B) ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION, AND (C) REVISING CERTAIN DATES IN THE DISCLOSURE STATEMENT SCHEDULING ORDER AND (II) STIPULATION AND AGREED ORDER REGARDING CERTAIN CONFIRMATION SCHEDULING MATTERS**

The undersigned hereby certifies as follows:

1. On September 16, 2014, the Court entered the *Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters* [D.I. 2051].

2. On April 14, 2015, the Debtors filed the *Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 4142] (as amended or supplemented from time to time, the "Plan") and a disclosure statement with respect thereto [D.I. 4143].

3. On that same date, the Debtors filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 4138] (the "Motion")[2] and the accompanying form of proposed order (the "Initial Scheduling Order") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

4. On May 18, 2015, the Court entered the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Approval of Debtors' Disclosure Statement, and (C) Establishing the Terms of Governing Mediation* [D.I. 4497] (the "Disclosure Statement Scheduling Order"). The Disclosure Statement Scheduling Order required the Debtors to meet and confer with the parties who filed Responses and Objections to the Motion on a proposed schedule governing confirmation of the Plan, and to submit a proposed schedule reflecting such discussions by no later than June 18, 2015 at 4:00 p.m. (Eastern Daylight Time) for consideration by the Court at the anticipated June 25, 2015 scheduling conference (the "Scheduling Conference").

5. On June 18, 2015, the Debtors filed a further revised proposed form of the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* under certificate of counsel [D.I. 4803] (the "Second Scheduling Order"). On June 25, 2015, the Scheduling Conference was held before the Honorable Christopher S. Sontchi. As stated on the record at the Scheduling Conference, the Debtors would submit to the Court (1) a revised form of the Second Scheduling Order (the "Revised Scheduling Order") and (2) a certain *Stipulation and Agreed*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

*Order Regarding Certain Confirmation Scheduling Matters* (the "Stipulated Order") which relates to certain terms in the Revised Scheduling Order.

6. A copy of the Revised Scheduling Order is attached hereto as **Exhibit A**. A copy of the Stipulated Order is attached hereto as **Exhibit B**. For the convenience of the Bankruptcy Court and other parties-in-interest, a redline of the Revised Scheduling Order marked against the copy of the Second Scheduling Order is attached hereto as **Exhibit C**. The Revised Scheduling Order has been circulated, and is acceptable, to counsel to (i) the TCEH First Lien Group, (ii) the TCEH second lien notes indenture trustee, (iii) the TCEH Creditors' Committee, (iv) the ad hoc group of TCEH unsecured noteholders, (v) the TCEH unsecured notes indenture trustee, (vi) the EFIH second lien notes indenture trustee, (vii) the ad hoc committee of EFIH unsecured noteholders, (viii) the EFH Creditors' Committee, and (ix) Fidelity. The Stipulated Order has been circulated, and is acceptable, to counsel to (i) the TCEH second lien notes indenture trustee, (ii) the TCEH Creditors' Committee, (iii) the ad hoc group of TCEH unsecured noteholders, and (iv) the TCEH unsecured notes indenture trustee.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Scheduling Order and the Stipulated Order, substantially in the forms attached hereto as **Exhibit A** and **Exhibit B**, respectively, at its earliest convenience.

Dated: July 2, 2015
      Wilmington, Delaware

*/s/ Tyler D. Semmelman*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com
      semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession