I, Amelia Marie McMillan, Object, File and Pray,

In ref:

Energy Future Holdings Corp. et al.,[1]  ) Chapter 11
Debtors                                  ) Case No. 14-10979
     tax ID xxx-xx-8810                   )        (CSS)
                                          ) (Jointly Administered)
                                          ) Re: DI. 4782

- that the United States Bankruptcy Court
     for the District of Delaware, on
  July 16, 2015, 9:30 am (EDT) find
     that debtors as initially listed in claims
  (in its ENTIRETY), be held Liable to Claims

Pursuant to Sections 502,b Bankruptcy
Code, Rules 3001, 3003 and 3007.1.
   Also, Local Bankruptcy Rule 3007.-1.
- that the United States Bankruptcy Court
  for the District of Delaware, should uphold
  and find sufficient documentation,
  non-amended and correct listings of debtors,
Presented before the court.

   The Court should find:
     I. Sufficient Documentation Proof of Claim
  in the amount of or about # 2,319,416.18
  II Non-Amended Proofs of Claims in the
     amount of, or about # 1,484,368.67
  III Correct Debtor Proofs of Claims in the
     amount of or about # 300,726.04
              Relief Is Sought.

June 24, 2015
Amelia Maria McMillan                    Amelia McMillan
SS# xxx-xx-1991                          281 683-9698
ameliamcmillan@yahoo.com
3409½ Wisconsin St.
Baytown, Texas 77520