*EXECUTION VERSION*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## STIPULATION AND AGREED ORDER
## REGARDING CERTAIN CONFIRMATION SCHEDULING MATTERS

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), the official committee of TCEH unsecured creditors (the "TCEH Committee"), Wilmington Savings Fund Society, as indenture trustee for the TCEH second lien notes (the "TCEH Second Lien Indenture Trustee"), current and future members of the ad hoc group of TCEH unsecured bondholders represented by White & Case LLP (the "TCEH Unsecured Ad Hoc Group"), and the indenture trustee for the TCEH unsecured notes (the "TCEH Unsecured Indenture Trustee" and together with the Debtors, the TCEH Committee, the TCEH Second Lien Indenture Trustee, and the TCEH Unsecured Ad Hoc Group, the "Parties") hereby enter into this agreement (this "Agreement"), and stipulate and agree as follows:

### RECITALS

WHEREAS, on September 16, 2014, the Court entered the *Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters* [D.I. 2051] (as amended or supplemented from time to time, the "Case Matters Protocol");

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

WHEREAS, on April 14, 2015, the Debtors filed the *Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 4142] (as amended or supplemented from time to time, the "Plan") and a disclosure statement with respect thereto [D.I. 4143] (the "Disclosure Statement");

WHEREAS, on April 14, 2015, the Debtors filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 4138] (the "Scheduling Motion");

WHEREAS, on May 18, 2015, the Court entered an order approving the relief requested by the Scheduling Motion with respect to the schedule for approval of the Disclosure Statement [D.I. 4497];

WHEREAS, there is to be a hearing before the Court on June 25, 2015 regarding the relief requested by the Scheduling Motion with respect to the schedule for confirmation of the Plan;

WHEREAS, on June 1, 2015, the Court entered an order (a) extending the periods during which the Debtors have the exclusive right to file a chapter 11 plan to the end of the statutory period provided by section 1121 of the Bankruptcy Code, through and including October 29, 2015 (the "Filing Exclusive Period") and (b) extending the Filing Exclusive Period for an additional 60 days to solicit votes on such a chapter 11 plan, as provided by section 1121 of the Bankruptcy Code, through and including December 29, 2015 [D.I. 4634] (such extension, the "Soliciting Exclusive Period" and, together with the Filing Exclusive Period, the "Exclusive Periods");

WHEREAS, on June 18, 2015, the Debtors filed the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order* [D.I. 4803] (the "Confirmation Scheduling Order");

WHEREAS, the Debtors intend to present a revised version of the Confirmation Scheduling Order for entry by the Court at the hearing on June 25, 2015;[2]

WHEREAS, the Debtors are contemplating amending the Plan and Disclosure Statement on the dates set forth in the Confirmation Scheduling Order (collectively, the "Amended Plan"); and

WHEREAS, the Debtors are in discussions with respect to a potential alternative transaction for the acquisition of the economic interests in Oncor Electric Delivery Company LLC under an Amended Plan ("Alternative Plan Transaction") by the TCEH Unsecured Ad Hoc Group, among others;

## AGREEMENT

NOW, THEREFORE, it is hereby stipulated and agreed to by and among the Parties and upon Court approval hereof, it shall be ordered as follows:

1. The Parties consent to entry of the Confirmation Scheduling Order, substantially in the form attached hereto as **Exhibit A**.

2. If the Amended Plan that the Debtor files proposes to pay all allowed claims of EFIH and EFH creditors in full in cash, and is agreed to by the TCEH First Lien Ad Hoc Group, TCEH Second Lien Indenture Trustee, the TCEH Committee, the TCEH Unsecured Ad Hoc Group, and the TCEH Unsecured Indenture Trustee, then the confirmation hearing shall be held

---

[2] Capitalized terms used herein shall have the meanings ascribed to such terms in the Confirmation Scheduling Order.

on October 5 starting at 10:00 a.m. (prevailing Eastern Time) and October 6, 7 and 8, 2015, starting at 9:30 a.m. (prevailing Eastern Time) each day, and the Participating Parties shall attempt in good faith to agree upon interim deadlines.

3. If the Exclusive Periods have not been terminated by December 29, 2015 by order of the Court entered pursuant to a motion filed by any party (and notwithstanding the expiration of the Exclusive Periods by virtue of the passage of time), each of the TCEH Committee, the TCEH Second Lien Indenture Trustee, the TCEH Unsecured Ad Hoc Group, and the TCEH Unsecured Indenture Trustee agrees that until the Court issues a final ruling whether to confirm the Amended Plan it will not (a) file a chapter 11 plan of reorganization or disclosure statement with respect to any Debtor or (b) cause to be filed or support the filing of a chapter 11 plan of reorganization or disclosure statement with respect to any Debtor by any person or entity other than the Debtors. Until the issuance of such ruling, the Debtors will prosecute the Amended Plan with reasonable diligence, and any Party may file a motion with the Court requesting relief from this Paragraph 3 on the basis that the Debtors have failed to do so.

4. The Parties hereby waive the minimum 10 days' notice requirement in paragraph 2 of the Case Matters Protocol with respect to the filing of additional versions of the Amended Plan or revised Disclosure Statement or any other pleading, motion, or notice covered by such paragraph 2, with the understanding that the the Debtors will provide reasonable notice to the other Parties of any such filing in accordance with such paragraph 2; *provided, however*, that, with respect to the first version of the Amended Plan and the first version of the revised Disclosure Statement filed after the date of this Agreement, such minimum notice requirement shall be 3 days.

5. Except as expressly provided in this Agreement, the Parties reserve all of their rights with respect to any matter related to these chapter 11 cases.

6. This Agreement is intended to bind and inure to the benefit of the Parties, as well as the undersigned counsel and any group presently or later identified in a statement filed under Bankruptcy Rule 2019 as being represented by the undersigned counsel. The rights or obligations of the Parties under this Agreement may not be assigned, delegated, or transferred to any other person or entity.

7. The provisions of this Agreement constitute an order of the Court and violations of the provisions of this Agreement are subject to enforcement and the imposition of legal sanctions in the same manner as any other order of the Court. To the extent the law of any state governs this Agreement, this Agreement is to be governed by and construed in accordance with the laws of New York applicable to contracts made and to be performed in such state, without giving effect to the conflict of laws principles thereof.

*[Remainder of page intentionally left blank.]*

Stipulated and agreed by:

ENERGY FUTURE HOLDINGS, CORP., *ET AL.*, DEBTORS AND DEBTORS-IN-POSSESSION

By: /s/ Daniel J. DeFranceschi
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, EFCH'S DIRECT SUBSIDIARY, TEXAS COMPETITIVE ELECTRIC HOLDINGS, LLC AND THEIR DIRECT AND INDIRECT SUBSIDIARIES, AND EFH CORPORATE SERVICES COMPANY

By: /s/ Brett H. Miller
    **POLSINELLI PC**
    Christopher A. Ward (No. 3877)
    Justin K. Edelson (No. 5002)
    Shanti M. Katona (No. 5352)
    222 Delaware Avenue, Suite 1101
    Wilmington, Delaware 19801
    Telephone:   (302) 252-0920
    Facsimile:   (302) 252-0921
    Email:   cward@polsinelli.com
                jedelson@polsinelli.com
                skatona@polsinelli.com

-and-

**MORRISON & FOERSTER LLP**
Lorenzo Marinuzzi (admitted *pro hac vice*)
Brett H. Miller (admitted *pro hac vice*)
James M. Peck (admitted *pro hac vice*)
Todd M. Goren (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Email:   lmarinuzzi@mofo.com
          bmiller@mofo.com
          jpeck@mofo.com
          tgoren@mofo.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE

By: /s/ Edward S. Weisfelner
ASHBY & GEDDES, P.A.
William P. Bowdil (No. 2553)
Gregory A. Taylor (No. 4008)
500 Delaware A venue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

**BROWN RUDNICK LLP**
Edward S. Weisfelner (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
-and-
Jeffrey L. Jonas (admitted *pro hac vice*)
Jeremy B. Coffey (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its capacity as successor Indenture Trustee*

THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS

By: /s/ J. Christopher Shore
**FOX ROTHSCHILD LLP**
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone:     (302) 654-7444
Facsimile:     (302) 463-4971
Email:          jschlerf@foxrothschild.com
                jstrock@foxrothschild.com
                lbird@foxrothschild.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 819-8200
Facsimile:     (212) 354-8113
Email:          cshore@whitecase.com
                gstarner@whitecase.com

Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:          tlauria@whitecase.com
                mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*

THE INDENTURE TRUSTEE FOR THE TCEH UNSECURED NOTES

By:                   /s/ Daniel A. Lowenthal
                                **MORRIS JAMES LLP**
                                Stephen M. Miller (DE Bar No. 2610)
                                500 Delaware Avenue, Suite 1500
                                P.O. Box 2306
                                Wilmington, DE 19899-2306
                                Telephone: (302) 888-6800
                                Facsimile: (302) 571-1750
                                Email: smiller@morrisjames.com

                                - and -

                                **PATTERSON BELKNAP WEBB & TYLER LLP**
                                Daniel A. Lowenthal
                                Brian P. Guiney
                                1133 Avenue of the Americas
                                New York, NY 10036-6710
                                Telephone: (212) 336-2000
                                Facsimile: (212) 336-2222
                                Email: dalowenthal@pbwt.com
                                             bguiney@pbwt.com

                                *Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*

Dated: July 2, 2015                    **SO ORDERED:**

                                                   The Honorable Christopher S. Sontchi
                                                   United States Bankruptcy Judge