6/24/2015

Dear US Bankruptcy Court ( Honorable Christopher S Sontchi) and Steven Kotarba

I have a letter that my claim for $700 is not adequately proven by documents. The records for the claim are held by Energy Future Holdings. You can direct Energy Future Holdings to send me all my records and I will give a detail report or have the entire file investigated. While you are at this you can give several of the records so I can see how many other senior citizens Energy Future Holdings took advantage of. Basically, my electric rate was increased significantly after a short time that I requested it lowered which it was. I am not sure about the other customers but my rate was increased significantly even while they were in bankruptcy.

The financial manipulation of the buyout was a gross misuse of capital which ultimately led to bankruptcy. The real loss is to the customers because Energy Future was changing rates of electricity. They wanted better cash flow when they had agreed to a lower rate per kilowatt. The bond holders and equity holders knew what they were doing when investing. The customers were the ones mistreated.

I believe the $700 is a fair amount that is on the low side. I object that the claim is not supported. It is Energy Future Holding's who has the business records.

Sincerely,

Jeffrey Lammers
Linda Sue Lammers

Jeffrey and Linda Sue Lammers

2015 JUL -2 AM 10:19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE