## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 6 | [ALL] Case Administration | 80.30 | $39,080.00 |
| 8 | [ALL] Claims Administration & Objections | 244.40 | $158,464.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 2,103.50 | $1,318,628.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 1,393.40 | $1,221,128.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 3.80 | $2,280.00 |
| 12 | [ALL] Hearings | 69.50 | $64,515.00 |
| 13 | [ALL] Insurance | 6.00 | $2,917.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 229.40 | $124,759.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 5.50 | $3,401.00 |
| 18 | [ALL] Non-Working Travel | 81.00 | $78,822.50 |
| 19 | [ALL] Official Committee Issues & Meet. | 3.20 | $2,307.50 |
| 21 | [ALL] Plan and Disclosure Statements | 1,634.60 | $1,376,217.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 210.30 | $149,906.50 |
| 29 | [ALL] Tax Issues | 696.40 | $646,863.50 |
| 30 | [ALL] U.S. Trustee Issues | 0.60 | $399.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 1.20 | $684.00 |
| 35 | [TCEH] Automatic Stay | 8.50 | $3,575.00 |
| 37 | [TCEH] Business Operations | 32.70 | $19,607.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 42.10 | $33,386.50 |
| 39 | [TCEH] Claims Administration & Objection | 57.00 | $35,106.50 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 8.70 | $5,870.00 |
| 41 | [TCEH] Corp. Governance and Sec. Issues | 0.40 | $410.00 |
| 42 | [TCEH] Environmental Issues | 13.10 | $11,817.50 |
| 46 | [TCEH] Non-Debtor Affiliates | 20.20 | $12,193.50 |
| 48 | [TCEH] Non-Working Travel | 3.70 | $3,955.00 |
| 49 | [TCEH] Official Committee Issues & Meet. | 2.30 | $1,507.00 |
| 51 | [TCEH] Plan/Disclosure Statements | 116.00 | $81,031.00 |
| 57 | [TCEH] Trading and Hedging Contracts | 0.70 | $465.50 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 46.80 | $25,528.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 1.30 | $1,722.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 364.80 | $298,287.50 |
| 70 | [EFIH] Hearings | 3.10 | $3,087.50 |
| 85 | [EFH] Claims Administration & Objections | 35.60 | $16,696.00 |
| 86 | [EFH] Contested Matters & Advers. Proc. | 26.90 | $19,637.00 |
| 89 | [EFH] EFH Properties | 5.30 | $3,524.50 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 105.30 | $64,248.50 |
| **Totals:** | | **7,657.60** | **$5,832,029.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $4,470.12 |
| Standard Copies or Prints | $4,017.70 |
| Color Copies or Prints | $11,159.10 |
| Production Blowbacks | $3,030.50 |
| Closing/Mini Books | $264.00 |
| Postage | $0.48 |
| Overnight Delivery | $235.95 |
| Outside Messenger Services | $720.67 |
| Local Transportation | $663.84 |
| Travel Expense | $32,240.88 |
| Airfare | $33,579.57 |
| Transportation to/from airport | $6,203.74 |
| Travel Meals | $1,801.77 |
| Car Rental | $417.93 |
| Other Travel Expenses | $1,132.28 |
| Court Reporter Fee/Deposition | $2,481.45 |
| Other Court Costs and Fees | $361.00 |
| Outside Counsel Assistance | $298,294.00 |
| Outside Copy/Binding Services | $1,321.75 |
| Working Meals/K&E Only | $20.00 |
| Catering Expenses | $3,522.00 |
| Computer Database Research | $3,649.41 |
| Westlaw Research | $11,621.51 |
| LexisNexis Research | $3,072.73 |
| Overtime Transportation | $1,823.62 |
| Overtime Meals - Non-Attorney | $60.00 |
| Overtime Meals - Attorney | $1,468.77 |
| Rental Expenses | $5,421.10 |
| **Total:** | **$433,055.87** |