# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,025.00 | 68.20 | $69,905.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,245.00 | 136.50 | $169,942.50 |
| Lauren O Casazza | Partner | 2002 | Litigation - General | 935.00 | 63.90 | $59,746.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 955.00 | 38.10 | $36,385.50 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 845.00 | 86.50 | $73,092.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,275.00 | 140.50 | $179,137.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 825.00 | 157.60 | $130,020.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 880.00 | 105.50 | $92,840.00 |
| William Guerrieri | Partner | 2008 | Restructuring | 895.00 | 24.80 | $22,196.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,060.00 | 0.70 | $742.00 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 1,060.00 | 19.00 | $20,140.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 880.00 | 113.50 | $99,880.00 |
| Reid Huefner | Partner | 2007 | IP - Litigation | 845.00 | 13.40 | $11,323.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 975.00 | 160.00 | $156,000.00 |
| Ellen M. Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,040.00 | 1.50 | $1,560.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,235.00 | 118.40 | $146,224.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,060.00 | 5.30 | $5,618.00 |
| Greeg G. Kirchhoefer | Partner | 1982 | IP - Transactional | 1,145.00 | 3.30 | $3,778.50 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,275.00 | 70.30 | $89,632.50 |
| Daniel Lewis | Partner | 2008 | IP - Transactional | 895.00 | 3.00 | $2,685.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,375.00 | 67.10 | $92,262.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,090.00 | 171.10 | $186,499.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,025.00 | 150.60 | $154,365.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 930.00 | 256.50 | $238,545.00 |
| Andres Mena | Partner | 2001 | Corporate - Debt Finance | 1,060.00 | 5.40 | $5,724.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,325.00 | 22.10 | $29,282.50 |
| JoAnne Nagjee | Partner | 2009 | Taxation | 945.00 | 45.40 | $42,903.00 |
| Matthew E Papez, P.C. | Partner | 1999 | Litigation - General | 935.00 | 44.80 | $41,888.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Michael A Petrino | Partner | 2008 | Litigation - General | 825.00 | 132.30 | $109,147.50 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 930.00 | 14.30 | $13,299.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 895.00 | 15.20 | $13,604.00 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 895.00 | 102.00 | $91,290.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 930.00 | 16.70 | $15,531.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,235.00 | 140.90 | $174,011.50 |
| Brian E Schartz | Partner | 2008 | Restructuring | 930.00 | 140.80 | $130,944.00 |
| Michael B Slade | Partner | 1999 | Litigation - General | 995.00 | 8.90 | $8,855.50 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,325.00 | 87.00 | $115,275.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 880.00 | 158.80 | $139,744.00 |
| R. Timothy Stephenson | Partner | 1990 | Labor & Employment | 1,090.00 | 0.30 | $327.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 955.00 | 2.10 | $2,005.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,165.00 | 66.70 | $77,705.50 |
| James Barolo | Associate | 2014 | Litigation - General | 480.00 | 100.50 | $48,240.00 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 845.00 | 0.50 | $422.50 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 480.00 | 163.40 | $78,432.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 480.00 | 33.80 | $16,224.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 555.00 | 1.20 | $666.00 |
| Haley Darling | Associate | 2014 | Litigation - General | 480.00 | 41.20 | $19,776.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 635.00 | 60.60 | $38,481.00 |
| Kristen L Derhaag | Associate | 2012 | Corporate - Debt Finance | 730.00 | 2.40 | 1,752.00 |
| George Desh | Associate | 2011 | IP - Litigation | 710.00 | 0.30 | $213.00 |
| Michael Esser | Associate | 2009 | Litigation - General | 795.00 | 112.20 | $89,199.00 |
| Emily Geier | Associate | 2012 | Restructuring | 730.00 | 201.10 | $146,803.00 |
| Stefanie I. Gitler | Associate | 2009 | Environment - Transactional | 795.00 | 0.20 | $159.00 |
| Haris Hadzimuratovic | Associate | 2008 | Litigation - General | 755.00 | 2.30 | $1,736.50 |
| Sean F Hilson | Associate | 2013 | Restructuring | 570.00 | 2.30 | $1,311.00 |
| Sam Hong | Associate | 2008 | IP - Transactional | 730.00 | 5.70 | $4,161.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 570.00 | 168.60 | $96,102.00 |
| Ashley G. James | Associate | 2010 | Labor & Employment | 755.00 | 1.00 | $755.00 |
| Vinu Joseph | Associate | 2013 | Litigation - General | 555.00 | 0.60 | $333.00 |
| Lina Kaisey | Associate | Pending | Restructuring | 480.00 | 127.40 | $61,152.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 710.00 | 47.50 | $33,725.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 555.00 | 36.00 | $19,980.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 795.00 | 88.30 | $70,198.50 |
| Max Klupchak | Associate | 2011 | Corporate - M&A/Private Equity | 795.00 | 202.80 | $161,226.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 555.00 | 7.60 | $4,218.00 |

| **Professional Person** | **Position with the Applicant** | **Year Admitted** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
|---|---|---|---|---|---|---|
| Christine Lehman | Associate | 2014 | Taxation | 495.00 | 60.30 | $29,848.50 |
| Teresa Lii | Associate | 2014 | Restructuring | 570.00 | 121.70 | $69,369.00 |
| Jeffrey Lula | Associate | 2010 | Litigation - General | 755.00 | 70.10 | $52,925.50 |
| Eric Merin | Associate | 2014 | Litigation - General | 555.00 | 0.70 | $388.50 |
| Timothy Mohan | Associate | 2014 | Restructuring | 570.00 | 80.00 | $45,600.00 |
| Madelyn Morris | Associate | 2014 | Litigation - General | 480.00 | 0.80 | $384.00 |
| Michael Muna | Associate | 2013 | Corporate - General | 480.00 | 31.10 | $14,928.00 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 795.00 | 255.60 | $203,202.00 |
| Samara L Penn | Associate | 2010 | Litigation - General | 755.00 | 37.20 | $28,086.00 |
| Jonah Peppiatt | Associate | 2015 | Restructuring | 480.00 | 122.10 | $58,608.00 |
| Alan Rabinowitz | Associate | 2010 | IP - Litigation | 710.00 | 0.70 | $497.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 570.00 | 14.10 | $8,037.00 |
| Bradford B Rossi | Associate | 2011 | Corporate - General | 730.00 | 34.70 | $25,331.00 |
| Michael Saretsky | Associate | 2010 | Environment - Transactional | 480.00 | 1.10 | $528.00 |
| Max Schlan | Associate | 2012 | Restructuring | 665.00 | 205.60 | $136,724.00 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 635.00 | 1.70 | $1,079.50 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 845.00 | 205.90 | $173,985.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 685.00 | 128.20 | $87,817.00 |
| Ellen Sise | Associate | 2015 | Litigation - General | 480.00 | 0.70 | $336.00 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 665.00 | 57.80 | $38,437.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 635.00 | 64.70 | $41,084.50 |
| Benjamin Steadman | Associate | 2015 | Restructuring | 480.00 | 1.60 | $768.00 |
| Adam Stern | Associate | 2013 | Litigation - General | 635.00 | 44.90 | $28,511.50 |
| Sarah Stock | Associate | 2013 | Litigation - General | 555.00 | 0.70 | $388.50 |
| Jessica Subler | Associate | 2014 | Corporate - General | 570.00 | 0.20 | $114.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 480.00 | 158.70 | $76,176.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 480.00 | 60.40 | $28,992.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 480.00 | 147.30 | $70,704.00 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 755.00 | 18.90 | $14,269.50 |
| Jason Whiteley | Associate | 2010 | Corporate - General | 845.00 | 202.20 | $170,859.00 |
| Charles D Wineland, III | Associate | 2013 | IP - Litigation | 555.00 | 0.80 | $444.00 |
| Sara Winik | Associate | 2014 | Litigation - General | 480.00 | 0.80 | $384.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 570.00 | 214.70 | $122,379.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 665.00 | 209.00 | $138,985.00 |
| **Grand Total** | | | | | **6,941.50** | **$5,619,493.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 210.00 | 3.80 | $798.00 |
| Jason Douangsanith | Case Assistant | 4 months | Litigation - General | 195.00 | 18.50 | $3,607.50 |
| Charles R. Lex | Case Assistant | 2 years | Litigation - General | 210.00 | 4.90 | $1,029.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 265.00 | 25.40 | $6,731.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 380.00 | 13.70 | $5,206.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 340.00 | 51.50 | $17,510.00 |
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 350.00 | 1.90 | $665.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 350.00 | 58.80 | $20,580.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 350.00 | 2.80 | $980.00 |
| Lauren Mitchell-Dawson | Legal Assistant | 17 years | Environment - Transactional | 345.00 | 1.20 | $414.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 310.00 | 106.60 | $33,046.00 |
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 265.00 | 137.30 | $36,384.50 |
| Meghan Rishel | Legal Assistant | 11 months | Litigation - General | 265.00 | 107.80 | $28,567.00 |
| Laura Saal | Legal Assistant | 12 years | Restructuring | 320.00 | 16.60 | $5,312.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 350.00 | 4.60 | $1,610.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 310.00 | 1.90 | $589.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 315.00 | 135.90 | $42,808.50 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 310.00 | 18.90 | $5,859.00 |
| Gabriel King | Project Assistant | 3 months | Restructuring | 210.00 | 4.00 | $840.00 |
| **Grand Total** | | | | | 716.10 | $212,536.50 |

**Total Fees Requested**     **$5,832,029.50**