# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 12358877v.1

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $4,470.12 |
| Standard Copies or Prints | $3,025.50 |
| Color Copies or Prints | $9,669.00 |
| Production Blowbacks | $3,030.50 |
| Closing/Mini Books | $264.00 |
| Postage | $0.48 |
| Overnight Delivery | $235.95 |
| Outside Messenger Services | $720.67 |
| Local Transportation | $663.84 |
| Travel Expense | $32,240.88 |
| Airfare | $33,579.57 |
| Transportation to/from airport | $6,203.74 |
| Travel Meals | $1,801.77 |
| Car Rental | $417.93 |
| Other Travel Expenses | $1,132.28 |
| Court Reporter Fee/Deposition | $2,481.45 |
| Other Court Costs and Fees | $361.00 |
| Outside Counsel Assistance | $298,294.00 |
| Outside Copy/Binding Services | $1,321.75 |
| Working Meals/K&E Only | $20.00 |
| Catering Expenses | $3,522.00 |
| Computer Database Research | $3,649.41 |
| Westlaw Research | $11,621.51 |
| LexisNexis Research | $3,072.73 |
| Overtime Transportation | $1,823.62 |
| Overtime Meals - Non-Attorney | $60.00 |
| Overtime Meals - Attorney | $1,468.77 |
| Rental Expenses | $5,421.10 |
| **Total:** | **$430,573.57** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $67.60 |
| Color Copies or Prints | $1,296.30 |
| **Total:** | **$1,363.90** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $262.10 |
| Color Copies or Prints | $32.70 |
| **Total:** | **$294.80** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $662.50 |
| Color Copies or Prints | $161.10 |
| **Total:** | **$823.60** |