# EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - All Entities**
**Summary of Time Detail by Task**
**May 1, 2015 through May 31, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 41.7 | $24,597.50 |
| Bankruptcy Support | 437.3 | $218,922.50 |
| Business Plan | 110.3 | $47,000.00 |
| Cash Management | 14.6 | $5,710.00 |
| Causes of Action | 91.0 | $50,730.00 |
| Claims | 838.0 | $358,735.00 |
| Contracts | 177.4 | $107,880.00 |
| Coordination & Communication with other Creditor Constituents | 47.6 | $23,555.00 |
| Coordination & Communication with UCC | 154.7 | $81,480.00 |
| Court | 4.3 | $3,645.00 |
| DIP Financing | 2.4 | $1,800.00 |
| Fee Applications | 58.2 | $25,612.50 |
| Motions and Orders | 18.7 | $15,017.50 |
| POR / Disclosure Statement | 133.1 | $71,150.00 |
| Statements & Schedules | 1.5 | $982.50 |
| Status Meetings | 64.5 | $37,940.00 |
| Travel Time | 111.7 | $56,870.00 |
| UST Reporting Requirements | 21.5 | $11,567.50 |
| Vendor Management | 124.5 | $65,350.00 |
| **Total** | **2,453.0** | **$1,208,545.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
**Summary of Time Detail by Task**
**May 1, 2015 through May 31, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 32.1 | $18,774.37 |
| Bankruptcy Support | 106.9 | $56,192.71 |
| Business Plan | 48.3 | $20,868.55 |
| Cash Management | 6.6 | $2,592.71 |
| Causes of Action | 55.7 | $30,883.88 |
| Claims | 371.0 | $157,119.04 |
| Contracts | 133.4 | $81,293.75 |
| Coordination & Communication with other Creditor Constituents | 21.9 | $11,500.37 |
| Coordination & Communication with UCC | 90.9 | $49,656.23 |
| Court | 2.0 | $1,655.07 |
| DIP Financing | 1.1 | $825.00 |
| Fee Applications | 26.2 | $11,566.16 |
| Motions and Orders | 12.7 | $9,982.14 |
| POR / Disclosure Statement | 11.0 | $7,161.67 |
| Statements & Schedules | 0.7 | $446.12 |
| Status Meetings | 35.7 | $20,291.62 |
| Travel Time | 50.7 | $25,822.66 |
| UST Reporting Requirements | 9.8 | $5,252.39 |
| Vendor Management | 97.1 | $50,899.89 |
| **Total** | **1,113.8** | **$562,784.32** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFH
Summary of Time Detail by Task
May 1, 2015 through May 31, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 9.6 | $5,823.13 |
| Bankruptcy Support | 310.1 | $150,731.09 |
| Business Plan | 42.9 | $18,142.23 |
| Cash Management | 6.9 | $2,692.26 |
| Causes of Action | 30.5 | $17,140.15 |
| Claims | 410.3 | $177,684.81 |
| Contracts | 43.9 | $26,586.25 |
| Coordination & Communication with other Creditor Constituents | 21.3 | $10,080.13 |
| Coordination & Communication with UCC | 54.2 | $27,340.70 |
| Court | 2.0 | $1,718.61 |
| Fee Applications | 27.7 | $12,150.25 |
| Motions and Orders | 5.4 | $4,442.29 |
| POR / Disclosure Statement | 75.4 | $40,074.94 |
| Statements & Schedules | 0.7 | $463.25 |
| Status Meetings | 25.6 | $15,595.04 |
| Travel Time | 52.7 | $26,814.12 |
| UST Reporting Requirements | 10.1 | $5,454.06 |
| Vendor Management | 27.3 | $14,371.95 |
| **Total** | **1,156.6** | **$557,305.24** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFIH**
*Summary of Time Detail by Task*
*May 1, 2015 through May 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 20.2 | $11,998.70 |
| Business Plan | 19.1 | $7,989.23 |
| Cash Management | 1.1 | $425.03 |
| Causes of Action | 4.8 | $2,705.96 |
| Claims | 56.8 | $23,931.15 |
| Coordination & Communication with other Creditor Constituents | 4.4 | $1,974.51 |
| Coordination & Communication with UCC | 9.6 | $4,483.07 |
| Court | 0.3 | $271.32 |
| DIP Financing | 1.3 | $975.00 |
| Fee Applications | 4.3 | $1,896.09 |
| Motions and Orders | 0.7 | $593.08 |
| POR / Disclosure Statement | 46.7 | $23,913.39 |
| Statements & Schedules | 0.1 | $73.13 |
| Status Meetings | 3.2 | $2,053.34 |
| Travel Time | 8.3 | $4,233.22 |
| UST Reporting Requirements | 1.6 | $861.05 |
| Vendor Management | 0.1 | $78.16 |
| **Total** | **182.6** | **$88,455.44** |

*Travel time billed at 50% of time incurred*