## EXHIBIT B

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - All Entities
### Summary of Time Detail by Professional
### May 1, 2015 through May 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 53.0 | $49,025.00 |
| Emmett Bergman | Managing Director | $750.00 | 135.5 | $101,625.00 |
| John Stuart | Managing Director | $750.00 | 161.0 | $120,750.00 |
| Steve Kotarba | Managing Director | $675.00 | 88.2 | $59,535.00 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 161.4 | $96,840.00 |
| Matt Frank | Director | $600.00 | 143.6 | $86,160.00 |
| Kevin Sullivan | Director | $525.00 | 27.0 | $14,175.00 |
| Mark Zeiss | Director | $525.00 | 43.5 | $22,837.50 |
| Paul Kinealy | Director | $525.00 | 103.1 | $54,127.50 |
| David Blanks | Senior Associate | $475.00 | 178.3 | $84,692.50 |
| Jeff Dwyer | Senior Associate | $475.00 | 155.2 | $73,720.00 |
| Taylor Atwood | Senior Associate | $475.00 | 97.6 | $46,360.00 |
| Richard Carter | Consultant | $425.00 | 158.9 | $67,532.50 |
| Scott Safron | Associate | $400.00 | 102.1 | $40,840.00 |
| Jon Rafpor | Analyst | $375.00 | 146.2 | $54,825.00 |
| Michael Williams | Analyst | $350.00 | 172.2 | $60,270.00 |
| Peyton Heath | Analyst | $350.00 | 130.4 | $45,640.00 |
| Sarah Pittman | Analyst | $350.00 | 71.2 | $24,920.00 |
| Michael Dvorak | Analyst | $325.00 | 128.1 | $41,632.50 |
| Robert Country | Analyst | $325.00 | 180.0 | $58,500.00 |
| Mary Napoliello | Paraprofessional | $275.00 | 16.5 | $4,537.50 |
| | | *Total* | 2,453.0 | $1,208,545.00 |

*Exhibit B*

*TCEH*
*Summary of Time Detail by Professional*
*May 1, 2015 through May 31, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 33.4 | $30,919.62 |
| Emmett Bergman | Managing Director | $750.00 | 97.6 | $73,210.42 |
| John Stuart | Managing Director | $750.00 | 41.5 | $31,095.83 |
| Steve Kotarba | Managing Director | $675.00 | 46.2 | $31,189.76 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 65.9 | $39,520.73 |
| Matt Frank | Director | $600.00 | 98.0 | $58,787.72 |
| Kevin Sullivan | Director | $525.00 | 12.3 | $6,436.37 |
| Mark Zeiss | Director | $525.00 | 28.2 | $14,812.25 |
| Paul Kinealy | Director | $525.00 | 50.8 | $26,669.68 |
| David Blanks | Senior Associate | $475.00 | 12.8 | $6,071.37 |
| Jeff Dwyer | Senior Associate | $475.00 | 109.2 | $51,888.22 |
| Taylor Atwood | Senior Associate | $475.00 | 41.7 | $19,826.91 |
| Richard Carter | Consultant | $425.00 | 66.8 | $28,375.79 |
| Scott Safron | Associate | $400.00 | 52.4 | $20,976.32 |
| Jon Rafpor | Analyst | $375.00 | 87.1 | $32,656.24 |
| Michael Williams | Analyst | $350.00 | 78.3 | $27,407.91 |
| Peyton Heath | Analyst | $350.00 | 12.1 | $4,227.34 |
| Sarah Pittman | Analyst | $350.00 | 29.3 | $10,242.34 |
| Michael Dvorak | Analyst | $325.00 | 61.1 | $19,846.40 |
| Robert Country | Analyst | $325.00 | 81.7 | $26,562.78 |
| Mary Napoliello | Paraprofessional | $275.00 | 7.5 | $2,060.32 |
| | | *Total* | **1,113.8** | **$562,784.32** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### May 1, 2015 through May 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 17.0 | $15,736.53 |
| Emmett Bergman | Managing Director | $750.00 | 36.2 | $27,124.96 |
| John Stuart | Managing Director | $750.00 | 93.4 | $70,067.96 |
| Steve Kotarba | Managing Director | $675.00 | 37.1 | $25,044.16 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 86.7 | $52,013.42 |
| Matt Frank | Director | $600.00 | 43.1 | $25,833.96 |
| Kevin Sullivan | Director | $525.00 | 12.7 | $6,683.49 |
| Mark Zeiss | Director | $525.00 | 13.2 | $6,931.03 |
| Paul Kinealy | Director | $525.00 | 45.2 | $23,714.02 |
| David Blanks | Senior Associate | $475.00 | 142.6 | $67,740.38 |
| Jeff Dwyer | Senior Associate | $475.00 | 44.2 | $20,976.13 |
| Taylor Atwood | Senior Associate | $475.00 | 41.7 | $19,798.53 |
| Richard Carter | Consultant | $425.00 | 82.0 | $34,863.75 |
| Scott Safron | Associate | $400.00 | 41.4 | $16,566.58 |
| Jon Rafpor | Analyst | $375.00 | 53.0 | $19,879.83 |
| Michael Williams | Analyst | $350.00 | 81.1 | $28,386.21 |
| Peyton Heath | Analyst | $350.00 | 103.8 | $36,344.65 |
| Sarah Pittman | Analyst | $350.00 | 31.3 | $10,953.38 |
| Michael Dvorak | Analyst | $325.00 | 58.2 | $18,924.19 |
| Robert Country | Analyst | $325.00 | 84.9 | $27,582.66 |
| Mary Napoliello | Paraprofessional | $275.00 | 7.8 | $2,139.42 |
| | | *Total* | **1,156.6** | **$557,305.24** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### May 1, 2015 through May 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 2.6 | $2,368.85 |
| Emmett Bergman | Managing Director | $750.00 | 1.7 | $1,289.62 |
| John Stuart | Managing Director | $750.00 | 26.1 | $19,586.20 |
| Steve Kotarba | Managing Director | $675.00 | 4.9 | $3,301.09 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 8.8 | $5,305.86 |
| Matt Frank | Director | $600.00 | 2.6 | $1,538.32 |
| Kevin Sullivan | Director | $525.00 | 2.0 | $1,055.14 |
| Mark Zeiss | Director | $525.00 | 2.1 | $1,094.22 |
| Paul Kinealy | Director | $525.00 | 7.1 | $3,743.80 |
| David Blanks | Senior Associate | $475.00 | 22.9 | $10,880.76 |
| Jeff Dwyer | Senior Associate | $475.00 | 1.8 | $855.65 |
| Taylor Atwood | Senior Associate | $475.00 | 14.2 | $6,734.56 |
| Richard Carter | Consultant | $425.00 | 10.1 | $4,292.96 |
| Scott Safron | Associate | $400.00 | 8.2 | $3,297.10 |
| Jon Rafpor | Analyst | $375.00 | 6.1 | $2,288.93 |
| Michael Williams | Analyst | $350.00 | 12.8 | $4,475.89 |
| Peyton Heath | Analyst | $350.00 | 14.5 | $5,068.01 |
| Sarah Pittman | Analyst | $350.00 | 10.6 | $3,724.28 |
| Michael Dvorak | Analyst | $325.00 | 8.8 | $2,861.91 |
| Robert Country | Analyst | $325.00 | 13.4 | $4,354.55 |
| Mary Napoliello | Paraprofessional | $275.00 | 1.2 | $337.76 |
| | | *Total* | **182.6** | **$88,455.44** |