# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*May 1, 2015 through May 31, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $25,212.67 |
| Lodging | $25,740.03 |
| Meals | $3,387.39 |
| Miscellaneous | $201.63 |
| Transportation | $7,481.94 |
| *Total* | **$62,023.66** |

*Exhibit C*

## TCEH
### Summary of Expense Detail by Category
### May 1, 2015 through May 31, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $11,449.07 |
| Lodging | $11,688.65 |
| Meals | $1,538.16 |
| Miscellaneous | $91.55 |
| Transportation | $3,397.61 |
| **Total** | **$28,165.04** |

*Exhibit C*

## EFH
### Summary of Expense Detail by Category
### May 1, 2015 through May 31, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $11,887.74 |
| Lodging | $12,136.39 |
| Meals | $1,597.10 |
| Miscellaneous | $95.06 |
| Transportation | $3,527.80 |
| **Total** | **$29,244.09** |

*Exhibit C*

*EFIH*
*Summary of Expense Detail by Category*
*May 1, 2015 through May 31, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $1,875.86 |
| Lodging | $1,914.99 |
| Meals | $252.13 |
| Miscellaneous | $15.02 |
| Transportation | $556.53 |
| *Total* | **$4,614.53** |