# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**May 1, 2015 through May 31, 2015**

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/6/2015 | $508.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 4/9/2015 | $398.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 4/13/2015 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 4/16/2015 | $552.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 4/20/2015 | $398.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 4/23/2015 | $568.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 4/27/2015 | $418.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 4/29/2015 | $900.00 | Airfare coach Dallas/New York/San Francisco (capped at $900). |
| Emmett Bergman | 4/30/2015 | $568.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 5/4/2015 | $418.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 5/7/2015 | $418.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 5/11/2015 | $418.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 5/14/2015 | $418.10 | Airfare coach one-way Dallas/Los Angeles. |
| Emmett Bergman | 5/18/2015 | $568.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 5/28/2015 | $568.10 | Airfare coach one-way Dallas/San Francisco. |
| Jeff Dwyer | 5/3/2015 | $428.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 5/7/2015 | $463.60 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 5/11/2015 | $568.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 5/14/2015 | $278.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 5/18/2015 | $428.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 5/21/2015 | $568.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 5/26/2015 | $418.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 5/28/2015 | $428.10 | Airfare one-way coach Dallas/San Francisco. |
| Jodi Ehrenhofer | 5/7/2015 | $484.10 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 5/11/2015 | $343.10 | Airfare coach one-way Chicago/Dallas. |
| Jodi Ehrenhofer | 5/13/2015 | $343.10 | Airfare coach one-way Dallas/Chicago. |
| Jodi Ehrenhofer | 5/21/2015 | $1,011.41 | Airfare coach roundtrip Chicago/Dallas. |
| Matt Frank | 5/4/2015 | $443.10 | Airfare one-way coach New Orleans/Dallas. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**May 1, 2015 through May 31, 2015**

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 5/7/2015 | $364.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 5/11/2015 | $260.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 5/14/2015 | $247.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 5/18/2015 | $364.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 5/22/2015 | $364.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 5/26/2015 | $247.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 5/28/2015 | $353.10 | Airfare coach one-way Dallas/Chicago. |
| Michael Dvorak | 4/29/2015 | $818.20 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Dvorak | 5/8/2015 | $659.82 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Dvorak | 5/11/2015 | $833.20 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Dvorak | 5/18/2015 | $833.20 | Airfare coach roundtrip Chicago/Dallas. |
| Paul Kinealy | 4/6/2015 | $659.82 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 4/20/2015 | $659.82 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 4/30/2015 | $818.20 | Airfare coach roundtrip Chicago/Dallas. |
| Richard Carter | 5/5/2015 | $364.10 | Airfare coach one-way Dallas/Chicago. |
| Richard Carter | 5/5/2015 | $364.10 | Airfare coach one-way Chicago/Dallas. |
| Robert Country | 4/20/2014 | $454.10 | Airfare one-way coach Chicago/Dallas. |
| Robert Country | 4/7/2015 | $427.70 | Airfare one-way coach Dallas/Chicago. |
| Robert Country | 4/14/2015 | $770.80 | Airfare roundtrip coach Chicago/Dallas. |
| Steve Kotarba | 3/25/2015 | $387.00 | Airfare one-way coach Chicago/Dallas. |
| Steve Kotarba | 3/26/2015 | $387.00 | Airfare one-way coach Dallas/Chicago. |
| Steve Kotarba | 5/26/2015 | $349.70 | Airfare one-way coach Chicago/Dallas. |
| Steve Kotarba | 5/28/2015 | $349.70 | Airfare one-way coach Dallas/Chicago. |
| **Expense Category Total** | | **$25,212.67** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 5/21/2005 | $767.64 | Hotel in Dallas - 3 nights. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### May 1, 2015 through May 31, 2015

*Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/9/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 4/16/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 4/23/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 4/29/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 5/7/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 5/14/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 5/28/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 5/7/2015 | $1,028.52 | Hotel in Dallas - 4 nights. |
| Jeff Dwyer | 5/14/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 5/21/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 5/28/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 4/1/2015 | $460.00 | Lodging in Dallas - 2 nights. |
| Jodi Ehrenhofer | 4/9/2015 | $920.00 | Lodging in Dallas - 4 nights. |
| Jodi Ehrenhofer | 4/16/2015 | $1,150.00 | Lodging in Dallas - 5 nights. |
| Jodi Ehrenhofer | 4/23/2015 | $920.00 | Lodging in Dallas - 4 nights. |
| Jodi Ehrenhofer | 5/6/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 5/20/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Matt Frank | 5/7/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 5/14/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 5/22/2015 | $1,028.52 | Hotel in Dallas - 4 nights. |
| Matt Frank | 5/28/2015 | $516.76 | Hotel in Dallas - 2 nights. |
| Michael Dvorak | 5/6/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 5/13/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Michael Dvorak | 5/20/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 5/27/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 4/14/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 4/29/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 5/7/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 5/20/2015 | $511.76 | Hotel in Dallas - 2 nights. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### May 1, 2015 through May 31, 2015

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 4/22/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 4/29/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Steve Kotarba | 3/25/2015 | $236.29 | Hotel in Dallas - 1 night. |
| Steve Kotarba | 5/27/2015 | $263.94 | Hotel in Dallas - 1 night. |
| **Expense Category Total** | | **$25,740.03** | |

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/13/2015 | $11.78 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 4/14/2015 | $30.77 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 4/15/2015 | $110.01 | Out of town dinner - E. Bergman, M. Frank, H. Biscola - 3. |
| Emmett Bergman | 4/16/2015 | $20.24 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 4/20/2015 | $80.00 | Out of town dinner - E. Bergman, M. Frank - 2. |
| Emmett Bergman | 4/20/2015 | $11.78 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 4/27/2015 | $6.22 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 4/30/2015 | $9.61 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/4/2015 | $6.22 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/4/2015 | $0.00 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 5/11/2015 | $21.22 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/12/2015 | $15.00 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/13/2015 | $15.00 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/18/2015 | $6.40 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/18/2015 | $36.31 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 5/25/2015 | $40.00 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 5/26/2015 | $34.15 | Out of town dinner - E. Bergman. |
| Jeff Dwyer | 5/4/2015 | $196.10 | Out of town dinner - J. Dwyer, E. Bergman, M. Dvorak, R. Carter, R. Country - 5. |
| Jeff Dwyer | 5/5/2015 | $38.18 | Out of town dinner - J. Dwyer. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### May 1, 2015 through May 31, 2015

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 5/6/2015 | $200.00 | Out of town dinner - J. Dwyer, E. Bergman, J. Ehrenhofer, M. Dvorak, R. Country - 5. |
| Jeff Dwyer | 5/7/2015 | $4.44 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/11/2015 | $120.00 | Out of town dinner - J. Dwyer, M. Frank, E. Bergman - 3. |
| Jeff Dwyer | 5/12/2015 | $38.18 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 5/13/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/13/2015 | $160.00 | Out of town dinner - J. Dwyer, E. Bergman, M. Frank, P. Kinealy - 4. |
| Jeff Dwyer | 5/18/2015 | $38.18 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 5/18/2015 | $14.56 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/19/2015 | $80.00 | Out of town dinner - J. Dwyer, E. Bergman - 3. |
| Jeff Dwyer | 5/19/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/20/2015 | $8.61 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/20/2015 | $22.58 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 5/21/2015 | $5.36 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/26/2015 | $33.85 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 5/26/2015 | $6.17 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/27/2015 | $11.04 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 5/27/2015 | $120.00 | Out of town dinner - J. Dwyer, E. Bergman, P. Kinealy - 3. |
| Jeff Dwyer | 5/28/2015 | $12.02 | Out of town dinner - J. Dwyer. |
| Jodi Ehrenhofer | 5/4/2015 | $5.56 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/4/2015 | $40.00 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/5/2015 | $160.00 | Out of town dinner - J. Ehrenhofer, M. Frank, M. Dvorak, R. Carter - 4. |
| Jodi Ehrenhofer | 5/11/2015 | $14.24 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/12/2015 | $60.83 | Out of town dinner - J. Ehrenhofer, P. Kinealy, E. Bergman - 3. |
| Jodi Ehrenhofer | 5/13/2015 | $4.74 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/19/2015 | $5.20 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/20/2015 | $160.00 | Out of town dinner - J. Ehrenhofer, M. Frank, E. Bergman, R. Carter - 4. |
| Matt Frank | 5/4/2015 | $36.31 | Out of town dinner - M. Frank. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## May 1, 2015 through May 31, 2015

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 5/5/2015 | $8.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/6/2015 | $5.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/6/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 5/7/2015 | $7.07 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/11/2015 | $7.45 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/12/2015 | $9.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/13/2015 | $18.82 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/18/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 5/18/2015 | $6.08 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/19/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 5/19/2015 | $10.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/21/2015 | $10.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/22/2015 | $10.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/26/2015 | $4.86 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/26/2015 | $33.15 | Out of town dinner - M. Frank. |
| Matt Frank | 5/27/2015 | $139.74 | Out of town dinner - M. Frank, R. Country, M. Dvorak, M. Williams - 4. |
| Matt Frank | 5/27/2015 | $10.33 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/28/2015 | $5.00 | Out of town breakfast - M. Frank. |
| Michael Dvorak | 5/4/2015 | $16.90 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 5/5/2015 | $8.06 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 5/11/2015 | $12.03 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 5/12/2015 | $11.26 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 5/13/2015 | $10.52 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 5/14/2015 | $120.00 | Out of town dinner - M. Dvorak, R. Country, M. Williams - 3. |
| Michael Dvorak | 5/14/2015 | $11.23 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 5/19/2015 | $5.37 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 5/19/2015 | $21.86 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 5/20/2015 | $12.00 | Out of town breakfast - M. Dvorak. |

*Exhibit D*

***Combined - All Entities***
***Expense Detail by Category***
***May 1, 2015 through May 31, 2015***

### *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 5/21/2015 | $7.36 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 5/25/2015 | $21.00 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 5/26/2015 | $10.85 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 5/27/2015 | $9.53 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 5/28/2015 | $7.01 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 5/28/2015 | $9.72 | Out of town dinner - M. Dvorak. |
| Paul Kinealy | 4/12/2015 | $5.02 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 4/13/2015 | $9.59 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 4/14/2015 | $21.49 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 4/14/2015 | $9.59 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 4/15/2015 | $8.29 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 4/15/2015 | $9.06 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 4/27/2015 | $7.46 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 4/28/2015 | $10.42 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 4/29/2015 | $5.60 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 4/29/2015 | $273.01 | Out of town dinner - P. Kinealy, J. Dwyer, J. Ehrenhofer, M. Frank, M. Williams, R. Carter, R. Country - 7. |
| Paul Kinealy | 4/30/2015 | $8.09 | Out of town breakfast - P. Kinealy. |
| Richard Carter | 5/4/2015 | $7.18 | Out of town breakfast - R. Carter. |
| Richard Carter | 5/6/2015 | $13.56 | Out of town dinner - R. Carter. |
| Richard Carter | 5/19/2015 | $7.62 | Out of town breakfast - R. Carter. |
| Richard Carter | 5/21/2015 | $36.96 | Out of town dinner - R. Carter, M. Dvorak - 2. |
| Robert Country | 4/20/2015 | $6.52 | Out of town breakfast - R. Country. |
| Robert Country | 4/21/2015 | $12.17 | Out of town breakfast - R. Country. |
| Robert Country | 4/22/2015 | $6.19 | Out of town breakfast - R. Country. |
| Robert Country | 4/23/2015 | $4.10 | Out of town breakfast - R. Country. |
| Robert Country | 4/27/2015 | $18.16 | Out of town dinner - R. Country. |
| Robert Country | 4/27/2015 | $6.52 | Out of town breakfast - R. Country. |
| Robert Country | 4/28/2015 | $4.10 | Out of town breakfast - R. Country. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### May 1, 2015 through May 31, 2015

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 4/30/2015 | $4.10 | Out of town breakfast - R. Country. |
| Robert Country | 4/30/2015 | $63.31 | Out of town dinner - R. Country, M. Williams - 2. |
| Steve Kotarba | 3/26/2015 | $13.64 | Out of town dinner - S. Kotarba. |
| Steve Kotarba | 5/27/2015 | $25.98 | Out of town dinner - S. Kotarba. |
| Steve Kotarba | 5/28/2015 | $28.03 | Out of town dinner - S. Kotarba, P. Kinealy - 2. |
| **Expense Category Total** | | **$3,387.39** | |

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 5/4/2015 | $49.95 | In-Flight WiFi access charge. |
| Jeff Dwyer | 5/28/2015 | $3.99 | In-Flight WiFi access charge. |
| John Stuart | 5/15/2015 | $52.01 | Internet online access fee. |
| Jon Rafpor | 5/8/2015 | $18.35 | In-Flight WiFi access charge. |
| Jon Rafpor | 5/12/2015 | $19.43 | In-Flight WiFi access charge. |
| Jon Rafpor | 5/17/2015 | $17.95 | In-Flight WiFi access charge. |
| Matt Frank | 5/13/2015 | $39.95 | In flight internet fees for 5/13/15 to 6/12/15. |
| **Expense Category Total** | | **$201.63** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/6/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 4/6/2015 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 4/8/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 4/8/2015 | $28.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 4/13/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 4/13/2015 | $25.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 4/16/2015 | $25.00 | Taxi from Energy to Dallas Airport. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*May 1, 2015 through May 31, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/16/2015 | $90.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 4/20/2015 | $25.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 4/20/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 4/23/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 4/23/2015 | $95.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 4/27/2015 | $25.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 4/27/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 4/30/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 4/30/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 5/4/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 5/4/2015 | $4.90 | Taxi from Energy to hotel. |
| Emmett Bergman | 5/6/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 5/6/2015 | $8.00 | Taxi from hotel to Energy. |
| Emmett Bergman | 5/7/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 5/7/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 5/11/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 5/11/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 5/14/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 5/18/2015 | $15.00 | Taxi from dinner to hotel. |
| Emmett Bergman | 5/18/2015 | $15.00 | Taxi from Energy to dinner. |
| Emmett Bergman | 5/18/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 5/18/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 5/19/2015 | $10.00 | Taxi from hotel to Energy. |
| Emmett Bergman | 5/21/2015 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 5/26/2015 | $75.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 5/27/2015 | $4.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 5/28/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 5/28/2015 | $30.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 5/3/2015 | $70.00 | Taxi from home to San Francisco Airport. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*May 1, 2015 through May 31, 2015*

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 5/3/2015 | $60.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 5/4/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 5/4/2015 | $13.88 | Taxi from hotel to Energy. |
| Jeff Dwyer | 5/4/2015 | $25.00 | Taxi to dinner. |
| Jeff Dwyer | 5/5/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 5/6/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 5/6/2015 | $15.00 | Taxi to dinner. |
| Jeff Dwyer | 5/6/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 5/7/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 5/7/2015 | $60.00 | Taxi from Energy to Dallas Airport. |
| Jeff Dwyer | 5/11/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 5/11/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 5/11/2015 | $17.88 | Taxi from Energy to hotel. |
| Jeff Dwyer | 5/12/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 5/13/2015 | $9.90 | Taxi from Energy to hotel. |
| Jeff Dwyer | 5/13/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 5/14/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Jeff Dwyer | 5/18/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 5/18/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 5/18/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 5/19/2015 | $12.07 | Taxi from dinner to hotel. |
| Jeff Dwyer | 5/19/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 5/20/2015 | $15.00 | Taxi from client to hotel. |
| Jeff Dwyer | 5/20/2015 | $15.00 | Taxi from hotel to client. |
| Jeff Dwyer | 5/21/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 5/21/2015 | $25.96 | Taxi from DFW Airport to client. |
| Jeff Dwyer | 5/21/2015 | $60.00 | Taxi from hotel to DFW Airport. |
| Jeff Dwyer | 5/26/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 5/26/2015 | $30.00 | Taxi from Dallas Airport to Energy. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## May 1, 2015 through May 31, 2015

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 5/26/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 5/27/2015 | $15.00 | Taxi from dinner to hotel. |
| Jeff Dwyer | 5/27/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 5/27/2015 | $15.00 | Taxi from hotel to dinner. |
| Jeff Dwyer | 5/28/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 5/28/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 5/28/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 5/4/2015 | $10.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 5/4/2015 | $39.50 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 5/4/2015 | $60.00 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 5/4/2015 | $10.00 | Taxi from hotel to dinner. |
| Jodi Ehrenhofer | 5/5/2015 | $7.88 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 5/5/2015 | $15.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 5/6/2015 | $8.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 5/7/2015 | $60.00 | Taxi from Energy to DFW. |
| Jodi Ehrenhofer | 5/7/2015 | $42.05 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 5/7/2015 | $7.25 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 5/11/2015 | $40.00 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 5/11/2015 | $60.00 | Taxi from DFW to Hotel. |
| Jodi Ehrenhofer | 5/13/2015 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 5/13/2015 | $60.00 | Taxi from Energy to DFW. |
| Jodi Ehrenhofer | 5/19/2015 | $36.75 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 5/19/2015 | $60.00 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 5/19/2015 | $4.09 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 5/19/2015 | $4.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 5/19/2015 | $4.60 | Taxi from hotel to dinner. |
| Jodi Ehrenhofer | 5/20/2015 | $20.00 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 5/21/2015 | $12.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 5/21/2015 | $60.00 | Taxi from Energy to DFW. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## May 1, 2015 through May 31, 2015

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 5/21/2015 | $40.00 | Taxi from O'Hare to home. |
| Matt Frank | 5/4/2015 | $60.00 | Taxi from DFW to client. |
| Matt Frank | 5/4/2015 | $38.00 | Taxi from hotel to New Orleans Airport. |
| Matt Frank | 5/5/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 5/6/2015 | $12.00 | Taxi from hotel to dinner. |
| Matt Frank | 5/6/2015 | $13.00 | Taxi from dinner to hotel. |
| Matt Frank | 5/6/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 5/7/2015 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 5/7/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 5/11/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 5/11/2015 | $60.00 | Taxi from DFW Airport to client. |
| Matt Frank | 5/11/2015 | $22.00 | Taxi from dinner to hotel. |
| Matt Frank | 5/12/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 5/14/2015 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 5/14/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 5/18/2015 | $15.00 | Taxi from client to hotel. |
| Matt Frank | 5/18/2015 | $65.00 | Taxi from DFW Airport to client. |
| Matt Frank | 5/18/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 5/19/2015 | $25.00 | Taxi to dinner from hotel. |
| Matt Frank | 5/19/2015 | $25.00 | Taxi to hotel from dinner. |
| Matt Frank | 5/19/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 5/20/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 5/22/2015 | $65.00 | Taxi from client to DFW Airport. |
| Matt Frank | 5/22/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 5/26/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 5/26/2015 | $65.00 | Taxi from DFW Airport to client. |
| Matt Frank | 5/28/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 5/28/2015 | $65.00 | Taxi from client to DFW Airport. |
| Michael Dvorak | 4/23/2015 | $60.00 | Taxi from home to Chicago Airport. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*May 1, 2015 through May 31, 2015*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 5/4/2015 | $60.00 | Taxi from home to Chicago Airport. |
| Michael Dvorak | 5/6/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 5/6/2015 | $15.00 | Taxi to dinner. |
| Michael Dvorak | 5/7/2015 | $75.00 | Taxi from hotel to DFW. |
| Michael Dvorak | 5/7/2015 | $41.10 | Taxi from Chicago Airport to home. |
| Michael Dvorak | 5/11/2015 | $8.25 | Taxi from hotel to dinner. |
| Michael Dvorak | 5/11/2015 | $23.58 | Taxi to hotel. |
| Michael Dvorak | 5/12/2015 | $25.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 5/13/2015 | $19.73 | Taxi from dinner to hotel. |
| Michael Dvorak | 5/13/2015 | $22.57 | Taxi to dinner. |
| Michael Dvorak | 5/14/2015 | $4.65 | Taxi from Chicago Airport to home. |
| Michael Dvorak | 5/14/2015 | $9.22 | Taxi from Energy to hotel. |
| Michael Dvorak | 5/14/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 5/19/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 5/19/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 5/19/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Dvorak | 5/20/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 5/21/2015 | $75.00 | Taxi from Chicago Airport to home. |
| Michael Dvorak | 5/25/2015 | $65.00 | Taxi from home to Chicago Airport. |
| Michael Dvorak | 5/26/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 5/28/2015 | $56.40 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 5/28/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Paul Kinealy | 4/12/2015 | $22.00 | Taxi to client. |
| Paul Kinealy | 4/12/2015 | $104.00 | Parking at Chicago Airport. |
| Paul Kinealy | 4/13/2015 | $13.38 | Taxi to client. |
| Paul Kinealy | 4/13/2015 | $29.00 | Taxi to client. |
| Paul Kinealy | 4/13/2015 | $15.00 | Taxi to client. |
| Paul Kinealy | 4/14/2015 | $9.55 | Taxi to client. |
| Paul Kinealy | 4/15/2015 | $38.00 | Taxi from Energy to Dallas Airport. |

*Exhibit D*

## Combined - All Entities
### Expense Detail by Category
### May 1, 2015 through May 31, 2015

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 4/15/2015 | $10.95 | Taxi from hotel to Energy. |
| Paul Kinealy | 4/27/2015 | $26.00 | Taxi from dinner to hotel. |
| Paul Kinealy | 4/27/2015 | $24.00 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 4/27/2015 | $23.00 | Taxi to dinner. |
| Paul Kinealy | 4/28/2015 | $15.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 4/29/2015 | $15.00 | Taxi from dinner to hotel. |
| Paul Kinealy | 4/29/2015 | $5.50 | Taxi from Energy to hotel. |
| Paul Kinealy | 4/30/2015 | $24.00 | Taxi to Dallas Airport. |
| Paul Kinealy | 4/30/2015 | $120.00 | Parking at Chicago Airport. |
| Paul Kinealy | 4/30/2015 | $15.00 | Taxi from hotel to client |
| Richard Carter | 5/5/2015 | $61.15 | Taxi from home to Chicago Airport. |
| Richard Carter | 5/5/2015 | $13.00 | Taxi from hotel to dinner. |
| Richard Carter | 5/5/2015 | $56.00 | Taxi fro DFW Airport to Energy. |
| Richard Carter | 5/6/2015 | $13.00 | Taxi from hotel to Energy. |
| Richard Carter | 5/6/2015 | $62.50 | Taxi from Energy to DFW Airport. |
| Richard Carter | 5/6/2015 | $105.00 | Parking at Chicago Airport. |
| Richard Carter | 5/19/2015 | $60.45 | Taxi from home to Chicago Airport. |
| Richard Carter | 5/21/2015 | $105.00 | Parking at Chicago Airport. |
| Richard Carter | 5/25/2015 | $64.80 | Taxi from home to Chicago Airport. |
| Robert Country | 4/20/2015 | $66.00 | Taxi from Dallas Airport to Energy. |
| Robert Country | 4/20/2015 | $38.54 | Taxi from home to O'Hare. |
| Robert Country | 4/23/2015 | $38.22 | Taxi from O'Hare to home. |
| Robert Country | 4/23/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Robert Country | 4/27/2015 | $39.02 | Taxi from home to O'Hare. |
| Robert Country | 4/27/2015 | $15.00 | Taxi to dinner. |
| Robert Country | 4/28/2015 | $15.00 | Taxi to dinner. |
| Robert Country | 4/29/2015 | $25.00 | Taxi to Energy. |
| Robert Country | 4/29/2015 | $4.24 | Out of town breakfast - R. Country. |
| Robert Country | 4/30/2015 | $57.05 | Taxi from Energy to Dallas Airport. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*May 1, 2015 through May 31, 2015*

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 4/30/2015 | $39.18 | Taxi from Chicago Airport to home. |
| Steve Kotarba | 3/25/2015 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 3/25/2015 | $25.20 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 3/26/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 3/26/2015 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 5/27/2015 | $25.00 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 5/27/2015 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 5/28/2015 | $8.00 | Taxi from hotel to Energy. |
| Steve Kotarba | 5/28/2015 | $60.00 | Taxi from Midway Airport to home. |
| **Expense Category Total** | | **$7,481.94** | |
| *Grand Total* | | **$62,023.66** | |