UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | Case No. 14-10979 (CSS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : | [D.I. 1888] |

## SUPPLEMENTAL DECLARATION OF KATHERINE STADLER DISCLOSING RELATIONSHIPS OF GODFREY & KAHN, S.C., AS COUNSEL TO THE FEE COMMITTEE, WITH INTERESTED PARTIES

Katherine Stadler, a shareholder of Godfrey & Kahn, S.C., makes this supplemental declaration pursuant to 28 U.S.C. § 1746 and states:

1. I am a shareholder of the Wisconsin-based law firm of Godfrey & Kahn, S.C., counsel to the Fee Committee in these cases.

2. I am authorized to make this Declaration on behalf of Godfrey & Kahn, and I submit it to provide the Court, the United States Trustee, the Debtors, and other interested parties with additional information related to Godfrey & Kahn's retention pursuant to its continuing obligations in connection with the *Application of Fee Committee for Authorization to Employ and Retain Godfrey & Kahn, S.C. as Counsel to the Fee Committee, Nunc Pro Tunc to the Fee Committee's Appointment* (the "**Godfrey & Kahn Retention Application**"). This Declaration is based on my personal knowledge

and if called to testify, I could and would testify competently to the written statements I have made in this Declaration.

3. Subsequent to its retention, Godfrey & Kahn has continued to monitor possible conflicts and connections between Godfrey & Kahn, or Godfrey & Kahn attorneys, and the Interested Parties, as defined in the G&K Retention Application and identified on Appendix A thereto.

4. A supplemental list of Interested Parties with which Godfrey & Kahn has a current relationship or has had a recent relationship—all wholly unrelated to these cases—is attached to this Declaration as Appendix A. For purposes of this disclosure, representation of third parties who are adverse to Interested Parties in unrelated matters—other than Debtors, Officers, Directors, and Professionals—are not "relationships."

5. To the best of my knowledge, this Declaration discloses all additional connections between Godfrey & Kahn with the Interested Parties known to Godfrey & Kahn as of today's date. Due to the size of the Debtors and the complexity of these cases, Godfrey & Kahn cannot state with absolute certainty that, at this time, it has identified and disclosed every single connection it has with each Interested Party. However, Godfrey & Kahn will promptly file supplemental disclosures of any such connections if any additional relevant information comes to my or Godfrey & Kahn's attention.

6. To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, including the information in Godfrey & Kahn's conflicts check database and direct inquiry of Godfrey & Kahn attorneys and except as otherwise disclosed herein and in the Godfrey & Kahn Retention Application:

  A. Godfrey & Kahn does not hold or represent an interest adverse to the Debtors, the Debtors' Affiliates, or their respective estates.

  B. Neither Godfrey & Kahn nor its attorneys nor the independent contractor described below are connected with the United States Trustee for Region 3, any persons employed by the United States Trustee's office for Region 3, or any Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware.

  7. Gale Raiche is a paralegal who worked in Godfrey & Kahn's bankruptcy practice, for 22 years, until her retirement on April 30, 2014. The firm retained her services as an independent contractor to provide paralegal services as it developed and implemented the review process in this proceeding for the professional fee applications in the first interim fee period. In the *First Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 21, 2014 through December 31, 2014* [D.I. 3901], the firm submitted her itemized invoice for paraprofessional services as an expense. The invoice details Ms. Raiche's work in tenths of an hour as required by the U.S. Trustee Guidelines and local rules.

  A. Ms. Raiche, at Godfrey & Kahn's direction, reviewed the list of Interested Parties provided by the Debtors and identified no interest or representation adverse to the Debtors, the Debtors' Affiliates, or their respective estates.

  B. Ms. Raiche has confirmed that she is not connected with the United States Trustee's office for Region 3, or any Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware.


    C. Ms. Raiche has confirmed that she has had no current or recent relationship with any Interested Party.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

  Dated: July 6th, 2015
    Madison, Wisconsin

            Respectfully submitted,

            */s/ Katherine Stadler*
            Katherine Stadler, Shareholder
            **GODFREY & KAHN, S.C.**
            One East Main Street, Suite 500
            Madison, Wisconsin 53703
            (608) 257-3911
            kstadler@gklaw.com

# APPENDIX A

## SUPPLEMENTAL LIST OF INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED GODFREY & KAHN, S.C. IN MATTERS UNRELATED TO THE DEBTORS OR THESE CHAPTER 11 CASES

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Aetna<br>Aetna Hartford<br>Aetna Inc. | Significant Vendors | Godfrey & Kahn is currently representing Aetna Life and Health Insurance on unrelated matters. |
| Apollo Global Management | Debtholders | Related party to a current client in ongoing litigation in connection with unrelated matters. |
| Citigroup Global Markets, Inc. | Debtholders<br>Significant Vendors<br>DIP Parties | Current client on unrelated matters. |
| Google Inc. | Significant Vendor | Current client on unrelated matters. |
| Johnson Controls/York<br>York, a Johnson Controls Co. | Significant Vendor | Johnson Controls, Inc. is a current client of Godfrey & Kahn on unrelated matters. |
| King Street Capital Management LP | Debtholder | Current client on unrelated matter. |
| Kirkland & Ellis | Professionals | Jesse Ganz recently commenced employment at Godfrey & Kahn as an associate. Prior to transitioning to Godfrey & Kahn, Mr. Ganz worked as an associate in the San Francisco office of Kirkland & Ellis LLP where he worked as a corporate attorney performing no work related to these bankruptcy proceedings. |
| Latham & Watkins | Professionals | Godfrey & Kahn is serving as co-counsel with Latham & Watkins in unrelated matters. |
| Proskauer Rose LLP | Professionals | Godfrey & Kahn is serving as local counsel to Proskauer Rose in unrelated matters. |

13934347.1