# Exhibit A

## Fee Summary by Professional for the Period March 1, 2015 through March 31, 2015

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

# March 01, 2015 - March 31, 2015

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Bradfield, Derek | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 3.2 | $2,304.00 |
| **Professional Subtotal:** | | | **3.7** | **$2,664.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period
## March 01, 2015 - March 31, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Adams, Keith | Partner/Principal | $365.00 | 1.5 | $547.50 |
| Aliff, Greg | Partner/Principal | $365.00 | 6.5 | $2,372.50 |
| Becker, Paul | Partner/Principal | $365.00 | 11.9 | $4,343.50 |
| Benesh, Kay | Partner/Principal | $365.00 | 27.2 | $9,928.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 182.2 | $66,503.00 |
| Cotroneo, Nick | Partner/Principal | $365.00 | 4.3 | $1,569.50 |
| DenBraber, Marty | Partner/Principal | $365.00 | 21.2 | $7,738.00 |
| Durand, Danny | Partner/Principal | $365.00 | 3.5 | $1,277.50 |
| Gullo, Randall | Partner/Principal | $365.00 | 34.1 | $12,446.50 |
| Hoffman, David | Partner/Principal | $365.00 | 5.4 | $1,971.00 |
| Hollister, Karen | Partner/Principal | $365.00 | 25.6 | $9,344.00 |
| Kilinskis, Bob | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Kushner, Jonathan | Partner/Principal | $365.00 | 2.7 | $985.50 |
| Roy, Gavin | Partner/Principal | $365.00 | 1.2 | $438.00 |
| Stokx, Randy | Partner/Principal | $365.00 | 254.4 | $92,856.00 |
| Talkington, Pete | Partner/Principal | $365.00 | 4.2 | $1,533.00 |
| Vitola, Paul | Partner/Principal | $365.00 | 3.3 | $1,204.50 |
| Wahrman, Julie | Partner/Principal | $365.00 | 154.0 | $56,210.00 |
| Winger, Julie | Partner/Principal | $365.00 | 20.5 | $7,482.50 |
| Dunn, Phyllis | Director | $365.00 | 17.4 | $6,351.00 |
| Favor, Rick | Director | $365.00 | 224.7 | $82,015.50 |
| Johnson, Michael | Director | $365.00 | 29.5 | $10,767.50 |
| Johnston, Josh | Director | $365.00 | 2.4 | $876.00 |
| Keenan, John | Director | $365.00 | 1.0 | $365.00 |
| Ryan, Jim | Director | $365.00 | 15.2 | $5,548.00 |
| Sasso, Anthony | Director | $365.00 | 1.0 | $365.00 |
| Smith, Lisa | Director | $365.00 | 0.5 | $182.50 |
| Sullivan, Matt | Director | $365.00 | 0.7 | $255.50 |
| Tuite, Patty | Director | $365.00 | 7.2 | $2,628.00 |
| Wittenburg, Dave | Director | $365.00 | 11.0 | $4,015.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 219.8 | $63,742.00 |
| Donovan, Erin | Senior Manager | $290.00 | 9.1 | $2,639.00 |
| Dunlap, Pam | Senior Manager | $290.00 | 8.1 | $2,349.00 |
| Garrison, Amy | Senior Manager | $290.00 | 5.5 | $1,595.00 |
| Hannagan, Peter | Senior Manager | $290.00 | 10.0 | $2,900.00 |
| Horn, Dave | Senior Manager | $290.00 | 0.5 | $145.00 |
| Khandelwal, Vinyas | Senior Manager | $290.00 | 47.3 | $13,717.00 |
| Parker, Matt | Senior Manager | $290.00 | 364.7 | $105,763.00 |
| Parmar, Ashok | Senior Manager | $290.00 | 38.9 | $11,281.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 99.4 | $28,826.00 |
| Quinn, Ed | Senior Manager | $290.00 | 0.5 | $145.00 |
| Shalley, Susanne | Senior Manager | $290.00 | 22.4 | $6,496.00 |
| Terrill, Jon | Senior Manager | $290.00 | 1.0 | $290.00 |
| Woods, Gretchen | Senior Manager | $290.00 | 1.0 | $290.00 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## March 01, 2015 - March 31, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *Continued* | | | | |
| Alvarado, Jason | Manager | $265.00 | 15.1 | $4,001.50 |
| Freeman, Mike | Manager | $265.00 | 318.4 | $84,376.00 |
| Glover, Ryan | Manager | $265.00 | 212.1 | $56,206.50 |
| Hall, Jeff | Manager | $265.00 | 7.0 | $1,855.00 |
| Harold, Matt | Manager | $265.00 | 6.5 | $1,722.50 |
| Kidd, Erin | Manager | $265.00 | 74.8 | $19,822.00 |
| Stafford, Ted | Manager | $265.00 | 6.2 | $1,643.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 260.8 | $56,072.00 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 273.4 | $58,781.00 |
| Dittman, Pat | Senior Consultant | $215.00 | 3.7 | $795.50 |
| Jain, Shweta | Senior Consultant | $215.00 | 8.0 | $1,720.00 |
| Morehead, David | Senior Consultant | $215.00 | 370.4 | $79,636.00 |
| Murawski, Bryan | Senior Consultant | $215.00 | 280.6 | $60,329.00 |
| Pritchett, Cody | Senior Consultant | $215.00 | 132.5 | $28,487.50 |
| Schneider, Stephen | Senior Consultant | $215.00 | 24.5 | $5,267.50 |
| Song, Harry | Senior Consultant | $215.00 | 161.9 | $34,808.50 |
| Zettlemoyer, David | Senior Consultant | $215.00 | 16.8 | $3,612.00 |
| Agarwal, Gauree | Consultant | $175.00 | 5.0 | $875.00 |
| Baylis, Jessica | Consultant | $175.00 | 2.0 | $350.00 |
| Brunson, Steve | Consultant | $175.00 | 242.9 | $42,507.50 |
| Casey, Chris | Consultant | $175.00 | 283.1 | $49,542.50 |
| Henry, Diane | Consultant | $175.00 | 234.4 | $41,020.00 |
| Lin, Silver | Consultant | $175.00 | 105.5 | $18,462.50 |
| Madan, Rohit | Consultant | $175.00 | 17.5 | $3,062.50 |
| O'Donnell, Chris | Consultant | $175.00 | 123.4 | $21,595.00 |
| Parajuli, Jyotsaana | Consultant | $175.00 | 53.1 | $9,292.50 |
| Persons, Hillary | Consultant | $175.00 | 234.4 | $41,020.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 36.0 | $6,300.00 |
| Rashid, Takiyah | Consultant | $175.00 | 18.2 | $3,185.00 |
| Reynolds, Matt | Consultant | $175.00 | 16.0 | $2,800.00 |
| Richards, Nick | Consultant | $175.00 | 50.6 | $8,855.00 |
| Salamon, David | Consultant | $175.00 | 0.8 | $140.00 |
| Sunstrum, Sloane | Consultant | $175.00 | 15.9 | $2,782.50 |
| Swink, Dan | Consultant | $175.00 | 73.8 | $12,915.00 |
| Twigge, Daniel | Consultant | $175.00 | 164.6 | $28,805.00 |
| Yadav, Devavrata | Consultant | $175.00 | 22.5 | $3,937.50 |
| **Professional Subtotal:** | | | **5,775.9** | **$1,429,245.50** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## March 01, 2015 - March 31, 2015

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Favor, Rick | Director | $365.00 | 8.0 | $2,920.00 |
| Swink, Dan | Consultant | $175.00 | 6.0 | $1,050.00 |
| **Professional Subtotal:** | | | **14.0** | **$3,970.00** |
| | | | | |
| Less 50% Non-Working Travel Deduction | | | | ($1,985.00) |
| **Total:** | | | | **$1,985.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period
## March 01, 2015 - March 31, 2015

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Gutierrez, Dalia | Project Controller | $175.00 | 61.8 | $10,815.00 |
| Jones, Donna | Project Controller | $175.00 | 40.3 | $7,052.50 |
| **Professional Subtotal:** | | | **102.1** | **$17,867.50** |