# Exhibit A

## Fee Summary by Professional for the Period
## April 1, 2015 through April 30, 2015

**EFH Corp**

**Deloitte & Touche LLP**

**Fees Sorted by Category for the Fee Period**

**April 01, 2015 - April 30, 2015**

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Adams, Keith | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Aliff, Greg | Partner/Principal | $365.00 | 4.0 | $1,460.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 40.7 | $14,855.50 |
| Cotroneo, Nick | Partner/Principal | $365.00 | 3.8 | $1,387.00 |
| Gullo, Randall | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Hoffman, David | Partner/Principal | $365.00 | 0.8 | $292.00 |
| Janiak, Stacy | Partner/Principal | $365.00 | 5.0 | $1,825.00 |
| Kushner, Jonathan | Partner/Principal | $365.00 | 4.0 | $1,460.00 |
| Mano, Patrice | Partner/Principal | $365.00 | 3.8 | $1,387.00 |
| Stokx, Randy | Partner/Principal | $365.00 | 86.1 | $31,426.50 |
| Wahrman, Julie | Partner/Principal | $365.00 | 5.0 | $1,825.00 |
| Winger, Julie | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Favor, Rick | Director | $365.00 | 51.5 | $18,797.50 |
| Sasso, Anthony | Director | $365.00 | 0.3 | $109.50 |
| Wittenburg, Dave | Director | $365.00 | 2.0 | $730.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 89.1 | $25,839.00 |
| Handler, Benjamin | Senior Manager | $290.00 | 3.0 | $870.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 3.0 | $870.00 |
| Horn, Dave | Senior Manager | $290.00 | 4.0 | $1,160.00 |
| Khandelwal, Vinyas | Senior Manager | $290.00 | 1.5 | $435.00 |
| Parker, Matt | Senior Manager | $290.00 | 142.0 | $41,180.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 34.5 | $10,005.00 |
| Freeman, Mike | Manager | $265.00 | 145.1 | $38,451.50 |
| Kidd, Erin | Manager | $265.00 | 3.1 | $821.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 1.0 | $215.00 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 68.7 | $14,770.50 |
| Jain, Shweta | Senior Consultant | $215.00 | 6.5 | $1,397.50 |
| Morehead, David | Senior Consultant | $215.00 | 165.9 | $35,668.50 |
| Murawski, Bryan | Senior Consultant | $215.00 | 118.0 | $25,370.00 |
| Pritchett, Cody | Senior Consultant | $215.00 | 3.3 | $709.50 |
| Sims, Zac | Senior Consultant | $215.00 | 32.2 | $6,923.00 |
| Yadav, Ritu | Senior Consultant | $215.00 | 3.5 | $752.50 |
| Anant, Nimisha | Consultant | $175.00 | 5.0 | $875.00 |
| Brunson, Steve | Consultant | $175.00 | 137.7 | $24,097.50 |
| Casey, Chris | Consultant | $175.00 | 128.8 | $22,540.00 |
| Goel, Srishti | Consultant | $175.00 | 4.0 | $700.00 |
| Henry, Diane | Consultant | $175.00 | 152.0 | $26,600.00 |
| Hill, Tim | Consultant | $175.00 | 1.0 | $175.00 |
| Johnson, Dana | Consultant | $175.00 | 0.5 | $87.50 |
| Lin, Silver | Consultant | $175.00 | 21.5 | $3,762.50 |
| O'Donnell, Chris | Consultant | $175.00 | 48.4 | $8,470.00 |
| Persons, Hillary | Consultant | $175.00 | 110.1 | $19,267.50 |
| Portocarrero Neyra, Manuel | Consultant | $175.00 | 29.3 | $5,127.50 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period
## April 01, 2015 - April 30, 2015

### *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *Continued* | | | | |
| Pothoulakis, Tony | Consultant | $175.00 | 140.3 | $24,552.50 |
| Richards, Nick | Consultant | $175.00 | 28.0 | $4,900.00 |
| Salamon, David | Consultant | $175.00 | 1.3 | $227.50 |
| Sunstrum, Sloane | Consultant | $175.00 | 1.8 | $315.00 |
| Thomas, Dona | Consultant | $175.00 | 2.5 | $437.50 |
| Twigge, Daniel | Consultant | $175.00 | 105.5 | $18,462.50 |
| Yadav, Devavrata | Consultant | $175.00 | 5.0 | $875.00 |
| **Professional Subtotal:** | | | **1,956.1** | **$443,196.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period
## April 01, 2015 - April 30, 2015

### *Non-Working Travel*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Bowers, Rachel | Senior Manager | $290.00 | 4.0 | $1,160.00 |
| Freeman, Mike | Manager | $265.00 | 4.0 | $1,060.00 |
| Brunson, Steve | Consultant | $175.00 | 4.0 | $700.00 |
| Henry, Diane | Consultant | $175.00 | 4.0 | $700.00 |
| Persons, Hillary | Consultant | $175.00 | 4.0 | $700.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 4.0 | $700.00 |
| **Professional Subtotal:** | | | **24.0** | **$5,020.00** |
| | | | | |
| Less 50% Non-Working Travel Deduction | | | | ($2,510.00) |
| **Total:** | | | | **$2,510.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period
## April 01, 2015 - April 30, 2015

### *Preparation of Fee Applications*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Murawski, Bryan | Senior Consultant | $215.00 | 5.5 | $1,182.50 |
| Gutierrez, Dalia | Project Controller | $175.00 | 76.7 | $13,422.50 |
| **Professional Subtotal:** | | | **82.2** | **$14,605.00** |