# EXHIBIT D

## Details of Hours Expended

Energy Future Holdings
Lazard Frères & Co. LLC
Summary of Services Rendered by Project

January 1, 2015 - January 31, 2015

| Project # | Project Description | January Hours |
|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 123.5 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 7.0 |
| 3 | Preparation and/or Review of Court Filings | 0.0 |
| 4 | Court Testimony/Deposition and Preparation | 0.0 |
| 5 | Valuation Analysis | 0.0 |
| 6 | Capital Structure Review and Analysis | 0.0 |
| 7 | Merger & Acquisition Activity | 4.0 |
| 8 | Financing Including DIP and Exit Financing | 0.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 127.0 |
| 10 | Fee Application, Engagement | 0.0 |
| 11 | Employee Retention Program | 0.0 |
| **TOTAL** | | **261.5** |

Summary of Services Rendered by Professional

| Name | January Hours |
|---|---|
| David S. Kurtz, Vice Chairman US Investment Banking, Head of Global Restructuring | 28.0 |
| Tim Pohl, Managing Director | 29.0 |
| Tyler Cowan, Director | 63.5 |
| William Fox, Associate | 38.5 |
| Alex Gistis, Analyst | 74.5 |
| | |
| Willem Beer, Vice President | 4.0 |
| Greg Keilin, Associate | 20.0 |
| Jeffrey Stine, Associate | 2.0 |
| Rajesh Regadeesh, Analyst | 2.0 |
| **TOTAL** | **261.5** |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
David Kurtz – Vice Chairman

| Date: | Description of Work: | Hours: | Code: |
|-------|---------------------|--------|-------|
| | **January 1 – January 31** | | |
| 01/05/15 | UCC call - weekly | 1.0 | 1 |
| 01/06/15 | Travel - Chicago to NY | 4.0 | 1 |
| 01/06/15 | Meeting at MoFo | 2.0 | 1 |
| 01/06/15 | Meeting at K&E | 2.0 | 1 |
| 01/09/15 | UCC professionals call | 1.0 | 1 |
| 01/12/15 | UCC call - weekly | 1.0 | 1 |
| 01/15/15 | Travel - Chicago to NY | 4.0 | 1 |
| 01/15/15 | UCC Meeting at MoFo | 6.0 | 1 |
| 01/15/15 | Travel - NY to Chicago | 4.0 | 1 |
| 01/19/15 | UCC call - weekly | 0.5 | 1 |
| 01/19/15 | Call with MoFo | 0.5 | 1 |
| 01/26/15 | UCC call - weekly | 1.0 | 1 |
| 01/29/15 | UCC call | 1.0 | 1 |
| **January Hours:** | | **28.0** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Tim Pohl - Managing Director

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | **January 1 - January 31** | | |
| 01/05/15 | Weekly Call with UCC | 1.0 | 1 |
| 01/06/15 | CHI-NY Travel | 4.0 | 1 |
| 01/06/15 | Meeting at MoFo | 2.0 | 1 |
| 01/06/15 | Meeting at K&E | 2.0 | 1 |
| 01/06/15 | NY-CHI Travel | 4.0 | 1 |
| 01/08/15 | CHI-NY Travel | 4.0 | 1 |
| 01/08/15 | Meeting at MoFo | 3.0 | 1 |
| 01/08/15 | NY-CHI Travel | 4.0 | 1 |
| 01/09/15 | UCC professionals call | 1.0 | 1 |
| 01/12/15 | Weekly Call with UCC | 1.0 | 1 |
| 01/19/15 | Weekly Call with UCC | 0.5 | 1 |
| 01/19/15 | Call with MoFo | 0.5 | 1 |
| 01/26/15 | Weekly Call with UCC | 1.0 | 1 |
| 01/29/15 | UCC call | 1.0 | 1 |
| | **January Hours:** | **29.0** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Tyler Cowin - Director

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | **January 1 - January 31** | | |
| 01/05/15 | Weekly UCC call | 1.0 | 1 |
| 01/05/15 | Preparation of claims/recovery analysis | 5.0 | 9 |
| 01/06/15 | Preparation of claims/recovery analysis | 3.0 | 9 |
| 01/07/15 | Preparation of claims/recovery analysis | 4.5 | 9 |
| 01/08/15 | Call into a Meeting at MoFo | 2.0 | 1 |
| 01/08/15 | Preparation of claims/recovery analysis | 1.5 | 9 |
| 01/08/15 | Review of Oncor bid procedures/order | 0.5 | 7 |
| 01/09/15 | Review of Oncor bid procedures/order | 0.5 | 7 |
| 01/09/15 | Call re Oncor LRP | 2.0 | 9 |
| 01/09/15 | UCC professionals call | 1.0 | 1 |
| 01/10/15 | Preparation of claims/recovery analysis | 3.5 | 9 |
| 01/11/15 | Preparation of claims/recovery analysis | 2.5 | 9 |
| 01/12/15 | Weekly UCC call | 1.0 | 1 |
| 01/12/15 | Preparation of claims/recovery analysis | 3.5 | 9 |
| 01/13/15 | Weekly tax call | 1.0 | 1 |
| 01/13/15 | Preparation of claims/recovery analysis | 4.5 | 9 |
| 01/13/15 | Call re Oncor LRP | 1.0 | 9 |
| 01/13/15 | Call with advisors to Ad Hoc TCEH Unsecured Noteholders | 0.5 | 1 |
| 01/15/15 | Travel - Chicago to NY | 4.0 | 1 |
| 01/15/15 | UCC Meeting at MoFo | 6.0 | 1 |
| 01/15/15 | Travel - NY to Chicago | 4.0 | 1 |
| 01/15/15 | Review of Oncor sale process materials | 0.5 | 7 |
| 01/16/15 | Oncor Sale Process Call | 0.5 | 7 |
| 01/19/15 | Weekly UCC call | 0.5 | 1 |
| 01/19/15 | Call with MoFo | 0.5 | 1 |
| 01/20/15 | Oncor Sale Process Call | 0.3 | 7 |
| 01/20/15 | Internal call re claims | 1.0 | 1 |
| 01/21/15 | Call with MoFo | 2.0 | 1 |
| 01/22/15 | Review of Oncor sale process materials | 0.5 | 7 |
| 01/23/15 | Weekly tax call | 0.5 | 1 |
| 01/23/15 | Oncor Sale Process Call | 0.3 | 7 |
| 01/26/15 | Weekly UCC call | 1.0 | 1 |
| 01/27/15 | Oncor Sale Process Call | 0.3 | 7 |
| 01/27/15 | Call with advisor to TCEH Second Lien Notes | 1.0 | 1 |
| 01/28/15 | Call with Mofo/FTI - intercompany claims | 0.5 | 1 |
| 01/29/15 | UCC call | 1.0 | 1 |
| 01/30/15 | Oncor Sale Process Call | 0.3 | 7 |
| 01/30/15 | Review of Oncor sale process materials | 0.5 | 7 |
| | **January Hours:** | **63.5** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
William Fox - Associate

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | January 1 - January 31 | | |
| 01/05/15 | UCC weekly call/update | 1.0 | 1 |
| 01/07/15 | Mofo/FTI - intercompany claims call | 0.5 | 1 |
| 01/09/15 | Financial analysis/presentation materials review re: claims/recovery/settlement discussions | 2.0 | 9 |
| 01/09/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| 01/12/15 | UCC weekly call/update | 1.0 | 1 |
| 01/12/15 | Call with Millstein re: claims/settlement discussions | 1.0 | 1 |
| 01/13/15 | Financial analysis/presentation materials review re: claims/recovery/settlement discussions | 2.0 | 9 |
| 01/13/15 | Financial analysis & diligence re: post-LBO transactions | 1.0 | 9 |
| 01/14/15 | Mofo/FTI - intercompany claims call | 0.5 | 1 |
| 01/15/15 | Financial analysis/presentation materials review re: claims/recovery/settlement discussions | 3.5 | 9 |
| 01/15/15 | Meeting at MoFo (dial-in) | 6.0 | 1 |
| 01/16/15 | Financial analysis/presentation materials review re: claims/recovery/settlement discussions | 3.0 | 9 |
| 01/18/15 | Financial analysis & diligence re: post-LBO transactions | 1.0 | 9 |
| 01/19/15 | UCC weekly call/update | 1.0 | 1 |
| 01/19/15 | Financial analysis & diligence re: post-LBO transactions | 1.5 | 9 |
| 01/20/15 | Financial analysis/presentation materials review re: claims/recovery/settlement discussions | 4.5 | 9 |
| 01/21/15 | Mofo/FTI - intercompany claims call | 0.5 | 1 |
| 01/23/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| 01/24/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| 01/26/15 | UCC weekly call/update | 1.0 | 1 |
| 01/26/15 | Financial analysis/presentation materials review re: claims/recovery/settlement discussions | 4.5 | 9 |
| 01/27/15 | Financial analysis/presentation materials review re: claims/recovery/settlement discussions | 1.0 | 9 |
| 01/27/15 | Call with PJSC re: settlement discussions | 0.5 | 1 |
| | January Hours: | 38.5 | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Alex Gistis - Analyst

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | **January 1 - January 31** | | |
| 01/05/15 | Weekly UCC call | 1.0 | 1 |
| 01/07/15 | Call with Mofo/FTI - intercompany claims | 0.5 | 1 |
| 01/08/15 | Financial analysis re: claims/recovery/settlement discussions | 4.5 | 9 |
| 01/09/15 | Financial analysis re: claims/recovery/settlement discussions | 3.0 | 9 |
| 01/09/15 | Financial review re: company financial results/projections | 1.0 | 2 |
| 01/12/15 | Weekly UCC call | 1.0 | 1 |
| 01/12/15 | Call with Millstein re: claims/settlement discussions | 1.0 | 1 |
| 01/13/15 | Financial analysis re: claims/recovery/settlement discussions | 3.0 | 9 |
| 01/13/15 | Financial analysis & diligence re: post-LBO transactions | 1.0 | 9 |
| 01/13/15 | Financial review re: company financial results/projections | 1.0 | 2 |
| 01/14/15 | Financial analysis & diligence re: post-LBO transactions | 1.0 | 9 |
| 01/14/15 | Call with Mofo/FTI - intercompany claims | 0.5 | 1 |
| 01/15/15 | Financial analysis re: claims/recovery/settlement discussions | 5.0 | 9 |
| 01/15/15 | Meeting at MoFo (dial-in) | 6.0 | 1 |
| 01/16/15 | Financial analysis re: claims/recovery/settlement discussions | 3.0 | 9 |
| 01/18/15 | Financial analysis re: claims/recovery/settlement discussions | 2.5 | 9 |
| 01/18/15 | Financial analysis & diligence re: post-LBO transactions | 1.0 | 9 |
| 01/19/15 | Weekly UCC call | 1.0 | 1 |
| 01/19/15 | Financial analysis & diligence re: post-LBO transactions | 1.5 | 9 |
| 01/20/15 | Financial analysis re: claims/recovery/settlement discussions | 6.0 | 9 |
| 01/21/15 | Financial analysis re: claims/recovery/settlement discussions | 3.5 | 9 |
| 01/21/15 | Call with Mofo/FTI - intercompany claims | 0.5 | 1 |
| 01/23/15 | Financial review re: company financial results/projections | 2.0 | 2 |
| 01/24/15 | Financial review re: company financial results/projections | 1.5 | 2 |
| 01/25/15 | Financial analysis re: claims/recovery/settlement discussions | 5.5 | 9 |
| 01/26/15 | Weekly UCC call | 1.0 | 1 |
| 01/26/15 | Financial analysis re: claims/recovery/settlement discussions | 6.5 | 9 |
| 01/27/15 | Financial analysis re: claims/recovery/settlement discussions | 4.5 | 9 |
| 01/27/15 | Call with PJSC re: settlement discussions | 0.5 | 1 |
| 01/29/15 | Financial analysis re: claims/recovery/settlement discussions | 4.5 | 9 |
| | **January Hours:** | **74.5** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Willem Beer - Vice President

| Date: | Description of Work: | Hours: | Code: |
|-------|---------------------|--------|-------|
| | January 1 - January 31 | | |
| 01/05/15 | UCC call - weekly | 1.0 | 1 |
| 01/12/15 | UCC call - weekly | 1.0 | 1 |
| 01/19/15 | UCC call - weekly | 1.0 | 1 |
| 01/26/15 | UCC call - weekly | 1.0 | 1 |
| | **January Hours:** | **4.0** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Greg Keilin - Associate

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | January 1 - January 31 | | |
| 01/05/15 | Weekly Update Call | 1.0 | 1 |
| 01/12/15 | Weekly Update Call | 1.0 | 1 |
| 01/19/15 | Weekly Update Call | 1.0 | 1 |
| 01/21/15 | Site Visit: Comanche Peak | 8.0 | 9 |
| 01/22/15 | Site Visit: Big Brown | 8.0 | 9 |
| 01/26/15 | Weekly Update Call | 1.0 | 1 |
| | January Hours: | 20.0 | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Jeffrey Stine - Associate

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | January 1 - January 31 | | |
| 01/05/15 | Weekly Call - UCC | 1.0 | 1 |
| 01/26/15 | Weekly Call - UCC | 1.0 | 1 |
| | January Hours: | 2.0 | |

Energy Future Holdings
Time Detail
Lazard Frères & Co., LLC
Rajesh Jegadeesh - Analyst

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | January 1 - January 31 | | |
| 01/12/15 | Call - UCC Weekly Update | 1.0 | 1 |
| 01/19/15 | Call - UCC Weekly Update | 1.0 | 1 |
| | January Hours: | 2.0 | |

**Energy Future Holdings**
**Lazard Frères & Co. LLC**
**Summary of Services Rendered by Project**

**February 1, 2015 - April 30, 2015**

| Project # | Project Description | February | March | April | Toatl |
|---|---|---|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 69.1 | 45.5 | 39.0 | 153.6 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 | 14.0 | 10.0 | 24.0 |
| 3 | Preparation and/or Review of Court Filings | 10.0 | 19.0 | 8.5 | 37.5 |
| 4 | Court Testimony/Deposition and Preparation | 0.0 | 0.0 | 0.0 | 0.0 |
| 5 | Valuation Analysis | 0.0 | 0.0 | 0.0 | 0.0 |
| 6 | Capital Structure Review and Analysis | 0.0 | 0.0 | 1.0 | 1.0 |
| 7 | Merger & Acquisition Activity | 11.0 | 19.5 | 18.5 | 49.0 |
| 8 | Financing Including DIP and Exit Financing | 0.0 | 0.0 | 0.0 | 0.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 121.5 | 109.5 | 129.5 | 360.5 |
| 10 | Fee Application, Engagement | 0.0 | 0.0 | 0.0 | 0.0 |
| 11 | Employee Retention Program | 0.0 | 0.0 | 0.0 | 0.0 |
| **TOTAL** | | **211.6** | **207.5** | **206.5** | **625.6** |

**Summary of Services Rendered by Professional**

| Name | February | March | April | Hours |
|---|---|---|---|---|
| David S. Kurtz, Vice Chairman US Investment Banking, Head of Global Restructuring | 7.0 | 8.5 | 8.0 | 23.5 |
| Tim Pohl, Managing Director | 32.5 | 15.5 | 16.0 | 64.0 |
| Tyler Cowan, Director | 73.0 | 67.5 | 75.0 | 215.5 |
| William Fox, Associate | 19.3 | 32.0 | 30.5 | 81.8 |
| Alex Gistis, Analyst | 73.8 | 79.0 | 73.5 | 226.3 |
| | | | | |
| Willem Beer, Vice President | 2.0 | 0.0 | 0.0 | 2.0 |
| Greg Keilin, Associate | 1.5 | 2.0 | 1.5 | 5.0 |
| Jeffrey Stine, Associate | 1.5 | 1.5 | 1.5 | 4.5 |
| Rajesh Regadeesh, Analyst | 1.0 | 1.5 | 0.5 | 3.0 |
| **TOTAL** | **211.6** | **207.5** | **206.5** | **625.6** |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
David Kurtz - Vice Chairman

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | **February 1 - February 28** | | |
| 02/02/15 | UCC call - weekly | 0.5 | 1 |
| 02/05/15 | HL/W&C/Lazard/Mofo Meeting | 1.0 | 1 |
| 02/06/15 | Call - Mofo | 0.5 | 1 |
| 02/12/15 | Review of Draft Plan Term Sheets | 1.0 | 9 |
| 02/13/15 | UCC Update Call | 1.0 | 1 |
| 02/16/15 | UCC call - weekly | 0.5 | 1 |
| 02/23/15 | UCC call - weekly | 0.5 | 1 |
| 02/24/15 | Meeting with EFH Committee Advisors (Dial-In) | 2.0 | 1 |
| | **February Hours:** | **7.0** | |
| | **March 1 - March 31** | | |
| 03/02/15 | Discuss Round 1 Oncor Bids | 0.5 | 7 |
| 03/06/15 | Discuss Round 1 Oncor Bids | 0.5 | 7 |
| 03/09/15 | UCC call - weekly | 0.5 | 1 |
| 03/11/15 | Call with MoFo re Plan Term Sheet | 1.0 | 1 |
| 03/12/15 | Review of Kirkland REIT Presentation | 0.5 | 9 |
| 03/12/15 | Call with Debtor Advisors re Oncor REIT | 1.5 | 1 |
| 03/19/15 | Call with Ad Hoc Advisors | 2.0 | 1 |
| 03/23/15 | UCC call - weekly | 0.5 | 1 |
| 03/26/15 | Call with Debtor Professionals re Oncor REIT | 1.0 | 1 |
| 03/30/15 | UCC call - weekly | 0.5 | 1 |
| | **March Hours:** | **8.5** | |
| | **April 1 - April 30** | | |
| 04/01/15 | Review of Millstein Settlement Materials | 0.5 | 9 |
| 04/02/15 | Call re REIT with Debtor Professionals | 1.0 | 9 |
| 04/03/15 | Discussion of Draft Plan | 0.5 | 3 |
| 04/07/15 | Call with MoFo/FTI/Co-Chairs | 1.0 | 1 |
| 04/08/15 | Review of Oncor REIT Analysis | 0.5 | 9 |
| 04/10/15 | Review of Plan Analysis | 0.5 | 9 |
| 04/13/15 | UCC call - weekly | 0.5 | 1 |
| 04/14/15 | Discussion of Oncor Round 2 Bids | 0.5 | 7 |
| 04/16/15 | Catch-Up Call with MoFo/FTI | 0.5 | 1 |
| 04/27/15 | UCC call - weekly | 0.5 | 1 |
| 04/28/15 | Call with Debtors Professionals re REIT | 1.0 | 1 |
| 04/30/15 | Catch-Up Call with MoFo/FTI | 0.5 | 1 |
| 04/30/15 | Review of Oncor Bid Materials | 0.5 | 7 |
| | **April Hours:** | **8.0** | |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co.  LLC
Tim Pohl - Managing Director

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | **February 1 - February 28** | | |
| 02/02/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 02/03/15 | Call - Sale Process | 0.5 | 7 |
| 02/05/15 | Meeting w/ W&C/HL/Mofo/FTI | 2.0 | 1 |
| 02/06/15 | Call w/ Mofo | 0.5 | 1 |
| 02/06/15 | Call - Sale Process | 0.5 | 7 |
| 02/11/15 | Travel - Chicago to NYC | 4.0 | 1 |
| 02/11/15 | Meeting w/ TCEH 1st Lien Advisors | 2.0 | 1 |
| 02/11/15 | Meeting w/ EFH Independent Director Advisors/Mofo/FTI | 2.0 | 1 |
| 02/11/15 | Review of Draft Plan Term Sheets | 1.0 | 9 |
| 02/11/15 | Travel - NYC to Chicago | 4.0 | 1 |
| 02/13/15 | Call - UCC Update | 1.0 | 1 |
| 02/13/15 | Call - Sale Process | 0.5 | 7 |
| 02/16/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 02/22/15 | Review of Oncor M&A Documents | 1.0 | 7 |
| 02/23/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 02/24/15 | Travel - Chicago to NYC | 4.0 | 1 |
| 02/24/15 | Meeting with Nextera Advisors | 1.0 | 7 |
| 02/24/15 | Meeting with EFH Committee Advisors | 2.0 | 1 |
| 02/24/15 | Travel - NYC to Chicago | 4.0 | 1 |
| 02/24/15 | Call - Sale Process | 0.5 | 7 |
| 02/27/15 | Call - Sale Process | 0.5 | 7 |
| | **February Hours:** | **32.5** | |
| | **March 1 - March 31** | | |
| 03/02/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 03/02/15 | Review Round 1 Oncor Bids | 0.5 | 7 |
| 03/05/15 | Review Standing Motion Responses | 0.5 | 3 |
| 03/06/15 | Review Round 1 Oncor Bids | 1.0 | 7 |
| 03/06/15 | Call - Sale Process | 0.5 | 7 |
| 03/09/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 03/09/15 | Review Oncor Sale Agreements | 0.5 | 7 |
| 03/11/15 | Call with MoFo re Plan Term Sheet | 1.0 | 1 |
| 03/12/15 | Review Kirkland REIT Presentation | 0.5 | 9 |
| 03/12/15 | Call with Debtor Advisors re Oncor REIT | 1.5 | 1 |
| 03/12/15 | Review of FTI/MoFo Tax Analysis | 1.0 | 9 |
| 03/16/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 03/19/15 | Call with Ad Hoc Advisors | 2.0 | 1 |
| 03/20/15 | Call - Sale Process | 0.5 | 7 |
| 03/23/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 03/25/15 | Call with FTI/HL Re Oncor REIT | 1.0 | 7 |
| 03/26/15 | Call with Debtor Professionals re Oncor REIT | 1.0 | 1 |
| 03/27/15 | Review of Oncor REIT Diligence Materials | 1.0 | 9 |
| 03/30/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 03/31/15 | Call - Sale Process | 0.5 | 7 |
| | **March Hours:** | **15.5** | |
| | **April 1 - April 30** | | |
| 04/01/15 | Millstein Settlement Materials - Review | 0.5 | 9 |
| 04/02/15 | Kirkland REIT Presentation - Review | 0.5 | 9 |
| 04/02/15 | REIT Call w/ Debtor Professionals | 1.0 | 9 |
| 04/03/15 | Oncor Diligence Materials - Review | 1.0 | 9 |
| 04/03/15 | Call - Sale Process | 0.5 | 7 |
| 04/03/15 | Draft Plan - Review | 1.0 | 3 |
| 04/06/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 04/07/15 | Call - Tax Diligence | 0.5 | 9 |
| 04/07/15 | Call - Sale Process | 0.5 | 7 |
| 04/07/15 | Oncor REIT Analysis - Review | 1.0 | 9 |
| 04/08/15 | Oncor REIT Analysis - Review | 0.5 | 9 |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Tim Pohl - Managing Director

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| 04/10/15 | Plan Analysis - Review | 0.5 | 9 |
| 04/10/15 | Call - Sale Process | 0.5 | 7 |
| 04/13/15 | Oncor Round 2 Bids - Review | 1.0 | 7 |
| 04/17/15 | Call - Sale Process | 0.5 | 7 |
| 04/17/15 | Oncor Bid Materials - Review | 0.5 | 7 |
| 04/20/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 04/21/15 | Call - Sale Process | 0.5 | 7 |
| 04/22/15 | Call w/ MoFo Re Tax/REIT Issues | 1.0 | 1 |
| 04/24/15 | Oncor Bid Materials - Review | 0.5 | 7 |
| 04/28/15 | Call w/ Debtors Professionals re REIT | 1.0 | 1 |
| 04/29/15 | Call w/ Debtors Professionals re REIT | 1.0 | 1 |
| 04/30/15 | Catch-Up Call with MoFo/FTI | 0.5 | 1 |
| 04/30/15 | Oncor Bid Materials - Review | 0.5 | 7 |
| **April Hours:** | | **16.0** | |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Tyler Cowan - Director

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | **February 1 - February 28** | | |
| 02/02/15 | Weekly UCC Call | 0.5 | 1 |
| 02/03/15 | Tax Diligence Call | 0.5 | 9 |
| 02/03/15 | Sale Process Call | 0.5 | 7 |
| 02/05/15 | Meeting with W&C/HL/Mofo/FTI | 2.0 | 1 |
| 02/06/15 | Call with Mofo | 0.5 | 1 |
| 02/06/15 | Sale Process Call | 0.5 | 7 |
| 02/06/15 | Review of FTI Preference Analysis | 1.0 | 9 |
| 02/09/15 | Weekly UCC Call | 0.5 | 1 |
| 02/09/15 | Analysis of REIT Structures | 2.0 | 9 |
| 02/09/15 | Preparation of Settlement Proposal Materials | 3.0 | 9 |
| 02/10/15 | Preparation of Settlement Proposal Materials | 2.5 | 9 |
| 02/10/15 | Sale Process Call | 0.5 | 7 |
| 02/11/15 | Meeting with TCEH First Lien Advisors | 2.0 | 1 |
| 02/11/15 | Meeting with EFH Independent Director Advisors/Mofo/FTI | 2.0 | 1 |
| 02/11/15 | Review/Analysis of Draft Plan Term Sheets | 4.0 | 9 |
| 02/12/15 | Call with Millstein & Co Re Model | 0.5 | 1 |
| 02/12/15 | REIT/YieldCo Analysis | 4.0 | 9 |
| 02/12/15 | Review/Analysis of Draft Plan Term Sheets | 2.0 | 9 |
| 02/13/15 | Review/Analysis of Draft Plan Term Sheets | 1.5 | 9 |
| 02/13/15 | REIT/YieldCo Analysis | 5.0 | 9 |
| 02/13/15 | UCC Update Call | 1.0 | 1 |
| 02/13/15 | Sale Process Call | 0.5 | 7 |
| 02/13/15 | Call with Mofo re Claims Waterfall | 1.0 | 1 |
| 02/14/15 | Review/Analysis of Draft Plan Term Sheets | 1.5 | 9 |
| 02/14/15 | REIT/YieldCo Analysis | 3.5 | 9 |
| 02/14/15 | Review and Comment on Draft Standing Motion | 3.5 | 3 |
| 02/17/15 | Tax Diligence Call | 0.5 | 9 |
| 02/17/15 | Sale Process Call | 0.5 | 7 |
| 02/17/15 | REIT/YieldCo Analysis | 2.5 | 9 |
| 02/18/15 | Review and Comment on Draft Standing Motion | 2.5 | 3 |
| 02/20/15 | Sale Process Call | 0.5 | 7 |
| 02/20/15 | Review of Standing Motions | 4.0 | 3 |
| 02/22/15 | Review of Oncor M&A Docs | 1.5 | 7 |
| 02/23/15 | Weekly UCC Call | 0.5 | 1 |
| 02/23/15 | Travel from Chicago to NY | 4.0 | 1 |
| 02/23/15 | Meeting with Debtor Professionals | 1.0 | 1 |
| 02/24/15 | Meeting with Nextera Advisors | 1.0 | 7 |
| 02/24/15 | Meeting with EFH Committee Advisors | 2.0 | 1 |
| 02/24/15 | Sale Process Call | 0.5 | 7 |
| 02/24/15 | Travel from NY to Chicago | 4.0 | 1 |
| 02/26/15 | Call with Mofo re Intercompany Claims | 1.0 | 9 |
| 02/27/15 | Call with Mofo Claims | 0.5 | 9 |
| 02/27/15 | Sale Process Call | 0.5 | 7 |
| | **February Hours:** | **73.0** | |
| | **March 1 - March 31** | | |
| 03/01/15 | Review Draft Standing Motion Response | 1.0 | 3 |
| 03/02/15 | Weekly UCC Call | 0.5 | 1 |
| 03/02/15 | Review Draft Standing Motion Response | 1.0 | 3 |
| 03/02/15 | Review Round 1 Oncor Bids | 2.0 | 7 |
| 03/03/15 | Tax Diligence Call | 0.5 | 9 |
| 03/03/15 | Call with MoFo Re Court Filings | 0.5 | 1 |
| 03/03/15 | Sale Process Call | 0.5 | 7 |
| 03/04/15 | Review Standing Motion Responses | 4.0 | 3 |
| 03/05/15 | Review Standing Motion Responses | 2.5 | 3 |
| 03/06/15 | Review Round 1 Oncor Bids | 2.0 | 7 |
| 03/06/15 | Sale Process Call | 0.5 | 7 |
| 03/09/15 | Weekly UCC Call | 0.5 | 1 |
| 03/09/15 | Call with MoFo Re Recoveries | 0.5 | 1 |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Tyler Cowan - Director

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| 03/09/15 | Review Oncor Sale Agreements | 1.0 | 7 |
| 03/09/15 | Review Draft Plan Term Sheet | 1.0 | 3 |
| 03/10/15 | Sale Process Call | 0.5 | 7 |
| 03/11/15 | Call with MoFo re Plan Term Sheet | 1.0 | 1 |
| 03/12/15 | Call with MoFo re First Lien Litigation | 1.0 | 1 |
| 03/12/15 | Review FTI REIT Analysis | 1.0 | 9 |
| 03/12/15 | Call with FTI Re Oncor REIT | 1.0 | 1 |
| 03/12/15 | Review Kirkland REIT Presentation | 1.0 | 9 |
| 03/12/15 | Call with Debtor Advisors re Oncor REIT | 1.5 | 1 |
| 03/12/15 | Sale Process Call | 0.5 | 7 |
| 03/12/15 | Review of FTI/MoFo Tax Analysis | 2.5 | 9 |
| 03/12/15 | Preparation and Review of Recovery Analysis | 4.0 | 9 |
| 03/13/15 | Preparation and Review of Recovery Analysis | 3.5 | 9 |
| 03/14/15 | Preparation and Review of Recovery Analysis | 4.5 | 9 |
| 03/16/15 | Preparation and Review of Recovery Analysis | 2.5 | 9 |
| 03/16/15 | Weekly UCC Call | 0.5 | 1 |
| 03/17/15 | Call with FTI Re Oncor REIT | 1.0 | 1 |
| 03/17/15 | Sale Process Call | 0.5 | 7 |
| 03/19/15 | Call with Ad Hoc Advisors | 2.0 | 1 |
| 03/20/15 | Tax Diligence Call | 0.5 | 9 |
| 03/20/15 | Sale Process Call | 0.5 | 7 |
| 03/20/15 | Review of REIT Structure Materials | 2.5 | 9 |
| 03/20/15 | Call with FTI Re Oncor REIT | 1.0 | 7 |
| 03/23/15 | Weekly UCC Call | 0.5 | 1 |
| 03/24/15 | Sale Process Call | 0.5 | 7 |
| 03/24/15 | Review of Oncor Round 2 Bid Documentation | 2.5 | 7 |
| 03/25/15 | Review of Reply in Support of Standing Motion | 1.5 | 3 |
| 03/25/15 | Call with FTI/HL Re Oncor REIT | 1.0 | 7 |
| 03/26/15 | Catch-Up Call with MoFo/FTI | 0.5 | 1 |
| 03/26/15 | Call with MoFo re First Lien Litigation | 1.0 | 1 |
| 03/26/15 | Call with Debtor Professionals re Oncor REIT | 1.0 | 1 |
| 03/27/15 | Call with FTI Re Recoveries | 0.5 | 1 |
| 03/27/15 | Sale Process Call | 0.5 | 7 |
| 03/27/15 | Review of Oncor REIT Diligence Materials | 3.5 | 9 |
| 03/30/15 | Weekly UCC Call | 0.5 | 1 |
| 03/31/15 | Tax Diligence Call | 0.5 | 9 |
| 03/31/15 | Sale Process Call | 0.5 | 7 |
| 03/31/15 | Call with PJS | 0.5 | 1 |
| 03/31/15 | Review of Reply in Support of Standing Motion | 1.5 | 3 |
| **March Hours:** | | **67.5** | |
| **April 1 - April 30** | | | |
| 04/01/15 | Catch-Up Call with MoFo/FTI | 1.0 | 1 |
| 04/01/15 | Review Millstein Settlement Materials | 1.0 | 9 |
| 04/01/15 | Review of Replies to Standing Motion | 2.0 | 3 |
| 04/02/15 | Review Kirkland REIT Presentation | 1.0 | 9 |
| 04/02/15 | REIT Call with Debtor Professionals | 1.0 | 9 |
| 04/02/15 | Catch-Up Call with MoFo/FTI | 0.5 | 1 |
| 04/03/15 | Review Oncor Diligence Materials | 3.0 | 9 |
| 04/03/15 | Sale Process Call | 0.5 | 7 |
| 04/03/15 | Review Draft Plan | 2.0 | 3 |
| 04/04/15 | Review Draft Plan | 1.0 | 3 |
| 04/04/15 | Review Oncor Diligence Materials | 2.5 | 9 |
| 04/04/15 | Preparation of Oncor REIT Analysis | 5.5 | 9 |
| 04/05/15 | Preparation of Oncor REIT Analysis | 6.0 | 9 |
| 04/06/15 | Review Plan Analysis | 4.0 | 9 |
| 04/06/15 | Weekly UCC Call | 0.5 | 1 |
| 04/07/15 | Call with MoFo/FTI/Co-Chairs | 1.0 | 1 |
| 04/07/15 | Tax Diligence Call | 0.5 | 9 |
| 04/07/15 | Sale Process Call | 0.5 | 7 |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Tyler Cowan - Director

| Date: | Description of Work: | Hours: | Code: |
|-------|---------------------|--------|-------|
| 04/07/15 | Preparation of Oncor REIT Analysis | 3.5 | 9 |
| 04/08/15 | Preparation of Oncor REIT Analysis | 3.0 | 9 |
| 04/09/15 | Review Plan Analysis | 3.5 | 9 |
| 04/09/15 | Catch-Up Call with MoFo/FTI | 0.5 | 1 |
| 04/10/15 | Sale Process Call | 0.5 | 7 |
| 04/13/15 | Weekly UCC Call | 0.5 | 1 |
| 04/13/15 | Review Oncor Round 2 Bids | 1.5 | 7 |
| 04/14/15 | Review Oncor Round 2 Bids | 1.0 | 7 |
| 04/14/15 | Tax Diligence Call | 0.5 | 9 |
| 04/14/15 | Sale Process Call | 0.5 | 7 |
| 04/16/15 | Catch-Up Call with MoFo/FTI | 0.5 | 1 |
| 04/17/15 | Sale Process Call | 0.5 | 7 |
| 04/17/15 | Call with MoFo/FTI Re Recoveries | 0.5 | 1 |
| 04/17/15 | Review Oncor Bid Materials | 2.0 | 7 |
| 04/20/15 | Weekly UCC Call | 0.5 | 1 |
| 04/20/15 | Call with MoFo Re Tax | 0.5 | 1 |
| 04/21/15 | Sale Process Call | 0.5 | 7 |
| 04/22/15 | Call with MoFo Re Tax/REIT Issues | 1.0 | 1 |
| 04/23/15 | Travel from Chicago to NY | 4.0 | 1 |
| 04/23/15 | Meeting with MoFo/Select Committee Members | 2.5 | 1 |
| 04/23/15 | Travel from NY to Chicago | 4.0 | 1 |
| 04/24/15 | Review Oncor Bid Materials | 2.5 | 7 |
| 04/24/15 | Sale Process Call | 0.5 | 7 |
| 04/27/15 | Weekly UCC Call | 0.5 | 1 |
| 04/27/15 | Tax Diligence Call | 0.5 | 9 |
| 04/28/15 | Call with Debtors Professionals re REIT | 1.0 | 1 |
| 04/28/15 | Sale Process Call | 0.5 | 7 |
| 04/28/15 | Review of Claims Disclosure Letter | 1.0 | 9 |
| 04/29/15 | Review of Claims Disclosure Letter | 0.5 | 9 |
| 04/29/15 | Call with Debtors Professionals re REIT | 1.0 | 1 |
| 04/30/15 | Catch-Up Call with MoFo/FTI | 0.5 | 1 |
| 04/30/15 | Review Oncor Bid Materials | 1.5 | 7 |
| **April Hours:** | | **75.0** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
William Fox - Associate

| Date: | Description of Work: | Hours: | Code: |
|-------|---------------------|--------|-------|
| **February 1 - February 28** | | | |
| 02/02/15 | Call with PJSC re: settlement discussions | 0.5 | 1 |
| 02/02/15 | UCC Weekly Call | 0.5 | 1 |
| 02/06/15 | Call with EVR re: Second Lien Notes Partial Paydown | 0.5 | 1 |
| 02/11/15 | Review analysis re: Second Lien Notes Partial Paydown | 0.5 | 9 |
| 02/11/15 | Review analysis re: claims/recovery/settlement discussions | 0.5 | 9 |
| 02/11/15 | Meeting with Millstein (Dial-In) | 0.5 | 1 |
| 02/12/15 | Call with Millstein re: settlement discussions | 0.5 | 1 |
| 02/13/15 | Call with Millstein re: settlement discussions | 0.3 | 1 |
| 02/16/15 | Financial analysis re: claims/recovery | 1.0 | 9 |
| 02/16/15 | UCC Weekly Call | 0.5 | 1 |
| 02/18/15 | Financial analysis re: Second Lien Notes Partial Paydown | 2.0 | 9 |
| 02/18/15 | Financial analysis re: claims/recovery | 1.5 | 9 |
| 02/18/15 | Financial diligence & review re: post-LBO transactions | 0.5 | 9 |
| 02/24/15 | Financial analysis recovery sensitivites | 4.0 | 9 |
| 02/26/15 | Financial analysis claims/litigation outcomes | 2.5 | 9 |
| 02/28/15 | Review analysis & diligence re: post-LBO transactions | 3.5 | 9 |
| **February Hours:** | | **19.3** | |
| **March 1 - March 31** | | | |
| 03/04/15 | Review of court filings | 2.5 | 3 |
| 03/04/15 | Financial diligence & review re: post-LBO transactions | 1.0 | 9 |
| 03/03/15 | Call with FTI re: claims/recovery | 1.0 | 1 |
| 03/05/15 | Call with professionals | 0.5 | 1 |
| 03/09/15 | Call with Mofo/FTI | 1.0 | 1 |
| 03/09/15 | Financial analysis re: claims/recovery/settlement discussions | 4.5 | 9 |
| 03/11/15 | Financial analysis re: claims/recovery | 4.5 | 9 |
| 03/12/15 | Call with Mofo re: claims investigation | 0.5 | 1 |
| 03/18/15 | Financial review re: company partial step-up and tax structure analysis | 1.5 | 2 |
| 03/18/15 | Financial analysis re: tax | 1.0 | 9 |
| 03/23/15 | UCC Weekly Call | 0.5 | 1 |
| 03/25/15 | Industry materials review re: REITs | 1.5 | 9 |
| 03/26/15 | Call with Mofo re: claims investigation | 0.5 | 1 |
| 03/26/15 | Financial review re: company provided REIT considerations | 2.5 | 2 |
| 03/27/15 | Financial analysis re: claims/recovery/settlement discussions | 3.5 | 9 |
| 03/28/15 | Financial analysis re: REIT considerations | 2.0 | 9 |
| 03/30/15 | Review of court filings / litigation support | 1.5 | 3 |
| 03/30/15 | Financial analysis re: REIT considerations | 1.0 | 9 |
| 03/31/15 | Review of analysis re claims/recovery | 0.5 | 9 |
| 03/31/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| **March Hours:** | | **32.0** | |
| **April 1 - April 30** | | | |
| 04/01/15 | Financial review re: settlement discussions | 2.5 | 9 |
| 04/01/15 | Financial analysis re: claims/recovery/settlement discussions | 5.0 | 9 |
| 04/01/15 | Review of court filings re: Standing Motions | 1.0 | 3 |
| 04/01/15 | Financial analysis re: REIT considerations | 0.5 | 9 |
| 04/02/15 | Financial analysis re: claims/recovery/settlement discussions | 2.0 | 9 |
| 04/03/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| 04/04/15 | Financial review re: settlement discussions | 1.5 | 9 |
| 04/04/15 | Financial diligence & review re: post-LBO transactions | 2.0 | 9 |
| 04/08/15 | Financial review & analysis re: plan terms | 5.5 | 9 |
| 04/09/15 | Financial review & analysis re: plan terms | 4.5 | 9 |
| 04/09/15 | Call with professionals | 0.5 | 1 |
| 04/10/15 | Call with EVR re: claims/recovery/settlement discussions | 0.5 | 1 |
| 04/10/15 | Financial review & analysis re: plan terms | 0.5 | 9 |
| 04/13/15 | UCC Weekly Call | 0.5 | 1 |
| 04/14/15 | Financial review re: company financial results/projections | 1.0 | 2 |
| 04/17/15 | Financial review re: company financial results/projections | 0.5 | 2 |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
William Fox - Associate

| Date: | Description of Work: | Hours: | Code: |
|-------|---------------------|--------|-------|
| 04/23/15 | Call with Mofo/FTI re: claims/recovery/settlement discussions | 1.5 | 1 |
| 04/27/15 | UCC Weekly Call | 0.5 | 1 |
| **April Hours:** | | **30.5** | |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Alex Gistis - Analyst

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | **February 1 - February 28** | | |
| 02/02/15 | Call with PJSC re: settlement discussions | 0.5 | 1 |
| 02/02/15 | Weekly UCC call | 0.5 | 1 |
| 02/06/15 | Call with EVR re: Second Lien Notes Partial Paydown | 0.5 | 1 |
| 02/06/15 | Financial analysis re: claims/recovery/settlement discussions | 5.0 | 9 |
| 02/09/15 | Financial analysis re: Second Lien Notes Partial Paydown | 4.5 | 9 |
| 02/10/15 | Financial analysis re: claims/recovery/settlement discussions | 4.0 | 9 |
| 02/11/15 | Meeting with Millstein (Dial-In) | 0.5 | 1 |
| 02/12/15 | Call with Millstein re: settlement discussions | 0.5 | 1 |
| 02/13/15 | Financial analysis re: Second Lien Notes Partial Paydown | 1.5 | 9 |
| 02/13/15 | Call with Mofo/FTI re: claims/recovery | 1.0 | 1 |
| 02/13/15 | Call with Millstein re: settlement discussions | 0.3 | 1 |
| 02/16/15 | Financial analysis re: Second Lien Notes Partial Paydown | 4.0 | 9 |
| 02/16/15 | Financial analysis re: claims/recovery | 1.5 | 9 |
| 02/16/15 | Weekly UCC call | 0.5 | 1 |
| 02/17/15 | Financial analysis re: Second Lien Notes Partial Paydown | 3.5 | 9 |
| 02/17/15 | Financial analysis re: claims/recovery/settlement discussions | 1.0 | 9 |
| 02/18/15 | Financial analysis re: Second Lien Notes Partial Paydown | 4.0 | 9 |
| 02/18/15 | Financial analysis re: claims/recovery | 5.0 | 9 |
| 02/18/15 | Financial diligence & review re: post-LBO transactions | 1.0 | 9 |
| 02/19/15 | Financial analysis re: Second Lien Notes Partial Paydown | 2.5 | 9 |
| 02/19/15 | Call with FTI re: claims/recovery | 1.0 | 1 |
| 02/20/15 | Financial analysis re: Second Lien Notes Partial Paydown | 0.5 | 9 |
| 02/20/15 | Financial analysis re: claims/recovery | 3.5 | 9 |
| 02/21/15 | Financial analysis re: claims/recovery | 5.0 | 9 |
| 02/22/15 | Financial analysis re: claims/recovery | 4.5 | 9 |
| 02/23/15 | Financial analysis re: claims/recovery | 6.0 | 9 |
| 02/24/15 | Financial analysis re: claims/recovery | 4.0 | 9 |
| 02/26/15 | Financial analysis re: claims/recovery | 4.0 | 9 |
| 02/28/15 | Financial analysis & diligence re: post-LBO transactions | 3.5 | 9 |
| | **February Hours:** | **73.8** | |
| | **March 1 - March 31** | | |
| 03/02/15 | Financial review re: company financial results/projections | 1.5 | 2 |
| 03/02/15 | Weekly UCC call | 0.5 | 1 |
| 03/03/15 | Review of court filings re: Standing Motions | 1.0 | 3 |
| 03/03/15 | Financial diligence & review re: post-LBO transactions | 1.0 | 9 |
| 03/03/15 | Call with FTI re: claims/recovery | 1.0 | 1 |
| 03/09/15 | Call with Mofo/FTI re: claims/recovery/settlement discussions | 1.0 | 1 |
| 03/09/15 | Financial analysis re: claims/recovery/settlement discussions | 9.0 | 9 |
| 03/10/15 | Financial analysis re: claims/recovery/settlement discussions | 4.0 | 9 |
| 03/11/15 | Financial analysis re: claims/recovery | 4.5 | 9 |
| 03/12/15 | Call with Mofo re: claims investigation | 0.5 | 1 |
| 03/12/15 | Call with FTI re: REIT considerations | 0.5 | 1 |
| 03/12/15 | Meeting/Dial-In with Kirkland re: REIT considerations | 1.5 | 1 |
| 03/16/15 | Financial analysis re: claims/recovery | 6.5 | 9 |
| 03/18/15 | Financial review re: company partial step-up and tax structure analysis | 2.0 | 2 |
| 03/18/15 | Financial analysis re: tax | 5.0 | 9 |
| 03/23/15 | Weekly UCC call | 0.5 | 1 |
| 03/23/15 | Industry materials review re: REITs | 3.0 | 9 |
| 03/25/15 | Industry materials review re: REITs | 2.5 | 9 |
| 03/26/15 | Call with Mofo re: claims investigation | 0.5 | 1 |
| 03/26/15 | Financial review re: company provided REIT considerations | 4.0 | 2 |
| 03/26/15 | Financial analysis re: REIT considerations | 3.5 | 9 |
| 03/27/15 | Call with Mofo/FTI re: claims/recovery/settlement discussions | 1.0 | 1 |
| 03/27/15 | Financial analysis re: claims/recovery/settlement discussions | 3.5 | 9 |
| 03/27/15 | Financial analysis re: REIT considerations | 4.0 | 9 |
| 03/28/15 | Financial analysis re: REIT considerations | 3.0 | 9 |
| 03/29/15 | Financial analysis re: REIT considerations | 3.5 | 9 |
| 03/30/15 | Review of court filings re: Standing Motions | 1.0 | 3 |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Alex Gistis - Analyst

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| 03/30/15 | Financial analysis re: REIT considerations | 2.0 | 9 |
| 03/31/15 | Financial analysis re: claims/recovery | 5.5 | 9 |
| 03/31/15 | Financial review re: company financial results/projections | 2.0 | 2 |
| **March Hours:** | | **79.0** | |

| | April 1 - April 30 | | |
|---|---|---|---|
| 04/01/15 | Financial review re: settlement discussions | 2.5 | 9 |
| 04/01/15 | Financial analysis re: claims/recovery/settlement discussions | 5.0 | 9 |
| 04/01/15 | Review of court filings re: Standing Motions | 1.0 | 3 |
| 04/01/15 | Financial analysis re: REIT considerations | 2.5 | 9 |
| 04/02/15 | Financial analysis re: claims/recovery/settlement discussions | 2.0 | 9 |
| 04/02/15 | Financial analysis re: REIT considerations | 3.0 | 9 |
| 04/03/15 | Financial review re: company provided REIT considerations | 2.0 | 2 |
| 04/03/15 | Financial review re: company financial results/projections | 2.0 | 2 |
| 04/04/15 | Financial review re: settlement discussions | 1.5 | 9 |
| 04/04/15 | Financial analysis re: claims/recovery/settlement discussions | 7.0 | 9 |
| 04/04/15 | Financial diligence & review re: post-LBO transactions | 2.0 | 9 |
| 04/05/15 | Financial analysis re: claims/recovery/settlement discussions | 3.5 | 9 |
| 04/05/15 | Financial review re: company provided REIT considerations | 2.0 | 2 |
| 04/06/15 | Financial analysis re: REIT considerations | 4.0 | 9 |
| 04/06/15 | Financial analysis re: claims/recovery/settlement discussions | 1.5 | 9 |
| 04/07/15 | Financial review & analysis re: plan terms | 1.0 | 9 |
| 04/07/15 | Financial analysis re: REIT considerations | 2.0 | 9 |
| 04/08/15 | Financial review & analysis re: plan terms | 5.5 | 9 |
| 04/09/15 | Financial review & analysis re: plan terms | 4.5 | 9 |
| 04/10/15 | Call with EVR re: claims/recovery/settlement discussions | 0.5 | 1 |
| 04/10/15 | Financial review & analysis re: plan terms | 0.5 | 9 |
| 04/13/15 | Weekly UCC call | 0.5 | 1 |
| 04/14/15 | Financial review re: company financial results/projections | 1.0 | 2 |
| 04/16/15 | Review of recent debt trading prices | 1.0 | 6 |
| 04/17/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| 04/20/15 | Financial review re: company financial results/projections | 0.5 | 2 |
| 04/20/15 | Financial analysis re: claims/recovery | 4.0 | 9 |
| 04/21/15 | Financial analysis re: claims/recovery | 4.5 | 9 |
| 04/22/15 | Financial analysis re: claims/recovery | 4.0 | 9 |
| 04/23/15 | Call with Mofo/FTI re: claims/recovery/settlement discussions | 1.5 | 1 |
| 04/27/15 | Weekly UCC call | 0.5 | 1 |
| **April Hours:** | | **73.5** | |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co.  LLC
Willem Beer - Vice President

| Date: | Description of Work: | Hours: | Code: |
|-------|----------------------|--------|-------|
| | **February 1 - February 28** | | |
| 02/02/15 | Weekly UCC Call | 0.5 | 1 |
| 02/09/15 | Weekly UCC Call | 0.5 | 1 |
| 02/16/15 | Weekly UCC Call | 0.5 | 1 |
| 02/23/15 | Weekly UCC Call | 0.5 | 1 |
| | **February Hours:** | **2.0** | |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Greg Keilin - Associate

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| **February 1 - February 28** | | | |
| 02/02/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| 02/09/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| 02/16/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| **February Hours:** | | **1.5** | |
| **March 1 - March 31** | | | |
| 03/02/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| 03/09/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| 03/16/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| 03/23/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| **March Hours:** | | **2.0** | |
| **April 1 - April 30** | | | |
| 04/06/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| 04/20/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| 04/27/15 | UCC Weekly Catch-Up | 0.5 | 1 |
| **April Hours:** | | **1.5** | |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Jeffrey Stine - Associate

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| **February 1 - February 28** | | | |
| 02/09/15 | UCC Call - weekly | 0.5 | 1 |
| 02/16/15 | UCC Call - weekly | 0.5 | 1 |
| 02/23/15 | UCC Call - weekly | 0.5 | 1 |
| **February Hours:** | | **1.5** | |
| **March 1 - March 31** | | | |
| 03/02/15 | UCC Call - weekly | 0.5 | 1 |
| 03/09/15 | UCC Call - weekly | 0.5 | 1 |
| 03/30/15 | UCC Call - weekly | 0.5 | 1 |
| **March Hours:** | | **1.5** | |
| **April 1 - April 30** | | | |
| 04/06/15 | UCC Call - weekly | 0.5 | 1 |
| 04/13/15 | UCC Call - weekly | 0.5 | 1 |
| 04/27/15 | UCC Call - weekly | 0.5 | 1 |
| **April Hours:** | | **1.5** | |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Rajesh Jegadeesh - Analyst

| Date: | Description of Work: | Hours: | Code: |
|---|---|---|---|
| | **February 1 - February 28** | | |
| 02/02/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 02/09/15 | Weekly Call w/ UCC | 0.5 | 1 |
| | **February Hours:** | **1.0** | |
| | **March 1 - March 31** | | |
| 03/02/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 03/09/15 | Weekly Call w/ UCC | 0.5 | 1 |
| 03/16/15 | Weekly Call w/ UCC | 0.5 | 1 |
| | **March Hours:** | **1.5** | |
| | **April 1 - April 30** | | |
| 04/06/15 | Weekly Call w/ UCC | 0.5 | 1 |
| | **April Hours:** | **0.5** | |