Energy Future Holdings
Third Interim Application
Lazard Frères & Co. LLC

January 1, 2015 - April 30, 2015

### Fee Calculation

| Item | Amount Incurred |
|---|---:|
| Monthly Fee: January 1, 2015 - January 31, 2015 | $250,000.00 [1] |
| Monthly Fee: Februry 1, 2015 - Febraury 28, 2015 | 250,000.00 |
| Monthly Fee: March 1, 2015 - March 31, 2015 | 250,000.00 |
| Monthly Fee: April 1, 2015 - April 30, 2015 | 250,000.00 |
| **TOTAL** | **$1,000,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $4,764.96 |
| Electronic Information Service | 15.99 |
| Employee Meals | 193.77 |
| Meals-Meetings/Travel | 757.27 |
| Telephone/Telex/Fax-Usage | 159.01 |
| Travel | 23,673.02 |
| **TOTAL** | **$29,564.02** |

[1] *Lazard's retention was approved pursuant to the terms set forth in the Engagement Letter dated May 14, 2014 (the "Engagement Letter").*

[2] *Additional expense detail will be furnished upon request.*

**Energy Future Holdings**
**Third Interim Application**
**Lazard Frères & Co. LLC**

**January 1, 2015 - April 30, 2015**

**Summary of Out-of-Pocket Expenses**[1]

| Item | Jan | Feb | Mar | Apr | Total |
|---|---|---|---|---|---|
| Car Services and Taxis | $1,575.00 | $1,050.00 | $2,080.96 | $59.00 | $4,764.96 |
| Electronic Information Service | 15.99 | 0.00 | 0.00 | 0.00 | 15.99 |
| Employee Meals | 20.00 | 0.00 | 150.35 | 23.42 | 193.77 |
| Meals-Meetings/Travel | 342.14 | 95.95 | 319.18 | 0.00 | 757.27 |
| Telephone/Telex/Fax-Usage | 111.93 | 15.10 | 31.98 | 0.00 | 159.01 |
| Travel | 11,196.98 | 5,052.20 | 7,423.84 | 0.00 | 23,673.02 |
| **TOTAL** | **$13,262.04** | **$6,213.25** | **$10,006.31** | **$82.42** | **$29,564.02** |

[1] *Additional expense detail will be furnished upon request.*

EFH_Lazard's 3rd Interim Expense Details_Jan-Apr 2015.xlsx

Exp Details_Jan 15

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES
### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | ACCTG DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | | 0.00 |
| **Car Services and Taxis** | | | | |
| | 1/5/2015 | Pohl-NY/Car Service/K&E to LGA 12/11/2014 / AMEX | | 60.00 |
| | 1/5/2015 | Pohl-NY/Car Service/LGA - Hotel 12/10/2014 / AMEX | | 60.00 |
| | 1/5/2015 | Pohl-NY/Car Service/LGA to MoFo 12/04/2014 / AMEX | | 60.00 |
| | 1/5/2015 | Pohl-NY/Car Service/LGA to K&E 12/02/2014 / AMEX | | 60.00 |
| | 1/8/2015 | Kurtz-NY/Car Service/Hotel-LGA 12/11/2014 / AMEX | | 60.00 |
| | 1/8/2015 | Kurtz-NY/Car Service/LGA-Dinner 11/17/2014 / AMEX | | 60.00 |
| | 1/8/2015 | Kurtz-NY/Car service/LGA-Office 12/04/2014 / AMEX | | 60.00 |
| | 1/8/2015 | Kurtz-NY/Car Service/LGA-Hotel 12/10/2014 / AMEX | | 60.00 |
| | 1/8/2015 | Kurtz-NY/Car Service/Hotel to LGA 11/13/2014 / AMEX | | 60.00 |
| | 1/8/2015 | Kurtz-NY/Car Service/LGA-Aerograss 11/13/2014 / AMEX | | 50.00 |
| | 1/8/2015 | Kurtz-NY/Car service/Mtg-LGA 12/04/2014 / AMEX | | 50.00 |
| | 1/8/2015 | Kurtz-Chicago/Car Service/Office-ORD 11/17/2014 / AMEX | | 50.00 |
| | 1/8/2015 | Kurtz-Chicago/Car Service/ORD-Home 12/04/2014 / AMEX | | 60.00 |
| | 1/8/2015 | Kurtz-Chicago/Car Service/ORD-Office 11/19/2014 / AMEX | | 60.00 |
| | 1/8/2015 | Kurtz-Chicago/Car Service/Home-ORD 12/04/2014 / AMEX | | 50.00 |
| | 1/14/2015 | Cowan-NY/Car Service/K&E-LGA 11/19/2014 / AMEX | | 60.00 |
| | 1/14/2015 | Cowan-NY/Car Service/MoFo to LGA 12/04/2014 / AMEX | | 60.00 |
| | 1/14/2015 | Cowan-NY/Car Service/LGA-Hotel 12/03/2014 / AMEX | | 60.00 |
| | 1/14/2015 | Cowan-NY/Car Service/LGA-W&C 11/18/2014 / AMEX | | 50.00 |
| | 1/14/2015 | Cowan-Chicago/Car Service/ORD - Home 12/04/2014 / AMEX | | 60.00 |
| | 1/14/2015 | Cowan-Chicago/Car Service/Office-LGA 12/03/2014 / AMEX | | 50.00 |
| | 1/14/2015 | Cowan-Chicago/Car Service/Home-ORD 11/18/2014 / AMEX | | 15.00 |
| | 1/14/2015 | Cowan-NY/Uber/Mtg to Dinner 11/19/2014 / AMEX | | 60.00 |
| | 1/21/2015 | Stine-NYBLACKCAR Home to LGA 12/11/2014 / AMEX | | 60.00 |
| | 1/21/2015 | Stine-NYBLACKCAR LGA to Home 12/12/2014 / AMEX | | 60.00 |
| | 1/23/2015 | Pohl- APOLLO 12/02/15 / Home to ORD (travel to NY for EFH meeting at K&E offices) | | 60.00 |
| | 1/23/2015 | Pohl- APOLLO 12/10/15 / Home to ORD (travel to NY for EFH meeting at MoFo offices) | | 60.00 |
| | 1/23/2015 | Pohl- APOLLO 12/11/15 / ORD to Home (travel from NY for EFH meeting at MoFo offices) | | 60.00 |
| | | | Subtotal: | 1,575.00 |
| **Electronic Information Service** | | | | |
| | 1/14/2015 | NY/Palace/Internet 11/18/2014 / AMEX | | 15.99 |
| | | | Subtotal: | 15.99 |
| **Employee Meals** | | | | |
| | 1/29/2015 | Gistis-Chicago/Cantina Laredo/Dinner-6 01/08/2015 / AMEX | | 20.00 |
| | | | Subtotal: | 20.00 |

EFH_Lazard's 3rd Interim Expense Details_Jan-Apr 2015.xlsx  
Exp Details_Jan 15

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | ACCTG DATE | DESCRIPTION | BALANCE |
|---|---|---|---:|
| **Meals-Meetings/Travel** | | | |
| | 1/5/2015 | Pohl-NY/The Palace/Dinner - 1p 12/10/2014 / AMEX | 40.00 |
| | 1/5/2015 | Pohl-NY/Lexington Brass/Dinner - 2p 12/11/2014 / AMEX | 67.02 |
| | 1/8/2015 | Kurtz-NY/Palace/Breakfast-1p 12/02/2014 / AMEX | 35.00 |
| | 1/8/2015 | Kurtz-LGA/AuBonPain/Breakfast-1p 11/19/2014 / AMEX | 12.15 |
| | 1/14/2015 | Cowan-NY/Grifone/Dinner-3p 11/18/2014 / AMEX | 120.00 |
| | 1/14/2015 | Cowan-NY/Palace/ Dinner-1p 12/03/2014 / AMEX | 40.00 |
| | 1/14/2015 | Cowan-NY/Palace/Breakfast - 1p 11/19/2014 / AMEX | 2.99 |
| | 1/14/2015 | Cowan-DCA/NAGrill/Breakfast-1p 12/10/2014 / AMEX | 2.49 |
| | 1/21/2015 | Stine-THE FAIRMONT HOTEL DALLAS - bfast 1p 12/12/2014 / AMEX | 22.49 |
| | | Subtotal: | 342.14 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 1/5/2015 | Pohl-NY/The Palace/Internet 11/19/2014 / AMEX | 15.99 |
| | 1/5/2015 | Pohl-NY/The Palace/Internet 11/18/2014 / AMEX | 15.99 |
| | 1/5/2015 | Pohl-NY/The Palace/Internet 12/11/2014 / AMEX | 15.99 |
| | 1/5/2015 | Pohl-NY/The Palace/Internet 12/10/2014 / AMEX | 15.99 |
| | 1/5/2015 | Pohl-NY/ The Palace/Internet 12/02/2014 / AMEX | 15.99 |
| | 1/5/2015 | Pohl-NY/ The Palace/Internet 12/03/2014 / AMEX | 15.99 |
| | 1/14/2015 | Cowan-NY/Palace/ Internet 12/03/2014 / AMEX | 15.99 |
| | | Subtotal: | 111.93 |
| **Travel** | | | |
| | 1/5/2015 | Pohl-United/ORd - LGA / Coach 12/10/2014 / AMEX | 637.14 |
| | 1/5/2015 | Pohl-NY/ The Palace/Int @ $500 12/02/2014 / AMEX | 500.00 |
| | 1/5/2015 | Pohl-NY/The Palace/1nt @ $500 12/10/2014 / AMEX | 500.00 |
| | 1/5/2015 | Pohl-United/ ORD - LGA / Coach 12/04/2014 / AMEX | 482.10 |
| | 1/5/2015 | Pohl-United/LGA - ORD / Coach 12/04/2014 / AMEX | 482.10 |
| | 1/5/2015 | Pohl-United/ LGA - ORD / Coach 11/19/2014 / AMEX | 482.10 |
| | 1/5/2015 | Pohl-American/ LGA - ORD/ Coach 12/11/2014 / AMEX | 382.20 |
| | 1/5/2015 | Pohl-United/ ORD - LGA/ Coach 12/02/2014 / AMEX | 374.02 |
| | 1/5/2015 | Pohl-ORD/ Parking/1 Day 12/04/2014 / AMEX | 35.00 |
| | 1/8/2015 | Kurtz-NY/Palace/2nts @ $500 11/17/2014 / AMEX | 1,000.00 |
| | 1/8/2015 | Kurtz-Delta/LGA-ORD/Coach 12/04/2014 / AMEX | 502.10 |
| | 1/8/2015 | Kurtz-NY/Palace/1nt @ $500 12/10/2014 / AMEX | 500.00 |
| | 1/8/2015 | Kurtz-United/LGA-ORD/Coach 11/19/2014 / AMEX | 482.10 |
| | 1/8/2015 | Kurtz-United/LGA-ORD/Coach 12/11/2014 / AMEX | 450.00 |
| | 1/8/2015 | Kurtz-United/ORD-LGA/Coach 12/10/2014 / AMEX | 450.00 |
| | 1/8/2015 | Kurtz-United/ORD-LGA / Coach 11/17/2014 / AMEX | 374.02 |
| | 1/8/2015 | Kurtz-United/ORD-LGA/Coach 12/04/2014 / AMEX | 374.02 |
| | 1/14/2015 | Cowan-United/ORD-LGA-ORD/Coach 11/18/2014 / AMEX | 748.04 |

EFH_Lazard's 3rd Interim Expense Details_Jan-Apr 2015.xlsx   Exp Details_Jan 15

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**CHI00531 - The Official Committtee of Unse**

Currency: USD - US Dollar

| EXPENSE TYPE | ACCTG DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | | | |
| | 1/14/2015 | Cowan-United/ DCA-EWR/ Coach 12/10/2014 / AMEX | 536.10 |
| | 1/14/2015 | Cowan-NY/Palace/1nt @ $500 11/18/2014 / AMEX | 500.00 |
| | 1/14/2015 | Cowan-NY/Palace/ 1nt@ $500 12/03/2014 / AMEX | 500.00 |
| | 1/14/2015 | Cowan-United/ORD-LGA / Coach 12/03/2014 / AMEX | 374.02 |
| | 1/14/2015 | Cowan-United/ LGA-ORD/ Coach 12/04/2014 / AMEX | 374.02 |
| | 1/21/2015 | Stine-THE FAIRMONT HOTEL DALLAS 1 nite 12/12/2014 / AMEX | 157.90 |
| | | Subtotal: | 11,196.98 |

**CLOSING BALANCE as of 1/31/2015    13,262.04**

EFH_Lazard's 3rd Interim Expense Details_Jan-Apr 2015.xlsx

Exp Details_Feb 15

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES

### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | ACCTG DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 2/3/2015 | Pohl-NY/Car Service/MoFo - LGA 01/06/2015 / AMEX | 60.00 |
| | 2/3/2015 | Pohl-NY/Car Service/MoFo - LGA 01/08/2015 / AMEX | 60.00 |
| | 2/3/2015 | Pohl-NY/Car Service/LGA - MoFo 01/08/2015 / AMEX | 60.00 |
| | 2/3/2015 | Pohl-NY/Car Service/LGA - MoFo 01/06/2015 / AMEX | 60.00 |
| | 2/3/2015 | Kurtz-Chicago/Car Service/Home - ORD 12/10/2014 / AMEX | 50.00 |
| | 2/3/2015 | Kurtz-Chicago/Car Service/Home-ORD 11/13/2014 / AMEX | 50.00 |
| | 2/3/2015 | Kurtz-Chicago/Car Service/ORD-Home 12/10/2014 / AMEX | 50.00 |
| | 2/3/2015 | Kurtz-Chicago/Car Service/ORD-Home 01/06/2015 / AMEX | 50.00 |
| | 2/5/2015 | Beer-CAREY NY/Office to EWR 12/18/2014 / AMEX | 60.00 |
| | 2/13/2015 | Pohl-TRANSPORTATION / APOLLO Home to ORD 1/06/2015 | 50.00 |
| | 2/13/2015 | Pohl-TRANSPORTATION / APOLLO ORD to Home 1/06/2015 | 50.00 |
| | 2/13/2015 | Pohl-TRANSPORTATION / APOLLO Home to ORD 1/08/2015 | 50.00 |
| | 2/13/2015 | Pohl-TRANSPORTATION / APOLLO ORD to Home 1/08/2015 | 50.00 |
| | 2/17/2015 | Cowan-NY/Car Service/EWR-Office 12/10/2014 / AMEX | 65.00 |
| | 2/17/2015 | Cowan-NY/Car Service/LGA-MoFo 12/18/2014 / AMEX | 60.00 |
| | 2/17/2015 | Cowan-NY/Car Service/Office-LGA 12/18/2014 / AMEX | 60.00 |
| | 2/17/2015 | Cowan-NY/Car Service/K&E-EWR 12/11/2014 / AMEX | 65.00 |
| | 2/17/2015 | Cowan-Chicago/Car Service/ORD-Home 12/18/2014 / AMEX | 50.00 |
| | 2/17/2015 | Cowan-Chicago/Car Service/Home-ORD 12/18/2014 / AMEX | 50.00 |
| | | Subtotal: | 1,050.00 |
| **Meals-Meetings/Travel** | | | |
| | 2/3/2015 | Kurtz-NY/Palace/Breakfst - 1p 01/06/2015 / AMEX | 20.00 |
| | 2/3/2015 | Pohl-NY/LGA/Breakfast - 1p 01/06/2015 / AMEX | 10.32 |
| | 2/5/2015 | Beer-THE FAIRMONT HOTEL Dinner 1p DALLAS 12/12/2014 / AMEX | 20.00 |
| | 2/5/2015 | Beer-THE FAIRMONT HOTEL Breakfast 1p DALLAS 12/12/2014 / AMEX | 20.00 |
| | 2/17/2015 | Cowan-NY/Palace/Dinner-1p 12/11/2014 / AMEX | 20.00 |
| | 2/17/2015 | Cowan-NY/Palace/Breakfast-1p 12/11/2014 / AMEX | 2.99 |
| | 2/17/2015 | Cowan-ORD/Brioche/Breakfast - 1p 12/18/2014 / AMEX | 2.64 |
| | | Subtotal: | 95.95 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 2/5/2015 | Beer-THE FAIRMONT HOTEL DALLAS - internet 12/12/2014 / AMEX | 15.10 |
| | | Subtotal: | 15.10 |
| **Travel** | | | |
| | 2/3/2015 | Pohl-United/ LGA - ORD / Coach 01/06/2015 / AMEX | 482.10 |
| | 2/3/2015 | Pohl-United/ LGA - ORD / Coach 01/08/2015 / AMEX | 482.10 |
| | 2/3/2015 | Kurtz-United/LGA-ORD/Coach 01/06/2015 / AMEX | 482.10 |

EFH_Lazard's 3rd Interim Expense Details_Jan-Apr 2015.xlsx

Exp Details_Feb 15

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**CHI00531 - The Official Committtee of Unse**

Currency: USD - US Dollar

| EXPENSE TYPE | ACCTG DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 2/3/2015 | Pohl-United/ORD - LGA / Coach 01/06/2015 / AMEX | 482.10 |
| | 2/3/2015 | Pohl-American/ORD - LGA/ Coach 01/06/2015 / AMEX | 482.10 |
| | 2/5/2015 | Beer-THE FAIRMONT HOTEL 2-nights/@$249 DALLAS 12/12/2014 / AMEX | 574.00 |
| | 2/17/2015 | Cowan-NY/Palace/2nts @ $473 12/10/2014 / AMEX | 945.64 |
| | 2/17/2015 | Cowan-United/ORD - LGA / Coach 12/18/2014 / AMEX | 374.02 |
| | 2/17/2015 | Cowan-United/Coach/LGA - ORD 12/18/2014 / AMEX | 374.02 |
| | 2/17/2015 | Cowan-United/ORD - LGA / Coach 01/15/2015 / AMEX | 374.02 |
| | | Subtotal: | 5,052.20 |

**CLOSING BALANCE as of 2/28/2015**     **6,213.25**

EFH_Lazard's 3rd Interim Expense Details_Jan-Apr 2015.xlsx  
Exp Detail-Mar 15

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES
### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 3/1/2015 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 3/2/2015 | Pohl-NY/Car Service/PaulWeiss-LGA 02/11/2015 / AMEX | 100.00 |
| | 3/4/2015 | Cowan-NY/Car Service/MoFo-LGA 01/15/2015 / AMEX | 100.00 |
| | 3/4/2015 | Cowan-NY/Car Service/LGA-MoFo 01/15/2015 / AMEX | 100.00 |
| | 3/4/2015 | Cowan-Chicago/Car Service/Home-ORD 01/15/2015 / AMEX | 75.00 |
| | 3/4/2015 | Cowan-Chicago/Car Service/ORD-Home 02/04/2015 / AMEX | 75.00 |
| | 3/4/2015 | Cowan-Chicago/Car Service/ORD-Home 01/15/2015 / AMEX | 75.00 |
| | 3/4/2015 | Cowan-NY/Taxi/ Mtg-Mtg 02/04/2015 / AMEX | 11.75 |
| | 3/10/2015 | Pohl-TRANSPORTATION 2/11/15 – Home to ORD (travel to NY for EFH meeting at Paul Weiss Offices) | 100.00 |
| | 3/10/2015 | Pohl-TRANSPORTATION 2/11/15 – ORD to Home (travel from NY for EFH meeting at Paul Weiss Offices) | 100.00 |
| | 3/10/2015 | Gistis-Chicago/Taxi/Work - Home 02/06/2015 Time: 22:00 / AMEX | 26.90 |
| | 3/10/2015 | Gistis-Chicago/Uber/Work - Home 01/14/2015 Time: 23:39 / AMEX | 15.74 |
| | 3/10/2015 | Gistis-Chicago/Taxi/Work - Home 01/29/2015 Time: 00:14 / AMEX | 14.25 |
| | 3/10/2015 | Gistis-Chicago/Taxi/Work - Home 02/09/2015 Time: 00:00 / AMEX | 14.15 |
| | 3/10/2015 | Gistis-Chicago/Taxi/Work - Home 01/20/2015 Time: 03:30 / AMEX | 13.74 |
| | 3/10/2015 | Gistis-Chicago/Taxi/Work - Home 01/21/2015 Time: 00:16 / AMEX | 13.70 |
| | 3/11/2015 | Keilin-NYBLACKCAR.COM Home to LGA 01/21/2015 / AMEX | 75.00 |
| | 3/11/2015 | Keilin-NYBLACKCAR.COMLGA to home 01/22/2015 / AMEX | 70.73 |
| | 3/12/2015 | Kurtz-NY/Car Service/MoFo-LGA 01/15/2015 / AMEX | 100.00 |
| | 3/12/2015 | Kurtz-NY/Car Service/LGA-Mofo 01/15/2015 / AMEX | 100.00 |
| | 3/12/2015 | Kurtz-Chicago/Car Service/Home - ORD 01/15/2015 / AMEX | 75.00 |
| | 3/12/2015 | Kurtz-Chicago/Car Service/ORD-Home 01/15/2015 / AMEX | 75.00 |
| | 3/19/2015 | Pohl-2/24/15 – Home to ORD (Travel to NY for EFH meeting at Morrison and Foester) | 100.00 |
| | 3/19/2015 | Pohl-2/11/15 – ORD to Home (travel from NY for EFH meeting at Paul Weiss Offices) | 100.00 |
| | 3/30/2015 | Cowan-NY/Car Service/MoFo-Office-LGA 02/24/2015 / AMEX | 100.00 |
| | 3/30/2015 | Pohl-NY/Car Service/LGA-Paul Weiss 02/11/2015 / AMEX | 100.00 |
| | 3/30/2015 | Pohl-NY/Car Service/LGA-MoFo 02/24/2015 / AMEX | 100.00 |
| | 3/30/2015 | Cowan-NY/Car Service/LGA-K&E 02/23/2015 / AMEX | 100.00 |
| | 3/30/2015 | Cowan-Chicago/Car Service/ORD-Home 02/24/2015 / AMEX | 75.00 |
| | 3/30/2015 | Cowan-Chicago/Car Service/ Home-ORD 03/23/2015 / AMEX | 75.00 |
| | | Subtotal: | 2,080.96 |
| **Employee Meals** | | | |
| | 3/2/2015 | Gistis-Chicago/Butcher+Brgr/Dinner-5p 01/21/2015 / AMEX | 24.97 |
| | 3/9/2015 | Gistis-Chicago/Doc Bs/Dinner-5p 02/10/2015 / AMEX | 25.00 |
| | 3/9/2015 | Gistis-Chicago/JakeMelnicks/Dinner-6p 01/13/2015 / AMEX | 25.00 |
| | 3/10/2015 | Gistis-Chicago/JakeMelnicks/Dinner-3p 01/20/2015 / AMEX | 23.88 |

EFH_Lazard's 3rd Interim Expense Details_Jan-Apr 2015.xlsx

Exp Detail-Mar 15

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES
### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Employee Meals** | | | |
| | 3/10/2015 | Gistis-Chicago/Chipotle/Dinner-1p 01/27/2015 / AMEX | 15.36 |
| | 3/17/2015 | Gistis-DINING IN           3127551770 01/22/2015 / AMEX | 18.07 |
| | 3/17/2015 | Gistis-DINING IN           3127551770 01/22/2015 / AMEX | 18.07 |
| | | Subtotal: | 150.35 |
| **Meals-Meetings/Travel** | | | |
| | 3/4/2015 | Cowan-Chicago/Specialtys/Lunch - 9p 02/07/2015 / AMEX | 180.00 |
| | 3/4/2015 | Cowan-NY/Palace Hotel/Dinner-1p 02/03/2015 / AMEX | 20.00 |
| | 3/4/2015 | Cowan-NY/Palace Hotel/Dinner 02/03/2015 / AMEX | 20.00 |
| | 3/11/2015 | Keilin-560WOLFGANGPUCK  DALLAS (dinner) 01/21/2015 / AMEX | 20.00 |
| | 3/11/2015 | Keilin-DICKEY'S BARBECUE PI DFW AIRPO (lunch) 01/22/2015 / AMEX | 13.76 |
| | 3/11/2015 | Keilin-HYATT HOTELS DALLAS  DALLAS (bfast) 01/22/2015 / AMEX | 12.31 |
| | 3/11/2015 | Keilin-HEALTHY GOURMET NY (dinner) 01/21/2015 / AME X | 10.13 |
| | 3/11/2015 | Keilin-PARADIES # 031 DALLAS (bfast) 01/21/2015 / AMEX | 7.99 |
| | 3/30/2015 | Cowan-NY/Palace/ Dinner - 1p 02/23/2015 / AMEX | 20.00 |
| | 3/30/2015 | Cowan-LGA/Villa Italian/Dinner-1p 02/24/2015 / AMEX | 14.99 |
| | | Subtotal: | 319.18 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 3/30/2015 | Cowan-NY/Palace/ Internet 02/23/2015 / AMEX | 15.99 |
| | 3/30/2015 | Cowan-NY/Palace/ Internet 02/24/2015 / AMEX | 15.99 |
| | | Subtotal: | 31.98 |
| **Travel** | | | |
| | 3/2/2015 | Pohl-United/LGA-ORD/Coach 02/11/2015 / AMEX | 482.10 |
| | 3/2/2015 | Pohl-United/ORD-LGA/Coach 02/11/2015 / AMEX | 482.10 |
| | 3/4/2015 | Cowan-Delta/DTW-LGA/Coach 02/03/2015 / AMEX | 525.00 |
| | 3/4/2015 | Cowan-NY/Palace Hotel/1nt @ $500 02/03/2015 / AMEX | 500.00 |
| | 3/4/2015 | Cowan-Delta/ LGA-ORD/ Coach 01/15/2015 / AMEX | 429.85 |
| | 3/4/2015 | Cowan-United/ LGA-ORD/ Coach 02/04/2015 / AMEX | 369.94 |
| | 3/11/2015 | Keilin-AMERICAN AIRLINES LGA to Dallas Fort Worth (Coach) 01/21/2015 / AMEX | 813.31 |
| | 3/11/2015 | Keilin-DELTA AIR LINES Dallas Fort Worth to LGA (Coach) 01/22/2015 / AMEX | 742.26 |
| | 3/11/2015 | Keilin-HYATT HOTELS DALLAS  DALLAS 01/23/2015 / AMEX | 252.42 |
| | 3/12/2015 | Kurtz-United/ ORD-LGA/ Coach 01/15/2015 / AMEX | 482.10 |
| | 3/12/2015 | Kurtz-United/ LGA - ORD/ Coach 01/15/2015 / AMEX | 374.02 |
| | 3/30/2015 | Pohl-Delta/ LGA to ORD/ Coach 02/24/2015 / AMEX | 594.65 |
| | 3/30/2015 | Pohl-United/ ORD-LGA/ Coach 02/24/2015 / AMEX | 369.94 |
| | 3/30/2015 | Cowan-United/LGA-ORD/Coach 02/24/2015 / AMEX | 369.94 |
| | 3/30/2015 | Cowan-United/ORD-LGA/ Coach 02/23/2015 / AMEX | 369.94 |

EFH_Lazard's 3rd Interim Expense Details_Jan-Apr 2015.xlsx

Exp Detail-Mar 15

# LAZARD

**DEAL OPEN ITEMS BY CATEGORY**

ALL EXPENSES

CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 3/30/2015 | Cowan-NY/Palace/ 1nt @ $266 02/23/2015 / AMEX | 266.27 |
| | | Subtotal: | 7,423.84 |
| | | CLOSING BALANCE as of 3/31/2015 | 10,006.31 |

EFH_Lazard's 3rd Interim Expense Details_Jan-Apr 2015.xlsx | Exp Detail_Apr 15

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| OPENING BALANCE | 01-Jan-1900 | | | 0.00 |
| **Car Services and Taxis** | | | | |
| | 08-Apr-2015 | Pohl-NY/Uber/Mofo office-LGA 02/24/2015 / Cash | | 59.00 |
| | | | Subtotal: | 59.00 |
| **Employee Meals** | | | | |
| | 13-Apr-2015 | Gistis-DINING IN   3127551772 02/25/2015 / AMEX | | 23.42 |
| | | | Subtotal: | 23.42 |
| | | CLOSING BALANCE as of 30-Apr-2015 | | **82.42** |