IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Hearing Date: July 16, 2015 at 9:30 a.m. (ET)** <br> ) **Related to Docket Nos. 4792, 4900-01** |

**CERTIFICATION OF NO OBJECTION TO THE APPLICATION FOR
AN ORDER APPROVING THE EMPLOYMENT OF JENNER & BLOCK
LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING
COMPANY LLC UNDER SECTIONS 327(a) AND 1107(b) OF THE
BANKRUPTCY CODE, EFFECTIVE *NUNC PRO TUNC* TO MAY 18, 2015**

The undersigned independent conflicts counsel for Debtor Energy Future Intermediate Holding Company LLC ("EFIH") certifies as follows:

1. On June 17, 2015, EFIH filed the *Application for an Order Approving the Employment of Jenner & Block LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to May 18, 2015* [D.I. 4792] (the "Application"). The stated objection deadline for the Application was July 2, 2015.

2. On June 30, 2015, after receiving informal comments from the Office of the United States Trustee, EFIH filed a *Supplemental Declaration of Richard Levin in Support of Application for an Order Approving the Employment of Jenner & Block LLP as Counsel to*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SL1 1374442v1 109285.00001

*Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to May 18, 2015* [D.I. 4901] (the "Supplemental Declaration"); and a revised proposed form of order granting the relief sought by the Application [D.I. 4900] (the "Revised Proposed Form of Order").

3. No objections to the Application were filed with the Court or served upon the undersigned.

4. The Revised Proposed Form of Order granting the relief sought by the Application is attached as Exhibit A. Attached as Exhibit B is a comparison of the Revised Proposed Form of Order and the form of order as originally submitted. The Office of the United States Trustee does not object to the Court's entry of the Revised Proposed Form of Order.

WHEREFORE, EFIH respectfully requests that the Court enter the Revised Proposed Form of Order at its earliest convenience.

Dated: July 7, 2015

Respectfully submitted,
STEVENS & LEE, P.C.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Camille C. Bent (*admitted pro hac vice*)
1105 North Market Street, Suite 700
Wilmington, DE 19801
Tel:   (302) 425-3310
Fax:   (610) 371-7927
Email: jhh/ccb@stevenslee.com

-and-

Richard Levin, Esquire
JENNER & BLOCK
919 Third Avenue
New York, NY 10022-3908
Tel:   (212) 891-1601
Fax:   (212) 891-1699
Email: rlevin@jenner.com

2

                -and-

Michael A. Paskin, Esquire
Trevor M. Broad, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel:    (212) 474-1760
Fax:   (212) 474-3700
Email: mpaskin@cravath.com
       tbroad@cravath.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*