# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | Re: D.I. 661, 1837, 2028, 2055, 2503, 3185, 4097 |

### SIXTH SUPPLEMENTAL DECLARATION OF JEFFERY J. STEGENGA IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY ALVAREZ & MARSAL NORTH AMERICA, LLC AS RESTRUCTURING ADVISOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Jeffery J. Stegenga, being duly sworn, hereby depose and say:

1. I am a Managing Director of Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees) and its wholly owned subsidiaries, "A&M"), whose principal office is located at 600 Madison Avenue, New York, NY 10022. I submit this declaration (the "Sixth Supplemental Declaration") to supplement my prior declarations that have been submitted in connection with A&M's proposed retention in these chapter 11 cases. Unless otherwise stated in this Sixth Supplemental Declaration, I have personal knowledge of the facts set forth herein or have been informed of such matters by professionals of A&M. To the extent any

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

information disclosed herein requires amendment or modification upon A&M's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to this Court.

2.    On April 29, 2014, Energy Future Holdings Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in this Court.

3.    On May 29, 2014 the Debtors filed their *Debtors' Application for the Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisor Nunc Pro Tunc to the Petition Date* [D.I. 661] (the "Retention Application"). In support of the Retention Application, A&M filed the *Declaration of Jeffery J. Stegenga in Support of the Debtors' Application for the Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisor Nunc Pro Tunc to the Petition Date*, attached as Exhibit B to the Retention Application (the "Stegenga Declaration").

4.    On August 14, 2014, September 16, 2014, October 17, 2014, January 7, 2015, and April 9, 2015, the Debtors filed the First Supplemental Declaration, Second Supplemental Declaration, Third Supplemental Declaration, Fourth Supplemental Declaration, and Fifth Supplemental Declaration, respectively, to disclose certain additional information that had become available to A&M since the filing of the Stegenga Declaration.

5.    I submit this Sixth Supplemental Declaration to disclose certain additional information that has become available to A&M since the filing of the Stegenga Declaration.

2

**Additional Potential Parties-in-Interest**

6. As set forth in the Stegenga Declaration, and in connection with its proposed retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether it has any conflicts or other relationships that might affect A&M's status as a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code or cause A&M to hold or represent interest adverse to the Debtors.

7. Specifically, A&M has received from the Debtors and/or their representatives a list of the names of additional individuals and entities that may be parties-in-interest in these chapter 11 cases (the "Additional Potential Parties-in-Interest"), which names were not included on the original list of entities reviewed by A&M in connection with the Stegenga Declaration.

8. In connection with the preparation of this Sixth Supplemental Declaration, A&M conducted a review of the Additional Potential Parties-in-Interest consistent with the procedures described in paragraph 5 of the Stegenga Declaration. A summary of any relationships A&M has with the Additional Potential Parties-in-Interest is set forth on **Schedule B** hereto.

9. Based on the results of its review, to the best of my knowledge A&M does not have an active relationship with any of the Additional Potential Parties-in-Interest in matters relating to the Debtors' chapter 11 cases.

10. As such, insofar as I have been able to ascertain, A&M does not hold or represent any interests adverse to the Debtors' estates and, to the best of my knowledge, remains a "disinterested person" as that term is defined in Section 101(14), as modified by Section 1107(b), of the Bankruptcy Code.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: July 8, 2015  /s/ Jeffery J. Stegenga
      Dallas, Texas  Jeffery J. Stegenga
Alvarez and Marsal North America, LLC
Managing Director

# SCHEDULE A

## Additional Potential Parties-in-Interest

**ADVISORS**
Jenner & Block LLP
McKool Smith, P.C.

## SCHEDULE B

## Known Connections to Additional Parties-in-Interest in Unrelated Matters

**PROFESSIONALS & ADVISORS**[1]
McKool Smith, P.C.

---

[1] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.