June 30, 2015

The Honorable Christopher S. Sontchi
United States Bankruptcy Court for the District of Delaware
824 Market Street
5th Floor
Wilmington, DE 19801

Re: Case No. 14-10979; Claims: #7659, 9922, 9923

My family reserves all rights individually and/or together to recall any evidence or filing of any kind on behalf of the debtors and/or creditors and/or other in any past or future proceeding regarding their claims.

Sincerely,

*[signatures]*

DeAnna L. Edwards
Gerald D. Edwards

Cc:  Kirkland & Ellis International, LLP
     Richard, Layton and Finger, P.A.
     James H.M. Sprayregen, P.C.