6/23/2015

I am writing in reference to the "objection" decision for Chapter 11, in the Energy Future Holdings Corp as a debtor.

Case # 14-10979 (CSS)

Claim # 9867

Amount $ 13,988.00

It is not clear to me as why the information I provided was insufficient and the claim is to be expunged.

Please notify me as to what exactly you need additionally to go forward with this claim.

Austin Kovach
5903 OLD LODGE Dr
Houston TX 77066

email: janetmausbach@cs.com

phone # (281) 660-4874
(713) 540-4531