## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 855, 1771, 2083, 2704, 2916, 3380, 3857, 4210** |
| | ) | |

### CERTIFICATION OF COUNSEL CONCERNING
### STIPULATION AND CONSENT ORDER EXTENDING
### CERTAIN DEADLINES IN THE FINAL CASH COLLATERAL ORDER

The undersigned hereby certifies as follows:

1.      On June 6, 2014, the United States Bankruptcy Court for the District of Delaware

(the "Bankruptcy Court") entered the *Final Order (A) Authorizing Use of Cash Collateral for*

*Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B)*

*Granting Adequate Protection, and (C) Modifying the Automatic Stay* [D.I. 855] (the "Final Cash

Collateral Order").[2]

2.      Paragraph 15 of the Final Cash Collateral Order established the deadline by which

the Creditors' Committee or a party in interest with standing must file an adversary proceeding

or contested matter seeking to avoid, object to, or otherwise challenge the TCEH Debtors'

Stipulations (any such claim, a "Challenge"), "subject to further extension by written agreement

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Final Cash Collateral Order.

of the TCEH Debtors, the Prepetition First Lien Agents, the TCEH First Lien Ad Hoc Committee and any individual Prepetition First Lien Creditor that is the subject of a Challenge (as defined below) solely with respect to the Challenge Period (as defined below) relating to such Challenge."

3.     Following the entry of the Final Cash Collateral Order, the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee and the TCEH First Lien Ad Hoc Committee agreed, pursuant to paragraph 15 of the Final Cash Collateral Order, to modify the Final Cash Collateral Order solely with respect to the Challenge Period for the Creditors' Committee and any other parties in interest.  Based on the parties' agreement, on August 8, 2014, the Bankruptcy Court entered its *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* [D.I. 1771] (the "First Stipulated Extension Order") pursuant to which the Challenge Period was extended to October 14, 2014.

4.     Thereafter, following the entry of the First Stipulated Extension Order, the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee and the TCEH First Lien Ad Hoc Committee further agreed, pursuant to paragraph 15 of the Final Cash Collateral Order and paragraph 1 of the First Stipulated Extension Order, to further modify the Final Cash Collateral Order solely with respect to the Challenge Period for the Creditors' Committee and any other parties in interest.  Based on the parties' further agreement, on September 19, 2014, the Bankruptcy Court entered its *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* [D.I. 2083] (the "Second Stipulated Extension Order") pursuant to which the Challenge Period was further extended to November 28, 2014.

2

5.      Subsequently, following the entry of the Second Stipulated Extension Order, the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee and the TCEH First Lien Ad Hoc Committee further agreed, pursuant to paragraph 15 of the Final Cash Collateral Order and paragraph 1 of the Second Stipulated Extension Order, to further modify the Final Cash Collateral Order solely with respect to the Challenge Period for the Creditors' Committee and any other parties in interest.  Based on the parties' further agreement, on November 5, 2014, the Bankruptcy Court entered its *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* [D.I. 2704] (the "Third Stipulated Extension Order") pursuant to which the Challenge Period was further extended to December 19, 2014.

6.      Then, following the entry of the Third Stipulated Extension Order, the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee and the TCEH First Lien Ad Hoc Committee further agreed, pursuant to paragraph 15 of the Final Cash Collateral Order and paragraph 1 of the Third Stipulated Extension Order, to further modify the Final Cash Collateral Order solely with respect to the Challenge Period for the Creditors' Committee and any other parties in interest.  Based on the parties' further agreement, on December 2, 2014, the Bankruptcy Court entered its *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* [D.I. 2916] (the "Fourth Stipulated Extension Order") pursuant to which the Challenge Period was further extended to February 12, 2015.

7.      Thereafter, following the entry of the Fourth Stipulated Extension Order, the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee and the TCEH First Lien Ad Hoc Committee further agreed, pursuant to

paragraph 15 of the Final Cash Collateral Order and paragraph 1 of the Fourth Stipulated Extension Order, to further modify the Final Cash Collateral Order solely with respect to the Challenge Period for the Creditors' Committee and any other parties in interest. Based on the parties' further agreement, on January 27, 2015, the Bankruptcy Court entered its *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* [D.I. 3380] (the "Fifth Stipulated Extension Order") pursuant to which the Challenge Period was further extended to March 13, 2015.

8.    Following the entry of the Fifth Stipulated Extension Order, on February 19, 2015, (i) the official committee of unsecured creditors of the TCEH Debtors (the "TCEH Committee") filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims* [D.I. 3593] (the "TCEH Committee Standing Motion"), pursuant to which the TCEH Committee seeks standing to bring certain alleged claims and causes of action on behalf of the TCEH Debtors; (ii) the ad hoc group of certain holders of unsecured notes issued by TCEH (the "Ad Hoc Noteholder Group") filed the *Motion of the Ad Hoc Group of TCEH Unsecured Noteholders for Entry of an Order Granting Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims* [D.I. 3603] (the "Ad Hoc Noteholder Group Standing Motion"), pursuant to which the Ad Hoc Noteholder Group seeks standing to bring certain alleged claims and causes of action on behalf of the TCEH Debtors; and (iii) the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future

4

Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "EFH Committee" and, together with the TCEH Committee and the Ad Hoc Noteholder Group, the "Movants") filed the *Motion of the EFH Official Committee for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Luminant Debtors' Estates* [D.I. 3605] (the "EFH Committee Standing Motion", and together with the TCEH Committee Standing Motion and the Ad Hoc Noteholder Group Standing Motion, the "Standing Motions"), pursuant to which the EFH Committee seeks standing to bring certain alleged claims and causes of action on behalf of Luminant Generation Company LLC and certain of its subsidiaries.

9.    On March 3, 2015, certain parties (the "Objectors") filed objections and responses to the Standing Motions (collectively, with any other objections or responses that may be filed with the Court, the "Objections").

10.    Following the entry of the Fifth Stipulated Extension Order and the filing of the Standing Motions, the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee and the TCEH First Lien Ad Hoc Committee further agreed, (i) solely with respect to the Movants and, with respect to such Movants, solely to the extent any stipulations and admissions were expressly challenged in the Standing Motions or the draft complaints attached thereto, to extend the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order (as modified by the prior stipulations approved by the Bankruptcy Court) to challenge the stipulations and admissions contained in the Final Cash Collateral Order to April 17, 2015; and (ii) to certain scheduling deadlines and dates in connection with the Standing Motions. Based on the parties' further agreement, on March 10, 2015, the Bankruptcy Court entered its *Stipulation and Consent Order Extending Certain*

*Deadlines in the Final Cash Collateral Order* [D.I. 3857] (the "<u>Sixth Stipulated Extension Order</u>") pursuant to which the Challenge Period was further extended to April 17, 2015, and the Bankruptcy Court approved the scheduling deadlines and dates in connection with the Standing Motions as agreed by the parties.

11.    Since the entry of the Sixth Stipulated Extension Order, the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee and the TCEH First Lien Ad Hoc Committee further agreed, solely with respect to the Movants and, with respect to such Movants, solely to the extent any stipulations and admissions were expressly challenged in the Standing Motions or the draft complaints attached thereto, to further extend the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order (as modified by the prior stipulations approved by the Bankruptcy Court) to challenge the stipulations and admissions contained in the Final Cash Collateral Order.  Based on the parties' further agreement, on April 17, 2015, the Bankruptcy Court entered its *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* [D.I. 4210] (the "<u>Seventh Stipulated Extension Order</u>") pursuant to which the Challenge Period was further extended to August 7, 2015.

12.    Since the entry of the Seventh Stipulated Extension Order, the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee and the TCEH First Lien Ad Hoc Committee have further agreed, solely with respect to the Movants and, with respect to such Movants, solely to the extent any stipulations and admissions were expressly challenged in the Standing Motions or the draft complaints attached thereto, to further extend the deadline established pursuant to paragraph 15 of the Final Cash Collateral Order (as modified by the prior stipulations approved by the Bankruptcy Court) to challenge the

6

stipulations and admissions contained in the Final Cash Collateral Order to September 10, 2015, all as set forth in greater detail in that certain *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order*, dated July 8, 2015 (the "Eighth Stipulation and Order"). A copy of the Eighth Stipulation and Order is attached hereto as Exhibit A. The Eighth Stipulation and Order has been circulated to, is acceptable to, and has been signed by the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee, and the TCEH First Lien Ad Hoc Committee.

WHEREFORE, the TCEH Debtors respectfully request that the Bankruptcy Court enter the Eighth Stipulation and Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

7

Dated: July 8, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
        edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the TCEH Debtors*

8