IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) Case No. 14-10979 (CSS) |
| Debtors. | ) ) (Jointly Administered) ) ) Re: D.I. 4637 |

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION REGARDING CERTAIN PROOFS OF CLAIM OF RED BALL OXYGEN COMPANY

The undersigned hereby certifies as follows:

1. On June 1, 2015, Red Ball Oxygen Company ("Red Ball") filed *Red Ball Oxygen Company's Motion to Permit Late Filing of Proofs of Claim* [D.I. 4637] (the "Motion") with this Court. Pursuant to the Motion, Red Ball sought entry of an order of this Court allowing it to file certain proofs of claim, asserting secured claims against the Luminant Debtors (as such term is defined in the Motion), after the expiration of the bar date of October 27, 2014 at 5:00 p.m. (EDT) [D.I. 1866].

2. The deadline to file an objection or other response to the relief requested in the Motion was originally June 24, 2015 at 4:00 p.m. (EDT) (the "Objection Deadline"). The Objection Deadline has been extended for the above-captioned debtors and debtors in possession (collectively, the "Debtors") from time to time, while the parties continued to engage in settlement discussions regarding the relief requested in the Motion. A hearing with respect to the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Motion is currently scheduled to take place on July 16, 2015 starting at 9:30 a.m. (EDT). No formal objections or other responses to the relief requested in the Motion were filed or received.

3. Since Red Ball filed the Motion, the Debtors and Red Ball (together, the "Parties") have engaged in good faith, arm's-length, discussions and negotiations in an effort to resolve the Motion. Based on those discussions and negotiations, subject to this Court's approval, the Parties have entered into that certain *Stipulation Regarding Certain Proofs of Claim of Red Ball Oxygen Company* (the "Stipulation"). The Debtors have also prepared a proposed form of order (the "Proposed Order") approving the Stipulation. A copy of the Proposed Order is attached hereto as **Exhibit A.** A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order. Pursuant to the Stipulation, the Parties have agreed (subject to this Court's approval and as set forth in greater detail in the Stipulation) to a full and final resolution of the Motion. The Debtors have conferred with counsel to the official committee of unsecured creditors of EFCH and TCEH, and each of the Debtors and Red Ball consent to the entry of the Proposed Order and the approval of the Stipulation.

4. The Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A,** at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: July 8, 2015
       Wilmington, Delaware

/s/ Jason Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*