IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: § 
§ CASE NO. 14-11035
SOUTHWESTERN ELECTRIC §
SERVICE COMPANY, LLC §
§
DEBTOR(S) § CHAPTER 11
§

## NOTICE OF WITHDRAWAL OF
## PROOF OF CLAIM NO. 130 FILED BY FALLS COUNTY

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **Falls County,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about May 22, 2014, Falls County filed a Proof of Claim for ad valorem property taxes in the amount of $ 6,785.51.

2. Falls County hereby withdraws that Proof of Claim as the ad valorem property taxes have been paid.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By: *Diane Sanders*
DIANE W. SANDERS
State Bar No. 16415500

1