# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---:|---:|
| 1 | Long-Range Forecast | 299.00 | $165,612.50 |
| 2 | Metric Analysis | 3.90 | $2,925.00 |
| 3 | Generation Analysis | 151.50 | $71,450.00 |
| 4 | Retail Analysis | 131.50 | $61,030.00 |
| 5 | Commodity Analysis | 177.30 | $98,140.00 |
| 6 | Competitor Analysis | 23.50 | $14,650.00 |
| 7 | EBITDA Projection | 106.00 | $52,055.00 |
| 8 | Environmental Analysis | 41.50 | $26,477.50 |
| 9 | Short-Range Forecast | 15.00 | $6,945.00 |
| 10 | Capital Projects | 7.50 | $5,275.00 |
| 11 | Wholesale Operations | 20.30 | $14,130.00 |
| 12 | Retail Operations | 13.00 | $7,955.00 |
| 13 | T&D Operations | 311.50 | $126,542.50 |
| 14 | Data Collection and Diligence | 101.50 | $47,882.50 |
| 15 | Reports | 74.50 | $38,477.50 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 101.75 | $53,798.75 |
| 18 | Project Management | 16.00 | $8,317.50 |
| 19 | Project Administration | 0.50 | $287.50 |
| 20 | T&D Forecast | 229.90 | $140,000.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 21.05 | $8,411.50 |
| *Continued on next page* | | | |

---

1. Non-working travel time has been billed at 50% of actual time incurred.

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 9.00 | $4,905.00 |
| 25 | T&D Market Research | 26.00 | $17,002.50 |
| 26 | Wholesale Market Research | 19.00 | $11,267.50 |
| 27 | Retail Market Research | 17.00 | $8,855.00 |
| 28 | Performance Analysis | 6.00 | $3,375.00 |
| 29 | Sales, General & Administrative Analysis | 4.00 | $1,620.00 |
| 30 | Portfolio Analysis | 2.00 | $910.00 |
| 31 | Oncor Revenue Analysis | 99.00 | $53,832.50 |
| 32 | Oncor Capital Structure | 45.30 | $30,000.00 |
| 33 | Regulatory Analysis | 0.00 | $0.00 |
| | | | |
| | **Totals:** | **2,074.00** | **$1,082,130.25** |

---

1. Non-working travel time has been billed at 50% of actual time incurred.