# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 151.20 | $113,400.00 |
| Jean Agras | Managing Director | $720 | 152.50 | $109,800.00 |
| Gary Germeroth | Managing Director | $720 | 110.50 | $79,560.00 |
| Dave Andrus | Director | $645 | 156.50 | $100,942.50 |
| Scott Davis | Director | $545 | 163.50 | $89,107.50 |
| Paul Harmon | Director | $575 | 50.50 | $29,037.50 |
| Tim Wang | Director | $575 | 158.25 | $90,993.75 |
| Kimberly Eckert | Managing Consultant | $495 | 152.00 | $75,240.00 |
| Michael Gadsden | Managing Consultant | $460 | 160.50 | $73,830.00 |
| Jill Kawakami | Managing Consultant | $430 | 12.50 | $5,375.00 |
| Buck Monday | Managing Consultant | $450 | 44.00 | $19,800.00 |
| Michael Perry | Managing Consultant | $410 | 144.50 | $59,245.00 |
| Samuel Schreiber | Managing Consultant | $455 | 154.50 | $70,297.50 |
| Laura Hatanaka | Consultant | $390 | 143.00 | $55,770.00 |
| Pamela Morin | Consultant | $380 | 15.55 | $5,909.00 |
| Nathan Pollak | Consultant | $405 | 154.50 | $62,572.50 |
| Alex Vinton | Analyst | $275 | 150.00 | $41,250.00 |
| | | Totals: | 2,074.00 | $1,082,130.25 |