# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $15,213.89 |
| Airfare | $17,019.97 |
| Taxi | $2,250.69 |
| Travel Meals | $3,375.21 |
| Other Travel Expenses | $2,381.75 |
| Vehicle Rental Expenses | $1,996.90 |
| Mailings | $5.75 |
| **Total:** | **$42,244.16** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $9,907.20 |
| Airfare | $11,083.31 |
| Taxi | $1,465.64 |
| Travel Meal | $2,197.92 |
| Other Travel Expenses | $1,550.98 |
| Vehicle Rental Expenses | $1,300.37 |
| Mailings | $3.74 |
| **Total:** | **$27,509.16** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $1,197.45 |
| Airfare | $1,339.60 |
| Taxi | $177.15 |
| Travel Meal | $265.65 |

RLF1 12427033v.1

| Service Description | Amount |
|---|---:|
| Other Travel Expenses | $187.46 |
| Vehicle Rental Expenses | $157.17 |
| Mailings | $0.45 |
| **Total:** | **$3,324.93** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $4,109.24 |
| Airfare | $4,597.06 |
| Transportation to/from airport | $607.90 |
| Travel Meals | $911.64 |
| Other Travel Expenses | $643.31 |
| Vehicle Rental Expenses | $539.36 |
| Mailings | $1.56 |
| **Total:** | **$11,410.07** |

RLF1 12427033v.1