UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Energy Future Holdings Corporation, *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Andrew E. Weissman, being duly sworn, depose and state:

1. I am an Assistant Director with Garden City Group, LLC,[2] the proposed claims and noticing agent for the Debtor-in-Possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1925, Chicago, Illinois 60603.

2. On July 6, 2015, at the direction of Phillips, Goldman & Spence, P.A., as Delaware Counsel to the Fee Committee, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties):

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

- **Supplemental Declaration of Katherine Stadler Disclosing Relationships of Godfrey & Kahn, S.C., as Counsel to the Fee Committee, with Interested Parties** [Docket No. 4925].



Andrew E. Weissman

Sworn to before me this 7th day of July, 2015

Rachel C. Williams
Notary Public, State of Illinois
No. 706772
Qualified in DuPage County
Commission Expires: January 2, 2018

RACHEL C WILLIAMS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
January 02, 2018

2

# EXHIBIT A

| | |
|---|---|
| ABRAMS & BAYLISS LLP<br>ATTN: JOHN M. SEAMAN<br>20 MONTCHANIN ROAD, SUITE 200<br>WILMINGTON, DE 19807 | ABRAMS & BAYLISS LLP<br>ATTN: KEVIN G. ABRAMS<br>20 MONTCHANIN ROAD, SUITE 200<br>WILMINGTON, DE 19807 |
| AKERMAN LLP<br>ATTN: SUNDEEP S. SIDHU<br>420 S. ORANGE AVENUE, SUITE 1200<br>ORLANDO, FL 32801-4904 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: ABID QURESHI<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: CHRISTOPHER CARTY<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: IRA DIZENGOFF<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: JOANNA NEWDECK<br>ROBERT S. STRAUSS BUILDING<br>1333 NEW HAMPSHIRE AVENUE, NW<br>WASHINGTON, DC 20036-1564 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: LINDSAY ZAHRADKA<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: MEREDITH LAHAIE<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: ROBERT BOLLER<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: SCOTT ALBERINO<br>ROBERT S. STRAUSS BUILDING<br>1333 NEW HAMPSHIRE AVENUE, NW<br>WASHINGTON, DC 20036-1564 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: STEPHEN BALDINI<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 |
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>ATTN: COURTENEY F HARRIS, ESQ<br>14910 ALDINE WESTFIELD RD<br>HOUSTON, TX 77032 | ALVAREZ & MARSAL<br>ATTN: PAUL KINEALY<br>55 WEST MONROE, SUITE 4000<br>CHICAGO, IL 60603 |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC<br>GENERAL COUNSEL<br>6201 15TH AVENUE<br>BROOKLYN, NY 11219 | AMERICAN STOCK TRANSFER & TRUST COMPANY LLC<br>ATTN: PAUL KIM<br>6201 15TH AVENUE<br>BROOKLYN, NY 11219 |
| ANDREWS KURTH LLP<br>ATTN: LINO MENDIOLA<br>111 CONGRESS AVENUE SUITE 1700<br>AUSTIN, TX 78701 | ASHBY & GEDDES, P.A.<br>ATTN: GREGORY TAYLOR ESQ<br>PO BOX 1150<br>WILMINGTON, DE 19899 |
| ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN ESQ<br>PO BOX 1150<br>WILMINGTON, DE 19899 | BAILEY BRAUER PLLC<br>ATTN: BENJAMIN L. STEWART<br>CAMPBELL CENTRE I<br>8350 N. CENTRAL EXPY, SUITE 206<br>DALLAS, TX 75206-1607 |

BAKER BOTTS LLP
ATTN: IAN E. ROBERTS
2001 ROSS AVE.
DALLAS, TX 75201-2980

BAKER BOTTS LLP
ATTN: JAMES PRINCE
2001 ROSS AVE.
DALLAS, TX 75201-2980

BAKER BOTTS LLP
ATTN: OMAR J. ALANIZ
2001 ROSS AVE.
DALLAS, TX 75201-2980

BALLARD SPAHR LLP
ATTN: MATTHEW G SUMMERS ESQ
919 N MARKET ST 11TH FL
WILMINGTON, DE 19801

BAYARD PA
ATTN: NEIL GLASSMAN ESQ
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BINGHAM MCCUTCHEN LLP
ATTN: CHRISTOPHER L. CARTER ESQ
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JULIA FROST-DAVIES ESQ
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BLANK ROME LLP
ATTN: MICHAEL B. SCHAEDLE
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

BLANK ROME LLP
ATTN: MICHAEL DEBAECKE
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN: STANLEY TARR
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLUME  FAULKNER  SKEEN & NORTHAM PLLC
ATTN: BRETTON C. GERARD
111 W. SPRING VALLEY ROAD, SUITE 250
RICHARDSON, TX 75081

BRICKFIELD, BURCHETTE, RITTS & STONE, PC
ATTN: CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, NW
WASHINGTON, DC 20007

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN RUDNICK LLP
ATTN:  ANDREW STREHLE ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
ATTN: EDWARD WEISFELNER ESQ
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM STREET
HARTFORD, CT 06103

BROWN RUDNICK LLP
ATTN: JEFFREY JONAS ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

| | |
|---|---|
| BRYAN CAVE LLP<br>ATTN: ROBERT E. PEDERSEN<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104-3300 | BRYAN CAVE LLP<br>ATTN: STEPHANIE WICKOUSKI<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>ATTN: SHAWN M. CHRISTIANSON<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 | BUCHANAN INGERSOLL & ROONEY PC<br>ATTN: KATHLEEN A. MURPHY<br>919 NORTH MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 |
| CARMODY MACDONALD P.C.<br>ATTN: GREGORY D. WILLARD<br>120 S. CENTRAL AVENUE, SUITE 1800<br>SAINT LOUIS, MO 63105 | CHADBOURNE & PARKE LLP<br>ATTN: CHRISTY RIVERA<br>1301 AVE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 |
| CHADBOURNE & PARKE LLP<br>ATTN: DAVID M. LEMAY<br>1301 AVE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | CHADBOURNE & PARKE LLP<br>ATTN: HOWARD SEIFE<br>1301 AVE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 |
| CIARDI CIARDI & ASTIN<br>ATTN: DANIEL K ASTIN<br>1204 N KING STREET<br>WILMINGTON, DE 19801 | CIARDI CIARDI & ASTIN<br>ATTN: J MCLAUGHLIN JR<br>1204 N KING STREET<br>WILMINGTON, DE 19801 |
| CIARDI CIARDI & ASTIN<br>ATTN: J MCMAHON JR<br>1204 N KING STREET<br>WILMINGTON, DE 19801 | CITIBANK, N.A.<br>ATTN: ANNEMARIE E. PAVCO<br>SECURITIES PROCESSING SENIOR ANALYST<br>GLOBAL LOANS, 1615 BRETT RD., OPS III<br>NEW CASTLE, DE 19720 |
| CITIBANK, N.A.<br>ATTN: ERIC O. LIGAN, VICE PRESIDENT<br>388 GREENWICH ST 32ND FL<br>NEW YORK, NY 10013 | CITIBANK, N.A.<br>ATTN: OWEN COYLE<br>1615 BRETT ROAD, OPS III<br>NEW CASTLE, DE 19720 |
| CITIBANK, N.A.<br>ATTN: RYAN FALCONER<br>388 GREENWICH STREET<br>NEW YORK, NY 10013 | CITIBANK, N.A.<br>BANK LOAN SYNDICATIONS DEPARTMENT<br>1615 BRETT ROAD, BUILDING III<br>NEW CASTLE, DE 19720 |
| CITIBANK, N.A.<br>ZORI MIGLIORINI,STANDBY LETTER<br>OF CREDIT DEPT, AS FRONTING BANK<br>388 GREENWICH ST, 21ST FL<br>NEW YORK, NY 10013 | CITY OF FORT WORTH<br>ATTN: CHRISTOPHER B. MOSLEY<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: HUMAYUN KHALID<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: SEAN O'NEAL<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 |

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: THOMAS MOLONEY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | COHEN & GRIGSBY, P.C.<br>ATTN: THOMAS D. MAXSON<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152 |
| COHEN & GRIGSBY, P.C.<br>ATTN: WILLIAM E. KELLEHER, JR.<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152 | COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX<br>OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: RACHEL OBALDO & JOHN MARK STERN<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 |
| COMPUTERSHARE<br>ATTN: TINA VITALE, BA; LL.B.<br>480 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | COMPUTERSHARE TRUST COMPANY OF CANADA<br>ATTN: ALESSANDRA PANSERA<br>1500 UNIVERSITY ST., SUITE 700<br>MONTREAL QC H3A 3S8 CANADA |
| COWLES & THOMPSON<br>ATTN: STEPHEN C. STAPLETON<br>BANK OF AMERICA PLAZA<br>901 MAIN STREET, SUITE 3900<br>DALLAS, TX 75202 | COZEN O'CONNOR<br>ATTN: MARK E. FELGER<br>1201 NORTH MARKET STREET, SUITE 1001<br>WILMINGTON, DE 19801 |
| CRAVATH SWAIN & MOORE LLP<br>ATTN: RICHARD LEVIN ESQ<br>WORLDWIDE PLAZA<br>825 EIGHTH AVE<br>NEW YORK, NY 10019-7475 | CROSS & SIMON, LLC<br>ATTN: MICHAEL J. JOYCE ESQ<br>1105 N MARKET ST STE 901<br>WILMINGTON, DE 19801 |
| CROWE & DUNLEVY, PC<br>ATTN: JUDY HAMILTON MORSE<br>324 N ROBINSON AVE STE 100<br>OKLAHOMA CITY, OK 73102-6417 | CSC TRUST COMPANY OF DELAWARE<br>ATTN: SANDRA E. HORWITZ<br>MANAGING DIRECTOR<br>2711 CENTERVILLE RD STE 400<br>WILMINGTON, DE 19808 |
| DAVIS POLK & WARDWELL LLP<br>ATTN: BENJAMIN KAMINETZKY<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | DAVIS POLK & WARDWELL LLP<br>ATTN: DAMON MEYER<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| DAVIS POLK & WARDWELL LLP<br>ATTN: ELLIOT MOSKOWITZ<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | DAVIS POLK & WARDWELL LLP<br>ATTN: MARSHALL HUEBNER<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| DEUTSCHE BANK<br>ATTN: MARCUS M. TARKINGTON<br>60 WALL STREET (NYCC60-0266)<br>NEW YORK, NY 10005-2836 | DORSEY & WHITNEY DELAWARE LLP<br>ATTN: ALESSANDRA GLORIOSO<br>300 DELAWARE AVENUE, SUTIE 1010<br>WILMINGTON, DE 19801 |
| DORSEY & WHITNEY DELAWARE LLP<br>ATTN: ERIC LOPEZ SCHNABEL<br>300 DELAWARE AVENUE, SUTIE 1010<br>WILMINGTON, DE 19801 | DORSEY & WHITNEY DELAWARE LLP<br>ATTN: ROBERT W. MALLARD<br>300 DELAWARE AVENUE, SUTIE 1010<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP<br>ATTN: HOWARD A. COHEN<br>222 DELAWARE AVE., STE. 1410<br>WILMINGTON, DE 19801-1621 | DRINKER BIDDLE & REATH LLP<br>ATTN: ROBERT K. MALONE<br>222 DELAWARE AVE., STE. 1410<br>WILMINGTON, DE 19801-1621 |
| DYKEMA GOSSETT PLLC<br>ATTN: JEFFREY R. FINE<br>1717 MAIN ST, SUITE 4230<br>DALLAS, TX 75201-7308 | EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>ATTN: RONALD L ROWLAND, AGENT<br>307 INTERNATIONAL CIRCLE STE 270<br>COCKEYSVILLE, MD 21030 |
| ENERGY FUTURE HOLDINGS CORP ET AL<br>ATTN: ANDREW M WRIGHT<br>1601 BRYAN ST 43RD FL<br>DALLAS, TX 75201 | ENERGY FUTURE HOLDINGS CORP ET AL<br>ATTN: CECILY GOOCH<br>1601 BRYAN STREET, 43RD FLR.<br>DALLAS, TX 75201 |
| EPIQ BANKRUPTY SOLUTIONS, LLC<br>ATTN: JAMES KATCHADURIAN, E.V.P.<br>757 THIRD AVENUE, 3RD FLOOR<br>NEW YORK, NY 10017 | FOLEY & LARDNER LLP<br>ATTN: HAROLD KAPLAN ESQ<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60654-5313 |
| FOLEY & LARDNER LLP<br>ATTN: LARS PETERSON ESQ<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60654-5313 | FOLEY & LARDNER LLP<br>ATTN: MARK HEBBELN ESQ<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60654-5313 |
| FOX ROTHSCHILD LLP<br>ATTN: JEFFREY SCHLERF<br>919 NORTH MARKET STREET, SUITE 300<br>WILMINGTON, DE 19801 | FOX ROTHSCHILD LLP<br>ATTN: JOHN STROCK<br>919 NORTH MARKET STREET, SUITE 300<br>WILMINGTON, DE 19801 |
| FOX ROTHSCHILD LLP<br>ATTN: L. JOHN BIRD<br>919 NORTH MARKET STREET, SUITE 300<br>WILMINGTON, DE 19801 | FRANKGECKER LLP<br>ATTN REED HEILIGMAN ESQ<br>325 N LASALLE ST STE 625<br>CHICAGO, IL 60654 |
| FRANKGECKER LLP<br>ATTN: FRANCES GECKER ESQ<br>325 N LASALLE ST STE 625<br>CHICAGO, IL 60654 | FRANKGECKER LLP<br>ATTN: JOSEPH D FRANK ESQ<br>325 N LASALLE ST STE 625<br>CHICAGO, IL 60654 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>ATTN: BRAD E. SCHELER<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>ATTN: GARY L. KAPLAN<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>ATTN: MATTHEW M. ROOSE<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 | GARDERE WYNNE SEWELL LLP<br>ATTN: JOHN P. MELKO<br>1000 LOUISIANA, STE. 3400<br>HOUSTON, TX 77002 |

| | |
|---|---|
| GARDERE WYNNE SEWELL LLP<br>ATTN: MICHAEL K. RIORDAN<br>1000 LOUISIANA, STE. 3400<br>HOUSTON, TX 77002 | GAY MCCALL ISAACKS GORDON & ROBERTS PC<br>ATTN: DUSTIN L BANKS ESQ<br>1919 S SHILOH RD STE 310 LB 40<br>GARLAND, TX 75042 |
| GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C.<br>ATTN: DAVID MCCALL<br>777 E. 15TH ST.<br>PLANO, TX 75074 | GELLERT SCALI BUSENKELL & BROWN, LLC<br>ATTN: MICHAEL G. BUSENKELL<br>913 N. MARKET STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 |
| GIBBONS PC<br>ATTN: DALE E BARNEY ESQ<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310 | GIBBONS PC<br>ATTN: NATASHA M SONGONUGA ESQ<br>1000 N WEST ST STE 1200<br>WILMINGTON, DE 19801-1058 |
| GODFREY & KAHN, S.C.<br>ATTN: KATHERIN STADLER<br>ONE EAST MAIN STREET<br>MADISON, WI 53703 | GOODWIN PROCTER LLP<br>ATTN: KIZZY L. JARASHOW<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 |
| GOODWIN PROCTER LLP<br>ATTN: WILLIAM P. WEINTRAUB<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 | HAYNES AND BOONE LLP<br>ATTN: JONATHAN HOOK<br>30 ROCKEFELLER CENTER, 26TH FLOOR<br>NEW YORK, NY 10112 |
| HAYNES AND BOONE LLP<br>ATTN: PATRICK L. HUGHES<br>1221 MCKINNEY ST STE 2100<br>HOUSTON, TX 77010 | HAYNES AND BOONE, LLP<br>ATTN: IAN T. PECK<br>301 COMMERCE ST STE 2600<br>FORT WORTH, TX 76102-4160 |
| HINCKLEY ALLEN<br>ATTN: JENNIFER V. DORAN<br>28 STATE STREET<br>BOSTON, MA 02109 | HOLLAND & KNIGHT LLP<br>ATTN: CHRISTINE C RYAN ESQ<br>800 17TH ST NW STE 1100<br>WASHINGTON, DC 20006 |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>OGDEN, UT 84201 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JACKSON WALKER, LLP<br>ATTN: J. SCOTT ROSE<br>WESTON CENTRE<br>112 E. PECAN STREET, SUITE 2400<br>SAN ANTONIO, TX 78205 | JACKSON WALKER, LLP<br>ATTN: MONICA S. BLACKER<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 |
| JONES DAY<br>ATTN: MICHAEL L. DAVITT<br>2727 NORTH HARWOOD STREET<br>DALLAS, TX 75201 | JONES DAY<br>ATTN: PATRICIA VILLAREAL<br>2727 NORTH HARWOOD STREET<br>DALLAS, TX 75201 |

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN: ANDREW GLENN
1633 BROADWAY
NEW YORK, NY 10019

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN: DANIEL FLIMAN
1633 BROADWAY
NEW YORK, NY 10019

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN: DAVID ROSNER
1633 BROADWAY
NEW YORK, NY 10019

KELLEY DRYE & WARREN LLP
ATTN: GILBERT R. SAYDAH
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: GILBERT R. SAYDAH
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR
101 PARK AVENUE
NEW YORK, NY 10178

KELLY HART & HALLMAN LLP
ATTN: CLAY TAYLOR ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KELLY HART & HALLMAN LLP
ATTN: KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KELLY HART & HALLMAN LLP
ATTN: MICHAEL MCCONNELL ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KIRKLAND & ELLIS LLP
ATTN: BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: CHAD HUSNICK ESQ
300 N LASALLE
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN: EDWARD SASSOWER PC
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN, P.C.
300 N LASALLE
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN: RICHARD CIERI ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: STEPHEN HESSLER ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN: RAYMOND H. LEMISCH
919 MARKET STREET, SUITE 1000
WILMINGTON, DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: GREGORY HOROWITZ
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: JOSHUA BRODY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: THOMAS MOERS MAYER<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | LACKEY HERSHMAN, LLP<br>ATTN: JAMIE R WELTON ESQ<br>3102 OAK LAWN AVE STE 777<br>DALLAS, TX 75219 |
| LANDIS RATH & COBB LLP<br>ATTN: ADAM G. LANDIS<br>919 MARKET ST STE 1800<br>WILMINGTON, DE 19801 | LANDIS RATH & COBB LLP<br>ATTN: MATTHEW B. MCGUIRE<br>919 MARKET ST STE 1800<br>WILMINGTON, DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>ATTN: FRANK GODINO, VP<br>400 MADISON AVE STE 4D<br>NEW YORK, NY 10017 | LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>ATTN: PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE COURT<br>NAVASOTA, TX 77868 |
| LAW OFFICES OF ROBERT E LUNA PC<br>ATTN: DANIEL K BEARDEN ESQ<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: ELIZABETH WELLER ESQ<br>2777 N STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: DIANE WADE SANDERS<br>P.O. BOX 17428<br>AUSTIN, TX 78760 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: JOHN P DILLMAN ESQ<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC<br>ATTN: GEOFFREY GAY ESQ<br>816 CONGRESS AVE STE 1900<br>AUSTIN, TX 78701 | LOCKE LORD LLP<br>ATTN: C. DAVIN BOLDISSAR ESQ<br>601 POYDRAS ST STE 2660<br>NEW ORLEANS, LA 70130-6036 |
| LOCKE LORD LLP<br>ATTN: PHILIP EISENBERG ESQ<br>2800 JPMORGAN CHASE TOWER<br>600 TRAVIS<br>HOUSTON, TX 77002 | LOWER COLORADO RIVER AUTHORITY<br>ATTN: PHIL WILSON<br>TRANSMISSION SERVICES CORP<br>3700 LAKE AUSTIN BLVD.<br>AUSTIN, TX 78703 |
| LOWER COLORADO RIVER AUTHORITY<br>LOWER COLORADO RIVER AUTHORITY TRANSMISSION<br>SERVICES CORPORATION (LCRA TSC)<br>LEGAL SERVICES, ATTN: WILLIAM T. MEDAILLE<br>PO BOX 220<br>AUSTIN, TX 78767 | MANION GAYNOR & MANNING LLP<br>ATTN: MARC PHILLIPS ESQ<br>THE NEMOURS BUILDING<br>1007 N ORANGE ST 10TH FL<br>WILMINGTON, DE 19801 |
| MARGOLIS EDELSTEIN<br>ATTN: AMY D. BROWN<br>300 DELAWARE AVENUE, SUITE 800<br>WILMINGTON, DE 19801 | MARGOLIS EDELSTEIN<br>ATTN: JAMES E. HUGGETT<br>300 DELAWARE AVENUE, SUITE 800<br>WILMINGTON, DE 19801 |
| MASLON EDELMAN BORMAN & BRAND, LLP<br>ATTN: ANA CHILINGARISHVILI<br>90 SOUTH SEVENTH STREET, SUITE 3300<br>MINNEAPOLIS, MN 55402 | MASLON EDELMAN BORMAN & BRAND, LLP<br>ATTN: CLARK T. WHITMORE<br>90 SOUTH SEVENTH STREET, SUITE 3300<br>MINNEAPOLIS, MN 55402 |

| | |
|---|---|
| MASLON EDELMAN BORMAN & BRAND, LLP<br>ATTN: KOREY G. KALLSTROM<br>90 SOUTH SEVENTH STREET, SUITE 3300<br>MINNEAPOLIS, MN 55402 | MCCATHERN, PLLC<br>ATTN: JONATHAN L. HOWELL<br>REGENCY PLAZA<br>3710 RAWLINS, SUITE 1600<br>DALLAS, TX 75219 |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>ATTN: LEE GORDON<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | MCKOOL SMITH<br>ATTN: MICHAEL R. CARNEY<br>ONE BRYANT PARK, 47TH FLOOR<br>NEW YORK, NY 10036 |
| MCKOOL SMITH<br>ATTN: PAUL D. MOAK, ESQ.<br>600 TRAVIS STREET, SUITE 7000<br>HOUSTON, TX 77002 | MCKOOL SMITH<br>ATTN: PETER S. GOODMAN<br>ONE BRYANT PARK, 47TH FLOOR<br>NEW YORK, NY 10036 |
| MICHAEL G. SMITH<br>111 NORTH 6TH STREET<br>PO BOX 846<br>CLINTON, OK 73601 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN: DENNIS F. DUNNE<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN: EVAN R. FLECK<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN: JONATHAN BROWN<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN: KAREN GARTENBERG<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN: MATTHEW BROD<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |
| MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>ATTN: DAVIS LEE WRIGHT ESQ<br>1105 N MARKET ST STE 1500<br>WILMINGTON, DE 19801 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>ATTN: NATALIE D RAMSEY ESQ<br>1105 N MARKET ST STE 1500<br>WILMINGTON, DE 19801 | MORGAN LEWIS BOCKIUS LLP<br>ATTN  JULIA FROST-DAVIES<br>ONE FEDERAL ST<br>BOSTON, MA 02119 |
| MORGAN LEWIS BOCKIUS LLP<br>ATTN CHRISTOPHER L CARTER<br>ONE FEDERAL ST<br>BOSTON, MA 02119 | MORGAN LEWIS BOCKIUS LLP<br>ATTN PATRICK STRAWBRIDGE<br>ONE FEDERAL ST<br>BOSTON, MA 02119 |
| MORRIS JAMES LLP<br>ATTN: STEPHEN M. MILLER<br>PO BOX 2306<br>WILMINGTON, DE 19899-2306 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ATTN: ANDREW REMMING<br>1201 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ATTN: DERK ABBOTT<br>1201 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ATTN: ERIN FAY<br>1201 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 |
| MORRISON & FOERSTER LLP<br>ATTN: BRETT H MILLER ESQ<br>250 W 55TH ST<br>NEW YORK, NY 10019 | MORRISON & FOERSTER LLP<br>ATTN: JAMES PECK ESQ<br>250 W 55TH ST<br>NEW YORK, NY 10019 |
| MORRISON & FOERSTER LLP<br>ATTN: JENNIFER MARINES<br>250 W. 55TH STREET<br>NEW YORK, NY 10019 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI ESQ<br>250 W 55TH ST<br>NEW YORK, NY 10019 |
| MUNSCH HARDT KOPF & HARR PC<br>ATTN: KEVIN M LIPPMAN ESQ<br>500 N AKARD ST STE 3800<br>DALLAS, TX 75201-6659 | MUNSCH HARDT KOPF & HARR PC<br>ATTN: RUSSELL L MUNSCH ESQ<br>3050 FROST BANK TOWER<br>401 CONGRESS AVE<br>AUSTIN, TX 78701-4071 |
| MYERS HILL<br>ATTN: ROBERT J. MYERS<br>2525 RIDGMAR BLVD., STE. 150<br>FORT WORTH, TX 76116 | NAMAN HOWELL SMITH & LEE PLLC<br>ATTN: KERRY L HALIBURTON ESQ<br>PO BOX 1470<br>WACO, TX 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP<br>ATTN: GEORGE B. CAUTHEN<br>1320 MAIN STREET, 17TH FLOOR<br>PO BOX 11070 (29211)<br>COLUMBIA, SC 29201 | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>ATTN: JODY A. BEDENBAUGH<br>1320 MAIN STREET, 17TH FLOOR<br>PO BOX 11070 (29211)<br>COLUMBIA, SC 29201 |
| NIXON PEABODY<br>ATTN: AMANDA D. DARWIN<br>100 SUMMER STREET<br>BOSTON, MA 02110 | NIXON PEABODY<br>ATTN: RICHARD C. PEDONE<br>100 SUMMER STREET<br>BOSTON, MA 02110 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL<br>ATTN: ASHLEY BARTRAM ESQ<br>BANKRUPTCY REGULATORY SECTION<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | OFFICE OF THE TEXAS ATTORNEY GENERAL<br>ATTN: HAL F. MORRIS ESQ<br>BANKRUPTCY REGULATORY SECTION<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY<br>ATTN: ELLEN SLIGHTS, ESQ.<br>PO BOX 2046<br>WILMINGTON, DE 19899-2046 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD L. SCHEPACARTER<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207 - LOCKBOX #35<br>WILMINGTON, DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>ATTN: ANDREA SCHWARTZ<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY 10014 | O'KELLY ERNST & BIELLI LLC<br>ATTN SHANNON DOUGHERTY<br>901 N MARKET ST STE 100<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| O'KELLY ERNST & BIELLI LLC<br>ATTN: DAVID M KLAUDER<br>901 N MARKET ST STE 100<br>WILMINGTON, DE 19801 | O'MELVENY & MYERS LLP<br>ATTN: GEORGE A. DAVIS<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES<br>PO BOX 8705<br>WILMINGTON, DE 19899 | PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: ROBERT FEINSTEIN<br>PO BOX 8705<br>WILMINGTON, DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: CRAIG W. DENT<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 | PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: DANIEL A. LOWENTHAL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: ALAN KORNBERG<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: BRIAN HERMANN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: JACOB ADLERSTEIN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: KELLEY CORNISH<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC)<br>ATTN: CRAIG YAMAOKA, SENIOR FINANCIAL ANALYST<br>1200 K STREET, NW<br>WASHINGTON, DC 20005 | PENSION BENEFIT GUARANTY CORPORATION (PBGC)<br>ATTN: JON CHATALIAN<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC)<br>OFFICE OF THE CHIEF COUNSEL<br>ATTN: DESIREE M. AMADOR, ATTY<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026 | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: ELIZABETH BANDA CALVO ESQ<br>500 E BORDER ST STE 640<br>ARLINGTON, TX 76010-7457 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: JOHN T BANKS ESQ<br>3301 NORTHLAND DR STE 505<br>AUSTIN, TX 78731 | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: OWEN M SONIK ESQ<br>1235 N LOOP WEST STE 600<br>HOUSTON, TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LP<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | PERKINS COIE LLP<br>ATTN: TINA N MOSS<br>30 ROCKEFELLER PLAZA 22ND FL<br>NEW YORK, NY 10112-0015 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC<br>ATTN: GREGORY T. DONILON, ESQ.<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801 | PINCKNEY, WEIDINGER, URBAN & JOYCE LLC<br>ATTN: KEVIN M. CAPUZZI<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| POLSINELLI PC<br>ATTN: CHRISTOPHER WARD ESQ<br>222 DELAWARE AVE STE 1101<br>WILMINGTON, DE 19801 | POLSINELLI PC<br>ATTN: EDWARD FOX ESQ<br>900 THIRD AVE 21ST FL<br>NEW YORK, NY 10022 |
| POLSINELLI PC<br>ATTN: JUSTIN EDELSON ESQ<br>222 DELAWARE AVE STE 1101<br>WILMINGTON, DE 19801 | POLSINELLI PC<br>ATTN: SHANTI KATONA ESQ<br>222 DELAWARE AVE STE 1101<br>WILMINGTON, DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP<br>ATTN: MATTHEW T. TAPLETT<br>500 WEST 7TH STREET, SUITE 600<br>FORT WORTH, TX 76102 | POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP<br>ATTN: MICHAEL L. ATCHLEY<br>500 WEST 7TH STREET, SUITE 600<br>FORT WORTH, TX 76102 |
| POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN ESQ<br>PO BOX 951<br>WILMINGTON, DE 19801 | POTTER ANDERSON & CORROON LLP<br>ATTN: LAURIE SILVERSTEIN ESQ<br>PO BOX 951<br>WILMINGTON, DE 19801 |
| PROSKAUER ROSE LLP<br>ATTN MARK K THOMAS<br>THREE FIRST NATIONAL PLAZA<br>70 W MADISON ST STE 3800<br>CHICAGO, IL 60602 | PROSKAUER ROSE LLP<br>ATTN PETER J YOUNG<br>THREE FIRST NATIONAL PLAZA<br>70 W MADISON ST STE 3800<br>CHICAGO, IL 60602 |
| PROSKAUER ROSE LLP<br>ATTN: JEFF J MARWIL<br>THREE FIRST NATIONAL PLAZA<br>70 W MADISON ST STE 3800<br>CHICAGO, IL 60602 | PURDUE AWSUMB & BAUDLER PA<br>ATTN: AMY R BAUDLER<br>4700 W 77TH ST STE 240<br>MINNEAPOLIS, MN 55435 |
| QUARLES & BRADY LLP<br>ATTN: JASON D. CURRY<br>RENAISSANCE ONE<br>TWO NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-2391 | QUARLES & BRADY LLP<br>ATTN: JOHN A. HARRIS<br>RENAISSANCE ONE<br>TWO NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-2391 |
| REED SMITH LLP<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | REED SMITH LLP<br>ATTN: AMY M. TONTI, ESQ.<br>REED SMITH CENTRE<br>225 FIFTH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15222 |
| REED SMITH LLP<br>ATTN: KIMBERLY E.C. LAWSON<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | REED SMITH LLP<br>ATTN: KURT F. GWYNE<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 |
| REED SMITH LLP<br>ATTN: RICHARD A. ROBINSON<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | RICHARDS LAYTON & FINGER<br>ATTN: DANIEL J DEFRANCESCHI ESQ<br>920 N KING ST<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| RICHARDS LAYTON & FINGER<br>ATTN: JASON M MADRON ESQ<br>920 N KING ST<br>WILMINGTON, DE 19801 | RICHARDS LAYTON & FINGER<br>ATTN: MARK D COLLINS ESQ<br>920 N KING ST<br>WILMINGTON, DE 19801 |
| RIDDELL WILLIAMS P.S.<br>ATTN: HILARY B. MOHR<br>1001 - 4TH AVENUE, SUITE 45OO<br>SEATTLE, WA 98154 | RIDDELL WILLIAMS P.S.<br>ATTN: JOSEPH E. SHICKICH, JR.<br>1001 - 4TH AVENUE, SUITE 45OO<br>SEATTLE, WA 98154 |
| ROPES & GRAY LLP<br>ATTN: MARK R. SOMERSTEIN<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN PAMELA A BOSSWICK<br>230 PARK AVE<br>NEW YORK, NY 10169 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER R BELMONTE<br>230 PARK AVE<br>NEW YORK, NY 10169 | SAUL EWING LLP<br>ATTN: MARK MINUTI ESQ<br>PO BOX 1266<br>WILMINGTON, DE 19899 |
| SEARCY & SEARCY, P.C.<br>ATTN: CALLAN CLARK SEARCY<br>PO BOX 3929<br>LONGVIEW, TX 75606 | SEARCY & SEARCY, P.C.<br>ATTN: JASON R. SEARCY<br>PO BOX 3929<br>LONGVIEW, TX 75606 |
| SEARCY & SEARCY, P.C.<br>ATTN: JOSHUA P. SEARCY<br>PO BOX 3929<br>LONGVIEW, TX 75606 | SECURITIES AND EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SEWARD & KISSEL LLP<br>ATTN: ARLENE ALVES<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10014 | SEWARD & KISSEL LLP<br>ATTN: JOHN ASHMEAD<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10014 |
| SEWARD & KISSEL LLP<br>ATTN: KALYAN DAS<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10014 | SHEARMAN & STERLING LLP<br>ATTN: FREDERIC SOSNICK ESQ<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 |
| SHEARMAN & STERLING LLP<br>ATTN: NED SCHODEK ESQ<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | SHEEHY, LOVELACE & MAYFIELD, PC<br>ATTN: STEVEN M. BURTON<br>510 N. VALLEY MILLS DR., SUITE 500<br>WACO, TX 76710 |
| SILLS CUMMIS & GROSS P.C.<br>ATTN: VALERIE A. HAMILTON, ESQ.<br>600 COLLEGE ROAD EAST<br>PRINCETON, NJ 08540 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: CARL T. TULLSON<br>155 NORTH WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606-1720 |

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: GEORGE N. PANAGAKIS<br>155 NORTH WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: JAY M. GOFFMAN<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: KRISTHY M. PEGUERO<br>PO BOX 636<br>WILMINGTON, DE 19899-0636 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: MARK S. CHEHI<br>PO BOX 636<br>WILMINGTON, DE 19899-0636 |
| SMITH, KATZENSTEIN & JENKINS LLP<br>ATTN: KATHLEEN M. MILLER<br>PO BOX 410<br>WILMINGTON, DE 19899 | SNELL & WILMER LLP<br>ATTN: DAVID E. LETA<br>15 WEST SOUTH TEMPLE, SUITE 1200<br>SALT LAKE CITY, UT 84101 |
| SQUIRE SANDERS (US) LLP<br>ATTN: ANDREW M. SIMON<br>221 E. FOURTH ST., SUITE 2900<br>CINCINNATI, OH 45202 | SQUIRE SANDERS (US) LLP<br>ATTN: STEPHEN D. LERNER<br>221 E. FOURTH ST., SUITE 2900<br>CINCINNATI, OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC<br>ATTN: NOEL STEFFES MELANCON<br>13702 COURSEY BLVD BLDG 3<br>BATON ROUGE, LA 70817 | STEVENS & LEE PC<br>ATTN: JOSEPH H HUSTON JR<br>1105 N MARKET ST STE 700<br>WILMINGTON, DE 19801 |
| STREUSAND, LANDON & OZBURN, LLP<br>ATTN: SABRINA L. STREUSAND<br>811 BARTON SPRINGS RD, STE. 811<br>AUSTIN, TX 78704 | SULLIVAN & CROMWELL LLP<br>ATTN BRIAN D GLUECKSTEIN<br>125 BROAD ST<br>NEW YORK, NY 10004 |
| SULLIVAN & CROMWELL LLP<br>ATTN MICHAEL H TORKIN<br>125 BROAD ST<br>NEW YORK, NY 10004 | SULLIVAN & CROMWELL LLP<br>ATTN: ANDREW G DIETDERICH<br>125 BROAD ST<br>NEW YORK, NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC<br>ATTN: ELIHU E. ALLINSON, III<br>901 N. MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801 | TAYLOR ENGLISH DUMA LLP<br>ATTN: STEPHEN C. GREENBERG<br>1600 PARKWOOD CIRCLE, SUITE 400<br>ATLANTA, GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: JASON A STARKS, ASST ATTORNEY GENERAL<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | THE BANK OF NEW YORK MELLON<br>TRUST COMPANY<br>ATTN: DENNIS ROEMLEIN<br>601 TRAVIS ST, 16TH FLOOR<br>HOUSTON, TX 77002 |
| THE BANK OF NEW YORK MELLON<br>TRUST COMPANY<br>ATTN: RAFAEL MARTINEZ,VP - CSM<br>601 TRAVIS STREET, 16TH FL<br>HOUSTON, TX 77002 | THE BANK OF NEW YORK MELLON<br>TRUST COMPANY<br>ATTN: THOMAS VLAHAKIS,VP<br>385 RIFLE CAMP RD, 3RD FL<br>WOODLAND PARK, NJ 07424 |

| | |
|---|---|
| THE HOGAN FIRM<br>ATTN: DANIEL K HOGAN ESQ<br>1311 DELAWARE AVENUE<br>WILMINGTON, DE 19806 | THE HOGAN FIRM<br>ATTN: GARVAN F MCDANIEL ESQ<br>1311 DELAWARE AVE<br>WILMINGTON, DE 19806 |
| THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS<br>ATTN: ANDREW S CONWAY ESQ<br>200 EAST LONG LAKE RD STE 300<br>BLOOMFIELD HILLS, MI 48304 | THE UNIVERSITY OF TEXAS SYSTEM<br>OFFICE OF GENERAL COUNSEL<br>ATTN: TRACI L COTTON<br>201 W SEVENTH ST<br>AUSTIN, TX 78701 |
| THOMPSON COBURN LLP<br>ATTN: DAVID D. FARRELL<br>ONE US BANK PLAZA, SUITE 3200<br>SAINT LOUIS, MO 63101 | TRAVIS COUNTY<br>ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY<br>PO BOX 1748<br>AUSTIN, TX 78767 |
| TROUTMAN SANDERS LLP<br>ATTN: BRETT GOODMAN ESQ<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVE<br>NEW YORK, NY 10174 | TROUTMAN SANDERS LLP<br>ATTN: HUGH MCDONALD ESQ<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVE<br>NEW YORK, NY 10174 |
| TROUTMAN SANDERS LLP<br>ATTN: LOUIS CURCIO ESQ<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVE<br>NEW YORK, NY 10174 | TUCKER ARENSBERG, P.C.<br>ATTN: JORDAN S. BLASK<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA 15222 |
| TUCKER ARENSBERG, P.C.<br>ATTN: LARA E. SHIPKOVITZ<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA 15222 | TW TELECOM INC<br>ATTN: LINDA BOYLE<br>10475 PARK MEADOWS DR #400<br>LITTLETON, CO 80124 |
| UMB BANK, N.A.<br>ATTN: LAURA ROBERSON<br>VICE PRESIDENT<br>2 SOUTH BROADWAY, SUITE 600<br>ST. LOUIS, MO 63102 | UNION PACIFIC RAILROAD COMPANY<br>ATTN: JENNIE L. ANDERSON<br>1400 DOUGLAS STREET, STOP 1580<br>OMAHA, NE 68179 |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN: MARY ANN KILGORE<br>1400 DOUGLAS STREET, STOP 1580<br>OMAHA, NE 68179 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: MATTHEW J TROY<br>CIVIL DIVISION<br>PO BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: MATTHEW J TROY, CIVIL DIVISION<br>CIVIL DIVISION<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | US DEPARTMENT OF JUSTICE<br>ATTN: ARI D KUNOFSKY ESQ<br>PO BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 |
| US DEPARTMENT OF JUSTICE<br>ATTN: W BRADLEY RUSSELL ESQ<br>PO BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 | VARNUM LLP<br>ATTN: MARY KAY SHAVER ESQ<br>BRIDGEWATER PLACE<br>PO BOX 352<br>GRAND RAPIDS, MI 49501-0352 |

VEDDER PRICE PC
ATTN: MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

VENABLE LLP
ATTN: JEFFREY S. SABIN
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AUSTIN WITT
51 WEST 52ND STREET
NEW YORK, NY 10019

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: EMIL KLEINHAUS
51 WEST 52ND STREET
NEW YORK, NY 10019

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: RICHARD MASON
51 WEST 52ND STREET
NEW YORK, NY 10019

WEINSTEIN RADCLIFF LLP
ATTN: GREGORY M. WEINSTEIN
6688 N. CENTRAL EXPRESSWAY, SUITE 675
DALLAS, TX 75206

WEIR & PARTNERS LLP
ATTN: JEFFREY S CIANCIULLI ESQ
824 N MARKET ST STE 800
WILMINGTON, DE 19801

WHITE & CASE LLP
ATTN: GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: MATTHEW BROWN
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI, FL 33131

WHITE & CASE LLP
ATTN: THOMAS LAURIA
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI, FL 33131

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON, MA 02109

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: PHILIP ANKER ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: CHARLES C. PLATT
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: DENNIS L. JENKINS
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: GEORGE W. SHUSTER, JR.
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: PHILIP D. ANKER
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007

WILMINGTON SAVINGS FUND SOCIETY
ATTN: PATRICK J. HEALY
500 DELAWARE AVENUE
WILMINGTON, DE 19801

WILMINGTON TRUST FSB
ATTN: JEFFREY T. ROSE
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

| | |
|---|---|
| WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | WOMAC LAW<br>ATTN: STACEY L KREMLING<br>8301 KATY FREEWAY<br>HOUSTON, TX 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>ATTN: MARK L. DESGROSSEILLIERS ESQ<br>222 DELAWARE AVE STE 1501<br>WILMINGTON, DE 19801 | WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>ATTN: STEVEN K. KORTANEK<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: ANDREW MAGAZINER<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: JOEL WAITE<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: PAULINE MORGAN<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: RYAN BARTLEY<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 |