# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## MAY 1, 2015 THROUGH MAY 31, 2015

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 34.6 | $14,630.00 |
| 46 | Budget-Related Work | 0.7 | $437.50 |
| Total for All-Debtor Matters | | 35.3 | $15,067.50 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 28.4 | $16,240.50 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 2.5 | $1,965.50 |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 62.7 | $45,041.50 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | 8.0 | $7,080.00 |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | | |
| 43 | Corporate Matters | 48.1 | $30,014.00 |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 149.7 | $100,341.50 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 98.8% of the fees ($14,893.98) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 1.2% of the fees ($173.52) shall be allocated to the EFH estate.

RLF1 12437284v.1

| 34 | SEC Matters | N/A | N/A |
|---|---|---|---|
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 1.4 | $1,169.00 |
| 32 | Corporate Matters | N/A | N/A |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 1.4 | $1,169.00 |
| **Total** | | **186.4** | **$116,578.00** |

## EXPENSE SUMMARY
## MAY 1, 2015 THROUGH MAY 31, 2015

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $21.40 |
| Travel – Air & Rail | $774.00 |
| Travel – Parking | $22.00 |
| **Total:** | **$817.40** |

RLF1 12437284v.1