# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**MAY 1, 2015 THROUGH MAY 31, 2015**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $21.40 |
| Travel – Air & Rail | $774.00 |
| Travel – Parking | $22.00 |
| **Total:** | **$817.40** |

**TOTAL EXPENSES:**                                                                 **$817.40**

RLF1 12437284v.1