# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2015061456 | TCEH | 2015420 | Russell H. Falconer | Travel – Air & Rail | | | $774.00 | Travel-Air DAL/MDW/HOU/DAL |
| 2015061456 | TCEH | 2015513 | Michael L. Raiff | Parking | | | $12.00 | Parking/Dallas, TX/Attend Meetings at EFH |
| 2015061456 | TCEH | 2015526 | Michael L. Raiff | Parking | | | $10.00 | Parking/Dallas, TX/Attend Meetings at EFH |
| 2015061456 | TCEH | 2015513 | Diana P. Thorn | In House Duplication | $0.10 | 16 | $1.60 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |

| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015527 | Duke K. Amponsah | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015513 | Diana P. Thorn | In House Duplication | $0.20 | 13 | $2.60 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015515 | Russell H. Falconer | In House Duplication | $0.20 | 37 | $7.40 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015519 | Diana P. Thorn | In House Duplication | $0.20 | 19 | $3.80 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015519 | Diana P. Thorn | In House Duplication | $0.20 | 17 | $3.40 | In House Duplication Charge via Equitrac |
| 2015061456 | TCEH | 2015513 | Diana P. Thorn | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |

RLF1 12437284v.1