# Exhibit 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

**ORDER SUSTAINING EFIH DEBTORS' PARTIAL
OBJECTION TO PROOF OF CLAIM NO. 6347 FILED BY THE
INDENTURE TRUSTEE FOR THE EFIH UNSECURED NOTES**

Upon the *EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed By the Indenture Trustee for the EFIH Unsecured Notes*, dated July 9, 2015 (the "Objection"[2]), seeking entry of an order denying in part the PIK Claim for an Applicable Premium, an Optional Redemption Price, or postpetition interest at the rate specified in the PIK Indenture; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Objection.

Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY

ORDERED that the Objection is SUSTAINED, as may be modified herein; and it is further

ORDERED that the PIK Claim is hereby DENIED to the extent of an Applicable Premium, an Optional Redemption Price, or postpetition interest at the rate specified in the PIK Indenture; and it is further

ORDERED that the Debtors' right to (i) file subsequent objections to the Remaining Claim on any ground, including the aggregate amount of the Remaining Claim, or to any other claims asserted by the PIK Trustee; (ii) amend, modify, or supplement the Objection, including, without limitation, the filing of objections to further amended or newly filed claims; (iii) seek expungement or reduction of the Remaining Claim to the extent all or a portion of the Remaining Claim has been paid; and (iv) settle the Remaining Claim for less than the asserted amount are preserved.  Additionally, should one or more grounds of objection stated in the Objection be denied, the Debtors' rights to object on any other grounds are hereby preserved; and it is further

ORDERED that this Court shall retain jurisdiction over the Debtors and the PIK Trustee with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: _____, 2015
           Wilmington, Delaware

                                        _____
                                        THE HONORABLE CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE