# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## MOTION NOT TO REINSTATE APPEAL

Chapter 11

Case No. 14-10979 (CSS)

---

TO THE HONORABLE JUDGE SONTCHI:

Creditor's: Billie Murphy Tremble, Sharon Tremble Donaldson, Selia Tremble Shawkey, Wilmer Forrest Tremble, Jr. "The Tremble Family" aka "The Estate of Wilmer Forrest Tremble, Sr." files this disclosure statement in disagreement with Debtor, Energy Future Holdings Corp., Luminant Mining Company LLC and Subsidiaries.

---

06-15-00004-CV; 06-15-00005-CV; 06-15-00006-CV

This is in response to the June 20, 2015, MOTION TO REINSTATE APPEAL AND TO LIFT THE STAY ON THE BANKRUPTCY by Luminant Mining Company, LLC.

We the Tremble Family throw ourselves on the mercy of the Court of Appeals, Sixth Appellate District of Texas. We ask that the original decision the Stay be upheld by the Court of Appeals.