

EXHIBIT E