# EXHIBIT G

**Manfred Sternberg Jr. <manfred@zebec.net>** 8/22/13

to me

Hi Sharon, traveling today can talk on friday if you want

Sent from my iPhone

Begin forwarded message:

From: "Davis, Russell" <Russell.Davis2@luminant.com<mailto:Russell.Davis2@luminant.com>>
To: "Manfred Sternberg Jr." <manfred@zebec.net<mailto:manfred@zebec.net>>
Subject: RE:

The terms of our contracts are confidential from both sides.

I have attached the appraisal sheets for all three tracts.

Thanks,

Russell Davis, Contract Landman
Luminant Mining Company, LLC
Martin Lake Real Estate Office
P.O. Box 966
Henderson, Texas 75653-0966
T 903-836-7098
C 903-235-1134
F 903-836-7102

---

From: Manfred Sternberg Jr. [manfred@zebec.net<mailto:manfred@zebec.net>]
Sent: Thursday, August 22, 2013 3:27 PM
To: Davis, Russell
Subject: Re:

How much have you paid the other owners and what is the appraised value of the land?
Thanks

Sent from my iPhone

On Aug 22, 2013, at 11:50 AM, "Davis, Russell" <Russell.Davis2@luminant.com<mailto:Russell.Davis2@luminant.com><mailto:Russell.Davis2@luminant.com>> wrote:

Mr. Sternberg,

Thank you for the call yesterday in regards to the Trimble family. Please find a copy of the affidavit of heirship for the family attached hereto. This affidavit covers the original owners of the property, Emma and W.M. Pollard.

Each of the Trimble siblings own an undivided 1/18th interest in 102.667 gross acres. They also own an undivided 1/144th interest in 26 gross acres. On June 13, 2013 I offered each of them $30,000 to sell their interest. That offer includes all of their undivided interest in both of tracts of land.

Thank you,

Russell Davis, Contract Landman
Luminant Mining Company, LLC
Martin Lake Real Estate Office
P.O. Box 966
Henderson, Texas 75653-0966
T 903-836-7098
C 903-235-1134
F 903-836-7102


Confidentiality Notice: This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply message and delete this email message and any attachments from your system.
< Affd of Heir-Emma and W.M. Pollard.pdf>

Confidentiality Notice: This email message, including any attachments,
contains or may contain confidential information intended only for the
addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply message and delete this email message and any attachments from your system.