00047051 VOL: 2740 PG: 73

# AFFIDAVIT OF HEIRSHIP

**EXHIBIT A**

STATE OF TEXAS §

COUNTY OF RUSK §

Before me, the undersigned authority, on this day personally appeared Bloys Donaldson, whose address is 2010 Wineberry Drive, Katie, Texas 77450, known to me to be a credible person above the age of 21 years, who by me, duly being sworn, deposes and says to wit:

That his name is Bloys Donaldson, that he is presently above the age of 21 years old and that he is thoroughly familiar with the marital history and heirship of W. M. Pollard and that he makes the following statements from his own personal knowledge:

W. M. Pollard was married one time only and then to Emma Pollard. W. M. Pollard died intestate on October 23, 1967 in Rusk County, Texas. Emma Pollard died intestate on December 17, 1975 in Rusk County, Texas. To their union of marriage, the following children were born:

1. Lora Pollard, a daughter, who died intestate in March 2007. Lora Pollard was never married and had no children.

2. Lee Pollard, a son, who died intestate on April 2, 1998. Lee Pollard was never married and had no children.

3. I. V. Pollard, a daughter, who died intestate on July 18, 1997. I. V. Pollard was never married and had no children.

4. Rogers Pollard, a son, who died intestate on November 10, 2003. Rogers Pollard was never married and had no children.

5. Audrey Pollard, a daughter, died intestate in August 1962. Audrey Pollard never married and had no children.

6. Robert Pollard, a son, who died intestate in September 1960. Robert Pollard never married and had no children.

7. Selia Bell Pollard Trimble, a daughter, who died intestate in 1999. Selia Bell Pollard Trimble, aka as Selia Bell Pollard Tremble was married one time only and then to Young Trimble, aka as Young Tremble. Young Trimble died intestate in 1972. To their union of marriage, the following children were born:

    a. Wilmer Forrest Trimble, aka Wilmer Forrest Tremble, Sr., a son, who died intestate in 1978. He was married one time only and then to Billie Murphy Trimble, who is currently living. To their union of marriage, the following children were born:

        1. Wilmer Forrest Trimble, Jr., aka Wilmer Forrest Tremble, Jr., a son,

  who is currently living.

 2. Sharon Trimble Donaldson, aka Sharon Tremble Donaldson, a daughter, who is currently living.

 3. Selia Trimble Shawkey, aka Selia Tremble Shawkey, a daughter, who is currently living.

No other children were born to or adopted by Wilmer Forrest Trimble, Sr.

 b. Emma Jean Trimble Smith, aka Emma Jean Tremble Smith, a daughter, who is currently living.

 c. William Trimble, aka William Tremble, a son, who died in infancy.

 d. Alsie Meanor Trimble, aka Alsie Meanor Tremble, a daughter, who died in infancy.

No other children were born to or adopted by Selia Bell Pollard Trimble.

8. Darrel Pollard, a son, who died intestate in March 2007. Darrel Pollard was married one time only and then to Faye Pollard. Their marriage ended in divorce prior to the year of 1965. To their union of marriage, the following child was born:

 a. Sharolyn Pollard Dorodula, a daughter, who is currently living.

No other children were born to or adopted by Darrel Pollard.

9. Irene Pollard McConnell, a daughter, who died intestate in 1991. Irene Pollard McConnell was married one time only and then to William McConnell, who died intestate in 2002. To the union of their marriage, the following child was born:

 a. Joette McConnell Wallace, a daughter, who died intestate in November 2002. Joette McConnell Wallace was married one time only and then to Aaron Wallace, who died in 2001. To their union of marriage, the following child was born:

  1. Marcia Denise Wallace, an adopted daughter, who is currently living.

No other children were born to or adopted by Joette McConnell Wallace.

No other children were born to or adopted by Irene Pollard McConnell.

10. Lloyd Pollard, a son, who died intestate in 1998. Lloyd Pollard was married one time only and then to Ola Mae Pollard. Their marriage ended in divorce prior to the year of 1960. To their union of marriage, the following children were born:

 a. Diane Pollard Johnson, a daughter, who is currently living.

 b. Gayle Pollard Geters, who died intestate in June 2005. Gayle Pollard Geters was married one time only and then to Douglas Geters. Their marriage ended in divorce prior to the year of 1990. To their union of marriage, the following children were born:

00047051 VOL= 2740 PG= 75

1. Ivan Geters, a son, who is currently living.

2. Douglas Geters, IV, a son, who is currently living.

No other children were born to or adopted by Lloyd Pollard.

No other children were born to or adopted by W. M. Pollard and Emma Pollard.

Further Affiant sayeth not.

*Bloys Donaldson*
Bloys Donaldson, Affiant

**STATE OF TEXAS** §

**COUNTY OF RUSK** §

Subcribed and sworn to before me on this the 17th day of April, 2007 by Bloys Donaldson.

KATHRYN D. HAAR
Notary Public, State of Texas
My Commission Expires
May 10, 2008

*Kathryn Haar*
Kathryn Haar
Notary Public, State of Texas

AFTER RECORDING,
RETURN TO:
Tom Green
1125 Judson Rd., Suite 105
Longview, Texas  75602

STATE OF TEXAS    COUNTY OF RUSK    FILED FOR RECORD
I hereby certify that this instrument was filed on
the date and time stamped hereon by me and    Apr 30,2007 12:00P
was duly recorded in the volume and page of the
named records of Rusk County, Texas as stamped    JOYCE LEWIS, COUNTY
hereon by me.    OFFICIAL PUBLIC RECORDS    RUSK COUNTY, TEXAS

Apr 30,2007 12:00P

JOYCE LEWIS, COUNTY CLERK
RUSK COUNTY, TEXAS

BY *Peggy Coffee* DE

# EXHIBIT B

LORA D POLLARD
OR EMMA JEAN SMITH
2904 EVANS ST
MARSHALL TX 75670-0547

Page: 1

Account Number: 144223
Statement Date: 4/03/06
Checks/Items Enclosed: 24

Are you thinking about remodeling your home this spring? Let us help you finance your plans with a home improvement loan at Citizens National Bank. We offer low rates and payment options to suit your budget. Citizens National Bank is an Equal Housing Lender.

Acct 144223

SUPER CHECKING

LORA D POLLARD
OR EMMA JEAN SMITH

| | | |
|---|---|---|
| Beginning Balance | 3/06/06 | 267,641.61 |
| Deposits / Misc Credits | 3 | 2,228.21 |
| Withdrawals / Misc Debits | 27 | 267,314.96 |
| ** Ending Balance | 4/03/06 | 2,554.86 ** |
| Service Charge | | 8.75 |
| | | 2.13 |
| Interest Paid Thru | 4/03/06 | 168.61 |
| Interest Paid Year To Date | | .25 |
| Annual Percentage Yield Earned | | 29 |
| Number of Days for A.P.Y.E. | | 10,886.81 |
| Average Balance for A.P.Y.E. | | 10,887 |
| Average Collected Balance | | 24 |
| Enclosures | | |

## MISCELLANEOUS DEBITS & CREDITS

| Date | Activity Description | Deposits | Withdrawals |
|---|---|---|---|
| 3/07 | CHECK | | 264,641.61 |
| 3/08 | GMAC/GMAC PAYMT | | 256.28 |
| 3/10 | CHECK | | 49.90 |
| 3/15 | CLARKE AMERICAN/CHK ORDER | | 14.83 |
| 3/22 | DEPOSIT | 119.25 | |
| 4/03 | TEXAS COMPTROLLR/TRSANNUITY | 2,106.83 | |
| 4/03 | SC Debits  000003 at $ 00.25000 | | .75 |
| 4/03 | SC Balance Requirement Fee | | 8.00 |
| 4/03 | Interest Earned | 2.13 | |

## CHECKS POSTED
* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/03 | 7055 | 30.00 | 3/09 | 7344* | 37.50 | 3/29 | 7402 | 136.00 |
| 4/03 | 7056 | 35.00 | 3/07 | 7346* | 100.00 | 3/23 | 7403 | 85.00 |
| 4/03 | 7332* | 200.00 | 3/09 | 7349* | 250.00 | 3/21 | 7404 | 85.00 |
| 3/07 | 7342* | 49.09 | 3/14 | 7401* | 100.00 | 3/27 | 7405 | 42.00 |

Page: 2

LORA D POLLARD

Account Number: 144223
Statement Date: 4/03/06

### CHECKS POSTED
*indicates skip in check numbers*

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|------|-----------|--------|
| 3/24 | 7406 | 64.00 | 3/28 | 7409 | 125.00 | 3/17 | 7428* | 267.00 |
| 3/24 | 7407 | 401.00 | 3/30 | 7410 | 100.00 | 3/20 | 7476* | 32.46 |
| 3/28 | 7408 | 176.06 | 3/20 | 7426* | 8.48 | 3/17 | 7477 | 20.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/07 | 2,850.91 | 3/17 | 1,855.40 | 3/27 | 1,256.71 |
| 3/08 | 2,594.63 | 3/20 | 1,814.46 | 3/28 | 955.65 |
| 3/09 | 2,307.13 | 3/21 | 1,729.46 | 3/29 | 819.65 |
| 3/10 | 2,257.23 | 3/22 | 1,848.71 | 3/30 | 719.65 |
| 3/14 | 2,157.23 | 3/23 | 1,763.71 | 4/03 | 2,554.86 |
| 3/15 | 2,142.40 | 3/24 | 1,298.71 | | |

Check 7346, Amount $100.00  Date 3/7/2006

Check 7349, Amount $250.00  Date 3/9/2006

Check 7401, Amount $100.00  Date 3/14/2006

Check 7402, Amount $136.00  Date 3/29/2006

Check 7407, Amount $401.00  Date 3/24/2006

Check 7408, Amount $176.06  Date 3/28/2006

Check 7409, Amount $125.00  Date 3/28/2006

Check 7410, Amount $100.00  Date 3/30/2006

201 West Main • P.O. Box 1009   Henderson, TX 75653-1009 • Tel: 903-657-8521

Check 7056, Amount $35.00  Date 4/3/2006

Check 7332, Amount $200.00  Date 4/3/2006

Check 7342, Amount $49.09  Date 3/7/2006

Check 7344, Amount $37.50  Date 3/9/2006

201 West Main • P.O. Box 1009   Henderson, TX 75653-1009 • Tel: 903-657-8521

Check 7403, Amount $85.00  Date 3/23/2006

Check 7404, Amount $85.00  Date 3/21/2006

Check 7405, Amount $42.00  Date 3/27/2006

Check 7406, Amount $64.00  Date 3/24/2006

201 West Main • P.O. Box 1009  Henderson, TX 75653-1009 • Tel: 903-657-8521

Check 7426, Amount $8.48  Date 3/20/2006

Check 7428, Amount $267.00  Date 3/17/2006

Check 7476, Amount $32.46  Date 3/20/2006

Check 7477, Amount $20.00  Date 3/17/2006

6-8-06

I Lara D Pollard while in sound mine am leaving my car to Jan Barr. She has take care or me since 2000. and could alway depend on her.

Lara D Pollard

LORA D POLLARD
2904 EVANS ST
MARSHALL TX 75670-0547

Page: 1

Account Number:        144258
Statement Date:       4/03/06
Checks/Items Enclosed:      0

Are you thinking about remodeling your home this spring? Let us help you finance your plans with a home improvement loan at Citizens National Bank. We offer low rates and payment options to suit your budget. Citizens National Bank is an Equal Housing Lender.

SUPER CHECKING              LORA D POLLARD                          Acct  144258

         Beginning Balance      3/06/06         10,479.74
         Deposits / Misc Credits       1              2.08
         Withdrawals / Misc Debits     0               .00
      ** Ending Balance         4/03/06         10,481.82 **
         Service Charge                                .00

         Interest Paid Thru  4/03/06                  2.08
         Interest Paid Year To Date                   8.61
         Annual Percentage Yield Earned                .25
         Number of Days for A.P.Y.E.                    29
         Average Balance for A.P.Y.E.            10,479.74
         Average Collected Balance               10,480

- - - - - - - - - - - -     MISCELLANEOUS DEBITS & CREDITS    - - - - - - - - - - -

Date  Activity Description              Deposits      Withdrawals

4/03  Interest Earned                      2.08

- - - - - - - - - - - -        DAILY BALANCE SUMMARY        - - - - - - - - - - -

    Date          Balance       Date         Balance      Date         Balance

    4/03       10,481.82

```
RGONZALEZ                    Certificate Inquiry                      13:33:34

Account Number    511684                    Short Name   POLLARD, LORA D
Product Type      C06 CD 12 MONTHS
Branch Number     001 DOWNTOWN HENDERS

   B A L A N C E S              D A T E S               C O D E S
Avail Int      1,152.94   Orig Issue    06/16/2003  Rate/APY     3.1500%    3.19%
Cur Bal       49,707.14   Orig Open     06/16/2003  Maturity Term            12M
Accrued          321.74-  Nxt Maturity  06/16/2006  Interest Period           3M
Penalty          377.13-  Lst Renewal   06/16/2005  Interest Type       Fixed
Pend W/H            .00   Nxt Int Pay   06/16/2006  Index      06  12 MONTHS
Close Out     49,651.75   Lst Int Pay   03/16/2006  Status      O Open
Hold Amt            .00   Lst Activity  06/16/2004  Pen Type   P03 THREE MONTHS
YTD Int          383.10   Lst Maint     02/25/2004  GL Type    01  GL Type 01
YTD Fed             .00   Cust Contact  06/16/2003  Spc Attn    P  PAY ON DEATH
YTD St              .00   Redeemed                  Officer 1   GICELA D ALEJANDR
Last Ren      48,554.20                             Officer 2   BLANK
Per Diem         4.28979                            Serial Nbr


F3=Exit  F4=Field Help  F7=History  F9=Title Inq
F10=Inq Options  F12=Previous  F13=Accumulations*  F14=Add Note  F15=AllView*
```

LORA D POLLARD
OR EMMA JEAN SMITH
2904 EVANS ST
MARSHALL TX 75670-0547

Page: 1

Account Number:           144223
Statement Date:           5/03/06
Checks/Items Enclosed:         16

Are you thinking about remodeling your home this spring? Let us help you finance your plans with a home improvement loan at Citizens National Bank. We offer low rates and payment options to suit your budget. Citizens National Bank is an Equal Housing Lender.

SUPER CHECKING            LORA D POLLARD                          Acct 144223
                          OR EMMA JEAN SMITH

       Beginning Balance       4/04/06          2,554.86
       Deposits / Misc Credits       2          2,107.16
       Withdrawals / Misc Debits    18          1,834.19
    ** Ending Balance          5/03/06          2,827.83  **
       Service Charge                               8.00

       Interest Paid Thru  5/03/06                  .33
       Interest Paid Year To Date                168.94
       Annual Percentage Yield Earned               .23
       Number of Days for A.P.Y.E.                   30
       Average Balance for A.P.Y.E.            1,736.40
       Average Collected Balance               1,736
       Enclosures                                    16

------------------------ MISCELLANEOUS DEBITS & CREDITS ------------------------

Date   Activity Description                 Deposits      Withdrawals

4/04   TELLER CHECK                                          100.00
4/10   GMAC/GMAC PAYMT                                       256.28
5/01   TEXAS COMPTROLLR/TRSANNUITY          2,106.83
5/03   SC Balance Requirement Fee                              8.00
5/03   Interest Earned                          .33

--------------------------- CHECKS POSTED ---------------------------
                        * indicates skip in check numbers
Date   Check No.   Amount    Date   Check No.   Amount    Date   Check No.   Amount

4/10   7177         37.00    4/19   7414*       150.00    5/02   7419         41.00
4/05   7178         52.27    4/14   7415        150.00    5/01   7420         15.47
4/10   7180*       289.44    4/27   7416        100.00    5/02   7422*         3.86
4/12   7411*       100.00    4/25   7417        100.00    4/25   7423         85.00
4/11   7412         75.00    4/26   7418         60.87    5/03   7429*       210.00