**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., *et al.,* | § | Case No. 14-10979 (CSS) |
| | § | |
| Debtors | § | (Jointly Administered) |

## NOTICE OF PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)

COMES NOW Top Line Rental , LLC (" Top Line"), and files this Notice pursuant to 11 U.S.C. § 546(b) of the perfection of liens for material, machinery and supplies furnished in connection with the digging, torpedoing, operating, completing, maintaining or repairing a mine or quarry, to Luminant Mining Co, LLC.  In support of this Notice, Top Line will show the following:

1. **Overview**.  Top Line furnished, during the period spanning February 3, 2014 and April 28, 2014, labor, materials, and supplies for which it has not been paid.  The principal indebtedness in connection with the unpaid amounts due and owing on the Debtor's account with Top Line is not less than $22,348.00, exclusive of any interest, attorneys' fees, and costs allowable under law.  Top Line's claims in the aforementioned aggregate amount are secured by the liens pursuant to Chapter 56 of the Texas Property Code ("Chapter 56 Liens").

2. **Texas Materialman's and Constitutional Liens**.  Top Line timely filed the lien statements (the "Affidavit Claiming a Lien Against Mineral Property Pursuant to Chapter 56 of the Texas Property Code") against the real property and improvements described in the affidavits filed with the applicable Texas clerk's office, true and correct copies of which are attached as Exhibit "A" and Exhibit "B" and are incorporated herein by reference.

3. **Lien Rights under Texas Law**.  The Claimant's Chapter 56 Liens attach to the following Properties:

    a.    Tatum Strip Mine situated as follows:  From Longview, Texas, go south to State Highway 43; go north on State Highway 43 and turn right (east) on FM 1794, and go 2 miles; mine entrance road is on the right (near Tatum, Panola County, Texas);

    b.    Beckville Strip Mine situated as follows:  Five miles west of Beckville, Texas, off of FM 124 on County Road 257 (near Beckville, Panola County, Texas); and

    c.    Oak Strip Mine situated as follows:  Located on FM 1716, off State Highway 43, 4 miles north of Henderson, Texas (near Henderson, Rusk County, Texas).

4. **Notice**.  Top Line gives notice that, to the extent it does not under applicable law already possess a perfected interest in the Properties, Top Line hereby perfects its interest pursuant to applicable provisions of the Bankruptcy Code, including, but not limited to, sections 362(b)(3) and 546(b)(2) of the Bankruptcy Code.  This Notice is in lieu of seizure of property or commencement of an action to accomplish such perfection of Top Line's rights to the Properties which are the subject of Top Line's liens under Chapter 56 of the Texas Property Code.  To the extent Top Line is required under applicable state law to file suit or take other actions, including the appointment of a receiver, to (a) perfect, maintain or continue perfection of any of its Chapter 56 Liens; (b) foreclose on any of its Chapter 56 Liens; or (c) obtain a judgment against the Luminant Debtor pursuant to any of its Chapter 56 Liens, Top Line hereby gives this notice in lieu of commencement of such actions and demands adequate protection of its interest in the Properties.

5. **Further Information Available Upon Request**.  Any party in interest may obtain further information by contacting:

    Top Line, LLC
    c/o Patrick H. Autry
    Branscomb | PC

166911

       711 Navarro Street, Suite 500
       San Antonio, Texas 78205
       (210) 598-5400

6. **Reservation of Rights**. Top Line reserves the right to supplement and/or amend this Notice, and further reserves all rights with respect to its Chapter 56 Liens under applicable law, including, but not limited to, the right to seek relief from the automatic stay under section 362 of the Bankruptcy Code. Nothing in this Notice shall be construed as a waiver of Top Line's rights to assert any claims against the Luminant Debtor, or any other debtor in these bankruptcy proceedings, pursuant to the Bankruptcy Code or applicable federal or state law, including, but not limited to, any administrative expense claim, priority claim, general unsecured claim, or other secured claim.

                                        Respectfully submitted,

Dated: Wilmington, Delaware       Monzack Mersky McLaughlin and Browder PA
       July 10, 2015

                                        /s/ *Rachel B. Mersky*
                                        Rachel B. Mersky (DE No.2049)
                                        1201 North Orange Street, Suite 400
                                        P. O. Box 2031
                                        Wilmington, Delaware 19899-2031
                                        Telephone: (302) 656-8162
                                        Facsimile:   (302) 656-2769
                                        Email:       rmersky@monlaw.com

                                        Attorneys for Top Line Rental, LLC

166911