EXHIBIT A

OWNER:     LUMINANT MINING CO., LLC


DEBTOR:    LUMINANT MINING CO., LLC


CLAIMANT: TOP LINE RENTAL, LLC


## AFFIDAVIT CLAIMING A LIEN AGAINST MINERAL PROPERTY PURSUANT TO CHAPTER 56 OF THE TEXAS PROPERTY CODE

STATE OF TEXAS          :
                        :
COUNTY OF RUSK          :


STATE OF TEXAS          :
                        :
COUNTY OF PANOLA

BEFORE ME, a notary public in and for the State of Texas, on this day personally appeared the undersigned, who being by me duly sworn, on oath states:

1.      My name is Stanley D. Berry.. I am a member of Top Line Rental, LLC ("Topline") and am authorized to make this affidavit on its behalf as the sworn statement of its claim.

2.      Claimant furnished or hauled material, machinery or supplies used in mineral activities at the following mines or quarries:

a.      Tatum Strip Mine situated as follows:  From Longview, Texas, go south to State Highway 43; go north on State Highway 43 and turn right (east) on FM 1794,and go 2 miles; mine entrance road is on the right  (near Tatum, Panola County, Texas)l

b.      Beckville Strip Mine situated as follows:  Five miles west of Beckville, Texas, off of FM 124 on County Road 257 (near Beckville, Panola County, Texas);

c.      Oak Hill Strip Mine situated as follows:  Located on FM 1716, off State Highway 43, 4 miles north of Henderson, Texas (near Henderson, Rusk County, Texas);

00144590 VOL: 3307 PG:    402

3.      The material, machinery and supplies were furnished in connection with the digging, drilling, torpedoing, operating, completing, maintaining, or repairing a mine or quarry, to Luminant Mining Co, LLC, whose last known address is P. O. Box 20, Dallas, TX  75221. The material, machinery and supplies were furnished under an express or implied contract with a mineral property owner or with a trustee, agent or receiver of a mineral property owner

4.      Luminant Mining Co., LLC is thought to be the mineral property owner.

5.      The labor, materials, machinery and supplies were furnished at various times from February 3, 2014 to April 28, 2014, as reflected on the invoices which are attached hereto as Exhibit A and are incorporated by this reference.  The labor, materials, machinery and supplies consist of air compressors, manlifts, light towers, fire fighting equipment, spray hose and diesel fuel as detailed in the invoices attached as Exhibit A, which are true and correct statements of he labor, materials, machinery and supplies furnished by Claimant.

6.      The amount due, owing and unpaid to Claimant for such labor, materials, machinery and supplies is $22,348.00, which can be allocated among the three referenced mines as follows:

Tatum Strip Mine      –      $10,449.44

Beckville Strip Mine  –      $11,816.56

Oak Hill Strip Mine   -      $82.00

7.      Claimant's mailing address is:  P. O. Box 2290, Henderson, Texas  75653.

Stanley D. Berry

00144590 VOL: 3307 PG: 403

State of Texas :
:
:
County of Rusk: :

     Subscribed and sworn to before me by the said Stanley D. Berry on _____, 2014, who stated under oath that each statement in the foregoing is true and correct and as an authorized representative for said entity and in said capacity to certify which witness my hand and seal office.



NOTARY PUBLIC, STATE OF TEXAS

[S... ]

State of Texas :
:
:
County of Rusk :

     Before me, the undersigned authority, on this day personally appeared Stanley D. Berry of Top Line Rental, LLC, known to me to be the person whose name is subscribed to the foregoing instrument, who, after being by me duly sworn acknowledged and stated that the said person executed the same for the purposes and consideration therein expressed, in the capacity therein stated, and as the act and deed of said entity.

     Given under my hand and seal of office, on _____, 2014.



NOTARY PUBLIC, STATE OF TEXAS

[S... ]

AFTER RECORDING RETURN TO:

Patrick H. Autry
Branscomb PC
711 Navarro Street, Suite 500
San Antonio, Texas 78205

00144590 VOL: 3307 PG: 404

# EXHIBIT A - INVOICES

Remit To:

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653

www.toplinerental.com

# Invoice

| Continued | Invoice# |
|-----------|----------|
| 3/4/2014 | 6454A |

Bill to:                    Customer #:   136

**Luminant Mining - Tatum**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:     Ordered by  to Clint Hayes

PO #:          88774

Date Out      2/3/2014

| Terms | Aging Date |
|-------|------------|
| On Account | 3/4/2014 |

Fold Here . .                            . . Fold Here . .

**Ordered By:** Clint Hayes

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|-----|-------|-------|------|--------|--------------|-------|
| 1 | AC185-101 | Air Compressor, 185 CFM | HOP043498 | Billed To | 27.9 Days / 671 Hrs | $1,260.00 |
|  | Meter Out: 18.7 |  |  |  |  |  |
|  | 4Hrs $75.00  1day $105.00   1week $420.00   4weeks $1,260.00 |  |  |  |  |  |

Total for  $1,260.00

Deliver to tatum mines

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: |  | Damage Waiver | 8.25% Sales Tax: |
|-------------------|---------------|--|---------------|------------------|
| $1,260.00 | $0.00 |  | $0.00 | $0.00 |

## 90+ Days aged

| Total Amount: | $1,260.00 |  | Total Paid | $0.00 | Total Due | $1,260.00 |
|---------------|-----------|--|------------|-------|-----------|-----------|
| 903-657-2232 Phone |  |  | 903-657-2208 Fax |  |  |  |

Printed On Mon 6/16/2014  1:22:37PM

Software by Point-of-Rental Systems   www.point-of-rental.com

Modification #     4
Contract-Params.rpt (10)

Remit To:

TOP LINE RENTAL., LLC
P.O. Box 2290
Henderson, TX 75653

www.toplinerental.com

# Invoice

| Continued | Invoice# |
|-----------|----------|
| 3/11/2014 | 6306B |

Bill to:                                 Customer #:   136

**Luminant Mining - Tatum**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:      Ordered by Clint Hayes

PO #:           84421

Date Out        2/6/2014

| Terms | Aging Date |
|-------|-----------|
| On Account | 3/11/2014 |

. Fold Here .                                    . Fold Here .

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|-----|-------|-------|------|--------|--------------|-------|
| 1 | ML45A-101 | Manlift JLG 450AJ (45ft. articulating) | 0300175393 | Billed To | 28 Days / 672 Hrs | $2,475.00 |
|  | Meter Out: 135.8 |  |  |  |  |  |
|  | 1day $290.00  1week $870.00  4weeks $2,600.00 |  |  |  |  |  |

Total for  $2,475.00

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|-------------------|---------------|--|---------------|------------------|
| $2,475.00 | $0.00 | | $0.00 | $0.00 |

## 90+ Days aged

| Total Amount: | $2,475.00 | | Total Paid | $0.00 | Total Due | $2,475.00 |
|---------------|-----------|--|------------|-------|-----------|-----------|
| 903-657-2232 Phone | | | 903-657-2208 Fax | | | |

Remit To:

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653

www.toplinerental.com

# Invoice

| Closed | Invoice# |
|--------|----------|
| 3/20/2014 | 6454B |

Bill to:                    Customer #:  136

**Luminant Mining - Tatum**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:    Ordered by  to Clint Hayes

PO #:         88774

Date Out      3/3/2014

| Terms | Aging Date |
|-------|------------|
| On Account | 3/20/2014 |

. Fold Here .                                            . Fold Here .

**Ordered By:** Clint Hayes

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|-----|-------|-------|------|--------|--------------|-------|
| 1 | AC185-101 | Air Compressor, 185 CFM | HOP043498 | Returned | 16.0 Days / 385 Hrs | $1,145.67 |
|  | Meter Out: 18.7 | | Meter In: 338.6  Total hours on meter: 319.9 | | | |
|  | 4Hrs $75.00  1day $105.00  1week $420.00  4weeks $1,260.00 | | | | | |
| 7.20 | Diesel off road | Off road Diesel (Per Gallon) | | Pulled | | $37.80 |

Total for  $1,183.47

Deliver to tatum mines

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|-------------------|---------------|---|---------------|-------------------|
| $1,183.47 | $0.00 | | $0.00 | $0.00 |

## 60+ Days aged

| Total Amount: | $1,183.47 | | Total Paid | $0.00 | Total Due | $1,183.47 |
|---------------|-----------|---|------------|-------|-----------|-----------|
| 903-657-2232 Phone | | | 903-657-2208 Fax | | | |

# Invoice

**Remit To:**

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653

www.toplinerental.com

| Closed | Invoice# |
|---|---|
| 3/25/2014 | 6306C |

**Bill to:**          **Customer #:** 136

**Luminant Mining - Tatum**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:      Ordered by Clint Hayes

PO #:        84421

Date Out      3/6/2014

| Terms | Aging Date |
|---|---|
| On Account | 3/25/2014 |

*Fold Here*                                         *Fold Here*

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | ML45A-101 | Manlift JLG 450AJ (45ft. articulating) | 0300175393 | Returned | 18.0 Days / 434 Hrs | $2,600.00 |
| | | Meter Out: 135.8          Meter In: 218.7   Total hours on meter: 82.9 | | | | |
| | | 1day $290.00  1week $870.00  4weeks $2,600.00 | | | | |
| 1 | | speed control knob | | Pulled | | $16.99 |
| 1 | | Shop Labor Charge, Per Hour | | Pulled | | $75.00 |
| | | Labor to replace knob & cleanup fee | | | | |
| 4.60 | Diesel off road | Off road Diesel (Per Gallon) | | Pulled | | $24.15 |

**Total for  $2,716.14**

# Pickup

**Pickup Date:** Mon 3/24/2014  11:02AM          **Contact:** Clint Hayes
**Delivery Notes:**                               **Phone:** 903-253-9440

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $2,716.14 | $0.00 | | $0.00 | $0.00 |

## 60+ Days aged

| Total Amount: | $2,716.14 | | Total Paid | $0.00 | Total Due | $2,716.14 |
|---|---|---|---|---|---|---|
| 903-657-2232 Phone | | | | 903-657-2208 Fax | | |

Printed On Mon 6/16/2014 1:23:54PM          Software by Point-of-Rental Systems  www.point-of-rental.com

Modification #     5
Contract-Params.rpt (10)

M8144592 VOL 33009 PG- 409

Remit To:

**TOP LINE RENTAL, LLC**
P.O. Box 2290
Henderson, TX 75653

www.toplinerental.com

# Invoice

| Closed | Invoice# |
|--------|----------|
| 3/25/2014 | 7021 |

Bill to:                              Customer #:  136

**Luminant Mining - Tatum**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:   Ordered by Clint

PO #:        109360

Date Out     3/17/2014

| Terms | Aging Date |
|-------|------------|
| On Account | 3/25/2014 |

. Fold Here .                                    . Fold Here .

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|-----|-------|-------|------|--------|--------------|-------|
| 1 | MWT500-101 | Magnum 500 Gallon FireFighting W | 1308785 | Returned | 7.1 Days / 171 Hrs | $608.25 |
| | | 1day $135.00  1week $540.00  4weeks $1,620.00 | | | | |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove | | Returned | 7.1 Days / 171 Hrs | $23.65 |
| | | 1day $7.00  1week $21.00  4weeks $63.00 | | | | |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove | | Returned | 7.1 Days / 171 Hrs | $23.65 |
| | | 1day $7.00  1week $21.00  4weeks $63.00 | | | | |
| 1 | PWT-101 | Pressure Washer SteamCleaner Tra | 5UTBU1220DM000614 | Returned | 7.1 Days / 171 Hrs | $630.78 |
| | | Meter Out: 43.0        Meter In: 46.0   Total hours on meter: 3.0 | | | | |
| | | 4Hrs $100.00  1day $150.00  1week $560.00  4weeks $1,680.00 | | | | |
| 1 | LITW-104 | Magnum Light Tower MLT3060 | 5AJLS1412DB302593 | Returned | 7.1 Days / 171 Hrs | $480.00 |
| | | Meter Out: 921.6        Meter In: 948.0   Total hours on meter: 26.4 | | | | |
| | | 1day $60.00 | | | | |
| 1 | LITW-101 | Magnum Light Tower MLT3060 | 5AJLS1416DB302595 | Returned | 7.1 Days / 171 Hrs | $480.00 |
| | | Meter Out: 904.9        Meter In: 947.9   Total hours on meter: 43.0 | | | | |
| | | 1day $60.00 | | | | |
| 1 | | Delivery Tatum, TX | | Sold | | $65.00 |
| | | Delivery of  Water Trailer | | | | |
| 1 | | Pickup Tatum, TX | | Sold | | $65.00 |
| | | Pickup of Water Trailer | | | | |
| 1 | | Delivery Tatum, TX | | Sold | | $65.00 |
| | | Delivery of  Pressure Washer | | | | |
| 1 | | Pickup Tatum, TX | | Sold | | $65.00 |
| | | Pickup of Pressure Washer | | | | |
| 1 | | Delivery Tatum, TX | | Sold | | $65.00 |
| | | Delivery of  Light Plants | | | | |
| 1 | | Pickup Tatum, TX | | Sold | | $65.00 |
| | | Pickup of  Light Plants | | | | |
| 34 | Diesel off road | Off road Diesel (Per Gallon) | | Pulled | | $178.50 |
| | | Diesel for Light plants | | | | |

Total for  **$2,814.83**

## Delivery and Pickup

**Delivery :** Mon 3/17/2014   7:00AM
**Pickup Date:** Mon 3/24/2014   11:02AM
**Used at Address:** P.O. Box 1359 ; Tatum, TX 75691
**Delivery Notes:**

**Contact:** Clint Hayes
**Phone:** 903-658-4465

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $2,814.83 | $0.00 | | $0.00 | $0.00 |

## 60+ Days aged

| Total Amount: | $2,814.83 | | Total Paid | $0.00 | Total Due | $2,814.83 |
|---|---|---|---|---|---|---|
| 903-657-2232 Phone | | | 903-657-2208 Fax | | | |

Remit To:

**TOP LINE RENTAL, LLC**
P.O. Box 2290
Henderson, TX 75653

www.toplinerental.com

# Invoice

| Closed | Invoice# |
|--------|----------|
| 3/13/2014 | 6873 |

Bill to:                     Customer #:   61

**Luminant Mining-Beckville**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:     Ordered by Jeff Barden

PO #:          104583

Date Out      2/26/2014

| Terms | Aging Date |
|-------|------------|
| On Account | 3/13/2014 |

Fold Here                                    Fold Here                    Fold Here

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|-----|-------|-------|------|--------|--------------|-------|
| 1 | | Delivery Beckville, TX | | Sold | | $62.50 |
| 1 | | Pickup Beckville, TX | | Sold | | $62.50 |
| 1 | ML66-102 | Manlift JLG 660SJ (66ft) | 0300182494 | Returned | 23.1 Days / 555 Hrs | $3,310.00 |
| | | Meter Out: 39.8 | Meter In: 178.8  Total hours on meter: 139.0 | | | |
| | | 1day $370.00  1week $1,100.00  4weeks $3,310.00 | | | | |
| 1 | | Texas Heavy Equipment Tax | | Pulled | | $6.30 |
| 1 | | cleaning charg | | Pulled | | $25.00 |

**Total for  $3,466.30**

## Delivery

**Delivery :** Wed 2/26/2014   8:00AM                    **Contact:**
                                                         **Phone:**

**Used at Address:**  P.O. Box 1359 ; Tatum, TX 75691
**Delivery Notes:**

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|-------------------|---------------|---|---------------|------------------|
| $3,466.30 | $0.00 | | $0.00 | $0.00 |

## 90+ Days aged

| Total Amount: | $3,466.30 | | Total Paid | $0.00 | Total Due | $3,466.30 |
|---------------|-----------|---|------------|-------|-----------|-----------|
| | 903-657-2232 Phone | | | 903-657-2208 Fax | | |

Remit To:

**TOP LINE RENTAL, LLC**
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|--------|----------|
| 3/14/2014 | 6724 |

Bill to:   Customer #:   61

**Luminant Mining-Beckville**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:   Ordered by Jeff

PO #:   99551

Date Out   2/12/2014

| Terms | Aging Date |
|-------|-----------|
| On Account | 3/14/2014 |

. Fold Here .                                    . Fold Here .

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|-----|-------|-------|------|--------|--------------|-------|
| 1 | LITW-101 | Magnum Light Tower MLT3060 | 5AJLS1416DB302595 | Returned | 29 Days / 696 Hrs | $1,740.00 |
|   | Meter Out: 641.9 | Meter In: 904.9 | Total hours on meter: 263.0 | | | |
|   | 1day $60.00 | | | | | |
| 1 | LITW-104 | Magnum Light Tower MLT3060 | 5AJLS1412DB302593 | Returned | 29 Days / 696 Hrs | $1,740.00 |
|   | Meter Out: 665.7 | Meter In: 921.6 | Total hours on meter: 255.9 | | | |
|   | 1day $60.00 | | | | | |
| 1 | | Delivery Beckville, TX | | Sold | | |
| 1 | | Pickup Beckville, TX | | Sold | | $62.50 |
| 16 | Diesel off road | Off road Diesel (Per Gallon) | | Pulled | | $62.50 |
|   | Diesel for Light Plant #101 | | | | | $84.00 |
| 16 | Diesel off road | Off road Diesel (Per Gallon) | | Pulled | | |
|   | Diesel for Light Plant #104 | | | | | $84.00 |
| 1 | | Cleaning Charge | | Pulled | | |
|   | Cleaning of Lightplant #101 | | | | | $25.00 |
| 1 | | Cleaning Charge | | Pulled | | |
|   | Cleaning of Lightplant #104 | | | | | $25.00 |

Total for  **$3,823.00**

## Delivery

**Delivery :**  Wed 2/12/2014  12:45PM

**Used at Address:**  P.O. Box 1359 ; Tatum, TX 75691
**Delivery Notes:**

**Contact:** Jeff Barden
**Phone:** 903-508-5521

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|-------------------|---------------|--|---------------|------------------|
| $3,823.00 | $0.00 | | $0.00 | $0.00 |

## 90+ Days aged

| Total Amount: | $3,823.00 | | Total Paid | $0.00 | Total Due | $3,823.00 |
|---------------|-----------|--|------------|-------|-----------|-----------|
| 903-657-2232 Phone | | | 903-657-2208 Fax | | | |

Remit To:

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|--------|----------|
| 3/15/2014 | 6711 |

Bill to:          Customer #:  61

**Luminant Mining-Beckville**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:    Ordered by Jeff
PO #:         99501

Date Out      2/12/2014

| Terms | Aging Date |
|-------|------------|
| On Account | 3/15/2014 |

. Fold Here .                                          . Fold Here.

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|-----|-------|-------|------|--------|--------------|-------|
| 1 | MWT500-101 | Magnum 500 Gallon FireFighting W | 1308785 | Returned | 28.9 Days / 695 Hrs | $1,755.00 |
|   | 1day $135.00 1week $540.00 4weeks $1,620.00 | | | | | |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove | | Returned | 28.9 Days / 695 Hrs | $68.25 |
|   | 1day $7.00 1week $21.00 4weeks $63.00 | | | | | |
| 1 | | Delivery Beckville, TX | | Sold | | $62.50 |
| 1 | | Pickup Beckville, TX | | Sold | | $62.50 |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove | | Returned | 28.9 Days / 695 Hrs | $68.25 |
|   | 1day $7.00 1week $21.00 4weeks $63.00 | | | | | |
| 1 | | Valve Handle | | Pulled | | $10.00 |
| 1 | | Garden Nozzle | | Pulled | | $5.00 |
| 1 | | Water hose end | | Pulled | | $5.00 |
| 1 | | Cleaning Charge | | Pulled | | $25.00 |

Total for  **$2,061.50**

## Delivery

**Delivery :** Wed 2/12/2014 11:57AM          **Contact:** Jeff Barton
                                              **Phone:**
**Used at Address:**  P.O. Box 1359 ; Tatum, TX 75691
**Delivery Notes:**

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|-------------------|---------------|---|---------------|------------------|
| $2,061.50 | $0.00 | | $0.00 | $0.00 |

## 90+ Days aged

| Total Amount: | $2,061.50 | | Total Paid | $0.00 | Total Due | $2,061.50 |
|---------------|-----------|---|------------|-------|-----------|-----------|
| 903-657-2232 Phone | | | | 903-657-2208 Fax | | |

**Remit To:**

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|--------|----------|
| 4/2/2014 | 7153 |

**Bill to:**                    **Customer #:**   61

**Luminant Mining-Beckville**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:    Ordered by Jeff

PO #:    112752

Date Out    3/27/2014

| Terms | Aging Date |
|-------|-----------|
| On Account | 4/2/2014 |

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|-----|-------|-------|------|--------|--------------|-------|
| 1 | MWT500-101 | Magnum 500 Gallon FireFighting W | 1308785 | Returned | 1.9 Days / 46 Hrs | $270.00 |
|   |   | 1day $135.00  1week $540.00  4weeks $1,620.00 |   |   |   |   |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |   | Returned | 1.9 Days / 46 Hrs | $14.00 |
|   |   | 1day $7.00  1week $21.00  4weeks $63.00 |   |   |   |   |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |   | Returned | 1.9 Days / 46 Hrs | $14.00 |
|   |   | 1day $7.00  1week $21.00  4weeks $63.00 |   |   |   |   |
| 1 |   | Delivery Beckville, TX |   | Pulled |   | $75.00 |
| 1 |   | Pickup Beckville, TX |   | Pulled |   | $75.00 |

**Total for  $448.00**

## Delivery

**Delivery :**  Thu 3/27/2014   2:26PM          **Contact:** Jeff Barton
                                                **Phone:** 903-646-4746
**Used at Address:**  P.O. Box 1359 ; Tatum, TX 75691
**Delivery Notes:**

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|-------------------|---------------|--|---------------|------------------|
| $448.00 | $0.00 | | $0.00 | $0.00 |

## 60+ Days aged

| Total Amount: | $448.00 | | Total Paid | $0.00 | Total Due | $448.00 |
|---------------|---------|--|------------|-------|-----------|---------|
| 903-657-2232 Phone | | | 903-657-2208 Fax | | | |

**Remit To:**

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|--------|----------|
| 4/9/2014 | 7246 |

**Bill to:**       **Customer #:**  61

**Luminant Mining-Beckville**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:     Ordered by Jeff

PO #:         115137

Date Out      4/7/2014

| Terms | Aging Date |
|-------|-----------|
| On Account | 4/9/2014 |

Fold Here.                                   Fold Here.

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|-----|-------|-------|------|--------|--------------|-------|
| 1 | MWT500-101 | Magnum 500 Gallon FireFighting W | 1308785 | Returned | 0.9 Days / 23 Hrs | $135.00 |
|   |   | 1day $135.00  1week $540.00   4weeks $1,620.00 |   |   |   |   |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |   | Returned | 0.9 Days / 23 Hrs | $7.00 |
|   |   | 1day $7.00   1week $21.00  4weeks $63.00 |   |   |   |   |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |   | Returned | 0.9 Days / 23 Hrs | $7.00 |
|   |   | 1day $7.00   1week $21.00  4weeks $63.00 |   |   |   |   |
| 1 |   | Delivery Beckville, TX |   | Pulled |   | $75.00 |
| 1 |   | Pickup Beckville, TX |   | Pulled |   | $75.00 |

**Total for  $299.00**

**Delivery and Pickup**
**Delivery :** Mon 4/ 7/2014   7:01AM
**Pickup Date:** Tue 4/ 8/2014   7:00AM
**Used at Address:**  P.O. Box 1359 ; Tatum, TX 75691
**Delivery Notes:**

**Contact:** Jeff Barden
**Phone:**

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: |  | Damage Waiver | 8.25% Sales Tax: |
|-------------------|---------------|--|---------------|------------------|
| $299.00 | $0.00 |  | $0.00 | $0.00 |

## 60+ Days aged

| **Total Amount:** | **$299.00** |  | **Total Paid** | **$0.00** | **Total Due** | **$299.00** |
|---|---|---|---|---|---|---|
|  | 903-657-2232 Phone |  |  | 903-657-2208 Fax |  |  |

00144590 VOL: 3307 PG: 416

Remit To:

**TOP LINE RENTAL, LLC**
P.O. Box 2290
Henderson, TX 75653

www.toplinerental.com

# Invoice

| Closed | Invoice# |
|--------|----------|
| 4/23/2014 | 7270 |

Bill to:                    Customer #:   61

**Luminant Mining-Beckville**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:   Ordered by Jeff
PO #:        116945

Date Out    4/11/2014

| Terms | Aging Date |
|-------|-----------|
| On Account | 4/23/2014 |

. Fold Here .                                    ... Fold Here ...

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|-----|-------|-------|------|--------|--------------|-------|
| 1 | MWT500-101 | Magnum 500 Gallon FireFighting W | 1308785 | Returned | 6.1 Days / 148 Hrs | $540.00 |
|  |  | 1day $135.00  1week $540.00  4weeks $1,620.00 |  |  |  |  |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |  | Returned | 6.1 Days / 148 Hrs | $21.00 |
|  |  | 1day $7.00  1week $21.00  4weeks $63.00 |  |  |  |  |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |  | Returned | 6.1 Days / 148 Hrs | $21.00 |
|  |  | 1day $7.00  1week $21.00  4weeks $63.00 |  |  |  |  |
| 1 |  | Cleaning charge |  | Pulled |  | $50.00 |

Total for  **$632.00**

## Pickup

**Pickup Date:**  Thu 4/17/2014   2:09PM
**Used at Address:**  P.O. Box 1359 ; Tatum, TX 75691
**Delivery Notes:**

Contact:
Phone:

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|-------------------|---------------|--|---------------|------------------|
| $632.00 | $0.00 | | $0.00 | $0.00 |

## 30+ Days aged

| Total Amount: | $632.00 | | Total Paid | $0.00 | Total Due | $632.00 |
|---------------|---------|--|------------|-------|-----------|---------|
| 903-657-2232 Phone | | | 903-657-2208 Fax | | | |

Remit To:

**TOP LINE RENTAL, LLC**
P.O. Box 2290
Henderson, TX 75653

www.toplinerental.com

# Invoice

| Closed | Invoice# |
|--------|----------|
| 3/15/2014 | 7040 |

Bill to:    Customer #:   137

**Luminant Mining-Oak Hill**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:    ordered by Oakhill mind

PO #:    106486

Date Out    3/15/2014

| Terms | Aging Date |
|-------|-----------|
| On Account | 3/15/2014 |

Fold Here.                    Fold Here.

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|-----|-------|-------|------|--------|--------------|-------|
| 1 | | Weldment | | Pulled | | $10.00 |
| 1 | | Jack | | Pulled | | $47.00 |
| 1 | | shipping | | Pulled | | $17.00 |
| 1 | | handling | | Pulled | | $8.00 |

**Total for  $82.00**

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|-------------------|---------------|--|---------------|------------------|
| $82.00 | $0.00 | | $0.00 | $0.00 |

## 90+ Days aged

| Total Amount: | $82.00 | | Total Paid | $0.00 | Total Due | $82.00 |
|---------------|--------|--|------------|-------|-----------|--------|
| 903-657-2232 Phone | | | | 903-657-2208 Fax | | |

Printed On Mon 6/16/2014  1:28:32PM

Software by Point-of-Rental Systems   www.point-of-rental.com

Modification #        1
Contract-Params.rpt (10)

00144590 VOL= 3307 PG= 418

STATE OF TEXAS                        COUNTY OF RUSK        FILED FOR RECORD
I hereby certify that this instrument was filed on
the date and time stamped hereon by me and              Jul 15,2014 12:59P
was duly recorded in the volume and page of the
named records of Rusk County, Texas as stamped          JOYCE LEWIS-KUGLE,
hereon by me.              OFFICIAL PUBLIC RECORDS        COUNTY CLERK
                                                        RUSK COUNTY, TEXAS

        Jul 15,2014 12:59P                              By:

JOYCE LEWIS-KUGLE, COUNTY CLERK                         Michelle Cross
                                                         DEPUTY
RUSK COUNTY, TEXAS