# EXHIBIT B

```
Doc      Bk    Vol    Pg
184422   OR    1787   575
```

OWNER:    LUMINANT MINING CO., LLC

DEBTOR:   LUMINANT MINING CO., LLC

CLAIMANT: TOP LINE RENTAL, LLC

## AFFIDAVIT CLAIMING A LIEN AGAINST MINERAL PROPERTY PURSUANT TO CHAPTER 56 OF THE TEXAS PROPERTY CODE

STATE OF TEXAS         :
                       :
COUNTY OF RUSK         :


STATE OF TEXAS         :
                       :
COUNTY OF PANOLA

    BEFORE ME, a notary public in and for the State of Texas, on this day personally appeared the undersigned, who being by me duly sworn, on oath states:

    1.    My name is Stanley D. Berry.. I am a member of Top Line Rental, LLC ("Topline") and am authorized to make this affidavit on its behalf as the sworn statement of its claim.

    2.    Claimant furnished or hauled material, machinery or supplies used in mineral activities at the following mines or quarries:

    a.    Tatum Strip Mine situated as follows: From Longview, Texas, go south to State Highway 43; go north on State Highway 43 and turn right (east) on FM 1794, and go 2 miles; mine entrance road is on the right (near Tatum, Panola County, Texas)l

    b.    Beckville Strip Mine situated as follows: Five miles west of Beckville, Texas, off of FM 124 on County Road 257 (near Beckville, Panola County, Texas);

    c.    Oak Hill Strip Mine situated as follows: Located on FM 1716, off State Highway 43, 4 miles north of Henderson, Texas (near Henderson, Rusk County, Texas);

Doc 184422   Bk OR   Vol 1787   Pg 576

3. The material, machinery and supplies were furnished in connection with the digging, drilling, torpedoing, operating, completing, maintaining, or repairing a mine or quarry, to Luminant Mining Co, LLC, whose last known address is P. O. Box 20, Dallas, TX 75221. The material, machinery and supplies were furnished under an express or implied contract with a mineral property owner or with a trustee, agent or receiver of a mineral property owner

4. Luminant Mining Co., LLC is thought to be the mineral property owner.

5. The labor, materials, machinery and supplies were furnished at various times from February 3, 2014 to April 28, 2014, as reflected on the invoices which are attached hereto as Exhibit A and are incorporated by this reference. The labor, materials, machinery and supplies consist of air compressors, manlifts, light towers, fire fighting equipment, spray hose and diesel fuel as detailed in the invoices attached as Exhibit A, which are true and correct statements of he labor, materials, machinery and supplies furnished by Claimant.

6. The amount due, owing and unpaid to Claimant for such labor, materials, machinery and supplies is $22,348.00, which can be allocated among the three referenced mines as follows:

Tatum Strip Mine    –    $10,449.44

Beckville Strip Mine  –    $11,816.56

Oak Hill Strip Mine   -    $82.00

7. Claimant's mailing address is: P. O. Box 2290, Henderson, Texas 75653.

_____
Stanley D. Berry

State of Texas           :
                         :
County of Rusk:          :

Subscribed and sworn to before me by the said Stanley D. Berry on ___July 9___, 2014, who stated under oath that each statement in the foregoing is true and correct and as an authorized representative for said entity and in said capacity to certify which witness my hand and seal office.



NOTARY PUBLIC, STATE OF TEXAS

State of Texas           :
                         :
County of Rusk           :

Before me, the undersigned authority, on this day personally appeared __Stanley D Berry__ of Top Line Rental, LLC, known to me to be the person whose name is subscribed to the foregoing instrument, who, after being by me duly sworn acknowledged and stated that the said person executed the same for the purposes and consideration therein expressed, in the capacity therein stated, and as the act and deed of said entity.

Given under my hand and seal of office, on ___July 9___, 2014.



NOTARY PUBLIC, STATE OF TEXAS

AFTER RECORDING RETURN TO:

Patrick H. Autry
Branscomb PC
711 Navarro Street, Suite 500
San Antonio, Texas  78205

Doc 184422   Bk OR   Vol 1787   Pg 578

# EXHIBIT A - INVOICES

Remit To:

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

Doc 184422    Bk OR    Vol 1787    Pg 579

# Invoice

| Continued | Invoice# |
|---|---|
| 3/4/2014 | 6454A |

Bill to:    Customer #: 136

**Luminant Mining - Tatum**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:    Ordered by to Clint Hayes
PO #:    88774

Date Out    2/3/2014

| Terms | Aging Date |
|---|---|
| On Account | 3/4/2014 |

Fold Here ... Fold Here

**Ordered By:** Clint Hayes

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | AC185-101 | Air Compressor, 185 CFM | HOP043498 | Billed To | 27.9 Days / 671 Hrs | $1,260.00 |
|  | Meter Out: 18.7 | | | | | |
|  | 4Hrs $75.00  1day $105.00  1week $420.00  4weeks $1,260.00 | | | | | |

Total for $1,260.00

Deliver to tatum mines

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: |  | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $1,260.00 | $0.00 |  | $0.00 | $0.00 |

## 90+ Days aged

| Total Amount: | $1,260.00 |  | Total Paid | $0.00 | Total Due | $1,260.00 |
|---|---|---|---|---|---|---|
|  | 903-657-2232 Phone | | | 903-657-2208 Fax | | |

Printed On Mon 6/16/2014 1:22:37PM    Software by Point-of-Rental Systems  www.point-of-rental.com    Modification # 4
Contract-Params.rpt (10)

**Remit To:**

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Continued | Invoice# |
|---|---|
| 3/11/2014 | 6306B |

Bill to:    Customer #:  136

**Luminant Mining - Tatum**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:   Ordered by Clint Hayes
PO #:        84421

Date Out     2/6/2014

| Terms | Aging Date |
|---|---|
| On Account | 3/11/2014 |

. Fold Here .                                           . Fold Here .

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | ML45A-101 | Manlift JLG 450AJ (45ft. articulating) | 0300175393 | Billed To | 28 Days / 672 Hrs | $2,475.00 |
|   | Meter Out: 135.8 | | | | | |
|   | 1day $290.00  1week $870.00  4weeks $2,600.00 | | | | | |

Total for  $2,475.00

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $2,475.00 | $0.00 | | $0.00 | $0.00 |

## 90+ Days aged

| Total Amount: | $2,475.00 | | Total Paid | $0.00 | Total Due | $2,475.00 |
|---|---|---|---|---|---|---|
| 903-657-2232 Phone | | | | 903-657-2208 Fax | | |

Printed On Mon 6/16/2014 1:23:11PM       Software by Point-of-Rental Systems  www.point-of-rental.com       Modification #    2
                                                                                                            Contract-Params.rpt (10)

Remit To:

**TOP LINE RENTAL, LLC**
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|---|---|
| 3/20/2014 | 6454B |

Bill to:   Customer #: 136

**Luminant Mining - Tatum**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:   Ordered by to Clint Hayes
PO #:   88774

Date Out   3/3/2014

| Terms | Aging Date |
|---|---|
| On Account | 3/20/2014 |

Fold Here                         Fold Here

**Ordered By:** Clint Hayes

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | AC185-101 | Air Compressor, 185 CFM | HOP043498 | Returned | 16.0 Days / 385 Hrs | $1,145.67 |
|  | Meter Out: 18.7 | Meter In: 338.6  Total hours on meter: 319.9 |  |  |  |  |
|  | 4Hrs $75.00  1day $105.00  1week $420.00  4weeks $1,260.00 |  |  |  |  |  |
| 7.20 | Diesel off road | Off road Diesel (Per Gallon) |  | Pulled |  | $37.80 |

**Total for $1,183.47**

Deliver to tatum mines

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: |  | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $1,183.47 | $0.00 |  | $0.00 | $0.00 |

## 60+ Days aged

| Total Amount: | $1,183.47 |  | Total Paid | $0.00 | Total Due | $1,183.47 |
|---|---|---|---|---|---|---|
|  | 903-657-2232 Phone |  |  | 903-657-2208 Fax |  |  |

Printed On Mon 6/16/2014 1:23:33PM          Software by Point-of-Rental Systems  www.point-of-rental.com          Modification #   5
Contract-Params.rpt (10)

| Doc | Bk | Vol | Pg |
|---|---|---|---|
| 184422 | OR | 1787 | 582 |

**Remit To:**

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|---|---|
| 3/25/2014 | 6306C |

**Bill to:**   **Customer #:** 136

**Luminant Mining - Tatum**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

**Job Descr:** Ordered by Clint Hayes
**PO #:** 84421

**Date Out** 3/6/2014

| Terms | Aging Date |
|---|---|
| On Account | 3/25/2014 |

Fold Here                                                Fold Here

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | ML45A-101 | Manlift JLG 450AJ (45ft. articulating) | 0300175393 | Returned | 18.0 Days / 434 Hrs | $2,600.00 |
| | Meter Out: 135.8 | Meter In: 218.7  Total hours on meter: 82.9 | | | | |
| | 1day $290.00  1week $870.00  4weeks $2,600.00 | | | | | |
| 1 | | speed control knob | | Pulled | | $16.99 |
| 1 | | Shop Labor Charge, Per Hour | | Pulled | | $75.00 |
| | Labor to replace knob & cleanup fee | | | | | |
| 4.60 | Diesel off road | Off road Diesel (Per Gallon) | | Pulled | | $24.15 |

**Total for $2,716.14**

## Pickup

**Pickup Date:** Mon 3/24/2014  11:02AM
**Delivery Notes:**

**Contact:** Clint Hayes
**Phone:** 903-253-9440

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $2,716.14 | $0.00 | | $0.00 | $0.00 |

## 60+ Days aged

| Total Amount: | $2,716.14 | | Total Paid | $0.00 | Total Due | $2,716.14 |
|---|---|---|---|---|---|---|
| 903-657-2232 Phone | | | 903-657-2208 Fax | | | |

Printed On Mon 6/16/2014 1:23:54PM        Software by Point-of-Rental Systems  www.point-of-rental.com        Modification # 5
Contract-Params.rpt (10)

Remit To:

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|---|---|
| 3/25/2014 | 7021 |

Bill to:    Customer #: 136

**Luminant Mining - Tatum**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:    Ordered by Clint
PO #:    109360

Date Out    3/17/2014

| Terms | Aging Date |
|---|---|
| On Account | 3/25/2014 |

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | MWT500-101 | Magnum 500 Gallon FireFighting W | 1308785 | Returned | 7.1 Days / 171 Hrs | $608.25 |
|  |  | 1day $135.00  1week $540.00  4weeks $1,620.00 |  |  |  |  |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |  | Returned | 7.1 Days / 171 Hrs | $23.65 |
|  |  | 1day $7.00  1week $21.00  4weeks $63.00 |  |  |  |  |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |  | Returned | 7.1 Days / 171 Hrs | $23.65 |
|  |  | 1day $7.00  1week $21.00  4weeks $63.00 |  |  |  |  |
| 1 | PWT-101 | Pressure Washer SteamCleaner Tra | 5UTBU1220DM000614 | Returned | 7.1 Days / 171 Hrs | $630.78 |
|  |  | Meter Out: 43.0     Meter In: 46.0   Total hours on meter: 3.0 |  |  |  |  |
|  |  | 4Hrs $100.00  1day $150.00  1week $560.00  4weeks $1,680.00 |  |  |  |  |
| 1 | LITW-104 | Magnum Light Tower MLT3060 | 5AJLS1412DB302593 | Returned | 7.1 Days / 171 Hrs | $480.00 |
|  |  | Meter Out: 921.6     Meter In: 948.0   Total hours on meter: 26.4 |  |  |  |  |
|  |  | 1day $60.00 |  |  |  |  |
| 1 | LITW-101 | Magnum Light Tower MLT3060 | 5AJLS1416DB302595 | Returned | 7.1 Days / 171 Hrs | $480.00 |
|  |  | Meter Out: 904.9     Meter In: 947.9   Total hours on meter: 43.0 |  |  |  |  |
|  |  | 1day $60.00 |  |  |  |  |
| 1 |  | Delivery Tatum, TX |  | Sold |  | $65.00 |
|  |  | Delivery of Water Trailer |  |  |  |  |
| 1 |  | Pickup Tatum, TX |  | Sold |  | $65.00 |
|  |  | Pickup of Water Trailer |  |  |  |  |
| 1 |  | Delivery Tatum, TX |  | Sold |  | $65.00 |
|  |  | Delivery of Pressure Washer |  |  |  |  |
| 1 |  | Pickup Tatum, TX |  | Sold |  | $65.00 |
|  |  | Pickup of Pressure Washer |  |  |  |  |
| 1 |  | Delivery Tatum, TX |  | Sold |  | $65.00 |
|  |  | Delivery of Light Plants |  |  |  |  |
| 1 |  | Pickup Tatum, TX |  | Sold |  | $65.00 |
|  |  | Pickup of Light Plants |  |  |  |  |
| 34 | Diesel off road | Off road Diesel (Per Gallon) |  | Pulled |  | $178.50 |
|  |  | Diesel for Light plants |  |  |  |  |

Total for $2,814.83

## Delivery and Pickup

**Delivery :** Mon 3/17/2014  7:00AM
**Pickup Date:** Mon 3/24/2014  11:02AM
**Used at Address:** P.O. Box 1359 ; Tatum, TX 75691
**Delivery Notes:**

**Contact:** Clint Hayes
**Phone:** 903-658-4465

## Please pay from this invoice.

Printed On Mon 6/16/2014  1:25:12PM        Software by Point-of-Rental Systems  www.point-of-rental.com        Modification #    6
                                                                                                                Contract-Params.rpt (10)

Doc 184422   Bk OR   Vol 1787   Pg 584

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $2,814.83 | $0.00 | | $0.00 | $0.00 |

## 60+ Days aged

| Total Amount: | $2,814.83 | | Total Paid | $0.00 | Total Due | $2,814.83 |
|---|---|---|---|---|---|---|
| 903-657-2232 Phone | | | 903-657-2208 Fax | | | |

Printed On Mon 6/16/2014  1:25:11PM     Software by Point-of-Rental Systems  www.point-of-rental.com     Modification #    6
Contract-Params.rpt (10)

**Remit To:**

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|---|---|
| 3/13/2014 | 6873 |

**Bill to:**   Customer #:  61

**Luminant Mining-Beckville**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:   Ordered by Jeff Barden
PO #:   104583

Date Out   2/26/2014

| Terms | Aging Date |
|---|---|
| On Account | 3/13/2014 |

Fold Here                                                          Fold Here

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | | Delivery Beckville, TX | | Sold | | $62.50 |
| 1 | | Pickup Beckville, TX | | Sold | | $62.50 |
| 1 | ML66-102 | Manlift JLG 660SJ (66ft) | 0300182494 | Returned | 23.1 Days / 555 Hrs | $3,310.00 |
| | Meter Out: 39.8   Meter In: 178.8   Total hours on meter: 139.0 | | | | | |
| | 1day $370.00  1week $1,100.00  4weeks $3,310.00 | | | | | |
| 1 | | Texas Heavy Equipment Tax | | Pulled | | $6.30 |
| 1 | | cleaning charg | | Pulled | | $25.00 |

Total for  **$3,466.30**

## Delivery

**Delivery :** Wed 2/26/2014  8:00AM              **Contact:**
                                                  **Phone:**
**Used at Address:**  P.O. Box 1359 ; Tatum, TX 75691
**Delivery Notes:**

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $3,466.30 | $0.00 | | $0.00 | $0.00 |

## 90+ Days aged

| Total Amount: | $3,466.30 | | Total Paid | $0.00 | Total Due | $3,466.30 |
|---|---|---|---|---|---|---|
| 903-657-2232 Phone | | | 903-657-2208 Fax | | | |

Printed On Mon 6/16/2014 1:25:34PM       Software by Point-of-Rental Systems  www.point-of-rental.com       Modification #   4
                                                                                                           Contract-Params.rpt (10)

184422   OR   1787   586

**Remit To:**

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|---|---|
| 3/14/2014 | 6724 |

**Bill to:**   Customer #: 61

**Luminant Mining-Beckville**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:    Ordered by Jeff
PO #:    99551

Date Out    2/12/2014

| Terms | Aging Date |
|---|---|
| On Account | 3/14/2014 |

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | LITW-101 | Magnum Light Tower MLT3060 | 5AJLS1416DB302595 | Returned | 29 Days / 696 Hrs | $1,740.00 |
|  | Meter Out: 641.9 | Meter In: 904.9  Total hours on meter: 263.0 | | | | |
|  | 1day $60.00 | | | | | |
| 1 | LITW-104 | Magnum Light Tower MLT3060 | 5AJLS1412DB302593 | Returned | 29 Days / 696 Hrs | $1,740.00 |
|  | Meter Out: 665.7 | Meter In: 921.6  Total hours on meter: 255.9 | | | | |
|  | 1day $60.00 | | | | | |
| 1 | | Delivery Beckville, TX | | Sold | | $62.50 |
| 1 | | Pickup Beckville, TX | | Sold | | $62.50 |
| 16 | Diesel off road | Off road Diesel (Per Gallon) | | Pulled | | $84.00 |
|  | Diesel for Light Plant #101 | | | | | |
| 16 | Diesel off road | Off road Diesel (Per Gallon) | | Pulled | | $84.00 |
|  | Diesel for Light Plant #104 | | | | | |
| 1 | | Cleaning Charge | | Pulled | | $25.00 |
|  | Cleaning of Lightplant #101 | | | | | |
| 1 | | Cleaning Charge | | Pulled | | $25.00 |
|  | Cleaning of Lightplant #104 | | | | | |

**Total for  $3,823.00**

## Delivery

Delivery:  Wed 2/12/2014  12:45PM

Used at Address:  P.O. Box 1359 ; Tatum, TX 75691
Delivery Notes:

**Contact:** Jeff Barden
**Phone:** 903-508-5521

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $3,823.00 | $0.00 | | $0.00 | $0.00 |

## 90+ Days aged

| Total Amount: | $3,823.00 | | Total Paid | $0.00 | Total Due | $3,823.00 |
|---|---|---|---|---|---|---|
| | 903-657-2232 Phone | | | 903-657-2208 Fax | | |

Printed On Mon 6/16/2014 1:25:55PM    Software by Point-of-Rental Systems  www.point-of-rental.com    Modification #    4
Contract-Params.rpt (10)

**Remit To:**

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

Doc 184422   Bk OR   Vol 1787   Pg 587

# Invoice

| Closed | Invoice# |
|---|---|
| 3/15/2014 | 6711 |

**Bill to:**    Customer #: 61

Luminant Mining-Beckville
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:  Ordered by Jeff
PO #:  99501

Date Out   2/12/2014

| Terms | Aging Date |
|---|---|
| On Account | 3/15/2014 |

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | MWT500-101 | Magnum 500 Gallon FireFighting W | 1308785 | Returned | 28.9 Days / 695 Hrs | $1,755.00 |
|  |  | 1day $135.00  1week $540.00  4weeks $1,620.00 |  |  |  |  |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |  | Returned | 28.9 Days / 695 Hrs | $68.25 |
|  |  | 1day $7.00  1week $21.00  4weeks $63.00 |  |  |  |  |
| 1 |  | Delivery Beckville, TX |  | Sold |  | $62.50 |
| 1 |  | Pickup Beckville, TX |  | Sold |  | $62.50 |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |  | Returned | 28.9 Days / 695 Hrs | $68.25 |
|  |  | 1day $7.00  1week $21.00  4weeks $63.00 |  |  |  |  |
| 1 |  | Valve Handle |  | Pulled |  | $10.00 |
| 1 |  | Garden Nozzle |  | Pulled |  | $5.00 |
| 1 |  | Water hose end |  | Pulled |  | $5.00 |
| 1 |  | Cleaning Charge |  | Pulled |  | $25.00 |

Total for  $2,061.50

## Delivery

Delivery :  Wed 2/12/2014 11:57AM             Contact: Jeff Barton
                                              Phone:
Used at Address:  P.O. Box 1359 ; Tatum, TX 75691
Delivery Notes:

### Please pay from this invoice.

| Rental and Sales: | Misc Charges: |  | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $2,061.50 | $0.00 |  | $0.00 | $0.00 |

### 90+ Days aged

| Total Amount: | $2,061.50 |  | Total Paid | $0.00 | Total Due | $2,061.50 |
|---|---|---|---|---|---|---|
|  903-657-2232 Phone ||| 903-657-2208 Fax ||||

Printed On Mon 6/16/2014 1:27:07PM    Software by Point-of-Rental Systems   www.point-of-rental.com

Modification #   5
Contract-Params.rpt (10)

**Remit To:**

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|---|---|
| 4/2/2014 | 7153 |

**Bill to:**      **Customer #:** 61

**Luminant Mining-Beckville**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:    Ordered by Jeff
PO #:    112752

Date Out    3/27/2014

| Terms | Aging Date |
|---|---|
| On Account | 4/2/2014 |

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | MWT500-101 | Magnum 500 Gallon FireFighting W | 1308785 | Returned | 1.9 Days / 46 Hrs | $270.00 |
|   |   | 1day $135.00  1week $540.00  4weeks $1,620.00 |   |   |   |   |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |   | Returned | 1.9 Days / 46 Hrs | $14.00 |
|   |   | 1day $7.00  1week $21.00  4weeks $63.00 |   |   |   |   |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |   | Returned | 1.9 Days / 46 Hrs | $14.00 |
|   |   | 1day $7.00  1week $21.00  4weeks $63.00 |   |   |   |   |
| 1 |   | Delivery Beckville, TX |   | Pulled |   | $75.00 |
| 1 |   | Pickup Beckville, TX |   | Pulled |   | $75.00 |

**Total for $448.00**

## Delivery

Delivery: Thu 3/27/2014  2:26PM

**Contact:** Jeff Barton
**Phone:** 903-646-4746

Used at Address: P.O. Box 1359 ; Tatum, TX 75691
Delivery Notes:

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: |  | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $448.00 | $0.00 |  | $0.00 | $0.00 |

## 60+ Days aged

| Total Amount: | $448.00 |  | Total Paid | $0.00 | Total Due | $448.00 |
|---|---|---|---|---|---|---|
|  | 903-657-2232 Phone |  |  | 903-657-2208 Fax |  |  |

Printed On Mon 6/16/2014 1:27:27PM     Software by Point-of-Rental Systems  www.point-of-rental.com     Modification #  4
Contract-Params.rpt (10)

**Remit To:**

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|---|---|
| 4/9/2014 | 7246 |

**Bill to:**  Customer #: 61

**Luminant Mining-Beckville**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:   Ordered by Jeff
PO #:        115137

Date Out     4/7/2014

| Terms | Aging Date |
|---|---|
| On Account | 4/9/2014 |

Fold Here.                                        Fold Here

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | MWT500-101 | Magnum 500 Gallon FireFighting W | 1308785 | Returned | 0.9 Days / 23 Hrs | $135.00 |
|   |   | 1day $135.00  1week $540.00  4weeks $1,620.00 |   |   |   |   |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |   | Returned | 0.9 Days / 23 Hrs | $7.00 |
|   |   | 1day $7.00  1week $21.00  4weeks $63.00 |   |   |   |   |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |   | Returned | 0.9 Days / 23 Hrs | $7.00 |
|   |   | 1day $7.00  1week $21.00  4weeks $63.00 |   |   |   |   |
| 1 |   | Delivery Beckville, TX |   | Pulled |   | $75.00 |
| 1 |   | Pickup Beckville, TX |   | Pulled |   | $75.00 |

**Total for $299.00**

## Delivery and Pickup

**Delivery :** Mon 4/ 7/2014  7:01AM
**Pickup Date:** Tue 4/ 8/2014  7:00AM
**Used at Address:** P.O. Box 1359 ; Tatum, TX 75691
**Delivery Notes:**

**Contact:** Jeff Barden
**Phone:**

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: |  | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $299.00 | $0.00 |  | $0.00 | $0.00 |

## 60+ Days aged

| Total Amount: | $299.00 |  | Total Paid | $0.00 | Total Due | $299.00 |
|---|---|---|---|---|---|---|
|   | 903-657-2232 Phone |  |  | 903-657-2208 Fax |  |  |

Printed On Mon 6/16/2014 1:27:45PM    Software by Point-of-Rental Systems  www.point-of-rental.com    Modification #  4
Contract-Params.rpt (10)

| Doc | Bk | Vol | Pg |
|---|---|---|---|
| 184422 | OR | 1787 | 590 |

**Remit To:**

TOP LINE RENTAL, LLC
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|---|---|
| 4/23/2014 | 7270 |

**Bill to:**    Customer #:   61

**Luminant Mining-Beckville**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:   Ordered by Jeff
PO #:   116945

Date Out   4/11/2014

| Terms | Aging Date |
|---|---|
| On Account | 4/23/2014 |

Fold Here    Fold Here

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | MWT500-101 | Magnum 500 Gallon FireFighting W | 1308785 | Returned | 6.1 Days / 148 Hrs | $540.00 |
|   |   | 1day $135.00  1week $540.00  4weeks $1,620.00 |   |   |   |   |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |   | Returned | 6.1 Days / 148 Hrs | $21.00 |
|   |   | 1day $7.00  1week $21.00  4weeks $63.00 |   |   |   |   |
| 1 | 98138047 | 2" x 50' Spray Hose Cam & Groove |   | Returned | 6.1 Days / 148 Hrs | $21.00 |
|   |   | 1day $7.00  1week $21.00  4weeks $63.00 |   |   |   |   |
| 1 |   | Cleaning charge |   | Pulled |   | $50.00 |

**Total for  $632.00**

## Pickup

**Pickup Date:** Thu 4/17/2014  2:09PM
**Used at Address:** P.O. Box 1359 ; Tatum, TX 75691
**Delivery Notes:**

**Contact:**
**Phone:**

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: |  | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $632.00 | $0.00 |  | $0.00 | $0.00 |

## 30+ Days aged

| Total Amount: | $632.00 |  | Total Paid | $0.00 | Total Due | $632.00 |
|---|---|---|---|---|---|---|
|  | 903-657-2232 Phone |  |  | 903-657-2208 Fax |  |  |

Printed On Mon 6/16/2014  1:28:04PM          Software by Point-of-Rental Systems  www.point-of-rental.com          Modification #    5
Contract-Params.rpt (10)

Doc# 184422  BK OR 1787 VOL 591 PG 99

Remit To:

**TOP LINE RENTAL, LLC**
P.O. Box 2290
Henderson, TX 75653
www.toplinerental.com

# Invoice

| Closed | Invoice# |
|---|---|
| 3/15/2014 | 7040 |

Bill to:   Customer #: 137

**Luminant Mining-Oak Hill**
Luminant Mining Co LLC
Accounts Payable
P.O. Box 20
Dallas, TX 75221

Job Descr:   ordered by Oakhill mind
PO #:   106486

Date Out   3/15/2014

| Terms | Aging Date |
|---|---|
| On Account | 3/15/2014 |

Fold Here                                                    Fold Here

| Qty | Part# | Items | Ser# | Status | Days/Hrs Out | Price |
|---|---|---|---|---|---|---|
| 1 | | Weldment | | Pulled | | $10.00 |
| 1 | | Jack | | Pulled | | $47.00 |
| 1 | | shipping | | Pulled | | $17.00 |
| 1 | | handling | | Pulled | | $8.00 |

Total for $82.00

## Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | Damage Waiver | 8.25% Sales Tax: |
|---|---|---|---|---|
| $82.00 | $0.00 | | $0.00 | $0.00 |

## 90+ Days aged

| Total Amount: | $82.00 | | Total Paid | $0.00 | Total Due | $82.00 |
|---|---|---|---|---|---|---|
| | 903-657-2232 Phone | | | 903-657-2208 Fax | | |

Printed On Mon 6/16/2014 1:28:32PM     Software by Point-of-Rental Systems  www.point-of-rental.com     Modification #   1
Contract-Params.rpt (10)

Doc 184422   Bk OR   Vol 1787   Pg 592

STATE OF TEXAS                    COUNTY OF PANOLA     FILED FOR RECORD
I hereby certify that this instrument was filed on
the date and time stamped hereon   by me and           Jul 15,2014 01:09P
was duly recorded  in the volume  and page of the
named  records of PANOLA County, Texas  as stamped     CLARA JONES, COUNTY CLERK
hereon by me.           OFFICIAL PUBLIC RECORDS        PANOLA COUNTY, TEXAS

        Jul 15,2014 01:09P

CLARA JONES, COUNTY CLERK
BY: Teresa Endsley, Deputy
PANOLA COUNTY, TEXAS