CERTIFICATE OF SERVICE

      The undersigned certified that on July 10, 2015, a true and correct copy of the foregoing Notice of Perfection, Pursuant to 11 U.S.C. §546(b) was filed electronically with the court. Notice of this filing will be sent by email to all parties on the Master Service list.

**Service is made by U.S. Mail to the following:**
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, TX 75201
DALLAS-TX

**Service is made by facsimile to the following:**

Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
http://www.kirkland.com
Phone: (212) 446-4800
Fax: (212) 446-4900
Attn: Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz

Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654
http://www.kirkland.com
Phone: (312) 862-2000
Fax: (312) 862-2200
Attn: James H.M. Sprayregen, P.C.
Chad J. Husnick
Steven N. Serajeddini

Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
http://www.rlf.com
Phone: (302) 651-7700
Fax: (302) 651-7701
Attn: Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
Phone: (302) 573-6491
Fax: (302) 573-6497
Attn: Richard L. Schepacarter

Elizabeth Blakely
Polsinelli PC
900 Third Avenue
21st Floor
New York, NY 10022
212.684.0199
Fax : 212-684-0197
Email: eblakelypaquet@polsinelli.com

Justin K. Edelson
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
(302) 252-0920
Fax : (302) 252-0921
Email: jedelson@polsinelli.com

                                          /s/ *Rachel B. Mersky*_____
                                          Rachel B. Mersky (DE No. 2049)