BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
299 Park Avenue
New York, New York 10171
Telephone (212) 888-3033
Facsimile (212) 888-0255
Chester B. Salomon
csalomon@beckerglynn.com

*Attorneys for Securitas Security Services USA, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUMINANT GENERATION COMPANY LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11032 (CSS)<br><br>(Jointly Administered) |

**REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE OF**
**SECURITAS SECURITY SERVICES USA, INC.**

Securitas Security Services USA, Inc., on behalf of its employees ("Claimant"), by and through its undersigned counsel, hereby moves for consideration for allowance of the following priority request for payment of administrative expense in the Chapter 11 case of Luminant Generation Company LLC, Case No. 14-11032 (CSS) filed in the United States Bankruptcy Court for the District of Delaware on April 29, 2014 (the "Request").  In support of its Request, Claimant states as follows:

1.      This Request is based upon partially unpaid individual performance bonuses set under the Contract for Services dated as of December 22, 2008, modified and extended by seven Supplements (the "Contract"), and is entitled to priority under 11 U.S.C. § 507(a)(1) and, alternatively, 11 U.S.C. § 507(a)(4).

2.      Annexed hereto and incorporated in this Request as composite Exhibit A is the Contract.

3.      Supplement 3 to the Contract, entered into and effective as of January 1, 2012, by and between Luminant Generation Company LLC and Securitas Security Services USA, Inc., extended the term of the Contract and modified the Compensation Schedule. The modified Compensation Schedule describes the terms and criteria of a Performance Recognition Plan to be administered by the Claimant and funded by the Debtor (the "PRP"). *See* Exhibit A, Supplement 3 § V. According to the Supplement, a cash award will be paid based on certain metrics of "superior" employee performance by the following procedure: "If goals are obtained, the award of the PRP will be paid to the employees, in a lump sum amount and reimbursed to [Claimant] upon submittal of invoice and approval of the [Debtor] Group personnel. All PRP funds will be distributed to [Claimant] employees and shall not be retained by [Claimant]." *Id.*

4.      Under the Contract, Claimant submitted an invoice (Invoice No. W468590) for $110,831.60 to fund the PRP. On January 30, 2015, Debtor paid $75,001.11, failing to pay the performance bonuses accrued in 2014 before the filing of their Chapter 11 Petition. Claimant is still owed the remainder: $35,830.49. This award, which is to be distributed to Claimants' employees, has administrative priority under 11 U.S.C. § 507(a)(1) because it was not payable before the end of 2014, or, alternatively, under 11 U.S.C. § 507(a)(4)(A) as compensation earned by Claimant's employees within 180 days in advance of the filing of the Petition.

5.       In its List of largest creditors filed on April 29, 2014, Claimant was identified by its parent company as one of the combined debtors' largest creditors.  Luminant's Schedule G filed on June 30, 2014 identified Claimant as a counterparty to one of its executory contracts.  In Luminant's Schedule F filed on June 30, 2014, Claimant was scheduled as an unsecured nonpriority creditor. On October 10, 2014, Claimant filed a general, unsecured proof of claim based on unpaid invoices for services performed under the Contract, designated Claim No. 5102.

2

6.      This Request is filed in addition to the previously filed general claim.

7.      In December 2013 Claimant and its affiliate, Securitas Critical Infrastructure

Services, Inc. ("SCIS"), restructured the delivery of services under the Contract.  Since early

2014 billings and payments on the Contract have been made by and to SCIS.

WHEREFORE, Claimant requests that the Debtor pay the remaining $35,830.49 of the

invoice for the Claimant's employees' performance bonuses to SCIS.

Dated: New York, New York
       July 10, 2015

BECKER, GLYNN, MUFFLY,
 CHASSIN & HOSINSKI LLP

By: */s/ Chester B. Salomon*
    Chester B. Salomon
    299 Park Avenue, 16th Floor
    New York, NY  10171
    (212) 888-3033
    csalomon@beckerglynn.com
    *Attorneys for Securitas Security*
    *Services USA, Inc.*