# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### ORDER SUSTAINING DEBTORS'
### NINETEENTH OMNIBUS (NON-SUBSTANTIVE)
### OBJECTION TO (INSUFFICIENT DOCUMENTATION,
### AMENDED, AND WRONG DEBTOR) CLAIMS PURSUANT
### TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
### RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing or reassigning, as appropriate, the claims set forth on **Exhibit 1**, **Exhibit 2**, and **Exhibit 3** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.  The Objection is sustained as set forth herein.

2.  The Insufficient Documentation Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3.  The Amended Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.  The Wrong Debtor Claims set forth on the attached **Exhibit 3** are hereby reassigned to the applicable Debtor identified in the column entitled "Modified Debtor" in **Exhibit 3**, attached hereto.

5.  The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

6.  Nothing set forth herein shall affect the parties' rights with respect to (a) those claims identified as "Remaining Claims" on **Exhibit 2**, and (b) the reclassification of the Wrong Debtor Claims to the applicable Debtor identified in the column entitled "Modified Debtor" in **Exhibit 3**, each as attached hereto, and the parties' rights with respect to such "Remaining Claims" and reclassification of Wrong Debtor Claims are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules, provided, however, that

the Debtors will not object to the Remaining Claims numbers 10059, 10077, and 10079 on the basis that they were not timely filed.

7.  Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

8.  Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

10. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015  
Wilmington, Delaware  

_____  
THE HONORABLE CHRISTOPHER S. SONTCHI  
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

**ENERGY FUTURE HOLDINGS CORP., et al**

**NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims**

|   | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BORJAS, ISIDRO<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/13/2015 | 10073 | $4,305.35 | Insufficient Documentation Claim |
| 2 | CASTANEDA, MANUEL C<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 05/27/2014 | 381 | $5,550.00 | Insufficient Documentation Claim |
| 3 | DON DIEGO-ALVARADO, LUPE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/11/2014 | 3037 | $1,800.00 | Insufficient Documentation Claim |
| 4 | KRUG, RICHARD<br>ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1333 | $10,101.42 | Insufficient Documentation Claim |
| 5 | LEWIS, MELISSA C<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9698 | $5,000.00* | Insufficient Documentation Claim |
| 6 | LYON, ANNE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/18/2014 | 9863 | $507.00 | Insufficient Documentation Claim |
| 7 | MCELWRATH, BILLY<br>DBA DAC<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 956 | $2,400.00 | Insufficient Documentation Claim |
| 8 | ROBERSON, ALMA<br>ADDRESS ON FILE | | No Debtor Asserted | 07/16/2014 | 3237 | $2,546.88 | Insufficient Documentation Claim |
| 9 | USELTON, GINA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/28/2015 | 10076 | Undetermined* | Insufficient Documentation Claim |
|   |   |   |   |   | TOTAL | $32,210.65* |   |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2 to EXHIBIT A

**Amended Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | JANI KING OF DALLAS 4535 SUNBELT DR STE A ADDISON, TX 75001-5205 TRANSFERRED TO: VENDOR RECOVERY FUND IV LLC TRANSFEROR: JANI KING OF DALLAS C/O DRUM CAPITAL MANAGEMENT 4 STAMFORD PLAZA STAMFORD, CT 03902 | 05/30/2014 | 14-10979 (CSS) | 688 | $18,244.87 | VENDOR RECOVERY FUND IV ASSIGNEE OF JANI KING OF DALLAS C/O DRUM CAPITAL MANAGEMENT 4 STAMFORD PLAZA STAMFORD, CT 06902 | 06/15/2015 | 14-11032 (CSS) | 10077 | $18,244.87 | Amended and superseded claim |
| 2 | TELECOM ELECTRIC SUPPLY CO PO BOX 860307 PLANO, TX 75086-0307 | 10/27/2014 | | 7892 | $40,389.76 | TELECOM ELECTRIC SUPPLY COMPANY P.O. BOX 860307 PLANO, TX 75086-0307 | 06/18/2015 | 14-10979 (CSS) | 10079 | $48,576.74 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 | UNITED STATES OF AMERICA O/B/O US EPA C/O US DOJ, ENVIRONMENTAL ENFORCEMENT ATTN: ANNA GRACE PO BOX 7611 WASHINGTON, DC 20044-7611 | 12/08/2014 | 14-11005 (CSS) | 9904 | $5,250,000.00* | UNITED STATES OF AMERICA O/B/O US EPA C/O US DOJ, ENVIRONMENTAL ENFORCEMENT ATTN: ANNA GRACE P.O. BOX 7611 WASHINGTON, DC 20044-7611 | 05/01/2015 | 14-11005 (CSS) | 10059 | $23,153,204.00* | Amended and superseded claim |
| | | | TOTAL | | $5,308,634.63* | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT 3** to **EXHIBIT A**

**Wrong Debtor Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BABCOCK & WILCOX POWER GENERATION GROUP ATTN: JENNIFER SCHREIBER 20 SOUTH VAN BUREN AVE BARBERTON, OH 44203 TRANSFERRED TO: TANNOR PARTNERS CREDIT FUND, LP TRANSFEROR: BABCOCK & WILCOX POWER GENERATION GROUP; ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS, NY 10601 | 751 | Luminant Generation Company LLC | 503(b)(9) | $49,102.41 | Luminant Generation Company LLC | 503(b)(9) | $4,110.00 |
| | | | Luminant Generation Company LLC | Unsecured | $39,063.00 | Oak Grove Management Company LLC | 503(b)(9) | $44,992.41 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $39,063.00 |
| | | | | Subtotal | $88,165.41 | | Subtotal | $88,165.41 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | BURFORD & RYBURN, LLP ATTN: JEB LOVELESS 500 N. AKARD STE 3100 DALLAS, TX 75201 | 5981 | EECI, Inc. | Unsecured | $440.00 | LSGT Gas Company LLC | Unsecured | $440.00 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

# ENERGY FUTURE HOLDINGS CORP., et al.

## NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BURFORD & RYBURN, LLP<br>ATTN: JEB LOVELESS<br>500 N. AKARD STE 3100<br>DALLAS, TX 75201 | 5982 | Luminant Generation Company LLC | Unsecured | $2,450.90 | Luminant Energy Company LLC | Unsecured | $2,100.90 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $350.00 |
| | | | | | | Subtotal | | $2,450.90 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | CAPCORP<br>PO BOX 540757<br>DALLAS, TX 75354-0757 | 9857 | Luminant Mining Company LLC | Unsecured | $1,900.00 | Oak Grove Management Company LLC | Unsecured | $1,900.00 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | CENTURYTEL OF LAKE DALLAS, INC.<br>DBA CENTURYLINK<br>ATTN: BANKRUPTCY<br>1801 CALIFORNIA ST, RM 900<br>DENVER, CO 80202-265 | 3273 | Energy Future Holdings Corp. | Unsecured | $69.53 | EFH Corporate Services Company | Unsecured | $69.53 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | CITY OF FORT WORTH<br>ATTN: CHRIS MOSLEY<br>1000 THROCKMORTON ST<br>FORT WORTH, TX 76102 | 4222 | Energy Future Holdings Corp. | Unsecured | $143.00 | EFH Corporate Services Company | Unsecured | $143.00 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | CITY OF FORT WORTH<br>ATTN: CHRIS MOSLEY<br>1000 THROCKMORTON ST<br>FORT WORTH, TX 76102 | 4223 | Energy Future Holdings Corp. | Unsecured | $35.10 | EFH Corporate Services Company | Unsecured | $35.10 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | CLYDE BERGEMANN POWER GROUP AMERICAS INC<br>C/O GREENBERG TRAURIG, LLP<br>ATTN: JOHN D. ELROD<br>3333 PIEDMONT RD., NE, SUITE 2500<br>ATLANTA, GA 30305 | 7853 | Oak Grove Management Company LLC | 503(b)(9) | $2,779.86 | Luminant Generation Company LLC | 503(b)(9) | $2,275.61 |
| | | | Oak Grove Management Company LLC | Unsecured | $21,640.97 | Oak Grove Management Company LLC | 503(b)(9) | $504.25 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $21,640.97 |
| | | | | Subtotal | $24,420.83 | | Subtotal | $24,420.83 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4931 | Luminant Energy Company LLC | Unsecured | $708.83 | Luminant Generation Company LLC | Unsecured | $708.83 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4932 | Luminant Big Brown Mining Company LLC | 503(b)(9) | $436.55 | Luminant Mining Company LLC | 503(b)(9) | $436.55 |
| | | | Luminant Big Brown Mining Company LLC | Unsecured | $1,957.05 | Luminant Mining Company LLC | Unsecured | $1,957.05 |
| | | | | Subtotal | $2,393.60 | | Subtotal | $2,393.60 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

# ENERGY FUTURE HOLDINGS CORP., et al.

## NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4933 | Luminant Energy Company LLC | 503(b)(9) | $580.69 | Luminant Mining Company LLC | 503(b)(9) | $580.69 |
|   |   |   | Luminant Energy Company LLC | Unsecured | $2,599.93 | Luminant Generation Company LLC | Unsecured | $20.17 |
|   |   |   |   |   |   | Luminant Mining Company LLC | Unsecured | $2,579.76 |
|   |   |   |   | Subtotal | $3,180.62 |   | Subtotal | $3,180.62 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4934 | Luminant Energy Company LLC | 503(b)(9) | $3,965.47 | Luminant Mining Company LLC | 503(b)(9) | $3,965.47 |
|   |   |   | Luminant Energy Company LLC | Unsecured | $2,892.52 | Luminant Mining Company LLC | Unsecured | $2,892.52 |
|   |   |   |   | Subtotal | $6,857.99 |   | Subtotal | $6,857.99 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4935 | Luminant Energy Company LLC | 503(b)(9) | $476.05 | Luminant Mining Company LLC | 503(b)(9) | $476.05 |
|   |   |   | Luminant Energy Company LLC | Unsecured | $700.88 | Luminant Mining Company LLC | Unsecured | $700.88 |
|   |   |   |   | Subtotal | $1,176.93 |   | Subtotal | $1,176.93 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | HSC-HOPSON SERVICES COMPANY, INC. P.O. BOX 764857 DALLAS, TX 75376 | 3596 | Energy Future Holdings Corp. | Unsecured | $2,920.15 | EFH Corporate Services Company | Unsecured | $2,920.15 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 15 | HSC-HOPSON SERVICES COMPANY, INC. P.O. BOX 764857 DALLAS, TX 75376 | 3598 | Energy Future Holdings Corp. | Unsecured | $2,047.53 | EFH Corporate Services Company | Unsecured | $2,047.53 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 16 | INCISIVE SOFTWARE CORP 300 SANTANA ROW SUITE 200 SAN JOSE, CA 95128 | 4140 | Energy Future Holdings Corp. | Unsecured | $350.00 | EFH Corporate Services Company | Unsecured | $350.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 17 | INTERTEK AIM PO BOX 416482 BOSTON, MA 02241-6482 | 5438 | Oak Grove Management Company LLC | Unsecured | $2,000.00 | Luminant Generation Company LLC | Unsecured | $2,000.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 18 | INVENSYS SYSTEMS, INC. C/O HINCKLEY ALLEN ATTN: JENNIFER V. DORAN, ESQ. 28 STATE STREET BOSTON, MA 02109 | 4478 | Luminant Generation Company LLC | Unsecured | $10,517.94 | Oak Grove Management Company LLC | Unsecured | $10,517.94 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | LONESTAR GROUP CONSULTING SERVICES LLC<br>ATTN: FABIO FALANGA<br>2030 MAIN ST, SUITE 700<br>DALLAS, TX 75201 | 3599 | Energy Future Holdings Corp. | Unsecured | $165,906.09 | EFH Corporate Services Company | Unsecured | $165,906.09 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 20 | MICHAEL C. FINA CORPORATE SALES INC.<br>PO BOX 36208<br>NEWARK, NJ 07188-6208 | 7912 | Luminant Generation Company LLC | Unsecured | $16,975.45 | Luminant Generation Company LLC | Unsecured | $10,742.56 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $6,232.89 |
| | | | | | | | Subtotal | $16,975.45 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 21 | PRESTIGE INTERIORS CORPORATION<br>730 INDUSTRIAL BLVD.<br>SUGAR LAND, TX 77478-2888 | 2912 | Energy Future Holdings Corp. | Unsecured | $18,472.50 | EFH Corporate Services Company | Unsecured | $18,472.50 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 22 | SEALCO LLC<br>1751 INTERNATIONAL PKWY STE 115<br>RICHARDSON, TX 75081 | 3117 | Energy Future Holdings Corp. | Unsecured | $1,962.00 | EFH Corporate Services Company | Unsecured | $1,962.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | SHERMCO INDUSTRIES INC<br>2425 E PIONEER DR<br>IRVING, TX 75061-8919 | 929 | Luminant Energy Company LLC | Unsecured | $9,965.00 | Luminant Generation Company LLC | Unsecured | $9,965.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 24 | TRANE US INC<br>ATTN: PAUL KOLESAR<br>800-E BEATY STREET<br>DAVIDSON, NC 28036 | 8005 | Luminant Mining Company LLC | Unsecured | $7,602.81 | Oak Grove Management Company LLC | Unsecured | $7,602.81 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 25 | UNITED RENTALS (NORTH AMERICA), INC.<br>6125 LAKEVIEW RD STE 300<br>CHARLOTTE, NC 28269-2616 | 3782 | Luminant Energy Company LLC | Unsecured | $6,626.03 | Luminant Generation Company LLC | Unsecured | $6,626.03 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 26 | UNITED RENTALS (NORTH AMERICA), INC.<br>3200 HARBOR LANE N.<br>MINNEAPOLIS, MN 55447 | 3783 | Luminant Generation Company LLC | Unsecured | $23,449.92 | Oak Grove Management Company LLC | Unsecured | $23,449.92 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 27 | UNITED RENTALS (NORTH AMERICA), INC.<br>3200 HARBOR LANE N.<br>MINNEAPOLIS, MN 55447 | 3784 | Luminant Big Brown Mining Company LLC | Unsecured | $1,457.33 | Luminant Mining Company LLC | Unsecured | $1,457.33 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | UNITED RENTALS (NORTH AMERICA), INC. 3200 HARBOR LANE N. MINNEAPOLIS, MN 55447 | 3793 | Luminant Energy Company LLC | Unsecured | $13,222.15 | Luminant Mining Company LLC | Unsecured | $13,222.15 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 29 | UNITED RENTALS (NORTH AMERICA), INC. 3200 HARBOR LANE N. MINNEAPOLIS, MN 55447 | 3796 | Luminant Generation Company LLC | Unsecured | $16,699.22 | Luminant Generation Company LLC | Unsecured | $347.68 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $16,351.54 |
| | | | | | | Subtotal | | $16,699.22 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| | | | | TOTAL | $432,116.86 | | TOTAL | $432,116.86 |