# EXHIBIT A

## Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## ORDER SUSTAINING DEBTORS' TWENTIETH OMNIBUS (SUBSTANTIVE) OBJECTION TO (SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the Disputed Claims set forth on **Exhibit 1** and **Exhibit 2** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Substantive Duplicate Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3.      The No Liability Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

5.      Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **Exhibit 1**, attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

6.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this

Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

7.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015               _____
          Wilmington, Delaware          THE HONORABLE CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Substantive Duplicate Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | CUSTOM CAKES ATTN: CINDY SWILLEY 1209 BERKLEY DR GRAPEVINE, TX 76051 | 09/15/2014 | 14-10980 (CSS) | 4427 | $50.00 | SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR IT'S A PIECE OF CAKE 19772 MACARTHUR BLVD #200 IRVINE, CA 92612 | 06/02/2014 | 14-10989 (CSS) | 917 | $275.00 | Claimed invoice in claim to be disallowed appears to be the same as remaining claim. |
| 2 | CUSTOM CAKES C/O CINDY SWILLEY 1209 BERKLEY DR GRAPEVINE, TX 76051 | 09/15/2014 | 14-10997 (CSS) | 4428 | $225.00 | SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR IT'S A PIECE OF CAKE 19772 MACARTHUR BLVD #200 IRVINE, CA 92612 | 06/02/2014 | 14-10989 (CSS) | 917 | $275.00 | Claimed invoice in claim to be disallowed appears to be the same as remaining claim. |
| 3 | FFG ENTERPRISES INC 16691 CO RD 221 FORNEY, TX 75126 | 09/11/2014 | 14-11032 (CSS) | 4315 | $399.00* | ORTIZ, FELIPE ADDRESS ON FILE | 06/20/2014 | | 2317 | $3,325.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DEBTOR** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **DEBTOR** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 4  HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10979 (CSS) | 6073 | $4,772,964.03 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11023 (CSS) | 6072 | $4,772,964.03 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| | | | | | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10996 (CSS) | 6074 | $4,772,964.03 | |
| | | | | | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11032 (CSS) | 6075 | $4,772,964.03 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11042 (CSS) | 6076 | $4,772,964.03 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11023 (CSS) | 6072 | $4,772,964.03 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| | | | | | | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10996 (CSS) | 6074 | $4,772,964.03 | |
| | | | | | | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11032 (CSS) | 6075 | $4,772,964.03 | |
| 6 | KRAFT, RICHARD ADDRESS ON FILE | 06/17/2014 | | 2190 | $443,235.00 | KRAFT, RICHARD M. ADDRESS ON FILE | 07/21/2014 | 14-10997 (CSS) | 3255 | $394,745.00* | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 7 | KRAFT, RICHARD ADDRESS ON FILE | 09/22/2014 | | 4587 | $394,745.00 | KRAFT, RICHARD M. ADDRESS ON FILE | 07/21/2014 | 14-10997 (CSS) | 3255 | $394,745.00* | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| 8 | OLYMPIC WEAR LLC PO BOX 80402 SEATTLE, WA 98108 | 07/01/2014 | 14-10979 (CSS) | 2778 | $9,916.00 | OLYMPIC WEAR LLC PO BOX 80402 SEATTLE, WA 98108 | 07/01/2014 | 14-11032 (CSS) | 2779 | $9,916.00 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 | PIERCE PUMP COMPANY PO BOX 560727 DALLAS, TX 75356-0727 | 07/07/2014 | | 2910 | $72,303.21 | PIERCE PUMP COMPANY AN FCX PERFORMANCE COMPANY PO BOX 712465 CINCINNATI, OH 45271-2465 | 09/29/2014 | 14-11032 (CSS) | 4748 | $29,023.75 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | PIERCE PUMP COMPANY AN FCX PERFORMANCE COMPANY PO BOX 712465 CINCINNATI, OH 45271-2465 | 09/29/2014 | 14-11033 (CSS) | 4750 | $16,615.00 | |
| | | | | | | PIERCE PUMP COMPANY AN FCX PERFORMANCE COMPANY PO BOX 712465 CINCINNATI, OH 45271-2465 | 09/29/2014 | 14-11022 (CSS) | 4752 | $15,172.00 | |
| | | | | | | FCX PERFORMANCE INC DBA PIERCE PUMP 9010 JOHN W CARPENTER FRWY DALLAS, TX 75047 | 09/29/2014 | 14-11032 (CSS) | 4749 | $7,360.25 | |
| | | | | | | PIERCE PUMP COMPANY AN FCX PERFORMANCE COMPANY PO BOX 712465 CINCINNATI, OH 45271-2465 | 09/29/2014 | 14-11042 (CSS) | 4751 | $4,137.37 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 10 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | | 2961 | $23,753.90 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |
| 11 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | 14-10989 (CSS) | 2962 | $11,809.19 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 12 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | 14-10989 (CSS) | 2963 | $86,039.10 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |
| 13 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | | 2964 | $3,185.93 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **DEBTOR** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **DEBTOR** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 14 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | | 2965 | $28,152.85 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |
| 15 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | | 2966 | $14,991.04 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 16 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | 14-11042 (CSS) | 2967 | $9,848.52 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |
| 17 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | | 2968 | $94,427.34 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 18 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | | 2970 | $13,988.52 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |
| 19 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | | 2971 | $41,386.16 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DEBTOR** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **DEBTOR** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 20 REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | 14-10989 (CSS) | 2972 | $30,283.33 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |
| 21 RICE, MARIE ADDRESS ON FILE | 09/23/2014 | | 4630 | $16,000.00 | RICE, NETTIE ADDRESS ON FILE | 09/23/2014 | | 4629 | $16,000.00 | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| 22 SCHINDLER ELEVATOR CORPORATION 1530 TIMBERWOLF DRIVE HOLLAND, OH 43528 | 06/04/2014 | 14-10979 (CSS) | 1181 | $8,207.00 | SCHINDLER ELEVATOR CORP PO BOX 93050 CHICAGO, IL 60673-3050 | 09/12/2014 | 14-11032 (CSS) | 4348 | $8,207.00 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 23 | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11040 (CSS) | 4033 | $2,994.27 | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4031 | $2,994.27 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| 24 | SOMERVELL CO. WATER DIST. PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11047 (CSS) | 4034 | $2,994.27 | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4031 | $2,994.27 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| 25 | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-10996 (CSS) | 4035 | $2,994.27 | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4031 | $2,994.27 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DEBTOR | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 26 | TEAM INDUSTRIAL SERVICES, INC ATTN: WELDON EGGERT, A/R MANAGER 13131 DAIRY ASHFORD RD, SUITE 600 SUGAR LAND, TX 77478 | 10/30/2014 | 14-10979 (CSS) | 9701 | $374,992.89 | TEAM INDUSTRIAL SERVICES INC ATTN: WELDON EGGERT, A/R MANAGER 13131 DAIRY ASHFORD, SUITE 600 SUGAR LAND, TX 77478 | 10/23/2014 | 14-10979 (CSS) | 6307 | $374,992.89 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |

| | | | | |
|---|---|---|---|---|
| | | TOTAL | $11,232,849.85* | |

**<u>EXHIBIT 2</u>** to **<u>EXHIBIT A</u>**

**No Liability Claim**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADDISON, DEEMA ADDRESS ON FILE | | No Debtor Asserted | 09/10/2014 | 4294 | Undetermined* | No liability owed to claimant on account of the agreement cited in claimant's proof of claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 2 | ALEXANDER, FRANK ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/28/2014 | 603 | $30,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 3 | BARNES-BOLDEN, ASHONKA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/21/2014 | 5752 | $360.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit, plus interest, was credited to claimant's account on a final invoice dated February 12, 2014. |
| 4 | BILL A RICKER DDS ADDRESS ON FILE | | No Debtor Asserted | 07/02/2014 | 2787 | $916.12 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | CANTRELL, FRANK D ADDRESS ON FILE | | No Debtor Asserted | 05/29/2014 | 777 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 6 | CHEATHAM, STEFAN ADDRESS ON FILE | | No Debtor Asserted | 09/10/2014 | 4290 | $839.50 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Employees forfeit their right to receive commissions if they resign or are terminated (with or without cause) prior to payment of the commissions. |
| 7 | CHEHATI, MALIK ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/11/2014 | 3612 | $4,650.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | CHRISTIAN, BRANDY ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 04/24/2015 | 10058 | $262.88 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant is asserting a claim in connection with TXU Energy's Total Satisfaction Guarantee, which allows customers to switch service plans or providers without an early cancellation fee in certain circumstances, however customers are still liable for the billed amount. |
| 9 | CITY OF DALLAS - CITY ATTORNEY'S OFFICE ATTN: MARK BAGGETT 1500 MARILLA STREET, 7BN DALLAS, TX 75201 | 14-11032 (CSS) | **Luminant Generation Company LLC** | 10/27/2014 | 7938 | $137.43 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 10 | CITY OF DALLAS - CITY ATTORNEY'S OFFICE ATTN: MARK BAGGETT 1500 MARILLA STREET, 7BN DALLAS, TX 75201 | 14-10996 (CSS) | **EFH Corporate Services Company** | 10/27/2014 | 7940 | $143.17 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 11 | CITY OF DALLAS - CITY ATTORNEY'S OFFICE ATTN: MARK BAGGETT 1500 MARILLA STREET, 7BN DALLAS, TX 75201 | 14-11045 (CSS) | **Texas Utilities Electric Company, Inc.** | 10/27/2014 | 7944 | $7,397.12 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 12 | CITY OF FORT WORTH ATTN: CHRIS MOSLEY 1000 THROCKMORTON FORT WORTH, TX 76102 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 06/10/2014 | 1778 | $75.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | COLEMAN, PAUL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9770 | $4,167.29 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 14 | COPELAND, WILLIE ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3103 | $1,503.48 | No liability owed to claimant per a review of the Claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors believe that liability, if any, is owed by a non-Debtor third party. |
| 15 | DAVIS, DENNIS L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/05/2014 | 4129 | $45.31 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 16 | DILLER, R D ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/14/2014 | 3064 | $150.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | EBOZUE, ROSE<br>ADDRESS ON FILE | | No Debtor Asserted | 07/18/2014 | 3299 | $8,325.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit was returned to claimant on May 8, 2013. |
| 18 | EDWARDS, SONYA R<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/21/2014 | 3201 | $2,775.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit was returned to claimant on November 24, 2012. |
| 19 | EDWIN, FADI<br>ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3091 | $13,751.75 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 20 | EEDS, LANNIE<br>ADDRESS ON FILE | | No Debtor Asserted | 08/21/2014 | 3761 | $2,005.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | | No Debtor Asserted | 10/06/2014 | 4910 | $15.76 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor uses a third party logistics company to whom that liability is properly owed. |
| 22 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | | No Debtor Asserted | 10/06/2014 | 4918 | $44.95 | Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtor's books and records. According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 23 | FELTON, VICKIE ADDRESS ON FILE | | No Debtor Asserted | 07/11/2014 | 3024 | $980.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|--------|-----------|---------|--------------|-------------------------|
| 24 | FINLEY, DANE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2030 | $2,240.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 25 | FOUNTAIN, DOREEN ADDRESS ON FILE | | No Debtor Asserted | 07/21/2014 | 3210 | $1,800.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant is asserting damage resulting from a storm; TXU Energy does not reimburse customers for damages resulting from "acts of God," as stated in the terms of service agreement. |
| 26 | GILMORE, JULIE ADDRESS ON FILE | | No Debtor Asserted | 10/07/2014 | 4996 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | GOAD, RUSSELL ADDRESS ON FILE | | No Debtor Asserted | 07/29/2014 | 3406 | $3,569.90 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 28 | HALIBURTON, ANGELA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2398 | $343.26 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that a credit for billing discrepancies was applied to claimant's account on their final invoice. |
| 29 | HALVORSEN, AUGUSTINE A. ADDRESS ON FILE | | No Debtor Asserted | 07/18/2014 | 3180 | $500.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 30 | HAVARD, ROSE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1114 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 31 | HOFFMAN, BOBBIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4227 | $3,734.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | HOGAN, JON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2720 | $330.09 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors have determined that claimant is asserting claims for (1) not receiving a cash back award and (2) charges incurred after claimant switched energy providers. As noted in the terms of service agreement, a customer must be active on December 31 of a given year to receive a cash back award for that year; claimant terminated service on September 9, 2011. The final meter read provided to TXU Energy by the Transmission & Delivery Utility (TDU) showed 26191 kilowatt hours and occurred on September 8, 2011, which matched the initial meter read from new service provider (dated September 9, 2011) according to support provided in documentation of claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | HUTCHISON, OB B ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2162 | $158.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show (1) no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned and (2) customer's service plan was not eligible for cash back award. |
| 34 | JONES, JENNETT C ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9702 | $55,200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 35 | KADI, KAMAL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7934 | $284.75 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | KANU, CHINENYE ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2809 | $13,000.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 37 | KENNEDY, GLORIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 705 | $2,280.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 38 | KERSEY, BRUCE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/06/2014 | 4960 | $560.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors have determined that claimant is asserting a claim for compensation for time spent to resolve a customer service issue. While such time is not compensable; the Debtors credited claimant's account in the amount of $75 as a courtesy. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | KING, BOBBY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7622 | $162.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan and no deposit was required. |
| 40 | KING, LYNDA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/24/2014 | 7547 | $8,488.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan and no deposit was required. |
| 41 | LAPKIN, ANNE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/15/2014 | 3122 | $290.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | LUCAS, RITA ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 709 | $1,040.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 43 | LUNA, CECILIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/06/2014 | 3539 | $2,775.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 44 | MARTINEZ, JOSE JESUS ADDRESS ON FILE | | No Debtor Asserted | 08/18/2014 | 3725 | $2,552.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that damages related to power quality are handled by the Transmission & Delivery Utility (TDU).  The Debtors believe that liability, if any, is owed by the TDU. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | MCKENZIE, LEWIS BROOKS ADDRESS ON FILE | | **No Debtor Asserted** | 06/04/2014 | 1065 | $3,549.95 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with the readings provided by the Transmission & Delivery Utility; upon which the Debtors must rely according to P.U.C. Subst. R. 25.479(b)(2). The Debtors were informed that the TDU conducted a meter test and determined that the meter was functioning accurately. |
| 46 | MCKINNEY, JIMMY L. ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 10/27/2014 | 8075 | $210,261.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The status of limitations governing claimant's alleged claim has expired. |
| 47 | MCPHERSON, SHOLONDA R ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 10/27/2014 | 8041 | $2,320.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that, upon transfer to another services provider, claimant received final bill showing all remaining past-due balances, which the claimant never paid. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 48 | MOORE, NATASHA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/04/2014 | 3474 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors do not assert that claimant has an outstanding balance; the major credit reporting bureaus appear to be accurately reporting this item as paid. |
| 49 | NASH, EARLIE ADDRESS ON FILE | | No Debtor Asserted | 08/04/2014 | 3476 | $3,045.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 50 | NEWMARK, STEPHEN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1529 | $1,665.31 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 51 | NICHOLSON, MARY R ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 922 | $960.75 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that a credit balance exists on customer's account that continues to be applied to monthly usage charges. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 | PEREZ, HIRAM ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1598 | $21,892.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 53 | PERKINS, ANDREA N ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1603 | $237.91 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit was returned to claimant on June 23, 2014. |
| 54 | PETERS, VONCEIA I ADDRESS ON FILE | | No Debtor Asserted | 08/01/2014 | 3454 | $350.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit was returned to claimant on February 13, 2010. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55 | PHILLIPS, KIMBERLY A ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2754 | $8,224.56 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Any claim owed on account of claimant's alleged personal injury would be owed by the Transmission Distribution Utility, not the Debtors.  The Debtors attempted to address claimant's customer service complaints pre-petition.  Claimaint does not assert a right to payment from the Debtors. |
| 56 | PHILLIPS, KIMBERLY A. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/11/2014 | 3581 | $2,998.16 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 57 | QUEEN, GWENDOLYN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2704 | $2,775.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan and that there is no indication of erroneous disconnections of service. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | RAILHEAD MANUFACTURING INC PO BOX 1629 SPRINGTOWN, TX 76082-1629 | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/14/2014 | 3087 | $4,000.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 59 | RICKER, WILLIAM ADDRESS ON FILE | | No Debtor Asserted | 07/02/2014 | 2786 | $391.81 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 60 | RODRIGUEZ, ROBERT ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2055 | $10,950.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 61 | RUSSO, DIANNE ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4501 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 62 | SALINAS, SALVADOR ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2284 | $699.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that a credit for early cancellation fee was applied to claimant's account on August 27, 2012 and December 25, 2012. |
| 63 | SHOWERS, KAREN ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9669 | $1,500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 64 | SIMONS, BRENDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 12/10/2014 | 9909 | Undetermined* | No liability owed to claimant per a review of the Claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors believe that liability, if any, is owed by a non-Debtor third party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 65 | SIZEMORE, JOHN ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1319 | $670.85 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 66 | SMITH, CHRISTINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1793 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 67 | SMITH, MAE ADDRESS ON FILE | | No Debtor Asserted | 08/04/2014 | 3496 | $3,000.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Claimant's customer service complaints have been addressed, the credit bureau reports were updated as of April 2015. Claimant does not assert a right to payment from the Debtors. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | SOUTHWELL, STEVE ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 946 | $8,700.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 69 | THOMAS PEREZ, SEC OF LABOR, ON BEHALF OF THE EFH HEALTH CARE PLAN, U.S. DEPT OF LABOR, EBSA; ATTN: DON PATTERSON 525 S. GRIFFIN ST. SUITE 900 DALLAS, TX 75202 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7987 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors are unaware of any alleged violation, investigation, or unremitted funds in connection with the health care plan cited by claimant. |
| 70 | THOMAS PEREZ, SEC OF LABOR, ON BEHALF OF THE EFH THRIFT PLAN, U.S. DEPT OF LABOR, EBSA; ATTN: MICHAEL DAVILA 525 S. GRIFFIN ST. SUITE 900 DALLAS, TX 75202 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7988 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors are unaware of any alleged violation, investigation, or unremitted funds in connection with the health care plan cited by claimant. |
| 71 | THOMAS PEREZ, SEC OF LABOR, ON BEHALF OF THE EFH RETIREMENT PLAN, U.S. DEPT OF LABOR, EBSA; ATTN: DON PATTERSON 525 S. GRIFFIN ST. SUITE 900 DALLAS, TX 75202 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7989 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors are unaware of any alleged violation, investigation, or unremitted funds in connection with the health care plan cited by claimant. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 72 | THOMPSON, BEATRICE ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 778 | $12,475.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 73 | THOMPSON, DENNIE K ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9695 | $55,200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 74 | TOLLIVER, FLORENCE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1857 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 75 | UNITED SITE SERVICES OF TEXAS INC C/O UNITED SITE SERVICES, INC. 50 WASHINGTON STREET, SUITE 1000 WESTBOROUGH, MA 01581 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/09/2014 | 5062 | $181.85 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 76 | VI TECHNOLOGY<br>903 N BOWSER RD STE 202<br>RICHARDSON, TX 75081-6638 | | No Debtor Asserted | 07/14/2014 | 3082 | $760.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 24 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 77 | WATKINS, JOE<br>ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2175 | $23,591.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 78 | WESTBURY COMMUNITY HOSPITAL, LLC ATTN: B. JOHN LANGE III, CHAPTER 11 TTEE 6363 WOODWAY, STE. 1000 HOUSTON, TX 77057 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7627 | $12,033.11 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The statute of limitations for the claimant to file an action under 11 U.S.C. § 547 or § 548 has expired and, according to the Debtors' books and records, the payments in question were for the provision of electricity, which would fall within the ordinary course of business exception to preference actions and would not constitute fraudulent conveyances. |
| 79 | WILDER, LONNY ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 236 | $39,804.75 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 80 | WRIGHT, PAUL C ADDRESS ON FILE | | No Debtor Asserted | 08/26/2014 | 3824 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed based in accordance with their pricing plan. No Debtor is responsible for meter maintenance. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 81 | YOUNG, ALISA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2354 | Undetermined* | No liability owed to claimant on account of the agreement cited in claimant's proof of claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| | | | | | TOTAL | $610,088.77* | |