**<u>EXHIBIT A</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## ORDER SUSTAINING DEBTORS'
## TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION
## TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
## TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
## RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "<u>Objection</u>")[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), for entry of an order (this "<u>Order</u>"), modifying the Disputed Claims set forth on **Exhibit 1**, **Exhibit 2**, **Exhibit 3**, **Exhibit 4**, **Exhibit 5**, **Exhibit 6**, and **Exhibit 7** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "<u>Hearing</u>") under the

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Wrong Debtor and Modify Amount Claims set forth on the attached **Exhibit 1** are hereby modified as provided on the attached **Exhibit 1**.

3.      The Wrong Debtor and Modify Priority Claims set forth on the attached **Exhibit 2** are hereby modified as provided on the attached **Exhibit 2**.

4.      The Modify Amount Claims set forth on the attached **Exhibit 3** are hereby modified as provided on the attached **Exhibit 3**.

5.      The Modify Amount and Modify Priority Claims set forth on the attached **Exhibit 4** are hereby modified as provided on the attached **Exhibit 4**.

6.      The Modify Amount and Modify Classification Claims set forth on the attached **Exhibit 5** are hereby modified as provided on the attached **Exhibit 5**.

7.      The Modify Priority Claims set forth on the attached **Exhibit 6** are hereby modified as provided on the attached **Exhibit 6**.

8.      The Modify Classification Claims set forth on the attached **Exhibit 7** are hereby modified as provided on the attached **Exhibit 7**.

9.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

10.     Nothing set forth herein shall affect the parties' rights with respect to the Disputed Claims, as modified, and the parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Debtors' right to object in the future to the Disputed Claims on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

11.     Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

12.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

14.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015          _____
         Wilmington, Delaware          THE HONORABLE CHRISTOPHER S. SONTCHI
                                       UNITED STATES BANKRUPTCY JUDGE

## **EXHIBIT 1** to **EXHIBIT A**

**Wrong Debtor and Modify Amount Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AT&T MOBILITY II LLC C/O AT&T SERVICES, INC. ATTN: KAREN A CAVAGNARO - LEAD PARALEGAL ONE AT&T WAY, ROOM 3A104 BEDMINSTER, NJ 07921 | 5353 | Luminant Energy Company LLC | Unsecured | $373.44 | Luminant Generation Company LLC | Unsecured | $156.76 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment on account of invoice no(s) 287252511003 and 287249924952 for which the Debtors' are not liable, according to their books and records (liability, if any, is owed by a non-Debtor third-party).

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | BARCO PUMP 940 HENSLEY LANE WYLIE, TX 75098 | 4360 | Luminant Mining Company LLC | Unsecured | $19,668.32 | Luminant Generation Company LLC | Unsecured | $3,415.34 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $11,039.05 |
| | | | | | | Subtotal | | $14,454.39 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.  Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | FCX PERFORMANCE INC DBA PIERCE PUMP 9010 JOHN W CARPENTER FRWY DALLAS, TX 75047 | 4749 | Luminant Generation Company LLC | Unsecured | $7,360.25 | Luminant Generation Company LLC | Unsecured | $6,397.21 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $30.60 |
| | | | | | | Subtotal | | $6,427.81 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) amount paid via ACH number 8000883911 on 3/13/2013; and (2) work performed in excess of Purchase Order issued by the Debtors.

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | OTIS ELEVATOR COMPANY, ET AL ATTN: TREASURY SERVICES - CREDIT/ COLLECTIONS - 1ST FLOOR 1 FARM SPRINGS FARMINGTON, CT 06032 | 632 | Energy Future Holdings Corp. | Unsecured | $8,974.63 | EFH Corporate Services Company | Unsecured | $8,920.51 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for fuel surcharge, no surcharge was incurred as contractor was already on site.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | TRANE US INC ATTN: PAUL KOLESAR 800-E BEATY STREET DAVIDSON, NC 28036 | 8003 | Luminant Generation Company LLC | Unsecured | $40,426.00 | Luminant Generation Company LLC | Unsecured | $37,162.36 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $3,214.00 |
| | | | | | | Subtotal | | $40,376.36 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.  Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | UNITED RENTALS (NORTH AMERICA), INC. 3200 HARBOR LANE N. MINNEAPOLIS, MN 55447 | 3970 | Luminant Generation Company LLC | Unsecured | $39,089.70 | Luminant Generation Company LLC | Unsecured | $38,210.95 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $182.88 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $345.87 |
| | | | | | | Subtotal | | $38,739.70 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for freight charges asserted (Debtor uses a third party logistics company to whom the liability is properly owed).

| | | | | TOTAL | $115,892.34 | | TOTAL | $109,075.53 |
|---|---|---|---|---|---|---|---|---|

**EXHIBIT 2** to **EXHIBIT A**

**Wrong Debtor and Modify Priority Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CLYDE BERGEMANN POWER GROUP AMERICAS INC C/O GREENBERG TRAURIG, LLP ATTN: JOHN D. ELROD 3333 PIEDMONT RD., NE, SUITE 2500 ATLANTA, GA 30305 | 7854 | Luminant Generation Company LLC | 503(b)(9) | $101,068.00 | Luminant Generation Company LLC | Unsecured | $252,869.64 |
| | | | Luminant Generation Company LLC | Unsecured | $177,473.54 | Oak Grove Management Company LLC | Unsecured | $8,115.22 |
| | | | | | | Sandow Power Company LLC | Unsecured | $17,556.68 |
| | | | | Subtotal | $278,541.54 | | Subtotal | $278,541.54 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | INSTRUMENT AND VALVE SERVICES COMPANY ATTN: JOSEPH MIKSCHE 8000 NORMAN CENTER DR. SUITE 1200 BLOMMINGTON, MN 55437 | 3423 | Luminant Generation Company LLC | 503(b)(9) | $67,952.56 | Luminant Generation Company LLC | Unsecured | $67,278.53 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $674.03 |
| | | | | | | | Subtotal | $67,952.56 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | LHOIST NORTH AMERICA OF TEXAS LTD F/K/A CHEMICAL LIME, LTD. C/O HART & HALLMAN LLP/ATTN: N. RIBAUDO 201 MAIN ST., SUITE 2500 FORT WORTH, TX 76102 | 3960 | Luminant Generation Company LLC | 503(b)(9) | $176,951.65 | Luminant Generation Company LLC | 503(b)(9) | $23,731.58 |
| | | | Luminant Generation Company LLC | Unsecured | $77,793.53 | Sandow Power Company LLC | 503(b)(9) | $21,748.10 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $160,043.45 |
| | | | | | | Sandow Power Company LLC | Unsecured | $49,222.05 |
| | | | | Subtotal | $254,745.18 | | Subtotal | $254,745.18 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.  Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | LHOIST NORTH AMERICA OF TEXAS, LTD F/K/A CHEMICAL LIME, LTD. C/O HART & HALLMAN LLP/ATTN: N. RIBAUDO 201 MAIN STREET, SUITE 2500 FORT WORTH, TX 76102 | 3962 | Oak Grove Management Company LLC | 503(b)(9) | $13,052.17 | Oak Grove Management Company LLC | 503(b)(9) | $10,396.17 |
| | | | Oak Grove Management Company LLC | Unsecured | $4,445.63 | Luminant Generation Company LLC | Unsecured | $49.62 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $7,052.01 |
| | | | | Subtotal | $17,497.80 | | Subtotal | $17,497.80 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.  Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $618,737.08 | | TOTAL | $618,737.08 |

**EXHIBIT 3** to **EXHIBIT A**

**Modify Amount Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 6466 | Luminant Generation Company LLC | Unsecured | $55,201.54 | Luminant Generation Company LLC | Unsecured | $14,801.88 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) the difference of $14,889.65 is accounted for in claim no. 6467 on the claim register; (2) sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate); and (3) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant).

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 6467 | Sandow Power Company LLC | Unsecured | $55,201.54 | Sandow Power Company LLC | Unsecured | $27,477.74 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) the difference of $14,801.88 is accounted for in claim no. 6466 on the claim register; (2) sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate); and (3) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant).

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | CAPCORP PO BOX 540757 DALLAS, TX 75354-0757 | 9858 | Luminant Generation Company LLC | Unsecured | $1,193.63 | Luminant Generation Company LLC | Unsecured | $1,174.98 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate).

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | CRC GROUP INC PO BOX 131888 DALLAS, TX 75313 | 4531 | TXU Energy Retail Company LLC | Unsecured | Undetermined* | TXU Energy Retail Company LLC | Unsecured | $35,481.60 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records.

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims

| | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|
| 5 CRC GROUP INC<br>PO BOX 131888<br>DALLAS, TX 75313 | 4532 | Luminant Energy Company LLC | Unsecured | Undetermined* | Luminant Energy Company LLC | Unsecured | $3,474.89 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 HCL AMERICA, INC<br>C/O AXON SOLUTIONS, INC.<br>ATTN: CARL E. AILARA JR., ESQ.<br>15 EXCHANGE PLACE, SUITE 730<br>JERSEY CITY, NJ 07302 | 6072 | Luminant Energy Company LLC<br><br>Luminant Energy Company LLC | Administrative<br><br>Unsecured<br><br>Subtotal | $3,183.62<br><br>$4,769,780.41<br><br>$4,772,964.03 | Luminant Energy Company LLC | Unsecured | $103,377.81 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $4,669,586.22 is (1) accounted for in claim nos. 6074 and 6075 on the claim register and (2) includes adjustments for a disputed invoice (no. 4000195843) and an invoice already paid (no. 4000184551).

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 HCL AMERICA, INC<br>C/O AXON SOLUTIONS, INC.<br>ATTN: CARL E. AILARA JR., ESQ.<br>15 EXCHANGE PLACE, SUITE 730<br>JERSEY CITY, NJ 07302 | 6074 | EFH Corporate Services Company<br><br>EFH Corporate Services Company | Administrative<br><br>Unsecured<br><br>Subtotal | $3,183.62<br><br>$4,769,780.41<br><br>$4,772,964.03 | EFH Corporate Services Company<br><br>EFH Corporate Services Company | Administrative<br><br>Unsecured<br><br>Subtotal | $3,183.62<br><br>$4,362,278.17<br><br>$4,365,461.79 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $407,502.24 is (1) accounted for in claim nos. 6072 and 6075 on the claim register and (2) includes adjustments for a disputed invoice (no. 4000195843) and an invoice already paid (no. 4000184551).

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6075 | Luminant Generation Company LLC Luminant Generation Company LLC | Administrative Unsecured Subtotal | $3,183.62 $4,769,780.41 $4,772,964.03 | Luminant Generation Company LLC | Unsecured | $119,612.84 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $4,653,351.19 is (1) accounted for in claim nos. 6072 and 6074 on the claim register and (2) includes adjustments for a disputed invoice (no. 4000195843) and an invoice already paid (no. 4000184551).

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7963 | EFH Corporate Services Company | Unsecured | $26,812.41 | EFH Corporate Services Company | Unsecured | $25,542.41 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $1,270.00 is accounted for in claim no. 7871 on the claim register.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7964 | Sandow Power Company LLC | Unsecured | $2,622.55 | Sandow Power Company LLC | Unsecured | $1,718.35 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $904.20 is accounted for in claim no. 7876 on the claim register.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7966 | Luminant Mining Company LLC | Unsecured | $20,678.74 | Luminant Mining Company LLC | Unsecured | $19,718.90 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $959.84 is accounted for in claim no. 7877 on the claim register.

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7968 | Luminant Generation Company LLC | Unsecured | $31,425.79 | Luminant Generation Company LLC | Unsecured | $27,992.21 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $3,433.58 is accounted for in claim no. 7875 on the claim register.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7972 | Oak Grove Management Company LLC | Unsecured | $18,912.71 | Oak Grove Management Company LLC | Unsecured | $16,638.41 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $2,274.30 is accounted for in claim no. 7873 on the claim register.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7973 | TXU Energy Retail Company LLC | Unsecured | $516,767.33 | TXU Energy Retail Company LLC | Unsecured | $306,385.85 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $210,381.48 is accounted for in claim no. 7872 on the claim register.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7876 | Sandow Power Company LLC | 503(b)(9) | $497,597.68 | Sandow Power Company LLC | 503(b)(9) | $904.20 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $496,693.48 is accounted for in claim nos. 7871, 7872, 7873, 7874, 7875, and 7877 on the claim register.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIR IRVING, TX 75062 | 7967 | Luminant Mining Company LLC | Unsecured | $186,337.69 | Luminant Mining Company LLC | Unsecured | $37.24 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for revised amount owed according to updated Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIR IRVING, TX 75062 | 7970 | TXU Energy Retail Company LLC | Unsecured | $565,363.91 | TXU Energy Retail Company LLC | Unsecured | $349,594.22 |

REASON FOR MODIFICATION: Modified amount reflects Debtors' books and records. Remaining balance $215,769.69 is reflected in claim no. 7872 on the claims register.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIR IRVING, TX 75062 | 7971 | Oak Grove Management Company LLC | Unsecured | $914.25 | Oak Grove Management Company LLC | Unsecured | $311.77 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for revised amount owed according to updated Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR WIREROPE WORKS INC. 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 3637 | Luminant Mining Company LLC | 503(b)(9) | $150,330.88 | Luminant Mining Company LLC | 503(b)(9) | $140,384.72 |

REASON FOR MODIFICATION: Modified amount reflects Debtors' books and records. Remaining balance of $9,946.16 is reflected in claim no. 3638 on the claims register.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20 | TEXAS METER & DEVICE PO BOX 154099 WACO, TX 76715-4099 | 3110 | Luminant Generation Company LLC | Unsecured | $3,129.91 | Luminant Generation Company LLC | Unsecured | $2,959.01 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for freight charges asserted (Debtor uses a third party logistics company to whom the liability is properly owed).

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | TEXAS METER & DEVICE CO | 3112 | Luminant Generation Company LLC | 503(b)(9) | $228.92 | Luminant Generation Company LLC | 503(b)(9) | $228.92 |
| | PO BOX 154099 WACO, TX 76715-4099 | | Luminant Generation Company LLC | Unsecured | $193.32 | Luminant Generation Company LLC | Unsecured | $48.33 |
| | | | | Subtotal | $422.24 | | Subtotal | $277.25 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via check number 153654 on 1/16/2013.

| | | | | TOTAL | $16,451,804.89* | | TOTAL | $5,563,328.07 |

## **EXHIBIT 4** to **EXHIBIT A**

**Modify Amount and Modify Priority Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | FFG ENTERPRISES INC 16691 CO RD 221 FORNEY, TX 75126 | 4316 | TXU Energy Retail Company LLC | Priority | $715.52* | TXU Energy Retail Company LLC | Unsecured | $715.52 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a), claimant's supporting documentation and Debtors' books and records provide no basis for priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | LA QUINTA INN #6303 2451 SHADOW VIEW LN HOUSTON, TX 77077 | 4977 | TXU Energy Retail Company LLC | Priority | $172.99 | TXU Energy Retail Company LLC | Unsecured | $172.99 |
| | | | TXU Energy Retail Company LLC | Secured | $0.00 | | | |
| | | | TXU Energy Retail Company LLC | Unsecured | $172.99 | | | |
| | | | | Subtotal | $345.98 | | | |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(8), according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status. Debtors agree that claimant has no secured claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7871 | EFH Corporate Services Company | 503(b)(9) | $497,597.68 | EFH Corporate Services Company | 503(b)(9) | $2,858.50 |
| | | | | | | EFH Corporate Services Company | Unsecured | $1,406.89 |
| | | | | | | | Subtotal | $4,265.39 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $493,332.29 is accounted for in claim nos. 7872, 7873, 7874, 7875, 7876, and 7877 on the claim register. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7872 | TXU Energy Retail Company LLC | 503(b)(9) | $497,597.68 | TXU Energy Retail Company LLC | 503(b)(9) | $16,719.81 |
| | | | | | | TXU Energy Retail Company LLC | Unsecured | $448,097.98 |
| | | | | | | | Subtotal | $464,817.79 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $32,779.89 is accounted for in claim nos. 7871, 7873, 7874, 7875, 7876, and 7877 on the claim register. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7873 | Oak Grove Management Company LLC | 503(b)(9) | $497,597.68 | Oak Grove Management Company LLC | 503(b)(9) | $2,333.82 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $1,387.88 |
| | | | | | | | Subtotal | $3,721.70 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $493,875.98 is accounted for in claim nos. 7871, 7872, 7874, 7875, 7876, and 7877 on the claim register. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7874 | Luminant Energy Company LLC | 503(b)(9) | $497,597.68 | Luminant Energy Company LLC | Unsecured | $767.40 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $496,830.28 is accounted for in claim nos. 7871, 7872, 7873, 7875, 7876, and 7877 on the claim register. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7875 | Luminant Generation Company LLC | 503(b)(9) | $497,597.68 | Luminant Generation Company LLC | 503(b)(9) | $3,183.58 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $11,026.96 |
| | | | | | | Subtotal | | $14,210.54 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $483,387.14 is accounted for in claim nos. 7871, 7872, 7873, 7874, 7876, and 7877 on the claim register. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7877 | Luminant Mining Company LLC | 503(b)(9) | $497,597.68 | Luminant Mining Company LLC | 503(b)(9) | $3,421.58 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $5,489.08 |
| | | | | | | Subtotal | | $8,910.66 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $488,687.02 is accounted for in claim nos. 7871, 7872, 7873, 7874, 7875, and 7876 on the claim register. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ARBILL INDUSTRIES SUITE 208 80 BUSINESS PARK DRIVE ARMONK, NY 10504 | 5108 | Luminant Generation Company LLC | 503(b)(9) | $29,262.88 | Luminant Generation Company LLC | 503(b)(9) | $28,703.10 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $535.60 |
| | | | | | | Subtotal | | $29,238.70 |

REASON FOR MODIFICATION: Modified amount reflects adjustment (1) amount paid via ACH number 8000940757 on April, 25 2014 and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | |
| 10 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR ROMCO EQUIPMENT COMPANY | 4684 | Luminant Mining Company LLC | 503(b)(9) | $189,206.61 | Luminant Mining Company LLC | 503(b)(9) | $174,126.06 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $497.83 |
| | 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | | | | | | Subtotal | $174,623.89 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $14,582.72 is accounted for in claim no. 4683 on the claim register. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | | | | | **TOTAL** | **$3,205,117.07\*** | **TOTAL** | **$701,444.58** |
|---|---|---|---|---|---|---|---|---|

**EXHIBIT 5** to **EXHIBIT A**

**Modify Amount and Modify Classification Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount and Modify Classification Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION STATUS | AMOUNT | DEBTOR | MODIFIED CLASSIFICATION STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | REXEL, INC.<br>C/O COATS ROSE PC<br>ATTN: BEN L. ADERHOLT<br>9 E GREENWAY PLAZA, STE 1100<br>HOUSTON, TX 77046 | 5717 | Luminant Mining Company LLC | Secured | $312,689.80 | Luminant Mining Company LLC | Unsecured | $176,146.12 |

REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records: (1) the difference of $101,500.09 is accounted for in claim no. 5718 on the claim register and (2) certain invoices are duplicated within claim. Modified classification reflects no evidence of perfected lien or security interest provided.

| | | | | TOTAL | $312,689.80 | | TOTAL | $176,146.12 |

**EXHIBIT 6** to **EXHIBIT A**

**Modify Priority Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CANTU FOODS & SUPPLY 1601 BRYAN ST #210 DALLAS, TX 75201-3480 | 7913 | Luminant Generation Company LLC | Priority | $123.68 | Luminant Generation Company LLC | Unsecured | $123.68 |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | CANTU FOODS & SUPPLY 1601 BRYAN ST #210 DALLAS, TX 75201-3480 | 7914 | Luminant Generation Company LLC | 503(b)(9) | $417.16 | Luminant Generation Company LLC | 503(b)(9) | $417.16 |
| | | | Luminant Generation Company LLC | Priority | $12.27 | Luminant Generation Company LLC | Unsecured | $87.50 |
| | | | Luminant Generation Company LLC | Unsecured | $75.23 | | | |
| | | | | Subtotal | $504.66 | | Subtotal | $504.66 |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | CANTU FOODS & SUPPLY 1601 BRYAN ST #210 DALLAS, TX 75201-3480 | 7916 | EFH Corporate Services Company | Priority | $103.09 | EFH Corporate Services Company | Unsecured | $1,434.79 |
| | | | EFH Corporate Services Company | Unsecured | $1,331.70 | | | |
| | | | | Subtotal | $1,434.79 | | | |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status; tax charge is related to sales tax that does not give rise to priority status.

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | CANTU FOODS & SUPPLY | 7917 | TXU Energy Retail Company LLC | Priority | $58.40 | TXU Energy Retail Company LLC | Unsecured | $810.67 |
| | 1601 BRYAN ST #210 DALLAS, TX 75201-3480 | | TXU Energy Retail Company LLC | Unsecured | $752.27 | | | |
| | | | | Subtotal | $810.67 | | | |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CANTU FOODS & SUPPLY | 7918 | TXU Energy Retail Company LLC | 503(b)(9) | $2,580.60 | TXU Energy Retail Company LLC | 503(b)(9) | $2,580.60 |
| | 1601 BRYAN ST #210 DALLAS, TX 75201-3480 | | TXU Energy Retail Company LLC | Priority | $458.90 | TXU Energy Retail Company LLC | Unsecured | $6,021.38 |
| | | | TXU Energy Retail Company LLC | Unsecured | $5,562.48 | | | |
| | | | | Subtotal | $8,601.98 | | Subtotal | $8,601.98 |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status.

| | | | | TOTAL | $11,475.78 | | TOTAL | $11,475.78 |
|---|---|---|---|---|---|---|---|---|

**EXHIBIT 7** to **EXHIBIT A**

**Modify Classification Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 7 TO EXHIBIT A – Modify Classification Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED CLASSIFICATION STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | GLOWPOINT INC PO BOX 8288 PASADENA, CA 91109-8288 | 9777 | Energy Future Holdings Corp. | Secured | $722.84 | Energy Future Holdings Corp. | Unsecured | $722.84 |
| | REASON FOR MODIFICATION: Modified classification reflects no evidence of perfected lien or security interest provided. | | | | | | | |
| 2 | LABORATORY QUALITY SERVICES INTERNATIONAL 16130 VAN DRUNEN ROAD SOUTH HOLLAND, IL 60473 | 4626 | Luminant Mining Company LLC | Secured | $3,570.00 | Luminant Mining Company LLC | Unsecured | $3,570.00 |
| | REASON FOR MODIFICATION: Modified classification reflects no evidence of perfected lien or security interest provided. | | | | | | | |
| | | | | TOTAL | $4,292.84 | | TOTAL | $4,292.84 |