**<u>Exhibit 4</u>** to **<u>Exhibit A</u>**

[Wrong Debtor, Modify Amount and Modify Priority Claims]

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ARBILL INDUSTRIES 10450 DRUMMOND ROAD PHILADELPHIA, PA 19154 | 3076 | Energy Future Holdings Corp. | 503(b)(9) | $47,992.29 | Luminant Generation Company LLC | Unsecured | $23,213.64 |
| | | | Energy Future Holdings Corp. | Priority | $47,997.59 | Luminant Mining Company LLC | Unsecured | $4,889.71 |
| | TRANSFERRED TO: SONAR CREDIT PARTNERS III, LLC | | | | | Oak Grove Management Company LLC | Unsecured | $2,493.24 |
| | TRANSFEROR: ARBILL INDUSTRIES 80 BUSINESS PARK DRIVE, SUITE 208 ARMONK,, NY 10504 | | | Subtotal | $95,989.88 | Sandow Power Company LLC | Unsecured | $6,003.69 |
| | | | | | | | Subtotal | $36,600.28 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects (1) adjustment to the amount asserted as having 503(b)(9) priority to reflect claimant's amendment of that portion of this claim, as asserted in proofs of claim nos. 5106, 5107, 5108, and 5109, and (2) amount owed according to Debtors' books and records; full claimed amount was not supported. Modified priority reflects that, according to claimant's supporting documentation and Debtors' books and records, there is no basis for either priority asserted.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | BEIRNE MAYNARD & PARSONS LLP P.O. BOX 27457 HOUSTON, TX 77056-3014 | 4250 | Energy Future Holdings Corp. | Administrative | Undetermined* | Luminant Energy Company LLC | Unsecured | $1,856.25 |
| | | | Energy Future Holdings Corp. | Unsecured | $1,856.25* | | | |
| | | | | Subtotal | $1,856.25* | | | |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified priority reflects that, though claim states a portion of the claim may contain administrative priority, (1) claimant did not provide support for administrative priority and (2) according to the Debtors' books and records, the claimant is not entitled to administrative priority.

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | |
| 3 | DOCUMENT BINDING 2221 MANANA DR SUITE 130 DALLAS, TX 76053 | 4345 | TXU Electric Company, Inc. TXU Electric Company, Inc. | 503(b)(9) Unsecured | $224.96 $224.96 | TXU Energy Retail Company LLC | Unsecured | $224.96 |
| | | | | Subtotal | $449.92 | | | |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects amount owed according to Debtors' books and records; claimed amount was not supported; claim is reduced to eliminate double-counting. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | GOETZ, LEWIS PO BOX 895 PITTSBURGH, PA 15230 | 2037 | No Debtor Asserted No Debtor Asserted | 503(b)(9) Unsecured | $9,532.46 $68,798.65 | Luminant Generation Company LLC | Unsecured | $31,296.97 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $24,032.46 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $2,891.00 |
| | | | | Subtotal | $78,331.11 | | Subtotal | $58,220.43 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects (1) claim is reduced to eliminate double-counting and (2) amount owed according to Debtors' books and records; work performed in excess of Purchase Order issued by the Debtors.  Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | KLEIN PRODUCTS INC PO BOX 3700 ONTARIO, CA 91761 | 4771 | EFH Corporate Services Company | 503(b)(9) | $1,004.48 | Oak Grove Management Company LLC | Unsecured | $789.41 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustments for freight charges asserted (Debtor uses a third party logistics company to whom that liability is properly owed) and sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate). Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | LEE HECHT HARRISON LLC | 3339 | Energy Future Holdings Corp. | Priority | $7,000.00 | Luminant Mining Company LLC | Unsecured | $7,000.00 |
| | 2301 LUCIEN WAY, SUITE 325 MAITLAND, FL 32751 | | Energy Future Holdings Corp. | Unsecured | $7,000.00 | | | |
| | | | | Subtotal | $14,000.00 | | | |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects amount owed according to Debtors' books and records; claimed amount was not supported; claim is reduced to eliminate double-counting.  Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a), claimant's supporting documentation and Debtors' books and records provide no basis for priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | LEE, PHILIP D/B/A LEECO ENERGY SERVICES | 5860 | Energy Future Holdings Corp. | 503(b)(9) | $17,230.00 | Luminant Generation Company LLC | 503(b)(9) | $2,620.00 |
| | 3572 COUNTY ROAD 4101 JACKSONVILLE, TX 75766-6933 | | Energy Future Holdings Corp. | Unsecured | $24,174.20 | Luminant Generation Company LLC | Unsecured | $26,968.00 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $9,916.20 |
| | | | | Subtotal | $41,404.20 | | Subtotal | $39,504.20 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for amount paid via check and ACH numbers 1002586102 and 8000896249 on 10/17/2011 and 6/06/2013, respectively.  Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | POWER CONTROL SYSTEMS ENGINEERING, INC. 9013 KINGSWOOD PLACE WACO, TX 76712 | 4201 | Energy Future Holdings Corp. | Priority | $318,467.14 | Luminant Generation Company LLC | Unsecured | $142,017.75 |
| | | | Energy Future Holdings Corp. | Unsecured | $318,467.14 | Oak Grove Management Company LLC | Unsecured | $39,968.41 |
| | | | | | | Sandow Power Company LLC | Unsecured | $136,480.98 |
| | | | | Subtotal | $636,934.28 | | Subtotal | $318,467.14 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects amount owed according to Debtors' books and records; claimed amount was not supported; claim is reduced to eliminate double-counting. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a), claimant's supporting documentation and Debtors' books and records provide no basis for priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | TELECOM ELECTRIC SUPPLY COMPANY P.O. BOX 860307 PLANO, TX 75086-0307 | 3877 | Energy Future Holdings Corp. | 503(b)(9) | $530.25 | Luminant Mining Company LLC | Unsecured | $530.25 |
| | | | Energy Future Holdings Corp. | Unsecured | $530.25 | | | |
| | | | | Subtotal | $1,060.50 | | | |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects amount owed according to Debtors' books and records; claimed amount was not supported; claim is reduced to eliminate double-counting. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | | | | TOTAL | $871,030.62* | | TOTAL | $463,192.92 |
|---|---|---|---|---|---|---|---|---|

* - Indicates claim contains unliquidated and/or undetermined amounts