**Exhibit 6** to **Exhibit A**

[Wrong Debtor, Modify Amount, Modify Priority and Modify Classification Claims]

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Wrong Debtor, Modify Amount, Modify Priority and Modify Classification Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | JOE R WALLIS PO BOX 1590 FORT WORTH, TX 76101-1590 | 1162 | Energy Future Holdings Corp. | Priority | $715.52* | Luminant Generation Company LLC | 503(b)(9) | $715.52 |
| | | | Energy Future Holdings Corp. | Secured | Undetermined* | | | |
| | | | | Subtotal | $715.52* | | | |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a), according to the Debtors books and records and/or documentation filed with the proof of claim, the claim is entitled to 503(b)(9) priority.  Modified classification reflects no evidence of perfected lien or security interest provided.

| | | | | TOTAL | $715.52* | | TOTAL | $715.52 |
|---|---|---|---|---|---|---|---|---|