**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUMINANT GENERATION COMPANY LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11032 (CSS)<br><br>(Jointly Administered) |

**Certificate of Service**

SYLVIA LARA ALTREUTER, being of full age, hereby certifies as follows:

1. I am employed as a paralegal with the law firm Becker, Glynn, Muffly, Chassin & Hosinski LLP, attorneys for Securitas Security Services USA, Inc., a creditor of the Debtor ("Securitas").

2. On July 13, 2015, our office filed a Request for Payment of Administrative Expense on behalf of Securitas [ECF No. 4969].

3. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced documents via electronic service.

4. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: New York, New York
July 13, 2015

By: */s/ Sylvia Lara Altreuter*
Sylvia Lara Altreuter

*283216v1*