## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B160 | Fee/Employment Applications | 8.80 | $3,754.00 |
| B270 | Energy Trading | 44.10 | $32,481.00 |
|  | **TOTAL** | **52.90** | **$36,235.00** |