## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $875 | 23.40 | $20,475.00 |
| Ryan A. Wagner | Associate | $580 | 25.00 | $14,500.00 |
| Andrea Duncliffe | Paralegal Manager | $280 | 4.50 | $1,260.00 |
| **Total** | | | **52.90** | **$36,235.00** |