## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Express Mail | Federal Express | $33.39 |
| Business Meals | Renaissance Dallas Hotel | $79.24 |
| Airfare | United Airlines | $2,297.40 |
| Lodging | Dallas Marriott Hotel/Renaissance Dallas Hotel | $1,945.56 |
| Car Rental | Budget Rental | $374.24 |
| Parking | Various Vendors | $335.69 |
| Miscellaneous | Shell Gas | $15.98 |
| **TOTAL** | | **$5,081.50** |