## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**Expense Detail by Category**

**May 1, 2015 through May 31, 2015**

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 4, 2015 | $1,176.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | May 18, 2015 | $1,121.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**          **$2,297.40**

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 4, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | May 5, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | May 6, 2015 | $350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | May 18, 2015 | $298.52 | Renaissance Dallas Hotel |
| Iskender H. Catto | May 19, 2015 | $298.52 | Renaissance Dallas Hotel |
| Iskender H. Catto | May 20, 2015 | $298.52 | Renaissance Dallas Hotel |

**Expense Category Total:**          **$1,945.56**

### *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 19, 2015 | $41.57 | Out of Town Breakfast @ Renaissance Dallas Hotel |
| Iskender H. Catto | May 20, 2015 | $37.67 | Out of Town Breakfast @ Renaissance Dallas Hotel |

**Expense Category Total:**          **$79.24**

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 4-May 7, 2015 | $225.00 | Budget Car Rental (3 days @ $94.02/day, taxes and fees included) |
| Iskender H. Catto | May 19-May 21, 2015 | $149.24 | Budget Car Rental (3 days @ $33.00 taxes and fees included) |

**Expense Category Total:**          **$374.24**

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 4, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | May 5, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | May 5, 2015 | $10.00 | Stall Parking |
| Iskender H. Catto | May 6, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | May 4-May 7, 2015 | $111.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | May 19, 2015 | $10.00 | Stall Parking |
| Iskender H. Catto | May 20, 2015 | $10.00 | Stall Parking |
| Iskender H. Catto | May 21, 2015 | $8.00 | Stall Parking |
| Iskender H. Catto | May 18-21, 2015 | $99.00 | Newark Liberty International Airport Parking |

**Expense Category Total:** **$335.69**

*MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | May 7, 2015 | $6.57 | Shell Gas |
| Iskender H. Catto | May 21, 2015 | $9.41 | Shell Gas |

**Expense Category Total:** **$15.98**