# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 4867, 4868** |

## CERTIFICATION OF COUNSEL CONCERNING ORDER EXPANDING THE RETENTION AND EMPLOYMENT OF MCDERMOTT WILL & EMERY LLP AS SPECIAL COUNSEL FOR ENERGY-RELATED AND REIT TRANSACTIONAL MATTERS EFFECTIVE *NUNC PRO TUNC* TO JUNE 2, 2015

The undersigned hereby certifies as follows:

1. On June 25, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Expanding the Retention and Employment of McDermott Will & Emery LLP Special Counsel for Certain Energy Related and REIT Transactional Matters, Effective Nunc Pro Tunc to June 2, 2015* [D.I. 4867] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2] By the Motion, the Debtors are seeking the entry of an order authorizing them to extend the scope of the retention and employment of McDermott Will & Emery LLP

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On June 25, 2015, the Debtors also filed the *Declaration of Iskender H. Catto, in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Expanding the Retention and Employment of McDermott Will & Emery as Special Counsel for Certain Energy Related and REIT Transactional Matters, Effective Nunc Pro Tunc to June 2, 2015* [D.I. 4868] in connection with, and in support of, the Motion.

RLF1 12468040v.1

("McDermott"), *nunc pro tunc* to June 2, 2015.

2.  Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Expanding the Retention and Employment of McDermott Will & Emery LLP Special Counsel for Certain Energy Related and REIT Transactional Matters, Effective Nunc Pro Tunc to June 2, 2015" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on July 9, 2015 (the "Objection Deadline"). A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on July 16, 2015 starting at 9:30 a.m. (Eastern Daylight Time).

3.  Prior to the Objection Deadline, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") provided informal comments to the Motion (the "Informal Response").

4.  Other than the Informal Response, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. Based on various communications by and between the Debtors, McDermott, and the U.S. Trustee, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion, which fully resolves the Informal Response. A copy of the Revised Order is attached hereto as **Exhibit A**. A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as **Exhibit B**. The Revised Order has been circulated to, and is acceptable to, the Debtors, McDermott and the U.S. Trustee.

5. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: July 13, 2015
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession