IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 4864 |

## CERTIFICATION OF COUNSEL CONCERNING ORDER APPROVING THE STIPULATION BETWEEN LUMINANT HOLDING COMPANY, LLC, CERTAIN OF ITS NON-DEBTOR SUBSIDIARIES, THE TCEH CREDITORS' COMMITTEE, AND THE AD HOC GROUP OF TCEH FIRST LIEN LENDERS REGARDING THE USE OF CERTAIN NON-DEBTOR ASSET SALE PROCEEDS IN ACCORDANCE WITH THE STIPULATION

The undersigned hereby certifies as follows:

1. On June 25, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the Stipulation Between Luminant Holding Company, LLC and Certain of Its Non-Debtor Subsidiaries, the TCEH Creditors' Committee, and the Ad Hoc Group of TCEH First Lien Lenders Regarding the Use of Certain Non-Debtor Asset Sale Proceeds* [D.I. 4864] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). By the Motion, the Debtors are seeking the entry of an order authorizing Luminant Holding Company LLC ("Luminant LLC"), Greenway Development Holding Company LLC, a non-Debtor subsidiary wholly owned by Luminant LLC ("Greenway LLC"), and Collin G/G&B LLC, a non-

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing

RLF1 12480702v.1

Debtor subsidiary of which Greenway LLC has majority ownership to enter into and perform under the stipulation attached as Exhibit 1 to Exhibit A to the Motion with the official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee"), and the ad hoc group of TCEH first lien lenders (the "Ad Hoc Group of TCEH First Lien Lenders"), regarding the segregation of assets of a sale that closed on May 7, 2015.

2. Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the Stipulation Between Luminant Holding Company, LLC and Certain of Its Non-Debtor Subsidiaries, the TCEH Creditors' Committee, and the Ad Hoc Group of TCEH First Lien Lenders Regarding the Use of Certain Non-Debtor Asset Sale Proceeds" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on July 9, 2015 (the "Objection Deadline"). A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on July 16, 2015 starting at 9:30 a.m. (Eastern Daylight Time).

3. Prior to the Objection Deadline, the TCEH Successor First Lien Administrative Agent and First Lien Collateral Agent (the "TCEH First Lien Agent") provided informal comments to the Motion (the "Informal Response").

4. Other than the Informal Response, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.

---

agent at http://www.efhcaseinfo.com.

Based on various communications by and between the Debtors and the TCEH First Lien Agent, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion, which fully resolves the Informal Response. A copy of the Revised Order is attached hereto as **Exhibit A**. A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as **Exhibit B**. The Revised Order has been circulated to, and is acceptable to, (i) the Debtors; (ii) counsel to the TCEH First Lien Agent; (iii) counsel to the TCEH Creditors' Committee; and (iv) counsel to the Ad Hoc Group of TCEH First Lien Lenders.

*[Remainder of page intentionally left blank.]*

5.  The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: July 14, 2015
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession