# EXHIBIT A

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Allied Electronics Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Emerson Network Power Liebert Services | 3297 | Response filed on 12/10/14. [Docket No. 2970]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Koetter Fire Protection of Austin, LLC | 3118 | Response filed on 12/5/14. [Docket No. 2950]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

**EXHIBIT B**

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| DELGADO, MARIA NAVEJAR | 2004 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| OLBRISH, KIMBERLEY | 669 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF1-12484659_1

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-12484659_1

**EXHIBIT C**

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Annie | 2345 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

12484795_1

**EXHIBIT D**

Energy Future Holdings Corp.
Sixth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DE LA CERDA JR., JOSE F. | 1324 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HAWKINS, MONICA R. | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MITCHELL, STEPHEN W. | 2636 | Response filed on 1/23/15. [Docket No. 3355]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MOORE, DEBORAH D. | 3927 | Response filed on 1/23/15. [Docket No. 3352]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ROBINSON, JOANN M. | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WOODS, SHANTA | 2899 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

**EXHIBIT E**

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

RLF-12485055_1

# **EXHIBIT F**

Energy Future Holdings Corp.
Eighth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BEARD JR., JACK ROGERS | 2304 | Response filed on February 11, 2015. [Docket No. 3511]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MCCLAIN, JACKIE | 417 | Response filed on February 9, 2015. [Docket No. 3500]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

**EXHIBIT G**

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| JOHNSON-CAULEY, MELVA D. | 2686 | Response filed on February 24, 2015. [Docket No. 3636]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT H**

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COVENEY, SANDI | 623 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KAHLE, MARCIA | 1371 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MATHEU, CHRISTINA | 1637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WASHINGTON, ROSE B S | 6162 | Response filed on March 27, 2015. [Docket No. 3998]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WATSON, EVELYN | 1562 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF1-12485617_1

**EXHIBIT I**

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ALLEN, GAYE | 3445 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ALLEN, JUDY | 3619 | Response filed on April 14, 2015. [Docket No. 4154]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BAILEY, NIKITA | 2014 | Response filed on April 14, 2015. [Docket No. 4153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BELL, MARILYN | 3368 | Response filed on April 14, 2015. [Docket No. 4152]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CARTER, SHARRON DENISE | 5735 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CORBELL, KARLA | 4435 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| COX, DONALD L | 2701 | Response filed on April 8, 2015. [Docket No. 4088]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GARCIA, STELLA | 5228 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HUGHES, JOAN H | 4465 | Response filed on April 14, 2015. [Docket No. 4150]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KELLEY, LAWRENCE C | 1764 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MARRS, OPAL | 2252 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, MARY JAME | 844 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PIPKIN, LORENZO III | 8052 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMALL, YOLANDA NICOLE | 4830 | Response filed on April 8, 2015. [Docket No. 4089]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| STEPHENSON, ALBERT | 3519 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VAUGHN, TERETTA | 8063 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VILLARREAL, TIMMY | 1520 | Response filed on April 10, 2015. [Docket No. 4114]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WALKER, ROBERT | 3557 | Response filed on April 14, 2015. [Docket No. 4151]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WILLIAMS, MELVIN | 3256 | Response filed on April 17, 2015. [Docket No. 4204]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

3

# EXHIBIT J

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| STEWART, KUK JA | 10003 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| STEWART, KUK JA | 5739 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

RLF-12486067_1

**EXHIBIT K**

Energy Future Holdings Corp.
Fifteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MAURILLO, AMELIA | 4599 | Response filed on April 17, 2015. [Docket No. 4206]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

RLF-12486075_1

**EXHIBIT L**

RLF1 12511773v.1

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ALLAIRE, CHRISTOPHER | 9810 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ALPOUGH, LORETTA | 5006 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ALVARADO, LYDIA | 9991 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ANDERSON, CAROLYN | 9885 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ANDERSON, CLAYTON HENRY | 9703 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ARRIOLA, JESSE | 9706 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ASING, CARRIE-LYNN | 9868 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BAILEY, LORRIE | 9961 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BAKER, SHANNON T | 2047 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BARNES, ANTHONY | 9629 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BARNES, TAMMY | 5665 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BARRIOS, JUAN | 959 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BEASORE, RON S | 5278 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BLANKENSHIP, WILMA | 1982 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BLOOM, COREY | 9613 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BODY, MIND, SPIRIT MASSAGE THERAPY | 9686 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BROOKS, SAMUEL | 10045 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BROWN, MARKII D | 310 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BROWNING, CONNIE | 9959 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BRUCE, CAROL | 9985 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BRYANT, CAROL LOUISE | 4376 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BUNTROCK, CAROLYN | 9670 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BURGE, CHAD | 4172 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BURRELL, ALPHONICA | 594 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CABRERA, EDILBERTO | 10048 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CAMPBELL, HERB | 9975 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CAMPBELL, MARY ANN | 9976 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CAMPBELL, MARY ANN | 9977 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CAMPBELL, MARY ANN | 9978 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CARTER, CLAUDINE | 5734 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CHAIRES, MARTHA | 9733 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CHICOS, SUSAN | 9661 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

RLF-12486098_1

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CHRISTMAS, PHILLIP | 9730 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CHRISTOPHER, M K | 9684 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CHRISTOPHER, STACY L | 10040 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CLARK, JUDY | 9816 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| COOPER, BILLIE SUE BALLENGER | 4561 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| COOPER, LORRAINE | 3522 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| COOPER, SHAUN | 368 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CRAIG, ELIZABETH | 9716 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CRANDALL, KIMBERLY A | 9617 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CREPPON, ELVA | 1565 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CRONA, ANITA | 8034 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CUMMINS, GREGG | 9942 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| DAVIS, SHARONDA | 9774 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| DEAN, JANE | 9723 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| DESTA, MARTA | 1036 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| DOLLARHIDE, CLEOPHUS (DECEASED) | 9782 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

3

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DORE, SHAWNE FOX | 9673 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| DOWELL, VICKIE LYNN | 9999 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| DOYLE, KAREN | 9937 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| DUKE, DIANA L. | 9924 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| DUKE, PATRICK W | 9887 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| DURANT, JESSICA | 9769 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| EAGLETON, RICK AND CINDY | 10061 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ECKLEY, GERALD | 9888 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| EDWARDS, EARL | 9712 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| EMERSON, POLLY | 9685 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ESCOBEDO, SERGIO | 9873 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ESKRIDGE, LEONARD | 9636 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ESQUIVEL, PABLO | 827 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ESTATE OF RAJENDRA TANNA | 9808 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| EVANS, JEROME | 9933 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| FELDER, GLORIA | 9630 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

4

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FELDER, RONALD | 9619 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| FERRER, PORFIRIO | 9659 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| FILO, FRANK A | 9700 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| FLEMING, MARILYN | 9776 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| FOSTER, DONNA | 9614 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| FULLER, DENNY L | 9602 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GALBRAITH, JULIE | 9865 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GARCIA, ELIZABETH | 9688 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GARDEN VALLEY ADDITION | 1841 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GE, XIAOBIN | 9634 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GENTRY, PAM | 9910 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GILL, JOHN | 9721 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GIPSON, JOSEPHINE | 2706 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GNAGNE, JULIE | 9825 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GRAVES JELINEK, LINDA | 9718 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GRIGSBY, GEORGE E | 9677 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

RLF-12486098_1

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| GUERRERO, NICOLAS | 9722 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HACKNEY, SUSAN | 3106 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HALL, GREGORY | 9908 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HAMILTON HARMON, RAMONA | 9727 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HANDBRICK, CHARLES | 9768 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HARMAN, BARRY | 3670 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HARVEY, LINDA | 9626 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HAYDEL, RAY | 1321 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HENLEY, LORI | 10053 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HOBBS, DAPHNE M | 8077 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HOBSON, JANE | 9798 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HOLDEN, JAMES | 9627 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HOUSTON, NANCY K | 9861 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HOWELL, TYRONE W, JR. | 9610 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HUA, DAVID | 9955 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HUDSON, ALICE | 10075 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

6

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HUGHES, ALICE EVANS | 1225 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| IVY, IRIS V | 9732 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JACKSON, JANIS | 10044 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JACKSON, LEAH | 9862 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JACKSON, NORMAN | 3363 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JACQUET, KEISHA | 9928 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JARNAGIN, RANDALL L | 3723 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JARRA, KATHIE | 9683 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JAY, CHRIS | 9676 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JEFFRIES, CATHY | 9965 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JOHNSON, AMIEE SHENAY | 9699 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JONES, BRENDA | 9897 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JONES, MARIE | 4270 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JUAREZ, ARLENE | 9886 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| KELLER, STEPHEN | 9896 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| KETCH, JOANNE | 9633 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

7

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KOVACH, AUSTIN | 9867 | Response filed on July 8, 2015. [Docket No. 4943]. The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| KOZIOL, ROBERTH | 9918 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| KROEGER, DAVID | 444 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LANE, JOYCE | 9671 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LATIN, ANTHONY | 9869 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LEE, BILLY G | 9817 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LEE, HENRY | 2792 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LEE, TERESA | 10055 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LEE, VIOLA | 9814 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LIND, JEAN | 9690 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LINDLEY, HILDA | 9620 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LLOYD, BILLY A | 265 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LOPEZ, LETICIA | 9878 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LU, JIAYI | 10017 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MALBROUGH, BRENDA | 9864 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

8

RLF-12486098_1

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MALDONADO, DINA M | 9992 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MALM, MARY | 2994 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MARTINEZ, CARLOS | 9649 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MASSEY, CAROLE | 10051 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MAYEAUX, DEANNA | 9660 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MCCALL, MELISSA | 9625 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MCCLARTY, VERONICA | 9905 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MCCLURE, JOSEPH | 9938 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MCCRAY, CAROLYN C | 9678 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MCGENSY, GARY | 9624 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MCGOWN, RUTH | 10065 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MCKINZIE, CABRINA N | 9806 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MCMILLAN, AMELIA | 10004 | Response filed on July 2, 2015. [Docket No. 4917]. The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MICKEAL, WAYNE | 9612 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MILLER, GREGG E | 9681 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MORENO, IRMA | 9597 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MORGAN-ALLEN, ALYCIA | 9788 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MORROW, RICHARD D | 5259 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MURO, JOEL | 266 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MYLES, JACQUELYN A | 9600 | Response filed on July 1, 2015. [Docket No. 4906]. The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| NAREZ, MIRNA | 9960 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| NELSON, ANDREA | 9693 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| NELSON, YVONNE | 9987 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| NGO, TAN | 699 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| NGUYEN, CHANTHA | 10050 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| NICHOLSON, RAMONA | 9708 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| NISPEL, DEBORAH | 9986 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| NOVAK, MARY | 9803 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| OKAN, BENSON | 9705 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| OPCO COMPANY | 9731 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

10

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| PACE, ANNE | 9601 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| PHILLIPS, DONNA | 2226 | Response filed on June 30, 2015. [Docket No. 4896 & 4897]. The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| POP & GRANS ANTIQUES AND MORE | 9882 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| POWELL, SHELLEY | 9775 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| RANDOLPH, KJ | 9854 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| REDIC, CORA | 9919 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| REDMON, NITA | 9881 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| REYES, SONIA | 10039 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| RICHARDSON, DONALD | 5012 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| RICHARDSON, DONALD R | 5011 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| RILEY, RACHAEL R. | 3530 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| RILEY, TIM | 9787 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ROBINSON, YOLANDA | 9877 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| RODGERS, JANICE | 9680 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ROLLA, JIMMIE LEE | 2616 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

11

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ROMACK, TERRELL VAN | 4160 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| RUBIO, ELIAS | 2137 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| RUIZ, ESTHER | 9778 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SANCHEZ, BENITO | 5240 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SANTIAGO, KATRINA | 1237 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SCHRADER, WELDON | 604 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SESSOMS, WILLIAM | 1615 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SHARLAN, INC. | 4777 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SHEPHERD, LORENZA | 9603 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SID LORIO CFP | 830 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SILVA, MARY | 9875 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SINGER, RICHARD | 2454 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SLATER, KATHY | 9815 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SMITH, LOUANN | 9811 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SNEED, DELORES | 9783 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SOWELL, E J | 9674 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

12

RLF-12486098_1

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| STEPHENS, DAVID | 9687 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| STOERNER, NATALIE | 7949 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| STOKES, CARL W. AND PENDLETON, CREMOLIA | 4807 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| STUBBLEFIELD, WILLIAM | 9866 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SULLIVAN, RITA | 9929 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SUMICH, VAL | 4970 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SWORD OF THE SPIRIT CHURCH & MINISTRIES | 9639 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| TAYLOR, FINIS | 9711 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| THOMAS, BELINDA SUE | 1943 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| THOMAS, LAGIRTHA | 10057 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| THOMPSON, TALMAGE | 10000 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| TIMBERLINE PETROLEUM INC | 10054 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| TOMMIE, VIRGINIA | 10056 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| TOMPKINS, BRIAN | 9906 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| TOMPKINS, GAYLE | 9666 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| TORRES, ANTONIO | 10046 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

13

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| TROTTER, RICKEY | 9935 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| TURNER, SHEILA A | 9621 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| TZENO, ALBERT | 1739 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| VIGIL, EMETERIO | 9724 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| VIGIL, EMETERIO | 9726 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| VIGIL, Y. LETICIA SANCHEZ | 9725 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| VU, TRANG | 1518 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WALTER, JOSEPH | 305 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WALTON, CINDY | 3174 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WEATHERBY, MARVIN | 9907 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WEEDON, BETTY | 5645 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WHITE, CARL A | 9779 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WHITE, INDIA L. | 9771 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WILLIAMS, MARILYN | 1583 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WILLIAMS, S.W. | 4318 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WOOD, WILLIAM | 9679 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

14

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WORFE, PATTI EASTERLING | 9728 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WORTHINGTON, CARLEEN | 10018 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WUNDER, STELLA | 9990 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| YAITES, LISA | 8039 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| YOUNGER, STEPHEN C | 339 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ZOE MINISTRIES WORLD WIDE | 9675 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ARCHER CITY INDEPENDENT SCHOOL DISTRICT | 155 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ARKANSAS UNCLAIMED PROPERTY UNIT | 4399 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BAYLOR COUNTY | 156 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BAYLOR COUNTY | 157 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BONHAM INDEPENDENT SCHOOL DISTRICT | 2758 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BOWIE ISD | 158 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BRECKENRIDGE ISD | 159 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BRECKENRIDGE ISD | 160 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BUCKHOLTS INDEPENDENT SCHOOL DISTRICT | 2564 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BURKBURNETT ISD | 161 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| CAMERON INDEPENDENT SCHOOL DISTRICT | 2560 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CAMERON INDEPENDENT SCHOOL DISTRICT | 2561 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CAMERON INDEPENDENT SCHOOL DISTRICT | 2562 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CITY OF CLEBURNE | 70 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CITY OF GARLAND | 2760 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CITY VIEW INDEPENDENT SCHOOL DISTRICT | 162 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CLEBURNE INDEPENDENT SCHOOL DISTRICT | 71 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR | 2759 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CONTROL SYSTEMS COMPANY | 4092 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CONTROL SYSTEMS COMPANY | 4213 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| COOKE COUNTY APPRAISAL DISTRICT | 163 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| COOKE COUNTY APPRAISAL DISTRICT | 164 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| COPPERAS COVE ISD | 2565 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| COPPERAS COVE ISD | 2566 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CROWLEY INDEPENDENT SCHOOL DISTRICT | 14 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| DALLAS COUNTY | 28 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

16

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DALLAS COUNTY | 1950 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| DALLAS COUNTY | 3161 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| EVERMAN INDEPENDENT SCHOOL DISTRICT | 17 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| FORT BEND COUNTY | 47 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GARLAND INDEPENDENT SCHOOL DISTRICT | 2761 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| HARRIS COUNTY, ET AL | 46 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| IOWA PARK ISD | 165 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JOHNSON COUNTY | 9 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| JOHNSON COUNTY | 72 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LIMESTONE COUNTY | 1049 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MANSFIELD INDEPENDENT SCHOOL DISTRICT | 13 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| PLANT EQUIPMENT & SERVICES INC | 7819 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| PLANT EQUIPMENT & SERVICES INC | 7820 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| PLANT EQUIPMENT & SERVICES INC | 7821 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ROBERTSON COUNTY | 2492 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| THORNDALE INDEPENDENT SCHOOL DISTRICT | 2563 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

RLF-12486098_1

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| THORNDALE INDEPENDENT SCHOOL DISTRICT | 3692 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| THORNDALE INDEPENDENT SCHOOL DISTRICT | 9948 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| THORNDALE INDEPENDENT SCHOOL DISTRICT | 9949 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| VALWOOD IMPROVEMENT AUTHORITY | 66 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WARD COUNTY | 5868 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| WICHITA COUNTY | 166 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| YOUNG COUNTY | 167 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| YOUNG COUNTY | 168 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CATERPILLAR FINANCIAL SERVICES CORP. | 5465 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MW SMITH EQUIPMENT INC, A DXP COMPANY | 5835 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND | 115 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MCMASTER-CARR SUPPLY COMPANY | 9913 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GLOBAL KNOWLEDGE TRAINING LLC | 5442 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| CONSOLIDATED COMMUNICATIONS INC. | 1979 | Response filed on June 30, 2015. [Docket No. 4894]. The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LEVEL 3 COMMUNICATIONS, LLC | 2665 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

18

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SETON IDENTIFICATION PRODUCTS | 3190 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| TECHNOLOGY RESOURCE CTR OF AMERICA, LLC | 3286 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MONSTER WORLDWIDE INC | 3528 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SUCCESSFACTORS, INC | 3536 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| BUSINESS WIRE INC. | 3673 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| TERIX COMPUTER SERVICE, INC. | 4254 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| RENTSYS RECOVERY SERVICES INC | 4388 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| LEXISNEXIS | 4829 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| GENESYS CONFERENCING | 5682 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| MORGAN LEWIS & BOCKIUS LLP | 5729 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| YORK PUMP & EQUIPMENT, A DXP CO | 5840 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| YORK PUMP & EQUIPMENT, A DXP COMPANY | 5844 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| SOFTWARE ENGINEERING OF AMERICA | 90 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ROMCO EQUIPMENT CO. LLC | 9598 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| KALSI ENGINEERING, INC. | 9812 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |
| ENTECH SALE AND SERVICE | 4674 | The Debtors intend to present a revised form of order under certification of counsel prior to the hearing. |

RLF1-12486098_1