# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 1682, 1791, 1796, 1804, 1983, 1984, 3183, 3329, 3966, 4883, 4983, 4984, 4985** |

## CERTIFICATION OF COUNSEL CONCERNING ORDER (A) SETTING BAR DATE FOR FILING ASBESTOS PROOFS OF CLAIM, (B) APPROVING THE FORM OF AND MANNER FOR FILING ASBESTOS PROOFS OF CLAIM, AND (C) APPROVING NOTICE THEREOF

On July 23, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof* [D.I. 1682] (the "Bar Date Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

On August 18, 2014, the Bankruptcy Court entered its *Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof* [D.I. 1866] (the "Bar Date Order"), granting the Bar Date Motion to the extent set forth in the Bar Date Order; provided, however, that the Bar Date Order did not require any entity holding a claim relating to asbestos that is not a property damage claim or a claim for contractual or common law indemnification or contribution to file a proof of claim by the Bar Dates (as such term is defined in the Bar Date Motion) (collectively, "Asbestos Claims").

On January 7, 2015, the Bankruptcy Court entered its Opinion [D.I. 3183] (the "Opinion") regarding a bar date for Asbestos Claims.

On March 24, 2015, the Debtors filed (a) *the Notice of Filing of Proposed Form of "Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof"* [D.I. 3965] (the "Order"), (b) a supplemental memorandum [D.I. 3966], and (c) supporting declarations [D.I. 3967, 3968, 4984, 4985].

On June 29, 2015, the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "EFH Committee") filed (a) the *Objection of the EFH Official Committee to the Debtors' Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof* [D.I. 4883] (the "EFH Committee Objection"), and (b) the supporting declaration of Katherine Kinsella [D.I. 4884].

On July 13, 2015, the Debtors filed (a) a reply brief [D.I. 4983], and (b) supporting declarations [D.I. 4984, 4985].

A hearing to consider the Order and any and all objections thereto is currently scheduled to take place before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on July 16, 2015 starting at 9:30 a.m. (Eastern Daylight Time).

Other than the EFH Committee Objection, as of the date hereof, the Debtors have received no other responses or objections in connection with the Order nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. Based on various communications by and between the Debtors and the EFH Committee, the Debtors have prepared a revised form of order (the "Revised Order").  A copy of the Revised Order is attached hereto as Exhibit A.  A blackline, comparing the Revised Order against the form of order most recently filed with the Bankruptcy Court at D.I. 4983 is attached hereto as Exhibit B.

The EFH Committee notes that its role with respect to the Order and the related notice documents and notice plan (the "Notice Documents") was limited as set forth in the Objection (at pp. 6-9).  The EFH Committee, with the assistance of its noticing expert Kinsella Media LLC, examined the Notice Documents and submitted in its Objection numerous recommendations to improve the Notice Documents and revise the Order.  Following various communications with the Debtors, the Debtors filed the Revised Order.  Based on the foregoing, and in light of this Court's prior Opinion authorizing the Debtors to set a bar date for Asbestos Claims, the EFH Committee does not oppose entry of the Revised Order setting the previously authorized bar date for Asbestos Claims and approving the revised Notice Documents.

The Debtors therefore respectfully request that the Bankruptcy Court enter the

Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated:  July 14, 2015
        Wilmington, Delaware

                */s/ Jason M. Madron*
                **RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:      collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:      edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:      james.sprayregen@kirkland.com
            marc.kieselstein@kirkland.com
            chad.husnick@kirkland.com
            steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession