# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER (A) SETTING BAR DATE FOR FILING ASBESTOS
PROOFS OF CLAIM, (B) APPROVING THE FORM OF AND MANNER FOR
FILING ASBESTOS PROOFS OF CLAIM, AND (C) APPROVING NOTICE THEREOF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order establishing a deadline for filing certain claims in these chapter 11 cases, and upon consideration of briefing and argument submitted with respect to the entry of an order (this "Asbestos Bar Date Order") (a) establishing a deadline for filing certain asbestos claims (the "Asbestos Claims") in these chapter 11 cases, (b) approving the form and manner for filing such claims, and (c) approving notice thereof; and upon the Court's Opinion, issued January 7, 2015, approving the establishment of a bar date for all prepetition asbestos claims, including unmanifested asbestos claims [D.I. 3183]; and upon the *Debtors' Supplemental Memorandum of Law With Respect to the Bar Date Motion and in Support of (A) The Form of and Manner for Filing Asbestos Proofs of Claim and (B) The Form and Manner of Notice of Bar Date with Respect to Asbestos Proofs of Claim* (the

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  *Motion of Energy Future Holdings Corp.,* et al., *for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests For Payment Under Section 503(B)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof* [D.I. 1682].

"Memorandum"), the Katchadurian Declaration, and the Azari Declaration; and upon the *Objection of the EFH Official Committee to the Debtors' Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof* [D.I. 4883] (the "Objection") and the Kinsella Declaration [D.I. 4884]; and upon the *Debtors' Reply to the Objection of the EFH Official Committee to the Debtors' Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof* [D.I. ####]4983] (the "Reply"),[3] the Supplemental Katchadurian Declaration, [D.I. 4984], and the Supplemental Azari Declaration; [D.I. 4985]; and this Court having overruled the Objection; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion, as modified through subsequent discussions between the Debtors and the EFH Official Committee, is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having

---

[3]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion, the Memorandum, or the Reply, as appropriate.

determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Motion is granted to the extent set forth herein.

## I.    The Asbestos Bar Date and Procedures for Filing Asbestos Proofs of Claim.

2.    Each entity[4] that asserts a claim (whether secured, unsecured priority, or unsecured non-priority) against the Debtors that is based upon an asbestos-related illness or injury that became manifest and that arose (or is deemed to have arisen) prior to the Petition Date and that are not property damage claims or claims for contractual or common law indemnification or contribution ("Manifested Asbestos Claims"), including Known Asbestos Claimants, shall be required to file an original, written proof of claim, substantially in the form attached hereto as **Exhibit 1** (the "Proof of Claim Form") or Official Form 10.[5]  Each entity that has not yet manifested an asbestos-related illness or injury but asserts a claim (whether secured, unsecured priority, or unsecured non-priority) against the Debtors that arose (or is deemed to have arisen) prior to the Petition Date based on exposure of that entity (or a family member of that entity) to asbestos, whether or not such Asbestos Claims have accrued a valid cause of action under nonbankruptcy law, and that are not property damage claims or claims for contractual or common law indemnification ("Unmanifested Asbestos Claims"), shall be

---

[4]    Except as otherwise defined herein and in the Motion, all terms specifically defined in the Bankruptcy Code shall have those meanings ascribed to them by the Bankruptcy Code.  In particular, as used herein:  (a) the term "claim" has the meaning given to it in section 101(5) of the Bankruptcy Code; (b) the term "entity" has the meaning given to it in section 101(15) of the Bankruptcy Code; (c) the term "governmental unit" has the meaning given to it in section 101(27) of the Bankruptcy Code; and (d) the term "person" has the meaning given to it in section 101(41) of the Bankruptcy Code.

[5]    Copies of Official Form 10 may be obtained by:  (a) calling the Debtors' restructuring hotline at (877) 276-7311; (b) visiting the Debtors' restructuring website at:  http://www.efhcaseinfo.com; (c) writing to the Debtors' Claims Processing Center, Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4613, New York, NY 10163-4613; and/or (d) visiting the website maintained by the Court at http://www.deb.uscourts.gov/.

required to file an original, written proof of claim, substantially in the form attached hereto as **Exhibit 2** (the "Unmanifested Asbestos Claim Form").  Except in the case of certain exceptions explicitly set forth herein, **all proofs of claim must be filed so that they are actually received on or before December 14, 2015, at 5:00 p.m., prevailing Eastern Time (the "Asbestos Bar Date"), at the addresses and in the form set forth herein.**  The Asbestos Bar Date applies to all Asbestos Claims against the Debtors that arose or are deemed to have arisen before the Petition Date, including claims held by governmental units against the Debtors, except for claims specifically exempt from complying with the Asbestos Bar Date as set forth in this Asbestos Bar Date Order.[6]

3.      All proofs of claim must be filed so as to be actually received by Epiq Bankruptcy Solutions, LLC ("Epiq"), the noticing and claims agent retained in these chapter 11 cases, on or before the Asbestos Bar Date.  If proofs of claim are not received by Epiq on or before the Asbestos Bar Date, then, absent subsequent order of the Court, the holders of the underlying claims shall be barred from asserting such claims against the Debtors and precluded from voting on any plans of reorganization filed in these chapter 11 cases and/or receiving distributions from the Debtors on account of such claims in these chapter 11 cases.

---

[6]     Pursuant to the *Interim Order Authorizing the Debtors to (A) Maintain and Administer Customer Programs and Customer Agreements, (B) Honor Prepetition Obligations Related Thereto, (C) Pay Certain Expenses on Behalf of Certain Organizations, (D) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (E) Establish Procedures for Notifying Customers of Commencement of the Debtors' Chapter 11 Cases, Assumption of the Customer Agreements and the Bar Date for Customer Claims* [D.I. 307] (the "Customer Claims Bar Date Order") and the *Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof* [D.I. 1866] (the "General Bar Date Order"), the Court established October 27, 2014, as the Customer Claims Bar Date and the General Bar Date, the date by which customer claims, as discussed in the Customer Programs Motion, and all proofs of claim, except for Asbestos Claims, must be filed.  Nothing in this Asbestos Bar Date Order will affect the Customer Claims Bar Date or the General Bar Date, and all terms and conditions set out in the Customer Claims Bar Date Order and General Bar Date Order will continue to apply to customer claims and all other claims except for Asbestos Claims, to the extent and as provided for under such Orders.

## II.    Parties Exempted from the Asbestos Bar Date.

4.    The following categories of ~~claimants~~persons or entities with claims against one of more of the Debtors shall not be required to file a proof of claim by the Asbestos Bar Date:

(a)    any entity that already has filed a signed proof of claim against the respective Debtor(s) with the Clerk of the Court or with Epiq in a form substantially similar to Official Form 10;

(b)    any entity whose claim is listed on the Schedules if:  (i) the claim is **not** scheduled as any of "disputed," "contingent," or "unliquidated;" (ii) such entity agrees with the amount, nature, and priority of the claim as set forth in the Schedules; and (iii) such entity does not dispute that its claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules;

(c)    any entity whose claim has previously been allowed by order of the Court or whose claim has been paid in full by the Debtors pursuant to the Bankruptcy Code or in accordance with an order of the Court;

(d)    any Debtor having a claim against another Debtor;

(e)    any entity whose claim is solely against any of the Debtors' non-Debtor affiliates;

(f)    a current employee of the Debtors, if an order of this Court authorized the Debtors to honor such claim in the ordinary course of business as a wage, commission, or benefit; *provided*, *however*, that a current employee must submit a proof of claim by the Asbestos Bar Date for all claims arising before the Petition Date based on prepetition exposure to asbestos, including Asbestos Claims that have not manifested in a current illness or injury, and whether or not such Asbestos Claims have accrued a valid cause of action under nonbankruptcy law;

(g)    any entity holding a claim for which a separate deadline is or has been fixed by this Court;

(h)    any person or entity holding a claim **not** relating to:  (i) the Debtors and/or the Debtors' predecessors that are expressly identified in connection with the Notice Plan, or (ii) facilities relating to the Debtors and/or the Debtors' predecessors that are expressly identified in connection with the Notice Plan;

(i)    any person or entity holding a claim relating to facilities located outside of the United States relating to the Debtors and/or the Debtors' predecessors, except to the extent (i) such person or entity resides inside the United States during the notice period or receives by direct ~~notice of~~mail the

5

Asbestos Bar Date Package, and (ii) the claim relates to facilities that are expressly identified in connection with the Notice Plan; and

(j)    any entity holding a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration incurred in the ordinary course.

**III.**    **Substantive Requirements for Proofs of Claim Relating to Manifested Asbestos Claims.**

5.    Except as otherwise stated herein, the following requirements shall apply with

respect to filing and preparing each proof of claim for Manifested Asbestos Claims:

(a)    ***Contents***. Each proof of claim must: (i) be written in English; (ii) include a claim amount (if liquidated) denominated in United States dollars; (iii) conform substantially with the Proof of Claim Form or Official Form 10; and (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant.

(b)    ***Original Signatures Required***. Only *original* proofs of claim may be deemed acceptable for purposes of claims administration. Copies of proofs of claim or proofs of claim sent by facsimile or electronic mail will not be accepted.

(c)    ***Identification of the Debtor Entity***. Each proof of claim must clearly identify the Debtor against which a claim is asserted, including the individual Debtor's case number. In case of inconsistency between the name of the identified Debtor and the Debtor's case number, the proof of claim will be filed against the Debtor identified by name. A proof of claim filed under the joint administration case number (No. 14-10979 (CSS)) or otherwise without identifying a specific Debtor, will be deemed as filed only against EECI Inc. A proof of claim filed without properly identifying a Debtor will be deemed as filed only against EECI Inc.

(d)    ***Claim Against Multiple Debtor Entities***. Each proof of claim must state a claim against *only one* Debtor and clearly indicate the Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, such claim may be treated as if filed only against EECI Inc.

(e)    ***Special Provision for Identification of Debtor Entity for Asbestos Claims***. A proof of claim that asserts an Asbestos Claim shall not be disallowed on the ground that such proof of claim was filed against the incorrect Debtor and will be treated as properly filed against each Debtor or Debtors which owned, operated, built or maintained an identified facility; *provided*, *however*, that the Debtors reserve the right to assert all

other objections with respect to such proof of claim, including reassigning the Debtor(s) subject to such claim.

(f) ***Certification.*** Any lawyer or other person who acts as filing agent for a proof of claim on behalf of any person holding a Manifested Asbestos Claim must certify, under penalty of perjury, that such agent has received certification as of the date of filing of the proof of claim from the holder of such Manifested Asbestos Claim, that the information contained in the proof of claim is true, accurate, and complete.

(g) ***Supporting Documentation***. Each proof of claim must include supporting documentation in accordance with Bankruptcy Rules 3001(c) and 3001(d). If, however, such documentation is voluminous, such proof of claim may include a summary of such documentation or an explanation as to why such documentation is not available; *provided*, *however*, that any creditor shall be required to transmit such writings to Debtors' counsel upon request no later than ten days from the date of such request.

(h) ***Timely Service***. Each proof of claim must be filed, including supporting documentation, by U.S. Mail or other hand delivery system, so as to be **actually** **received** by Epiq on or before the Asbestos Bar Date set forth herein (or, where applicable, on or before any other bar date as set forth by order of the Court) at one of the following addresses:

If by First-Class Mail:

Energy Future Holdings ~~Corp.~~ Claims Processing Center
~~c/o Epiq Bankruptcy Solutions, LLC~~
~~Grand Central Station, P.O. Box 4613~~
~~New York, NY 10163-4613~~
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

If by Hand Delivery or Overnight Mail:

Energy Future Holdings ~~Corp.~~ Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
~~777 Third Avenue, 12th Floor~~
~~New York, New York 10017~~
10300 SW Allen Blvd
Beaverton, OR 97005

> **PROOFS OF CLAIM RELATING TO MANIFESTED ASBESTOS CLAIMS SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE ACCEPTED.**

(i)     ***Receipt of Service***.  Claimants wishing to receive acknowledgment that their proofs of claim were received by Epiq must submit (i) a copy of the Proof of Claim Form or Official Form 10 (clearly marked on its face as "COPY") and (ii) a self-addressed, stamped envelope (in addition to the original Proof of Claim Form or Official Form 10 sent to Epiq).

**IV.   Substantive Requirements for Proofs of Claim Relating to Unmanifested Asbestos Claims.**

6.     Except as otherwise stated herein, the following requirements shall apply with respect to filing and preparing each proof of claim for Unmanifested Asbestos Claims:

(a)     ***Contents***.  Each proof of claim must:  (i) be written in English; (ii) conform substantially with the Unmanifested Asbestos Claim Form; and (iii) be signed by the claimant or by an authorized agent or legal representative of the claimant.

(b)     ***Identification of Exposure***.  Each proof of claim must clearly identify the plants and/or locations from the list expressly identified in connection with the Notice Plan at which asbestos exposure may have occurred (if known), the type of possible asbestos exposure (i.e. the claimant or family member), and the estimated dates of exposure (if known).

(c)     ***Certification of Claimant***.   Each claimant must certify that the information provided on the Unmanifested Asbestos Claim Form is true, accurate and complete to the best of the claimant's knowledge.

(d)     ***Certification of Lawyer or Agent.*** Any lawyer or other person who acts as filing agent for a proof of claim on behalf of any person holding an Unmanifested Asbestos Claim must certify, under penalty of perjury, that such agent has received certification as of the date of filing of the proof of claim from the holder of such Unmanifested Asbestos Claim, that the information contained in the proof of claim is true, accurate, and complete to the best of the claimant's knowledge.

(e)     ***Timely Service***.  Each proof of claim must be filed so as to be **actually received** by Epiq on or before the Asbestos Bar Date set forth herein (or, where applicable, on or before any other bar date as set forth by order of the Court) at one of the following:

If by First-Class Mail:

Energy Future Holdings ~~Corp.~~ Claims Processing Center
~~c/o Epiq Bankruptcy Solutions, LLC~~
~~Grand Central Station, P.O. Box 4613~~
~~New York, NY 10163-4613~~

c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

If by Hand Delivery or Overnight Mail:

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

If by Email: info@EFHAsbestosClaims.com

If by facsimile: 1-8NN-NNN-NNNN

If by the Internet: www.EFHAsbestosClaims.com

(f)     ***Receipt of Service***.  Claimants wishing to receive acknowledgment that their proofs of claim were received by Epiq must submit (i) a copy of the Unmanifested Asbestos Claim Form (clearly marked on its face as "COPY") and (ii) a self-addressed, stamped envelope (in addition to the original Unmanifested Asbestos Claim Form sent to Epiq).

## V.     Procedures for Providing Notice of the Asbestos Bar Date.

7.     The Debtors are authorized to implement the Revised Notice Plan as attached to the Supplemental Azari Declaration as **Exhibit A**, including, but not limited to, each of the following components.

### A.     Direct Mailing of the Asbestos Bar Date Notice to Known Asbestos Claimants.

8.     No later than 15 days after the Court enters this Asbestos Bar Date Order, the Debtors shall cause a written notice of the Asbestos Bar Date, substantially in the form attached hereto as **Exhibit 3** (the "Asbestos Bar Date Notice"), the Cover Letter to Known Asbestos Claimants, a copy of the Publication Notice, personalized Proof of Claim Form (as discussed below) and Unmanifested Asbestos Claim Form, to be mailed via first class mail to the counsel of known holders of Asbestos Claims that are currently pending against the Debtors (the "Known

Asbestos Claimants") as well as each Known Asbestos Claimant (if mailing information for such Known Asbestos Claimants is known).

9.      The Debtors shall provide all Known Asbestos Claimants and their counsel (if known) listed in the Debtors' Schedules with a "personalized" Proof of Claim Form, which will identify how the Debtors have scheduled the Known Asbestos Claimants' Asbestos Claim in the Schedules, including, without limitation:  (a) the identity of the Debtor against which the Asbestos Claim is scheduled; (b) the amount of the scheduled Asbestos Claim, if any; (c) whether the Asbestos Claim is listed as contingent, unliquidated, or disputed; and (d) whether the Asbestos Claim is listed as secured, unsecured priority, or unsecured non-priority.  Each Known Asbestos Claimant shall have an opportunity to inspect the Proof of Claim Form provided by the Debtors and correct any information that is missing, incorrect, or incomplete. Additionally, any Known Asbestos Claimant may choose to submit a proof of claim on a different form as long as it is substantially similar to Official Form 10.

**B.      Direct Mailing of the Asbestos Bar Date Notice to Employees and Contractors.**

10.      The Debtors shall conduct a reasonable search of their reasonably available records to attempt to identify current and previous employees and contractors of the Debtors and/or their predecessors who may have been exposed to asbestos in the course of their employment by the Debtors and/or the Debtors' predecessors or work for the Debtors and/or the Debtors' predecessors, including those who have not yet asserted the existence of an Asbestos Claim against the Debtors and/or the Debtors' predecessors (the "Employees and Contractors"). No later than 15 days after the entry of this Asbestos Bar Date Order, the Debtors shall mail the Asbestos Bar Date Notice, the Cover Letter to Employees and Contractors, Official Form 10 and Unmanifested Asbestos Claim Form (which, for the avoidance of doubt, will not be

"personalized") (together, the "Asbestos Bar Date Package")[7] to the last known mailing address and the updated address, if any, of the Employees and Contractors.

### C.    Supplemental Mailings.

11.    After the initial mailings to Known Asbestos Claimants and Employees and Contractors, the Debtors shall make supplemental mailings of notices or Asbestos Bar Date Packages to Known Asbestos Claimants or Employees and Contractors, in the event that: (a) notices are returned by the post office with forwarding addresses; or (b) certain parties acting on behalf of parties in interest decline to pass along notices to these parties and instead return their names and addresses to the Debtors for direct mailing.  In this regard, the Debtors shall make supplemental mailings of the Asbestos Bar Date Package in these and similar circumstances at any time up to 21 days in advance of the Asbestos Bar Date, with any such mailings being deemed timely and the Asbestos Bar Date being applicable to the recipient creditors.

12.    Within 21 days in advance of the Asbestos Bar Date, the Debtors shall establish supplemental bar dates ("Supplemental Bar Dates") with respect to Known Asbestos Claimants or Employees and Contractors, in the event that:  (a) notices are returned by the post office with forwarding addresses; or (b) certain parties acting on behalf of parties in interest decline to pass along notices to these parties and instead return their names and addresses to the Debtors for direct mailing.  With respect to such Supplemental Bar Date, the Debtors shall:  (a) file a notice of the Supplemental Bar Date with the Court, and (b) mail notice of the Supplemental Bar Date to the applicable claimants subject to the Supplemental Bar Date.  The Supplemental Bar Date

---

[7]    To the extent that the Debtors obtain sufficient information to do so for any mailing, the Debtors may replace Official Form 10 in the Asbestos Bar Date Package with a personalized Proof of Claim Form.

shall be established on a date that is no later than 21 days from the date on which the Asbestos Bar Date Package was mailed to the applicable claimants.

> **D.      Publication of Asbestos Bar Date Notice.**

13.      No later than 60 days after the entry of this Asbestos Bar Date Order, the Debtors shall cause the Publication Notice to be published to each of the publications discussed in the Notice Plan.  To the extent it is not possible to cause the Asbestos Publication Notice to be published to a particular publication on the timelines provided in the Notice Plan, the Debtors shall cause the Asbestos Publication Notice to be published as close to these timelines as reasonably practicable, *provided*, *however*, that a failure to publish the Asbestos Publication Notice to a particular publication in the Notice Plan on the timelines provided in this paragraph, despite good faith efforts to do so, shall not be considered noncompliance with this Asbestos Bar Date Order and shall not excuse any creditor from filing a proof of claim or from any other requirement of this Asbestos Bar Date Order.  At the Debtors' election, the Debtors may publish the Asbestos Publication Notice in additional publications.

> **E.      Dedicated Website and Toll-Free Number.**

14.      The Debtors shall establish the Asbestos Bar Date Website and the Toll-Free Number as soon as practicable but in no event later than 15 days after the entry of this Asbestos Bar Date Order.  The Asbestos Bar Date Website and Toll-Free Number will be prominently displayed in all printed notice documents and other paid advertising.

> **F.      Internet Banner Advertising and Sponsored Search Listings.**

15.      No later than 45 days after the entry of this Asbestos Bar Date Order, the Debtors shall (i) place Banner Advertisements linking to the Asbestos Bar Date Website on the following websites or advertising networks: *AARP.com, Conversant Ad Network, Facebook, MSN* and *Yahoo! Ad Network*, and (ii) establish sponsored Internet search listings linking to the Asbestos

Bar Date Website from the Google, Yahoo!, and Bing search engines, triggered by an Internet user's entry of specified key search terms.

### G. Informational Release.

16.    No later than 15 days after the entry of this Asbestos Bar Date Order, the Debtors shall distribute the Informational Release to approximately 4,200 print/broadcast and 5,500 online press outlets throughout the United States for potential dissemination as a news story. The Informational Release will include the Asbestos Bar Date Website address and the Toll-Free Number.

### H. Labor Union Outreach.

17.    No later than 15 days after the entry of this Asbestos Bar Date Order, the Debtors shall distribute the Informational Release and other relevant documents to labor unions known to represent current and former employees of the Debtors and/or the Debtors' predecessors who may have been exposed to asbestos, for further distribution to such current and former employees.  If a labor union provides the Debtors additional last known addresses for Employees and Contractors, the Debtors shall, no later than 15 days after receipt, mail the Asbestos Bar Date Package to the addresses provided.

## VI.    Consequences of Failure to File a Proof of Claim.

18.    **Any entity or person who is required, but fails, to file a proof of claim in accordance with this Asbestos Bar Date Order on or before the Asbestos Bar Date shall be prohibited from voting to accept or reject any plan of reorganization filed in these chapter 11 cases with respect to such Asbestos Claim, participating in any distribution in these chapter 11 cases on account of such Asbestos Claim, or receiving further notices regarding such Asbestos Claim.**

## VII.    Notice of the Asbestos Bar Date.

19.    Notice of the Asbestos Bar Date as set forth in this Asbestos Bar Date Order and in the manner set forth herein constitutes adequate and sufficient notice of the Asbestos Bar Date and satisfies the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

## VIII.    Miscellaneous.

20.    The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Asbestos Bar Date Order in accordance with the Motion.

21.    The terms and conditions of this Asbestos Bar Date Order shall be immediately effective and enforceable upon entry of the Asbestos Bar Date Order.

22.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Asbestos Bar Date Order.

Wilmington, Delaware
Dated: _____, 2015

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

14

## **EXHIBIT 1**

**Proof of Claim Form**

## **EXHIBIT 2**

### **Unmanifested Asbestos Claim Form**

## **EXHIBIT 3**

**Asbestos Bar Date Notice**

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

# Power Plant Employees and Contractors

## If you or a family member ever worked at a power plant, you could have been exposed to asbestos.

## To keep your right to compensation if you become ill in the future (or have asbestos-related illness today), you must submit a claim by Month DD, 201Y

A bankruptcy has been filed by Energy Future Holding Corp., Ebasco Services, Inc. EECI, Inc. and certain subsidiaries ("EFH"). EFH owned, operated, maintained, or built power plants across the United States and in other countries where asbestos may have been present. Workers at these power plants (and family members and others who came into contact with these workers) may have been exposed to asbestos.

Under the supervision of the Court, EFH is seeking a "clean start" by restructuring its debts. As part of this process, the Court has decided that anyone who has a claim today against EFH for asbestos-related illness or who may develop asbestos-related illness in the future, must submit a claim by **Month DD, 201Y** to be eligible for compensation now or in the future (the "Asbestos Bar Date")

### Which power plants are included?

Power plants related to EFH in which asbestos exposure may have occurred were located across the United States and in foreign countries. The list of included power plants is provided at the end of this notice.

### How could this affect me?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor or in any other role. You also could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing). You may also file a claim on behalf of a deceased family member.

### What are my options?

If you believe that you or a family member may have been exposed to asbestos at an included plant, submit a claim by **Month DD, 201Y**. Even if you have not been diagnosed with disease or experienced symptoms, you must make a claim to preserve your right to compensation if you develop asbestos-related illness in the future. You can submit a claim yourself or you can ask a lawyer to help you.

If you do not submit a claim by **Month DD, 201Y** and later develop asbestos-related disease, you will not be eligible for compensation.

## Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com

SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.

This notice explains your options regarding the Court's order related to asbestos claims ("Asbestos Bar Date Order"), how to submit an asbestos claim and the consequences of doing nothing.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

2

## WHAT THIS NOTICE CONTAINS

**BACKGROUND INFORMATION**...................................................................................**PAGE N**
1. What is this bankruptcy case about?
2. Why has this notice been issued?
3. What companies are part of EFH?
4. Who is this notice being provided to?

**ASBESTOS EXPOSURE**.......................................................................................**PAGE N**
5. What is asbestos?
6. What is asbestos exposure?
7. Which power plants are included?
8. What is asbestos-related illness?
9. If I may have been exposed to asbestos and am not ill, why should I submit a claim?
10. What does the term "Asbestos Claim" include?

**WHO SHOULD SUBMIT AN ASBESTOS CLAIM**.....................................................**PAGE N**
11. Should I submit an Asbestos Claim?
12. Why are family members included?
13. What if I am an EFH employee?
14. What is the difference between a manifested and an unmanifested claim?
15. Which claim form should I submit?
16. What if I am not sure if I should submit a claim?
17. Will I get money if I submit a claim?
18. What is the deadline to submit an Asbestos Claim?

**UNMANIFESTED CLAIMS (No Current Illness or Injury)** ............................................**PAGE N**
19. How do I complete an Unmanifested Claim?
20. How do I submit an Unmanifested Claim?

**MANIFESTED CLAIMS (For Current Injury)** ..............................................................**PAGE N**
21. What are the requirements for completing a Manifested Claim?
22. How do I submit a Manifested Claim?
23. Reservation of Debtors' Rights.

**IF YOU DO NOTHING**..........................................................................................**PAGE N**
24. What if I do not submit a claim by the deadline?

**GETTING MORE INFORMATION**............................................................................**PAGE N**
25. How do I get more information?

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.

# BACKGROUND INFORMATION

## 1. What is this bankruptcy case about?

A bankruptcy has been filed by Energy Future Holding Corp., Ebasco Services, Inc. EECI, Inc. and certain subsidiaries ("EFH"). EFH owned, operated, maintained, or built power plants across the United States and in other countries where asbestos was present. Workers at these power plants (and family members and others who came into contact with these workers) may have been exposed to asbestos.

Under the supervision of the Court, EFH is seeking a "clean start" by restructuring its debts. As part of that process, anyone who has a claim today against EFH for asbestos-related illness, or who may develop asbestos-related illness in the future, must submit a claim by **Month DD, 201Y** to be eligible for compensation from EFH now or in the future.

## 2. Why has this notice been issued?

The Court's Asbestos Bar Date Order directed that this notice be issued. The Asbestos Bar Date Order provides that if you were exposed to asbestos from a power plant related to EFH, you must submit a claim by **Month DD, 201Y** to be eligible for compensation either now or in the future. Capitalized terms used that are not otherwise defined in this notice have the meaning as defined in the Asbestos Bar Date Order.

## 3. What companies are part of EFH?

EFH is comprised of the following companies that are included in this bankruptcy.

Energy Future Holdings Corp.
4Change Energy Company
4Change Energy Holdings LLC
Big Brown 3 Power Company LLC
Big Brown Lignite Company LLC
Big Brown Power Company LLC
Brighten Energy LLC
Brighten Holdings LLC
Collin Power Company LLC
Dallas Power & Light Company
Dallas Power & Light Company, Inc.
DeCordova II Power Company LLC
DeCordova Power Company LLC
Eagle Mountain Power Company LLC
Ebasco Services, Inc.
EBASCO SERVICES OF CANADA LIMITED
EEC Holdings, Inc.
EECI, Inc.
EFH Australia (No. 2) Holdings Company
EFH CG Holdings Company LP
EFH CG Management Company LLC
EFH Corporate Services Company
EFH Finance (No. 2) Holdings Company
EFH FS Holdings Company
EFH Renewables Company LLC

EFIH FINANCE INC.
Energy Future Competitive Holdings Company LLC
Energy Future Intermediate Holding Company LLC
ENSERCH Corporation
Generation Development Company LLC
Generation MT Company LLC
Generation SVC Company
Lake Creek 3 Power Company LLC
Lone Star Energy Company, Inc.
Lone Star Gas Company
Lone Star Pipeline Company, Inc.
LSGT Gas Company LLC
LSGT SACROC, Inc.
Luminant Big Brown Mining Company LLC
Luminant Energy Company LLC
Luminant Energy Trading California Company
Luminant ET Services Company
Luminant Generation Company LLC
Luminant Holding Company LLC
Luminant Mineral Development Company LLC
Luminant Mining Company LLC
Luminant Renewables Company LLC
Martin Lake 4 Power Company LLC
Monticello 4 Power Company LLC
Morgan Creek 7 Power Company LLC

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

| | |
|---|---|
| NCA Development Company LLC | TXU US Holdings Company |
| NCA Resources Development Company LLC | Texas Utilities Company |
| Oak Grove Management Company LLC | Texas Utilities Generating Company |
| Oak Grove Mining Company LLC | Texas Utilities Electric Company |
| Oak Grove Power Company LLC | TXU Electric Company |
| Sandow Power Company LLC | Texas Utilities Company, Inc. |
| Southwestern Electric Service Company, Inc. | Texas Utilities Generating Company, Inc. |
| TCEH Finance, Inc. | Texas Utilities Electric Company, Inc. |
| Texas Competitive Electric Holdings Company LLC | TXU Electric, Inc. |
| Texas Electric Service Company | TXU Energy Company LLC |
| Texas Electric Service Company, Inc. | Texas Energy Industries, Inc. |
| Texas Energy Industries Company, Inc. | TXU Energy Services Company |
| Texas Power & Light Company, Inc. | TXU Generation Company LP |
| Texas Utilities Company, Inc. | TXU Big Brown Company LP |
| Texas Utilities Electric Company, Inc. | TXU DeCordova Company LP |
| Texas Power & Light Company | TXU Tradinghouse Company LP |
| Tradinghouse 3 & 4 Power Company LLC | TXU Handley Company LP |
| Tradinghouse Power Company LLC | TXU Mountain Creek Company LP |
| TXU Corp. | TXU Valley Company LLC |
| TXU Electric Company, Inc. | TXU Energy Solutions Company LLC |
| TXU Energy Receivables Company LLC | TXU Receivables Company |
| TXU Energy Retail Company LLC | TXU Retail Services Company |
| TXU Gas Company | TXU SEM Company |
| TXU Gas Company LP | Valley NG Power Company LLC |
| TXU Generation Company | Valley Power Company LLC |

## 4. Who is this notice being provided to?

The following people (if they are known to EFH) are being provided this notice directly.

- Current and former EFH employees who may have worked at an EFH facility.
- People who may have performed work at an EFH facility.  This includes people who worked for a vendor, contractor or subcontractor.
- People who may have been present at an EFH facility in any other role.
- People who may have worked for an entity retained by EFH as vendor, contractor or in any other capacity.
- People who may have performed work for an unrelated entity at a site in which EFH also performed work.
- People who have a pending asbestos lawsuit against EFH.
- People who have a pending asbestos lawsuit against a party other than EFH and EFH has agreed to indemnify or compensate that party for loss or damage.
- Anyone who requests a copy of this notice.

# ASBESTOS EXPOSURE

## 5. What is asbestos?

Asbestos is a fiber that was used as insulation in walls, wires, pipes, boilers and generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes. Workers responsible for building and maintaining power plants and

equipment also wore insulated clothing or gear that may have contained asbestos. Virtually all power plants built before 1980 used or contained asbestos-containing products.

## 6. What is asbestos exposure?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role. You also could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing).

## 7. Which power plants are included?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role.  The included power plants were located across the United States and in some foreign countries. A list of the included power plants is provided at the end of this notice.

## 8. What is asbestos-related illness?

Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis. Even if your exposure to asbestos was many years ago and you are not sick today, this notice could affect you. Asbestos-related illness can occur 50 years or later after the exposure to asbestos.

## 9. If I may have been exposed to asbestos and am not ill, why should I submit a claim?

Under applicable law, you have a claim for asbestos exposure at the time you are exposed, not at the time when you become sick, which could be many years later.  As a result, if you believe you have been exposed to asbestos by EFH at an included power palant before April 29, 2014, you must file a claim now.  To be eligible for compensation related to exposure to asbestos, you must file a claim whether or not an injury or disease has been diagnosed and whether or not you have a claim under state law.

## 10. What does the term "Asbestos Claim" include?

"Asbestos Claim" means any claim for:

- exposure to asbestos
- personal injury related to exposure to asbestos, or
- wrongful death related to exposure to asbestos.

Asbestos Claims may include claims for any relief of any kind whatsoever, including claims for damages or payment as well as non-monetary claims.

Asbestos Claims include claims that:

- Have been settled or are in the process of being settled but are unpaid.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

- Are based on a judgment or verdict but are unpaid.

## WHO SHOULD SUBMIT AN ASBESTOS CLAIM

### 11. Should I submit an Asbestos Claim?

Anyone who has a claim today against EFH for asbestos-related illness or who may develop asbestos-related illness in the future, must submit a claim by **Month DD, 201Y** to be eligible for compensation from EFH now or in the future.

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role.

### 12. Why are family members included?

Family members are included because you could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing).  You may also file a claim on behalf of a deceased family member.

### 13. What if I am an EFH employee?

A current EFH employee must submit a claim by the Asbestos Bar Date for any claim related to possible exposure to asbestos before April 29, 2014.  This includes an Asbestos Claim that has not developed a current illness or injury, and whether or not such Asbestos Claim is valid or could be made under non-bankruptcy law.

### 14. What is the difference between a manifested and an unmanifested claim?

As part of this bankruptcy, there are two types of Asbestos Claims: manifested and unmanifested.

**Manifested Claim.**  If you have any sign of illness today which you believe is related to asbestos exposure, you have what is called a "manifested claim."  Anyone who has a manifested claim related to EFH should complete an Official Form 10.  The manifested claim process can be complex and you are encouraged to ask a lawyer to help you, although you can submit an Official Form 10 without an attorney.

If you have already brought a claim against EFH relating to asbestos exposure, you still have to complete and submit an Official Form 10.

**Unmanifested Claim.**  The other type of asbestos exposure claim is for an "unmanifested" asbestos injury or illness.  This means:

(1) you may have been exposed to asbestos from any of the power plants included in this bankruptcy; and
(2) you do not have any sign of illness related to asbestos exposure today.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

The unmanifested claim process is simple and filling out a form should only take a few minutes. You do not need an attorney to fill out and file an Unmanifested Asbestos Injury Claim Form (though you may hire one if you choose).

Both Official Form 10 and the Unmanifested Asbestos Injury Claim Form are included with this notice and available at the website.

### 15. Which claim form should I submit?

If you have a Manifested Claim, you should submit an Official Form 10.  If you have an Unmanifested Claim, you should submit the Unmanifested Asbestos Injury Claim Form.

Both Official Form 10 and the Unmanifested Asbestos Injury Claim Form are included with this notice and available at the website.

### 16. What if I am not sure if I should submit a claim?

If you are not sure if you should submit a claim, it is a good idea to make a claim to keep your right to compensation now or in the future. Certain groups of people may not need to file a claim. You can review the Asbestos Bar Date Order for a list of people who do not.  It is unusual to not need to file a claim, however, and if.  If you have any doubt, it is a good idea to file one.

You may want to talk with your lawyer about whether to submit a claim and about any questions you have that are not covered by this notice.

### 17. Will I get money if I submit a claim?

Receiving this notice does not mean that you were exposed to asbestos or that you are eligible to receive money as part of this bankruptcy now.  If you are not ill today, submitting a claim keeps your right to receive compensation if you become ill in the future.

### 18. What is the deadline to submit an Asbestos Claim?

Your Asbestos Claim must be received by **Month DD, 201Y** in order to be eligible for compensation now or in the future.  This deadline is also called the Asbestos Bar Date.

## UNMANIFESTED CLAIMS (NO CURRENT ILLNESS OR INJURY)

### 19. How do I complete an Unmanifested Claim?

If you are not ill today, use the Unmanifested Asbestos Injury Claim Form which is included with this notice and available at the website.  Completing the Unmanifested Asbestos Injury Claim Form should take about five minutes.  In addition to basic contact information (name, address), the claim form asks how and where you may have been exposed to asbestos related to EFH to the extent you know.

### 20. How do I submit an Unmanifested Claim?

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

You may submit an Unmanifested Claim online at www.EFHAsbestosClaims.com.  If you want to use the paper Unmanifested Asbestos Injury Claim Form, you may submit the form in any of the following ways:

**Fax**: 1-8NN-NNN-NNNN

**Email:** info@EFHAsbestosClaims.com

**First-Class Mail:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
~~Grand Central Station,~~ P.O. Box ~~4613~~
~~New York, NY 10163-4613~~4420
Beaverton, OR 97076-4420

~~**Hand Delivery or Overnight Mail:**~~

~~Energy Future Holdings Corp. Claims Processing Center~~
~~c/o Epiq Bankruptcy Solutions, LLC~~
~~777 Third Avenue, 12th Floor~~
~~New York, New York 10017~~

## MANIFESTED CLAIMS (FOR CURRENT INJURY)

### 21. What are the requirements for completing a Manifested Claim?

To submit a Manifested Claim (if you have any sign of illness today), use Official Form 10 which is included with this notice and available at the website.

To be considered, your Manifested Claim must satisfy all of the following requirements.

(a)   ***Language***.  The claim must be written in English.

(b)   ***Claim Amount.***  The claim must include an amount in United States dollars.

(c)   ***Signature.***  The claim must be signed by the claimant or by an authorized agent or legal representative of the claimant.   If signed on behalf of the claimant, proof of representation must be provided with the claim.

(d)   ***Original Signature Required***.  Only an *original* claim may be deemed acceptable for purposes of claims administration.

(e)   ***Identification of the Debtor Entity***.  Each claim must clearly identify the Debtor against which a claim is asserted, including the individual Debtor's case number.   In case of inconsistency between the name of the identified Debtor and the Debtor's case number, the claim will be filed against the Debtor identified by name.  A claim filed under the joint administration case number (No. 14-10979 (CSS)) or otherwise without identifying a specific Debtor, will be deemed as filed only against EECI, Inc.

(f)   ***Claim Against Multiple Debtor Entities***.  Each claim must state a claim against *only one* Debtor and clearly indicate the Debtor against which the claim is asserted.  To the extent

more than one Debtor is listed on the proof of claim, such claim may be treated as if filed only against EECI, Inc.

(g)  **Special Provision for Identification of Debtor Entity for Asbestos Claims.**  An Asbestos Claim will be allowed even if the claim was filed against the incorrect Debtor and will be treated as properly filed against each Debtor or Debtors which owned, operated, built or maintained an identified facility; *provided*, *however*, that the Debtors reserve the right to make other objections with respect to the claim, including reclassifying the Debtor(s) subject to the claim.

(h)  **Certification.** Any lawyer or other person who acts as filing agent for a proof of claim on behalf of anyone holding an Asbestos Claim must certify, under penalty of perjury, that such agent has received certification from the claimant as of the date of filing of the claim that the information contained in the claim is true, accurate, and complete.

(i)  **Supporting Documentation**.  Each claim must include supporting documentation in compliance with Bankruptcy Rules 3001(c) and 3001(d).  If this documentation is voluminous, upon prior written consent of Debtors' counsel, the claim may include a summary of the documentation or an explanation of why the documentation is not available; *provided*, *however*, that any claimant who received such written consent will be required to transmit the summary to Debtors' counsel upon request no later than ten days from the date of the request.

(j)  **Receipt of Service**.  Claimants wishing to receive acknowledgment that their proofs of claim were received by the claims administrator (Epiq Bankruptcy Solutions, LLC, or "Epiq") must submit (i) a copy of the claim form (clearly marked on its face as "COPY") and (ii) a self-addressed, stamped envelope (in addition to the original claim form sent to Epiq).

## 22. How do I submit a Manifested Claim?

Each Manifested Claim must be filed, including supporting documentation, by U.S. Mail or other hand delivery system, so it is received by the claims administrator on or before **Month DD, 201Y** at one of the following addresses:

By First-Class Mail:

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

By Hand Delivery or Overnight Mail:

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
777 Third Avenue, 12th Floor
New York, New York 10017

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

Any Manifested Claim submitted by fax or email will not be considered.

If you are not sure if you should submit a claim, it is a good idea to make a claim to preserve your right to compensation now or in the future. You may want to talk with your lawyer about whether to submit a claim and about any questions you have that are not covered by this notice.

## 23. Reservation of Debtors' Rights.

Nothing contained in this Notice is intended to or should be taken as the Debtors' giving up their right to: (a) defend against, any filed claim or any claim listed or reflected in the Schedules related to the nature, amount, liability, or claim classification thereof; (b) subsequently designate any scheduled claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

# IF YOU DO NOTHING

## 24. What if I do not submit a claim by the deadline?

If you do not file a claim now, you will lose your right to bring an asbestos injury claim against the Debtors and receive money, even if you develop an asbestos-related illness in the future. This means you will not be able to have a say in the voting and share in money provided for asbestos claimants under any bankruptcy plan of reorganization in EFH's bankruptcy cases.

# GETTING MORE INFORMATION

## 25. How do I get more information?

Visit www.efhcaseinfo.com to view the Debtors' Schedules, the Asbestos Bar Date Order, and other information regarding these bankruptcy cases.

If you have questions, call 1-877-276-7311 or send an email to info@EFHAsbestosClaims.com. You may also send a letter to: Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4613, New York, NY 10163-4613.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**