## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 4864** |

### ORDER APPROVING THE STIPULATION BETWEEN LUMINANT HOLDING COMPANY, LLC, CERTAIN OF ITS NON-DEBTOR SUBSIDIARIES, THE TCEH CREDITORS' COMMITTEE, AND THE AD HOC GROUP OF TCEH FIRST LIEN LENDERS REGARDING THE USE OF CERTAIN NON-DEBTOR ASSET SALE PROCEEDS IN ACCORDANCE WITH THE STIPULATION

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), authorizing Luminant Holding Company LLC ("Luminant LLC"), Greenway Development Holding Company LLC, Luminant LLC's wholly owned non-Debtor subsidiary ("Greenway LLC"), and Collin G/G&B LLC, the majority-owned non-Debtor subsidiary of Greenway LLC ("Collin LLC") to enter into and perform under the stipulation attached hereto as **Exhibit 1** to the Order (the "Stipulation") with the TCEH Creditors' Committee, and the ad hoc group of TCEH first lien lenders (the "Ad Hoc Group of TCEH First Lien Lenders," and together with Luminant LLC, Greenway LLC, Collin LLC, and the TCEH Creditors' Committee, the "Parties") all as more fully set forth in the Motion; and the Court having found that it has jurisdiction over this

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 12510428v.1

matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Stipulation was extensively negotiated in good faith and at arms' length by the Parties; and the Court having found that the Stipulation and the transactions contemplated therein are fair and reasonable; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Order.

3. The Parties shall provide advance written notice to the First Lien Credit Agent (as defined in the TCEH DIP Order) of any use and/or distribution of any Sale proceeds prior to the occurrence of a Distribution Event.

4. The rights of the First Lien Credit Agent are fully reserved with respect to whether Greenway LLC's interest in the Sale proceeds, including those amounts payable to

Greenway LLC from the Purchase Price, are subject to the prepetition or postpetition liens of the TCEH first lien creditors, including the First Lien Credit Agent.

5. The Stipulation is fair and reasonable and entered into in good faith by the Parties.

6. This Stipulation shall remain in full force and effect notwithstanding the conversion of the Debtors' chapter 11 cases to another chapter of the Bankruptcy Code.

7. The Court shall retain sole and exclusive jurisdiction to enforce the provisions of this Order.

Dated: July 14, 2015
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

3

RLF1 12510428v.1