## Exhibit 1

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## STIPULATION REGARDING THE USE
## OF CERTAIN NON-DEBTOR ASSET SALE PROCEEDS

Luminant Holding Company LLC ("Luminant LLC"), a Delaware limited liability company and a debtor in the above-captioned chapter 11 cases, Greenway Development Holding Company LLC ("Greenway LLC"), a Delaware limited liability company and wholly-owned non-debtor subsidiary of Luminant LLC, Collin G/G&B LLC ("Collin LLC"), a Delaware limited liability company and majority-owned non-debtor subsidiary of Greenway LLC, the Official Committee of TCEH Unsecured Creditors ("TCEH Creditors' Committee"), and the ad hoc group of TCEH first lien lenders (the "Ad Hoc Group of TCEH First Lien Lenders," and together with Luminant LLC, Greenway LLC, Collin LLC, and the Committee, the "Parties"), hereby enter into this stipulation (this "Stipulation") and stipulate and agree as follows.

### RECITALS

WHEREAS, on April 29, 2014, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed petitions for relief under chapter 11 of title 11 of the United

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12510428v.1

States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS, Luminant LLC owns 100% of the membership interests of non-debtor Greenway LLC, which in turn owns 74% of the membership interests of non-debtor Collin LLC;

WHEREAS, Collin LLC and Frisco Community Development Corporation (the "Purchaser"), a Texas non-profit corporation, are party to that certain contract of sale (the "Sale Agreement") dated January 26, 2015 (the "Effective Date") providing for the sale and conveyance of fee simple title to (a) that certain parcel of land containing approximately 180 acres (the "South Tract") and (b) that certain parcel of land containing approximately 20 acres (the "North Tract," and together with the South Tract, the "Land"), each being located in the City of Frisco, Collin County, Texas, together with any right, title, and interest of Collin LLC in and to any and all improvements located on the Land and all development rights, easements, and other rights appurtenant thereto or used in connection therewith (the "Sale");

WHEREAS, the Sale Agreement provides for an inspection period of 60 days from the Effective Date (the "Inspection Period") and that the Sale shall close on March 31, 2015 (the "Closing Date"), at which time the purchase price of (a) $16,100,000.00 plus (b) the product of $89,500.00 multiplied by the number of gross acres in the North Tract plus (c) $232,464.00 (the "Purchase Price") shall be payable to Collin LLC by wire transfer or other immediately available funds;

WHEREAS, the Sale Agreement further provides that the Purchaser shall deposit in escrow the sum of $100,000.00 within three days after the Effective Date and, if the Sale Agreement has not been terminated prior to the expiration of the Inspection Period, an additional sum of $100,000.00, to be applied towards the Purchase Price at closing;

WHEREAS, Collin LLC and the Purchaser entered into the first amendment to the Sale Agreement, extending the Inspection Period to April 20, 2015 and the Closing Date to April 30, 2015;

WHEREAS, Collin LLC and the Purchaser entered into the second amendment to the Sale Agreement, extending the Inspection Period to April 22, 2015 and the Closing Date to May 7, 2015;

WHEREAS, Greenway LLC, as the "Capital Member," has approved the Sale pursuant to Article 4 of the Limited Liability Company Agreement of Collin LLC (the "Collin LLC Agreement");

WHEREAS, Greenway/G&B Frisco L.P. ("Greenway/G&B"), as the "Operating Member," has approved the Sale and the terms of the Sale Agreement;

WHEREAS, Purchaser and Greenway/G&B General LLC, the General Partner of Greenway/G&B, executed the Sale Agreement on January 26, 2015;

WHEREAS, Article 8 of the Collin LLC Agreement governs the distribution of available cash from Collin LLC to the members, including Greenway LLC;

WHEREAS, no corporate action by Luminant LLC or any other Debtor is required to authorize or consent to the Sale;

WHEREAS, pursuant to the *Final Order (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, and (C) Modifying the Automatic Stay* [D.I. 856] (the "TCEH DIP Order"), the Bankruptcy Court authorized the TCEH Debtors (as defined in the TCEH DIP Order) to obtain postpetition financing under that certain Senior Secured Superpriority Debtor-in-Possession Credit Agreement, dated as of May 5, 2014

3

(as amended, restated, supplemented, or otherwise modified from time to time, the "TCEH DIP Credit Agreement," and together with related documents, the "TCEH DIP Documents");

WHEREAS, Collin LLC and Greenway LLC are "Unrestricted Subsidiaries" of the Debtors under the TCEH DIP Documents; and

WHEREAS, prior to the Effective Date, the Parties and their advisors engaged in discussions regarding the proposed use of that portion of the Sale proceeds that may be distributed to Greenway LLC in accordance with Article 8 of the Collin LLC Agreement.

NOW, THEREFORE, it is hereby stipulated and agreed to by and among the Parties:

1. The Parties agree that upon closing of the Sale and payment of the Purchase Price to Collin LLC, any distribution made to Greenway LLC from the Sale proceeds shall be placed and held in a separate, segregated bank account, account no. 7556, held with JPMorgan Chase Bank, N.A. (TX) in the name of Greenway LLC, until the earlier of: (x) the effective date of a plan of reorganization of Luminant LLC, and (y) entry of a Bankruptcy Court order authorizing the use and/or distribution of such Sale proceeds (a "Distribution Event").

2. Pending the occurrence of a Distribution Event, Luminant LLC agrees and stipulates that it shall not take any action to cause Greenway LLC to make a distribution of any Sale proceeds to Luminant LLC or otherwise authorize the use and/or distribution of such Sale proceeds without the prior written consent of the Committee and the Ad Hoc Group of TCEH First Lien Lenders.

3. Pending the occurrence of a Distribution Event, Greenway LLC agrees and stipulates that it shall not make a distribution of any Sale proceeds to Luminant LLC or otherwise authorize the use and/or distribution of such Sale proceeds without the prior written consent of the Committee and the Ad Hoc Group of TCEH First Lien Lenders.

4. Nothing in this Stipulation is intended or shall be construed to modify the terms of the Sale Agreement or alter the respective rights and obligations of Collin LLC or its members under the Collin LLC Agreement.

5. Notwithstanding anything to the contrary contained herein, all parties' rights are fully reserved with respect to whether Greenway LLC's interest in the Sale proceeds, including those amounts payable to Greenway LLC from the Purchase Price, are subject to the prepetition or postpetition liens of the TCEH first lien creditors.

6. The Bankruptcy Court shall retain jurisdiction (and the Parties consent to such retention of jurisdiction) to resolve any disputes or controversies arising from or related to the use or distribution by Greenway LLC of its share of Sale proceeds, and any request for relief brought before the Bankruptcy Court to resolve such a dispute shall be brought on proper notice and in accordance with the relevant Federal Rules of Bankruptcy Procedure and the Local Rules for the Bankruptcy Court for the District of Delaware.

7. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

*[Remainder of page intentionally left blank.]*

IN WITNESS WHEREOF, the undersigned have executed this Stipulation as of June 25, 2015.

        LUMINANT HOLDING COMPANY LLC

        By: _/s/ Robert C. Frenzel_
           Name: Robert C. Frenzel
           Title: SVP, CFO
               Its duly authorized officer

        GREENWAY DEVELOPMENT HOLDING COMPANY LLC

        By: _/s/ Robert C. Frenzel_
           Name: Robert C. Frenzel
           Title: SVP, CFO
               Its duly authorized officer

        COLLIN G/G&B LLC

        By: Greenway/G&B Frisco L.P.
           Manager

          By: Greenway/G&B General LLC
             General Partner

            By: _/s/ R. J. Grogan_
               Name: R.J. Grogan
               Title: Manager
                   Its duly authorized officer

OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS by and through its counsel Morrison & Foerster LLP

        By: _/s/ Lorenzo Marinuzzi_
           Name: Lorenzo Marinuzzi
           Title: Partner

THE AD HOC COMMITTEE OF TCEH FIRST LIE LENDERS by and through its counsel Paul, Weiss, Rifkind, Wharton & Garrison

By: ___/s/ Brian S. Hermann___
    Name: Brian S. Hermann
    Title: Partner
        Counsel to the Ad Hoc Group of TCEH First Lien Lenders