# EXHIBIT 1

REIT Services Engagement Letter

# McDermott
# Will & Emery

Boston Brussels Chicago Dallas Düsseldorf Frankfurt Houston London Los Angeles Miami
Milan Munich New York Orange County Paris Rome Seoul Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Iskender H. Catto
Attorney at Law
icatto@mwe.com
+1 212 547 5505

June 25, 2015

Andrew M. Wright

Energy Future Holdings Corp.
1601 Bryan St.
41st Floor
Dallas, Texas 75201

Dear Andy:

Thank you for selecting McDermott Will & Emery LLP ("McDermott") to represent Energy Future Holdings Corp. ("EFH") in connection with the potential restructuring of Oncor Electric Delivery Holdings Company LLC and its affiliated companies (collectively, "Oncor"). This matter will engage us to review and evaluate potential asset, income, and other economic metrics with respect to the potential restructuring of Oncor into a property company ("PropCo") and a separate operating company ("OpCo") to enable EFH's economic interest in Oncor to be held in a real estate investment trust ("REIT") structure; and apply transfer pricing principles to these economic metrics to develop potential models for rent payments between PropCo and OpCo.

McDermott is a limited liability partnership registered in the State of Illinois. The terms of our representation are set forth in this letter and in the Additional Terms of Engagement ("Additional Terms") that accompany this letter. Our expanded attorney-client relationship will commence when EFH and McDermott have agreed to the material terms of our engagement.

Andrew M. Wright
Page 2

I will be principally responsible for services provided to EFH. As circumstances warrant, other lawyers or non-lawyer professionals will be assigned to work on EFH's matter.

It is important that all information provided to us is complete, accurate and up to date so that we can represent your interests fully. Accordingly, please ensure that we are notified of any changes or variations to that information which may arise after the date it is provided to us, as well as any new circumstances which might be relevant to the work we are undertaking for you.

Our fees reflect the value of our services and are based on hourly billing rates that take into account the complexity of the matter, the skill and experience required to perform the services, the time constraints imposed by the circumstances, the size of the matter, and the efficiencies we bring to bear on the matter, among other factors. As a result, a professional's rate may vary from one assignment to another. My time for this matter will be billed at $875 per hour. The rates of others who may work on your matters range from $315 per hour to $625 per hour for non-lawyer professionals. Our rates are reviewed at least annually and may be increased during the course of our representation of EFH. I will inform you in advance of the effective date of any applicable rate increase.

In order to avoid misunderstandings concerning potential conflicts of interest, it is our policy to clarify the identity of our clients and the circumstances under which we may represent other clients with interests which are or may be adverse to EFH. Our representation of EFH in this matter does not extend to EFH's parents, subsidiaries, employees, officers, directors,

Andrew M. Wright
Page 3

shareholders, partners, members, entities in which you own an interest (even a substantial interest), beneficiaries or other affiliates.

McDermott represents, and in the future will represent, many other clients. During the time we are working for EFH, one or more existing or future clients may ask McDermott to represent them in an actual or potential transaction or contested matter, including litigation or other dispute resolution proceedings, adverse to EFH's interests. By entering into this engagement, EFH agrees that McDermott can accept all such representations, even if the other client's interests are or may become directly adverse to EFH's interests, unless the matter is substantially related to a matter in which we are representing EFH, or will require disclosure of EFH's confidential information. (All such representations are referred to as "Permitted Representations".) EFH waives all actual and potential conflicts of interest that might exist because of any Permitted Representations undertaken by McDermott, and will not assert that any engagement of McDermott for EFH is a basis to challenge or to disqualify McDermott from undertaking or continuing any Permitted Representation.

Unless we are otherwise instructed by EFH in writing at or prior to the completion of the matter for which EFH has engaged us, we may, after a reasonable period of time has passed, at our discretion, destroy all documents and data (including hard copies, electronically stored information and any other data stored on other forms of media) and any other materials that we have stored or otherwise remain in our possession relating to a matter for which our services have been completed or terminated.

Andrew M. Wright
Page 4

When we complete the services EFH has retained us to perform, our attorney-client relationship will be terminated. If EFH later retains us to perform further or additional services, our attorney-client relationship will be revived subject to these terms of engagement unless we change the terms in writing at that time.

> **In the event that a dispute arises between us relating to our fees, you may have the right to arbitration of the dispute pursuant to Part 137 of the Rules of the Chief Administrator of the Courts of New York State, a copy of which will be provided to you upon request.**

Accompanying this letter are the Additional Terms, which are incorporated herein. For clarity, in the event of a conflict in the provisions set forth in the body of this letter, your Outside Counsel Policy and Additional Arrangements, the following shall be the order of controlling provisions: (1) the provisions set forth in the body of this letter, (2) your Outside Counsel Policy, and (3) the Additional Terms. If EFH has questions concerning any of the information presented here, or should EFH have a concern or question at any time during our representation, please call me.

EFH has the right to consult with other counsel concerning the terms of this engagement letter. By executing this engagement letter, EFH is confirming that EFH understands and accepts all of the terms set forth in this letter and in the Additional Terms and that this letter has been signed by EFH voluntarily and with the benefit of the information necessary to make a fully informed decision to agree to these terms. EFH intends for its consent to be effective and fully enforceable

Andrew M. Wright
Page 5

and to be relied upon by McDermott in accepting the representation of EFH. EFH agrees and acknowledges that in the case of inconsistency between EFH's outside counsel guidelines, proposed terms, or billing instructions and the terms of this engagement letter, this engagement letter takes precedence and controls the terms of our engagement. These terms may not be modified unilaterally and any amendment or modification of these terms will be effective only upon execution of a writing signed by a person within EFH and within McDermott authorized to approve such changes.

Please sign and return to us the enclosed copy of this letter. Note that EFH's request to McDermott to proceed, or acquiescence in McDermott proceeding, will constitute EFH's full acceptance of the terms set forth herein and in the attached.

Sincerely,

*/s/ Iskender H. Catto*

Iskender H. Catto

Enclosure

Agreed to and accepted (including the Additional Terms):

Energy Future Holdings Corp.

By: __*/s/ Andrew M. Wright*__

Title: __VP & Deputy General Counsel__

Date: __June 25, 2015__