IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered)<br><br>**Re: D.I. 4782, 4783, 4894, 4896, 4897, 4906, 4917, 4943** |

CERTIFICATION OF COUNSEL REGARDING
"DEBTORS' SIXTEENTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION,
AMENDED, AND WRONG DEBTOR) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 4782]

The undersigned hereby certifies as follows:

1. On June 16, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4782] (the "Objection").[2] On June 16, 2015, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Support of the Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4783] in connection with, and in support of the relief requested, in the Objection.

2. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on June 30, 2015 (the "Response Deadline").

3. The Debtors received six formal responses, relating to five claims, to the Objection filed: on June 30, 2015, by Consolidated Communications [D.I. 4894], Glenda C. Phillips Lee [D.I. 4896], and Donna Phillips [D.I. 4897]; on July 1, 2015, by Jacquelyn Myles [D.I. 4906]; on July 2, 2015, by Amelia McMillan [D.I. 4917]; and on July 8, 2015, by Austin Kovach [D.I. 4943] (the "Formal Responses").

4. The Debtors have consensually resolved the Formal Responses filed as Docket Nos. 4894 and 4917, and the claimants have each indicated that they do not object to the relief requested in the Objection.

5. The Debtors have determined to adjourn the hearing with respect to the remaining Formal Responses.

    a. The claimants under Proofs of Claim numbers 2226 and 9600 (relating to the Formal Responses filed as Docket Nos. 4896, 4897, and 4906) each consented to the adjournment via telephone.

    b. The Debtors left a voicemail for the claimant under Proof of Claim 9867 (relating to the Formal Response filed as Docket No. 4943) on July 13, 2015 advising the claimant of the adjournment; the claimant has not responded and, as such, the Debtors believe the claimant does not oppose the adjournment.

6. In addition, the Debtors received three informal responses to the Objection (the "Informal Responses"). The Debtors are currently in, attempting to commence, or will begin shortly negotiations to consensually resolve the remaining Informal Responses. While the

Debtors pursue consensual resolutions, the Debtors have agreed or determined to continue the hearing with respect to the Proofs of Claim related to these Informal Responses.

7. The following is a complete list of the Proofs of Claim objected to in the Objection and for which the Debtors have agreed or determined to continue the hearing as described above (collectively, the "Adjourned Claims"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 1583 | Marilyn Williams | None |
| POC No. 2226 | Donna Phillips | D.I. 4896, 4897 |
| POC No. 5465 | Caterpillar Financial Services | None |
| POC No. 9600 | Jacqueline Myles | D.I. 4906 |
| POC No. 9867 | Austin Kovach | D.I. 4943 |
| POC No. 9919 | Cora Redic | None |

8. During the continuance of the Adjourned Claims, the Debtors reserve all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

9. The Debtors also received certain general informal inquiries from claimants holding Disputed Claims. The Debtors have addressed and resolved these inquiries without requiring any modification to the Order or the relief sought in the Objection.

10. The Debtors have not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

11. The Debtors have revised the applicable exhibit to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims. A copy of the Proposed Order is attached hereto as **Exhibit A**, , a redline of the Proposed Order is attached hereto as **Exhibit B**, and redlines of the applicable exhibits as compared to the exhibits attached to the Proposed Order filed on June 16, 2015, are attached hereto as **Exhibit C** and **Exhibit D**.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated: July 15, 2015
Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*