**Exhibit D**

**Redline of Exhibit 3**

**(Wrong Debtor Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BUSINESS WIRE INC. 44 MONTGOMERY STREET, 39TH FL SAN FRANCISCO, CA 94104 | 3673 | Energy Future Holdings Corp. | Unsecured | $1,001.92 | EFH Corporate Services Company | Unsecured | $1,001.92 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 2 | ~~CATERPILLAR FINANCIAL SERVICES CORP. C/O BUCHANAN INGERSOLL & ROONEY PC ATTN: KATHLEEN A. MURPHY, ESQ. 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON, DE 19801~~ | ~~5465~~ | ~~Texas Competitive Electric Holdings Company LLC~~ | ~~Unsecured~~ | ~~$84,007.90~~ | ~~Luminant Big Brown Mining Company LLC~~ ~~Luminant Mining Company LLC~~ ~~Oak Grove Management Company LLC~~ ~~Subtotal~~ | ~~Unsecured~~ ~~Unsecured~~ ~~Unsecured~~ | ~~$6,695.00~~ ~~$72,441.30~~ ~~$4,871.60~~ ~~$84,007.90~~ |
| | ~~REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.~~ | | | | | | | |
| 23 | CONSOLIDATED COMMUNICATIONS INC. 121 S 17TH ST MATTOON, IL 61938-3915 | 1979 | Energy Future Holdings Corp. | Unsecured | $9,553.31 | EFH Corporate Services Company | Unsecured | $9,553.31 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 34 | ENTECH SALE AND SERVICE 3404 GARDEN BROOK LN DALLAS, TX 75234-2444 | 4674 | Energy Future Holdings Corp. | Unsecured | $2,175.00 | EFH Corporate Services Company | Unsecured | $2,175.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4̶5̶ | GENESYS CONFERENCING 130 NEW BOSTON ST., SUITE 301 WOBURN, MA 01801 | 5682 | Energy Future Holdings Corp. | Unsecured | $717.90 | EFH Corporate Services Company | Unsecured | $717.90 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 5̶6̶ | GLOBAL KNOWLEDGE TRAINING LLC 9000 REGENCY PARKWAY, SUITE 400 CARY, NC 27518 | 5442 | Energy Future Holdings Corp. | Unsecured | $13,297.80 | EFH Corporate Services Company | Unsecured | $13,297.80 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 6̶7̶ | KALSI ENGINEERING, INC. 745 PARK TWO DR. SUGAR LAND, TX 77478 | 9812 | Luminant Energy Company LLC | Unsecured | $1,657.50 | Luminant Generation Company LLC | Unsecured | $1,657.50 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 7̶8̶ | LEVEL 3 COMMUNICATIONS, LLC ATTN: LEGAL DEPT. (BKY) 1025 ELDORADO BLVD. BROOMFIELD, CO 80021 | 2665 | Energy Future Holdings Corp. | Unsecured | $14,245.38 | EFH Corporate Services Company | Unsecured | $14,245.38 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 8̶9̶ | LEXISNEXIS 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 4829 | Energy Future Holdings Corp. | Unsecured | $1,967.80 | EFH Corporate Services Company | Unsecured | $1,967.80 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9~~1~~ ~~0~~ | MCMASTER-CARR SUPPLY COMPANY 6100 FULTON INDUSTRIAL BLVD. ATLANTA, GA 30336 | 9913 | Luminant Generation Company LLC | Unsecured | $3,984.96 | Luminant Big Brown Mining Company LLC | Unsecured | $16.56 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $3,915.86 |
| | | | | | | Sandow Power Company LLC | Unsecured | $52.54 |
| | | | | | | Subtotal | | $3,984.96 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 10 ~~11~~ | MONSTER WORLDWIDE INC 7800 W. BROWN DEER RD. SUITE 200 MILWAUKEE, WI 53223 | 3528 | Energy Future Holdings Corp. | Unsecured | $7,962.05 | EFH Corporate Services Company | Unsecured | $7,962.05 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 11 ~~12~~ | MORGAN LEWIS & BOCKIUS LLP 1701 MARKET ST PHILADELPHIA, PA 19103-2921 | 5729 | Luminant Generation Company LLC | Unsecured | $13,527.67 | Texas Competitive Electric Holdings Company LLC | Unsecured | $13,527.67 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 12 ~~13~~ | MW SMITH EQUIPMENT INC, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 5835 | Luminant Mining Company LLC | Unsecured | $6,062.56 | Luminant Generation Company LLC | Unsecured | $5,898.00 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $164.56 |
| | | | | | | Subtotal | | $6,062.56 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 14 | RENTSYS RECOVERY SERVICES INC PO BOX 4346 DEPT 616 HOUSTON, TX 77210-4346 | 4388 | Energy Future Holdings Corp. | Unsecured | $5,670.22 | EFH Corporate Services Company | Unsecured | $5,670.22 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 14 15 | ROMCO EQUIPMENT CO. LLC C/O GARDERE WYNNE SEWELL, LLP ATTN: JOHN P. MELKO 1000 LOUISIANA, STE 3400 HOUSTON, TX 77002-5007 | 9598 | Luminant Big Brown Mining Company LLC | Unsecured | $23,501.94 | Luminant Mining Company LLC | Unsecured | $23,501.94 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 15 16 | SETON IDENTIFICATION PRODUCTS PO BOX 819 20 THOMPSON RD BRANFORD, CT 06405-0819 | 3190 | Energy Future Holdings Corp. | Unsecured | $150.00 | EFH Corporate Services Company | Unsecured | $150.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 16 17 | SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR HATFIELD & CO - ASSIGNOR 19772 MACARTHUR BLVD #200 IRVINE, CA 92612 | 115 | Luminant Mining Company LLC | 503(b)(9) | $82.85 | Luminant Generation Company LLC Luminant Mining Company LLC Subtotal | 503(b)(9) 503(b)(9) | $7.85 $75.00 $82.85 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 18 | SOFTWARE ENGINEERING OF AMERICA ATTN: JOSEPHINE DAY 1230 HEMPSTEAD TURNPIKE FRANKLIN SQUARE, NY 11010 | 90 | Energy Future Holdings Corp. | Unsecured | $10,416.75 | EFH Corporate Services Company | Unsecured | $10,416.75 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 19 | SUCCESSFACTORS, INC C/O BIALSON BERGEN SCHWAB, A PROF. CORP. ATTN: LAWRENCE SCHWAB / GAYE HECK 2600 EL CAMINO REAL, SUITE 300 PALO ALTO, CA 94306 | 3536 | Energy Future Holdings Corp. | Unsecured | $1,483.75 | EFH Corporate Services Company | Unsecured | $1,483.75 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19 20 | TECHNOLOGY RESOURCE CTR OF AMERICA, LLC 2600 VIRGINIA CIRCLE DENTON, TX 76209 | 3286 | Energy Future Holdings Corp. | Unsecured | $475.00 | EFH Corporate Services Company | Unsecured | $475.00 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20 21 | TERIX COMPUTER SERVICE, INC. 388 OAKMEAD PARKWAY SUNNYVALE, CA 94085 | 4254 | Energy Future Holdings Corp. | Unsecured | $85,919.93 | EFH Corporate Services Company | Unsecured | $85,919.93 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| <u>21</u> <s>22</s> | YORK PUMP & EQUIPMENT, A DXP CO C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 5840 | Luminant Big Brown Mining Company LLC | Unsecured | $11,940.00 | Luminant Mining Company LLC | Unsecured | $11,940.00 |
| REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | | |
| <u>22</u> <s>23</s> | YORK PUMP & EQUIPMENT, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 5844 | Luminant Generation Company LLC | Unsecured | $973.85 | Luminant Mining Company LLC | Unsecured | $973.85 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | TOTAL | <s>$300,776.04</s> <u>$216,768.14</u> | | TOTAL | <s>$300,776.04</s> <u>$216,768.14</u> |
|---|---|---|---|---|---|---|---|---|