**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALLAIRE, CHRISTOPHER ADDRESS ON FILE | | No Debtor Asserted | 11/10/2014 | 9810 | $12,000.00* | Insufficient Documentation Claim |
| 2 | ALPOUGH, LORETTA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/08/2014 | 5006 | $2,775.00* | Insufficient Documentation Claim |
| 3 | ALVARADO, LYDIA ADDRESS ON FILE | | No Debtor Asserted | 03/02/2015 | 9991 | $750.00* | Insufficient Documentation Claim |
| 4 | ANDERSON, CAROLYN ADDRESS ON FILE | | No Debtor Asserted | 11/12/2014 | 9885 | Undetermined* | Insufficient Documentation Claim |
| 5 | ANDERSON, CLAYTON HENRY ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9703 | $138.60 | Insufficient Documentation Claim |
| 6 | ARRIOLA, JESSE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9706 | $600.00 | Insufficient Documentation Claim |
| 7 | ASING, CARRIE-LYNN ADDRESS ON FILE | | No Debtor Asserted | 11/18/2014 | 9868 | Undetermined* | Insufficient Documentation Claim |
| 8 | BAILEY, LORRIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/30/2015 | 9961 | Undetermined* | Insufficient Documentation Claim |
| 9 | BAKER, SHANNON T ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/16/2014 | 2047 | $2,775.00* | Insufficient Documentation Claim |
| 10 | BARNES, ANTHONY ADDRESS ON FILE | | No Debtor Asserted | 10/28/2014 | 9629 | Undetermined* | Insufficient Documentation Claim |
| 11 | BARNES, TAMMY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5665 | $908,200.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 21

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | BARRIOS, JUAN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 959 | $300.00 | Insufficient Documentation Claim |
| 13 | BEASORE, RON S<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/15/2014 | 5278 | $2,650.00 | Insufficient Documentation Claim |
| 14 | BLANKENSHIP, WILMA | | No Debtor Asserted | 06/13/2014 | 1982 | $120,000.00 | Insufficient Documentation Claim |
| 15 | BLOOM, COREY<br>ADDRESS ON FILE | | No Debtor Asserted | 10/28/2014 | 9613 | Undetermined* | Insufficient Documentation Claim |
| 16 | BODY, MIND, SPIRIT MASSAGE THERAPY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9686 | Undetermined* | Insufficient Documentation Claim |
| 17 | BROOKS, SAMUEL<br>ADDRESS ON FILE | | No Debtor Asserted | 04/09/2015 | 10045 | $517.74 | Insufficient Documentation Claim |
| 18 | BROWN, MARKII D<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 310 | $12,775.00 | Insufficient Documentation Claim |
| 19 | BROWNING, CONNIE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/30/2015 | 9959 | $2,889.00 | Insufficient Documentation Claim |
| 20 | BRUCE, CAROL<br>ADDRESS ON FILE | | No Debtor Asserted | 02/17/2015 | 9985 | Undetermined* | Insufficient Documentation Claim |
| 21 | BRYANT, CAROL LOUISE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4376 | $2,775.00 | Insufficient Documentation Claim |
| 22 | BUNTROCK, CAROLYN<br>ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9670 | Undetermined* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | BURGE, CHAD<br>ADDRESS ON FILE | | No Debtor Asserted | 09/08/2014 | 4172 | $2,775.00 | Insufficient Documentation Claim |
| 24 | BURRELL, ALPHONICA<br>ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 594 | $50,000.00* | Insufficient Documentation Claim |
| 25 | CABRERA, EDILBERTO<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/14/2015 | 10048 | Undetermined* | Insufficient Documentation Claim |
| 26 | CAMPBELL, HERB<br>ADDRESS ON FILE | | No Debtor Asserted | 02/11/2015 | 9975 | $3,500.00 | Insufficient Documentation Claim |
| 27 | CAMPBELL, MARY ANN<br>ADDRESS ON FILE | | No Debtor Asserted | 02/11/2015 | 9976 | $3,500.00 | Insufficient Documentation Claim |
| 28 | CAMPBELL, MARY ANN<br>ADDRESS ON FILE | | No Debtor Asserted | 02/11/2015 | 9977 | $3,500.00 | Insufficient Documentation Claim |
| 29 | CAMPBELL, MARY ANN<br>ADDRESS ON FILE | | No Debtor Asserted | 02/11/2015 | 9978 | $3,500.00 | Insufficient Documentation Claim |
| 30 | CARTER, CLAUDINE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5734 | Undetermined* | Insufficient Documentation Claim |
| 31 | CHAIRES, MARTHA<br>ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9733 | Undetermined* | Insufficient Documentation Claim |
| 32 | CHICOS, SUSAN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9661 | $1,171.07 | Insufficient Documentation Claim |
| 33 | CHRISTMAS, PHILLIP<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2014 | 9730 | Undetermined* | Insufficient Documentation Claim |

*\* - Indicates claim contains unliquidated and/or undetermined amounts*

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | CHRISTOPHER, M K ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9684 | Undetermined* | Insufficient Documentation Claim |
| 35 | CHRISTOPHER, STACY L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/27/2015 | 10040 | Undetermined* | Insufficient Documentation Claim |
| 36 | CLARK, JUDY ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9816 | Undetermined* | Insufficient Documentation Claim |
| 37 | COOPER, BILLIE SUE BALLENGER ADRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4561 | Undetermined* | Insufficient Documentation Claim |
| 38 | COOPER, LORRAINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/05/2014 | 3522 | $507.00 | Insufficient Documentation Claim |
| 39 | COOPER, SHAUN ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 368 | $12,475.00 | Insufficient Documentation Claim |
| 40 | CRAIG, ELIZABETH ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/31/2014 | 9716 | Undetermined* | Insufficient Documentation Claim |
| 41 | CRANDALL, KIMBERLY A ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9617 | Undetermined* | Insufficient Documentation Claim |
| 42 | CREPPON, ELVA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1565 | Undetermined* | Insufficient Documentation Claim |
| 43 | CRONA, ANITA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8034 | Undetermined* | Insufficient Documentation Claim |
| 44 | CUMMINS, GREGG ADDRESS ON FILE | | No Debtor Asserted | 01/20/2015 | 9942 | Undetermined* | Insufficient Documentation Claim |
| 45 | DAVIS, SHARONDA ADDRESS ON FILE | | No Debtor Asserted | 11/03/2014 | 9774 | Undetermined* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | DEAN, JANE<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/31/2014 | 9723 | Undetermined* | Insufficient Documentation Claim |
| 47 | DESTA, MARTA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/03/2014 | 1036 | $6,200.00 | Insufficient Documentation Claim |
| 48 | DOLLARHIDE, CLEOPHUS (DECEASED)<br>C/O JOHNIE DOLLARHIDE<br>ADDRESS ON FILE | | No Debtor Asserted | 11/03/2014 | 9782 | $5,550.00 | Insufficient Documentation Claim |
| 49 | DORE, SHAWNE FOX<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9673 | Undetermined* | Insufficient Documentation Claim |
| 50 | DOWELL, VICKIE LYNN<br>ADDRESS ON FILE | | No Debtor Asserted | 03/11/2015 | 9999 | Undetermined* | Insufficient Documentation Claim |
| 51 | DOYLE, KAREN<br>ADDRESS ON FILE | | No Debtor Asserted | 01/08/2015 | 9937 | Undetermined* | Insufficient Documentation Claim |
| 52 | DUKE, DIANA L.<br>ADDRESS ON FILE | | No Debtor Asserted | 12/15/2014 | 9924 | Undetermined* | Insufficient Documentation Claim |
| 53 | DUKE, PATRICK W<br>ADDRESS ON FILE | | No Debtor Asserted | 11/24/2014 | 9887 | Undetermined* | Insufficient Documentation Claim |
| 54 | DURANT, JESSICA<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 9769 | $12,500.00 | Insufficient Documentation Claim |
| 55 | EAGLETON, RICK AND CINDY<br>PO BOX 18244<br>MUNDS PARK, AZ 86017 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/11/2015 | 10061 | Undetermined* | Insufficient Documentation Claim |
| 56 | ECKLEY, GERALD<br>ADDRESS ON FILE | | No Debtor Asserted | 11/24/2014 | 9888 | Undetermined* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 57 | EDWARDS, EARL<br>ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9712 | Undetermined* | Insufficient Documentation Claim |
| 58 | EMERSON, POLLY<br>ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9685 | $10,000.00 | Insufficient Documentation Claim |
| 59 | ESCOBEDO, SERGIO<br>ADDRESS ON FILE | | No Debtor Asserted | 11/19/2014 | 9873 | $5,000.00 | Insufficient Documentation Claim |
| 60 | ESKRIDGE, LEONARD<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9636 | Undetermined* | Insufficient Documentation Claim |
| 61 | ESQUIVEL, PABLO<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 827 | Undetermined* | Insufficient Documentation Claim |
| 62 | ESTATE OF RAJENDRA TANNA<br>ADDRESS ON FILE | | No Debtor Asserted | 11/10/2014 | 9808 | Undetermined* | Insufficient Documentation Claim |
| 63 | EVANS, JEROME<br>ADDRESS ON FILE | | No Debtor Asserted | 12/30/2014 | 9933 | Undetermined* | Insufficient Documentation Claim |
| 64 | FELDER, GLORIA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9630 | $1,000.00 | Insufficient Documentation Claim |
| 65 | FELDER, RONALD<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9619 | $1,000.00 | Insufficient Documentation Claim |
| 66 | FERRER, PORFIRIO<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9659 | Undetermined* | Insufficient Documentation Claim |
| 67 | FILO, FRANK A<br>ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9700 | $350.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | FLEMING, MARILYN ADDRESS ON FILE | | No Debtor Asserted | 11/03/2014 | 9776 | Undetermined* | Insufficient Documentation Claim |
| 69 | FOSTER, DONNA ADDRESS ON FILE | | No Debtor Asserted | 10/28/2014 | 9614 | Undetermined* | Insufficient Documentation Claim |
| 70 | FULLER, DENNY L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9602 | Undetermined* | Insufficient Documentation Claim |
| 71 | GALBRAITH, JULIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/18/2014 | 9865 | Undetermined* | Insufficient Documentation Claim |
| 72 | GARCIA, ELIZABETH | | No Debtor Asserted | 10/30/2014 | 9688 | Undetermined* | Insufficient Documentation Claim |
| 73 | GARDEN VALLEY ADDITION ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1841 | Undetermined* | Insufficient Documentation Claim |
| 74 | GE, XIAOBIN | | No Debtor Asserted | 10/28/2014 | 9634 | Undetermined* | Insufficient Documentation Claim |
| 75 | GENTRY, PAM ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 12/10/2014 | 9910 | Undetermined* | Insufficient Documentation Claim |
| 76 | GILL, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2014 | 9721 | $500.00 | Insufficient Documentation Claim |
| 77 | GIPSON, JOSEPHINE ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2706 | Undetermined* | Insufficient Documentation Claim |
| 78 | GNAGNE, JULIE ADDRESS ON FILE | | No Debtor Asserted | 11/13/2014 | 9825 | Undetermined* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 79 | GRAVES JELINEK, LINDA<br>ADDRESS ON FILE | | Multiple Debtors<br>Asserted | 10/31/2014 | 9718 | Undetermined* | Insufficient Documentation Claim |
| 80 | GRIGSBY, GEORGE E<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 10/30/2014 | 9677 | Undetermined* | Insufficient Documentation Claim |
| 81 | GUERRERO, NICOLAS<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 10/31/2014 | 9722 | Undetermined* | Insufficient Documentation Claim |
| 82 | HACKNEY, SUSAN<br>ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3106 | Undetermined* | Insufficient Documentation Claim |
| 83 | HALL, GREGORY<br>ADDRESS ON FILE | | No Debtor Asserted | 12/10/2014 | 9908 | Undetermined* | Insufficient Documentation Claim |
| 84 | HAMILTON HARMON, RAMONA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 10/31/2014 | 9727 | Undetermined* | Insufficient Documentation Claim |
| 85 | HANDBRICK, CHARLES<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 9768 | $12,000.00 | Insufficient Documentation Claim |
| 86 | HARMAN, BARRY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 08/14/2014 | 3670 | $6,218.73 | Insufficient Documentation Claim |
| 87 | HARVEY, LINDA<br>ADDRESS ON FILE | | No Debtor Asserted | 10/28/2014 | 9626 | $2,775.00* | Insufficient Documentation Claim |
| 88 | HAYDEL, RAY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1321 | Undetermined* | Insufficient Documentation Claim |
| 89 | HENLEY, LORI<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 04/22/2015 | 10053 | Undetermined* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 90 | HOBBS, DAPHNE M<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8077 | $2,775.00 | Insufficient Documentation Claim |
| 91 | HOBSON, JANE<br>ADDRESS ON FILE | | No Debtor Asserted | 11/04/2014 | 9798 | Undetermined* | Insufficient Documentation Claim |
| 92 | HOLDEN, JAMES<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9627 | $4,680.00 | Insufficient Documentation Claim |
| 93 | HOUSTON, NANCY K<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/18/2014 | 9861 | Undetermined* | Insufficient Documentation Claim |
| 94 | HOWELL, TYRONE W, JR.<br>ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/28/2014 | 9610 | Undetermined* | Insufficient Documentation Claim |
| 95 | HUA, DAVID<br>ADDRESS ON FILE | | No Debtor Asserted | 01/23/2015 | 9955 | Undetermined* | Insufficient Documentation Claim |
| 96 | HUDSON, ALICE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/22/2015 | 10075 | $100,000.00 | Insufficient Documentation Claim |
| 97 | HUGHES, ALICE EVANS<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1225 | $500.00 | Insufficient Documentation Claim |
| 98 | IVY, IRIS V<br>ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9732 | Undetermined* | Insufficient Documentation Claim |
| 99 | JACKSON, JANIS<br>ADDRESS ON FILE | | No Debtor Asserted | 04/09/2015 | 10044 | $715.47 | Insufficient Documentation Claim |
| 100 | JACKSON, LEAH<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/18/2014 | 9862 | Undetermined* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 101 | JACKSON, NORMAN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 07/28/2014 | 3363 | $2,500.00 | Insufficient Documentation Claim |
| 102 | JACQUET, KEISHA<br>ADDRESS ON FILE | | No Debtor Asserted | 12/22/2014 | 9928 | $142,000.00 | Insufficient Documentation Claim |
| 103 | JARNAGIN, RANDALL L<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 08/18/2014 | 3723 | $10,000.00 | Insufficient Documentation Claim |
| 104 | JARRA, KATHIE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 10/30/2014 | 9683 | Undetermined* | Insufficient Documentation Claim |
| 105 | JAY, CHRIS<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 10/30/2014 | 9676 | Undetermined* | Insufficient Documentation Claim |
| 106 | JEFFRIES, CATHY<br>ADDRESS ON FILE | | No Debtor Asserted | 02/04/2015 | 9965 | $5,000.00 | Insufficient Documentation Claim |
| 107 | JOHNSON, AMIEE SHENAY<br>ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9699 | $300.00 | Insufficient Documentation Claim |
| 108 | JONES, BRENDA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 12/02/2014 | 9897 | Undetermined* | Insufficient Documentation Claim |
| 109 | JONES, MARIE<br>ADDRESS ON FILE | | Multiple Debtors<br>Asserted | 09/09/2014 | 4270 | $2,612.22 | Insufficient Documentation Claim |
| 110 | JUAREZ, ARLENE<br>ADDRESS ON FILE | | No Debtor Asserted | 11/17/2014 | 9886 | Undetermined* | Insufficient Documentation Claim |
| 111 | KELLER, STEPHEN<br>ADDRESS ON FILE | | No Debtor Asserted | 12/01/2014 | 9896 | Undetermined* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 112 | KETCH, JOANNE<br>ADDRESS ON FILE | | No Debtor Asserted | 10/28/2014 | 9633 | Undetermined* | Insufficient Documentation Claim |
| 113 | KOZIOL, ROBERTH<br>ADDRESS ON FILE | | No Debtor Asserted | 12/10/2014 | 9918 | Undetermined* | Insufficient Documentation Claim |
| 114 | KROEGER, DAVID<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 444 | Undetermined* | Insufficient Documentation Claim |
| 115 | LANE, JOYCE<br>ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9671 | Undetermined* | Insufficient Documentation Claim |
| 116 | LATIN, ANTHONY<br>ADDRESS ON FILE | | No Debtor Asserted | 11/18/2014 | 9869 | $800.00 | Insufficient Documentation Claim |
| 117 | LEE, BILLY G<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/03/2014 | 9817 | Undetermined* | Insufficient Documentation Claim |
| 118 | LEE, HENRY<br>ADDRESS ON FILE | | No Debtor Asserted | 07/02/2014 | 2792 | $3,784.00 | Insufficient Documentation Claim |
| 119 | LEE, TERESA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/27/2015 | 10055 | Undetermined* | Insufficient Documentation Claim |
| 120 | LEE, VIOLA<br>ADDRESS ON FILE | | No Debtor Asserted | 11/10/2014 | 9814 | Undetermined* | Insufficient Documentation Claim |
| 121 | LIND, JEAN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9690 | Undetermined* | Insufficient Documentation Claim |
| 122 | LINDLEY, HILDA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9620 | Undetermined* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 123 | LLOYD, BILLY A<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 265 | $2,775.00 | Insufficient Documentation Claim |
| 124 | LOPEZ, LETICIA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/21/2014 | 9878 | Undetermined* | Insufficient Documentation Claim |
| 125 | LU, JIAYI<br>ADDRESS ON FILE | | No Debtor Asserted | 03/23/2015 | 10017 | Undetermined* | Insufficient Documentation Claim |
| 126 | MALBROUGH, BRENDA<br>ADDRESS ON FILE | | No Debtor Asserted | 11/18/2014 | 9864 | $1,000.00 | Insufficient Documentation Claim |
| 127 | MALDONADO, DINA M<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/02/2015 | 9992 | Undetermined* | Insufficient Documentation Claim |
| 128 | MALM, MARY<br>ADDRESS ON FILE | | No Debtor Asserted | 07/10/2014 | 2994 | Undetermined* | Insufficient Documentation Claim |
| 129 | MARTINEZ, CARLOS<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9649 | Undetermined* | Insufficient Documentation Claim |
| 130 | MASSEY, CAROLE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/13/2015 | 10051 | Undetermined* | Insufficient Documentation Claim |
| 131 | MAYEAUX, DEANNA<br>ADDRESS ON FILE | | No Debtor Asserted | 10/29/2014 | 9660 | Undetermined* | Insufficient Documentation Claim |
| 132 | MCCALL, MELISSA<br>ADDRESS ON FILE | | No Debtor Asserted | 10/28/2014 | 9625 | Undetermined* | Insufficient Documentation Claim |
| 133 | MCCLARTY, VERONICA<br>ADDRESS ON FILE | | No Debtor Asserted | 12/08/2014 | 9905 | Undetermined* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 134 | MCCLURE, JOSEPH ADDRESS ON FILE | | No Debtor Asserted | 01/09/2015 | 9938 | Undetermined* | Insufficient Documentation Claim |
| 135 | MCCRAY, CAROLYN C ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9678 | Undetermined* | Insufficient Documentation Claim |
| 136 | MCGENSY, GARY | | No Debtor Asserted | 10/28/2014 | 9624 | Undetermined* | Insufficient Documentation Claim |
| 137 | MCGOWN, RUTH ADDRESS ON FILE | | No Debtor Asserted | 05/12/2015 | 10065 | $2,775.00 | Insufficient Documentation Claim |
| 138 | MCKINZIE, CABRINA N | | No Debtor Asserted | 11/06/2014 | 9806 | Undetermined* | Insufficient Documentation Claim |
| 139 | MCMILLAN, AMELIA ADDRESS ON FILE | | No Debtor Asserted | 03/16/2015 | 10004 | Undetermined* | Insufficient Documentation Claim |
| 140 | MICKEAL, WAYNE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9612 | Undetermined* | Insufficient Documentation Claim |
| 141 | MILLER, GREGG E ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9681 | Undetermined* | Insufficient Documentation Claim |
| 142 | MORENO, IRMA ADDRESS ON FILE | | No Debtor Asserted | 10/28/2014 | 9597 | Undetermined* | Insufficient Documentation Claim |
| 143 | MORGAN-ALLEN, ALYCIA ADDRESS ON FILE | | No Debtor Asserted | 11/03/2014 | 9788 | Undetermined* | Insufficient Documentation Claim |
| 144 | MORROW, RICHARD D ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/14/2014 | 5259 | Undetermined* | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 145 | MURO, JOEL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 266 | $2,775.00* | Insufficient Documentation Claim |
| 146 | NAREZ, MIRNA<br>ADDRESS ON FILE | | No Debtor Asserted | 01/30/2015 | 9960 | Undetermined* | Insufficient Documentation Claim |
| 147 | NELSON, ANDREA<br>ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9693 | Undetermined* | Insufficient Documentation Claim |
| 148 | NELSON, YVONNE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 02/20/2015 | 9987 | Undetermined* | Insufficient Documentation Claim |
| 149 | NGO, TAN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 699 | $250,000.00 | Insufficient Documentation Claim |
| 150 | NGUYEN, CHANTHA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/20/2015 | 10050 | Undetermined* | Insufficient Documentation Claim |
| 151 | NICHOLSON, RAMONA<br>ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9708 | Undetermined* | Insufficient Documentation Claim |
| 152 | NISPEL, DEBORAH<br>ADDRESS ON FILE | | No Debtor Asserted | 02/17/2015 | 9986 | $2,000.00 | Insufficient Documentation Claim |
| 153 | NOVAK, MARY<br>ADDRESS ON FILE | | No Debtor Asserted | 11/06/2014 | 9803 | Undetermined* | Insufficient Documentation Claim |
| 154 | OKAN, BENSON<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9705 | $2,775.00 | Insufficient Documentation Claim |
| 155 | OPCO COMPANY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2014 | 9731 | $500.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 156 | PACE, ANNE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9601 | Undetermined* | Insufficient Documentation Claim |
| 157 | POP & GRANS ANTIQUES AND MORE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/24/2014 | 9882 | Undetermined* | Insufficient Documentation Claim |
| 158 | POWELL, SHELLEY<br>ADDRESS ON FILE | | No Debtor Asserted | 11/03/2014 | 9775 | $375.00 | Insufficient Documentation Claim |
| 159 | RANDOLPH, KJ<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/14/2014 | 9854 | $6,500.00 | Insufficient Documentation Claim |
| 160 | REDMON, NITA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/24/2014 | 9881 | Undetermined* | Insufficient Documentation Claim |
| 161 | REYES, SONIA<br>ADDRESS ON FILE | | No Debtor Asserted | 03/27/2015 | 10039 | Undetermined* | Insufficient Documentation Claim |
| 162 | RICHARDSON, DONALD<br>ADDRESS ON FILE | 14-11041 (CSS) | Texas Power & Light Company, Inc. | 10/06/2014 | 5012 | $2,176.00 | Insufficient Documentation Claim |
| 163 | RICHARDSON, DONALD R<br>ADDRESS ON FILE | 14-11034 (CSS) | Texas Electric Service Company, Inc. | 10/06/2014 | 5011 | $1,988.00 | Insufficient Documentation Claim |
| 164 | RILEY, RACHAEL R.<br>FOF BENEFIT OF MICHAEL A RILEY<br>ADDRESS ON FILE | 14-11042 (CSS) | Luminant Mining Company LLC | 08/05/2014 | 3530 | $15,000.00* | Insufficient Documentation Claim |
| 165 | RILEY, TIM<br>ADDRESS ON FILE | | No Debtor Asserted | 11/03/2014 | 9787 | Undetermined* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 166 | ROBINSON, YOLANDA<br>ADDRESS ON FILE | | No Debtor Asserted | 11/20/2014 | 9877 | Undetermined* | Insufficient Documentation Claim |
| 167 | RODGERS, JANICE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9680 | Undetermined* | Insufficient Documentation Claim |
| 168 | ROLLA, JIMMIE LEE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/26/2014 | 2616 | Undetermined* | Insufficient Documentation Claim |
| 169 | ROMACK, TERRELL VAN<br>ADDRESS ON FILE | | Multiple Debtors Asserted | 09/08/2014 | 4160 | $2,775.00 | Insufficient Documentation Claim |
| 170 | RUBIO, ELIAS<br>ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 2137 | $12,475.00 | Insufficient Documentation Claim |
| 171 | RUIZ, ESTHER<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/03/2014 | 9778 | Undetermined* | Insufficient Documentation Claim |
| 172 | SANCHEZ, BENITO<br>ADDRESS ON FILE | | No Debtor Asserted | 10/14/2014 | 5240 | $5,550.00 | Insufficient Documentation Claim |
| 173 | SANTIAGO, KATRINA<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/06/2014 | 1237 | $660.60 | Insufficient Documentation Claim |
| 174 | SCHRADER, WELDON<br>ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 604 | Undetermined* | Insufficient Documentation Claim |
| 175 | SESSOMS, WILLIAM<br>ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/10/2014 | 1615 | Undetermined* | Insufficient Documentation Claim |
| 176 | SHARLAN, INC.<br>308 N 20TH<br>LAMESA, TX 79331 | | No Debtor Asserted | 09/30/2014 | 4777 | Undetermined* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 177 | SHEPHERD, LORENZA<br>ADDRESS ON FILE | | Multiple Debtors<br>Asserted | 10/28/2014 | 9603 | $3,959.60 | Insufficient Documentation Claim |
| 178 | SID LORIO CFP<br>2116 PARKWOOD DR<br>BEDFORD, TX 76021-5721 | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 06/02/2014 | 830 | $35,000.00 | Insufficient Documentation Claim |
| 179 | SILVA, MARY | | No Debtor Asserted | 11/20/2014 | 9875 | $100,000.00 | Insufficient Documentation Claim |
| 180 | SINGER, RICHARD<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 06/23/2014 | 2454 | $384.74 | Insufficient Documentation Claim |
| 181 | SLATER, KATHY | | No Debtor Asserted | 10/30/2014 | 9815 | Undetermined* | Insufficient Documentation Claim |
| 182 | SMITH, LOUANN<br>ADDRESS ON FILE | | No Debtor Asserted | 11/10/2014 | 9811 | Undetermined* | Insufficient Documentation Claim |
| 183 | SNEED, DELORES<br>ADDRESS ON FILE | 14-11002 (CSS) | TXU Energy Solutions<br>Company LLC | 11/03/2014 | 9783 | $988.00 | Insufficient Documentation Claim |
| 184 | SOWELL, E J<br>ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9674 | Undetermined* | Insufficient Documentation Claim |
| 185 | STEPHENS, DAVID<br>ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9687 | Undetermined* | Insufficient Documentation Claim |
| 186 | STOERNER, NATALIE<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7949 | Undetermined* | Insufficient Documentation Claim |
| 187 | STOKES, CARL W. AND<br>PENDLETON, CREMOLIA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings<br>Corp. | 10/01/2014 | 4807 | $15,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 188 | STUBBLEFIELD, WILLIAM<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/18/2014 | 9866 | Undetermined* | Insufficient Documentation Claim |
| 189 | SULLIVAN, RITA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 12/23/2014 | 9929 | Undetermined* | Insufficient Documentation Claim |
| 190 | SUMICH, VAL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/06/2014 | 4970 | Undetermined* | Insufficient Documentation Claim |
| 191 | SWORD OF THE SPIRIT CHURCH & MINISTRIES<br>ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/28/2014 | 9639 | Undetermined* | Insufficient Documentation Claim |
| 192 | TAYLOR, FINIS<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/31/2014 | 9711 | $200.00 | Insufficient Documentation Claim |
| 193 | THOMAS, BELINDA SUE<br>ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1943 | $2,114.62 | Insufficient Documentation Claim |
| 194 | THOMAS, LAGIRTHA<br>ADDRESS ON FILE | | No Debtor Asserted | 04/29/2015 | 10057 | Undetermined* | Insufficient Documentation Claim |
| 195 | THOMPSON, TALMAGE<br>ADDRESS ON FILE | | No Debtor Asserted | 03/11/2015 | 10000 | $4,267.23 | Insufficient Documentation Claim |
| 196 | TIMBERLINE PETROLEUM INC<br>PO BOX 69<br>TUSCOLA, TX 79562 | | No Debtor Asserted | 04/24/2015 | 10054 | Undetermined* | Insufficient Documentation Claim |
| 197 | TOMMIE, VIRGINIA<br>ADDRESS ON FILE | | No Debtor Asserted | 04/28/2015 | 10056 | Undetermined* | Insufficient Documentation Claim |
| 198 | TOMPKINS, BRIAN<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 12/10/2014 | 9906 | $860.55 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 199 | TOMPKINS, GAYLE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9666 | Undetermined* | Insufficient Documentation Claim |
| 200 | TORRES, ANTONIO<br>ADDRESS ON FILE | | No Debtor Asserted | 04/13/2015 | 10046 | Undetermined* | Insufficient Documentation Claim |
| 201 | TROTTER, RICKEY | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/02/2015 | 9935 | $115,000.00 | Insufficient Documentation Claim |
| 202 | TURNER, SHEILA A<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9621 | Undetermined* | Insufficient Documentation Claim |
| 203 | TZENO, ALBERT | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 1739 | $12,475.00 | Insufficient Documentation Claim |
| 204 | VIGIL, EMETERIO<br>ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9724 | Undetermined* | Insufficient Documentation Claim |
| 205 | VIGIL, EMETERIO<br>ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9726 | Undetermined* | Insufficient Documentation Claim |
| 206 | VIGIL, Y. LETICIA SANCHEZ<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/31/2014 | 9725 | Undetermined* | Insufficient Documentation Claim |
| 207 | VU, TRANG<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1518 | $3,750.00 | Insufficient Documentation Claim |
| 208 | WALTER, JOSEPH<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 305 | $8,500.00 | Insufficient Documentation Claim |
| 209 | WALTON, CINDY<br>ADDRESS ON FILE | | No Debtor Asserted | 07/18/2014 | 3174 | $88,916.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 210 | WEATHERBY, MARVIN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 12/10/2014 | 9907 | Undetermined* | Insufficient Documentation Claim |
| 211 | WEEDON, BETTY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5645 | $206.00 | Insufficient Documentation Claim |
| 212 | WHITE, CARL A | | No Debtor Asserted | 11/03/2014 | 9779 | Undetermined* | Insufficient Documentation Claim |
| 213 | WHITE, INDIA L.<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9771 | Undetermined* | Insufficient Documentation Claim |
| 214 | WILLIAMS, S.W.<br>ADDRESS ON FILE | | Multiple Debtors Asserted | 09/11/2014 | 4318 | $100,000.00 | Insufficient Documentation Claim |
| 215 | WOOD, WILLIAM<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9679 | Undetermined* | Insufficient Documentation Claim |
| 216 | WORFE, PATTI EASTERLING<br>ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9728 | Undetermined* | Insufficient Documentation Claim |
| 217 | WORTHINGTON, CARLEEN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/23/2015 | 10018 | Undetermined* | Insufficient Documentation Claim |
| 218 | WUNDER, STELLA<br>ADDRESS ON FILE | | No Debtor Asserted | 02/26/2015 | 9990 | Undetermined* | Insufficient Documentation Claim |
| 219 | YAITES, LISA<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8039 | Undetermined* | Insufficient Documentation Claim |
| 220 | YOUNGER, STEPHEN C<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 339 | Undetermined* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 221 | ZOE MINISTRIES WORLD WIDE ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9675 | $9,350.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $2,301,905.17* | |

* - Indicates claim contains unliquidated and/or undetermined amounts