**EXHIBIT 2** to **EXHIBIT A**

**Amended Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ARCHER CITY INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 155 | $9.00* | ARCHER CITY ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/12/2014 | 14-10979 (CSS) | 9838 | $7.77 | Amended and superseded claim |
| 2 | ARKANSAS UNCLAIMED PROPERTY UNIT 1401 WEST CAPITOL AVENUE SUITE 325 LITTLE ROCK, AR 72201 | 09/15/2014 | 14-10979 (CSS) | 4399 | Undetermined* | ARKANSAS UNCLAIMED PROPERTY UNIT 1401 WEST CAPITOL AVENUE SUITE 325 LITTLE ROCK, AR 72201 | 04/02/2015 | 14-10979 (CSS) | 10041 | $2,390.81 | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 | BAYLOR COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 156 | $151.00* | BAYLOR COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/12/2014 | 14-10979 (CSS) | 9835 | $141.85 | Amended and superseded claim |
| 4 | BAYLOR COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 157 | $311.00* | BAYLOR COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/13/2014 | 14-10979 (CSS) | 9856 | $250.71 | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | BONHAM INDEPENDENT SCHOOL DISTRICT C/O GAY MCCALL ISAACKS GORDON ROBERTS PC 1919 S. SHILOH RD SUITE 310, LB40 GARLAND, TX 75042 | 06/30/2014 | 14-10979 (CSS) | 2758 | $4,173.56* | BONHAM INDEPENDENT SCHOOL DISTRICT C/O GAY MCCALL ISAACKS GORDON & ROBERTS 1919 S. SHILOH ROAD, SUITE 310, LB40 GARLAND, TX 75042 | 01/22/2015 | 14-10979 (CSS) | 9954 | $4,058.59 | Amended and superseded claim |
| 6 | BOWIE ISD C/0 PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 158 | $99.00* | BOWIE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/12/2014 | 14-10979 (CSS) | 9840 | $95.58 | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | BRECKENRIDGE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 159 | $462.00* | BRECKENRIDGE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/12/2014 | 14-10979 (CSS) | 9836 | $663.00 | Amended and superseded claim |
| 8 | BRECKENRIDGE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 160 | $7.00* | BRECKENRIDGE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/12/2014 | 14-10979 (CSS) | 9837 | $6.71 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT* | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 | BUCKHOLTS INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 06/25/2014 | 14-10979 (CSS) | 2564 | $21,759.80* | BUCKHOLTS INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10979 (CSS) | 9946 | $23,824.64 | Amended and superseded claim |
| 10 | BURKBURNETT ISD C/O PERDUE BRANDON FIELDER COLLINS NOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 161 | $360.00* | BURKBURNETT ISD C/O PERDUE BRANDON FIELDER COLLINS NOTT ATTN: JEANMARIE BAER P.O. BOX 8188 WICHITA FALLS, TX 76307 | 11/10/2014 | 14-10979 (CSS) | 9833 | $387.25 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | NAME | CLAIMS TO BE DISALLOWED | | | | NAME | REMAINING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 11 | CAMERON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 06/25/2014 | 14-10979 (CSS) | 2560 | $79,149.20* | CAMERON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10979 (CSS) | 9945 | $110,428.30 | Amended and superseded claim |
| 12 | CAMERON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 06/25/2014 | 14-10989 (CSS) | 2561 | $119.99* | CAMERON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10989 (CSS) | 9950 | $126.36 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CAMERON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 06/25/2014 | 14-10996 (CSS) | 2562 | $14.52* | CAMERON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10996 (CSS) | 9947 | $15.29 | Amended and superseded claim |
| 14 | CITY OF CLEBURNE C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 05/14/2014 | 14-10996 (CSS) | 70 | $2,058.26* | CITY OF CLEBURNE C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 03/23/2015 | 14-10996 (CSS) | 10032 | $1,556.79 | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 15 | CITY OF GARLAND C/O GAY MCCALL ISAACKS GORDON ROBERTS PC 1919 S. SHILOH RD SUITE 310, LB40 GARLAND, TX 75042 | 06/30/2014 | 14-10979 (CSS) | 2760 | $3,688.93* | CITY OF GARLAND C/O GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C. 1919 S, SHILOH ROAD, SUITE 310, LB40 GARLAND, TX 75042 | 01/22/2015 | 14-10979 (CSS) | 9952 | $3,680.69 | Amended and superseded claim |
| 16 | CITY VIEW INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 162 | $1,043.00* | CITY VIEW ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/10/2014 | 14-10979 (CSS) | 9829 | $1,037.60 | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | NAME | REMAINING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 17 | CLEBURNE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 05/14/2014 | 14-10996 (CSS) | 71 | $3,370.18* | CLEBURNE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 03/23/2015 | 14-10996 (CSS) | 10031 | $2,598.92 | Amended and superseded claim |
| 18 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR C/O GAY MCCALL ISAACKS GORDON ROBERTS PC 1919 S. SHILOH RD SUITE 310, LB40 GARLAND, TX 75042 | 06/30/2014 | 14-10979 (CSS) | 2759 | $19,710.83* | COLLIN COUNTY TAX ASSESSOR/COLLECTOR C/O GAY MCCALL ISAACKS GORDON & ROBERTS 1919 S. SHILOH ROAD, SUITE 310, LB40 GARLAND, TX 75042 | 01/22/2015 | 14-10979 (CSS) | 9951 | $19,562.83 | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | NAME | CLAIMS TO BE DISALLOWED | | | | NAME | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 19 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 09/02/2014 | 14-11033 (CSS) | 4092 | $5,932.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-11033 (CSS) | 9916 | $9,787.00 | Amended and superseded claim |
| 20 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 09/08/2014 | 14-11032 (CSS) | 4213 | $65,722.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-11032 (CSS) | 9917 | $58,717.00 | Amended and superseded claim |
| | | | | | | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-11033 (CSS) | 9916 | $9,787.00 | |
| | | | | | | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-10988 (CSS) | 9915 | $3,150.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 21 | COOKE COUNTY APPRAISAL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 163 | $105.05* | COOKE COUNTY APPRAISAL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/10/2014 | 14-10979 (CSS) | 9831 | $95.59 | Amended and superseded claim |
| 22 | COOKE COUNTY APPRAISAL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 164 | $3,498.43* | COOKE COUNTY APPRAISAL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/10/2014 | 14-10979 (CSS) | 9830 | $3,763.29 | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | NAME | CLAIMS TO BE DISALLOWED | | | | NAME | REMAINING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 23 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 06/25/2014 | 14-10979 (CSS) | 2565 | $184,086.48* | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10979 (CSS) | 9944 | $196,898.00 | Amended and superseded claim |
| 24 | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 06/25/2014 | 14-10996 (CSS) | 2566 | $437.30* | COPPERAS COVE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10996 (CSS) | 9943 | $406.52 | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 25 | CROWLEY INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 05/09/2014 | 14-11040 (CSS) | 14 | $1,615.79* | CROWLEY INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 03/24/2015 | 14-11040 (CSS) | 10037 | $438.09 | Amended and superseded claim |
| 26 | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 05/12/2014 | 14-11042 (CSS) | 28 | $769.92* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 11/12/2014 | 14-11042 (CSS) | 9824 | $6,738.13* | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 06/13/2014 | 14-11032 (CSS) | 1950 | $66,567.96* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 11/10/2014 | 14-11032 (CSS) | 9809 | $134,174.85* | Amended and superseded claim |
| 28 | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 07/17/2014 | 14-11023 (CSS) | 3161 | $17,664.73* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 11/12/2014 | 14-11023 (CSS) | 9823 | $57,799.24* | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 29 | EVERMAN INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 05/09/2014 | 14-11040 (CSS) | 17 | $37.55 | EVERMAN INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 03/24/2015 | 14-11040 (CSS) | 10038 | $18.86 | Amended and superseded claim |
| 30 | FORT BEND COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: JOHN P. DILLMAN P.O. BOX 3064 HOUSTON, TX 77253-3064 | 05/13/2014 | 14-10979 (CSS) | 47 | $32.22* | FORT BEND COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: JOHN P. DILLMAN P.O. BOX 3064 HOUSTON, TX 77253-3064 | 03/03/2015 | 14-10979 (CSS) | 9993 | $16.95* | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 31 | GARLAND INDEPENDENT SCHOOL DISTRICT C/O GAY MCCALL ISAACKS GORDON ROBERTS PC 1919 S. SHILOH RD SUITE 310, LB40 GARLAND, TX 75042 | 06/30/2014 | 14-10979 (CSS) | 2761 | $293,019.72* | GARLAND INDEPENDENT SCHOOL DISTRICT C/O GAY MCCALL ISAACKS GORDON & ROBERTS 1919 S. SHILOH ROAD, SUITE 310, LB40 GARLAND, TX 75042 | 01/22/2015 | 14-10979 (CSS) | 9953 | $255,460.49 | Amended and superseded claim |
| 32 | HARRIS COUNTY, ET AL C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: JOHN P. DILLMAN P.O. BOX 3064 HOUSTON, TX 77253-3064 | 05/13/2014 | 14-10979 (CSS) | 46 | $1,358.45* | HARRIS COUNTY, ET AL C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: JOHN P. DILLMAN P.O. BOX 3064 HOUSTON, TX 77253-3064 | 03/03/2015 | 14-10979 (CSS) | 9994 | $1,735.39* | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 33 | IOWA PARK ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 165 | $960.00* | IOWA PARK ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/12/2014 | 14-10979 (CSS) | 9834 | $842.42 | Amended and superseded claim |
| 34 | JOHNSON COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 05/09/2014 | 14-11040 (CSS) | 9 | $3.65* | JOHNSON COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 03/23/2015 | 14-11040 (CSS) | 10033 | $0.34 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
| 35 | JOHNSON COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 05/14/2014 | 14-10996 (CSS) | 72 | $1,214.39* | JOHNSON COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 03/23/2015 | 14-10996 (CSS) | 10030 | $905.45 | Amended and superseded claim |
| 36 | LIMESTONE COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: DIANE W. SANDERS P.O. BOX 17428 AUSTIN, TX 78760-7428 | 06/03/2014 | 14-11042 (CSS) | 1049 | $3,192.53* | LIMESTONE COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: DIANE W. SANDERS P.O. BOX 17428 AUSTIN, TX 78760-7428 | 05/11/2015 | 14-11042 (CSS) | 10062 | $2,012.40* | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 37 | MANSFIELD INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 05/09/2014 | 14-11040 (CSS) | 13 | $2,480.46* | MANSFIELD INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 03/24/2015 | 14-11040 (CSS) | 10035 | $1,274.74 | Amended and superseded claim |
| 38 | PLANT EQUIPMENT & SERVICES INC 5401 W HWY 21 BRYAN, TX 77803 | 10/27/2014 | 14-11032 (CSS) | 7819 | $32,809.91 | PLANT EQUIPMENT AND SERVICES INC 5401 W HWY 21 BRYAN, TX 77803  TRANSFERRED TO: TRC MASTER FUND LLC TRANSFEROR: PLANT EQUIPMENT & SERVICES, ATTN: TERREL ROSS PO BOX 633 WOODMERE, NY 11598 | 11/18/2014 | 14-11032 (CSS) | 9872 | $32,809.91 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 39 | PLANT EQUIPMENT & SERVICES INC 5401 W HWY 21 BRYAN, TX 77803 | 10/27/2014 | 14-11022 (CSS) | 7820 | $3,939.00 | PLANT EQUIPMENT AND SERVICES INC 5401 W HWY 21 BRYAN, TX 77803<br><br>TRANSFERRED TO: TRC MASTER FUND LLC TRANSFEROR: PLANT EQUIPMENT & SERVICES, ATTN: TERREL ROSS PO BOX 633 WOODMERE, NY 11598 | 11/18/2014 | 14-11022 (CSS) | 9871 | $3,939.00 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | NAME | REMAINING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 40 | PLANT EQUIPMENT & SERVICES INC 5401 W HWY 21 BRYAN, TX 77803 | 10/27/2014 | 14-11042 (CSS) | 7821 | $10,137.80 | PLANT EQUIPMENT AND SERVICES INC 5401 W HWY 21 BRYAN, TX 77803 TRANSFERRED TO: TRC MASTER FUND LLC TRANSFEROR: PLANT EQUIPMENT & SERVICES, ATTN: TERREL ROSS PO BOX 633 WOODMERE, NY 11598 | 11/18/2014 | 14-11042 (CSS) | 9870 | $10,137.80 | Amended and superseded claim |
| 41 | ROBERTSON COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: DIANE W. SANDERS P.O. BOX 17428 AUSTIN, TX 78760-7428 | 06/23/2014 | 14-11040 (CSS) | 2492 | $8,907.85* | ROBERTSON COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: DIANE W. SANDERS P.O. BOX 17428 AUSTIN, TX 78760-7428 | 05/11/2015 | 14-11040 (CSS) | 10063 | $2,153.55* | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 42 | THORNDALE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 06/25/2014 | 14-10979 (CSS) | 2563 | $94,527.13* | THORNDALE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10979 (CSS) | 9949 | $99,569.92 | Amended and superseded claim |
| 43 | THORNDALE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 08/15/2014 | 14-11033 (CSS) | 3692 | $40,887.98* | THORNDALE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-11033 (CSS) | 9948 | $38,706.18 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 44 | THORNDALE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-11033 (CSS) | 9948 | $38,706.18 | THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 02/09/2015 | 14-11033 (CSS) | 9973 | $38,706.18 | Amended and superseded claim |
| 45 | THORNDALE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN, TX 78731 | 01/22/2015 | 14-10979 (CSS) | 9949 | $99,569.92 | THORNDALE ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JOHN T. BANKS 3301 NORTHLAND DR, STE 505 AUSTIN, TX 78731 | 02/09/2015 | 14-10979 (CSS) | 9971 | $99,569.92 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 46 | VALWOOD IMPROVEMENT AUTHORITY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 05/14/2014 | 14-10996 (CSS) | 66 | $16.14* | VALWOOD IMPROVEMENT AUTHORITY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 03/23/2015 | 14-10996 (CSS) | 10029 | $1.33 | Amended and superseded claim |
| 47 | WARD COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: DAVID G. AELVOET 711 NAVARRO STREET, STE 300 SAN ANTONIO, TX 78205 | 10/22/2014 | 14-11023 (CSS) | 5868 | $204,003.86* | WARD COUNTY LINEBARGER GOGGAN BLAIR & SAMPSON LLP ATTN: DAVID G. AELVOET 711 NAVARRO ST, STE 300 SAN ANTONIO, TX 78205 | 03/05/2015 | 14-11023 (CSS) | 9996 | $9,813.24* | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 48 | WICHITA COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 166 | $35,864.00* | WICHITA COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/12/2014 | 14-10979 (CSS) | 9841 | $35,733.33 | Amended and superseded claim |
| 49 | YOUNG COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 167 | $35,726.00* | YOUNG COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/12/2014 | 14-10979 (CSS) | 9853 | $37,873.37 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 50 | YOUNG COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 05/19/2014 | 14-10979 (CSS) | 168 | $94,087.00* | YOUNG COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 11/12/2014 | 14-10979 (CSS) | 9839 | $93,143.39 | Amended and superseded claim |

|  | TOTAL | $1,484,368.67* |
|---|---|---|