**EXHIBIT 3** to **EXHIBIT A**

**Wrong Debtor Claims**

RLF1 12540938v.1

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A -- Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BUSINESS WIRE INC. 44 MONTGOMERY STREET, 39TH FL SAN FRANCISCO, CA 94104 | 3673 | Energy Future Holdings Corp. | Unsecured | $1,001.92 | EFH Corporate Services Company | Unsecured | $1,001.92 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 2 | CONSOLIDATED COMMUNICATIONS INC. 121 S 17TH ST MATTOON, IL 61938-3915 | 1979 | Energy Future Holdings Corp. | Unsecured | $9,553.31 | EFH Corporate Services Company | Unsecured | $9,553.31 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 3 | ENTECH SALE AND SERVICE 3404 GARDEN BROOK LN DALLAS, TX 75234-2444 | 4674 | Energy Future Holdings Corp. | Unsecured | $2,175.00 | EFH Corporate Services Company | Unsecured | $2,175.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 4 | GENESYS CONFERENCING 130 NEW BOSTON ST., SUITE 301 WOBURN, MA 01801 | 5682 | Energy Future Holdings Corp. | Unsecured | $717.90 | EFH Corporate Services Company | Unsecured | $717.90 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 5 | GLOBAL KNOWLEDGE TRAINING LLC 9000 REGENCY PARKWAY, SUITE 400 CARY, NC 27518 | 5442 | Energy Future Holdings Corp. | Unsecured | $13,297.80 | EFH Corporate Services Company | Unsecured | $13,297.80 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | KALSI ENGINEERING, INC.<br>745 PARK TWO DR.<br>SUGAR LAND, TX 77478 | 9812 | Luminant Energy Company LLC | Unsecured | $1,657.50 | Luminant Generation Company LLC | Unsecured | $1,657.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | LEVEL 3 COMMUNICATIONS, LLC<br>ATTN: LEGAL DEPT. (BKY)<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO 80021 | 2665 | Energy Future Holdings Corp. | Unsecured | $14,245.38 | EFH Corporate Services Company | Unsecured | $14,245.38 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | LEXISNEXIS<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | 4829 | Energy Future Holdings Corp. | Unsecured | $1,967.80 | EFH Corporate Services Company | Unsecured | $1,967.80 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | MCMASTER-CARR SUPPLY COMPANY<br>6100 FULTON INDUSTRIAL BLVD.<br>ATLANTA, GA 30336 | 9913 | Luminant Generation Company LLC | Unsecured | $3,984.96 | Luminant Big Brown Mining Company LLC | Unsecured | $16.56 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $3,915.86 |
| | | | | | | Sandow Power Company LLC | Unsecured | $52.54 |
| | | | | | | Subtotal | | $3,984.96 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

## ENERGY FUTURE HOLDINGS CORP., et al.

### SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | MONSTER WORLDWIDE INC<br>7800 W. BROWN DEER RD. SUITE 200<br>MILWAUKEE, WI 53223 | 3528 | Energy Future Holdings Corp. | Unsecured | $7,962.05 | EFH Corporate Services Company | Unsecured | $7,962.05 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 11 | MORGAN LEWIS & BOCKIUS LLP<br>1701 MARKET ST<br>PHILADELPHIA, PA 19103-2921 | 5729 | Luminant Generation Company LLC | Unsecured | $13,527.67 | Texas Competitive Electric Holdings Company LLC | Unsecured | $13,527.67 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 12 | MW SMITH EQUIPMENT INC, A DXP COMPANY<br>C/O DXP ENTERPRISES INC<br>7272 PINEMONT<br>HOUSTON, TX 77040 | 5835 | Luminant Mining Company LLC | Unsecured | $6,062.56 | Luminant Generation Company LLC<br>Luminant Mining Company LLC<br><br>Subtotal | Unsecured<br>Unsecured | $5,898.00<br>$164.56<br><br>$6,062.56 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 13 | RENTSYS RECOVERY SERVICES INC<br>PO BOX 4346<br>DEPT 616<br>HOUSTON, TX 77210-4346 | 4388 | Energy Future Holdings Corp. | Unsecured | $5,670.22 | EFH Corporate Services Company | Unsecured | $5,670.22 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | ROMCO EQUIPMENT CO. LLC<br>C/O GARDERE WYNNE SEWELL, LLP<br>ATTN: JOHN P. MELKO<br>1000 LOUISIANA, STE 3400<br>HOUSTON, TX 77002-5007 | 9598 | Luminant Big Brown Mining Company LLC | Unsecured | $23,501.94 | Luminant Mining Company LLC | Unsecured | $23,501.94 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. ||||||||
| 15 | SETON IDENTIFICATION PRODUCTS<br>PO BOX 819<br>20 THOMPSON RD<br>BRANFORD, CT 06405-0819 | 3190 | Energy Future Holdings Corp. | Unsecured | $150.00 | EFH Corporate Services Company | Unsecured | $150.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. ||||||||
| 16 | SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR HATFIELD & CO - ASSIGNOR<br>19772 MACARTHUR BLVD #200<br>IRVINE, CA 92612 | 115 | Luminant Mining Company LLC | 503(b)(9) | $82.85 | Luminant Generation Company LLC<br>Luminant Mining Company LLC<br><br>Subtotal | 503(b)(9)<br>503(b)(9) | $7.85<br>$75.00<br><br>$82.85 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. ||||||||

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | SOFTWARE ENGINEERING OF AMERICA<br>ATTN: JOSEPHINE DAY<br>1230 HEMPSTEAD TURNPIKE<br>FRANKLIN SQUARE, NY 11010 | 90 | Energy Future Holdings Corp. | Unsecured | $10,416.75 | EFH Corporate Services Company | Unsecured | $10,416.75 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 18 | SUCCESSFACTORS, INC<br>C/O BIALSON BERGEN SCHWAB, A PROF. CORP.<br>ATTN: LAWRENCE SCHWAB / GAYE HECK<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA 94306 | 3536 | Energy Future Holdings Corp. | Unsecured | $1,483.75 | EFH Corporate Services Company | Unsecured | $1,483.75 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 19 | TECHNOLOGY RESOURCE CTR OF AMERICA, LLC<br>2600 VIRGINIA CIRCLE<br>DENTON, TX 76209 | 3286 | Energy Future Holdings Corp. | Unsecured | $475.00 | EFH Corporate Services Company | Unsecured | $475.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 20 | TERIX COMPUTER SERVICE, INC.<br>388 OAKMEAD PARKWAY<br>SUNNYVALE, CA 94085 | 4254 | Energy Future Holdings Corp. | Unsecured | $85,919.93 | EFH Corporate Services Company | Unsecured | $85,919.93 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | YORK PUMP & EQUIPMENT, A DXP CO C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 5840 | Luminant Big Brown Mining Company LLC | Unsecured | $11,940.00 | Luminant Mining Company LLC | Unsecured | $11,940.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 22 | YORK PUMP & EQUIPMENT, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 5844 | Luminant Generation Company LLC | Unsecured | $973.85 | Luminant Mining Company LLC | Unsecured | $973.85 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| | | | | TOTAL | $216,768.14 | | TOTAL | $216,768.14 |

## Exhibit B

**Redline of Proposed Order**

RLF1 12540938v.1