# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | **Re: D.I. 3040, 3198, 3279, 4744** |

**THIRD SUPPLEMENTAL DECLARATION OF TODD J. ROSEN IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MUNGER, TOLLES & OLSON LLP AS COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC EFFECTIVE NUNC PRO TUNC TO NOVEMBER 16, 2014**

I, Todd J. Rosen, state the following under penalty of perjury:

1. I am over eighteen years of age and have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently with respect thereto from my own personal knowledge except as otherwise stated.

2. I am a partner at Munger, Tolles & Olson LLP ("MTO"), located at 355 S. Grand Ave., 35th Floor, Los Angeles, California, 90071, and have been duly admitted to practice law in the State of California; the United States District Courts for the Central, Northern, Eastern, and Southern District of California; and the Ninth Circuit Court of Appeals.

3. I submit this third supplemental declaration (the "Third Supplemental Declaration") in further support of the *Debtors Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application For Entry Of An*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Order Authorizing The Retention And Employment Of Munger, Tolles & Olson LLP As Counsel To Debtors And Debtors In Possession Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* [D.I. 3040] (the "Application").[2]

4. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**Background**

5. On December 16, 2014, the TCEH Debtors filed the Application. In support of the Application, the TCEH Debtors filed the *Declaration of Todd J. Rosen in Support of the Debtors Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application For Entry Of An Order Authorizing The Retention And Employment Of Munger, Tolles & Olson LLP As Counsel To Debtors And Debtors In Possession Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* (the "Original Declaration"), which was filed as **Exhibit C** to the Application.

6. On January 8, 2015, the TCEH Debtors filed the *First Supplemental Declaration of Todd J. Rosen in support of the Debtors Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application For Entry Of An Order Authorizing The Retention And Employment Of Munger, Tolles & Olson LLP As Counsel To Debtors And Debtors In Possession Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* [D.I. 3198] (the "First Supplemental Declaration") and on June 12, 2015 the TCEH

---

[2] Capitalized terms not defined in this Third Supplemental Declaration have the meaning ascribed to them in the Application.

Debtors filed the *Second Supplemental Declaration of Todd J. Rosen in support of the Debtors Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application For Entry Of An Order Authorizing The Retention And Employment Of Munger, Tolles & Olson LLP As Counsel To Debtors And Debtors In Possession Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* [D.I. 4744] (the "Second Supplemental Declaration" and collectively, with the Original Declaration, the First Supplemental and the Third Supplemental Declaration, the "Declarations").

7.     On January 13, 2015, this court entered an order [D.I. 3279] approving the retention of MTO *nunc pro tunc* to November 16, 2014.

## Supplemental Disclosure

8.     To comply with Bankruptcy Rule 2014 and consistent with the representations in the Application and Original Declaration, MTO conducted a supplemental investigation of its records, comparing the names of the potential parties in interest with its list of current and former clients, including clients that have retained MTO since the date of the Original Declaration, pursuant to the procedures described in the Original Declaration.  *See* Application at ¶ 22; Original Declaration at ¶ 28.  Based on MTO's supplemental investigation of its records, the potential parties in interest who, or whose affiliates, are current or former MTO clients not previously disclosed in the Declarations or whose status has changed (from a former client to a current client) are listed as **Exhibit 1** to this Third Supplemental Declaration.  None of the representations described herein is materially adverse to the interests of the Debtors.  None of the clients listed on **Exhibit 1** represent more than one percent of MTO's fee receipts for the past twelve months.

9.  I understand that Fidelity Investments and certain of its affiliates ("Fidelity") is a significant party in interest in the these chapter 11 cases. In the Original Declaration, I disclosed that MTO has in the past represented Fidelity in matters unrelated to the Debtors' chapter 11 cases. MTO has been engaged to represent a group of financial institutions, including Fidelity, in a matter wholly unrelated to the Debtors' chapter 11 cases. All prior and current representations of Fidelity have been unrelated to these chapter 11 cases and MTO will not represent Fidelity in any facet of these chapter 11 cases. I do not believe MTO's unrelated representation of Fidelity creates a conflict with MTO's representation of the TCEH Debtors, but, in an abundance of caution, MTO has secured the consent of Fidelity waiving any potential conflict, including any direct adversity with Fidelity in these chapter 11 cases.

10. Based on the conflicts searches conducted to date and as described in the Declarations, to the best of my knowledge and insofar as I have been able to ascertain, (a) MTO is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) MTO has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Declarations.

11. MTO will continue to review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, MTO will use its reasonable efforts to identify any such further developments and will file additional supplemental declarations as required by Bankruptcy Rule 2014(a) and as stated in the Original Declaration.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 15, 2015

*/s/ Todd J. Rosen*
Name: Todd J. Rosen
Title: Partner, Munger, Tolles & Olson LLP