## Exhibit 1

List of Current[1] or Former MTO Clients

| Name of Entity Searched | Comments and/or Status[2] |
|---|---|
| Trust Company of the West | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Cravath Swaine & Moore | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Fidelity Investments | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Fidelity Central Investment Portfolios LLC | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Fidelity Employer Services Co. LLC | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Fidelity Floating Rate Central Fund | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Fidelity Floating Rate High Income Investment Trust | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Fidelity Institutional Money Market Funds - Government | MTO currently represents this |

---

[1] MTO does not represent any of the Current Clients in any matters or interests that are related to or materially adverse to the TCEH Debtors' estates.

[2] Relationships are as of the date of the Third Supplemental Declaration, not as of the Petition Date.

| | |
|---|---|
| Portfolio | entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Fidelity Investments Treasury Fund | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Fidelity Management & Research Co. | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Fidelity National Title Insurance Co. | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Fidelity Real Estate Co. LLC | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Fidelity Series Floating Rate High Income Fund | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Fidelity Summer Street Trust | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Credit Suisse | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Credit Suisse Alternative Investments | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Microsoft Services | MTO currently represents this entity and/or certain affiliates or |

|  | subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
|---|---|
| Radioshack Corp. | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Veolia | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Veolia Environmental Services | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Veolia ES Industrial Services | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Eaton Vance | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Eaton Vance Management | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| MFS Investment Management | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Crescent Alternative Credit Partners LP | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Crescent Capital Group LP | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly |

|  | unrelated to the debtors' chapter 11 cases. |
|---|---|
| Crescent Senior Secured Floating Rate Loan Fund LLC | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Golden Tree | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| GoldenTree Asset Management LP (US) | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Ares Management LLC | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Ares Strategic Investment Management LLC | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |
| Ares Strategic Investment Partners Ltd. | MTO currently represents this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 cases. |