**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) <br> ) <br> ENERGY FUTURE HOLDINGS ) <br> CORP., <u>et</u> <u>al</u>.<sup>1</sup>, ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> Jointly Administered <br><br> **RE: Docket Nos. 3040, 3198 , 3279 and 4744** |

**NOTICE OF THIRD SUPPLEMENTAL DECLARATION OF
TODD J. ROSEN IN SUPPORT OF THE DEBTORS ENERGY FUTURE
COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE
ELECTRIC HOLDINGS COMPANY LLC'S APPLICATION FOR ENTRY OF
AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
MUNGER, TOLLES & OLSON LLP AS COUNSEL TO DEBTORS AND DEBTORS
IN POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY
LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC
<u>EFFECTIVE NUNC PRO TUNC TO NOVEMBER 16, 2014</u>**

PLEASE TAKE NOTICE that, on December 16, 2014, Energy Future Competitive Holdings Company LLC ("<u>EFCH</u>") and Texas Competitive Electric Holdings Company LLC ("<u>TCEH</u>" and together with EFCH and their debtor subsidiaries, the "<u>TCEH Debtors</u>"), certain of the above-captioned debtors and debtors in possession, filed *Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC's Application for Entry of an Order Authorizing the Retention and Employment of Munger Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014* [D.I. 3040] (the "<u>Application</u>") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

"Bankruptcy Court"). Pursuant to the Application, the TCEH Debtors were seeking entry of an order authorizing them to retain and employ Munger, Tolles & Olson LLP as their attorneys effective *nunc pro tunc* to November 16, 2014, to render professional services, under the supervision of Hugh E. Sawyer, the independent board member of the TCEH Debtors (the "TCEH Debtors' Disinterested Manager"), in connection with "Conflict Matters," as defined in and pursuant to the authority delegated to the TCEH Debtors' Disinterested Manager in the respective resolutions of the EFCH and TCEH Board of Managers dated November 7, 2014 and December 9, 2014 attached to the Application as Exhibit B thereto, including the determination by the TCEH Debtors' Disinterested Manager of whether any matter constitutes a "Conflict Matter".

PLEASE TAKE FURTHER NOTICE that, in support of the Application, the TCEH Debtors filed the *Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014*, which was filed as Exhibit C to the Application.

PLEASE TAKE FURTHER NOTICE that on January 8, 2015 counsel to the TCEH Debtor filed the *First Supplemental Declaration of Todd J. Rosen in support of the Debtors Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application For Entry Of An Order Authorizing The Retention And Employment Of Munger, Tolles & Olson LLP As Counsel To Debtors And Debtors In Possession Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* [D.I. 3198]

PLEASE TAKE FURTHER NOTICE that on June 12, 2015 counsel to the TCEH Debtor filed the *Second Supplemental Declaration of Todd J. Rosen in support of the Debtors Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application For Entry Of An Order Authorizing The Retention And Employment Of Munger, Tolles & Olson LLP As Counsel To Debtors And Debtors In Possession Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* [D.I. 4744].

PLEASE TAKE FURTHER NOTICE that, today, the TCEH Debtors have filed the attached *Third Supplemental Declaration of Todd J. Rosen in support of the Debtors Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application For Entry Of An Order Authorizing The Retention And Employment Of Munger, Tolles & Olson LLP As Counsel To Debtors And Debtors In Possession Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* in further connection with, and in support of, the Application.

Dated: July 15, 2015

        **McElroy, Deutsch, Mulvaney & Carpenter, LLP**

/s/ David Primack
David Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
Email: dprimack@mdmc-law.com

-and-

**Munger, Tolles & Olson LLP**
Todd Rosen, Esq. (admitted *pro hac vice*)
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Phone: (213) 683-9100
Facsimile: (213) 683-4022
Email: todd.rosen@mto.com

Counsel to the TCEH Debtors