**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Objection Deadline: 8/5/2015 @4:00 p.m.** |
| ) | **Hearing Date: 10/26/2015 @10:00 a.m** |

## NOTICE OF INTERIM FEE APPLICATION

**PLEASE TAKE NOTICE** that Richard Gitlin, individually, and as Chairman of Gitlin & Company, LLC (the "Applicant") has filed the *Second Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company, LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from January 1, 2015 through April 30, 2015* (the "Interim Fee Application").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Interim Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Administrative Order"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., *et al.,* 1601 Bryan Street,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 160 I Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of TCEH Unsecured Creditors (the "Committee"), Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Brett H. Miller and Lorenzo Marinuzzi; (viii) co-counsel to the Committee, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward and (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler, by no later than **4:00 p.m. (Eastern Time) on August 5, 2015** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE INTERIM FEE APPLICATION WILL TAKE PLACE BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DE 19801 ON OCTOBER 26, 2015 AT 10:00 A.M..

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE BY THE OBJECTION DEADLINE, THE RELIEF REQUESTED IN THE INTERIM FEE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

Date: July 15, 2015                             PHILLIPS, GOLDMAN & SPENCE, P.A.

                                                          */s/ Stephen W. Spence*
Stephen W. Spence, Esquire (DE#2033)
Stephen A. Spence, Esquire (DE#5392)
1200 North Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax: (302) 655-4200
Email: sas@pgslaw.com

-and-

Katherine Stadler, Esquire, *(admitted pro hac vice)*
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*