UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | Case No. 14-10979 (CSS) |
| Debtor-in-Possession. | : | (Jointly Administered) |
| | : | (D.I. 1888) |

Objection deadline: August 5, 2015 at 4:00 p.m.
Hearing date: October 26, 2015 at 10:00 a.m.

**SECOND INTERIM APPLICATION OF RICHARD GITLIN, INDIVIDUALLY, AND AS CHAIRMAN OF GITLIN & COMPANY LLC, AS THE INDEPENDENT MEMBER OF THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2015 THROUGH APRIL 30, 2015**

## SUMMARY (LOCAL FORM 101)

| | |
|---|---|
| Name of Applicant: | Richard Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee ("the **Applicant**") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Appointment: | August 21, 2014 |
| Period for which compensation and reimbursement is sought: | January 1, 2015 – April 30, 2015 2014 (the "**Compensation Period**") |
| Amount of Compensation sought as actual, reasonable and necessary: | $200,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,658.04 |

This is an:  X  interim      ___ final application.

The total time expended for fee application preparation is 0 hours and the compensation requested is $0.

| | |
|---|---|
| Prior fee applications: | *First Interim Application of Richard Gitlin, Indivdiually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 through December 31, 2014* [D.I. 3900]<br>Approved by order dated June 24, 2015 [D.I. 4843] |

## ATTACHMENTS TO FEE APPLICATION

### EXHIBIT A: EXPENSE SUMMARY

Attached to this Application as Exhibit A, in compliance with Local Rule 2016-2(c)(ii), is a summary, by category, of the expenses for which the Applicant requests reimbursement.

### EXHIBIT B: DETAILED TIME RECORDS-GITLIN & CO., LLC

Detailed records summarizing the services provided by the Applicant are attached to this Application as Exhibit B.