**CERTIFICATION**

The Chair has reviewed the requirements of Local Rule 2016-2 and certifies that the motion complies with Local Rule 2016-2.

| | |
|---|---|
| GITLIN & COMPANY LLC | GODFREY & KAHN, S.C. |
| */s/ Richard A. Gitlin* | */s/ Katherine Stadler* |
| Richard A. Gitlin | Brady C. Williamson |
| Fee Committee Chair | Katherine Stadler, *Admitted Pro Hac Vice* |

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: bwilliam@gklaw.com
       kstadler@gklaw.com
*Attorneys for the Fee Committee*

13950993.1