IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Objection Deadline: 8/5/2015 @4:00 p.m.** |
| ) | **Hearing Date: 10/26/2015 @10:00 a.m.** |

**SECOND INTERIM APPLICATION OF PHILLIPS,
GOLDMAN & SPENCE, P.A. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS DELAWARE
COUNSEL TO THE FEE COMMITTEE FOR THE PERIOD
JANUARY 1, 2015 THROUGH APRIL 30, 2015**

Phillips, Goldman & Spence, P.A. ("PG&S") hereby files this *Second Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period January 1, 2015 Through April 30, 2015*, (the "Second Interim Fee Application"). In support of this Second Interim Fee Application, PG&S states the following:

**Jurisdiction**

1.  The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2.  Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

"Bankruptcy Rules"), the *Order Authorizing the Employment and Retention of Phillips, Goldman & Spence, P.A. as Delaware Counsel to the Fee Committee,* dated January 9, 2015 [Docket No. 3216] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [Docket No. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "Fee Committee Order"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), PG&S Delaware counsel to the Fee Committee (the "Fee Committee") hereby files its Second Interim Fee Application for: (i) compensation in the amount of $5,136.00 which is for the reasonable and necessary legal services PG&S rendered to the Fee Committee from January 1, 2015 through April 30, 2015 (the "Second Interim Period") and $1,333.00 in expenses it incurred during this same period for a total due of $6,469.00.

### Itemization of Services Rendered and Disbursements Incurred

3.     The Cover Sheet for this Second Interim Fee Application provides a breakdown of the professionals that worked on this case, their hourly rate, the total hours each worked and the blended rate of all professionals.  It also provides a breakdown by category of the work done.  The Cover Sheet also provides a breakdown of costs incurred for the services rendered.  Expenses incurred, but not yet billed to the firm will be included in future Fee Applications.

### Monthly Fee Statements Covered Herein

4.     Pursuant to the procedures set forth in the Administrative Order, professionals may apply for monthly compensation and reimbursement (each such statement, a "Monthly Fee Statement"), and the notice parties listed in the Administrative Order may object to such request. If no notice party objects to a professional's Monthly Fee Statement within twenty-one (21) days

after the date of service of the Monthly Fee Statement, the professional may submit to the Court a certification of no objections whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

5. Pursuant to the Administrative Order, within forty-five (45) days of the end of the quarter, professionals are to file and serve upon the notice parties a request (an "Interim Fee Application") for interim Court approval and allowance of the Monthly Fee Statements filed during the period covered by the Interim Fee Application. If the Court grants the relief requested by the Interim Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses covered by that Interim Fee Application less any amounts previously paid in connection with Monthly Fee Statements. Any payment made pursuant to the Monthly Fee Statements or any Interim Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

6. This Second Interim Fee Application, which is submitted in accordance with the Administrative Order, is the Second Interim Fee Application for compensation for services rendered that PG&S has filed with the Bankruptcy Court in connection with these Chapter 11 Cases, and covers the Fee Period of January 1, 2015 through April 30, 2015.

7. PG&S filed the following Monthly Fee Statements for compensation during this Second Interim Fee Application period:

    a. *January Fee Statement of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period January 1, 2015 through January 31, 2015* [Docket No. 4386] (filed on May 5, 2015) in which PG&S requested approval of $2,052.00 in compensation for services rendered and payment of $1,641.60, which is 80% of those fees requested, and reimbursement of expenses in the amount of $1,271.60 for a total payment of $2,913.20.

    b. *February Fee Statement of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for*

*the Period February 1, 2015 through February 28, 2015* [Docket No. 4387] (filed on May 5, 2015) in which PG&S requested approval of $1,995.00 in compensation for services rendered and payment of $1,596.00 which is 80% of those fees requested. There were no costs incurred during February.

    c.    *March Fee Statement of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period March 1, 2015 through March 31, 2015* [Docket No. 4388] (filed on May 5, 2015) in which PG&S requested approval of $489.00 in compensation for services rendered and payment of $391.20, which is 80% of those fees requested, and reimbursement of expenses in the amount of $5.40 for a total due of $496.60.

    d.    *April Fee Statement of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period April 1, 2015 through April 30, 2015* [Docket No. 4880] (filed on June 29, 2015, 2015) in which PG&S requested approval of $600.00 in compensation for services rendered and payment of $480.00, which is 80% of those fees requested, and reimbursement of expenses in the amount of $56.00 for a total due of $536.00.

8.    The period for objecting to the fees and expense reimbursement requested in the January, February and March Fee Statements, was May 26, 2015. No objections were filed and on May 28, 2015, PG&S filed a Certificate of No Objection with the Court for each Fee Statement, so the Debtors are be authorized to pay the interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested. When the objection deadline of July 20, 2015 passes, if no objections are filed against the April Fee Statement, PG&S intends to file a Certificate of No Objection with the Court for that Monthly Fee Statement.

**Previous Interim Fee Applications**

9.    PG&S filed the following Interim Fee Applications:

    a.    *First Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period September 1, 2014 Through December 31, 2014* [Docket No. 4188] (the "First Interim Fee Application"), filed on April 16, 2015.

**Proposed Payment Allocation**

10. Paragraph 2(b) of the Interim Compensation Order, requires Professionals to allocate the fees and expenses sought in their Applications among (a) Energy Future Holdings Corp., (b) Energy Future Intermediate Holding Company LLC, and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases. As Delaware counsel to the Fee Committee the compensation earned and expenses incurred by PG&S should be allocated evenly amongst the Debtors.

**Summary of Legal Services Rendered**

11. During this Interim Fee Period, PG&S:

   a. <u>Case Administration</u>: PG&S kept the docket updated on its system in order to locate pertinent pleadings. It reviewed agenda letters to ascertain if Court appearances were necessary.

   b. <u>PG&S Fee/Employment Applications</u>. PG&S drafted its Monthly Fee Statements and worked with Godfrey Kahn to assure compliance with the Court and Fee Committee's directives concerning the form of the Monthly Fee Statements. It filed the Certification of No Objection for the November and December Fee Statements. It also filed its First Interim Application.

   c. <u>Fee/Employment Applications</u>: PG&S reviewed and filed the Fee Committee Reports. It assisted Godfrey Kahn with the filing of its Interim Fee Application and it attended hearings on the professional's fee applications.

12. While every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Second Interim Fee Application due to delays caused by accounting and processing during the Fee Period. PG&S reserves the right

to make further application for allowance of such fees and expenses not included herein. Subsequent Fee Applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, PG&S requests allowance of its fees incurred during the Second Interim Fee Period of January 1, 2015 through April 30, 2015 in the in the amount of $5,136.00 and expenses in the amount of $1,333.00 for a total of $6,469.00, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Date:  July 15, 2015                    PHILLIPS, GOLDMAN & SPENCE, P.A.


                                        /s/ Stephen W. Spence
                                        Stephen W. Spence, Esquire (DE#2033)
                                        1200 North Broom Street
                                        Wilmington, DE 19806
                                        Telephone (302) 655-4200
                                        Facsimile (302) 655-4200
                                        sws@pgslaw.com
                                        *Delaware Counsel to the Fee Committee*