IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>) Case No. 14-10979 (CSS)<br>)<br>) Jointly Administered<br>)<br>) **Objection Deadline: 8/5/2015 @4:00 p.m.**<br>) **Hearing Date: 10/26/2015 @10:00 a.m.** |

**COVER SHEET FOR SECOND INTERIM APPLICATION OF
PHILLIPS, GOLDMAN & SPENCE, P.A. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS DELAWARE
COUNSEL TO THE FEE COMMITTEE FOR THE PERIOD
JANUARY 1, 2015 THROUGH APRIL 30, 2015**

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. (PG&S") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Retention: | January 9, 2015, *Nunc Pro Tunc* to November 21, 2014 |
| Period for which Compensation and Reimbursement sought: | January 1, 2015 through April 30, 2015 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $5,136.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $1,333.00 |
| Total Fees and Expenses for which Approval is sought: | $6,469.00 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

## PREVIOUSE FEE APPLICATIONS

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 4/16/2015 Dkt. No. 4188 | 9/1/2015-12/31/2014 | $5,076.00 | $679.21[2] | $5,076.00 | $679.21 |

## ATTACHMENT B TO FEE APPLICATION

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stephen W. Spence | Director/24 years/Admitted 1981/Bankruptcy | $450.00 | 0.90 | $405.00 |
| Aaron C. Baker | Associate/4 years/Admitted 2011/Bankruptcy | $270.00 | 7.30 | $1,971.00 |
| Celeste A. Hartman | Senior Paralegal/19 years/20 years prior experience/Bankruptcy | $150.00 | 18.40 | $2,760.00 |
| Grand Totals | | | 26.60 | $5,136.00 |
| Blended Rate | | | | $193.08 |

---

[2] The actual expenses incurred by PG&S totaled $829.21. Deducted from this request is $150 in *pro hac vice* fees paid to the U.S. District Court for the District of Delaware on behalf of Godfrey Kahn, S.C. Those costs will be paid by Godfrey Kahn, S.C. directly.

## COMPENSATION BY CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| PG&S Fee/Employment Applications | 12.60 | $2,100.00 |
| Fee/Employment Applications | 12.8 | $2,826.00 |
| Case Administration | 1.20 | $210.00 |
| Total | 26.60 | $5,136.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expense |
|---|---|---|
| Reproduction | Done in-house @10 cents per page | $2.40 |
| Copy Mail Service | Parcels, Inc. (for December 16, 2014 job) | $1,226.70 |
| Hand Delivery Service | Parcels, Inc. ( 4 times @ $5 per job) | $20.00 |
| On-line docket Research | Pacer charges from 10/1/2014-12/31/2014 (billed in 1/2015) | $29.90 |
| On-line docket Research | Pacer charges from 1/1/2015-3/31/2015 (billed in 4/2015) | $54.00 |
| Total Requested | | $1,333.00 |

Date:   July 15, 2015

PHILLIPS, GOLDMAN & SPENCE, P.A.

    /s/ Stephen W. Spence
Stephen W. Spence, Esquire (DE#2033)
1200 North Broom Street
Wilmington, DE 19806
Telephone (302) 655-4200
Facsimile (302) 655-4200
sws@pgslaw.com
*Delaware Counsel to the Fee Committee*