# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS | ) Case No. 14-10979 (CSS) |
| CORP., *et al.*[1], | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |

STATE OF DELAWARE    :
                     : ss
NEW CASTLE COUNTY     :

Stephen W. Spence after being duly sworn according to law, deposes and says:

1.      I am a director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar and am authorized to appear before this Court.

2.      I am familiar with the work performed on behalf of the Fee Committee by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

3.      I have reviewed the *Second Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period January 1, 2015 Through April 30, 2015* and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* as well as the *United States*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, TX 7520 1. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

*Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective June 11, 2013* and I believe the Fee Application to be in compliance therewith.

_____
Stephen W. Spence, Esquire (DE#2033)
*Delaware Counsel to the Fee Committee*


SWORN AND SUBSCRIBED TO BEFORE ME THIS 15TH DAY OF JULY 2015.

_____
Notary Public
My commission expires:

TAMMY A. PATTERSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Oct. 6, 2015