**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.*, | : | Case No. 14-10979 (CSS) |
|  | : |  |
| Debtor-in-Possession. | : | (Jointly Administered) |
|  |  | (D.I. 1888) |

---

Objection deadline: August 5, 2015 at 4:00 p.m.
Hearing date: October 26, 2015 at 10:00 a.m.

**SECOND INTERIM APPLICATION OF GODFREY & KAHN, S.C., COUNSEL TO THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2015 THROUGH APRIL 30, 2015**

**SUMMARY (LOCAL FORM 101)[1]**

| | |
|---|---|
| Name of Applicant: | Godfrey & Kahn, S.C. ("the **Applicant**") |
| Authorized to Provide Professional Services to: | Fee Committee |
| Date of Retention: | September 16, 2014, *nunc pro tunc* to August 21, 2014 |
| Date of order approving employment: | September 16, 2014 |
| Period for which compensation and reimbursement is sought: | January 1, 2015 - April 30, 2015 (the "**Compensation Period**") |
| Amount of Compensation sought as actual, reasonable and necessary: | $800,000.00 |

---

[1] This summary page combines the requirements of Local Rule 2016-2(c)(i) (Local Form 101) and ¶ C.2.l and Exhibit E to the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases (the "**U.S. Trustee Guidelines**").

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $62,868.93 |

The total time expended for fee applications is 84.2 hours and the corresponding compensation requested is $39,295.50.

| | |
|---|---|
| Petition date: | April 29, 2014 |
| Total compensation approved by interim order to date: | $864,552.13 |
| Total expenses approved by interim order to date: | $40,775.62 |
| Total allowed compensation paid to date: | $864,552.13 |
| Total allowed expenses paid to date: | $40,775.62 |
| Blended rate in this application for all attorneys (before flat fee adjustment): | $413.57 |
| Blended rate in this application for all timekeepers (before flat fee adjustment): | $409.27[2] |
| Prior fee applications: | *First Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 21, 2014 through December 31, 2014* [D.I. 3901] Approved by order entered on June 24, 2015 [D.I. 4843] |
| Compensation sought in this application already paid pursuant to the Fee Committee Order but not yet allowed: | $800,000.00 |
| Expenses sought in this application already paid pursuant to the order appointing the Fee Committee but not yet approved as interim expense reimbursement: | $62,868.93 |
| Number of professionals included in this application: | 9 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |

---

[2] Effective blended rate in this application (after flat fee adjustment): $338.98

2

| | |
|---|---|
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Are any rates higher than those approved or disclosed at retention? | No |

## ATTACHMENTS TO FEE APPLICATION

### EXHIBIT A:  LIST OF PROFESSIONALS

Attached to this Application as Exhibit A, in compliance with Local Rule 2016-2(c)(ii) and ¶ C.2.k of the U.S. Trustee Guidelines, is a chart identifying each of the professionals employed on these cases, their practice areas and years of experience, their hourly billing rate, total billed hours, total compensation sought, and number of rate increases (none) imposed during the Compensation Period.

### EXHIBIT B:  COMPENSATION BY PROJECT CATEGORY

Attached to this Application as Exhibit B, in compliance with Local Rule 2016-2(c)(ii) and ¶ C.8.a and b of the U.S. Trustee Guidelines, is a summary of compensation requested by project category.

### EXHIBIT C:  EXPENSE SUMMARY—GODFREY & KAHN, S.C.

Attached to this Application as Exhibit C, in compliance with Local Rule 2016-2(c)(ii) and U.S. Trustee Guidelines ¶ C.12, is a summary, by category, of requested expense reimbursements.

### EXHIBIT D:  LIST OF PROFESSIONALS BY MATTER

Attached to this Application as Exhibit D, in compliance with U.S. Trustee Guidelines ¶ C.8.c, is a chart identifying each Godfrey & Kahn professional who provided services during the Compensation Period, organized by project category.

### EXHIBIT E:  DETAILED TIME RECORDS—GODFREY & KAHN, S.C.

Attached to this Application as Exhibit E, in compliance with Local Rule 2016-2(d) and U.S. Trustee Guidelines ¶ C.9, are detailed records of the services provided by Godfrey & Kahn during the Compensation Period, organized by project category.

### EXHIBIT F:  DETAILED EXPENSE RECORDS—GODFREY & KAHN, S.C.

Attached to this Application as Exhibit F, in compliance with Local Rule 2016-2(e)(i), are the detailed records summarizing the expenses for which Godfrey & Kahn requests reimbursement.[3]

### EXHIBIT G:  "CUSTOMARY AND COMPARABLE" DISCLOSURES

The "Customary and Comparable Compensation Disclosures With Fee Applications," as required by ¶ C.3 of the U.S. Trustee Guidelines, are attached to this Application as Exhibit G.

### EXHIBIT H:  BUDGET & STAFFING PLAN

The budget and staffing plans, as required by ¶ E of the U.S. Trustee Guidelines, are attached to this Application as Exhibit H.

### EXHIBIT I:  EXPENSE SUMMARY—PETER KRAVITZ

---

[3] In compliance with Local Rule 2016-2(e)(iv), additional documentation of expenses and disbursements, noted with asterisks in Exhibit F, has not been filed with this Application but has been provided to the Fee Committee, U.S. Trustee, the Debtors, counsel to the Debtors and counsel to both creditors' committees.