**CERTIFICATION**

    Godfrey & Kahn, S.C., has reviewed the requirements of Local Rule 2016-2 and certifies that this Fee Application complies with Local Rule 2016-2.

<div style="margin-left: 3em;">

GODFREY & KAHN, S.C.

   */s/ Katherine Stadler*
Brady C. Williamson
Katherine Stadler, *Admitted Pro Hac Vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: bwilliam@gklaw.com
      kstadler@gklaw.com

*Attorneys for the Fee Committee*

</div>

13950967.1