**EXHIBIT A**

Godfrey and Kahn, S.C.
List of Professionals
January 1, 2015 through April 30, 2015

| Name of Godfrey & Kahn Professional | Practice Group, Year of Obtaining License to Practice | Hourly Billing Rate (before flat fee adjustment) | Number of Rate Increases Since Case Inception | Total Billed Hours | Total Compensation (before flat fee adjustment) |
|---|---|---|---|---|---|
| **Shareholders** | | | | | |
| Brady C. Williamson | Bankruptcy | 1975 | $585 | 0 | 228.6 | $133,731.00 |
| Katherine Stadler | Litigation/Bankruptcy | 1997 WI 2012 NY | $495 | 0 | 380.8 | $188,496.00 |
| Eric Wilson | Litigation | 1994 IL 2003 WI | $515 | 0 | 63.0 | $32,445.00 |
| **Special Counsel** | | | | | |
| Carla Andres | Bankruptcy | 1989 OH 1993 WI | $410 | 0 | 181.8 | $74,538.00 |
| **Associates** | | | | | |
| Erin A. West | Litigation/Bankruptcy | 2009 WI 2012 MN | $295 | 0 | 257.0 | $75,815.00 |
| Mark Hancock | Litigation | 2007 IL 2015 WI | $275 | 0 | 328.1 | $90,227.50 |
| **Paraprofessionals** | | | | | |
| Andy Dalton | Data Analyst | 1996 GA 2003 IL | $495 | 0 | 549.1 | $271,804.50 |
| Leah Viola | Litigation Paralegal | 2011 WI | $295 | 0 | 217.4 | $64,133.00 |
| Kathleen Boucher | Bankruptcy Paralegal | | $225 | 0 | 154.2 | $34,695.00 |
| | | | Subtotal | | 2,360.0 | $965,885.00 |
| | | | Less 50% reduction for Non-working Travel | | | -$30,063.50 |
| | | | **TOTAL BEFORE FLAT FEE ADJUSTMENT** | | **2,360.0** | **$935,821.50** |
| | | | **FLAT FEES SOUGHT IN APPLICATION** | | | **$800,000.00** |

| | |
|---|---|
| Blended rate in this application for all attorneys (before flat fee adjustment): | $413.57 |
| Blended rate in this application for all professionals (before flat fee adjustment): | $409.27 |
| Effective blended rate in this application (after flat fee adjustment): | $338.98 |