**EXHIBIT B**

Godfrey and Kahn, S.C.
Compensation by Project Category
January 1, 2015 through April 30, 2015

| Matter Number | Project Category | Hours Billed | Fees Billed |
|---|---|---:|---:|
| 0002 | General case administration, docket monitoring and maintenance, and calendaring | 23.6 | $9,594.00 |
| 0003 | Retention applications and disclosures-Gitlin & Co., LLC and Godfrey & Kahn | 10.2 | $3,855.50 |
| 0005 | Committee administrative documents | 23.0 | $11,430.00 |
| 0006 | Contact/communications with Fee Committee members and U.S. Trustee's office | 51.0 | $27,274.00 |
| 0007 | Contact/communications with retained professionals generally | 15.3 | $7,140.50 |
| 0008 | Drafting documents to be filed with the court | 33.4 | $13,863.00 |
| 0009 | Legal Research and Drafting Research Memoranda | 0.4 | $234.00 |
| 0010 | Reviewing filed documents | 16.3 | $8,743.50 |
| 0011 | Prepare for and attend Fee Committee meetings | 198.9 | $80,080.00 |
| 0012 | Database establishment and maintenance | 118.3 | $58,342.50 |
| 0013 | Non-working travel | 121.4 | $30,063.50 |
| 0014 | Prepare for and attend hearings and court communications | 55.0 | $18,810.00 |
| 0015 | Team meetings | 107.1 | $35,775.50 |
| 0017 | Fee Applications- Godfrey & Kahn and Gitlin & Company LLC | 84.2 | $39,295.50 |
| 020A | Alvarez & Marsal North America, LLC | 84.9 | $37,710.00 |
| 020B | Deloitte & Touche LLP | 60.3 | $25,236.00 |
| 020C | EPIQ Bankruptcy Solutions, LLC | 13.7 | $6,494.50 |
| 020E | Evercore Group LLC | 43.1 | $18,536.00 |
| 020F | Filsinger Energy Partners | 54.6 | $22,234.00 |
| 020G | FTI Consulting, Inc. | 55.7 | $27,431.00 |
| 020H | Gibson, Dunn & Crutcher LLP | 44.4 | $19,117.00 |
| 020I | Kirkland & Ellis LLP | 390.7 | $141,958.50 |
| 020J | KPMG LLP | 71.9 | $30,994.00 |
| 020K | Lazard Freres & Co. LLC | 36.6 | $12,858.00 |
| 020L | McDermott Will & Emery LLP | 48.1 | $18,644.50 |
| 020M | Morrison & Foerster LLP | 94.5 | $34,408.50 |
| 020N | Polsinelli PC | 77.7 | $27,860.50 |
| 020P | Richards, Layton & Finger, PA | 7.8 | $2,615.00 |
| 020Q | Sidley Austin LLP | 15.0 | $6,886.00 |
| 020R | Thompson & Knight LLP | 33.3 | $13,828.50 |
| 020S | Balch & Bingham | 24.1 | $9,691.50 |
| 020T | Phillips, Goldman & Spence | 8.7 | $3,404.50 |
| 020U | Sullivan & Cromwell LLP | 44.9 | $16,653.50 |
| 020V | Montgomery, McCracken, Walker & Rhoads, LLP | 25.0 | $9,470.00 |
| 020W | Cravath, Swaine & Moore LLP | 33.3 | $13,016.50 |
| 020Y | Proskauer Rose LLP | 48.5 | $17,877.50 |
| 020Z | OKelly Ernst & Bielli | 12.9 | $5,366.50 |
| 20AA | Munger Tolles & Olson | 27.8 | $9,734.00 |
| 20BB | Charles River Associates | 11.3 | $4,931.50 |
| 20CC | Greenhill & Co., LLC | 24.0 | $10,529.00 |
| 20DD | Alix Partners | 40.2 | $15,644.00 |
| 20EE | Guggenheim Securities | 27.8 | $10,557.00 |
| 20GG | Stevens & Lee | 17.1 | $6,512.50 |
| 20HH | Goldin & Associates | 11.2 | $5,194.00 |
| 20II | SOLIC Capital Advisors, LLC | 4.7 | $2,163.50 |
| 20JJ | McElroy, Deutsch, Mulvaney & Carpenter, LLP | 5.8 | $2,669.00 |
| 20KK | Enoch Kever PLLC | 1.3 | $679.50 |
| 20LL | Kinsella Media - Retention Application Signed Order | 1.0 | $414.00 |
| **Total** | | **2,360.0** | **$935,821.50** |