**EXHIBIT C**

Godfrey and Kahn, S.C.
Expense Summary
January 1, 2015 through April 30, 2015

| Expense Category | Amount |
|---|---|
| Copies | $1,856.40 |
| Delivery Services/Couriers/FedEx | $2,243.53 |
| Noticing Agent | $24,399.38 |
| Online Research | $490.97 |
| Outside Copies | $13,626.78 |
| Postage | $80.25 |
| Conference and Court Calls | $1,079.13 |
| Travel - Airfare | $7,813.30 |
| Travel - Hotel | $1,937.01 |
| Travel - In-Air Wireless | $55.75 |
| Travel - Meals | $148.24 |
| Travel - Parking | $87.00 |
| Travel - Taxi | $980.19 |
| Travel - Train | $571.00 |
| Vendor Fees - Database Maintenance | $7,500.00 |
| **Total** | **$62,868.93** |