EXHIBIT D

Godfrey and Kahn, S.C.
List of Professionals by Matter
January 1, 2015 through April 30, 2015

| # | Project Category | ANDRES, CARLA Hours | Fees | BOUCHER, KATHLEEN Hours | Fees | DALTON, ANDY Hours | Fees | HANCOCK, MARK Hours | Fees | STADLER, KATHERINE Hours | Fees | VIOLA, LEAH Hours | Fees | WEST, ERIN Hours | Fees | WILLIAMSON, BRADY C. Hours | Fees | WILSON, ERIC Hours | Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | General case administration, docket monitoring and maintenance, and calendaring | | | 8.4 | $1,890.00 | 5.5 | $2,722.50 | | | 7.7 | $3,811.50 | | | | | 2.0 | $1,170.00 | | | 23.6 | $9,594.00 |
| 0003 | Retention applications and disclosures- Gitlin & Co., LLC and Godfrey & Kahn | 5.9 | $2,419.00 | 2.6 | $585.00 | | | | | 1.2 | $594.00 | | | | | | | 0.5 | $257.50 | 10.2 | $3,855.50 |
| 0005 | Committee administrative documents | | | | | 15.1 | $7,474.50 | | | 7.4 | $3,663.00 | | | | | 0.5 | $292.50 | | | 23.0 | $11,430.00 |
| 0006 | Contact/communications with Fee Committee members and U.S. Trustee's office | 0.4 | $164.00 | 0.5 | $112.50 | 2.7 | $1,336.50 | 0.1 | $27.50 | 20.0 | $9,900.00 | | | 0.6 | $177.00 | 25.8 | $15,093.00 | 0.9 | $463.50 | 51.0 | $27,274.00 |
| 0007 | Contact/communications with retained professionals generally | 0.2 | $82.00 | 3.2 | $720.00 | 0.8 | $396.00 | 0.2 | $55.00 | 4.8 | $2,376.00 | | | 0.1 | $29.50 | 5.6 | $3,276.00 | 0.4 | $206.00 | 15.3 | $7,140.50 |
| 0008 | Drafting documents to be filed with the court | | | 7.9 | $1,777.50 | 0.3 | $148.50 | 0.9 | $247.50 | 15.5 | $7,672.50 | | | 3.9 | $1,150.50 | 4.9 | $2,866.50 | | | 33.4 | $13,863.00 |
| 0009 | Legal Research and Drafting Research Memoranda | | | | | | | | | | | | | | | 0.4 | $234.00 | | | 0.4 | $234.00 |
| 0010 | Reviewing filed documents | | | 0.6 | $135.00 | 2.9 | $1,435.50 | | | 3.5 | $1,732.50 | | | | | 9.3 | $5,440.50 | | | 16.3 | $8,743.50 |
| 0011 | Prepare for and attend Fee Committee meetings | 3.9 | $1,599.00 | 61.2 | $13,770.00 | 16.1 | $7,969.50 | 13.2 | $3,630.00 | 53.1 | $26,284.50 | | | 9.2 | $2,714.00 | 34.0 | $19,890.00 | 8.2 | $4,223.00 | 198.9 | $80,080.00 |
| 0012 | Database establishment and maintenance | | | 0.8 | $180.00 | 117.5 | $58,162.50 | | | | | | | | | | | | | 118.3 | $58,342.50 |
| 0013 | Non-working travel | | | | | | | 9.9 | $1,361.25 | 27.3 | $6,756.75 | | | 16.5 | $2,433.75 | 59.4 | $17,374.50 | 8.3 | $2,137.25 | 121.4 | $30,063.50 |
| 0014 | Prepare for and attend hearings and court communications | | | 14.1 | $3,172.50 | 0.3 | $148.50 | 22.4 | $6,160.00 | 1.0 | $495.00 | | | 3.1 | $914.50 | 9.4 | $5,499.00 | 4.7 | $2,420.50 | 55.0 | $18,810.00 |
| 0015 | Team meetings | 8.6 | $3,526.00 | 38.2 | $8,595.00 | 10.9 | $5,395.50 | 10.6 | $2,915.00 | 9.7 | $4,801.50 | 10.6 | $3,127.00 | 9.6 | $2,832.00 | | | 8.9 | $4,583.50 | 107.1 | $35,775.50 |
| 0017 | Fee Applications- Godfrey & Kahn and Gitlin & Company LLC | 0.9 | $369.00 | 3.3 | $742.50 | 24.2 | $11,979.00 | 0.7 | $192.50 | 44.5 | $22,027.50 | 1.3 | $383.50 | 6.1 | $1,799.50 | 2.2 | $1,287.00 | 1.0 | $515.00 | 84.2 | $39,295.50 |
| 020A | Alvarez & Marsal North America, LLC | 34.1 | $13,981.00 | 0.4 | $90.00 | 27.9 | $13,810.50 | | | 13.2 | $6,534.00 | 7.4 | $2,183.00 | | | 1.9 | $1,111.50 | | | 84.9 | $37,710.00 |
| 020B | Deloitte & Touche LLP | 40.5 | $16,605.00 | 0.3 | $67.50 | 5.1 | $2,524.50 | | | 6.2 | $3,069.00 | 6.3 | $1,858.50 | | | 1.9 | $1,111.50 | | | 60.3 | $25,236.00 |
| 020C | EPIQ Bankruptcy Solutions, LLC | | | 0.8 | $180.00 | 2.8 | $1,386.00 | | | 9.6 | $4,752.00 | 0.4 | $118.00 | | | 0.1 | $58.50 | | | 13.7 | $6,494.50 |
| 020E | Evercore Group LLC | 23.5 | $9,635.00 | 0.5 | $112.50 | 8.9 | $4,405.50 | | | 6.0 | $2,970.00 | 1.9 | $560.50 | 1.7 | $501.50 | 0.6 | $351.00 | | | 43.1 | $18,536.00 |
| 020F | Filsinger Energy Partners | | | | | 14.2 | $7,029.00 | | | 13.1 | $6,484.50 | 25.0 | $7,375.00 | | | 2.3 | $1,345.50 | | | 54.6 | $22,234.00 |
| 020G | FTI Consulting, Inc. | 0.1 | $41.00 | 1.2 | $270.00 | 29.8 | $14,751.00 | | | 12.8 | $6,336.00 | | | 3.0 | $885.00 | 8.8 | $5,148.00 | | | 55.7 | $27,431.00 |
| 020H | Gibson, Dunn & Crutcher LLP | | | | | 17.8 | $8,811.00 | | | 10.7 | $5,296.50 | 14.8 | $4,366.00 | | | 1.1 | $643.50 | | | 44.4 | $19,117.00 |
| 020I | Kirkland & Ellis LLP | 0.6 | $246.00 | 0.4 | $90.00 | 58.5 | $28,957.50 | 223.4 | $61,435.00 | 25.4 | $12,573.00 | 25.8 | $7,611.00 | | | 27.1 | $15,853.50 | 29.5 | $15,192.50 | 390.7 | $141,958.50 |
| 020J | KPMG LLP | 39.1 | $16,031.00 | 0.2 | $45.00 | 14.9 | $7,375.50 | | | 10.3 | $5,098.50 | 6.5 | $1,917.50 | | | 0.9 | $526.50 | | | 71.9 | $30,994.00 |
| 020K | Lazard Freres & Co. LLC | | | 0.4 | $90.00 | 5.9 | $2,920.50 | | | 1.5 | $742.50 | 1.6 | $472.00 | 25.1 | $7,404.50 | 2.1 | $1,228.50 | | | 36.6 | $12,858.00 |
| 020L | McDermott Will & Emery LLP | | | 0.1 | $22.50 | 8.5 | $4,207.50 | | | 11.2 | $5,544.00 | 26.5 | $7,817.50 | | | 1.8 | $1,053.00 | | | 48.1 | $18,644.50 |
| 020M | Morrison & Foerster LLP | | | 0.6 | $135.00 | 25.6 | $12,672.00 | | | 4.8 | $2,376.00 | 5.5 | $1,622.50 | 56.3 | $16,608.50 | 1.7 | $994.50 | | | 94.5 | $34,408.50 |
| 020N | Polsinelli PC | | | 1.6 | $360.00 | 9.6 | $4,752.00 | | | 7.1 | $3,514.50 | 3.1 | $914.50 | 50.4 | $14,868.00 | 5.9 | $3,451.50 | | | 77.7 | $27,860.50 |
| 020P | Richards, Layton & Finger, PA | | | | | 1.2 | $594.00 | 5.8 | $1,595.00 | | | | | | | 0.2 | $117.00 | 0.6 | $309.00 | 7.8 | $2,615.00 |
| 020Q | Sidley Austin LLP | | | | | 2.7 | $1,336.50 | | | 8.3 | $4,108.50 | 3.1 | $914.50 | | | 0.9 | $526.50 | | | 15.0 | $6,886.00 |
| 020R | Thompson & Knight LLP | | | 0.2 | $45.00 | 6.9 | $3,415.50 | | | 11.6 | $5,742.00 | 13.5 | $3,982.50 | | | 1.1 | $643.50 | | | 33.3 | $13,828.50 |
| 020S | Balch & Bingham | | | 0.2 | $45.00 | 11.5 | $5,692.50 | | | 0.9 | $445.50 | 11.1 | $3,274.50 | | | 0.4 | $234.00 | | | 24.1 | $9,691.50 |
| 020T | Phillips, Goldman & Spence | 6.8 | $2,788.00 | 1.2 | $270.00 | 0.2 | $99.00 | | | 0.5 | $247.50 | | | | | | | | | 8.7 | $3,404.50 |
| 020U | Sullivan & Cromwell LLP | | | 1.4 | $315.00 | 10.7 | $5,296.50 | | | 4.8 | $2,376.00 | 4.0 | $1,180.00 | 22.6 | $6,667.00 | 1.4 | $819.00 | | | 44.9 | $16,653.50 |
| 020V | Montgomery, McCracken, Walker & Rhoads, LLP | | | | | 5.4 | $2,673.00 | | | 2.9 | $1,435.50 | 2.5 | $737.50 | 12.7 | $3,746.50 | 1.5 | $877.50 | | | 25.0 | $9,470.00 |
| 020W | Cravath, Swaine & Moore LLP | | | 0.3 | $67.50 | 10.6 | $5,247.00 | 14.6 | $4,015.00 | 2.0 | $990.00 | 2.4 | $708.00 | | | 3.4 | $1,989.00 | | | 33.3 | $13,016.50 |
| 020Y | Proskauer Rose LLP | | | | | 6.5 | $3,217.50 | | | 9.9 | $4,900.50 | 31.1 | $9,174.50 | | | 1.0 | $585.00 | | | 48.5 | $17,877.50 |
| 020Z | OKelly Ernst & Bielli | | | | | 4.4 | $2,178.00 | | | 2.1 | $1,039.50 | 5.5 | $1,622.50 | | | 0.9 | $526.50 | | | 12.9 | $5,366.50 |
| 20AA | Munger Tolles & Olson | | | 0.3 | $67.50 | 5.9 | $2,920.50 | 17.5 | $4,812.50 | 1.3 | $643.50 | 1.2 | $354.00 | | | 1.6 | $936.00 | | | 27.8 | $9,734.00 |
| 20BB | Charles River Associates | | | 0.6 | $135.00 | 8.1 | $4,009.50 | | | 0.1 | $49.50 | | | 2.5 | $737.50 | | | | | 11.3 | $4,931.50 |
| 20CC | Greenhill & Co., LLC | 10.0 | $4,100.00 | 1.5 | $337.50 | 9.4 | $4,653.00 | | | 0.3 | $148.50 | 1.2 | $354.00 | | | 1.6 | $936.00 | | | 24.0 | $10,529.00 |
| 20DD | Alix Partners | | | 0.3 | $67.50 | 13.1 | $6,484.50 | | | 3.9 | $1,930.50 | 2.5 | $737.50 | 19.0 | $5,605.00 | 1.4 | $819.00 | | | 40.2 | $15,644.00 |
| 20EE | Guggenheim Securities | | | 0.2 | $45.00 | 7.7 | $3,811.50 | | | 2.7 | $1,336.50 | 1.6 | $472.00 | 14.6 | $4,307.00 | 1.0 | $585.00 | | | 27.8 | $10,557.00 |
| 20GG | Stevens & Lee | | | 0.3 | $67.50 | 6.7 | $3,316.50 | 7.8 | $2,145.00 | 0.8 | $396.00 | 1.0 | $295.00 | | | 0.5 | $292.50 | | | 17.1 | $6,512.50 |
| 20HH | Goldin & Associates | 5.6 | $2,296.00 | | | 3.4 | $1,683.00 | | | 0.8 | $396.00 | | | | | 1.4 | $819.00 | | | 11.2 | $5,194.00 |
| 20II | SOLIC Capital Advisors, LLC | 1.6 | $656.00 | 0.1 | $22.50 | 2.8 | $1,386.00 | | | 0.2 | $99.00 | | | | | | | | | 4.7 | $2,163.50 |
| 20JJ | McElroy, Deutsch, Mulvaney & Carpenter, LLP | | | | | 4.6 | $2,277.00 | 1.0 | $275.00 | | | | | | | 0.2 | $117.00 | | | 5.8 | $2,669.00 |
| 20KK | Enoch Kever PLLC | | | | | 0.8 | $396.00 | | | 0.1 | $49.50 | | | | | 0.4 | $234.00 | | | 1.3 | $679.50 |
| 20LL | Kinsella Media - Retention Application Signed Order | | | 0.3 | $67.50 | 0.7 | $346.50 | | | | | | | | | | | | | 1.0 | $414.00 |
| | Totals | 181.8 | $74,538.00 | 154.2 | $34,695.00 | 549.1 | $271,804.00 | 328.1 | $90,227.50 | 380.8 | $188,496.00 | 217.4 | $64,133.00 | 257.0 | $75,815.00 | 228.6 | $133,731.00 | 63.0 | $32,445.00 | 2,360.0 | $935,821.50 |