**EXHIBIT G**

Godfrey and Kahn, S.C.
Customary and Comparable Hourly Rate Disclosure
January 1, 2015 through April 30, 2015

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed for Preceding Year, Excluding Bankruptcy** | **Billed in this Fee Application (Before Flat Fee Adjustment)** |
| Shareholder | $497.68 | $527.47 |
| Counsel/Data Analyst | $411.42 | $473.86 |
| Associate | $284.93 | $283.78 |
| Paralegal | $205.12 | $265.95 |
| All Timekeepers Aggregated | $419.59 | $409.27 |