# EXHIBIT H
### Godfrey and Kahn, S.C.
### Budget and Staffing Plan
### January 1, 2015 through April 30, 2015

| Matter | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| **BUDGET-JANUARY 1, 2015 THROUGH APRIL 30, 2015** |
| 0002 | General Case Administration | 50 | $17,560 | 23.6 | $9,594.00 |
| 0003 | Retention applications & disclosures-Applicants | 20 | $7,000 | 10.2 | $3,855.50 |
| 0005 | Committee administrative documents | 40 | $15,800 | 23.0 | $11,430.00 |
| 0006 | Contact/communications with Fee Committee | 100 | $50,000 | 51.0 | $27,274.00 |
| 0007 | Contact/communications with retained professionals generally | 30 | $10,500 | 15.3 | $7,140.50 |
| 0008 | Drafting documents to be filed with the Court | 50 | $22,500 | 33.4 | $13,863.00 |
| 0009 | Legal research and drafting | 10 | $3,500 | 0.4 | $234.00 |
| 0010 | Reviewing filed documents | 40 | $14,000 | 16.3 | $8,743.50 |
| 0011 | Prepare for and attend Fee Committee meetings | 225 | $90,000 | 198.9 | $80,080.00 |
| 0012 | Database establishment & maintenance | 150 | $73,500 | 118.3 | $58,342.50 |
| 0013 | Non-working travel | 125 | $34,375 | 121.4 | $30,063.50 |
| 0014 | Prepare for and attend hearings and court communications | 60 | $28,500 | 55.0 | $18,810.00 |
| 0015 | Team meetings | 110 | $44,000 | 107.1 | $35,775.50 |
| 0017 | Fee Applications-Applicants | 100 | $45,000 | 84.2 | $39,295.50 |
| 020A-20LL | Retained Professionals-application review and reporting | 1,900 | $712,500 | 1,501.9 | $591,320.00 |
| **TOTAL** | | 3,010 | $1,168,735 | 2,360.0 | $935,821.50 |

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number expected to work on the matter During the Budget Period** | **Average hourly rate** |
| Shareholder | 3 | $532 |
| Special Counsel/Data Specialist | 2 | $452 |
| Associates (5-7 years) | 2 | $285 |
| Paralegal | 2 | $260 |