**EXHIBIT I**

Peter Kravitz
Expense Records
October 1, 2014 through April 30, 2015

| Category | Date | Expense Amount | Description |
|---|---|---|---|
| Airfare | 10/2/2014 | $811.55 | Airfare |
| Lodging | 10/2/2014 | $500.00 | Lodging - 1 night |
| Taxi/Car Service | 10/2/2014 | $21.12 | Taxi |
| Taxi/Car Service | 10/2/2014 | $200.00 | Cabrera car service (to/from Airport) |
| Parking | 10/2/2014 | $120.00 | LA Airport parking |
| Meals | 10/2/2014 | $25.00 | Irish Pub (10/1/14) |
| Meals | 10/2/2014 | $40.00 | Estiatoria Mioa (10/2/14) |
| Meals | 10/2/2014 | $9.35 | TC Balducci (10/4/14) |
| Airfare | 11/17/2014 | $1,153.50 | Airfare |
| Taxi/Car Service | 11/17/2014 | $7.70 | Taxi |
| Taxi/Car Service | 11/17/2014 | $6.85 | Taxi |
| Taxi/Car Service | 11/17/2014 | $200.00 | Cabrera car service (to/from Airport) |
| Airfare | 12/15/2014 | $1,052.60 | Airfare |
| Taxi/Car Service | 12/15/2014 | $100.00 | Cabrera car service (to Airport) |
| Taxi/Car Service | 12/15/2014 | $100.00 | Cabrera car service (from Airport) |
| Taxi/Car Service | 12/15/2014 | $18.50 | Taxi |
| Taxi/Car Service | 12/15/2014 | $11.90 | Taxi |
| Taxi/Car Service | 12/15/2014 | $19.10 | Taxi |
| Airfare | 1/21/2015 | $1,037.10 | Airfare |
| Meals | 1/21/2015 | $40.00 | Meal (1/15/15) |
| Taxi/Car Service | 1/21/2015 | $12.36 | Taxi (1/15/15) |
| Taxi/Car Service | 1/21/2015 | $11.00 | Taxi (1/15/15) |
| Taxi/Car Service | 1/21/2015 | $100.00 | Craine Limousine (to Airport) |
| Taxi/Car Service | 1/21/2015 | $100.00 | Cabrera car service (from Airport) |
| Airfare | 2/16/2015 | $1,249.00 | Airfare |
| Meals | 2/16/2015 | $40.00 | Felice Wine Bar (2/18/15) |
| Meals | 2/16/2015 | $40.00 | Remi (2/18/15) |

**EXHIBIT I**

Peter Kravitz

Expense Records

October 1, 2014 through April 30, 2015

| Category | Date | Expense Amount | Description |
|---|---|---|---|
| Meals | 2/16/2015 | $40.00 | The Tavern (2/19/15) |
| Taxi/Car Service | 2/16/2015 | $12.36 | Taxi (2/18/15) |
| Taxi/Car Service | 2/16/2015 | $14.76 | Taxi (2/19/15) |
| Taxi/Car Service | 2/16/2015 | $12.96 | Taxi (2/19/15) |
| Taxi/Car Service | 2/16/2015 | $19.56 | Taxi (2/20/15) |
| Taxi/Car Service | 2/16/2015 | $14.16 | Taxi (2/20/15) |
| Taxi/Car Service | 2/16/2015 | $200.00 | Cabrera car service (to/from Airport) |
| Airfare | 3/12/2015 | $624.50 | Airfare (round trip/return trip canceled) |
| Airfare | 3/12/2015 | $717.00 | Airfare (one-way) |
| Meals | 3/12/2015 | $15.95 | Meal (3/14/15) |
| Meals | 3/12/2015 | $37.00 | Meal (3/14/15) |
| Meals | 3/12/2015 | $19.20 | Meal |
| Taxi/Car Service | 3/12/2015 | $8.75 | Taxi (3/13/15) |
| Taxi/Car Service | 3/12/2015 | $9.96 | Taxi (3/14/15) |
| Taxi/Car Service | 3/12/2015 | $200.00 | Cabrera car service (to/from Airport) |
| Airfare | 4/28/2015 | $1,298.49 | Airfare |
| Meals | 4/28/2015 | $40.00 | Meal (4/27/15) |
| Meals | 4/28/2015 | $6.52 | Meal (4/29/15) |
| Parking | 4/28/2015 | $90.00 | Parking at LAX |
| Lodging | 4/28/2015 | $500.00 | Hotel - 1 night |
| Taxi/Car Service | 4/28/2015 | $24.36 | Taxi (4/29/15) |
| Taxi/Car Service | 4/28/2015 | $105.83 | Cabrera car service (to/from Airport) |
| Airfare | 5/19/2015 | $1,714.65 | Airfare |
| Lodging | 5/19/2015 | $807.49 | Hotel - 2 nights |
| Meals | 5/19/2015 | $40.00 | Meal (5/20/15) |
| Meals | 5/19/2015 | $40.00 | Meal (5/18/15) |
| Meals | 5/19/2015 | $40.00 | Meal (5/18/15) |

**EXHIBIT I**

Peter Kravitz
Expense Records
October 1, 2014 through April 30, 2015

| Category | Date | Expense Amount | Description |
|---|---|---|---|
| Meals | 5/19/2015 | $21.50 | Meal (5/23/15) |
| Meals | 5/19/2015 | $40.00 | Meal (5/20/15) |
| Parking | 5/19/2015 | $13.00 | Parking - Las Vegas |
| Taxi/Car Service | 5/19/2015 | $6.36 | Taxi (5/20/15) |
| Taxi/Car Service | 5/19/2015 | $14.65 | Taxi (5/19/15) |
| Taxi/Car Service | 5/19/2015 | $15.35 | Taxi (5/19/15) |
| | | **$13,790.99** | **Application Total** |