## EXHIBIT A

Energy Future Holdings et. al
De Minimis Asset Sales Motion Reporting
For the Period June 1, 2015 to June 30, 2015

### *De Minimis Asset sales with a sales price less than $250,000*

| Aggregate net sales price |
|---|
| $2,533.00 |

### *De Minimis Asset sales / transfers with a sales price greater than $250,000*

| General description of asset sold | Name of purchasing party and details of relationship with EFH | Sales price | Parties (and amount) of filed parties receiving commissions |
|---|---|---|---|
| None recorded during the period June 1, 2015 to June 30, 2015 | | | |

### *De Minimis Asset Abandonments with an estimated book value less than $250,000*

| Aggregate estimated book value of abandonments |
|---|
| None recorded during the period June 1, 2015 to June 30, 2015 |

### *De Minimis Asset Abandonments with an estimated book value greater than $250,000*

| General description of asset abandoned | Estimated book value |
|---|---|
| None recorded during the period June 1, 2015 to June 30, 2015 | |