**EXHIBIT A**

**Professional Fees and Expenses
Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue, New York, NY 10024 | Sixth Monthly Fee Statement  May 1, 2015 through May 31, 2015  Docket No. 4834 | $217,225.50 | $1,769.89 | 07/14/2015 | $173,780.40 | $1,769.89 | $43,445.10 |