# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services | 142.0 | $ 17,750.00 |
| 3 | Sales and Use Tax Examination Consulting Services | 86.2 | $ 23,185.00 |
| 13 | CAO Financial Reporting Support | 265.0 | $ 58,300.00 |
| 18 | Phase II IT Costing Apptio Service Catalog | 214.3 | $ 43,945.00 |
| 20 | FY14 USIT Consulting | 50.5 | $ 25,840.90 |
| 21 | Transaction Cost Analysis | 53.8 | $ 25,936.00 |
| 22 | Claims Reconciliation | 121.0 | $ 21,175.00 |
| 24 | Risk Management Gap Assessment | 2.0 | $ 605.00 |
| 25 | SOX Optimization | 658.5 | $ 123,396.00 |
| 26 | OneSource Indirect Tax | 172.8 | $ 94,718.40 |
| 35 | Fee Statement and Fee Application Preparation | 117.4 | $ 31,619.40 |
| 36 | Retention Services | 0.6 | $ 189.60 |
| **Total** | | **1,884.1** | **$ 466,660.30**[1] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 5,921.88 |
| Lodging | N/A | $ 4,879.80 |
| Travel Meals | N/A | $ 811.43 |
| Ground Transportation | N/A | $ 2,389.40 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 14,002.51** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $916,261.00. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $468,163.70 thus benefitting the Chapter 11 estate by same amount.