**EXHIBIT B**

**Professionals' Information**
The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|
| Burdett, Brian R | Principal - Tax | | 2.8 | $ 682 | $ | 1,909.60 |
| Bradford, Steven | Partner - Advisory | | 1.0 | $ 325 | $ | 325.00 |
| Kleppel, Robert | Managing Director - Tax | | 42.7 | $ 682 | $ | 29,121.40 |
| Costin, Harry | Managing Director - Tax | | 8.0 | $ 680 | $ | 5,440.00 |
| Garcia, Susan | Managing Director - Advisory | | 7.0 | $ 350 | $ | 2,450.00 |
| Cargile, David | Managing Director - Advisory | | 18.8 | $ 305 | $ | 5,734.00 |
| Fritzsche, Josh | Senior Manager - Tax | | 35.6 | $ 625 | $ | 22,250.00 |
| Einweiler, Yannick | Senior Manager - Tax | | 4.0 | $ 595 | $ | 2,380.00 |
| Meredith, Kyle | Senior Manager - Tax | | 36.0 | $ 595 | $ | 21,420.00 |
| Potter, Maria | Director - Advisory | | 20.0 | $ 340 | $ | 6,800.00 |
| Seeman, Nick | Director - Advisory | * | 43.9 | $ 305 | $ | 13,389.50 |
| Gram, Mark | Director - Advisory | | 1.0 | $ 280 | $ | 280.00 |
| LeCompte, Dan | Senior Manager - Tax | | 39.4 | $ 595 | $ | 23,443.00 |
| Plangman, Monica | Associate Director - Bankruptcy | * | 9.0 | $ 325 | $ | 2,925.00 |
| Yieh, Josh | Manager - Tax | | 7.0 | $ 437 | $ | 3,059.00 |
| Laukhuff, Brittny | Manager - Tax | | 9.0 | $ 560 | $ | 5,040.00 |
| Fulmer, Brandon T | Manager - Tax | | 6.0 | $ 437 | $ | 2,622.00 |
| Brakewood, Marcus | Manager - Advisory | | 13.0 | $ 300 | $ | 3,900.00 |
| Epelbaum, Leonard | Manager - Advisory | | 24.0 | $ 300 | $ | 7,200.00 |
| Campbell, Celeste | Manager - Bankruptcy | * | 59.0 | $ 298 | $ | 17,582.00 |
| Myrick, Cristina | Manager - Advisory | | 138.6 | $ 175 | $ | 24,255.00 |
| Payne, Lani | Senior Associate - Tax | | 1.0 | $ 420 | $ | 420.00 |
| Prywes, Joshua | Senior Associate - Tax | | 35.8 | $ 420 | $ | 15,036.00 |
| Asbell, Donny | Senior Associate - Tax | | 43.7 | $ 350 | $ | 15,295.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 47.2 | $ 228 | $ | 10,761.60 |
| Jeffcott, David | Senior Associate - Advisory | | 126.0 | $ 220 | $ | 27,720.00 |
| Lange, Jolandi de | Senior Associate - Advisory | | 139.0 | $ 220 | $ | 30,580.00 |
| Zanini, Joseph | Senior Associate - Advisory | | 0.5 | $ 190 | $ | 95.00 |
| Dabral, Pulkit | Senior Associate - Advisory | | 126.0 | $ 175 | $ | 22,050.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | | 134.0 | $ 175 | $ | 23,450.00 |
| Jones, Virginia | Associate - Tax | | 92.3 | $ 241 | $ | 22,244.30 |
| Garza, Juanita | Associate - Bankruptcy | | 2.8 | $ 193 | $ | 540.40 |
| LaMotte, Sloan | Associate - Advisory | | 19.2 | $ 185 | $ | 3,552.00 |
| Pham, Christy | Associate - Advisory | | 8.0 | $ 185 | $ | 1,480.00 |
| Milner, Aaron | Associate - Advisory | | 121.0 | $ 175 | $ | 21,175.00 |
| Rangwala, Hussain | Associate - Advisory | | 162.7 | $ 175 | $ | 28,472.50 |
| Zhu, Anna | Associate - Advisory | | 34.0 | $ 175 | $ | 5,950.00 |
| Douthey, Amy | Associate - Advisory | | 142.0 | $ 125 | $ | 17,750.00 |
| Braun, Nancy | Contractor - Apptio SME | ** | 2.8 | $ 185 | $ | 518.00 |
| Serber, Mike | Contractor - Data Architect | ** | 120.3 | $ 150 | $ | 18,045.00 |
| **Total Hours and Fees** | | | **1,884.1** | | **$** | **466,660.30** |

\* Promoted effective October 1, 2014
\*\* Contractors are passed through at cost.