# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount | |
|---|---|---|---:|
| Airfare | N/A | $ | 5,921.88 |
| Lodging | N/A | $ | 4,879.80 |
| Travel Meals | N/A | $ | 811.43 |
| Ground Transportation | N/A | $ | 2,389.40 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **14,002.51** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount | |
|---|---|---|---:|
| Airfare | N/A | $ | 5,921.88 |
| Lodging | N/A | $ | 4,879.80 |
| Travel Meals | N/A | $ | 811.43 |
| Ground Transportation | N/A | $ | 2,389.40 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **14,002.51** |