**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**May 1, 2015 through May 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05330344 | Phase II IT Costing Apptio Service Catalog | 20150501 | Potter, Maria | air | | | $ 631.83 | Round trip coach airfare from Bradley Airport to DFW for on site project work departure 04/28/15 thru 05/01/15. |
| 05330344 | Phase II IT Costing Apptio Service Catalog | 20150501 | Braun, Nancy | air | | | $ 488.00 | Airfare for travel from Dallas, TX to Baltimore-Washington airport (BWI) on Southwest airlines on 05/01/15. |
| 05330344 | CAO Financial Reporting Support | 20150507 | Jeffcott, David | air | | | $ 402.04 | Roundtrip Economy Airfare from Houston Hobby airport Departure on 05/04/15 to Dallas Love airport and return on 05/07/15 while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150508 | Lange, Jolandi De | air | | | $ 364.64 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 05/05/2015 Return Date: 05/08/2015. Business Purpose: Energy Future Holdings. (Flight was original scheduled to depart April 27, flight was changed to depart May 5 based on client needs). |
| 05330344 | OneSource Indirect Tax | 20150513 | Kleppel, Robert | air | | | $ 472.20 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date:5/11/15 Return Date:5/13/15. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | CAO Financial Reporting Support | 20150514 | Lange, Jolandi De | air | | | $ 364.64 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 05/11/2015 Return Date: 05/14/2015. Business Purpose: Energy Future Holdings |
| 05330344 | OneSource Indirect Tax | 20150514 | LeCompte, Dan | air | | | $ 499.54 | Roundtrip coach class airfare from Houston, TX to Austin, TX. Departure Date:5/12/15 Return Date:5/14/15. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | CAO Financial Reporting Support | 20150515 | Jeffcott, David | air | | | $ 402.04 | Roundtrip economy airfare from Houston Hobby airport to Love airport in Dallas, TX. Departure Date: 5/12/15 Return Date: 5/15/15 while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150518 | Lange, Jolandi De | air | | | $ 182.32 | One Way coach class airfare from Houston, TX to Dallas, TX. Business Purpose: Energy Future Holdings |
| 05330344 | OneSource Indirect Tax | 20150519 | LeCompte, Dan | air | | | $ 20.09 | Check-in fee for coach class airfare from Austin, TX to Dallas, TX. Departure Date:5/19/15. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | OneSource Indirect Tax | 20150519 | LeCompte, Dan | air | | | $ 610.08 | Roundtrip coach class airfare from Austin, TX to Dallas, TX. Departure Date: 5/19/15 Return Date: 5/20/15. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | OneSource Indirect Tax | 20150520 | LeCompte, Dan | air | | | $ 20.09 | Check-in fee for coach class airfare from Dallas, TX to Austin, TX. Departure Date:5/20/15. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | CAO Financial Reporting Support | 20150521 | Lange, Jolandi De | air | | | $ 331.10 | One Way coach class airfare from Dallas, TX to New York, NY. Departure Date: 05/21/2015. Business Purpose: Energy Future Holdings |
| 05330344 | OneSource Indirect Tax | 20150527 | LeCompte, Dan | air | | | $ 366.59 | Roundtrip coach class airfare from Austin, TX to Dallas, TX. Departure Date:5/26/15 Return Date:5/27/15. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | CAO Financial Reporting Support | 20150528 | Jeffcott, David | air | | | $ 402.04 | Roundtrip Coach class airfare from Houston Hobby airport on 05/25/15 to Dallas Love airport and return on 5/28/15 while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150529 | Lange, Jolandi De | air | | | $ 364.64 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 05/26/2015 Return Date: 05/29/2015. Business Purpose: Energy Future Holdings |
| | | | | **Total Air** | | | **$ 5,921.88** | |

**KPMG LLP**
**EFH Expense Detail**
**May 1, 2015 through May 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05330344 | Phase II IT Costing Apptio Service Catalog | 20150501 | Potter, Maria | lodging | | | $ 580.92 | Lodging - 2 nights incurred in Dallas, TX from 04/28/15 thru 05/01/15 while performing work for Energy Future Holdings Service Costing Assessment. |
| 05330344 | Phase II IT Costing Apptio Service Catalog | 20150501 | Braun, Nancy | lodging | | | $ 369.68 | Hotel room at Marriott Hotel on 04/30/15 thru 05/01/15 for 1 night. |
| 05330344 | CAO Financial Reporting Support | 20150507 | Jeffcott, David | lodging | | | $ 584.37 | Dallas Hotel for EFH from 5/04/15 thru 5/07/15 for 3 nights. |
| 05330344 | CAO Financial Reporting Support | 20150508 | Lange, Jolandi De | lodging | | | $ 414.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights from 05/05/15 thru 05/08/15 while performing work for EFH Corporate Accounting project. |
| 05330344 | OneSource Indirect Tax | 20150513 | Kleppel, Robert | lodging | | | $ 327.34 | Hotel fees incurred in Dallas, TX for 2 nights from 05/11/13 thru 05/13/15 while performing work for Client OneSource Implementation Project |
| 05330344 | CAO Financial Reporting Support | 20150514 | Lange, Jolandi De | lodging | | | $ 414.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights from 05/11/15 thru 05/14/15 while performing work for EFH Corporate Accounting project. |
| 05330344 | OneSource Indirect Tax | 20150514 | LeCompte, Dan | lodging | | | $ 327.34 | Hotel fees incurred in Dallas, TX for 2 nights from 05/12/15 thru 05/14/15 while performing work for Client OneSource Implementation Project. |
| 05330344 | CAO Financial Reporting Support | 20150515 | Jeffcott, David | lodging | | | $ 584.37 | Dallas Hotel for EFH from 05/12/15 thru 05/15/15 for 3 nights. |
| 05330344 | OneSource Indirect Tax | 20150520 | LeCompte, Dan | lodging | | | $ 194.79 | Hotel fees incurred in Dallas, TX for 1 night from 05/19/15 thru 05/20/15 while performing work for Client OneSource Implementation Project |
| 05330344 | CAO Financial Reporting Support | 20150521 | Lange, Jolandi De | lodging | | | $ 414.93 | Sheraton hotel fees incurred in Dallas, TX for 3 nights from 05/18/15 thru 05/21/15 while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150528 | Jeffcott, David | lodging | | | $ 389.58 | Dallas Hotel for EFH from 05/26/15 thru 05/28/15 for 2 nights. |
| 05330344 | CAO Financial Reporting Support | 20150529 | Lange, Jolandi De | lodging | | | $ 276.62 | Sheraton hotel fees incurred in Dallas, TX for 3 nights from 05/26/15 thru 05/29/15 while performing work for EFH Corporate Accounting project. |
| | **Total Lodging** | | | | | | **$ 4,879.80** | |

**KPMG LLP**
**EFH Expense Detail**
**May 1, 2015 through May 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05330344 | Phase II IT Costing Apptio Service Catalog | 20150501 | Potter, Maria | travel meals | | | $ 7.95 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | CAO Financial Reporting Support | 20150504 | Jeffcott, David | travel meals | | | $ 11.54 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 05330344 | CAO Financial Reporting Support | 20150505 | Lange, Jolandi De | travel meals | | | $ 9.04 | Breakfast from Coffee at the Corner while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150505 | Lange, Jolandi De | travel meals | | | $ 9.18 | Lunch from Murphy's Deli while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150505 | Lange, Jolandi De | travel meals | | | $ 22.71 | Dinner from 7-Eleven while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150505 | Jeffcott, David | travel meals | | | $ 7.02 | Lunch from Beyond the Box while working on EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150505 | Jeffcott, David | travel meals | | | $ 36.22 | Dinner from CBD Provision while working on EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150506 | Lange, Jolandi De | travel meals | | | $ 10.28 | Lunch from The Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150506 | Lange, Jolandi De | travel meals | | | $ 22.57 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150506 | Jeffcott, David | travel meals | | | $ 18.22 | Dinner while working on EFH Corporate Accounting project |
| 05330344 | CAO Financial Reporting Support | 20150507 | Jeffcott, David | travel meals | | | $ 6.49 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150511 | Lange, Jolandi De | travel meals | | | $ 9.42 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 05330344 | OneSource Indirect Tax | 20150511 | Kleppel, Robert | travel meals | | | $ 35.29 | Out of town dinner at Pappadeaux at Houston airport while traveling to Dallas, TX. Attendees: R. Kleppel (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | CAO Financial Reporting Support | 20150512 | Jeffcott, David | travel meals | | | $ 18.22 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 05330344 | OneSource Indirect Tax | 20150512 | Kleppel, Robert | travel meals | | | $ 53.82 | Out of town dinner at Sheraton Hotel in Dallas, TX. Attendees: R. Kleppel (KPMG), D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | OneSource Indirect Tax | 20150512 | LeCompte, Dan | travel meals | | | $ 15.57 | Out of town breakfast at Sheraton hotel in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | CAO Financial Reporting Support | 20150513 | Jeffcott, David | travel meals | | | $ 18.22 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 05330344 | CAO Financial Reporting Support | 20150513 | Lange, Jolandi De | travel meals | | | $ 9.03 | Lunch from Chick-fil-A while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150513 | Lange, Jolandi De | travel meals | | | $ 30.00 | Dinner from Sushiya while performing work for EFH Corporate Accounting project. |
| 05330344 | OneSource Indirect Tax | 20150513 | LeCompte, Dan | travel meals | | | $ 23.00 | Out of town breakfast at Sheraton hotel in Dallas, TX. Attendees: D. LeCompte (KPMG). From Hotel Receipt. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | OneSource Indirect Tax | 20150513 | LeCompte, Dan | travel meals | | | $ 25.00 | Out of town dinner at Sheraton hotel in Dallas, TX. Attendees: D. LeCompte (KPMG). From Hotel Receipt. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | OneSource Indirect Tax | 20150513 | Kleppel, Robert | travel meals | | | $ 120.00 | Out of town lunch at Stephan Pyles in Dallas, TX. Attendees: R. Kleppel (KPMG), D. LeCompte (KPMG), J. Fritzsche (KPMG).. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | CAO Financial Reporting Support | 20150514 | Jeffcott, David | travel meals | | | $ 35.52 | Dinner from CBD Provision while working on EFH Corporate Accounting project. |
| 05330344 | OneSource Indirect Tax | 20150514 | Kleppel, Robert | travel meals | | | $ 8.42 | Out of town lunch at Subway in Dallas, TX. Attendees: R. Kleppel (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | OneSource Indirect Tax | 20150514 | LeCompte, Dan | travel meals | | | $ 23.00 | Out of town breakfast at Sheraton hotel in Dallas, TX. Attendees: D. LeCompte (KPMG). From Hotel Receipt. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | CAO Financial Reporting Support | 20150515 | Jeffcott, David | travel meals | | | $ 6.49 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |

**KPMG LLP**
**EFH Expense Detail**
**May 1, 2015 through May 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05330344 | CAO Financial Reporting Support | 20150518 | Lange, Jolandi De | travel meals | | | $ 9.74 | Lunch from The Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150519 | Lange, Jolandi De | travel meals | | | $ 15.83 | Lunch from Beyond the Box while performing work for EFH Corporate Accounting project. |
| 05330344 | OneSource Indirect Tax | 20150519 | LeCompte, Dan | travel meals | | | $ 9.49 | Out of town lunch at Sonny Bryans in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | OneSource Indirect Tax | 20150519 | LeCompte, Dan | travel meals | | | $ 17.00 | Out of town breakfast at airport in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | OneSource Indirect Tax | 20150519 | LeCompte, Dan | travel meals | | | $ 19.43 | Out of town dinner -Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | OneSource Indirect Tax | 20150520 | LeCompte, Dan | travel meals | | | $ 30.00 | Out of town breakfast at Marriott hotel in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | OneSource Indirect Tax | 20150520 | LeCompte, Dan | travel meals | | | $ 24.00 | Out of town dinner at Fridays in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | CAO Financial Reporting Support | 20150521 | Lange, Jolandi De | travel meals | | | $ 9.74 | Lunch from The Hospitality Sweet while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150526 | Lange, Jolandi De | travel meals | | | $ 4.64 | Breakfast from Wendy's while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150526 | Lange, Jolandi De | travel meals | | | $ 8.42 | Lunch from Sunrise Café and Grill while performing work for EFH Corporate Accounting project. |
| 05330344 | OneSource Indirect Tax | 20150526 | LeCompte, Dan | travel meals | | | $ 15.16 | Out of town lunch at Subway in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | OneSource Indirect Tax | 20150526 | LeCompte, Dan | travel meals | | | $ 8.55 | Out of dinner lunch at Popeye's in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05330344 | CAO Financial Reporting Support | 20150527 | Lange, Jolandi De | travel meals | | | $ 12.00 | Lunch from Miguel's Cantina while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150527 | Jeffcott, David | travel meals | | | $ 18.22 | Dinner from Beyond the Box while working on EFH Corporate Accounting Project. |
| 05330344 | CAO Financial Reporting Support | 20150528 | Lange, Jolandi De | travel meals | | | $ 9.36 | Lunch from Noodle Nexus while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150528 | Jeffcott, David | travel meals | | | $ 7.63 | Lunch at Beyond the Box while working on EFH Corporate Accounting project |
| | **Total Travel Meals** | | | | | | **$ 811.43** | |

**KPMG LLP**
**EFH Expense Detail**
**May 1, 2015 through May 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05330344 | SOX Optimization | 20150501 | Dabral, Pulkit | ground | | | $ 20.70 | Mileage for trip to TXU in Irving on 4/30/15 and 5/1/15. Mileage incurred in excess of normal commute for roundtrip travel from home in Dallas, TX to TXU in Irving, TX. Total of 36 miles @ .575. |
| 05330344 | Phase II IT Costing Apptio Service Catalog | 20150501 | Potter, Maria | ground | | | $ 54.00 | One way cab fare from client site from DFW airport |
| 05330344 | Phase II IT Costing Apptio Service Catalog | 20150501 | Potter, Maria | ground | | | $ 56.33 | Parking at Hartford Airport for personal car parked from 04/28/15 thru 05/01/15 for 4 days. |
| 05330344 | Phase II IT Costing Apptio Service Catalog | 20150501 | Potter, Maria | ground | | | $ 70.73 | Personal car mileage (123 miles *.575) incurred traveling roundtrip from home to Bradley Airport left 04/28 returned 05/01. |
| 05330344 | SOX Optimization | 20150504 | Dabral, Pulkit | ground | | | $ 10.35 | Mileage for trip to TXU in Irving on 5/4/15. Mileage incurred in excess of normal commute for roundtrip travel from home in Dallas, TX to TXU in Irving, TX. Total of 18 miles. |
| 05330344 | CAO Financial Reporting Support | 20150504 | Jeffcott, David | ground | | | $ 75.00 | Taxi from home to Houston Hobby Airport. |
| 05330344 | CAO Financial Reporting Support | 20150504 | Jeffcott, David | ground | | | $ 35.00 | Taxi from Dallas Love Airport to EFH. |
| 05330344 | CAO Financial Reporting Support | 20150505 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi from apartment to Houston airport while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150505 | Lange, Jolandi De | ground | | | $ 32.40 | Taxi from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150507 | Jeffcott, David | ground | | | $ 33.00 | Taxi to Dallas Love Airport from EFH. |
| 05330344 | CAO Financial Reporting Support | 20150507 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston Hobby Airport to home while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150508 | Lange, Jolandi De | ground | | | $ 30.00 | Taxi from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150508 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150511 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi from apartment to Houston airport while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150511 | Lange, Jolandi De | ground | | | $ 28.00 | Taxi from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| 05330344 | OneSource Indirect Tax | 20150511 | Kleppel, Robert | ground | | | $ 53.00 | Taxi expense incurred for Travel between Dallas, TX airport and Sheraton hotel. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | SOX Optimization | 20150512 | Dabral, Pulkit | ground | | | $ 20.70 | Mileage for trip to TXU in Irving on 5/11/15 and 5/12/15. Mileage incurred in excess of normal commute for roundtrip travel from home in Dallas, TX to TXU in Irving, TX. Total of 36 miles. |
| 05330344 | CAO Financial Reporting Support | 20150512 | Jeffcott, David | ground | | | $ 75.00 | Taxi from home to Houston Hobby Airport. |
| 05330344 | CAO Financial Reporting Support | 20150512 | Jeffcott, David | ground | | | $ 35.00 | Taxi from Dallas Love Airport to EFH. |
| 05330344 | OneSource Indirect Tax | 20150512 | LeCompte, Dan | ground | | | $ 60.25 | Taxi expense incurred for Travel between Dallas, TX airport and Client. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | OneSource Indirect Tax | 20150513 | Kleppel, Robert | ground | | | $ 166.62 | Rental Car expenses incurred for Travel between Dallas, TX airport and Houston, TX airport due to flight being cancelled due to bad weather. A flight credit will be issued for a later date. |
| 05330344 | OneSource Indirect Tax | 20150513 | Kleppel, Robert | ground | | | $ 24.30 | Gas for rental car expense incurred for Travel between Dallas, TX airport and Houston, TX airport due to flight being cancelled due to bad weather. A flight credit will be issued for a later date. |
| 05330344 | OneSource Indirect Tax | 20150513 | Kleppel, Robert | ground | | | $ 45.00 | Parking expense at Houston airport between 5/11/15 and 5/13/15. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | OneSource Indirect Tax | 20150513 | Kleppel, Robert | ground | | | $ 55.00 | Taxi expense incurred for Travel between Client and Dallas, TX airport. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | OneSource Indirect Tax | 20150513 | Kleppel, Robert | ground | | | $ 4.00 | Toll expenses incurred for Travel between Houston, TX airport residence (round trip) in excess of normal commute. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | CAO Financial Reporting Support | 20150514 | Lange, Jolandi De | ground | | | $ 36.57 | Taxi from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |

**KPMG LLP**
**EFH Expense Detail**
**May 1, 2015 through May 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05330344 | CAO Financial Reporting Support | 20150514 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150515 | Jeffcott, David | ground | | | $ 31.00 | Taxi to Dallas Love Airport from EFH. |
| 05330344 | CAO Financial Reporting Support | 20150515 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston Hobby Airport to home while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150518 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150518 | Lange, Jolandi De | ground | | | $ 25.20 | Taxi from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| 05330344 | SOX Optimization | 20150519 | Dabral, Pulkit | ground | | | $ 20.70 | Mileage for trip to TXU in Irving on 5/18/15 and 5/19/15. Mileage incurred in excess of normal commute for roundtrip travel from home in Dallas, TX to TXU in Irving, TX. Total of 36 miles. |
| 05330344 | OneSource Indirect Tax | 20150519 | LeCompte, Dan | ground | | | $ 60.00 | Taxi expense incurred for Travel between Dallas, TX airport and Client location. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | OneSource Indirect Tax | 20150520 | LeCompte, Dan | ground | | | $ 53.00 | Taxi expense incurred for Travel between Client location and Dallas, TX airport. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | OneSource Indirect Tax | 20150520 | LeCompte, Dan | ground | | | $ 24.59 | Parking expense at Austin airport from 5/19/15 thru 5/20/15. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | CAO Financial Reporting Support | 20150521 | Lange, Jolandi De | ground | | | $ 75.00 | Taxi from EFH to Dallas airport while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150521 | Lange, Jolandi De | ground | | | $ 75.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150525 | Jeffcott, David | ground | | | $ 75.00 | Taxi from home to Houston Hobby Airport. |
| 05330344 | CAO Financial Reporting Support | 20150526 | Lange, Jolandi De | ground | | | $ 72.00 | Taxi from home to Houston airport while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150526 | Lange, Jolandi De | ground | | | $ 28.00 | Taxi from Dallas airport to EFH while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150526 | Jeffcott, David | ground | | | $ 33.00 | Taxi from Dallas Love Airport to EFH. |
| 05330344 | OneSource Indirect Tax | 20150526 | LeCompte, Dan | ground | | | $ 55.00 | Taxi expense incurred for Travel from Dallas, TX airport to Client location. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | OneSource Indirect Tax | 20150526 | LeCompte, Dan | ground | | | $ 55.00 | Taxi expense incurred for Travel from Client location to Dallas, TX airport. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | OneSource Indirect Tax | 20150526 | LeCompte, Dan | ground | | | $ 11.26 | Parking expense at Austin airport from 5/26/15 thru 5/27/15. Actually returned on 5/26/15. Business Purpose: Client OneSource Implementation Meetings |
| 05330344 | SOX Optimization | 20150527 | Dabral, Pulkit | ground | | | $ 20.70 | Mileage for trip to TXU in Irving on 5/26/15 and 5/27/15. Mileage incurred in excess of normal commute for roundtrip travel from home in Dallas, TX to TXU in Irving, TX. Total of 36 miles. |
| 05330344 | CAO Financial Reporting Support | 20150528 | Jeffcott, David | ground | | | $ 33.00 | Taxi to Dallas Love Airport from EFH. |
| 05330344 | CAO Financial Reporting Support | 20150528 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston Hobby Airport to home while performing work for EFH Corporate Accounting project. |
| 05330344 | CAO Financial Reporting Support | 20150529 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi from Houston airport to home while performing work for EFH Corporate Accounting project. |
| | | **Total Ground** | | | | | **$ 2,389.40** | |