**EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**APRIL 1, 2015 THROUGH APRIL 30, 2015**

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 120.60 | $50,000.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | 3.40 | |
| 11000-50.2 | EFH Restructuring – Budgeting | .50 | |
| 11000-50.3 | EFH Restructuring – Fee Application | 5.40 | |
| 11000-51 | EFH - 2015 Legislative Session | 142.70 | $66,116.00 |
| 11001 | Luminant | 210.30 | $100,000.00 |
| 11002 | TXU | 38.20 | $10,416.67 |
| 12050 | 4Change | 0 | $2,083.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | | **521.10** | **$228,616.00** |

**EXPENSE SUMMARY**
**APRIL 1, 2015 THROUGH APRIL 30, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $89.30 |
| Copies | $4.55 |
| Taxi | $50.00 |
| Parking | $22.50 |
| Airfare | $1,091.00 |
| Rental Car | $29.24 |
| Fuel | $4.48 |
| Postage | $9.80 |
| **Total Expenses:** | **$1,300.87** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.

RLF1 12560914v.1