**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**
**(Legislative Engagement)**

The Enoch Kever attorneys who rendered professional services for legislative matters during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 46.30 | $25,465.00 |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 73.10 | $34,722.50 |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | 22.40 | $5,600.00 |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | .20 | $59.00 |
| John J. Vay | Member | 1984 | Regulatory | $385.00 | .70 | $269.50 |
| | | | | | **142.70** | **$66,116.00** |

The paraprofessionals of Enoch Kever who rendered professionals services for legislative matters during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

| | | | Total Fees Requested | | 142.70 | $66,116.00 |

## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 76.60 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 28.20 | |
| Elizabeth L. Adams | Associate | 2015 | Regulatory | $250.00 | 16.50 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 29.90 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 40.50 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 98.80 | |
| Michelle V. Hanlon | Associate | 2012 | Regulatory | $225.00 | 85.90 | |
| | | | | | **376.40** | **$162,500.00*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Aundrea Abernathy | Legal Assistant | 1 | Regulatory | $75.00 | 2.0 | |
| | | | | | **2.0** | |

|  |  |  |
|---|---|---|
| **Total Fees Requested Consolidated Engagement** | 378.40 | $162,500.00 |
| **Total Fee Requested Legislative Engagement** | 142.70 | $66,116.00 |
| **Total Fees Requested** | **521.10** | **$228,616.00** |