## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**APRIL 1, 2015 THROUGH APRIL 30, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $89.30 |
| Copies | $4.55 |
| Taxi | $50.00 |
| Parking | $22.50 |
| Airfare | $1,091.00 |
| Rental Car | $29.24 |
| Fuel | $4.48 |
| Postage | $9.80 |
| **Total Expenses:** | **$1,300.87** |