## EXHIBIT D

## Detailed Description of Expenses and Disbursements

### DETAILED EXPENSE SUMMARY
### APRIL 1, 2015 THROUGH APRIL 30, 2015

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3358 | 110011 6 | 4/21/15 | Rasmussen, Kirk | Parking | 4.00 | 1 | $4.00 | Parking incurred while in attendance at Technical Conference at PUCT on 3/31/15 |
| 3558 | 110011 6 | 4/21/15 | Rasmussen, Kirk | Rental Car | 29.24 | 1 | $29.24 | Rental car while in attendance at meeting in Dallas on 4/1/15 |
| 3558 | 110011 6 | 4/21/15 | Rasmussen, Kirk | Fuel | 4.48 | 1 | $4.48 | Fuel for rental car used while in attendance at meeting in Dallas on 4/1/15 |
| 3558 | 110011 6 | 4/21/15 | Rasmussen, Kirk | Parking | 11.50 | 1 | $11.50 | Parking while in Dallas for meeting on 4/1/15 |
| 3558 | 110011 6 | 4/21/15 | Rasmussen, Kirk | Airfare | 235.50 | 1 | $235.00 | Airfare to Dallas on meetings on 4/1/15 |
| 3558 | 110011 6 | 4/30/15 | Various | Copies | 26 | .13 | $3.38 | Copies for the month of April 2015 |
| 3558 | 110011 50 | 4/14/15 | Jolly, Emily | Airfare | 442.00 | 1 | $442.00 | Airfare to Dallas to attend meeting on 4/15/15 |
| 3558 | 110011 50 | 4/21/15 | Rasmussen, Kirk | Taxi | 50.00 | 1 | $50.00 | Taxi while in Dallas to attend meeting on 4/15/15 |
| 3558 | 110011 50 | 4/21/15 | Rasmussen, Kirk | Parking | 7.00 | 1 | $7.00 | Parking while in Dallas to attend meeting on 4/15/15 |
| 3558 | 110011 50 | 4/21/15 | Rasmussen, Kirk | Airfare | 414.00 | 1 | $414.00 | Airfare to Dallas to attend meeting on 4/15/15 |
| 3558 | 110011 79 | 4/15/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 28.00 | 1 | $28.00 | Hand deliver documents regarding 42631 comments to PUC and return file-stamped copies |
| 3559 | 110024 | 4/24/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 28.00 | 1 | $28.00 | Hand deliver documents to PUC for filing and return of file-stamped copies |
| 3559 | 110024 | 4/27/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 33.30 | 1 | $33.30 | Hand deliver documents to PUC for filing and return of file-stamped copies |

| 3559 | 110024 | 4/30/15 | Various | Copies | 9 | .13 | 1.17 | Copies for the month of April 2015 |
| 3559 | 110024 | 4/30/15 | Various | Postage | 9.80 | 1 | 9.80 | Postage for the month of April 2015 |