IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS | ) Case No. 14-10979 (CSS) |
| CORP., et al.,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Reference Docket No. 5013** |
| | ) **Objection Deadline: 8/5/2015 @4:00 p.m.** |
| | ) **Hearing Date: 10/26/2015 @10:00 a.m.** |

### NOTICE OF FILING OF EXHIBITS TO INTERIM FEE APPLICATION

**PLEASE TAKE NOTICE** that Richard Gitlin, individually, and as Chairman of Gitlin & Company, LLC (the "Applicant") filed the *Second Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company, LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from January 1, 2015 through April 30, 2015* (the "Interim Fee Application") [docket No. 5013] on July 15, 2015.

**PLEASE TAKE FURTHER NOTICE** that attached hereto are the Exhibits to the Interim Fee Application that were left off of the filing.

Date: July 17, 2015          PHILLIPS, GOLDMAN & SPENCE, P.A.

                              _/s/ Stephen W. Spence_
                              Stephen W. Spence, Esquire (DE#2033)
                              Stephen A. Spence, Esquire (DE#5392)
                              1200 North Broom Street
                              Wilmington, DE 19806
                              Phone: (302) 655-4200
                              Fax: (302) 655-4200
                              Email: sas@pgslaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

-and-

Katherine Stadler, Esquire, *(admitted pro hac vice)*
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

**EXHIBIT A**
Gitlin and Company, LLC
Detailed Expense Records
January 1, 2015 through April 30, 2015

| Receipt | Category | Date | Expense Amount | Description |
|---|---|---|---|---|
| * | Taxi | 1/20/2015 | $50.00 | Transport from home to airport |
| * | JetBlue | 1/20/2015 | $191.50 | Airfare from PBI to LGA |
| * | Taxi | 1/20/2015 | $17.76 | Transport from airport to meeting |
| * | Grand Tier Restaurant | 1/20/2015 | $40.00 | Dinner |
| * | Waldorf Astoria | 1/20-22/15 | $226.87 | Hotel for meeting |
| * | Waldorf Astoria | 2/17/2015 | $271.11 | Hotel for meeting |
| * | Train | 2/18/2015 | $62.00 | Amtrak from NYC to EFH |
| * | Uber | 2/18/2015 | $40.00 | Transport to EFH |
| * | JetBlue | 2/18/2015 | $231.87 | Airfare LGA to PBI |
| * | Taxi | 3/13/2015 | $100.00 | Transport from meeting to EWR airport |
| * | Waldorf Astoria | 3/31/2015 | $304.89 | Hotel for meeting |
| * | JetBlue | 3/31/2015 | $302.50 | Airfare LGA to PBI |
| * | Taxi | 3/31/2015 | $44.19 | Transport to airport |
| * | Taxi | 4/27/2015 | $50.00 | Transport from home to airport |
| * | JetBlue | 4/28/2015 | $237.80 | Airfare PBI to LGA |
| * | Waldorf Astoria | 4/28/2015 | $429.56 | Hotel for meeting |
| * | Taxi | 4/28/2015 | $57.99 | Transport to airport |

**$2,658.04 Application Total**

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 1/1/2015 | 0.5 | Review open issues regarding Kirkland & Ellis (K&E) fee application. |
| 1/2/2015 | 2.0 | Review draft letter reports for Alvarez, Evercore, Sidley & KPMG. |
| 1/3/2015 | 0.5 | Analysis of budget process and conference call with Godfrey & Kahn (G&K). |
| 1/5/2015 | 0.5 | Review of open issues regarding FTI fee application. |
| 1/5/2015 | 1.0 | Analysis of role and budget process for newly added independent professionals. |
| 1/5/2015 | 1.0 | Analysis of rate increase policy for the Fee Committee. |
| 1/5/2015 | 1.0 | Review of K&E letter report and analysis of process to resolve differences. |
| 1/5/2015 | 1.0 | Planning and coordination for Fee Committee meetings. |
| 1/5/2015 | 0.5 | Review of revised Sidley letter and exhibits. |
| 1/6/2015 | 0.5 | Analysis of Sullivan role and telephone conference with Sullivan lawyers. |
| 1/6/2015 | 0.5 | Telephone conference with Katie Stadler and Cecily Gooch on role of independent director professionals. |
| 1/6/2015 | 1.0 | Review of list of all retained professionals and analysis on avoiding duplication and telephone conference to consider with G&K. |
| 1/6/2015 | 1.0 | Analysis of law firm billing data on considering rate increase policy. |
| 1/6/2015 | 0.5 | Telephone conference with G&K and Peter Kravitz on budget process. |
| 1/7/2015 | 1.5 | Review of materials for January 8 Fee Committee meeting. |
| 1/8/2015 | 0.5 | Telephone conference with G&K on preparation for Fee Committee meeting. |
| 1/8/2015 | 2.0 | Participation in Fee Committee meeting. |
| 1/8/2015 | 0.5 | Review of proposed changes to K&E fee letter. |
| 1/8/2015 | 0.5 | Telephone conference with G&K re changes on fee letter for K&E. |
| 1/8/2015 | 0.5 | Review of Cravath February budget. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 1/8/2015 | 0.5 | Analysis of use of contract lawyers as a cost saving proposition. |
| 1/9/2015 | 1.5 | Review multiple comments to K&E fee letter and revised version. |
| 1/9/2015 | 0.5 | Telephone conference with G&K to discuss K&E letter. |
| 1/9/2015 | 0.5 | Telephone conference with Mr. Kravitz and Morrison & Foerster on use of contract lawyers. |
| 1/9/2015 | 1.0 | Analysis of Sidley role on case and telephone conference with Ms. Gooch to discuss debtors' position. |
| 1/9/2015 | 1.5 | Analysis on justification for multiple professionals at hearing and meetings and consideration of a Fee Committee policy. |
| 1/10/2015 | 0.5 | Analysis of TECH creditors' objection to Evercore fees. |
| 1/10/2015 | 0.5 | Review of revised letter to K&E. |
| 1/10/2015 | 0.5 | Analysis of rate increase policy in light of national economic data on rate increases. |
| 1/10/2015 | 0.5 | Further review of role of professionals for independent directors. |
| 1/12/2015 | 2.0 | Analysis of Sidley & Austin role, review of retention papers, fee application, exhibits regarding first interim fee applications. |
| 1/12/2015 | 0.5 | Telephone conference with G&K to review meetings on 7th and 8th including analysis of Sidley & Austin role and fees. |
| 1/12/2015 | 0.5 | Review of Greenhill application and objection filed by T Committee. |
| 1/12/2015 | 0.5 | Planning for meetings with professionals for independent directors. |
| 1/12/2015 | 0.5 | Analysis of reports regarding conflicts counsel and their role in the case. |
| 1/13/2015 | 0.5 | Assess position of the Fee Committee regarding Sidley & Austin scope of work. |
| 1/13/2015 | 0.5 | Telephone conference with G&K on Sidley and role on case. |
| 1/14/2015 | 0.5 | Telephone conference with Ms. Gooch to consider Sidley application. |
| 1/14/2015 | 1.0 | Analysis of risks of overlap of work of debtors' professionals and the role of independent director advisors. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 1/14/2015 | 0.5 | Further consideration of appropriate response to Sidley. |
| 1/14/2015 | 0.5 | Review of Fee Committee draft letter to Sidley. |
| 1/14/2015 | 2.0 | Review of drafts of Fee Committee letters to KPMG, Polsinelli, Evercore, A&M and McDermott. |
| 1/15/2015 | 1.0 | Planning for meeting of Fee Committee. |
| 1/15/2015 | 1.5 | Participation in Fee Committee meeting. |
| 1/15/2015 | 0.5 | Telephone conference with Mr. Kravitz regarding open issues. |
| 1/15/2015 | 0.5 | Review of bidding procedure for Oncor and order of the Court. |
| 1/15/2015 | 0.5 | Review of status of negotiations with A&M. |
| 1/15/2015 | 0.5 | Review of draft agenda for January 21 Fee Committee meeting. |
| 1/17/2015 | 1.5 | Analysis of rate increase principles and review of draft rate increase memorandum. |
| 1/17/2015 | 1.0 | Analysis of settlement proposal for K&E. |
| 1/19/2015 | 2.5 | Review of materials for the Fee Committee meeting on January 21 including retention orders for 13 new professionals and action on all other retained professionals. |
| 1/19/2015 | 0.5 | Telephone conference with Mr. Kravitz on open issues with Lazard. |
| 1/19/2015 | 1.0 | Review of K&E response letter to Fee Committee and considerations of Fee Committee response. |
| 1/19/2015 | 0.5 | Participation on call with K&E on case management. |
| 1/20/2015 | 1.0 | Review of retention papers for Cravath, Proskauer and Munger in preparation for meetings on January 21. |
| 1/20/2015 | 0.5 | Review of draft report to Court regarding K&E. |
| 1/20/2015 | 1.0 | Review of status of Ch. 11 plans and status. |
| 1/20/2015 | 3.0 | Non-working travel from Florida to New York City. * |
| 1/20/2015 | 1.0 | Analysis of rules for multiple attendees at meetings, depositions and court hearings. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 1/21/2015 | 1.0 | Preparing for Fee Committee meetings including meeting with G&K. |
| 1/21/2015 | 1.0 | Meeting with Cravath partner to discuss role in the case. |
| 1/21/2015 | 1.0 | Meeting with Proskauer partners to discuss their role in the case. |
| 1/21/2015 | 1.0 | Meeting with Munger partners to discuss their role in the case. |
| 1/21/2015 | 2.5 | Attendance at Fee Committee meeting. |
| 1/21/2015 | 0.5 | Review of draft letter to K&E on final resolution. |
| 1/21/2015 | 5.0 | Non-working travel from New York City to Florida. * |
| 1/22/2015 | 1.0 | Review of comments to K&E letter and proposed changes. |
| 1/22/2015 | 0.5 | Review of K&E response to Fee Committee letter. |
| 1/23/2015 | 1.0 | Review multiple comments on report to the Court on K&E and proposed changes. |
| 1/23/2015 | 1.0 | Planning for Court hearing on January 26. |
| 1/23/2015 | 0.5 | Review of master chart of fee reductions by professionals. |
| 1/23/2015 | 1.5 | Analysis of budgets from financial professionals and forms of budgets. |
| 1/23/2015 | 1.0 | Review K&E fee materials in preparation for Court hearing. |
| 1/25/2015 | 0.5 | Review of reservation of rights of TECH committee for K&E application. |
| 1/26/2015 | 1.5 | Preparation for Court hearing, including remarks for the Court. |
| 1/26/2015 | 1.0 | Attendance at Court hearing and post meeting. |
| 1/26/2015 | 0.5 | Telephone conference with G&K in preparation for K&E hearing. |
| 1/26/2015 | 1.0 | Analysis of remaining first interim professionals and paths to reach agreement with them. |
| 1/26/2015 | 2.0 | Non-working travel to and from Hartford. * |
| 1/27/2015 | 1.0 | Analysis of the budget process for creditors' professionals and professionals for independent directors. |
| 1/27/2015 | 0.5 | Review of KPMG response to Fee Committee letter. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 1/27/2015 | 0.5 | Review of February budget for Cravath. |
| 1/27/2015 | 0.5 | Review of February budget for Thompson & Knight. |
| 1/28/2015 | 0.5 | Review proposed budget memorandum to professionals. |
| 1/28/2015 | 0.5 | Analysis of budgets for non-hourly professionals. |
| 1/28/2015 | 0.5 | Review of total fees incurred to date. |
| 1/28/2015 | 1.0 | Analysis of budgets for FTI for January and February and comparison with earlier fees. |
| 1/28/2015 | 0.5 | Review of chart of budget compliance. |
| 1/28/2015 | 1.0 | Review of status of negotiating and discussions with second interim applications. |
| 1/29/2015 | 0.5 | Analysis of FTI response to Fee Committee letters and strategy for next step. |
| 1/29/2015 | 0.5 | Telephone conference with G&K on negotiations with second interim professionals. |
| | **84.5** | ***January Total*** |
| 2/2/2015 | 0.5 | Review of FTI rate increase data and policy. |
| 2/2/2015 | 1.0 | Assess methods to review potential overlap of work of debtors' professionals and independent director professionals. |
| 2/2/2015 | 0.5 | Telephone conference with G&K in preparation for Fee Committee meeting. |
| 2/2/2015 | 2.0 | Review of materials for Fee Committee relating to nine professionals and underlying documents. |
| 2/3/2015 | 0.5 | Preparation for Fee Committee conference call. |
| 2/3/2015 | 1.5 | Participation in Fee Committee conference call. |
| 2/3/2015 | 1.0 | Review and analysis of details of FTI time, including "look back" team, "look forward" team, others and comparison to A&M. |
| 2/4/2015 | 0.5 | Review of budget process for K&E and independent director professionals. |

EXHIBIT B
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 2/5/2015 | 0.5 | Review comments on budget memorandum and telephone discussion with G&K. |
| 2/5/2015 | 0.5 | Review of timing schedule for reviewing professionals. |
| 2/6/2015 | 0.5 | Review of Polsinelli fee differences with Committee. |
| 2/6/2015 | 0.5 | Telephone conference with G&K on open issues and scheduling. |
| 2/7/2015 | 0.5 | Planning telephone calls with G&K to plan for Fee Committee meeting. |
| 2/8/2015 | 0.5 | Review of details of Polsinelli billing in preparation for meeting with them. |
| 2/8/2015 | 0.5 | Review of memorandum to professionals on budgets. |
| 2/8/2015 | 1.0 | Review of Fee Committee report to the Court on first interim applications. |
| 2/8/2015 | 0.5 | Review of draft letter response to FTI. |
| 2/9/2015 | 0.5 | Planning for Polsinelli meeting. |
| 2/9/2015 | 0.5 | Review of report to the Court for February 17 hearing. |
| 2/9/2015 | 0.5 | Develop Fee Committee position on transportation costs. |
| 2/9/2015 | 1.0 | Review FTI response and exhibits. |
| 2/9/2015 | 0.5 | Review revised draft of report to the Court. |
| 2/9/2015 | 0.5 | Review revised draft of memorandum to professionals on budgets. |
| 2/9/2015 | 0.5 | Review budget of Cravath for February. |
| 2/9/2015 | 0.5 | Analysis of results of exclusivity hearing and implications for fees of professionals. |
| 2/10/2015 | 1.0 | Review materials for February 11 Fee Committee meeting. |
| 2/10/2015 | 0.5 | Prepare for Polsinelli meeting. |
| 2/11/2015 | 0.5 | Telephone conference with G&K and Mr. Kravitz on preparation for Fee Committee meeting. |
| 2/11/2015 | 0.5 | Analysis of expense reimbursement for travel. |
| 2/11/2015 | 0.5 | Review of revised report to the Court. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 2/11/2015 | 1.0 | Analysis of open issues with Polsinelli and FTI in preparation for February 17 hearing. |
| 2/11/2015 | 1.5 | Participation in Fee Committee meeting. |
| 2/12/2015 | 0.5 | Review of redraft of budget memorandum. |
| 2/12/2015 | 0.5 | Review of updated chart of professionals. |
| 2/12/2015 | 0.5 | Planning for meeting with FTI. |
| 2/12/2015 | 1.0 | Review of updated report to Court and final comments. |
| 2/12/2015 | 0.5 | Planning telephone call with counsel for hearing next week. |
| 2/12/2015 | 0.5 | Participation in Fee Committee conference call. |
| 2/12/2015 | 0.5 | Preparation for meeting with Polsinelli. |
| 2/13/2015 | 1.0 | Planning for February 17 Court hearing. |
| 2/16/2015 | 0.5 | Review revised draft of budget memorandum. |
| 2/16/2015 | 1.0 | Coordination on cancellation of Court hearing and rescheduling hearing and Fee Committee meeting. |
| 2/16/2015 | 1.0 | Review of materials for Fee Committee meeting. |
| 2/16/2015 | 1.0 | Review of materials for Court hearing on the 18th. |
| 2/17/2015 | 1.5 | Preparation for Court hearing, including remarks for the Court. |
| 2/17/2015 | 3.0 | Non-working travel from Florida to New York for meetings. * |
| 2/17/2015 | 0.5 | Review of budget memorandum. |
| 2/18/2015 | 1.0 | Meeting with Polsinelli on fee issues. |
| 2/18/2015 | 1.5 | Review materials in preparation for Court hearing. |
| 2/18/2015 | 2.0 | Non-working travel time New York to Delaware. * |
| 2/18/2015 | 0.5 | Attend Court hearing. |
| 2/18/2015 | 1.5 | Planning for Fee Committee meeting. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 2/18/2015 | 1.5 | Non-working travel time - Delaware to New York City. * |
| 2/18/2015 | 0.5 | Review of draft rate increase memorandum. |
| 2/18/2015 | 2.0 | Attend Fee Committee meeting. |
| 2/18/2015 | 0.5 | Review Proskauer budget for February. |
| 2/18/2015 | 3.0 | Non-working travel to Florida from New York City. * |
| 2/19/2015 | 0.5 | Review of revised rate increase memorandum. |
| 2/19/2015 | 0.5 | Telephone conference with G&K: follow up on open issues. |
| 2/21/2015 | 1.0 | Review of budget compliance. |
| 2/21/2015 | 0.5 | Telephone conference with G&K on budget compliance. |
| 2/22/2015 | 0.5 | Further analysis of budgets. |
| 2/23/2015 | 1.0 | Review of all professionals' request for fees for second interim fee period. |
| 2/23/2015 | 0.5 | Review of March budget for Proskauer. |
| 2/23/2015 | 1.0 | Update on status of Plan process and negotiations. |
| 2/24/2015 | 0.5 | Coordination of Fee Committee meetings. |
| 2/25/2015 | 0.5 | Review updated list of second interim applications. |
| 2/27/2015 | 2.0 | Review of materials for budget meeting including all budgets filed to date and identifying those not filing budgets. |
| 2/27/2015 | 1.0 | Review of FTI budget and comparison to fees billed in prior months. |
| 2/27/2015 | 0.5 | Telephone conference with G&K to assess and evaluate budget process. |
| | **60.0** | ***February Total*** |
| 3/1/2015 | 1.0 | Review rate increase policy and latest draft memorandum to professionals. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 3/2/2015 | 0.5 | Review of Evercore March budget. |
| 3/2/2015 | 0.5 | Telephone conference with G&K on rate increase memorandum and pending fee applications. |
| 3/3/2015 | 0.5 | Review updated draft of rate increase memorandum. |
| 3/4/2015 | 0.5 | Planning for meeting with K&E. |
| 3/5/2015 | 1.0 | Review of current status of all retained professionals. |
| 3/8/2015 | 0.5 | Email exchange with G&K on pending issues, including schedule and meetings. |
| 3/9/2015 | 0.5 | Exchange telephone calls and emails with G&K on preparation for March 12-13 meetings. |
| 3/12/2015 | 0.5 | Conference with G&K to review term sheet and timeline for resolution. |
| 3/11/2015 | 1.5 | Preparation for FTI meetings including telephone conference with Steve Simms. |
| 3/11/2015 | 1.0 | Review of K&E fees to date in preparation for March 12 meeting. |
| 3/11/2015 | 1.0 | Further analysis of utilization of budget process. |
| 3/12/2015 | 1.0 | Review materials for Fee Committee meeting. |
| 3/12/2015 | 1.0 | Planning meeting with G&K on Ch. 11 process and K&E meeting. |
| 3/12/2015 | 1.0 | Meeting with K&E on fees and status of case. |
| 3/12/2015 | 1.5 | Non-working travel time from Hartford to New York City. * |
| 3/13/2015 | 1.0 | Planning meeting with G&K for FTI and Fee Committee meetings. |
| 3/13/2015 | 2.0 | Conference with FTI to address Fee Committee deduction requests. |
| 3/13/2015 | 1.5 | Attendance at Fee Committee meeting. |
| 3/14/2015 | 0.5 | Planning for meetings of Fee Committee. |
| 3/14/2015 | 0.5 | Review Proskauer April budget. |
| 3/15/2015 | 0.5 | Planning and preparation for meeting with Debtors. |
| 3/18/2015 | 0.5 | Coordination on Fee Committee schedule, including member discussions. |

EXHIBIT B
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 3/20/2015 | 0.5 | Telephone conference with G&K on open issues for Committee and agenda. |
| 3/20/2015 | 0.5 | Telephone conference with James Sprayregen on K&E/case status and fees. |
| 3/20/2015 | 0.5 | Review FTI settlement proposals. |
| 3/20/2015 | 0.5 | Review budget for Munger Tolles for April. |
| 3/22/2015 | 0.5 | Develop process for K&E to share budgets with G&K and Fee Committee Chair. |
| 3/23/2015 | 1.0 | Review status of second interim applications and remaining first interim applications. |
| 3/23/2015 | 0.5 | Telephone conference with G&K on pending first and second interim applications and scheduling. |
| 3/24/2015 | 1.5 | Review of K&E budget and comparison to all earlier billings. |
| 3/24/2015 | 0.5 | Review of status of Sidley & Austin fee matters. |
| 3/24/2015 | 1.0 | Telephone conferences with G&K on Sidley, letter report for second interim and next meetings. |
| 3/25/2015 | 0.5 | Review of auction process and possible outcomes. |
| 3/26/2015 | 2.0 | Review of letter reports to Montgomery, Guggenheim, Munger, Cravath, O'Kelly, Stephens and Goldin. |
| 3/27/2015 | 1.0 | Review of letter reports to Deloitte, Gibson and Proskauer. |
| 3/30/2015 | 1.5 | Preparation for Fee Committee meeting on March 31. |
| 3/30/2015 | 0.5 | Telephone conference with G&K on preparation for meeting. |
| 3/30/2015 | 3.0 | Non-working travel to New York City from Florida. * |
| 3/31/2015 | 1.0 | Planning meeting with G&K for Fee Committee meeting. |
| 3/31/2015 | 2.5 | Attendance at Fee Committee meeting. |
| 3/31/2015 | 0.5 | Telephone conference with G&K on post-meeting actions and follow up. |
| 3/31/2015 | 0.5 | Review of revised Deloitte letter. |
| 3/31/2015 | 4.0 | Non-working travel to Florida from New York City. * |

**44.0 March Total**

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 4/1/2015 | 0.5 | Review of various responses to fee letters. |
| 4/1/2015 | 0.5 | Review of Fee Committee meeting memorandum. |
| 4/1/2015 | 0.5 | Review of Evercore April budget. |
| 4/1/2015 | 1.0 | Planning for next Fee Committee meetings. |
| 4/4/2015 | 0.5 | Update from counsel on debtors' Ch. 11 Plan. |
| 4/6/2015 | 1.0 | Analysis of budgets to date and action to have non-complying firms file budgets. |
| 4/6/2015 | 0.5 | Telephone conference with G&K on budget process and interim reports. |
| 4/7/2015 | 2.5 | Review of Plan and Disclosure Statement. |
| 4/9/2015 | 0.5 | Review of history of K&E fees and current fee issues. |
| 4/9/2015 | 0.5 | Telephone conference with G&K on second and third interim fee period deadlines and applications. |
| 4/9/2015 | 0.5 | Analysis of integration of issue raised by U.S. Trustee and the proposed fee reductions requested by the Committee. |
| 4/9/2015 | 0.5 | Analysis of Sidley fee application status. |
| 4/10/2015 | 0.5 | Review of draft agenda for April 15 Fee Committee meeting. |
| 4/10/2015 | 1.0 | Review and analysis regarding draft report to K&E. |
| 4/12/2015 | 0.5 | Telephone conferences with G&K on April 15 Fee Committee meeting. |
| 4/13/2015 | 0.5 | Conference call with G&K on K&E report and best way to proceed. |
| 4/13/2015 | 0.5 | Review of legal update on standards and latest cases for awarding fees in Ch. 11. |
| 4/14/2015 | 0.5 | Telephone conference with G&K on results of omnibus hearing. |
| 4/14/2015 | 1.0 | Review materials for April 15 Fee Committee meeting. |
| 4/14/2015 | 0.5 | Telephone conference with G&K on scheduling and prospective agendas. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 4/15/2015 | 1.0 | Planning for Fee Committee meeting. |
| 4/15/2015 | 2.0 | Attendance at Fee Committee meeting. |
| 4/15/2015 | 3.5 | Non-working travel to Washington, D.C. from Fee Committee meeting. * |
| 4/16/2015 | 1.0 | Coordination on Fee Committee position on K&E fees and independent concerns of the U.S. Trustee. |
| 4/16/2015 | 1.5 | Preparation and participation in Fee Committee call. |
| 4/16/2015 | 0.5 | Telephone conference with G&K on K&E fees. |
| 4/17/2015 | 1.0 | Review latest draft of K&E letter and exhibits. |
| 4/17/2015 | 0.5 | Analysis on Sidley & Austin's pending application. |
| 4/17/2015 | 0.5 | Analysis of agenda for April 22 Fee Committee meeting. |
| 4/17/2015 | 0.5 | Analysis of Cravath fee issues and potential resolution. |
| 4/20/2015 | 0.5 | Review of May budgets. |
| 4/20/2015 | 1.0 | Review of status of budgets and action to be taken in response. |
| 4/21/2015 | 1.5 | Review materials for April 22 Fee Committee meeting. |
| 4/21/2015 | 0.5 | Telephone conference with G&K on budgets and April 22 meeting. |
| 4/21/2015 | 0.5 | Analysis of potential solutions for K&E issues. |
| 4/22/2015 | 1.5 | Participation in Fee Committee call. |
| 4/23/2015 | 0.5 | Review letter report to Thompson & Knight. |
| 4/23/2015 | 0.5 | Review letter report to Alvarez & Marsal. |
| 4/23/2015 | 0.5 | Telephone conference with Mr. Sprayregen on K&E and case issues. |
| 4/24/2015 | 0.5 | Review letter report to Sullivan & Cromwell. |
| 4/24/2015 | 0.5 | Telephone conference with Mr. Sprayregen on multiple attendance at hearings. |
| 4/24/2015 | 0.5 | Review Alvarez & Marsal letter report. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 4/24/2015 | 0.5 | Review Lazard letter report. |
| 4/24/2015 | 0.5 | Review Polsinelli letter report. |
| 4/24/2015 | 0.5 | Telephone conference with Ms. Gooch on pending issues. |
| 4/24/2015 | 1.0 | Review K&E budget and comparison to earlier applications and time. |
| 4/24/2015 | 1.0 | Review budget reconciliation for professionals for January and February. |
| 4/24/2015 | 0.5 | Telephone conference with G&K on K&E analysis. |
| 4/25/2015 | 0.5 | Review of K&E May budget. |
| 4/25/2015 | 0.5 | Telephone conference with G&K on Sidley and meeting agenda. |
| 4/25/2015 | 0.5 | Review of draft report to court on first interim applications not yet heard. |
| 4/25/2015 | 1.0 | Analysis of budgets of professionals and best method of reconciliation. |
| 4/27/2015 | 0.5 | Analysis of Cravath letter and response of the Fee Committee. |
| 4/27/2015 | 3.5 | Review of meeting materials for April 28 Fee Committee meeting including draft letter reports, response letters to Committee and negotiating status for most professionals. |
| 4/27/2015 | 0.5 | Telephone conference with G&K on April 28 meeting preparation and agenda. |
| 4/27/2015 | 2.0 | Non-billable travel to New York City from Florida. * |
| 4/28/2015 | 1.0 | Planning for scheduled meeting with Cravath, K&E and Fee Committee. |
| 4/28/2015 | 1.0 | Attendance at Cravath meeting. |
| 4/28/2015 | 1.0 | Attendance at K&E meeting. |
| 4/28/2015 | 2.0 | Attendance at Fee Committee meeting. |
| 4/28/2015 | 0.5 | Telephone conference with Ms. Gooch on Alvarez & Marsal issues. |
| 4/28/2015 | 0.5 | Telephone conference with Mr. Sprayregen on fees and case status. |
| 4/28/2015 | 4.5 | Non-billable travel to Florida from New York. * |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
January 1, 2015 through April 30, 2015

| Date | Hours | Description |
|---|---|---|
| 4/29/2015 | 0.5 | Review KPMG letter. |
| 4/29/2015 | 0.5 | Telephone conference with G&K on follow up from April 28 meeting. |
| 4/29/2015 | 0.5 | Review Proskauer response to Fee Committee. |
| 4/29/2015 | 0.5 | Review Alvarez & Marsal letter and exhibits. |
| 4/30/2015 | 0.5 | Telephone conference with Ms. Gooch on Alvarez & Marsal issues. |
| 4/30/2015 | 0.5 | Review Thompson & Knight letter. |

**61.0 *April Total***

249.5 TOTAL
-19.0 Fifty percent of non-working travel hours
**230.5 GRAND TOTAL**

$801.60 Blended Rate

*Entries noted with an asterisk represent non-working travel. Fifty percent of the time recorded in these entries has been deducted from the hours total.