## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### THIRTEENTH MONTHLY FEE STATEMENT OF MORRISON & FOERSTER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 1, 2015 THROUGH MAY 31, 2015

| Name of Applicant | Morrison & Foerster LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of TCEH Unsecured Creditors |
| Date of Retention: | September 16, 2014 *nunc pro tunc* to May 12, 2014 |
| Period for which compensation and reimbursement is sought: | May 1, 2015 through May 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,750,821.50 (80% = $1,400,657.20) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $66,714.31 |

This is a(n) **X** monthly ___ interim __ final application.  No prior application filed for this Fee Period.[2]

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein), and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 2064] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [Docket No. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the law firm of Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Firm**"), Counsel to the Official Committee of Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, and their direct and indirect subsidiaries (the "**TCEH Debtors**"), and EFH Corporate Services Company, hereby files this monthly fee statement (this "**Monthly Fee Statement**") for: (i) compensation in the amount of $1,400,657.20 for the reasonable and necessary legal services Morrison & Foerster rendered to the Committee from May 1, 2015 through May 31, 2015 (the "**Fee Period**") (80% of $1,750,821.50); and (ii) reimbursement for the actual and necessary expenses that Morrison & Foerster incurred, in the amount of $66,714.31 during the Fee Period.

## Itemization of Services Rendered and Disbursements Incurred

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Morrison & Foerster's partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories Morrison & Foerster established in accordance with its

2

internal billing procedures. As reflected in Exhibit A, Morrison & Foerster is requesting $1,750,821.50 in fees during the Fee Period.  Pursuant to this Monthly Fee Statement, Morrison & Foerster seeks reimbursement for 80% of such fees ($1,400,657.20 in the aggregate).

- **Exhibit B** is a schedule providing certain information regarding the Morrison & Foerster attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Morrison & Foerster have expended a total of 3,683.10 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Morrison & Foerster is seeking reimbursement in this Monthly Fee Statement.  All of these disbursements comprise the requested sum for Morrison & Foerster's out-of-pocket expenses.

- **Exhibit D** consists of Morrison & Foerster's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.[3]

WHEREFORE, Morrison & Foerster requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $1,467,371.51 consisting of (a) $1,400,657.20 which is 80% of the fees incurred by the TCEH Committee for reasonable and necessary professional services rendered by Morrison & Foerster and (b) $66,714.31 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the TCEH Debtors' estates.[4]

---

[3] Electronic research is charged at standard Lexis & Westlaw rates less a percentage discount that is assessed and adjusted periodically based on market terms.

[4] Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred (such fees, the "**Direct Benefit Fees**").  Morrison & Foerster has incurred fees and expenses for the collective benefit of the TCEH Debtors, but has not performed any services directly for the benefit of EFH Corporate Services Company that could be allocated as Direct Benefit Fees pursuant to the Interim Compensation Order.  As a result, Morrison & Foerster has not attempted to break out the specific Direct Benefit Fees performed for the benefit of the TCEH Debtors since all of its fees and expenses would be allocated to the TCEH Debtors regardless under the Interim Compensation Order.  Thus, all of Morrison & Foerster's fees and expenses identified in this Monthly Fee Statement should be paid by the TCEH Debtors.

Dated: July 17, 2015  /s/ Lorenzo Marinuzzi
       New York, New York  **MORRISON & FOERSTER LLP**

James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:       jpeck@mofo.com
              brettmiller@mofo.com
              lmarinuzzi@mofo.com

*Attorneys for The Official Committee of*
*TCEH  Unsecured Creditors*

ny-1196345

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS**
**FOR PROFESSIONALS IN RESPECT OF THE THIRTEENTH MONTHLY**
**APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL FOR**
**THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD MAY 1, 2015 THROUGH MAY 31, 2015**

1.      I am a partner with the Morrison & Foerster LLP, located at 250 West 55th Street, New York, New York 10019, which serves as counsel to the Official Committee of TCEH Unsecured Creditors.  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Bankruptcy Court for the Southern District of New York and the United States Bankruptcy Court for the Eastern District of New York and the District of New Jersey, and before the United States Court of Appeals for the Second Circuit.

2.      This certification is made in respect of the Firm's compliance with Local Rule 2016-2 (c)–(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rule**"), the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective June 11, 2013 (the "**UST Guidelines**" and,

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

together with the Local Rule, the "**Guidelines**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated November 16, 2014 [Docket No. 2066], in connection with the Firm's application, dated July 17, 2015 (the "**Application**"), for monthly compensation and reimbursement of fees and expenses for the period commencing May 1, 2015 through and including May 31, 2015, in accordance with the Guidelines.

3.    In respect of Section (g) of the Local Rule, I certify that I have reviewed the requirements of the Local Rule and to the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Local Rule.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2015
     New York, New York

/s/ Lorenzo Marinuzzi
Lorenzo Marinuzzi
Partner of Morrison & Foerster LLP