## EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 001 | Asset Analysis and Recovery | 2.40 | $1,800.00 |
| 002 | Asset Disposition | 53.20 | $47,658.50 |
| 004 | Avoidance Action Analysis | 11.20 | $8,587.50 |
| 006 | Business Operations | 1.00 | $925.00 |
| 007 | Case Administration | 58.60 | $44,469.50 |
| 008 | Claims Administration and Objections | 96.00 | $73,743.00 |
| 010 | Employee Benefits and Pensions | 15.40 | $12,329.00 |
| 011 | Employment and Fee Applications | 19.30 | $9,185.00 |
| 014 | Other Litigation | 59.30 | $43,568.50 |
| 015 | Meetings and Communications with Creditors | 51.30 | $44,360.50 |
| 016 | Non-Working Travel | 7.10 | $7,190.00 |
| 017 | Plan and Disclosure Statement | 202.30 | $179,283.00 |
| 021 | Tax | 123.40 | $114,675.50 |
| 023 | Discovery | 2,460.80 | $771,051.00 |
| 024 | Hearings | 47.10 | $44,965.50 |
| 026 | Claims Investigation | 354.50 | $267,094.00 |
| 027 | First Lien Investigation | 39.40 | $21,058.50 |
| 029 | Other Motions/Applications | 7.50 | $5,082.00 |
| 030 | Schedules and Statements | 3.00 | $2,363.50 |
| 032 | Time Entry Review | 15.00 | $12,102.50 |
| 033 | Fee Objection Discussion and Litigation | 5.30 | $4,855.00 |
| 034 | Mediation | 50.00 | $50,172.00 |
| **Total Incurred** | | **3,683.10** | **$1,766,519.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(3,595.00)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(12,102.50)** |
| **Total Requested** | | | **$1,750,821.50** |

| Service Description | Amount |
|---|---:|
| Photocopies | $766.50 |
| Color Copies | $2,810.00 |
| Filing Fees | $30.00 |
| Travel | $2,040.56 |
| Online Research – Lexis | $4,264.25 |
| Online Research – Westlaw | $6,679.40 |
| EDiscovery Fees | $48,483.77 |
| Court Filing Service | $191.00 |
| Business Meals | $959.52 |
| Travel Meals | $10.00 |
| Air Freight | $16.07 |
| Miscellaneous Disbursement | $207.00 |
| Meals | $100.00 |
| Transportation | $139.88 |
| Online Research – Other Database | $16.36 |
| **Total:** | **$66,714.31** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

ny-1196345

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $875.00 | 9.80 | $8,575.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925.00 | 116.50 | $107,762.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 65.80 | $85,540.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 39.20 | $43,120.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950.00 | 65.70 | $62,415.00 |
| Marines, Jennifer L. | Partner | 2005 | Business Restructuring & Insolvency | $825.00 | 79.80 | $65,835.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,025.00 | 68.00 | $69,700.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,075.00 | 74.50 | $80,087.50 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $875.00 | 3.40 | $2,975.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895.00 | 24.90 | $22,285.50 |
| Abrams, Hanna | Associate | 2009 | Litigation | $725.00 | 48.00 | $34,800.00 |
| Alanis, Corinna | Associate | 2012 | Litigation | $570.00 | 47.40 | $27,018.00 |
| Arakawa, Chika | Associate | 2013 | Litigation | $495.00 | 18.00 | $8,910.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495.00 | 46.90 | $23,215.50 |
| Contreras, Andrea | Associate | 2012 | Litigation | $585.00 | 61.40 | $35,919.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $680.00 | 26.10 | $17,748.00 |

ny-1196345

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Gizaw, Betre M. | Associate | 2011 | Litigation | $585.00 | 44.00 | $25,740.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750.00 | 115.40 | $86,550.00 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $570.00 | 3.70 | $2,109.00 |
| Lim, Clara | Associate | 2010 | Tax | $635.00 | 93.50 | $59,372.50 |
| Manlove, Kendall Lewis | Associate | Admission Pending | Litigation | $440.00 | 2.40 | $1,056.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $760.00 | 79.30 | $60,268.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760.00 | 40.00 | $30,400.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495.00 | 238.40 | $118,008.00 |
| Stern, Jessica S. | Associate | 2014 | Tax | $440.00 | 10.10 | $4,444.00 |
| Weber, John Thomas | Associate | 2013 | Business Restructuring & Insolvency | $570.00 | 75.70 | $43,149.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,095.00 | 13.30 | $14,563.50 |
| Froelich, Edward L. | Of Counsel | 1994 | Tax | $885.00 | 20.50 | $18,142.50 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $875.00 | 22.00 | $19,250.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $770.00 | 38.70 | $29,799.00 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $780.00 | 21.20 | $16,536.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $800.00 | 96.40 | $77,120.00 |
| Molison, Stacy L. | Attorney | 2009 | Business Restructuring & Insolvency | $725.00 | 6.20 | $4,495.00 |
| Roberts, Eric R. | Director of Forensic Accounting Services | N/A | Litigation | $910.00 | 7.00 | $6,370.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $345.00 | 31.10 | $10,729.50 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $320.00 | 37.10 | $11,872.00 |
| Kline, John T. | Senior Paralegal | 9 years | Business Restructuring & Insolvency | $340.00 | 18.20 | $6,188.00 |
| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $300.00 | 11.00 | $3,300.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $310.00 | 20.30 | $6,293.00 |
| Chan, David | Senior eDiscovery Analyst | 11 years | Litigation | $280.00 | 6.60 | $1,848.00 |
| Cusa, Thomas C. | Temporary Attorney | 4 months | Litigation | $225.00 | 172.30 | $38,767.50 |
| Dhavan, Dhruv A. | Temporary Attorney | 4 months | Litigation | $225.00 | 108.30 | $24,367.50 |
| Gesley, Joseph | Temporary Attorney | 4 months | Litigation | $225.00 | 5.10 | $1,147.50 |
| Hou, Timothy | Temporary Attorney | 4 months | Litigation | $225.00 | 175.90 | $39,577.50 |
| Jones, Jason D. | Temporary Attorney | 4 months | Litigation | $225.00 | 186.50 | $41,962.50 |
| Kim, Eugene H. | Temporary Attorney | 4 months | Litigation | $225.00 | 148.20 | $33,345.00 |
| Lee, Yumi | Temporary Attorney | 4 months | Litigation | $225.00 | 207.00 | $46,575.00 |
| Ofosu-Antwi, Elsie J. | Temporary Attorney | 4 months | Litigation | $225.00 | 193.20 | $43,470.00 |
| Pumo, David | Temporary Attorney | 4 months | Litigation | $225.00 | 191.40 | $43,065.00 |
| Spielberg, Philip | Temporary Attorney | 4 months | Litigation | $225.00 | 180.40 | $40,590.00 |
| Thomas, Philip T. | Temporary Attorney | 4 months | Litigation | $225.00 | 210.10 | $47,272.50 |
| Weinstein, Richard | Temporary Attorney | 4 months | Litigation | $225.00 | 57.20 | $12,870.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Total Incurred:** | | | | | 3,683.10 | $1,766,519.00 |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | $(3,595.00) |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | $(12,102.50) |
| **Total Requested** | | | | | | $1,750,821.50 |

ny-1196345

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Photocopies | $766.50 |
| Color Copies | $2,810.00 |
| Filing Fees | $30.00 |
| Travel | $2,040.56 |
| Online Research – Lexis | $4,264.25 |
| Online Research – Westlaw | $6,679.40 |
| EDiscovery Fees | $48,483.77 |
| Court Filing Service | $191.00 |
| Business Meals | $959.52 |
| Travel Meals | $10.00 |
| Air Freight | $16.07 |
| Miscellaneous Disbursement | $207.00 |
| Meals | $100.00 |
| Transportation | $139.88 |
| Online Research – Other Database | $16.36 |
| **Total:** | **$66,714.31** |

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

Invoice Number: 5445280
Invoice Date: July 16, 2015

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:    BANKRUPTCY OF ENERGY FUTURE HOLDINGS

For Disbursements Incurred through May 31, 2015

|  | U.S.Dollars |
|---|---|
| Current Disbursements | 66,714.31 |
| **Total This Invoice** | **66,714.31** |

**MORRISON | FOERSTER**

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5445280  
Invoice Date: July 16, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-May-2015 | Photocopies | 766.50 |
| 31-May-2015 | Color Copies | 2,810.00 |
| 31-May-2015 | Air Freight | 16.07 |
| 31-May-2015 | On-line Research – LEXIS (May 1 – May 31) | 4,264.25 |
| 31-May-2015 | On-line Research – WESTLAW (May 1 – May 31) | 6,679.40 |
| 22-May-2015 | Filing Fees COURTCALL, LLC, Court Conference appearance | 30.00 |
| 20-Apr-2015 | Travel, train, K. Sadeghi, travel to/from Delaware for EFIH makewhole hearing, 4/20/15 | 333.00 |
| 20-Apr-2015 | Travel, taxi/car service, K. Sadeghi, ground travel in Delaware for hearing, 4/20/15 | 10.00 |
| 21-Apr-2015 | Travel, train, K. Sadeghi, travel to/from Delaware for EFIH makewhole hearing, 4/22/15 | 338.00 |
| 22-Apr-2015 | Travel, taxi/car service, K. Sadeghi, ground travel in Delaware for hearing, 4/22/15 | 10.00 |
| 04-May-2015 | Travel, train, T. Goren, travel to/from Delaware for hearing, 5/4/15 - 5/5/15 | 358.00 |
| 04-May-2015 | Travel, parking, train station, T. Goren, 5/4/15 | 21.00 |
| 04-May-2015 | Travel, train, L. Marinuzzi, travel to/from Delaware for hearing, 5/4/15 | 320.00 |
| 04-May-2015 | Travel, taxi/car service, L. Marinuzzi, ground travel in Delaware for hearing, 5/4/15 | 8.00 |
| 04-May-2015 | Travel, train, C. Kerr, travel to Delaware for hearing, 5/4/15 | 266.00 |
| 04-May-2015 | Travel, train, C. Kerr, return travel from Delaware for hearing, 5/4/15 | 159.00 |
| 06-May-2015 | Travel, taxi/car service, K. Sadeghi, ground travel to train station, 4/20/15 | 108.78 |
| 06-May-2015 | Travel, taxi/car service, K. Sadeghi, ground travel to train station, 4/22/15 | 108.78 |
| 26-Apr-2015 | Local meals, A. Lawrence, 4/19/15, 12:07PM (weekend) | 20.00 |
| 26-Apr-2015 | Local meals, K. Sadeghi, 4/22/15, 8:05PM | 20.00 |
| 26-Apr-2015 | Local meals, A. Lawrence, 4/25/15, 8:33PM (weekend) | 20.00 |
| 26-Apr-2015 | Local meals, A. Lawrence, 4/26/15, 6:49PM (weekend) | 20.00 |
| 10-May-2015 | Local meals, A. Lawrence, 4/28/15, 8:38PM | 20.00 |
| 12-May-2015 | Local travel, taxi/car service, S. Martin, 5/12/15, 10:36PM | 17.88 |
| 18-May-2015 | Local travel, taxi/car service, S. Martin, 5/18/15, 11:28PM | 24.84 |
| 21-May-2015 | Local travel, taxi/car service, K. Sadeghi, 5/21/15, 10:07PM | 97.16 |
| 14-May-2015 | Court call, M. Diaz (FTI) telephonic hearing appearance, 5/4/15 | 163.00 |
| 20-May-2015 | Court call, B. Miller telephonic hearing appearance, 5/13/15 | 44.00 |
| 21-Jan-2015 | EDiscovery Fees AQUIPT, INC. | 8,432.37 |
| 16-Feb-2015 | EDiscovery Fees AQUIPT, INC. | 7,697.46 |
| 18-Mar-2015 | EDiscovery Fees AQUIPT, INC. | 7,262.51 |
| 14-Apr-2015 | EDiscovery Fees AQUIPT, INC. | 7,438.34 |
| 31-May-2015 | EDiscovery Fees IRIS DATA SERVICES, INC., eDiscovery processing, hosting and support | 17,653.09 |
| 14-May-2015 | Court Filing Service, D. Harris, Court call, 5/14/15 | 191.00 |
| 06-May-2015 | Business meals, 10 attendees, EFH meeting, 5/6/15 | 200.00 |
| 10-May-2015 | Business meals, 10 attendees, EFH meeting, 4/24/15 | 128.40 |
| 10-May-2015 | Business meals, 10 attendees, EFH meeting, 4/30/15 | 200.00 |
| 10-May-2015 | Business meals, 8 attendees, EFH tax call, 4/24/15 | 160.00 |
| 18-May-2015 | Business meals, 10 attendees, EFH meeting, 5/18/15 | 87.06 |
| 24-May-2015 | Local meals, S. Martin, 5/12/15, 7:13PM | 20.00 |
| 24-May-2015 | Local meals, A. Lawrence, 5/14/15, 7:47PM | 20.00 |
| 26-May-2015 | Business meals, 8 attendees, EFH meeting, 5/26/15 | 144.06 |
| 04-May-2015 | Travel meals, T. Goren, breakfast in Delaware for hearing, 5/4/15 | 10.00 |
| 31-May-2015 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 20 | 8.18 |
| 31-May-2015 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 20 | 8.18 |

Total Disbursements     66,714.31

2

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5445280
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: July 16, 2015

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
|      |          | Total This Invoice | USD | 66,714.31 |

3