## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

### NOTICE EXTENDING MEDIATION PERIOD

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), the official committee of TCEH unsecured creditors (the "TCEH Committee"), the ad hoc group of TCEH first lien noteholders, (the "TCEH First Lien Ad Hoc Group"), Wilmington Savings Fund Society, FSB, as indenture trustee for the TCEH second lien notes and the ad hoc consortium of TCEH second lien noteholders (collectively, the "TCEH Second Lien Group"), the ad hoc group of TCEH unsecured noteholders (the "TCEH Unsecured Ad Hoc Group"), and Law Debenture Trust Company of New York, as the indenture trustee for the TCEH unsecured notes (the "TCEH Unsecured Indenture Trustee" and together with the Debtors, the TCEH Committee, the TCEH First Lien Ad Hoc Group, the TCEH Second Lien Group, and the TCEH Unsecured Ad Hoc Group, the "Mediation Parties") hereby file the following notice.

**PLEASE TAKE NOTICE THAT** on May 18, 2015, the Court entered the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Connection with the Approval of the Debtors' Disclosure Statement, and (C) Establishing the Terms Governing Mediation* [D.I. 4497] (the "<u>May 18 Scheduling Order</u>");

**PLEASE TAKE FURTHER NOTICE THAT** paragraph 12 of the May 18 Scheduling Order stated that "[t]he Mediation shall. . . terminate on July 20, 2015; *provided*, *however*, that the Mediator may extend such date without further order of the Court. . .";

**PLEASE TAKE FURTHER NOTICE THAT** the Mediator has determined, and the Mediation Parties have agreed, to extend Mediation such that it will terminate on October 31, 2015, unless otherwise extended or terminated as set forth in the May 18 Scheduling Order.

**PLEASE TAKE FURTHER NOTICE THAT** all other terms and provisions of the May 18 Scheduling Order shall continue to be full force and effect except to the extent modified by the Court.

*[Remainder of page intentionally left blank.]*

RLF1 12563272v.1

Notice filed by:

ENERGY FUTURE HOLDINGS, CORP., *ET AL.*, DEBTORS AND DEBTORS-IN-POSSESSION

By:  */s/ Joseph C. Barsalona II*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com
                barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE
COMPETITIVE HOLDINGS COMPANY LLC, EFCH'S DIRECT SUBSIDIARY, TEXAS
COMPETITIVE ELECTRIC HOLDINGS, LLC AND THEIR DIRECT AND INDIRECT
SUBSIDIARIES, AND EFH CORPORATE SERVICES COMPANY

By: */s/ Brett H. Miller*
    **POLSINELLI PC**
    Christopher A. Ward (No. 3877)
    Justin K. Edelson (No. 5002)
    Shanti M. Katona (No. 5352)
    222 Delaware Avenue, Suite 1101
    Wilmington, Delaware 19801
    Telephone:    (302) 252-0920
    Facsimile:    (302) 252-0921
    Email:    cward@polsinelli.com
        jedelson@polsinelli.com
        skatona@polsinelli.com

    -and-

    **MORRISON & FOERSTER LLP**
    Lorenzo Marinuzzi (admitted *pro hac vice*)
    Brett H. Miller (admitted *pro hac vice*)
    James M. Peck (admitted *pro hac vice*)
    Todd M. Goren (admitted *pro hac vice*)
    250 West 55th Street
    New York, New York 10019
    Telephone:    (212) 468-8000
    Facsimile:    (212) 468-7900
    Email:    lmarinuzzi@mofo.com
        bmiller@mofo.com
        jpeck@mofo.com
        tgoren@mofo.com

    *Co-Counsel to the Official Committee of Unsecured Creditors*

WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR
INDENTURE TRUSTEE

By: */s/ Edward S. Weisfelner*

**ASHBY & GEDDES, P.A.**
William P. Bowdil (No. 2553)
Gregory A. Taylor (No. 4008)
500 Delaware A venue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone:     (302) 654-1888
Facsimile:     (302) 654-2067

-and-

**BROWN RUDNICK LLP**
Edward S. Weisfelner (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone:     (212) 209-4800
Facsimile:     (212) 209-4801
-and-
Jeffrey L. Jonas (admitted *pro hac vice*)
Jeremy B. Coffey (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone:     (617) 856-8200
Facsimile:     (617) 856-8201

*Counsel to Wilmington Savings Fund Society, FSB, solely in its
capacity as successor Indenture Trustee*

THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS

By: */s/ Thomas E. Lauria*

**FOX ROTHSCHILD LLP**
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone:     (302) 654-7444
Facsimile:     (302) 463-4971
Email:        jschlerf@foxrothschild.com
            jstrock@foxrothschild.com
            lbird@foxrothschild.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 819-8200
Facsimile:     (212) 354-8113
Email:        cshore@whitecase.com
            gstarner@whitecase.com

Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:        tlauria@whitecase.com
            mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*

LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE FOR
THE TCEH UNSECURED NOTES

By:                               */s/ Daniel A. Lowenthal*

**MORRIS JAMES LLP**
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: smiller@morrisjames.com

- and -

**PATTERSON BELKNAP WEBB & TYLER LLP**
Daniel A. Lowenthal
Brian P. Guiney
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: dalowenthal@pbwt.com
         bguiney@pbwt.com

*Attorneys for Law Debenture Trust Company of New York, as
Indenture Trustee*

THE AD HOC GROUP OF TCEH FIRST LIEN NOTEHOLDERS

By:                                    /s/ Jacob A. Adlerstein
                                       **YOUNG CONAWAY STARGATT & TAYLOR**
                                       Pauline K. Morgan (Bar No. 3650)
                                       Ryan M. Bartley (Bar No. 4985)
                                       Andrew Magaziner (Bar No. 5426)
                                       1000 North King Street
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 571-6600
                                       Facsimile: (302) 570-1253

                                       - and -

                                       **PAUL, WEISS, RIFKIND, WHARTON & GARRISON
                                       LLP**
                                       Alan W. Kornberg (admitted *pro hac vice*)
                                       Kelley A. Cornish (admitted *pro hac vice*)
                                       Brian S. Hermann (admitted *pro hac vice*)
                                       Jacob A. Adlerstein (admitted *pro hac vice*)
                                       1285 Avenue of the Americas
                                       New York, NY 10019
                                       Telephone: (212) 373-3000
                                       Facsimile: (212) 757-3990
                                       Email: dalowenthal@pbwt.com
                                              bguiney@pbwt.com

                                       *Counsel to the Ad Hoc Group of TCEH First Lien Noteholders*