# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br>       *Debtors.* | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |
| DELAWARE TRUST COMPANY, as<br>INDENTURE TRUSTEE,<br>       *Plaintiff,*<br>v.<br>ENERGY FUTURE INTERMEDIATE HOLDING<br>COMPANY LLC and EFIH FINANCE INC.<br>       *Defendants.* | Adversary Proceeding<br>No. 14-50363 (CSS) |

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that on July 17, 2015, she caused a copy of the Notice of Appeal to be served on the parties on the attached service list via First Class Mail.

Dated: July 17, 2015

                                                                  /s/ Kimberly A. Karstetter
                                                                  Kimberly A. Karstetter, Paralegal
                                                                  COLE SCHOTZ P.C.
                                                                  500 Delaware Avenue, Suite 1410
                                                                  Wilmington, DE 19801

SWORN TO AND SUBSCRIBED before
me this 17th day of July, 2015

_____
NOTARY PUBLIC

| | |
|---|---|
| **Defendants Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. and and the other Debtors and Debtors in Possession** | Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>RICHARDS, LAYTON & FINGER, P.A<br>920 North King Street<br>Wilmington, Delaware 19801<br><br>Richard M. Cieri<br>Edward O. Sassower, P.C.<br>Brian E. Schartz<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br><br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Andrew R. McGaan<br>Steven N. Serajeddini<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>300 North LaSalle<br>Chicago, Illinois 60654 |
| **Intervenors certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates** | Michael J. Joyce<br>CROSS & SIMON, LLC<br>1105 N. Market Street<br>Suite 901<br>Wilmington, Delaware 19899-1380<br><br>Brad Eric Scheler<br>Gary L. Kaplan<br>Matthew M. Roose<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, New York 10004 |
| **Intervenor Pacific Investment Management Company LLC** | Jamie L. Edmonson<br>VENABLE LLP<br>1201 North Market Street<br>Suite 1400<br>Wilmington, DE 19801 |

| | |
|---|---|
| **Intervenor Pacific Investment Management Company LLC (con't)** | Jeffrey S. Sabin<br>VENABLE LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>Twenty-Fifth Floor<br>New York, NY 10020<br><br>Julia Frost-Davies<br>Patrick Strawbridge<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Federal Street<br>Boston, MA 02110-1726 |
| **Intervenor the Ad Hoc Group of EFH Legacy Noteholders** | Garvan F. McDaniel<br>HOGAN MCDANIEL<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br><br>David S. Rosner<br>Andrew K. Glenn<br>Daniel A. Fliman<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, New York 10019 |
| **Intervenor Computershare Trust Company, N.A. and Computershare Trust Company of Canada as Trustee** | Laura Davis Jones<br>Robert J. Feinstein<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br><br>Thomas Moers Mayer<br>Gregory A. Horowitz<br>Joshua K. Brody<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br><br>Stephanie Wickouski<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-3300 |

| | |
|---|---|
| **Intervenor the Official Committee of TCEH Unsecured Creditors** | James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019-9601<br><br>Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>Jarrett Vine<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 |
| **Intervenor the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECL Inc.** | Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink<br>MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br><br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Michael H. Torkin<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004 |