June-30-2015

Dear Sir:

I am including some of the pictures of the day of the accident, Maritza J Leija Admitted to hit me, so in good faith this was all the information that I needed.
In Texas, both parties involved in the accident can exchange information.
I called my insurance company with the information. My insurance company is Geico and the accident report could be verify by calling 1-800-841-3000.
Geico offered to fix my car, but I told them that will wait to hear from Federated National. They actually scheduled an appointed to check the damage but I decided to wait. Maritza hit my car as she was backing out. She hit the passengers side of my car. I previously sent you the cost of the damage to my car. I honestly think that Federated National should paid for the damage made to my car and not Geico.

Thank you,

M. Navarrete

P.S If questions please call me at 713- 557-6600

Case Number 2246516

Claim Number 9729

Case No. 14-10979 (CSS)
Debtors - Energy Future Holdings Corp.

# TEXAS A

## WARNING: A NAM
## INDIVIDUALS RESIDI

Name and Address of Insur

Nombre y direccion del Asegura

MARITZA J LEIJA

1734 KILMORY CT

HOUSTON, TX 77014

Agent /



...urance Company

...ompañia de Seguro

...NATIONAL INSURANCE

...all accidents immediatel

1-800-293-2532

...mber / Número de