**Exhibit B**

**Redline of Exhibit 4**

**(Modify Amount Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ATKINS NORTH AMERICA, INC. F/K/A P B S & J INC 4030 W BOY SCOUT BLVD STE 700 TAMPA, FL 33607-5713 | 2024 | Luminant Mining Company LLC | Unsecured | $112,783.85 | Luminant Mining Company LLC | Unsecured | $64,235.65 |
| | **REASON FOR MODIFICATION:** Modified amount reflects amount owed according to Debtors' books and records; the difference of $48,548.20 is accounted for in claim no. 6142 on the claim register. | | | | | | | |
| 2 | AXON SOLUTIONS INC ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6077 | TXU Energy Retail Company LLC | Unsecured | $953,764.84 | TXU Energy Retail Company LLC | Unsecured | $871,506.78 |
| | **REASON FOR MODIFICATION:** Modified amount reflects amount owed according to Debtors' books and records; the difference of $82,258.06 is accounted for in claim no. 6078 on the claim register. | | | | | | | |
| 3 | AXON SOLUTIONS INC ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6078 | EFH Corporate Services Company | Unsecured | $953,764.84 | EFH Corporate Services Company | Unsecured | $82,258.06 |
| | **REASON FOR MODIFICATION:** Modified amount reflects amount owed according to Debtors' books and records; the difference of $871,506.78 is accounted for in claim no. 6077 on the claim register. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BI-INFORM, INC. C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 7929 | EFH Corporate Services Company | Unsecured | $27,000.00 | EFH Corporate Services Company | Unsecured | $26,250.00 |
| | **REASON FOR MODIFICATION:** Modified amount reflects adjustment for amount paid via ACH number 8000940066 on 4/23/2014. | | | | | | | |
| 5 | CRC GROUP INC PO BOX 131888 DALLAS, TX 75313 | 4530 | EFH Corporate Services Company | Unsecured | $106,645.93 | EFH Corporate Services Company | Unsecured | $57,520.33 |
| | **REASON FOR MODIFICATION:** Modified amount reflects amount owed according to Debtors' books and records; the difference of $49,125.60 is accounted for in claim nos. 4531, 4532, and 4533 on the claim register. | | | | | | | |
| 6 | CRC GROUP INC PO BOX 131888 DALLAS, TX 75313 | 4533 | Luminant Generation Company LLC | Unsecured | Undetermined* | Luminant Generation Company LLC | Unsecured | $10,169.11 |
| | **REASON FOR MODIFICATION:** Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. | | | | | | | |
| 7 | FLANDERS ELECTRIC INC. 901 HARRISON RD LONGVIEW, TX 75604 | 1861 | Oak Grove Management Company LLC | Unsecured | $31,376.71 | Oak Grove Management Company LLC | Unsecured | $24,176.50 |
| | **REASON FOR MODIFICATION:** Modified amount reflects amount owed according to Debtors' books and records. | | | | | | | |
| 8 | FLANDERS ELECTRIC INC. 901 HARRISON RD LONGVIEW, TX 75604 | 1865 | Luminant Mining Company LLC | Unsecured | $835,012.91 | Luminant Mining Company LLC | Unsecured | $744,297.85 |
| | **REASON FOR MODIFICATION:** Modified amount reflects amount owed according to Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | NEUNDORFER INC<br>4590 HAMANN PKWY<br>WILLOUGHBY, OH 44094 | 5830 | Luminant Generation Company LLC | Unsecured | $10,937.08 | Luminant Generation Company LLC | Unsecured | $9,817.09 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via ACH number 8000940426 on 4/24/2014. | | | | | | | |
| 10 | PERFORMANCE CONTRACTING INC<br>PO BOX 872346<br>KANSAS CITY, MO 64187-2346 | 5767 | Luminant Generation Company LLC | Unsecured | $1,490,781.05 | Luminant Generation Company LLC | Unsecured | $166,718.40 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $1,324,062.65 is accounted for in claim nos. 5768, 5769 and 5772 on the claim register. | | | | | | | |
| 11 | PERFORMANCE CONTRACTING INC<br>PO BOX 872346<br>KANSAS CITY, MO 64187-2346 | 5769 | Sandow Power Company LLC | Unsecured | $493,187.31 | Sandow Power Company LLC | Unsecured | $326,468.91 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $166,718.40 is accounted for in claim no. 5767 on the claim register. | | | | | | | |
| 12 | ROMCO EQUIPMENT CO. LLC<br>C/O GARDERE WYNNE SEWELL, LLP<br>ATTN: JOHN P. MELKO<br>1000 LOUISIANA, STE 3400<br>HOUSTON, TX 77002-5007 | 9599 | Luminant Mining Company LLC | Unsecured | $81,958.38 | Luminant Mining Company LLC | Unsecured | $81,942.99 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for freight charges asserted (Debtor uses a third party logistics company to whom that liability is properly owed). | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~13~~ | ~~SUNGARD CONSULTING SERVICES LLC C/O SHUTTS & BOWEN, LLP ATTN: JAMES A. TIMKO, ESQ. 300 S. ORANGE AVE, STE 1000 ORLANDO, FL 32801~~ | ~~5715~~ | ~~EFH Corporate Services Company~~ | ~~Unsecured~~ | ~~$357,046.45*~~ | ~~EFH Corporate Services Company~~ | ~~Unsecured~~ | ~~$265,079.45~~ |

~~REASON FOR MODIFICATION: Modified amount reflects (1) liquidation of claim to reflect the amount owed according to Debtors' books and records and (2) the difference of $91,967.00 is accounted for in claim no. 5714 on the claim register.~~

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~14~~ 13 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 7908 | Oak Grove Management Company LLC Oak Grove Management Company LLC | 503(b)(9) Unsecured Subtotal | $8,176.42 $1,701.50 $9,877.92 | Oak Grove Management Company LLC | 503(b)(9) | $322.84 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $9,555.08 is accounted for in claim no. 7909 on the claim register.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~15~~ 14 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 7909 | Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Unsecured Subtotal | $8,176.42 $1,701.50 $9,877.92 | Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Unsecured Subtotal | $7,853.58 $1,701.50 $9,555.08 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $322.84 is accounted for in claim no. 7908 on the claim register.

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

## REDLINE OF EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~16~~ 15 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR UNITED CONVEYOR SUPPLY CORP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | 4757 | Luminant Generation Company LLC | 503(b)(9) | $84,362.20 | Luminant Generation Company LLC | 503(b)(9) | $38,107.40 |

**REASON FOR MODIFICATION:** Modified amount reflects amount owed according to Debtors' books and records; the difference of $46,254.80 is accounted for in claim no. 4756 on the claim register.

| | | | | TOTAL | $5,201,330.94*<br>~~$5,558,377.39*~~ | | TOTAL | $2,513,346.99<br>~~$2,778,426.44~~ |
|---|---|---|---|---|---|---|---|---|