## Exhibit C

## Redline of Exhibit 5

## (Modify Amount and Priority Claims)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~1~~ | ~~SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ARBILL INDUSTRIES SUITE 208 80 BUSINESS PARK DRIVE ARMONK, NY 10504~~ | ~~5106~~ | ~~Luminant Mining Company LLC~~ | ~~503(b)(9)~~ | ~~$13,102.63~~ | ~~Luminant Mining Company LLC~~ ~~Luminant Mining Company LLC~~ | ~~503(b)(9)~~ ~~Unsecured~~ ~~Subtotal~~ | ~~$13,013.89~~ ~~$19.64~~ ~~$13,033.53~~ |
| | ~~REASON FOR MODIFICATION: Modified amount reflects (1) adjustment for amount paid via check number 8000939916 on 4/21/2014 and (2) amount owed according to Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.~~ | | | | | | | |
| ~~2~~1 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR POWERRAIL DISTRIBUTION 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 3756 | Oak Grove Management Company LLC | 503(b)(9) | $24,575.59 | Oak Grove Management Company LLC Oak Grove Management Company LLC | 503(b)(9) Unsecured Subtotal | $5,418.80 $2,101.14 $7,519.94 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $17,055.65 is accounted for in claim no. 3755 ~~7908~~ on the claim register. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status. | | | | | | | |
| | | | | TOTAL | $24,575.59 ~~$37,678.22~~ | | TOTAL | $7,519.94 ~~$20,553.47~~ |