**<u>Exhibit D</u>**

**Redline of Exhibit 6**

**(Modify Priority Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CANTU FOODS & SUPPLY<br>1601 BRYAN ST #210<br>DALLAS, TX 75201-3480 | 7915 | EFH Corporate Services Company<br>EFH Corporate Services Company | Priority<br>Unsecured<br><br>Subtotal | $30.98<br>$230.33<br><br>$261.31 | EFH Corporate Services Company | Unsecured | $261.31 |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status; tax charge is related to sales tax that does not give rise to priority status.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~2~~ | ~~HILDRETH, JOHN C/O ISSUELINK 1801 LAVACA ST #12C AUSTIN, TX 78701~~ | ~~4230~~ | ~~EFH Corporate Services Company~~ | ~~Priority~~ | ~~$10,000.00~~ | ~~EFH Corporate Services Company~~ | ~~Unsecured~~ | ~~$10,000.00~~ |

~~REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(4); according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.~~

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~3~~ | ~~PS ENERGY GROUP INC 4480 N SHALLOWFORD RD STE 100 DUNWOODY, GA 30338~~ | ~~4529~~ | ~~EFH Corporate Services Company~~<br>~~EFH Corporate Services Company~~ | ~~503(b)(9)~~<br>~~Unsecured~~<br><br>~~Subtotal~~ | ~~$9,553.31~~<br>~~$5,124.88~~<br><br>~~$14,678.19~~ | ~~EFH Corporate Services Company~~ | ~~Unsecured~~ | ~~$14,678.19~~ |

~~REASON FOR MODIFICATION: According to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~4~~ | ~~SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ARBILL INDUSTRIES SUITE 208 80 BUSINESS PARK DRIVE ARMONK, NY 10504~~ | ~~5107~~ | ~~Sandow Power Company LLC~~ | ~~503(b)(9)~~ | ~~$5,159.86~~ | ~~Sandow Power Company LLC~~<br>~~Sandow Power Company LLC~~ | ~~503(b)(9)~~<br>~~Unsecured~~<br><br>~~Subtotal~~ | ~~$3,862.20~~<br>~~$1,297.66~~<br><br>~~$5,159.86~~ |

~~REASON FOR MODIFICATION: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.~~

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | ~~SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ROBERT'S COFFEE & VENDING SERVICES, LLC 80 BUSINESS PARK DRIVE, SUITE 208 ARMONK, NY 10504~~ | ~~5694~~ | ~~Luminant Mining Company LLC~~ | ~~503(b)(9)~~ | ~~$2,061.50~~ | ~~Luminant Mining Company LLC~~ | ~~Unsecured~~ | ~~$2,061.50~~ |
| | ~~REASON FOR MODIFICATION: According to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~ | | | | | | | |
| 6 | ~~SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ROBERT'S COFFEE & VENDING SERVICES, LLC 80 BUSINESS PARK DRIVE, SUITE 208 ARMONK, NY 10504~~ | ~~5695~~ | ~~Luminant Generation Company LLC~~ | ~~503(b)(9)~~ | ~~$3,736.45~~ | ~~Luminant Generation Company LLC~~ ~~Luminant Generation Company LLC~~ ~~Subtotal~~ | ~~503(b)(9)~~ ~~Unsecured~~ | ~~$1,444.85~~ ~~$2,291.60~~ ~~$3,736.45~~ |
| | ~~REASON FOR MODIFICATION: According to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~ | | | | | | | |
| | | | | TOTAL | ~~$261.31~~ ~~$35,897.31~~ | | TOTAL | 261.31 ~~$35,897.31~~ |