# Notice Recipients

District/Off: 0311−1          User: LisaC                    Date Created: 7/20/2015
Case: 14−10979−CSS           Form ID: van440                 Total: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee | U.S. Federal Office Building     201 Varick Street, Rm 1006     New York, NY 10065 |
| aty | Christopher A. Ward | Polsinelli PC    222 Delaware Avenue, Suite 1101    Wilmington, DE 19801 | |
| aty | Garvan F. McDaniel | Hogan McDaniel    1311 Delaware Avenue    Wilmington, DE 19806 | |
| aty | Jamie Lynne Edmonson | Venable LLP    1201 North Market Street    Suite 1400    Wilmington, DE 19801 | |
| aty | Jamie Lynne Edmonson | Venable LLP    1201 North Market Street    Suite 1400    Wilmington, DE 19801 | |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP    919 N. Market Street, 17th Floor    Wilmington, DE 19801 | |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 | |
| aty | Michael Joseph Joyce | Cross & Simon, LLC    1105 North Market Street    Suite 901    Wilmington, DE 19801 | |
| aty | Natalie D. Ramsey | Montgomery, McCracken, Walker & Rhoads    1105 North Market Street    15th Floor    Wilmington, DE 19801 | |
| aty | Natalie D. Ramsey | Montgomery, McCracken, Walker & Rhoads    1105 North Market Street    15th Floor    Wilmington, DE 19801 | |
| aty | Norman L. Pernick | Cole Schotz P.C.    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801 | |
| aty | Richard L. Schepacarter | Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 | |

                                                                    TOTAL: 12