UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979        BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Findings of Fact and Conclusions of Law Regarding Cross-Motions For Summary Judgment; Order Relating to Court's Findings of Fact and Conclusions of Law

**Docket #:** 3985/4940  **Date Entered:** 3/26/15; 7/8/15

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 5035 | Date Filed: 7/17/15 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Record on Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Delaware Trust Company

**Appellee/Cross Appellee**

Energy Future Intermediate Holding Company LLC and EFIH Finance Inc.

**Counsel for Appellant/Cross Appellant:**

Norman Pernick
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Jason Madron
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number? Civil Action Number: | ○ | ● |
| Record on Appeal | ○ | ● |

*(continued on next page)*

**Notes:** The appeal was also filed in adversary proceeding, 14-50363 at docket 308.

Designation of Items were not filed by the Appellee or the Appellant.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 7/20/15    **by:** Lisa C. Bowers
                           **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: 15-30