## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>ENERGY FUTURE HOLDINGS CORP., *et al.*, )<br><span style="padding-left:3em"></span>*Debtors.* ) | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |
| )<br>DELAWARE TRUST COMPANY, as )<br>INDENTURE TRUSTEE, )<br><span style="padding-left:3em"></span>*Plaintiff,* )<br><span style="padding-left:3em"></span>v. )<br>ENERGY FUTURE INTERMEDIATE HOLDING )<br>COMPANY LLC and EFIH FINANCE INC. )<br><span style="padding-left:3em"></span>*Defendants.* )<br>) | Adversary Proceeding<br>No. 14-50363 (CSS) |

### NOTICE OF APPEAL

Plaintiff Delaware Trust Company ("Plaintiff"), indenture trustee for first lien notes

("Notes") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc.,

and the specified holders of the Notes (the "Noteholders"; together with Plaintiff, "Appellants"),[1]

appeal under 28 U.S.C. § 158 from all of the following orders, judgments and decrees issued by

the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.) in the above-captioned

chapter 11 case and/or adversary proceeding:

- Order dated July 8, 2015 [No. 14-10979, Dkt. 4940]

- Findings of Fact and Conclusions of Law dated July 8, 2015 [No. 14-10979, Dkt. 4939; No. 14-50363, Dkt. 304]

- Order dated March 26, 2015 [No. 14-10979, Dkt. 3985; No. 14-50363, Dkt. 246]

- Findings of Facts and Conclusions of Law Regarding Cross-Motions for Summary Judgment dated March 26, 2015 [No. 14-10979, Dkt. 3984; No. 14-50363, Dkt. 245]

---

[1] The Noteholders consist of (or are funds or accounts managed or advised by): BlueMountain Capital Management, LLC; Cyrus Capital Partners L.P.; Halcyon Asset Management LLC; LLSM II L.P.; Luxor Capital Group, LP; Southpaw Credit Opportunity Master Fund LP; VR Advisory Services Ltd; Waveny Capital Management, LP; and Whitebox Advisors LLC.

- Any and all orders, opinions, findings of fact, conclusions of law, rulings, or other decisions that merged in the foregoing Orders, Findings of Fact and Conclusions of Law

The names of all parties to the order and the names, addresses and telephone numbers of

their respective attorneys are as follows:

| PARTY | COUNSEL |
|---|---|
| **Plaintiff / Appellants** | Norman L. Pernick<br>J. Kate Stickles<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302-652-3131<br>Facsimile: 302-652-3117<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br><br>Warren A. Usatine<br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07602<br>Telephone: 201-489-3000<br>Facsimile: 201-489-1536<br>wusatine@coleschotz.com<br><br>Philip D. Anker<br>Charles C. Platt<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: 212-230-8800<br>Facsimile: 212-230-8888<br>Philip.Anker@wilmerhale.com<br>Charles.Platt@wilmerhale.com<br><br>Dennis L. Jenkins<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street |

| | |
|---|---|
| | Boston, MA 02109<br>Telephone:  617-526-6000<br>Facsimile: 617-526-5000<br>Dennis.Jenkins@wilmerhale.com<br><br>James H. Millar<br>DRINKER BIDDLE & REATH LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714<br>Telephone:  212-248-3264<br>Facsimile:  212-248-3141<br>James.Millar@dbr.com<br><br>Todd C. Schiltz<br>DRINKER BIDDLE & REATH LLP<br>222 Delaware Ave, Suite 1410<br>Wilmington, DE  19801-1612<br>Telephone:  302-467-4200<br>Facsimile:  302-467-4201<br>todd.schiltz@dbr.com |
| **Defendants Energy Future**<br>**Intermediate Holding Company LLC**<br>**and EFIH Finance Inc. and**<br>**and the other Debtors and Debtors in**<br>**Possession / Appellees** | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br><br>Richard M. Cieri<br>Edward O. Sassower, P.C.<br>Brian E. Schartz<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>edward.sassower@kirkland.com<br>richard.cieri@kirkland<br>stephen.hessler@kirkland.com |

| | |
|---|---|
| | brian.schartz@kirkland.com<br><br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Andrew R. McGaan<br>Steven N. Serajeddini<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>andrew.mcgaan@kirkland.com<br>steven.serajeddini@kirkland.com |
| **Intervenors certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates** | Michael J. Joyce<br>CROSS & SIMON, LLC<br>1105 N. Market Street<br>Suite 901<br>Wilmington, Delaware 19899-1380<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>mjoyce@crosslaw.com<br><br>Brad Eric Scheler<br>Gary L. Kaplan<br>Matthew M. Roose<br>FRIED, FRANK, HARRIS, SHRIVER &<br>JACOBSON LLP<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>brad.eric.scheler@friedfrank.com<br>gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com |
| **Intervenor Pacific Investment Management Company LLC** | Jamie L. Edmonson<br>VENABLE LLP<br>1201 North Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 298-3535 |

| | |
|---|---|
| | Facsimile: (302) 298-3550<br>jledmonson@Venable.com<br><br>Jeffrey S. Sabin<br>VENABLE LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>Twenty-Fifth Floor<br>New York, NY 10020<br>Telephone: (212) 307-5500<br>Facsimile: (212) 307-5598<br>jssabin@Venable.com<br><br>Julia Frost-Davies<br>Patrick Strawbridge<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Federal Street<br>Boston, MA 02110-1726<br>Telephone: (617) 341-7700<br>Facsimile: (617) 341-7701<br>julia.frost-davies@morganlewis.com<br>patrick.strawbridge@morganlewis.com |
| **Intervenor the Ad Hoc Group of EFH Legacy Noteholders** | Garvan F. McDaniel<br>HOGAN MCDANIEL<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br>gfmcdaniel@dkhogan.com<br><br>David S. Rosner<br>Andrew K. Glenn<br>Daniel A. Fliman<br>KASOWITZ, BENSON, TORRES<br>& FRIEDMAN LLP<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800<br>DRosner@kasowitz.com<br>AGlenn@kasowitz.com<br>DFliman@kasowitz.com |
| **Intervenor Computershare Trust Company, N.A. and Computershare Trust Company of Canada as Trustee** | Laura Davis Jones<br>Robert J. Feinstein<br>PACHULSKI STANG ZIEHL & JONES LLP |

| | |
|---|---|
| | 919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>ljones@pszjlaw.com<br>rfeinstein@pszjlaw.com<br><br>Thomas Moers Mayer<br>Gregory A. Horowitz<br>Joshua K. Brody<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>tmayer@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>jbrody@kramerlevin.com<br><br>Stephanie Wickouski<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: 212-541-1114<br>Facsimile: 212-904-0514<br>stephanie.wickouski@bryancave.com |
| **Intervenor the Official Committee of TCEH Unsecured Creditors** | James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>jpeck@mofo.com<br>brettmiller@mofo.com<br>lmarinuzzi@mofo.com<br>tgoren@mofo.com<br><br>Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>Jarrett Vine |

| | |
|---|---|
| | POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br>skatona@polsinelli.com<br>jvine@polsinelli.com |
| **Intervenor the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECL Inc.** | Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink<br>MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>nramsey@mmwr.com<br>dwright@mmwr.com<br>mfink@mmwr.com<br><br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Michael H. Torkin<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>torkinm@sullcrom.com |

Dated:  July 17, 2015

*/s/  Norman L. Pernick*
_____
COLE SCHOTZ P.C.
Norman L. Pernick (Bar No. 2290)
J. Kate Stickles (Bar No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: 302-652-3131
Facsimile:  302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
Court Plaza North
25 Main Street
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile:  201-489-1536
wusatine@coleschotz.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Philip D. Anker
Charles C. Platt
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile:  212-230-8888
Philip.Anker@wilmerhale.com
Charles.Platt@wilmerhale.com

Dennis L. Jenkins
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
Dennis.Jenkins@wilmerhale.com

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone:  212-248-3264
Facsimile:  212-248-3141
James.Millar@dbr.com

Todd C. Schiltz
222 Delaware Ave, Suite 1410
Wilmington, DE  19801-1612
Telephone:  302-467-4200
Facsimile:  302-467-4201
todd.schiltz@dbr.com