## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., )<br>*et al.,* ) | Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered) |
| *Debtors.* ) | Docket No.: 473 |
| DELAWARE TRUST COMPANY )<br>as INDENTURE TRUSTEE, ) | |
| *Plaintiff,* ) | Adversary Proceeding<br>No. 14-50363 (CSS) |
| v. ) | |
| ENERGY FUTURE INTERMEDIATE )<br>HOLDING COMPANY LLC and )<br>EFIH FINANCE INC. ) | Adv. Doc. No.: 175, 178 |
| *Defendants.* ) | |

## ORDER

For the reasons set forth in the Court's Findings of Fact and Conclusions of Law Regarding Cross-Motions for Summary Judgment dated March 26, 2015, Plaintiff - Trustee's Motion for Summary Judgment [Adv. Docket No. 178] filed on February 13, 2015 is denied in its entirety; and EFIH Debtors' Cross-Motion for Summary Judgment [Adv. Docket No. 175] filed on February 13, 2015 is granted, in part, and denied, in part as follows:

1. Summary judgment is granted for EFIH Debtors on Counts I-IV of the Complaint, provided, however that entry of summary judgment on Count I of the Complaint is without prejudice.

2. Summary judgment is granted, in part, for EFIH Debtors on the Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding

Rescission of Accelration (the "Stay-Applicability Motion") filed on May 15, 2015;

and not granted on the Stay-Applicability Motion solely to the issue of whether cause

exists to lift the automatic stay.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: March 26, 2015