**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|   | ) **Re: D.I. 4784, 4785, 4882, 4895, 4919, 4942, 5038** |

**CERTIFICATION OF COUNSEL REGARDING "DEBTORS'
SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO (SUBSTANTIVE
DUPLICATE, NO LIABILITY, AND NO CLAIM ASSERTED) CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 4784]**

The undersigned hereby certifies as follows:

1. On June 16, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4784] (the "Objection").[2] On June 16, 2015, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

RLF1 12573655v.1

*No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4785] in connection with, and in support of the relief requested, in the Objection.

2.  Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on July 2, 2015.

3.  The Debtors received five formal responses to the Objection filed: on June 29, 2015, by Wayne English [D.I. 4882]; on June 30, 2015, by Puente Brothers Investments [D.I. 4895]; on July 2, 2015, by Linda Lammers [D.I. 4919]; on July 8, 2015, by DeAnna and Gerald Edwards [D.I. 4942]; and on July 20, 2015, by Moises Navarrete [D.I. 5038] (the "Formal Responses").

4.  The Debtors have determined to adjourn the hearing with respect to the remaining Formal Responses.

   a. The claimants under Proofs of Claim numbers 4685, 7659, and 9800 (relating to the Formal Responses filed as Docket Nos. 4895, 4942, and 4882, respectively) each consented to the adjournment via telephone.

   b. The Debtors sent an email to the claimant under Proof of Claim 251 (relating to the Formal Response filed as Docket No. 4919) on June 30, 2015, advising the claimant of the adjournment; the claimant has not responded and, as such, the Debtors believe the claimant does not oppose the adjournment.

   c. The Debtors left a voicemail for the claimant under Proof of Claim 9729 (relating to the Formal Response filed as Docket No. 5038) on July 20, 2015, advising the claimant of the adjournment.

5.  In addition, the Debtors received one informal response to the Objection (the "Informal Response"). The Debtors are currently in negotiations to consensually resolve the Informal Response. While the Debtors pursue a consensual resolution, the Debtors have agreed to continue the hearing with respect to the Proofs of Claim related to the Informal Response.

6.      The following is a complete list of the Proofs of Claim objected to in the Objection and for which the Debtors have agreed or determined to continue the hearing as described above (collectively, the "Adjourned Claims"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 251 | Linda Lammers | D.I. 4919 |
| POC No. 4685 | Puente Brothers Investments | D.I. 4895 |
| POC No. 7659 | Gerald Edwards | D.I. 4942 |
| POC Nos. 7840, 7841, 7842 | Railroad Management | None |
| POC No. 9729 | Moises Navarrete | D.I. 5038 |
| POC No. 9800 | Wayne English | D.I. 4882 |

7.      During the continuance of the Adjourned Claims, the Debtors reserve all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

8.      The Debtors also received certain general informal inquiries from claimants holding Disputed Claims.  The Debtors have addressed and resolved these inquiries without requiring any modification to the Order or the relief sought in the Objection.

9.      The Debtors have not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

10.     The Debtors have revised the applicable exhibits to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims.  A copy of the Proposed Order is attached hereto as **Exhibit A**, and redlines of the applicable exhibits as compared to the exhibits attached to the Proposed Order filed on June 16, 2015, are attached hereto as **Exhibit B** and **Exhibit C**.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated: July 20, 2015
      Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*