**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 4784, 4785, 4882, 4895, 4919, 4942, 5038** |
| | ) | |
| | ) | |

**ORDER SUSTAINING DEBTORS'
SEVENTEENTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO (SUBSTANTIVE DUPLICATE, NO
LIABILITY, AND NO CLAIM ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and

expunging the Disputed Claims set forth on **Exhibit 1**, **Exhibit 2**, and **Exhibit 3** attached hereto,

all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having

found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having

found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C.

§§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Substantive Duplicate Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3.      The No Liability Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.      The No Claim Asserted Claims set forth on the attached **Exhibit 3** are hereby disallowed in their entirety.

5.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

6.      Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **Exhibit 1**, attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

7.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

8.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

10.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: July _____, 2015
      Wilmington, Delaware       _____
                                    THE HONORABLE CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Substantive Duplicate Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 1 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10978 (CSS) | 6413 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 2 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10979 (CSS) | 6414 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10980 (CSS) | 6415 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 4 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10982 (CSS) | 6416 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10983 (CSS) | 6417 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 6 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10984 (CSS) | 6418 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 7 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10985 (CSS) | 6419 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 8 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10986 (CSS) | 6420 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 9 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10987 (CSS) | 6421 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 10 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10988 (CSS) | 6422 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** | |
| 11 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10989 (CSS) | 6423 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 12 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10990 (CSS) | 6424 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 13  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10991 (CSS) | 6425 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 14  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10992 (CSS) | 6426 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 15 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10993 (CSS) | 6427 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 16 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10994 (CSS) | 6428 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 17 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10995 (CSS) | 6429 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 18 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10996 (CSS) | 6430 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 19 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10997 (CSS) | 6431 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 20 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10998 (CSS) | 6432 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 21 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10999 (CSS) | 6433 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 22 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11000 (CSS) | 6434 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 23 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11001 (CSS) | 6435 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 24 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11002 (CSS) | 6436 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 25 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11003 (CSS) | 6437 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 26 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11004 (CSS) | 6438 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 27 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11005 (CSS) | 6439 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 28 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11006 (CSS) | 6440 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 29 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11007 (CSS) | 6441 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 30 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11008 (CSS) | 6442 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 31 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11009 (CSS) | 6443 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 32 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11010 (CSS) | 6444 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 33 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11011 (CSS) | 6445 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 34 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11012 (CSS) | 6446 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 35  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11013 (CSS) | 6447 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 36  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11014 (CSS) | 6448 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 37 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11015 (CSS) | 6449 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 38 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11016 (CSS) | 6450 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 39 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11017 (CSS) | 6451 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 40 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11018 (CSS) | 6452 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 41 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11019 (CSS) | 6453 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 42 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11020 (CSS) | 6454 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 43 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11021 (CSS) | 6455 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 44 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11022 (CSS) | 6456 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 45 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11023 (CSS) | 6457 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 46 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11024 (CSS) | 6458 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 47 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11025 (CSS) | 6459 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 48 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11026 (CSS) | 6460 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 49 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11027 (CSS) | 6461 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 50 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11028 (CSS) | 6462 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 51 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11029 (CSS) | 6463 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 52 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11030 (CSS) | 6464 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 53 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11031 (CSS) | 6465 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11034 (CSS) | 6468 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 55 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11035 (CSS) | 6469 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 56 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11036 (CSS) | 6470 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 57 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11037 (CSS) | 6471 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 58 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11038 (CSS) | 6472 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 59 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11039 (CSS) | 6473 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 60 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11040 (CSS) | 6474 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 61 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11041 (CSS) | 6475 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 62 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11042 (CSS) | 6476 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 63 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11043 (CSS) | 6477 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 64 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11044 (CSS) | 6478 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 65 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11045 (CSS) | 6479 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 66 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11046 (CSS) | 6480 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 67 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11047 (CSS) | 6481 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 68 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11048 (CSS) | 6482 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 69 AXON SOLUTIONS INC ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10979 (CSS) | 6079 | $953,764.84 | AXON SOLUTIONS INC ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10997 (CSS) | 6077 | $953,764.84 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | AXON SOLUTIONS INC ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10996 (CSS) | 6078 | $953,764.84 | |
| 70 CENTRAL MARKETING INC. 30 IRVING PLACE NEW YORK, NY 10003 | 07/31/2014 | 14-10979 (CSS) | 3430 | $28,500.00 | CENTRAL MARKETING INC. 30 IRVING PLACE NEW YORK, NY 10003 | 07/31/2014 | 14-10997 (CSS) | 3431 | $28,500.00 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| 71 CRANE NUCLEAR, INC. ATTN: JASON LOCKE 2825 COBB INTERNATIONAL BLVD. KENNESAW, GA 30152 | 10/24/2014 | 14-10996 (CSS) | 7536 | $2,775,840.04 | CRANE NUCLEAR, INC. ATTN: JASON LOCKE 2825 COBB INTERNATIONAL BLVD. KENNESAW, GA 30152 | 10/24/2014 | 14-11032 (CSS) | 7538 | $2,775,840.04 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 72 | DIDRIKSON ASSOCIATES INC PO BOX 151007 LUFKIN, TX 75915 | 06/24/2014 | 14-10979 (CSS) | 2525 | $19,072.00 | DIDRIKSON ASSOCIATES INC PO BOX 151007 LUFKIN, TX 75915-1007 | 10/10/2014 | 14-11032 (CSS) | 5134 | $11,057.00 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | DIDRIKSON ASSOCIATES INC PO BOX 151007 LUFKIN, TX 75915-1007 | 10/10/2014 | 14-11042 (CSS) | 5133 | $5,605.00 | |
| | | | | | | DIDRIKSON ASSOCIATES INC PO BOX 151007 LUFKIN, TX 75915-1007 | 10/10/2014 | 14-11033 (CSS) | 5132 | $1,310.00 | |
| | | | | | | DIDRIKSON ASSOCIATES INC PO BOX 151007 LUFKIN, TX 75915-1007 | 10/10/2014 | 14-11022 (CSS) | 5131 | $1,100.00 | |
| 73 | DOCUMENT BINDING COMPANY INC 2221 MANANA DR STE 130 DALLAS, TX 75220-7119 | 06/02/2014 | 14-10979 (CSS) | 940 | $224.96 | DOCUMENT BINDING 2221 MANANA DR SUITE 130 DALLAS, TX 76053 | 09/12/2014 | 14-10989 (CSS) | 4345 | $449.92 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 74 | GOULD AND LAMB, LLC 2397 HUNTCREST WAY STE 200 LAWRENCEVILLE, GA 30043-6309 | 07/07/2014 | 14-10979 (CSS) | 2915 | $1,150.00 | GOULD & LAMB 2397 HUNTCREST WAY STE 200 LAWRENCEVILLE, GA 30043-6309 | 09/02/2014 | 14-10996 (CSS) | 4072 | $1,341.67 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 75 | MORDECAI, WYATT 1721 STACY RD FAIRVIEW, TX 75069 | 10/29/2014 | 14-10979 (CSS) | 9656 | $20,000.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6266 | $79,929,269.35* | Duplicates liability in claims filed by Agent and/or Trustee on behalf of all holders of the debt instruments. |
| | | | | | | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6283 | $52,353,494.17* | |
| | | | | | | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6281 | $31,782,275.44* | |
| 76 | NAVEX GLOBAL INC PO BOX 60941 CHARLOTTE, NC 28260-0941 | 09/16/2014 | 14-10979 (CSS) | 4447 | $12,271.00 | NAVEX GLOBAL INC. 6000 MEADOWS ROAD, SUITE 200 LAKE OSWEGO, OR 97035 | 05/29/2014 | 14-10979 (CSS) | 635 | $12,271.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 77 NAVEX GLOBAL, INC. 6000 MEADOWS ROAD SUITE 200 LAKE OSWEGO, OR 97035 | 06/23/2014 | 14-10979 (CSS) | 2494 | $11,926.00 | NAVEX GLOBAL INC. 6000 MEADOWS ROAD, SUITE 200 LAKE OSWEGO, OR 97035 | 05/29/2014 | 14-10979 (CSS) | 635 | $12,271.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |
| 78 OPERATION TECHNOLOGY INC 17 GOODYEAR STE 100 IRVINE, CA 92618 | 10/20/2014 | 14-10979 (CSS) | 5700 | $28,018.00 | OPERATION TECHNOLOGY, INC. 17 GOODYEAR, SUITE 100 IRVINE, CA 92618 | 10/23/2014 | 14-11032 (CSS) | 6180 | $28,018.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |
| 79 PERFORMANCE CONTRACTING INC 16047 WEST 110TH ST LENEXA, KS 66219 | 10/20/2014 | 14-10979 (CSS) | 5679 | $1,490,781.05 | PERFORMANCE CONTRACTING INC PO BOX 872346 KANSAS CITY, MO 64187-2346 | 10/21/2014 | 14-11032 (CSS) | 5767 | $1,490,781.05 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | PERFORMANCE CONTRACTING INC PO BOX 872346 KANSAS CITY, MO 64187-2346 | 10/21/2014 | 14-11022 (CSS) | 5768 | $988,272.66 | |
| | | | | | PERFORMANCE CONTRACTING INC PO BOX 872346 KANSAS CITY, MO 64187-2346 | 10/21/2014 | 14-11033 (CSS) | 5769 | $493,187.31 | |
| | | | | | PERFORMANCE CONTRACTING INC PO BOX 872346 KANSAS CITY, MO 64187-2346 | 10/21/2014 | 14-11042 (CSS) | 5772 | $9,321.08 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 80 RAPID RATINGS INTERNATIONAL, INC. 86 CHAMBERS ST SUITE 701 NEW YORK, NY 10007 | 11/24/2014 | | 9880 | $15,000.00 | RAPID RATINGS INTERNATIONAL, INC. 86 CHAMBERS ST SUITE 701 NEW YORK, NY 10007 | 02/04/2015 | 14-10979 (CSS) | 9964 | $15,000.00 | Claimed invoice in claim to be disallowed appears to be the same as remaining claim. |
| 81 SUSAN BECHTEL WCR INC 2601 W STROOP #100 MORAINE, OH 45439 | 06/30/2014 | 14-11033 (CSS) | 2743 | $50,290.00 | WCR 2601 W STROOP RD #100 DAYTON, OH 45439-1929 | 10/27/2014 | | 7733 | $50,290.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |
| 82 TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR BUCKMAN LABORATORIES INC 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 07/02/2014 | 14-10979 (CSS) | 2801 | $30,216.76 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR BUCKMAN LABORATORIES INC 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 07/02/2014 | 14-11032 (CSS) | 2800 | $30,216.76 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 83 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR FOSSIL POWER SYSTEMS INC 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 07/09/2014 | 14-10979 (CSS) | 2959 | $3,520.00 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR FOSSIL POWER SYSTEMS INC 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 07/09/2014 | 14-11022 (CSS) | 2960 | $3,520.00 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |
| 84 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TOWNLEY ENGINEERING & MFG CO INC. 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 07/18/2014 | 14-10979 (CSS) | 3188 | $20,480.00 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TOWNLEY ENGINEERING & MFG CO INC. 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 07/18/2014 | 14-11032 (CSS) | 3189 | $20,480.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |
| 85 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR CONTINENTAL WIRELESS INC 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 08/12/2014 | 14-10979 (CSS) | 3639 | $2,988.52 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR CONTINENTAL WIRELESS INC 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 08/12/2014 | 14-11032 (CSS) | 3640 | $2,988.52 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 86 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR EAST TEXAS SEED COMPANY 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 08/27/2014 | 14-10979 (CSS) | 3915 | $4,929.26 | | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR EAST TEXAS SEED COMPANY 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 08/27/2014 | 14-11042 (CSS) | 3916 | $4,929.26 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |
| 87 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR SEATINGZONE. COM 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 09/05/2014 | 14-10979 (CSS) | 4151 | $13,299.72 | | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR SEATINGZONE.CO M 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 09/05/2014 | 14-11032 (CSS) | 4150 | $13,299.72 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |
| 88 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR CUTSFORTH PRODUCTS, INC. 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 09/18/2014 | 14-10979 (CSS) | 4492 | $98,365.40 | | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR CUTSFORTH PRODUCTS INC. 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 09/18/2014 | 14-11033 (CSS) | 4491 | $98,365.40 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 89 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR NORTH AMERICAN TIE & TIMBER LLC 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 10/10/2014 | 14-10979 (CSS) | 5081 | $201,600.00 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR NORTH AMERICAN TIE & TIMBER LLC 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 10/10/2014 | 14-11042 (CSS) | 5079 | $201,600.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 90 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 10/27/2014 | 14-10979 (CSS) | 7906 | $9,877.92 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 10/27/2014 | 14-11022 (CSS) | 7908 | $9,877.92 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 10/27/2014 | 14-11032 (CSS) | 7909 | $9,877.92 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 91 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 10/27/2014 | 14-10996 (CSS) | 7907 | $9,877.92 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 10/27/2014 | 14-11022 (CSS) | 7908 | $9,877.92 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 10/27/2014 | 14-11032 (CSS) | 7909 | $9,877.92 | |

**TOTAL**    $9,555,698.11*

**EXHIBIT 2** to **EXHIBIT A**

**No Liability Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALAYO, JOSE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 490 | $180.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 2 | ALIMAK HEK INC<br>12552 GALVESTON ROAD<br>A160<br>WEBSTER, TX 77598 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/01/2014 | 3461 | $4,221.20 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 3 | ALSTON, SHEENA<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/09/2014 | 5021 | $108.90 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The amount asserted reflects a final bill properly issued to the claimant upon the close of claimant's account, and which the claimant never paid. |
| 4 | AMERICAN WARMING & VENTILATING<br>ATTN: SUSAN SHELDON /CREDIT<br>260 NORTH ELM STREET<br>WESTFIELD, MA 01085 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1337 | $12,755.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim is for materials that Debtors rejected due to manufacturing defects and returned to the vendor for credit. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ANTHONY, LESLIE V ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5629 | $2,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was disconnected appropriately for non-payment; TXU Energy does not reimburse customers for food spoilage associated with valid disconnection of service for non-payment, as stated in the terms of service agreement. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | APODACA, FERNANDO R ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 254 | $270.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement) |
| 7 | ARKANSAS INDUSTRIAL MACHINERY INC 3804 NORTH NONA ST NORTH LITTLE ROCK, AR 72118 | | No Debtor Asserted | 09/02/2014 | 4057 | $1,280.37 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim is for work performed without a Purchase Order issued by the Debtors. |
| 8 | BACCICH, WILLIAM D ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 710 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|-------------------------|
| 9 | BANDA, AMADEO ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 1743 | $390.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant is asserting damage resulting from a storm; TXU Energy does not reimburse customers for damages resulting from "acts of God," as stated in the terms of service agreement. |
| 10 | BARRON, THOMAS C ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 326 | $1,500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 11 | BAUMANN, STACEY ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/23/2014 | 2423 | $250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit, plus interest, was credited to claimant's account on a final invoice dated April 17, 2014. |
| 12 | BELGER CARTAGE SERVICE INC 2100 WALNUT ST KANSAS CITY, MO 64108-1813 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/04/2014 | 1101 | $8,243.23 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 13 | BELL, DAISY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 969 | $4,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit(s) have already been returned to claimant. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | BERKNER AREA BAND CLUB 2709 HAZELWOOD DR GARLAND, TX 75044-3721 | | No Debtor Asserted | 10/29/2014 | 9657 | $2,923.20 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 15 | BIOTECH PLUMBING SERVICES 6743 THEALL RD # C HOUSTON, TX 77066-1215 | | No Debtor Asserted | 06/02/2014 | 815 | $494.89 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 16 | BIRDVIEW SKYLIGHTS 201 LONGHORN RD FORT WORTH, TX 76179-2403 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 394 | $1,063.55 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 17 | BIRDVIEW SKYLIGHTS 201 LONGHORN RD FORT WORTH, TX 76179-2403 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 395 | $2,620.15 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 18 | BLYTHE, MARY ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3348 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | BORTOLE, MAGDO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2264 | $40.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit(s) have already been returned to claimant. |
| 20 | BRINKER WSC PO BOX 127 PICKTON, TX 75471 | | No Debtor Asserted | 09/02/2014 | 4053 | $45,000.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the agreement from which claimant asserts its claim arises was never executed by either party. |
| 21 | BROOKS, MARCHELLE D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4550 | $285.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 22 | BURGESS, EMMA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1312 | $500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant did not provide a deposit. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | CAMP, DANIEL<br>ADDRESS ON FILE | | **Multiple Debtors Asserted** | 05/27/2014 | 224 | $70.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that all customer rewards programs are paid and current. |
| 24 | CARRIGAN, ROSE<br>ADDRESS ON FILE | 14-10997 (CSS) | **TXU Energy Retail Company LLC** | 08/11/2014 | 3592 | $4,624.18 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  TXU Energy does not reimburse customers for damages resulting from power transmission or distribution as stated in the terms of service agreement. |
| 25 | CENTURYTEL OF RUSSELLVILLE<br>DBA CENTURYLINK<br>ATTN: BANKRUPTCY<br>1801 CALIFORNIA ST, RM 900<br>DENVER, CO 80202-265 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 07/22/2014 | 3272 | $882.79 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 26 | CENTURYTEL OF SILOAM SPRINGS<br>DBA CENTURYLINK<br>ATTN: BANKRUPTCY<br>1801 CALIFORNIA ST, RM 900<br>DENVER, CO 80202-265 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 07/22/2014 | 3274 | $2.34 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | CHARLES NEEDHAM INDUSTRIES INC. 4201 N BEACH ST FORT WORTH, TX 76137-3212 | | No Debtor Asserted | 05/27/2014 | 570 | $270.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 28 | CLACK, JEAN M ADDRESS ON FILE | | No Debtor Asserted | 07/02/2014 | 2789 | $602.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 29 | CLARK, LARRY M ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 537 | $1,731.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 30 | CLAVON, BOBBI ADDRESS ON FILE | | No Debtor Asserted | 08/28/2014 | 3933 | $2,775.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 31 | CLINARD, ELIZABETH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/14/2014 | 5217 | $790.43 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | COOKINGHAM, ALLISON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/14/2014 | 5260 | $3,419.58 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 33 | CORPUS CHRISTI WATER REFINING 3742 SATURN RD CORPUS CHRISTI, TX 78413-1915 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 539 | $1,258.74 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 34 | CRENSHAW, JAMES ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/11/2014 | 3616 | $700.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 35 | CURTIS, DAN R ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/03/2014 | 2861 | $1,895.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that all customer rewards programs are paid and current; claimant was disconnected appropriately for non-payment. |
| 36 | DAVIS, H J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9682 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | DAVIS, KEVIN O ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 443 | $750.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 38 | DAVIS, LOUISE ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8079 | Undetermined* | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | DEAN, JOHN M<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/18/2014 | 3732 | $1,820.00 | No liability owed to claimant per a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned.  Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 40 | DIECKHOFF, SARAH<br>ADDRESS ON FILE | | No Debtor Asserted | 09/19/2014 | 4517 | $400.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit, plus interest, was credited to claimant's account on a final invoice dated January 31, 2014. |
| 41 | DRESSER, STELLA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 268 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|-------------------------|
| 42 | DREXLER, MICHAEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/28/2014 | 617 | $865.27 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 43 | DURHAM, EVA MOORE ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/23/2014 | 2380 | $100.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Claimant's term plan expired and was converted to a month-to-month plan, as stated in the terms of service agreement, and claimant was notified of the change in accordance with the terms of service agreement. |
| 44 | ELSASS, JENNIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/23/2014 | 208 | $400.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit(s) have already been returned to claimant. |
| 45 | EVANS, ASHLEY ADDRESS ON FILE | | No Debtor Asserted | 09/15/2014 | 4407 | $1,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 46 | FEDEX TECHCONNECT, INC. ET AL ATTN: REVENUE RECOVERY/BANKRUPTCY 3965 AIRWAYS BLVD. MODULE G, 3RD FLOOR MEMPHIS, TN 38116 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1525 | $61,175.59 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 47 | FISHNET SECURITY INC<br>6130 SPRINT PARKWAY<br>SUITE 400<br>OVERLAND PARK, KS 66211 | | No Debtor Asserted | 11/03/2014 | 9781 | $4,465.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 48 | FLANDERS ELECTRIC INC.<br>901 HARRISON RD<br>LONGVIEW, TX 75604 | 14-10988 (CSS) | Big Brown Power Company LLC | 06/12/2014 | 1864 | $4,957.15 | Claimant has subsequently indicated to the Debtors that claimant believes no amounts are due on account of this claim. |
| 49 | GALINDO, RAY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1295 | $250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 50 | GIPSON, TERRY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 213 | $5,384.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that a credit for billing discrepancies was applied to claimant's account on October 25, 2010. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | GIPSON, TERRY ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 06/02/2014 | 792 | $5,384.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that a credit for billing discrepancies was applied to claimant's account on October 25, 2010. |
| 52 | GONZALEZ, REBECCA ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 06/20/2014 | 2314 | $1,676.28 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 53 | HAMBRECHT, JOHN ADDRESS ON FILE | | **No Debtor Asserted** | 10/27/2014 | 8056 | $2,775.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 54 | HANSEN, MONICA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1649 | $120.00 | No liability owed to claimant per a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned.  Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 55 | HARDIN, MATTIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 803 | $500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that this claimant was accurately billed in accordance with their pricing plan. |
| 56 | HEER, MICHELLE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/21/2014 | 3752 | $520.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 57 | HERNANDEZ, ALEJANDRA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 864 | $800.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit was credited to claimant's account on an invoice dated August 23, 2014. |
| 58 | HINKLE, GLORIA ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2155 | $2,500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 59 | HOLMES, LAVERA ADDRESS ON FILE | | No Debtor Asserted | 12/01/2014 | 9895 | $54.99 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 60 | HOLMES, WILLIE ADDRESS ON FILE | | No Debtor Asserted | 03/16/2015 | 10005 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 61 | HOUSTON, LORETTA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/01/2014 | 2776 | $5,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan and charges established by regulatory agencies. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 62 | IRISNDT INC<br>1115 W 41ST ST<br>TULSA, OK 74107-7028 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/24/2014 | 9883 | $25,460.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 63 | JIMENEZ, FRANCISCO<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9672 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 64 | JOHNSON, ANGELA<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/26/2014 | 2589 | $427.80 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The amount asserted reflects a final bill properly issued to the claimant upon the close of claimant's account, and which the claimant never paid. |
| 65 | JOYCE, HELEN<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8042 | Undetermined* | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 66 | KEEN, MICHAEL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 659 | $1,565.30 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that all customer rewards programs are paid and current. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 67 | KEESEE SHEET METAL 1118 ELYSIAN ST HOUSTON, TX 77020-2002 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2088 | $300.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned.  Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 68 | KEMP, MILDRED ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1782 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 69 | KFORCE, INC. ATTN: ANDREW LIENTZ 1001 EAST PALM AVENUE TAMPA, FL 33605 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/06/2014 | 8 | $859.40 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that Debtors already paid claimant on account of this claim on May 3, 2012 via check number 1002615416. |
| 70 | LARSEN TAYLOR, ANNA ADDRESS ON FILE | | No Debtor Asserted | 08/25/2014 | 3785 | $800.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 71 | LONG, JACKIE<br>ADDRESS ON FILE | | No Debtor Asserted | 10/21/2014 | 5747 | $180.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 72 | LOPEZ, MAIRA<br>DBA VARIEDADES YANDEL<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/15/2014 | 3688 | $8,350.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 73 | LOVEDAY, MISTY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/27/2014 | 2639 | $1,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit(s) have been credited to claimant's account on March 24, 2014. |
| 74 | LOVETT, DEBBIE<br>ADDRESS ON FILE | | No Debtor Asserted | 08/19/2014 | 3738 | $250.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 75 | MACK, KENNETH N ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7845 | $1,861.62 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan; claimant's deposit(s) have already been returned to claimant in 2008. |
| 76 | MAIL BOXES ETC. 16 UVALDE RD STE D HOUSTON, TX 77015-1439 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 498 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 77 | MAILLET, JAMES ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 226 | $847.50 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant did not provide a deposit as no deposit was required. |
| 78 | MANSKE, GENE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4225 | $3,734.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 79 | MARTINEZ, JOSE JESUS ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 363 | $2,552.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  TXU Energy does not reimburse customers for damages resulting from power transmission or distribution as stated in the terms of service agreement. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 80 | MCCLAIN, JUSTIN WAYNE ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2597 | $2,287.02 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 81 | MCPHERSON, SHIRLEY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1155 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. The claimant was billed in accordance with their pricing plan. |
| 82 | MELENDEZ, FRANCISCO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4767 | $2,775.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 83 | MIMES, KENNETH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5121 | $6,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 84 | MOGFORD, ADA ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1514 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that all customer rewards programs are paid and current. |
| 85 | MONROE, DEBORAH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 549 | $500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 86 | MORENO, ALFREDO ADDRESS ON FILE | | Multiple Debtors Asserted | 09/02/2014 | 4012 | $250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 87 | MORGAN, RUBY J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2275 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 88 | MORRIS, MELVIA JUNE ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2633 | $44.08* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that a check in the amount of $44.08 was issued to claimant on September 20, 2011 and cleared the Debtors' account on October 5, 2011. The Debtors determined that there are no unpaid royalties owed to claimant. |
| 89 | MUDSMITH LTD 1306 WEST CR 114 MIDLAND, TX 79706 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 948 | $13,816.55 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 90 | NACOGDOCHES HARDWARE AND RENTAL 1812 SE 1ST ST MINERAL WELLS, TX 76067-5600 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9645 | $2,746.32 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 91 | OGLETREE DEAKINS NASH SMOAK STEWART P.C. PO BOX 167 GREENVILLE, SC 29602 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/11/2014 | 1768 | $1,344.14 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that Debtors already paid claimant on account of this claim on 08/18/2010 and 08/19/2011 via check numbers 1002519897 and 1002578025, respectively. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 92 | OSARHIEMEN, JOANNE ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 684 | $1,058.85 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is asserting that Transmission & Delivery Utility (TDU) charges were excessive; these charges are merely "passed through" by TXU Energy from the TDU to customers, TDU charges are set by the TDUs and approved by the Public Utility Commission.  The Debtors have confirmed that the TDU charges were appropriately passed through to the Claimant. |
| 93 | OTIS ELEVATOR CORP PO BOX 981997 EL PASO, TX 79998 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1410 | $373.70 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 94 | PENDERGRASS, JEANNE ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2863 | $240.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 95 | PHILLIPS, CHARLOTTE A ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 278 | $300.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors believe that liability, if any, is owed by a non-Debtor third party (no Debtor sends technicians to conduct service calls). |
| 96 | POWERS-WEST, PEGGY ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9691 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 97 | PRATHER, VAL V ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 804 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 98 | PREMIER TRAILER LEASING INC 401 E CORPORATE DR STE 252 LEWISVILLE, TX 75057-6427 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/15/2014 | 3683 | $3,225.38 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit was credited to claimant's account on April 4, 2013. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 99 | PRITCHARD, CHARLSIE ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1674 | Undetermined* | No liability owed to claimant per a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 100 | RAPID RATINGS INTERNATIONAL, INC. 86 CHAMBERS ST SUITE 701 NEW YORK, NY 10007 | 14-10979 (CSS) | Energy Future Holdings Corp. | 02/04/2015 | 9964 | $15,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors determined that the subscription agreement from which claimant asserts its claim arises was terminated prior to the start of subscription year. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 101 | RICHARDS, DAWN I ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7742 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned.  Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 102 | RODRIGUEZ, CESAR ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2187 | $125.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that all customer rewards programs are paid and current. |
| 103 | ROMAN, BETH ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 503 | $375.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that all customer rewards programs are paid and current. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 104 | RUIZ, EDDIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/18/2014 | 2219 | $1,750.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 105 | SCOTT, MELISSA ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 509 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 106 | SIMMS, JOHN T ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2349 | $200.00* | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 107 | SMITH, SHARILYN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9662 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 108 | SOROKWASZ, KRISTINE ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/26/2014 | 3819 | $1,250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. The claimant was billed in accordance with their pricing plan. |
| 109 | SOROKWASZ, MARSHALL ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/26/2014 | 3820 | $1,250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. The claimant was billed in accordance with their pricing plan. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 110 | STEPHENS, CHARLOTTE A ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1827 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant already received a credit for billing discrepancies on June 27, 2011. |
| 111 | STEWART, WILLIAM S ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1752 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit was credited to claimant's account on January 26, 2009. |
| 112 | STONERIVER PHARMACY SOLUTIONS PO BOX 504591 ST LOUIS, MO 63150-4591 | | Multiple Debtors Asserted | 09/15/2014 | 4425 | $3,247.70 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 113 | SULLINS, BILLIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4228 | $3,734.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 114 | SUNOCO LOGISTICS PO BOX 211788 COLUMBIA, SC 29221-6788 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 07/17/2014 | 3135 | $2,500.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 115 | TACKER, BLAKE E ADDRESS ON FILE | | No Debtor Asserted | 08/15/2014 | 3677 | $250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 116 | TISDALE, HERB ADDRESS ON FILE | | No Debtor Asserted | 08/22/2014 | 3778 | $75.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 117 | TTX INC<br>PO BOX 188<br>TONTITOWN, AR 72770-0188 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/26/2014 | 3833 | $9,280.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 118 | VELOCITY INDUSTRIAL LLC<br>17300 HWY 205<br>TERRELL, TX 75160 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 915 | $2,504.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 119 | VESSELS, ROSEMARIE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/09/2014 | 5030 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 120 | VIGNESS, RICHARD<br>ADDRESS ON FILE | | Multiple Debtors Asserted | 10/27/2014 | 8100 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant already received a credit for billing discrepancies on July 1, 2009. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 121 | VIGNESS, RICHARD, DR ADDRESS ON FILE | | Multiple Debtors Asserted | 10/27/2014 | 8099 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 122 | WASHINGTON, EDWARD ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/30/2014 | 4782 | $200.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 123 | WEBB, BOBBY NAGATO, JR. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/01/2014 | 4804 | $1,265.20 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. The Debtors determined that claimant was billed based on usage in accordance with their pricing plan of choice. |
| 124 | WHITE, BENNY ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1792 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 125 | WILLIAMS, ALENE ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 388 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 126 | WILLIAMS, RENEE ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/01/2014 | 2764 | $117.25 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 127 | WILSON, JEFFREY & MALICIA<br>5549 NEVIL PT<br>BRENTWOOD, TN 37027 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9607 | $5,500.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 128 | WRIGHT, DENNIS<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 495 | $500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 129 | YOUNG, MIKAL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1186 | $55,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| | | | | | TOTAL | $396,315.64* | |

**EXHIBIT 3** to **EXHIBIT A**

**No Claim Asserted Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – No Claim Asserted Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | PRATT, S J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/24/2014 | 9889 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 2 | ROMAR, SHELDON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9638 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| | | | | | TOTAL | $0.00 | |