**<u>Exhibit C</u>**

**Redline of Exhibit 2**

**(No Liability Claims)**

## ENERGY FUTURE HOLDINGS CORP., et al.

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|-------------------------|
| 1 | ALAYO, JOSE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 490 | $180.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 2 | ALIMAK HEK INC 12552 GALVESTON ROAD A160 WEBSTER, TX 77598 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/01/2014 | 3461 | $4,221.20 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 3 | ALSTON, SHEENA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/09/2014 | 5021 | $108.90 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The amount asserted reflects a final bill properly issued to the claimant upon the close of claimant's account, and which the claimant never paid. |
| 4 | AMERICAN WARMING & VENTILATING ATTN: SUSAN SHELDON /CREDIT 260 NORTH ELM STREET WESTFIELD, MA 01085 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1337 | $12,755.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim is for materials that Debtors rejected due to manufacturing defects and returned to the vendor for credit. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

| REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ANTHONY, LESLIE V ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5629 | $2,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was disconnected appropriately for non-payment; TXU Energy does not reimburse customers for food spoilage associated with valid disconnection of service for non-payment, as stated in the terms of service agreement. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | APODACA, FERNANDO R ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 254 | $270.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement) |
| 7 | ARKANSAS INDUSTRIAL MACHINERY INC 3804 NORTH NONA ST NORTH LITTLE ROCK, AR 72118 | | No Debtor Asserted | 09/02/2014 | 4057 | $1,280.37 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim is for work performed without a Purchase Order issued by the Debtors. |
| 8 | BACCICH, WILLIAM D ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 710 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BANDA, AMADEO ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 1743 | $390.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant is asserting damage resulting from a storm; TXU Energy does not reimburse customers for damages resulting from "acts of God," as stated in the terms of service agreement. |
| 10 | BARRON, THOMAS C ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 326 | $1,500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 11 | BAUMANN, STACEY ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/23/2014 | 2423 | $250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit, plus interest, was credited to claimant's account on a final invoice dated April 17, 2014. |
| 12 | BELGER CARTAGE SERVICE INC 2100 WALNUT ST KANSAS CITY, MO 64108-1813 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/04/2014 | 1101 | $8,243.23 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 13 | BELL, DAISY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 969 | $4,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit(s) have already been returned to claimant. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | BERKNER AREA BAND CLUB 2709 HAZELWOOD DR GARLAND, TX 75044-3721 | | No Debtor Asserted | 10/29/2014 | 9657 | $2,923.20 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 15 | BIOTECH PLUMBING SERVICES 6743 THEALL RD # C HOUSTON, TX 77066-1215 | | No Debtor Asserted | 06/02/2014 | 815 | $494.89 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 16 | BIRDVIEW SKYLIGHTS 201 LONGHORN RD FORT WORTH, TX 76179-2403 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 394 | $1,063.55 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 17 | BIRDVIEW SKYLIGHTS 201 LONGHORN RD FORT WORTH, TX 76179-2403 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 395 | $2,620.15 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 18 | BLYTHE, MARY ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3348 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

## ENERGY FUTURE HOLDINGS CORP., et al.

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | BORTOLE, MAGDO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2264 | $40.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit(s) have already been returned to claimant. |
| 20 | BRINKER WSC PO BOX 127 PICKTON, TX 75471 | | No Debtor Asserted | 09/02/2014 | 4053 | $45,000.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the agreement from which claimant asserts its claim arises was never executed by either party. |
| 21 | BROOKS, MARCHELLE D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4550 | $285.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 22 | BURGESS, EMMA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1312 | $500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant did not provide a deposit. |

## ENERGY FUTURE HOLDINGS CORP., et al.

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | CAMP, DANIEL<br>ADDRESS ON FILE | | Multiple Debtors Asserted | 05/27/2014 | 224 | $70.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that all customer rewards programs are paid and current. |
| 24 | CARRIGAN, ROSE<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/11/2014 | 3592 | $4,624.18 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  TXU Energy does not reimburse customers for damages resulting from power transmission or distribution as stated in the terms of service agreement. |
| 25 | CENTURYTEL OF RUSSELLVILLE<br>DBA CENTURYLINK<br>ATTN: BANKRUPTCY<br>1801 CALIFORNIA ST, RM 900<br>DENVER, CO 80202-265 | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/22/2014 | 3272 | $882.79 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 26 | CENTURYTEL OF SILOAM SPRINGS<br>DBA CENTURYLINK<br>ATTN: BANKRUPTCY<br>1801 CALIFORNIA ST, RM 900<br>DENVER, CO 80202-265 | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/22/2014 | 3274 | $2.34 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

| REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | CHARLES NEEDHAM INDUSTRIES INC. 4201 N BEACH ST FORT WORTH, TX 76137-3212 | | No Debtor Asserted | 05/27/2014 | 570 | $270.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 28 | CLACK, JEAN M ADDRESS ON FILE | | No Debtor Asserted | 07/02/2014 | 2789 | $602.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 29 | CLARK, LARRY M ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 537 | $1,731.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 30 | CLAVON, BOBBI ADDRESS ON FILE | | No Debtor Asserted | 08/28/2014 | 3933 | $2,775.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 31 | CLINARD, ELIZABETH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/14/2014 | 5217 | $790.43 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

| <span style="color:red">REDLINE OF</span> SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | COOKINGHAM, ALLISON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/14/2014 | 5260 | $3,419.58 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 33 | CORPUS CHRISTI WATER REFINING 3742 SATURN RD CORPUS CHRISTI, TX 78413-1915 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 539 | $1,258.74 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 34 | CRENSHAW, JAMES ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/11/2014 | 3616 | $700.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 35 | CURTIS, DAN R ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/03/2014 | 2861 | $1,895.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that all customer rewards programs are paid and current; claimant was disconnected appropriately for non-payment. |
| 36 | DAVIS, H J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9682 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

| REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | DAVIS, KEVIN O<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 443 | $750.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 38 | DAVIS, LOUISE<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8079 | Undetermined* | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | DEAN, JOHN M<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/18/2014 | 3732 | $1,820.00 | No liability owed to claimant per a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned.  Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 40 | DIECKHOFF, SARAH<br>ADDRESS ON FILE | | No Debtor Asserted | 09/19/2014 | 4517 | $400.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit, plus interest, was credited to claimant's account on a final invoice dated January 31, 2014. |
| 41 | DRESSER, STELLA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 268 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | DREXLER, MICHAEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/28/2014 | 617 | $865.27 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 43 | DURHAM, EVA MOORE ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/23/2014 | 2380 | $100.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Claimant's term plan expired and was converted to a month-to-month plan, as stated in the terms of service agreement, and claimant was notified of the change in accordance with the terms of service agreement. |
| 44 | ELSASS, JENNIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/23/2014 | 208 | $400.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit(s) have already been returned to claimant. |
| ~~45~~ | ~~ENGLISH, WAYNE ADDRESS ON FILE~~ | ~~14-10979 (CSS)~~ | ~~Energy Future Holdings Corp.~~ | ~~11/05/2014~~ | ~~9800~~ | ~~$24,580.00~~ | ~~According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claim is for loss on sale of bonds.~~ |
| ~~45~~4 ~~6~~ | EVANS, ASHLEY ADDRESS ON FILE | | No Debtor Asserted | 09/15/2014 | 4407 | $1,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 464 7 | FEDEX TECHCONNECT, INC. ET AL ATTN: REVENUE RECOVERY/BANKRUPTCY 3965 AIRWAYS BLVD. MODULE G, 3RD FLOOR MEMPHIS, TN 38116 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 06/09/2014 | 1525 | $61,175.59 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 474 8 | FISHNET SECURITY INC 6130 SPRINT PARKWAY SUITE 400 OVERLAND PARK, KS 66211 | | **No Debtor Asserted** | 11/03/2014 | 9781 | $4,465.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 484 9 | FLANDERS ELECTRIC INC. 901 HARRISON RD LONGVIEW, TX 75604 | 14-10988 (CSS) | **Big Brown Power Company LLC** | 06/12/2014 | 1864 | $4,957.15 | Claimant has subsequently indicated to the Debtors that claimant believes no amounts are due on account of this claim. |
| 495 0 | GALINDO, RAY ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 06/06/2014 | 1295 | $250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 505 1 | GIPSON, TERRY ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 05/27/2014 | 213 | $5,384.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that a credit for billing discrepancies was applied to claimant's account on October 25, 2010. |

# ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 515 2 | GIPSON, TERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 792 | $5,384.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that a credit for billing discrepancies was applied to claimant's account on October 25, 2010. |
| 525 3 | GONZALEZ, REBECCA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2314 | $1,676.28 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 535 4 | HAMBRECHT, JOHN ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8056 | $2,775.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 545 5 HANSEN, MONICA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1649 | $120.00 | No liability owed to claimant per a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned.  Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 555 6 HARDIN, MATTIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 803 | $500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that this claimant was accurately billed in accordance with their pricing plan. |
| 565 7 HEER, MICHELLE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/21/2014 | 3752 | $520.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 57~~5~~ 8 | HERNANDEZ, ALEJANDRA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 864 | $800.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit was credited to claimant's account on an invoice dated August 23, 2014. |
| 58~~5~~ 9 | HINKLE, GLORIA ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2155 | $2,500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 59~~6~~ 0 | HOLMES, LAVERA ADDRESS ON FILE | | No Debtor Asserted | 12/01/2014 | 9895 | $54.99 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 60~~6~~ 1 | HOLMES, WILLIE ADDRESS ON FILE | | No Debtor Asserted | 03/16/2015 | 10005 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 61~~6~~ 2 | HOUSTON, LORETTA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/01/2014 | 2776 | $5,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan and charges established by regulatory agencies. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 626 3 IRIS NDT INC 1115 W 41ST ST TULSA, OK 74107-7028 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 11/24/2014 | 9883 | $25,460.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 636 4 JIMENEZ, FRANCISCO ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 10/30/2014 | 9672 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 646 5 JOHNSON, ANGELA ADDRESS ON FILE | 14-10997 (CSS) | **TXU Energy Retail Company LLC** | 06/26/2014 | 2589 | $427.80 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The amount asserted reflects a final bill properly issued to the claimant upon the close of claimant's account, and which the claimant never paid. |
| 656 6 JOYCE, HELEN ADDRESS ON FILE | | **No Debtor Asserted** | 10/27/2014 | 8042 | Undetermined* | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 666 7 KEEN, MICHAEL ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 05/30/2014 | 659 | $1,565.30 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that all customer rewards programs are paid and current. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 676 8 | KEESEE SHEET METAL 1118 ELYSIAN ST HOUSTON, TX 77020-2002 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2088 | $300.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned.  Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 686 9 | KEMP, MILDRED ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1782 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 697 0 | KFORCE, INC. ATTN: ANDREW LIENTZ 1001 EAST PALM AVENUE TAMPA, FL 33605 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/06/2014 | 8 | $859.40 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that Debtors already paid claimant on account of this claim on May 3, 2012 via check number 1002615416. |
| 71 | LAMMERS, LINDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 251 | $700.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed based in accordance with their pricing plan.  No Debtor is responsible for meter maintenance. |

## ENERGY FUTURE HOLDINGS CORP., et al.

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 70<del>7</del> 2 | LARSEN TAYLOR, ANNA ADDRESS ON FILE | | No Debtor Asserted | 08/25/2014 | 3785 | $800.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 71<del>7</del> 3 | LONG, JACKIE ADDRESS ON FILE | | No Debtor Asserted | 10/21/2014 | 5747 | $180.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 72<del>7</del> 4 | LOPEZ, MAIRA DBA VARIEDADES YANDEL ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/15/2014 | 3688 | $8,350.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 73<del>7</del> 5 | LOVEDAY, MISTY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/27/2014 | 2639 | $1,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit(s) have been credited to claimant's account on March 24, 2014. |
| 74<del>7</del> 6 | LOVETT, DEBBIE ADDRESS ON FILE | | No Debtor Asserted | 08/19/2014 | 3738 | $250.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|------|-------------|-------------|------------|---------|--------------|-------------------------|
| 757<br>7 | MACK, KENNETH N<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7845 | $1,861.62 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan; claimant's deposit(s) have already been returned to claimant in 2008. |
| 767<br>8 | MAIL BOXES ETC.<br>16 UVALDE RD STE D<br>HOUSTON, TX 77015-1439 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 498 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 777<br>9 | MAILLET, JAMES<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 226 | $847.50 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant did not provide a deposit as no deposit was required. |
| 788<br>0 | MANSKE, GENE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4225 | $3,734.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 798<br>1 | MARTINEZ, JOSE JESUS<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 363 | $2,552.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  TXU Energy does not reimburse customers for damages resulting from power transmission or distribution as stated in the terms of service agreement. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| ~~808~~ 2 | MCCLAIN, JUSTIN WAYNE ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2597 | $2,287.02 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| ~~818~~ 3 | MCPHERSON, SHIRLEY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1155 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. The claimant was billed in accordance with their pricing plan. |
| ~~828~~ 4 | MELENDEZ, FRANCISCO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4767 | $2,775.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| ~~838~~ 5 | MIMES, KENNETH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5121 | $6,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 848 6 | MOGFORD, ADA ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1514 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that all customer rewards programs are paid and current. |
| 858 7 | MONROE, DEBORAH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 549 | $500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 868 8 | MORENO, ALFREDO ADDRESS ON FILE | | Multiple Debtors Asserted | 09/02/2014 | 4012 | $250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|-------------------------|
| 878 9 | MORGAN, RUBY J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2275 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 889 0 | MORRIS, MELVIA JUNE ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2633 | $44.08* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that a check in the amount of $44.08 was issued to claimant on September 20, 2011 and cleared the Debtors' account on October 5, 2011. The Debtors determined that there are no unpaid royalties owed to claimant. |
| 899 1 | MUDSMITH LTD 1306 WEST CR 114 MIDLAND, TX 79706 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 948 | $13,816.55 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 909 2 | NACOGDOCHES HARDWARE AND RENTAL 1812 SE 1ST ST MINERAL WELLS, TX 76067-5600 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9645 | $2,746.32 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 93 | NAVARRETE, MOISES ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9729 | $2,139.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

<span style="color:red">REDLINE OF</span> SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| ~~919~~ 4 | OGLETREE DEAKINS NASH SMOAK STEWART P.C. PO BOX 167 GREENVILLE, SC 29602 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/11/2014 | 1768 | $1,344.14 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that Debtors already paid claimant on account of this claim on 08/18/2010 and 08/19/2011 via check numbers 1002519897 and 1002578025, respectively. |
| ~~929~~ 5 | OSARHIEMEN, JOANNE ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 684 | $1,058.85 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is asserting that Transmission & Delivery Utility (TDU) charges were excessive; these charges are merely "passed through" by TXU Energy from the TDU to customers, TDU charges are set by the TDUs and approved by the Public Utility Commission. The Debtors have confirmed that the TDU charges were appropriately passed through to the Claimant. |
| ~~939~~ 6 | OTIS ELEVATOR CORP PO BOX 981997 EL PASO, TX 79998 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1410 | $373.70 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 949 ~~7~~ | PENDERGRASS, JEANNE ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2863 | $240.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 959 ~~8~~ | PHILLIPS, CHARLOTTE A ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 278 | $300.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors believe that liability, if any, is owed by a non-Debtor third party (no Debtor sends technicians to conduct service calls). |
| 969 ~~9~~ | POWERS-WEST, PEGGY ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9691 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 97~~1~~ ~~00~~ | PRATHER, VAL V ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 804 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 98~~1~~ ~~01~~ | PREMIER TRAILER LEASING INC 401 E CORPORATE DR STE 252 LEWISVILLE, TX 75057-6427 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/15/2014 | 3683 | $3,225.38 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit was credited to claimant's account on April 4, 2013. |

## ENERGY FUTURE HOLDINGS CORP., et al.

## REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 991 02 | PRITCHARD, CHARLSIE ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1674 | Undetermined* | No liability owed to claimant per a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 103 | RAILROAD MANAGEMENT, LLC, MANAGING AGENT FOR THE STRONG CAPITAL ENTITIES ATTN: CARY NEWMAN 5910 N CENTRAL EXPY STE 1580 DALLAS, TX 75206-5148 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2014 | 7840 | $664.21 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 104 | RAILROAD MANAGEMENT, LLC, MANAGING AGENT FOR THE STRONG CAPITAL ENTITIES ATTN: CARY NEWMAN 5910 N CENTRAL EXPY STE 1580 DALLAS, TX 75206-5148 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 10/27/2014 | 7841 | $1,504,129.59 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|------|-------------|-------------|------------|---------|--------------|--------------------------|
| ~~105~~ ~~RAILROAD MANAGEMENT, LLC, MANAGING AGENT FOR THE STRONG CAPITAL ENTITIES~~ ~~ATTN: CARY NEWMAN~~ ~~5910 N CENTRAL EXPY STE 1580~~ ~~DALLAS, TX 75206-5148~~ | ~~14-11035 (CSS)~~ | ~~Southwestern Electric Service Company, Inc.~~ | ~~10/27/2014~~ | ~~7842~~ | ~~$21,243.95~~ | ~~According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC.~~ |
| <u>100</u> ~~106~~ RAPID RATINGS INTERNATIONAL, INC. 86 CHAMBERS ST SUITE 701 NEW YORK, NY 10007 | 14-10979 (CSS) | Energy Future Holdings Corp. | 02/04/2015 | 9964 | $15,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors determined that the subscription agreement from which claimant asserts its claim arises was terminated prior to the start of subscription year. |
| <u>101</u> ~~107~~ RICHARDS, DAWN I ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7742 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| **102** ~~108~~ RODRIGUEZ, CESAR ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2187 | $125.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that all customer rewards programs are paid and current. |
| **103** ~~109~~ ROMAN, BETH ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 503 | $375.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that all customer rewards programs are paid and current. |
| **104** ~~110~~ RUIZ, EDDIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/18/2014 | 2219 | $1,750.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| **105** ~~111~~ SCOTT, MELISSA ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 509 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 106 112 SIMMS, JOHN T ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2349 | $200.00* | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 107 113 SMITH, SHARILYN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9662 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 108 114 SOROKWASZ, KRISTINE ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/26/2014 | 3819 | $1,250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. The claimant was billed in accordance with their pricing plan. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 109 115 | SOROKWASZ, MARSHALL ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/26/2014 | 3820 | $1,250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. The claimant was billed in accordance with their pricing plan. |
| 110 116 | STEPHENS, CHARLOTTE A ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1827 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant already received a credit for billing discrepancies on June 27, 2011. |
| 111 117 | STEWART, WILLIAM S ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1752 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit was credited to claimant's account on January 26, 2009. |
| 112 118 | STONERIVER PHARMACY SOLUTIONS PO BOX 504591 ST LOUIS, MO 63150-4591 | | Multiple Debtors Asserted | 09/15/2014 | 4425 | $3,247.70 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 113 119 | SULLINS, BILLIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4228 | $3,734.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 114 120 | SUNOCO LOGISTICS PO BOX 211788 COLUMBIA, SC 29221-6788 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 07/17/2014 | 3135 | $2,500.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 115 121 | TACKER, BLAKE E ADDRESS ON FILE | | No Debtor Asserted | 08/15/2014 | 3677 | $250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 116 122 TISDALE, HERB ADDRESS ON FILE | | No Debtor Asserted | 08/22/2014 | 3778 | $75.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 117 123 TTX INC PO BOX 188 TONTITOWN, AR 72770-0188 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/26/2014 | 3833 | $9,280.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 118 124 VELOCITY INDUSTRIAL LLC 17300 HWY 205 TERRELL, TX 75160 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 915 | $2,504.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 119 125 VESSELS, ROSEMARIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/09/2014 | 5030 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 120 ~~126~~ | VIGNESS, RICHARD ADDRESS ON FILE | | Multiple Debtors Asserted | 10/27/2014 | 8100 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant already received a credit for billing discrepancies on July 1, 2009. |
| 121 ~~127~~ | VIGNESS, RICHARD, DR ADDRESS ON FILE | | Multiple Debtors Asserted | 10/27/2014 | 8099 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.   Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 122 ~~128~~ | WASHINGTON, EDWARD ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/30/2014 | 4782 | $200.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 123 129 WEBB, BOBBY NAGATO, JR. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/01/2014 | 4804 | $1,265.20 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned.  Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years.  The Debtors determined that claimant was billed based on usage in accordance with their pricing plan of choice. |
| 124 130 WHITE, BENNY ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1792 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 125 131 WILLIAMS, ALENE ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 388 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 126 132 WILLIAMS, RENEE ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/01/2014 | 2764 | $117.25 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |

## ENERGY FUTURE HOLDINGS CORP., et al.

**REDLINE OF** SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 127 133 | WILSON, JEFFREY & MALICIA 5549 NEVIL PT BRENTWOOD, TN 37027 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9607 | $5,500.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 128 134 | WRIGHT, DENNIS ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 495 | $500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 129 135 | YOUNG, MIKAL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1186 | $55,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| | | | | | TOTAL | $396,315.64* $1,949,772.39* | |