# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline: August 11, 2015 at 4:00 p.m.** |

## THIRD INTERIM FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF JANUARY 1, 2015 THROUGH APRIL 30, 2015

| | |
|---|---|
| Name of Applicant: | Deloitte & Touche LLP |
| Authorized to Provide Professional Services as: | Independent Auditor |
| Date of Retention: | Effective *Nunc Pro Tunc* to April 29, 2014 by Order Entered October 29, 2014 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2015 through April 30, 2015[2] |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary | $ 4,349,610.50 |
| Less: 50% Non-Working Travel | $ (6,867.50) |
| Total Amount of Fees Requested | $ 4,342,743.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$ 4,342,743.00** |

This is the Applicant's Third Interim Fee Application.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Certain fees and expenses incurred during this period have not been included due to processing delays. Deloitte & Touche LLP intends to include these fees and expenses in a future interim fee application.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 12/19/14 | 4/29/2014 - 5/31/2014 | $ 319,177.75 | $ - | $ 255,342.20 | $ - |
| 12/19/14 | 6/1/2014 - 6/30/2014 | $ 393,154.75 | $ - | $ 314,523.80 | $ - |
| 12/19/14 | 7/1/2014 - 7/31/2014 | $ 818,719.50 | $ - | $ 654,975.60 | $ - |
| 12/19/14 | 8/1/2014 - 8/31/2014 | $ 541,447.50 | $ - | $ 433,158.00 | $ - |
| 02/12/15 | 9/1/2014 - 9/30/2014 | $ 556,858.50 | $ - | $ 445,486.80 | $ - |
| 02/12/15 | 10/1/2014 - 10/31/2014 | $ 815,868.00 | $ - | $ 652,694.40 | $ - |
| 02/12/15 | 11/1/2014 - 11/30/2014 | $ 580,259.00 | $ - | $ 464,207.20 | $ - |
| 02/13/15 | 12/1/2014 - 12/31/2014 | $ 555,556.50 | $ - | $ 444,445.20 | $ - |
| 06/15/15 | 1/1/2015 - 1/31/2015 | $ 1,054,669.00 | $ - | $ - | $ - |
| 06/24/15 | 2/1/2015 - 2/28/2015 | $ 1,376,001.00 | $ - | $ - | $ - |
| 07/06/15 | 3/1/2015 - 3/31/2015 | $ 1,451,762.00 | $ - | $ - | $ - |
| 07/06/15 | 4/1/2015 - 4/30/2015 | $ 460,311.00 | $ - | $ - | $ - |
| **TOTAL** | | **$ 8,923,784.50** | **$ -** | **$3,664,833.20** | **$ -** |

## PRIOR INTERIM FEE APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/26/14 | 4/29/2014 - 8/31/2014 | $ 2,072,499.50 | $ - | $ 1,657,999.60 | $ - |
| 02/13/15 | 9/1/2014 - 12/31/2014 | $ 2,508,542.00 | $ - | $ 2,006,833.60 | $ - |
| **TOTAL** | | **$ 4,581,041.50** | **$ -** | **$3,664,833.20** | **$ -** |

**CUMULATIVE TIME SUMMARY**
For the Period of January 1, 2015 through April 30, 2015

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Bradfield, Derek | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 3.2 | $2,304.00 |
| Sasso, Anthony | Director | $720.00 | 1.0 | $720.00 |
| Parker, Matt | Senior Manager | $620.00 | 2.0 | $1,240.00 |
| Quinn, Ed | Senior Manager | $620.00 | 0.5 | $310.00 |
| Selig, Carolyn | Senior Manager | $620.00 | 0.5 | $310.00 |
| Singh, Amit | Senior Manager | $620.00 | 1.0 | $620.00 |
| Stanley, Ben | Senior Manager | $620.00 | 0.7 | $434.00 |
| Murawski, Bryan | Senior Consultant | $425.00 | 0.5 | $212.50 |
| **Professional Subtotal:** | | | **10.4** | **$6,870.50** |

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Adams, Keith | Partner/Principal | $365.00 | 2.5 | $912.50 |
| Aliff, Greg | Partner/Principal | $365.00 | 31.5 | $11,497.50 |
| Becker, Paul | Partner/Principal | $365.00 | 14.0 | $5,110.00 |
| Benesh, Kay | Partner/Principal | $365.00 | 38.0 | $13,870.00 |
| Blair, Kirk | Partner/Principal | $365.00 | 2.8 | $1,022.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 343.1 | $125,231.50 |
| Cotroneo, Nick | Partner/Principal | $365.00 | 8.1 | $2,956.50 |
| Davis, Matt | Partner/Principal | $365.00 | 0.5 | $182.50 |
| DenBraber, Marty | Partner/Principal | $365.00 | 24.7 | $9,015.50 |
| Durand, Danny | Partner/Principal | $365.00 | 3.5 | $1,277.50 |
| Fogarty, john | Partner/Principal | $365.00 | 0.4 | $146.00 |
| Gullo, Randall | Partner/Principal | $365.00 | 35.1 | $12,811.50 |
| Hoffman, David | Partner/Principal | $365.00 | 9.5 | $3,467.50 |
| Hollister, Karen | Partner/Principal | $365.00 | 25.6 | $9,344.00 |
| Janiak, Stacy | Partner/Principal | $365.00 | 5.0 | $1,825.00 |
| Kilinskis, Bob | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Kushner, Jonathan | Partner/Principal | $365.00 | 6.7 | $2,445.50 |
| Mano, Patrice | Partner/Principal | $365.00 | 3.8 | $1,387.00 |
| Pavlovsky, Katie | Partner/Principal | $365.00 | 0.4 | $146.00 |
| Roy, Gavin | Partner/Principal | $365.00 | 1.2 | $438.00 |
| Stokes, Sondra | Partner/Principal | $365.00 | 3.2 | $1,168.00 |
| Stokx, Randy | Partner/Principal | $365.00 | 656.2 | $239,513.00 |
| Talkington, Pete | Partner/Principal | $365.00 | 4.2 | $1,533.00 |
| Vitola, Paul | Partner/Principal | $365.00 | 3.3 | $1,204.50 |
| Wahrman, Julie | Partner/Principal | $365.00 | 169.9 | $62,013.50 |
| Winger, Julie | Partner/Principal | $365.00 | 35.8 | $13,067.00 |
| Craig, Valerie | Director | $365.00 | 237.0 | $86,505.00 |
| Dunn, Phyllis | Director | $365.00 | 35.1 | $12,811.50 |
| Favor, Rick | Director | $365.00 | 389.8 | $142,277.00 |
| Fernandez, Tom | Director | $365.00 | 0.3 | $109.50 |
| Johnson, Michael | Director | $365.00 | 78.3 | $28,579.50 |
| Johnston, Josh | Director | $365.00 | 2.9 | $1,058.50 |
| Keenan, John | Director | $365.00 | 4.2 | $1,533.00 |
| Pleskac, Bryan | Director | $365.00 | 0.8 | $292.00 |
| Ryan, Jim | Director | $365.00 | 41.2 | $15,038.00 |
| Sasso, Anthony | Director | $365.00 | 18.9 | $6,898.50 |
| Smith, Lisa | Director | $365.00 | 1.0 | $365.00 |
| Sullivan, Matt | Director | $365.00 | 1.0 | $365.00 |
| Tuite, Patty | Director | $365.00 | 18.5 | $6,752.50 |
| Wittenburg, Dave | Director | $365.00 | 18.7 | $6,825.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 738.8 | $214,252.00 |
| Donovan, Erin | Senior Manager | $290.00 | 9.1 | $2,639.00 |
| Dunlap, Pam | Senior Manager | $290.00 | 9.7 | $2,813.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 12.7 | $3,683.00 |
| Edwards, Davis | Senior Manager | $290.00 | 0.5 | $145.00 |
| Garrison, Amy | Senior Manager | $290.00 | 5.9 | $1,711.00 |
| Groves, Amy | Senior Manager | $290.00 | 7.1 | $2,059.00 |
| Handler, Benjamin | Senior Manager | $290.00 | 3.0 | $870.00 |
| Hannagan, Peter | Senior Manager | $290.00 | 20.0 | $5,800.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 3.0 | $870.00 |
| Horn, Dave | Senior Manager | $290.00 | 18.5 | $5,365.00 |
| Khandelwal, Vinyas | Senior Manager | $290.00 | 64.1 | $18,589.00 |

4

**Continued - Financial Statement Audit and Related Services**

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Liu, Liping | Senior Manager | $290.00 | 0.4 | $116.00 |
| Parker, Matt | Senior Manager | $290.00 | 975.0 | $282,750.00 |
| Parmar, Ashok | Senior Manager | $290.00 | 51.9 | $15,051.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 238.7 | $69,223.00 |
| Quinn, Ed | Senior Manager | $290.00 | 12.5 | $3,625.00 |
| Shalley, Susanne | Senior Manager | $290.00 | 43.9 | $12,731.00 |
| Singh, Amit | Senior Manager | $290.00 | 52.0 | $15,080.00 |
| Terrill, Jon | Senior Manager | $290.00 | 1.0 | $290.00 |
| Woods, Gretchen | Senior Manager | $290.00 | 1.0 | $290.00 |
| Alvarado, Jason | Manager | $265.00 | 52.2 | $13,833.00 |
| Brewster, Andrew | Manager | $265.00 | 2.0 | $530.00 |
| Erra, Sirisha | Manager | $265.00 | 0.5 | $132.50 |
| Freeman, Mike | Manager | $265.00 | 918.1 | $243,296.50 |
| Glover, Ryan | Manager | $265.00 | 420.8 | $111,512.00 |
| Gustafson, Daniel | Manager | $265.00 | 0.8 | $212.00 |
| Hall, Jeff | Manager | $265.00 | 7.0 | $1,855.00 |
| Harold, Matt | Manager | $265.00 | 7.4 | $1,961.00 |
| Kidd, Erin | Manager | $265.00 | 158.3 | $41,949.50 |
| Lorenz, Mike | Manager | $265.00 | 111.3 | $29,494.50 |
| Phadke, Amolika | Manager | $265.00 | 0.6 | $159.00 |
| Stafford, Ted | Manager | $265.00 | 11.9 | $3,153.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 777.7 | $167,205.50 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 620.8 | $133,472.00 |
| Dittman, Pat | Senior Consultant | $215.00 | 3.7 | $795.50 |
| D'souza, Deepika | Senior Consultant | $215.00 | 8.0 | $1,720.00 |
| Jain, Shweta | Senior Consultant | $215.00 | 14.5 | $3,117.50 |
| Malhotra, Shweta | Senior Consultant | $215.00 | 4.0 | $860.00 |
| Meyers, Chris | Senior Consultant | $215.00 | 0.4 | $86.00 |
| Morehead, David | Senior Consultant | $215.00 | 1,006.0 | $216,290.00 |
| Murawski, Bryan | Senior Consultant | $215.00 | 879.7 | $189,135.50 |
| Nayyar, Varun | Senior Consultant | $215.00 | 6.0 | $1,290.00 |
| Pandey, Akhilesh | Senior Consultant | $215.00 | 1.0 | $215.00 |
| Pritchett, Cody | Senior Consultant | $215.00 | 446.1 | $95,911.50 |
| Schneider, Stephen | Senior Consultant | $215.00 | 231.1 | $49,686.50 |
| Sharma, Nikhil | Senior Consultant | $215.00 | 6.5 | $1,397.50 |
| Sims, Zac | Senior Consultant | $215.00 | 32.2 | $6,923.00 |
| Song, Harry | Senior Consultant | $215.00 | 572.8 | $123,152.00 |
| Yadav, Ritu | Senior Consultant | $215.00 | 3.5 | $752.50 |
| Zettlemoyer, David | Senior Consultant | $215.00 | 28.8 | $6,192.00 |
| Abbott, Matthew | Consultant | $175.00 | 11.0 | $1,925.00 |
| Agarwal, Gauree | Consultant | $175.00 | 23.0 | $4,025.00 |
| Anant, Nimisha | Consultant | $175.00 | 5.0 | $875.00 |
| Andersen, Morgan | Consultant | $175.00 | 0.5 | $87.50 |
| Baty, Forrest | Consultant | $175.00 | 201.9 | $35,332.50 |
| Baylis, Jessica | Consultant | $175.00 | 9.3 | $1,627.50 |
| Brunson, Steve | Consultant | $175.00 | 873.1 | $152,792.50 |
| Casey, Chris | Consultant | $175.00 | 896.2 | $156,835.00 |
| Dhamaniya, Shashank | Consultant | $175.00 | 15.5 | $2,712.50 |
| Flota, Blake | Consultant | $175.00 | 100.3 | $17,552.50 |
| Goel, Srishti | Consultant | $175.00 | 4.0 | $700.00 |
| Henry, Diane | Consultant | $175.00 | 893.8 | $156,415.00 |
| Hill, Tim | Consultant | $175.00 | 1.0 | $175.00 |
| Johnson, Dana | Consultant | $175.00 | 0.5 | $87.50 |
| Kasthuri, Mahesh Kasthuri | Consultant | $175.00 | 0.1 | $17.50 |
| Kumar, Ranveer | Consultant | $175.00 | 2.1 | $367.50 |
| Latham, Emma | Consultant | $175.00 | 28.0 | $4,900.00 |
| Lau, Stephanie | Consultant | $175.00 | 186.1 | $32,567.50 |
| Lin, Silver | Consultant | $175.00 | 219.1 | $38,342.50 |

*Continued - Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Madan, Rohit | Consultant | $175.00 | 21.5 | $3,762.50 |
| Maheshwari, Nishant | Consultant | $175.00 | 29.0 | $5,075.00 |
| Maheshwari, Shyam | Consultant | $175.00 | 16.0 | $2,800.00 |
| Maheshwari, Shyam Maheshwari | Consultant | $175.00 | 11.0 | $1,925.00 |
| O'Donnell, Chris | Consultant | $175.00 | 297.0 | $51,975.00 |
| Ogden, Aleesha | Consultant | $175.00 | 406.6 | $71,155.00 |
| Parajuli, Jyotsaana | Consultant | $175.00 | 427.0 | $74,725.00 |
| Persons, Hillary | Consultant | $175.00 | 769.0 | $134,575.00 |
| Portocarrero Neyra, Manuel | Consultant | $175.00 | 29.3 | $5,127.50 |
| Pothoulakis, Tony | Consultant | $175.00 | 675.0 | $118,125.00 |
| Rashid, Takiyah | Consultant | $175.00 | 29.5 | $5,162.50 |
| Reynolds, Matt | Consultant | $175.00 | 159.4 | $27,895.00 |
| Richards, Nick | Consultant | $175.00 | 141.7 | $24,797.50 |
| Salamon, David | Consultant | $175.00 | 3.4 | $595.00 |
| Sunstrum, Sloane | Consultant | $175.00 | 57.0 | $9,975.00 |
| Swink, Dan | Consultant | $175.00 | 73.8 | $12,915.00 |
| Thomas, Dona | Consultant | $175.00 | 2.5 | $437.50 |
| Twigge, Daniel | Consultant | $175.00 | 753.2 | $131,810.00 |
| Vadlamudi, Laxmi | Consultant | $175.00 | 0.5 | $87.50 |
| Vij, Aanchal | Consultant | $175.00 | 5.0 | $875.00 |
| Yadav, Devavrata | Consultant | $175.00 | 110.5 | $19,337.50 |
| **Professional Subtotal:** | | | **18,369.6** | **$4,246,438.00** |

*Non-Working Travel*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Favor, Rick | Director | $365.00 | 16.0 | $5,840.00 |
| Sasso, Anthony | Director | $365.00 | 5.0 | $1,825.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 4.0 | $1,160.00 |
| Freeman, Mike | Manager | $265.00 | 4.0 | $1,060.00 |
| Brunson, Steve | Consultant | $175.00 | 4.0 | $700.00 |
| Henry, Diane | Consultant | $175.00 | 4.0 | $700.00 |
| Persons, Hillary | Consultant | $175.00 | 4.0 | $700.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 4.0 | $700.00 |
| Swink, Dan | Consultant | $175.00 | 6.0 | $1,050.00 |
| **Professional Subtotal:** | | | **51.0** | **$13,735.00** |
| Less 50% Non-Working Travel Deduction | | | | ($6,867.50) |
| **Total:** | | | | **$6,867.50** |

*Preparation of Fee Applications*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Stokx, Randy | Partner/Principal | $365.00 | 3.5 | $1,277.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 1.0 | $290.00 |
| Parker, Matt | Senior Manager | $290.00 | 2.0 | $580.00 |
| Freeman, Mike | Manager | $265.00 | 1.0 | $265.00 |
| Murawski, Bryan | Senior Consultant | $215.00 | 25.7 | $5,525.50 |
| Austin, Carisa | Senior Project Controller | $215.00 | 10.2 | $2,193.00 |
| Cooper, Carla | Senior Project Controller | $215.00 | 1.4 | $301.00 |
| Reynolds, Matt | Consultant | $175.00 | 2.0 | $350.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 317.9 | $55,632.50 |
| Jones, Donna | Project Controller | $175.00 | 84.3 | $14,752.50 |
| Malinak, Kae | Project Controller | $175.00 | 2.0 | $350.00 |
| Sebelius, Kendra | Project Controller | $175.00 | 6.0 | $1,050.00 |
| **Professional Subtotal:** | | | **457.0** | **$82,567.00** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period of January 1, 2015 through April 30, 2015

| Categories | Hours | Fees |
|---|---:|---:|
| Bankruptcy Related Research Consultation and Transaction | 10.4 | $6,870.50 |
| Financial Statement Audit and Related Services | 18,369.6 | $4,246,438.00 |
| Non-Working Travel | 51.0 | $13,735.00 |
| Preparation of Fee Applications | 457.0 | $82,567.00 |
| Fees Category Subtotal : | 18,888.0 | $4,349,610.50 |

| Adjustment | | |
|---|---:|---:|
| Less 50% Non-Working Travel Deduction | | ($6,867.50) |
| Adjustment Subtotal : | | ($6,867.50) |
| Total | | $4,342,743.00 |

**Average Hourly Rate:**         $230.28

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.¹ | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: August 11, 2015 at 4:00 p.m.** |

**THIRD INTERIM FEE APPLICATION FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF
DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR TO THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF
JANUARY 1, 2015 THROUGH APRIL 30, 2015**

Deloitte & Touche LLP ("Deloitte & Touche" or "Applicant"), independent auditor to Energy Future Holdings Corp. and its debtor subsidiaries, as debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases, hereby seeks allowance of compensation and reimbursement of expenses pursuant to sections 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), for the period commencing January 1, 2015 through and including April 30, 2015 (the "Application Period").² In support of this Application (the "Application"), Deloitte & Touche respectfully represents as follows:

**JURISDICTION**

1.  The Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

¹ The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12573653v.1

**STATUTORY BASIS**

2.      The statutory predicates for the relief requested herein are: (i) sections 328, 330 and 331 of the Bankruptcy Code; (ii) Rule 2016 of the Bankruptcy Rules; (iii) Rule 2016-2 of the Local Bankruptcy Rules; and (iv) the Compensation Order (as defined below).

**BACKGROUND**

3.      On April 29, 2014 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      The Debtor's cases are being jointly administered for procedural purposes pursuant to Bankruptcy Rule 1015 (b).

5.      On May 13, 2014, the United States Trustee for the District of Delaware appointed an Official Committee of Unsecured Creditors [D.I. 420].

6.      On August 21, 2014, the Court signed the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896].

7.      On September 16, 2014 the Court signed the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Compensation Order") [D.I. 2066].

**RETENTION OF DELOITTE & TOUCHE**

8.      On May 29, 2014, the Debtors filed the *Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Deloitte & Touche LLP as Independent Auditor Effective Nunc Pro Tunc to the Petition Date* (the "Retention Application") [D.I. 656].

9.      On October 29, 2014, this Court approved the Retention Application and Deloitte & Touche's retention as independent auditor to the Debtors *nunc pro tunc* to the Petition Date [D.I. 2617].

2

**RELIEF REQUESTED**

10.     By this Application, Deloitte & Touche seeks compensation of its reasonable and necessary fees incurred in the amount of $4,342,743.00. Deloitte & Touche has not requested reimbursement for expenses in this Application, but, expects to seek reimbursement of expenses incurred during the Application Period and in subsequent application periods in future fee applications. Deloitte & Touche submits this Application in accordance with the Compensation Order. All services for which Deloitte & Touche requests compensation were performed for, or on behalf of, the Debtors.

**RETAINER**

11.     As of the Petition Date, Deloitte & Touche held a retainer balance from the Debtor in the amount of $180,000. Deloitte & Touche maintained the retainer balance on its records, to be applied to services and expenses subject to approval of the Court.

**BASIS FOR RELIEF**

12.     This Application is the third interim fee application filed by Deloitte & Touche in these cases. In connection with the professional services rendered, by this Application, Deloitte & Touche seeks compensation in the amount of $4,342,743.00 representing 100% of fees incurred during the Application Period.

13.     A detailed statement of hours spent rendering professional services to the Debtors, in support of Deloitte & Touche's request for compensation for fees incurred during the Application Period, is attached hereto as Exhibit A. Exhibit A (i) identifies the professionals and paraprofessionals that rendered services in each project category; (ii) describes each service such professional or paraprofessional performed; (iii) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing the services; and (iv) the hourly rate for services and individuals. As described in the Retention Application, hourly rates vary by level of personnel and by the nature of the services.

14.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (i) the complexity of these cases; (ii) the time

3

expended; (iii) the nature and extent of the services rendered; (iv) the value of such services; and (v) the costs of comparable services other than in a case under the Bankruptcy Code.

15.     Deloitte & Touche does not charge for photocopying, out-going facsimile transmissions, or long distance telephone calls on faxes. Deloitte & Touche customarily charges for conference call expenses.

**DESCRIPTION OF SERVICES RENDERED**

16.     Deloitte & Touche provides below an overview of the services it rendered as independent auditor to the Debtors during the Application Period. Detailed descriptions of these services, the amount of fees incurred, and the amount of hours spent providing services throughout the Application Period are also provided in the attached Exhibits.

17.     Deloitte & Touche performed services for the Debtors in the following areas throughout the Application Period:

- Applicant performed certain procedures in order to maintain an understanding of the Chapter 11 process, the Debtors' plans in order to evaluate the potential implications to the Debtors' presentation and disclosure within the financial statements. This included reading Chapter 11 rulings and related documents, inquiring of the Debtors' personnel regarding the bankruptcy pleadings, evaluating accounting and disclosure requirements relative to the Chapter 11 status, and inquiring of the Debtors' internal restructuring and accounting specialists concerning the Chapter 11 accounting framework and required disclosures.

- In connection with performing the annual audit, substantive testing of specific account balances and internal controls over financial reporting were executed in accordance with the defined audit plan. During this Application Period, this primarily included, testing of internal controls, and performing substantive testing of "year-end" balances. There were also procedures performed to test activities recorded to the general ledger through journal entry analysis and selection of entries for detailed testing. Our procedures also included review of

4

the Form 10-K and preparation of related communications to those charged with governance.

- Applicant performed internal control procedures to understand the internal control environment and control structure of the Debtors' organization. This included continued evaluation of the design of internal controls, and the operating effectiveness of internal controls over financial reporting at or near year-end.

- Applicant performed interim review procedures in accordance with PCAOB review standards on the interim financial statements for the three-month period ending March 31, 2015, including testing of unique transactions that require separate financial statement presentation or disclosure, and research of U.S. Securities and Exchange Commission filing and disclosure requirements.

- Staff for the Applicant prepared its ninth monthly fee statement for the period of January 1, 2015 through January 31, 2015 (D.I. 4747), tenth monthly fee statement for the period of February 1, 2015 through February 28, 2015 (D.I. 4850), eleventh monthly fee statement for the period of March 1, 2015 through March 31, 2015 (D.I. 4929), twelfth monthly fee statement for the period of April 1, 2015 through April 30, 2015 (D.I. 4930) and started to prepare its third interim fee application.

**ALLOWANCE OF COMPENSATION**

18. Compensation Sought. Because of the benefits realized by the Debtors, the nature of services provided, the amount of work done, the time consumed and the skill required, Deloitte & Touche respectfully requests that it be allowed, on an interim basis, compensation for the professional services rendered during the Application Period in the sum of $4,342,743.00.

19. Reimbursement of Expenses. Deloitte & Touche does not request reimbursement for any expenses in this Application. Deloitte & Touche intends to include in future fee applications requests for reimbursement of expenses included during this Application Period and past and future application periods.

20.     No agreement or understanding exists between Deloitte & Touche and any other nonaffiliated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these cases

### CERTIFICATE OF COMPLIANCE AND WAIVER

21.     Finally, the undersigned representative of Deloitte & Touche certifies that Deloitte & Touche has reviewed the requirements of Rule 2016-2 of the Local Bankruptcy Rules and that the Application substantially complies with that Local Bankruptcy Rule. To the extent that the Application does not comply in all respects with the requirements of Local Bankruptcy Rule 2016-2 Deloitte & Touche believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Deloitte & Touche respectfully requests that the Court: (i) grant it allowance of compensation for professional services rendered to the Debtors during the Application Period in the amount of $4,342,743.00 which represents 100% of the total compensation for professional services rendered during the Application, and (ii) grant such other and further relief as is just and proper.

DATED:  July 20, 2015

                                                    Respectfully submitted,

                                                    DELOITTE & TOUCHE LLP

                                                    By:  */s/ Randy Stokx*
                                                          Randy Stokx - Partner
                                                          2220 Ross Avenue, Suite 1600
                                                          Dallas, Texas 75201
                                                          Telephone: (214) 840-7173

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

## DECLARATION OF RANDY STOKX

STATE OF TEXAS:

COUNTY OF DALLAS:

Randy Stokx deposes and says:

1. I am a Partner in the applicant firm, Deloitte & Touche LLP.

2. I have personally led, as the engagement partner, the professional services rendered Debtors by Deloitte & Touche LLP, as their independent auditor, and am familiar with all work performed on behalf of the Debtors by the employees and partners/principals of my firm.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.



TELA R GILL
My Commission Expires
November 14, 2015

_____
Randy Stokx

SWORN TO AND SUBSCRIBED before me this 20 day of July, 2015.

_____
Notary Public, State of Texas
My Commission Expires: Nov. 14, 2015