# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re:  D.I. 2051, 2760, 4012** |

**STIPULATION AND AGREED ORDER EXTENDING DATES IN ORDER
REGARDING A PROTOCOL FOR CERTAIN CASE MATTERS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), certain of the Debtors' creditors and other constituents as specified in the signature pages of this stipulation and agreed order (the "Stipulation and Order") hereby enter into this Stipulation and Order, and stipulate and agree as follows:

WHEREAS, on September 16, 2014, this Court signed and entered the *Stipulation and Agreed Order Regarding A Protocol for Certain Case Matters* [D.I.  2051];

WHEREAS, on November 13, 2014, this Court signed and entered the *Stipulation and Agreed Order Extending Dates in Order Regarding A Protocol for Certain Case Matters* [D.I. 2760];

WHEREAS, on March 31, 2015, this Court signed and entered the *Stipulation and Agreed Order Extending Dates in Order Regarding a Protocol for Certain Case Matters* [D.I. 4012] (collectively, the "Case Protocol").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

NOW, THEREFORE, it is hereby stipulated and agreed to by and among the Parties and upon Bankruptcy Court approval hereof, it shall be ordered as follows:

1.      Paragraph 9 of the Case Protocol is hereby modified and amended as follows:

Paragraph 9:  Each TCEH Creditor Representative must (a) disclose in writing to the Debtors by no later than April 30, 2015 any material claims and causes of action for which it intends to request standing in a Standing Motion; and (b) file its respective Standing Motion by the later of (i) September 30, 2015, (ii) fifteen days after approval of a disclosure statement, and (iii) such later date as mutually agreed to by the Debtors and the applicable TCEH Creditor Representative; provided, however, that the TCEH Creditor Representatives reserve the right to seek one or more orders extending such deadlines for cause shown, including the failure of the Debtor or K&E to fulfill their obligations under paragraph (6) above or the 2004 Discovery Protocol.  To the extent that it fails to file for standing to assert a particular claim or cause of action by the applicable deadline (as it may be extended pursuant to the prior sentence), each TCEH Creditor Representative is deemed to have waived any right to seek standing to assert that claim or cause of action; provided further, however, that nothing herein shall amend, modify or supersede the deadlines and procedures for bringing a Challenge as defined in, and as set forth in, Paragraph 15 of the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay* [D.I. 855] (as may be modified by order of the Bankruptcy Court).

2.      Other than as set forth in Paragraph 1 above, the existing Case Protocol remains in full force and effect, except as modified by the *Order (Agreed) and Stipulation Regarding Certain Confirmation Scheduling Matters* [D.I. 4918].

[*Signatures follow*.]

Stipulated and agreed by:

ENERGY FUTURE HOLDINGS, CORP., *ET AL.*
DEBTORS AND DEBTORS-IN-POSSESSION

By:  */s/ Jason M. Madron*
      **RICHARDS, LAYTON & FINGER, P.A.**
      Mark D. Collins (No. 2981)
      Daniel J. DeFranceschi (No. 2732)
      Jason M. Madron (No. 4431)
      920 North King Street
      Wilmington, Delaware 19801
      Telephone:    (302) 651-7700
      Facsimile:    (302) 651-7701
      Email:    collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com

      -and-

      **KIRKLAND & ELLIS, LLP**
      **KIRKLAND & ELLIS INTERNATIONAL LLP**
      Edward O. Sassower, P.C. (admitted *pro hac vice*)
      Stephen E. Hessler (admitted *pro hac vice*)
      Brian E. Schartz (admitted *pro hac vice*)
      601 Lexington Avenue
      New York, New York 10022-4611
      Telephone:    (212) 446-4800
      Facsimile:    (212) 446-4900
      Email:    edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com

      -and-

      James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
      Marc Kieselstein, P.C. (admitted *pro hac vice*)
      Chad J. Husnick (admitted *pro hac vice*)
      Steven N. Serajeddini (admitted *pro hac vice*)
      300 North LaSalle
      Chicago, Illinois 60654
      Telephone: (312) 862-2000
      Facsimile: (312) 862-2200
      Email:    james.sprayregen@kirkland.com
            marc.kieselstein@kirkland.com
            chad.husnick@kirkland.com
            steven.serajeddini@kirkland.com

      *Co-Counsel to the Debtors and Debtors in Possession*

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE
COMPETITIVE HOLDINGS COMPANY LLC, EFCH'S DIRECT SUBSIDIARY, TEXAS
COMPETITIVE ELECTRIC HOLDINGS, LLC AND THEIR DIRECT AND INDIRECT
SUBSIDIARIES, AND EFH CORPORATE SERVICES COMPANY

By:    */s/ Brett H. Miller*
      **POLSINELLI PC**
      Christopher A. Ward (No. 3877)
      Justin K. Edelson (No. 5002)
      Shanti M. Katona (No. 5352)
      222 Delaware Avenue, Suite 1101
      Wilmington, Delaware 19801
      Telephone:    (302) 252-0920
      Facsimile:    (302) 252-0921
      Email:    cward@polsinelli.com
             jedelson@polsinelli.com
             skatona@polsinelli.com

      -and-

      **MORRISON & FOERSTER LLP**
      Lorenzo Marinuzzi (admitted *pro hac vice*)
      Brett H. Miller (admitted *pro hac vice*)
      James M. Peck (admitted *pro hac vice*)
      Todd M. Goren (admitted *pro hac vice*)
      250 West 55th Street
      New York, New York 10019
      Telephone:    (212) 468-8000
      Facsimile:    (212) 468-7900
      Email:    lmarinuzzi@mofo.com
             bmiller@mofo.com
             jpeck@mofo.com
             tgoren@mofo.com

      *Co-Counsel to the Official Committee of Unsecured Creditors*

WILMINGTON SAVINGS FUND SOCIETY, FSB,
IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE

By:     */s/ Edward S. Weisfelner* _____

        **ASHBY & GEDDES, P.A.**
        William P. Bowden (No. 2553)
        Gregory A. Taylor (No. 4008)
        500 Delaware A venue
        P.O. Box 1150
        Wilmington, Delaware 19899
        Telephone:     (302) 654-1888
        Facsimile:     (302) 654-2067

        -and-

        **BROWN RUDNICK LLP**
        Edward S. Weisfelner (admitted *pro hac vice*)
        Seven Times Square
        New York, New York 10036
        Telephone:     (212) 209-4800
        Facsimile:     (212) 209-4801

        -and-

        Jeffrey L. Jonas (admitted *pro hac vice*)
        Jeremy B. Coffey (admitted *pro hac vice*)
        One Financial Center
        Boston, Massachusetts 02111
        Telephone:     (617) 856-8200
        Facsimile:     (617) 856-8201

        *Counsel to Wilmington Savings Fund Society, FSB,*
        *solely in its capacity as successor Indenture Trustee*

THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS

By:    */s/ J. Christopher Shore*
      **FOX ROTHSCHILD LLP**
      Jeffrey M. Schlerf (No. 3047)
      John H. Strock (No. 4965)
      L. John Bird (No. 5310)
      919 North Market St., Suite 300
      Wilmington, DE 19801
      Telephone:    (302) 654-7444
      Facsimile:    (302) 463-4971
      Email:      jschlerf@foxrothschild.com
                jstrock@foxrothschild.com
                lbird@foxrothschild.com

      -and-

      **WHITE & CASE LLP**
      J. Christopher Shore (admitted *pro hac vice*)
      Gregory M. Starner (admitted *pro hac vice*)
      1155 Avenue of the Americas
      New York, NY 10036
      Telephone:    (212) 819-8200
      Facsimile:    (212) 354-8113
      Email:      cshore@whitecase.com
                gstarner@whitecase.com

      Thomas E. Lauria (admitted *pro hac vice*)
      Matthew C. Brown (admitted *pro hac vice*)
      Southeast Financial Center, Suite 4900
      200 South Biscayne Blvd.
      Miami, FL 33131
      Telephone: (305) 371-2700
      Facsimile: (305) 358-5744
      Email:      tlauria@whitecase.com
                mbrown@whitecase.com

      *Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*

Dated:  July ___, 2015            **SO ORDERED:**

                _____
                The Honorable Christopher S. Sontchi
                United States Bankruptcy Judge