**EXHIBIT A**

**Statement of Fees by Project Category**

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | 162.40 | $151,751.50 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | - | $0.00 |
| 00007 | CASE ADMINISTRATION | 40.80 | $26,570.00 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | 174.00 | $191,801.50 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 12.30 | $5,118.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 83.90 | $50,989.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | - | $0.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 0.40 | $346.00 |
| 00014 | OTHER LITIGATION | - | $0.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 54.50 | $54,672.00 |
| 00016 | NON-WORKING TRAVEL | 5.30 | $2,473.00 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 859.90 | $432,291.00 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | 174.30 | $125,348.50 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | 4.60 | $1,564.00 |
| 00022 | HEARINGS | 25.80 | $26,089.00 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | 18.20 | $14,184.50 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | 7.00 | $6,479.50 |
| 00027 | OTHER MOTIONS / APPLICATIONS | 1.60 | $676.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 54.20 | $0.00 |
| 00031 | BUDGETING (CASE) | 1.00 | $830.00 |
| | **TOTAL:** | **1,680.20** | **$1,091,183.50** |

## EXHIBIT B

## Attorneys and Paraprofessionals' Information

| Timekeeper Name | Title | Bar Admission | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|
| Dietderich, Andrew G. | Partner | 1997 | $1,140.00 | | 52.90 | $60,306.00 |
| Giuffra Jr., Robert J. | Partner | 1989 | $1,140.00 | | 1.80 | $2,052.00 |
| Glueckstein, Brian D. | Partner | 2004 | $570.00 | * | 1.30 | $741.00 |
| Glueckstein, Brian D. | Partner | 2004 | $1,140.00 | | 236.10 | $269,154.00 |
| Hariton, David P. | Partner | 1986 | $1,295.00 | | 72.60 | $94,017.00 |
| Holley, Steven L. | Partner | 1984 | $1,140.00 | | 2.00 | $2,280.00 |
| Jacobson, Eli D. | Partner | 1981 | $1,295.00 | | 31.70 | $41,051.50 |
| Korry, Alexandra D. | Partner | 1988 | $1,295.00 | | 21.50 | $27,842.50 |
| Rosenberg, Mark F. | Partner | 1981 | $1,140.00 | | 72.80 | $82,992.00 |
| Shane, Penny | Partner | 1989 | $1,140.00 | | 0.10 | $114.00 |
| Torkin, Michael H. | Partner | 1999 | $1,140.00 | | 2.90 | $3,306.00 |
| **Partner Total** | | | | | **495.70** | **$583,856.00** |
| Altman, Daniel Z. | Special Counsel | 2006 | $995.00 | | 45.80 | $45,571.00 |
| Barancik, Tia S. | Special Counsel | 1987 | $1,140.00 | | 6.80 | $7,752.00 |
| Brennan, Matthew J. | Special Counsel | 1986 | $1,050.00 | | 5.40 | $5,670.00 |
| **Special Counsel Total** | | | | | **58.00** | **$58,993.00** |
| Apostolopoulos, Alexander P. | Associate | 2012 | $830.00 | | 0.60 | $498.00 |
| Biller, Daniel L. | Associate | 2013 | $725.00 | | 2.90 | $2,102.50 |
| Coleman, Heather L. | Associate | 2007 | $865.00 | | 1.00 | $865.00 |
| Ekono, Zeh S. | Associate | 2011 | $855.00 | | 20.80 | $17,784.00 |
| Foushee, M. Hampton | Associate | 2015 | $460.00 | | 2.40 | $1,104.00 |
| Goldin, David L. | Associate | 2013 | $725.00 | | 34.70 | $25,157.50 |
| Ha, Alice YN | Associate | 2015 | $0.00 | * | 0.50 | $0.00 |
| Ha, Alice YN | Associate | 2015 | $460.00 | | 26.50 | $12,190.00 |
| Ip, Veronica W. | Associate | 2011 | $855.00 | | 77.00 | $65,835.00 |
| Jakus, David J. | Associate | 2014 | $605.00 | | 5.40 | $3,267.00 |
| Josephs, Adam M. | Associate | 2014 | $460.00 | | 2.30 | $1,058.00 |
| Kranzley, Alexa J. | Associate | 2009 | $433.00 | * | 4.00 | $1,732.00 |
| Kranzley, Alexa J. | Associate | 2009 | $865.00 | | 118.40 | $102,416.00 |
| Lorme, Daniel R. | Associate | 2015 | $460.00 | | 57.30 | $26,358.00 |
| Ma, Chiansan | Associate | 2012 | $830.00 | | 87.00 | $72,210.00 |
| Metz, Alexander J.F. | Associate | 2015 | $0.00 | * | 0.30 | $0.00 |
| Metz, Alexander J.F. | Associate | 2015 | $460.00 | | 31.50 | $14,490.00 |
| Mortensen, Todd A. | Associate | 2013 | $725.00 | | 1.00 | $725.00 |
| Rhein, Jonathan M. | Associate | 2014 | $0.00 | * | 0.70 | $0.00 |
| Rhein, Jonathan M. | Associate | 2014 | $460.00 | | 6.50 | $2,990.00 |

| Timekeeper Name | Title | Bar Admission | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|
| Weiss, Noam R. | Associate | 2014 | $0.00 | * | 0.20 | $0.00 |
| Weiss, Noam R. | Associate | 2014 | $605.00 | | 44.00 | $26,620.00 |
| White, Amaris R. | Associate | 2013 | $725.00 | | 0.80 | $580.00 |
| Zhang, Xin Florence | Associate | 2014 | $460.00 | | 0.30 | $138.00 |
| Zylberberg, David R. | Associate | 2011 | $855.00 | | 56.90 | $48,649.50 |
| **Associate Total** | | | | | **583.00** | **$426,769.50** |
| **Lawyers Total** | | | | | **1,136.70** | **$1,069,618.50** |
| Agha, Mavara | Summer Associate | N/A | $0.00 | | 53.70 | $0.00 |
| Brown, Anton Christopher | Summer Associate | N/A | $0.00 | | 70.10 | $0.00 |
| Chung, Grace H. | Summer Associate | N/A | $0.00 | | 14.40 | $0.00 |
| Grein IV, John Joseph | Summer Associate | N/A | $0.00 | | 21.10 | $0.00 |
| Kim, Terence H. | Summer Associate | N/A | $0.00 | | 61.70 | $0.00 |
| Maass, Evan Peter | Summer Associate | N/A | $0.00 | | 2.00 | $0.00 |
| Macfarlane, Bonnie Catherine | Summer Associate | N/A | $0.00 | | 15.60 | $0.00 |
| Mittal, Rakesh A. | Summer Associate | N/A | $0.00 | | 29.10 | $0.00 |
| Sullivan, William Peyton | Summer Associate | N/A | $0.00 | | 65.30 | $0.00 |
| Tata, Vivek Vijay | Summer Associate | N/A | $0.00 | | 21.70 | $0.00 |
| Wasser, Jason Andrew | Summer Associate | N/A | $0.00 | | 31.40 | $0.00 |
| Watanabe, Kisho | Summer Associate | N/A | $0.00 | | 5.40 | $0.00 |
| Young, Elizabeth V. | Summer Associate | N/A | $0.00 | | 18.00 | $0.00 |
| Hobby, Lauren Morghan | Intern | N/A | $0.00 | | 5.20 | $0.00 |
| Drinkwater, Emily C. C. | Legal Assistant | N/A | $0.00 | * | 30.40 | $0.00 |
| Drinkwater, Emily C. C. | Legal Assistant | N/A | $275.00 | | 35.80 | $9,845.00 |
| Ea, Choun F. | Legal Assistant | N/A | $355.00 | | 0.50 | $177.50 |
| Minio, Zara E. | Legal Assistant | N/A | $0.00 | * | 25.40 | $0.00 |
| Minio, Zara E. | Legal Assistant | N/A | $355.00 | | 6.80 | $2,414.00 |
| Watson, Thomas C. | Legal Assistant | N/A | $0.00 | * | 0.40 | $0.00 |
| Watson, Thomas C. | Legal Assistant | N/A | $275.00 | | 16.80 | $4,620.00 |
| Robinson, Kenneth W. | Legal Analyst - Corporate | N/A | $355.00 | | 9.00 | $3,195.00 |
| Langston, Nicole E. | Electronic Discovery | N/A | $355.00 | | 1.80 | $639.00 |
| Council, Kimberly N. | Research Analyst | N/A | $355.00 | | 0.80 | $284.00 |
| Tully, John K. | Research Analyst | N/A | $355.00 | | 0.60 | $213.00 |
| Voizard, Marshall R. | Research Analyst | N/A | $355.00 | | 0.50 | $177.50 |
| **Non Legal Personnel Total** | | | | | **543.50** | **$21,565.00** |
| **Grand Total** | **Grand Total** | | | | **1,680.20** | **$1,091,183.50** |

* Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.

SC1:3910584.2

-8-

## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Disbursement Summary | |
|---|---:|
| **Description** | **Amount** |
| Local Transportation | $429.28 |
| Out of Town Travel | $570.00 |
| Conference Catering | $50.08 |
| Meals - Overtime | $282.62 |
| Outside Vendors | $1,500.00 |
| Repro - Copies | $614.70 |
| Tele-conference | $695.28 |
| Delivery Services/Messengers | $12.27 |
| Hearing Transcripts | $111.60 |
| **Total** | **$4,265.83** |

# EXHIBIT D

## Detailed Description of Expenses

| Category | Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 5/20/2015 | Brian D. Glueckstein | 1 | $20.80 | $20.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 23:07 |
| Local Transportation | 5/25/2015 | Brian D. Glueckstein | 1 | $17.80 | $17.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 19:01 (Holiday) |
| Local Transportation | 5/30/2015 | Alice YN Ha | 1 | $21.80 | $21.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:46 (Weekend) |
| Local Transportation | 5/31/2015 | Brian D. Glueckstein | 1 | $18.30 | $18.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:56 (Weekend) |
| Local Transportation | 6/1/2015 | Brian D. Glueckstein | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 23:15 |
| Local Transportation | 6/2/2015 | Brian D. Glueckstein | 1 | $19.30 | $19.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:30 |
| Local Transportation | 6/5/2015 | David L. Goldin | 1 | $38.87 | $38.87 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:17 |
| Local Transportation | 6/8/2015 | Brian D. Glueckstein | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:08 |

SC1:3910584.2

| Category | Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/11/2015 | Alice YN Ha | 1 | $7.30 | $7.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:23 |
| Local Transportation | 6/11/2015 | Brian D. Glueckstein | 1 | $19.30 | $19.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:39 |
| Local Transportation | 6/15/2015 | Brian D. Glueckstein | 1 | $19.30 | $19.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:50 |
| Local Transportation | 6/16/2015 | Brian D. Glueckstein | 1 | $28.19 | $28.19 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:04 |
| Local Transportation | 6/16/2015 | Veronica W. Ip | 1 | $25.00 | $25.00 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:01 |
| Local Transportation | 6/17/2015 | Brian D. Glueckstein | 1 | $18.30 | $18.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:08 |
| Local Transportation | 6/18/2015 | Brian D. Glueckstein | 1 | $19.30 | $19.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:08 |
| Local Transportation | 6/19/2015 | Brian D. Glueckstein | 1 | $20.30 | $20.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:47 |

SC1:3910584.2

| Category | Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/23/2015 | Brian D. Glueckstein | 1 | $26.62 | $26.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 01:10 |
| Local Transportation | 6/24/2015 | Brian D. Glueckstein | 1 | $26.62 | $26.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:52 |
| Local Transportation | 6/26/2015 | Brian D. Glueckstein | 1 | $26.62 | $26.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 02:42 |
| **Local Transportation Total** | | | | | **$429.28** | |
| Out of Town Travel | 5/28/2015 | Brian D. Glueckstein | 1 | $285.00 | $285.00 | Amtrak ticket for June 1, 2015 - NY/DE |
| Out of Town Travel | 5/29/2015 | Alexa J. Kranzley | 1 | $285.00 | $285.00 | Amtrak ticket for June 1, 2015 - NY/DE |
| **Out of Town Travel Total** | | | | | **$570.00** | |
| Conference Catering | 6/17/2015 | Alexa J. Kranzley | 1 | $50.08 | $50.08 | Conference Catering - 6 People |
| **Conference Catering Total** | | | | | **$50.08** | |
| Meals - Overtime | 6/1/2015 | Alexa J. Kranzley | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Projects(s): 00011, 00016, 00017, 00022 |
| Meals - Overtime | 6/1/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Projects(s): 00007, 00019 |
| Meals - Overtime | 6/4/2015 | Chiansan Ma | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Projects(s): 00011, 00017 |
| Meals - Overtime | 6/4/2015 | Daniel R. Lorme | 1 | $12.33 | $12.33 | Meals - Overtime; Projects(s): 00017 |
| Meals - Overtime | 6/5/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Projects(s): 00003 |
| Meals - Overtime | 6/8/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Projects(s): 00007, 00017 |
| Meals - Overtime | 6/9/2015 | Chiansan Ma | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Projects(s): 00011, 00015, 00017 |
| Meals - Overtime | 6/9/2015 | David L. Goldin | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Projects(s): 00003 |

SC1:3910584.2

| Category | Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/9/2015 | David R. Zylberberg | 1 | $18.73 | $18.73 | Meals - Overtime; Projects(s): 00003, 00017, 00019 |
| Meals - Overtime | 6/10/2015 | Noam R. Weiss | 1 | $17.91 | $17.91 | Meals - Overtime; Projects(s): 00007, 00017 |
| Meals - Overtime | 6/22/2015 | David R. Zylberberg | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Projects(s):00003, 00007 |
| Meals - Overtime | 6/22/2015 | Veronica W. Ip | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Projects(s): 00007, 00015, 00017 |
| Meals - Overtime | 6/22/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; capped at $20; Projects(s): 00003, 00007, 00017, 00019 |
| Meals - Overtime | 6/24/2015 | Brian D. Glueckstein | 1 | $19.60 | $19.60 | Meals - Overtime; Projects(s): 00008, 00015, 00017, 00022 |
| Meals - Overtime | 6/25/2015 | Brian D. Glueckstein | 1 | $14.05 | $14.05 | Meals - Overtime; Projects(s): 00008, 00015, 00016, 00017, 00022 |
| **Meals - Overtime Total** | | | | | **$282.62** | |
| Outside Vendors | 6/8/2015 | Brian D. Glueckstein | 1 | $1,500.00 | $1,500.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$1,500.00** | |
| Repro - BW Copies | 6/2/2015 | Thomas C. Watson | 95 | $0.10 | $9.50 | Repro - BW Copies |
| Repro - BW Copies | 6/4/2015 | Emily C. C. Drinkwater | 295 | $0.10 | $29.50 | Repro - BW Copies |
| Repro - BW Copies | 6/17/2015 | Emily C. C. Drinkwater | 9 | $0.10 | $0.90 | Repro - BW Copies |
| Repro - BW Copies | 6/19/2015 | Daniel Z. Altman | 15 | $0.10 | $1.50 | Repro - BW Copies |
| Repro - BW Copies | 6/19/2015 | Daniel Z. Altman | 990 | $0.10 | $99.00 | Repro - BW Copies |
| Repro - BW Copies | 6/23/2015 | Emily C. C. Drinkwater | 1064 | $0.10 | $106.40 | Repro - BW Copies |
| Repro - BW Copies | 6/24/2015 | Emily C. C. Drinkwater | 2068 | $0.10 | $206.80 | Repro - BW Copies |
| Repro - BW Copies | 6/24/2015 | David P. Hariton | 581 | $0.10 | $58.10 | Repro - BW Copies |
| **Repro - BW Copies Total** | | | | | **$511.70** | |
| Repro - Binding | 6/4/2015 | Emily C. C. Drinkwater | 1 | $3.25 | $3.25 | Repro - Binding |
| **Repro - Binding Total** | | | | | **$3.25** | |
| Repro - Color Copies | 6/17/2015 | Emily C. C. Drinkwater | 12 | $0.25 | $3.00 | Repro - Color Copies |
| Repro - Color Copies | 6/19/2015 | Daniel Z. Altman | 387 | $0.25 | $96.75 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$99.75** | |
| Tele-conference | 5/13/2015 | Alexa J. Kranzley | 1 | $44.00 | $44.00 | Tele-conference |
| Tele-conference | 5/14/2015 | Alexa J. Kranzley | 1 | $184.00 | $184.00 | Tele-conference |
| Tele-conference | 5/27/2015 | Alexa J. Kranzley | 1 | $102.89 | $102.89 | Tele-conference |
| Tele-conference | 5/29/2015 | Andrew G. Dietderich | 1 | $18.63 | $18.63 | Tele-conference |
| Tele-conference | 6/2/2015 | Alexa J. Kranzley | 1 | $61.05 | $61.05 | Tele-conference |
| Tele-conference | 6/4/2015 | Brian D. Glueckstein | 1 | $24.46 | $24.46 | Tele-conference |
| Tele-conference | 6/8/2015 | Alexa J. Kranzley | 1 | $30.97 | $30.97 | Tele-conference |
| Tele-conference | 6/12/2015 | Andrew G. Dietderich | 1 | $17.94 | $17.94 | Tele-conference |

SC1:3910584.2

-13-

| Category | Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Tele-conference | 6/15/2015 | Alexa J. Kranzley | 1 | $105.79 | $105.79 | Tele-conference |
| Tele-conference | 6/22/2015 | Alexa J. Kranzley | 1 | $41.39 | $41.39 | Tele-conference |
| Tele-conference | 6/23/2015 | Brian D. Glueckstein | 1 | $39.26 | $39.26 | Tele-conference |
| Tele-conference | 6/26/2015 | Andrew G. Dietderich | 1 | $14.78 | $14.78 | Tele-conference |
| Tele-conference | 6/26/2015 | Brian D. Glueckstein | 1 | $10.12 | $10.12 | Tele-conference |
| **Tele-conference Total** | | | | | **$695.28** | |
| Delivery Services/Messengers | 6/15/2015 | Brian D. Glueckstein | 1 | $12.27 | $12.27 | Delivery Services/Messengers |
| **Delivery Services/Messengers Total** | | | | | **$12.27** | |
| Hearing Transcripts | 6/1/2015 | Alexa J. Kranzley | 1 | $111.60 | $111.60 | Hearing Transcripts |
| **Hearing Transcripts Total** | | | | | **$111.60** | |
| **Grand Total** | | | | | **$4,265.83** | |

\* All meals for which reimbursement is requested were ordered by S&C attorneys or paraprofessionals who worked on these chapter 11 cases for more than four hours, and worked on these chapter 11 cases past 8 p.m. (although certain meals may have been ordered before 8 p.m.), on the relevant date. To the extent any meal expense exceeded the cap of $20 per person per meal, S&C's request for reimbursement of such expense has been limited to $20.

-14-

# **EXHIBIT E**

## **Notice and Statement of EFH Committee Members' Expenses**

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[3] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: August 11, 2015 at 4:00 p.m. |

**EIGHTH MONTHLY STATEMENT OF MEMBERS OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS
CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC,
EFIH FINANCE INC., AND EECI, INC. FOR EXPENSES INCURRED
FOR THE PERIOD FROM JUNE 1, 2015 THROUGH JUNE 30, 2015**

| **Name of Applicant** | **Members of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.[4]** |
|---|---|
| Date of Appointment: | October 27, 2014 |
| Period for which Reimbursement is Sought: | June 1, 2015 through June 30, 2015 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $2,359.15 |

This is a(n) _X_ monthly ___ interim ___ final application.  No prior application for reimbursement of expenses has been filed for this Expense Statement Period.

---

[3] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[4] Pursuant to the Notice of Appointment (as defined below), the members of the EFH Committee (as defined below) are:  Brown & Zhou, LLC; Peter Tinkham; Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle; David William Fahy and American Stock Transfer & Trust Company, LLC (collectively, the "**EFH Committee Members**").

Pursuant to section 503 of title 11 of the United States Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Second Amended Notice of Appointment of Committee of Unsecured Creditors* [D.I. 3403] (the "**Notice of Appointment**") and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the members of the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (collectively, the "**EFH Debtors**") hereby submit this monthly statement (this "**Monthly Expense Statement**") for reimbursement of the actual and necessary expenses incurred in the performance of the duties of the EFH Committee, in the amount of $2,359.15, from June 1, 2015 through June 30, 2015 (the "**Expense Statement Period**").

### Itemization of Disbursements Incurred

In support of this Monthly Expense Statement, below is a chart detailing the expenses for which the EFH Committee Members seek reimbursement for the Expense Statement Period.

WHEREFORE, the EFH Committee Members hereby request payment in the total amount of $2,359.15 as reimbursement for actual and necessary costs and expenses incurred in the performance of the duties of the EFH Committee during the Expense Statement Period, and request that such expenses be paid as administrative expenses of the EFH Debtors' estates.[5]

---

[5] Paragraph 2(b) of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**") requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred. To the extent that Paragraph 2(b) of the Interim Compensation Order applies to reimbursement of EFH Committee Members' expenses, the EFH Committee Members have incurred expenses in performance of the duties of the EFH Committee. All expenses identified in this Monthly Expense Statement should therefore be paid by the EFH Debtors.

**Expense Chart**

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---|
| 6/21 | Mabel Brown | Airfare | CMH to LGA Round Trip Airfare | $1,259.20 |
| 6/21 | Mabel Brown | Transportation | Uber ride from LGA to Sofitel Hotel | $35.15 |
| 6/21 | Mabel Brown | Transportation | Uber ride from Home to Airport | $19.48 |
| 6/21 | Mabel Brown | Transportation | Uber ride to Sofitel Hotel | $10.00 |
| 6/21 | Mabel Brown | Meal | Gregory's Coffee: breakfast (Alone; NYC) | $6.49 |
| 6/22 | Mabel Brown | Meal | Starbucks: breakfast (Alone; NYC) | $11.89 |
| 6/22 | Mabel Brown | Meal | DB Moderne: dinner (With Creditor; NYC) | $130.00 |
| 6/22 | Mabel Brown | Meal | Café Manhattan: lunch (Alone; NYC) | $8.38 |
| 6/23 | Mabel Brown | Transportation | Uber ride from Sofitel Hotel to Airport | $43.53 |
| 6/23 | Mabel Brown | Hotel | Sofitel Hotel (6/21-6/22) | $807.96 |
| 6/23 | Mabel Brown | Meal | Café Manhattan: breakfast (Alone; NYC) | $8.11 |
| 6/24 | Mabel Brown | Transportation | Uber from CMH Airport to Home | $18.96 |
| | | | **Total (Mable Brown):** | **$2,359.15** |

SC1:3910584.2