## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 4742** |

### CERTIFICATION OF NO OBJECTION REGARDING THE "ELEVENTH MONTHLY FEE STATEMENT OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2015 THROUGH MARCH 31, 2015" (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, other than as expressly noted in footnote 2 hereof, he has received no answer, objection or other responsive pleading with respect to the eleventh monthly fee statement for compensation and reimbursement of expenses (the "Monthly Fee Statement") of **Richards, Layton & Finger, P.A.** (the "Applicant") listed on Exhibit A attached hereto.[2] The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on June 12, 2015. The undersigned further certifies that he has reviewed the Court's docket in this case and no

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On June 17, 2015, the Applicant received correspondence from counsel to the Fee Committee identifying "… certain expenses [requested in the Monthly Fee Statement] that may require further documentation and review." Notwithstanding the Fee Committee's June 17, 2015 correspondence to the Applicant, counsel to the Fee Committee has affirmatively stated that (i) "… the total of these expenses does not justify a formal objection to Richards Layton's request for monthly fees and expenses" and (ii) "[t]he Fee Committee does not object, accordingly, to the Debtor's payment of 80 percent of the fees and 100 percent of the expenses requested in [the Applicant's] March and April 2015 Monthly Fee Statements."

answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the **Notice of Fee Statement** filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than **July 3, 2015 at 4:00 p.m. (Eastern Daylight Time)**. The Monthly Fee Statement was filed and served in accordance with the **Stipulation and Order Appointing a Fee Committee**, dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Consequently, pursuant the Administrative Order, the above-captioned debtors and debtors in possession in the above-captioned cases, are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank.]*

RLF1 12580107v.1

Dated: July 21, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees authorized to be paid @ 80%[1] | Amount of Expenses authorized to be paid @ 100%[2] | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Richards, Layton & Finger, P.A., 920 North King Street, One Rodney Square, Wilmington, DE 19801 (Co-Counsel and Conflicts Counsel to the Debtors) | Eleventh Monthly Fee Statement 3/1/15 through 3/31/15 Filed 6/12/15 [D.I. 4742] | $219,860.00 | $7,901.85 | 7/3/15 | $175,888.00[3] | $7,901.85 | $43,972.00 |

---

[1] Consistent with the terms of the Administrative Order, the fees requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.*, 80% of the fees requested in the Monthly Fee Statement) shall be allocated $0.00, $115,190.53, and $60,697.47 to EFH, EFIH, and TCEH, respectively.

[2] Consistent with the terms of the Administrative Order, the expenses requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.*, 100% of the expenses requested in the Monthly Fee Statement) shall be allocated $0.00, $5,173.98, and $2,727.87 to EFH, EFIH, and TCEH, respectively.

[3] Consistent with paragraph 4 of the *Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective Nunc Pro Tunc to the Petition Date*, dated October 24, 2014 [D.I. 2539] (the "Retention Order"), "RLF shall apply the remaining amount of the Retainer to satisfy the payment of allowed fees and expenses accruing after the Petition Date before seeking further payment from the Debtors in satisfaction of such allowed fees and expenses." See Retention Order at ¶ 4. Consequently, upon the filing of this certification of no objection, the Applicant shall continue to apply any applicable remaining retainer amount, as allocated among the estates of EFH, EFIH, and TCEH, until exhausted.