# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 67.90 | $24,038.00 |
| 7 | EPA NSR Litigation | 195.20 | $68,059.00 |
| 8 | EGU MACT | 6.0 | $2,194.50 |
| 10 | Supplemental §114 Response | 22.5 | $9,574.00 |
| 11 | EPA Regional Haze Rulemaking | 32.60 | $10,763.00 |
| 18 | EPA Affirmative Defense Litigation | 209.10 | $72,448.50 |
| 19 | EPA GHG Rules | 6.40 | $3,220.00 |
| 21 | Bankruptcy Application and Retention | 61.50 | $14,782.50 |
| **Totals:** | | **601.20** | **$205,079.50** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Expense Category | Amount |
|---|---|
| Airfare | $795.15 |
| Binding & Printing Services | $632.50 |
| Court Fees | $500.00 |
| Deliveries | $20.57 |
| Color Copies or Prints | $46.50 |
| Standard Copies or Prints | $108.90 |
| Telephone Charges | $121.59 |
| Transportation | $19.90 |
| Transportation to/from airport | $24.84 |
| Travel Meals | $440.37 |
| Traveling Expenses – Lodging | $1,410.97 |
| Other Travel Expenses | $97.00 |
| **Total Expenses Sought:** | **$4,218.29** |