## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 62.70 | $24,139.50 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $320.00 | 41.90 | $13,408.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 144.10 | $72,770.50 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 27.30 | $13,786.50 |
| Mary Samuels | Partner | 2007 | Environmental | $320.00 | 40.20 | $12,864.00 |
| Jeff Wood | Partner | 2003 | Environmental | $430.00 | 0.80 | $344.00 |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 17.80 | $4,272.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 39.50 | $9,282.50 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $275.00 | 42.70 | $11,742.50 |
| Michael P. Malenfant | Associate | 2013 | Energy | $235.00 | 1.70 | $399.50 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 25.10 | $7,153.50 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 35.80 | $9,666.00 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | $220.00 | 30.0 | $6,600.00 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $260.00 | 13.0 | $3,380.00 |
| Mateo Forero | Summer Associate | n/a | Environmental | $185.00 | 5.60 | $1,036.00 |
| | | | | | **528.20** | **$190,844.50** |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $195.00 | 73.0 | $14,235.00 |
| | | | | | **73.0** | **$14,235.00** |

| | |
|---|---|
| **Total Fees Requested** | **$205,079.50** |