## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Expense Category | Amount |
|---|---|
| Airfare | $795.15 |
| Binding & Printing Services | $632.50 |
| Court Fees | $500.00 |
| Deliveries | $20.57 |
| Color Copies or Prints | $46.50 |
| Standard Copies or Prints | $108.90 |
| Telephone Charges | $121.59 |
| Transportation | $19.90 |
| Transportation to/from airport | $24.84 |
| Travel Meals | $440.37 |
| Traveling Expenses – Lodging | $1,410.97 |
| Other Travel Expenses | $97.00 |
| **Total Expenses Sought:** | **$4,218.29** |