## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 581032 | 004 | 5/4/15 | P. Stephen Gidiere | Telephone Charges | | | $16.21 | Conference Call |
| 581032 | 004 | 5/13/15 | P. Stephen Gidiere | Telephone Charges | | | $7.75 | Conference Call |
| 581032 | 004 | 5/22/15 | P. Stephen Gidiere | Telephone Charges | | | $19.08 | Conference Call |
| 581032 | 004 | 5/28/15 | P. Stephen Gidiere | Telephone Charges | | | $9.38 | Conference Call |
| 581032 | 004 | 5/28/15 | P. Stephen Gidiere | Telephone Charges | | | $10.34 | Conference Call |
| 581033 | 007 | 3/25/15 | C. Grady Moore | Other Travel Expenses | | | $40.00 | Parking at Airport |
| 581033 | 007 | 3/26/15 | C. Grady Moore | Travel Expenses - Lodging | | | $247.81 | Lodging in Dallas, TX |
| 581033 | 007 | 3/26/15 | C. Grady Moore | Travel Meals | | | $41.42 | Dinner |
| *581033* | *007* | *6/4/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.60* | *Long Distance to Austin, TX* |
| *581033* | *007* | *6/15/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$2.30* | *Long Distance to Dallas, TX* |
| 581033 | 007 | 6/16/15 | P. Stephen Gidiere | Airfare | | | $9.95 | Airline service fee for internet – Stephen Gidiere |
| *581033* | *007* | *6/16/15* | *Linda Shaper* | *Telephone Charges* | | | *$0.20* | *Long Distance to Austin, TX* |
| 581033 | 007 | 6/16/15 | P. Stephen Gidiere | Transportation to/from airport | | | $2.30 | Travel to Birmingham, AL airport |
| 581033 | 007 | 6/16/15 | P. Stephen Gidiere | Travel Meals | | | $5.83 | Lunch |
| 581033 | 007 | 6/16/15 | P. Stephen Gidiere | Travel Meals | | | $18.35 | Lunch |
| 581033 | 007 | 6/16/15 | P. Stephen Gidiere | Travel Meals | | | $287.93 | Group Dinner |
| 581033 | 007 | 6/17/15 | P. Stephen Gidiere | Transportation | | | $10.00 | Cab fare from hotel to meeting |
| 581033 | 007 | 6/17/15 | P. Stephen Gidiere | Transportation | | | $9.90 | Subway fare |
| 581033 | 007 | 6/17/15 | P. Stephen Gidiere | Travel Meals | | | $2.31 | Breakfast |
| 581033 | 007 | 6/17/15 | P. Stephen Gidiere | Travel Meals | | | $37.50 | Breakfast |
| 581033 | 007 | 6/18/15 | P. Stephen Gidiere | Airfare | | | $25.00 | Airline baggage fee |
| 581033 | 007 | 6/18/15 | P. Stephen Gidiere | Airfare | | | $760.20 | Roundtrip Airfare between Birmingham, Al and Washington, DC |
| 581033 | 007 | 6/18/15 | P. Stephen Gidiere | Other Travel Expenses | | | $57.00 | Parking at Airport |
| 581033 | 007 | 6/18/15 | P. Stephen Gidiere | Transportation to/from airport | | | $2.30 | Travel from Birmingham, AL airport |
| 581033 | 007 | 6/18/15 | P. Stephen Gidiere | Transportation to/from airport | | | $20.24 | Cab fare from hotel to airport |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 581033 | 007 | 6/18/15 | P. Stephen Gidiere | Travel Expenses - Lodging | | | $1,163.16 | Lodging in Washington, DC |
| 581033 | 007 | 6/18/15 | P. Stephen Gidiere | Travel Meals | | | $2.31 | Breakfast |
| 581033 | 007 | 6/18/15 | P. Stephen Gidiere | Travel Meals | | | $7.92 | Lunch |
| 581033 | 007 | 6/18/15 | P. Stephen Gidiere | Travel Meals | | | $36.80 | Breakfast |
| *581033* | *007* | *6/22/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.90* | *Long Distance to Austin, TX* |
| *581033* | *007* | *6/22/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance to Dallas, TX* |
| *581037* | *007* | *6/22/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.30* | *Long Distance to Grand Prairie, TX* |
| 581033 | 007 | 6/26/15 | P. Stephen Gidiere | Telephone Charges | | | $1.10 | Conference Call |
| 581033 | 007 | 6/26/15 | Tom DeLawrence | Telephone Charges | | | $1.84 | Conference Call |
| 581033 | 007 | 6/30/15 | P. Stephen Gidiere | In-house Copying | $0.10 | 316 | $31.60 | Standard Copies |
| 581033 | 007 | 6/30/15 | P. Stephen Gidiere | In-house Copying | $0.10 | 201 | $20.10 | Standard Copies |
| 581033 | 007 | 6/30/15 | P. Stephen Gidiere | In-house Copying | $0.50 | 65 | $32.50 | Color Copies |
| 581033 | 007 | 6/30/15 | P. Stephen Gidiere | In-house Copying | $0.50 | 23 | $11.50 | Color Copies |
| 581035 | 010 | 6/24/15 | C. Grady Moore | In-house Copying | $0.10 | 4 | $0.40 | Standard Copies |
| 581035 | 010 | 6/26/15 | C. Grady Moore | In-house Copying | $0.10 | 9 | $0.90 | Standard Copies |
| 581036 | 011 | 5/7/15 | P. Stephen Gidiere | Telephone Charges | | | $18.93 | Conference Call |
| 581036 | 011 | 5/14/15 | P. Stephen Gidiere | Telephone Charges | | | $10.11 | Conference Call |
| 581036 | 011 | 5/21/15 | P. Stephen Gidiere | Telephone Charges | | | $16.25 | Conference Call |
| 581036 | 011 | 6/5/15 | P. Stephen Gidiere | Printing & Binding Services | | | $632.50 | Services related to Luminant's regulatory comments |
| 581036 | 011 | 6/12/15 | P. Stephen Gidiere | Deliveries | | | $0.48 | Postage |
| 581036 | 011 | 6/15/15 | David Mitchell | Telephone Charges | | | $0.50 | Conference Call |
| 581036 | 011 | 6/26/15 | P. Stephen Gidiere | Deliveries | | | $20.09 | Fed-Ex Shipment |
| 581037 | 018 | 6/1/145 | P. Stephen Gidiere | Telephone Charges | | | $1.20 | Conference Call |
| 581037 | 018 | 6/1/15 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Conference Call |
| 581037 | 018 | 6/2/15 | P. Stephen Gidiere | In-house Copying | $0.10 | 554 | $55.40 | Standard Copies |
| 581037 | 018 | 6/2/15 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Conference Call |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *581037* | *018* | *6/2/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.30* | *Long Distance to Dallas, TX* |
| 581037 | 018 | 6/4/15 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Conference Call |
| 581037 | 018 | 6/12/15 | Gretchen Frizzell | Court Fees | | | $500.00 | Filing fee for Petition to Review |
| *581037* | *018* | *6/12/15* | *Gretchen Frizzell* | *Telephone Charges* | | | *$0.50* | *Long Distance to New Orleans, LA* |
| 581037 | 018 | 6/12/15 | P. Stephen Gidiere | Telephone Charges | | | $1.70 | Conference Call |
| *581037* | *018* | *6/15/15* | *Gretchen Frizzell* | *Telephone Charges* | | | *$0.30* | *Long Distance to New Orleans, LA* |
| 581037 | 018 | 6/15/15 | P. Stephen Gidiere | Telephone Charges | | | $2.00 | Conference Call |
| 581037 | 018 | 6/16/15 | P. Stephen Gidiere | In-house Copying | $0.50 | 5 | $2.50 | Color Copies |
| *581037* | *018* | *6/16/15* | *Gretchen Frizzell* | *Telephone Charges* | | | *$0.70* | *Long Distance to New Orleans, LA* |
| 581037 | 018 | 6/22/15 | P. Stephen Gidiere | Telephone Charges | | | $3.20 | Conference Call |
| *581037* | *018* | *6/22/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.50* | *Long Distance to Dallas, TX* |
| *581037* | *018* | *6/25/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.90* | *Long Distance to Grand Prairie, TX* |
| 581039 | 021 | 6/25/15 | Amy Benschoter | In-house Copying | $0.10 | 5 | $0.50 | Standard Copies |
| Total Expenses: | | | | | | | $4,226.99 | |
| *Less: Expense Adjustment[1]* | | | | | | | *$8.70* | |
| **Total Expenses Sought:** | | | | | | | **$4,218.29** | |

---

[1] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014.