# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours[1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 284.00 | $145,767.50 |
| 2 | Metric Analysis | 9.00 | $6,400.00 |
| 3 | Generation Analysis | 262.00 | $131,170.00 |
| 4 | Retail Analysis | 118.00 | $54,540.00 |
| 5 | Commodity Analysis | 232.00 | $113,362.50 |
| 6 | Competitor Analysis | 27.00 | $13,560.00 |
| 7 | EBITDA Projection | 61.00 | $29,380.00 |
| 8 | Environmental Analysis | 63.00 | $40,290.00 |
| 9 | Short-Range Forecast | 20.00 | $9,490.00 |
| 10 | Capital Projects | 5.50 | $2,835.00 |
| 11 | Wholesale Operations | 43.50 | $28,575.00 |
| 12 | Retail Operations | 20.50 | $14,515.00 |
| 13 | T&D Operations | 464.50 | $201,420.00 |
| 14 | Data Collection and Diligence | 158.10 | $78,192.50 |
| 15 | Reports | 82.50 | $45,730.00 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 134.50 | $75,063.75 |
| 18 | Project Management | 2.50 | $1,025.00 |
| 19 | Project Administration | .25 | $95.00 |
| 20 | T&D Forecast | 273.50 | $168,680.00 |
| 21 | Fee Objection Discussion and Litigation | 3.00 | $2,250.00 |
| 22 | Fee Application | 36.00 | $18,532.50 |
| | *Continued on next page* | | |

---

1. Non-working travel time has been billed at 50% of actual time incurred.

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.5 | $360.00 |
| 24 | Retail Margins | 34.50 | $15,302.50 |
| 25 | T&D Market Research | 95.50 | $47,310.00 |
| 26 | Wholesale Market Research | 1.00 | $720.00 |
| 27 | Retail Market Research | 58.00 | $31,120.00 |
| 28 | Performance Analysis | 0.00 | $0.00 |
| 29 | Sales, General & Administrative Analysis | 3.50 | $2,082.50 |
| 30 | Portfolio Analysis | 9.50 | $7,125.00 |
| 31 | Oncor Revenue Analysis | 17.00 | $11,112.50 |
| 32 | Oncor Capital Structure | 35.00 | $17,130.00 |
| 33 | Regulatory Analysis | 5.00 | $3,705.00 |
| | | | |
| | **Totals:** | **2,559.85** | **$1,316,841.25** |

---

1. Non-working travel time has been billed at 50% of actual time incurred.