## EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 143.10 | $107,325.00 |
| Jean Agras | Managing Director | $720 | 179.00 | $128,880.00 |
| Gary Germeroth | Managing Director | $720 | 159.50 | $114,840.00 |
| Dave Andrus | Director | $645 | 193.50 | $124,807.50 |
| Scott Davis | Director | $545 | 180.50 | $98,372.50 |
| Paul Harmon | Director | $575 | 82.50 | $47,437.50 |
| Tim Wang | Director | $575 | 146.25 | $84,093.75 |
| Kimberly Eckert | Managing Consultant | $495 | 192.00 | $95,040.00 |
| Michael Gadsden | Managing Consultant | $460 | 183.75 | $84,525.00 |
| Jill Kawakami | Managing Consultant | $430 | 99.50 | $42,785.00 |
| Buck Monday | Managing Consultant | $450 | 49.00 | $22,050.00 |
| Michael Perry | Managing Consultant | $410 | 165.50 | $67,855.00 |
| Samuel Schreiber | Managing Consultant | $455 | 178.00 | $80,990.00 |
| Laura Hatanaka | Consultant | $390 | 206.00 | $80,340.00 |
| Pamela Morin | Consultant | $380 | 17.75 | $6,745.00 |
| Nathan Pollak | Consultant | $405 | 193.5 | $78,367.50 |
| Alex Vinton | Analyst | $275 | 190.50 | $52,387.50 |
| | | Totals: | 2,559.85 | $1,316,841.25 |