## **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

### **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $18,782.40 |
| Airfare | $20,164.99 |
| Taxi | $2,884.16 |
| Travel Meals | $3,994.26 |
| Other Travel Expenses | $2,694.86 |
| Vehicle Rental Expenses | $2,626.93 |
| Document Delivery | $75.96 |
| **Total:** | **$51,223.56** |

### **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $12,200.53 |
| Airfare | $13,098.62 |
| Taxi | $1,873.47 |
| Travel Meal | $2,594.56 |
| Other Travel Expenses | $1,750.51 |
| Vehicle Rental Expenses | $1,706.38 |
| Document Delivery | $49.34 |
| **Total:** | **$33,273.41** |

### **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $462.58 |
| Airfare | $496.63 |
| Taxi | $71.03 |
| Travel Meal | $98.37 |

| Service Description | Amount |
|---|---:|
| Other Travel Expenses | $66.37 |
| Vehicle Rental Expenses | $64.70 |
| Document Delivery | $1.87 |
| **Total:** | **$1,261.55** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $6,119.29 |
| Airfare | $6,569.74 |
| Transportation to/from airport | $939.66 |
| Travel Meals | $1,301.33 |
| Other Travel Expenses | $877.98 |
| Vehicle Rental Expenses | $855.85 |
| Document Delivery | $24.75 |
| **Total:** | **$16,688.60** |

RLF1 12582991v.1