# **<u>EXHIBIT A</u>**

| | |
|---|---|
| Invoice Date: | 7/21/15 |
| Invoice Number: | 722886 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---:|---:|
| 005 | Business Operations | 4.10 | $2,419.00 |
| 006 | Case Administration | 38.70 | $19,778.00 |
| 010 | Employment and Fee Applications (MMWR) | 13.20 | $5,392.00 |
| 011 | Employment and Fee Applications (Others) | 7.40 | $2,161.00 |
| 014 | Meetings and Communications with Creditors | 3.40 | $2,006.00 |
| 015 | Non-Working Travel | 5.00 | $1,581.00 |
| 016 | Plan and Disclosure Statement | 13.90 | $8,218.00 |
| 020 | Discovery | 0.20 | $135.00 |
| 021 | Hearings | 4.70 | $2,934.50 |
| 030 | Asbestos-Related Matters | 239.40 | $127,748.00 |
| 031 | Derivative Litigation Investigation | 136.10 | $55,515.50 |
| | Matter Total | 466.10 | $227,888.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**