# **<u>EXHIBIT B</u>**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 78.90 | $53,257.50 |
| Natalie D. Ramsey | Non-working Travel | $337.50 | 2.20 | $742.50 |
| Lee D. Unterman | Partner; Joined Firm in 2012; Member of NY Bar since 1976 | $650.00 | 23.70 | $15,405.00 |
| Lee D. Unterman | Non-working Travel | 325.00 | 0.60 | $195.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 24.40 | $14,274.00 |
| Mark B. Sheppard | Non-working Travel | $292.50 | 2.20 | $643.50 |
| Sidney S. Liebesman | Partner; Joined Firm in 2012; Member of PA Bar since 1995 | $480.00 | 5.70 | $2,736.00 |
| Lathrop B. Nelson | Partner; Joined Firm in 2002; Member of PA Bar since 2001 | $420.00 | 12.90 | $5,418.00 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 111.80 | $65,962.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $550.00 | 15.70 | $8,635.00 |
| Laurie A. Krepto | Of Counsel; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 73.20 | $32,208.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 351.30 | $199,476.50 |
| **ASSOCIATES** | | | | |
| Megan Diaz Ellinghaus | Associate; Joined Firm in 2013; Member of NY Bar since 2008 | $385.00 | 13.70 | $5,274.50 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 42.30 | $12,267.00 |
| **TOTAL ASSOCIATES** | | | 56.00 | $17,541.50 |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Molly A. Lynch | Paralegal | $220.00 | 19.40 | $4,268.00 |
| William Hershkowitz | Paralegal | $215.00 | 12.40 | $2,666.00 |
| Keith Mangan | Paralegal | $140.00 | 23.10 | $3,234.00 |
| Gareth M. Suddes | Litigation Support Specialist | $180.00 | 3.90 | $702.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 58.80 | $10,870.00 |
| **TOTAL ALL PROFESSIONALS** | | | 466.10 | $227,888.00 |