**<u>EXHIBIT C</u>**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Duplicating - Internal | $ 12.40 |
| Delivery Service | $ 67.50 |
| Travel - Rail Fare | $ 259.00 |
| Parking & Tolls | $ 11.00 |
| Telephone | $ 151.52 |
| Westlaw On-Line Legal Research | $ 459.54 |
| Pacer | $ 180.50 |
| **Total:** | **$ 1,141.46** |