# **EXHIBIT D**

|  |  |
|---|---|
| Invoice Date: | 7/21/15 |
| Invoice Number: | 722886 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | Amount |
|---|---|---:|
| 06/30/15 | Duplicating - Internal | $ 12.40 |
| 06/30/15 | Pacer | $ 180.50 |
| 06/22/15 | Westlaw On-Line Legal Research | $ 53.46 |
| 06/24/15 | Parking & Tolls - PAID TO: Mark A. Fink 06/01/15 Parking - Attend Omnibus hearing | $ 11.00 |
| 06/24/15 | Telephone - PAID TO: Mark A. Fink 06/01/15 Court call appearance - Telephonic hearing | $ 65.00 |
| 06/24/15 | Telephone - PAID TO: Mark A. Fink 05/20/15 Court Call appearance | $ 44.00 |
| 06/24/15 | Telephone - PAID TO: Mark A. Fink 05/28/15 Court Call appearance with Honorable Christopher S. Sontchi for EFH hearing | $ 30.00 |
| 06/25/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 06/17/15 Roundtrip Amtrak rail to New York - Attend EFH meeting @ Sullivan & Cromwell | $ 259.00 |
| 06/25/15 | Westlaw On-Line Legal Research | $ 406.08 |
| 06/30/15 | Delivery Service - PAID TO: Parcels Inc - Order # 441122- Delivery from MMWR-Wilmington to Judge Sontchi, US Bankruptcy Court on 5/19/15 | $ 7.50 |
| 06/30/15 | Delivery Service - PAID TO: Parcels Inc - order # 4411467- delivery from MMWR-Wilmington to Judge Sontchi, US Bankruptcy Court on 5/25/15 | $ 7.50 |
| 06/30/15 | Delivery Service - PAID TO: Parcels Inc - order # 441105- delivery from MMWR-Wilmington to Us District Court-Wilmington on 5/26/15 plus $30 check for fee | $ 37.50 |
| 06/30/15 | Delivery Service - PAID TO: Parcels Inc - order # 441869- delivery from MMWR-Wilmington to Judge Sontchi, US Bankruptcy Court on 5/29/15 | $ 7.50 |
| 06/30/15 | Delivery Service - PAID TO: Parcels Inc - order # 443210- delivery from MMWR-Wilmington to Judge Sontchi, US Bankruptcy Court on 6/5/2015 | $ 7.50 |
| 06/30/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference call on 5/15/15 at 11:27 AM with 3 participants | $ 12.52 |
|  | Total Disbursements | $ 1,141.46 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**