## EXHIBIT A

**Detailed Description of Expenses**

Guggenheim Securities
Expense Details
EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

### Expense Details

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 4/1/2015 | Ground Transportation | $66.63 | $0.00 | $66.63 | Phillip Laroche | BIG APPLE CAR INC | Car service from office to home (after midnight night of 3/31) |
| 4/21/2015 | Ground Transportation | 30.84 | 0.00 | 30.84 | Ronen Bojmel | VTS BOSTON TAXI BOSTON | Taxi from Airport to Fidelity meeting |
| 4/21/2015 | Ground Transportation | 30.99 | 0.00 | 30.99 | Ronen Bojmel | UBER | Taxi to LGA; Flight to Boston; attend Fidelity Meeting |
| 4/21/2015 | Ground Transportation | 43.34 | 0.00 | 43.34 | Ronen Bojmel | NYC TAXI CCRMT | Taxi from Airport to office |
| 4/21/2015 | Ground Transportation | 14.75 | 0.00 | 14.75 | Ronen Bojmel | NYC TAXI 3A24 | Taxi from office (after 9:00pm) |
| 4/28/2015 | Ground Transportation | 15.96 | 0.00 | 15.96 | Ronen Bojmel | NYC-TAXI | Taxi from office (after 9:00pm) |
| 5/5/2015 | Ground Transportation | 22.55 | 0.00 | 22.55 | Ronen Bojmel | UBER | Taxi to meet Mabel Brown of EFH UCC |
| 5/6/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 5/7/2015 | Ground Transportation | 14.95 | 0.00 | 14.95 | Ronen Bojmel | UBER TECHNOLOGIES INC | Taxi to S&C offices for meeting |
| 5/12/2015 | Ground Transportation | 87.13 | 0.00 | 87.13 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 5/21/2015 | Ground Transportation | 15.36 | 0.00 | 15.36 | Ronen Bojmel | NYC-TAXI | Taxi home from office (after client meeting) |
| 5/21/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service from office to home (after 9pm) |
| 5/22/2015 | Ground Transportation | 16.56 | 0.00 | 16.56 | Ronen Bojmel | NYC-TAXI | Taxi from office to EFH meeting (met with Mabel Brown and David Ying) |
| 5/27/2015 | Ground Transportation | 9.12 | 0.00 | 9.12 | David Paulzak | NYC TAXI 7Y11 | Taxi home from office (after 9:00pm) |
| 5/28/2015 | Ground Transportation | 14.52 | 0.00 | 14.52 | Ronen Bojmel | UBER TECHNOLOGIES INC | Taxi home from meeting with Mabel Brown of EFH UCC |
| 5/28/2015 | Ground Transportation | 11.76 | 0.00 | 11.76 | Phillip Laroche | NYC-TAXI | Car back to Guggenheim office after Evercore meeting |
| 5/28/2015 | Ground Transportation | 6.35 | 0.00 | 6.35 | Phillip Laroche | NYC TAXI 4N99 | Car to Evercore meeting |
| 6/2/2015 | Ground Transportation | 8.15 | 0.00 | 8.15 | David Paulzak | NYC TAXI 1L22 | Taxi home from office (after 9:00pm) |
| 6/2/2015 | Ground Transportation | 10.10 | 0.00 | 10.10 | James Shovlin | NYC TAXI 4K45 | Taxi home from office (after 9:00pm) |
| 6/2/2015 | Ground Transportation | 8.19 | 0.00 | 8.19 | James Shovlin | NYC-TAXI | Taxi home from office (after 9:00pm) |
| 6/3/2015 | Ground Transportation | 15.00 | 0.00 | 15.00 | Ofir Nitzan | Taxi/Car Service | Taxi home from office (after 9:00pm) |
| 6/8/2015 | Ground Transportation | 14.75 | 0.00 | 14.75 | Ronen Bojmel | NYC TAXI 4A11 | Taxi home from office (after 9:00pm) |
| 6/8/2015 | Ground Transportation | 23.76 | 0.00 | 23.76 | Ronen Bojmel | NYC-TAXI | Taxi from meeting to Guggenheim office for EFH call |
| 6/8/2015 | Ground Transportation | 14.30 | 0.00 | 14.30 | Ofir Nitzan | NYC TAXI 3K17 | Taxi home from office (after 9:00pm) |
| 6/8/2015 | Ground Transportation | 23.30 | 0.00 | 23.30 | Ofir Nitzan | NYC-TAXI | Taxi from EFH meeting to office |
| 6/10/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC-TAXI | Taxi home from office (after 9:00pm) |
| 5/5/2015 | Meals | 100.00 | 0.00 | 100.00 | Ronen Bojmel | 15 EAST | EFH dinner meeting with Ziki Slav and Mabel Brown |
| 6/1/2015 | Meals | 23.72 | (3.72) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/1/2015 | Meals | 24.37 | (4.37) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/1/2015 | Meals | 25.55 | (5.55) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/2/2015 | Meals | 23.26 | (3.26) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/2/2015 | Meals | 25.45 | (5.45) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/2/2015 | Meals | 20.50 | (0.50) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/2/2015 | Meals | 25.62 | (5.62) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/3/2015 | Meals | 22.97 | (2.97) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/3/2015 | Meals | 25.52 | (5.52) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/8/2015 | Meals | 25.56 | (5.56) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/9/2015 | Meals | 25.55 | (5.55) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/11/2015 | Meals | 25.55 | (5.55) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/12/2015 | Meals | 25.50 | (5.50) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/13/2015 | Meals | 25.50 | (5.50) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/14/2015 | Meals | 25.29 | (5.29) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/15/2015 | Meals | 23.14 | (3.14) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/16/2015 | Meals | 25.48 | (5.48) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/16/2015 | Meals | 25.55 | (5.55) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/17/2015 | Meals | 25.56 | (5.56) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/18/2015 | Meals | 25.54 | (5.54) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/19/2015 | Meals | 20.44 | (0.44) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 6/21/2015 | Meals | 22.56 | (2.56) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 4/21/2015 | Miscellaneous | 2.50 | 0.00 | 2.50 | Ronen Bojmel | GOGOAIR.COM | Internet during flight to Boston to attend Fidelity meeting |
| 5/31/2015 | Legal | 747.00 | 0.00 | 747.00 | | DENTONS US LLP | Reimbursement of legal fees and expenses incurred by Gugg. |