# EXHIBIT A-1

**Legal Expenses of Guggenheim Securities, LLC**

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Salans FMC SNR Denton
McKenna Long
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

July 14, 2015

**Invoice No. 1661769**

Client/Matter: 21421443-0045

Energy Future Holdings

Payment Due Upon Receipt

Total This Invoice                                                               $           747.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Dentons US LLP | | Dentons US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6361 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
P. Maxcy
at 1 312 876 8000

16

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Salans FMC SNR Denton
McKenna Long
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

July 14, 2015

**Invoice No. 1661769**

Client/Matter: 21421443-0045

Energy Future Holdings

For Professional Services Rendered through June 30, 2015:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 6/8/15 | G. Miller | 0.30 | Check docket for Kirkland's supplemental disclosure. |
| 6/18/15 | G. Miller | 0.20 | Reviewed docket to determine whether supplemental disclosure has been field by Debtor's Counsel. |
| 6/22/15 | G. Miller | 0.30 | Review docket to determine whether Debtor's counsel filed a supplemental declaration. |
| 6/22/15 | G. Miller | 0.30 | Review docket to check status of filing of Guggenheim second interim fee application. |
| 6/26/15 | G. Miller | 0.30 | Reviewed supplemental declarations filed to determine whether Debtor's counsel filed a supplemental declaration |
| 6/30/15 | G. Miller | 0.40 | Reviewed Kirkland Supplemental Declarations, Interim Application and EFH Docket to determine whether Kirkland filed its Fourth Supplemental Declaration |

| | | | |
|---|---|---|---|
| Total Hours | | 1.80 | |
| Fee Amount | | | $747.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| G. Miller | $415.00 | 1.80 | $747.00 |
| Totals | | 1.80 | $747.00 |

| | | |
|---|---|---|
| Fee Total | $ | 747.00 |
| Invoice Total | $ | 747.00 |

17