## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | 3.6 | $2,078.00 |
| CASE ADMINISTRATION/GENERAL MATTERS | 0.3 | $155.50 |
| FEE APPLICATIONS – OTHERS | 9.3 | $4,607.50 |
| FEE APPLICATIONS – S&L | 19.9 | $7,523.50 |
| HEARINGS | 5.1 | $3,256.50 |
| PLANS OF REORGANIZATION & DISCLOSURE STMT` | 1.2 | $834.00 |
| PLEADINGS, MOTIONS & BRIEFS | 2.7 | $1,876.50 |
| **TOTAL** | **42.1** | **$20,331.50** |