## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COMPUTER RESEARCH – PACER | $18.00 |
| COURT CALL APPEARANCES | $130.00 |
| DOCUMENT REPRODUCTION | $54.10 |
| FILING FEES | $50.00 |
| TELEPHONE CHARGES | $5.66 |
| **TOTAL** | **$257.76** |

SL1 1376167v1 109285.00006