# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 6/1/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/1/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/2/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 6/2/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 6/2/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00002 | 6/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/4/15 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00002 | 6/5/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 6/5/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/5/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/5/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 6/8/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/8/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/8/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/8/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/8/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/8/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 6/8/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/8/15 | TELEPHONE CHARGES | $2.06 |
| 109285-00002 | 6/9/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/9/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/9/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/9/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/1/15 | COMPUTER RESEARCH | $14.10 |
| 109285-00002 | 6/11/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/11/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/11/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/11/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/11/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/11/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/11/15 | DOCUMENT REPRODUCTION | $0.20 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 6/11/15 | DOCUMENT REPRODUCTION | $2.80 |
| 109285-00002 | 6/12/15 | FILING FEES (M. PASKIN & T. BROAD PRO HAC VICE MOTIONS) | $50.00 |
| 109285-00002 | 6/12/15 | DOCUMENT REPRODUCTION | $3.00 |
| 109285-00002 | 6/12/15 | DOCUMENT REPRODUCTION | $3.10 |
| 109285-00002 | 6/15/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 6/15/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/15 | DOCUMENT REPRODUCTION | $1.90 |
| 109285-00002 | 6/15/15 | DOCUMENT REPRODUCTION | $6.20 |
| 109285-00002 | 6/15/15 | DOCUMENT REPRODUCTION | $3.00 |
| 109285-00002 | 6/15/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 6/15/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/15 | DOCUMENT REPRODUCTION | $1.10 |
| 109285-00002 | 6/15/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/16/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 6/16/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/17/15 | DOCUMENT REPRODUCTION | $1.10 |
| 109285-00002 | 6/17/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/19/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 6/19/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/22/15 | DOCUMENT REPRODUCTION | $1.40 |
| 109285-00002 | 6/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/22/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/22/15 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00002 | 6/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/23/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 6/23/15 | DOCUMENT REPRODUCTION | $2.30 |
| 109285-00002 | 6/23/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 6/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/23/15 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00002 | 6/23/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/24/15 | DOCUMENT REPRODUCTION | $0.10 |

SL1 1376167v1 109285.00006

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 6/24/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/24/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/24/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/24/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/24/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 6/1/15 | COURT CALL (RICHARD LEVIN) | $65.00 |
| 109285-00002 | 6/1/15 | COURTCALL (TREVOR BROAD) | $65.00 |
| 109285-00002 | 6/25/15 | DOCUMENT REPRODUCTION | $1.60 |
| 109285-00002 | 6/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/25/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 6/25/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/25/15 | DOCUMENT REPRODUCTION | $2.40 |
| 109285-00002 | 6/26/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/26/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/26/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 6/26/15 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00002 | 6/26/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/26/15 | TELEPHONE CHARGES - 2 | $3.60 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/30/15 | DOCUMENT REPRODUCTION | $1.60 |
| 109285-00002 | 6/30/15 | COMPUTER RESEARCH | $3.90 |
| 109285-00006 | 6/22/15 | DOCUMENT REPRODUCTION | $2.00 |
| | | **TOTAL** | **$257.76** |

SL1 1376167v1 109285.00006