IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No.: 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) ) | Objection Deadline: August 4, 2015 @ 4:00 p.m. ET<br>Hearing Date: August 11, 2015 @ 9:30 a.m. ET |

## NOTICE OF MOTION

TO:    Debtors' counsel, the United States Trustee, the Creditor Committee and all other parties registered for service via CM/ECF.

Charlotte Liberda and Curtis Liberda have filed a Motion To Appoint Legal Representative seeking to appoint a legal representative to represent the interests of the Unmanifested Claimants on all issues before this Court.

**You are required to file a response to the attached Motion on or before August 4, 2015, at 4:00 p.m. Eastern Time.**

At the same time, you must also serve a copy of the response upon Charlotte and Curtis Liberda's attorney:

> Daniel K. Hogan
> HOGAN♦McDANIEL
> 1311 Delaware Avenue
> Wilmington, DE 19806

HEARING ON THE MOTION WILL BE HELD ON AUGUST 11, 2015, AT 9:30 A.M. EASTERN TIME.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.


Date:   July 22, 2015                          BY:    */s/Daniel K. Hogan*
                                                                Daniel K. Hogan (DE Bar #2814)