**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No.:  14-10979 (CSS) |
| CORP., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |

**ORDER APPROVING MOTION OF CHARLOTTE AND CURTIS LIBERDA**
**TO APPOINT LEGAL REPRESENTATIVE**

THIS MATTER coming to be heard on the Motion of Charlotte and Curtis

Liberda to Appoint Legal Representative (the "Motion"), due notice having been given,

the Court having reviewed the Motion and determined that the entry of this Order is in

the best interests of this estate;

IT IS HEREBY ORDERED as follows:

The Court hereby approves the appointment of a legal representative to represent

the interests of the Unmanifested Claimants.


Dated: _____, 2015
     Wilmington, Delaware             _____
                                       The Honorable Christopher S. Sontchi
                                       United States Bankruptcy Court Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http;://www.efhcaseinfo.com.

{ENERGYFU/001/00043201.DOC/}