## CERTIFICATE OF SERVICE

I, Daniel K. Hogan, hereby certify that on the 22nd day of July, 2015, I caused a true and correct copy of the foregoing Motion to be served upon the persons listed below in the manner indicated and all other parties registered for service via CM/ECF.

### VIA ELECTRONIC MAIL

Joseph Charles Barsalona II, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: barsalona@rlf.com

Richard L. Shepacarter, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov

David M. Klauder, Esq.
O'Kelly Ernst & Bielli, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801
Email: dklauder@oeblegal.com

Elizabeth Blakely
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022
Email: eblakelypaquet@polsinelli.com

Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Email: madron@rlf.com

Justin K. Edelson
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Email: jedelson@polsinelli.com

Edward O. Sassower
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Email: esassower@kirkland.com

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com

### VIA FIRST CLASS MAIL

Epiq Bankruptcy Solutions LLC
www.epiqsystems.com
777 Third Avenue, 12th Floor
New York, NY 10017

/s/Daniel K. Hogan
Daniel K. Hogan, Esq. (#2814)
HOGAN♦McDANIEL