## Exhibit A

## Hours Expended by Goldin Professional

| | | |
|---|---|---:|
| Harrison J. Goldin | Sr. Managing Director | 3.6 |
| David Prager | Managing Director | 40.9 |
| Karthik Bhavaraju | Director | 32.4 |
| Pavel Hejsek | Sr. Analyst | 8.1 |
| Deborah Praga | Analyst | 57.7 |
| **Total** | | **142.7** |