## Exhibit C

**Expenses by Category**

| | |
|---|---:|
| Meals | 159.75 |
| Photocopies | 539.03 |
| Travel | 135.06 |
| **Total** | **$833.84** |