## **Exhibit D**

**Expense Detail**

# GoldinAssociates, LLC

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

***Detailed Expenses by Category:*** EFIH

For Expenses Through 6/30/15

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Meals & Entertainment | | | | | | |
| | 6/9/2015 | 6/9/2015 | 6/14/15 | DP | SeamlessWeb - Inv # 2112584 - Working dinner - Ref # 1613381789 - D. Praga | $23.86 |
| | 6/9/2015 | 6/9/2015 | 6/14/15 | DP | SeamlessWeb - Inv # 2112584 - Working dinner - Ref # 1613445332 - D. Prager | $23.54 |
| | 6/9/2015 | 6/9/2015 | 6/14/15 | KB | SeamlessWeb - Inv # 2112584 - Working dinner - Ref # 1613484901 - K. Bhavaraju | $22.68 |
| | 6/10/2015 | 6/10/2015 | 6/14/15 | DP | SeamlessWeb - Inv # 2112584 - Working dinner - Ref # 1614552821 - D. Prager | $23.76 |
| | 6/20/2015 | 6/20/2015 | 6/21/15 | DP | SeamlessWeb - Inv # 2117815 - Working dinner - Ref # 1623604143 - D. Praga | $24.15 |
| | 6/22/2015 | 6/22/2015 | 6/28/15 | DP | SeamlessWeb - Inv # 2132681 - Working dinner - Ref # 1625214231- D. Praga | $23.13 |
| | 6/23/2015 | 6/23/2015 | 6/28/15 | DP | SeamlessWeb - Inv # 2132681 - Working dinner - Ref # 1625964060- D. Praga | $18.63 |
| Total: Meals & Entertainment | | | | | | $159.75 |
| : Office Supplies/Miscellaneous | | | | | | |
| | 6/1/2015 | 6/30/2015 | 6/30/2015 | RCD | Photocopies for the period June 1 through June 30, 2015 - 1,721 pages at .07/page | $120.47 |
| | 6/9/2015 | 6/9/2015 | 6/11/15 | DP | Office Resources - Inv # 15455 - Color copies and binding | $418.56 |
| Total: Office Supplies/Miscellaneous | | | | | | $539.03 |
| : Travel | | | | | | |
| | 6/1/2015 | 6/1/2015 | | DP | D. Praga - NYC Taxi -   Working Weekend - Taxi from Home to GA Office | $17.75 |
| | 6/9/2015 | 6/9/2015 | | DP | D. Praga - NYC Taxi -   Working Weekend - Taxi from Home to GA Office | $16.55 |
| | 6/10/2015 | 6/10/2015 | | DP | D. Praga - Uber - Taxi to Cravath meeting with books | $21.33 |
| | 6/20/2015 | 6/20/2015 | | DP | D. Praga - NYC Taxi -   Working Weekend - Taxi from Home to GA Office | $17.76 |
| | 6/20/2015 | 6/20/2015 | | DP | D. Praga - NYC Taxi -   Working Weekend - Taxi from GA Office to Home | $15.96 |
| | 6/22/2015 | 6/22/2015 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $23.15 |
| | 6/23/2015 | 6/23/2015 | | DP | D. Praga - Taxi Credit - Working Late - Taxi from GA Office to Home | $22.56 |
| Total: Travel | | | | | | $135.06 |
| **Grand Total** | | | | | | $833.84 |