|  |  |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., et al., ) | Case No. 14-10979 (CSS) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Adversary Proceeding No.14-50363(CSS) |

FILED
2015 JUL 22 PM 2:11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## DECLARATION OF BARRY HARMAN, PRO SE CLAIMANT, IN SUPPORT OF THE ORIGINAL CLAIM AS FILED AND IN OPPOSITION TO DEBTORS STANDARD FORM OBJECTION(S)

**Notice and Claim Copy filed with the Honorable Judge Christopher S. Sontchi; United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th. Floor, Courtroom 6, Wilmington, Delaware 19801 and served upon counsel to the Debtors July 16, 2015 ("The Continued Hearing").**

I, Barry Harman, state and declare:

1. I am claimant in the aforementioned matter, a citizen of the United States over eighteen years of age; could and would testify competently to the following facts which are of my own personal knowledge.

2. On/about March 24, 2010, based upon Debtor's solicitation, I entered into an aleatory consumer service contract at 300 Covey Lane, McKinney, Texas, also known as an account #100009179775; and, having performed all terms, conditions and covenants required of me, said industry standard contract continued in full force and effect until terminating Debtors for material breach, negligence and default on/about March 28, 2012.

3. In a due diligent effort to be reasonable, Debtor's were given oral and written notices, and allowed to inspect the extensive damages they did which was subject to the State District Court Claim and otherwise automatically stayed; Debtors started repairs (Reclosers).

4. Claimant further filed its' Proof of Claim as evidenced by **EXHIBIT A** hereto, namely, **ACKNOWLEDGMENT OF RECEIPT OF PROOF OF CLAIM** dated September 19, 2014.

5. Only a part of the damages incurred were plead as Claimant was fair handed not seeking loss of wages and other direct and indirect costs noting Debtor acknowledged the cause of loss and damages: September 7, 2010 @ 5:58pm, September 17, 2010 at 6:02pm, 6:04pm, 6:05pm, 6:07pm, 6:07pm, 6:08pm, 6:10pm and 6:10pm, then in Oct. 2010 and Feb. 2011.

6. A compromised claim under Texas Law was applied the jurisdictional limit; the summary of which is attached hereto as **EXHIBIT B** for the Courts review; noting Debtor has a complete file documenting all these events, circumstances, claims and costs. Claimant therefore believes Debtors objections are made without merit and in bad faith.

///

7. Debtor has not in fact identified and described the claim to which it objects thus otherwise invalidating its objection; and where Debtor avers insufficient claims documentation it is simply unsupported to wit:

    i. The burden of proof for claims brought in the bankruptcy court rests on different parties at different times. Initially, the claimant must allege facts sufficient to support the claim. If the averments in his filed claim meet this standard of sufficiency, it is *'prima facie'* valid. In other words, a claim that alleges facts sufficient to support legal liability to the claimant satisfies the claimants' initial obligation to go forward. The burden of going forward then shifts to the objector to **_produce evidence_** sufficient to negate the *'prima facie'* validity of the filed claim. In practice, the objector must **_produce evidence_** which, if believed, would refute at least one of the allegations that is essential to the claim's legal sufficiency. If the objector produces sufficient evidence to negate one or more of the sworn facts in the proof of claim, the burden reverts to the claimant to prove the validity of the claim by a preponderance of the evidence.
    ***(Underlining added for emphasis)***

    ii. Debtor has not in fact produced any evidence whatsoever as to demands made for: (1) Electronics **$6,218.73**; (2) RE-heating **$289.59** and (3) Equipment **$3,936.65**; notwithstanding Claimants voluntary compromise and open disclosure.

8. Claimant is entitled to relief and asks for equitable consideration of the claims filed.

I declare under penalty of perjury under the laws of the State of Texas the foregoing is true and correct.

7/16/15 McKinney, Texas
Date/Place

By: Barry Harman, Claimant

### CERTIFICATE OF SERVICE

This is to certify by my signature below that a true and correct copy of the foregoing instrument has been served as indicated below to the Court and Debtors Counsel of Record on this 16th. Day of July, 2015.

**VIA FIRST CLASS MAIL TO:**
The Honorable Judge Christopher S. Sontchi
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th. Floor, Courtroom 6
Wilmington, Delaware 19801

**VIA FACSIMILE TO:** RL&F (302) 651-7701; K&E (212) 446-4900; and Kirkland (312) 862-2200

By: Irina Harman_____

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

ADDRESS SERVICE REQUESTED

**EXHIBIT A**

Legal Documents Enclosed -
Please direct to the attention of the Addressee,
Legal Department or President.





P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**epiq**
SYSTEMS

\*\*\*\* EFH CLMLTR (MERGE2,TXNUM2) 4000027996 \*\*\*\*
HARMAN, BARRY
300 COVEY LN
MCKINNEY, TX 75071-0329

September 19, 2014

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the TXU ENERGY case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/EFH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | ENERGY FUTURE HOLDINGS CORP. |
| Case Number: | 14-10979 |
| Creditor: | HARMAN, BARRY |
| Date Received: | 08/14/2014 |
| Claim Number: | 3670 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

**EXHIBIT B**

**HARMAN V. TXU-ONCOR**

**Statement of Damages**

**ELECTRONICS**

| | |
|---|---:|
| **PANASONIC WIRELESS TELECOMMUNICATIONS SYSTEM** | $ 909.24* |
| **COMPUTER EQUIPMENT REPLACEMENT** | $4,513.98* |
| Add Fry's Portable Drive Module Install | $   50.00* |
| **BATTERY BACK UP'S (MINIMUM)** | $  487.07* |
| **ENERGY MANAGEMENT SYSTEM; DIGITAL 7-DAY** | $  258.44* |
| **TOTAL'S**   Electronics | $6,218.73 |

**EQUIPMENT**

| | | |
|---|---|---:|
| **MOTOR** | $2,830.42 | |
| **TRANSFER SWITCH/INSTALL** | $1,106.14 | |
| **TOTAL**   Equipment | $3,936.56 | $3,936.56 |
| Billing Error/Meter (Damage) | | $  289.59 |
| **TOTAL CLAIM** | | $10,444.88 |
| **PLUS COURT COSTS** | | $      27.00 |
| | | |
| Small Claims Action | | $10,027.00 |

*SUPPORTING DOCUMENTATION ATTACHED

FRY'S Electronics                                            November 3, 2010 @ 5 P.M.

Mr. Lee Tran Service Department Quote (Authorized Manufacturers Service Center)

Re: Desktop System Device Compatibility

Desktop Replacement; Same Manufacturer-Gateway

- Remove Modular Bay Gateway Portable Drive
- Install Portable Drive & Drive Software in New Desktop Unit "Blank Stall"   ADD   $50

(In lieu of purchasing new device to match existing system)



Existing Gateway Modular Bay Drive Plug-In (160 Giga Byte Portable Drive)

**Note in Re: Equipment**

**Actual Cash Value is more than Replacement Cost in each instance as a result of Market Wide Price Drop in Electronics. Plaintiff therefore claimed the lesser amount as its measure of damages.**

Please bring this quote to a front checkout register to complete transaction.

```
FRY'S ELECTRONICS
Store #33 - Plano, Texas
700 E. Plano Parkway
Plano, TX 75074
PHONE: 214-291-6000
FAX:   214-291-6018
```

QUOTE #: 1404361
VERSION: 1
CUSTOMER #: 14949828
DATE: Wed Nov 03 15:36:57 2010
EXPIRATION DATE: Wed Nov 10 22:59:59 2010
PAGE: 1

## CUSTOMER QUOTATION

### CUSTOMER BILLING INFORMATION

### CUSTOMER SHIPPING INFORMATION

barry   harman
spectrum
300 covey ln
mckinney TX 75071
VOICE: (972) 837-2420
FAX:
Email:

| CUSTOMER ORDER NUMBER | ORDER DATE | RESALE INFORMATION | SRO NUMBER | BIN NUMBER |
|---|---|---|---|---|
| | | | | |

| LINE | PRODUCT CODE | PLU | ITEM DESCRIPTION | Unit Price | Adjustments | Net Price | Quantity | Ext Price | SALES ASSOCIATE(s) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 037988476503 | 4926401 | Panasonic KX-TG4500 | 389.99 | 0.00 | 389.99 | 1 | 389.99 | Nguyen, Nguyen P. , 143483 |
| | | | 4 Line corded/cordless | | | | | | |
| | | | Expandable to 8 TAD | | | | | | |
| | | | Auto attendent | | | | | | |
| 2 | | 6444532 | Telecom 2-YearPSC | 89.99 | 0.00 | 89.99 | 1 | 89.99 | Nguyen, Nguyen P. , 143483 |
| | | | One-Time Replacement for | | | | | | |
| | | | Small Telecom Items | | | | | | |
| | | | Cellphones Not included | | | | | | |
| 3 | 037988476510 | 4926441 | .Panasonic KX-TGA450B | 89.99 | 0.00 | 89.99 | 4 | 359.96 | Nguyen, Nguyen P. , 143483 |
| | | | Expansion handset for | | | | | | |
| | | | KX-TG4500B Expand to | | | | | | |
| | | | 8 units | | | | | | |

ITEM COUNT: 6
- Continued on Next Page -

Please bring this quote to a front checkout register to complete transaction.



FRY'S ELECTRONICS
Store #33 - Plano, Texas
700 E. Plano Parkway
Plano, TX 75074
PHONE: 214-291-6000
FAX: 214-291-6018

QUOTE #: 1404361
VERSION: 1
CUSTOMER #: 14949828
DATE: Wed Nov 03 15:36:57 2010
EXPIRATION DATE: Wed Nov 10 22:59:59 2010
PAGE: 2

## CUSTOMER QUOTATION

| SUBTOTAL | SALES TAX | QUOTATION TOTAL | TERMS |
|---|---|---|---|
| 839.94 | 69.30 | 909.24 | |

| QUOTATION TOTALS: | 839.94 | | | |
|---|---|---|---|---|

THANK YOU FOR CHOOSING FRY'S ELECTRONICS
Ask your Sales Associate about our Low Price Guarantee!!
Protect your product with our Performance Service Contract
THANK YOU FOR VISITING THE APPLIANCE-TELCOM DEPARTMENT.
To be Safe, Ask your Sales Associate about our Performance Service Contract.
Ask your Sales Associate about our LOW PRICE GUARANTEE.

214 934 8815

Please bring this quote to a front checkout register to complete transaction.

```
FRY'S ELECTRONICS                              QUOTE #:  1404425
Store #33 - Plano, Texas                       VERSION:        1
700 E. Plano Parkway                         CUSTOMER #: 1494982B
Plano, TX 75074                     DATE: Wed Nov 03 16:47:38 2010
PHONE: 214-291-6000           EXPIRATION DATE: Wed Nov 10 22:59:59 2010
FAX:   214-291-6018                                     PAGE:    1
```

## CUSTOMER QUOTATION

| CUSTOMER BILLING INFORMATION | CUSTOMER SHIPPING INFORMATION |
|---|---|
| | barry    harman<br>spectrum<br>300 covey ln<br>mckinney TX 75071<br>VOICE: (972) 837-2420<br>FAX:<br>Email: |

| CUSTOMER ORDER NUMBER | ORDER DATE | RESALE INFORMATION | SRO NUMBER | BIN NUMBER |
|---|---|---|---|---|

| LINE | PRODUCT CODE | PLU | ITEM DESCRIPTION | Unit Price | Adjustments | Net Price | Quantity | Ext Price | SALES ASSOCIATE(s) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 883974582464 | 6407262 | Toshiba X505-Q898 C i7 | 1,999.99 | 0.00 | 1,999.99 | 1 | 1,999.99 | Tran, Anhliem P.  , 138585 |
|  |  |  | C i7-740QM, GTX460M 1.5G |  |  |  |  |  |  |
| Fry's Finance Plan: 0007 |  |  | 64GB SSD, Blu-Ray-DVDRW | SERIAL NUMBER INFORMATION |  | 2. |  | 3. |  |
|  |  |  | 18.4", BT, W7 HP64 bit | 1. NA |  |  |  |  |  |
| 2 |  | 1714834 | NBK*B 3YR PSC | 399.99 | 0.00 | 399.99 | 1 | 399.99 | Tran, Anhliem P.  , 138585 |
|  |  |  | NOTEBOOK CPTR PERF. |  |  |  |  |  |  |
|  |  |  | SERVICE CONTRACT |  |  |  |  |  |  |
|  |  |  | WITH LOANER UPON REQUEST |  |  |  |  |  |  |
| 3 | 884483218691 | 6403532 | Gateway FX6803-25 PC | 1,499.99 | 0.00 | 1,499.99 | 1 | 1,499.99 | Tran, Anhliem P.  , 138585 |
|  |  |  | Intel Core i7-930, 9GB |  |  |  |  |  |  |
|  |  |  | 1.5TB, ATI HD5850 1GB | SERIAL NUMBER INFORMATION |  | 2. |  | 3. |  |
|  |  |  | 16XDVDRW, Windows 7 HP | 1. NA |  |  |  |  |  |

- Continued on Next Page -

Please bring this quote to a front checkout register to complete transaction.



FRY'S ELECTRONICS
Store #33 - Plano, Texas
700 E. Plano Parkway
Plano, TX 75074
PHONE: 214-291-6000
FAX: 214-291-6018

QUOTE #: 1404425
VERSION: 1
CUSTOMER #: 14949828
DATE: Wed Nov 03 16:47:38 2010
EXPIRATION DATE: Wed Nov 10 22:59:59 2010
PAGE: 2

## CUSTOMER QUOTATION

| LINE | PRODUCT CODE | PLU | ITEM DESCRIPTION | Unit Price | Adjustments | Net Price | Quantity | Ext Price | SALES ASSOCIATE(s) |
|---|---|---|---|---|---|---|---|---|---|
| 4 | | 6234390 | CPU*B 3YR PSC<br>COMPUTER-ONLY PERF.<br>SERVICE CONTRACT<br>WITH LOANER UPON REQUEST | 269.99 | 0.00 | 269.99 | 1 | 269.99 | Tran, Anhliem P.    , 138585 |
| 5 | 73130425660l | 5456359 | APC 750VA BATTERY BACKUP<br>750VA UPS<br>10 OUTLETS<br>BE750G | 89.99 | 0.00 | 89.99 | 5 | 449.95 | Tran, Anhliem P.    , 138585 |

ITEM COUNT: 9

| | SUBTOTAL | SALES TAX | QUOTATION TOTAL | TERMS |
|---|---|---|---|---|
| QUOTATION TOTALS: | 4,619.91 | 381.14 | 5,001.05 | |

THANK YOU FOR CHOOSING FRY'S ELECTRONICS
Ask your Sales Associate about our Low Price Guarantee!!
Protect your product with our Performance Service Contract
THANK YOU FOR VISITING THE COMPUTER DEPARTMENT.
Fry's - Home of the Low Price Guarantee.
To be Safe, Ask your Sales Associate about our Performance Service Contract.

# Dimitry I.T. Services

November 5, 2010

Proposal Quote: $2,000 (Terabyte System Restore)

Harman Residence
300 Covey Ln.
McKinney, TX. 75071
(972) 837-2420

1. Existing system power fluctuation damage. Corrupted, cannot wipe and re-load. Allow for salvaged components including video card I installed($250). Samsung Monitor to be reused, no damage.

Customer to provide new hardware, cables and all accessory components complete. Any items needed at time of on-site switch over install must be extra charge.

2. I will back up data for new system transfer. I will disconnect existing system and components. I will sync 2 systems upon completion and Western Digital Drive. Your global community and router wireless network will function in the same manner as-is.

3. I will open, install and configure new system. I will reload all software including Microsoft Bundle, Adobe PDF, Exactimate, CAD and other specials. I will transfer data into new system. You will have the exact same operating systems (Windows 7 and Windows Vista) in the same 64 Bit Versions using software you own. New equipment will be logged in for continuing updates.

4. I am not responsible for manufacturer defects or problems in any new equipment. You will have 160GB Portable drive module installed in available Gateway Blank if you desire this.

5. I will install your Wireless Phone System tied into Fax & AT&T. I will set up Cable Phone using the new Lap Top and router and it will be logged in for your continuing updates.

TIME: I need about 1 week start to finish including shop time.

Thank you.



# Fry's ELECTRONICS
## Service Department
Plano Store 33
700 East Plano Parkway
Plano, TX 75074



To help us serve you better; please fill out the section below. This information is for Fry's Electronics internal use only.

**"Thank You!" for choosing Fry's Electronics!**

Date: __1/3/10__   Have you previously had this item in for service?   YES  **NO**

Your Name (Customer/Company): __Barry Harman__

Street Address: __700 Covey Ln__   Apt. #

City: __McKinney__   State: __TX__   Zip Code: __75071__

Home Phone Number: __(972) 837-2420__   Work Phone Number: (___)   Cell Phone Number: (___)

If your unit has a password, please write it above: __N/A  New__

Email Address (Optional): __bmhtexas@att.net__

Item Type: __Desk Top__   Manufacturer: __Gateway__

Any After-Market Upgrades?   YES  **NO**,   If Yes, What? _____

Please describe the problem your item is having**:

Remove modular bay drive (customer to keep his portable plug in)
Install in new Gateway
$50 —

** Some problems and services will require a System Diagnostic, which is done at an additional charge and is not covered by manufacturer's warranties and/or Performance Service Contracts. Diagnostic charges are non-refundable and are due prior to work beginning. Software problems (ex. viruses, spyware, or data corruption) are not covered by manufacturer's warranties or Fry's Performance Service Contracts. See Performance Service Contract for conditions & restrictions that apply.

# 7-Day Smart Digital Timer (White) - Jasco Products Company

**Product Details**

Automate indoor or outdoor lights using easy preset options or custom settings for each day of the week. Automatically adjusts for daylight-saving time.

**Features:**

- 7-day programmable timer
- Random vacation setting for extra security
- Automatically adjusts for daylight-saving time
- Replaces a standard wall switch
- Manual override on/off switch
- CFL ready
- Use timers to help reduce power usage and save more energy dollars


# Smart Digital Timer



**Installation Instruction**
1. Turn OFF the main power.
2. Remove the existing switch.
3. Connect the wires of Timer and wall box as followed by using the wire nuts provided.
   a) Connect the Hot/Live wire of main power to the Black wire from Timer.
   b) Connect both the Neutral wires of main power and Load to the White wire from Timer.
   c) Connect the Hot/Live wire of Load to the Red wire from Timer.
   d) Connect the Ground wire to the Green wire from Timer.

   Note: Be sure that all wire nuts are secure.
4. Tuck the wires into the wall box leaving room for the Timer. Using the screws provided. Mount the timer to the wall box being careful not to crush any wires.
5. Turn Main power ON

**POWER-UP SEQUENCE:**
1. Lift up the bottom of the door using a small slotted screwdriver.
2. Position the slide switch to TIMER.
3. Press the "RESET" button using a paper clip.
4. The display should flash 12:00AM on Monday.

**Setting Current Time:**
1. Press and HOLD the "CLOCK" key during this entire procedure.
2. Press the "HOUR" key to advance the hours.
3. Press the "MIN" key to advance the minutes.
4. Press the "DAY" key to advance the day.
5. If any keys are pressed for a prolonged period, the display will advance rapidly.
6. Release the "CLOCK" key once the time and day have been entered. Now the timer is in operation and ready to be programmed. The colon ":" after the hours will continuously flash indicating that the clock is running.

**Programming ON/OFF Events:**
1. Press the "PROG" key once. TIMER 1 on - - : - - appears.
2. Using the "HOUR" and "MIN" keys enter the desired ON time. By default all days are indicated. See block programming below for selecting different days. When complete press the "PROG" key once.
3. Timer OFF --:-- will be displayed. Using the "HOUR" and "MIN" keys enter the desired OFF time. By default all days are indicated. See block programming below for selecting different days. When complete press the "PROG" key once.
4. If complete press the "CLOCK" key to return to current time and day.
5. Note that a total of 7-ON and 7-OFF events can be programmed.

**Block Programming:**
1. When programming ON/OFF events, all days are indicated by default. To change the day selection simply keep pressing the Day key and the display will change as follows:
2. Individual Day (MON, TUE, etc.)
3. MON~FRI; SAT~SUN; MON~SAT; MON~SUN
4. MON~WED~FRI; TUE~THU~SAT
5. MON~WED; THU~SAT
6. Follow the steps above to complete programming.

**Reviewing Programs:**
1. To review the programs that have been entered, press and release the "PROG" key. Each time you do this you will be able to scroll thru the programs.
2. Any program can be edited by pressing the "HOUR", "MIN", and "DAY" keys. Then press the "PROG" key in order to accept the changes.
3. When complete press the "CLOCK" key to return to current time and day.

**Deleting Programs:**
1. To delete a particular program simply press the "PROG" key until the desired program is displayed.
2. Then press the "HOUR" and "MIN" keys until --:-- is displayed. Then press the "PROG" key in order to delete this particular program.
3. When complete press the "CLOCK" key to return to current time and day.



**Electrical Ratings:**
120VAC 60Hz
15A Resistive
15A Tungsten
1HP

*When done programming, close door.

**Manual Override:**
Pressing the door will override the timer setting and will manually turn the switch ON and OFF.

**Initial Startup:**
When you initially program the unit it may be necessary to press the manual override key as the unit will not look back to determine if it should be ON. For example if the current time is 2:00PM and you just programmed the unit to turn ON at 1:00PM, you will need to press the manual override key to turn it ON. Thereafter, the unit will resume normal operation (automatic).

**MEMORY BACKUP:**
This timer is equipped with a rechargeable Ni-Mh battery which will protect your programs during power failure for up to 30 days.
No need to replace battery.
*Note that the screen blanks if the battery is discharged completely.*

 is a trademark of the General Electric Company and is used under license to Jasco Products Company LLC, 10 E. Memorial Road, Oklahoma City, OK 73114.
This Jasco product comes with a 1 year limited warranty.
Visit www.jascoproducts.com for details.

*Clements Electrical + MFG plant.*
*L+M+E = $258.44 Installed*

## Load Calc to determine Generator Size

**Home Applications**

| | Approximate Starting Wattage (what is this?) | Approximate Running Wattage (what is this?) | 240V required? |
|---|---|---|---|
| Refrigerator or Freezer (Energy Star) | 1200 | 132-192 | |
| Microwave Oven | | | |
| 650 watts | 1000 | 1000 | |
| 800 watts | 1300 | 1300 | |
| 1000 watts | ✓ 1500 | 1500 | |
| Incandescent Lights (Factor-in) | as Indicated on bulb (i.e. 60W) | as indicated on bulb (i.e. 60W) | |
| Furnace Fan, gas or fuel oil | | | |
| 1/8 Horsepower | 500 | 300 | Y |
| 1/6 Horsepower | 750 | 500 | Y |
| 1/4 Horsepower | 1000 | 600 | Y |
| 1/3 Horsepower | 1400 | 700 | Y |
| 1/2 Horsepower | ✓ 2350 | 875 | Y ✓ |
| Television | | | |
| Tube type | 300 | 300 | |
| Flat Screen (20") | 120 | 120 | |
| Flat Screen (46") | ✓ 190 | 190 | |
| Coffee Maker (4 cup) | ✓ 600 | 600 | |
| Dishwasher (Cool Dry) | ✓ 540 | 216 | |
| Electric Fry Pan | ✓ 1500 | 1500 | |
| Electric Range (8-inch element) | ✓ 2100 | 2100 | Y |
| Automatic Washer | ✓ 1200 | 1200 | |
| Clothes Dryer (Electric) | ✓ 6750  1200 (propane) | 5400 (1200) | Y |
| Radio | 50 to 200 | 50 to 200 | |
| Sump Pump | | | |
| 1/3 Horsepower | 1300 | 800 | Y |
| 1/2 Horsepower | 2150 | 1050 | Y |
| Window Air Conditioner (10,000 BTU) | ✓ 2200 Exclude | 1500  -0- | |
| Computer | | | |
| 3   Laptop | ✓ 200-250 | 200-250   600 | |
| 1   Desktop | ✓ 600-800 | 600-800   600 | |
| Monitor (LCD style) | ✓ 30 | 30 | |
| Printer   2 | ✓ 400-600 | 400-600 | |
| Hot Water Heater | ✓ 4500 | 4500 | Y ✓ |
| Garage Door Opener | ✓ 1420 | 720 | |

19,100        17,231
↓
Half @ Half Load     4,775 Watts          Allow 30% use
(min. start up Factor)  (minimum          5,000 watts
                        Capacity          including min.
                        5,000 Watts       Lighting in
                                          Common Areas

Honda Power Equipment: EM5000S                                                      Page 1 of 3



HOME   GENERATORS   LAWNMOWERS   PUMPS   SNOWBLOWERS   TILLERS   TRIMMERS   PARTS & ACCESSORIES

**All Generators**

**Filter by use**
  Home
  Work
  Play

**Filter by type**
  Super Quiet
  Deluxe
  Economy
  Industrial
  Inverter
  AVR
  Cycloconverter
  HP2S

**Tools & Resources**

Generator Selection
How much power do I need?
Connecting your generator to your home
Power Management
Generator Operation
Generator sound level comparison
Accessories
Download Brochure

**General Information**

Dealer Locator
Product Manuals
Brochures
Warranty Information
FAQs
Trade Shows
Special Offers
Product Registration
Owner Link
Product Updates/Recalls
Video Gallery

### EM5000S

- 5000 watts 120/240V
- "Surges" 7,000 watts for 10 secs to start larger equipment
- Powers fridge, furnace, well pump, and much more
- Long run time - up to 11.2 hrs
- Powerful Honda iGX commercial engine
- Electric start (battery included) with recoil back-up

**MSRP $2,429.95***

 Share

Hover over image to zoom in

*Manufacturer's suggested retail price. Price excludes applicable taxes. Dealer sets actual selling price.

Features   Specifications   Options

5000 watts (41.2/20.8A) 120/240V Automatic Regulated Power
Honda-exclusive iAVR (Intelligent auto voltage regulation)
Provides 7,000 watts for 10 secs to start larger equipment
Powerful Honda iGX commercial engine
Voltage Selector Switch - 120/240V operation
Runs about 11.2 hours @ 50% load, 8.1 hours at full load
6.2 gallon fuel tank
Reinforced standing legs
Electric start (battery included) with recoil back-up
Wheel kit standard
Positive lock folding handles
Electronic ignition
12V DC Auto Charging
Low 72 dBA sound level
Full Frame Protection
Protected by Honda Oil Alert®
USDA-qualifed spark arrestor/muffler
3 year residential and commercial warranty

### HONDA
### GENERATORS & PUMPS

$ 2,429.95    unit
$   200.47    Tax
$   200.00    ship
─────────────
$ 2,830.42    FOB
$ 1,106.14    Transfer switch + install
─────────────
$ 3,936.56

Honda.com   History   Dealer Locator   Product Manuals   Finance   Privacy/Legal   Terms and Conditions   Product Registration   Contact Us   Site Map

©2009 American Honda Motor Co., Inc. All information contained herein applies to U.S. products only.


Style A    Style B


Style C

Style D    Style E

# Transfer Switches

Transfer switches allow a safe connection from a generator to a household/commercial electrical system. The transfer switch isolates the generator, so it can't accidentally electrify external power wires.

**TRANSFER SWITCHES**

| Style | Description | Max. Watts | Part Number |
|---|---|---|---|
| A | 15 Amp 1 Circuit Furnace Transfer Switch (5-15) | 1875 | 32314-TF151W |
| C | 20 Amp 6 Circuit Indoor Transfer Switch (L14-20) | 5000 | 32311-189EF |
| C | 30 Amp 6 Circuit Indoor Manual Transfer Switch (L14-30) | 7500 | 32311-189008 |
| C | 30 Amp 125 Volt 6-Circuit Manual Indoor Transfer (L5-30) | 3750 | 32311-189018 |
| C | 30 Amp 10 Circuit Indoor Manual Transfer Switch (L14-30) | 7500 | 32311-189006 |
| C | 50 Amp 12 Circuit Indoor Manual Transfer Switch | 12500 | 32311-18950A |
| D | 20 Amp 6 Circuit Automatic/Programmable UTS Switch | 14400 | 32315-UTS6BI |
| D | 30 Amp 6 Circuit Automatic/Programmable UTS Switch (L5-30/EU3) | 3750 | 32316-UTS6H |
| D | 30 Amp 10 Circuit Automatic/Programmable UTS Switch | 24000 | 32315-UTS10BI |
| E | 10-CIR PANEL/LINK® X, 30A (for EB series generators) | 7500 | 32316-XRC1003AH |

**COMBINATION TRANSFER SWITCH KITS**
**HARDWIRE/PLUG-IN WITH 25' CORD SET AND INLET BOX**

| Kit | Description | Max. Watts | Part Number |
|---|---|---|---|
| Kit C | 30 Amp 10 Circuit Indoor Transfer Switch Kit (includes a power inlet box & 25 ft cord set) | 7500 | 32312-101025KT |
| Kit D | 30 Amp 8 Circuit Indoor Transfer Switch Kit (includes a power inlet box & 25 ft cord set) | 7500 | 32313-30408-BHK25 |
| Kit E | 30 Amp 10 Circuit Indoor Transfer Switch Kit (includes a power inlet box & 25 ft cord set) | 7500 | 32313-Q310-CHK25 |


Kit C


Kit D

Note: Kits D & E permit relocating the flanged 30A inlet from the power inlet box to the transfer switch for direct cord-connection to the transfer switch.

Transfer switches and inlet boxes must be installed by a qualified electrician and the connection must comply with all applicable laws and electric codes.



*[handwritten]* 2 EA. 200 AMP SERVICE PANELS (240/208 and 120)
CIRCUITS = 29 BREAKERS
CONNECTION ALLOW 1/3 BD
## $356.14 + $750. INSTALL

Kit E



# Appliance Load Tester

A hand-held ammeter/wattmeter for measuring loads on cord-connected tools, appliances or lighting. A slide switch on the side of the unit allows you to choose amps or watts to appear on the liquid crystal display. UL listed.

| Description | Part Number |
|---|---|
| APPLIANCE LOAD TESTER (15A, 1875W) | 32660-893-THP103 |

Customer Name: BARRY HARMAN
Account Number: 100009179775
Invoice Number: 055900732334

Page 2 of 2

## Account Detail

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 994.78 |
| **Credits/Payments** | | | |
| Payment | 03/13/2012 | $ | 250.00 CR |
| Incoming Credit Card | 02/29/2012 | $ | 335.00 CR |
| Subtotal | | $ | 585.00 CR |
| **Balance Forward** | | $ | 409.78 |
| **Debits/Charges** | | | |
| Late Payment Penalty | Disputed/Paid Timely As Agreed on Pay Extension Date ($994.78 Invoice) | $ | 11.64 |
| Subtotal | | $ | 11.64 |

## Additional Information

Our goal is to provide outstanding customer service to you. For direct executive compliments, comments or complaints, please email our executives at txuexec@txu.com. Letters can be mailed to TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. If you believe that any charge for a product or service appearing on your bill has not been authorized, please contact TXU Energy at 1-800-242-9113 and we will work to investigate the situation. If you are not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas, PO Box 13326, Austin, TX 78711-3326; (512) 936-7120 or toll free in Texas (888) 782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512) 936-7136.

## ESI ID Detail:

Service Address: 300 COVEY LN, MCKINNEY, TX 75071-0329
ESI ID: 10443720006289373
Contract Expiration Date: 03/29/2012

The average price you paid for electric service this month was 11.9 cents per kWh excluding taxes and non-recurring charges or credits.

| Meter ID | Days in Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 15957152LG | 29 | Actual | 02/21/2012 | 50833 | 03/21/2012 | 52731 | 1898 | 1.00000 | 1898 |

| | | |
|---|---|---|
| TXU Energy Texas Choice 24℠ | | |
| Energy Charge (1898 kWh x $0.11800000) | $ | 223.96 |
| Subtotal | $ | 223.96 |
| **Other Fees and TDU Surcharges** | | |
| Advanced Meter Charge | $ | 2.19 |
| Oncor Rate Change | $ | 0.08 CR |
| Subtotal | $ | 2.11 |
| **Total Current Charges** | **$** | **237.71** |
| **Total Amount Due** | **$** | **647.49** |



Your Electricity Usage

Rate Increase .7/kwh (6%)

68kwn Per Diem

# 3/28/2012 Termination

# Material Breach & Default

# Service Transition 3/29/2012

CAUSE #  **COPY**

Barry Harman _____ * In the Small Claims Court
Plaintiff

     Vs.       *     Precinct One

TXU and Oncor _____ * Collin County, Texas
Defendant

## PLAINTIFF'S STATEMENT OF CLAIM

Barry Harman _____, Plaintiff, whose mailing address is:

300 Covey Lane, McKinney, Texas 75071
Street     City     State     Zip

Collin County, Texas, and telephone number is: _____

(972) 837-2420 _____, Defendant, whose **physical** address

1601 Bryan Street EP28, Dallas, Texas 75071
Street     City     State     Zip
and defendant telephone number is: (972) 868-8252

Collin County, Texas, is justly indebted to him in the sum of

$ 10,000.00 plus court costs of $ 27.00 for: $ 10,027.00

Quantum Meruit Claim, Utility power and Fluctuations over 5% Damaging Electronic Equip. Allege Breach of Warrant of Merchantability (Product/Service) and Fitness For the Intended Purpose. Plaintiff waives amount in excess of Jurisdictional Limit ($10,444.88)
plus attorney fees if applicable

Barry Harman (B)
Plaintiff

On this the 18th day of February _____, 20 11, the above named person appeared and swore on an affidavit under oath that the above information set out herein is true and correct.

Subscribed and Sworn to before me this ____ day of _____, 20 ___.

_____
Clerk of the Court or Notary Public

***If you would like your court correspondence emailed please provide your email address on the line below:***

BMHTEXAS@ATT.NET