# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 1105 N. Market St. Suite 700 Wilmington, DE 19801 | Sixth Monthly Fee Statement 05/01/2015 through 05/31/2015 D.I. 4893 | $8,647.00 | $159.23 | 07/21/2015 | $6,917.60 | $159.23 | $1,729.40 |

SL1 1376258v1 109285.00006