UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979   BK ●  AP ○

If AP, related BK case number: 14-50363

**Title of Order Appealed:** Findings of Fact and Conclusions of Law Regarding Cross-Motions For Summary Judgment; Order Relating to Court's Findings of Fact and Conclusions of Law

**Docket #:** 3985/4940   **Date Entered:** 3/25/2015, 7/8/2015

Item Transmitted:

| | | | |
|---|---|---|---|
| ☐ Notice of Appeal | Docket #: | Date Filed: | |
| ☑ Amended Notice of Appeal | Docket #: 5074 | Date Filed: 7/22/2015 | |
| ☐ Cross Appeal | Docket #: | Date Filed: | |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ Record on Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

Delaware Trust Company

**Appellee/Cross Appellee**

Energy Future Intermediate Holding Company LLC and EFIH Finance Inc.

**Counsel for Appellant/Cross Appellant:**

Norman Pernick
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Jason Madron
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ○ | ● |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ● | ○ |
| ***If Yes, has District Court assigned a Civil Action Number?** Civil Action Number: CA#15-620 | ● | ○ |
| **Record on Appeal** | ○ | ● |

*(continued on next page)*

Notes: See additional pages for more addresses. The appeal was also filed in adversary proceeding, 14-50363 at docket 308.
Designation of Items were not filed by the Appellee or the Appellant.

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 7/24/2015            by: __Judy Fisher_____
                                 **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-30

| PARTY | COUNSEL |
|---|---|
| **Plaintiff / Appellants** | Norman L. Pernick<br>J. Kate Stickles<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302-652-3131<br>Facsimile: 302-652-3117<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br><br>Warren A. Usatine<br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07602<br>Telephone: 201-489-3000<br>Facsimile: 201-489-1536<br>wusatine@coleschotz.com<br><br>Philip D. Anker<br>Charles C. Platt<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: 212-230-8800<br>Facsimile: 212-230-8888<br>Philip.Anker@wilmerhale.com |

| | |
|---|---|
| | Charles.Platt@wilmerhale.com<br><br>Dennis L. Jenkins<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617-526-6000<br>Facsimile: 617-526-5000<br>Dennis.Jenkins@wilmerhale.com<br><br>James H. Millar<br>DRINKER BIDDLE & REATH LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714<br>Telephone: 212-248-3264<br>Facsimile:  212-248-3141<br>James.Millar@dbr.com<br><br>Todd C. Schiltz<br>DRINKER BIDDLE & REATH LLP<br>222 Delaware Ave, Suite 1410<br>Wilmington, DE  19801-1612<br>Telephone: 302-467-4200<br>Facsimile: 302-467-4201<br>todd.schiltz@dbr.com |
| **Defendants Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. and and the other Debtors and Debtors in Possession / Appellees** | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br><br>Richard M. Cieri<br>Edward O. Sassower, P.C.<br>Brian E. Schartz<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue |

| | |
|---|---|
| | New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>edward.sassower@kirkland.com<br>richard.cieri@kirkland<br>stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com<br><br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Andrew R. McGaan<br>Steven N. Serajeddini<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>andrew.mcgaan@kirkland.com<br>steven.serajeddini@kirkland.com |
| **Intervenors certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates** | Michael J. Joyce<br>CROSS & SIMON, LLC<br>1105 N. Market Street<br>Suite 901<br>Wilmington, Delaware 19899-1380<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>mjoyce@crosslaw.com<br><br>Brad Eric Scheler<br>Gary L. Kaplan<br>Matthew M. Roose<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>brad.eric.scheler@friedfrank.com<br>gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com |

| | |
|---|---|
| **Intervenor Pacific Investment Management Company LLC** | Jamie L. Edmonson<br>VENABLE LLP<br>1201 North Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 298-3535<br>Facsimile: (302) 298-3550<br>jledmonson@Venable.com<br><br>Jeffrey S. Sabin<br>VENABLE LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>Twenty-Fifth Floor<br>New York, NY 10020<br>Telephone: (212) 307-5500<br>Facsimile: (212) 307-5598<br>jssabin@Venable.com<br><br>Julia Frost-Davies<br>Patrick Strawbridge<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Federal Street<br>Boston, MA 02110-1726<br>Telephone: (617) 341-7700<br>Facsimile: (617) 341-7701<br>julia.frost-davies@morganlewis.com<br>patrick.strawbridge@morganlewis.com |
| **Intervenor the Ad Hoc Group of EFH Legacy Noteholders** | Garvan F. McDaniel<br>HOGAN MCDANIEL<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br>gfmcdaniel@dkhogan.com<br><br>David S. Rosner<br>Andrew K. Glenn<br>Daniel A. Fliman<br>KASOWITZ, BENSON, TORRES<br>& FRIEDMAN LLP<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800 |

| | |
|---|---|
| | DRosner@kasowitz.com<br>AGlenn@kasowitz.com<br>DFliman@kasowitz.com |
| **Intervenor Computershare Trust Company, N.A. and Computershare Trust Company of Canada as Trustee** | Laura Davis Jones<br>Robert J. Feinstein<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>ljones@pszjlaw.com<br>rfeinstein@pszjlaw.com<br><br>Thomas Moers Mayer<br>Gregory A. Horowitz<br>Joshua K. Brody<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>tmayer@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>jbrody@kramerlevin.com<br><br>Stephanie Wickouski<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: 212-541-1114<br>Facsimile: 212-904-0514<br>stephanie.wickouski@bryancave.com |
| **Intervenor the Official Committee of TCEH Unsecured Creditors** | James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>jpeck@mofo.com<br>brettmiller@mofo.com<br>lmarinuzzi@mofo.com |

| | |
|---|---|
| | tgoren@mofo.com<br><br>Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>Jarrett Vine<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br>skatona@polsinelli.com<br>jvine@polsinelli.com |
| **Intervenor the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECL Inc.** | Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink<br>MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504-7820<br>nramsey@mmwr.com<br>dwright@mmwr.com<br>mfink@mmwr.com<br><br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Michael H. Torkin<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>torkinm@sullcrom.com |