Objection

Robert Rodriguez
1700 Caman Park Drive
Lucas, TX 75002

FILED
2015 JUL 22 AM 8:31
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 14, 2015

United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

| | | |
|---|---|---|
| RE: | CLAIM NUMBER: | 2005 |
| | CLAIM AMOUNT: | $10,950.00 |
| | CASE NO.: | 14-10979 |

Honorable Judge,

Please accept this as my objection to expunge my claim per notice received the 14th of July, 2015;specifically, due to the filing of the Debtor's Twentieth Omnibus (Substantive) Objection to (Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 (the "Notice"). In review of the reasons for disallowance stated on the Notice, please take note that I contracted for services, executed agreements, and made purchases on behalf of Energy Future Holdings Corp. ("Debtor"). As well, my employment status was amended within 60 days of the filing for Chapter 11. I now believe that this was done to make any future claims against Energy Future Holdings Corp. more difficult.

My employment and the scope of same encompassed the activities within Energy Future Holdings Corp. and my title provided me the ability to contract for services, receive and negotiate rebates and fees, and procure services on behalf of Energy Future Holdings Corp.

As I was an employee acting in the best interest and contracting for services and executing payment instruments for and on behalf of Energy Future Holdings Corp. I ask the court, to request Debtor to make payment for employment services as agreed upon Debtor acting as employer and Robert Rodriguez as employee and further evident by filing of the details captioned above.

I ask the Court for general relief.

_____          07/14/2015
Respondent's signature                Date

Cc:   Richards, Layton & Finger, P.A.
      920 North King Street
      Wilmington, Delaware 19801

Objection

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

James H.M. Sprayregen, P.C.
300 North LaSalle
Chicago, Illinois 60654