UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF DELAWARE



```
*************************************       Case No. 14-10979 (CSS)
In re:                              *
                                    *
ENERGY FUTURE HOLDINGS              *        Chapter 11
CORP., et al.                       *        (Jointly Administered)
                    Debtors.        *
                                    *
                                    *
TY-FLOT, INC                        *
                    Creditor        *
                                    *
* ***********************************
```

## OBJECTION FROM TY FLOT INC TO DEBTOR'S TWENTY-SECOND OMNIBUS (NON-SUBSTANTICE) OBJECTION TO CLAIMS (WRONG DEBTOR)

Now comes Ty-Flot, Inc. (hereinafter "Ty-Flot " and/or "Movant"),  and Objects to Debtor'sTwenty-Second omnibus (Non-Substantive) objection to claims (Wrong Debtor), submitted by Debtor, Energy Future Holdings Corp ("EFH Corp") on or near July 10, 2015 as Document No. 4977 in this matter,  and further states as follows:

[1]    Ty Flot Inc filed Proof of Claim in this matter in the amount of $48,558.38 on or near July 29, 2014 as Claim No. 3412, naming Energy Future Holdings Corp as Debtor.

[2]    Ty Flot Inc supplies material to the power generation industry.

[3]    Prior to the filing of this bankruptcy and after the filing, the following business relationship existed between Debtor and Ty Flot Inc. for more than eight years, and is still ongoing:

Luminant Generation Company, LLC would order material from Ty Flot Inc with instructions to deliver the ordered material to Comanche Power facility and payment for the order would and still is by checks drafted by Energy Future Holdings Corp. sent to Ty Flot Inc.  In short, Energy Future Holdings Corp has always been the company making payments to Ty Flot Inc for its supplied material.

[4]    Through this course of dealings and the written checks from Energy Future Holdings Corp, a contractual relationship, based on course of dealings and writings,  exists wherein Energy Future Holdings Corp is obligated to pay the debt listed in Ty Flot Inc's Proof of Claim,

to wit: Energy Holdings Corp is the proper party to be charged with the debt owed to Ty Flot Inc listed in its Proof of Claim.

[5]     Contrary to what is asserted in the Declaration, the books of Energy Holdings Corp will show that they have paid and continue to pay Ty Flot Inc for material it provides. Consequently, it is irrelevant what subsidiary or affiliated company ordered the material or where the materials were sent. Energy Holdings Corp made and continues to make payment to Ty Flot Inc. because it is contractually obligated to do so.

**WHEREFORE**, Movant prays that this Honorable Court:

A. Deny the relief requested in Debtor's Objection

B. Reaffirm Energy Holdings Corp is the appropriate Debtor of the obligation to Ty Flot Inc listed in its Proof of Claim No. 3412.

C. Grant such other and further relief as may be just and equitable.

Respectfully submitted,
**Ty-Flot, Inc.**

Dated this July 23, 2015

Name:   Reginald Moreau
Title:     President
305 Massabesic Street
Manchester, NH 03103
(603) 669-5169
moreauda@tyflot.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF DELAWARE

FILED
2015 JUL 24 AM 7: 52
CLERK
US BANKRUPTCY COURT
DELAWARE

*************************************
In re:                              *
                                    *
**ENERGY FUTURE HOLDINGS**          *     Case No. **14-10979 (CSS)**
**CORP., et al.**                   *
                    Debtors.        *     Chapter 11
                                    *     (Jointly Administered)
                                    *
**TY-FLOT, INC**                    *
                    Creditor        *
                                    *
*************************************

## **CERTIFICATION**

I, Reginald Moreau, of Ty Flot, Inc., do hereby certify that I am, and at all times thereinafter mentioned was, more than 18 years of age; and that on July 23, 2015, I forwarded a copy of the within Objection by pre-paid UPS RED with the:

[1]   US Bankruptcy Court for the District of Delaware at 824 Market Street, Wilmington, DE 19801.

[2]   Debtor's counsel:

   David M. Klauder and Shannon J. Dougherty, O'Kelly Ernst & Bielli, LLC, 901 N. Market Street, Suite 1000, Wilmington, DE 19801, (302) 778-4000, dklauder@oeblegal.com, sdougherty@oeblegal.com;

and

   Jeff J. Marwil, Mark K. Thomas, and Peter J. Young, Proskauer Rose LLP, Three First National Plaza, 70 W. Madison Street, Suite 3800, Chicago IL 60602, (312) 962-3550, jmarwil@proskauer.com, mthomas@proskauer.com, pyoung@proskauer.com

And I certify that on July 23, I forwarded by email copies of the within Objection to Debtor's counsel named above.

Dated this July 23, 2015

Name:  Reginald Moreau
Title:  President
305 Massabesic Street
Manchester, NH 03103
(603) 669-5169
moreauda@tyflot.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*      Case No. **14-10979 (CSS)**

*In re:*                           \*
                                   \*
***ENERGY FUTURE HOLDINGS***       \*      Chapter 11
***CORP., et al.***                \*      (Jointly Administered)
                          *Debtor* \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

and

Lawrence P. Sumski
TRUSTEE RESPONDENT

## ORDER

THIS DAY this Objection to Debtors' **June 10, 2015 amended Plan Objection and to Confirmation of Debtor's Chapter 13 amended Plan,** filed by Ty-Flot, Inc., ("Movant") and the Court having considered said Objection, is of the opinion that the Objection and the relief requested therein should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDJGED that the Plan should be amended to include the following provisions:

A.

SO ORDERED AND ADJUDGED, this _____ day of August, 2015.

_____
U.S. Bankruptcy Judge: