# EXHIBIT A

## SCHEDULE A

Following the Parties' execution of this Schedule A-30 ("SOW"), KPMG LLP ("CONTRACTOR") is authorized to perform the Work ("Services") as identified below on behalf of EFH CORPORATE SERVICES COMPANY ("COMPANY") pursuant to the terms and conditions contained in the Master Services Agreement which is also referred to as the Master Consulting Agreement, C0631124C dated November 1, 2009, Amendment 1 dated February 12, 2011, Amendment 9 dated November 16, 2012 and Amendment Number 13A dated December 16, 2013 (collectively referred to as the "Agreement").

This SOW shall be effective as of May 21, 2015 (the "Effective Date") and shall remain in full force and effect until it is either (a) superseded by a change order ("CO") or SOW, or (b) until terminated in accordance with the Agreement or this SOW. Notwithstanding anything to the contrary in the Agreement, COMPANY, in its sole discretion may terminate this SOW for convenience upon the delivery of a written 15 day notice ("Notice") to CONTRACTOR. In the event COMPANY elects to terminate for convenience, the SOW shall end by operation of law at the close of business on the 15th day after receipt of notice by CONTRACTOR.

## SCOPE AND WORK DELIVERABLES

The Services will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Services will be scheduled at the direction of COMPANY'S Contract Coordinator as identified herein.

### SCOPE OF WORK

The final tangible property regulations ("TPR") were released on September 13, 2013. The TPR provide comprehensive guidance on the tax treatment of amounts paid to acquire, repair and dispose of tangible property. The TPR amend the existing regulations under §162 and §263(a). The TPR are effective for tax years beginning on or after January 1, 2014 but may be adopted as early as 2012. Certain changes made to conform to the TPR will require a change in accounting method made with a section 481(a) adjustment while other changes will require an annual election.

CONTRACTOR will provide tax consulting services with respect to COMPANY'S adoption of the repairs and maintenance regulations. Specifically, CONTRACTOR will provide services, to assist the Company in its assessment of the adoption of the repairs and maintenance regulations, which may include a combination of the following:

- Review prior analysis performed on fixed asset expenditures by a 3rd party;
- Work with CONTRACTOR data specialists to retrieve all necessary fixed asset and/or transactional level detail, and underlying documentation identified by prior reviews and/or discovered by CONTRACTOR during CONTRACTOR'S initial review;
- Review of capital expenditures on select non-building assets to determine proper routine maintenance and materials and supplies treatment;
- Conduct a comprehensive analysis of historic and current property renovation expenditures and resulting depreciation expenses adjustments, including repairs versus improvement treatment, cost segregation, qualified leasehold improvements, and bonus depreciation addressing the potential differences based upon types of renovation;
- Perform a dispositions analysis on COMPANY'S properties;
- Develop processes and procedures to address proper capital versus expense and disposition loss treatment of tax fixed assets for the accounting method change year and going forward;

- Finalize 481(a) adjustments (if needed);
- Assistance with preparation and review of Form 3115(s); and
- Preparation of process summary and technical memorandum.

CONTRACTOR will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

CONTRACTOR will assist with the preparation of the Form(s) from the information COMPANY submits. CONTRACTOR will not audit or independently verify the data COMPANY submits. However, CONTRACTOR may ask for clarification of some of the information. CONTRACTOR'S engagement cannot be relied on to uncover errors, omissions, or irregularities, should any exist in the underlying information incorporated in the Form(s). However, CONTRACTOR will inform COMPANY of any such matters that come to CONTRACTOR'S attention. Because management has ultimate responsibility for the Form(s), please have the appropriate corporate officials review the Form(s) before an officer signs and files the Form(s).

All Form(s) are subject to examination by the taxing authorities. In the event of an examination, CONTRACTOR may be requested to produce documents, records, or other evidence to substantiate the items of income and deduction shown on the Form(s). In preparing the Form(s), CONTRACTOR relies on COMPANY'S representations that COMPANY understands and has complied with applicable documentation requirements for COMPANY'S income, expenses, deductions, and credits. If an examination occurs, and if COMPANY and CONTRACTOR agree to have CONTRACTOR assist or represent COMPANY in the examination, any such additional services and the fee therefore would be set forth in a separate SOW.

Written advice provided to COMPANY under this SOW will be based on facts, representations, assumptions, and other information COMPANY provide to CONTRACTOR, the completeness, accuracy and timeliness of which are critical factors in CONTRACTOR'S ability to timely and accurately complete CONTRACTOR'S services. Unless COMPANY requests and CONTRACTOR agrees under a separate writing (a newly issued SOW or addendum to this SOW) after CONTRACTOR'S advice has been issued in final form to COMPANY, CONTRACTOR will not update CONTRACTOR'S advice to take into account COMPANY'S updating the facts COMPANY provide to CONTRACTOR through COMPANY'S discovery of new or additional facts, or COMPANY'S updating any information that may have formed the basis of any assumptions CONTRACTOR made in developing CONTRACTOR'S advice. In rendering advice, CONTRACTOR will consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the advice CONTRACTOR issues to COMPANY.

If matters exceed the scope of this SOW, CONTRACTOR will issue a separate SOW or clarifying addendum to confirm the scope and related terms. Furthermore, a separate SOW will be issued for each discrete tax consulting project not specified in this SOW (e.g., transfer pricing study, corporate acquisition or disposition, etc.) and for tax controversy representation. To be of greatest assistance to COMPANY, CONTRACTOR should be advised **in advance** of proposed transactions.

**DELIVERABLES**

The intended deliverables associated with this project include:

- Documentation and support for 481(a) calculation;
- Process summary and technical memorandum.

Contract Coordinator: Greg Homen, Senior Manager    Phone Number: 214-840-2536

## WORK SITE

The Work Site will be the following locations:
- CONTRACTOR &/or COMPANY offices located in or near Dallas, TX; and
- Select COMPANY power generation facilities.

## OTHER MATTERS

*Tax Advice Standards*

If CONTRACTOR is considered to be a tax return preparer under Treasury Regulation §301.7701-15, CONTRACTOR will apply elevated standards in providing tax advice. These standards are dependent on certain characteristics of the entity to which CONTRACTOR'S services will be directed as follows:

1. For U.S. public companies or "large private entities" (i.e., private entities with prior year gross revenues of $300 million or more reflected in audited financial statements prepared in accordance with U.S. generally accepted accounting principles): CONTRACTOR must be able to determine that (1) there is "substantial authority" for an undisclosed return position (i.e., the weight of authorities in support of a position is substantial in relation to the weight of authorities in opposition to the position) and (2) a disclosed return position has at least a "realistic possibility" of being sustained on its merits (i.e., approximately a one-in-three or greater likelihood of success if challenged by a tax authority). The laws of some states (e.g., New York) also may impose more stringent return preparation standards for state tax returns. For advice pertaining to a "Tax Shelter" (as defined in IRC §6662(d)(2)(C)(ii)) or a "reportable transaction" with a significant purpose of tax avoidance, tax practitioners must generally conclude their advice satisfies the "more likely than not" standard; if the taxpayer is advised regarding potential taxpayer penalties, tax practitioners may conclude at a "substantial authority" level.

2. For "other private entities" (i.e., entities that do not fall within the definitions above as a U.S. public company or large private entity): CONTRACTOR must be able to determine that a return position is at least "more likely than not" to be upheld (i.e., has a greater than 50 percent likelihood of success if challenged by the taxing authorities).

3. If a return position relates to a transaction that is a "principal purpose transaction," CONTRACTOR must arrive at a "should" confidence level (i.e., approximately a 70% or greater likelihood of success if challenged by the taxing authorities) with respect to the position.

4. CONTRACTOR will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

In determining whether a return position meets the appropriate standard, CONTRACTOR will not take into account the possibility that a tax return will not be audited, that an issue will not be raised on audit, or that an issue will be settled. CONTRACTOR will inform COMPANY as soon as possible if, during CONTRACTOR'S analysis, CONTRACTOR determines circumstances exist that prevent CONTRACTOR from advising COMPANY under these standards.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Services authorized pursuant to this SOW, COMPANY will compensate CONTRACTOR as follows.

CONTRACTOR'S fee for this engagement will be based on the actual time incurred to complete the work at the agreed hourly rates (as per the Company Rate Card) for the individuals involved in providing the Services summarized in the Fee Schedule below. As a result of CONTRACTOR'S discussions with COMPANY, CONTRACTOR fees for CONTRACTOR'S Services will be based on the actual time incurred to complete the work, at the rates noted below, not to exceed $250,000. Any extension or increase in spend will require amendment to this SOW. If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy).

### PROFESSIONAL AND SUPPORT STAFF FEE SCHEDULE

| Professional and Support Staff | Hourly Rate |
| --- | --- |
| Partner/Principal | $720 |
| Managing Director | $680 |
| Director/Senior Manager | $660 |
| Manager | $560 |
| Senior Associate | $420 |
| Associate | $260 |

The rates specified in this SOW will remain in effect, with respect to and until completion of the Services authorized pursuant to this SOW. However, if Services extends beyond FY15, the professional and support staff fees are subject to change as a result of firm-wide changes. The rates are considered as "not to exceed" the maximum fees to be charged for Services.

These fees are not dependent on tax or other savings achieved or otherwise based in any way on results obtained.

CONTRACTOR will endeavor to notify COMPANY if CONTRACTOR encounters any circumstances that warrant additional time or expense. If such matters exceed the scope of this SOW, CONTRACTOR will issue an addendum or separate SOW to confirm the scope and related terms of any additional engagements.

CONTRACTOR will render progress billings to COMPANY as work is performed.

All invoices shall be submitted to the United States Bankruptcy Court for the District of Delaware and electronically to: ap.invoicing@energyfutureholdings.com

With an electronic copy to: ramon.leal@energyfutureholdings.com

The COMPANY mailing address is as follows:

EFH Corporate Services Company
1601 Bryan St
Dallas, TX 75201

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Services (a) only after CONTRACTOR'S engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

## KEY PERSONNEL

CONTRACTOR agrees that the individuals listed below will be assigned to perform the Services authorized by this SOW. CONTRACTOR will employ all reasonable efforts to ensure that such individuals remain so assigned until such Services is accepted by COMPANY; provided, however, that in the event that any such individuals are reassigned by CONTRACTOR or otherwise become unavailable to perform such Services, CONTRACTOR will provide, by way of replacement, individuals with reasonably equivalent experience and expertise.

| | |
|---|---|
| Peter Baltmanis: | Principal |
| James Atkinson: | Washington National Tax Principal |
| Greg Homen: | Senior Manager |
| Tracey Baird: | Manager |
| Matthew Carter: | Senior Associate |
| Russell Stockman: | Associate |

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND COMPANY MEETINGS AND RECEIVE CONFIDENTIAL INFORMATION RELATING TO THE SERVICES:

| | |
|---|---|
| Peter Baltmanis: | Principal |
| James Atkinson: | Washington National Tax Principal |
| Greg Homen: | Senior Manager |
| Tracey Baird: | Manager |
| Matthew Carter: | Senior Associate |
| Russell Stockman: | Associate |

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY



_✗_ ATTORNEY-CLIENT COMMUNICATION
_✗_ ATTORNEY WORK PRODUCT
_X_ TAX ADVISOR
___ OTHER

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

- None Noted

...

Any work performed in connection with this engagement before the date of execution of this or SOW is also governed by the terms and conditions contained in the SOW.

Services not specified above may be authorized only through a separate SOW, or through an amendment or supplement to this SOW.

| KPMG LLP | EFH CORPORATE SERVICES COMPANY |
|---|---|
| By: _/s/ Peter Baltmanis_ <br> Signature | By: _/s/ Carla Howard_ <br> Signature |
| Name: Peter Baltmanis | Name: Carla Howard |
| Title: Principal | Title: SVP & General Tax Counsel |
| Date: 07/06/2015 | Date: 7/6/15 |