## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B161 | Budget/Staffing Plan | 2.5 | $1,685.50 | $1,348.40 |
| B162 | Fee Applications | 0.30 | $178.50 | $142.80 |
| B210 | Business Operations | 2.5 | $687.50 | $550.00 |
| B240 | Tax Issues | 288 | $168,745.50 | $134,996.40 |
| | **Totals** | **293.3** | **$171,345.00** | **$137,076.00** |