## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Copy Charges ($0.10/page) | In-House | $255.90 |
| Postage | In-House | $36.65 |
| Electronic Research | PACER | $6.10 |
| | **Total:** | **$298.65** |