**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|                                                      |     |                           |
|------------------------------------------------------|-----|---------------------------|
| In re:                                               | )   | Chapter 11                |
|                                                      | )   |                           |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]           | )   | Case No. 14-10979 (CSS)   |
|                                                      | )   |                           |
| Debtors.                                             | )   | (Jointly Administered)    |
|                                                      | )   |                           |
|                                                      | )   | **Re: D.I. 4909**         |

**CERTIFICATE OF NO OBJECTION REGARDING THE
"SIXTH MONTHLY FEE STATEMENT OF PROSKAUER ROSE LLP,
COUNSEL FOR DEBTOR ENERGY FUTURE HOLDINGS CORP.,
FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM
MAY 1, 2015 THROUGH MAY 31, 2015" (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, Proskauer Rose LLP

("Proskauer") has received no answer, objection or other responsive pleading with respect to its

sixth monthly fee statement for compensation and reimbursement of expenses (the "Monthly Fee

Statement").[2]  The Monthly Fee Statement was filed with the United States Bankruptcy Court for

the District of Delaware (the "Court") on July 1, 2015.  The undersigned further certifies that he

has reviewed the Court's docket in this case and no answer, objection or other responsive

pleading to the Monthly Fee Statement appears thereon.  Pursuant to the notice filed with the

Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Proskauer received from counsel for the fee committee (the "Fee Committee") a letter dated July 22, 2015, identifying "… certain expense items [set forth in the Monthly Fee Statement] that may require further documentation and review," but that (i) "[t]hose items … do not justify a formal objection to Proskauer's request for monthly fees and expenses" and (ii) "[t]he Fee Committee does not object, accordingly, to the Debtor's payment of 80 percent of the fees and 100 percent of the expenses requested in [the Monthly Fee Statement]."

later than July 22, 2015, at 4:00 p.m. (Eastern Daylight Time).  The Monthly Fee Statement was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Administrative Order") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896].

Consequently, pursuant to the Administrative Order, Energy Future Holdings Corp., one of the above-captioned debtors and debtors in possession in the above-captioned cases, is authorized to pay Proskauer eighty percent (80%) of the fees and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court.  A summary of the fees and expenses sought by Proskauer is annexed hereto as **Exhibit A**.

*[Remainder of page intentionally left blank.]*

Dated:  July 24, 2015
       Chicago, Illinois

**PROSKAUER ROSE LLP**

*/s/ Jeff J. Marwil*
Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL  60602-4342
Telephone:  (312) 962-3550
Facsimile:  (312) 962-3551

*Counsel for Energy Future Holdings Corp.*