## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No.:  14-10979 (CSS) |
| CORP., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 5072** |
| | ) | |

### MOTION OF CHARLOTTE LIBERDA AND CURTIS LIBERDA
### FOR ORDER SHORTENING NOTICE OF HEARING ON ITS
### MOTION TO APPOINT LEGAL REPRESENTATIVE

Charlotte Liberda and Curtis Liberda (the "Liberdas"), by and through their undersigned counsel, hereby files this motion (the "Motion"), pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the entry of an order shortening notice with respect to the Liberdas' Motion to Appoint Legal Representative (the "Motion to Appoint").  In support thereof, the Liberdas respectfully states as follows:

### RELIEF REQUESTED

1.      By this Motion, the Liberdas respectfully requests that the Court enter an Order pursuant to Fed. R. Bankr. P. 9006 and Local Rule 9006-1, shortening the notice period normally required by Local Rule 9006-1 so that the Motion to Appoint, filed on July 22, 2015, Docket No.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http;://www.efhcaseinfo.com.  The debtors are referred to collectively and individually herein as the "Debtors."

5072,  may be heard on August 11, 2015, a previously scheduled omnibus hearing, or as soon thereafter as the Court's calendar permits.  A true a correct copy of the Motion to Appoint is attached hereto as **Exhibit A.**

2.    On July 22, 2015, when the Liberdas filed the Motion to Appoint, the Motion to Appoint was served upon all interested parties via electronic mail.  In order to comply with local rules, and out of an abundance of caution, the Liberdas file this Motion to Shorten to be served via overnight mail.

## BASIS FOR RELIEF REQUESTED

3.    Bankruptcy Rule 9006(c)(1) permits a bankruptcy court to reduce the time required for notice of a motion.  It states in pertinent part that, "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given there under or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

4.    As detailed in the Motion to Appoint, the Liberdas seeks entry of an order appointing a legal representative to represent the interests of unmanifested asbestos claimants.

5.    On July 23, 2014, the Debtors filed a motion for entry of an order setting bar dates for the filing of proofs of claim (the "Bar Date Motion") [D.I. 1682].  The briefing and ruling surrounding the Bar Date Motion made clear that the interests of Unmanifested Claimants are wholly unrepresented in these bankruptcy cases.

6.     Reduction of the time period requested herein is not prohibited under Bankruptcy Rule 9006(c)(2) and the Rules listed therein.

## NOTICE

7.      The Liberdas shall serve notice of this Motion to Shorten and the Motion to

Appoint on the following parties, or, in lieu thereof, to their counsel, if known, via overnight

mail: (i) the Office of the United States Trustee for the District of Delaware (Attn: Richard L.

Shepacarter, Esq.); (ii) Joseph Charles Barsalone II, Esq., Jason M. Madron, Esq., and Mark D.

Collins, Esq., at Richards Layton & Finger, P.A.; David M. Klauder, Esq., at O'Kelly Ernst &

Beilli, LLC; and Edward O. Sassower, Esq., at Kirkland & Ellis LLP, as counsel for the Debtor;

(iii) Elizabeth Blakely, Esq., at Polisinelli, PC, and Justin K. Edelson, Esq., at Polsinelli, PC, as

counsel to the Official Committee of Unsecured Creditors; (iv) Epiq Bankruptcy Solutions LLC,

Claims Agent; and (v) all parties who filed a request for service of notices under Rule 2002 of

the Bankruptcy Rules.  In light of the nature of the relief requested herein, the Liberdas submit

that no other or further notice need be provided.

    **WHEREFORE**, Charlotte Liberda and Curtis Liberda respectfully requests that the

Court (i) enter an order approving the shortening of the notice of the Motion to Appoint as

contemplated hereby such that a hearing on the Motion to Appoint may convene on August 11,

2015, at 9:30 a.m. (ET); and (ii) grant such other and further relief as the Court deems just and

proper.

Dated: July 27, 2015
      Wilmington, Delaware

*/s/Daniel K. Hogan*
Daniel K. Hogan (#2814)
HOGAN◆McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540
(302) 656-7599- facsimile
dkhogan@dkhogan.com
Attorney for Charlotte Liberda
and Curtis Liberda