## UNITED STATE BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No.: 14-10979 (CSS) |
| CORP., *et al.*, | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objection Deadline: TBD** |
| | ) | **Hearing Date: August 11, 2015, 9:30 a.m. ET** |

## NOTICE OF MOTION

TO: Debtor's Counsel, Counsel for the Official Committee of Unsecured Creditors, The United States Trustee and all other parties directly affected by this motion.

Charlotte and Curtis Liberda have filed a motion for an order to shorten notice of hearing on its motion to appoint legal representative to represent the interests of the Unmanifested Claimants.

You are required to file a response to the attached motion on or before -  **TBD**.

At the same time, you must also serve a copy of the response upon Movant's attorney:

> Daniel K. Hogan, Esquire
> HOGAN♦McDANIEL
> 1311 Delaware Avenue
> Wilmington, DE 19806
> (302) 656-754; (302) 656-7599- facsimile
> dkhogan@dkhogan.com

**HEARING ON THE MOTION WILL BE HELD AUGUST 11, 2015, AT 9:30 A.M. ET**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

> By:   /s/Daniel K. Hogan
> Daniel K. Hogan (DE #2814)

July 27, 2015

**Local Form 106**