## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 33.7 | $25,275.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 133.9 | $70,297.50 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $450 | 14.7 | $6,615.00 |
| Amanda R. Steele | Associate | 2010 | Bankruptcy | $425 | 0.2 | $85.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 23.3 | $6,058.00 |
| **Total** | | | | | **205.8** | **$108,330.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235 | 78.9 | $18,541.50 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235 | 1.6 | $376.00 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235 | 4.7 | $1,104.50 |
| Lindsey A. Edinger | Paralegal | 2 | Bankruptcy | $235 | 1.9 | $446.50 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $235 | 2.6 | $611.00 |
| Daniel D. White | Tech./Trial Support | 11 | Litigation/MIS | $250 | 8.2 | $2,050.00 |
| Lesley Morris | Case Management Assistant | 1 | Bankruptcy | $125 | 4.0 | $500.00 |
| **Total** | | | | | **101.9** | **$23,629.50** |

**Total Fees**      **$131,960.00**