# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $896.85 |
| Conference Calling | $68.85 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $1,178.44 |
| Electronic Legal Research | $1,891.96 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $105.15 |
| Messenger and Delivery Service | $232.82 |
| Overtime | $2,713.40 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $1,795.97 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $133.96 |
| **Total:** | **$9,017.40** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $52.76 |
| Conference Calling | $4.05 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $69.32 |
| Electronic Legal Research | $111.29 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $6.19 |
| Messenger and Delivery Service | $13.70 |
| Overtime | $159.61 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $105.65 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $7.88 |
| **Total:** | **$530.45** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $94.96 |
| Conference Calling | $7.29 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $124.78 |
| Electronic Legal Research | $200.32 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $11.13 |
| Messenger and Delivery Service | $24.65 |
| Overtime | $287.30 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $190.16 |
| Room Rental | $0.00 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $14.18 |
| **Total:** | **$954.77** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $10.55 |
| Conference Calling | $0.81 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $13.86 |
| Electronic Legal Research | $22.26 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $1.24 |
| Messenger and Delivery Service | $2.74 |
| Overtime | $31.92 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $21.13 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $1.58 |
| **Total:** | **$106.09** |