## EXHIBIT E

**Detailed Description of Meal Expenses**

RLF1 12614152v.1

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 5/3/2015 | Grotto's Pizza | Dinner | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 5/4/15 hearing. | $13.41 | $134.08 |
| 5/4/2015 | Manhattan Bagel Company | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 5/4/15 hearing. | $13.00 | $195.00 |
| 5/4/2015 | Cavanaugh's Restaurant | Lunch | 14 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 5/4/15 hearing. | $19.41 | $271.75 |
| 5/11/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing of second exclusivity motion and supporting declaration, CB&I Stone 9019 motion and supporting declaration, second retirees motion and supporting declaration and certification of counsel concerning order approving stipulation with Sandow Power | $18.53 | $18.53 |
| 5/19/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing of notice of disclosure statement hearing | $26.20 | $26.20 |
| 5/19/2015 | Mikimotos | Dinner | 1 | Working meal for RL&F team member in connection with after-hours assistance for co-counsel and preparation and filing of notice of disclosure statement hearing. | $7.22 | $7.22 |
| 5/29/2015 | Rodney Grille | Drinks | 10 | Refreshments for visiting co-counsel, client representatives and estate professionals in connection with 6/1/15 hearing. | $18.14 | $181.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/31/2015 | The Meat House | Dinner | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 6/1/15 hearing. | $14.73 | $220.90 |
| **TOTALS** | | | | | | $1055.12 |