# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF INTENT OF PROPOSED PARTICIPANT ALCOA INC. TO TAKE PART IN DISCOVERY RELATED TO CONFIRMATION PROCEEDINGS AS A PARTICIPATING PARTY

Alcoa Inc. ("Alcoa"), by and through its undersigned counsel, hereby files this notice of intent to participate in discovery related to the confirmation of the *Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "Plan") [ECF No. 4142], filed on April 14, 2015 by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), as it may be amended from time to time as a "Participating Party," as such term is defined in Exhibit A to this Court's *Stipulation and Agreed Order Regarding Certain Confirmation Scheduling Matters* (the "Scheduling Order") [ECF No. 4918-1]. As required under the Scheduling Order, Alcoa, as a Proposed Participant, hereby submits the following information and respectfully requests that it be designated a "Participating Party" pursuant to the Scheduling Order and be permitted to engage in discovery with respect to the proposed confirmation of the Plan:

1. <u>Name and Address of Proposed Participant</u>: Alcoa Inc., 390 Park Avenue, New York, New York 10022.

2. <u>Law Firm Representing Proposed Participant</u>: McKool Smith, P.C., One Bryant Park, 47th Floor, New York, New York 10036 (Attn: Peter S. Goodman and Michael R. Carney).

3. <u>Description of Proposed Participant's Claims</u>: Alcoa has filed proofs of claim against six of the Debtors, which are docketed on the Debtors' claims register as claim nos. 6185, 6186, 6187, 6188, 6190, and 6191 (the "Alcoa Proofs of Claim").[1] To the extent any of the Luminant Entities attempt to assume any of the Alcoa/Luminant Agreements under Bankruptcy Code § 365(b), Alcoa reserves the rights to assert any and all pre- and/or post-petition claims under the Alcoa/Luminant Agreements as cure claims entitled to be paid as administrative expenses under Bankruptcy Code § 365(b)(1)(A). Alcoa has identified (and is continuing to investigate) claims under the Alcoa/Luminant Agreements that include, but are not limited to, claims resulting from the Luminant Entities' investments in Unit 4 and other performance of their obligations (including obligations to manage the Rockdale Facility) under the Alcoa/Luminant Agreements and/or their failure to use appropriate diligence in operating Unit 4 in an efficient and economical manner, as required under the Alcoa/Luminant Agreements.

4. Alcoa hereby incorporates as if fully set forth herein the claims set forth in the Alcoa Proofs of Claim, including, without limitation, all reservations of rights set forth in the Alcoa Proofs of Claim.

5. <u>Agreement to Be Bound by Protective Order</u>: Alcoa agrees to be bound by the Protective Order (as defined in the Scheduling Order) should it be designated a Participating Party.

---

[1] Capitalized terms in this paragraph not otherwise defined herein have the meanings ascribed to them in the Alcoa Proofs of Claim. A fulsome description of Alcoa's claims in these cases can be found in the addendum to the Alcoa Proof of Claim filed against Energy Future Holdings Corp., attached hereto as <u>Exhibit 1</u>, which has been docketed on the Debtors' clams register as claim no. 6185.

Dated: July 28, 2015
      Wilmington, Delaware

                                      Respectfully submitted,

                                      LANDIS RATH & COBB LLP

                                      */s/ Joseph D. Wright*
                                      Adam G. Landis (No. 3407)
                                      Matthew B. McGuire (No. 4366)
                                      Joseph D. Wright (No. 5669)
                                      919 Market Street, Suite 1800
                                      Wilmington, Delaware 19899
                                      Telephone: (302) 467-4400
                                      Facsimile: (302) 467-4450

                                      -and-

                                      MCKOOL SMITH, P.C.

                                      Peter S. Goodman (*Admitted Pro Hac Vice*)
                                      Michael R. Carney (*Admitted Pro Hac Vice*)
                                      One Bryant Park, 47th Floor
                                      New York, New York 10036
                                      Telephone: (212) 402-9400
                                      Facsimile: (212) 402-9444
                                      E-mail: pgoodman@mckoolsmith.com
                                      E-mail: mcarney@mckoolsmith.com

                                      *Counsel for Alcoa Inc.*