**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD JUNE 1, 2015 TO JUNE 30, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Davido, Scott | Senior Managing Director | $ 875 | 2.6 | $2,275.00 |
| Diaz, Matthew | Senior Managing Director | 975 | 60.6 | 59,085.00 |
| Eisenband, Michael | Senior Managing Director | 975 | 9.0 | 8,775.00 |
| Joffe, Steven | Senior Managing Director | 975 | 31.3 | 30,517.50 |
| Jones, Scott | Senior Managing Director | 1,050 | 10.8 | 11,340.00 |
| Scruton, Andrew | Senior Managing Director | 975 | 20.0 | 19,500.00 |
| Simms, Steven | Senior Managing Director | 975 | 11.2 | 10,920.00 |
| Star, Samuel | Senior Managing Director | 975 | 0.4 | 390.00 |
| Tranen, Jeffrey | Senior Managing Director | 750 | 1.0 | 750.00 |
| Cordasco, Michael | Managing Director | 795 | 31.2 | 24,804.00 |
| Greenberg, Mark | Managing Director | 795 | 128.8 | 102,396.00 |
| Park, Ji Yon | Managing Director | 795 | 10.3 | 8,188.50 |
| Arsenault, Ronald | Senior Director | 535 | 96.6 | 51,681.00 |
| Hofstad, Ivo J | Director | 560 | 0.3 | 168.00 |
| Rauch, Adam | Director | 645 | 58.0 | 37,410.00 |
| Eimer, Sean | Senior Consultant | 495 | 77.5 | 38,362.50 |
| Eisler, Marshall | Senior Consultant | 495 | 131.6 | 65,142.00 |
| Mond, Allison | Senior Consultant | 375 | 2.1 | 787.50 |
| Stolarz, Alexander | Consultant | 355 | 86.3 | 30,636.50 |
| Hellmund-Mora, Marili | Administrative | 250 | 11.1 | 2,775.00 |
| Moore, Teresa | Administrative | 225 | 0.8 | 180.00 |
| | **GRAND TOTAL** | | **781.5** | **$506,083.50** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD JUNE 1, 2015 TO JUNE 30, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 28.8 | $16,800.00 |
| 9 | Analysis of Employee Compensation Programs | 1.4 | 903.00 |
| 13 | Analysis of Other Miscellaneous Motions | 3.7 | 2,941.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 1.6 | 1,272.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 48.4 | 33,912.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 39.7 | 37,951.50 |
| 18.A | Investigations of Select Legacy Transactions- Historical Transactions | 57.4 | 35,841.00 |
| 21 | General Meetings with Committee & Committee Counsel | 17.7 | 15,079.50 |
| 23 | Firm Retention | 2.9 | 2,647.50 |
| 24 | Preparation of Fee Application | 55.4 | 29,441.50 |
| 28.A | First Lien Investigation- Legacy Transactions | 0.3 | 292.50 |
| 29 | Business Plan- Diligence of the Debtors' Long Range Plan | 2.8 | 2,226.00 |
| 30 | Business Plan- Understand and Assess ERCOT Market | 1.4 | 1,225.00 |
| 33 | Business Plan- Natural Gas / Coal Pricing | 10.8 | 11,340.00 |
| 35 | Business Plan- New Entry Pricing | 14.4 | 7,583.00 |
| 37 | Analysis of Pre-Petition Tax Payments | 239.4 | 117,733.00 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 3.5 | 2,818.50 |
| 39 | Analysis of Alternative Tax Structure | 236.2 | 173,594.50 |
| 40 | REIT Asset Analysis | 15.7 | 12,481.50 |
| | **GRAND TOTAL** | **781.5** | **$506,083.50** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD JUNE 1, 2015 TO JUNE 30, 2015*

| Expense Type | Amount |
| --- | ---: |
| Business Meals | $292.90 |
| Ground Transportation | 523.34 |
| **Total** | **$816.24** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2015 TO JUNE 30, 2015**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 04/26/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | $ 18.93 |
| 04/27/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 04/28/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 18.24 |
| 04/29/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 12.98 |
| 05/06/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 10.25 |
| 05/07/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 12.50 |
| 05/13/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 05/15/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 05/18/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 05/28/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late (expense not previously billed). | 20.00 |
| 06/16/15 | Diaz, Matthew | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 06/17/15 | Diaz, Matthew | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 06/17/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 06/17/15 | Stolarz, Alexander | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 06/18/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 06/18/15 | Stolarz, Alexander | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| | | **Business Meals Total** | | **292.90** |
| 04/23/15 | Scruton, Andrew | Ground Transportation | Taxi - FTI office to Counsel for purposes of attending in person meeting. | 12.95 |
| 04/24/15 | Scruton, Andrew | Ground Transportation | Taxi - FTI office to Counsel for purposes of attending in person meeting. | 9.36 |
| 04/26/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 20.70 |
| 04/27/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 21.10 |
| 04/28/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 20.21 |
| 04/28/15 | Scruton, Andrew | Ground Transportation | Taxi - FTI office to Counsel for purposes of attending in person meeting. | 15.36 |
| 04/29/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 23.88 |
| 05/07/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 42.00 |
| 05/11/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 23.50 |
| 05/12/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 20.50 |
| 05/13/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 37.00 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2015 TO JUNE 30, 2015**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 05/15/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 24.63 |
| 05/19/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 22.14 |
| 05/21/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 41.00 |
| 05/26/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 36.00 |
| 05/27/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 24.72 |
| 05/29/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 38.00 |
| 05/30/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 24.65 |
| 05/31/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office (expense not previously billed). | 23.54 |
| 06/17/15 | Stolarz, Alexander | Ground Transportation | Taxi - office to residence after working late in the office. | 13.55 |
| 06/18/15 | Greenberg, Mark | Ground Transportation | Taxi - FTI office to Counsel for purposes of attending in person meeting. | 5.50 |
| 06/18/15 | Stolarz, Alexander | Ground Transportation | Taxi - office to residence after working late in the office. | 14.90 |
| 06/25/15 | Scruton, Andrew | Ground Transportation | Taxi - FTI office to Counsel for purposes of attending in person meeting. | 8.15 |
| | | **Ground Transportation Total** | | **523.34** |
| | | **Grand Total** | | **$ 816.24** |

**Notes:**

(1) In-office meals over $20.00 and out-of-office meals over $40.00 have been reduced to $20.00 and $40.00, respectively, to comply with the Amended Guidelines for Fees and Disbursements for Professionals in Delaware District Bankruptcy Cases. Each of these meals were in fact greater than $20.00 or $40.00 and do not represent a per diem.