## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br>             *Debtors.* | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br>**Related to D.I. 4916** |

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY RELATED TO CONFIRMATION PROCEEDINGS

In accordance with this Court's Order (A) Scheduling Certain Hearing Dates And Deadlines, (B) Establishing Certain Protocols In Connection With The Confirmation Of Debtors' Plan Of Reorganization, And (C) Revising Certain Dates In the Disclosure Statement Scheduling Order entered in the above-captioned case on July 2, 2015 (No. 14-10979, D.I. 4916) (the "Confirmation Scheduling Order"), Delaware Trust Company (the "Trustee"), indenture trustee for first lien notes ("Notes") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together "EFIH"), and as collateral trustee, hereby provides notice of intent to participate in discovery related to the Confirmation Proceedings (as defined in the Confirmation Scheduling Order).

1. The address of the Trustee is:

    Delaware Trust Company
    Attn: Sandra E. Horwitz
    2711 Centerville Road
    Wilmington, DE 19808

2. The Trustee's claims against the Debtors are set forth in the following:

(a) The motion seeking (i) a determination that acceleration of the Notes could be rescinded without violating the automatic stay or (ii) in the alternative, relief from the automatic stay to rescind acceleration of the Notes (No. 14-10979, D.I. 473);

(b) The action for a declaratory judgment that EFIH's repayment of the Notes would require it to pay a "make whole" or other damages to holders of the Notes (No. 14-10979, D.I. 470; No. 14-50363, D.I. 1);

(c) The appeal[1] from the following orders, judgments and decrees: (i) Order dated July 8, 2015 (No. 14-10979, D.I. 4940; No. 14-50363, D.I. 305); (ii) Findings of Fact and Conclusions of Law dated July 8, 2015 (No. 14-10979, D.I. 4939; No. 14-50363, D.I. 304); (iii) Order dated March 26, 2015 (No. 14-10979, D.I. 3985; No. 14-50363, D.I. 246); (iv) Findings of Facts and Conclusions of Law Regarding Cross-Motions for Summary Judgment dated March 26, 2015 (No. 14-10979, D.I. 3984; No. 14-50363, D.I. 245); (v) Any and all orders, opinions, findings of fact, conclusions of law, rulings, or other decisions that merged in the foregoing Orders, Findings of Fact and Conclusions of Law; and

(d) Proofs of claim filed by the Trustee with the following claim numbers[2]:

- 8024
- 8025
- 8026
- 8027
- 8028
- 8029
- 8030
- 8031
- 8032
- 8033

---

[1] *See* Notice of Appeal filed on July 17, 2015 (No. 14-10979, D.I. 5035; No. 14-50363, D.I. 308) as amended on July 22, 2015 (No. 14-10979, D.I. 5074; No. 14-50363, D.I. 312).

[2] This list does not include proofs of claim filed by the Trustee that were disallowed, without prejudice, by order of this Court as having been amended or superseded by subsequent proofs of claim.

3. The names and addresses of counsel to the Trustee are:

| | |
|---|---|
| COLE SCHOTZ P.C.<br>Norman L. Pernick (Bar No. 2290)<br>J. Kate Stickles (Bar No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302-652-3131<br>Facsimile: 302-652-3117<br>npernick@coleschotz.com<br>kstickles@coleschotz.com | Warren A. Usatine<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07602<br>Telephone: 201-489-3000<br>Facsimile: 201-489-1536<br>wusatine@coleschotz.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>Philip D. Anker<br>Charles C. Platt<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: 212-230-8800<br>Facsimile: 212-230-8888<br>Philip.Anker@wilmerhale.com<br>Charles.Platt@wilmerhale.com | Dennis L. Jenkins<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617-526-6000<br>Facsimile: 617-526-5000<br>Dennis.Jenkins@wilmerhale.com |
| ROPES & GRAY LLP<br>Keith H. Wofford<br>Mark Somerstein<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: 212-596-9000<br>Facsimile: 212-596-9090<br>Keith.Wofford@ropesgray.com<br>Mark.Somerstein@ropesgray.com | D. Ross Martin<br>Andrew Devore<br>800 Boylston Street, Prudential Tower<br>Boston, MA 02199-3600<br>Telephone: 617-951-7000<br>Facsimile: 617-951-7050<br>Ross.Martin@ropesgray.com<br>Andrew.Devore@ropesgray.com |
| DRINKER BIDDLE & REATH LLP<br>James H. Millar<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714<br>Telephone: 212-248-3264<br>Facsimile: 212-248-3141<br>James.Millar@dbr.com | Todd C. Schiltz<br>222 Delaware Ave, Suite 1410<br>Wilmington, DE 19801-1612<br>Telephone: 302-467-4200<br>Facsimile: 302-467-4201<br>todd.schiltz@dbr.com |

Dated: July 28, 2015

*/s/ Norman L. Pernick*
COLE SCHOTZ P.C.
Norman L. Pernick (Bar No. 2290)
J. Kate Stickles (Bar No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
Court Plaza North
25 Main Street
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Philip D. Anker
Charles C. Platt
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
Philip.Anker@wilmerhale.com
Charles.Platt@wilmerhale.com

Dennis L. Jenkins
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
Dennis.Jenkins@wilmerhale.com

ROPES & GRAY LLP
Keith H. Wofford
Mark Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew Devore
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

Todd C. Schiltz
222 Delaware Ave, Suite 1410
Wilmington, DE 19801-1612
Telephone: 302-467-4200
Facsimile: 302-467-4201
todd.schiltz@dbr.com

*Counsel for Delaware Trust Company,
as successor indenture trustee*