IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § § § § § § § | CASE NO. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.* | | CHAPTER 11 |
| DEBTORS. | | (Jointly Administered) |

### NOTICE OF INTENT TO TAKE PART IN DISCOVERY RELATED TO CONFIRMATION PROCEEDINGS AS A PARTICIPATING PARTY

Holt Texas, Ltd. d/b/a Holt Cat ("Holt"), by and through its undersigned counsel, hereby files this Notice of Intent to Take Part in Discovery Related to Confirmation Proceedings as a Participating Party relating to the confirmation of the Joint Plan of Reorganization of Energy Future Holdings, Corp., et al., pursuant to Chapter 11 of the Bankruptcy Code (the "Plan") filed on April 14, 2015 by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), as it may be amended from time to time as a "Participating Party," as such term is defined in Exhibit A to this Court's Stipulation and Agreed Order Regarding Certain Confirmation Scheduling Matters (the "Scheduling Order").  As required under the Scheduling Order, Holt, as a Proposed Participant, hereby submits the following information and respectfully requests that it be designated a "Participating Party" pursuant to the Scheduling Order and be permitted to engage in discovery with respect to the proposed confirmation of the Plan:

1. <u>Name and Address of Proposed Participant</u>:  Holt Texas, Ltd. d/b/a Holt Cat, 1956 South W.W. White Rd., San Antonio, Texas 78222.

2. <u>Law Firm Representing Proposed Participant</u>:  Jackson Walker, L.L.P., 901 Main Street, Suite 6000, Dallas, Texas 75202 (Attn:  Monica S. Blacker).

3. <u>Description of Proposed Participant's Claims</u>:  Holt has filed six proofs of claim in the amount of $15,620,361.60 related to goods and services provided to various Debtors involved in the mining operations of EFH (the "Holt Proofs of Claim"). The Holt Proofs of Claim appear on the Claims Register as Claim Nos. 7540, 7541, 7542, 7543, 7544 and 7545.

4. Holt hereby incorporates as if fully set forth herein the claims set forth in the Holt Proofs of Claim, including, without limitation, all reservations of rights set forth in the Holt Proofs of Claim.

5. <u>Agreement to Be Bound by Protective Order</u>:  Holt agrees to be bound by the Protective Order (as defined in the Scheduling Order) should it be designated a Participating Party.

Dated:    July 28, 2015
         Dallas, Texas

Respectfully submitted,

**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
214-953-6000 – Telephone
214-953-5822 – Facsimile
mblacker@jw.com


By:*/s/ Monica S. Blacker* _____
     Monica S. Blacker (*Admitted Pro Hac Vice*)

ATTORNEYS FOR HOLT TEXAS, LTD.
d/b/a HOLT CAT

14332574v.1 109054/00100