IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | )<br>)<br>) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) |

**NOTICE OF SERVICE OF FIRST DOCUMENT REQUEST AND INTERROGATORY
OF DELAWARE TRUST COMPANY, AS INDENTURE TRUSTEE, TO
DEBTORS IN CONNECTION WITH CONFIRMATION OF THE
DEBTORS' PLAN OF REORGANIZATION**

PLEASE TAKE NOTICE that, on July 28, 2015, the *First Document Request and Interrogatory of Delaware Trust Company, as Indenture Trustee, to Debtors in Connection with Confirmation of the Debtors' Plan of Reorganization* was served on counsel on the attached service list via electronic mail, in both .pdf and Word format, in accordance with the Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order [D.I. No 4916].

[SIGNATURE ON NEXT PAGE]

52881/0001-12095277v1

Dated: July 28, 2015

/s/ Norman L. Pernick
COLE SCHOTZ P.C.

| | |
|---|---|
| Norman L. Pernick (Bar No. 2290) | Warren A. Usatine |
| J. Kate Stickles (Bar No. 2917) | Court Plaza North |
| 500 Delaware Avenue, Suite 1410 | 25 Main Street |
| Wilmington, DE 19801 | Hackensack, NJ 07602 |
| Telephone: 302-652-3131 | Telephone: 201-489-3000 |
| Facsimile: 302-652-3117 | Facsimile: 201-489-1536 |
| npernick@coleschotz.com | wusatine@coleschotz.com |
| kstickles@coleschotz.com | |

WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| Philip D. Anker | Dennis L. Jenkins |
| Charles C. Platt | 60 State Street |
| 7 World Trade Center | Boston, MA 02109 |
| 250 Greenwich Street | Telephone: 617-526-6000 |
| New York, NY 10007 | Facsimile: 617-526-5000 |
| Telephone: 212-230-8800 | Dennis.Jenkins@wilmerhale.com |
| Facsimile: 212-230-8888 | |
| Philip.Anker@wilmerhale.com | |
| Charles.Platt@wilmerhale.com | |

ROPES & GRAY LLP

| | |
|---|---|
| Keith H. Wofford | D. Ross Martin |
| Mark Somerstein | Andrew Devore |
| 1211 Avenue of the Americas | 800 Boylston Street, Prudential Tower |
| New York, NY 10036-8704 | Boston, MA 02199-3600 |
| Telephone: 212-596-9000 | Telephone: 617-951-7000 |
| Facsimile: 212-596-9090 | Facsimile: 617-951-7050 |
| Keith.Wofford@ropesgray.com | Ross.Martin@ropesgray.com |
| Mark.Somerstein@ropesgray.com | Andrew.Devore@ropesgray.com |

DRINKER BIDDLE & REATH LLP

| | |
|---|---|
| James H. Millar | Todd C. Schiltz |
| 1177 Avenue of the Americas | 222 Delaware Ave, Suite 1410 |
| 41st Floor | Wilmington, DE 19801-1612 |
| New York, NY 10036-2714 | Telephone: 302-467-4200 |
| Telephone: 212-248-3264 | Facsimile: 302-467-4201 |
| Facsimile: 212-248-3141 | todd.schiltz@dbr.com |
| James.Millar@dbr.com | |

*Counsel for Delaware Trust Company,
as successor indenture trustee*