## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 5119 |

### NOTICE OF FILING EXHIBIT

PLEASE TAKE NOTICE that on July 28, 2015, Alcoa Inc. ("Alcoa") filed the *Notice of Intent of Proposed Participant Alcoa Inc. to take Part in Discovery Related to Confirmation Proceedings as a Participating Party* (the "Notice of Intent") [D.I. 5119].

PLEASE TAKE FURTHER NOTICE that Alcoa hereby files Exhibit 1 to the Notice of Intent, attached hereto as Exhibit A.

Dated: July 28, 2015
Wilmington, Delaware

LANDIS RATH & COBB LLP

_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{1017.001-W0037679.}

**MCKOOL SMITH, P.C.**
Peter S. Goodman (*Admitted Pro Hac Vice*)
Michael R. Carney (*Admitted Pro Hac Vice*)
One Bryant Park, 47th Floor
New York, New York 10036
Telephone:  (212) 402-9400
Facsimile:  (212) 402-9444
E-mail:  pgoodman@mckoolsmith.com
E-mail:  mcarney@mckoolsmith.com

*Counsel for Alcoa Inc.*