**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

———————————————————————

|  |  |  |
|---|---|---|
| **In re** | ) | **Chapter 11** |
|  | ) |  |
| **ENERGY FUTURE** | ) | **Case No. 14-10979 (CSS)** |
| **HOLDINGS CORP.,** *et al.,* | ) |  |
|  | ) | **(Jointly Administered)** |
| *Debtors.* | ) |  |

———————————————————————

**NOTICE OF SERVICE OF EFH INDENTURE TRUSTEE'S FIRST SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS DIRECTED TO EACH DEBTOR IN
CONNECTION WITH CONFIRMATION OF AMENDED JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT
TO CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on the 28th day of July 2015, true and accurate copies of

*EFH Indenture Trustee's First Set Of Requests For Production Of Documents Directed To Each*

*Debtor In Connection With Confirmation Of Amended Joint Plan Of Reorganization Of Energy*

*Future Holdings Corp., et al., Pursuant To Chapter 11 Of The Bankruptcy Code* were served by

electronic mail to counsel and conflicts counsel for **each** Debtor entity, including those persons

and entities identified on the attached service list.

*— Signature Page Follows —*

4830-4024-1446.1

Dated: Wilmington, DE
      July 28, 2015

**CROSS & SIMON, LLC**

By: */s/ Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

– and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

*Counsel to American Stock Transfer & Trust
Company, LLC, as Indenture Trustee*

*In re Energy Future Holdings Corp., et al.*

**Service List**

| | |
|---|---|
| julia.allen@kirkland.com<br>elizabeth.dalmut@kirkland.com<br>alexander.davis@kirkland.com<br>ddempsey@kirkland.com<br>michael.esser@kirkland.com<br>jonathan.ganter@kirkland.com<br>michele.gutrick@kirkland.com<br>shessler@kirkland.com<br>chusnick@kirkland.com<br>howard.kaplan@kirkland.com<br>alevin@kirkland.com<br>amcgaan@kirkland.com<br>mmckane@kirkland.com<br>boconnor@kirkland.com<br>wpruitt@kirkland.com<br>esassower@kirkland.com<br>bschartz@kirkland.com<br>steven.serajeddini@kirkland.com<br>anthony.sexton@kirkland.com<br>bstephany@kirkland.com<br>ksturek@kirkland.com<br>holly.trogdon@kirkland.com<br>andrew.welz@kirkland.com | **Requests to each Debtor**<br>Richard M. Cieri<br>Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Mark E. McKane<br>Bridget O'Connor<br>David Dempsey<br>William Pruitt<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800 |
| collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br>romanowicz@rlf.com | Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br><br>*Counsel to the Debtors and Debtors in Possession* |
| jmarwil@proskauer.com<br>mthomas@proskauer.com<br>pyoung@proskauer.com | **Requests to EFH Corp.**<br><br>Jeff J. Marwil<br>Mark K. Thomas<br>Peter J. Young<br>**PROSKAUER ROSE LLP**<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800 |

| | |
|---|---|
| dklauder@oeblegal.com<br>sdougherty@oeblegal.com | Chicago, IL 60602<br>Telephone: (312) 962-3550<br><br>David M. Klauder<br>Shannon Dougherty<br>**O'KELLY ERNST & BIELLI, LLC**<br>901 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 778-000<br><br>*Co-Counsel to the Debtor Energy Future Holdings Corp.* |
| rlevin@cravath.com<br><br><br><br><br><br>jhh@stevenslee.com | **Requests to Energy Future Intermediate Holding Company LLC**<br>Richard Levin<br>**CRAVATH, SWAINE AND MOORE LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1978<br><br>Joseph H. Huston, Jr.<br>**STEVENS & LEE, P.C.**<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br><br>*Co-Counsel to the Debtor Energy Future Intermediate Holding Company LLC* |
| thomas.walper@mto.com<br>todd.rosen@mto.com<br>seth.goldman@mto.com<br>john.spiegel@mto.com | **Requests to the TCEH Debtors**<br><br>Thomas B. Walper<br>Todd J. Rosen<br>Seth Goldman<br>John W. Spiegel<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9011 |

| | David P. Primack |
| --- | --- |
| dprimack@mdmc-law.com | **MᴄEʟʀᴏʏ, Dᴇᴜᴛsᴄʜ, Mᴜʟᴠᴀɴᴇʏ & Cᴀʀᴘᴇɴᴛᴇʀ, LLP**<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br><br>*Co-Counsel to the TCEH Debtors* |