## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corporation, *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 28, 2015 Wilmington Savings Fund Society, FSB, as successor trustee under that certain indenture ("WSFS"), by and through its undersigned counsel, served both a .pdf and Word version of *Wilmington Savings Fund Society, FSB's Initial Request for Production of Documents to the Ad Hoc Committee of TCEH First Lien Creditors in Connection with Debtors' Plan of Reorganization* (the "Discovery Requests") on the parties below via electronic mail.

| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
| Alan W. Kornberg | Pauline K. Morgan |
| Kelly A. Cornish | Joel A. Waite |
| Andrew J. Ehrlich | Ryan M. Bartley |
| Jacob A. Adlerstein | 1000 N King St |
| Adam J. Bernstein | Rodney Square |
| 1285 Avenue of the Americas | Wilmington, DE 19801 |
| New York, New York 10019-6064 | |

**PLEASE TAKE FURTHER NOTICE** that also on July 28, 2015, WSFS served a copy of the Discovery Requests upon counsel on the attached service list via electronic mail in accordance with the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order.*

Dated: July 28, 2015
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
William P. Bowden (I.D. No. 2553)
Gregory A. Taylor (I.D. No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

- and –

BROWN RUDNICK LLP
Edward S. Weisfelner (admitted pro hac vice)
Aaron B. Lauchheimer (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and –

Jeffrey L. Jonas (admitted pro hac vice)
Jeremy B. Coffey (admitted pro hac vice)
James W. Stoll (admitted pro hac vice)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to Wilmington Savings Fund
Society, FSB, solely in its capacity as successor
Indenture Trustee for the Second Liens*

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Email Service List for Plan Confirmation Discovery Matters**

| | | |
|---|---|---|
| esassower@kirkland.com<br>SHessler@kirkland.com<br>amcgaan@kirkland.com<br>BOconnor@kirkland.com<br>WPruitt@kirkland.com<br>MMcKane@kirkland.com<br>bschartz@kirkland.com<br>ddempsey@kirkland.com<br>jsprayregen@kirkland.com<br>CHusnick@kirkland.com<br>steven.serajeddini@kirkland.com<br>collins@RLF.com<br>defranceschi@RLF.com<br>madron@rlf.com | **KIRKLAND & ELLIS LLP**<br>Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>James H.M. Sprayregen, P.C.<br>Mark E. McKane<br>Bridget O'Connor<br>David R. Dempsey<br>Andrew McGaan<br>William Pruitt<br>Chad J. Husnick<br>Steven N. Serajeddini<br><br>**RICHARDS, LAYTON &**<br>**FINGER, P.A**<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron | *Counsel to the Debtors and*<br>*Debtors in Possession* |
| jpeck@mofo.com<br>brettmiller@mofo.com<br>tgoren@mofo.com<br>lmarinuzzi@mofo.com<br>ckerr@mofo.com<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br>skatona@polsinelli.com | **MORRISON & FOERSTER**<br>**LLP**<br>James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Todd M. Goren<br>Charles L. Kerr<br><br>**POLSINELLI PC**<br>Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona | *Counsel for TCEH Committee* |
| gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>nramsey@mmwr.com<br>dwright@mmwr.com<br>mfink@mmwr.com | **SULLIVAN & CROMWELL**<br>**LLP**<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br><br><br>**MONTGOMERY,**<br>**MCCRACKEN, WALKER &**<br>**RHOADS, LLP**<br>Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink | *Counsel for EFH Committee* |

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Email Service List for Plan Confirmation Discovery Matters**

| | | |
|---|---|---|
| mjoyce@crosslaw.com<br>gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com<br>brad.eric.scheler@friedfrank.com | **CROSS & SIMON, LLC**<br>Michael J. Joyce<br>**FRIED, FRANK, HARRIS,<br>SHRIVER &<br>JACOBSON LLP**<br>Gary L. Kaplan<br>Matthew M. Roose<br>Brad Eric Scheler | *Counsel for Fidelity<br>Management & Research<br>Company* |
| abernstein@paulweiss.com<br>aehrlich@paulweiss.com<br>akornberg@paulweiss.com<br>jadlerstein@paulweiss.com<br>kcornish@paulweiss.com<br>pmorgan@ycst.com<br>jwaite@ycst.com<br>rbartley@ycst.com | **PAUL, WEISS, RIFKIND,<br>WHARTON<br>& GARRISON LLP**<br>Alan W. Kornberg<br>Kelly A. Cornish<br>Andrew J. Ehrlich<br>Jacob A. Adlerstein<br>Adam J. Bernstein<br><br>**YOUNG CONAWAY<br>STARGATT & TAYLOR LLP**<br>Pauline K. Morgan<br>Joel A. Waite<br>Ryan M. Bartley | *Counsel for the Ad Hoc<br>Committee of TCEH First<br>Lien Creditors* |
| tlauria@whitecase.com<br>cshore@whitecase.com<br>daudette@whitecase.com<br>gstarner@whitecase.com<br>mbrown@whitecase.com<br>jschlerf@foxrothschild.com<br>jstrock@foxrothschild.com<br>jbird@foxrothschild.com | **WHITE & CASE LLP**<br>J. Christopher Shore<br>Gregory M. Starner<br>Daniell M. Audette<br>Thomas E. Lauria<br>Matthew C. Brown<br><br>**FOX ROTHSCHILD LLP**<br>Jeffrey M. Schlerf<br>John H. Strock<br>L. John Bird | *Counsel for the Ad Hoc<br>Group of TCEH Unsecured<br>Noteholders* |
| aaron.krieger@ropesgray.com<br>andrew.devore@ropesgray.com<br>erin.macgowan@ropesgray.com<br>john.mcclain@ropesgray.com<br>keith.wofford@ropesgray.com<br>leonard.winters@ropesgray.com<br>mark.somerstein@ropesgray.com<br>martin.crisp@ropesgray.com<br>meredith.tinkham@ropesgray.com<br>ross.martin@ropesgray.com<br>ssally@ropesgray.com | **ROPES & GRAY LLP**<br>Keith H. Wofford<br>Mark R. Somerstein<br>Andrew G. Devore<br>D. Ross Martin<br><br>**COLE SCHOTZ MEISEL<br>FORMAN & LEONARD, P.A.**<br>Norman L. Pernick<br>J. Kate Stickles<br>Nicholas J. Brannick<br>Warren A. Usatine | *Counsel for Delaware Trust<br>Company, (f/k/a CSC Trust<br>Company of Delaware)* |

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Email Service List for Plan Confirmation Discovery Matters**

| | | |
|---|---|---|
| timothy.farrell@ropesgray.com<br>William.Roberts@ropesgray.com<br>michael.winograd@ropesgray.com<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br>nbrannick@coleschotz.com<br>wusatine@coleschotz.com<br>Howard.Cohen@dbr.com<br>Robert.Malone@dbr.com<br>Phillip.anker@wilmerhale.com<br>Charles.platt@wilmerhale.com<br>Dennis.jenkins@wilmerhale.com | **DRINKER BIDDLE & REATH LLP**<br>Howard A. Cohen<br>Robert K. Malone<br><br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Phillip D. Anker<br>Charles C. Platt<br>Dennis L. Jenkins | |
| ghorowitz@kramerlevin.com<br>tmayer@kramerlevin.com<br>jbrody@kramerlevin.com<br>pbentley@kramerlevin.com<br>stephanie.wickouski@bryancave.com<br>ljones@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>jmorris@pszjlaw.com | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>Thomas Moers Mayer<br>Gregory A. Horowitz<br>Joshua K. Brody<br>Phillip Bentley<br><br>**BRYAN CAVE LLP**<br>Stephanie Wickouski<br><br>**PACHULSKI STANG ZIEHL JONES**<br>Laura Davis Jones<br>Robert J. Feinstein<br>John A. Morris | *Counsel for EFIH Second Lien Indenture Trustee* |
| hkaplan@foley.com<br>mhebbeln@foley.com<br>lapeterson@foley.com<br>bgfelder@foley.com<br>jfriedman@foley.com<br>rhays@foley.com<br>rlemisch@klehr.com | **FOLEY & LARDNER LLP**<br>Harold L. Kaplan<br>Mark F. Hebbeln<br>Lars A. Peterson<br>Barry G Felder<br>Jonathan H. Friedman<br>Rebecca A. Hays<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Raymond H. Lemisch | *Counsel For UMB Bank, N.A.* |
| rpedone@nixonpeabody.com<br>adarwin@nixonpeabody.com<br>eschneider@nixonpeabody.com<br>mnighan@nixonpeabody.com<br>csimon@crosslaw.com | **NIXON PEABODY LLP**<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>Morgan Nighan<br><br>**CROSS & SIMON, LLC**<br>Christopher P. Simon | *Counsel for American Stock Transfer & Trust Company, LLC as Indenture Trustee for Certain Notes* |

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

## Email Service List for Plan Confirmation Discovery Matters

| | | |
|---|---|---|
| idizengoff@akingump.com<br>sbaldini@akingump.com<br>rboller@akingump.com<br>aqureshi@akingump.com<br>mlahaie@akingump.com<br>chipman@chipmanbrown.com<br>olivere@chipmanbrown.com<br>kashishian@chipmanbrown.com | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira Dizengoff<br>Stephen M. Baldini<br>Robert J. Boller<br>Abid Qureshi<br>Meredith A. Lahaie<br><br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>William E. Chipman<br>Mark D. Olivere<br>Ann M. Kashishian | *Counsel for Ad Hoc Committee of EFIH Unsecured Noteholders, EHIH Second Lien DIP Commitment Parties* |
| JSSabin@Venable.com<br>Julia.frostdavies@morganlewis.com<br>christopher.carter@morganlewis.com | **VENABLE LLP**<br>Jeffrey Sabin<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br>Julia Frost-Davies<br>Christopher Carter | *Counsel for Pacific Investment Management Co. LLC* |
| kotwick@sewkis.com<br>ashmead@sewkis.com<br>Debaecke@BlankRome.com | **SEWARD & KISSEL LLP** Mark D. Kotwick<br>John Ashmead<br><br>**BLANK ROME LLP**<br>Michael D. DeBaecke | *Counsel for Wilmington Trust, N.A. in its Capacity as TCEH First Credit Agent* |
| akherring@wlrk.com<br>eakleinhaus@wlrk.com<br>jlynch@wlrk.com<br>LMWeiss@wlrk.com<br>rgmason@wlrk.com<br>efay@mnat.com<br>dabbott@mnat.com | **WACHTELL, LIPTON, ROSEN & KATZ**<br>Richard G. Mason<br>John F. Lynch<br>Emil A. Kleinhaus<br>Angela K. Herring<br><br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Derek C. Abbott<br>Erin R. Fay | *Counsel for Texas Energy Future Capital Holdings LLC and Texas Energy Future Holdings Limited Partnership* |

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Email Service List for Plan Confirmation Discovery Matters**

| | | |
|---|---|---|
| Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov | **OFFICE OF THE UNITED STATE TRUSTEE**<br>Richard L. Schepacarter<br>Andrea B. Schwartz | *Counsel for U.S. Trustee* |
| dalowenthal@pbwt.com<br>bguiney@pbwt.com<br>smiller@morrisjames.com | **PATTERSON BELKNAP WEBB & TYLER LLP**<br>Daniel A. Lowenthal<br>Brian P. Guiney<br><br>**MORRIS JAMES LLP**<br>Stephen M. Miller | *Counsel for Law Debenture Trust Company of New York, as Indenture Trustee* |
| pgoodman@mckoolsmith.com<br>mcarney@mckoolsmith.com<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>wright@lrclaw.com | **MCKOOL SMITH, P.C.**<br>Peter S. Goodman<br>Michael R. Carney<br><br>**LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Matthew B. McGuire<br>Joseph D. Wright | *Counsel for Alcoa Inc.* |
| mblacker@jw.com | **JACKSON WALKER L.L.P.**<br>Monica S. Blacker | *Counsel for Holt Texas, Ltd. d/b/a Holt Cat* |