**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| **In re** | ) | **Chapter 11** |
| | ) | |
| **ENERGY FUTURE** | ) | **Case No. 14-10979 (CSS)** |
| **HOLDINGS CORP.,** *et al.,* | ) | |
| | ) | **(Jointly Administered)** |
| *Debtors.* | ) | |
| | ) | |

**NOTICE OF JOINDER OF EFH INDENTURE TRUSTEE IN CERTAIN INITIAL
CONSOLIDATED DISCOVERY REQUESTS PROPOUNDED BY THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS
CORPORATION IN CONNECTION WITH PLAN CONFIRMATION PROCEEDINGS**

**PLEASE TAKE NOTICE** that American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by Energy Future Holdings Corp. ("EFH Corp."), hereby joins in the following initial consolidated discovery requests (the "EFH Committee Initial Requests") propounded by the Official Committee of Unsecured Creditors of EFH, EFIH, EFIH Finance, Inc., and EECI (the "EFH Committee") pursuant to the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order* [Docket No. 4916] (the "Plan Scheduling Order"):

1. Initial Consolidated Discovery Requests To The Ad Hoc Committee Of TCEH First Lien Creditors;

2. Initial Consolidated Discovery Requests To The Ad Hoc Group Of TCEH Unsecured Noteholders;

3. Initial Consolidated Discovery Requests To The Ad Hoc Consortium Of TCEH Second Lien Noteholders; and

4.      Initial Consolidated Discovery Requests  To The EFIH Second Lien Group;

**PLEASE TAKE NOTICE** that the EFH Indenture Trustee reserves all its rights with respect to the EFH Committee Initial Requests.

*— Signature Page Follows —*

Dated: Wilmington, DE
     July 28, 2015

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

4815-6981-1750.1