IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
|  | ) (Jointly Administered) |
| *Debtors.* | ) |

**NOTICE OF JOINDER OF EFH INDENTURE TRUSTEE IN SUBPOENAS TO PRODUCE DOCUMENTS NOTICED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION**

TO:
Billie I. Williamson
c/o O'Kelley Ernst & Bielli, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Attn: David M. Klauder

Donald L. Evans
c/o O'Kelley Ernst & Bielli, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Attn: David M. Klauder

Proskauer Rose LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Attn: Jeff J. Marwill and Mark K. Thomas

Hugh E. Sawyer
c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Attn: David P. Primack

Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Attn: John W. Spiegel and Thomas B. Walper

Charles H. Cremens
c/o Stevens & Lee, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801
Attn: Joseph H. Huston, Jr.

Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin

**PLEASE TAKE NOTICE** that pursuant to Rules 26, 30, 34, and 45 of the Federal Rules of Civil Procedure, made applicable to this proceeding pursuant to Rules 7026, 7030, 7034, 9014, and 9016 of the Federal Rules of Bankruptcy Procedure, American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by Energy Future Holdings Corp. ("EFH Corp."), hereby joins in the following subpoenas (the "EFH Committee Subpoenas") issued by the Official Committee of Unsecured Creditors of EFH, EFIH, EFIH Finance, Inc., and EECI (the "EFH Committee"):

1. *Notice Of Subpoena To Hugh E. Sawyer To Produce Documents* [Docket No. 5130];

2. *Notice Of Subpoena To Charles H. Cremens To Produce Documents* [Docket No. 5131];

3. *Notice Of Subpoena To Donald L. Evans To Produce Documents* [Docket No. 5132]; and

4. *Notice Of Subpoena To Billie I. Williamson To Produce Documents* [Docket No. 5133].

**PLEASE TAKE NOTICE** that the EFH Indenture Trustee reserves all its rights with respect to the EFH Committee Subpoenas.

*— Signature Page Follows —*

4816-3069-5206.1

Dated: Wilmington, DE
      July 28, 2015

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

4816-3069-5206.1