# **EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

*Combined - All Entities*
*Summary of Time Detail by Task*
*June 1, 2015 through June 30, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 35.4 | $19,742.50 |
| Bankruptcy Support | 324.6 | $152,295.00 |
| Business Plan | 175.0 | $75,680.00 |
| Cash Management | 17.9 | $7,145.00 |
| Causes of Action | 58.9 | $33,727.50 |
| Claims | 1,180.6 | $514,872.50 |
| Contracts | 298.9 | $170,970.00 |
| Coordination & Communication with other Creditor Constituents | 31.9 | $17,997.50 |
| Coordination & Communication with UCC | 151.6 | $81,870.00 |
| Court | 7.6 | $6,125.00 |
| DIP Financing | 17.1 | $8,672.50 |
| Fee Applications | 121.6 | $49,672.50 |
| Motions and Orders | 18.0 | $12,162.50 |
| POR / Disclosure Statement | 207.6 | $110,272.50 |
| Retention | 3.8 | $1,832.50 |
| Status Meetings | 76.5 | $43,940.00 |
| Travel Time | 93.6 | $49,885.00 |
| UST Reporting Requirements | 13.8 | $7,485.00 |
| Vendor Management | 88.6 | $49,002.50 |
| **Total** | **2,923.0** | **$1,413,350.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
**Summary of Time Detail by Task**
**June 1, 2015 through June 30, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 28.8 | $15,761.25 |
| Bankruptcy Support | 153.8 | $69,767.04 |
| Business Plan | 89.8 | $39,556.91 |
| Cash Management | 10.0 | $4,004.79 |
| Causes of Action | 33.3 | $19,089.10 |
| Claims | 659.6 | $288,651.85 |
| Contracts | 229.5 | $130,829.97 |
| Coordination & Communication with other Creditor Constituents | 18.3 | $10,584.15 |
| Coordination & Communication with UCC | 87.0 | $48,578.45 |
| Court | 4.3 | $3,433.08 |
| DIP Financing | 11.7 | $5,722.50 |
| Fee Applications | 68.2 | $27,841.54 |
| Motions and Orders | 13.2 | $8,898.47 |
| POR / Disclosure Statement | 53.3 | $27,776.50 |
| Retention | 2.1 | $1,027.12 |
| Status Meetings | 47.8 | $26,968.76 |
| Travel Time | 52.5 | $27,960.65 |
| UST Reporting Requirements | 7.7 | $4,195.36 |
| Vendor Management | 67.5 | $36,761.25 |
| **Total** | **1,638.3** | **$797,408.74** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFH**
**Summary of Time Detail by Task**
**June 1, 2015 through June 30, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 6.6 | $3,981.25 |
| Bankruptcy Support | 162.4 | $78,335.85 |
| Business Plan | 56.6 | $24,439.93 |
| Cash Management | 6.4 | $2,564.78 |
| Causes of Action | 21.0 | $12,000.65 |
| Claims | 434.1 | $188,817.71 |
| Contracts | 68.8 | $39,823.93 |
| Coordination & Communication with other Creditor Constituents | 12.3 | $6,812.15 |
| Coordination & Communication with UCC | 52.4 | $27,242.20 |
| Court | 2.7 | $2,198.64 |
| DIP Financing | 0.2 | $71.25 |
| Fee Applications | 43.6 | $17,830.53 |
| Motions and Orders | 4.7 | $3,177.05 |
| POR / Disclosure Statement | 91.8 | $49,218.55 |
| Retention | 1.4 | $657.80 |
| Status Meetings | 24.6 | $14,427.10 |
| Travel Time | 33.6 | $17,906.81 |
| UST Reporting Requirements | 5.0 | $2,686.83 |
| Vendor Management | 21.1 | $12,241.25 |
| **Total** | **1,049.2** | **$504,434.26** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFIH**
**Summary of Time Detail by Task**
**June 1, 2015 through June 30, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 8.4 | $4,192.10 |
| Business Plan | 28.6 | $11,683.16 |
| Cash Management | 1.4 | $575.43 |
| Causes of Action | 4.6 | $2,637.76 |
| Claims | 86.9 | $37,402.94 |
| Contracts | 0.6 | $316.10 |
| Coordination & Communication with other Creditor Constituents | 1.3 | $601.20 |
| Coordination & Communication with UCC | 12.2 | $6,049.35 |
| Court | 0.6 | $493.28 |
| DIP Financing | 5.3 | $2,878.75 |
| Fee Applications | 9.8 | $4,000.43 |
| Motions and Orders | 0.1 | $86.98 |
| POR / Disclosure Statement | 62.5 | $33,277.45 |
| Retention | 0.3 | $147.58 |
| Status Meetings | 4.1 | $2,544.13 |
| Travel Time | 7.5 | $4,017.54 |
| UST Reporting Requirements | 1.1 | $602.81 |
| **Total** | **235.4** | **$111,507.00** |

*Travel time billed at 50% of time incurred*