## EXHIBIT B

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

| Combined - All Entities<br>Summary of Time Detail by Professional<br>June 1, 2015 through June 30, 2015 |
| :---: |

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
| --- | --- | --- | --- | --- |
| Jeff Stegenga | Managing Director | $925.00 | 41.0 | $37,925.00 |
| Emmett Bergman | Managing Director | $750.00 | 143.8 | $107,850.00 |
| John Stuart | Managing Director | $750.00 | 180.7 | $135,525.00 |
| Andy Gandhi | Managing Director | $675.00 | 1.3 | $877.50 |
| Steve Kotarba | Managing Director | $675.00 | 100.8 | $68,040.00 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 216.9 | $130,140.00 |
| Matt Frank | Director | $600.00 | 189.4 | $113,640.00 |
| Kevin Sullivan | Director | $525.00 | 25.4 | $13,335.00 |
| Mark Zeiss | Director | $525.00 | 33.7 | $17,692.50 |
| Paul Kinealy | Director | $525.00 | 157.6 | $82,740.00 |
| Chris Moks | Manager | $425.00 | 22.1 | $9,392.50 |
| David Blanks | Senior Associate | $475.00 | 125.1 | $59,422.50 |
| Jeff Dwyer | Senior Associate | $475.00 | 176.3 | $83,742.50 |
| Taylor Atwood | Senior Associate | $475.00 | 147.1 | $69,872.50 |
| Richard Carter | Consultant | $425.00 | 157.2 | $66,810.00 |
| Scott Safron | Associate | $400.00 | 117.0 | $46,800.00 |
| Jon Rafpor | Analyst | $375.00 | 183.4 | $68,775.00 |
| Michael Williams | Analyst | $350.00 | 205.0 | $71,750.00 |
| Peyton Heath | Analyst | $350.00 | 121.6 | $42,560.00 |
| Sarah Pittman | Analyst | $350.00 | 120.2 | $42,070.00 |
| Michael Dvorak | Analyst | $325.00 | 206.6 | $67,145.00 |
| Robert Country | Analyst | $325.00 | 198.3 | $64,447.50 |
| Curtis Stecke | Analyst | $175.00 | 16.4 | $2,870.00 |
| Mary Napoliello | Paraprofessional | $275.00 | 36.1 | $9,927.50 |
| | | *Total* | **2,923.0** | **$1,413,350.00** |

*Exhibit B*

**TCEH**
**Summary of Time Detail by Professional**
**June 1, 2015 through June 30, 2015**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 26.3 | $24,333.20 |
| Emmett Bergman | Managing Director | $750.00 | 105.2 | $78,882.45 |
| John Stuart | Managing Director | $750.00 | 68.6 | $51,416.52 |
| Andy Gandhi | Managing Director | $675.00 | 0.7 | $491.84 |
| Steve Kotarba | Managing Director | $675.00 | 57.8 | $39,023.55 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 124.8 | $74,867.11 |
| Matt Frank | Director | $600.00 | 131.4 | $78,846.02 |
| Kevin Sullivan | Director | $525.00 | 14.2 | $7,474.30 |
| Mark Zeiss | Director | $525.00 | 18.9 | $9,916.68 |
| Paul Kinealy | Director | $525.00 | 88.8 | $46,634.20 |
| David Blanks | Senior Associate | $475.00 | 40.7 | $19,333.85 |
| Jeff Dwyer | Senior Associate | $475.00 | 126.1 | $59,877.92 |
| Taylor Atwood | Senior Associate | $475.00 | 80.0 | $37,978.90 |
| Chris Moks | Manager | $425.00 | 12.4 | $5,264.52 |
| Richard Carter | Consultant | $425.00 | 78.4 | $33,301.95 |
| Scott Safron | Associate | $400.00 | 51.8 | $20,713.92 |
| Jon Rafpor | Analyst | $375.00 | 141.3 | $52,999.96 |
| Michael Williams | Analyst | $350.00 | 114.9 | $40,216.03 |
| Peyton Heath | Analyst | $350.00 | 39.2 | $13,734.10 |
| Sarah Pittman | Analyst | $350.00 | 59.9 | $20,978.18 |
| Michael Dvorak | Analyst | $325.00 | 116.2 | $37,770.41 |
| Robert Country | Analyst | $325.00 | 111.3 | $36,180.10 |
| Mary Napoliello | Paraprofessional | $275.00 | 20.2 | $5,564.39 |
| Curtis Stecke | Analyst | $175.00 | 9.2 | $1,608.64 |
| | | **Total** | **1,638.3** | **$797,408.74** |

*Exhibit B*

|  |
|---|
| **EFH** |
| **Summary of Time Detail by Professional** |
| **June 1, 2015 through June 30, 2015** |

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 12.4 | $11,491.02 |
| Emmett Bergman | Managing Director | $750.00 | 36.9 | $27,693.07 |
| John Stuart | Managing Director | $750.00 | 80.9 | $60,685.38 |
| Andy Gandhi | Managing Director | $675.00 | 0.5 | $314.99 |
| Steve Kotarba | Managing Director | $675.00 | 36.9 | $24,939.32 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 76.6 | $45,985.48 |
| Matt Frank | Director | $600.00 | 54.3 | $32,589.30 |
| Kevin Sullivan | Director | $525.00 | 9.1 | $4,786.76 |
| Mark Zeiss | Director | $525.00 | 12.1 | $6,350.93 |
| Paul Kinealy | Director | $525.00 | 56.3 | $29,535.27 |
| David Blanks | Senior Associate | $475.00 | 65.4 | $31,080.56 |
| Jeff Dwyer | Senior Associate | $475.00 | 48.8 | $23,195.12 |
| Taylor Atwood | Senior Associate | $475.00 | 49.7 | $23,614.61 |
| Chris Moks | Manager | $425.00 | 7.9 | $3,371.55 |
| Richard Carter | Consultant | $425.00 | 68.8 | $29,246.69 |
| Scott Safron | Associate | $400.00 | 56.0 | $22,410.25 |
| Jon Rafpor | Analyst | $375.00 | 41.4 | $15,521.35 |
| Michael Williams | Analyst | $350.00 | 73.6 | $25,755.51 |
| Peyton Heath | Analyst | $350.00 | 56.9 | $19,908.44 |
| Sarah Pittman | Analyst | $350.00 | 40.7 | $14,252.75 |
| Michael Dvorak | Analyst | $325.00 | 73.9 | $24,024.58 |
| Robert Country | Analyst | $325.00 | 71.0 | $23,087.53 |
| Mary Napoliello | Paraprofessional | $275.00 | 13.0 | $3,563.59 |
| Curtis Stecke | Analyst | $175.00 | 5.9 | $1,030.22 |
| | | **Total** | **1,049.2** | **$504,434.26** |

*Exhibit B*

**EFIH**
*Summary of Time Detail by Professional*
*June 1, 2015 through June 30, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 2.3 | $2,100.78 |
| Emmett Bergman | Managing Director | $750.00 | 1.7 | $1,274.48 |
| John Stuart | Managing Director | $750.00 | 31.2 | $23,423.11 |
| Andy Gandhi | Managing Director | $675.00 | 0.1 | $70.67 |
| Steve Kotarba | Managing Director | $675.00 | 6.0 | $4,077.14 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 15.5 | $9,287.41 |
| Matt Frank | Director | $600.00 | 3.7 | $2,204.68 |
| Kevin Sullivan | Director | $525.00 | 2.0 | $1,073.95 |
| Mark Zeiss | Director | $525.00 | 2.7 | $1,424.88 |
| Paul Kinealy | Director | $525.00 | 12.5 | $6,570.53 |
| David Blanks | Senior Associate | $475.00 | 19.0 | $9,008.08 |
| Jeff Dwyer | Senior Associate | $475.00 | 1.4 | $669.46 |
| Taylor Atwood | Senior Associate | $475.00 | 17.4 | $8,278.99 |
| Chris Moks | Manager | $425.00 | 1.8 | $756.43 |
| Richard Carter | Consultant | $425.00 | 10.0 | $4,261.36 |
| Scott Safron | Associate | $400.00 | 9.2 | $3,675.82 |
| Jon Rafpor | Analyst | $375.00 | 0.7 | $253.69 |
| Michael Williams | Analyst | $350.00 | 16.5 | $5,778.46 |
| Peyton Heath | Analyst | $350.00 | 25.5 | $8,917.46 |
| Sarah Pittman | Analyst | $350.00 | 19.5 | $6,839.07 |
| Michael Dvorak | Analyst | $325.00 | 16.5 | $5,350.01 |
| Robert Country | Analyst | $325.00 | 15.9 | $5,179.88 |
| Mary Napoliello | Paraprofessional | $275.00 | 2.9 | $799.52 |
| Curtis Stecke | Analyst | $175.00 | 1.3 | $231.14 |
| | | *Total* | 235.4 | $111,507.00 |