## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

**Combined**
**Energy Future Holdings Corp., et al.,**
**Summary of Expense Detail by Category**
**June 1, 2015 through June 30, 2015**

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $21,762.97 |
| Lodging | $20,206.10 |
| Meals | $2,849.30 |
| Miscellaneous | $234.62 |
| Transportation | $6,358.55 |
| *Total* | **$51,411.54** |

*Exhibit C*

### *TCEH*
### *Summary of Expense Detail by Category*
### *June 1, 2015 through June 30, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $12,198.18 |
| Lodging | $11,325.45 |
| Meals | $1,597.01 |
| Miscellaneous | $131.51 |
| Transportation | $3,564.09 |
| *Total* | $28,816.24 |

*Exhibit C*

## EFH
### Summary of Expense Detail by Category
### June 1, 2015 through June 30, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $7,812.92 |
| Lodging | $7,253.97 |
| Meals | $1,022.94 |
| Miscellaneous | $84.22 |
| Transportation | $2,282.99 |
| **Total** | **$18,457.04** |

*Exhibit C*

---

### EFIH
### *Summary of Expense Detail by Category*
### *May 1, 2015 through May 31, 2015*

---

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $1,751.87 |
| Lodging | $1,626.68 |
| Meals | $229.35 |
| Miscellaneous | $18.89 |
| Transportation | $511.47 |
| **Total** | **$4,138.26** |