## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

> ### *Combined - All Entities*
> ### *Expense Detail by Category*
> ### *June 1, 2015 through June 30, 2015*

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 6/8/2015 | $568.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 6/11/2015 | $585.20 | Airfare one-way coach Dallas/Chicago. |
| Jeff Dwyer | 6/18/2015 | $378.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 6/22/2015 | $451.60 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 6/29/2015 | $993.20 | Airfare roundtrip coach Dallas/Newark. |
| Jeff Dwyer | 6/30/2015 | $696.70 | Airfare roundtrip coach San Francisco/Dallas. |
| Jodi Ehrenhofer | 6/1/2015 | $785.80 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 6/11/2015 | $812.20 | Airfare roundtrip coach Chicago/Dallas |
| Matt Frank | 6/1/2015 | $444.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 6/4/2015 | $283.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 6/8/2015 | $364.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 6/9/2015 | $308.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 6/15/2015 | $268.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 6/18/2015 | $262.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 6/22/2015 | $313.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 6/24/2015 | $252.10 | Airfare one-way coach Dallas/Chicago. |
| Michael Dvorak | 6/4/2015 | $728.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Dvorak | 6/21/2015 | $560.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 4/19/2015 | $686.20 | Airfare roundtrip coach Dallas/Chicago. |
| Michael Williams | 4/27/2015 | $343.10 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 4/30/2015 | $427.70 | Airfare one-way coach Dallas/Chicago. |
| Michael Williams | 5/3/2015 | $423.60 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 5/6/2015 | $347.80 | Airfare one-way coach Dallas/Chicago. |
| Michael Williams | 5/10/2015 | $686.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 5/18/2015 | $889.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 5/25/2015 | $686.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 6/7/2015 | $686.20 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 4/29/2015 | $659.82 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 5/10/2015 | $659.82 | Airfare roundtrip coach Chicago/Dallas. |

*Combined - All Entities*
*Expense Detail by Category*
*June 1, 2015 through June 30, 2015*

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 5/27/2015 | $329.91 | Airfare one-way coach Dallas/Chicago. |
| Paul Kinealy | 6/11/2015 | $353.00 | Airfare one-way coach Dallas/Chicago. |
| Paul Kinealy | 6/14/2015 | $668.82 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 6/16/2015 | $749.10 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 5/4/2015 | $427.70 | Airfare one-way coach Chicago/Dallas. |
| Robert Country | 5/5/2015 | $770.80 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 5/7/2015 | $389.10 | Airfare one-way coach Chicago/Dallas. |
| Robert Country | 5/11/2015 | $889.20 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 5/18/2015 | $716.20 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 6/3/2015 | $919.20 | Airfare roundtrip coach Chicago/Dallas. |
| **Expense Category Total** | | **$21,762.97** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 6/11/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 6/18/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 6/25/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 6/30/2015 | $260.88 | Hotel in Dallas - 1 night. |
| Jodi Ehrenhofer | 6/3/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 6/11/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 6/4/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 6/9/2015 | $260.88 | Hotel in Dallas - 1 night. |
| Matt Frank | 6/18/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 6/24/2015 | $516.76 | Hotel in Dallas - 2 nights. |
| Michael Dvorak | 6/10/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 6/23/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Michael Williams | 4/22/2015 | $967.04 | Hotel in Dallas - 4 nights. |
| Michael Williams | 4/29/2015 | $767.64 | Hotel in Dallas - 3 nights. |

### Combined - All Entities
### Expense Detail by Category
### June 1, 2015 through June 30, 2015

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 5/5/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Michael Williams | 5/13/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Michael Williams | 5/20/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 5/27/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 6/10/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Paul Kinealy | 5/12/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 5/27/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Paul Kinealy | 6/10/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 6/15/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Paul Kinealy | 6/23/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Robert Country | 5/5/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Robert Country | 5/13/2015 | $1,031.58 | Hotel in Dallas - 4 nights. |
| Robert Country | 5/20/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 5/27/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Robert Country | 6/10/2015 | $767.64 | Hotel in Dallas - 3 nights. |

**Expense Category Total**    **$20,206.10**

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/8/2015 | $14.56 | Out of town breakfast - E. Bergman. |
| Jeff Dwyer | 6/9/2015 | $160.00 | Out of town dinner - E. Bergman, J.Dwyer, M. Dvorak, R. Country - 4. |
| Jeff Dwyer | 6/10/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 6/11/2015 | $4.44 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 6/15/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 6/16/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 6/17/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 6/18/2015 | $4.06 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 6/22/2015 | $8.88 | Out of town breakfast - J. Dwyer. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**June 1, 2015 through June 30, 2015**

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 6/22/2015 | $26.70 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 6/23/2015 | $7.52 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 6/23/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 6/24/2015 | $5.17 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 6/24/2015 | $31.55 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 6/25/2015 | $8.48 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 6/29/2015 | $4.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 6/29/2015 | $80.00 | Out of town dinner - J. Dwyer, M. Frank - 2. |
| Jodi Ehrenhofer | 6/1/2015 | $7.00 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/1/2015 | $30.57 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/3/2015 | $70.33 | Out of town dinner - M. Frank, J. Ehrenhofer - 2. |
| Jodi Ehrenhofer | 6/4/2015 | $6.57 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/8/2015 | $67.12 | Out of town dinner- J. Ehrenhofer, R. Country, M. Dvorak - 3. |
| Jodi Ehrenhofer | 6/8/2015 | $12.18 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 6/9/2015 | $120.00 | Out of town dinner - J. Ehrenhofer, M. Williams, P. Kinealy - 3. |
| Jodi Ehrenhofer | 6/10/2015 | $200.00 | Out of town dinner - J. Ehrenhofer, E. Bergman, M. Dvorak, M. Williams, R. Country - 5. |
| Matt Frank | 6/2/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/2/2015 | $80.00 | Out of town dinner - M. Frank, J. Ehrenhofer - 2. |
| Matt Frank | 6/3/2015 | $10.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/4/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/8/2015 | $5.13 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/8/2015 | $120.00 | Out of town dinner - M. Frank, E. Bergman, J. Dwyer - 3. |
| Matt Frank | 6/9/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/15/2015 | $2.15 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/16/2015 | $8.81 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/17/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 6/17/2015 | $7.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/18/2015 | $7.91 | Out of town breakfast - M. Frank. |

## *Combined - All Entities*
## *Expense Detail by Category*
## *June 1, 2015 through June 30, 2015*

### *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 6/22/2015 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 6/22/2015 | $9.44 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/23/2015 | $10.33 | Out of town breakfast - M. Frank. |
| Matt Frank | 6/24/2015 | $10.16 | Out of town breakfast - M. Frank. |
| Michael Dvorak | 6/8/2015 | $19.70 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 6/9/2015 | $7.90 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 6/10/2015 | $7.99 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 6/11/2015 | $12.07 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 6/15/2015 | $26.84 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 6/22/2015 | $12.91 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 6/22/2015 | $5.00 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 6/23/2015 | $12.61 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 6/24/2015 | $40.00 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 6/24/2015 | $4.10 | Out of town breakfast - M. Dvorak. |
| Michael Williams | 4/20/2015 | $32.18 | Out of town dinner - M. Williams. |
| Michael Williams | 4/21/2015 | $120.00 | Out of town dinner - M. Williams, R. Country, M. Dvorak - 3. |
| Michael Williams | 4/27/2015 | $29.41 | Out of town dinner - M. Williams. |
| Michael Williams | 4/28/2015 | $74.70 | Out of town dinner - M. Williams, R. Country - 2. |
| Michael Williams | 5/4/2015 | $15.16 | Out of town dinner - M. Williams. |
| Michael Williams | 5/5/2015 | $38.64 | Out of town dinner - M. Williams. |
| Michael Williams | 5/19/2015 | $13.53 | Out of town dinner - M. Williams. |
| Michael Williams | 5/20/2015 | $78.62 | Out of town dinner - M. Williams, M. Dvorak, R. Country - 3. |
| Michael Williams | 6/8/2015 | $30.98 | Out of town dinner - M. Williams. |
| Michael Williams | 6/11/2015 | $6.55 | Out of town breakfast - M. Williams. |
| Paul Kinealy | 5/11/2015 | $9.59 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 5/12/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 5/13/2015 | $9.06 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 5/26/2015 | $96.00 | Out of town dinner - P. Kinealy, R. Country, M. Dvorak, M. Williams - 4. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*June 1, 2015 through June 30, 2015*

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 5/26/2015 | $7.46 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 5/27/2015 | $9.82 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 5/28/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 6/8/2015 | $7.07 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 6/9/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 6/10/2015 | $7.50 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 6/11/2015 | $8.30 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 6/11/2015 | $14.18 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 6/15/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 6/16/2015 | $9.06 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 6/16/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 6/22/2015 | $34.64 | Out of town dinner - P. Kinealy, J. Ehrenhofer - 2. |
| Paul Kinealy | 6/22/2015 | $7.40 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 6/23/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 6/23/2015 | $117.82 | Out of town dinner - P. Kinealy, R. Country, M. Dvorak, M. Williams - 4. |
| Robert Country | 5/4/2015 | $7.29 | Out of town breakfast - R. Country. |
| Robert Country | 5/5/2015 | $5.93 | Out of town breakfast - R. Country. |
| Robert Country | 5/5/2015 | $40.00 | Out of town dinner - R. Country. |
| Robert Country | 5/10/2015 | $11.41 | Out of town dinner - R. Country. |
| Robert Country | 5/11/2015 | $8.09 | Out of town breakfast - R. Country. |
| Robert Country | 5/11/2015 | $87.40 | Out of town dinner - R. Country, P. Kinealy, M. Williams - 3. |
| Robert Country | 5/12/2015 | $19.99 | Out of town dinner - R. Country. |
| Robert Country | 5/13/2015 | $5.43 | Out of town breakfast - R. Country. |
| Robert Country | 5/18/2015 | $49.71 | Out of town dinner - R. Country, M. Williams - 2. |
| Robert Country | 5/19/2015 | $102.52 | Out of town dinner - J. Ehrenhofer, R. Carter, M. Dvorak, R. Country - 4. |
| Robert Country | 5/20/2015 | $10.12 | Out of town breakfast - R. Country. |
| Robert Country | 5/21/2015 | $5.79 | Out of town breakfast - R. Country. |
| Robert Country | 5/26/2015 | $6.52 | Out of town breakfast - R. Country. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*June 1, 2015 through June 30, 2015*

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 5/27/2015 | $6.83 | Out of town breakfast - R. Country. |
| Robert Country | 5/28/2015 | $47.76 | Out of town dinner with M. Williams, R. Country - 2. |
| Robert Country | 6/9/2015 | $16.60 | Out of town breakfast - R. Country. |
| **Expense Category Total** | | **$2,849.30** | |

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/2/2015 | $2.90 | Verizon conference call charges |
| Jeff Dwyer | 6/2/2015 | $7.98 | In-Flight WiFi access fees. |
| Jeff Dwyer | 6/11/2015 | $49.95 | In-Flight WiFi monthly charge. |
| Jeff Dwyer | 6/15/2015 | $7.98 | In-Flight WiFi access fees. |
| Jeff Dwyer | 6/25/2015 | $8.99 | In-Flight WiFi access fees. |
| Jodi Ehrenhofer | 6/2/2015 | $37.77 | Verizon conference call charges. |
| Jodi Ehrenhofer | 6/11/2015 | $6.99 | In-Flight WiFi access fees. |
| Mark Zeiss | 6/2/2015 | $4.73 | Verizon conference call charges. |
| Matt Frank | 6/2/2015 | $31.49 | Verizon conference call charges. |
| Matt Frank | 6/13/2015 | $39.95 | In flight internet access June 2015. |
| Robert Country | 5/18/2015 | $6.99 | In-Flight WiFi access fees. |
| Scott Safron | 6/2/2015 | $5.00 | Internet online access fee. |
| Scott Safron | 6/15/2015 | $10.45 | Internet online access fee. |
| Scott Safron | 6/16/2015 | $6.50 | Internet online access fee. |
| Steve Kotarba | 6/2/2015 | $6.95 | Verizon conference call charges. |
| **Expense Category Total** | | **$234.62** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 6/8/2015 | $30.00 | Taxi from DFW Airport to Energy. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*June 1, 2015 through June 30, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 6/8/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 6/8/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 6/8/2015 | $16.37 | Taxi from hotel to Energy. |
| Jeff Dwyer | 6/9/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 6/9/2015 | $15.00 | Taxi from hotel to dinner. |
| Jeff Dwyer | 6/10/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 6/10/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 6/11/2015 | $70.00 | Taxi from Chicago Airport to home. |
| Jeff Dwyer | 6/11/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 6/11/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 6/15/2015 | $70.00 | Taxi from home to Chicago O'Hare. |
| Jeff Dwyer | 6/15/2015 | $15.00 | Taxi from dinner to hotel. |
| Jeff Dwyer | 6/15/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 6/16/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 6/16/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 6/17/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 6/17/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 6/18/2015 | $30.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 6/18/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 6/18/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 6/21/2015 | $70.00 | Taxi from home to San Francisco. |
| Jeff Dwyer | 6/22/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 6/22/2015 | $60.00 | Taxi of DFW Airport to Energy. |
| Jeff Dwyer | 6/23/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 6/23/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 6/24/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 6/24/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 6/25/2015 | $68.15 | Taxi from Newark to hotel. |
| Jeff Dwyer | 6/25/2015 | $60.00 | Taxi from Energy to DFW Airport. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*June 1, 2015 through June 30, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 6/25/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 6/29/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 6/29/2015 | $67.15 | Taxi from hotel to Newark Airport. |
| Jeff Dwyer | 6/30/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 6/30/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 6/30/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jodi Ehrenhofer | 6/1/2015 | $36.06 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 6/1/2015 | $6.70 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 6/1/2015 | $60.00 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 6/3/2015 | $6.23 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 6/3/2015 | $4.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 6/4/2015 | $60.00 | Taxi from Energy to DFW. |
| Jodi Ehrenhofer | 6/4/2015 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 6/4/2015 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 6/8/2015 | $42.62 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 6/9/2015 | $10.00 | Taxi from hotel to office. |
| Jodi Ehrenhofer | 6/10/2015 | $10.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 6/11/2015 | $60.00 | Taxi from hotel to DFW. |
| Jodi Ehrenhofer | 6/11/2015 | $38.46 | Taxi from O'Hare to home. |
| Matt Frank | 6/1/2015 | $65.00 | Taxi from DFW Airport to client. |
| Matt Frank | 6/1/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 6/2/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 6/2/2015 | $20.00 | Taxi from hotel to client. |
| Matt Frank | 6/3/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 6/3/2015 | $16.00 | Taxi from dinner to hotel. |
| Matt Frank | 6/4/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 6/4/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 6/4/2015 | $65.00 | Taxi from client to DFW Airport. |
| Matt Frank | 6/8/2015 | $65.00 | Taxi from home to Chicago O'Hare. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*June 1, 2015 through June 30, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 6/8/2015 | $15.00 | Taxi from client to hotel. |
| Matt Frank | 6/8/2015 | $65.00 | Taxi from DFW to Energy. |
| Matt Frank | 6/9/2015 | $65.00 | Taxi from client to DFW Airport. |
| Matt Frank | 6/9/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 6/9/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 6/15/2015 | $15.00 | Taxi from hotel to dinner. |
| Matt Frank | 6/15/2015 | $65.00 | Taxi from DFW to Energy. |
| Matt Frank | 6/15/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 6/18/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 6/18/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 6/18/2015 | $65.00 | Taxi from client to DFW Airport. |
| Matt Frank | 6/22/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 6/22/2015 | $65.00 | Taxi from DFW Airport to client. |
| Matt Frank | 6/23/2015 | $16.00 | Taxi from client to hotel. |
| Matt Frank | 6/24/2015 | $65.00 | Taxi from client to DFW Airport. |
| Matt Frank | 6/24/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 6/24/2015 | $15.00 | Taxi from hotel to client. |
| Michael Dvorak | 6/3/2015 | $14.70 | Taxi from office to home. |
| Michael Dvorak | 6/8/2015 | $7.28 | Taxi from Energy to hotel. |
| Michael Dvorak | 6/8/2015 | $60.00 | Taxi from DFW to Energy. |
| Michael Dvorak | 6/8/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Michael Dvorak | 6/9/2015 | $6.19 | Taxi from hotel to dinner. |
| Michael Dvorak | 6/9/2015 | $7.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 6/10/2015 | $4.00 | Taxi from hotel to dinner. |
| Michael Dvorak | 6/10/2015 | $11.62 | Taxi from dinner to hotel. |
| Michael Dvorak | 6/11/2015 | $27.76 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 6/11/2015 | $70.00 | Taxi from Chicago Airport to home. |
| Michael Dvorak | 6/17/2015 | $28.46 | Taxi from office to home. |
| Michael Dvorak | 6/18/2015 | $15.90 | Taxi from office to home. |

> ### *Combined - All Entities*
> ### *Expense Detail by Category*
> ### *June 1, 2015 through June 30, 2015*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 6/22/2015 | $7.00 | Taxi from Energy to hotel. |
| Michael Dvorak | 6/22/2015 | $55.00 | Taxi from home to Chicago O'Hare. |
| Michael Dvorak | 6/24/2015 | $39.15 | Taxi from Chicago Airport to home. |
| Michael Dvorak | 6/24/2015 | $59.22 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 6/24/2015 | $10.00 | Taxi from hotel to Energy. |
| Michael Williams | 4/19/2015 | $60.00 | Taxi from DFW Airport to client. |
| Michael Williams | 4/19/2015 | $45.26 | Taxi from home to O'Hare Airport. |
| Michael Williams | 4/21/2015 | $15.00 | Taxi from hotel to dinner. |
| Michael Williams | 4/21/2015 | $15.00 | Taxi from dinner to hotel. |
| Michael Williams | 4/23/2015 | $60.00 | Taxi from Energy to DFW. |
| Michael Williams | 4/23/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 4/27/2015 | $42.38 | Taxi from home to O'Hare Airport. |
| Michael Williams | 4/30/2015 | $60.00 | Taxi from Energy to DFW. |
| Michael Williams | 4/30/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 5/4/2015 | $60.00 | Taxi from DFW Airport to client. |
| Michael Williams | 5/5/2015 | $20.00 | Taxi from hotel to Energy. |
| Michael Williams | 5/6/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 5/6/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 5/10/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Michael Williams | 5/10/2015 | $50.00 | Taxi from home to O'Hare Airport. |
| Michael Williams | 5/14/2015 | $60.00 | Taxi from Energy to DFW. |
| Michael Williams | 5/14/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 5/18/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Michael Williams | 5/21/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 5/21/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 5/25/2015 | $50.00 | Taxi from home to O'Hare Airport. |
| Michael Williams | 5/25/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Michael Williams | 5/26/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 5/27/2015 | $15.00 | Taxi from Energy to hotel. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*June 1, 2015 through June 30, 2015*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Michael Williams | 5/28/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 5/28/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 6/7/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Michael Williams | 6/7/2015 | $50.00 | Taxi from home to O'Hare. |
| Michael Williams | 6/8/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 6/9/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 6/11/2015 | $60.00 | Taxi from O'Hare to home. |
| Michael Williams | 6/11/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Paul Kinealy | 5/10/2015 | $25.00 | Taxi from Dallas Airport to hotel. |
| Paul Kinealy | 5/11/2015 | $15.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 5/13/2015 | $104.00 | Parking at Chicago Airport. |
| Paul Kinealy | 5/13/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 5/26/2015 | $21.00 | Taxi from Dallas Airport to hotel. |
| Paul Kinealy | 5/28/2015 | $36.00 | Taxi from client to Dallas Airport. |
| Paul Kinealy | 5/28/2015 | $96.00 | Parking at Chicago Airport. |
| Paul Kinealy | 5/28/2015 | $14.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 6/8/2015 | $29.00 | Taxi from Dallas Airport to hotel. |
| Paul Kinealy | 6/9/2015 | $8.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 6/9/2015 | $31.86 | Taxi from dinner to hotel. |
| Paul Kinealy | 6/10/2015 | $15.00 | Taxi from hotel to dinner. |
| Paul Kinealy | 6/10/2015 | $16.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 6/11/2015 | $8.58 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 6/11/2015 | $96.00 | Parking at Chicago Airport. |
| Paul Kinealy | 6/14/2015 | $28.00 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 6/15/2015 | $9.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 6/15/2015 | $4.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 6/16/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 6/16/2015 | $10.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 6/16/2015 | $70.00 | Parking at Chicago Airport. |

*Combined - All Entities*
*Expense Detail by Category*
*June 1, 2015 through June 30, 2015*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 6/22/2015 | $28.00 | Taxi from DFW to client. |
| Paul Kinealy | 6/23/2015 | $10.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 6/24/2015 | $8.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 6/24/2015 | $36.00 | Taxi from Energy to Dallas Airport. |
| Robert Country | 5/4/2015 | $11.15 | Taxi from dinner to hotel. |
| Robert Country | 5/4/2015 | $38.42 | Taxi from home to O'hare. |
| Robert Country | 5/6/2015 | $7.30 | Taxi from home to Energy. |
| Robert Country | 5/7/2015 | $31.65 | Taxi from home to O'Hare. |
| Robert Country | 5/10/2015 | $50.00 | Taxi from hotel to DFW. |
| Robert Country | 5/12/2015 | $25.00 | Taxi from hotel to Energy. |
| Robert Country | 5/13/2015 | $25.00 | Taxi from hotel to Energy. |
| Robert Country | 5/13/2015 | $4.96 | Taxi from dinner to hotel. |
| Robert Country | 5/14/2015 | $62.40 | Taxi from Energy to DFW Airport. |
| Robert Country | 5/14/2015 | $39.90 | Taxi from O'Hare to home. |
| Robert Country | 5/14/2015 | $25.00 | Taxi from hotel to Energy. |
| Robert Country | 5/21/2015 | $37.98 | Taxi from O'Hare to home. |
| Robert Country | 5/21/2015 | $25.00 | Taxi from hotel to Energy. |
| Robert Country | 5/26/2015 | $55.75 | Taxi from DFW to Energy. |
| Robert Country | 5/26/2015 | $39.02 | Taxi from home to O'Hare. |
| Robert Country | 5/27/2015 | $25.00 | Taxi from hotel to Energy. |
| Robert Country | 5/28/2015 | $47.76 | Taxi from Energy to DFW Airport. |
| Robert Country | 5/28/2015 | $35.94 | Taxi from O'Hare to home. |
| Robert Country | 6/8/2015 | $37.26 | Taxi from home to O'Hare. |
| Robert Country | 6/8/2015 | $56.00 | Taxi from DFW to Energy. |
| Robert Country | 6/10/2015 | $9.54 | Taxi from hotel to Energy. |
| Robert Country | 6/11/2015 | $7.00 | Taxi from hotel to Energy. |
| Robert Country | 6/11/2015 | $39.42 | Taxi from O'Hare Airport to home. |

**Expense Category Total**          **$6,358.55**

*Combined - All Entities*
*Expense Detail by Category*
*June 1, 2015 through June 30, 2015*

*Grand Total*                          $51,411.54