**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                              :     Chapter 11
                                                    :
Energy Future Holdings Corp., *et al.*,             :     Case No. 14-10979 (CSS)
                                                    :
                    Debtors.                        :     (Jointly Administered)
                                                    :
------------------------------------------------------------ x

**NOTICE OF SERVICE OF EFIH SECOND LIEN INDENTURE TRUSTEE'S**
**INITIAL REQUEST FOR THE PRODUCTION OF DOCUMENTS**
**TO TCEH DISINTERESTED MANAGER**

**PLEASE TAKE NOTICE** that on July 28, 2015, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "EFIH Second Lien Indenture Trustee") for the second lien notes (the "EFIH Second Lien Notes" and the holders thereof the "EFIH Second Lien Noteholders") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "EFIH") pursuant to the Indenture dated April 25, 2011 (as amended and supplemented, the "Indenture"), served the *EFIH Second Lien Indenture Trustee's Initial Request for the Production of Documents to TCEH Disinterested Manager* by email, in both Word and .pdf format, upon counsel set forth on the attached service list.

Dated: July 28, 2015          PACHULSKI STANG ZIEHL & JONES LLP

                              */s/ Laura Davis Jones*
                              Laura Davis Jones (Bar No. 2436)
                              Robert J. Feinstein (NY Bar No. RF-2836)
                              919 N. Market Street, 17th Floor
                              P.O. Box 8705
                              Wilmington, DE  19899-8705 (Courier 19801)
                              Telephone:  (302) 652-4100
                              Facsimile:  (302) 652-4400
                              Email: ljones@ pszjlaw.com

DOCS_DE:200947.1 23731/001

rfeinstein@ pszjlaw.com

*- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
ghorowitz@kramerlevin.com
jbrody@kramerlevin.com

*- and –*

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Second Lien Indenture Trustee*