**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re:                                                    :    Chapter 11
                                                          :
Energy Future Holdings Corp., *et al.*,                   :    Case No. 14-10979 (CSS)
                                                          :
            Debtors.                             :    (Jointly Administered)
                                                          :
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

       I, Laura Davis Jones, hereby certify that on the 28th day of July, 2015, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s), in the manner indicated thereon:

> *Notice of Service of EFIH Second Lien Indenture Trustee's Initial Request for the Production of Documents to TCEH Disinterested Manager*

                        */s/ Laura Davis Jones*
                        Laura Davis Jones (Bar No. 2436)

Energy Future Holdings Corp. Legacy
Discovery Service List
Case No. 14-10979 (CSS)
Document No. 199901
170 - Electronic Delivery

**Email**
alawrence@mofo.com; aprinci@mofo.com; brettmiller@mofo.com; ckerr@mofo.com; erichards@mofo.com ; jmarines@mofo.com; ksadeghi@mofo.com; lmarinuzzi@mofo.com; smartin@mofo.com; tgoren@mofo.com; jpeck@mofo.com;
*Counsel for the Official Committee of Unsecured Creditors*
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo M Arinuzzi, Esquire
Charles L. Kerr, Esquire
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-9601

**Email**
tlauria@whitecase.com; charles.koster@whitecase.com; cshore@whitecase.com; daudette@whitecase.com; gstarner@whitecase.com; mbrown@whitecase.com ; mshepherd@whitecase.com; harrison.denman@whitecase.com; jason.bartlett@whitecase.com;
*Counsel for the Ad Hoc Group of TCEH Unsecured Noteholders*
J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036

**Email**
jcoffey@brownrudnick.com; jmarshall@brownrudnick.com; jjonas@brownrudnick.com ; jstoll@brownrudnick.com; MJackson@brownrudnick.com ; spoddar@brownrudnick.com ; alauchheimer@brownrudnick.com ; eweisfelner@brownrudnick.com;
*Counsel for Wilmington Savings Fund Society*
Edward S. Weisfelner, Esquire
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036

**Email**
elizabeth.dalmut@kirkland.com; alexander.davis@kirkland.com; michael.esser@kirkland.com; jonathan.ganter@kirkland.com; SHessler@kirkland.com; rhowell@kirkland.com; CHusnick@kirkland.com; howard.kaplan@kirkland.com; amcgaan@kirkland.com; MMcKane@kirkland.com; BOconnor@kirkland.com; mpapez@kirkland.com; WPruitt@kirkland.com; brogers@kirkland.com; esassower@kirkland.com; bschartz@kirkland.com ; steven.serajeddini@kirkland.com; anthony.sexton@kirkland.com; bstephany@kirkland.com; ksturek@kirkland.com; holly.trogdon@kirkland.com; andrew.welz@kirkland.com; jgould@kirkland.com;
*Counsel to the Debtors and Debtors in Possession*
Edward O. Sassower, P.C., Esquire
Stephen Hessler, Esquire
Brian E. Schartz, Esquire
Mark E. McKane, Esquire
Bridget O'Connor, Esquire
William Pruitt, Esquire
Bryan Stephany, Esquire
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611

**Email**
collins@RLF.com ; defranceschi@RLF.com;
madron@rlf.com
*Counsel to the Debtors and Debtors in Possession*
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
**RICHARDS, LAYTON & FINGER, P.A**
920 North King Street
Wilmington, Delaware 19801

**Email**
Richard.Schepacarter@usdoj.gov
*U.S. Trustee*
Richard L. Schepacarter, Esquire
**U.S. DEPARTMENT OF JUSTICE**
Office of the United State Trustee
J. Caleb Boggs Federal Bulding
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**Email**
Andrea.B.Schwartz@usdoj.gov
*Counsel for U.S. Trustee*
Andrea B. Schwartz, Esquire
**U.S. DEPARTMENT OF JUSTICE**
Office of the U.S. Trustee
Southern District of New York
201 Varick Street, Room 1006
New York, New York 10014

**Email**
akherring@wlrk.com; eakleinhaus@wlrk.com;
jlynch@wlrk.com; rgmason@wlrk.com;
*Counsel for Texas Energy Future Capital Holdings LLC and Texas Energy Future Holdings Limited Partnership*
Richard G. Mason , Esquire
John F. Lynch, Esquire
Emil A. Kleinhaus, Esquire
Angela K. Herring, Esquire
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019

**Email**
aaron.krieger@ropesgray.com ;
andrew.devore@ropesgray.com;
erin.macgowan@ropesgray.com;
john.mcclain@ropesgray.com;
keith.wofford@ropesgray.com ;
leonard.winters@ropesgray.com ;
mark.somerstein@ropesgray.com;
martin.crisp@ropesgray.com ;
meredith.tinkham@ropesgray.com ;
ross.martin@ropesgray.com ;
ssally@ropesgray.com ;
timothy.farrell@ropesgray.com ;
William.Roberts@ropesgray.com;
michael.winograd@ropesgray.com;
*Counsel for CSC Trust Company of Delaware*
Keith H. Wofford, Esquire
Mark R. Somerstein, Esquire
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036

**Email**
aglenn@kasowitz.com; dfliman@kasowitz.com;
DRosner@kasowitz.com;
*Counsel for the Ad Hoc Group of EFH Legacy Noteholders and Caxton Associates*
David Rosner, Esquire
Andrew Glenn, Esquire
Daniel Fliman, Esquire
**KASOWITZ, BENSON, TORRES & FRIEDMAN**
1633 Broadway, 22nd Floor
New York, NY 10019

**Email**
JSSabin@Venable.com
*Counsel for Pacific Investment Management Company LLC (PIMCO)*
Jeffrey Sabin, Esquire
**VENABLE**
Rockefeller Center
1270 Avenue of the Americas, 24th Flr.
New York, NY 10020

**Email**
Julia.frost-davies@morganlewis.com ;
Patrick.strawbridge@morganlewis.com ;
christopher.carter@morganlewis.com;
*Counsel for Pacific Investment Management Company LLC (PIMCO)*
Julia Frost-Davies, Esquire
Patrick Strawbridge, Esquire
Christopher Carter, Esquire
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110

**Email**
abernstein@paulweiss.com;
adenhoff@paulweiss.com;
aehrlich@paulweiss.com ;
akornberg@paulweiss.com ;
bhermann@paulweiss.com ;
edso@paulweiss.com ;
jadlerstein@paulweiss.com ;
kcornish@paulweiss.com;
mkatz@paulweiss.com ;
mnadler@paulweiss.com;
katescherling@quinnemanuel.com ;
*Counsel for the Ad Hoc Committee of TCEH First Lien Creditors*
Andrew J. Ehrlich, Esquire
Jacob A. Adlerstein, Esquire
Adam J. Bernstein, Esquire
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019

**Email**
rpedone@nixonpeabody.com;
adarwin@nixonpeabody.com ;
eschneider@nixonpeabody.com ;
mnighan@nixonpeabody.com;
*Counsel for American Stock Transfer & Trust Company, LLC as Indenture Trustee for Certain Notes*
Amanda D. Darwin, Esquire
Richard C. Pedone, Esquire
Erik Schneider, Esquire
Morgan Nighan, Esquire
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02100

**Email**
kotwick@sewkis.com; ashmead@sewkis.com;
Debaecke@BlankRome.com;
*Counsel for Wilmington Trust FSB in its Capacity as TCEH First Credit Agent*
Mark D. Kotwick, Esquire
John Ashmead, Esquire
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004

**Email**
Debaecke@BlankRome.com
*Counsel for Wilmington Trust FSB in its Capacity as TCEH First Credit Agent*
Michael D. DeBaecke, Esquire
**BLANK ROME LLP**
1201 Market Street, Suite 800
Wilmington, DE 19801

**Email**
ghorowitz@kramerlevin.com;
agoodman@kramerlevin.com;
*Counsel for Computershare Trust Company, N.A. and Computershare Trust Company of Canada as Party of Interest*
Gregory A. Horowitz, Esquire
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036

**Email**
mjoyce@crosslaw.com
*Counsel for Fidelity Management & Research Company*
Michael J. Joyce, Esquire
**CROSS & SIMON, LLC**
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

**Email**
gary.kaplan@friedfrank.com ;
matthew.roose@friedfrank.com;
daniel.vaillant@friedfrank.com;
Israel.david@friedfrank.com ;
Samuel.groner@friedfrank.com ;
Jesse.ryan.loffler@friedfrank.com;
brad.eric.scheler@friedfrank.com ;
gshumaker@jonesday.com ;
brosenblum@jonesday.com ;
wglaxton@jonesday.com;
*Counsel for Fidelity Management & Research Company*
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Brad Eric Scheler, Esquire
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
One New York Plaza
New York, New York 10004

**Email**
gluecksteinb@sullcrom.com ;
kranzleya@sullcrom.com;
*Counsel for EFH Committee*
Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004

**Email**
bguiney@pbwt.com ; dalowenthal@pbwt.com;
cdent@pbwt.com;
*Counsel for Law Debenture Trust Company of New York, as Trustee*
Daniel A. Lowenthal, Esquire
Brian P. Guiney, Esquire
Craig W. Dent, Esquire
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036-6710

**Email**
chipman@chipmanbrown.com;
olivere@chipmanbrown.com;
(Co-Counsel for the EFIH Ad Hoc Committee)
William E. Chipman, Esquire
Mark Olivere, Esquire
**CHIPMAN BROWN CICERO & COLE, LLP**
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

**Email**
idizengoff@akingump.com;
aqureshi@akingump.com;
(Co-Counsel for the EFIH Ad Hoc Committee)
Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036

**Email**
salberino@akingump.com
(Co-Counsel for the EFIH Ad Hoc Committee)
Scott L. Alberino, Esquire
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

**E-mail:**
rlemisch@klehr.com; sbrennecke@klehr.com;
(Counsel to UMB Bank, N.A., as indenture trustee)
Raymond H. Lemisch, Esquire
Sean M. Brennecke, Esquire
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 Market Street, Suite 1000
Wilmington, Delaware 19801

**E-mail:**
hkaplan@foley.com; mhebbeln@foley.com;
lapeterson@foley.com;
(Counsel to UMB Bank, N.A., as indenture trustee)
Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

**Email**
james.millar@dbr.com
(Counsel for Delaware Trust Company, as indenture trustee)
James H. Millar, Esquire
DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st. Floor
New York, NY 10036-2714

**Email**
npernick@coleschotz.com;
kstickles@coleschotz.com
(Counsel for Delaware Trust Company, as indenture trustee)
Norman L. Pernic, Esquire
J. Kate Stickles, Esquire
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Email**
wusatine@coleschotz.com
(Counsel for Delaware Trust Company, as indenture trustee)
Warren A. Usatine, Esquire
COLE SCHOTZ P.C.
25 Main Street
PO Box 800
Hackensack, NJ 07602

**Email**
jledmonson@venable.com
Counsel for Pacific Investment Management Company, LLC
Jamie L. Edmonson, Esquire
VENABLE LLP
1201 North Market Street
Wilmington, DE 19801

**Email**
cfong@nixonpeabody.com
Co-Counsel to American Stock Transfer & Trust Company, LLC, as EFH Indenture Trustee
Christopher J. Fong, Esquire
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022

**Email**
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
jbird@foxrothschild.com
(Counsel to Ad Hoc Group of TCEH Unsecured Noteholders (Fixed Unsecured Notes))
Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801

**Email**
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com
(Counsel for the Official Committee of Unsecured Creditors)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801

**Email**
lefox@polsinelli.com
(Counsel for the Official Committee of Unsecured Creditors)
Edward Fox, Esquire
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022

**Email**
wbowden@ashby-geddes.com
gtaylor@ashby-geddes.com
(Counsel for Wilmington Savings Fund Society;
FSB, solely in its capacity as successor
Indenture Trustee for Second Liens)
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
PO Box 1150
Wilmington, DE 19899

**Email**
dabbott@mnat.com
aremming@mnat.com
efay@mnat.com
(Counsel for Texas Energy Future Capital
Holdings LLC; Texas Energy Future Holdings
Limited Partnership; certain other direct or
indirect holders of equity interests in Energy
Future Holdings Corp)
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Erin R. Fay, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801

**Email**
gfmcdaniel@dkhogan.com
(Counsel for Ad Hoc Group of EFH Legacy
Noteholders)
Garvan F. McDaniel, Esquire
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806

**Email**
pmorgan@ycst.com
jwaite@ycst.com
rbartley@ycst.com
amagaziner@ycst.com
(Co-Counsel to the Ad Hoc Committee of TCEH
First Lien Creditors)
Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**E-mail**
jpeck@mofo.com; brettmiller@mofo.com;
lmarinuzzi@mofo.com; tgoren@mofo.com;
*Attorneys for the Official Committee of
Unsecured Creditors of Energy Future Holdings
Corp., et al.*
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd M. Goren, Esquire
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601

**E-mail:**
cward@polsinelli.com;
jedelson@polsinelli.com;
skatona@polsinelli.com; jvine@polsinelli.com
*Attorneys for the Official Committee of
Unsecured Creditors of Energy Future Holdings
Corp., et al.*
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Jarrett Vine, Esquire
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

**Email**
csimon@crosslaw.com
(Co-Counsel to American Stock Transfer &
Trust Company, LLC, as EFH Indenture
Trustee)
Christopher P. Simon, Esquire
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801

**Email**
cfong@nixonpeabody.com
(Co-Counsel to American Stock Transfer &
Trust Company, LLC, as EFH Indenture
Trustee)
Christopher J. Fong, Esquire
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022

**Email**
tmoss@perkinscoie.com
dzazove@perkinscoie.com
Counsel for Delaware Trust Company (f/k/a
CSC Trust Company of Delaware), as successor
indenture trustee for the 11.5% senior secured
TCEH first lien notes
Daniel, Esquire
Tina Moss, Esquire
PERKINS COIE
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0085

**Email**
nglassman@bayardlaw.com
gfinizio@bayardlaw.com
(Counsel for Delaware Trust Company [f/k/a
CSC Trust Company of Delaware],
as successor indenture trustee for the 11.5%
senior secured TCEH first lien notes)
Neil B. Glassman, Esquire
GianCiaudio Finizio, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**Email**
dwright@mmwr.com
mfink@mmwr.com
(Counsel for the EFH Creditors' Committee)
nramsey@mmwr.com
Natalie D. Ramsey, Esquire
Davis Lee Wright, Esquire
Mark A. Fink, Esquire
MONTGOMERY, McCRACKEN, WALKER
& RHOADS, LLP
II 05 North Market Street, 15th Floor
Wilmington, DE 19801

Email
smiller@morrisjames.com
(Counsel for Law Debenture Trust Company of
New York, as the Indenture Trustee for the
TCEH unsecured notes)
Stephen M. Miller, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306