IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 28th day of July, 2015, a true and correct copy of the following:

- **NOTICE OF INTENT OF PROPOSED PARTICIPANT ALCOA INC. TO TAKE PART IN DISCOVERY RELATED TO CONFIRMATION PROCEEDINGS AS A PARTICIPATING PARTY [DOCKET NO. 5119]**

- **NOTICE OF FILING EXHIBIT 1 TO THE NOTICE OF INTENT OF PROPOSED PARTICIPANT ALCOA INC. TO TAKE PART IN DISCOVERY RELATED TO CONFIRMATION PROCEEDINGS AS A PARTICIPATING PARTY [DOCKET NO. 5127]**

- **ALCOA INC.'S FIRST SET OF INTERROGATORIES DIRECTED TO THE DEBTORS**

- **ALCOA INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE DEBTORS**

were caused to be served upon the parties on the attached service list via electronic mail.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{1017.001-W0037686.}

Dated: July 29, 2015

**LANDIS RATH & COBB LLP**

*[signature]*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

**MCKOOL SMITH, P.C.**
Peter S. Goodman (*Admitted Pro Hac Vice*)
Michael R. Carney (*Admitted Pro Hac Vice*)
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
E-mail: pgoodman@mckoolsmith.com
E-mail: mcarney@mckoolsmith.com

*Counsel for Alcoa Inc.*

{1017.001-W0037686.}

**Energy Future Holdings**
**Case No. 14-10979**
**Discovery Service List**
**Electronic Delivery**

*VIA E-MAIL*
*(Counsel for Wilmington Savings Fund Society)*
Edward S. Weisfelner, Esquire
**BROWN RUDNICK LLP**
Seven Time Square
New York, New York 10036
coffey@brownrudnick.com
jmarshal@brownrudnicic.com
jjonas@brownrudnick.com
jstoll@brownrudnick.com
mjackson@brownrudnick.com
spoddar@brownrudnick.com
alauchheimer@brownrudnick.com
eweisfelner@brownrudnick.com

*VIA E-MAIL*
*(Counsel to the Debtor and Debtors in Possession)*
Richard M. Cieri, Esquire
Edward O. Sassawer, P.C., Esquire
Stephen Hessler, Esquire
Brian E. Schartz, Esquire
Mark E. McKane, Esquire
Bridget O'Connor, Esquire
William Pruitt, Esquire
Bryan Stephany, Esquire
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611
elizabeth.dalmut@kirkland.com
alexander.davis@kirkland.com
michael.esser@kirkland.com
jonathan.gamer@kirkland.com
shessler@kirkland.com
rhowell@kirkland.com
chusnick@kirkland.com
howard.kaplan@kirkland.com
amcgaan@kirkland.com
mmckane@kirkland.com

*VIA E-MAIL*
*(Counsel for the Official Committee of Unsecured Creditors)*
James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo M. Arinuzzi, Esquire
Charles L. Kerr, Esquire
Todd M. Goren, Esquire
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-9601
alawrence@mofo.com
aprinci@mofo.com
brettmiller@mofo.com
ckerr@mofo.com
erichards@mofo.com
jmarines@mofo.com
ksadeghi@mofo.com
lmarinuzzi@mofo.com
smartin@mofo.com
tgaren@mofo.com
jpeck@mofo.com
tgoren@mofo.com

*VIA E-MAIL*
*(Counsel for the Ad Hoc Group of TCEH Unsecured Noteholders)*
J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036
tlauria@whitecase.com
charles.koster@whitecase.com
cshore@whitecase.com
daudette@whitecase.com
gstarner@whitecase.com
mbrown@whitecase.com
mshepherd@whitecase.com
harrison.denman@whitecase.com
jbartlett@whitecase.com

boconnor@kirkland.com
mpapez@kirkland.com
wpruitt@kirkland.com
brogers@kirkland.com
esassower@kirkland.com
bschartz@kirkland.com
steven.serajeddini@kirkland.com
anthony.sexton@kirkland.com
bstephany@kirkland.com
ksturek@kirkland.com
holly.trogdon@kirlcland.com
andrew.welt@kirkland.com
jgould@kirkland.com

*VIA E-MAIL*
*(United States Trustee)*
Richard L. Schepacarter, Esquire
**U.S. DEPARTMENT OF JUSTICE**
Office of the United State Trustee
J. Caleb Boggs Federal Binding
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Richard.Schepacarter@usdoj.gov

*VIA E-MAIL*
*(Counsel for Texas Energy Future Capital Holdings LLC and Texas Energy Future Holdings Limited Partnership)*
Richard G. Mason, Esquire
John F. Lynch, Esquire
Emil A. Kleinhaus, Esquire
Angela K. Herring, Esquire
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
akherring@wlrk.com
jlynch@wlrk.com
eakleinhaus@wlrk.com
rgmason@wlrk.com

*VIA E-MAIL*
*(Counsel to the Debtor and Debtors in Possession)*
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
**RICHARDS, LAYTON &FINGER, P.A**
920 North King Street
Wilmington, Delaware 19801
collins@RLF.com
defranceschi@RLF.com
madron@RLF.com

*VIA E-MAIL*
*(Counsel for the United States Trustee)*
Andrea B. Schwartz, Esquire
**U.S. DEPARTIYIENT OF JUSTICE**
Office of the U.S. Trustee
Southern District of New York
201 Varick Street, Room 1006
New York, New York 10014
Andrea.B.Schwartz@usdoj.gov

*VIA E-MAIL*
*(Counsel for the Ad Hoc Group of EFH Legacy Noteholders and Caxton Associates)*
David Rosner, Esquire
Andrew Glenn, Esquire
Daniel Fliman, Esquire
**KASOWITZ, BENSON, T012R.ES & FRIEDMAN**
1633 Broadway, 22nd Floor
New York, NY 10019
aglenn@kasowitz.com
dfliman@kasowitz.com
drosner@kasowitz.com

| | |
|---|---|
| *VIA E-MAIL*<br>*(Counsel for CSC Trust Company of Delaware)*<br>Keith H. Wofford, Esquire<br>Mark R. Somerstein, Esquire<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036<br>aaron.krieger@ropesgray.com<br>andrew.devore@ropesgray.com<br>erin.macgowan@ropesgray.com<br>john.mcclain@ropesgray.com<br>keith.wofford@ropesgray.com<br>leonard.winters@ropesgray.com<br>mark.somerstein@ropesgray.com<br>martin.crisp@ropesgray.com<br>meredith.tinkham@ropesgray.com<br>ross.martin@ropesgray.com<br>sally@ropesgray.com<br>timothy.farrell@ropesgray.com<br>William.Roberts@ropesgray.com<br>michael.winograd@ropesgray.com<br><br>*VIA E-MAIL*<br>*(Counsel for the Ad Hoc Committee of TCEH First Lien Creditors)*<br>Andrew J. Ehrlich, Esquire<br>Jacob A. Adlerstein, Esquire<br>Adam J. Bernstein, Esquire<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>abernstein@paulweiss.com<br>adenhoff@paulweiss.com<br>aehrlich@paulweiss.com<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>edso@paulweiss.com<br>jadlerstein@paulweiss.com<br>kcornish@paulweiss.com<br>mlcatz@paulweiss.com<br>mnadler@paulweiss.com<br>katescherling@quinnemanuel.com | *VIA E-MAIL*<br>*(Counsel for Pacific Investment Management Company LLC (PIMCO)*<br>Jeffrey Sabin, Esquire<br>**VENABLE**<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Flr.<br>New York, NY 10020<br>JSSabin@Venable.com<br><br>*VIA E-MAIL*<br>*(Pacific Investment Management Company LLC (PIMCO)*<br>Julia Frost-Davies, Esquire<br>Patrick Strawbridge, Esquire<br>Christopher Carter, Esquire<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Federal Street<br>Boston, MA 02110<br>julia.frost-davies@morganlewis.com<br>patrick.strawbridge@morganlewis.com<br>christopher.carter@morganlewis.com<br><br>*VIA E-MAIL*<br>*(Counsel for Wilmington Trust FSB in its Capacity as TCEH First Credit Agent)*<br>Mark D. Kotwick, Esquire<br>John Ashmead, Esquire<br>**SWARD & KISSEL LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>kotwick@sewlcis.com<br>ashmead@sewkis.com<br><br>*VIA E-MAIL*<br>*(Counsel for Wilmington Trust FSB in its Capacity as TCEH First Credit Agent)*<br>Michael D. DeBaecke, Esquire<br>**BLANK ROME LLP**<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Debaecke@BlankRome.com |

| | |
|---|---|
| *VIA E-MAIL*<br>(Counsel for American Stock Transfer & Trust Company, LLC as Indenture Trustee for Certain Notes)<br>Amanda D. Darwin, Esquire<br>Richard C. Pedone, Esquire<br>Erik Schneider, Esquire<br>Morgan Nighan, Esquire<br>**NIXON PEABODY LLP**<br>100 Summer Street<br>Boston, MA 02100<br>rpedone@nixonpeabody.com<br>adarwin@nixonpeabady.com<br>eschneider@nixonpeabody.com<br>mnighan@nixonpeabody.com | *VIA E-MAIL*<br>(Counsel for Computershare Trust Company N.A. and Computershare Trust Company of Canada as Party of Interest)<br>Gregory A. Horowitz, Esquire<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>ghorowitz@kramerlevin.com<br>agoodman@kramerlevin.com |
| *VIA E-MAIL*<br>(Counsel for Fidelity Management & Research Company)<br>Gary L. Kaplan, Esquire<br>Matthew M. Roose, Esquire<br>Brad Eric Scheler, Esquire<br>**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>One New York Plaza<br>New York, New York 10004<br>gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com<br>daniel.vaillant@friedfrank.com<br>Israel.david@friedfrank.com<br>Samuel.groner@friedfrank.com<br>Jesse.ryan.loffler@friedfrank.com<br>brad.eric.scheler@friedfrank.com<br>gshumaker@jonesday.com<br>brosenblum@jonesday.com<br>wglaxton@jonesday.com | *VIA E-MAIL*<br>(Counsel for Fidelity Management & Research Company)<br>Christopher P. Simon, Esquire<br>Michael J. Joyce, Esquire<br>**CROSS & SIMON, LLC**<br>913 N. Market Street, 11th door<br>P.O. Box 1380<br>Wilmington, Delaware 19899-1380<br>csimon@crosslaw.com<br>mjoyce@crosslaw.com<br><br>*VIA E-MAIL*<br>(Co-Counsel for the EFH Ad Hoc Committee)<br>William E. Chipman, Esquire<br>Mark Olivere, Esquire<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801<br>chipman@chipmanbrown.com<br>olivere@chipmanbrown.com |

*VIA E-MAIL*
*(Counsel for EFH Committee)*
Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com


*VIA E-MAIL*
*(Counsel for Law Debenture Trust Company of New York, as Trustee)*
Daniel A. Lowenthal, Esquire
Brian P. Guiney, Esquire
Craig W. Dent, Esquire
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036-6710
bguiney@pbwt.com
dalowenthal@pbwt.com
cdent@pbwt.com


*VIA E-MAIL*
*(Counsel to UMB Bank, N.A., as indenture trustee)*
Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
hkaplan@foley.com
mhebbeln@foley.com
lapeterson@foley.com

*VIA E-MAIL*
*(Co-Counsel for the EFH Ad Hoc Committee)*
Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
idizengoff@akingump.com
aqureshi@akingump.com


*VIA E-MAIL*
*(Co-Counsel for the EFH Ad Hoc Committee)*
Scott L. Alberino, Esquire
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
salberino@akingump.com


*VIA E-MAIL*
*(Counsel to UMB Bank, N.A., as indenture trustee)*
Raymond H. Lemisch, Esquire
Sean M. Brennecke, Esquire
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 Market Street, Suite 1000
Wilmington, Delaware 19801
rlemisch@klehr.com
sbrennecke@klehr.com


*VIA E-MAIL*
*(Counsel for Pacific Investment Management Company LLC (PIMCO)*
Jamie L. Edmonson, Esquire
**VENABLE LLP**
1201 North Market Street
Wilmington, DE 19801
jledmonson@venable.com

*VIA E-MAIL*
*(Counsel for Delaware Trust Company, as indenture trustee)*
James H. Millar, Esquire
**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas, 41St. Floor
New York, NY 10036-2714
james.millar@dbr.com

*VIA E-MAIL*
*(Counsel for Delaware Trust Company, as indenture trustee)*
Norman L. Pernic, Esquire
J. Kate Stickles, Esquire
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
kstickles@coleschotz.com

*VIA E-MAIL*
*(Counsel for Delaware Trust Company, as indenture trustee)*
Warren A. Usatine, Esquire
**COLE SCHOTZ P.C.**
25 Main Street
PO Box 800
Hackensack, NJ 07602
wusatine@coleschotz.com

*VIA E-MAIL*
*(Counsel for the Official Committee of Unsecured Creditors)*
Edward Fox, Esquire
**POLSINELLI PC**
900 Third Avenue, 21St Floor
New York, NY 10022
efox@polsinelli.com

*VIA E-MAIL*
*(Co-Counsel to American Stock Transfer & Trust Company, LLC, as EFH Indenture Trustee)*
Christopher J. Fong, Esquire
**NIXON PEABODY LLP**
437 Madison Avenue
New York, NY 10022
cfong@nixonpeabody.com

*VIA E-MAIL*
*(Co-Counsel to Ad Hoc Group of TCEH Unsecured Noteholders (Fixed Unsecured Notes))*
Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19801
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
jbird@foxrothschild.com

*VIA E-MAIL*
*(Counsel for the Official Committee of Unsecured Creditors)*
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Jarrett Vine, Esquire
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, De 19801
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com
jvine@polsinelli.com

| | |
|---|---|
| <u>*VIA E-MAIL*</u><br>*(Counsel for Wilmington Savings Fund Society; FSB, solely in its capacity as successor Indenture Trustee for Second Liens)*<br>William P. Bowden, Esquire<br>Gregory A. Taylor, Esquire<br>**ASHBY & GEDDES, P.A.**<br>500 Delaware Avenue<br>PO Box 1150<br>Wilmington, DE 19899<br>wbpwden@ashby-geddes.com<br>gtaylor@ashby-geddes.com<br><br><u>*VIA E-MAIL*</u><br>*(Counsel for Texas Energy Future Capital Holdings LLC)*<br>Derek C. Abbott, Esquire<br>Andrew R. Remming, Esquire<br>Erin R. Fay, Esquire<br>**MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>dabbott@mnat.com<br>aremming@mnat.com<br>efay@mnat.com<br><br><u>*VIA E-MAIL*</u><br>*(Counsel for Delaware Trust Company (f/k/a CSC Trust Company of Delaware)*<br>Tina Moss, Esquire<br>**PERKINS COIE**<br>30 Rockefeller Plaza, 22nd Floor.<br>New York, NY 10112-0085<br>tmoss@perkinscoie.com<br>dzazove@perkinscoie.com | <u>*VIA E-MAIL*</u><br>*(Counsel for Ad Hoc Group of EFH Legacy Noteholders)*<br>Garvan F. McDaniel, Esquire<br>**HOGAN MCDANIEL**<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>gmcdaniel@dkhogan.com<br><br><u>*VIA E-MAIL*</u><br>*(Co- Counsel to the Ad Hoc Committee of TCEH First Lien Creditors)*<br>Pauline K. Morgan, Esquire<br>Joel A. Waite, Esquire<br>Ryan M. Bartley, Esquire<br>Andrew L. Magaziner, Esquire<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>pmorgan@ycst.com<br>jwaite@ycst.com<br>rbartley@ycst.com<br>amagaziner@ycst.com<br><br><u>*VIA E-MAIL*</u><br>*(Counsel for EFIH Second Lien Notes Indenture Trustee)*<br>Laura Davis Jones, Esquire<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com |

| | |
|---|---|
| *VIA E-MAIL*<br>*(Counsel for EFIH Second Lien Notes Indenture Trustee)*<br>Thomas Moers Mayer, Esquire<br>Gregory Aaron Horowitz, Esquire<br>Joshua Brody, Esquire<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>jbrody@kramerlevin.com | *VIA E-MAIL*<br>*(Counsel for EFIH Second Lien Notes Indenture Trustee)*<br>Robert J. Feinstein, Esquire<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017-2024<br>rfeinstein@pszjlaw.com<br><br>*VIA E-MAIL*<br>*(Counsel for EFIH Second Lien Notes Indenture Trustee)*<br>Stephanie Wickouski, Esquire<br>**BRYAN CAVE LLP**<br>1290 Avenue of the Americas<br>New York, NY 10104-3300<br>stephanie.wickouski@bryancave.com |