## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 14-10979 (CSS) |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, in connection with the *Amended Disclosure Statement for the Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 5080] (the "Disclosure Statement"), the discovery documents listed below were served on July 28, 2015 via electronic mail and on July 29, 2015 via First Class U.S. Mail on those persons and entities identified on the attached service list.

1.) UMB Bank, N.A.'s First Request for Production of Documents from Debtors in Connection with Disclosure Statement Proceedings;

2.) Notice of Rule 30(b)(6) Deposition of Debtors; and

3.) Notice of Deposition of Charles H. Cremens.

Dated:  July 29, 2015
    Wilmington, DE

**AKIN GUMP STRAUSS HAUER &
FELD LLP**

Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Robert J. Boller (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone:      (212) 872-1000
Facsimile:      (212) 872-1002
Email:          idizengoff@akingump.com
                aqureshi@akingump.com
                rboller@akingump.com

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone:      (202) 887-4000
Facsimile:      (202) 887-4288
Email:          salberino@akingump.com

By:  */s/ Raymond H. Lemisch*
**KLEHR HARRISON HARVEY
BRANZBURG LLP**
Raymond H. Lemisch (DE Bar ID No. 4204)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Tel: (302) 426-1189
Fax: (302) 426-9193
Email: rlemisch@klehr.com

- *and* -

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313
Telephone: (312) 832-4500
Facsimile:  (312) 832-4700
Email:  hkaplan@foley.com
        mhebbeln@foley.com
        lapeterson@foley.com

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: bgfelder@foley.com
       jfriedman@foley.com

*Co-Counsel for Defendant UMB BANK, N.A.,
as Indenture Trustee to the EFIH Senior Toggle Notes*

## SERVICE LIST

Pauline K. Morgan, Esquire
Ryan M. Bartley, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Alan W. Kornberg, Esquire
Kelley A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019

Edward O. Sassower, P.C.
Stephen Hessler, Esquire
Brian E. Schartz, Esquire
Mark E. McKane, Esquire
William Pruitt, Esquire
Bryan Stephany, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Andrew J. Ehrlich, Esquire
Jacob A. Adlerstein, Esquire
Adam J. Bernstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019

Mark D. Kotwick, Esquire
John Ashmead, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Michael J. Joyce, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899

Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Brad Eric Scheler, Esquire
Fried, Frank, Harris, Shriver & Jacobson
LLP
One New York Plaza
New York, NY 10004

David Rosner, Esquire
Andrew Glenn, Esquire
Daniel Fliman, Esquire
Kasowitz, Benson, Torres & Friedman
1633 Broadway, 22nd Floor
New York, NY 10019

Richard G. Mason, Esquire
John F. Lynch, Esquire
Emil A. Kleinhaus, Esquire
Angela K. Herring, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Amanda D. Darwin, Esquire
Richard C. Pedone, Esquire
Erik Schneider, Esquire
Morgan Nighan, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02100

Gregory A. Horowitz, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo M. Arinuzzi, Esquire
Charles L. Kerr, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, NY  10019

Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

Edward S. Weisfelner, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

J. Christopher Shore, Esquire
Gregory M. Starner
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036

Daniel A. Lowenthal, Esquire
Brian P. Guiney, Esquire
Craig W. Dent, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

Daniel Zazove, Esquire
Tina Moss, Esquire
Perkins Coie
30 Rockefeller Plaza
22nd Floor
New York, NY  10112

Jeffrey Sabin, Esquire
Venable
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, NY  10020

Julia Frost Davies, Esquire
Patrick  Strawbridge, Esquire
Christopher Carter, Esquire
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA  02110

Richard L. Schepacarter, Esquire
U.S. Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

Andrea B. Schwartz, Esquire
U.S. Department of Justice
Office of the U.S. Trustee
Southern District of New York
201 Varick Street, Room 1006
New York, NY  10014

Michael D. DeBaecke, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Brad Schneider, Esquire
Munger, Tolles & Olson
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071

Michael A. Paskin, Esquire
Trevor Broad, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Richard Levin, Esquire
Jenner & Block
919 Third Avenue
New York, NY  10022

Michael Firestein, Esquire
Jennifer Roche, Esquire
Ian Rappaport, Esquire
Proskauer
2049 Century Park East
Los Angeles, CA  90067

Mark Thomas, Esquire
Jeff Marwil, Esquire
Proskauer
Three First National Plaza
70  West Madison, Suite 3800
Chicago, IL  60602

Julie Allen, Esquire
Proskauer
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY  10036

Keith H. Wofford, Esquire
Mark R. Somerstein, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036

D. Ross Martin, Esquire
Andrew G. Devore, Esquire
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Warren A. Usatine, Esquire
Cole Schotz P.C.
25 Main Street
P.O. Box 800
Hackensack, NJ  07602