**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on July 28th, 2015, counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., caused true and accurate copies of the *Initial Consolidated Discovery Requests to the Ad Hoc Group of TCEH Unsecured Noteholders* to be served by electronic mail to those persons and entities identified on the attached Exhibit A.

*— Signature Page Follows —*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3938251v1

Dated: Wilmington, Delaware
       July 29, 2015

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

*/s/ Mark A. Fink*
Natalie D. Ramsey (DE Bar No. 5378)
Mark B. Sheppard
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail: mfink@mmwr.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.*

3938251v1

**EXHIBIT A**

| | |
|---|---|
| tlauria@whitecase.com<br>charles.koster@whitecase.com<br>cshore@whitecase.com<br>daudette@whitecase.com<br>gstarner@whitecase.com<br>mbrown@whitecase.com<br>mshepherd@whitecase.com<br>harrison.denman@whitecase.com | Thomas E. Lauria<br>Christopher Shore<br>Michael C. Shepherd<br>Harrison Denman<br>Danielle M. Audette<br>Matthew C. Brown<br><br>**White & Case**<br>200 South Biscayne Boulevard<br>Suite 4900<br>Miami, FL 33131<br>Telephone: (302) 371-2700 |
| julia.allen@kirkland.com;<br>elizabeth.dalmut@kirkland.com;<br>alexander.davis@kirkland.com;<br>jsowa@kirkland.com;<br>michael.esser@kirkland.com;<br>jonathan.ganter@kirkland.com;<br>michele.gutrick@kirkland.com;<br>SHessler@kirkland.com;<br>rhowell@kirkland.com;<br>CHusnick@kirkland.com;<br>howard.kaplan@kirkland.com;<br>alevin@kirkland.com;<br>amcgaan@kirkland.com;<br>MMcKane@kirkland.com;<br>BOconnor@kirkland.com;<br>mpapez@kirkland.com;<br>WPruitt@kirkland.com;<br>brogers@kirkland.com;<br>esassower@kirkland.com;<br>bschartz@kirkland.com;<br>steven.serajeddini@kirkland.com;<br>anthony.sexton@kirkland.com;<br>bstephany@kirkland.com;<br>ksturek@kirkland.com;<br>holly.trogdon@kirkland.com;<br>andrew.welz@kirkland.com;<br>jgould@kirkland.com; | Richard M. Cieri<br>Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Mark E. McKane<br>Bridget O'Connor<br>David Dempsey<br>William Pruitt<br>Bryan Stephany<br><br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800 |

| | |
|---|---|
| collins@RLF.com;<br>defranceschi@RLF.com;<br>madron@rlf.com;<br>romanowicz@rlf.com; | Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br><br>**RICHARDS, LAYTON & FINGER, P.A.**<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700 |