# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

## NOTICE OF INTENT TO PARTICIPATE AS A PARTICIPATING PARTY IN DISCOVERY RELATED TO CONFIRMATION PROCEEDINGS

In accordance with the Court's *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order* [D.I. 4916] (the "Confirmation Scheduling Order"), Veolia ES Industrial Services, Inc. ("Veolia"), by and through its undersigned counsel, hereby provides notice of intent to participate in discovery related to the Confirmation Proceedings as a Proposed Participant[1]. Further, in accordance with paragraph 4 of the Confirmation Scheduling Order, Veolia hereby submits the following information to be considered for and requests designation as a Participating Party:

1.  Name and Address of Proposed Participant: Veolia ES Industrial Services, Inc., Attn: Van A. Cates, Esq., 14055 Riveredge Drive, Tampa, FL 33637, van.cates@veolia.com.

2.  Law Firm Representing Proposed Participant: Dale E. Barney, Esq., GIBBONS P.C., One Gateway Center, Newark, NJ 07102-5310,

---

[1] Capitalized terms not otherwise defined herein shall have the meaning designated in the Confirmation Scheduling Order.

dbarney@gibbonslaw.com. and Natasha M. Songonuga, Esq., GIBBONS P.C., 1000 N. West Street, Suite 1200, Wilmington, DE 19801-1058, nsongonuga@gibbonslaw.com.

3. Description of Proposed Participant's Claims: Veolia's claims arise out of services performed under the contracts attached to and documenting the proofs of claim listed below.

4. Veolia filed proofs of claim as follows

    a. Claim #8021 against Luminant Generation Company, LLC;

    b. Claim #8022 against Luminant Mining Company, LLC; and

    c. Claim #8023 against Oak Grove Management Company, LLC.

To the extent that any of the Debtors attempt to assume any executory contract identified in the foregoing proofs of claim pursuant to 11 U.S.C. § 365, Veolia reserves the right to assert any and all pre- and/or post- petition claims under said contracts as cure claims entitled to be paid as administrative expenses pursuant to 11 U.S.C. § 365(b)(1)(A). Veolia incorporates herein the content of the foregoing proofs of claim as if set forth wholly herein, including, without limitation, any reservations of rights set forth therein.

5. Veolia agrees to be bound by the Protective Order should it be designated as a Participating Party.

Dated: July 29, 2014  
Wilmington, Delaware

**GIBBONS P.C.**

*/s/ Natasha M. Songonuga*  
Natasha M. Songonuga, Esq. (Bar No. 5391)  
1000 N. West Street, Suite 1200  
Wilmington, DE 19801-1058  
Telephone: (302) 295-4875  
Facsimile: (302) 295-4876  
E-mail: nsongonuga@gibbonslaw.com  
*Attorneys for Veolia ES Industrial Services, Inc.*

3

3