# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] Case Administration | 0.5 | $158.00 |
| [ALL] Claims Administration & Objections | 0.4 | $140.00 |
| [ALL] Contested Matters & Adv. Proceed. | 0.1 | $35.00 |
| [ALL] Hearings | 9.3 | $2,252.00 |
| [ALL] Non-OEB Fee/Employment Applications | 4.7 | $945.00 |
| [ALL] OEB Fee/Employment Applications | 16.2 | $2,838.50 |
| [ALL] Plan and Disclosure Statement | 1.3 | $387.00 |
| **Total** | **32.5** | **$6,755.50** |