# **EXHIBIT B**

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 8.4 | $2,940.00 |
| Shannon J. Dougherty | Associate | 2012 (DE) | Bankruptcy | $180.00 | 14.6 | $2,628.00 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | 9.5 | $1,187.50 |
| **Total** | | | | | **32.5** | **$6,755.50** |