## EXHIBIT C

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Conference Call | $37.00 |
| In-House Reproduction | $1.00 |
| **Total** | **$38.00** |