# EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 6/12/2015 | In-House Reproduction | Photocopies (7 pages) | $0.70 |
| 6/18/2015 | Conference Call | Court Call | $37.00 |
| 6/25/2015 | In-House Reproduction | Photocopies (3 pages) | $0.30 |
| | | **Grand Total** | **$38.00** |