**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 1682, 1791, 1796, 1804, 1983, 1984, 3183, 3329, 3966, 4883, 4983, 4984, 4985, 4997** |

**CERTIFICATION OF COUNSEL CONCERNING
REVISED ORDER (A) SETTING BAR DATE FOR FILING ASBESTOS
PROOFS OF CLAIM, (B) APPROVING THE FORM OF AND MANNER FOR
FILING ASBESTOS PROOFS OF CLAIM, AND (C) APPROVING NOTICE THEREOF**

The undersigned hereby certifies as follows:

1.  On July 23, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp.,* et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof* [D.I. 1682] (the "Bar Date Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2.  On August 18, 2014, the Bankruptcy Court entered its *Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12668253v.1

*503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof* [D.I. 1866] (the "Bar Date Order"), granting the Bar Date Motion to the extent set forth in the Bar Date Order; provided, however, that the Bar Date Order did not require any entity holding a claim relating to asbestos that is not a property damage claim or a claim for contractual or common law indemnification or contribution to file a proof of claim by the Bar Dates (as such term is defined in the Bar Date Motion) (collectively, "Asbestos Claims").

3. On January 7, 2015, the Bankruptcy Court entered its Opinion [D.I. 3183] (the "Opinion") regarding a bar date for Asbestos Claims.

4. On March 24, 2015, the Debtors filed (a) the *Notice of Filing of Proposed Form of "Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof"* [D.I. 3965], (b) a supplemental memorandum [D.I. 3966], and (c) supporting declarations [D.I. 3967, 3968, 4984, 4985].

5. On June 29, 2015, the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "EFH Committee") filed (a) the *Objection of the EFH Official Committee to the Debtors' Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof* [D.I. 4883] (the "EFH Committee Objection"), and (b) the supporting declaration of Katherine Kinsella [D.I. 4884].

6. On July 13, 2015, the Debtors filed (a) a reply brief [D.I. 4983], and (b) supporting declarations [D.I. 4984, 4985].

7. On July 15, 2015, the Bankruptcy Court entered the *Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof* (the "Order") [D.I. 4997].

8. Before filing the reply brief and supporting declarations on July 13, 2015, the Debtors revised two sentences in the Asbestos Bar Date Notice, but the conforming changes were not made in the Publication Notice and Unmanifested Asbestos Claim Form. The Debtors also made other ministerial revisions to various of the forms of notice that are exhibits to the Order. Subject to the Bankruptcy Court's approval, the Debtors have made these changes and have prepared a revised form of Order (the "Revised Order") approving such revised forms of notice. A copy of the Revised Order is attached hereto as **Exhibit A.** A blackline, comparing the Revised Order against the Order entered by the Bankruptcy Court at D.I. 4997, is attached hereto as **Exhibit B**. A blackline, comparing the revised Publication Notice against the Publication Notice filed with the *Declaration of Cameron Azari in Support of the Debtors' Reply to the Objection of the EFH Official Committee to the Debtors Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof* [D.I. 4985], is attached hereto as **Exhibit C**. Subject to the limitations discussed in the *Certification of Counsel Concerning Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof* [D.I. 4994], the EFH Committee does not object to the relief requested in the Revised Order.

9. The Debtors respectfully request that the Court enter the Revised Order, approving the revised forms of notice, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

RLF1 12668253v.1

Dated: July 29, 2015
      Wilmington, Delaware                */s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*