## Exhibit A

**Revised Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### ORDER (A) SETTING BAR DATE FOR FILING ASBESTOS PROOFS OF CLAIM, (B) APPROVING THE FORM OF AND MANNER FOR FILING ASBESTOS PROOFS OF CLAIM, AND (C) APPROVING NOTICE THEREOF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order establishing a deadline for filing certain claims in these chapter 11 cases, and upon consideration of briefing and argument submitted with respect to the entry of an order (this "Asbestos Bar Date Order") (a) establishing a deadline for filing certain asbestos claims (the "Asbestos Claims") in these chapter 11 cases, (b) approving the form and manner for filing such claims, and (c) approving notice thereof; and upon the Court's Opinion, issued January 7, 2015, approving the establishment of a bar date for all prepetition asbestos claims, including unmanifested asbestos claims [D.I. 3183]; and upon the *Debtors' Supplemental Memorandum of Law With Respect to the Bar Date Motion and in Support of (A) The Form of and Manner for Filing Asbestos Proofs of Claim and (B) The Form and Manner of Notice of Bar Date with Respect to Asbestos Proofs of Claim* (the

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  *Motion of Energy Future Holdings Corp.*, et al., *for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests For Payment Under Section 503(B)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof* [D.I. 1682].

"Memorandum"), the Katchadurian Declaration, and the Azari Declaration; and upon the *Objection of the EFH Official Committee to the Debtors' Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof* [D.I. 4883] (the "Objection") and the Kinsella Declaration [D.I. 4884]; and upon the *Debtors' Reply to the Objection of the EFH Official Committee to the Debtors' Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof* [D.I. 4983] (the "Reply"),[3] the Supplemental Katchadurian Declaration [D.I. 4984], and the Supplemental Azari Declaration [D.I. 4985]; and this Court having overruled the Objection; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion, as modified through subsequent discussions between the Debtors and the EFH Official Committee, is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual

---

[3]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion, the Memorandum, or the Reply, as appropriate.

bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Motion is granted to the extent set forth herein.

## I.    The Asbestos Bar Date and Procedures for Filing Asbestos Proofs of Claim.

2.    Each entity[4] that asserts a claim (whether secured, unsecured priority, or unsecured non-priority) against the Debtors that is based upon an asbestos-related illness or injury that became manifest and that arose (or is deemed to have arisen) prior to the Petition Date and that are not property damage claims or claims for contractual or common law indemnification or contribution ("Manifested Asbestos Claims"), including Known Asbestos Claimants, shall be required to file an original, written proof of claim, substantially in the form attached hereto as **Exhibit 1** (the "Proof of Claim Form") or Official Form 10.[5]  Each entity that has not yet manifested an asbestos-related illness or injury but asserts a claim (whether secured, unsecured priority, or unsecured non-priority) against the Debtors that arose (or is deemed to have arisen) prior to the Petition Date based on exposure of that entity (or a family member of that entity) to asbestos, whether or not such Asbestos Claims have accrued a valid cause of action under nonbankruptcy law, and that are not property damage claims or claims for contractual or common law indemnification ("Unmanifested Asbestos Claims"), shall be

---

[4]    Except as otherwise defined herein and in the Motion, all terms specifically defined in the Bankruptcy Code shall have those meanings ascribed to them by the Bankruptcy Code.  In particular, as used herein:  (a) the term "claim" has the meaning given to it in section 101(5) of the Bankruptcy Code; (b) the term "entity" has the meaning given to it in section 101(15) of the Bankruptcy Code; (c) the term "governmental unit" has the meaning given to it in section 101(27) of the Bankruptcy Code; and (d) the term "person" has the meaning given to it in section 101(41) of the Bankruptcy Code.

[5]    Copies of Official Form 10 may be obtained by:  (a) calling the Debtors' restructuring hotline at (877) 276-7311; (b) visiting the Debtors' restructuring website at:  http://www.efhcaseinfo.com; (c) writing to the Debtors' Claims Processing Center, Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4613, New York, NY 10163-4613; and/or (d) visiting the website maintained by the Court at http://www.deb.uscourts.gov/.

required to file an original, written proof of claim, substantially in the form attached hereto as **Exhibit 2** (the "Unmanifested Asbestos Claim Form").  Except in the case of certain exceptions explicitly set forth herein, **all proofs of claim must be filed so that they are actually received on or before December 14, 2015, at 5:00 p.m., prevailing Eastern Time (the "Asbestos Bar Date"), at the addresses and in the form set forth herein.**  The Asbestos Bar Date applies to all Asbestos Claims against the Debtors that arose or are deemed to have arisen before the Petition Date, including claims held by governmental units against the Debtors, except for claims specifically exempt from complying with the Asbestos Bar Date as set forth in this Asbestos Bar Date Order.[6]

3.      All proofs of claim must be filed so as to be actually received by Epiq Bankruptcy Solutions, LLC ("Epiq"), the noticing and claims agent retained in these chapter 11 cases, on or before the Asbestos Bar Date.  If proofs of claim are not received by Epiq on or before the Asbestos Bar Date, then, absent subsequent order of the Court, the holders of the underlying claims shall be barred from asserting such claims against the Debtors and precluded from voting on any plans of reorganization filed in these chapter 11 cases and/or receiving distributions from the Debtors on account of such claims in these chapter 11 cases.

---

[6]   Pursuant to the *Interim Order Authorizing the Debtors to (A) Maintain and Administer Customer Programs and Customer Agreements, (B) Honor Prepetition Obligations Related Thereto, (C) Pay Certain Expenses on Behalf of Certain Organizations, (D) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (E) Establish Procedures for Notifying Customers of Commencement of the Debtors' Chapter 11 Cases, Assumption of the Customer Agreements and the Bar Date for Customer Claims* [D.I. 307] (the "Customer Claims Bar Date Order") and the *Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof* [D.I. 1866] (the "General Bar Date Order"), the Court established October 27, 2014, as the Customer Claims Bar Date and the General Bar Date, the date by which customer claims, as discussed in the Customer Programs Motion, and all proofs of claim, except for Asbestos Claims, must be filed.  Nothing in this Asbestos Bar Date Order will affect the Customer Claims Bar Date or the General Bar Date, and all terms and conditions set out in the Customer Claims Bar Date Order and General Bar Date Order will continue to apply to customer claims and all other claims except for Asbestos Claims, to the extent and as provided for under such Orders.

## II.    Parties Exempted from the Asbestos Bar Date.

4.    The following categories of persons or entities with claims against one of more of

the Debtors shall not be required to file a proof of claim by the Asbestos Bar Date:

    (a)    any entity that already has filed a signed proof of claim against the respective Debtor(s) with the Clerk of the Court or with Epiq in a form substantially similar to Official Form 10;

    (b)    any entity whose claim is listed on the Schedules if:  (i) the claim is **not** scheduled as any of "disputed," "contingent," or "unliquidated;" (ii) such entity agrees with the amount, nature, and priority of the claim as set forth in the Schedules; and (iii) such entity does not dispute that its claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules;

    (c)    any entity whose claim has previously been allowed by order of the Court or whose claim has been paid in full by the Debtors pursuant to the Bankruptcy Code or in accordance with an order of the Court;

    (d)    any Debtor having a claim against another Debtor;

    (e)    any entity whose claim is solely against any of the Debtors' non-Debtor affiliates;

    (f)    a current employee of the Debtors, if an order of this Court authorized the Debtors to honor such claim in the ordinary course of business as a wage, commission, or benefit; *provided, however,* that a current employee must submit a proof of claim by the Asbestos Bar Date for all claims arising before the Petition Date based on prepetition exposure to asbestos, including Asbestos Claims that have not manifested in a current illness or injury, and whether or not such Asbestos Claims have accrued a valid cause of action under nonbankruptcy law;

    (g)    any entity holding a claim for which a separate deadline is or has been fixed by this Court;

    (h)    any person or entity holding a claim **not** relating to:  (i) the Debtors and/or the Debtors' predecessors that are expressly identified in connection with the Notice Plan, or (ii) facilities relating to the Debtors and/or the Debtors' predecessors that are expressly identified in connection with the Notice Plan;

    (i)    any person or entity holding a claim relating to facilities located outside of the United States relating to the Debtors and/or the Debtors' predecessors, except to the extent (i) such person or entity resides inside the United States during the notice period or receives by direct mail the Asbestos Bar

Date Package, and (ii) the claim relates to facilities that are expressly identified in connection with the Notice Plan; and

(j)     any entity holding a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration incurred in the ordinary course.

**III.    Substantive Requirements for Proofs of Claim Relating to Manifested Asbestos Claims.**

5.     Except as otherwise stated herein, the following requirements shall apply with respect to filing and preparing each proof of claim for Manifested Asbestos Claims:

(a)    ***Contents***.  Each proof of claim must:  (i) be written in English; (ii) include a claim amount (if liquidated) denominated in United States dollars; (iii) conform substantially with the Proof of Claim Form or Official Form 10; and (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant.

(b)    ***Original Signatures Required***.   Only *original* proofs of claim may be deemed acceptable for purposes of claims administration.   Copies of proofs of claim or proofs of claim sent by facsimile or electronic mail will not be accepted.

(c)    ***Identification of the Debtor Entity***.   Each proof of claim must clearly identify the Debtor against which a claim is asserted, including the individual Debtor's case number.   In case of inconsistency between the name of the identified Debtor and the Debtor's case number, the proof of claim will be filed against the Debtor identified by name.   A proof of claim filed under the joint administration case number (No. 14-10979 (CSS)) or otherwise without identifying a specific Debtor, will be deemed as filed only against EECI Inc.   A proof of claim filed without properly identifying a Debtor will be deemed as filed only against EECI Inc.

(d)    ***Claim Against Multiple Debtor Entities***.   Each proof of claim must state a claim against *only one* Debtor and clearly indicate the Debtor against which the claim is asserted.   To the extent more than one Debtor is listed on the proof of claim, such claim may be treated as if filed only against EECI Inc.

(e)    ***Special Provision for Identification of Debtor Entity for Asbestos Claims.***   A proof of claim that asserts an Asbestos Claim shall not be disallowed on the ground that such proof of claim was filed against the incorrect Debtor and will be treated as properly filed against each Debtor or Debtors which owned, operated, built or maintained an identified facility; *provided*, *however*, that the Debtors reserve the right to assert all

6

other objections with respect to such proof of claim, including reassigning the Debtor(s) subject to such claim.

(f) **_Certification._** Any lawyer or other person who acts as filing agent for a proof of claim on behalf of any person holding a Manifested Asbestos Claim must certify, under penalty of perjury, that such agent has received certification as of the date of filing of the proof of claim from the holder of such Manifested Asbestos Claim, that the information contained in the proof of claim is true, accurate, and complete.

(g) **_Supporting Documentation_**. Each proof of claim must include supporting documentation in accordance with Bankruptcy Rules 3001(c) and 3001(d). If, however, such documentation is voluminous, such proof of claim may include a summary of such documentation or an explanation as to why such documentation is not available; _provided_, _however_, that any creditor shall be required to transmit such writings to Debtors' counsel upon request no later than ten days from the date of such request.

(h) **_Timely Service_**. Each proof of claim must be filed, including supporting documentation, by U.S. Mail or other hand delivery system, so as to be **actually** **received** by Epiq on or before the Asbestos Bar Date set forth herein (or, where applicable, on or before any other bar date as set forth by order of the Court) at one of the following addresses:

If by First-Class Mail:

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

If by Hand Delivery or Overnight Mail:

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

> **PROOFS OF CLAIM RELATING TO MANIFESTED ASBESTOS CLAIMS SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE ACCEPTED.**

(i) **_Receipt of Service_**. Claimants wishing to receive acknowledgment that their proofs of claim were received by Epiq must submit (i) a copy of the Proof of Claim Form or Official Form 10 (clearly marked on its face as "COPY") and (ii) a self-addressed, stamped envelope (in addition to the original Proof of Claim Form or Official Form 10 sent to Epiq).

IV. **Substantive Requirements for Proofs of Claim Relating to Unmanifested Asbestos Claims.**

6.    Except as otherwise stated herein, the following requirements shall apply with respect to filing and preparing each proof of claim for Unmanifested Asbestos Claims:

(a)    *Contents*.    Each proof of claim must:  (i) be written in English; (ii) conform substantially with the Unmanifested Asbestos Claim Form; and (iii) be signed by the claimant or by an authorized agent or legal representative of the claimant.

(b)    *Identification of Exposure*.  Each proof of claim must clearly identify the plants and/or locations from the list expressly identified in connection with the Notice Plan at which asbestos exposure may have occurred (if known), the type of possible asbestos exposure (i.e. the claimant or family member), and the estimated dates of exposure (if known).

(c)    *Certification of Claimant*.    Each claimant must certify that the information provided on the Unmanifested Asbestos Claim Form is true, accurate and complete to the best of the claimant's knowledge.

(d)    *Certification of Lawyer or Agent.* Any lawyer or other person who acts as filing agent for a proof of claim on behalf of any person holding an Unmanifested Asbestos Claim must certify, under penalty of perjury, that such agent has received certification as of the date of filing of the proof of claim from the holder of such Unmanifested Asbestos Claim, that the information contained in the proof of claim is true, accurate, and complete to the best of the claimant's knowledge.

(e)    *Timely Service*.  Each proof of claim must be filed so as to be **actually received** by Epiq on or before the Asbestos Bar Date set forth herein (or, where applicable, on or before any other bar date as set forth by order of the Court) at one of the following:

If by First-Class Mail:

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

If by Hand Delivery or Overnight Mail:

Energy Future Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd

8

Beaverton, OR 97005

If by Email: info@EFHAsbestosClaims.com

If by facsimile: 1-844-747-5727

If by the Internet: www.EFHAsbestosClaims.com

(f)     ***Receipt of Service***.  Claimants wishing to receive acknowledgment that their proofs of claim were received by Epiq must submit (i) a copy of the Unmanifested Asbestos Claim Form (clearly marked on its face as "COPY") and (ii) a self-addressed, stamped envelope (in addition to the original Unmanifested Asbestos Claim Form sent to Epiq).

**V.     Procedures for Providing Notice of the Asbestos Bar Date.**

7.     The Debtors are authorized to implement the Revised Notice Plan as attached to the Supplemental Azari Declaration as **Exhibit A**, including, but not limited to, each of the following components.

   **A.     Direct Mailing of the Asbestos Bar Date Notice to Known Asbestos Claimants.**

8.     No later than July 30, 2015, the Debtors shall cause a written notice of the Asbestos Bar Date, substantially in the form attached hereto as **Exhibit 3** (the "Asbestos Bar Date Notice"), the Cover Letter to Known Asbestos Claimants, a copy of the Publication Notice, personalized Proof of Claim Form (as discussed below) and Unmanifested Asbestos Claim Form, to be mailed via first class mail to the counsel of known holders of Asbestos Claims that are currently pending against the Debtors (the "Known Asbestos Claimants") as well as each Known Asbestos Claimant (if mailing information for such Known Asbestos Claimants is known).

9.     The Debtors shall provide all Known Asbestos Claimants and their counsel (if known) listed in the Debtors' Schedules with a "personalized" Proof of Claim Form, which will identify how the Debtors have scheduled the Known Asbestos Claimants' Asbestos Claim in the

Schedules, including, without limitation:  (a) the identity of the Debtor against which the Asbestos Claim is scheduled; (b) the amount of the scheduled Asbestos Claim, if any; (c) whether the Asbestos Claim is listed as contingent, unliquidated, or disputed; and (d) whether the Asbestos Claim is listed as secured, unsecured priority, or unsecured non-priority.  Each Known Asbestos Claimant shall have an opportunity to inspect the Proof of Claim Form provided by the Debtors and correct any information that is missing, incorrect, or incomplete. Additionally, any Known Asbestos Claimant may choose to submit a proof of claim on a different form as long as it is substantially similar to Official Form 10.

**B.       Direct Mailing of the Asbestos Bar Date Notice to Employees and Contractors.**

10.     The Debtors shall conduct a reasonable search of their reasonably available records to attempt to identify current and previous employees and contractors of the Debtors and/or their predecessors who may have been exposed to asbestos in the course of their employment by the Debtors and/or the Debtors' predecessors or work for the Debtors and/or the Debtors' predecessors, including those who have not yet asserted the existence of an Asbestos Claim against the Debtors and/or the Debtors' predecessors (the "Employees and Contractors"). No later than July 30, 2015, the Debtors shall mail the Asbestos Bar Date Notice, the Cover Letter to Employees and Contractors, Official Form 10 and Unmanifested Asbestos Claim Form (which, for the avoidance of doubt, will not be "personalized") (together, the "Asbestos Bar Date Package")[7] to the last known mailing address and the updated address, if any, of the Employees and Contractors.

---

[7]   To the extent that the Debtors obtain sufficient information to do so for any mailing, the Debtors may replace Official Form 10 in the Asbestos Bar Date Package with a personalized Proof of Claim Form.

### C.    Supplemental Mailings.

11.    After the initial mailings to Known Asbestos Claimants and Employees and Contractors, the Debtors shall make supplemental mailings of notices or Asbestos Bar Date Packages to Known Asbestos Claimants or Employees and Contractors, in the event that: (a) notices are returned by the post office with forwarding addresses; or (b) certain parties acting on behalf of parties in interest decline to pass along notices to these parties and instead return their names and addresses to the Debtors for direct mailing.  In this regard, the Debtors shall make supplemental mailings of the Asbestos Bar Date Package in these and similar circumstances at any time up to 21 days in advance of the Asbestos Bar Date, with any such mailings being deemed timely and the Asbestos Bar Date being applicable to the recipient creditors.

12.    Within 21 days in advance of the Asbestos Bar Date, the Debtors shall establish supplemental bar dates ("Supplemental Bar Dates") with respect to Known Asbestos Claimants or Employees and Contractors, in the event that:  (a) notices are returned by the post office with forwarding addresses; or (b) certain parties acting on behalf of parties in interest decline to pass along notices to these parties and instead return their names and addresses to the Debtors for direct mailing.  With respect to such Supplemental Bar Date, the Debtors shall:  (a) file a notice of the Supplemental Bar Date with the Court, and (b) mail notice of the Supplemental Bar Date to the applicable claimants subject to the Supplemental Bar Date.  The Supplemental Bar Date shall be established on a date that is no later than 21 days from the date on which the Asbestos Bar Date Package was mailed to the applicable claimants.

### D.    Publication of Asbestos Bar Date Notice.

13.    No later than September 13, 2015, the Debtors shall cause the Publication Notice, substantially in the form attached hereto as **Exhibit 4**, to be published to each of the publications

discussed in the Notice Plan.  To the extent it is not possible to cause the Asbestos Publication Notice to be published to a particular publication on the timelines provided in the Notice Plan, the Debtors shall cause the Asbestos Publication Notice to be published as close to these timelines as reasonably practicable, *provided*, *however*, that a failure to publish the Asbestos Publication Notice to a particular publication in the Notice Plan on the timelines provided in this paragraph, despite good faith efforts to do so, shall not be considered noncompliance with this Asbestos Bar Date Order and shall not excuse any creditor from filing a proof of claim or from any other requirement of this Asbestos Bar Date Order.  At the Debtors' election, the Debtors may publish the Asbestos Publication Notice in additional publications.

**E.    Dedicated Website and Toll-Free Number.**

14.    The Debtors shall establish the Asbestos Bar Date Website and the Toll-Free Number as soon as practicable but in no event later than July 30, 2015.  The Asbestos Bar Date Website and Toll-Free Number will be prominently displayed in all printed notice documents and other paid advertising.

**F.    Internet Banner Advertising and Sponsored Search Listings.**

15.    No later than August 29, 2015, the Debtors shall (i) place Banner Advertisements linking to the Asbestos Bar Date Website on the following websites or advertising networks: *AARP.com, Conversant Ad Network, Facebook, MSN* and *Yahoo! Ad Network*, and (ii) establish sponsored Internet search listings linking to the Asbestos Bar Date Website from the Google, Yahoo!, and Bing search engines, triggered by an Internet user's entry of specified key search terms.

**G.    Informational Release.**

16.    No later than July 30, 2015, the Debtors shall distribute the Informational Release, substantially in the form attached hereto as **Exhibit 5**, to approximately 4,200

12

print/broadcast and 5,500 online press outlets throughout the United States for potential dissemination as a news story. The Informational Release will include the Asbestos Bar Date Website address and the Toll-Free Number.

### H. Labor Union Outreach.

17. No later than July 30, 2015, the Debtors shall distribute the Informational Release and other relevant documents to labor unions known to represent current and former employees of the Debtors and/or the Debtors' predecessors who may have been exposed to asbestos, for further distribution to such current and former employees. If a labor union provides the Debtors additional last known addresses for Employees and Contractors, the Debtors shall, no later than 15 days after receipt, mail the Asbestos Bar Date Package to the addresses provided.

### VI. Consequences of Failure to File a Proof of Claim.

18. **Any entity or person who is required, but fails, to file a proof of claim in accordance with this Asbestos Bar Date Order on or before the Asbestos Bar Date shall be prohibited from voting to accept or reject any plan of reorganization filed in these chapter 11 cases with respect to such Asbestos Claim, participating in any distribution in these chapter 11 cases on account of such Asbestos Claim, or receiving further notices regarding such Asbestos Claim.**

### VII. Notice of the Asbestos Bar Date.

19. Notice of the Asbestos Bar Date as set forth in this Asbestos Bar Date Order and in the manner set forth herein constitutes adequate and sufficient notice of the Asbestos Bar Date and satisfies the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

## VIII.    Miscellaneous.

20.    The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Asbestos Bar Date Order in accordance with the Motion.

21.    The terms and conditions of this Asbestos Bar Date Order shall be immediately effective and enforceable upon entry of the Asbestos Bar Date Order.

22.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Asbestos Bar Date Order.

Wilmington, Delaware
Dated: _____, 2015

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## **EXHIBIT 1**

**Proof of Claim Form**

# ASBESTOS PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**COURT USE ONLY**

| Name of Debtor: | Case Number: |
|---|---|

**NOTE: Do not use this form to make a claim for an administrative expense that arises _after_ the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.**

Name and address where notices should be sent:

❑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**

_(If known)_ _____

Filed on: _____

Telephone number:          Email:

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above) :

**COURT USE ONLY**

Telephone number:          Email:

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❑  Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❑  Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❑  Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❑  Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❑  Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❑  Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

**Amount entitled to priority:**

$_____

**1.    Amount of Claim as of Date Case Filed:**          $_____
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❑  Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.    Basis for Claim:** _____
(See instruction #2)

**3.    Last four digits of any number by which creditor identifies debtor:** ____ ____ ____ ____
    **3a.  Debtor may have scheduled account as:** _____
(See instruction #3a)

**4.    Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**

$_____

**Nature of property or right of setoff:**
❑ Real Estate    ❑ Motor Vehicle    ❑ Other

**Describe:** _____
**Value of Property: $**_____
**Annual Interest Rate** _____% ❑ Fixed  or  ❑ Variable
**(when case was filed)**

**Basis for perfection:** _____

**Amount of Secured Claim:**  $_____

**Amount Unsecured:**  $_____

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $**_____ (See instruction #6)

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8.    Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. _(See instruction #8 and definition of "redacted".)_

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9.    Signature:** (See instruction #9)    Check the appropriate box:
❑ I am the creditor.    ❑ I am the creditor's authorized agent.    ❑ I am the trustee, or the debtor, or their    ❑ I am a guarantor, surety, indorser, or other codebtor.
        (Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Address, telephone number, and email
(if different from notice address above):

Print Name: _____
Title: _____
Company: _____

(Signature)

(Date)

Telephone number: _____
Email: _____

_Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571._

Case 14-10979-CSS   Doc 5100-1   Filed 07/23/15   Page 18 of 38

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

http://www.efhcaseinfo.com

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

_____ **D E F I N I T I O N S** _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**If by First Class Mail:**

**Energy Future Holdings Corp. Claims Processing Center**
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**If by Hand Delivery or Overnight Mail:**

**Energy Future Holdings Corp. Claims Processing Center**
c/o Epiq Bankruptcy Solutions, LLC
**10300 SW Allen Blvd**
Beaverton, OR 97005

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____ **I N F O R M A T I O N** _____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (http://www.efhcaseinfo.com) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## EXHIBIT 2

**Unmanifested Asbestos Claim Form**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

Case 14-10979-CSS   Doc 5160-1   Filed 07/29/15   Page 20 of 38

**Claim Deadline**
**December 14, 2015, at 5:00 p.m.,**
**prevailing Eastern Time**

# Unmanifested Asbestos Injury Claim Form

As part of this bankruptcy, there are two types of claims related to exposure to asbestos: manifested and unmanifested.  You could be affected if you or a family member worked at any of the power plants as an employee, a contractor or in any other role.

**Manifested Claims.**  If you have any sign of illness today which you believe is related to asbestos exposure, this is called a "manifested claim."  Anyone who has a manifested claim related to Energy Future Holdings Corp. and certain subsidiaries (the "Debtors") should <u>not</u> complete this claim form.  Instead, complete an Official Form 10 (available at www.EFHAsbestosClaims.com).  The manifested claim process can be complex and you are encouraged to have an attorney assist you, although you can submit an Official Form 10 without the help of an attorney.

**Unmanifested Claims.**  The other type of asbestos exposure claim is for "unmanifested" asbestos injury.  No attorney is necessary to assist you to file an unmanifested claim, although you are free to consult an attorney.  An unmanifested claim means:

(1) you may have been exposed to asbestos from any of the power plants included in this process; and
(2) you do not have any sign of illness related to asbestos exposure today.

**Why are family members included?**  Family members are included because you could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse's or parent's clothing).  You may also file a claim on behalf of a deceased family member.

**Which power plants are included?**  You or a family member could have been exposed at any of the power plants related to EFH.  These power plants were located across the United States and some in foreign countries.  A list of the included power plants is available at www.EFHAsbestosClaims.com.

**What is asbestos?**  Asbestos is a fiber that was often used as insulation in walls, wires, pipes, boilers, generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes.  Workers responsible for building and maintaining power plants and equipment also wore insulated clothing or gear that may have contained asbestos.  Virtually all power plants built before 1980 used or contained asbestos-containing products.

Asbestos-related illness can occur 50 years after exposure to asbestos or longer.  Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis.

**Why should I submit a claim?**  If you believe that you or a family member were exposed to asbestos at any included plant, submitting this claim form by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** will preserve your right to file a claim for money in the future should you develop an asbestos-related illness.  You may also submit your Unmanifested Asbestos Injury Claim Form online at www.EFHAsbestosClaims.com.

**What happens if I do not submit a claim?**  If you do not file a claim now, you will forever lose your right to bring an asbestos injury claim against the Debtors and receive money, even if you develop an asbestos-related illness in the future.

**CERTIFICATIONYOUR INFORMATION**

Name _____

Street Address _____

City, State, ZIP Code _____

Phone Number _____

Email Address _____

Social Security No. _____   Date of Birth _____

**Questions?  Call 1-877-276-7311 or email info@EFHAsbestosClaims.com**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Unmanifested Asbestos
Injury Claim Form**
Page 2 of 2

**POSSIBLE ASBESTOS EXPOSURE**

I may have been exposed to asbestos because:

☐ I worked at an included plant.      ☐ A family member worked at included plant.

If your possible exposure to asbestos at an included plant was related to a family member (for example, if asbestos was brought home on your spouse's or parent's clothing), list that family member:

Family Member Name  _____

Relationship to You  _____

Identify plants at which asbestos exposure may have occurred (visit www.EFHAsbestos Claims.com for a list of included plants).

| Plant Name (if known) | Plant Location (if known) | Exposure Type | Estimated Exposure Dates (if known) |
|---|---|---|---|
|  |  | ☐ Myself<br>☐ Family Member |  |
|  |  | ☐ Myself<br>☐ Family Member |  |
|  |  | ☐ Myself<br>☐ Family Member |  |
|  |  | ☐ Myself<br>☐ Family Member |  |

I certify that the information I have provided is true, accurate and complete to the best of my knowledge.

Signature  _____  Date  _____

☐ Signed by representative (attach proof of representation)

**Submit your claim form so it is RECEIVED by <u>December 14, 2015, at 5:00 p.m., prevailing Eastern Time</u> to:**

**If by <u>First-Class Mail</u>:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**If by <u>Email</u>**:  info@EFHAsbestosClaims.com

**If by <u>Fax</u>:**      1-844-747-5727

**If by <u>Hand Delivery</u> or <u>Overnight Mail</u>:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

You may also submit your claim online at www.EFHAsbestosClaims.com.

**Questions?  Call 1-877-276-7311 or email info@EFHAsbestosClaims.com**

## **EXHIBIT 3**

**Asbestos Bar Date Notice**

# Power Plant Employees and Contractors

## If you or a family member ever worked at a power plant, you could have been exposed to asbestos.

## To keep your right to compensation if you become ill in the future (or have asbestos-related illness today), you must submit a claim by December 14, 2015, at 5:00 p.m., prevailing Eastern Time

A bankruptcy has been filed by Energy Future Holding Corp., Ebasco Services, Inc. EECI, Inc. and certain subsidiaries ("EFH"). EFH owned, operated, maintained, or built certain power plants across the United States and in other countries where asbestos was present.  Workers at these power plants (and family members and others who came into contact with these workers) may have been exposed to asbestos.

Under the supervision of the Court, EFH is seeking a "clean start" by restructuring its debts. As part of this process, the Court has decided that anyone who has a claim today against EFH for asbestos-related illness or who may develop asbestos-related illness in the future, must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation now or in the future (the "Asbestos Bar Date")

### Which power plants are included?

Power plants related to EFH in which asbestos exposure may have occurred were located across the United States and in foreign countries. The list of included power plants is provided at the end of this notice.

### How could this affect me?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor or in any other role. You also could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing). You may also file a claim on behalf of a deceased family member.

### What are my options?

If you believe that you or a family member may have been exposed to asbestos at an included plant, submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time**.  Even if you have not been diagnosed with disease or experienced symptoms, you must make a claim to preserve your right to compensation if you develop asbestos-related illness in the future.  You can submit a claim yourself or you can ask a lawyer to help you.

## Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com

SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.

If you do not submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** and later develop asbestos-related disease, you will not be eligible for compensation.

This notice explains your options regarding the Court's order related to asbestos claims ("Asbestos Bar Date Order"), how to submit an asbestos claim and the consequences of doing nothing.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

2

## WHAT THIS NOTICE CONTAINS

**BACKGROUND INFORMATION** ........................................................................................ **PAGE 4**
    1.  What is this bankruptcy case about?
    2.  Why has this notice been issued?
    3.  What companies are part of EFH?
    4.  Who is this notice being provided to?

**ASBESTOS EXPOSURE** ................................................................................................. **PAGE 6**
    5.  What is asbestos?
    6.  What is asbestos exposure?
    7.  Which power plants are included?
    8.  What is asbestos-related illness?
    9.  If I may have been exposed to asbestos and am not ill, why should I submit a claim?
   10.  What does the term "Asbestos Claim" include?

**WHO SHOULD SUBMIT AN ASBESTOS CLAIM** ........................................................... **PAGE 7**
   11.  Should I submit an Asbestos Claim?
   12.  Why are family members included?
   13.  What if I am an EFH employee?
   14.  What is the difference between a manifested and an unmanifested claim?
   15.  Which claim form should I submit?
   16.  What if I am not sure if I should submit a claim?
   17.  Will I get money if I submit a claim?
   18.  What is the deadline to submit an Asbestos Claim?

**UNMANIFESTED CLAIMS (No Current Illness or Injury)** ............................................. **PAGE 9**
   19.  How do I complete an Unmanifested Claim?
   20.  How do I submit an Unmanifested Claim?

**MANIFESTED CLAIMS (For Current Injury)** ............................................................... **PAGE 9**
   21.  What are the requirements for completing a Manifested Claim?
   22.  How do I submit a Manifested Claim?
   23.  Reservation of Debtors' Rights.

**IF YOU DO NOTHING** ................................................................................................. **PAGE 11**
   24.  What if I do not submit a claim by the deadline?

**GETTING MORE INFORMATION** .................................................................................. **PAGE 11**
   25.  How do I get more information?

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

Si DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.

# BACKGROUND INFORMATION

## 1. What is this bankruptcy case about?

A bankruptcy has been filed by Energy Future Holding Corp., Ebasco Services, Inc. EECI, Inc. and certain subsidiaries ("EFH"). EFH owned, operated, maintained, or built certain power plants across the United States and in other countries where asbestos was present. Workers at these power plants (and family members and others who came into contact with these workers) may have been exposed to asbestos.

Under the supervision of the Court, EFH is seeking a "clean start" by restructuring its debts. As part of that process, anyone who has a claim today against EFH for asbestos-related illness, or who may develop asbestos-related illness in the future, must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation from EFH now or in the future.

## 2. Why has this notice been issued?

The Court's Asbestos Bar Date Order directed that this notice be issued. The Asbestos Bar Date Order provides that if you were exposed to asbestos from a power plant related to EFH, you must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation either now or in the future. Capitalized terms used that are not otherwise defined in this notice have the meaning as defined in the Asbestos Bar Date Order.

## 3. What companies are part of EFH?

EFH is comprised of the following companies that are included in this bankruptcy.

| | |
|---|---|
| Energy Future Holdings Corp. | EFH CG Holdings Company LP |
| 4Change Energy Company | EFH CG Management Company LLC |
| 4Change Energy Holdings LLC | EFH Corporate Services Company |
| Big Brown 3 Power Company LLC | EFH Finance (No. 2) Holdings Company |
| Big Brown Lignite Company LLC | EFH FS Holdings Company |
| Big Brown Power Company LLC | EFH Renewables Company LLC |
| Brighten Energy LLC | EFIH Finance Inc. |
| Brighten Holdings LLC | Energy Future Competitive Holdings Company LLC |
| Collin Power Company LLC | Energy Future Intermediate Holding Company LLC |
| Dallas Power & Light Company | ENSERCH Corporation |
| Dallas Power & Light Company, Inc. | Enserch Environmental Corporation |
| DeCordova II Power Company LLC | ESICORP, Inc. |
| DeCordova Power Company LLC | Generation Development Company LLC |
| Eagle Mountain Power Company LLC | Generation MT Company LLC |
| Ebasco Constructors, Inc. | Generation SVC Company |
| Ebasco Overseas Corporation | Industrial Generating Company |
| Ebasco Services of Canada Limited | Lake Creek 3 Power Company LLC |
| Ebasco Services, Inc. | Lone Star Energy Company, Inc. |
| Ebasco Trading Corp. | Lone Star Gas Company |
| EEC Holdings, Inc. | Lone Star Pipeline Company, Inc. |
| EECI Holdings, Inc. | LSGT Gas Company LLC |
| EECI, Inc. | LSGT SACROC, Inc. |
| EFH Australia (No. 2) Holdings Company | Luminant Big Brown Mining Company LLC |

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

| | |
|---|---|
| Luminant Energy Company LLC | Texas Utilities Generating Company, Inc. |
| Luminant Energy Trading California Company | Tradinghouse 3 & 4 Power Company LLC |
| Luminant ET Services Company | Tradinghouse Power Company LLC |
| Luminant Generation Company LLC | TXU Big Brown Company LP |
| Luminant Holding Company LLC | TXU Corp. |
| Luminant Mineral Development Company LLC | TXU DeCordova Company LP |
| Luminant Mining Company LLC | TXU Electric Company |
| Luminant Renewables Company LLC | TXU Electric Company, Inc. |
| Martin Lake 4 Power Company LLC | TXU Electric, Inc. |
| Monticello 4 Power Company LLC | TXU Energy Company LLC |
| Morgan Creek 7 Power Company LLC | TXU Energy Receivables Company LLC |
| NCA Development Company LLC | TXU Energy Retail Company LLC |
| NCA Resources Development Company LLC | TXU Energy Services Company |
| Oak Grove Management Company LLC | TXU Energy Solutions Company LLC |
| Oak Grove Mining Company LLC | TXU Gas Company |
| Oak Grove Power Company LLC | TXU Gas Company LP |
| Sandow Power Company LLC | TXU Generation Company |
| Southwestern Electric Service Company, Inc. | TXU Generation Company LP |
| TCEH Finance, Inc. | TXU Handley Company LP |
| Texas Competitive Electric Holdings Company LLC | TXU Mining Company |
| Texas Electric Service Company | TXU Mining Company LLC |
| Texas Electric Service Company, Inc. | TXU Mining Company LP |
| Texas Energy Industries Company, Inc. | TXU Mountain Creek Company LP |
| Texas Energy Industries, Inc. | TXU Receivables Company |
| Texas Power & Light Company | TXU Retail Services Company |
| Texas Power & Light Company, Inc. | TXU SEM Company |
| Texas Utilities Company | TXU Tradinghouse Company LP |
| Texas Utilities Company, Inc. | TXU US Holdings Company |
| Texas Utilities Electric Company | TXU Valley Company LLC |
| Texas Utilities Electric Company, Inc. | Valley NG Power Company LLC |
| Texas Utilities Generating Company | Valley Power Company LLC |

## 4. Who is this notice being provided to?

The following people (if they are known to EFH) are being provided this notice directly.

- Current and former EFH employees who may have worked at an EFH facility.
- People who may have performed work at an EFH facility. This includes people who worked for a vendor, contractor or subcontractor.
- People who may have been present at an EFH facility in any other role.
- People who may have worked for an entity retained by EFH as vendor, contractor or in any other capacity.
- People who may have performed work for an unrelated entity at a site in which EFH also performed work.
- People who have a pending asbestos lawsuit against EFH.
- People who have a pending asbestos lawsuit against a party other than EFH and EFH has agreed to indemnify or compensate that party for loss or damage.
- Anyone who requests a copy of this notice.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

## ASBESTOS EXPOSURE

### 5. What is asbestos?

Asbestos is a fiber that was used as insulation in walls, wires, pipes, boilers and generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes. Workers responsible for building and maintaining power plants and equipment also wore insulated clothing or gear that may have contained asbestos. Virtually all power plants built before 1980 used or contained asbestos-containing products.

### 6. What is asbestos exposure?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role. You also could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing).

### 7. Which power plants are included?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role.  The included power plants were located across the United States and in some foreign countries. A list of the included power plants is provided at the end of this notice.

### 8. What is asbestos-related illness?

Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis. Even if your exposure to asbestos was many years ago and you are not sick today, this notice could affect you. Asbestos-related illness can occur 50 years or later after the exposure to asbestos.

### 9. If I may have been exposed to asbestos and am not ill, why should I submit a claim?

Under applicable law, you have a claim for asbestos exposure at the time you are exposed, not at the time when you become sick, which could be many years later.  As a result, if you believe you have been exposed to asbestos by EFH at an included power plant before April 29, 2014, you must file a claim now.  To be eligible for compensation related to exposure to asbestos, you must file a claim whether or not an injury or disease has been diagnosed and whether or not you have a claim under state law.

### 10. What does the term "Asbestos Claim" include?

"Asbestos Claim" means any claim for:

- exposure to asbestos

- personal injury related to exposure to asbestos, or

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

- wrongful death related to exposure to asbestos.

Asbestos Claims may include claims for any relief of any kind whatsoever, including claims for damages or payment as well as non-monetary claims.

Asbestos Claims include claims that:

- Have been settled or are in the process of being settled but are unpaid.
- Are based on a judgment or verdict but are unpaid.

## WHO SHOULD SUBMIT AN ASBESTOS CLAIM

### 11. Should I submit an Asbestos Claim?

Anyone who has a claim today against EFH for asbestos-related illness or who may develop asbestos-related illness in the future, must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation from EFH now or in the future.

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role.

### 12. Why are family members included?

Family members are included because you could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing).  You may also file a claim on behalf of a deceased family member.

### 13. What if I am an EFH employee?

A current EFH employee must submit a claim by the Asbestos Bar Date for any claim related to possible exposure to asbestos before April 29, 2014.  This includes an Asbestos Claim that has not developed a current illness or injury, and whether or not such Asbestos Claim is valid or could be made under non-bankruptcy law.

### 14. What is the difference between a manifested and an unmanifested claim?

As part of this bankruptcy, there are two types of Asbestos Claims: manifested and unmanifested.

**Manifested Claim.**  If you have any sign of illness today which you believe is related to asbestos exposure, you have what is called a "manifested claim."  Anyone who has a manifested claim related to EFH should complete an Official Form 10.  The manifested claim process can be complex and you are encouraged to ask a lawyer to help you, although you can submit an Official Form 10 without an attorney.

If you have already brought a claim against EFH relating to asbestos exposure, you still have to complete and submit an Official Form 10.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

7

**Unmanifested Claim.**  The other type of asbestos exposure claim is for an "unmanifested" asbestos injury or illness.  This means:

(1) you may have been exposed to asbestos from any of the power plants included in this bankruptcy; and

(2) you do not have any sign of illness related to asbestos exposure today.

The unmanifested claim process is simple and filling out a form should only take a few minutes. You do not need an attorney to fill out and file an Unmanifested Asbestos Injury Claim Form (though you may hire one if you choose).

Both Official Form 10 and the Unmanifested Asbestos Injury Claim Form are included with this notice and available at the website.

| 15. Which claim form should I submit? |
| --- |

If you have a Manifested Claim, you should submit an Official Form 10.  If you have an Unmanifested Claim, you should submit the Unmanifested Asbestos Injury Claim Form.

Both Official Form 10 and the Unmanifested Asbestos Injury Claim Form are included with this notice and available at the website.

| 16. What if I am not sure if I should submit a claim? |
| --- |

If you are not sure if you should submit a claim, it is a good idea to make a claim to keep your right to compensation now or in the future. Certain groups of people may not need to file a claim. You can review the Asbestos Bar Date Order for a list of people who do not.  It is unusual to not need to file a claim.  If you have any doubt, it is a good idea to file one.

You may want to talk with your lawyer about whether to submit a claim and about any questions you have that are not covered by this notice.

| 17. Will I get money if I submit a claim? |
| --- |

Receiving this notice does not mean that you were exposed to asbestos or that you are eligible to receive money now.  If you are not ill today, submitting a claim keeps your right to receive compensation if you become ill in the future.

| 18. What is the deadline to submit an Asbestos Claim? |
| --- |

Your Asbestos Claim must be received by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** in order to be eligible for compensation now or in the future.  This deadline is also called the Asbestos Bar Date.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

## UNMANIFESTED CLAIMS (NO CURRENT ILLNESS OR INJURY)

### 19. How do I complete an Unmanifested Claim?

If you are not ill today, use the Unmanifested Asbestos Injury Claim Form which is included with this notice and available at the website. Completing the Unmanifested Asbestos Injury Claim Form should take about five minutes. In addition to basic contact information (name, address), the claim form asks how and where you may have been exposed to asbestos related to EFH to the extent you know.

### 20. How do I submit an Unmanifested Claim?

You may submit an Unmanifested Claim online at www.EFHAsbestosClaims.com. If you want to use the paper Unmanifested Asbestos Injury Claim Form, you may submit the form in any of the following ways:

**If by __Fax__**:      1-844-747-5727

**If by __Email__**:    info@EFHAsbestosClaims.com

**If by __First-Class Mail__**:

> Energy Future Holdings Corp. Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> P.O. Box 4420
> Beaverton, OR 97076-4420

**If by __Hand Delivery__ or __Overnight Mail__**:

> Energy Future Holdings Corp. Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> 10300 SW Allen Blvd
> Beaverton, OR 97005

## MANIFESTED CLAIMS (FOR CURRENT INJURY)

### 21. What are the requirements for completing a Manifested Claim?

To submit a Manifested Claim (if you have any sign of illness today), use Official Form 10 which is included with this notice and available at the website.

To be considered, your Manifested Claim must satisfy all of the following requirements.

(a)    *Language*. The claim must be written in English.

(b)    *Claim Amount.* The claim must include an amount in United States dollars.

(c)    *Signature.* The claim must be signed by the claimant or by an authorized agent or legal representative of the claimant. If signed on behalf of the claimant, proof of representation must be provided with the claim.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

(d)  ***Original Signature Required***.  Only an *original* claim may be deemed acceptable for purposes of claims administration.

(e)  ***Identification of the Debtor Entity***.  Each claim must clearly identify the Debtor against which a claim is asserted, including the individual Debtor's case number.  In case of inconsistency between the name of the identified Debtor and the Debtor's case number, the claim will be filed against the Debtor identified by name.  A claim filed under the joint administration case number (No. 14-10979 (CSS)) or otherwise without identifying a specific Debtor, will be deemed as filed only against EECI, Inc.

(f)  ***Claim Against Multiple Debtor Entities***.  Each claim must state a claim against *only one* Debtor and clearly indicate the Debtor against which the claim is asserted.  To the extent more than one Debtor is listed on the proof of claim, such claim may be treated as if filed only against EECI, Inc.

(g)  ***Special Provision for Identification of Debtor Entity for Asbestos Claims.***  An Asbestos Claim will be allowed even if the claim was filed against the incorrect Debtor and will be treated as properly filed against each Debtor or Debtors which owned, operated, built or maintained an identified facility; *provided*, *however*, that the Debtors reserve the right to make other objections with respect to the claim, including reclassifying the Debtor(s) subject to the claim.

(h)  ***Certification.***  Any lawyer or other person who acts as filing agent for a proof of claim on behalf of anyone holding an Asbestos Claim must certify, under penalty of perjury, that such agent has received certification from the claimant as of the date of filing of the claim that the information contained in the claim is true, accurate, and complete.

(i)  ***Supporting Documentation***.  Each claim must include supporting documentation in compliance with Bankruptcy Rules 3001(c) and 3001(d).  If this documentation is voluminous, upon prior written consent of Debtors' counsel, the claim may include a summary of the documentation or an explanation of why the documentation is not available; *provided*, *however*, that any claimant who received such written consent will be required to transmit the summary to Debtors' counsel upon request no later than ten days from the date of the request.

(j)  ***Receipt of Service***.  Claimants wishing to receive acknowledgment that their proofs of claim were received by the claims administrator (Epiq Bankruptcy Solutions, LLC, or "Epiq") must submit (i) a copy of the claim form (clearly marked on its face as "COPY") and (ii) a self-addressed, stamped envelope (in addition to the original claim form sent to Epiq).

## 22. How do I submit a Manifested Claim?

Each Manifested Claim must be filed, including supporting documentation, by U.S. Mail or other hand delivery system, so it is received by the claims administrator on or before **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** at one of the following addresses:

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

**If by <u>First-Class Mail</u>**:

>Energy Future Holdings Corp. Claims Processing Center
>c/o Epiq Bankruptcy Solutions, LLC
>P.O. Box 4420
>Beaverton, OR 97076-4420

**If by <u>Hand Delivery</u> or <u>Overnight Mail</u>**:

>Energy Future Holdings Corp. Claims Processing Center
>c/o Epiq Bankruptcy Solutions, LLC
>10300 SW Allen Blvd
>Beaverton, OR 97005

Any Manifested Claim submitted by fax or email will <u>not</u> be considered.

If you are not sure if you should submit a claim, it is a good idea to make a claim to preserve your right to compensation now or in the future. You may want to talk with your lawyer about whether to submit a claim and about any questions you have that are not covered by this notice.

| 23. Reservation of Debtors' Rights. |
| --- |

Nothing contained in this Notice is intended to or should be taken as the Debtors' giving up their right to: (a) defend against, any filed claim or any claim listed or reflected in the Schedules related to the nature, amount, liability, or claim classification thereof; (b) subsequently designate any scheduled claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

## IF YOU DO NOTHING

| 24. What if I do not submit a claim by the deadline? |
| --- |

If you do not file a claim now, you will lose your right to bring an asbestos injury claim against the Debtors and receive money, even if you develop an asbestos-related illness in the future. This means you will not be able to have a say in the voting and share in money provided for asbestos claimants under any bankruptcy plan of reorganization in EFH's bankruptcy cases.

## GETTING MORE INFORMATION

| 25. How do I get more information? |
| --- |

Visit http://www.EFHCaseInfo.com to view the Debtors' Schedules, the Asbestos Bar Date Order, and other information regarding these bankruptcy cases.

If you have questions, call 1-877-276-7311 or send an email to info@EFHAsbestosClaims.com. You may also send a letter to: Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, P.O. Box 4420, Beaverton, OR 97076-4420.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

## EXHIBIT 4

**Publication Notice**

**LEGAL NOTICE**

# Power Plant Employees and Contractors

## If you or a family member ever worked at a power plant, you could have been exposed to asbestos.

### To keep your right to compensation if you become ill in the future (or have asbestos-related illness today), you <u>must</u> submit a claim by <u>December 14, 2015, at 5:00 p.m., prevailing Eastern Time</u>.

Energy Future Holdings Corp., Ebasco Services, Inc., EECI, Inc. and certain subsidiaries ("EFH") owned, operated, maintained, or built certain power plants across the United States and in other countries where asbestos was present. Workers at these power plants (and family members and others who came into contact with these workers) may have been exposed to asbestos.

Anyone who has a claim today against EFH for asbestos-related illness or who may develop an asbestos-related illness in the future, must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation now or in the future.

### What is asbestos?

Asbestos is a fiber which was used as insulation in walls, wires, pipes, boilers, generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes. Workers responsible for building and maintaining power plants and equipment also wore insulated clothing or gear that may have contained asbestos. Virtually all power plants built before 1980 used or contained asbestos-containing products.

Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis. Even if your exposure to asbestos was many years ago and you are not sick today, this notice could affect you. Asbestos-related illness can occur decades and even 50 years after the exposure to asbestos that caused the illness.

### Which power plants are included?

You or a family member could have been exposed at any of the power plants related to EFH. These power plants are located across the United States and some in foreign countries. For a list of the included power plants, visit the website below or call 1-877-276-7311.

### How could this affect me?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role. You also could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing). You may also file a claim on behalf of a deceased family member.

### What do I do now?

If you believe that you or a family member may have been exposed to asbestos at an included plant, submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time**. Go to www.EFHAsbestosClaims.com to submit your claim online. To get a paper claim form, visit the website or call 1-877-276-7311. Submitting a claim preserves your right to ask for money if you develop asbestos-related illness in the future.

You can submit a claim yourself or you can ask a lawyer to help you. If you are not ill today, completing a claim takes about five minutes.

### What if I do nothing?

If you do not submit a claim and later develop asbestos-related disease, you will **not** be eligible for compensation from EFH. Even if you have not been diagnosed with disease or experienced symptoms, you must make a claim to preserve your right to compensation if you develop an asbestos-related illness in the future.

### File a Claim Now

Go to www.EFHAsbestosClaims.com to file a claim online or call 1-877-276-7311 to request a claim form be sent to you.

**1-877- 276-7311  ■  www.EFHAsbestosClaims.com**

## <u>EXHIBIT 5</u>

### Informational Release

**Energy Future Holdings Corp. Bankruptcy Establishes Deadline for Filing Claims Related to Current or Future Asbestos Injury**

**Wilmington, Delaware, July 30, 2015**/ PR Newswire/ --- Energy Future Holdings Corp., Ebasco Services, Inc., EECI, Inc. and certain subsidiaries ("EFH") owned, operated, maintained, or built certain power plants across the United States and in other countries where asbestos was present. Workers at these power plants (and family members and others who came into contact with these workers) may have been exposed to asbestos.

Anyone who has a claim today against EFH for asbestos-related illness or who may develop an asbestos-related illness in the future, must submit a claim by **December 14, 2015** to be eligible for compensation now or in the future.

Asbestos is a fiber which was used as insulation in walls, wires, pipes, boilers, generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes. Workers responsible for building and maintaining power plants and equipment also wore insulated clothing or gear that may have contained asbestos. Virtually all power plants built before 1980 used or contained asbestos-containing products.

Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis. Even if an individual's exposure to asbestos was many years ago and they are not sick today, this notice could affect them. Asbestos-related illness can occur decades and even 50 years after the exposure to asbestos that caused the illness.

Workers or a family member could have been exposed at any of the power plants related to EFH. These power plants were located across the United States and some in foreign countries. For a list of the included power plants, visit the website below or call 1-877-276-7311.

Individuals could have been exposed to asbestos if they or a family member worked at any of the included power plants as an employee, a contractor, or in any other role. Individuals also could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on a spouse or parent's clothing). Claims may also be filed on behalf of a deceased family member.

For anyone who may have been exposed to asbestos at an included plant, the deadline to submit a claim is **December 14, 2015 at 5:00 P.M. Eastern**. Claims can be filed online at www.EFHAsbestosClaims.com. Paper claim forms can be downloaded from the website or requested by calling 1-877-276-7311. If an individual is not ill today, completing a claim form takes about five minutes.

Those who do not submit a claim and later develop asbestos-related disease will not be eligible for compensation from EFH. Even workers who have not been diagnosed with disease or have not experienced symptoms must file a claim to preserve their right to compensation if they develop an asbestos-related illness in the future.

# # #

/CONTACT: Press Only: <mark>TBD</mark>
/URL: www.EFHAsbestosClaims.com
/SOURCE: United States Bankruptcy Court for the District of Delaware