## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Professional Retention (30070) | 4.10 | $3,431.50 |
| Fee Applications (30090) | 87.40 | $51,689.20 |
| Inter-company Issues (30240) | 31.90 | $31,375.00 |
| Sponsor Matters (30260) | 7.60 | $6,760.00 |
| Clean Air Transport Rule (10040) | 151.60 | $114,001.10 |
| EPA July NOV (5th Circuit) (40060) | 4.30 | $3,904.20 |
| Counseling on Regulations for Existing Generating Units (40080) | 23.30 | $16,247.30 |
| SSM Regulation (40090) | 5.90 | $5,207.80 |
| **TOTALS:** | **316.10** | **$232,616.10** |