# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of November 1, 2014 to November 30, 2014 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $878 | 91.70 | $80,512.60 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $925 | 40.30 | $37,277.50 |
| Matthew A. Clemente | Partner | 1998 | Bankruptcy | $925 | 5.70 | $5,272.50 |
| James F. Conlan | Partner | 1988 | Bankruptcy | $1,150 | 8.30 | $9,545.00 |
| Peter D. Keisler | Partner | 1989 | Litigation | $970 | 16.20 | $15,714.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $809 | 13.50 | $10,921.50 |
| Eric D. McArthur | Partner | 2007 | Appellate | $624 | 21.30 | $13,291.20 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $775 | 13.60 | $10,540.00 |
| Timothy K. Webster | Partner | 1991 | Environmental | $693 | .90 | $623.70 |
|  |  |  |  |  |  |  |
| Benjamin Beaton | Associate | 2010 | Appellate | $537 | 16.30 | $8,753.10 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $665 | 27.00 | $17,955.00 |
| Joel F. Visser | Associate | 2009 | Environmental | $540 | 9.70 | $5,238.00 |
|  |  |  | **Attorney Totals** |  | **264.50** | **$215,644.10** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $345 | 35.00 | $12,075.00 |
| Duan M. Pryor | Paralegal | 21 years | Environmental | $295 | 16.60 | $4,897.00 |
|  |  |  | **Paraprofessional Totals** |  | **51.60** | **$16,972.00** |

|  |  |  |  | **Total Fees Requested** | **316.10** | **$232,616.10** |