# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary for November 1, 2014 to November 30, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $1,065.58 |
| Duplicating Charges | | $86.45 |
| Court Costs | | $198.00 |
| Ground Transportation | | $191.46 |
| Meals – Out of Town (Travel Meals) | | $180.14 |
| Telephone Tolls | | $241.54 |
| Travel Lodging | | $293.25 |
| **Total:** | | **$2,256.42** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## TCEH – Expense Summary for November 1, 2014 to November 30, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $1,065.58 |
| Duplicating Charges | | $73.35 |
| Ground Transportation | | $191.46 |
| Meals – Out of Town (Travel Meals) | | $136.15 |
| Telephone Tolls | | $31.35 |
| Travel/Lodging | | $293.25 |
| **Total:** | | **$1,791.14** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**EFH - Expense Summary for November 1, 2014 to November 30, 2014**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $13.10 |
| Court Costs | | $198.00 |
| Meals – Out of Town (Travel Meals) | | $43.99 |
| Telephone Tolls | | $210.19 |
| **Total:** | | **$465.28** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.