## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# NOVEMBER 2014
# EFH EXPENSES

SIDLEY AUSTIN LLP

Invoice Number: *****
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 03/13/14 | TEL | 03/12/14-Telephone Call (Non-Local) To: 17138905794 Houston, TX | $1.05 |
| 06/11/14 | TEL | 05/01/14-Telephone Charges Conference Call | 108.44 |
| 06/11/14 | TEL | 05/02/14-Telephone Charges Conference Call | 28.21 |
| 09/13/14 | TEL | 09/12/14-Telephone Call (Non-Local) To: 12129093035 | 1.05 |
| 11/07/14 | TEL | 10/27/14-Telephone Charges Conference Call | 36.05 |
| 11/07/14 | TEL | 10/06/14-Telephone Charges Conference Call | .31 |
| 11/08/14 | MLO | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 15, 2014 - Paul S. Caruso - Lunch - Travel on 9/15 to Philadelphia / Delaware for EFH Hearing - Cosi - While Traveling | 21.34 |
| 11/08/14 | MLO | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 16, 2014 - Paul S. Caruso - Meals Other - Travel on 9/15 to Philadelphia / Delaware for EFH Hearing - Currito - Philadelphia Airport - While Traveling | 22.65 |
| 11/08/14 | CPY | 11/07/14-Duplicating charges Time: 10:23:00 | 7.60 |
| 11/14/14 | TEL | 11/13/14-Telephone Call (Non-Local) To: 19084140371 | 2.70 |
| 11/14/14 | CPY | 11/13/14-Duplicating charges Time: 10:50:00 | .10 |
| 11/14/14 | CPY | 11/13/14-Duplicating charges Time: 16:16:00 | 1.00 |
| 11/19/14 | TEL | 11/18/14-Telephone Call (Non-Local) To: 12025515736 Washington, DC | 1.80 |
| 11/20/14 | CRT | 10/21/14 - COURTCALL LLC - 6539058 - Court Services | 198.00 |
| 11/21/14 | TEL | 10/21/14-Telephone Charges Conference Call Customer: AMG3849 MICHAEL T GUSTAFSON | 10.71 |
| 11/21/14 | TEL | 10/21/14-Telephone Charges Conference Call Customer: AMG5018 MICHAEL T GUSTAFSON | 18.07 |
| 11/21/14 | CPY | 11/19/14-Duplicating charges Time: 10:30:00 | 4.40 |
| 11/25/14 | TEL | 11/24/14-Telephone Call (Non-Local) To: 12127980808 | 1.80 |
| | | **Total Expenses** | **$465.28** |

# NOVEMBER 2014 EXPENSES FOR EPA MATTERS

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 06/28/14 | 06/27/14-Telephone Call (Non-Local) | $9.60 |
| 10/25/14 | 10/24/14-Telephone Call (Non-Local) | 3.00 |
| 10/29/14 | 10/28/14-Telephone Call (Non-Local) | 4.50 |
| 10/30/14 | 10/29/14-Telephone Call (Non-Local) | 4.65 |
| ~~10/31/14~~ | ~~10/31/14-Telephone Call (Non-Local)~~ | ~~2.10~~ |
| 11/04/14 | 11/03/14-Telephone Call (Non-Local) | 3.00 |
| 11/06/14 | 11/05/14-Telephone Call (Non-Local) | 3.15 |
| 11/18/14 | 11/17/14-Duplicating charges Time: 16:47:00 | 6.90 |
| 11/18/14 | 11/17/14-Duplicating charges Time: 16:38:00 | 12.00 |
| 11/21/14 | 11/20/14-Duplicating charges Time: 14:08:00 | 6.00 |
| 11/22/14 | 11/21/14-Duplicating Charges (Color) Time: 16:50:00 | 27.93 |
| 11/26/14 | 11/25/14-Duplicating Charges (Color) Time: 8:21:00 | 6.84 |
| 11/26/14 | 11/25/14-Duplicating Charges (Color) Time: 7:58:00 | 13.68 |
| | **Total Expenses** | **$103.35** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---:|
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 28, 2014 - Roger R. Martella, Jr. - Airfare - Meeting re regulatory strategy - United Airlines | $189.23 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 28, 2014 - Roger R. Martella, Jr. - Agent Fee - Meeting re regulatory strategy | 41.00 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 23, 2014 - Roger R. Martella, Jr. - Airfare - Meeting re regulatory strategy - United Airlines | 835.35 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 30, 2014 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting re regulatory strategy - While Traveling | 25.11 |
| 11/12/14 | 10/29/14-10/30/14 Washington D C to Austin - Oct 29, 2014 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting re regulatory strategy - To/From Airport | 39.24 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 30, 2014 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting re regulatory strategy - To/From Airport | 72.12 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 30, 2014 - Roger R. Martella, Jr. - Dinner - Meeting re regulatory strategy - Salt Lick BBQ - While Traveling | 11.85 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 29, 2014 - Roger R. Martella, Jr. - Meals Other - Meeting re regulatory strategy - Royal Blue Grocery - While Traveling | 4.87 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 29, 2014 - Roger R. Martella, Jr. - Dinner - Meeting re regulatory strategy - Ranch - While Traveling - Roger R. Martella, Jr. - Anne Idsal - 2 total attendees | 119.43 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 30, 2014 - Roger R. Martella, Jr. - Lodging - Meeting re regulatory strategy - Other (not listed) | 293.25 |
| 11/15/14 | 11/14/14-Telephone Call (Non-Local) | 1.35 |
| 11/24/14 | 10/26/14-10/30/14 Washington D.C. to Washington - Oct 30, 2014 - Roger R. Martella, Jr. - Parking - Addendum - parking expenses - To/From Airport | 54.99 |

**Total Expenses** $1,687.79