## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
### FOR THE PERIOD FROM DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Professional Retention (30070) | 14.00 | $9,958.00 |
| Fee Applications (30090) | 66.80 | $38,230.00 |
| Inter-company Issues (30240) | 21.60 | $21,121.50 |
| Sponsor Matters (30260) | 27.50 | $26,978.00 |
| Clean Air Transport Rule (10040) | 151.00 | $94,025.50 |
| Regional Haze Program (10050) | 11.40 | $10,142.60 |
| Counseling on Regulations for Existing Generating Units (40080) | 8.10 | $6,262.10 |
| SSM Regulation (40090) | .40 | $369.60 |
| **TOTALS:** | **300.80** | **$207,087.30** |