## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of December 1, 2014 to December 31, 2014 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $878 | 54.80 | $48,114.40 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $925 | 33.00 | $30,525.00 |
| Matthew A. Clemente | Partner | 1998 | Bankruptcy | $925 | 3.00 | $2,775.00 |
| James F. Conlan | Partner | 1988 | Bankruptcy | $1,150 | 19.10 | $21,965.00 |
| Peter D. Keisler | Partner | 1989 | Litigation | $970 | 18.00 | $17,460.00 |
| Kevin T. Lantry | Partner | 1991 | Bankruptcy | $1,100 | .30 | $330.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $809 | 6.50 | $5,258.50 |
| Eric D. McArthur | Partner | 2007 | Appellate | $624 | 22.60 | $14,102.40 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $775 | 6.20 | $4,805.00 |
|  |  |  |  |  |  |  |
| Benjamin Beaton | Associate | 2010 | Appellate | $537 | 23.00 | $12,351.00 |
| Michael T. Gustafson | Associate | 2010 | Bankruptcy | $615 | 4.40 | $2,706.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $665 | 34.80 | $23,142.00 |
| Joel F. Visser | Associate | 2009 | Environmental | $540 | 1.50 | $810.00 |
|  |  |  | **Attorney Totals** |  | **227.20** | **$184,344.30** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Randall C. Luce | Paralegal | 17 years | Litigation | $295 | 16.50 | $4,867.50 |
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $345 | 29.10 | $10,039.50 |
| John Meehan | Paralegal | 14 years | Litigation | $255 | 10.60 | $2,703.00 |
| Duan M. Pryor | Paralegal | 21 years | Environmental | $295 | 17.40 | $5,133.00 |
|  |  |  | **Paraprofessional Totals** |  | **73.60** | **$22,743.00** |

|  |  |  |  | **Total Fees Requested** | **300.80** | **$207,087.30** |
|---|---|---|---|---|---|---|