# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for**
**December 1, 2014 to December 31, 2014**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $9,598.04 |
| Document Services | | $12.94 |
| Ground Transportation | | $284.00 |
| Messenger | | $136.72 |
| Overtime (Late night taxi after hours) | | $22.00 |
| Telephone Tolls | | $6.96 |
| **Total:** | | **$10,060.66** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## TCEH – Expense Summary for December 1, 2014 to December 31, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $8,370.66 |
| Document Services | | $12.94 |
| Ground Transportation | | $284.00 |
| Messenger | | $136.72 |
| Overtime (Late night taxi after hours) | | $22.00 |
| **Total:** | | **$8,826.32** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## EFH - Expense Summary for December 1, 2014 to December 31, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $1,227.38 |
| Telephone Tolls | | $6.96 |
| **Total:** | | **$1,234.34** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.