## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# DECEMBER 2014 EFH EXPENSES

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
| --- | --- | --- | --- |
| 03/13/14 | TEL | 03/12/14-Telephone Call (Non-Local) To: 17138905794 Houston, TX | $1.05 |
| 06/11/14 | TEL | 05/01/14-Telephone Charges Conference Call | 108.44 |
| 06/11/14 | TEL | 05/02/14-Telephone Charges Conference Call | 28.21 |
| 09/13/14 | TEL | 09/12/14-Telephone Call (Non-Local) To: 12129093035 | 1.05 |
| 11/07/14 | TEL | 10/27/14-Telephone Charges Conference Call | 36.05 |
| 11/07/14 | TEL | 10/06/14-Telephone Charges Conference Call | .31 |
| 11/08/14 | MLO | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 15, 2014 - Paul S. Caruso - Lunch - Travel on 9/15 to Philadelphia / Delaware for EFH Hearing - Cosi - While Traveling | 21.34 |
| 11/08/14 | MLO | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 16, 2014 - Paul S. Caruso - Meals Other - Travel on 9/15 to Philadelphia / Delaware for EFH Hearing - Currito - Philadelphia Airport - While Traveling | 22.65 |
| 11/08/14 | CPY | 11/07/14-Duplicating charges Time: 10:23:00 | 7.60 |
| 11/14/14 | TEL | 11/13/14-Telephone Call (Non-Local) To: 19084140371 | 2.70 |
| 11/14/14 | CPY | 11/13/14-Duplicating charges Time: 10:50:00 | .10 |
| 11/14/14 | CPY | 11/13/14-Duplicating charges Time: 16:16:00 | 1.00 |
| 11/19/14 | TEL | 11/18/14-Telephone Call (Non-Local) To: 12025515736 Washington, DC | 1.80 |
| 11/20/14 | CRT | 10/21/14 - COURTCALL LLC - 6539058 - Court Services | 198.00 |
| 11/21/14 | TEL | 10/21/14-Telephone Charges Conference Call Customer: AMG3849 MICHAEL T GUSTAFSON | 10.71 |
| 11/21/14 | TEL | 10/21/14-Telephone Charges Conference Call Customer: AMG5018 MICHAEL T GUSTAFSON | 18.07 |
| 11/21/14 | CPY | 11/19/14-Duplicating charges Time: 10:30:00 | 4.40 |
| 11/25/14 | TEL | 11/24/14-Telephone Call (Non-Local) To: 12127980808 | 1.80 |
| 12/09/14 | CPY | 12/08/14-Duplicating Charges (Color) Time: 9:34:00 | 28.50 |
| 12/09/14 | CPY | 12/08/14-Duplication charges Time: 11:47:00 | .60 |
| 12/09/14 | CPY | 12/08/14-Duplication charges Time: 11:46:00 | .60 |
| 12/10/14 | TEL | 11/03/14-Telephone Charges Conference Call | 5.16 |
| 12/13/14 | CPY | 12/08/14-Williams Lea Digital Blow Backs - Color | 636.00 |
| 12/13/14 | CPY | 12/08/14-Williams Lea Digital Blow Backs (Type B) - B&W | 528.60 |
| 12/13/14 | CPY | 12/08/14-Miscellaneous Charges | 33.08 |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 12/09/14 | CPY | 12/08/14-Duplicating Charges (Color) Time: 9:34:00 | $28.50 |
| 12/09/14 | CPY | 12/08/14-Duplication charges Time: 11:47:00 | .60 |
| 12/09/14 | CPY | 12/08/14-Duplication charges Time: 11:46:00 | .60 |
| 12/10/14 | TEL | 11/03/14-Telephone Charges Conference Call | 5.16 |
| 12/13/14 | CPY | 12/08/14-Williams Lea Digital Blow Backs - Color | 636.00 |
| 12/13/14 | CPY | 12/08/14-Williams Lea Digital Blow Backs (Type B) - B&W | 528.60 |
| 12/13/14 | CPY | 12/08/14-Miscellaneous Charges | 33.08 |
| 12/31/14 | TEL | 12/30/14-Telephone Call (Non-Local) To: 12148122820 Dallas, TX | 1.80 |
| | | **Total Expenses** | **$1,234.34** |

# DECEMBER 2014 EXPENSES FOR EPA MATTERS

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 12/09/14 | 12/02/14-Williams Lea Digital Blow Backs (Type B) - B&W | $40.20 |
| 12/09/14 | 12/02/14-Binding | 1.72 |
| | **Total Expenses** | **$41.92** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 12/02/14 | 12/01/14-Duplication charges Time: 16:01:00 | $16.50 |
| 12/02/14 | 12/01/14-Duplicating Charges (Color) Time: 15:49:00 | 5.70 |
| 12/02/14 | 12/01/14-Duplicating Charges (Color) Time: 16:01:00 | 30.78 |
| 12/02/14 | 12/01/14-Duplicating Charges (Color) Time: 15:57:00 | 1.71 |
| ~~12/04/14~~ | ~~12/03/14-Duplicating Charges (Color) Time: 9:01:00~~ | ~~13.11~~ |
| 12/04/14 | 12/03/14-Duplicating Charges (Color) Time: 9:00:00 | 23.37 |
| 12/04/14 | 12/03/14-Duplicating Charges (Color) Time: 17:14:00 | 23.37 |
| 12/04/14 | 12/03/14-Duplicating Charges (Color) Time: 17:13:00 | 13.68 |
| 12/04/14 | 12/03/14-Duplicating Charges (Color) Time: 17:17:00 | 23.94 |
| 12/05/14 | 12/04/14-Duplicating Charges (Color) Time: 8:46:00 | 28.50 |
| 12/06/14 | 12/05/14-Duplicating charges Time: 17:18:00 | 6.00 |
| 12/09/14 | 12/08/14-Duplicating charges Time: 14:33:00 | .90 |
| 12/09/14 | 12/08/14-Duplicating charges Time: 14:28:00 | 6.30 |
| 12/09/14 | 12/08/14-Duplicating charges Time: 19:12:00 | .90 |
| 12/10/14 | 12/09/14-Duplicating Charges (Color) Time: 13:41:00 | 19.95 |
| 12/10/14 | 12/09/14-Duplication charges Time: 17:08:00 | .30 |
| 12/10/14 | 12/09/14-Duplicating charges Time: 11:18:00 | 8.55 |
| 12/11/14 | 12/10/14-Duplication charges Time: 11:07:00 | .45 |
| 12/11/14 | 12/10/14-Duplication charges Time: 19:32:00 | .45 |
| 12/12/14 | 12/08/14-Williams Lea Digital Blow Backs (Type B) - B&W | 4,911.90 |
| 12/12/14 | 12/08/14-Binding | 84.28 |
| 12/15/14 | Dec 04, 2014 - Benjamin Beaton - Dinner - Overtime Expenses (Dec. 4 - Dec. 5, 2014) | 9.75 |
| 12/15/14 | Dec 05, 2014 - Benjamin Beaton - Taxi/Car Service - Overtime Expenses (Dec 4 - Dec. 5, 2014) - Overtime | 12.25 |
| 12/16/14 | 12/10/14-Binding | 15.48 |
| 12/16/14 | 12/10/14-Binding | 15.48 |
| 12/16/14 | 12/10/14-Williams Lea Digital Blow Backs (Type B) - B&W | 82.35 |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Narrative | Amount |
|---|---|---|
| 12/16/14 | 12/10/14-Williams Lea Digital Blow Backs (Type B) - B&W | 78.30 |
| 12/16/14 | 12/10/14-Williams Lea Digital Blow Backs (Type B) - B&W | 1,019.85 |
| 12/16/14 | 12/10/14-Williams Lea Digital Blow Backs (Type B) - B&W | 1,714.20 |
| 12/16/14 | 12/10/14-Binding | 20.64 |
| 12/16/14 | 12/10/14-Binding | 30.96 |
| 12/19/14 | Hand labor duplicating-weekday | 8.44 |
| 12/23/14 | 12/22/14-Duplication charges Time: 11:31:00 | .60 |
| ~~12/23/14~~ | ~~12/22/14-Duplication charges Time: 11:56:00~~ | ~~.60~~ |
| 12/23/14 | 12/22/14-Duplication charges Time: 11:59:00 | .60 |
| 12/23/14 | 12/22/14-Duplication charges Time: 11:27:00 | 3.00 |
| 12/25/14 | 12/24/14-Duplicating charges Time: 13:08:00 | 24.60 |
| 12/29/14 | 12/15/2014 - WASHINGTON EXPRESS LLC - 116857 - FROM SIDLEY DC TO USDC 333 CONSTITUTION AVE. NEW., WASHINGTON, DC.-12/10/14 | 80.82 |
| 12/29/14 | 12/15/2014 - WASHINGTON EXPRESS LLC - 116857 - FROM SIDLEY DC TO USDC 333 CONSTITUTION AVE. NEW., WASHINGTON, DC.-12/11/14 | 10.58 |
| 12/29/14 | 12/15/2014 - WASHINGTON EXPRESS LLC - 116857 - FROM SIDLEY DC TO USDC 333 CONSTITUTION AVE. NEW., WASHINGTON, DC.-12/11/14 | 45.32 |
| 12/30/14 | Document Services 12/23/14 - FOLSER-BROWN, INC. - IN001019690 Binders | 12.94 |
| 12/31/14 | 12/19/14-Williams Lea Digital Blow Backs (Type B) - B&W | 93.00 |
| | **Total Expenses** | **$8,500.40** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 12/01/14 | 9/15/14 - SUNNY'S WORLDWIDE CHAUEFFEURED TRANSPORTATION - 135381 - 8/13/14 Trip | $156.20 |
| 12/01/14 | 9/15/14 - SUNNY'S WORLDWIDE CHAUEFFEURED TRANSPORTATION - 135381 - 9/02/14 Trip | 127.80 |
| | **Total Expenses** | **$284.00** |