**<u>Exhibit A</u>**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

The Sidley attorneys who rendered professional services in these cases during the Fee Period and their hourly billing rate for these matters are:

| Name | TITLE OR POSITION | Department, group or section | Date of first admission | Fees billed in this application | Hours billed in this application | Hourly rate billed | | Number of rate increases since case inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this application | In first interim application | |
| Beckner, C. Frederick | Partner | Litigation | 1997 | $ 157,425.40 | 179.30 | $ 878 | $ 878 | 0 |
| Caruso, Paul S. | Partner | Bankruptcy | 1996 | $ 184,260.00 | 199.20 | $ 925 | $ 925 | 0 |
| Clemente, Matthew A. | Partner | Bankruptcy | 1998 | $ 87,782.50 | 94.90 | $ 925 | $ 925 | 0 |
| Conlan, James F. | Partner | Bankruptcy | 1988 | $ 57,385.00 | 49.90 | $ 1,150 | $ 1,150 | 0 |
| Keisler, Peter D. | Partner | Litigation | 1989 | $ 45,493.00 | 46.90 | $ 970 | $ 970 | 0 |
| Lantry, Kevin T. | Partner | Bankruptcy | 1991 | $ 3,520.00 | 3.20 | $ 1,100 | $ 1,100 | 0 |
| Lohan, Brian J. | Partner | Bankruptcy | 2004 | $ 20,400.00 | 25.50 | $ 800 | $ 800 | 0 |
| Martella, Roger R. | Partner | Environmental | 1997 | $ 38,103.90 | 47.10 | $ 809 | $ 809 | 0 |
| McArthur, Eric D. | Partner | Appellate | 2007 | $ 34,694.40 | 55.60 | $ 624 | $ 624 | 0 |
| Mills, Kerriann S. | Partner | Bankruptcy | 2005 | $ 81,530.00 | 105.20 | $ 775 | $ 775 | 0 |
| Nyhan, Larry J. | Partner | Bankruptcy | 1980 | $ 18,860.00 | 16.40 | $ 1,150 | $ 1,150 | 0 |
| Webster, Timothy K. | Partner | Environmental | 1991 | $ 623.70 | 0.90 | $ 693 | $ 693 | 0 |
| | | | | | | | | |
| Barber, Niccolo F. | Associate | Bankruptcy | 2013 | $ 5,384.50 | 12.10 | $ 445 | $ 445 | 0 |
| Beaton, Benjamin | Associate | Appellate | 2010 | $ 37,858.50 | 70.50 | $ 537 | $ 537 | 0 |
| Craige, Christina M. | Associate | Bankruptcy | 2007 | $ 819.50 | 1.10 | $ 745 | NA | NA |
| Gustafson, Michael T. | Associate | Bankruptcy | 2010 | $ 19,926.00 | 32.40 | $ 615 | $ 615 | 0 |
| Jun, Catherine | Associate | Bankruptcy | 2014 | $ 8,366.00 | 18.80 | $ 445 | $ 445 | 0 |
| King, Geoffrey M. | Associate | Bankruptcy | 2009 | $ 101,545.50 | 152.70 | $ 665 | $ 665 | 0 |
| Laney, Clifford M. | Associate | Bankruptcy | 2014 | $ 23,095.50 | 51.90 | $ 445 | $ 445 | 0 |
| Ludwig, Jillian K. | Associate | Bankruptcy | 2007 | $ 145.00 | 0.20 | $ 725 | $ 725 | 0 |
| Perlman, Danielle E. | Associate | Bankruptcy | 2013 | $ 22,770.00 | 46.00 | $ 495 | $ 495 | 0 |
| Tseregounis, Helena G. | Associate | Bankruptcy | 2012 | $ 24,601.50 | 49.70 | $ 495 | $ 495 | 0 |
| Visser, Joel F. | Associate | Environmental | 2009 | $ 7,938.00 | 14.70 | $ 540 | $ 540 | 0 |
| White, John Patrick | Associate | Bankruptcy | 2011 | $ 38,225.50 | 85.90 | $ 445 | $ 445 | 0 |
| | | | **Attorney Totals** | $ 1,020,753.40 | 1,360.10 | | | |

The paraprofessionals of Sidley who rendered professional services in these cases during the Fee Period and their hourly billing rate for these matters:

| Name | TITLE OR POSITION | Department, group or section | Number of Years in that Position | Fees billed in this application | Hours billed in this application | Hourly rate billed | | Number of rate increases since case inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this application | In first interim application | |
| Luce, Randall C. | Paralegal | Litigation | 1998 | $ 4,867.50 | 16.50 | $ 295 | $ 295 | 0 |
| Lutes, David J. | Paralegal | Bankruptcy | 1986 | $ 85,836.00 | 248.80 | $ 345 | $ 345 | 0 |
| Meehan, John | Paralegal | Litigation | 2001 | $ 2,703.00 | 10.60 | $ 255 | $ 255 | 0 |
| Nelms, Karen A. | Paralegal | Litigation | 1996 | $ 3,127.00 | 10.60 | $ 295 | NA | NA |
| Pryor, Duan M. | Paralegal | Environmental | 1994 | $ 10,030.00 | 34.00 | $ 295 | $ 295 | 0 |
| Stamatova, Diliana | Project Asst. | Litigation | 2005 | $ 286.00 | 2.20 | $ 130 | NA | NA |
| | | | **Paraprofessional Totals** | $ 106,849.50 | 322.70 | | | |