# Exhibit B

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| Air Transportation | $ 7,822.98 |
| Court Costs | $ 198.00 |
| Court Reporter | $ - |
| Document Delivery Services | $ 13.05 |
| Document Services | $ 12.94 |
| Duplicating | $ 9,796.57 |
| Filing Fees | $ - |
| Ground Transportation | $ 1,998.04 |
| Legal Support Services | $ 137.50 |
| Meals (Working Meals Sidley and Others) | $ - |
| Meals Out of Town (Travel Meals) | $ 275.24 |
| Messenger | $ 136.72 |
| Other | $ 85.81 |
| Overtime (late night rides home) | $ 269.75 |
| Telephone Tolls | $ 537.19 |
| Travel/Lodging | $ 3,480.90 |
| **Total** | $ 24,764.69 |