# Exhibit C

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Description | Hours Budgeted | Fees Budgeted | Total Hours | Total Fees |
|---|---|---|---|---|
| Case Administration (30100) | 820 | $665,000 | 146.60 | $ 133,057.50 |
| Clean Air Transport Rule (10040) | 470 | $348,000 | 333.50 | $ 231,511.60 |
| Counseling on Regulations for Existing Generating Units (40080) | 180 | $125,000 | 69.10 | $ 52,557.10 |
| EPA July NOV (40060) | 90 | $70,000 | 22.00 | $ 19,868.00 |
| Fee Applications (30090) | 500 | $378,000 | 533.20 | $ 290,705.60 |
| Inter-Company Issues (30240) | 1,600 | $1,250,000 | 63.70 | $ 62,201.00 |
| Litigated Matters (30120) | 40 | $30,000 | 5.50 | $ 5,087.50 |
| Professional Retention (30070) | 600 | $392,000 | 456.20 | $ 282,981.00 |
| Regional Haze Program (10050) | 20 | $16,000 | 11.60 | $ 10,317.60 |
| Sponsor Matters (30260) | 125 | $100,000 | 35.10 | $ 33,738.00 |
| SSM Regulation (40090) | 0 | $0.00 | 6.30 | $ 5,577.40 |
| Travel Time (30250)[1] | 0 | $0.00 | 0.00 | $ 0.00 |

---

[1] The Fifth Monthly Fee Application included fees of $5,5000 for 12 hours of non-working travel time. For the avoidance of doubt, Sidley is not seeking compensation for that time in this Fee Application.