**Exhibit E**

**Time Records**

# SIDLEY

SIDLEY AUSTIN LLP

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

FEDERAL ID 36-4474078

December 5, 2014

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30070

For professional services rendered through September 30, 2014 re
Professional Retention

Fees                                                                                    $245,019.50

**Total Due This Bill**                                                      **$245,019.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/02/14 | NF Barber | Review and analyze supplemental retention materials | 3.30 |
| 09/02/14 | PS Caruso | Attention to retention issues per K&E and UST (1.3); prepare supplemental declaration (1.7) | 3.00 |
| 09/02/14 | MA Clemente | Review protocol and notices regarding withdrawal of depositions (1.2); emails with K. Mills regarding protocol and resolution (.3); conf with Caruso regarding resolution and depositions (.5); analysis of resolution and impact on Sidley retention (.9) | 2.90 |
| 09/02/14 | MT Gustafson | Review supplemental retention materials | 5.40 |
| 09/02/14 | C Jun | Review supplemental retention materials | 2.60 |
| 09/02/14 | CM Laney | Review supplemental retention materials | 8.10 |
| 09/02/14 | LJ Nyhan | Review retention settlement stipulation | .30 |
| 09/02/14 | DE Perlman | Review reports and supplemental retention materials | 9.60 |
| 09/02/14 | HG Tseregounis | Review supplemental retention materials | 4.60 |
| 09/02/14 | JP White | Conduct further analysis of reports and supplemental retention materials | 7.10 |
| 09/03/14 | MA Clemente | Review revised retention order and affidavit from K&E (1.0); emails with K. Mills regarding revised retention papers (.3); conf with P. Caruso regarding revised retention docs and protocol and process forward (.9) | 2.20 |
| 09/03/14 | CM Laney | Review supplemental retention materials | 6.10 |
| 09/03/14 | KS Mills | Review proposed revisions to Sidley retention documents (.3); analyze certain related issues/documents (1.7); various communications with certain Sidley team members re: same (.5) | 2.50 |
| 09/03/14 | LJ Nyhan | Conference with J. Conlan regarding retention issues | .40 |
| 09/03/14 | DE Perlman | Review reports and supplemental retention materials | 7.40 |
| 09/03/14 | HG Tseregounis | Review supplemental retention materials | 4.50 |
| 09/03/14 | JP White | Conduct further analysis of reports and supplemental retention materials | 6.90 |
| 09/04/14 | PS Caruso | Assess retention issues per creditor inquiries (1.8); communications with M. Clemente regarding same (.7) | 2.50 |
| 09/04/14 | MA Clemente | Work on revised retention order and affidavit (1.0); conf with P. Caruso regarding revised language and issues (.5); emails from K. Mills regarding language (.3); review issues regarding | 2.30 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | inclusion of protocol language in affidavit and related issues (.5) | |
| 09/04/14 | CM Laney | Review supplemental retention materials | 5.70 |
| 09/04/14 | DE Perlman | Review reports and supplemental retention materials | 5.40 |
| 09/04/14 | HG Tseregounis | Review supplemental retention materials | 4.90 |
| 09/04/14 | JP White | Conduct further analysis of reports and supplemental retention materials | 3.10 |
| 09/05/14 | PS Caruso | Analyze retention issues per K&E and UST (1.2); communications with K. Mills regarding same (1.3) | 2.50 |
| 09/05/14 | MA Clemente | Further review and analysis of revisions to retention documents including with respect to protocol (1.3); conf with P. Caruso regarding revision to retention documents and protocol issues (.2) | 1.50 |
| 09/05/14 | CM Laney | Review supplemental retention materials | 2.10 |
| 09/05/14 | KS Mills | Communications with certain Sidley team members re: proposed protocol language and Sidley retention documents (.5); review status of preparation of supplemental Sidley declaration/analyze outstanding issues (2.7) | 3.20 |
| 09/05/14 | DE Perlman | Review reports and supplemental retention materials | 8.40 |
| 09/05/14 | HG Tseregounis | Review supplemental retention materials | .20 |
| 09/08/14 | PS Caruso | Numerous communications with K. Mills regarding K&E and UST questions with respect to retention application (2.7); review responses to same (1.3) | 4.00 |
| 09/08/14 | MA Clemente | Email from K. Mills with revised retention docs (.2); review revisions and address Luminant issues (.5); conf with P. Caruso regarding revised retention docs and related issues (.5) | 1.20 |
| 09/08/14 | MT Gustafson | Revise supplemental retention materials (.2); Email to K. Mills re same (.1) | .30 |
| 09/08/14 | C Jun | Review reports and supplemental retention materials | 5.00 |
| 09/08/14 | CM Laney | Review supplemental retention materials | 3.20 |
| 09/08/14 | KS Mills | Communications with K&E/certain Sidley team members re: protocol language/ Sidley retention documents | .50 |
| 09/08/14 | LJ Nyhan | Conference with J. Conlan regarding retention issues and K&E communications, review related materials (.4); review pleading update (.2) | .60 |
| 09/08/14 | DE Perlman | Review reports and supplemental retention materials | 6.80 |
| 09/08/14 | HG Tseregounis | Review supplemental retention materials | 3.80 |

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/08/14 | JP White | Conduct further analysis of reports and supplemental retention materials | 3.90 |
| 09/09/14 | PS Caruso | Numerous communications with K. Mills regarding K&E and UST questions with respect to retention application (.8); review responses to same (1.2) | 2.00 |
| 09/09/14 | MA Clemente | Email from K. Mills regarding UST comments (.3); review and analysis of comments and formulate response including with respect to fees (1.0); analyze retention application issues (.4); conf with P. Caruso regarding Trustee questions and issues (.5) | 2.20 |
| 09/09/14 | C Jun | Review reports and supplemental retention materials | 5.90 |
| 09/09/14 | CM Laney | Review supplemental retention materials | 4.20 |
| 09/09/14 | KS Mills | Communications with certain team members re: Sidley retention application | .60 |
| 09/09/14 | LJ Nyhan | Conference with J. Conlan regarding retention issues | .30 |
| 09/09/14 | DE Perlman | Review reports and supplemental retention application | 5.90 |
| 09/09/14 | HG Tseregounis | Review supplemental retention application | 1.20 |
| 09/09/14 | JP White | Conduct further analysis of reports and supplemental retention materials | 3.60 |
| 09/10/14 | NF Barber | Review and analyze supplemental retention materials and update spreadsheet re: same | 3.60 |
| 09/10/14 | PS Caruso | Numerous communications with K. Mills regarding K&E and UST questions with respect to retention application, order and declaration (2.4); review and comment on responses to same (1.1) | 3.50 |
| 09/10/14 | MA Clemente | Correspondence with P. Caruso responding to UST points (.5); further emails from K. Mills and P. Caruso regarding UST points and analysis of same (.5); call with P. Caruso regarding UST points (.5); analysis of fee disclosure issues during prepetition period (.5); review proposed form of order from K&E (.5); email from K. Mills regarding K&E comments (.3); review allocation of work and related issues (.8); emails with J. Conlan and P. Caruso regarding revised retention papers, scope and UST issues (.5) | 4.10 |
| 09/10/14 | C Jun | Review supplemental retention materials | 2.10 |
| 09/10/14 | GM King | Review correspondence re: retention (0.2); call with K&E re: retention (0.2); review retention materials (0.2) | .60 |
| 09/10/14 | KS Mills | Review propose revisions to Sidley retention order (.3); various communications with team members re: same/preparation of certain information related to Sidley retention application (1.2) | 1.50 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/10/14 | LJ Nyhan | Conference with J. Conlan re: retention issues | .20 |
| 09/10/14 | HG Tseregounis | Review supplemental retention materials | 3.80 |
| 09/10/14 | JP White | Conduct further analysis of reports and supplemental retention materials | 7.20 |
| 09/11/14 | NF Barber | Review and analyze reports and revise spreadsheet re: same | 2.10 |
| 09/11/14 | PS Caruso | Numerous communications with K. Mills regarding K&E and UST questions with respect to retention application (2.0); draft and review responses to same (1.0); communications with J. Conlan and L. Nyhan regarding same (1.0) | 4.00 |
| 09/11/14 | MA Clemente | Emails with J. Conlan and P. Caruso regarding revised retention papers, scope and UST issues (1.1); conf with P. Caruso regarding revised retention papers, scope and UST issues (.8); analysis of response to UST and related issues (.7); assess timing of finalizing drafts of order and affidavit (.6); call with K. Mills and G. King and P. Caruso regarding next steps on timing and process for retention papers and protocol with K&E (.6); call with K. Mills regarding process and next steps and timing (.5); review and analysis of scope chart (.5); email from K. Mills regarding chart (.2); update on call with UST and review points (.6); email from L. Nyhan regarding scope of retention (.2) | 5.80 |
| 09/11/14 | JF Conlan | Communications re: role and retention order | 2.00 |
| 09/11/14 | C Jun | Review reports and supplemental retention materials | .30 |
| 09/11/14 | GM King | Meeting with P. Caruso, M. Clemente and K. Mills re: retention (0.6); review protocol order (0.2); calls with Kirkland re: retention application (0.4); meeting with K. Mills re: retention issues (0.3); calls with K. Mills re: retention issues (0.4); review correspondence re: retention matters (0.2) | 2.10 |
| 09/11/14 | KS Mills | Review/analyze trustee's comments to Sidley's retention application (.2); various communications with team members re: same (1.5); t/call with co-trustee re: same (.2); analyze certain related issues (1.4) | 3.30 |
| 09/11/14 | HG Tseregounis | Review supplemental retention materials | 4.20 |
| 09/11/14 | JP White | Conduct further analysis of reports and supplemental retention materials | 7.20 |
| 09/12/14 | NF Barber | Review and analyze reports and revise spreadsheet re: same | 3.10 |
| 09/12/14 | PS Caruso | Numerous communications with K. Mills regarding K&E and UST questions with respect to retention application (2.5); draft and review proposed responses to same (2.0); communications with J. Conlan and L. Nyhan regarding same (.5) | 5.00 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/12/14 | MA Clemente | Call with K. Mills and P. Caruso regarding Trustee requests (1.0); review retainer issues and analysis (1.1); conf with G. King regarding retention application (.2); email regarding same (.2); review open points on retention order and UST position (.8); review co-counsel filed order and supplemental affidavit (.5); call with K. Mills regarding trustee issues, affidavit and fee issues (.5); emails regarding responses to UST requests (.5); read revised supplemental affidavit (.4); conf with P. Caruso regarding further UST issues and disclosure (.5) | 5.70 |
| 09/12/14 | JF Conlan | Communications re: retention order material and role | .50 |
| 09/12/14 | C Jun | Review reports and supplemental retention materials | 2.90 |
| 09/12/14 | GM King | Calls and correspondence re: retention issues (0.5); calls with K. Mills re: retention issues (0.7); call with Kirkland re: retention issues (0.5); correspondence with Sidley team re: same (0.5); revise declaration (0.1); review retention pleadings (0.2) | 2.50 |
| 09/12/14 | CM Laney | Review reports and supplemental retention materials | 4.60 |
| 09/12/14 | KS Mills | Review/ analyze materials/information relevant to preparation of response to trustee inquiry/prepare same (3.0); various communications with Sidley team members re: same (1.2); review/revise certain related documents (1.3) | 5.50 |
| 09/12/14 | HG Tseregounis | Review supplemental retention materials | 3.90 |
| 09/12/14 | JP White | Conduct further analysis reports and supplemental retention materials | 7.70 |
| 09/13/14 | MA Clemente | Emails regarding language in supplemental app (1.0); review fee structure and necessary disclosure (.8); review emails and information sent to UST on responses to further requests (.9); review UST issues with protocol (.5); analysis of protocol language and inclusion (.9) | 4.10 |
| 09/13/14 | GM King | Correspondence with Sidley team re: retention application (0.2); draft supplemental declaration (0.3) | .50 |
| 09/13/14 | KS Mills | Communications with team members re: Sidley retention documents (.3); analyze certain related issues (.3); email trustee re: same (.2) | .80 |
| 09/13/14 | LJ Nyhan | Review UST objection and related materials | .30 |
| 09/14/14 | MA Clemente | Edit responses to UST questions (1.0); emails with G. King and K. Mills and P. Caruso regarding UST asks and issues (.5); review revised papers including declaration and order (1.0); further emails from G. King with revised drafts (.4); review changes to drafts (.5); analysis of strategy regarding retention papers and UST issues and resolutions including protocol (1.1) | 4.50 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/14/14 | GM King | Revise retention application (1.9); correspondence with Sidley team re: same (0.8) | 2.70 |
| 09/14/14 | KS Mills | Review revised drafts of retention documents (.4); analyze certain potential related issues (.3); various communications with team members re: same (.3) | 1.00 |
| 09/15/14 | PS Caruso | Revise and finalize retention papers (1.8); communications with K. Mills and G. King regarding same (1.2) | 3.00 |
| 09/15/14 | MA Clemente | Prepare for retention hearing including reviewing all filed papers, protocol and related documents (2.1); conf with P. Caruso regarding retention hearing and open issues and resolutions (1.4) | 3.50 |
| 09/15/14 | JF Conlan | Communications re: retention app (.9); review role and strategy implicated by same (1.1) | 2.00 |
| 09/15/14 | GM King | Review and revise supplemental declaration and order (2.0); correspondence and telephone calls with K&E and internal Sidley team re: retention issues (0.9); prepare retention and declaration for filing (1.1) | 4.00 |
| 09/15/14 | CM Laney | Review reports and supplemental retention materials | 3.30 |
| 09/15/14 | KS Mills | Review/revise various retention related documents (1.8); respond to inquiries re: same (.4); analyze related materials/issues (1.4); various communications with Kirkland, trustee, Sidley team members re: same (1.1) | 4.70 |
| 09/15/14 | LJ Nyhan | Conference with J. Conlan regarding discussions with K&E | .20 |
| 09/15/14 | HG Tseregounis | Review supplemental retention materials | 3.50 |
| 09/15/14 | JP White | Conduct further analysis of reports and supplemental retention materials | 8.20 |
| 09/16/14 | PS Caruso | Attend retention hearing | 3.00 |
| 09/16/14 | MA Clemente | Final hearing prep (2.0); attend retention hearing (3.0) | 5.00 |
| 09/16/14 | JF Conlan | Analyze strategy and timing on EFH retention hearing | 1.00 |
| 09/16/14 | GM King | Draft correspondence re: filed retention papers (0.3); telephonically attend retention hearing (1.0); review retention-related items on docket (0.2) | 1.50 |
| 09/16/14 | KS Mills | Dial-in to hearing re: retention applications (1.8); review status of supplemental retention disclosures/analyze related issues (1.5) | 3.30 |
| 09/16/14 | HG Tseregounis | Review supplemental retention materials | 4.90 |
| 09/16/14 | JP White | Conduct further analysis of reports and supplemental retention materials | 8.10 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/17/14 | MA Clemente | Analyze budgeting issues and emails from G. King re: same (1.0); follow up emails from retention hearing including final orders and related documents (.5); conf with P. Caruso regarding budget and follow up retention issues (.5) | 2.00 |
| 09/17/14 | JF Conlan | Analyze issues re: potential intercompany issues (1.4); communications re: role and components around retention, intercompany issues and sponsor matters (.6) | 2.00 |
| 09/17/14 | LJ Nyhan | Conference with J. Conlan re: retention | .20 |
| 09/17/14 | HG Tseregounis | Review supplemental retention materials | 1.90 |
| 09/18/14 | JF Conlan | Call with K&E re: retention (.5); analyze next steps in document and process review consistent with retention (1.5) | 2.00 |
| 09/18/14 | LJ Nyhan | Review hearing synopsis (.2); conference with J. Conlan re: same (.2) | .40 |
| 09/18/14 | DE Perlman | Review reports and supplemental retention materials | 2.50 |
| 09/18/14 | HG Tseregounis | Review supplemental retention materials | 2.20 |
| 09/18/14 | JP White | Conduct further review of reports and supplemental retention materials | 4.40 |
| 09/19/14 | MA Clemente | Prepare fee order (.4); work through UST budget issues (.7) | 1.10 |
| 09/19/14 | CM Laney | Review reports and supplemental retention materials | 5.20 |
| 09/19/14 | LJ Nyhan | Review hearing synopsis and related materials (.2); conference with J. Conlan regarding K&E discussion and work allocation (.4) | .60 |
| 09/19/14 | HG Tseregounis | Review supplemental retention materials | .80 |
| 09/22/14 | CM Laney | Review reports and supplemental retention materials | 1.80 |
| 09/22/14 | HG Tseregounis | Review supplemental retention materials | 2.20 |
| 09/23/14 | MA Clemente | Address emails regarding fee review process and related issues (1.0) | 1.00 |
| 09/23/14 | CM Laney | Review reports and supplemental retention materials | 2.10 |
| 09/23/14 | KS Mills | Analyze status of/issues outstanding with respect to preparation of supplemental retention declaration (.7); various communications with certain team members re: same (.5) | 1.20 |
| 09/23/14 | HG Tseregounis | Review supplemental retention materials | .20 |
| 09/23/14 | JP White | Conduct further analysis of reports and supplemental retention materials | 4.10 |
| 09/24/14 | CM Laney | Review reports and supplemental retention materials | 4.00 |
| 09/24/14 | HG Tseregounis | Review supplemental retention materials | .40 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/24/14 | JP White | Conduct further analysis of reports and supplemental retention materials | 4.40 |
| 09/25/14 | CM Laney | Review reports and supplemental retention materials | 1.50 |
| 09/25/14 | LJ Nyhan | Conference with J. Conlan regarding retention issues | .30 |
| 09/25/14 | HG Tseregounis | Review supplemental retention materials | .90 |
| 09/26/14 | HG Tseregounis | Review supplemental retention materials | 1.00 |
| 09/29/14 | JF Conlan | Review of pre petition work and conclusions and consider components of scope and role | 1.50 |
| 09/29/14 | HG Tseregounis | Review supplemental retention materials | .60 |
| | | **Total Hours** | **398.50** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| LJ Nyhan | 3.80 | $1,150.00 | $4,370.00 |
| JF Conlan | 11.00 | 1,150.00 | 12,650.00 |
| MA Clemente | 49.10 | 925.00 | 45,417.50 |
| PS Caruso | 32.50 | 925.00 | 30,062.50 |
| KS Mills | 28.10 | 775.00 | 21,777.50 |
| GM King | 13.90 | 665.00 | 9,243.50 |
| MT Gustafson | 5.70 | 615.00 | 3,505.50 |
| HG Tseregounis | 49.70 | 495.00 | 24,601.50 |
| DE Perlman | 46.00 | 495.00 | 22,770.00 |
| C Jun | 18.80 | 445.00 | 8,366.00 |
| JP White | 75.90 | 445.00 | 33,775.50 |
| CM Laney | 51.90 | 445.00 | 23,095.50 |
| NF Barber | 12.10 | 445.00 | 5,384.50 |
| **Total Hours and Fees** | **398.50** | | **$245,019.50** |



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

BEIJING        HONG KONG      SAN FRANCISCO
BOSTON         HOUSTON        SHANGHAI
BRUSSELS       LONDON         SINGAPORE
CHICAGO        LOS ANGELES    SYDNEY
DALLAS         NEW YORK       TOKYO
GENEVA         PALO ALTO      WASHINGTON, D.C.

FOUNDED 1866

December 5, 2014

FEDERAL ID 36-4474078

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30090

For professional services rendered through September 30, 2014 re Fee
Applications

Fees                                                        $78,530.30

**Total Due This Bill**                                     **$78,530.30**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/02/14 | DJ Lutes | Prepare fee application materials in compliance with requirements (.8); review expenses re: same (1.4) | 2.20 |
| 09/03/14 | DJ Lutes | Review expense items (1.8); review case projects, retention issues, discovery issues and timekeeper matters (1.1); prepare monthly fee application materials in compliance with UST requirements (2.6); emails with accounting re: same (.3) | 5.80 |
| 09/04/14 | DJ Lutes | Review retention issues, discovery issues, intercompany issues and timekeeper matters (1.1); prepare fee application materials in compliance with UST guides (1.1); review costs and case administration tasks (.5) | 2.70 |
| 09/05/14 | DJ Lutes | Review retention issues, discovery issues, intercompany issues and timekeeper matters (.9); prepare fee application materials in compliance with UST guides (.7); review costs and case administration tasks (.9); prepare summary report to G. King (.7); emails with G. King re: same (.2) | 3.40 |
| 09/07/14 | GM King | Review pro forma fees in preparation for fee application | .60 |
| 09/08/14 | GM King | Call with D. Lutes re: fee application (0.5); prepare budget documents (0.8); prepare fee application (2.1) | 3.40 |
| 09/08/14 | DJ Lutes | Review timekeeper entries and cost for compliance with UST requirements (.9); TC with G. King re: fee application tasks, procedures and deadlines (.5); review summaries and outline tasks re: same (.3); email C. Ramirez-Bird re: same (.1) | 1.80 |
| 09/09/14 | GM King | Calls with K. Mills re: fee applications (0.2); revise draft fee application (0.4) | .60 |
| 09/09/14 | GM King | Calls with K. Mills re: retention (0.2); review retention-related correspondence (0.2) | .40 |
| 09/09/14 | DJ Lutes | Prepare fee application materials (2.7); assess billing materials and allocations for bankruptcy compliance (1.1); review of costs and related tasks (.9); prepare summaries for G. King (.6); emails and TCs with G. King re: same (.3); | 5.60 |
| 09/10/14 | GM King | Review monthly fees in preparation for fee application (1.6); draft monthly fee application template (1.1) | 2.70 |
| 09/10/14 | DJ Lutes | Review litigated matters, discovery tasks and case administration tasks (2.7); prepare allocations, summaries re: same (2.2); review for compliance with UST guidelines (1.9); review monthly fee statement pleading (.3); review fee order and related tasks (.5) | 7.60 |
| 09/11/14 | GM King | Review bills in preparation for fee application (0.6) | .60 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/11/14 | DJ Lutes | Review litigated matters, discovery tasks and case administration tasks (1.6); prepare allocations, summaries re: same (3.1); review for compliance with UST guidelines (.7); review costs (1.8) | 7.20 |
| 09/12/14 | GM King | Call with D. Lutes re: fee application (0.3); review correspondence re: same (0.1) | .40 |
| 09/12/14 | DJ Lutes | Review litigated matters, retention matters and case administration tasks and prepare allocations, summaries re: same (1.6); review for compliance with UST guidelines (1.1); review costs for compliance (.7); TCs and emails with C. Ramirez-Bird re: same (.4); TCs with G. King re: same (.3); emails to G. King re: same (.1); review Delaware local rules and UST guides (.6) | 4.80 |
| 09/15/14 | GM King | Review materials for preparation of fee application (2.2) | 2.20 |
| 09/16/14 | GM King | Review revised interim fee order (0.2); call with D. Lutes re: fee application (0.4); prepare fee application (1.1); draft budget information (1.3) | 3.00 |
| 09/16/14 | DJ Lutes | Review fee application materials (.5); prepare allocations, summaries re: same (.5); review for compliance with UST guidelines (.3); confer with G. King re: fee application issues (.4); prepare monthly fee application exhibits (1.6) | 3.30 |
| 09/17/14 | PS Caruso | Review interim comp. procedures order (.4); discuss same with G. King (.3); analyze UST budget (1.5); review post-petition invoices (1.8) | 4.00 |
| 09/17/14 | GM King | Review materials in preparation for fee application (3.0); call with D. Lutes re: fee application status (0.2); draft correspondence with Sidley team re: same (0.1) | 3.30 |
| 09/17/14 | DJ Lutes | Review fee application materials for privilege (2.1); prepare allocations, summaries for compliance of fee application requirements (3.4); prepare pleading exhibits (1.1); emails with billing specialist on Luminant matters (.3); emails to G. King re: fee application issues (.2); call with G. King re: same (.2) | 7.30 |
| 09/17/14 | KS Mills | Review revised draft of proposed draft of budget | 1.00 |
| 09/17/14 | D Stamatova | Prepare fee application materials | 2.20 |
| 09/18/14 | GM King | Call with D. Lutes re: fee application (0.3); review Luminant matters materials (0.6); prepare budget information for Luminant matters (3.6); review fee materials (0.4); call with K. Mills re: same (0.2) | 5.10 |
| 09/18/14 | DJ Lutes | Preparation of initial fee application (1.8); emails with billing specialists re: same (.4); review fee application tasks and Luminant matters (1.3); tc with G. King re: same (.3); review | 5.40 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | materials for bankruptcy compliance (1.6) | |
| 09/19/14 | GM King | Review fee orders (0.8); draft correspondence to Sidley team re: same (0.6); review correspondence re: fee matters (0.2); call with K. Mills re: same (0.3); call with K&E re: fee matters (0.2); review materials in preparation for fee applications (1.0); revise budget materials (1.3) | 4.40 |
| 09/19/14 | DJ Lutes | Prepare fee application materials (1.4); review allocations, summaries re: same (1.4); emails to G. King re: same (.3) | 3.10 |
| 09/20/14 | GM King | Prepare budget | 1.40 |
| 09/21/14 | DJ Lutes | Prepare fee application materials (1.7); review summaries and allocations for bankruptcy requirements (.6); emails with G. King and P. Keisler (.3) | 2.60 |
| 09/22/14 | PS Caruso | Review docket and pleadings (.5); analyze fee application process and budget issues (1.0) | 1.50 |
| 09/22/14 | GM King | Review materials for fee application (3.5); call with D. Lutes re: fee application (0.3); call with K. Mills re: budget (0.2) | 4.00 |
| 09/22/14 | DJ Lutes | Review fee application materials for privilege and compliance (4.9); call with G. King re: same (.3); email to G. King re: same (.1); analyze summaries re: litigated matters and retention issues (2.2); review Luminant related fee application materials (.7) | 8.20 |
| 09/22/14 | KS Mills | Review revised draft of proposed draft of budget (.4); communications with G. King re: same (.2) | .60 |
| 09/23/14 | PS Caruso | Review pleadings/docket (.5); assess UST budget requests (.9); communications with C. Gooch regarding fee application process (.4); review draft applications (.7) | 2.50 |
| 09/23/14 | DJ Lutes | Prepare fee application materials (1.8); review timekeeper matters for compliance and privilege (1.1); assess allocations and projects re: same (.5); correspondence to G. King re: same (.3) | 3.70 |
| 09/24/14 | B Beaton | Review bankruptcy court and client billing guidelines (.7); Review materials in preparation for monthly fee application (5.3); Email with R. Martella re pro forma confidentiality (.2); Call with G. King re filing of monthly fee application (.2); Call with P. Keisler re pro formas review (.1); Call with D. Lutes re preparation of fee application (.4) | 6.90 |
| 09/24/14 | PS Caruso | Telephone conference regarding fee committee (.5); communications with G. King regarding same (.5); review budget and related materials (1.3); review docket (.7) | 3.00 |
| 09/24/14 | GM King | Call with B. Beaton re: fee application (0.2); EFH fee call (0.5) | .70 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/24/14 | DJ Lutes | Prepare fee application materials (2.9); review timekeeper matters for compliance and privilege (1.1); correspondence with G. King re: same (.3); communications with B. Beaton re: Luminant materials (.4); review Luminant fee application materials (.6) | 5.30 |
| 09/24/14 | KS Mills | Participate in professional fee process call w/ Company/other retained professionals (.5); communications with G. King re: same (.3) | .80 |
| 09/25/14 | B Beaton | Correspondence with D. Lutes regarding fee application (.1); Review materials for fee application (1.6); call with G. King re: fee application (.2) | 1.90 |
| 09/25/14 | PS Caruso | Review docket/pleadings (.5); address budgeting issues (.8); assess draft fee applications and procedures (1.8); communications with G. King regarding same (.2) | 3.30 |
| 09/25/14 | GM King | Call with B. Beaton re: fee application (0.2); call with D. Lutes re: fee applications (0.2); meeting with K. Mills re: same (0.5); call with P. Keisler re: same (0.2) | 1.10 |
| 09/25/14 | DJ Lutes | TC with J. Romero re: fee application issues (.5); confer with K. Mills and G. King re: same (.3); emails with B. Beaton re: fee application issues (.1); prepare fee application materials for Luminant (1.5); analyze fee application issues re: Luminant (1.2) | 3.60 |
| 09/25/14 | KS Mills | Communications w/ P. Keisler and G. King re: fee application issue | .30 |
| 09/26/14 | GM King | Meeting with P. Caruso re: fee applications | .20 |
| 09/26/14 | DJ Lutes | Prepare fee application materials (.9); emails to G. King re: fee application issues (.2); review materials re: same (.3); emails with billing specialist re: same (.2); emails to B. Beaton re: fee application issues (.3) | 1.90 |
| 09/29/14 | B Beaton | Review materials for fee application preparation (.6); Call with R. Martella re fee application (.2); Correspond with G. King, D. Lutes, R. Beckner, and P. Keisler re fee application (.3) | 1.10 |
| 09/29/14 | PS Caruso | Review pleadings on docket (.7); attention to fee orders and draft applications (1.3) | 2.00 |
| 09/29/14 | GM King | Review materials re: fee applications | .20 |
| 09/29/14 | DJ Lutes | Prepare fee application materials (.5); assess allocations re: same (.7); emails to B. Beaton re: fee application issues (.3); TC with J. Romero re: same (.3); emails with G. King re: same (.1) | 1.90 |
| 09/30/14 | PS Caruso | Review fee application | 1.60 |

SIDLEY AUSTIN LLP

Invoice Number: \*\*\*\*\*\*
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/30/14 | GM King | Review materials in preparation for fee application (1.2) | 1.20 |
| 09/30/14 | DJ Lutes | Emails with J. Romero re: billing materials and fee application issues (.3); Analyze allocations re: same (.7); review fee application materials for compliance (.5) | 1.50 |
| | | **Total Hours** | **157.10** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PS Caruso | 17.90 | $925.00 | $16,557.50 |
| KS Mills | 2.70 | 775.00 | 2,092.50 |
| GM King | 35.50 | 665.00 | 23,607.50 |
| B Beaton | 9.90 | 537.00 | 5,316.30 |
| DJ Lutes | 88.90 | 345.00 | 30,670.50 |
| D Stamatova | 2.20 | 130.00 | 286.00 |
| **Total Hours and Fees** | **157.10** | | **$78,530.30** |



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

December 5, 2014

FEDERAL ID 36-4474078

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30100

For professional services rendered through September 30, 2014 re Case
Administration

Fees        $32,394.50

Expenses:

| | |
|---|---|
| Air Transportation | $4,275.34 |
| Duplicating Charges | 57.40 |
| Document Delivery Services | 13.05 |
| Ground Transportation | 823.26 |
| Legal Support Services | 137.50 |
| Meals - Out of Town | 28.00 |
| Overtime Services | 247.75 |
| Telephone Tolls | 155.76 |
| Travel/Lodging | 2,665.51 |

Total Expenses        8,403.57

**Total Due This Bill**        **$40,798.07**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/03/14 | PS Caruso | Review docket (.3); review newly filed pleadings (2.7) | 3.00 |
| 09/04/14 | PS Caruso | Review pleadings (.7); review docket (.3) | 1.00 |
| 09/05/14 | MA Clemente | Review and analyze recent pleadings | 1.00 |
| 09/05/14 | LJ Nyhan | Review revised retention order, conference with J. Conlan regarding same (.3); conference with P. Caruso (.2) | .50 |
| 09/08/14 | JF Conlan | Communications with Sidley team re: status and approach on retention related issues (.8); analyze sale related implications (.7) | 1.50 |
| 09/08/14 | GM King | Review EFH docket | .20 |
| 09/09/14 | GM King | Review EFH docket and pleadings | .80 |
| 09/10/14 | GM King | Review EFH docket | .10 |
| 09/10/14 | BJ Lohan | Review docket (1.5); review protocol issues (1.7); review recent positions on key pleadings (1.8) | 5.00 |
| 09/12/14 | GM King | Review EFH docket | .20 |
| 09/12/14 | KS Mills | Review certain recently filed pleadings | 1.80 |
| 09/15/14 | GM King | Review EFH docket | .10 |
| 09/18/14 | PS Caruso | Communications with company regarding case administration matters | .50 |
| 09/19/14 | JF Conlan | Analyze plan term sheet treatment and sale implications | 1.00 |
| 09/22/14 | MA Clemente | Case and docket update | 1.00 |
| 09/22/14 | JF Conlan | Consider implementation of application authorizations | 1.00 |
| 09/22/14 | BJ Lohan | Review docket and recent pleadings | 4.00 |
| 09/22/14 | LJ Nyhan | Conference with J. Conlan re: case issues (.2); review pleading re: same (.2) | .40 |
| 09/23/14 | JF Conlan | Review auction related pleadings (.6) and analyze potential intercompany and sponsor matter issues re: same (.9) | 1.50 |
| 09/23/14 | GM King | Review recent pleadings, including bid procedures | .40 |
| 09/23/14 | LJ Nyhan | Conference with J. Conlan re: recent developments | .20 |
| 09/25/14 | MA Clemente | Review document request from K&E including analysis of documents | 2.50 |
| 09/25/14 | BJ Lohan | Review docket re: bid procedure related pleadings | 4.00 |
| 09/26/14 | MA Clemente | Review update of docket and case | 1.00 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/26/14 | JF Conlan | Analyze items to address re actions taken and to be taken (.6); analyze issues relating to sponsor matters (.4) | 1.00 |
| 09/29/14 | LJ Nyhan | Conference with J. Conlan re: case developments | .20 |
| 09/30/14 | PS Caruso | Review pleadings on docket | .90 |
| 09/30/14 | MA Clemente | Review docket filings and deposition notices and case update | 1.00 |
| | | **Total Hours** | **35.80** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| LJ Nyhan | 1.30 | $1,150.00 | $1,495.00 |
| JF Conlan | 6.00 | 1,150.00 | 6,900.00 |
| MA Clemente | 6.50 | 925.00 | 6,012.50 |
| PS Caruso | 5.40 | 925.00 | 4,995.00 |
| BJ Lohan | 13.00 | 800.00 | 10,400.00 |
| KS Mills | 1.80 | 775.00 | 1,395.00 |
| GM King | 1.80 | 665.00 | 1,197.00 |
| **Total Hours and Fees** | **35.80** | | **$32,394.50** |

# SIDLEY

SIDLEY AUSTIN LLP

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

December 5, 2014

FEDERAL ID 36-4474078

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30120

For professional services rendered through September 30, 2014 re
Litigated Matters

Fees                                                                              $5,087.50

**Total Due This Bill**                                                    <u>**$5,087.50**</u>

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Litigated Matters

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/24/14 | MA Clemente | Email from Samara at K&E regarding discovery requests (.3); review discovery requests and assess documents (2.2) | 2.50 |
| 09/26/14 | PS Caruso | Analyze OCC discovery requests per inquiry from K&E (2.0); review docket/pleadings (.5); communications with M. Clemente and G. King regarding same (.5) | 3.00 |
| | | **Total Hours** | **5.50** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Litigated Matters

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| MA Clemente | 2.50 | $925.00 | $2,312.50 |
| PS Caruso | 3.00 | 925.00 | 2,775.00 |
| **Total Hours and Fees** | **5.50** | | **$5,087.50** |



SIDLEY AUSTIN LLP

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SAN FRANCISCO |
| 1501 K STREET, N.W. | BOSTON | HOUSTON | SHANGHAI |
| WASHINGTON, D.C.  20005 | BRUSSELS | LONDON | SINGAPORE |
| (202) 736 8000 | CHICAGO | LOS ANGELES | SYDNEY |
| (202) 736 8711 FAX | DALLAS | NEW YORK | TOKYO |
| | GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

December 5, 2014

FEDERAL ID 36-4474078

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

**\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30240

For professional services rendered through September 30, 2014 re Inter-
Company Issues

Fees                                                                                      $4,154.50

**Total Due This Bill**                                                        <u>**$4,154.50**</u>

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/09/14 | CM Craige | Conferences with K. Lantry re research question (.6); research re same (.5) | 1.10 |
| 09/09/14 | KT Lantry | Review and edit memo re: further issues to be investigated (2.4); e-mails and telephone call with J. Ludwig re: availability to discuss memo and further research (.2); discuss related legal issues with C. Craige (.3) | 2.90 |
| 09/09/14 | JK Ludwig | Telephone call with K. Lantry re: analysis of potential intercompany issues and research | .20 |
| | | **Total Hours** | **4.20** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| KT Lantry | 2.90 | $1,100.00 | $3,190.00 |
| CM Craige | 1.10 | 745.00 | 819.50 |
| JK Ludwig | .20 | 725.00 | 145.00 |
| **Total Hours and Fees** | **4.20** | | **$4,154.50** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Travel Time

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| MA Clemente | 6.00 | $925.00 | $5,550.00 |
| PS Caruso | 6.00 | 925.00 | 5,550.00 |
| **Total Hours and Fees** | **12.00** | | **$11,100.00** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

FEDERAL ID 36-4474078

December 5, 2014

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 55784-40060

For professional services rendered through September 30, 2014 re EPA
July 2012 NOV (5th Circuit)

| | |
|---|---|
| Fees | $7,776.60 |
| Expenses | 4.50 |
| **Total Due This Bill** | **$7,781.10** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

## T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|---|---|---|---|
| PD Keisler | 1.50 | $970.00 | $1,455.00 |
| CF Beckner | 7.20 | 878.00 | 6,321.60 |
| **Total Hours and Fees** | **8.70** | | **$7,776.60** |

## E X P E N S E  S U M M A R Y

| Category/Description | Amount |
|---|---|
| Telephone Tolls | $4.50 |
| **Total** | **$4.50** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/03/14 | CF Beckner | Analyze and comment on draft motion to dismiss | 3.20 |
| 09/04/14 | PD Keisler | Analyze and provide comments on draft motion to dismiss | 1.50 |
| 09/05/14 | CF Beckner | Review and incorporate P. Keisler's edits to motion to dismiss (2.1); call with S. Gidiere regarding litigation strategy (0.5) | 2.60 |
| 09/23/14 | CF Beckner | Review and revise draft motion to dismiss EPA's PSD enforcement complaint | 1.40 |
| | | **Total Hours** | **8.70** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

December 5, 2014

FEDERAL ID 36-4474078

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 55784-40080

For professional services rendered through September 30, 2014 re
Counseling on Regulations for Existing Generating Units

| | |
|---|---|
| Fees | $10,261.20 |
| Expenses | 1,430.59 |
| **Total Due This Bill** | **$11,691.79** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| CF Beckner | 4.50 | $878.00 | $3,951.00 |
| RR Martella | 7.80 | 809.00 | 6,310.20 |
| **Total Hours and Fees** | **12.30** | | **$10,261.20** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|---------------------|-------:|
| Air Transportation | $596.10 |
| Ground Transportation | 507.60 |
| Meals - Out of Town | 33.64 |
| Travel/Lodging | 293.25 |
| **Total** | **$1,430.59** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/02/14 | RR Martella | Finalize white paper and prepare materials for industry meeting regarding greenhouse gas strategy | 1.50 |
| 09/03/14 | CF Beckner | Correspondence with S. Gidiere regarding Luminant comments (0.2); research regarding same (0.4) | .60 |
| 09/03/14 | RR Martella | Prepare for and participate in industry meeting regarding greenhouse gas strategy (2.0); edit and revise coalition outline (2.0); pre-call with Luminant team regarding greenhouse gas strategy (.50) | 4.50 |
| 09/08/14 | CF Beckner | Begin review and analysis of outline of Luminant comments (0.5); research regarding same (1.3) | 1.80 |
| 09/09/14 | CF Beckner | Provided detailed comments on draft outline regarding greenhouse gas strategy (1.0); call with S. Gidiere regarding same (0.5) | 1.50 |
| 09/11/14 | CF Beckner | Work on greenhouse gas strategy | .30 |
| 09/16/14 | RR Martella | Teleconference to discuss greenhouse gas strategy | .80 |
| 09/17/14 | RR Martella | Participate in teleconference regarding greenhouse gas strategy (0.8); review draft Luminant comments regarding same (0.2) | 1.00 |
| 09/25/14 | CF Beckner | Follow up on question from S. Gidiere regarding greenhouse gas strategy | .30 |
| | | **Total Hours** | **12.30** |



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

December 5, 2014

FEDERAL ID 36-4474078

Luminant Energy Company LLC
Attn:  Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX  75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10040

For professional services rendered through September 30, 2014 re Clean
Air Transport Rule

| | |
|---|---:|
| Fees | $87.80 |
| Expenses | 2,358.80 |
| **Total Due This Bill** | **$2,446.60** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CF Beckner | .10 | $878.00 | $87.80 |
| **Total Hours and Fees** | **.10** | | **$87.80** |

## E X P E N S E   S U M M A R Y

| Category/Description | Amount |
|---|---|
| Air Transportation | $1,885.96 |
| Ground Transportation | 191.72 |
| Meals - Out of Town | 33.46 |
| Telephone Tolls | 6.77 |
| Travel/Lodging | 240.89 |
| **Total** | **$2,358.80** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/22/14 | CF Beckner | Correspondence with P. Keisler, R. Stoll regarding responding to court's order requiring filing of motions to govern | .10 |
| | | **Total Hours** | **.10** |



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

December 5, 2014

FEDERAL ID 36-4474078

Luminant Energy Company LLC
Attn: Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX 75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10040

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 10/30/14 | 34059334 | $159,692.19 |
| 10/30/14 | 34059337 | 177,266.31 |
| 10/30/14 | 34059339 | 336,263.61 |
| 10/30/14 | 34059346 | 50,946.74 |

**Total Outstanding Invoices**                                          $724,168.85

**Total This Bill**                                                           2,446.60

**Total Amount Due**                                                    $726,615.45

---

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

December 5, 2014

FEDERAL ID 36-4474078

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

## **\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30070

For professional services rendered through October 31, 2014 re
Professional Retention

Fees                                                                                    $24,572.00

**Total Due This Bill**                                                        <u>**$24,572.00**</u>

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/02/14 | PS Caruso | Review budget issues and compensation guidelines | 1.00 |
| 10/03/14 | PS Caruso | Review correspondence from company (.5); communications with G. King regarding process and timing regarding Fee Committee (.5); assess budget (.5) | 1.50 |
| 10/13/14 | MT Gustafson | Telephone call with J. White re: document review status | .10 |
| 10/20/14 | MT Gustafson | Call with K. Mills re: conflicts filing (.3); coordinate courtcall and dial-ins for 10/21 hearing (.2) | .50 |
| 10/20/14 | KS Mills | Analyze status of/outstanding issues w/r/t supplemental disclosures (3.1); communications with M. Gustafson re: finalizing same (.2) | 3.30 |
| 10/22/14 | MT Gustafson | E-mails to J. White, N. Barber, H. Tseregounis, D. Perlman, and C. Laney re: second round of review (.2); Review materials performed by same (.4) | .60 |
| 10/22/14 | KS Mills | Communications with M. Gustafson re: preparation of supplemental conflict disclosure (.2); analyze certain related issues (.3) | .50 |
| 10/23/14 | JF Conlan | Communications with Sidley team re: EFH retention issues | 1.00 |
| 10/24/14 | MT Gustafson | Review materials prepared by J. White, N. Barber, H. Tseregounis, D. Perlman, and C. Laney and prepare materials for supplemental retention declaration | 2.10 |
| 10/27/14 | MT Gustafson | Review materials prepared by J. White, N. Barber, H. Tseregounis, D. Perlman, and C. Laney and prepare materials for supplemental retention declaration | 3.50 |
| 10/28/14 | MT Gustafson | Review materials prepared by J. White, N. Barber, H. Tseregounis, D. Perlman, and C. Laney and compile into single document for supplemental declaration preparation (5.9) | 5.90 |
| 10/29/14 | MT Gustafson | Process results for incorporation into materials for supplemental retention application (1.9); Telephone call with J. White re: same and process moving forward (.2) | 2.10 |
| 10/29/14 | JP White | Processing results for incorporation into materials for supplemental retention filing | 3.40 |
| 10/30/14 | MT Gustafson | Process results for incorporation into materials for supplemental retention application | 4.00 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/30/14 | JP White | Processing results for incorporation into materials for supplemental retention filing | 6.60 |
| 10/31/14 | MT Gustafson | Finalize processing of results and prepare materials for supplemental retention application (3.1); Meeting with K. Mills re: same (.1); Follow-up meeting with K. Mills re: edits to schedule (.2); Incorporate edits from K. Mills to schedule (.1) | 3.50 |
| | | **Total Hours** | **39.60** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| JF Conlan | 1.00 | $1,150.00 | $1,150.00 |
| PS Caruso | 2.50 | 925.00 | 2,312.50 |
| KS Mills | 3.80 | 775.00 | 2,945.00 |
| MT Gustafson | 22.30 | 615.00 | 13,714.50 |
| JP White | 10.00 | 445.00 | 4,450.00 |
| **Total Hours and Fees** | **39.60** | | **$24,572.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

December 5, 2014

FEDERAL ID 36-4474078

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

## **\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30090

For professional services rendered through October 31, 2014 re Fee
Applications

Fees                                                                    $122,256.10

**Total Due This Bill**                                                 **$122,256.10**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/01/14 | B Beaton | Prepare materials for fee application | .50 |
| 10/01/14 | PS Caruso | Assess budget issues (.5); discuss same with G. King (.5) | 1.00 |
| 10/01/14 | GM King | Prepare fee application materials (2.7); analyze revisions (0.5); call with D. Lutes re: fee application (0.1) | 3.30 |
| 10/01/14 | DJ Lutes | Emails with J. Romero re: fee application issues (.3); TCs with J. Romero re: same (.5); prepare fee application materials (.7); assess privilege issues (.5); review timekeeper matters for compliance (.6); assess allocations and projects re: same (.6); TC with G. King re: same (.3); emails with G. King and C. Ramirez-Bird re: same (.2) | 3.70 |
| 10/02/14 | DJ Lutes | Prepare fee application materials (.8); review timekeeper matters for compliance and privilege (.8); emails to billing specialists re: same (.3) | 1.90 |
| 10/03/14 | B Beaton | Correspond with P Keisler, G King and J Romero re fee application | .40 |
| 10/03/14 | GM King | EFH Fee Committee call (0.5) | .50 |
| 10/03/14 | DJ Lutes | Prepare fee application materials (1.1); review memo from fee committee (.3); assess cost issues and tasks re: fee application materials (.8); emails with J. Romero re: fee application preparation (.3); emails with C. Ramirez-Bird re: same (.2); correspondence with G. King and B. Beaton re: same (.3); TC with G. King re: fee application issues (.3) | 3.30 |
| 10/04/14 | DJ Lutes | Review expense compliance issues (.3); review Luminant matters for fee application issues (.8); prepare fee application materials re: same (.7) | 1.80 |
| 10/05/14 | DJ Lutes | Review Luminant matters for fee application compliance (.8); prepare fee application materials re: same (.7); assess monthly tasks re: same (.2) | 1.70 |
| 10/06/14 | B Beaton | Review fee application materials (.3); call with G. King and D. Lutes re fee application (.7) | 1.00 |
| 10/06/14 | GM King | Call with D. Lutes and B. Beaton re: fee process (0.5); call with K. Mills re: budget (0.2) | .70 |
| 10/06/14 | DJ Lutes | TC with J. Romero re: monthly and quarterly fee application tasks (.3); prepare fee application materials (2.2); review timekeeper matters for compliance and privilege (.9) assess allocations and projects re: same (.7); conference call with B. Beaton and G. King re: same (.4); emails to J. Romero, B. Beaton and G. King re: same (.4); TC with C. Ramirez-Bird re: | 5.20 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Ledes and expense issues (.3) | |
| 10/06/14 | KS Mills | Review Fee Committee Memorandum (.2); review/revise draft budget, including analyzing certain related issues (1.6); communications with G. King re: same (.2) | 2.00 |
| 10/07/14 | B Beaton | Correspond with R. Martella, G. King, J. Romero and D. Lutes re fee application materials review (.5); review fee application materials (.2); review fee application materials (2.3); correspond with G. King, D. Lutes, J. Romero and P. Keisler re same (.6) | 3.60 |
| 10/07/14 | GM King | Call with B. Beaton re: fee applications (0.2); call with K. Mills re: budgets (0.2) | .40 |
| 10/07/14 | DJ Lutes | Prepare fee application materials for Luminant matters (4.4); prepare fee application materials for bankruptcy matters (.8); correspondence with B. Beaton re: same (.5); review costs (.6); emails with G. King re: fee application issues (.2); emails with C. Ramirez-Bird re: same (.4) | 6.90 |
| 10/08/14 | B Beaton | Correspondence with P. Keisler re revised fee application materials | .30 |
| 10/08/14 | GM King | Draft correspondence to B. Beaton re: budget (0.2) | .20 |
| 10/08/14 | DJ Lutes | Prepare bankruptcy fee application materials including review of costs for compliance (3.4); emails to billing specialists re: cost issues (.4); prepare summary report to G. King re: status and next steps (.5); review Luminant fee application materials including review of costs for compliance (2.2) | 6.50 |
| 10/08/14 | KS Mills | Review Second Fee Committee Memorandum (.3); communications with G. King regarding draft budget (.2); analyze certain related issues (1.0) | 1.50 |
| 10/09/14 | B Beaton | Correspond with R. Beckner, P. Keisler, G. King, D. Lutes re fee application and budget | 1.10 |
| 10/09/14 | PS Caruso | Further communications with G. King regarding fee application protocols | 1.00 |
| 10/09/14 | PD Keisler | Review materials in connecting with submission for fee application | 1.50 |
| 10/09/14 | GM King | Correspondence re: fee applications (0.2) | .20 |
| 10/09/14 | DJ Lutes | Prepare fee application materials for Luminant matters (3.4); prepare fee application for bankruptcy matters (1.2); review cost documentation for compliance and privilege (2.3); emails with accounting re: same (.4); TC with J. Romero re: costs (.2); emails with J. Romero re: same (.3); emails with C. Ramirez-Bird re: fee application tasks (.3); emails with B. Beaton re: fee application issues (.5) | 8.60 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/10/14 | B Beaton | Review September invoices in preparation for fee application submission | .40 |
| 10/10/14 | GM King | Call with R. Buckner re: budget (0.2); call with K. Mills re: same (0.1) | .30 |
| 10/10/14 | DJ Lutes | Prepare Luminant fee application materials (1.8); review expenses for compliance (1.3); TCs with J. Romero re: same (.3); emails with B. Beaton and Sidley team re: same (.5); emails to G. King re: status (.3); prepare monthly fee statements (.5) | 4.70 |
| 10/12/14 | GM King | Draft monthly fee application (0.6) | .60 |
| 10/13/14 | GM King | Call with D. Lutes re: fees (0.4); draft November budget (1.2) | 1.60 |
| 10/13/14 | DJ Lutes | Prepare monthly fee application materials covering four months (.7); prepare exhibits re: same (1.3); TC and emails with J. Romero re: expense formatting (.4); assess next steps (.5); TC with G. King re: monthly statement issues and next steps (.4) | 3.30 |
| 10/14/14 | B Beaton | Review fee application materials (.4); call with J. Romero re fee application (.1) | .50 |
| 10/14/14 | PS Caruso | Further review of Budget and applications (.6); communications with G. King regarding same (1.4) | 2.00 |
| 10/14/14 | DJ Lutes | Prepare 1st monthly fee application and exhibits (4.6); review fee application issues with Luminant invoices (1.1); emails with J. Romero and C. Ramirez-Bird re: same (.4); TCs with J. Romero re: same (.4); prepare email summary report to G. King (.4) | 6.90 |
| 10/14/14 | KS Mills | Review/revise draft budget (.5); analyze certain related issues/materials (2.0) | 2.50 |
| 10/15/14 | B Beaton | Correspond with co-counsel re: fee applications | .20 |
| 10/15/14 | MA Clemente | Conf with P. Caruso regarding budget and related issues | .40 |
| 10/15/14 | DJ Lutes | Prepare 1st monthly fee application materials and exhibits (.9); review spreadsheets from billing specialists re: costs and fees (.9); correspond to G. King re: same (.4); review cost issue with B. Beaton (.2) | 2.40 |
| 10/15/14 | KS Mills | Communication with G. King re: draft budget | .30 |
| 10/16/14 | PS Caruso | Analyze fee apps and budgets (2.3); communications with G. King regarding same (.7) | 3.00 |
| 10/16/14 | MA Clemente | Review draft of fee budget (.5); conf with P. Caruso regarding fee budget (.5) email from P. Caruso regarding fee budget (.2) | 1.20 |
| 10/16/14 | DJ Lutes | Prepare June fee application and exhibits (2.4); prepare July fee | 5.90 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | application and exhibits (2.2); review timekeeper matters and costs re: same (1.0); emails re: May and June fee applications with G. King (.3) | |
| 10/16/14 | KS Mills | Various communications with certain Sidley team members re: draft budget (1.0); review draft monthly application/analyze certain related issues (1.2) | 2.20 |
| 10/17/14 | B Beaton | Email P. Keisler, D. Lutes re fee application | .20 |
| 10/17/14 | PS Caruso | Analyze fee apps and budgets (1.3); communications with J. Conlan and L. Nyhan regarding same (1.0) | 2.30 |
| 10/17/14 | DJ Lutes | Prepare fee applications and exhibits for May, June, July and August (5.1); TCs with billing specialist re: same (.3); correspondence to G. King re: same (.2); correspondence with B. Beaton re: same (.2); emails to paraprofessionals for application materials (.5); assess allocations and projects re: same (.4) | 6.70 |
| 10/20/14 | MA Clemente | Conf with P. Caruso regarding fee app and related issues (.5) | .50 |
| 10/20/14 | DJ Lutes | Prepare fee application materials May, June, July and August (3.4); review timekeeper matters for September for compliance and privilege (1.5); assess allocations and projects re: same (.4) | 5.30 |
| 10/21/14 | DJ Lutes | Prepare fee application materials for September (2.1); review quarterly fee application issues (.9); TC with K. Mills re: same (.2); assess allocations and projects re: same (.8); prepare quarterly fee application materials (1.4); emails to B. Beaton and G. King re: fee application issues (.4) | 5.80 |
| 10/21/14 | KS Mills | Communications w/ D. Lutes re: status of monthly fee applications (.2); analyze certain related issues (.2) | .40 |
| 10/22/14 | B Beaton | Correspond with P. Keisler, G. King, D. Lutes re fee application (.1); email with K. Mills, P. Keisler re invoices (.1); call with K. Mills, J. Romero re fee application (.4); confer with P. Keisler re fee applications (.5) | 1.10 |
| 10/22/14 | MA Clemente | Emails regarding budget and analysis of same (.5); conf with P. Caruso regarding budget and retention issues (.5) | 1.00 |
| 10/22/14 | PD Keisler | Telephone conference with D. Kelly regarding fee application requirements (.5); office conferences with B. Beaton regarding fee application requirements (.5); office conference with R. Beckner regarding budgets (.1) | 1.10 |
| 10/22/14 | DJ Lutes | Correspondence with G. King, B. Beaton and K. Mills re: monthly fee application issues (.4); prepare fee application materials for K. Mills and client (.7); telephone conference with K. Mills re: same (.2); prepare 1st interim fee application spreadsheet (1.7); assess allocations and projects re: interim fee | 3.30 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | application (.3) | |
| 10/22/14 | KS Mills | Dial-in to t/call w/ Fee Committee/Retained Professionals (.5); review certain draft bankruptcy invoices (.5); various communications with certain Sidley team members and/or Company re: draft budget/fee applications (1.5); analyze certain related issues (1.8) | 4.30 |
| 10/23/14 | B Beaton | Review fee application materials (1.0); email D. Lutes, P. Keisler re fee application (.2) | 1.20 |
| 10/23/14 | MA Clemente | Conf with P. Caruso and J. Conlan regarding budget and related issues (.3); emails regarding budget and related issues (.5); conf with P. Caruso regarding budget and related issues (.4); review budget and work streams (.5) | 1.70 |
| 10/23/14 | PD Keisler | Office conferences with B. Beaton regarding fee application submission (.4); email correspondence with K. Mills regarding fee application submission (.2) | .60 |
| 10/23/14 | GM King | Revise monthly fee application (0.2); correspondence re: same (0.1); call with K. Mills and D. Lutes re: monthly fee applications (0.8); call with company re: fees (0.2); call with K. Mills re: same (0.1); various calls with K. Mills re: retention issues (0.4); review fee materials (0.4); call with D. Lutes re: fee application (0.4); draft correspondence to D.C. team re: same (0.3); meeting with P. Caruso and K. Mills re: budget (0.3); draft interim fee application (1.2) | 4.40 |
| 10/23/14 | DJ Lutes | Conference call re: monthly and interim fee application issues (.6); prepare monthly fee application materials for May, June, July and August including exhibits and cost detail documentation (2.9); review spreadsheets re: same (.6); calculate EFH and TCEH breakdowns (1.7); review cost issue with B. Beaton and G. King (.5); TC with G. King re: monthly fee application (.3); email to billing specialist re: same (.2) | 6.80 |
| 10/23/14 | KS Mills | Review certain draft bankruptcy invoices (.6); various communications with certain Sidley team members and/or Company re: fee applications (2.2); analyze/resolve certain related issues (1.6); o/c w/ P.Caruso and G. King regarding draft budget (.3) | 4.70 |
| 10/23/14 | KA Nelms | Review draft documents related to the preparation of the fee application (.30); telephone conferences with D.J. Lutes re: upcoming fee application (.20) | .50 |
| 10/23/14 | LJ Nyhan | Review budgeting issues | .20 |
| 10/24/14 | B Beaton | Emails with D. Lutes, G. King re fee application (.1); review Sept. invoices (.2); confer with J. Romero re Sept. invoices (.5) | .80 |
| 10/24/14 | GM King | Calls with K. Mills re: retention (0.4); draft interim retention | 5.40 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | application (4.8); draft correspondence re: budget (0.2) | |
| 10/24/14 | DJ Lutes | Prepare monthly fee application materials for May, June, July and August (2.1); emails to G. King and K. Mills re: same (.5); prepare spreadsheets and materials for 1st interim fee application (.6); review monthly fee application materials for September (.5); emails with B. Beaton re: same (.1) | 3.80 |
| 10/24/14 | KS Mills | Various communications with certain Sidley team members re: preparation of fee applications (1.5); analyze/resolve certain related issues (1.0) | 2.50 |
| 10/24/14 | KA Nelms | Office conference with D.J. Lutes re: preparation of fee application (.40); review materials related to the fee application (.40) | .80 |
| 10/26/14 | GM King | Prepare fee application (2.4) | 2.40 |
| 10/27/14 | B Beaton | Revise fee application materials (.5); draft matter summaries for fee application (.7); review fee application (.4); call with K. Mills re: same (.2); revise fee application further (.2); correspondence with Sidley team re: fee application (.1) | 2.10 |
| 10/27/14 | PD Keisler | Office conference with B. Beaton regarding submission | .20 |
| 10/27/14 | GM King | Draft interim fee application (1.6) | 1.60 |
| 10/27/14 | KS Mills | Various communications with certain Sidley team members re: preparation of fee applications/submission of related fee applications (1.2); communications with Company re: same (.1); participate in telephone call w/ C. Gooch/retained professionals (.4) | 1.70 |
| 10/27/14 | KA Nelms | Assist in the preparation of the fee application for May - August 2014 (6.60); emails with G. King re: preparation of this fee application (.20) | 6.80 |
| 10/28/14 | B Beaton | Review fee applications | .10 |
| 10/28/14 | MA Clemente | Email from P. Caruso regarding budget (.1); conf with P. Caruso regarding budget and work plan and related issues (.5) | .60 |
| 10/28/14 | PD Keisler | Work on quarterly fee application | .30 |
| 10/28/14 | GM King | Call with K. Mills re: fee application | .20 |
| 10/28/14 | KS Mills | Various communications with certain Sidley team members re: preparation of fee applications/submission of related fee applications | 1.00 |
| 10/29/14 | B Beaton | Emails with Sidley team re: fee applications (.1); call with K. Mills re: fee application (.4); prepare fee applications (.5); call with D. Kelly, K. Mills, P. Keisler, J. Romero re: fee application approval (.9) | 1.90 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/29/14 | MA Clemente | Review fee app (.8); Conf with P. Caruso regarding fee app and budget (.4) | 1.20 |
| 10/29/14 | PD Keisler | Office conference with B. Beaton regarding fee application (.3); telephone conference with D. Kelly regarding fee application (.3) | .60 |
| 10/29/14 | GM King | Call with K. Mills re: fees (0.3); prepare monthly applications for filing (2.7); meeting with P. Caruso and K. Mills re: interim application (0.6); revise application (1.7) | 5.30 |
| 10/29/14 | KS Mills | Review/revise draft first interim fee application (1.8); o/c with P. Caruso and G. King re: same (.3); Various communications with certain Sidley team members re: preparation of fee applications/submission of related fee applications (.8); analyze/resolve certain related issues (.5) | 3.40 |
| 10/29/14 | LJ Nyhan | Conference with J. Conlan regarding budget issues (.3); review budget (.3) | .60 |
| 10/30/14 | B Beaton | Correspondence with D. Kelly regarding fee application (.1); prepare fee application (.3); revise fee applications (.7) | 1.10 |
| 10/30/14 | PS Caruso | Review interim fee application (.7); office conference with K. Mills and G. King regarding same (.8) | 1.50 |
| 10/30/14 | MA Clemente | Further review of fee app (.8); further review of budget (.4); conf with L. Nyhan and P. Caruso and G. King regarding budget and related issues (.4); emails from G. King regarding budget (.2); conf with P. Caruso regarding budget and fee app issues (.5) | 2.30 |
| 10/30/14 | GM King | Meeting with P. Caruso re: revisions (0.1); revise fee application (1.1); review fee orders and materials (0.3); meeting with L. Nyhan, M. Clemente and P. Caruso re: budget (0.4); revise budget (0.5) | 2.40 |
| 10/30/14 | KS Mills | Various communications with certain Sidley team members re: preparation of fee applications/submission of related fee applications (1.3); analyze/resolve certain related issues (1.0) | 2.30 |
| 10/30/14 | LJ Nyhan | Review budget, project streams, and related documents (.9); conference with P. Caruso and M. Clemente regarding budget and hearings (.4) | 1.30 |
| 10/31/14 | B Beaton | Prepare fee application | 1.80 |
| 10/31/14 | PS Caruso | Final review of first interim fee application | 2.00 |
| 10/31/14 | GM King | Draft EFH fee applications (1.6); Prepare fee applications for filing (4.9) | 6.50 |
| 10/31/14 | DJ Lutes | TC with K. Nelms re: monthly fee applications (.4); emails with G. King re: same (.3); review pending monthly and | 1.30 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | quarterly fee application matters (.6) | |
| 10/31/14 | KS Mills | Review interim fee application/related filing materials and provide final comments to same prior to filing (1.8); various communications with certain Sidley team members re: same/related issues (1.5); analyze/resolve same (1.0) | 4.30 |
| 10/31/14 | KA Nelms | Emails and telephone conferences with G. King, D. Lutes, and C. Ramirez-Bird re: information related to fee applications (.50); assist in the preparation of the fee application of May - August 2014 (2.00) | 2.50 |

**Total Hours**   **221.90**

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| LJ Nyhan | 2.10 | $1,150.00 | $2,415.00 |
| PD Keisler | 4.30 | 970.00 | 4,171.00 |
| MA Clemente | 8.90 | 925.00 | 8,232.50 |
| PS Caruso | 12.80 | 925.00 | 11,840.00 |
| KS Mills | 33.10 | 775.00 | 25,652.50 |
| GM King | 36.00 | 665.00 | 23,940.00 |
| B Beaton | 18.30 | 537.00 | 9,827.10 |
| DJ Lutes | 95.80 | 345.00 | 33,051.00 |
| KA Nelms | 10.60 | 295.00 | 3,127.00 |
| **Total Hours and Fees** | **221.90** | | **$122,256.10** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

BEIJING          HONG KONG      SAN FRANCISCO
BOSTON           HOUSTON        SHANGHAI
BRUSSELS         LONDON         SINGAPORE
CHICAGO          LOS ANGELES    SYDNEY
DALLAS           NEW YORK       TOKYO
GENEVA           PALO ALTO      WASHINGTON, D.C.

FOUNDED 1866

December 5, 2014

FEDERAL ID 36-4474078

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30100

For professional services rendered through October 31, 2014 re Case
Administration

| | |
|---|---:|
| Fees | $100,663.00 |
| Expenses: | |
| Duplicating Charges | $34.80 |
| Other | 85.81 |
| Telephone Tolls | 121.66 |
| Total Expenses | 242.27 |
| **Total Due This Bill** | **$100,905.27** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/01/14 | MA Clemente | Case update | 1.00 |
| 10/01/14 | LJ Nyhan | Conference with J. Conlan regarding work allocation issues | .40 |
| 10/03/14 | LJ Nyhan | Review case update | .30 |
| 10/06/14 | PS Caruso | Attention to budget issues (1.0) and review of detailed fee apps (1.0) | 2.00 |
| 10/06/14 | MA Clemente | Conf with P. Caruso regarding case update (.4); review pleadings (.6) | 1.00 |
| 10/06/14 | LJ Nyhan | Conference with J. Conlan (.2); review hearing report (.2) | .40 |
| 10/07/14 | PS Caruso | Further communications with EFH and G. King regarding Fee Committee matters and (.6) and detailed review of detailed fee apps. (1.4) | 2.00 |
| 10/07/14 | BJ Lohan | Review prior filings on bonuses (1.2); review motions to approve rejection related pleadings (1.8) | 3.00 |
| 10/08/14 | PS Caruso | Review docket (.3); review pleadings (.7); office conference with J. Conlan regarding case issues (.4); review budget (.6) | 2.00 |
| 10/08/14 | MA Clemente | Conf with Caruso regarding case update and status and review filings (1.0) | 1.00 |
| 10/08/14 | KS Mills | Review/analyze certain recently filed pleadings | 3.60 |
| 10/08/14 | LJ Nyhan | Conference with J. Conlan regarding client matters | .30 |
| 10/09/14 | PS Caruso | Meeting with J. Conlan regarding communications with company and potential analysis | 1.00 |
| 10/10/14 | MA Clemente | Case update with Sidley team | 1.00 |
| 10/10/14 | JF Conlan | Communications re company call and related case issues | .50 |
| 10/10/14 | LJ Nyhan | Conference with J. Conlan | .20 |
| 10/13/14 | PS Caruso | Numerous meetings with G. King regarding budget (.8); review fee apps (.8); communications with J. Conlan regarding Sponsor Matters (.9) | 2.50 |
| 10/13/14 | KS Mills | Review/analyze certain recently filed pleadings | 5.10 |
| 10/13/14 | LJ Nyhan | Conference with J. Conlan re: case issues | .20 |
| 10/14/14 | PS Caruso | Meeting with J. Conlan regarding Sponsor Matters and potential areas of inquiry | 1.00 |
| 10/14/14 | MA Clemente | Case update | 1.00 |
| 10/14/14 | JF Conlan | Prepare for and attend call with company re: recent case | .50 |

SIDLEY AUSTIN LLP

Invoice Number: \*\*\*\*\*\*
Energy Future Holdings Corp.

RE: Case Administration

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | developments | |
| 10/14/14 | GM King | Revise budget (0.4); meeting with K. Mills re: same (0.1) | .50 |
| 10/14/14 | KS Mills | Review/analyze certain recently filed pleadings | 4.80 |
| 10/14/14 | LJ Nyhan | Conference with J. Conlan regarding client discussion and recent case developments | .80 |
| 10/15/14 | PS Caruso | Review fee protocols (.4); review budgets (.5); review fee applications (.6); communications with G. King regarding same (.5) | 2.00 |
| 10/15/14 | MA Clemente | Case update and status | 1.00 |
| 10/15/14 | GM King | Revise draft budget (1.5); call with K. Mills re: budget (0.2); review monthly application (1.2) | 2.90 |
| 10/15/14 | BJ Lohan | Review recent filings | 3.50 |
| 10/15/14 | LJ Nyhan | Conference with J. Conlan regarding client response issues | .40 |
| 10/16/14 | PS Caruso | Review docket (.1); review pleadings (.4) | .50 |
| 10/16/14 | GM King | Meeting with P. Caruso re: budget | .20 |
| 10/16/14 | LJ Nyhan | Review P. Caruso note, budget and related materials | .50 |
| 10/17/14 | PS Caruso | Review docket (.4); review pleadings (.9) | 1.30 |
| 10/17/14 | BJ Lohan | Review recent filings | 2.00 |
| 10/17/14 | LJ Nyhan | Review hearing summaries and related materials | .50 |
| 10/20/14 | PS Caruso | Telephonic participation in ONCOR bid procedures hearing (6.1); office call with L. Nyhan regarding bid procedures (.4) | 6.50 |
| 10/20/14 | MA Clemente | Case update on issues including tax memo (1.0) | 1.00 |
| 10/20/14 | LJ Nyhan | Conference with P. Caruso regarding hearing and tax issues (.4); review pleadings (.2); evaluate procedures objections (.2) | .80 |
| 10/21/14 | PS Caruso | Telephonic participation in third day of ONCOR bid procedures hearing (6.0); correspond with L. Nyhan and J. Conlan regarding same (.5) | 6.50 |
| 10/21/14 | MA Clemente | Participate telephonically in EFH bid procedures hearing (6.0) | 6.00 |
| 10/21/14 | LJ Nyhan | Review P. Caruso analysis (.2); review hearing summaries (.3); email to J. Conlan re: same (.1) | .60 |
| 10/22/14 | PS Caruso | Review docket (.3); review pleadings (.7) | 1.00 |
| 10/22/14 | LJ Nyhan | Review hearing summaries (.3); assess topic allocation issues (.3) | .60 |
| 10/23/14 | LJ Nyhan | Note regarding 327(e) issues (.3); conference with J. Conlan regarding client meeting and issues (.3) | .60 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/24/14 | PS Caruso | Review pleadings in connection with Oncor bid procedures | 1.50 |
| 10/24/14 | KS Mills | Review/analyze certain recently filed pleadings re: intercompany and sponsor matters | 2.40 |
| 10/25/14 | JF Conlan | Review EFH progress and approach (.6); communications with Sidley team re: same (.4) | 1.00 |
| 10/27/14 | PS Caruso | Participate telephonically in Oncor bid procedures hearing (5.0); office conferences with J. Conlan regarding same and future case (1.0) | 6.00 |
| 10/27/14 | MA Clemente | Telephonic participation in bid procedures hearing (4.5); conf with P. Caruso regarding bid procedures outcome and issues relating to Sponsor Matters and intercompany issues (.5) | 5.00 |
| 10/27/14 | JF Conlan | Communications re: committee and analyze same (.9); communications with Sidley team re: same (.6) | 1.50 |
| 10/27/14 | LJ Nyhan | Review P. Caruso memos regarding hearings (.3); conference with J. Conlan regarding project allocation, review related materials (.5) | .80 |
| 10/28/14 | PS Caruso | Assess potential inter-company issues in connection with bid procedures (2.0); office conference with M. Clemente regarding same (.9); communications with J. Conlan regarding same (.6) | 3.50 |
| 10/28/14 | MA Clemente | Case update to Sidley team on bidding procedures and related issues (.6) | .60 |
| 10/28/14 | JF Conlan | Analyze work plan related issues  (.4); analyze related case developments (.6) | 1.00 |
| 10/28/14 | GM King | Review EFH docket (0.1) | .10 |
| 10/28/14 | BJ Lohan | Review recent pleadings in bid procedures (2.6); review recent docket entries (1.4) | 4.00 |
| 10/28/14 | LJ Nyhan | Review pleadings and hearing reports (.8); conference with J. Conlan regarding client issues (.4) | 1.20 |
| 10/29/14 | PS Caruso | Office conference with L. Nyhan regarding budgets (.5); office conference with G. King regarding same (.8); review revised monthly and interim fee applications (2.7) | 4.00 |
| 10/30/14 | PS Caruso | Review docket (.3); assess recently filed pleadings (.7); review bid procedures and motion (1.0); office conference with M. Clemente regarding same (.5) | 2.50 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/31/14 | MA Clemente | Review case status and update (.6) | .60 |
| 10/31/14 | LJ Nyhan | Conference with M. Clemente regarding bid procedure governance issues (.3); review related materials (.3) | .60 |

| | | **Total Hours** | **110.80** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| LJ Nyhan | 9.20 | $1,150.00 | $10,580.00 |
| JF Conlan | 4.50 | 1,150.00 | 5,175.00 |
| MA Clemente | 19.20 | 925.00 | 17,760.00 |
| PS Caruso | 45.80 | 925.00 | 42,365.00 |
| BJ Lohan | 12.50 | 800.00 | 10,000.00 |
| KS Mills | 15.90 | 775.00 | 12,322.50 |
| GM King | 3.70 | 665.00 | 2,460.50 |
| **Total Hours and Fees** | **110.80** | | **$100,663.00** |



SIDLEY AUSTIN LLP
1501 K STREET, N W
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

December 5, 2014

FEDERAL ID 36-4474078

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30240

For professional services rendered through October 31, 2014 re Inter-
Company Issues

| | |
|---|---|
| Fees | $5,550.00 |
| **Total Due This Bill** | **$5,550.00** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/22/14 | PS Caruso | Assess inter-company claims in light of tax memorandum filed on docket (1.3); office conference with M. Clemente regarding same (.7) | 2.00 |
| 10/23/14 | PS Caruso | Office conference with J Conlan regarding inter-company claims (1.0); assess same (1.0) | 2.00 |
| 10/31/14 | PS Caruso | Assess inter-company claims issues pertinent to bid procedures | 2.00 |
| | | **Total Hours** | **6.00** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| PS Caruso | 6.00 | $925.00 | $5,550.00 |
| **Total Hours and Fees** | **6.00** | | **$5,550.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

December 5, 2014

FEDERAL ID 36-4474078

Luminant Energy Company LLC
Attn:  Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX  75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10040

For professional services rendered through October 31, 2014 re Clean
Air Transport Rule

| | |
|---|---|
| Fees | $23,397.20 |
| Expenses | 19.88 |
| **Total Due This Bill** | **$23,417.08** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| PD Keisler | 3.80 | $970.00 | $3,686.00 |
| CF Beckner | 12.30 | 878.00 | 10,799.40 |
| ED McArthur | 11.70 | 624.00 | 7,300.80 |
| B Beaton | 3.00 | 537.00 | 1,611.00 |
| **Total Hours and Fees** | **30.80** | | **$23,397.20** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|--------|
| Duplicating Charges | $19.88 |
| **Total** | **$19.88** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/20/14 | CF Beckner | Follow up correspondence to D. Kelly regarding allocation of emissions allowances to non-operating units | .70 |
| 10/23/14 | B Beaton | Review Order regarding future proceedings | .10 |
| 10/23/14 | CF Beckner | Call with D. Kelly, S. Moore regarding DC Circuit order in EME Homer (.5); Review and analyze DC Circuit order (.6); Follow up correspondence regarding impact of DC Circuit order and outreach to industry and States (.2); Call with R. Martella regarding DC Circuit order and next step on remand appeal (.2) | 1.50 |
| 10/23/14 | PD Keisler | Conference call with D. Kelly, S. Moore, R. Beckner, S. Gidiere, B. Brownell regarding implications of court order and plans for merits briefing (.5); Review and analyze court order on pending motions (.6) | 1.10 |
| 10/23/14 | ED McArthur | Review order lifting stay (.2); Correspond with R. Beckner regarding order lifting stay (.1) | .30 |
| 10/24/14 | B Beaton | Meeting with R. Beckner, E. McArthur regarding merits briefing | .40 |
| 10/24/14 | CF Beckner | Call with B. Davis regarding litigation strategy and coordination among petitioners (.4); Review, revise and edit 10-Q statement regarding DC Circuit order (.4); Update P. Keisler regarding call with counsel for Texas on remand proceeding (.1); Review, revise and edit company update regarding DC Circuit order (.2) | 1.10 |
| 10/24/14 | PD Keisler | Review draft 10Q language for D. Kelly (.1); Review draft issue statement for S. Moore (.2) | .30 |
| 10/24/14 | ED McArthur | Review and analyze D.C. Circuit briefs (5.5); Meet with R. Beckner, B. Beaton regarding supplemental brief (.4) | 5.90 |
| 10/25/14 | B Beaton | Review DC Circuit arguments | 1.10 |
| 10/26/14 | CF Beckner | Review DC Circuit briefs regarding developing arguments on remand | .50 |
| 10/27/14 | B Beaton | Meeting with P. Keisler, R. Beckner, E. McArthur regarding merits brief (.7); Review DC Circuit briefs (.2) | .90 |
| 10/27/14 | CF Beckner | Meet with E. McArthur, B. Beaton regarding developing arguments to raise on remand | .70 |
| 10/27/14 | PD Keisler | Office conference with R. Beckner, E. McArthur, B. Beaton regarding issues for merits brief | .50 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/27/14 | ED McArthur | Meet with P. Keisler, R. Beckner, B. Beaton regarding supplemental brief (.7); Review and analyze D.C. Circuit briefs (2.7) | 3.40 |
| 10/28/14 | B Beaton | Review remand issues memo | .50 |
| 10/28/14 | CF Beckner | Draft detailed email memo regarding issues to be raised on remand before DC Circuit (2.1); Conferences with P. Keisler regarding issues to be raised on remand before DC Circuit and remedy issues (.8); Revise and edit email memo regarding issues to be raised on remand before DC Circuit to respond to suggested comments (.8) | 3.70 |
| 10/28/14 | PD Keisler | Work on appeal issues | 1.50 |
| 10/28/14 | ED McArthur | Review and edit memo regarding supplemental brief (.3); Correspond with P. Keisler, R. Beckner regarding supplemental brief (.5) | .80 |
| 10/29/14 | CF Beckner | Follow up correspondence regarding proposed memo to co-petitioners regarding remand issues | .20 |
| 10/30/14 | CF Beckner | Revise email memo regarding litigation issues on remand (.3); Conference with P. Keisler regarding what remedy Luminant should seek on remand (.1) | .40 |
| 10/30/14 | PD Keisler | Office conference with R. Beckner on issues for appeal | .10 |
| 10/31/14 | CF Beckner | Call with T. Webster regarding D. Stoll's inquiry about effect of lifting the stay (.1); Research for opening brief on remand (3.4) | 3.50 |
| 10/31/14 | PD Keisler | Office conference with R. Beckner regarding IPM issues | .30 |
| 10/31/14 | ED McArthur | Review and analyze argument regarding EPA's failure to use real-world data | 1.30 |
| | | **Total Hours** | **30.80** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

FEDERAL ID 36-4474078

December 5, 2014

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10050

For professional services rendered through October 31, 2014 re
Regional Haze Program

Fees                                                                                    $175.60

**Total Due This Bill**                                                    **$175.60**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| CF Beckner | .20 | $878.00 | $175.60 |
| **Total Hours and Fees** | **.20** | | **$175.60** |

**SIDLEY AUSTIN** LLP

Invoice Number: \*\*\*\*\*\*
Luminant Energy Company LLC

Regional Haze Program

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/08/14 | CF Beckner | Work on proposed motion to govern appeal of Regional Haze Rule | .20 |
| | | **Total Hours** | **.20** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

FEDERAL ID 36-4474078

December 5, 2014

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

## **\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 55784-40060

For professional services rendered through October 31, 2014 re EPA
July 2012 NOV (5th Circuit)

Fees                                                                                          $8,187.20

**Total Due This Bill**                                                     **$8,187.20**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| PD Keisler | 3.10 | $970.00 | $3,007.00 |
| CF Beckner | 5.90 | 878.00 | 5,180.20 |
| **Total Hours and Fees** | **9.00** | | **$8,187.20** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/25/14 | CF Beckner | Begin review and analysis of EPA's opposition to motion to dismiss | .70 |
| 10/28/14 | CF Beckner | Further review and analysis of EPA's opposition to Motion to Dismiss | 3.70 |
| 10/29/14 | CF Beckner | Discussions with P. Keisler re. analysis of EPA's opposition to motion to dismiss (.4); Call with S. Gidiere re. comments on EPA's opposition to motion to dismiss (.6); Further review and analysis of EPA's opposition to motion to dismiss (.5) | 1.50 |
| 10/29/14 | PD Keisler | Review government opposition to motion to dismiss (.5); Office conference with R. Beckner regarding points for reply on motion to dismiss (.5); Telephone conference with S. Gidiere, R. Beckner regarding reply on motion to dismiss (.6); Analysis of possible points for reply (1.5) | 3.10 |
| | | **Total Hours** | **9.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

December 5, 2014

FEDERAL ID 36-4474078

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 55784-40080

For professional services rendered through October 31, 2014 re
Counseling on Regulations for Existing Generating Units

Fees                                                                        $19,786.50

**Total Due This Bill**                                          **$19,786.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| CF Beckner | 2.60 | $878.00 | $2,282.80 |
| RR Martella | 19.30 | 809.00 | 15,613.70 |
| JF Visser | 3.50 | 540.00 | 1,890.00 |
| **Total Hours and Fees** | **25.40** | | **$19,786.50** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/06/14 | CF Beckner | Call regarding update on developments relevant to ESPS comments | 1.00 |
| 10/06/14 | RR Martella | Review NERA report (.5); Teleconference with Luminant team regarding ESPS updates (1.0) | 1.50 |
| 10/07/14 | RR Martella | Teleconference with NERA regarding comments on 111(d) study (.5); Provide edits to NERA study on Section 111(d) analysis (1.5); Correspondence with S. Hildebrand regarding status of SIP/FIP permitting issues in Texas (.8); Correspondence with D. Kelly and S. Moore regarding NERA and Section 111(d) comments (.5); Correspondence with D. Kelly, S, Moore, and S. Gidiere regarding analysis of Section 111(d) state plans vs. PSD state plans (.5) | 3.80 |
| 10/08/14 | CF Beckner | Review and edit draft comments regarding proposed GHG standards for modified and reconstructed sources | 1.20 |
| 10/08/14 | JF Visser | Revise draft comments on EPA's proposed GHG rule for modified and reconstructed EGUs | 3.50 |
| 10/09/14 | RR Martella | Edit and revise draft NSPS comments on modified and reconstructed sources | 2.50 |
| 10/10/14 | RR Martella | Revise revised ESPS comments | 1.00 |
| 10/13/14 | RR Martella | Work on NERA report | 1.50 |
| 10/21/14 | RR Martella | Participate in teleconference regarding Texas issues; follow up with AEP and TCEQ | 1.00 |
| 10/23/14 | RR Martella | Teleconference with AEP regarding Texas ESPS issues; follow up with D. Kelly and S. Moore | 1.00 |
| 10/29/14 | RR Martella | Prepare for meeting with PUC and TCEQ | 2.00 |
| 10/30/14 | RR Martella | Prepare for and participate in PUC meeting; follow up with TCEQ | 5.00 |
| 10/31/14 | CF Beckner | Call with R. Martella re. ESPS meetings in Texas (.1); Follow-up call with S. Gidiere re: Luminant ESPS Comments (.3) | .40 |

**Total Hours**   **25.40**



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30070

For professional services rendered through November 30, 2014 re
Professional Retention

Fees                                                                                            $3,431.50

**Total Due This Bill**                                                        **$3,431.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Professional Retention

## T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/07/14 | GM King | Revise declaration (0.4); review related materials (0.2) | .60 |
| 11/10/14 | KS Mills | Review/comment on second supplemental retention declaration (.3); analyze related issues (.2) | .50 |
| 11/11/14 | GM King | Revise supplemental declaration | .50 |
| 11/12/14 | PS Caruso | Review draft supplemental declaration | 1.00 |
| 11/13/14 | PS Caruso | Review draft supplemental declaration | 1.00 |
| 11/20/14 | PS Caruso | Review supplemental declaration | .50 |
| | | **Total Hours** | **4.10** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Professional Retention

### T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PS Caruso | 2.50 | $925.00 | $2,312.50 |
| KS Mills | .50 | 775.00 | 387.50 |
| GM King | 1.10 | 665.00 | 731.50 |
| **Total Hours and Fees** | **4.10** | | **$3,431.50** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID  36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30070

### REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 10/30/14 | 34059331 | $36,446.30 |
| 10/30/14 | 34059371 | 1,944.60 |
| 10/30/14 | 34059383 | 966.00 |
| 10/30/14 | 34059393 | 27,822.20 |
| 12/12/14 | 34070895 | 245,019.50 |
| 12/12/14 | 34070913 | 24,572.00 |

**Total Outstanding Invoices** **$336,770.60**

**Total This Bill** **3,431.50**

**Total Amount Due** **$340,202.10**

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30090

For professional services rendered through November 30, 2014 re Fee
Applications

Fees                                                                                    $51,689.20

**Total Due This Bill**                                                      **$51,689.20**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/03/14 | DJ Lutes | Prepare monthly fee application materials for September including review of costs and timekeeper matters for compliance | 2.40 |
| 11/04/14 | PS Caruso | Review budget (.5); review September and October monthly fee apps. (1.7) | 2.20 |
| 11/04/14 | GM King | Call with Fee Committee re: data (0.1); call with D. Lutes re: fee applications (0.2); review filed fee data (1.9) | 2.20 |
| 11/04/14 | DJ Lutes | Prepare monthly fee application materials for September (1.9); review timekeeper matters re: same (1.7); communications with G. King re: same (.2) | 3.80 |
| 11/04/14 | KS Mills | Communications with G. King re: fee applications/related communications | .20 |
| 11/05/14 | GM King | Correspondence with D. Lutes re: fee materials | .20 |
| 11/05/14 | DJ Lutes | Prepare fee application materials for September (1.1); communications with billing specialist re: fee application issues (.3); review allocations and projects re: same (.3); correspond with G. King re: fee materials (.2) | 1.90 |
| 11/06/14 | PS Caruso | Assess upcoming budget (.2); review September and October fee apps. (.8) | 1.00 |
| 11/06/14 | GM King | Review budget information (0.3); review materials in preparation for fee applications (1.3); revise same (0.7) | 2.30 |
| 11/06/14 | DJ Lutes | Prepare fee application materials for September and October | .60 |
| 11/07/14 | GM King | Review materials in connection with preparation of fee application (1.8); calls with D. Lutes re: preparation of fee applications (0.3) | 2.10 |
| 11/07/14 | DJ Lutes | Prepare fee application materials for September and October (2.3); review costs for same (.7) assess allocations re: same (.4); telephone conferences with G. King re: same (.3); emails to G. King re: same (.2); emails to billing specialist re: same (.3) | 4.20 |
| 11/10/14 | GM King | Review materials in preparation for fee application (2.6); revise same (0.5); communications re: fee applications (0.5) | 3.60 |
| 11/10/14 | DJ Lutes | Prepare fee application materials for September and October (2.9); emails with G. King re: same (.2) | 3.10 |
| 11/11/14 | PS Caruso | Analyze budget issues (.6) and review fee applications (.4) | 1.00 |
| 11/11/14 | GM King | Correspondence to Sidley team members re: budget | .60 |

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/11/14 | DJ Lutes | Prepare fee application materials for September (.9); review time entries and costs for September and October re: same (1.8); correspond to G. King re: same (.3); email to billing specialist re: fee application issues (.2) | 3.20 |
| 11/11/14 | KS Mills | Review proposed draft budget (.2); communications re: same (.1) | .30 |
| 11/12/14 | PS Caruso | Review December budget items | .50 |
| 11/12/14 | DJ Lutes | Prepare fee application materials for September and October (1.8); emails with billing specialist re: same (.2); review costs and related cost calculations (.9) | 2.90 |
| 11/13/14 | PS Caruso | Review draft December budget | .50 |
| 11/13/14 | GM King | Correspondence re: monthly applications (0.2) | .20 |
| 11/13/14 | DJ Lutes | Prepare fee application expense materials for September (.9); prepare October fee application materials (.4) review allocations and summaries re: same (.4); email G. King re: monthly applications (.2) | 1.90 |
| 11/14/14 | PS Caruso | Communications with K. Mills regarding UST requests | .20 |
| 11/14/14 | GM King | Call with K. Mills re: fee applications (0.3); analyze same (0.1) | .40 |
| 11/14/14 | KS Mills | Communications w/ G. King re: certain fee application issues (.3); analyze certain related issues/related materials (.7) | 1.00 |
| 11/17/14 | PS Caruso | Review budgets (.9); discuss same with G. King (.4) | 1.30 |
| 11/17/14 | GM King | Revise December budget | .80 |
| 11/17/14 | KS Mills | Analyze certain fee application issues (.8); review/analyze related materials; (.8); communications with certain Sidley team members regarding same (.3); follow up communications with Company regarding same (.2); review proposed draft budget (.4); follow up communications with certain Sidley team members (.2) | 2.70 |
| 11/18/14 | B Beaton | Prepare Luminant fee application materials | 1.10 |
| 11/18/14 | PS Caruso | Review materials in connection with  inquiries from UST regarding fee applications | 1.00 |
| 11/18/14 | PS Caruso | Review draft September and October fee applications | .50 |
| 11/18/14 | DJ Lutes | Prepare Luminant fee application materials for September and October (1.1); emails with B. Beaton re: cost issue (.1); review documentation re: same (.5); prepare summary re: same (.3); prepare exhibits for September and October fee applications (.6) | 2.60 |
| 11/18/14 | KS Mills | Review inquiry from UST (.1); t/call with Company re: | .60 |

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | same(.1) various communications with Sidley team members regarding information responsive to same (.4) | |
| 11/19/14 | PS Caruso | Analyze issues re: UST and objection deadline (.2); communications with Sidley team re: same (.3) | .50 |
| 11/19/14 | GM King | Review invoice materials in preparation for fee application (0.8); Call with K. Mill re: fee application (0.2); review fee application materials (0.1); prepare budget for first interim fee application (3.4); prepare supporting materials re: interim fees (1.7) | 6.20 |
| 11/19/14 | DJ Lutes | Prepare interim fee application and budget materials (.6); review spreadsheet calculations for G. King (1.7); correspond with G. King re: same (.4); prepare monthly fee statement for October (.8) | 3.50 |
| 11/19/14 | KS Mills | Various communications with Sidley team members regarding information responsive to UST inquiry (1.0); communications with UST re: same (.1) | 1.10 |
| 11/20/14 | GM King | Correspondence with EFH re: budget (0.1); correspondence with Sidley team members re: budgets (0.2) | .30 |
| 11/20/14 | DJ Lutes | Prepare fee application materials for October (1.5); email with billing specialist re: same (.2); correspondence to G. King re: same (.2) | 1.90 |
| 11/20/14 | KS Mills | Review/revise draft budget and staffing memo for April-August 2014 (.5); prepare draft voluntary rate disclosures and review/analyze related issues/materials (2.3); various communications with Sidley team members re: same (.5) | 3.30 |
| 11/21/14 | PS Caruso | Analyze supplemental disclosures for US Trustee (1.0); communications with K. Mills regarding fee applications (.9) | 1.90 |
| 11/21/14 | DJ Lutes | Prepare fee application materials for October | 1.80 |
| 11/21/14 | KS Mills | Analyze status of response to UST Trustee request (.3); email R. Shepacarter re: same (.2) | .50 |
| 11/24/14 | PS Caruso | Analyze disclosures requested by UST (.6); communications with K. Mills regarding same (.4) | 1.00 |
| 11/24/14 | KS Mills | Various communications with certain Sidley team members re: information responsive to UST inquiry (.3); analyze certain related issues (.7) | 1.00 |
| 11/25/14 | PS Caruso | Further communications with K. Mills and G. King regarding fee applications and UST communications | 1.00 |
| 11/25/14 | GM King | Prepare fee application materials for October (3.4); correspondence re: same (0.4) | 3.80 |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/25/14 | DJ Lutes | Prepare fee application materials for October (.4); emails to Sidley team re: same (.2); emails to B. Beaton re: same (.3); correspond with G. King re: CNO's and fee application matters (.3) | 1.20 |
| 11/25/14 | KS Mills | Analyze status of response to UST Trustee request (.3); various communications with Sidley team members re: same and email R. Shepacarter re: same (.3) | .60 |
| 11/26/14 | PS Caruso | Communications with K. Mills regarding UST questions to fee applications (.6); review draft responses (.6); review e-mails from UST (.3) | 1.50 |
| 11/26/14 | GM King | Prepare CNO's for filing (0.8); draft materials for payment package (2.4) | 3.20 |

**Total Hours**    **87.40**

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

## T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PS Caruso | 14.10 | $925.00 | $13,042.50 |
| KS Mills | 11.30 | 775.00 | 8,757.50 |
| GM King | 25.90 | 665.00 | 17,223.50 |
| B Beaton | 1.10 | 537.00 | 590.70 |
| DJ Lutes | 35.00 | 345.00 | 12,075.00 |
| **Total Hours and Fees** | **87.40** | | **$51,689.20** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID  36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30090

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|------|---------|---------|
| 10/30/14 | 34059394 | $255.30 |
| 12/12/14 | 34070896 | 78,530.30 |
| 12/12/14 | 34070914 | 122,256.10 |

**Total Outstanding Invoices**                                         **$201,041.70**

**Total This Bill**                                                    **51,689.20**

**Total Amount Due**                                                   **$252,730.90**

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30100

For professional services rendered through November 30, 2014 re Case
Administration

Expenses:

| | |
|---|---|
| Duplicating Charges | $13.10 |
| Court Costs | 198.00 |
| Meals - Out of Town | 43.99 |
| Telephone Tolls | 210.19 |

Total Expenses | 465.28

**Total Due This Bill** | **$465.28**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



| | |
|---|---|
| **SIDLEY AUSTIN** LLP | BEIJING  HONG KONG  SHANGHAI |
| 1501 K STREET, N.W. | BOSTON  HOUSTON  SINGAPORE |
| WASHINGTON, D.C.  20005 | BRUSSELS  LONDON  SYDNEY |
| (202) 736 8000 | CENTURY CITY  LOS ANGELES  TOKYO |
| (202) 736 8711 FAX | CHICAGO  NEW YORK  WASHINGTON, D.C. |
| | DALLAS  PALO ALTO |
| | GENEVA  SAN FRANCISCO |

**FOUNDED 1866**

FEDERAL ID  36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30100

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 10/30/14 | 34059336 | $1,372.60 |
| 10/30/14 | 34059373 | 2,199.10 |
| 10/30/14 | 34059384 | 2,497.40 |
| 10/30/14 | 34059395 | 5,118.00 |
| 12/12/14 | 34070899 | 40,786.07 |
| 12/12/14 | 34070916 | 100,905.27 |

**Total Outstanding Invoices**                              **$152,878.44**

**Total This Bill**                                            465.28

**Total Amount Due**                                        **$153,343.72**

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number *****
Client Matter 58409-30240

For professional services rendered through November 30, 2014 re Inter-Company Issues

Fees                                                                                        $31,375.00

**Total Due This Bill**                                                       **$31,375.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/03/14 | PS Caruso | Telephonically attend Court hearing regarding ONCOR bid procedures motion (.5); office conference and communications with J. Conlan regarding hearing and intercompany matters (1.0); review issues re: bid procedures (.8); analyze inter-company matters (1.7) | 4.00 |
| 11/03/14 | MA Clemente | Attend telephonic ruling (.8); follow up discussion of ruling (.8) | 1.60 |
| 11/03/14 | JF Conlan | Office conference and communications with P. Caruso re: bid procedures motion (1.0); analyze approach to intercompany issues (.8); review materials re: same (.7) | 2.50 |
| 11/04/14 | PS Caruso | Review recent pleadings re: potential intercompany issues (1.3) communications with J. Conlan regarding governance (.5) | 1.80 |
| 11/04/14 | JF Conlan | Review intercompany points (.4); communications re same (.6) | 1.00 |
| 11/05/14 | PS Caruso | Assess inter-company issues (.9); review materials re: same (.9); office conference with J. Conlan regarding governance (.7); office conference with M. Clemente regarding intercompany issues (.5) | 3.00 |
| 11/06/14 | PS Caruso | Office conference with M. Clemente regarding bid procedures | .20 |
| 11/07/14 | PS Caruso | Assess governance issues (.5); office conference with J. Conlan regarding same (.8) | 1.30 |
| 11/10/14 | PS Caruso | Review pleadings re: intercompany issues (.7); review and analyze inter-company issues involving auction process (.8) | 1.50 |
| 11/10/14 | MA Clemente | Case update (.6); conf with Caruso regarding bid procedures and governance (.5) | 1.10 |
| 11/12/14 | PS Caruso | Review and analyze inter-company issues based on recent events | 1.00 |
| 11/13/14 | JF Conlan | Analyze intercompany issues based on recent events | .50 |
| 11/14/14 | MA Clemente | Analyze case materials re: recent developments | 1.00 |
| 11/17/14 | PS Caruso | Office conference with M. Clemente regarding intercompany issues | .50 |
| 11/17/14 | JF Conlan | Analyze issues re: independent director counsel (.8); analyze issues re: approach and Sponsor claims (.7) | 1.50 |
| 11/18/14 | PS Caruso | Review pleadings (.5); communications with J. Conlan regarding inter-company analysis (.5) | 1.00 |
| 11/19/14 | PS Caruso | Communications with J. Conlan regarding case status (.3); review recent matters re: intercompany issues (.7) | 1.00 |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/20/14 | PS Caruso | Asses inter-company issues in light of proposed Oncor marketing | 1.00 |
| 11/21/14 | PS Caruso | Review materials re: potential intercompany matters | .60 |
| 11/24/14 | PS Caruso | Office conference with J. Conlan regarding potential inter-company issues following bid procedures hearing | 1.00 |
| 11/24/14 | JF Conlan | Analyze approach re: recent developments in intercompany governance | 1.30 |
| 11/25/14 | PS Caruso | Office conference with J. Conlan regarding potential inter-company issues | .50 |
| 11/25/14 | MA Clemente | Review recent materials re: intercompany issues | 1.00 |
| 11/25/14 | JF Conlan | Analyze authority related points re: intercompany issues | 1.50 |
| 11/26/14 | PS Caruso | Office conference with J. Conlan regarding inter-company issues | .50 |
| | | **Total Hours** | **31.90** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

## T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| JF Conlan | 8.30 | $1,150.00 | $9,545.00 |
| MA Clemente | 4.70 | 925.00 | 4,347.50 |
| PS Caruso | 18.90 | 925.00 | 17,482.50 |
| **Total Hours and Fees** | **31.90** | | **$31,375.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID  36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

**\*\*DRAFT BILL\*\***    PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30240

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 12/12/14 | 34070901 | $4,154.50 |
| 12/12/14 | 34070918 | 5,550.00 |

| | |
|---|---|
| **Total Outstanding Invoices** | **$9,704.50** |
| **Total This Bill** | **31,375.00** |
| **Total Amount Due** | **$41,079.50** |

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30260

---

For professional services rendered through November 30, 2014 re
Sponsor Matters

Fees                                                                                          $6,760.00

**Total Due This Bill**                                                      **$6,760.00**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

## T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/10/14 | PS Caruso | Assess materials involving potential sponsor issues | 1.00 |
| 11/11/14 | PS Caruso | Assess materials involving potential sponsor issues | 1.00 |
| 11/11/14 | MA Clemente | Conf with Caruso regarding Sponsor Matters | 1.00 |
| 11/13/14 | KS Mills | Review certain recently filed pleadings re: potential sponsor issues | 1.80 |
| 11/14/14 | PS Caruso | Assess pleadings involving potential sponsor issues (1.0); review pleadings re: potential sponsor issues (1.3) | 2.30 |
| 11/20/14 | PS Caruso | Communications with P. Keisler regarding Sponsor Matters | .50 |
| | | **Total Hours** | **7.60** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| MA Clemente | 1.00 | $925.00 | $925.00 |
| PS Caruso | 4.80 | 925.00 | 4,440.00 |
| KS Mills | 1.80 | 775.00 | 1,395.00 |
| **Total Hours and Fees** | **7.60** | | **$6,760.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID  36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30260

## REMITTANCE PAGE
For Professional Services Rendered

**Total Due This Bill**                                                             $6,760.00

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

December 23, 2014

FEDERAL ID 36-4474078

Luminant Energy Company LLC
Attn:  Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX  75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10040

For professional services rendered through November 30, 2014 re Clean
Air Transport Rule

Fees                                                                                   $114,001.10

Expenses                                                                                   103.35

**Total Due This Bill**                                                          **$114,104.45**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------|------|------|
| PD Keisler | 14.50 | $970.00 | $14,065.00 |
| CF Beckner | 83.10 | 878.00 | 72,961.80 |
| TK Webster | .90 | 693.00 | 623.70 |
| ED McArthur | 21.30 | 624.00 | 13,291.20 |
| B Beaton | 15.20 | 537.00 | 8,162.40 |
| DM Pryor | 16.60 | 295.00 | 4,897.00 |
| **Total Hours and Fees** | **151.60** | | **$114,001.10** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|------|------|
| Duplicating Charges | $73.35 |
| Telephone Tolls | 30.00 |
| **Total** | **$103.35** |

**SIDLEY AUSTIN** LLP

Invoice Number: \*\*\*\*\*\*
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/03/14 | CF Beckner | Meet with P. Keisler regarding litigation strategy | .30 |
| 11/03/14 | CF Beckner | Call with B. Brownell regarding litigation strategy | .60 |
| 11/03/14 | CF Beckner | Call with co-petitioners regarding appellate arguments | .40 |
| 11/03/14 | CF Beckner | Call with D. Kelly, S. Moore regarding litigation strategy | .60 |
| 11/03/14 | CF Beckner | Research and analysis for EME Homer briefing | 3.40 |
| 11/03/14 | PD Keisler | Office conference with R. Beckner regarding litigation strategy | .30 |
| 11/03/14 | PD Keisler | Telephone conference with B. Brownell regarding appellate arguments | .50 |
| 11/03/14 | PD Keisler | Telephone conference with D. Kelly, S. Moore, R. Beckner, B. Brownell, S. Gidiere re: litigation strategy | .60 |
| 11/03/14 | PD Keisler | Preparation for industry call | 1.30 |
| 11/03/14 | ED McArthur | Review and analyze appellate arguments | .80 |
| 11/04/14 | CF Beckner | Call with co-petitioners about litigation strategy and briefing | 1.00 |
| 11/04/14 | CF Beckner | Follow up correspondence with co-petitioners regarding litigation strategy | .60 |
| 11/04/14 | CF Beckner | Correspondence with D. Kelly, S. Moore regarding call with co-petitioners | .50 |
| 11/04/14 | CF Beckner | Research and analysis for arguments for opening brief | 2.80 |
| 11/04/14 | PD Keisler | Conference call with industry petitioners on appellate briefing | 1.00 |
| 11/04/14 | ED McArthur | Conference call regarding supplemental brief | .80 |
| 11/04/14 | ED McArthur | Meet with R. Beckner regarding same | 1.00 |
| 11/05/14 | B Beaton | Meet with R. Beckner regarding merits brief | .70 |
| 11/05/14 | CF Beckner | Review and respond to correspondence regarding appellate arguments | .80 |
| 11/05/14 | CF Beckner | Call with counsel for co-petitioners re appellate arguments | 1.00 |
| 11/05/14 | CF Beckner | Draft opening brief | 5.80 |
| 11/05/14 | PD Keisler | Review appellate arguments | .40 |
| 11/05/14 | PD Keisler | Telephone conference with co-petitioners regarding appellate arguments | 1.00 |
| 11/06/14 | CF Beckner | Further drafting opening brief | 5.10 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/06/14 | DM Pryor | Research and preparation of documents for attorney review per R. Beckner regarding appellate arguments | 1.50 |
| 11/07/14 | CF Beckner | Respond to S. Moore email regarding litigation strategy | .60 |
| 11/07/14 | CF Beckner | Respond to M. Campbell email regarding appellate arguments | .20 |
| 11/07/14 | CF Beckner | Work on opening brief | 2.50 |
| 11/07/14 | ED McArthur | Review and edit supplemental brief | 2.80 |
| 11/08/14 | CF Beckner | Research for appellate arguments | 1.30 |
| 11/10/14 | CF Beckner | Work on opening brief | 6.50 |
| 11/10/14 | ED McArthur | Meet with R. Beckner regarding supplemental brief | .50 |
| 11/10/14 | TK Webster | Research appellate arguments | .30 |
| 11/11/14 | CF Beckner | Call with P. Keisler regarding strategy for opening brief | .30 |
| 11/11/14 | CF Beckner | Review background materials for call regarding appellate arguments | .40 |
| 11/11/14 | CF Beckner | Call with D. Kelly and S. Moore regarding appellate arguments | .50 |
| 11/11/14 | CF Beckner | Work on opening brief | 4.80 |
| 11/11/14 | PD Keisler | Telephone conversation with R. Beckner regarding appellate arguments | .30 |
| 11/11/14 | ED McArthur | Call R. Beckner regarding supplemental brief | .20 |
| 11/12/14 | B Beaton | Meet with R. Beckner regarding preparation of DC Circuit brief | .30 |
| 11/12/14 | CF Beckner | Review proposed insert regarding appellate arguments | .40 |
| 11/12/14 | CF Beckner | Work on opening brief | 3.10 |
| 11/12/14 | DM Pryor | Research and preparation of documents for attorney review per T. Webster regarding appellate arguments | 1.50 |
| 11/13/14 | B Beaton | Call with D. Pryor regarding statutory addendum | .10 |
| 11/13/14 | B Beaton | Call DC Circuit clerk regarding filings | .30 |
| 11/13/14 | CF Beckner | Work on opening brief | 5.10 |
| 11/13/14 | DM Pryor | Research and preparation of document for attorney review per B. Beaton regarding statutory addendum | 1.20 |
| 11/13/14 | DM Pryor | Research and preparation of documents for attorney review per R. Beckner regarding appellate arguments | 4.00 |
| 11/14/14 | CF Beckner | Finish first draft of opening brief | 4.80 |
| 11/14/14 | PD Keisler | Office conference with R. Beckner regarding draft brief | .20 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/14/14 | DM Pryor | Research and preparation of documents for attorney review per R. Beckner regarding appellate arguments | 1.00 |
| 11/18/14 | B Beaton | Revise opening brief | .70 |
| 11/18/14 | CF Beckner | Further drafting of opening brief | 5.60 |
| 11/18/14 | ED McArthur | Review and edit brief | .30 |
| 11/18/14 | ED McArthur | Correspond with R. Beckner regarding same | 3.20 |
| 11/19/14 | B Beaton | Revise opening brief | 5.10 |
| 11/19/14 | B Beaton | Correspond with Sidley team regarding merits and revision-rule brief | .10 |
| 11/19/14 | CF Beckner | Correspondence regarding revisions rule appeal | .40 |
| 11/19/14 | CF Beckner | Revise and edit opening brief | 5.50 |
| 11/19/14 | PD Keisler | Work on draft brief | 3.30 |
| 11/19/14 | ED McArthur | Review and analyze appellate arguments | 2.50 |
| 11/19/14 | ED McArthur | Revise and edit brief | 1.50 |
| 11/19/14 | DM Pryor | Confer with R. Beckner regarding appellate arguments | .20 |
| 11/20/14 | B Beaton | Review comments on opening brief | .30 |
| 11/20/14 | B Beaton | Meet with R. Luce regarding cite check | .10 |
| 11/20/14 | B Beaton | Prepare corporate disclosure statement | 1.30 |
| 11/20/14 | B Beaton | Email with Sidley team regarding revisions to opening brief | .10 |
| 11/20/14 | CF Beckner | Correspondence regarding litigation strategy and follow up calls with co-petitioners | .70 |
| 11/20/14 | CF Beckner | Revise opening brief | 6.60 |
| 11/20/14 | PD Keisler | Work on draft brief | 3.70 |
| 11/20/14 | ED McArthur | Edit brief | 1.20 |
| 11/20/14 | ED McArthur | Correspond with R. Beckner regarding same | .30 |
| 11/20/14 | ED McArthur | Review intervenors' briefs | 1.00 |
| 11/20/14 | DM Pryor | Research and reconcile documents for attorney review per R. Beckner regarding appellate arguments | 4.30 |
| 11/20/14 | DM Pryor | Confer with T. Webster regarding appellate arguments | .20 |
| 11/20/14 | DM Pryor | Preparation of document for attorney review per B. Beaton regarding statutory addendum | .50 |
| 11/20/14 | TK Webster | Review material from D. Pryor re appellate arguments | .20 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/21/14 | CF Beckner | Calls with co-petitioners and correspondence regarding litigation strategy | .60 |
| 11/21/14 | CF Beckner | Call with counsel for co-petitioners regarding merits arguments | .50 |
| 11/21/14 | CF Beckner | Correspondence analyzing EPA rulemaking | .70 |
| 11/21/14 | PD Keisler | Office conference with R. Beckner regarding merits brief | .20 |
| 11/21/14 | PD Keisler | Telephone conference co-petitioners and R. Beckner regarding appellate arguments | .40 |
| 11/21/14 | DM Pryor | Confer with R. Beckner regarding appellate arguments | .20 |
| 11/24/14 | B Beaton | Review data and record citations | 1.50 |
| 11/24/14 | B Beaton | Revise brief | 1.50 |
| 11/24/14 | B Beaton | Call with R. Beckner regarding CSAPR brief | .10 |
| 11/24/14 | B Beaton | Prepare statutory Addendum | .30 |
| 11/24/14 | B Beaton | Review Update Rule | .80 |
| 11/24/14 | CF Beckner | Work on opening brief | 2.60 |
| 11/24/14 | CF Beckner | Correspondence regarding litigation strategy | .20 |
| 11/24/14 | ED McArthur | Review EPA notice regarding conforming amendments to compliance deadlines | .70 |
| 11/24/14 | DM Pryor | Research and preparation of documents for attorney review per R. Beckner regarding appellate arguments | .30 |
| 11/24/14 | DM Pryor | Preparation of document for attorney review per B. Beaton regarding statutory addendum | .20 |
| 11/25/14 | B Beaton | Emails with Sidley team regarding opening brief | .10 |
| 11/25/14 | B Beaton | Meet with R. Beckner regarding edits to brief | .30 |
| 11/25/14 | B Beaton | Call with R. Beckner regarding data tables | .20 |
| 11/25/14 | B Beaton | Email with Sidley team regarding opening brief | .10 |
| 11/25/14 | B Beaton | Meet with P. Keisler, R. Beckner, E. McArthur regarding opening brief | 1.00 |
| 11/25/14 | B Beaton | Prepare for meeting regarding opening brief | .20 |
| 11/25/14 | CF Beckner | Team meeting to discuss edits to opening brief | .80 |
| 11/25/14 | CF Beckner | Revise and edit opening brief | 5.40 |
| 11/25/14 | PD Keisler | Work on merits brief | 1.30 |
| 11/25/14 | ED McArthur | Meet with P. Keisler, R. Beckner, B. Beaton regarding brief | 1.00 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/25/14 | ED McArthur | Review edits to brief | 1.50 |
| 11/25/14 | DM Pryor | Research and preparation of documents for attorney review per R. Beckner regarding appellate arguments | 1.50 |
| 11/26/14 | CF Beckner | Review EPA motion to hold error correction appeal in abeyance | .10 |
| 11/26/14 | ED McArthur | Review and edit brief | 2.00 |
| 11/26/14 | TK Webster | Telephone conference with R. Beckner re appellate arguments | .20 |
| 11/27/14 | TK Webster | Telephone conference with R. Beckner re appellate arguments | .20 |
| | | **Total Hours** | **151.60** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

December 23, 2014

FEDERAL ID 36-4474078

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

## **\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 55784-40090

For professional services rendered through November 30, 2014 re SSM
Regulation

Fees                                                                         $5,207.80

**Total Due This Bill**                                                      **$5,207.80**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

SSM Regulation

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PD Keisler | .30 | $970.00 | $291.00 |
| CF Beckner | 5.60 | 878.00 | 4,916.80 |
| **Total Hours and Fees** | **5.90** | | **$5,207.80** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

SSM Regulation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/03/14 | CF Beckner | Provide advice re SSM proceeding | 2.50 |
| 11/04/14 | CF Beckner | Provide advice re SSM proceeding | 2.20 |
| 11/04/14 | CF Beckner | Call with S. Gidiere, D. Kelly, S. Moore re. SSM advice | .70 |
| 11/04/14 | PD Keisler | Office conference with R. Beckner regarding SSM counseling | .30 |
| 11/26/14 | CF Beckner | Cousneling re SSM proceeding | .20 |
| | | **Total Hours** | **5.90** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

FEDERAL ID 36-4474078

December 23, 2014

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

**\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 55784-40060

For professional services rendered through November 30, 2014 re EPA
July 2012 NOV (5th Circuit)

Fees                                                                                  $3,904.20

**Total Due This Bill**                                                    **$3,904.20**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| PD Keisler | 1.40 | $970.00 | $1,358.00 |
| CF Beckner | 2.90 | 878.00 | 2,546.20 |
| **Total Hours and Fees** | **4.30** | | **$3,904.20** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/03/14 | CF Beckner | Review and analyze and propose edits to NSR brief | 1.80 |
| 11/04/14 | CF Beckner | Revise and edit NSR reply brief | .70 |
| 11/04/14 | PD Keisler | Review draft reply on motion to dismiss | .50 |
| 11/05/14 | CF Beckner | Call with S. Gidiere and P. Keisler regarding proposed edits to NSR reply brief | .40 |
| 11/05/14 | PD Keisler | Work on comments on draft reply | .50 |
| 11/05/14 | PD Keisler | Telephone conference with S. Gidiere, R. Beckner regarding comments on draft reply | .40 |
| | | **Total Hours** | **4.30** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W
WASHINGTON, D.C  20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C |

**FOUNDED 1866**

December 23, 2014

FEDERAL ID 36-4474078

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

**\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 55784-40080

For professional services rendered through November 30, 2014 re
Counseling on Regulations for Existing Generating Units

| | |
|---|---|
| Fees | $16,247.30 |
| Expenses | 1,687.79 |
| **Total Due This Bill** | **$17,935.09** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| CF Beckner | .10 | $878.00 | $87.80 |
| RR Martella | 13.50 | 809.00 | 10,921.50 |
| JF Visser | 9.70 | 540.00 | 5,238.00 |
| **Total Hours and Fees** | **23.30** | | **$16,247.30** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|-------:|
| Air Transportation | $1,065.58 |
| Ground Transportation | 191.46 |
| Meals - Out of Town | 136.15 |
| Telephone Tolls | 1.35 |
| Travel/Lodging | 293.25 |
| **Total** | **$1,687.79** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/05/14 | JF Visser | Review Luminant's draft comments on greenhouse gas regulations | 1.20 |
| 11/06/14 | JF Visser | Review Luminant's draft comments on greenhouse gas regulations | 4.70 |
| 11/10/14 | RR Martella | Edit and revise draft Luminant comments | 2.50 |
| 11/10/14 | RR Martella | Review comments and provide summary of key issues | 2.00 |
| 11/13/14 | CF Beckner | Correspondence regarding DC Circuit order in Murray Energy case | .10 |
| 11/14/14 | RR Martella | Coordination on response to regulations | 1.50 |
| 11/17/14 | RR Martella | Provide edits and revisions to response to regulations | 2.00 |
| 11/20/14 | RR Martella | Review UARG comments | .70 |
| 11/20/14 | RR Martella | Provide feedback and reaction regarding UARG related issues | .30 |
| 11/20/14 | RR Martella | Work on response to regulations | 1.00 |
| 11/20/14 | JF Visser | Review co-petitioners draft comments on greenhouse gas regulations | 3.10 |
| 11/21/14 | JF Visser | Review co-petitioners draft comments on greenhouse gas regulations | .70 |
| 11/26/14 | RR Martella | Work to finalize various sets of comments on greenhouse gas regulations | 1.50 |
| 11/28/14 | RR Martella | Work to finalize comments | .70 |
| 11/28/14 | RR Martella | Coordination regarding greenhouse gas regulations comments | .40 |
| 11/28/14 | RR Martella | Review report re greenhouse gas regulations | .60 |
| 11/28/14 | RR Martella | Correspondence with D. Kelly and S. Hildebrand regarding finalization of comments | .30 |

**Total Hours    23.30**



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30070

For professional services rendered through December 31, 2014 re
Professional Retention

Fees                                                                                          $9,958.00

**Total Due This Bill**                                                      **$9,958.00**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Professional Retention

### T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/02/14 | MT Gustafson | Prepare supplemental retention application materials (2.8); E-mail to K. Mills re: same with comment (.1) | 2.90 |
| 12/02/14 | KS Mills | Analyze status of supplemental retention declaration (.1); communications w/ M. Gustafson re: preparation of schedule to same (.1) | .20 |
| 12/03/14 | MT Gustafson | Incorporate edits to Schedule materials for inclusion with supplemental retention application (1.3) | 1.30 |
| 12/03/14 | KS Mills | Review draft schedule to supplemental declaration (.2); analyze certain related documents (.1); communications with M. Gustafson re: draft schedule (.1) | .40 |
| 12/04/14 | MT Gustafson | Finalize materials for inclusion with supplemental retention application and send same to K. Mills (.2) | .20 |
| 12/04/14 | GM King | Call with K. Mills re: supplemental declaration | .20 |
| 12/09/14 | MA Clemente | Review revised supplemental affidavit drafts (.7); comment on same (.3) | 1.00 |
| 12/09/14 | GM King | Prepare schedules of retention application for filing (3.7); revise retention application and meetings with P. Caruso re: retention application (0.6) | 4.30 |
| 12/10/14 | KS Mills | Review draft supplemental declaration (.1);communications w/ G. King re: same (.1) | .20 |
| 12/11/14 | PS Caruso | Review supplemental declaration (.6); revise same (.4) | 1.00 |
| 12/17/14 | PS Caruso | Review and finalize supplemental affidavit (.7); office conference with G. King regarding same (.3) | 1.00 |
| 12/17/14 | GM King | Draft supplemental declaration (0.9); calls with K. Mills and  P. Caruso re: declaration (0.4) | 1.30 |
| | | **Total Hours** | **14.00** |

**SIDLEY AUSTIN** LLP

Invoice Number:  \*\*\*\*\*\*
Energy Future Holdings Corp.

RE: Professional Retention

T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| MA Clemente | 1.00 | $925.00 | $925.00 |
| PS Caruso | 2.00 | 925.00 | 1,850.00 |
| KS Mills | .80 | 775.00 | 620.00 |
| GM King | 5.80 | 665.00 | 3,857.00 |
| MT Gustafson | 4.40 | 615.00 | 2,706.00 |
| **Total Hours and Fees** | **14.00** | | **$9,958.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID  36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30070

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 10/30/14 | 34059331 | $36,446.30 |
| 10/30/14 | 34059371 | 1,944.60 |
| 10/30/14 | 34059383 | 966.00 |
| 10/30/14 | 34059393 | 27,822.20 |
| 12/12/14 | 34070895 | 245,019.50 |
| 12/12/14 | 34070913 | 24,572.00 |

**Total Outstanding Invoices**                                **$336,770.60**

**Total This Bill**                                            **9,958.00**

**Total Amount Due**                                          **$346,728.60**

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30090

For professional services rendered through December 31, 2014 re Fee
Applications

Fees                                                                  $38,230.00

**Total Due This Bill**                                           **$38,230.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/01/14 | PS Caruso | Review September and October draft fee applications (.9); communications with G. King regarding same (.3) | 1.20 |
| 12/01/14 | PS Caruso | Communications with K. Mills regarding UST requests (.4); review pleadings re: same (.6); review proposed budgets (.3) | 1.30 |
| 12/01/14 | GM King | Review EFH docket and correspondence re: monthly fee applications (0.2); correspondence re: fee application (0.2); call with K. Mills re: same (0.1); review materials for fee application preparation (2.1); review fee committee memo (0.1) | 2.70 |
| 12/01/14 | DJ Lutes | Prepare fee application materials for September and October (1.6); emails with billing specialist re: same (.3) | 1.90 |
| 12/02/14 | GM King | Review draft monthly applications (0.3); correspondence with Sidley team re: Trustee objection (0.5) | .80 |
| 12/02/14 | DJ Lutes | Prepare fee application materials for September and October (1.7); emails with billing specialists re: same (.2) | 1.90 |
| 12/03/14 | PS Caruso | Review draft fee applications | .80 |
| 12/03/14 | DJ Lutes | Prepare fee application materials for September and October (.9); review timekeeper matters for Luminant (.3); confer with M. Dayton re: fee application materials re: same (.3) | 1.50 |
| 12/04/14 | GM King | Call with D. Lutes re: monthly applications (0.1); review materials re: monthly applications (0.2) | .30 |
| 12/04/14 | DJ Lutes | Prepare fee application materials for September (3.1); prepare fee application materials for October (2.8); review timekeeper matters for compliance (.5); correspond with J. Romero re: Luminant fees and costs (.4); | 6.80 |
| 12/05/14 | GM King | Prepare fee applications for filing (1.2); prepare fee application exhibits for filing (2.8) | 4.00 |
| 12/05/14 | DJ Lutes | Prepare fee application materials for September (2.3); prepare fee application materials for October (2.1); correspond with billing specialists re: same (.8) | 5.20 |
| 12/08/14 | GM King | Call with K. Mills re: budget (0.2); review fee application pleadings (1.6); correspondence with Sidley team re: budget (0.2) | 2.00 |
| 12/08/14 | DJ Lutes | Correspond to G. King re: fee application materials and status (.3); email to billing specialist re: November fee application (.1); prepare November fee application materials (.3) | .70 |
| 12/09/14 | GM King | Revise fee applications | .30 |

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/09/14 | DJ Lutes | Prepare November fee application materials (1.6); emails with billing specialist re: same (.2) | 1.80 |
| 12/10/14 | PS Caruso | Communications with G. King regarding budget and different debtor estates | .60 |
| 12/10/14 | PS Caruso | Review September fee application (.7); review October fee application (.8); communications with Company regarding fee matters (.7) | 2.20 |
| 12/10/14 | GM King | Call with K. Mills re: budget (0.3); Call with D. Lutes re: fee applications (0.2); revise fee application (0.6); prepare fee application for filing (4.6); draft correspondence to Sidley team re: fee application and budget (0.7); revise budget (0.2) | 6.60 |
| 12/10/14 | DJ Lutes | Prepare fee application materials and exhibits for September and October (2.1); review costs re: same (.6); correspond with billing specialists re: same (.4); correspond with G. King re: fee application issues (.4 ) | 3.50 |
| 12/11/14 | PS Caruso | Review January budget (.4); review September fee application (.6); revise same (.4) | 1.40 |
| 12/11/14 | GM King | Prepare payment packages for transmittal (2.9); call with K. Mills re: payment (0.2); draft budget (0.3) | 3.40 |
| 12/11/14 | DJ Lutes | Prepare 2nd interim fee application materials (.8); prepare monthly fee application for November (.3) | 1.10 |
| 12/12/14 | PS Caruso | Review correspondence re: fee applications (.2); communications with EFH regarding same (.3); assess responses to inquiries from UST (.7); review docket/pleadings (.3); review proposed budgets (.4); discuss same with G. King (.6) | 2.50 |
| 12/12/14 | GM King | Calls with accounting re: fee applications (0.3); call with K. Mills re: same (0.2); meeting with P. Caruso re: same (0.6); review fee committee materials (0.3) | 1.40 |
| 12/12/14 | DJ Lutes | Prepare 2nd interim fee application materials (.7); emails with billing specialist re: monthly fee applications (.1) | .80 |
| 12/15/14 | PS Caruso | Communication with K. Mills re: information requests (.7); review correspondence re: same (.3) | 1.00 |
| 12/15/14 | GM King | Correspondence re: budget issues (0.2); review documents for budget information (0.2) | .40 |
| 12/15/14 | DJ Lutes | Prepare November monthly fee application materials (.9); email to G. King re: status and next steps (.2) | 1.10 |
| 12/16/14 | PS Caruso | Office conference with K. Mills regarding information contained in first interim fee application (.4); review same (.6) | 1.00 |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|------:|
| 12/16/14 | GM King | Prepare supporting materials for monthly applications (0.4); call with K. Mills re: budget and case status (0.2) | .60 |
| 12/18/14 | DJ Lutes | Prepare fee application materials for November (.7); emails with billing specialist re: same (.2) | .90 |
| 12/19/14 | DJ Lutes | Correspond with R. Sherman re: reconciliation of monthly fee applications | .30 |
| 12/23/14 | GM King | Review and analyze November fee application materials (2.6); calls with D. Lutes re: November fee application (0.2); correspondence with Sidley team re: same (0.4) | 3.20 |
| 12/23/14 | DJ Lutes | Prepare November monthly fee application (.5); TC with J. Romero re: same (.2); correspondence with G. King, B. Beaton and J. Romero re: same (.4) | 1.10 |
| 12/24/14 | DJ Lutes | Prepare monthly fee application | .50 |
| | | **Total Hours** | **66.80** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

## T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PS Caruso | 12.00 | $925.00 | $11,100.00 |
| GM King | 25.70 | 665.00 | 17,090.50 |
| DJ Lutes | 29.10 | 345.00 | 10,039.50 |
| **Total Hours and Fees** | **66.80** | | **$38,230.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

BEIJING              HONG KONG          SHANGHAI
BOSTON               HOUSTON            SINGAPORE
BRUSSELS             LONDON             SYDNEY
CENTURY CITY         LOS ANGELES        TOKYO
CHICAGO              NEW YORK           WASHINGTON, D.C.
DALLAS               PALO ALTO
GENEVA               SAN FRANCISCO

**FOUNDED 1866**

FEDERAL ID  36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

**\*\*DRAFT BILL\*\***         PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30090

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|------|---------|---------|
| 10/30/14 | 34059394 | $255.30 |
| 12/12/14 | 34070896 | 78,530.30 |
| 12/12/14 | 34070914 | 122,256.10 |

**Total Outstanding Invoices**                        **$201,041.70**

**Total This Bill**                                   <u>38,230.00</u>

**Total Amount Due**                                  <u>$239,271.70</u>

Please Return This Page With Your Remittance

Remit Check Payments To:              Remit Wire Payments To:
Sidley Austin LLP                     Sidley Austin LLP
P.O. Box 0642                         JP Morgan Chase Bank, NA
Chicago, Illinois  60690              Account Number:  5519624
                                      ABA Number:  071000013
                                      Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30100

For professional services rendered through December 31, 2014 re Case
Administration

Expenses:
  Duplicating Charges                            $1,227.38
  Telephone Tolls                                 6.96

Total Expenses                                      1,234.34

**Total Due This Bill**                            **$1,234.34**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID  36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30100

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 10/30/14 | 34059336 | $1,372.60 |
| 10/30/14 | 34059373 | 2,199.10 |
| 10/30/14 | 34059384 | 2,497.40 |
| 10/30/14 | 34059395 | 5,118.00 |
| 12/12/14 | 34070899 | 40,786.07 |
| 12/12/14 | 34070916 | 100,905.27 |

**Total Outstanding Invoices**                                    **$152,878.44**

**Total This Bill**                                                       **1,234.34**

**Total Amount Due**                                               **$154,112.78**

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

**\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30240

For professional services rendered through December 31, 2014 re Inter-Company Issues

Fees                                                                                         $21,121.50

**Total Due This Bill**                                                       **$21,121.50**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/01/14 | JF Conlan | Review issues and conclusions re: pre-petition work (1.4); analyze results from pre-petition work in connection with post-petition issues (1.1) | 2.50 |
| 12/03/14 | PS Caruso | Review report regarding inter-company analysis and retention documents in connection with same (1.2); review materials re: potential intercompany issues (.5) | 1.70 |
| 12/05/14 | GM King | Review pleadings and case developments re: bidding procedures and Oncor sale (1.2) | 1.20 |
| 12/08/14 | GM King | Correspondence re: directors and board (0.2); research re: same (0.7) | .90 |
| 12/09/14 | PS Caruso | Review reports in connection with TCEH independent manager (5.4); office conference with J. Conlan regarding same (.6) | 6.00 |
| 12/09/14 | JF Conlan | Analyze issues and conclusions re: interplay with independent directors (2.2); analyze issues re: estate causes of action (2.8) | 5.00 |
| 12/10/14 | PS Caruso | Review materials involving potential intercompany matters (.7); communicate with counsel to independent manager regarding analysis (.4); analysis re: same (.6) | 1.70 |
| 12/11/14 | PS Caruso | Assess potential inter-company issues in connection with proposed sale | .60 |
| 12/12/14 | PS Caruso | Analyze materials re: inter-company analysis in connection with proposed Oncor marketing (.3); review materials re: independent manager process (.7) | 1.00 |
| 12/16/14 | PS Caruso | Office conferences with J. Conlan regarding TCEH independent manager issues | 1.00 |
| | | **Total Hours** | **21.60** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| JF Conlan | 7.50 | $1,150.00 | $8,625.00 |
| PS Caruso | 12.00 | 925.00 | 11,100.00 |
| GM King | 2.10 | 665.00 | 1,396.50 |
| **Total Hours and Fees** | **21.60** | | **$21,121.50** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID  36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

**\*\*DRAFT BILL\*\***
PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30240

R E M I T T A N C E   P A G E
For Professional Services Rendered

O U T S T A N D I N G   S T A T E M E N T S

| Date | Invoice | Balance |
|---|---|---|
| 12/12/14 | 34070901 | $4,154.50 |
| 12/12/14 | 34070918 | 5,550.00 |

**Total Outstanding Invoices**        **$9,704.50**

**Total This Bill**        **21,121.50**

**Total Amount Due**        **$30,826.00**

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30260

For professional services rendered through December 31, 2014 re
Sponsor Matters

Fees                                                                                              $26,978.00

**Total Due This Bill**                                                            **$26,978.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/02/14 | MA Clemente | Conf with Conlan regarding sponsor-related issues | .50 |
| 12/08/14 | PS Caruso | Office conferences with J. Conlan regarding independent manager issues (2.0); review relevant materials re: independent manager status (2.3); review pre-petition materials re: sponsor issues (1.7) | 6.00 |
| 12/08/14 | MA Clemente | Conf with J. Conlan and P. Caruso and K. Mills regarding various issues including issues related to sponsors (.8); conf with K. Mills and P. Caruso regarding same (.7) | 1.50 |
| 12/08/14 | JF Conlan | Communicatioms with McKane, L. Nyhan, M. Clemente, P. Caruso, K. Lantry, Wolper re: issues related to Sponsors and Debtors (3.9); review prepetition analyses and conclusions (2.6) | 6.50 |
| 12/08/14 | KT Lantry | Discuss developments in case and potential sponsor-related tasks with J. Conlan | .30 |
| 12/08/14 | KS Mills | O/C with J.Conlan, P. Caruso, M. Clemente re: certain case issues (.5); follow up communications re: same (.3);research and summarize certain related issues (1.3); analyze certain related issues (1.0); analyze current case status/certain related issues (2.3) | 5.40 |
| 12/11/14 | JF Conlan | Communications with K. Lantry re: approach and independent director roles on conflicted matters (.7); analyze materials re: same (.3) | 1.00 |
| 12/15/14 | PS Caruso | Telephone conference with S. Wynn regarding fraudulent transfer analysis | 1.00 |
| 12/15/14 | JF Conlan | Analyze interplay with independent directors and plan process (1.3); review materials re: same (.7) | 2.00 |
| 12/18/14 | JF Conlan | Analyze EFH situation (.3); analyze prepetition analysis (.7) | 1.00 |
| 12/18/14 | GM King | Telephonically attend EFH status conference hearing (1.0); draft status update re: case (0.2) | 1.20 |
| 12/22/14 | JF Conlan | Email to K&E Debtors' counsel re: scope of potential issues (.4); analyze issues relating to same (.7) | 1.10 |
| | | **Total Hours** | **27.50** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

### T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|------:|-------:|
| JF Conlan | 11.60 | $1,150.00 | $13,340.00 |
| KT Lantry | .30 | 1,100.00 | 330.00 |
| MA Clemente | 2.00 | 925.00 | 1,850.00 |
| PS Caruso | 7.00 | 925.00 | 6,475.00 |
| KS Mills | 5.40 | 775.00 | 4,185.00 |
| GM King | 1.20 | 665.00 | 798.00 |
| **Total Hours and Fees** | **27.50** | | **$26,978.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID  36-4474078

June 10, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30260

REMITTANCE PAGE
For Professional Services Rendered

**Total Due This Bill**                                                    $26,978.00

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



| | | |
|---|---|---|
| **SIDLEY AUSTIN LLP** | BEIJING | HONG KONG | SAN FRANCISCO |
| 1501 K STREET, N W | BOSTON | HOUSTON | SHANGHAI |
| WASHINGTON, D C  20005 | BRUSSELS | LONDON | SINGAPORE |
| (202) 736 8000 | CHICAGO | LOS ANGELES | SYDNEY |
| (202) 736 8711 FAX | DALLAS | NEW YORK | TOKYO |
| | GENEVA | PALO ALTO | WASHINGTON, D.C |

**FOUNDED 1866**

FEDERAL ID 36-4474078

February 16, 2015

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn:  Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10050

---

For professional services rendered through December 31, 2014 re
Regional Haze Program

| | |
|---|---|
| Fees | $10,142.60 |
| Expenses | 41.92 |
| **Total Due This Bill** | **$10,184.52** |

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| PD Keisler | 2.20 | $970.00 | $2,134.00 |
| CF Beckner | 8.20 | 878.00 | 7,199.60 |
| RR Martella | 1.00 | 809.00 | 809.00 |
| **Total Hours and Fees** | **11.40** | | **$10,142.60** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|--------|
| Duplicating Charges | $41.92 |
| Total | $41.92 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/04/14 | CF Beckner | Call with D. Kelly, S. Moore, S. Gidiere regarding litigation strategy | .30 |
| 12/04/14 | PD Keisler | Telephone conference with S. Moore, D. Kelly, S. Gidiere, G. Moore, R. Beckner, R. Martella regarding litigation strategy | .30 |
| 12/11/14 | CF Beckner | Arrange call with co-counsel regarding litigation | .10 |
| 12/12/14 | CF Beckner | Call with co-counsel regarding litigation strategy (.6); call with S. Gidiere regarding litigation strategy (.2); review and analyze background materials and proposed rule (3.5) | 4.30 |
| 12/14/14 | CF Beckner | Further review and analysis of background materials | .80 |
| 12/22/14 | CF Beckner | Review correspondence regarding team call | .20 |
| 12/23/14 | CF Beckner | Prepare for and participate in team call regarding litigation (1.5); review background materials (1.0) | 2.50 |
| 12/23/14 | PD Keisler | Review regulation and list of possible issues for comment (.7); conference call with D. Kelly, S. Moore, S. Gidiere, R. Martella, R. Beckner regarding comments (1.2) | 1.90 |
| 12/23/14 | RR Martella | Teleconference with Luminant team regarding litigation strategy | 1.00 |
| | | **Total Hours** | **11.40** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

FEDERAL ID 36-4474078

February 16, 2015

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 55784-40080

For professional services rendered through December 31, 2014 re
Counseling on Regulations for Existing Generating Units

| | |
|---|---|
| Fees | $6,262.10 |
| Expenses | 284.00 |
| **Total Due This Bill** | **$6,546.10** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PD Keisler | .40 | $970.00 | $388.00 |
| CF Beckner | .70 | 878.00 | 614.60 |
| RR Martella | 5.50 | 809.00 | 4,449.50 |
| JF Visser | 1.50 | 540.00 | 810.00 |
| **Total Hours and Fees** | **8.10** | | **$6,262.10** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|-------:|
| Ground Transportation | $284.00 |
| **Total** | **$284.00** |

**SIDLEY AUSTIN** LLP

Invoice Number: \*\*\*\*\*\*
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/04/14 | CF Beckner | Call with D. Kelly, S. Moore, S. Gidiere regarding litigation and regulatory developments (.4); review and comment on agency authority (.3) | .70 |
| 12/04/14 | PD Keisler | Telephone conference with S. Moore, D. Kelly, S. Gidiere, G. Moore, R. Beckner, R. Martella regarding regulatory developments | .40 |
| 12/04/14 | RR Martella | Correspondence and draft white paper regarding agency authority (1.5); participate in update call on regulatory issues with co-counsel (1.5) | 3.00 |
| 12/04/14 | JF Visser | Research agency authority | 1.50 |
| 12/10/14 | RR Martella | Teleconferences regarding position on state plans and litigation updates | 1.50 |
| 12/11/14 | RR Martella | Edit, revise, and correspondence regarding state positions on ESPS plans | 1.00 |
| | | **Total Hours** | **8.10** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D C |

**FOUNDED 1866**

February 16, 2015

FEDERAL ID 36-4474078

Luminant Energy Company LLC
Attn: Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX 75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10040

For professional services rendered through December 31, 2014 re Clean
Air Transport Rule

| | |
|---|---:|
| Fees | $94,025.50 |
| Expenses | 8,500.40 |
| **Total Due This Bill** | **$102,525.90** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| PD Keisler | 15.20 | $970.00 | $14,744.00 |
| CF Beckner | 45.70 | 878.00 | 40,124.60 |
| ED McArthur | 22.60 | 624.00 | 14,102.40 |
| B Beaton | 23.00 | 537.00 | 12,351.00 |
| DM Pryor | 17.40 | 295.00 | 5,133.00 |
| RC Luce | 16.50 | 295.00 | 4,867.50 |
| J Meehan | 10.60 | 255.00 | 2,703.00 |
| **Total Hours and Fees** | **151.00** | | **$94,025.50** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|--------|
| Duplicating Charges | $8,328.74 |
| Document Services | 12.94 |
| Messenger Services | 136.72 |
| Overtime Services | 22.00 |
| **Total** | **$8,500.40** |

SIDLEY AUSTIN LLP

Invoice Number: \*\*\*\*\*\*
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/01/14 | B Beaton | Review states' brief and comments (.1); meeting with R. Beckner regarding analysis (.5) | .60 |
| 12/01/14 | CF Beckner | Work on opening brief | 4.50 |
| 12/02/14 | B Beaton | Review states brief and counsel comments | 1.10 |
| 12/02/14 | CF Beckner | Work on opening brief | 4.80 |
| 12/02/14 | PD Keisler | Telephone conference with co-petitioners regarding appellate arguments (.7); office conference with R. Beckner, E. McArthur regarding appellate arguments (.3) | 1.00 |
| 12/02/14 | ED McArthur | Meet with P. Keisler, R. Beckner regarding brief (.3); conference call regarding appellate arguments (.7) | 1.00 |
| 12/03/14 | CF Beckner | Work on opening brief | 5.10 |
| 12/03/14 | PD Keisler | Review comments on draft merits brief | 1.30 |
| 12/03/14 | ED McArthur | Review edits and comments on brief (2); discuss same with R. Beckner (.5) | 2.50 |
| 12/04/14 | B Beaton | Meeting with R. Beckner, P. Keisler, E. McArthur regarding opening brief (.5); prepare Addendum and citations (.7); prepare opening brief (.1); cite check brief (3.3) | 4.60 |
| 12/04/14 | CF Beckner | Call with D. Kelly, S. Moore, S. Gidiere regarding status of drafting and litigation strategy (.5); work on opening brief (4.1); correspondence regarding co-petitioners' arguments (.4) | 5.00 |
| 12/04/14 | PD Keisler | Telephone conference with S. Moore, D. Kelly, S. Gidiere, G. Moore, R. Beckner, R. Martella regarding status of briefing (.5); office conference with R. Beckner, E. McArthur, B. Beaton regarding revisions to draft brief (.5); work on revisions to draft brief (2.7) | 3.70 |
| 12/04/14 | ED McArthur | Review states and local brief (1); meet with P. Keisler, R. Beckner, B. Beaton regarding brief (.5); review and edit brief (3); correspondence regarding brief (.5) | 5.00 |
| 12/04/14 | DM Pryor | Confer with B. Beaton regarding statutory addendum | .20 |
| 12/05/14 | B Beaton | Prepare brief for final review (.6); cite check brief (5.8); review revised brief (.7) | 7.10 |
| 12/05/14 | CF Beckner | Correspondence with co-petitioners regarding appellate arguments (.7); work on opening brief (5.7) | 6.40 |
| 12/05/14 | PD Keisler | Revisions to draft merits brief (3.7); office conference with R. Beckner, E. McArthur regarding revisions to draft merits brief | 4.20 |

**SIDLEY AUSTIN** LLP

Invoice Number: \*\*\*\*\*\*
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | (.5) | |
| 12/05/14 | ED McArthur | Team meeting regarding brief (.5); review and edit brief (1.3) | 1.80 |
| 12/05/14 | J Meehan | Prepare opening brief for cite check | 1.00 |
| 12/06/14 | B Beaton | Review edits to brief | .20 |
| 12/06/14 | CF Beckner | Work on opening brief (.3); correspondence with co-petitioners regarding appellate arguments (.4) | .70 |
| 12/06/14 | PD Keisler | Revise brief | 1.50 |
| 12/07/14 | B Beaton | Prepare Luminant brief and addendum (.9); revise Appendix (.2) | 1.10 |
| 12/07/14 | CF Beckner | Work on opening brief | 1.80 |
| 12/08/14 | B Beaton | Review supporting data and citations (.5); office conference with E. McArthur, R. Beckner regarding opening brief (.5); correspondence with R. Beckner, P. Keisler regarding opening brief (.1) | 1.10 |
| 12/08/14 | CF Beckner | Work on opening brief (4.5); correspondence with co-petitioners about proposed revisions to opening brief (.7) | 5.20 |
| 12/08/14 | RC Luce | Cite check opening brief in DC Circuit case | 9.50 |
| 12/08/14 | ED McArthur | Review edits to brief (1); meet with R. Beckner, B. Beaton regarding brief (.5); correspondence regarding brief (.5) | 2.00 |
| 12/08/14 | J Meehan | Cite check joint opening remand brief | 4.80 |
| 12/08/14 | DM Pryor | Work on joint appendix | 1.00 |
| 12/09/14 | B Beaton | Edit Addendum (.1); meet with R. Beckner regarding citation review (.4) | .50 |
| 12/09/14 | CF Beckner | Call with co-petitioners about revisions to opening brief (.5); call with counsel for intervenor regarding brief (.4); work on opening brief (5.5) | 6.40 |
| 12/09/14 | PD Keisler | Final revisions and incorporation of comments into merits brief (1.8); telephone conference with co-petitioners regarding appellate arguments (.4) | 2.20 |
| 12/09/14 | ED McArthur | Review and edit brief | 8.00 |
| 12/09/14 | J Meehan | Prepare draft table of contents and table of authorities for opening brief | 1.00 |
| 12/09/14 | DM Pryor | Prepare joint appendix (1.2); research and preparation of document for attorney review per B. Beaton regarding statutory addendum (4.2) | 5.40 |
| 12/10/14 | B Beaton | Prepare tables, authorities, and addendums for filing (3.2); finalize brief (2.3) | 5.50 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/10/14 | CF Beckner | Finalize opening brief and oversee filing | 4.60 |
| 12/10/14 | PD Keisler | Revise merits brief | .30 |
| 12/10/14 | RC Luce | Discuss preparation of opening brief for electronic filing in DC Circuit with B. Beaton (.2); review and edit brief (4.5), assist in electronic filing of brief (.8); file paper copies of brief with DC Circuit court (1.5) | 7.00 |
| 12/10/14 | ED McArthur | Review and edit brief | 1.50 |
| 12/10/14 | J Meehan | Prepare final version of opening remand brief (3.0); file brief and statutory addendum with D.C. Circuit Court of appeals via ECF (.8) | 3.80 |
| 12/10/14 | DM Pryor | Research and preparation of document for attorney review per B. Beaton regarding statutory addendum | 3.50 |
| 12/10/14 | DM Pryor | Final coordination and execution of service per B. Beaton regarding joint appendix | 2.00 |
| 12/11/14 | B Beaton | Email with Sidley team regarding further briefing | .10 |
| 12/11/14 | CF Beckner | Review intervenors' brief | 1.10 |
| 12/11/14 | PD Keisler | Review draft San Miguel brief | .60 |
| 12/11/14 | ED McArthur | Review San Miguel brief | .80 |
| 12/11/14 | DM Pryor | Final coordination and execution of service per B. Beaton regarding statutory addendum | 1.50 |
| 12/12/14 | B Beaton | Review S. Miguel brief (.2); correspond with co-counsel regarding intervenor brief (.1) | .30 |
| 12/12/14 | CF Beckner | Correspondence regarding intervenors' brief | .10 |
| 12/12/14 | PD Keisler | Review draft San Miguel brief | .40 |
| 12/13/14 | B Beaton | Emails with Sidley team regarding preparation for reply and oral argument | .20 |
| 12/15/14 | B Beaton | Meeting with R. Beckner regarding reply brief | .30 |
| 12/15/14 | DM Pryor | Coordination of electronic documents for attorney review per B. Beaton regarding joint appendix and statutory addendum | 1.50 |
| 12/17/14 | B Beaton | Prepare joint appendix for P. Keisler oral argument prep | .20 |
| 12/17/14 | DM Pryor | Confer with B. Beaton regarding remand merits briefing | .30 |
| 12/19/14 | DM Pryor | Coordination of documents for attorney review per B. Beaton regarding Remand Merits Briefing | .50 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/22/14 | B Beaton | Email Sidley team regarding Homer City argument prep | .10 |
| 12/22/14 | DM Pryor | Final preparation of documents for attorney review per B. Beaton regarding Remand Merits Briefing | 1.50 |
| | | **Total Hours** | **151.00** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

February 16, 2015

FEDERAL ID 36-4474078

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 55784-40090

For professional services rendered through December 31, 2014 re SSM
Regulation

Fees                                                                 $369.60

**Total Due This Bill**                                              **$369.60**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

SSM Regulation

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| PD Keisler | .20 | $970.00 | $194.00 |
| CF Beckner | .20 | 878.00 | 175.60 |
| **Total Hours and Fees** | **.40** | | **$369.60** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

SSM Regulation

# TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/04/14 | CF Beckner | Call with D. Kelly, S. Moore, S. Gidiere regarding EPA SSM regulatory actions | .20 |
| 12/04/14 | PD Keisler | Telephone conference with S. Moore, D. Kelly, S. Gidiere, G. Moore, R. Beckner, R. Martella regarding EPA order | .20 |
| | | **Total Hours** | **.40** |