**<u>Exhibit F</u>**

**Record of Expenses**

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Case Administration

## E X P E N S E   D E T A I L

| Date | Type | Description | Amount |
|------|------|-------------|-------:|
| 09/03/14 | CPY | 09/02/14-Duplicating charges Time: 10:34:00 | $.30 |
| 09/03/14 | CPY | 09/02/14-Duplicating charges Time: 15:20:00 | 1.10 |
| 09/06/14 | CPY | 09/05/14-Duplicating Charges (Color) Time: 10:46:00 | 1.00 |
| 09/09/14 | LIT | 08/28/14-Professional Services Consulting .50 Hour @  $275.00 | 137.50 |
| 09/10/14 | TEL | 08/18/14-Telephone Charges Conference Call | 3.52 |
| 09/10/14 | TEL | 08/13/14-Telephone Charges Conference Call | 22.24 |
| 09/10/14 | CPY | 09/09/14-Duplicating charges Time: 11:38:00 | .20 |
| 09/10/14 | CPY | 09/09/14-Duplicating charges Time: 11:43:00 | .40 |
| 09/10/14 | CPY | 09/09/14-Duplicating charges Time: 11:25:00 | .40 |
| 09/11/14 | TEL | Jul 17, 2014 - Geoffrey M. King - Telephone - Court Conference Calls 7/17-7/23/14 | 37.00 |
| 09/11/14 | TEL | Jul 23, 2014 - Geoffrey M. King - Telephone - Court Conference Calls 7/17-7/23/14 | 93.00 |
| 09/12/14 | CPY | 09/11/14-Duplicating Charges (Color) Time: 10:49:00 | 12.00 |
| 09/12/14 | CPY | 09/11/14-Duplicating Charges (Color) Time: 10:53:00 | 12.00 |
| 09/13/14 | CPY | 09/12/14-Duplicating Charges (Color) Time: 19:16:00 | 5.00 |
| 09/16/14 | DLV | 08/28/14- Federal Express Corporation- TR #594598673620 JESSICAOBRIEN ADVANCEDDISCOVERY 14815WEST95THSTREET LENEXA, KS  66215 | 13.05 |
| 09/16/14 | CPY | 09/15/14-Duplicating Charges (Color) Time:  8:42:00 | 8.50 |
| 09/16/14 | CPY | 09/15/14-Duplicating Charges (Color) Time:  8:43:00 | 4.00 |
| 09/16/14 | OVT | Aug 24, 2014 -  Lunch for one attendee on 8/24 in connection with overtime work on EFH. | 20.00 |
| 09/16/14 | GND | 09/04/14- Taxi/Car service from NY office to home on 9/4 in connection with late night work on document review. | 46.78 |
| 09/18/14 | CPY | 09/17/14-Duplicating charges Time: 11:14:00 | 1.00 |
| 09/18/14 | CPY | 09/17/14-Duplicating Charges (Color) Time: 11:14:00 | 11.50 |
| 09/19/14 | AIR | 09/03/14-09/04/14 Chicago to New York - Aug 27, 2014 - Paul S. Caruso - Roundtrip coach airfare between Chicago and NY (with complimentary upgrade) in connection with travel to NY on 9/3 for meetings | 676.20 |
| 09/19/14 | AIR | 09/03/14-09/04/14 Chicago to New York - Aug 27, 2014 - Paul S. Caruso - Agent Fee in connection with travel to NY on 9/3 for meetings | 34.00 |

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 09/19/14 | AIR | 09/03/14-09/04/14 Chicago to New York - Sep 03, 2014 - Paul S. Caruso - Change Ticket Fee for changed return flight reservations in connection with travel to NY on 9/3 for meetings | 200.00 |
| 09/19/14 | AIR | 09/03/14-09/04/14 Chicago to New York - Sep 03, 2014 - Paul S. Caruso - Agent Fee in connection with travel to NY on 9/3 for meetings - Changed return flight reservations - new amount for service fee | 41.00 |
| 09/19/14 | TRV | 09/03/14-09/04/14 Chicago to New York - Sep 04, 2014 - Paul S. Caruso - Lodging for one night in NYC (includes $489 room rate, $43.40 State tax, $28.73 City tax, $2.00 Occupancy tax and $1.50 Javits tax) in connection with travel to NY on 9/3 for meetings | 564.63 |
| 09/19/14 | GND | 09/03/14-09/04/14 Chicago to New York - Sep 03, 2014 - Paul S. Caruso - Taxi/Car Service from LaGuardia airport to hotel on 9/3 in connection with travel to NY on 9/3 for meetings | 50.70 |
| 09/19/14 | GND | 09/03/14-09/04/14 Chicago to New York - Sep 04, 2014 - Paul S. Caruso - Taxi/Car Service from hotel to LaGuardia airport on 9/4 in connection with travel to NY on 9/3 for meetings | 48.90 |
| 09/19/14 | GND | 09/03/14-09/04/14 Chicago to New York - Sep 04, 2014 - Paul S. Caruso - Parking at O'Hare airport in connection with travel to NY on 9/3 for meetings | 115.00 |
| 09/20/14 | OVT | Sep 04, 2014 - Taxi/Car Service from NY office to home on 9/4 in connection with late night work on document review | 30.50 |
| 09/20/14 | OVT | Sep 04, 2014 - Dinner for one attendee on 9/4 in connection with late night work on document review. | 20.00 |
| 09/20/14 | OVT | Sep 09, 2014 - Taxi/Car Service from NY office to home on 9/9 in connection with late night work on document review | 16.70 |
| 09/20/14 | OVT | Sep 02, 2014 - Taxi/Car Service from NY office to home on 9/2 in connection with late night work on document review | 16.70 |
| 09/20/14 | OVT | Sep 05, 2014 - Taxi/Car Service from NY office to home on 9/5 in connection with late night work on document review | 20.90 |
| 09/20/14 | OVT | Sep 02, 2014 - Dinner for one attendee on 9/2 in connection with late night work on document review | 20.00 |
| 09/20/14 | OVT | Sep 09, 2014 - Dinner for one attendee on 9/9 in connection with late night work on document review | 20.00 |
| 09/20/14 | OVT | Sep 05, 2014 - Dinner for one attendee on 9/5 in connection with late night work on document review | 20.00 |
| 09/20/14 | OVT | Sep 03, 2014 - Taxi/Car Service from NY office to home on 9/3 in connection with late night work on document review | 23.75 |
| 09/20/14 | OVT | Sep 08, 2014 - Taxi/Car Service from NY office to home on 9/8 in connection with late night work on document review | 19.20 |

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|-------:|
| 09/22/14 | AIR | 08/18/14-08/20/14 Chicago to New York - Aug 12, 2014 - Matthew A. Clemente - Roundtrip economy airfare between Chicago and NY for trip to meet with Energy Future Holdings re: Professional Retention (airfare cost reduced by half and split with another client matter). | 554.54 |
| 09/22/14 | AIR | 08/18/14-08/20/14 Chicago to New York - Aug 12, 2014 - Matthew A. Clemente - Agent Fee in connection with trip to meet with Energy Future Holdings re: Professional Retention (fee reduced by half and split with another client matter). | 17.00 |
| 09/22/14 | TRV | 08/18/14-08/20/14 Chicago to New York - Aug 20, 2014 - Matthew A. Clemente - Lodging for one night in NYC (includes $375 room rate, $16.41 State tax, $16.88 City tax, $22.03 hotel occupancy tax, $3.50 Unit fee and NYC occupancy tax) for trip to meet with Energy Future Holdings re: Professional Retention (hotel stay was for two nights and split with another client matter). | 433.82 |
| 09/23/14 | AIR | 09/15/14-09/16/14 Chicago to Wilmington - Sep 12, 2014 - Paul S. Caruso - Roundtrip economy airfare between Chicago and Philadelphia in connection with travel to Delaware for retention hearing | 1,048.20 |
| 09/23/14 | AIR | 09/15/14-09/16/14 Chicago to Wilmington - Sep 12, 2014 - Paul S. Caruso - Agent Fee in connection with travel on 9/15 to Philadelphia / Delaware for retention hearing | 41.00 |
| 09/23/14 | TRV | 09/15/14-09/16/14 Chicago to Wilmington, Sep 16, 2014 - Paul S. Caruso - Lodging for one night in Wilimington, DE in connection with travel on 9/15 to Philadelphia / Delaware for retention hearing | 262.90 |
| 09/23/14 | GND | 09/15/14-09/16/14 Chicago to Wilmington - Sep 16, 2014 - Paul S. Caruso - Hotel parking for rental car in connection with travel on 9/15 to Philadelphia / Delaware for retention hearing | 12.00 |
| 09/23/14 | GND | 09/15/14-09/16/14 Chicago to Wilmington - Sep 16, 2014 - Paul S. Caruso - Car Rental/Fuel on 9/15 in connection with travel from Philadelphia to Delaware for retention hearing | 202.80 |
| 09/23/14 | GND | 09/15/14-09/16/14 Chicago to Wilmington - Sep 16, 2014 - Paul S. Caruso - Parking at O'Hare airport in connection with travel to Philadelphia / Delaware for retention hearing | 106.00 |
| 09/23/14 | OVT | 09/04/14- Dinner for one attendee on 9/4 in connection with late night work on document review | 20.00 |
| 09/24/14 | AIR | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 11, 2014 - Matthew A. Clemente - Roundtrip economy airfare between Chicago and Philadelphia (with complimentary upgrade) in connection with travel for Energy Future Holdings meeting | 912.20 |
| 09/24/14 | AIR | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 11, 2014 - Matthew A. Clemente - Agent Fee in connection with trip for Energy Future Holdings meeting | 41.00 |

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 09/24/14 | MLO | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 16, 2014 - Matthew A. Clemente - Hotel - Lunch for one attendee in Delaware on 9/16 in connection with travel for Energy Future Holdings meeting | 28.00 |
| 09/24/14 | TRV | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 16, 2014 - Matthew A. Clemente - Lodging for one night in Delaware includes $239 room rate, $4.78 County tax, and $19.12 Occupancy/Tourism tax in connection with trip for Energy Future Holdings meeting | 262.90 |
| 09/24/14 | GND | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 15, 2014 - Matthew A. Clemente - Taxi/Car Service from Philadelphia airport to Wilmington, DE hotel on 9/15 in connection with travel for Energy Future Holdings meeting | 60.00 |
| 09/27/14 | AIR | 09/08/14-09/10/14 Chicago to New York - Aug 27, 2014 - Paul S. Caruso - Roundtrip coach airfare between Chicago and NYC (with complimentary upgrade) in connection with travel to NY on 9/8 for meetings. | 676.20 |
| 09/27/14 | AIR | 09/08/14-09/10/14 Chicago to New York - Aug 27, 2014 - Paul S. Caruso - Agent Fee in connection with travel to NY on 9/8 for meetings. | 34.00 |
| 09/27/14 | GND | 09/08/14-09/10/14 Chicago to New York - Sep 08, 2014 - Paul S. Caruso - Taxi/Car Service from LaGuardia airport to hotel on 9/8 in connection with travel to NY on 9/8 for meetings | 49.58 |
| 09/27/14 | GND | 09/08/14-09/10/14 Chicago to New York - Sep 10, 2014 - Paul S. Caruso - Taxi/Car Service from hotel to LaGuardia airport on 9/10 in connection with travel to NY on 9/8 for meetings | 49.50 |
| 09/27/14 | TRV | 09/08/14-09/10/14 Chicago to New York - Sep 10, 2014 - Paul S. Caruso - Lodging for two nights in NYC (includes $489 room rate, $43.40 State tax, $28.73 City tax, $2.00 Occupancy tax, and $1.50 Javits tax per night) in connection with travel to NY on 9/8 for meetings | 1,129.26 |
| 09/27/14 | GND | 09/08/14-09/10/14 Chicago to New York - Sep 10, 2014 - Paul S. Caruso - Parking at O'Hare airport in connection with travel to NY on 9/8 for meetings | 82.00 |

| | | **Total Expenses** | **$8,391.57** |

SIDLEY AUSTIN LLP

Invoice Number:  ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|------|-----------|--------|
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Aug 29, 2014 - Roger R. Martella, Jr. - One-way economy from DC to Austin Airfare in connection with travel for Meeting with client re: counseling on greenhouse gas regulatory issues | $555.10 |
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Sep 04, 2014 - Roger R. Martella, Jr. - Agent Fee in connection with travel for meeting with client re: counseling on greenhouse gas regulatory issues | 41.00 |
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Sep 02, 2014 - Roger R. Martella, Jr. - Taxi/Car Service from Austin airport to hotel in connection with travel for meeting with client re: counseling on greenhouse gas regulatory issues | 27.00 |
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Sep 02, 2014 - Roger R. Martella, Jr. - Dinner for one attendee on 9/2 in connection with travel for meeting with client re: counseling on greenhouse gas regulatory issues | 13.65 |
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Sep 03, 2014 - Roger R. Martella, Jr. - Dinner for one attendee on 9/3 in connection with travel for meeting with client re: counseling on greenhouse gas regulatory issues | 8.65 |
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Sep 03, 2014 - Roger R. Martella, Jr. - Lunch for one attendee on 9/3 in connection with travel for meeting with client re: counseling on greenhouse gas regulatory issues | 11.34 |
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Sep 04, 2014 - Roger R. Martella, Jr. - Lodging for one night in Austin includes room rate $255, City tax $22.95, and State tax $15.30, in connection with travel for meeting with client re: counseling on greenhouse gas regulatory issues | 293.25 |
| 09/23/14 | 08/13/14 - Car service for use from Austin airport to meeting in Austin, TX and back to airport on 8/13/14 in connection with travel for meeting with client regarding greenhouse gas regulatory issues | 480.60 |
| | **Total Expenses** | **$1,430.59** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 09/06/14 | 09/05/14-Telephone Call (Non-Local) To: 12052268735 Birmingham, AL | $4.50 |
| | **Total Expenses** | **$4.50** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|------|-----------|--------|
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 10, 2014 - C. Frederick Beckner, III - One-way economy Airfare from Austin to Dallas in connection with travel for TCEQ Meeting | $229.00 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 10, 2014 - C. Frederick Beckner, III - Agent Fee in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 34.00 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 10, 2014 - C. Frederick Beckner, III round trip economy Airfare between Washington, D.C., Austin and Dallas in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 1,570.96 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 21, 2014 - C. Frederick Beckner, III Applies to Economy Airfare from Washington, D.C. to Austin on 7/15 and Dallas to Washington, D.C. on 7/16 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 52.00 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 15, 2014 - C. Frederick Beckner, III - Taxi/Car Service for home to Dulles airport in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 60.00 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 16, 2014 - C. Frederick Beckner, III - Taxi/Car Service from Dulles airport to home on 7/16 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 61.72 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 16, 2014 - C. Frederick Beckner, III - Taxi/Car Service from hotel Dallas airport in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 70.00 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 16, 2014 - C. Frederick Beckner, III - Lunch for one attendee on 7/16 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 10.26 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 16, 2014 - C. Frederick Beckner, III - Breakfast for one attendee on 7/16 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 4.54 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 15, 2014 - C. Frederick Beckner, III - Lunch for one attendee on 7/15 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 13.66 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 15, 2014 - C. Frederick Beckner, III - Breakfast for one attendee on 7/15 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 5.00 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Narrative | Amount |
|------|-----------|--------|
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 16, 2014 - C. Frederick Beckner, III - Lodging for one night near Dallas on 7/15 includes room rate $209, tourism fee $4.18, City tax $14.92, and State tax $12.79 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 240.89 |
| 09/03/14 | 09/02/14-Telephone Call (Non-Local) To: Birmingham, AL | 3.75 |
| 09/30/14 | 08/04/14-Telephone Charges Conference Call Customer: PBB5468 BENJAMIN BEATON | 3.02 |
| | **Total Expenses** | **$2,358.80** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 10/01/14 | TEL | Aug 13, 2014 - Geoffrey M. King - Telephone - Court Conference call on 8/13/14 | $107.00 |
| 10/07/14 | TEL | 09/16/14-Telephone Charges Conference Call | 10.74 |
| 10/07/14 | TEL | 09/04/14-Telephone Charges Conference Call | 1.97 |
| 10/09/14 | CPY | 10/08/14-Duplicating charges Time: 12:29:00 | 2.00 |
| 10/10/14 | CPY | 10/09/14-Duplicating charges Time: 17:21:00 | .10 |
| 10/10/14 | CPY | 10/09/14-Duplicating charges Time: 15:50:00 | .10 |
| 10/10/14 | CPY | 10/09/14-Duplicating charges Time: 16:05:00 | .10 |
| 10/10/14 | CPY | 10/09/14-Duplicating charges Time: 10:20:00 | .10 |
| 10/16/14 | CPY | 10/14/14-Duplicating charges Time: 18:08:00 | .20 |
| 10/17/14 | CPY | 10/16/14-Duplicating charges Time: 11:29:00 | .40 |
| 10/21/14 | OTR | 10/09/14 - REED ELSEVIER INC - EA603405MS - Searches | 85.81 |
| 10/21/14 | CPY | 10/20/14-Duplicating charges Time: 12:51:00 | 5.80 |
| 10/21/14 | CPY | 10/20/14-Duplicating charges Time: 12:19:00 | 2.30 |
| 10/21/14 | CPY | 10/20/14-Duplicating charges Time: 12:02:00 | 1.00 |
| 10/21/14 | CPY | 10/20/14-Duplicating charges Time: 12:06:00 | .20 |
| 10/30/14 | TEL | 10/29/14-Telephone Call (Non-Local) To: 12148127182 Dallas, TX | 1.95 |
| 10/30/14 | CPY | 10/29/14-Duplicating Charges (Color) Time: 10:38:00 | .50 |
| 10/30/14 | CPY | 10/29/14-Duplicating Charges (Color) Time: 16:00:00 | 22.00 |

**Total Expenses**   **$242.27**

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 10/07/14 | 10/06/14-Duplicating Charges (Color) Time: 10:44:00 | $.50 |
| 10/31/14 | 10/31/14-Duplicating Charges (Color) Time: 14:38:00 | 19.38 |
| | **Total Expenses** | **$19.88** |

# NOVEMBER 2014
# EFH EXPENSES

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 03/13/14 | TEL | 03/12/14-Telephone Call (Non-Local) To: 17138905794 Houston, TX | $1.05 |
| 06/11/14 | TEL | 05/01/14-Telephone Charges Conference Call | 108.44 |
| 06/11/14 | TEL | 05/02/14-Telephone Charges Conference Call | 28.21 |
| 09/13/14 | TEL | 09/12/14-Telephone Call (Non-Local) To: 12129093035 | 1.05 |
| 11/07/14 | TEL | 10/27/14-Telephone Charges Conference Call | 36.05 |
| 11/07/14 | TEL | 10/06/14-Telephone Charges Conference Call | .31 |
| 11/08/14 | MLO | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 15, 2014 - Paul S. Caruso - Lunch - Travel on 9/15 to Philadelphia / Delaware for EFH Hearing - Cosi - While Traveling | 21.34 |
| 11/08/14 | MLO | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 16, 2014 - Paul S. Caruso - Meals Other - Travel on 9/15 to Philadelphia / Delaware for EFH Hearing - Currito - Philadelphia Airport - While Traveling | 22.65 |
| 11/08/14 | CPY | 11/07/14-Duplicating charges Time: 10:23:00 | 7.60 |
| 11/14/14 | TEL | 11/13/14-Telephone Call (Non-Local) To: 19084140371 | 2.70 |
| 11/14/14 | CPY | 11/13/14-Duplicating charges Time: 10:50:00 | .10 |
| 11/14/14 | CPY | 11/13/14-Duplicating charges Time: 16:16:00 | 1.00 |
| 11/19/14 | TEL | 11/18/14-Telephone Call (Non-Local) To: 12025515736 Washington, DC | 1.80 |
| 11/20/14 | CRT | 10/21/14 - COURTCALL LLC - 6539058 - Court Services | 198.00 |
| 11/21/14 | TEL | 10/21/14-Telephone Charges Conference Call Customer: AMG3849 MICHAEL T GUSTAFSON | 10.71 |
| 11/21/14 | TEL | 10/21/14-Telephone Charges Conference Call Customer: AMG5018 MICHAEL T GUSTAFSON | 18.07 |
| 11/21/14 | CPY | 11/19/14-Duplicating charges Time: 10:30:00 | 4.40 |
| 11/25/14 | TEL | 11/24/14-Telephone Call (Non-Local) To: 12127980808 | 1.80 |

|  |  | **Total Expenses** | **$465.28** |

# NOVEMBER 2014
# EXPENSES FOR
# EPA MATTERS

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 06/28/14 | 06/27/14-Telephone Call (Non-Local) | $9.60 |
| 10/25/14 | 10/24/14-Telephone Call (Non-Local) | 3.00 |
| 10/29/14 | 10/28/14-Telephone Call (Non-Local) | 4.50 |
| 10/30/14 | 10/29/14-Telephone Call (Non-Local) | 4.65 |
| 10/31/14 | 10/31/14-Telephone Call (Non-Local) | 2.10 |
| 11/04/14 | 11/03/14-Telephone Call (Non-Local) | 3.00 |
| 11/06/14 | 11/05/14-Telephone Call (Non-Local) | 3.15 |
| 11/18/14 | 11/17/14-Duplicating charges Time: 16:47:00 | 6.90 |
| 11/18/14 | 11/17/14-Duplicating charges Time: 16:38:00 | 12.00 |
| 11/21/14 | 11/20/14-Duplicating charges Time: 14:08:00 | 6.00 |
| 11/22/14 | 11/21/14-Duplicating Charges (Color) Time: 16:50:00 | 27.93 |
| 11/26/14 | 11/25/14-Duplicating Charges (Color) Time: 8:21:00 | 6.84 |
| 11/26/14 | 11/25/14-Duplicating Charges (Color) Time: 7:58:00 | 13.68 |
| | Total Expenses | $103.35 |

SIDLEY AUSTIN LLP

Invoice Number. ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 28, 2014 - Roger R. Martella, Jr. - Airfare - Meeting re regulatory strategy - United Airlines | $189.23 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 28, 2014 - Roger R. Martella, Jr. - Agent Fee - Meeting re regulatory strategy | 41.00 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 23, 2014 - Roger R. Martella, Jr. - Airfare - Meeting re regulatory strategy - United Airlines | 835.35 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 30, 2014 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting re regulatory strategy - While Traveling | 25.11 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 29, 2014 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting re regulatory strategy - To/From Airport | 39.24 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 30, 2014 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting re regulatory strategy - To/From Airport | 72.12 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 30, 2014 - Roger R. Martella, Jr. - Dinner - Meeting re regulatory strategy - Salt Lick BBQ - While Traveling | 11.85 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 29, 2014 - Roger R. Martella, Jr. - Meals Other - Meeting re regulatory strategy - Royal Blue Grocery - While Traveling | 4.87 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 29, 2014 - Roger R. Martella, Jr. - Dinner - Meeting re regulatory strategy - Ranch - While Traveling - Roger R. Martella, Jr. - Anne Idsal - 2 total attendees | 119.43 |
| 11/12/14 | 10/29/14-10/30/14 Washington D.C. to Austin - Oct 30, 2014 - Roger R. Martella, Jr. - Lodging - Meeting re regulatory strategy - Other (not listed) | 293.25 |
| 11/15/14 | 11/14/14-Telephone Call (Non-Local) | 1.35 |
| 11/24/14 | 10/26/14-10/30/14 Washington D.C. to Washington - Oct 30, 2014 - Roger R. Martella, Jr. - Parking - Addendum - parking expenses - To/From Airport | 54.99 |
| | **Total Expenses** | **$1,687.79** |

# DECEMBER 2014
# EFH EXPENSES

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 03/13/14 | TEL | 03/12/14-Telephone Call (Non-Local) To: 17138905794 Houston, TX | $1.05 |
| 06/11/14 | TEL | 05/01/14-Telephone Charges Conference Call | 108.44 |
| 06/11/14 | TEL | 05/02/14-Telephone Charges Conference Call | 28.21 |
| 09/13/14 | TEL | 09/12/14-Telephone Call (Non-Local) To: 12129093035 | 1.05 |
| 11/07/14 | TEL | 10/27/14-Telephone Charges Conference Call | 36.05 |
| 11/07/14 | TEL | 10/06/14-Telephone Charges Conference Call | .31 |
| 11/08/14 | MLO | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 15, 2014 - Paul S. Caruso - Lunch - Travel on 9/15 to Philadelphia / Delaware for EFH Hearing - Cosi - While Traveling | 21.34 |
| 11/08/14 | MLO | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 16, 2014 - Paul S. Caruso - Meals Other - Travel on 9/15 to Philadelphia / Delaware for EFH Hearing - Currito - Philadelphia Airport - While Traveling | 22.65 |
| 11/08/14 | CPY | 11/07/14-Duplicating charges Time: 10:23:00 | 7.60 |
| 11/14/14 | TEL | 11/13/14-Telephone Call (Non-Local) To: 19084140371 | 2.70 |
| 11/14/14 | CPY | 11/13/14-Duplicating charges Time: 10:50:00 | .10 |
| 11/14/14 | CPY | 11/13/14-Duplicating charges Time: 16:16:00 | 1.00 |
| 11/19/14 | TEL | 11/18/14-Telephone Call (Non-Local) To: 12025515736 Washington, DC | 1.80 |
| 11/20/14 | CRT | 10/21/14 - COURTCALL LLC - 6539058 - Court Services | 198.00 |
| 11/21/14 | TEL | 10/21/14-Telephone Charges Conference Call Customer: AMG3849 MICHAEL T GUSTAFSON | 10.71 |
| 11/21/14 | TEL | 10/21/14-Telephone Charges Conference Call Customer: AMG5018 MICHAEL T GUSTAFSON | 18.07 |
| 11/21/14 | CPY | 11/19/14-Duplicating charges Time: 10:30:00 | 4.40 |
| 11/25/14 | TEL | 11/24/14-Telephone Call (Non-Local) To: 12127980808 | 1.80 |
| 12/09/14 | CPY | 12/08/14-Duplicating Charges (Color) Time: 9:34:00 | 28.50 |
| 12/09/14 | CPY | 12/08/14-Duplication charges Time: 11:47:00 | .60 |
| 12/09/14 | CPY | 12/08/14-Duplication charges Time: 11:46:00 | .60 |
| 12/10/14 | TEL | 11/03/14-Telephone Charges Conference Call | 5.16 |
| 12/13/14 | CPY | 12/08/14-Williams Lea Digital Blow Backs - Color | 636.00 |
| 12/13/14 | CPY | 12/08/14-Williams Lea Digital Blow Backs (Type B) - B&W | 528.60 |
| 12/13/14 | CPY | 12/08/14-Miscellaneous Charges | 33.08 |

**SIDLEY AUSTIN** LLP

Invoice Number: \*\*\*\*\*\*
Energy Future Holdings Corp.

RE: Case Administration

### EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 12/09/14 | CPY | 12/08/14-Duplicating Charges (Color) Time: 9:34:00 | $28.50 |
| 12/09/14 | CPY | 12/08/14-Duplication charges Time: 11:47:00 | .60 |
| 12/09/14 | CPY | 12/08/14-Duplication charges Time: 11:46:00 | .60 |
| 12/10/14 | TEL | 11/03/14-Telephone Charges Conference Call | 5.16 |
| 12/13/14 | CPY | 12/08/14-Williams Lea Digital Blow Backs - Color | 636.00 |
| 12/13/14 | CPY | 12/08/14-Williams Lea Digital Blow Backs (Type B) - B&W | 528.60 |
| 12/13/14 | CPY | 12/08/14-Miscellaneous Charges | 33.08 |
| 12/31/14 | TEL | 12/30/14-Telephone Call (Non-Local) To: 12148122820 Dallas, TX | 1.80 |
| | | **Total Expenses** | **$1,234.34** |

# DECEMBER 2014
# EXPENSES FOR
# EPA MATTERS

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 12/09/14 | 12/02/14-Williams Lea Digital Blow Backs (Type B) - B&W | $40.20 |
| 12/09/14 | 12/02/14-Binding | 1.72 |
| | **Total Expenses** | **$41.92** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 12/02/14 | 12/01/14-Duplication charges Time: 16.01.00 | $16.50 |
| 12/02/14 | 12/01/14-Duplicating Charges (Color) Time: 15:49:00 | 5.70 |
| 12/02/14 | 12/01/14-Duplicating Charges (Color) Time: 16:01:00 | 30.78 |
| 12/02/14 | 12/01/14-Duplicating Charges (Color) Time: 15:57:00 | 1.71 |
| 12/04/14 | 12/03/14-Duplicating Charges (Color) Time: 9.01.00 | 13.11 |
| 12/04/14 | 12/03/14-Duplicating Charges (Color) Time: 9.00:00 | 23.37 |
| 12/04/14 | 12/03/14-Duplicating Charges (Color) Time: 17:14.00 | 23.37 |
| 12/04/14 | 12/03/14-Duplicating Charges (Color) Time: 17:13:00 | 13.68 |
| 12/04/14 | 12/03/14-Duplicating Charges (Color) Time: 17·17:00 | 23.94 |
| 12/05/14 | 12/04/14-Duplicating Charges (Color) Time: 8:46·00 | 28.50 |
| 12/06/14 | 12/05/14-Duplicating charges Time: 17:18:00 | 6.00 |
| 12/09/14 | 12/08/14-Duplicating charges Time: 14:33:00 | .90 |
| 12/09/14 | 12/08/14-Duplicating charges Time: 14:28·00 | 6.30 |
| 12/09/14 | 12/08/14-Duplicating charges Time. 19:12:00 | .90 |
| 12/10/14 | 12/09/14-Duplicating Charges (Color) Time: 13:41:00 | 19.95 |
| 12/10/14 | 12/09/14-Duplication charges Time: 17:08:00 | .30 |
| 12/10/14 | 12/09/14-Duplicating charges Time. 11:18:00 | 8 55 |
| 12/11/14 | 12/10/14-Duplication charges Time. 11:07:00 | .45 |
| 12/11/14 | 12/10/14-Duplication charges Time: 19:32:00 | .45 |
| 12/12/14 | 12/08/14-Williams Lea Digital Blow Backs (Type B) - B&W | 4,911.90 |
| 12/12/14 | 12/08/14-Binding | 84.28 |
| 12/15/14 | Dec 04, 2014 - Benjamin Beaton - Dinner - Overtime Expenses (Dec. 4 - Dec. 5, 2014) | 9.75 |
| 12/15/14 | Dec 05, 2014 - Benjamin Beaton - Taxi/Car Service - Overtime Expenses (Dec 4 - Dec. 5, 2014) - Overtime | 12.25 |
| 12/16/14 | 12/10/14-Binding | 15 48 |
| 12/16/14 | 12/10/14-Binding | 15.48 |
| 12/16/14 | 12/10/14-Williams Lea Digital Blow Backs (Type B) - B&W | 82.35 |

**SIDLEY AUSTIN** LLP

Invoice Number: \*\*\*\*\*\*
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Narrative | Amount |
|------|-----------|--------|
| 12/16/14 | 12/10/14-Williams Lea Digital Blow Backs (Type B) - B&W | 78.30 |
| 12/16/14 | 12/10/14-Williams Lea Digital Blow Backs (Type B) - B&W | 1,019.85 |
| 12/16/14 | 12/10/14-Williams Lea Digital Blow Backs (Type B) - B&W | 1,714.20 |
| 12/16/14 | 12/10/14-Binding | 20.64 |
| 12/16/14 | 12/10/14-Binding | 30.96 |
| 12/19/14 | Hand labor duplicating-weekday | 8.44 |
| 12/23/14 | 12/22/14-Duplication charges Time: 11:31:00 | .60 |
| 12/23/14 | 12/22/14-Duplication charges Time: 11:56:00 | .60 |
| 12/23/14 | 12/22/14-Duplication charges Time: 11:59:00 | .60 |
| 12/23/14 | 12/22/14-Duplication charges Time: 11:27:00 | 3.00 |
| 12/25/14 | 12/24/14-Duplicating charges Time: 13:08:00 | 24.60 |
| 12/29/14 | 12/15/2014 - WASHINGTON EXPRESS LLC - 116857 - FROM SIDLEY DC TO USDC 333 CONSTITUTION AVE. NEW., WASHINGTON, DC.-12/10/14 | 80.82 |
| 12/29/14 | 12/15/2014 - WASHINGTON EXPRESS LLC - 116857 - FROM SIDLEY DC TO USDC 333 CONSTITUTION AVE. NEW., WASHINGTON, DC.-12/11/14 | 10.58 |
| 12/29/14 | 12/15/2014 - WASHINGTON EXPRESS LLC - 116857 - FROM SIDLEY DC TO USDC 333 CONSTITUTION AVE. NEW., WASHINGTON, DC.-12/11/14 | 45 32 |
| 12/30/14 | Document Services 12/23/14 - FOLSER-BROWN, INC. - IN001019690 Binders | 12.94 |
| 12/31/14 | 12/19/14-Williams Lea Digital Blow Backs (Type B) - B&W | 93.00 |
| | **Total Expenses** | **$8,500.40** |

**SIDLEY AUSTIN** LLP

Invoice Number: ✱✱✱✱✱✱
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 12/01/14 | 9/15/14 - SUNNY'S WORLDWIDE CHAUEFFEURED TRANSPORTATION - 135381 - 8/13/14 Trip | $156.20 |
| 12/01/14 | 9/15/14 - SUNNY'S WORLDWIDE CHAUEFFEURED TRANSPORTATION - 135381 - 9/02/14 Trip | 127.80 |
| | **Total Expenses** | **$284.00** |