# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM JANUARY 1, 2015 THROUGH JANUARY 31, 2015

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Professional Retention (30070) | 1.30 | $1,365.00 |
| Fee Applications (30090) | 44.40 | $24,475.00 |
| Inter-company Issues (30240) | 1.00 | $1,150.00 |
| Sponsor Matters (30260) | 70.60 | $73,509.00 |
| Clean Air Transport Rule (10040) | 247.90 | $188,300.00 |
| Regional Haze Program (10050) | 37.40 | $30,312.80 |
| Counseling on Regulations for Existing Generating Units (40080) | 6.80 | $3,876.00 |
| **TOTALS:** | **409.40** | **$322,987.80** |