# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of January 1, 2015 to January 31, 2015 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $935 | 102.40 | $95,744.00 |
| James F. Bendernagel | Partner | 1977 | Litigation | $1,100 | 3.90 | $4,290.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $975 | 21.20 | $20,670.00 |
| James F. Conlan | Partner | 1988 | Bankruptcy | $1,250 | 6.60 | $8,250.00 |
| Martin B. Jackson | Partner | 2003 | Litigation | $850 | 2.10 | $1,785.00 |
| Peter D. Keisler | Partner | 1989 | Litigation | $1,034 | 45.20 | $46,736.80 |
| Kevin T. Lantry | Partner | 1991 | Bankruptcy | $1,150 | 27.10 | $31,165.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $860 | 2.00 | $1,720.00 |
| Eric D. McArthur | Partner | 2007 | Appellate | $660 | 48.60 | $32,076.00 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $825 | 8.40 | $6,930.00 |
| Larry J. Nyhan | Partner | 1980 | Bankruptcy | $1,250 | 2.60 | $3,250.00 |
| Timothy K. Webster | Partner | 1991 | Environmental | $700 | .20 | $140.00 |
| | | | | | | |
| Benjamin Beaton | Associate | 2010 | Appellate | $570 | 51.30 | $29,241.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | 9.80 | $7,252.00 |
| Thomas E. Ross | Associate | 2010 | Litigation | $740 | 10.60 | $7,844.00 |
| Joel F. Visser | Associate | 2009 | Environmental | $570 | 19.20 | $10,944.00 |
| | | | | **Attorney Totals** | **361.20** | **$308,037.80** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Randall C. Luce | Paralegal | 17 years | Litigation | $295 | .80 | $236.00 |
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $360 | 24.70 | $8,892.00 |
| Zeno Lantos | Paralegal | 14 years | Litigation | $240 | 15.90 | $3,816.00 |
| Duan M. Pryor | Paralegal | 21 years | Environmental | $295 | 6.80 | $2,006.00 |
| | | | | **Paraprofessional Totals** | **48.20** | **$14,950.00** |

|  |  |  |
|---|---|---|
| **Total Fees Requested** | **409.40** | **$322,987.80** |