# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for**
**January 1, 2015 to January 31, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $1,481.69 |
| Court Costs | | $198.00 |
| Meals – Out of town while traveling | | $43.99 |
| Messenger | | $19.89 |
| Overtime (Late night meals while working) | | $9.43 |
| Telephone Tolls | | $493.33 |
| **Total:** | | **$2,246.33** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## TCEH – Expense Summary for January 1, 2015 to January 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $234.61 |
| Messenger | | $19.89 |
| Overtime (Late night meals while working) | | $9.43 |
| Telephone Tolls | | $37.23 |
| **Total:** | | **$301.16** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

### EFH - Expense Summary for January 1, 2015 to January 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $1,247.08 |
| Court Costs | | $198.00 |
| Meals – Out of town while traveling | | $43.99 |
| Telephone Tolls | | $456.10 |
| **Total:** | | **$1,945.17** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.