
# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# JANUARY 2015 EFH EXPENSES

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Type | Description | Amount |
|---|---|---|---|
| 12/31/14 | TEL | 12/30/14-Telephone Call (Non-Local) To: 12148122820 Dallas, TX | 1.80 |
| 01/07/15 | TEL | 01/06/15-Telephone Call (Non-Local) To: 16268934642 West Covin, CA | 1.95 |
| 01/21/15 | CPY | 01/20/15-Duplicating Charges (Color) Time: 12:39:00 | 3.00 |
| 01/23/15 | TEL | Nov 10, 2014 - Geoffrey M. King - Telephone - Court Conference calls on 11/10/14, 12/16/14 and 12/29/14 | 37.00 |
| 01/23/15 | TEL | Dec 16, 2014 - Geoffrey M. King - Telephone - Court Conference calls on 11/10/14, 12/16/14 and 12/29/14 | 156.00 |
| 01/23/15 | TEL | Dec 29, 2014 - Geoffrey M. King - Telephone - Court Conference calls on 11/10/14, 12/16/14 and 12/29/14 | 44.00 |
| 01/24/15 | CPY | 01/23/15-Duplicating charges Time: 11:44:00 | 3.60 |

**Total Expenses** **$1,945.17**

# JANUARY 2015 EXPENSES FOR EPA MATTERS

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

# EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 01/16/15 | 12/02/14-Telephone Charges Conference Call | $.12 |
| 01/17/15 | 01/16/15-Duplication charges Time: 14:41:00 | 23.10 |
| 01/21/15 | 01/20/15-Duplication charges Time: 16:27:00 | .90 |
| 01/21/15 | 01/20/15-Duplication charges Time: 16:26:00 | .30 |
| 01/21/15 | 01/20/15-Duplication charges Time: 16:30:00 | .30 |
| 01/21/15 | 01/20/15-Duplication charges Time: 16:18:00 | 16.50 |
| 01/21/15 | 01/20/15-Duplicating charges Time: 16:15:00 | 3.90 |
| 01/22/15 | 01/21/15-Duplication charges Time: 17:06:00 | .90 |
| 01/23/15 | 01/22/15-Telephone Call (Non-Local) TIME: 12:23:00  DURATION: 15.0 | 2.25 |
| 01/23/15 | 01/22/15-Duplication charges Time: 14:04:00 | .90 |
| 01/23/15 | 01/22/15-Duplication charges Time: 14:04:00 | .90 |
| 01/24/15 | 12/04/14-Telephone Charges Conference Call | 9.48 |
| 01/24/15 | 12/09/14-Telephone Charges Conference Call | 1.08 |
| 01/24/15 | 12/02/14-Telephone Charges Conference Call | 1.97 |
| 01/24/15 | 12/12/14-Telephone Charges Conference Call | 2.82 |
| 01/24/15 | 01/23/15-Duplication charges Time: 16:00:00 | 7.80 |
| 01/27/15 | 01/02/15 - QUICK MESSENGER SERVICE, INC. - 567194 - 12/17/14 Messenger FROM Sidley Austin DC | 19.89 |
| 01/28/15 | 01/27/15-Duplicating Charges (Color) Time: 19:23:00 | 18.24 |
| 01/28/15 | 01/27/15-Duplicating Charges (Color) Time: 11:20:00 | 14.82 |
| 01/29/15 | 01/23/15-Binding | 1.72 |
| 01/29/15 | Jan 20, 2015 - Benjamin Beaton - Dinner - Overtime meal | 9.43 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 14:00:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 14:00:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 15:23:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 13:57:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 13:43:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 13:52:00 | .57 |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Narrative | Amount |
|---|---|---|
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 13:57:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 15:23:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 13:42:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 13:51:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 11:55:00 | 14.25 |
| 01/31/15 | 01/30/15-Duplicating Charges (Color) Time: 7:55:00 | 10.26 |
| 01/31/15 | 01/30/15-Duplication charges Time: 9:20:00 | 7.20 |
| 01/31/15 | 01/30/15-Duplication charges Time: 9:40:00 | 8.40 |
|  | **Total Expenses** | **$183.13** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 01/08/15 | 01/05/15-Williams Lea Digital Blow Backs (Type B) - B&W | $88.20 |
| 01/08/15 | 01/05/15-Binding | 10.32 |
| 01/08/15 | 01/07/15-Telephone Call (Non-Local) TIME: 17:11:00 DURATION: 58.0 | 8.70 |
| 01/24/15 | 12/23/14-Telephone Charges Conference TIME: 14:28:00 | 10.81 |
| | **Total Expenses** | **$118.03** |