## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015

| Matter Description | Total Hours | Total Fees |
| --- | --- | --- |
| Professional Retention (30070) | 13.60 | $15,640.00 |
| Fee Applications (30090) | 36.00 | $19,794.00 |
| Inter-company Issues (30240) | 1.10 | $1,265.00 |
| Sponsor Matters (30260) | 48.60 | $47,915.50 |
| Clean Air Transport Rule (10040) | 280.50 | $218,351.90 |
| Regional Haze Program (10050) | 35.10 | $25,507.30 |
| Greenhouse Gases (40070) | 6.10 | $3,611.20 |
| Counseling on Regulations for Existing Generating Units (40080) | 3.00 | $2,580.00 |
| **TOTALS:** | **424.00** | **$334,664.90** |