# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of February 1, 2015 to February 28, 2015 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $935 | 64.40 | $60,214.00 |
| James F. Bendernagel | Partner | 1977 | Litigation | $1,100 | 1.60 | $1,760.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $975 | 24.80 | $24,180.00 |
| Peter D. Keisler | Partner | 1989 | Litigation | $1,034 | 93.40 | $96,575.60 |
| Kevin T. Lantry | Partner | 1991 | Bankruptcy | $1,150 | 27.30 | $31,395.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $860 | 7.00 | $6,020.00 |
| Eric D. McArthur | Partner | 2007 | Appellate | $660 | 26.40 | $17,424.00 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $825 | 6.70 | $5,527.50 |
| Larry J. Nyhan | Partner | 1980 | Bankruptcy | $1,250 | .60 | $750.00 |
| Virginia A. Seitz | Partner | 1987 | Litigation | $960 | 11.80 | $11,328.00 |
| Timothy K. Webster | Partner | 1991 | Environmental | $700 | 3.90 | $2,730.00 |
| | | | | | | |
| Eric G. Hoffman | Counsel | 2004 | Litigation | $760 | .80 | $608.00 |
| Catherine Karen | Counsel | 2001 | Environmental | $592 | 6.10 | $3,611.20 |
| Kathleen Mueller | Counsel | 2011 | Litigation | $700 | 9.30 | $6,510.00 |
| | | | | | | |
| Benjamin Beaton | Associate | 2010 | Appellate | $570 | 28.50 | $16,245.00 |
| Jennifer J. Clark | Associate | 2008 | Litigation | $596 | 11.60 | $6,913.60 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | 10.20 | $7,548.00 |
| Thomas E. Ross | Associate | 2010 | Litigation | $740 | 7.50 | $5,550.00 |
| Joel F. Visser | Associate | 2009 | Environmental | $570 | 19.30 | $11,001.00 |
| | | | | **Attorney Totals** | **361.20** | **$315,890.90** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Randall C. Luce | Paralegal | 17 years | Litigation | $295 | 10.00 | $2,950.00 |
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $360 | 19.00 | $6,840.00 |
| Zeno Lantos | Paralegal | 14 years | Litigation | $240 | 9.00 | $2,160.00 |
| John Meehan | Paralegal | 14 years | Litigation | $255 | 12.30 | $3,136.50 |
| Duan M. Pryor | Paralegal | 21 years | Environmental | $295 | 12.50 | $3,687.50 |
| | | | | **Paraprofessional Totals** | **62.80** | **$18,774.00** |

|  |  |  |
|---|---:|---:|
| **Total Fees Requested** | **424.00** | **$334,644.90** |