# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for**
**February 1, 2015 to February 28, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $1,095.52 |
| Document Delivery Services | | $.69 |
| Legal Support Services | | $746.00 |
| Overtime (Late night meals while working) | | $60.83 |
| Telephone Tolls | | $10.18 |
| **Total:** | | **$1,913.22** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## TCEH – Expense Summary for February 1, 2015 to February 28, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $1,026.97 |
| Document Delivery Services | | $.69 |
| Overtime (Late night meals while working) | | $60.83 |
| Telephone Tolls | | $10.18 |
| **Total:** | | **$1,098.67** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

### EFH - Expense Summary for February 1, 2015 to February 28, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $68.55 |
| Legal Support Services | | $746.00 |
| **Total:** | | **$814.55** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.