**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# FEBRUARY 2015 EFH EXPENSES

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 02/07/15 | LIT | 01/23/15-Professional Services Consulting .80 Hour @ $275.00 | $220.00 |
| 02/13/15 | CPY | 02/12/15-Duplicating Charges (Color) Time: 13:58:00 | 5.00 |
| 02/18/15 | CPY | 02/12/15 - Williams Lea - 0000519026-000 Reprographics | 63.45 |
| 02/20/15 | CPY | 02/12/15-Duplicating charges Time: 15:16:00 | .10 |
| 02/24/15 | LIT | 02/01/15-Monthly Electronic Data Storage Fee 88.70 GB @ $5.00 | 443.50 |
| 02/25/15 | LIT | 02/11/15-Professional Services Consulting .30 Hour @ $275.00 | 82.50 |
| | | **Total Expenses** | **$814.55** |

# FEBRUARY 2015 EXPENSES FOR EPA MATTERS

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 02/03/15 | 02/02/15-Duplicating Charges (Color) Time: 18:24:00 | $33.63 |
| 02/03/15 | 02/02/15-Telephone Call (Non-Local) To: 12052268735 Birmingham, AL | 2.55 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 14:09:00 | 22.80 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 14:10:00 | 6.84 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 14:10:00 | 17.67 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 14:17:00 | 1.14 |
| 02/04/15 | 02/03/15-Duplicating charges Time: 12:31:00 | 4.35 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 13:32:00 | 22.80 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 12:41:00 | 17.67 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 9:51:00 | 6.84 |
| 02/05/15 | 02/04/15-Duplicating Charges (Color) Time: 17:26:00 | 10.26 |
| 02/05/15 | 02/04/15-Duplicating Charges (Color) Time: 9:58:00 | 3.42 |
| 02/05/15 | 02/04/15-Duplicating Charges (Color) Time: 9:59:00 | 2.85 |
| 02/05/15 | 02/04/15-Duplicating Charges (Color) Time: 9:59:00 | 1.14 |
| 02/05/15 | Jan 29, 2015 - Benjamin Beaton - Dinner - Overtime meal - 01/29/15 | 10.22 |
| 02/05/15 | Jan 30, 2015 - Benjamin Beaton - Taxi/Car Service - Overtime - Overtime | 7.90 |
| 02/06/15 | 02/05/15-Duplicating Charges (Color) Time: 11:35:00 | 3.42 |
| 02/06/15 | 02/05/15-Duplicating Charges (Color) Time: 13:18:00 | 3.42 |
| 02/06/15 | 02/05/15-Duplicating Charges (Color) Time: 13:32:00 | 4.56 |
| 02/06/15 | 02/05/15-Duplicating Charges (Color) Time: 12:04:00 | .57 |
| 02/06/15 | 02/03/15 - Williams Lea - 0000516130-000 Reprographics | 157.76 |
| 02/06/15 | 02/05/15-Duplication charges Time: 14:04:00 | .45 |
| 02/06/15 | 02/05/15-Duplication charges Time: 14:15:00 | .45 |
| 02/07/15 | 02/06/15-Duplicating Charges (Color) Time: 16:00:00 | 2.85 |
| 02/07/15 | 02/06/15-Duplicating charges Time: 14:03:00 | 54.90 |
| 02/07/15 | 02/06/15-Duplicating Charges (Color) Time: 8:01:00 | 16.53 |
| 02/07/15 | 02/06/15-Duplicating Charges (Color) Time: 8:01:00 | 22.80 |

SIDLEY AUSTIN LLP

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Narrative | Amount |
|---|---|---|
| 02/10/15 | 02/09/15-Duplicating Charges (Color) Time: 15:33:00 | 22.23 |
| 02/10/15 | 02/09/15-Duplicating Charges (Color) Time: 15:34:00 | 26.79 |
| 02/11/15 | 02/06/15 - Williams Lea - 0000517288-000 Reprographics | 32.49 |
| 02/11/15 | 02/05/15 - Williams Lea - 0000516755-000 Reprographics | 137.26 |
| 02/11/15 | 02/10/15-Duplication charges Time: 18:20:00 | 17.55 |
| 02/11/15 | 02/10/15-Duplication charges Time: 18:31:00 | .45 |
| 02/11/15 | 02/10/15-Duplication charges Time: 18:18:00 | 3.60 |
| 02/11/15 | 02/10/15-Duplication charges Time: 18:21:00 | 21.15 |
| 02/13/15 | 01/20/15-overtime meals | 21.05 |
| 02/13/15 | 01/22/15-overtime meals | 21.66 |
| 02/19/15 | 02/18/15-Duplicating Charges (Color) Time: 18:56:00 | 5.70 |
| 02/24/15 | 02/23/15-Duplication charges Time: 19:51:00 | 6.75 |
| 02/24/15 | 02/23/15-Duplication charges Time: 19:41:00 | 1.50 |
| 02/24/15 | 02/23/15-Duplication charges Time: 19:40:00 | 1.50 |
| 02/24/15 | 02/23/15-Duplication charges Time: 19:35:00 | 1.35 |
| 02/25/15 | 02/24/15-Duplication charges Time: 15:49:00 | .30 |
| 02/25/15 | 02/24/15-Duplication charges Time: 13:48:00 | 1.35 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 13:48:00 | 10.26 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 13:56:00 | 4.56 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 13:45:00 | 18.81 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 16:57:00 | 2.28 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 16:57:00 | 3.42 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 16:56:00 | 6.27 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 16:55:00 | 5.13 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 16:58:00 | 13.11 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 13:49:00 | 6.84 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 13:47:00 | 15.39 |
| 02/25/15 | 02/24/15-Duplication charges Time: 13:47:00 | 7.20 |
| 02/25/15 | 02/24/15-Duplication charges Time: 13:45:00 | 1.35 |
| 02/25/15 | 02/24/15-Duplication charges Time: 13:56:00 | 4.50 |
| 02/25/15 | 02/24/15-Duplication charges Time: 11:42:00 | 8.40 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Narrative | Amount |
|---|---|---|
| 02/25/15 | 02/24/15-Duplication charges Time: 11:46:00 | .90 |
| 02/26/15 | 01/19/15-Telephone Charges Conference Call | 2.81 |
| 02/26/15 | 01/19/15-Telephone Charges Conference Call | 2.17 |
| 02/26/15 | 01/21/15-Telephone Charges Conference Call | 2.65 |
| 02/27/15 | 02/23/15 - Williams Lea - 0000521781-000 Reprographics | 112.87 |
| 02/28/15 | 02/24/2015-Postage | .69 |
| | **Total Expenses** | **$992.08** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 02/07/15 | 02/06/15-Duplicating Charges (Color) Time: 15:43:00 | $33.63 |
| 02/10/15 | 02/09/15-Duplicating Charges (Color) Time: 18:14:00 | 3.99 |
| 02/10/15 | 02/09/15-Duplicating Charges (Color) Time: 18:26:00 | 1.14 |
| 02/12/15 | 02/11/15-Duplicating Charges (Color) Time: 14:56:00 | 15.96 |
| 02/21/15 | 02/20/15-Duplicating Charges (Color) Time: 18:08:00 | 18.81 |
| 02/21/15 | 02/20/15-Duplicating Charges (Color) Time: 18:17:00 | 13.11 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 16:35:00 | 13.11 |
| 02/26/15 | 02/25/15-Duplicating Charges (Color) Time: 14:28:00 | 6.84 |

**Total Expenses** $106.59