# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM MARCH 1, 2015 THROUGH MARCH 31, 2015

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | 8.60 | $5,024.00 |
| Sponsor Matters (30260) | 19.30 | $19,935.50 |
| Clean Air Transport Rule (10040) | .40 | $280.00 |
| Regional Haze Program (10050) | 43.80 | $37,037.20 |
| Counseling on Regulations for Existing Generating Units (40080) | .10 | $93.50 |
| **TOTALS:** | **72.20** | **$62,370.20** |