# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of March 1, 2015 to March 31, 2015 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $935 | 18.90 | $17,671.50 |
| James F. Bendernagel | Partner | 1977 | Litigation | $1,100 | 2.70 | $2,970.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $975 | 6.60 | $6,435.00 |
| Matthew A. Clemente | Partner | 1998 | Bankruptcy | $975 | 5.30 | $5,167.50 |
| Peter D. Keisler | Partner | 1989 | Litigation | $1,034 | 6.80 | $7,031.20 |
| Kevin T. Lantry | Partner | 1991 | Bankruptcy | $1,150 | 5.40 | $6,210.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $860 | 8.50 | $7,310.00 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $825 | .40 | $330.00 |
| Timothy K. Webster | Partner | 1991 | Environmental | $700 | .60 | $420.00 |
| | | | | | | |
| Benjamin Beaton | Associate | 2010 | Appellate | $570 | 1.30 | $741.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | 1.60 | $1,184.00 |
| Paul J. Ray | Associate | 2013 | Litigation | $524 | 9.50 | $4,978.00 |
| Thomas E. Ross | Associate | 2010 | Litigation | $740 | .70 | $518.00 |
| | | | | **Attorney Totals** | **68.30** | **$60,966.20** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $360 | 3.90 | $1,404.00 |
| | | | | **Paraprofessional Totals** | **3.90** | **$1,404.00** |

| | | | | **Total Fees Requested** | **72.20** | **$62,370.20** |