# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for**
**March 1, 2015 to March 31, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $480.39 |
| Document Delivery Services | | $44.59 |
| Ground Transportation | | $175.38 |
| Legal Support Services | | $442.00 |
| Meals | | $66.00 |
| Messenger | | $48.76 |
| Travel / Lodging | | $489.40 |
| Telephone Tolls | | $29.39 |
| **Total:** | | **$1,775.91** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

### **TCEH – Expense Summary for March 1, 2015 to March 31, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $480.39 |
| Document Delivery Services | | $.48 |
| Ground Transportation | | $175.38 |
| Meals | | $66.00 |
| Messenger | | $48.76 |
| Travel / Lodging | | $489.40 |
| Telephone Tolls | | $22.34 |
| **Total:** | | **$1,282.75** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**EFH - Expense Summary for March 1, 2015 to March 31, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Document Delivery Services | | $44.11 |
| Legal Support Services | | $442.00 |
| Telephone Tolls | | $7.05 |
| **Total:** | | **$493.16** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.