**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# MARCH 2015
# EFH EXPENSES

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

### EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 03/03/15 | TEL | 03/02/15-Telephone Call (Non-Local) To: 12125614130 | $3.30 |
| 03/04/15 | DLV | 02/12/15- Federal Express Corporation- TR #772900314155 SETH GOLDMAN MUNGER TOLLES & OLSON LLP 355 SOUTH GRAVE LOS ANGELES, CA  90071 | 18.91 |
| 03/04/15 | DLV | 02/12/15- Federal Express Corporation- TR #772900365009 JEFF MARWIL PROSKAUER ROSE LLP THREE FIRST NATIONAL PLAZA CHICAGO, IL  60602 | 14.28 |
| 03/04/15 | DLV | 02/12/15- Federal Express Corporation- TR #772900422498 RICHARD LEVIN CRAVATHSWAIN & MOORE LLP 825 8TH AVE NEW YORK, NY 10019 | 10.92 |
| 03/20/15 | TEL | 02/02/15-Telephone Charges Conference Call Customer: BPK4414 PETER D KEISLER | 1.50 |
| 03/20/15 | LIT | 03/01/15-Monthly Electronic Data Storage Fee 88.40 GB @    $5.00 | 442.00 |
| 03/21/15 | TEL | 03/20/15-Telephone Call (Non-Local) To: 12132375080 Los Angele, CA | 2.25 |
| | | **Total Expenses** | **$493.16** |

# MARCH 2015 EXPENSES FOR EPA MATTERS

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 03/02/15 | Feb 25, 2015 - Eric D. McArthur - Taxi/Car Service - cab to court for oral argument - Local | $12.00 |
| 03/02/15 | Feb 25, 2015 - Eric D. McArthur - Taxi/Car Service - cab from court for oral argument - Local | 12.00 |
| 03/10/15 | 02/20/15-Telephone Charges Conference Call | 16.79 |
| 03/11/15 | 2/26/2015-Postage | .48 |
| 03/13/15 | 02/28/15 - WASHINGTON EXPRESS LLC - 119952 - 2/24/15 Messenger Service | 48.76 |
| 03/14/15 | 02/18/15 - Meals | 16.00 |
| 03/14/15 | 02/20/15 - Meals | 50.00 |
| 03/17/15 | Feb 25, 2015 - C. Frederick Beckner, III - Taxi/Car Service - Cab from home to US Courthouse. Attend oral Argument (Luminant) - Local | 39.00 |
| 03/17/15 | 03/16/15-Duplicating Charges (Color) Time: 17:03:00 | 1.71 |
| 03/25/15 | Feb 25, 2015 - Peter D. Keisler - Taxi/Car Service - Expenses related to oral argument - Local | 12.98 |
| 03/25/15 | Feb 25, 2015 - Peter D. Keisler - Lodging - Expenses related to oral argument - Starwood Hotels & Resorts | 482.40 |
| 03/25/15 | Feb 25, 2015 - Peter D. Keisler - Tips - Expenses related to oral argument - Tips for services at hotel | 7.00 |
| | **Total Expenses** | **$699.12** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 03/12/15 | 03/11/15-Telephone Call (Non-Local) To: 12052268735 | $3.75 |
| 03/18/15 | 03/17/15-Duplication charges Time: 18:36:00 | .45 |
| 03/18/15 | 03/17/15-Duplicating Charges (Color) Time: 17:49:00 | 41.61 |
| 03/18/15 | 03/17/15-Duplicating Charges (Color) Time: 17:54:00 | .57 |
| 03/18/15 | 03/17/15-Duplicating Charges (Color) Time: 18:23:00 | .57 |
| 03/18/15 | 03/17/15-Duplicating Charges (Color) Time: 16:32:00 | 172.14 |
| 03/18/15 | 03/17/15-Duplicating Charges (Color) Time: 17:49:00 | 86.07 |
| 03/20/15 | 03/19/15-Duplicating Charges (Color) Time: 15:20:00 | 86.07 |
| 03/20/15 | 03/19/15-Telephone Call (Non-Local) To: 12052263480 | 1.80 |
| 03/24/15 | 03/23/15-Duplicating Charges (Color) Time: 9:06:00 | 91.20 |
| | **Total Expenses** | **$484.23** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 03/17/15 | 01/31/15 - SUNNY'S WORLDWIDE CHAUEFFEURED TRANSPORTATION - 140475 - 1/28/15 Private Car Ground Transportation | $99.40 |
| | **Total Expenses** | **$99.40** |