# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM APRIL 1, 2015 THROUGH APRIL 30, 2015

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | 7.30 | $5,102.00 |
| Sponsor Matters (30260) | 1.00 | $975.00 |
| Regional Haze Program (10050) | 11.60 | $10,370.50 |
| Counseling on Regulations for Existing Generating Units (40080) | 4.10 | $3,533.50 |
| **TOTALS:** | **24.00** | **$19,981.00** |