# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of April 1, 2015 to April 30, 2015 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $935 | 4.20 | $3,927.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $975 | 1.00 | $975.00 |
| Peter D. Keisler | Partner | 1989 | Litigation | $1,034 | .50 | $517.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $860 | 11.00 | $9,460.00 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $825 | 4.00 | $3,300.00 |
| | | | | | | |
| Benjamin Beaton | Associate | 2010 | Appellate | $570 | 2.20 | $1,254.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | .40 | $296.00 |
| | | | | **Attorney Totals** | **23.30** | **$19,729.00** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $360 | .70 | $252.00 |
| | | | | **Paraprofessional Totals** | **.70** | **$252.00** |

|  |  |  |
|---|---|---|
| **Total Fees Requested** | **24.00** | **$19,981.00** |