# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for**
**April 1, 2015 to April 30, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $323.72 |
| Court Reporter | | $400.75 |
| Legal Support Services | | $442.50 |
| **Total:** | | **$1,166.97** |

---

[1]   Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

## TCEH – Expense Summary for April 1, 2015 to April 30, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $323.72 |
| Court Reporter | | $400.75 |
| **Total:** | | **$724.47** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## EFH - Expense Summary for April 1, 2015 to April 30, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $442.50 |
| **Total:** | | **$442.50** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.