# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# APRIL 2015
# EFH EXPENSES

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 04/25/15 | LIT | 04/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | $442.50 |
| | | **Total Expenses** | **$442.50** |

# APRIL 2015
# EXPENSES FOR
# EPA MATTERS

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

# EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 04/21/15 | 04/04/15 - DEPOSITION SERVICES - original transcript | $400.75 |
| | **Total Expenses** | **$400.75** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

### EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 04/03/15 | 04/02/15-Duplicating Charges (Color) Time: 19:15:00 | $91.20 |
| 04/09/15 | 04/06/15 - Williams Lea - 0000535607-000 Reprographics | 1.59 |
| 04/17/15 | 04/16/15-Duplicating Charges (Color) Time: 9:30:00 | 202.92 |
| 04/17/15 | 04/16/15-Duplicating Charges (Color) Time: 9:32:00 | 21.66 |
| 04/21/15 | 04/16/15 - Williams Lea - 0000538977-000 Reprographics | 6.35 |
| | **Total Expenses** | **$323.72** |