## Exhibit A

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

The Sidley attorneys who rendered professional services in these cases during the Fee Period and their hourly billing rate for these matters are:

| Name | TITLE OR POSITION | Department, group or section | Date of first admission | Fees billed in this application | Hours billed in this application | Hourly rate billed | | Number of rate increases since case inception |
|------|-------------------|------------------------------|-------------------------|--------------------------------|----------------------------------|--------------------|--------------------|-----------------------------------------------|
| | | | | | | In this application | In first interim application | |
| Beckner, C. Frederick | Partner | Litigation | 1997 | $ 177,556.50 | 189.90 | $ 935 | $ 878 | 1 |
| Bendernagel, James F. | Partner | Litigation | 1977 | $ 9,020.00 | 8.20 | $ 1,100 | $ 1,050 | 1 |
| Caruso, Paul S. | Partner | Bankruptcy | 1996 | $ 52,260.00 | 53.60 | $ 975 | $ 925 | 1 |
| Clemente, Matthew A. | Partner | Bankruptcy | 1998 | $ 5,167.50 | 5.30 | $ 975 | $ 925 | 1 |
| Conlan, James F. | Partner | Bankruptcy | 1988 | $ 8,250.00 | 6.60 | $ 1,250 | $ 1,150 | 1 |
| Jackson, Martin B. | Partner | Litigation | 2003 | $ 1,785.00 | 2.10 | $ 850 | $ 825 | 1 |
| Keisler, Peter D. | Partner | Litigation | 1989 | $ 150,860.60 | 145.90 | $ 1,034 | $ 970 | 1 |
| Lantry, Kevin T. | Partner | Bankruptcy | 1991 | $ 68,770.00 | 59.80 | $ 1,150 | NA | 1 |
| Martella, Roger R. | Partner | Environmental | 1997 | $ 24,510.00 | 28.50 | $ 860 | $ 809 | 1 |
| McArthur, Eric D. | Partner | Appellate | 2007 | $ 49,500.00 | 75.00 | $ 660 | $ 624 | 1 |
| Mills, Kerriann S. | Partner | Bankruptcy | 2005 | $ 16,087.50 | 19.50 | $ 825 | $ 775 | 1 |
| Nyhan, Larry J. | Partner | Bankruptcy | 1980 | $ 4,000.00 | 3.20 | $ 1,250 | $ 1,150 | 1 |
| Seitz, Virginia A. | Partner | Litigation | 1987 | $ 11,328.00 | 11.80 | $ 960 | NA | NA |
| Webster, Timothy K. | Partner | Environmental | 1991 | $ 3,290.00 | 4.70 | $ 700 | $ 693 | 1 |
| | | | | | | | | |
| Hoffman, Eric G. | Counsel | Litigation | 2004 | $ 608.00 | .80 | $ 760 | $ 745 | 1 |
| Karen, Catherine | Counsel | Environmental | 2001 | $ 3,611.20 | 6.10 | $ 592 | NA | NA |
| Mueller, Kathleen | Counsel | Litigation | 2011 | $ 6,510.00 | 9.30 | $ 700 | $ 693 | 1 |
| | | | | | | | | |
| Beaton, Benjamin | Associate | Appellate | 2010 | $ 47,481.00 | 83.30 | $ 570 | $ 537 | 1 |
| Clark, Jennifer J. | Associate | Litigation | 2008 | $ 6,913.60 | 11.60 | $ 596 | NA | NA |
| King, Geoffrey M. | Associate | Bankruptcy | 2009 | $ 16,280.00 | 22.00 | $ 740 | $ 665 | 1 |
| Ray, Paul J. | Associate | Litigation | 2013 | $ 4,978.00 | 9.50 | $ 524 | NA | NA |
| Ross, Thomas E. | Associate | Litigation | 2010 | $ 13,912.00 | 18.80 | $ 740 | $ 665 | 1 |
| Visser, Joel F. | Associate | Environmental | 2009 | $ 21,945.00 | 38.50 | $ 570 | $ 540 | 1 |
| | | | **Attorney Totals** | $ 704,623.90 | 814.00 | | | |

The paraprofessionals of Sidley who rendered professional services in these cases during the Fee Period and their hourly billing rate for these matters:

| Name | TITLE OR POSITION | Department, group or section | Number of Years in that Position | Fees billed in this application | Hours billed in this application | Hourly rate billed | | Number of rate increases since case inception |
|------|-------------------|------------------------------|----------------------------------|--------------------------------|----------------------------------|--------------------|--------------------|-----------------------------------------------|
| | | | | | | In this application | In first interim application | |
| Lantos, Zeno | Paralegal | Litigation | 14 years | $ 5,976.00 | 24.90 | $ 240 | NA | NA |
| Luce, Randall C. | Paralegal | Litigation | 17 years | $ 3,186.00 | 10.80 | $ 295 | $ 295 | 0 |
| Lutes, David J. | Paralegal | Bankruptcy | 29 years | $ 17,388.00 | 48.30 | $ 360 | $ 345 | 1 |
| Meehan, John | Paralegal | Litigation | 14 years | $ 3,136.50 | 12.30 | $ 255 | $ 255 | 0 |
| Pryor, Duan M. | Paralegal | Environmental | 21 years | $ 5,693.50 | 19.30 | $ 295 | $ 295 | 0 |
| | | | | | | | | |
| | | | **Paraprofessional Totals** | $ 35,380.00 | 115.60 | | | |