## Exhibit B

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount | |
|---|---|---|
| Court Costs | $ | 198.00 |
| Court Reporter | $ | 400.75 |
| Document Delivery Services | $ | 45.28 |
| Duplicating | $ | 3,381.32 |
| Ground Transportation | $ | 175.38 |
| Legal Support Services | $ | 1,630.50 |
| Meals (Working Meals Sidley and Others) | $ | 136.26 |
| Meals Out of Town (Travel Meals) | $ | 43.99 |
| Messenger | $ | 68.65 |
| Telephone Tolls | $ | 532.90 |
| Travel/Lodging | $ | 489.40 |
| **Total** | **$** | **7,102.43** |