## Exhibit C

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Description | Hours Budgeted | Fees Budgeted | Total Hours | Total Fees |
|---|---|---|---|---|
| Case Administration (30100) | 80 | $70,000 | 0.00 | $ 0.00 |
| Clean Air Transport Rule (10040) | 325 | $242,000 | 528.80 | $ 406,931.90 |
| Counseling on Regulations for Existing Generating Units (40080) | 35 | $29,000 | 14.00 | $ 10,083.00 |
| Greenhouse Gases (40070) | 20 | $16,000 | 6.10 | $ 3,611.20 |
| EPA July NOV (40060) | 60 | $40,000 | 0.00 | $ 0.00 |
| Fee Applications (30090) | 400 | $220,000 | 96.30 | $ 54,395.00 |
| Inter-Company Issues (30240) | 205 | $246,000 | 2.10 | $ 2,415.00 |
| Litigated Matters (30120) | 0 | $0.00 | 0.00 | $ 0.00 |
| Professional Retention (30070) | 200 | $148,000 | 14.90 | $ 17,005.00 |
| Regional Haze Program (10050) | 400 | $315,000 | 127.90 | $ 103,227.80 |
| Sponsor Matters (30260) | 475 | $570,000 | 139.50 | $ 142,335.00 |
| SSM Regulation (40090) | 30 | $22,000 | 0.00 | $ 0.00 |
| Travel Time (30250) | 0 | $0.00 | 0.00 | $ 0.00 |