## Exhibit E

**Time Records**



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30070

For professional services rendered through January 31, 2015 re
Professional Retention

| | |
|---|---|
| Fees | $1,365.00 |
| **Total Due This Bill** | **$1,365.00** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Professional Retention

### T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/20/15 | KT Lantry | Review prior draft of Zolfo employment application and compare to Sidley's filed version | .60 |
| 01/20/15 | KS Mills | Communications with K.Lantry re: Zolfo retention application (.1); related review of prior drafts/communications re: same (.3) | .40 |
| 01/22/15 | KT Lantry | E-mail to S. Dore re: Zolfo employment application, and related e-mails with Zolfo | .30 |
| | | **Total Hours** | **1.30** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Professional Retention

# T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KT Lantry | .90 | $1,150.00 | $1,035.00 |
| KS Mills | .40 | 825.00 | 330.00 |
| **Total Hours and Fees** | **1.30** | | **$1,365.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30090

For professional services rendered through January 31, 2015 re Fee
Applications

Fees                                                                              $24,475.00

**Total Due This Bill**                                                    **$24,475.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

## T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/02/15 | PS Caruso | Communications with J. Conlan regarding disclosures (.3); review revised disclosures per UST request (.7) | 1.00 |
| 01/06/15 | KS Mills | Review/revise proposed compensation disclosures (.8); analyze related issues (.4); communications with certain Sidley team members re: same (.4) | 1.60 |
| 01/07/15 | KS Mills | Further review/revise proposed compensation disclosures (.4); email certain team members re: same (.2) and related communications (.2) | .80 |
| 01/08/15 | KS Mills | Review/revise budget/staffing exhibit (.8) and analyze related issues (.2); communications with G.King re: same (.1); review/finalize compensation disclosures (.3); email UST re: same (.1) | 1.50 |
| 01/09/15 | DJ Lutes | Prepare monthly fee application materials for November (.6); emails with G. King re: same (.2); review status of pending tasks and next steps (.3) | 1.10 |
| 01/09/15 | KS Mills | Communications with certain Sidley team members re: compensation/budget disclosures to UST | .20 |
| 01/12/15 | GM King | Correspondence with K. Mills re: fee applicaitons (.1); review same (.1) | .20 |
| 01/12/15 | DJ Lutes | Prepare monthly fee application materials (2.5); email with billing specialist re: same (.2) | 2.70 |
| 01/14/15 | B Beaton | Prepare fee applications for Luminant matters | .20 |
| 01/14/15 | PS Caruso | Communications with K. Mills regarding UST information requests | .50 |
| 01/14/15 | DJ Lutes | Prepare monthly fee application including review of Luminant materials | .50 |
| 01/15/15 | GM King | Correspondence with K. Mills and D. Lutes re: budgets and fee applications | .20 |
| 01/15/15 | DJ Lutes | Prepare monthly fee application including review of Luminant costs for November (1.0); emails to J. Romero re: same (.2); correspondence with J. Romero re: same (.4); prepare monthly fee application materials for EFH (.4); emails with G. King re: same (.2) | 2.20 |
| 01/16/15 | B Beaton | Revise fee applications | .10 |
| 01/16/15 | PS Caruso | Review fee applications | .10 |
| 01/16/15 | GM King | Correspondence re: December fee application | .30 |

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/16/15 | DJ Lutes | Review Luminant fee application materials for November (.5); prepare monthly fee application materials re: same (.9); emails with billing specialists in Chicago and D.C. re: same (.3); prepare monthly fee application materials for December (.4); emails with G. King re: status (.2) | 2.30 |
| 01/20/15 | GM King | Draft correspondence re: budgets and budget process (0.8); review materials re: monthly budgets (2.7) | 3.50 |
| 01/20/15 | DJ Lutes | Correspond with billing specialists and G. King re: monthly invoices (.5); prepare monthly fee application for December (2.6) | 3.10 |
| 01/20/15 | KS Mills | Prepare, review and revise January/February budgets (2.6); various communications with Sidley team members re: same (1.3) | 3.90 |
| 01/21/15 | DJ Lutes | Prepare fee application materials for November and December | .70 |
| 01/22/15 | GM King | Discussions and correspondence re: Jan. and February budgets | .10 |
| 01/26/15 | GM King | Review materials in preparation for December monthly application (2.2) | 2.20 |
| 01/26/15 | DJ Lutes | Prepare December monthly fee application materials (3.8); emails with G. King re: same (.2); review November fee application materials (.4); emails with billing specialist re: same (.2) | 4.60 |
| 01/27/15 | GM King | Review December invoice for fee applications (1.4); review November invoice fof fee application (1.7) | 3.10 |
| 01/27/15 | DJ Lutes | Prepare November fee application materials (.3); prepare December fee application materials (.4); confer with G. King re: same (.2) | .90 |
| 01/28/15 | GM King | Review correspondence re: fee applications | .10 |
| 01/28/15 | DJ Lutes | Prepare monthly fee application materials for November (2.4); prepare monthly fee application materials for December (1.3) | 3.70 |
| 01/30/15 | GM King | Correspondence with K. Mills re: fee applications | .10 |
| 01/30/15 | DJ Lutes | Prepare November fee application materials (.8); prepare December fee application materials (2.1) | 2.90 |

**Total Hours**    **44.40**

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

### T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PS Caruso | 1.60 | $975.00 | $1,560.00 |
| KS Mills | 8.00 | 825.00 | 6,600.00 |
| GM King | 9.80 | 740.00 | 7,252.00 |
| B Beaton | .30 | 570.00 | 171.00 |
| DJ Lutes | 24.70 | 360.00 | 8,892.00 |
| **Total Hours and Fees** | **44.40** | | **$24,475.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30100

For professional services rendered through January 31, 2015 re Case
Administration

Expenses:

| | |
|---|---:|
| Duplicating Charges | $1,247.08 |
| Court Costs | 198.00 |
| Meals - Out of Town | 43.99 |
| Telephone Tolls | 456.10 |

Total Expenses                                                                1,945.17

**Total Due This Bill**                                                       **$1,945.17**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30240

For professional services rendered through January 31, 2015 re Inter-Company Issues

Fees                                                                                           $1,150.00

**Total Due This Bill**                                                         **$1,150.00**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

### T I M E  D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/23/15 | KT Lantry | Discuss intercompany documents with J. Bendernagel and P. Caruso | .30 |
| 01/28/15 | KT Lantry | Discuss protocol involving intercompany claims analyses with M. McKane, S. Goldman and T. Ross (.5); discuss intercompany claims issues with P. Caruso (.2) | .70 |
| | | **Total Hours** | **1.00** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KT Lantry | 1.00 | $1,150.00 | $1,150.00 |
| **Total Hours and Fees** | **1.00** | | **$1,150.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30260

For professional services rendered through January 31, 2015 re Sponsor
Matters

Fees                                                                              $73,509.00

**Total Due This Bill**                                              **$73,509.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/09/15 | PS Caruso | Begin to review files in connection with information requests from TCEH ind. Manager (3.2); communications with J. Conlan regarding same (.4) | 3.60 |
| 01/15/15 | PS Caruso | Communications with J. Conlan regarding information for TCEH independent manager | .30 |
| 01/16/15 | PS Caruso | Communications with J. Conlan regarding proposed meeting with counsel to TCEH independent manager | .40 |
| 01/19/15 | JF Conlan | Prepare for meeting with TCEH independent director counsel and company (1.8); attend meeting with TCEH independent director counsel and company (1.1); analyze work plan re: same (.6) | 3.50 |
| 01/19/15 | LJ Nyhan | Participate in conference with counsel for the TCEH independent director (1.1); conference with J. Conlan regarding same (.4) | 1.50 |
| 01/20/15 | PS Caruso | Communications with J. Conlan and K. Mills regarding budget (.9); office conference with M. Clemente regarding Zolfo materials (.7); review files in connection with TCEH director information requests (1.4) | 3.00 |
| 01/20/15 | KT Lantry | Telephone calls and e-mails with K. Mills, Zolfo re: scope of tasks and engagement (.4) | .40 |
| 01/20/15 | KT Lantry | Numerous e-mails and telephone calls with J. Conlan and K. Mills re: game plan and budget for producing documents and responding to inquiries from counsel for independent directors (1.3); review and edit cover letter to client re: budget and e-mails re: same (.3) | 1.60 |
| 01/21/15 | PS Caruso | Communications with K. Lantry regarding information requests (.4); review files and related materials in connection with same (1.2) | 1.60 |
| 01/21/15 | KT Lantry | Telephone call with Zolfo re: overall project and engagement (.3) and report outcome of same to J. Conlan (.2); review revised Zolfo employment application (.4) | .90 |
| 01/21/15 | LJ Nyhan | Review K&E note (.1); assess Zolfo work product issues (.4) | .50 |
| 01/22/15 | JF Bendernagel | Telephone conference with K. Lantry regarding collection of work product (.2); office conference with T. Ross regarding same (.3); analyze materials re: prior work (.2); review email regarding prior work (.3) | 1.00 |
| 01/22/15 | JF Conlan | Communications re: Zolfo and scope (.4); analyze same (.6) | 1.00 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Sponsor Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/22/15 | KT Lantry | Numerous telephone calls and e-mails with J. Conlan, J. Bendernagel, P. Caruso and K. Mills re: game plan for assembling documents (1.5); review and circulate document requests from M. McKane and S. Goldman to Sidley team, and follow-up calls re: same (.6); e-mails with B. Kardos re: Zolfo documents, and discuss same with P. Caruso (.4); begin review of documents (1.8) | 4.30 |
| 01/22/15 | TE Ross | Meet w/ J. Bendernagel re: TCEH document request (.1); review and compile materials for same (.1) | .20 |
| 01/23/15 | JF Bendernagel | Telephone conference with K. Lantry (.2); office conference with T. Ross (.3); review of files of prior work product (1.0); telephone conference with K. Lantry (.2); office conference with T. Ross (.3) | 2.00 |
| 01/23/15 | JF Conlan | Analyze issues re: independent manager request (1.6); review materials re: same (.4) | 2.00 |
| 01/23/15 | MB Jackson | Gather materials requested by independent manager counsel related to work performed by Sidley Austin (1.1); meeting with E. Hoffman re: same (0.1); telephone call and correspondence with K. Lantry re: materials requested by independent manager counsel (0.2) | 1.40 |
| 01/23/15 | KT Lantry | Numerous telephone calls and e-mails with P. Caruso, M. Jackson, T. Ross and J. Bendernagel re: document production (1.6); review documents related to request (1.9); report status of document assembly to J. Conlan (.3) | 3.80 |
| 01/23/15 | TE Ross | Meet w/ J. Bendernagel re: document requests (.2); review and compile materials for same (3.1); email correspondence w/ K. Lantry and J. Bendernagel re: same (.3) | 3.60 |
| 01/24/15 | KT Lantry | E-mail with J. Conlan re: next steps in document production | .20 |
| 01/26/15 | PS Caruso | Telephone conferences with K. Lantry regarding TCEH independent manager information requests (.4); review files in connection with same (1.6) | 2.00 |
| 01/26/15 | MB Jackson | Prepare summary of client documents and materials provided to K&E in connection with prior document requests and information related to work performed by Sidley Austin (0.5); draft correspondence to K. Lantry re: same (0.2) | .70 |
| 01/26/15 | KT Lantry | E-mails and telephone calls with M. Jackson, J. Conlan, T. Ross, P. Caruso and J. Bendernagel re: document production issues (1.2); continue review of documents to be produced and related materials (3.6) | 4.80 |
| 01/26/15 | KT Lantry | E-mail to S. Dore re: Zolfo employment application | .20 |
| 01/27/15 | PS Caruso | Telephone conferences with K. Lantry regarding TCEH | 2.30 |

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | independent manager information requests (.6); review files in connection with same (1.7) | |
| 01/27/15 | KT Lantry | Continue review of documents to be produced to counsel for independent directors (1.3); discuss same with L. Nyhan and J. Conlan (.4) | 1.70 |
| 01/27/15 | KT Lantry | Telephone calls and e-mails with P. Caruso and K. Mills re: Zolfo employment application | .30 |
| 01/28/15 | JF Bendernagel | Review correspondence regarding provision of work product to counsel (.3); telephone conference with K. Lantry regarding same (.4) | .70 |
| 01/28/15 | PS Caruso | Communications with K. Lantry regarding TCEH manager information requests (.7); review files in connection with same (1.4) | 2.10 |
| 01/28/15 | JF Conlan | Communications re: Zolfo and K&E and doc prep and analyze same | .10 |
| 01/28/15 | KT Lantry | Numerous telephone calls and e-mails with T. Ross, J. Bendernagel, J. Conlan, M. Jackson and S. Goldman re: document production (1.4); final review of documents being produced (1.2); review and edit cover letter to counsel for independent Board members and discuss process with T. Ross (.5); report status of document production and related issues to L. Nyhan and J. Conlan (.3); discuss Zolfo documents with P. Caruso and review collections of same (1.0) | 4.40 |
| 01/28/15 | KT Lantry | Telephone call and e-mails with C. Gooch and Zolfo re: Zolfo employment application | .50 |
| 01/28/15 | LJ Nyhan | Review response correspondence (.1); review data room correspondence and related materials (.2) | .30 |
| 01/28/15 | TE Ross | Email conversation w/ K. Lantry re: document production to TCEH (.3); telephone conversation w/ K. Lantry re: same (.5); review correspondence re: prior document productions to EFH (.3); finalize and serve productions per K. Lantry (1.7) | 2.80 |
| 01/29/15 | JF Bendernagel | Telephone conference with T. Ross | .20 |
| 01/29/15 | PS Caruso | Communications with K. Lantry regarding TCEH independent director information requests (.6); review files in connection with same (1.7) | 2.30 |
| 01/29/15 | KT Lantry | Telephone call and e-mails with B. Kardos re: production of Zolfo documents to counsel for independent directors | .40 |
| 01/29/15 | TE Ross | Email conversation w/ Munger Tolles re: document production (.1); telephone conversations w/ J. Bendernagel and K. Lantry re: same (.2) | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/30/15 | PS Caruso | Communications with K. Lantry regarding TCEH manager information requests (.9); review files in connection with same (1.1) | 2.00 |
| 01/30/15 | KT Lantry | E-mails with T. Ross and M. McKane re: documents given to counsel for independent directors but not previously produced last June (.3); e-mails and telephone calls with S. Goldman and J. Bendernagel re: contact with Wachtell and Sponsor materials (.4); e-mails with T. Ross and B. Kardos re: organization and access to Sidley collection of Zolfo documents (.4) | 1.10 |
| 01/30/15 | KT Lantry | E-mails and telephone calls with C. Gooch, Zolfo, S. Goldman, L. Nyhan and J. Conlan re: status Zolfo employment application | .60 |
| 01/30/15 | LJ Nyhan | Address Zolfo retention issues | .30 |
| 01/30/15 | TE Ross | Prepare supplemental production for Kirkland per K. Lantry (1.6); review and compile Zolfo Cooper materials (1.7); email correspondence w/ K. Lantry and Kirkland re: same (.4) | 3.70 |
| | | **Total Hours** | **70.60** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters


### T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| LJ Nyhan | 2.60 | $1,250.00 | $3,250.00 |
| JF Conlan | 6.60 | 1,250.00 | 8,250.00 |
| KT Lantry | 25.20 | 1,150.00 | 28,980.00 |
| JF Bendernagel | 3.90 | 1,100.00 | 4,290.00 |
| PS Caruso | 19.60 | 975.00 | 19,110.00 |
| MB Jackson | 2.10 | 850.00 | 1,785.00 |
| TE Ross | 10.60 | 740.00 | 7,844.00 |
| **Total Hours and Fees** | **70.60** | | **$73,509.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

FEDERAL ID 36-4474078

May 26, 2015

Luminant Energy Company LLC
Attn:  Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX  75201-3411

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10040

For professional services rendered through January 31, 2015 re Clean
Air Transport Rule

| | |
|---|---|
| Fees | $188,300.00 |
| Expenses | 183.13 |
| **Total Due This Bill** | **$188,483.13** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PD Keisler | 45.00 | $1,034.00 | $46,530.00 |
| C Beckner | 79.60 | 935.00 | 74,426.00 |
| TK Webster | .20 | 700.00 | 140.00 |
| ED McArthur | 48.60 | 660.00 | 32,076.00 |
| B Beaton | 51.00 | 570.00 | 29,070.00 |
| DM Pryor | 6.80 | 295.00 | 2,006.00 |
| RC Luce | .80 | 295.00 | 236.00 |
| Z Lantos | 15.90 | 240.00 | 3,816.00 |
| **Total Hours and Fees** | **247.90** | | **$188,300.00** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|-------:|
| Duplicating Charges | $136.09 |
| Messenger Services | 19.89 |
| Overtime Services | 9.43 |
| Telephone Tolls | 17.72 |
| **Total** | **$183.13** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Luminant Energy Company LLC

Clean Air Transport Rule

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/09/15 | B Beaton | Research reply arguments (.40); Research reply brief arguments (2.20) | 2.60 |
| 01/09/15 | C Beckner | Work on reply brief arguments (.30); call and correspondence with P. Keisler regarding moot court and reply brief (.20) | .50 |
| 01/11/15 | B Beaton | Research reply arguments | 2.10 |
| 01/12/15 | B Beaton | Outline reply brief arguments | 6.10 |
| 01/12/15 | C Beckner | Work on moot court arrangements; (.30); work on reply brief (1.30) | 1.60 |
| 01/12/15 | PD Keisler | Telephone conference with R. Beckner regarding arrangements for moot | .30 |
| 01/12/15 | ED McArthur | Review arguments and correspondence regarding appellate arguments | .50 |
| 01/13/15 | B Beaton | Work on appellate arguments; (.20); Meet with R. Beckner regarding reply brief (.30) | .50 |
| 01/13/15 | C Beckner | Work on reply brief | .30 |
| 01/13/15 | PD Keisler | Review likely reply arguments | .50 |
| 01/13/15 | ED McArthur | Discuss arguments with B. Beaton | .20 |
| 01/14/15 | C Beckner | Review and circulate court letter re. oral argument (.10); call with co-petitioners regarding court letter on oral argument (.30); set up meetings and calls re. EPA brief (.20) | .60 |
| 01/15/15 | B Beaton | Work on reply brief arguments | 1.80 |
| 01/16/15 | B Beaton | Review government opposition brief (.30); Review government response brief (1.50) | 1.80 |
| 01/16/15 | C Beckner | Meet with P. Keisler, E. McArthur re. EPA brief (.40); distribute EPA brief (.10); begin review, analysis of EPA's response brief and research re. same (3.50) | 4.00 |
| 01/16/15 | PD Keisler | Begin review of EPA arguments (.70); speak with R. Beckner regarding reply brief (.40) | 1.10 |
| 01/16/15 | ED McArthur | Review EPA brief (1.7); meet with P. Keisler, R. Beckner regarding same (.3) | 2.00 |
| 01/17/15 | PD Keisler | Review EPA brief | 2.20 |
| 01/17/15 | ED McArthur | Review and analyze EPA brief | 3.30 |
| 01/18/15 | C Beckner | Work on reply brief | 2.50 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/18/15 | PD Keisler | Telephone conference with R. Beckner regarding arguments for reply | .40 |
| 01/19/15 | B Beaton | Meet with E. McArthur, R. Beckner regarding reply arguments (.10); correspond with Sidley team regarding government brief (.30); draft reply brief (1.40); call with co-counsel regarding government brief (.50); work on reply brief (1.80) | 4.10 |
| 01/19/15 | C Beckner | Work on reply brief (7.00); call with Luminant team to discuss reply brief (.50); call with co-petitioners regarding reply brief (.50) | 8.00 |
| 01/19/15 | PD Keisler | Work on reply arguments (5.50); telephone conference with co-counsel regarding arguments for reply (.50); telephone conference with co-petitioners regarding reply brief (.40) | 6.40 |
| 01/19/15 | ED McArthur | Draft reply brief (7.90); conference calls regarding reply brief (.80); meet with R. Beckner regarding reply brief (.50) | 9.20 |
| 01/20/15 | B Beaton | Work on reply brief (3.40); meeting with E. McArthur, R. Beckner regarding reply brief (.80) | 4.20 |
| 01/20/15 | C Beckner | Correspondence summarizing team call for client (.30); work on reply brief (7.00) | 7.30 |
| 01/20/15 | Z Lantos | Work on charts for reply brief | 4.40 |
| 01/20/15 | ED McArthur | Draft reply brief (7.7 ); meet with R. Beckner, B. Beaton regarding same (1) | 8.70 |
| 01/21/15 | B Beaton | Review charts | 1.90 |
| 01/21/15 | C Beckner | Work on reply brief | 8.50 |
| 01/21/15 | PD Keisler | Work on reply brief | 3.70 |
| 01/21/15 | Z Lantos | Draft charts regarding emission data | 4.80 |
| 01/21/15 | ED McArthur | Calls and correspondence regarding reply brief (1.5); draft reply brief (1.8) | 3.30 |
| 01/22/15 | B Beaton | Analyze charts and data for reply brief | .70 |
| 01/22/15 | C Beckner | Work on reply brief (6.50); coordination with co-petitioners regarding oral argument (.30) | 6.80 |
| 01/22/15 | PD Keisler | Review past decisions in case for use in reply brief and oral argument (1.40); office conference with R. Beckner regarding response to court request for proposed time and format for oral argument (.40); work on arguments for reply brief (1.10) | 2.90 |
| 01/22/15 | Z Lantos | Analyze and draft chart regarding emission data | 4.80 |
| 01/22/15 | ED McArthur | Call R. Beckner regarding reply brief | .30 |
| 01/23/15 | B Beaton | Emails with Sidley team regarding emissions and air quality | 1.70 |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | data (.10); Revise reply brief (.60); Call with Z. Lantos regarding emissions and air quality data (.10); work on reply brief regarding air quality data (.90) | |
| 01/23/15 | C Beckner | Work on coordinating oral argument position (.20); work on reply brief (7.00) | 7.20 |
| 01/23/15 | PD Keisler | Work on arguments for reply brief | 3.90 |
| 01/23/15 | Z Lantos | Revise chart regarding state emission budgets, per B. Beaton | 1.40 |
| 01/23/15 | ED McArthur | Revise and edit reply brief | 1.50 |
| 01/23/15 | TK Webster | Telephone conference with B. Beaton and follow-up on reply arguments | .20 |
| 01/24/15 | C Beckner | Work on reply brief | .40 |
| 01/24/15 | PD Keisler | Review intervenors' briefs | 1.00 |
| 01/24/15 | ED McArthur | Review EPA and intervenor briefs (2); revise and edit reply brief (1.5) | 3.50 |
| 01/25/15 | B Beaton | Analyze intervenors', states', and government briefs (2.00); edit reply brief (3.20) | 5.20 |
| 01/25/15 | C Beckner | Work on reply brief | 1.20 |
| 01/25/15 | PD Keisler | Revise draft reply brief | 5.80 |
| 01/25/15 | ED McArthur | Revise and edit reply brief (3.7); review P. Keisler edits to reply brief (.3); call R. Beckner regarding reply brief (.5) | 4.50 |
| 01/26/15 | B Beaton | Review reply brief | .10 |
| 01/26/15 | C Beckner | Work on reply brief | 7.00 |
| 01/26/15 | PD Keisler | Work on draft reply brief | 5.90 |
| 01/26/15 | Z Lantos | Revise charts | .20 |
| 01/26/15 | ED McArthur | Revise and edit reply brief (2.3); call P. Keisler, R. Beckner regarding same (1) | 3.30 |
| 01/27/15 | B Beaton | Meeting with R. Beckner, E. McArthur, P. Keisler regarding reply brief (1.00); analyze air quality charts (.30); review reply brief analysis (1.50); revise reply brief | 5.10 |
| 01/27/15 | C Beckner | Work on reply brief | 5.50 |
| 01/27/15 | PD Keisler | Work on edits to draft reply brief (.90); office conference with R. Beckner, E. McArthur, B. Beaton regarding revisions to reply brief (.90) | 1.80 |
| 01/27/15 | ED McArthur | Meet with P. Keisler, R. Beckner, B. Beaton regarding reply brief (1); revise and edit reply brief (3.5) | 4.50 |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/28/15 | B Beaton | Correspond with R. Beckner and Sidley team regarding oral argument (.30); review reply brief revisions (.10) | .40 |
| 01/28/15 | C Beckner | Work on coordination with co-petitioners (.30); finalize draft of reply brief and circulate to D. Kelly and S. Moore (3.80); work on moot court (.30); work on reply brief and oral argument preparation for P. Keisler (1.00) | 5.40 |
| 01/28/15 | PD Keisler | Review revisions made to draft reply brief to bring within word limit | .70 |
| 01/28/15 | ED McArthur | Review edits to reply brief | .50 |
| 01/29/15 | B Beaton | Work on reply brief (1.80); review charts (.20); research caselaw (1.40); office conference with D. Pryor regarding oral argument prep materials (.20); review opposition to reply arguments (1.60); format brief (1.30); prepare reply brief for filing (1.50); review arguments made in opposition briefs (1.70); verify charts and data for reply brief (1.30) | 11.00 |
| 01/29/15 | C Beckner | Correspond with counsel regarding oral argument format (.60); assist P. Keisler with argument preparation (.60); set up moot court and round table (.30); work on reply brief (5.50) | 7.00 |
| 01/29/15 | PD Keisler | Office conferences with R. Beckner regarding appellate issues (.50); revisions to reply brief (.80); office conference with R. Beckner, E. McArthur regarding revisions to draft reply (.50); review co-counsel comments on draft reply (.40) | 2.20 |
| 01/29/15 | Z Lantos | Revise charts | .30 |
| 01/29/15 | RC Luce | Format reply brief in District of Columbia Circuit Court case | .80 |
| 01/29/15 | ED McArthur | Meet with P. Keisler, R. Beckner regarding reply brief | .80 |
| 01/29/15 | DM Pryor | Confer with B. Beaton re: oral argument (.30); research and coordination of documents for attorney review per B. Beaton re: oral argument (3.50) | 3.80 |
| 01/30/15 | B Beaton | Work on reply revisions (.30); review reply draft (.30); meeting with P. Keisler, E. McArthur, and R. Beckner regarding reply brief (.90); review draft reply brief (.20) | 1.70 |
| 01/30/15 | C Beckner | Meetings with P. Keisler, E. McArthur re. edits to reply brief (1.10); work on moot court and roundtable for oral argument (.20); call with counsel regarding oral argument format (.30); correspondence with co-petitioners regarding reply brief (.40); finalize first draft for circulation (3.80) | 5.80 |
| 01/30/15 | PD Keisler | Telephone conference with J. O'Donnell (DOJ) regarding response to court order on oral argument format (.30); further versions to reply brief (1.80); telephone conference regarding reply brief (.50) | 2.60 |

**SIDLEY AUSTIN** LLP

Invoice Number: **\*\*\*\*\*\***
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/30/15 | ED McArthur | Meet with co-counsel regarding reply brief (1.3); review and edit reply brief (1.2) | 2.50 |
| 01/30/15 | DM Pryor | Research and coordination of documents for attorney review per B. Beaton re: oral argument | 3.00 |
| 01/31/15 | PD Keisler | Argument preparation | 3.60 |
| | | **Total Hours** | **247.90** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

FEDERAL ID 36-4474078

May 26, 2015

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn:  Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10050

For professional services rendered through January 31, 2015 re
Regional Haze Program

| | |
|---|---|
| Fees | $30,312.80 |
| Expenses | 118.03 |
| **Total Due This Bill** | **$30,430.83** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| PD Keisler | .20 | $1,034.00 | $206.80 |
| C Beckner | 22.80 | 935.00 | 21,318.00 |
| RR Martella | 2.00 | 860.00 | 1,720.00 |
| JF Visser | 12.40 | 570.00 | 7,068.00 |
| **Total Hours and Fees** | **37.40** | | **$30,312.80** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|--------|
| Duplicating Charges | $98.52 |
| Telephone Tolls | 19.51 |
| **Total** | **$118.03** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 01/05/15 | C Beckner | Participate in team call re: strategy (1.20); review background materials for comments (.70) | 1.90 |
| 01/05/15 | RR Martella | Teleconferences regarding regional haze extension request (1.60); update Luminant team (.40) | 2.00 |
| 01/06/15 | C Beckner | Correspondence about air quality modeling (.20); review background materials (1.00) | 1.20 |
| 01/07/15 | C Beckner | Work on comments | 3.20 |
| 01/08/15 | C Beckner | Work on comments | 2.50 |
| 01/09/15 | C Beckner | Research and analysis for comments | .80 |
| 01/12/15 | C Beckner | Research and analysis for comments (2.90); correspondence to co-counsel re: arguments and analysis for regional haze comments (1.20) | 4.10 |
| 01/13/15 | C Beckner | Work on comments | .40 |
| 01/14/15 | C Beckner | Work on comments | 3.80 |
| 01/15/15 | C Beckner | Meet with J. Visser re: research for comments (.30); work on comments (4.00) | 4.30 |
| 01/15/15 | JF Visser | Meet with R. Beckner re: research for comments (.30); review case law (.60) | .90 |
| 01/16/15 | C Beckner | Discuss EPA authority with P. Keisler | .20 |
| 01/16/15 | PD Keisler | Telephone conference with R. Beckner regarding arguments | .20 |
| 01/20/15 | JF Visser | Review case law on EPA's authority | 1.00 |
| 01/21/15 | JF Visser | Review case law re: EPA authority | 2.70 |
| 01/27/15 | JF Visser | Review case law related to scope of EPA's authority | 4.00 |
| 01/28/15 | JF Visser | Research EPA's authority | .60 |
| 01/29/15 | C Beckner | Analysis of J. Visser's research on EPA's authority and follow up re: same | .40 |
| 01/29/15 | JF Visser | Review case law re: EPA's authority | 3.00 |
| 01/30/15 | JF Visser | Meet with T. Loss-Eaton re: research re: EPA's authority under Clean Air Act Regional Haze provisions | .20 |

**Total Hours**    **37.40**



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

April 30, 2015

FEDERAL ID 36-4474078

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 55784-40080

For professional services rendered through January 31, 2015 re
Counseling on Regulations for Existing Generating Units

Fees                                                                                          $3,876.00

**Total Due This Bill**                                                         **$3,876.00**

Remit Check Payments To:                              Remit Wire Payments To:
Sidley Austin LLP                                            Sidley Austin LLP
P.O. Box 0642                                                JP Morgan Chase Bank, NA
Chicago, Illinois  60690                                Account Number:  5519624
                                                                     ABA Number:  071000013
                                                                     Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| JF Visser | 6.80 | $570.00 | $3,876.00 |
| **Total Hours and Fees** | **6.80** | | **$3,876.00** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/08/15 | JF Visser | Review comments submitted to EPA on Section 111(d) proposal for GHG emissions from power plants | 2.60 |
| 01/09/15 | JF Visser | Review comments for EPA's proposed Section 111(d) rulemaking for GHG emissions from power plants | 2.90 |
| 01/12/15 | JF Visser | Review comments submitted to EPA re: Section 111(d) proposal for existing fossil fuel-fired EGUs | 1.30 |
| | | **Total Hours** | **6.80** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30070

For professional services rendered through February 28, 2015 re
Professional Retention

Fees                                                                                    $15,640.00

**Total Due This Bill**                                                    **$15,640.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Professional Retention

T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/02/15 | KT Lantry | E-mails with S. Goldman and C. Gooch re: status of revised Zolfo employment application (.3); review and edit revised Zolfo employment application (.3); e-mails re: same with B. Kardos (.2) | .80 |
| 02/03/15 | KT Lantry | E-mails with M. McKane, M. Schlan, B. Kardos, J. Conlan and S. Goldman re: issues involving description of Zolfo engagement | 1.20 |
| 02/04/15 | KT Lantry | E-mails and telephone calls with B. Kardos, M. Schlan and S. Goldman re: language changes to Zolfo employment application | 1.40 |
| 02/05/15 | KT Lantry | Review proposed language changes to Zolfo employment application and e-mails and telephone calls re: same with M. Schlan, S. Goldman and B. Kardos (1.1); telephone call and e-mail with K. Mills re: additional conflicts list (.2) | 1.30 |
| 02/06/15 | KT Lantry | E-mails with B. Kardos and M. Schlan re: finalized Zolfo employment application and review same | .50 |
| 02/09/15 | KT Lantry | E-mails with M. Schlan and B. Kardos re: filing of Zolfo employment application | .30 |
| 02/10/15 | KT Lantry | E-mails and telephone calls re: issues and status of Zolfo employment application with S. Goldman, M. Schlan, C. Gooch and B. Kardos | 1.20 |
| 02/11/15 | KT Lantry | Telephone calls and e-mails with J. Conlan and S. Winn re: issues involving employment of Zolfo and production of Zolfo documents (.6); e-mails and telephone call with M. Schlan and B. Kardos re: issues involving Zolfo engagement (.3) | .90 |
| 02/12/15 | KT Lantry | E-mails with M. Schlan, B. Kardos and S. Goldman re: status of Zolfo engagement (.3); e-mails with M. Schlan and K. Mills re: additional conflicts list (.2); e-mails with K. Mills re: March budget (.2) | .70 |
| 02/13/15 | KT Lantry | E-mails with C. Gooch, M. Schlan and Zolfo team re: OCP status of Zolfo's engagement and timing of documentation of same (.6); report development to J. Conlan, and e-mail to Zolfo re: timing of prospective meeting (.2) | .80 |
| 02/18/15 | KT Lantry | E-mails with M. Schlan and Zolfo team re: status of preparation of Zolfo's ordinary course professional declaration | .30 |
| 02/19/15 | KT Lantry | Review revised Zolfo declaration and e-mails re: same with B. Kardos (.4) | .40 |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Professional Retention

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/20/15 | KT Lantry | Review and edit Zolfo's ordinary course professional declaration (1.3), and numerous e-mails and telephone calls re: same with M. Schlan and B. Kardos (.8); e-mails re: B. Kardos' additional edit to declaration (.3); report outcome of various calls with M. Schlan to B. Kardos re: status of finalizing declaration (.3) | 2.70 |
| 02/23/15 | KT Lantry | Review revised Zolfo declaration and e-mails and telephone calls re: same with M. Schlan and B. Kardos (.7); e-mails with Zolfo team, T. Ross and S. Goldman re: filing of Zolfo declaration (.4) | 1.10 |
| | | **Total Hours** | **13.60** |

**SIDLEY AUSTIN** LLP

Invoice Number:  \*\*\*\*\*\*
Energy Future Holdings Corp.

RE: Professional Retention

### T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KT Lantry | 13.60 | $1,150.00 | $15,640.00 |
| **Total Hours and Fees** | **13.60** | | **$15,640.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30090

For professional services rendered through February 28, 2015 re Fee
Applications

Fees                                                                                    $19,794.00

**Total Due This Bill**                                                      **$19,794.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

## T I M E  D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/02/15 | DJ Lutes | Prepare November and December fee application materials (1.1) emails with K. Mills re: same (.1); emails with billing specialist re: same (.1) | 1.30 |
| 02/02/15 | KS Mills | Review draft invoices (1.5); analyze certain related issues re: fee applications (.6); communications with D. Lutes re: same (0.1) | 2.20 |
| 02/03/15 | DJ Lutes | Review monthly fee application materials (.5); emails with C. Ramirez re: same (.2) | .70 |
| 02/06/15 | B Beaton | Review fee application materials | .80 |
| 02/06/15 | DJ Lutes | Prepare monthly fee application materials for January (.6); TC with B. Beaton re: same (.1) | .70 |
| 02/09/15 | KS Mills | Communications with G.King re: preparation of March budget | .20 |
| 02/10/15 | GM King | Review fee applications (0.4) | .40 |
| 02/10/15 | DJ Lutes | Prepare monthly fee application materials for January | .60 |
| 02/11/15 | GM King | Review materials for preparation for fee application (1.6) | 1.60 |
| 02/12/15 | GM King | Calls with K. Mills re: budget (0.3); review fee application materials (0.2); correspondence with Luminant team re: budget (0.1) | .60 |
| 02/12/15 | DJ Lutes | Prepare fee application materials for January | 2.20 |
| 02/12/15 | KS Mills | Prepare draft March budget (1.3); communications with certain Sidley team members re: related issues (.4) | 1.70 |
| 02/13/15 | DJ Lutes | Prepare monthly fee application materials for January including review of costs (2.6); confer with K. Mills re: same (.2); emails with C. Ramirez-Bird re: same (.2); prepare monthly fee application materials for Luminant including review for compliance (.8); email with J. Romero re: same (.1); prepare second interim fee application materials and review allocations (.9); review and prepare fee application materials for November and December (.5) | 5.30 |
| 02/13/15 | KS Mills | Review/revise draft March budget (.3); communications with certain Sidley team members re: same (.2) | .50 |
| 02/14/15 | KS Mills | Communications with K.Lantry re: draft March budget (.2); analyze certain related issues (.4) | .60 |
| 02/16/15 | GM King | Draft interim fee application (1.9); calls with K. Mills re: budget (0.2) | 2.10 |
| 02/16/15 | DJ Lutes | Prepare November monthly fee application including | 6.80 |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | calculations (2.7); TC and email with C. Ramirez re: fee application tasks (.3); email summary to K. Mills re: same (.1); prepare December monthly fee application materials (.3); prepare 2nd interim fee application materials (3.4) | |
| 02/16/15 | KS Mills | Communications with K.Lantry re: draft March budget/related issues (.5); review/revise draft March budget (.3) | .80 |
| 02/17/15 | GM King | Call with K. Mills re: budget (0.2) | .20 |
| 02/17/15 | DJ Lutes | Prepare interim fee application and monthly fee application materials (.7); email to G. King re: same (.2) | .90 |
| 02/18/15 | GM King | Review pleadings and other materials in connection with preparation of fee application (2.8); draft interim fee application (1.9) | 4.70 |
| 02/20/15 | GM King | Review draft fee application (0.5); draft correspondence re: status of interim fee application (0.1) | .60 |
| 02/20/15 | DJ Lutes | Email materials to G. King re: monthly and interim fee applications (.3); review expense materials to accompany monthly fee application (.2) | .50 |
| | | **Total Hours** | **36.00** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

## T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KS Mills | 6.00 | $825.00 | $4,950.00 |
| GM King | 10.20 | 740.00 | 7,548.00 |
| B Beaton | .80 | 570.00 | 456.00 |
| DJ Lutes | 19.00 | 360.00 | 6,840.00 |
| **Total Hours and Fees** | **36.00** | | **$19,794.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
|---------|-----------|----------|
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30100

For professional services rendered through February 28, 2015 re Case
Administration

Expenses:
   Duplicating Charges             $68.55
   Legal Support Services            746.00

Total Expenses                            814.55

**Total Due This Bill**                    **$814.55**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

**\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30240

For professional services rendered through February 28, 2015 re Inter-
Company Issues

Fees $1,265.00

**Total Due This Bill** **$1,265.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

### T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/04/15 | KT Lantry | E-mails and conference call with Munger Tolles and Kirkland attorneys re: intercompany claim related documents and preservation of privilege (.9); report outcome of same to B. Kardos (.2) | 1.10 |
| | | **Total Hours** | **1.10** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Inter-Company Issues

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| KT Lantry | 1.10 | $1,150.00 | $1,265.00 |
| **Total Hours and Fees** | **1.10** | | **$1,265.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30260

For professional services rendered through February 28, 2015 re
Sponsor Matters

Fees                                                                                   $47,915.50

**Total Due This Bill**                                                    **$47,915.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/02/15 | PS Caruso | Communications with K. Lantry regarding production to Munger Tolles (.2); review request (.3) | .50 |
| 02/02/15 | KT Lantry | E-mails with T. Ross and S. Goldman re: Sidley documents | .20 |
| 02/02/15 | TE Ross | Email conversation with S. Goldman re: EFH production | .10 |
| 02/03/15 | PS Caruso | Communications with K. Lantry regarding production materials | .60 |
| 02/05/15 | PS Caruso | Review files for Zolfo materials in connection with production to Munger Tolles | 3.40 |
| 02/05/15 | KT Lantry | Telephone call and e-mail with B. Kardos re: document review process | .30 |
| 02/05/15 | KS Mills | Communications with K.Lantry re: Zolfo retention application/related issues (.2); analyze certain related issues (.3); communications with B.Kardos re: same (.2) | .70 |
| 02/06/15 | PS Caruso | Review materials in connection with production to Munger Tolles | 2.20 |
| 02/06/15 | KT Lantry | E-mails with B. Kardos and S. Goldman re: Greenhill/Zolfo meeting | .20 |
| 02/09/15 | JF Bendernagel | Communications with K. Lantry regarding Zolfo material (.2); review of Zolfo material (.6); telephone call with K. Lantry regarding same (.3) | 1.10 |
| 02/09/15 | PS Caruso | Communications with K. Lantry regarding production of materials (.7); review materials in connection with same (1.9) | 2.60 |
| 02/09/15 | KT Lantry | E-mails re: authorization to produce Sponsors documents and materials (.3); e-mails with B. Bingham, J. Bendernagel and P. Caruso re: Zolfo documents for production (.4) | .70 |
| 02/09/15 | TE Ross | Email correspondence re: further document productions | .30 |
| 02/10/15 | PS Caruso | Communications with K. Lantry regarding production of materials (.7); continue to review materials in connection with same (2.2) | 2.90 |
| 02/10/15 | KT Lantry | Review Zolfo documents re: distribution and numerous e-mails and telephone calls re: same with J. Bendernagel, P. Caruso, T. Ross and B. Bingham (3.4); e-mails with S. Goldman and B. Kardos re: scheduling meeting between Greenhill and Zolfo (.3); e-mails with S. Goldman and T. Ross re: production of Sponsors documents (.2) | 3.90 |
| 02/10/15 | TE Ross | Meet w/ J. Bendernagel re: production of Sponsor materials (.2); telephone and email conversations w/ E. Hoffman re: | 2.40 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Sponsor Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | same (.2); email conversation w/ K. Lantry re: same (.3); review and compile Zolfo Cooper materials per K. Lantry (1.7) | |
| 02/11/15 | PS Caruso | Communications with K. Lantry regarding production of materials (.4); review correspondence from T. Ross (.3); finish review of production materials (1.6) | 2.30 |
| 02/11/15 | EG Hoffman | Communications with T. Ross and M. Jackson re: provision of Sponsor-produced materials (.6), and correspondence re; transmission of same to T. Ross (.2) | .80 |
| 02/11/15 | KT Lantry | E-mails with T. Ross and E. Kleinhaus re: production of Sponsor materials | .50 |
| 02/11/15 | TE Ross | Telephone and email conversations w/ E. Hoffman re: Sponsor productions (.4); email conversation w/ K. Lantry re: same (.2) | .60 |
| 02/12/15 | PS Caruso | Correspondence with P. Keisler re: Sponsor matters | .50 |
| 02/12/15 | KT Lantry | Numerous e-mails and telephone calls with T. Ross and S. Goldman re: production of Sponsor materials | .80 |
| 02/12/15 | TE Ross | Arrange production of Sponsor materials to Munger, Cravath, and Proskauer | 1.80 |
| 02/13/15 | PS Caruso | Review correspondence from P. Keisler and J. Conlan re: production of materials | .60 |
| 02/14/15 | KT Lantry | E-mails with J. Conlan and K. Mills re: proposed budget for March and issues involving Term Sheet | .50 |
| 02/16/15 | PS Caruso | Review materials in connection with production to TCEH manager (1.6); communications with P. Keisler (.4) | 2.00 |
| 02/16/15 | TE Ross | Telephone and email conversations w/ K. Lantry re: EFH prepetition materials | .20 |
| 02/17/15 | PS Caruso | Communications with K. Mills regarding term sheet (.2); communications with P. Keisler regarding sponsor matters (.6); further review of materials for TCEH Manager (1.4) | 2.20 |
| 02/18/15 | PS Caruso | Communications with P. Keisler regarding Sponsor matters in connection with TCEH independent manager | .50 |
| 02/18/15 | TE Ross | Email conversation w/ Proskauer re: Sponsor production (.2); telephone conversation w/ Litigation Support re: same (.2); respond to additional questions from outside counsel re: same (.5) | .90 |
| 02/20/15 | PS Caruso | Communications regarding document review and production (.4); complete review of same (1.8) | 2.20 |
| 02/20/15 | LJ Nyhan | Review summary re: Sponsor related matters and prepetition work | .30 |

SIDLEY AUSTIN LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/23/15 | JF Bendernagel | Telephone call with K. Lantry regarding Zolfo materials (.3); correspondence with P. Keisler regarding audit letter (.2) | .50 |
| 02/23/15 | KT Lantry | Review all Zolfo documents being produced | .80 |
| 02/23/15 | KT Lantry | E-mails with S. Goldman re: EFH protective order involving discovery and review same (.9); numerous telephone calls and e-mails with B. Bingham and T. Ross re: process for production of Zolfo documents (.8); review and edit cover e-mail for distribution (.5); e-mails confirming distribution of Zolfo materials (.3); review standing motions by Committees and numerous e-mails and telephone calls re: relevance inquiry by independent directors into Sidley's and Zolfo's prior work (1.6) | 4.10 |
| 02/23/15 | TE Ross | Telephone conversation w/ K. Lantry re: Zolfo Cooper production (.2); email conversation w/ K. Lantry re: same (.1); finalize production and draft cover email for same (.6); serve production (.3) | 1.20 |
| 02/24/15 | KT Lantry | E-mails and telephone call with S. Goldman re: scheduling meeting with Zolfo, further tasks, and proposed response to committees' standing motions (.4); report outcome of call to L. Nyhan and J. Conlan (.2) | .60 |
| 02/24/15 | LJ Nyhan | Correspondence re: production issues | .30 |
| 02/25/15 | PS Caruso | Communications with C. Gooch (.3) and P. Keisler (.3) regarding outstanding requests; review same (.5) | 1.10 |
| 02/26/15 | PS Caruso | Communications with T. Ross regarding document production (.3); review documents in connection with same (.9) | 1.20 |
| | | **Total Hours** | **48.60** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

# T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|---|---|---|---|
| LJ Nyhan | .60 | $1,250.00 | $750.00 |
| KT Lantry | 12.60 | 1,150.00 | 14,490.00 |
| JF Bendernagel | 1.60 | 1,100.00 | 1,760.00 |
| PS Caruso | 24.80 | 975.00 | 24,180.00 |
| KS Mills | .70 | 825.00 | 577.50 |
| EG Hoffman | .80 | 760.00 | 608.00 |
| TE Ross | 7.50 | 740.00 | 5,550.00 |
| **Total Hours and Fees** | **48.60** | | **$47,915.50** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 22, 2015

Luminant Energy Company LLC
Attn:  Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX  75201-3411

**\*\*DRAFT BILL\*\***
PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 52698-10040

For professional services rendered through February 28, 2015 re Clean
Air Transport Rule

| | |
|---|---|
| Fees | $218,351.90 |
| Expenses | 992.08 |
| **Total Due This Bill** | **$219,343.98** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PD Keisler | 93.20 | $1,034.00 | $96,368.80 |
| VA Seitz | 11.80 | 960.00 | 11,328.00 |
| C Beckner | 50.40 | 935.00 | 47,124.00 |
| RR Martella | 2.50 | 860.00 | 2,150.00 |
| K Mueller | 9.30 | 700.00 | 6,510.00 |
| TK Webster | 3.90 | 700.00 | 2,730.00 |
| ED McArthur | 26.40 | 660.00 | 17,424.00 |
| JJ Clark | 11.60 | 596.00 | 6,913.60 |
| JF Visser | .40 | 570.00 | 228.00 |
| B Beaton | 27.70 | 570.00 | 15,789.00 |
| DM Pryor | 12.50 | 295.00 | 3,687.50 |
| RC Luce | 9.50 | 295.00 | 2,802.50 |
| J Meehan | 12.30 | 255.00 | 3,136.50 |
| Z Lantos | 9.00 | 240.00 | 2,160.00 |
| **Total Hours and Fees** | **280.50** | | **$218,351.90** |

### EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|-------:|
| Duplicating Charges | $920.38 |
| Document Delivery Services | .69 |
| Overtime Services | 60.83 |
| Telephone Tolls | 10.18 |
| **Total** | **$992.08** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/01/15 | C Beckner | Call with P. Keisler regarding reply brief argument | .30 |
| 02/01/15 | PD Keisler | Argument preparation | 3.20 |
| 02/02/15 | B Beaton | Draft oral argument questions | 1.10 |
| 02/02/15 | C Beckner | Correspondence regarding oral argument format (.30); work on moot court (.10); work on reply brief (3.40) | 3.80 |
| 02/02/15 | PD Keisler | Argument preparation | 4.00 |
| 02/02/15 | ED McArthur | Draft oral argument questions and answers | 5.30 |
| 02/02/15 | J Meehan | Cite check reply brief (2.5); draft table of authorities (1.0) | 3.50 |
| 02/03/15 | C Beckner | Work on reply brief (5.70); work on questions and answers for P. Keisler oral argument (.50); finalize oral argument format with EPA (.20); correspondence with co-petitioners regarding proposed edits to reply brief (.30) | 6.70 |
| 02/03/15 | PD Keisler | Oral argument preparation (.80); revisions to draft reply brief (5.20); email correspondence with counsel regarding joint motion to court on oral argument format (.30); review co-petitioner brief (.50) | 6.80 |
| 02/03/15 | RC Luce | Cite check reply brief | 6.00 |
| 02/03/15 | ED McArthur | Meet with P. Keisler, R. Beckner regarding reply brief (3); revise and edit reply brief (2) | 5.00 |
| 02/03/15 | J Meehan | Cite check reply brief | 3.50 |
| 02/04/15 | B Beaton | Cite check edits to reply brief | 2.00 |
| 02/04/15 | C Beckner | Revise and edit reply brief and correspondence regarding same (5.80); correspondence with co-petitioners regarding proposed edits to reply brief (.50) | 6.30 |
| 02/04/15 | PD Keisler | Further revisions to draft reply brief to reflect comments | 4.90 |
| 02/04/15 | J Meehan | Cite check revised reply brief | 1.50 |
| 02/04/15 | DM Pryor | Research and coordination of documents for attorney review per B. Beaton re: oral argument | 4.00 |
| 02/05/15 | B Beaton | Proofread reply brief (2.40); prepare oral argument and moot court materials (.30) | 2.70 |
| 02/05/15 | C Beckner | Work on questions and answer for P. Keisler argument (1.50); work on reply brief (3.00) | 4.50 |
| 02/05/15 | PD Keisler | Further revisions to draft reply (2.00); oral argument | 3.90 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | preparation (1.90) | |
| 02/05/15 | ED McArthur | Review and edit reply brief (2); meetings and correspondence with P. Keisler, R. Beckner regarding same (.5) | 2.50 |
| 02/06/15 | B Beaton | Edit reply brief (1.50); office conference with R. Beckner regarding air quality tables (.30); oral argument prep (.50); proof and finalize brief for filing (2.10) | 4.40 |
| 02/06/15 | C Beckner | Work on questions and answer for P. Keisler argument (1.80); finalize reply brief, oversee filing, and distribute filing (2.80) | 4.60 |
| 02/06/15 | PD Keisler | Final review and revisions to reply brief | 1.80 |
| 02/06/15 | RC Luce | Edit reply brief (0.50); prepare brief for electronic filing (0.50); assist in electronic filing of brief (0.50); prepare paper copies for filing (0.50); file paper copies with Court of Appeals (1.50) | 3.50 |
| 02/06/15 | ED McArthur | Review and edit reply brief | .50 |
| 02/06/15 | J Meehan | File reply brief with U.S. Court of Appeals D.C. Circuit via ECF transmission (.80); edit and prepare final version of reply brief (1.50) | 2.30 |
| 02/07/15 | B Beaton | Draft argument prep questions and answers | .60 |
| 02/07/15 | PD Keisler | Work on oral argument questions | 3.90 |
| 02/08/15 | B Beaton | Draft potential oral argument questions and answers | 2.50 |
| 02/08/15 | PD Keisler | Work on oral argument issues | 2.60 |
| 02/09/15 | B Beaton | Analyze appellate issues | 1.00 |
| 02/09/15 | C Beckner | Work on errata for reply brief (.50); work on materials for P. Keisler oral argument (3.80); call with P. Keisler regarding oral argument preparations (.30) | 4.60 |
| 02/09/15 | PD Keisler | Prepare for oral argument | 3.10 |
| 02/09/15 | ED McArthur | Draft questions and answers for oral argument | 1.00 |
| 02/10/15 | B Beaton | Telephone call with Z. Lantos regarding tables (.20); review tables for argument prep (1.60) | 1.80 |
| 02/10/15 | C Beckner | Work on materials for P. Keisler oral argument | 1.30 |
| 02/10/15 | PD Keisler | Argument preparation on air quality modeling issues | 1.60 |
| 02/10/15 | Z Lantos | Draft chart regrading 2008 and 2009 data per B. Beaton (.80); discuss assignment with B. Beaton (.20) | 1.00 |
| 02/10/15 | DM Pryor | Update and reconcile case calendar and docket alerts database (1.50); research and reconcile documents for attorney review per B. Beaton re: oral argument (4.00) | 5.50 |
| 02/11/15 | Z Lantos | Revise charts regarding emissions data per B. Beaton (3.10); | 3.80 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | revise data charts per B. Beaton (.70) | |
| 02/12/15 | B Beaton | Analyze data for argument questions | 1.00 |
| 02/12/15 | C Beckner | Work on responding to DC Circuit's inquiry re. oral argument | .30 |
| 02/12/15 | PD Keisler | Argument preparation | 1.80 |
| 02/12/15 | Z Lantos | Review and revise charts per B. Beaton | 2.80 |
| 02/12/15 | ED McArthur | Call R. Beckner regarding oral argument issues | .30 |
| 02/13/15 | B Beaton | Analyze air quality data for oral argument questions | 1.20 |
| 02/13/15 | C Beckner | Analysis and research for oral argument | 1.00 |
| 02/13/15 | PD Keisler | Argument preparation | 2.40 |
| 02/13/15 | Z Lantos | Research and revise charts regarding State emission data per B. Beaton | 1.40 |
| 02/14/15 | PD Keisler | Argument preparation | 3.10 |
| 02/14/15 | K Mueller | Read briefs to prepare for P. Keisler's moot court | 1.00 |
| 02/15/15 | PD Keisler | Argument preparation | 5.00 |
| 02/16/15 | B Beaton | Answer emission reduction question for P. Keisler | .30 |
| 02/16/15 | C Beckner | Review, analyze and comment on oral argument materials (.50); correspondence with co-petitioners regarding IPM issues and oral argument (.20) | .70 |
| 02/16/15 | JJ Clark | Review briefs and case law in preparation for moot | 2.40 |
| 02/16/15 | PD Keisler | Telephone conference with V. Seitz regarding oral argument (.20); argument preparation (2.00) | 2.20 |
| 02/16/15 | K Mueller | Read briefs to prepare for P. Keisler's moot court | 1.00 |
| 02/16/15 | DM Pryor | Research and reconcile documents for attorney review per B. Beaton re: oral argument | .50 |
| 02/17/15 | B Beaton | Answer argument prep questions for P. Keisler | .80 |
| 02/17/15 | C Beckner | Review and comment on emission reduction statistics for oral argument | .30 |
| 02/17/15 | JJ Clark | Review briefs, analyze case law in preparation for moot | 2.40 |
| 02/17/15 | PD Keisler | Argument preparation | 7.00 |
| 02/17/15 | K Mueller | Read briefs to prepare for P. Keisler's moot court | 2.00 |
| 02/17/15 | VA Seitz | Prepare for moot court session for P. Keisler | 4.00 |
| 02/18/15 | B Beaton | File oral argument statement (.10); roundtable for P. Keisler argument prep (2.00); office conference with J. Clark regarding moot court (.10) | 2.20 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/18/15 | C Beckner | Respond to P. Keisler questions for oral argument (1.80); arrangements for moot court and visitor office space (.20); prepare for and attend round table for P. Keisler oral argument (2.20); call with co-petitioner regarding oral argument (1.00) | 5.20 |
| 02/18/15 | JJ Clark | Review briefs in preparation for moot (.50); participate in roundtable discussion for oral argument preparation (2.50) | 3.00 |
| 02/18/15 | PD Keisler | Roundtable discussion of oral argument strategy (2.20); fill out DC Circuit From 72 for filing (.20); telephone conference with counsel regarding appellate arguments (.80); office conference with R. Beckner regarding arguments (.30) | 3.50 |
| 02/18/15 | ED McArthur | Attend roundtable for oral argument | 2.20 |
| 02/18/15 | J Meehan | File oral argument form with D.C. Circuit via ECF transmission | .50 |
| 02/18/15 | K Mueller | Read briefs to prepare for P. Keisler's moot court (1.50); confer with P. Keisler at round table for argument (1.80) | 3.30 |
| 02/18/15 | VA Seitz | Prepare for and participate in moot court | 4.50 |
| 02/19/15 | B Beaton | Draft questions for P. Keisler (.50)'; prepare for moot court (.50) | 1.00 |
| 02/19/15 | PD Keisler | Preparation for moot court | 7.00 |
| 02/20/15 | B Beaton | Moot court | 2.40 |
| 02/20/15 | C Beckner | Prepare for and attend moot Court for P. Keisler (2.80); work on audit response letter (.50); correspondence with E. McArthur re. analysis of issue for oral argument (.30); post-moot court discussions with P. Keisler (.50); follow up legal and factual analysis for P. Keisler for oral argument (.80); correspondence re. errata filing (.10) | 5.00 |
| 02/20/15 | JJ Clark | Prepare for and participate in moot | 3.80 |
| 02/20/15 | PD Keisler | Moot court (2.50)'; prepare for moot court (4.40) | 6.90 |
| 02/20/15 | ED McArthur | Attend moot court (2.8); draft oral argument questions and answers (3) | 5.80 |
| 02/20/15 | K Mueller | Attend P. Keisler's moot court | 2.00 |
| 02/20/15 | VA Seitz | Prepare for and conduct moot court for P. Keisler | 3.30 |
| 02/20/15 | TK Webster | Poll time keepers for material matters that may need to be reported in audit letter response and related emails | 1.00 |
| 02/22/15 | C Beckner | Call with P. Keisler re. issues for oral argument | .30 |
| 02/22/15 | PD Keisler | Oral argument preparation (.60); telephone conference with R. Beckner regarding oral argument issues (.50) | 1.10 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/22/15 | TK Webster | Working on audit letter response | .30 |
| 02/23/15 | B Beaton | Prepare errata, questions and answers, and materials for oral argument | 2.30 |
| 02/23/15 | C Beckner | Review proposed errata filing (.10); discussion with P. Keisler re. moot court and oral argument (.30); discussions and correspondence with B. Beaton re. materials for oral argument (.20) | .60 |
| 02/23/15 | PD Keisler | Argument prep | 3.30 |
| 02/23/15 | J Meehan | File errata to opening brief via ECF | .50 |
| 02/23/15 | DM Pryor | Assist in the preparation of errata for attorney review per B. Beaton (.30); preparation of additional documents for attorney review per B. Beaton re: oral argument (1.00); confer with B. Beaton re: oral argument (.20) | 1.50 |
| 02/23/15 | JF Visser | Prepare update of CSAPR-related litigation for Luminant audit response letter | .40 |
| 02/23/15 | TK Webster | Complete first draft of audit letter response; related emails with P. Keisler, R. Beckner, E. McNicholas, and timekeepers | 2.30 |
| 02/24/15 | B Beaton | Argument prep | .40 |
| 02/24/15 | PD Keisler | Argument prep | 7.30 |
| 02/24/15 | J Meehan | Send hard copies of Errata to D.C. Circuit court via courier | .50 |
| 02/24/15 | DM Pryor | Preparation of additional documents for attorney review per B. Beaton re: oral argument | 1.00 |
| 02/24/15 | TK Webster | Finalize and send audit letter response | .30 |
| 02/25/15 | C Beckner | Attend oral argument (2.70); discuss argument with D. Kelly, S. Moore, S. Gidiere (2.00); discuss argument with B. Bumpers (.20) | 4.90 |
| 02/25/15 | PD Keisler | Post-argument discussion with D. Kelly, S. Moore (2.30); oral argument (2.00); argument prep (2.50) | 6.80 |
| 02/25/15 | RR Martella | Attend CSAPR oral argument | 2.50 |
| 02/25/15 | ED McArthur | Attend oral argument | 3.80 |
| | | **Total Hours** | **280.50** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 22, 2015

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn:  Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10050

For professional services rendered through February 28, 2015 re
Regional Haze Program

Fees                                                                                                    $25,507.30

Expenses                                                                                            106.59

**Total Due This Bill**                                                                    **$25,613.89**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Luminant Energy Company LLC

Regional Haze Program

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| PD Keisler | .20 | $1,034.00 | $206.80 |
| C Beckner | 14.00 | 935.00 | 13,090.00 |
| RR Martella | 1.50 | 860.00 | 1,290.00 |
| JF Visser | 18.90 | 570.00 | 10,773.00 |
| RC Luce | .50 | 295.00 | 147.50 |
| **Total Hours and Fees** | **35.10** | | **$25,507.30** |

### EXPENSE SUMMARY

| Category/Description | Amount |
|---|---|
| Duplicating Charges | $106.59 |
| **Total** | **$106.59** |

SIDLEY AUSTIN LLP

Invoice Number:  ******
Luminant Energy Company LLC

Regional Haze Program

T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/03/15 | C Beckner | Review and propose edits to J. Visser's research on EPA legal authority | .20 |
| 02/03/15 | RC Luce | Locating Joint Appendix in District of Columbia Circuit Court of Appeals case | .50 |
| 02/03/15 | JF Visser | Draft summary of research re: EPA's authority re: regional haze; coordinate collection of joint appendix | .70 |
| 02/04/15 | C Beckner | Analysis of proposed RH rule | .50 |
| 02/04/15 | PD Keisler | Review research on scope of EPA authority | .20 |
| 02/04/15 | JF Visser | Research legislative history of Clean Air Act Amendment of 1977 | .90 |
| 02/05/15 | C Beckner | Begin review and analysis of expert report (1.20); call with S. Gidiere regarding expert report (.50) | 1.70 |
| 02/06/15 | C Beckner | Review and analyze expert report and follow up call with co-counsel | 1.20 |
| 02/06/15 | JF Visser | Research legislative history of Clean Air Act amendments | 4.00 |
| 02/08/15 | C Beckner | Begin reviewing draft comments | .50 |
| 02/08/15 | JF Visser | Research legislative history of Clean Air Act amendments to identify Congressional intent | 2.70 |
| 02/09/15 | C Beckner | Further review draft comments | 1.20 |
| 02/09/15 | JF Visser | Research legislative history of 1977 and 1990 Clean Air Act amendments | 3.60 |
| 02/10/15 | C Beckner | Call with co-counsel regarding comments on draft regional haze comments (.60); correspondence with J. Visser regarding legislative history research (.20) | .80 |
| 02/10/15 | JF Visser | Research legislative history of 1990 Clean Air Act amendments | 1.10 |
| 02/11/15 | JF Visser | Research legislative history of 1990 Clean Air Act amendments | 2.80 |
| 02/12/15 | C Beckner | Revise, edit and distribute memo re. legislative history of RH provisions | .50 |
| 02/12/15 | RR Martella | Review draft comments on regional haze; correspondence with R. Beckner regarding administrative law strategy | 1.50 |
| 02/12/15 | JF Visser | Draft memo re: legislative history research for regional haze issues in 1977 and 1990 Clean Air Act amendments | 3.00 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/13/15 | JF Visser | Meet with J. Bosh re: research on 1977 Clean Air Act amendments | .10 |
| 02/15/15 | C Beckner | Review and comment on draft Regional Haze comments | .50 |
| 02/20/15 | C Beckner | Correspondence re. regional haze comments | .20 |
| 02/22/15 | C Beckner | Review and comment on expert report on air quality modeling issues | 2.40 |
| 02/24/15 | C Beckner | Prepare for and attend meeting | 2.20 |
| 02/27/15 | C Beckner | Review technical efficiency reports | 1.30 |
| 02/28/15 | C Beckner | Correspondence to co-counsel detailing administrative law strategy | .80 |
| | | **Total Hours** | **35.10** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

April 30, 2015

FEDERAL ID 36-4474078

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 55784-40070

For professional services rendered through February 28, 2015 re
Greenhouse Gases

Fees                                                                                                    $3,611.20

**Total Due This Bill**                                                                      <u>**$3,611.20**</u>

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Greenhouse Gases

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Karen | 6.10 | $592.00 | $3,611.20 |
| **Total Hours and Fees** | **6.10** | | **$3,611.20** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Greenhouse Gases

## T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/05/15 | C Karen | Review comment letter (1.00); phone discussion with team (.50); discussion with R. Martella regarding legislative strategy (.30); review documents for legislative hearing (3.00) | 4.80 |
| 02/06/15 | C Karen | Review documents re: legislative hearing | .80 |
| 02/11/15 | C Karen | Analyze hearing; follow-up with client to provide update | .50 |
| | | **Total Hours** | **6.10** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

FEDERAL ID 36-4474078

May 26, 2015

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

**\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 55784-40080

For professional services rendered through February 28, 2015 re
Counseling on Regulations for Existing Generating Units

Fees                                                                                          $2,580.00

**Total Due This Bill**                                                              <u>**$2,580.00**</u>

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| RR Martella | 3.00 | $860.00 | $2,580.00 |
| **Total Hours and Fees** | **3.00** | | **$2,580.00** |

**SIDLEY AUSTIN** LLP

Invoice Number:  **\*\*\*\*\*\***
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/05/15 | RR Martella | Teleconference with client regarding technical analysis of efficiency study and drafting of follow up documents | 1.50 |
| 02/25/15 | RR Martella | Meeting with client to discuss EGU and regional haze issues (1.0); preparation for meeting (.50) | 1.50 |
| | | **Total Hours** | **3.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

### **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30090

For professional services rendered through March 31, 2015 re Fee
Applications

Fees                                                                                          $5,024.00

**Total Due This Bill**                                                        **$5,024.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/02/15 | DJ Lutes | Review email from C. Ramirez-Bird re: fee application issues (.1); analyze bankruptcy requirements and fee application issues (.4); emails to G. King, K. Mills re: same (.3) | .80 |
| 03/04/15 | GM King | Draft correspondence re: monthly fee applications | .10 |
| 03/05/15 | B Beaton | Prepare fee application summaries and time entries | 1.10 |
| 03/06/15 | GM King | Review revisions to fee application | .20 |
| 03/09/15 | B Beaton | Correspond with P. Keisler and G. King regarding fee application preparation | .20 |
| 03/11/15 | GM King | Correspondence re: retainer (0.1); review materials re: Kirkland request for retainer information (0.3) | .40 |
| 03/11/15 | DJ Lutes | Emails with K. Mills re: monthly fee application issues (.3); prepare monthly fee application materials for November, December and January (.9); email instructions to C. Ramirez re: same (.3) | 1.50 |
| 03/12/15 | DJ Lutes | Emails to K. Mills re: monthly fee application issues (.3); prepare monthly fee application materials for November, December and January (.7); emails and TC with C. Ramirez re: same (.4); TC with K. Mills re: monthly fee application issues for January (.2) | 1.60 |
| 03/12/15 | KS Mills | Communications with certain Sidley team members re: retainer status/ preparation of certain invoices | .40 |
| 03/13/15 | GM King | Calls with K. Mills re: fee applications (0.2); call with D. Lutes re: fee applications (0.2) | .40 |
| 03/23/15 | GM King | Call with K. Mills re: retainer (0.2); draft correspondence re: same (0.2) | .40 |
| 03/27/15 | PS Caruso | Review budges (.4); review interim fee applications (.8); communications with J. Conlan regarding same (.2) | 1.40 |
| 03/31/15 | GM King | Call with K&E re: fee issues | .10 |
| | | **Total Hours** | **8.60** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

## T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PS Caruso | 1.40 | $975.00 | $1,365.00 |
| KS Mills | .40 | 825.00 | 330.00 |
| GM King | 1.60 | 740.00 | 1,184.00 |
| B Beaton | 1.30 | 570.00 | 741.00 |
| DJ Lutes | 3.90 | 360.00 | 1,404.00 |
| **Total Hours and Fees** | **8.60** | | **$5,024.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30100

For professional services rendered through March 31, 2015 re Case
Administration

Expenses:

| | |
|---|---|
| Document Delivery Services | $44.11 |
| Legal Support Services | 442.00 |
| Telephone Tolls | 7.05 |

Total Expenses                                                                    493.16

**Total Due This Bill**                                                      **$493.16**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30260

For professional services rendered through March 31, 2015 re Sponsor
Matters

Fees                                                                          $19,935.50

**Total Due This Bill**                                            **$19,935.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Sponsor Matters

T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/02/15 | JF Bendernagel | Telephone calls with K. Lantry re: Sponsor matters (.4); telephone call with Zolfo re: same (.5); review of Zolfo work product (.6) | 1.50 |
| 03/02/15 | PS Caruso | Correspond with K. Lantry regarding Zolfo Cooper call (.3); review materials in advance of same (.8) | 1.10 |
| 03/02/15 | MA Clemente | Review outline and issues for discussion with Zolfo (1.0); email from K. Lantry re: Zolfo discussion (.2); prepare for Zolfo discussion (1.5) | 2.70 |
| 03/02/15 | KT Lantry | E-mails and telephone calls with J. Conlan, P. Caruso, M. Clemente, S. Winn and R. Bingham re: scheduling and participation in preparatory call with Zolfo for meeting with financial advisors to independent directors (.7); review and edit draft of agenda for meeting and discuss changes to same with J. Bendernagel (.5) | 1.20 |
| 03/02/15 | TE Ross | Meet w/ J. Bendernagel re: Zolfo Cooper meeting (.2); telephone and email conversations w/ J. Bendernagel re: same (.2); review submissions to client for Zolfo Cooper references per J. Bendernagel (.3) | .70 |
| 03/03/15 | JF Bendernagel | Conference call with K. Lantry and Zolfo representatives regarding discovery issues (.7); telephone call with M. Clemente (.3) | 1.00 |
| 03/03/15 | PS Caruso | Telephone conference with EFH, EFIH and TCEH professionals and Zolfo Cooper re: independent directors meeting (.9); correspondence with Sidley team re: same (.1) | 1.00 |
| 03/03/15 | MA Clemente | Review Zolfo outline (.4); prepare for discussion including review of prior work materials (1.0); participate in call with Zolfo (.9); follow up call with Bendernagel re: same (.3) | 2.60 |
| 03/03/15 | KT Lantry | Review and edit revised outline for meeting and conference call re: same with R. Bingham and S. Winn | .70 |
| 03/05/15 | KT Lantry | Participate telephonically in meeting between Zolfo and financial advisors for independent directors (.9); follow-up e-mails re: same with S. Winn (.8) | 1.70 |
| 03/09/15 | JF Bendernagel | Telephone call with K. Lantry regarding Zolfo materials | .20 |
| 03/09/15 | PS Caruso | Office conference with K. Lantry regarding Zolfo presentations to EFH financial advisors (.6); review materials in connection with same (.4) | 1.00 |
| 03/09/15 | KT Lantry | Report outcome of Zolfo meeting with financial advisors for independents to P. Caruso and J. Bendernagel (.5); review | 1.80 |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | pleadings re: standing to bring litigation (.9); telephone call with P. Caruso re: same (.4) | |
| 03/17/15 | PS Caruso | Communications with P. Keisler regarding report (.2); further review of materials per requests of counsel to independent manager (.8) | 1.00 |
| 03/20/15 | PS Caruso | Follow-up with Zolfo (.3); follow-up with J. Conlan re: Zolfo (.8) | 1.10 |
| | | **Total Hours** | **19.30** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| KT Lantry | 5.40 | $1,150.00 | $6,210.00 |
| JF Bendernagel | 2.70 | 1,100.00 | 2,970.00 |
| MA Clemente | 5.30 | 975.00 | 5,167.50 |
| PS Caruso | 5.20 | 975.00 | 5,070.00 |
| TE Ross | .70 | 740.00 | 518.00 |
| **Total Hours and Fees** | **19.30** | | **$19,935.50** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

April 30, 2015

FEDERAL ID 36-4474078

Luminant Energy Company LLC
Attn:  Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX  75201-3411

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10040

For professional services rendered through March 31, 2015 re Clean Air
Transport Rule

| | |
|---|---|
| Fees | $280.00 |
| Expenses | 699.12 |
| **Total Due This Bill** | **$979.12** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Luminant Energy Company LLC

Clean Air Transport Rule

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| TK Webster | .40 | $700.00 | $280.00 |
| **Total Hours and Fees** | **.40** | | **$280.00** |

### EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|-------:|
| Duplicating Charges | $1.71 |
| Document Delivery Services | .48 |
| Ground Transportation | 75.98 |
| Meals | 66.00 |
| Messenger Services | 48.76 |
| Telephone Tolls | 16.79 |
| Travel/Lodging | 489.40 |
| **Total** | **$699.12** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/27/15 | TK Webster | Revise and finalize updated audit response letter | .40 |
| | | **Total Hours** | **.40** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

FEDERAL ID 36-4474078

May 26, 2015

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn:  Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10050

For professional services rendered through March 31, 2015 re Regional
Haze Program

| | |
|---|---|
| Fees | $37,037.20 |
| Expenses | 484.23 |
| **Total Due This Bill** | **$37,521.43** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: \*\*\*\*\*\*
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------|------|------|
| PD Keisler | 6.80 | $1,034.00 | $7,031.20 |
| C Beckner | 18.80 | 935.00 | 17,578.00 |
| RR Martella | 8.50 | 860.00 | 7,310.00 |
| TK Webster | .20 | 700.00 | 140.00 |
| PJ Ray | 9.50 | 524.00 | 4,978.00 |
| **Total Hours and Fees** | **43.80** | | **$37,037.20** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|------|------|
| Duplicating Charges | $478.68 |
| Telephone Tolls | 5.55 |
| **Total** | **$484.23** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/03/15 | C Beckner | Meet with co-counsel regarding regional haze comments | 1.80 |
| 03/10/15 | RR Martella | Work on regional haze proposal | .50 |
| 03/11/15 | C Beckner | Call with co-counsel regarding revisions to comments | .40 |
| 03/12/15 | C Beckner | Meet with P. Ray to discuss legal research assignment | .30 |
| 03/12/15 | PJ Ray | Meet with R. Beckner to discuss new research matter | .30 |
| 03/16/15 | C Beckner | Draft memo regarding Luminant's comments on proposed regional haze rule | 2.20 |
| 03/16/15 | C Beckner | Work on regional haze comments | .50 |
| 03/16/15 | PD Keisler | Review draft one-pager regarding comments | .30 |
| 03/16/15 | PJ Ray | Research for comments | 2.40 |
| 03/17/15 | C Beckner | Conference with P. Ray re. research for regional haze comments (.50); work on revisions to comments (.50); revise memo regarding Luminant's comments on proposed regional haze rule (1.30) | 2.30 |
| 03/17/15 | RR Martella | Edit, revise and distribute document addressing broader efforts to address EPA's regional haze proposal | 2.00 |
| 03/17/15 | PJ Ray | Meet with R. Beckner to discuss new research task | .50 |
| 03/18/15 | C Beckner | Revise and edit draft comments | 7.40 |
| 03/18/15 | PJ Ray | Review administrative record | .40 |
| 03/19/15 | C Beckner | Call with co-counsel regarding proposed edits to draft comments (.30); conference with P. Keisler re. comments (.30); memo to P. Keisler regarding legal arguments (1.30) | 1.30 |
| 03/19/15 | RR Martella | Review draft regional haze comments and coordination with client regarding proposed regional haze rule | 1.00 |
| 03/20/15 | C Beckner | Work on regional haze comments | .80 |
| 03/20/15 | TK Webster | Coordination with P. Keisler and E. McNicholas re revised audit letter request | .20 |
| 03/23/15 | RR Martella | Review draft regional haze comments (1.0); teleconference with client regarding efforts on regional haze (.50); gather information regarding regional haze strategy (1.0) | 2.50 |
| 03/25/15 | RR Martella | Teleconference with co-counsel to discuss regional haze issues | .50 |
| 03/25/15 | PJ Ray | Review case materials | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

| Date | Name | Narrative | Hours |
|------|------|-----------|------:|
| 03/26/15 | PD Keisler | Review draft comments | 3.80 |
| 03/26/15 | PJ Ray | Research legal arguments | 2.20 |
| 03/27/15 | C Beckner | Work on reply comments | .40 |
| 03/27/15 | PD Keisler | Further review of draft regional haze comments | 2.70 |
| 03/27/15 | RR Martella | Edit and revise regional haze research memo | .50 |
| 03/28/15 | PJ Ray | Research and report on legal arguments | 3.10 |
| 03/29/15 | PJ Ray | Research and report on legal arguments | .30 |
| 03/30/15 | C Beckner | Correspondence re. argument for regional haze comments | .60 |
| 03/30/15 | RR Martella | Edit and revise regional haze research memo (.30); coordination with co-counsel regarding next steps (.20) | .50 |
| 03/31/15 | C Beckner | Work on comments | .80 |
| 03/31/15 | RR Martella | Work on draft Regional Haze comments (.50); edit and revise regional haze research memo (.50) | 1.00 |

|  |  | **Total Hours** | **43.80** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

April 30, 2015

FEDERAL ID 36-4474078

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 55784-40080

For professional services rendered through March 31, 2015 re
Counseling on Regulations for Existing Generating Units

Fees                                                                                  $93.50

Expenses                                                                            99.40

**Total Due This Bill**                                                    $192.90

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | .10 | $935.00 | $93.50 |
| **Total Hours and Fees** | **.10** | | **$93.50** |

### EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|-------:|
| Ground Transportation | $99.40 |
| **Total** | **$99.40** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/18/15 | C Beckner | Correspondence re. new panel for oral argument | .10 |
| | | **Total Hours** | **.10** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

**\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30090

For professional services rendered through April 30, 2015 re Fee
Applications

Fees                                                                      $5,102.00

**Total Due This Bill**                                      **$5,102.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

T I M E  D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/01/15 | GM King | Draft correspondence re: EFH fees | .10 |
| 04/01/15 | KS Mills | Communications with G.King regarding certain fee application issues (.1); analyze related issues (.3) | .40 |
| 04/07/15 | DJ Lutes | Telephone call from J. Romero re: fee application and Luminant issues (.2); review fee application issues and fee auditor status (.2) | .40 |
| 04/08/15 | GM King | Calls with K. Mills re budget | .30 |
| 04/08/15 | KS Mills | Communications with G.King/P. Caruso regarding budget status (.4); analyze certain related issues (1.2); email certain Sidley team members re: same (.5) | 2.10 |
| 04/13/15 | B Beaton | Correspond with J. Romero, G. King regarding fee applications | .10 |
| 04/17/15 | B Beaton | Correspond with G. King, D. Lutes regarding fee applications | .20 |
| 04/17/15 | DJ Lutes | TC with B. Beaton re: Luminant issues and status (.1); review materials re: same (.2) | .30 |
| 04/22/15 | KS Mills | Review revised fee application materials | 1.50 |
| 04/27/15 | B Beaton | Prepare fee applications | 1.00 |
| 04/28/15 | B Beaton | Prepare fee application | .90 |
| | | **Total Hours** | **7.30** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Fee Applications

## T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KS Mills | 4.00 | $825.00 | $3,300.00 |
| GM King | .40 | 740.00 | 296.00 |
| B Beaton | 2.20 | 570.00 | 1,254.00 |
| DJ Lutes | .70 | 360.00 | 252.00 |
| **Total Hours and Fees** | **7.30** | | **$5,102.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30100

For professional services rendered through April 30, 2015 re Case
Administration

Expenses:
  Legal Support Services                           $442.50

Total Expenses                                                442.50

**Total Due This Bill**                                    **$442.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-4474078

June 30, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30260

For professional services rendered through April 30, 2015 re Sponsor
Matters

Fees                                                                $975.00

**Total Due This Bill**                                          **$975.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/20/15 | PS Caruso | Communications with P. Keisler regarding open matters (.3); communications with G. King regarding questions from EFH regarding status (.7) | 1.00 |
| | | **Total Hours** | **1.00** |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Sponsor Matters

### T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| PS Caruso | 1.00 | $975.00 | $975.00 |
| **Total Hours and Fees** | **1.00** | | **$975.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 5, 2015

Luminant Energy Company LLC
Attn:  Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX  75201-3411

# **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10040

For professional services rendered through April 30, 2015 re Clean Air
Transport Rule

Expenses                                                                    $400.75

**Total Due This Bill**                                                  __$400.75__

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

FOUNDED 1866

FEDERAL ID 36-4474078

June 5, 2015

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn:  Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 52698-10050

For professional services rendered through April 30, 2015 re Regional
Haze Program

| | |
|---|---|
| Fees | $10,370.50 |
| Expenses | 323.72 |
| **Total Due This Bill** | **$10,694.22** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PD Keisler | .50 | $1,034.00 | $517.00 |
| C Beckner | 4.10 | 935.00 | 3,833.50 |
| RR Martella | 7.00 | 860.00 | 6,020.00 |
| **Total Hours and Fees** | **11.60** | | **$10,370.50** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|------|-------:|
| Duplicating Charges | $323.72 |
| **Total** | **$323.72** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/01/15 | RR Martella | Meeting with R. Beckner and P. Keisler to discuss regional haze strategy | .50 |
| 04/03/15 | RR Martella | Edit and revise draft regional haze comments | 3.00 |
| 04/06/15 | C Beckner | Correspondence with co-counsel regarding revisions to comments | .10 |
| 04/07/15 | C Beckner | Work on comments | .20 |
| 04/07/15 | C Beckner | Call with co-counsel regarding regional haze strategy | .20 |
| 04/13/15 | C Beckner | Review and analyze declaration | .50 |
| 04/13/15 | C Beckner | Call with co-counsel regarding revisions to declaration | .60 |
| 04/14/15 | C Beckner | Review EPA Regional Haze Order for Arkansas and call with co-counsel regarding same | .90 |
| 04/16/15 | C Beckner | Revise and edit comments | .80 |
| 04/16/15 | C Beckner | Call with co-counsel regarding comments | .70 |
| 04/16/15 | PD Keisler | Telephone conference with R. Beckner regarding regional haze strategy | .50 |
| 04/20/15 | RR Martella | Edit and revise comments | 1.50 |
| 04/22/15 | C Beckner | Correspondence regarding appeal | .10 |
| 04/29/15 | RR Martella | Participate in meetings with counsel on regional haze litigation | 2.00 |
| | | **Total Hours** | **11.60** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 23, 2015

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 55784-40080

For professional services rendered through April 30, 2015 re
Counseling on Regulations for Existing Generating Units

Fees                                                                                    $3,533.50

**Total Due This Bill**                                                   <u>$3,533.50</u>

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

### T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | .10 | $935.00 | $93.50 |
| RR Martella | 4.00 | 860.00 | 3,440.00 |
| **Total Hours and Fees** | **4.10** | | **$3,533.50** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/01/15 | C Beckner | Correspondence regarding litigation and regulating strategy | .10 |
| 04/16/15 | RR Martella | Prepare for and participate in meetings with in-house counsel regarding ESPS litigation strategy | 4.00 |
| | | **Total Hours** | **4.10** |