## Exhibit F

**Record of Expenses**

# JANUARY 2015
# EFH EXPENSES

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 12/31/14 | TEL | 12/30/14-Telephone Call (Non-Local) To: 12148122820 Dallas, TX | 1.80 |
| 01/07/15 | TEL | 01/06/15-Telephone Call (Non-Local) To: 16268934642 West Covin, CA | 1.95 |
| 01/21/15 | CPY | 01/20/15-Duplicating Charges (Color) Time: 12:39:00 | 3.00 |
| 01/23/15 | TEL | Nov 10, 2014 - Geoffrey M. King - Telephone - Court Conference calls on 11/10/14, 12/16/14 and 12/29/14 | 37.00 |
| 01/23/15 | TEL | Dec 16, 2014 - Geoffrey M. King - Telephone - Court Conference calls on 11/10/14, 12/16/14 and 12/29/14 | 156.00 |
| 01/23/15 | TEL | Dec 29, 2014 - Geoffrey M. King - Telephone - Court Conference calls on 11/10/14, 12/16/14 and 12/29/14 | 44.00 |
| 01/24/15 | CPY | 01/23/15-Duplicating charges Time: 11:44:00 | 3.60 |
| | | **Total Expenses** | **$1,945.17** |

# JANUARY 2015 EXPENSES FOR EPA MATTERS

**SIDLEY AUSTIN LLP**

Invoice Number: \*\*\*\*\*\*
Luminant Energy Company LLC

Clean Air Transport Rule

EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 01/16/15 | 12/02/14-Telephone Charges Conference Call | $.12 |
| 01/17/15 | 01/16/15-Duplication charges Time: 14:41:00 | 23.10 |
| 01/21/15 | 01/20/15-Duplication charges Time: 16:27:00 | .90 |
| 01/21/15 | 01/20/15-Duplication charges Time: 16:26:00 | .30 |
| 01/21/15 | 01/20/15-Duplication charges Time: 16:30:00 | .30 |
| 01/21/15 | 01/20/15-Duplication charges Time: 16:18:00 | 16.50 |
| 01/21/15 | 01/20/15-Duplicating charges Time: 16:15:00 | 3.90 |
| 01/22/15 | 01/21/15-Duplication charges Time: 17:06:00 | .90 |
| 01/23/15 | 01/22/15-Telephone Call (Non-Local) TIME: 12:23:00  DURATION:   15.0 | 2.25 |
| 01/23/15 | 01/22/15-Duplication charges Time: 14:04:00 | .90 |
| 01/23/15 | 01/22/15-Duplication charges Time: 14:04:00 | .90 |
| 01/24/15 | 12/04/14-Telephone Charges Conference Call | 9.48 |
| 01/24/15 | 12/09/14-Telephone Charges Conference Call | 1.08 |
| 01/24/15 | 12/02/14-Telephone Charges Conference Call | 1.97 |
| 01/24/15 | 12/12/14-Telephone Charges Conference Call | 2.82 |
| 01/24/15 | 01/23/15-Duplication charges Time: 16:00:00 | 7.80 |
| 01/27/15 | 01/02/15 - QUICK MESSENGER SERVICE, INC. - 567194 - 12/17/14 Messenger FROM Sidley Austin DC | 19.89 |
| 01/28/15 | 01/27/15-Duplicating Charges (Color) Time: 19:23:00 | 18.24 |
| 01/28/15 | 01/27/15-Duplicating Charges (Color) Time: 11:20:00 | 14.82 |
| 01/29/15 | 01/23/15-Binding | 1.72 |
| 01/29/15 | Jan 20, 2015 - Benjamin Beaton - Dinner - Overtime meal | 9.43 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 14:00:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 14:00:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 15:23:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 13:57:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 13:43:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 13:52:00 | .57 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Narrative | Amount |
|------|-----------|--------|
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 13:57:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 15:23:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 13:42:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 13:51:00 | .57 |
| 01/30/15 | 01/29/15-Duplicating Charges (Color) Time: 11:55:00 | 14.25 |
| 01/31/15 | 01/30/15-Duplicating Charges (Color) Time: 7:55:00 | 10.26 |
| 01/31/15 | 01/30/15-Duplication charges Time: 9:20:00 | 7.20 |
| 01/31/15 | 01/30/15-Duplication charges Time: 9:40:00 | 8.40 |

**Total Expenses** **$183.13**

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Luminant Energy Company LLC

Regional Haze Program

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 01/08/15 | 01/05/15-Williams Lea Digital Blow Backs (Type B) - B&W | $88.20 |
| 01/08/15 | 01/05/15-Binding | 10.32 |
| 01/08/15 | 01/07/15-Telephone Call (Non-Local) TIME: 17:11:00  DURATION:  58.0 | 8.70 |
| 01/24/15 | 12/23/14-Telephone Charges Conference TIME: 14:28:00 | 10.81 |
| | **Total Expenses** | **$118.03** |

# FEBRUARY 2015
# EFH EXPENSES

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## E X P E N S E   D E T A I L

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 02/07/15 | LIT | 01/23/15-Professional Services Consulting .80 Hour @ $275.00 | $220.00 |
| 02/13/15 | CPY | 02/12/15-Duplicating Charges (Color) Time: 13:58:00 | 5.00 |
| 02/18/15 | CPY | 02/12/15 - Williams Lea - 0000519026-000 Reprographics | 63.45 |
| 02/20/15 | CPY | 02/12/15-Duplicating charges Time: 15:16:00 | .10 |
| 02/24/15 | LIT | 02/01/15-Monthly Electronic Data Storage Fee 88.70 GB @    $5.00 | 443.50 |
| 02/25/15 | LIT | 02/11/15-Professional Services Consulting .30 Hour @  $275.00 | 82.50 |
| | | **Total Expenses** | **$814.55** |

# FEBRUARY 2015 EXPENSES FOR EPA MATTERS

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 02/03/15 | 02/02/15-Duplicating Charges (Color) Time: 18:24:00 | $33.63 |
| 02/03/15 | 02/02/15-Telephone Call (Non-Local) To: 12052268735 Birmingham, AL | 2.55 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 14:09:00 | 22.80 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 14:10:00 | 6.84 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 14:10:00 | 17.67 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 14:17:00 | 1.14 |
| 02/04/15 | 02/03/15-Duplicating charges Time: 12:31:00 | 4.35 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 13:32:00 | 22.80 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 12:41:00 | 17.67 |
| 02/04/15 | 02/03/15-Duplicating Charges (Color) Time: 9:51:00 | 6.84 |
| 02/05/15 | 02/04/15-Duplicating Charges (Color) Time: 17:26:00 | 10.26 |
| 02/05/15 | 02/04/15-Duplicating Charges (Color) Time: 9:58:00 | 3.42 |
| 02/05/15 | 02/04/15-Duplicating Charges (Color) Time: 9:59:00 | 2.85 |
| 02/05/15 | 02/04/15-Duplicating Charges (Color) Time: 9:59:00 | 1.14 |
| 02/05/15 | Jan 29, 2015 - Benjamin Beaton - Dinner - Overtime meal - 01/29/15 | 10.22 |
| 02/05/15 | Jan 30, 2015 - Benjamin Beaton - Taxi/Car Service - Overtime - Overtime | 7.90 |
| 02/06/15 | 02/05/15-Duplicating Charges (Color) Time: 11:35:00 | 3.42 |
| 02/06/15 | 02/05/15-Duplicating Charges (Color) Time: 13:18:00 | 3.42 |
| 02/06/15 | 02/05/15-Duplicating Charges (Color) Time: 13:32:00 | 4.56 |
| 02/06/15 | 02/05/15-Duplicating Charges (Color) Time: 12:04:00 | .57 |
| 02/06/15 | 02/03/15 - Williams Lea - 0000516130-000 Reprographics | 157.76 |
| 02/06/15 | 02/05/15-Duplication charges Time: 14:04:00 | .45 |
| 02/06/15 | 02/05/15-Duplication charges Time: 14:15:00 | .45 |
| 02/07/15 | 02/06/15-Duplicating Charges (Color) Time: 16:00:00 | 2.85 |
| 02/07/15 | 02/06/15-Duplicating charges Time: 14:03:00 | 54.90 |
| 02/07/15 | 02/06/15-Duplicating Charges (Color) Time: 8:01:00 | 16.53 |
| 02/07/15 | 02/06/15-Duplicating Charges (Color) Time: 8:01:00 | 22.80 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Narrative | Amount |
|------|-----------|-------:|
| 02/10/15 | 02/09/15-Duplicating Charges (Color) Time: 15:33:00 | 22.23 |
| 02/10/15 | 02/09/15-Duplicating Charges (Color) Time: 15:34:00 | 26.79 |
| 02/11/15 | 02/06/15 - Williams Lea - 0000517288-000 Reprographics | 32.49 |
| 02/11/15 | 02/05/15 - Williams Lea - 0000516755-000 Reprographics | 137.26 |
| 02/11/15 | 02/10/15-Duplication charges Time: 18:20:00 | 17.55 |
| 02/11/15 | 02/10/15-Duplication charges Time: 18:31:00 | .45 |
| 02/11/15 | 02/10/15-Duplication charges Time: 18:18:00 | 3.60 |
| 02/11/15 | 02/10/15-Duplication charges Time: 18:21:00 | 21.15 |
| 02/13/15 | 01/20/15-overtime meals | 21.05 |
| 02/13/15 | 01/22/15-overtime meals | 21.66 |
| 02/19/15 | 02/18/15-Duplicating Charges (Color) Time: 18:56:00 | 5.70 |
| 02/24/15 | 02/23/15-Duplication charges Time: 19:51:00 | 6.75 |
| 02/24/15 | 02/23/15-Duplication charges Time: 19:41:00 | 1.50 |
| 02/24/15 | 02/23/15-Duplication charges Time: 19:40:00 | 1.50 |
| 02/24/15 | 02/23/15-Duplication charges Time: 19:35:00 | 1.35 |
| 02/25/15 | 02/24/15-Duplication charges Time: 15:49:00 | .30 |
| 02/25/15 | 02/24/15-Duplication charges Time: 13:48:00 | 1.35 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 13:48:00 | 10.26 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 13:56:00 | 4.56 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 13:45:00 | 18.81 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 16:57:00 | 2.28 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 16:57:00 | 3.42 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 16:56:00 | 6.27 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 16:55:00 | 5.13 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 16:58:00 | 13.11 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 13:49:00 | 6.84 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 13:47:00 | 15.39 |
| 02/25/15 | 02/24/15-Duplication charges Time: 13:47:00 | 7.20 |
| 02/25/15 | 02/24/15-Duplication charges Time: 13:45:00 | 1.35 |
| 02/25/15 | 02/24/15-Duplication charges Time: 13:56:00 | 4.50 |
| 02/25/15 | 02/24/15-Duplication charges Time: 11:42:00 | 8.40 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Narrative | Amount |
|------|-----------|-------:|
| 02/25/15 | 02/24/15-Duplication charges Time: 11:46:00 | .90 |
| 02/26/15 | 01/19/15-Telephone Charges Conference Call | 2.81 |
| 02/26/15 | 01/19/15-Telephone Charges Conference Call | 2.17 |
| 02/26/15 | 01/21/15-Telephone Charges Conference Call | 2.65 |
| 02/27/15 | 02/23/15 - Williams Lea - 0000521781-000 Reprographics | 112.87 |
| 02/28/15 | 02/24/2015-Postage | .69 |
| | **Total Expenses** | **$992.08** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 02/07/15 | 02/06/15-Duplicating Charges (Color) Time: 15:43:00 | $33.63 |
| 02/10/15 | 02/09/15-Duplicating Charges (Color) Time: 18:14:00 | 3.99 |
| 02/10/15 | 02/09/15-Duplicating Charges (Color) Time: 18:26:00 | 1.14 |
| 02/12/15 | 02/11/15-Duplicating Charges (Color) Time: 14:56:00 | 15.96 |
| 02/21/15 | 02/20/15-Duplicating Charges (Color) Time: 18:08:00 | 18.81 |
| 02/21/15 | 02/20/15-Duplicating Charges (Color) Time: 18:17:00 | 13.11 |
| 02/25/15 | 02/24/15-Duplicating Charges (Color) Time: 16:35:00 | 13.11 |
| 02/26/15 | 02/25/15-Duplicating Charges (Color) Time: 14:28:00 | 6.84 |
| | **Total Expenses** | **$106.59** |

# MARCH 2015
# EFH EXPENSES

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

### E X P E N S E   D E T A I L

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 03/03/15 | TEL | 03/02/15-Telephone Call (Non-Local) To: 12125614130 | $3.30 |
| 03/04/15 | DLV | 02/12/15- Federal Express Corporation- TR #772900314155 SETH GOLDMAN MUNGER TOLLES & OLSON LLP 355 SOUTH GRAVE LOS ANGELES, CA  90071 | 18.91 |
| 03/04/15 | DLV | 02/12/15- Federal Express Corporation- TR #772900365009 JEFF MARWIL PROSKAUER ROSE LLP THREE FIRST NATIONAL PLAZA CHICAGO, IL  60602 | 14.28 |
| 03/04/15 | DLV | 02/12/15- Federal Express Corporation- TR #772900422498 RICHARD LEVIN CRAVATHSWAIN & MOORE LLP 825 8TH AVE NEW YORK, NY 10019 | 10.92 |
| 03/20/15 | TEL | 02/02/15-Telephone Charges Conference Call Customer: BPK4414 PETER D KEISLER | 1.50 |
| 03/20/15 | LIT | 03/01/15-Monthly Electronic Data Storage Fee 88.40 GB @    $5.00 | 442.00 |
| 03/21/15 | TEL | 03/20/15-Telephone Call (Non-Local) To: 12132375080 Los Angele, CA | 2.25 |
| | | **Total Expenses** | **$493.16** |

# MARCH 2015
# EXPENSES FOR
# EPA MATTERS

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 03/02/15 | Feb 25, 2015 - Eric D. McArthur - Taxi/Car Service - cab to court for oral argument - Local | $12.00 |
| 03/02/15 | Feb 25, 2015 - Eric D. McArthur - Taxi/Car Service - cab from court for oral argument - Local | 12.00 |
| 03/10/15 | 02/20/15-Telephone Charges Conference Call | 16.79 |
| 03/11/15 | 2/26/2015-Postage | .48 |
| 03/13/15 | 02/28/15 - WASHINGTON EXPRESS LLC - 119952 - 2/24/15 Messenger Service | 48.76 |
| 03/14/15 | 02/18/15 - Meals | 16.00 |
| 03/14/15 | 02/20/15 - Meals | 50.00 |
| 03/17/15 | Feb 25, 2015 - C. Frederick Beckner, III - Taxi/Car Service - Cab from home to US Courthouse.  Attend oral Argument (Luminant) - Local | 39.00 |
| 03/17/15 | 03/16/15-Duplicating Charges (Color) Time: 17:03:00 | 1.71 |
| 03/25/15 | Feb 25, 2015 - Peter D. Keisler - Taxi/Car Service - Expenses related to oral argument - Local | 12.98 |
| 03/25/15 | Feb 25, 2015 - Peter D. Keisler - Lodging - Expenses related to oral argument - Starwood Hotels & Resorts | 482.40 |
| 03/25/15 | Feb 25, 2015 - Peter D. Keisler - Tips - Expenses related to oral argument - Tips for services at hotel | 7.00 |
| | **Total Expenses** | **$699.12** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 03/12/15 | 03/11/15-Telephone Call (Non-Local) To: 12052268735 | $3.75 |
| 03/18/15 | 03/17/15-Duplication charges Time: 18:36:00 | .45 |
| 03/18/15 | 03/17/15-Duplicating Charges (Color) Time: 17:49:00 | 41.61 |
| 03/18/15 | 03/17/15-Duplicating Charges (Color) Time: 17:54:00 | .57 |
| 03/18/15 | 03/17/15-Duplicating Charges (Color) Time: 18:23:00 | .57 |
| 03/18/15 | 03/17/15-Duplicating Charges (Color) Time: 16:32:00 | 172.14 |
| 03/18/15 | 03/17/15-Duplicating Charges (Color) Time: 17:49:00 | 86.07 |
| 03/20/15 | 03/19/15-Duplicating Charges (Color) Time: 15:20:00 | 86.07 |
| 03/20/15 | 03/19/15-Telephone Call (Non-Local) To: 12052263480 | 1.80 |
| 03/24/15 | 03/23/15-Duplicating Charges (Color) Time: 9:06:00 | 91.20 |
| | Total Expenses | $484.23 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 03/17/15 | 01/31/15 - SUNNY'S WORLDWIDE CHAUEFFEURED TRANSPORTATION - 140475 - 1/28/15 Private Car Ground Transportation | $99.40 |
| | **Total Expenses** | $99.40 |

# APRIL 2015
# EFH EXPENSES

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

### EXPENSE DETAIL

| Date | Type | Description | | Amount |
|------|------|-------------|---|--------|
| 04/25/15 | LIT | 04/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ | $5.00 | $442.50 |
| | | | **Total Expenses** | **$442.50** |

# APRIL 2015
# EXPENSES FOR
# EPA MATTERS

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

### EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 04/21/15 | 04/04/15 - DEPOSITION SERVICES - original transcript | $400.75 |
| | **Total Expenses** | **$400.75** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Regional Haze Program

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 04/03/15 | 04/02/15-Duplicating Charges (Color) Time: 19:15:00 | $91.20 |
| 04/09/15 | 04/06/15 - Williams Lea - 0000535607-000 Reprographics | 1.59 |
| 04/17/15 | 04/16/15-Duplicating Charges (Color) Time: 9:30:00 | 202.92 |
| 04/17/15 | 04/16/15-Duplicating Charges (Color) Time: 9:32:00 | 21.66 |
| 04/21/15 | 04/16/15 - Williams Lea - 0000538977-000 Reprographics | 6.35 |
| | **Total Expenses** | **$323.72** |