IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No.: 14-10979 (CSS) |
| CORP., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 5115** |
| | ) | |

### ORDER SHORTENING NOTICE OF HEARING FOR AN ORDER PURSUANT TO RULE 9006-1 OF THE BANKRUPTCY RULES AUTHORIZING THE APPOINTMENT OF LEGAL REPRESENTATIVE

Upon the Motion to Shorten of Charlotte Liberda and Curtis Liberda (the "Liberdas"), by and through its counsel, for an entry of an order, pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the entry of an order shortening notice with respect to the entry of an order shortening notice with respect to its Motion for an Order to Appoint Legal Representative (the "Motion to Appoint") and upon consideration of the Motion to Shorten and all pleadings related thereto; and due and proper notice of this Motion to Shorten have been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Motion to Shorten in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http;://www.efhcaseinfo.com. The debtors are referred to collectively and individually herein as the "Debtors."

this Motion to Shorten is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in the best interest of the above-captioned debtors' and debtors-in-possession's estates, and after due deliberation, and sufficient cause appearing thereof, it is hereby

ORDERED, that the Motion to Shorten is granted in its entirety; and it is further

ORDERED, that the Motion to Appoint is set for a hearing on August 11, 2015, at 9:30 a.m. (prevailing Eastern time); and it is further

ORDERED, that the objection deadline is set for August 4, 2015, at 4:00 pm. (prevailing Eastern Time).

Willington, Delaware
Dated: July 29, 2015

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge