# EXHIBIT 3

**Asbestos Bar Date Notice**

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

# Power Plant Employees and Contractors

**If you or a family member ever worked at a power plant, you could have been exposed to asbestos.**

**To keep your right to compensation if you become ill in the future (or have asbestos-related illness today), you must submit a claim by <u>December 14, 2015, at 5:00 p.m., prevailing Eastern Time</u>**

A bankruptcy has been filed by Energy Future Holding Corp., Ebasco Services, Inc. EECI, Inc. and certain subsidiaries ("EFH"). EFH owned, operated, maintained, or built certain power plants across the United States and in other countries where asbestos was present. Workers at these power plants (and family members and others who came into contact with these workers) may have been exposed to asbestos.

Under the supervision of the Court, EFH is seeking a "clean start" by restructuring its debts. As part of this process, the Court has decided that anyone who has a claim today against EFH for asbestos-related illness or who may develop asbestos-related illness in the future, must submit a claim by <u>**December 14, 2015, at 5:00 p.m., prevailing Eastern Time**</u> to be eligible for compensation now or in the future (the "Asbestos Bar Date")

## Which power plants are included?

Power plants related to EFH in which asbestos exposure may have occurred were located across the United States and in foreign countries. The list of included power plants is provided at the end of this notice.

## How could this affect me?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor or in any other role. You also could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing). You may also file a claim on behalf of a deceased family member.

## What are my options?

If you believe that you or a family member may have been exposed to asbestos at an included plant, submit a claim by <u>**December 14, 2015, at 5:00 p.m., prevailing Eastern Time**</u>. Even if you have not been diagnosed with disease or experienced symptoms, you must make a claim to preserve your right to compensation if you develop asbestos-related illness in the future. You can submit a claim yourself or you can ask a lawyer to help you.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.

If you do not submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** and later develop asbestos-related disease, you will not be eligible for compensation.

This notice explains your options regarding the Court's order related to asbestos claims ("Asbestos Bar Date Order"), how to submit an asbestos claim and the consequences of doing nothing.

## WHAT THIS NOTICE CONTAINS

**BACKGROUND INFORMATION** .................................................................................................. **PAGE 4**
    1. What is this bankruptcy case about?
    2. Why has this notice been issued?
    3. What companies are part of EFH?
    4. Who is this notice being provided to?

**ASBESTOS EXPOSURE** .................................................................................................................. **PAGE 6**
    5. What is asbestos?
    6. What is asbestos exposure?
    7. Which power plants are included?
    8. What is asbestos-related illness?
    9. If I may have been exposed to asbestos and am not ill, why should I submit a claim?
    10. What does the term "Asbestos Claim" include?

**WHO SHOULD SUBMIT AN ASBESTOS CLAIM** .......................................................................... **PAGE 7**
    11. Should I submit an Asbestos Claim?
    12. Why are family members included?
    13. What if I am an EFH employee?
    14. What is the difference between a manifested and an unmanifested claim?
    15. Which claim form should I submit?
    16. What if I am not sure if I should submit a claim?
    17. Will I get money if I submit a claim?
    18. What is the deadline to submit an Asbestos Claim?

**UNMANIFESTED CLAIMS (No Current Illness or Injury)** ............................................................. **PAGE 9**
    19. How do I complete an Unmanifested Claim?
    20. How do I submit an Unmanifested Claim?

**MANIFESTED CLAIMS (For Current Injury)** ................................................................................ **PAGE 9**
    21. What are the requirements for completing a Manifested Claim?
    22. How do I submit a Manifested Claim?
    23. Reservation of Debtors' Rights.

**IF YOU DO NOTHING** ................................................................................................................... **PAGE 11**
    24. What if I do not submit a claim by the deadline?

**GETTING MORE INFORMATION** ................................................................................................. **PAGE 11**
    25. How do I get more information?

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.

## BACKGROUND INFORMATION

### 1. What is this bankruptcy case about?

A bankruptcy has been filed by Energy Future Holding Corp., Ebasco Services, Inc. EECI, Inc. and certain subsidiaries ("EFH"). EFH owned, operated, maintained, or built certain power plants across the United States and in other countries where asbestos was present. Workers at these power plants (and family members and others who came into contact with these workers) may have been exposed to asbestos.

Under the supervision of the Court, EFH is seeking a "clean start" by restructuring its debts. As part of that process, anyone who has a claim today against EFH for asbestos-related illness, or who may develop asbestos-related illness in the future, must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation from EFH now or in the future.

### 2. Why has this notice been issued?

The Court's Asbestos Bar Date Order directed that this notice be issued. The Asbestos Bar Date Order provides that if you were exposed to asbestos from a power plant related to EFH, you must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation either now or in the future. Capitalized terms used that are not otherwise defined in this notice have the meaning as defined in the Asbestos Bar Date Order.

### 3. What companies are part of EFH?

EFH is comprised of the following companies that are included in this bankruptcy.

| | |
|---|---|
| Energy Future Holdings Corp. | EFH CG Holdings Company LP |
| 4Change Energy Company | EFH CG Management Company LLC |
| 4Change Energy Holdings LLC | EFH Corporate Services Company |
| Big Brown 3 Power Company LLC | EFH Finance (No. 2) Holdings Company |
| Big Brown Lignite Company LLC | EFH FS Holdings Company |
| Big Brown Power Company LLC | EFH Renewables Company LLC |
| Brighten Energy LLC | EFIH Finance Inc. |
| Brighten Holdings LLC | Energy Future Competitive Holdings Company LLC |
| Collin Power Company LLC | Energy Future Intermediate Holding Company LLC |
| Dallas Power & Light Company | ENSERCH Corporation |
| Dallas Power & Light Company, Inc. | Enserch Environmental Corporation |
| DeCordova II Power Company LLC | ESICORP, Inc. |
| DeCordova Power Company LLC | Generation Development Company LLC |
| Eagle Mountain Power Company LLC | Generation MT Company LLC |
| Ebasco Constructors, Inc. | Generation SVC Company |
| Ebasco Overseas Corporation | Industrial Generating Company |
| Ebasco Services of Canada Limited | Lake Creek 3 Power Company LLC |
| Ebasco Services, Inc. | Lone Star Energy Company, Inc. |
| Ebasco Trading Corp. | Lone Star Gas Company |
| EEC Holdings, Inc. | Lone Star Pipeline Company, Inc. |
| EECI Holdings, Inc. | LSGT Gas Company LLC |
| EECI, Inc. | LSGT SACROC, Inc. |
| EFH Australia (No. 2) Holdings Company | Luminant Big Brown Mining Company LLC |

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

| | |
|---|---|
| Luminant Energy Company LLC | Texas Utilities Generating Company, Inc. |
| Luminant Energy Trading California Company | Tradinghouse 3 & 4 Power Company LLC |
| Luminant ET Services Company | Tradinghouse Power Company LLC |
| Luminant Generation Company LLC | TXU Big Brown Company LP |
| Luminant Holding Company LLC | TXU Corp. |
| Luminant Mineral Development Company LLC | TXU DeCordova Company LP |
| Luminant Mining Company LLC | TXU Electric Company |
| Luminant Renewables Company LLC | TXU Electric Company, Inc. |
| Martin Lake 4 Power Company LLC | TXU Electric, Inc. |
| Monticello 4 Power Company LLC | TXU Energy Company LLC |
| Morgan Creek 7 Power Company LLC | TXU Energy Receivables Company LLC |
| NCA Development Company LLC | TXU Energy Retail Company LLC |
| NCA Resources Development Company LLC | TXU Energy Services Company |
| Oak Grove Management Company LLC | TXU Energy Solutions Company LLC |
| Oak Grove Mining Company LLC | TXU Gas Company |
| Oak Grove Power Company LLC | TXU Gas Company LP |
| Sandow Power Company LLC | TXU Generation Company |
| Southwestern Electric Service Company, Inc. | TXU Generation Company LP |
| TCEH Finance, Inc. | TXU Handley Company LP |
| Texas Competitive Electric Holdings Company LLC | TXU Mining Company |
| Texas Electric Service Company | TXU Mining Company LLC |
| Texas Electric Service Company, Inc. | TXU Mining Company LP |
| Texas Energy Industries Company, Inc. | TXU Mountain Creek Company LP |
| Texas Energy Industries, Inc. | TXU Receivables Company |
| Texas Power & Light Company | TXU Retail Services Company |
| Texas Power & Light Company, Inc. | TXU SEM Company |
| Texas Utilities Company | TXU Tradinghouse Company LP |
| Texas Utilities Company, Inc. | TXU US Holdings Company |
| Texas Utilities Electric Company | TXU Valley Company LLC |
| Texas Utilities Electric Company, Inc. | Valley NG Power Company LLC |
| Texas Utilities Generating Company | Valley Power Company LLC |

## 4. Who is this notice being provided to?

The following people (if they are known to EFH) are being provided this notice directly.

- Current and former EFH employees who may have worked at an EFH facility.
- People who may have performed work at an EFH facility. This includes people who worked for a vendor, contractor or subcontractor.
- People who may have been present at an EFH facility in any other role.
- People who may have worked for an entity retained by EFH as vendor, contractor or in any other capacity.
- People who may have performed work for an unrelated entity at a site in which EFH also performed work.
- People who have a pending asbestos lawsuit against EFH.
- People who have a pending asbestos lawsuit against a party other than EFH and EFH has agreed to indemnify or compensate that party for loss or damage.
- Anyone who requests a copy of this notice.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

## ASBESTOS EXPOSURE

### 5. What is asbestos?

Asbestos is a fiber that was used as insulation in walls, wires, pipes, boilers and generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes. Workers responsible for building and maintaining power plants and equipment also wore insulated clothing or gear that may have contained asbestos. Virtually all power plants built before 1980 used or contained asbestos-containing products.

### 6. What is asbestos exposure?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role. You also could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing).

### 7. Which power plants are included?

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role. The included power plants were located across the United States and in some foreign countries. A list of the included power plants is provided at the end of this notice.

### 8. What is asbestos-related illness?

Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis. Even if your exposure to asbestos was many years ago and you are not sick today, this notice could affect you. Asbestos-related illness can occur 50 years or later after the exposure to asbestos.

### 9. If I may have been exposed to asbestos and am not ill, why should I submit a claim?

Under applicable law, you have a claim for asbestos exposure at the time you are exposed, not at the time when you become sick, which could be many years later. As a result, if you believe you have been exposed to asbestos by EFH at an included power plant before April 29, 2014, you must file a claim now. To be eligible for compensation related to exposure to asbestos, you must file a claim whether or not an injury or disease has been diagnosed and whether or not you have a claim under state law.

### 10. What does the term "Asbestos Claim" include?

"Asbestos Claim" means any claim for:
- exposure to asbestos
- personal injury related to exposure to asbestos, or

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

- wrongful death related to exposure to asbestos.

Asbestos Claims may include claims for any relief of any kind whatsoever, including claims for damages or payment as well as non-monetary claims.

Asbestos Claims include claims that:

- Have been settled or are in the process of being settled but are unpaid.
- Are based on a judgment or verdict but are unpaid.

## WHO SHOULD SUBMIT AN ASBESTOS CLAIM

### 11. Should I submit an Asbestos Claim?

Anyone who has a claim today against EFH for asbestos-related illness or who may develop asbestos-related illness in the future, must submit a claim by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** to be eligible for compensation from EFH now or in the future.

You could have been exposed to asbestos if you or a family member worked at any of the included power plants as an employee, a contractor, or in any other role.

### 12. Why are family members included?

Family members are included because you could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on your spouse or parent's clothing). You may also file a claim on behalf of a deceased family member.

### 13. What if I am an EFH employee?

A current EFH employee must submit a claim by the Asbestos Bar Date for any claim related to possible exposure to asbestos before April 29, 2014. This includes an Asbestos Claim that has not developed a current illness or injury, and whether or not such Asbestos Claim is valid or could be made under non-bankruptcy law.

### 14. What is the difference between a manifested and an unmanifested claim?

As part of this bankruptcy, there are two types of Asbestos Claims: manifested and unmanifested.

**Manifested Claim.** If you have any sign of illness today which you believe is related to asbestos exposure, you have what is called a "manifested claim." Anyone who has a manifested claim related to EFH should complete an Official Form 10. The manifested claim process can be complex and you are encouraged to ask a lawyer to help you, although you can submit an Official Form 10 without an attorney.

If you have already brought a claim against EFH relating to asbestos exposure, you still have to complete and submit an Official Form 10.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

**Unmanifested Claim.** The other type of asbestos exposure claim is for an "unmanifested" asbestos injury or illness. This means:

(1) you may have been exposed to asbestos from any of the power plants included in this bankruptcy; and

(2) you do not have any sign of illness related to asbestos exposure today.

The unmanifested claim process is simple and filling out a form should only take a few minutes. You do not need an attorney to fill out and file an Unmanifested Asbestos Injury Claim Form (though you may hire one if you choose).

Both Official Form 10 and the Unmanifested Asbestos Injury Claim Form are included with this notice and available at the website.

### 15. Which claim form should I submit?

If you have a Manifested Claim, you should submit an Official Form 10. If you have an Unmanifested Claim, you should submit the Unmanifested Asbestos Injury Claim Form.

Both Official Form 10 and the Unmanifested Asbestos Injury Claim Form are included with this notice and available at the website.

### 16. What if I am not sure if I should submit a claim?

If you are not sure if you should submit a claim, it is a good idea to make a claim to keep your right to compensation now or in the future. Certain groups of people may not need to file a claim. You can review the Asbestos Bar Date Order for a list of people who do not. It is unusual to not need to file a claim. If you have any doubt, it is a good idea to file one.

You may want to talk with your lawyer about whether to submit a claim and about any questions you have that are not covered by this notice.

### 17. Will I get money if I submit a claim?

Receiving this notice does not mean that you were exposed to asbestos or that you are eligible to receive money now. If you are not ill today, submitting a claim keeps your right to receive compensation if you become ill in the future.

### 18. What is the deadline to submit an Asbestos Claim?

Your Asbestos Claim must be received by **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** in order to be eligible for compensation now or in the future. This deadline is also called the Asbestos Bar Date.

## UNMANIFESTED CLAIMS (NO CURRENT ILLNESS OR INJURY)

### 19. How do I complete an Unmanifested Claim?

If you are not ill today, use the Unmanifested Asbestos Injury Claim Form which is included with this notice and available at the website. Completing the Unmanifested Asbestos Injury Claim Form should take about five minutes. In addition to basic contact information (name, address), the claim form asks how and where you may have been exposed to asbestos related to EFH to the extent you know.

### 20. How do I submit an Unmanifested Claim?

You may submit an Unmanifested Claim online at www.EFHAsbestosClaims.com. If you want to use the paper Unmanifested Asbestos Injury Claim Form, you may submit the form in any of the following ways:

    **If by Fax:**   1-844-747-5727

    **If by Email:**   info@EFHAsbestosClaims.com

    **If by First-Class Mail:**

        Energy Future Holdings Corp. Claims Processing Center
        c/o Epiq Bankruptcy Solutions, LLC
        P.O. Box 4420
        Beaverton, OR 97076-4420

    **If by Hand Delivery or Overnight Mail:**

        Energy Future Holdings Corp. Claims Processing Center
        c/o Epiq Bankruptcy Solutions, LLC
        10300 SW Allen Blvd
        Beaverton, OR 97005

## MANIFESTED CLAIMS (FOR CURRENT INJURY)

### 21. What are the requirements for completing a Manifested Claim?

To submit a Manifested Claim (if you have any sign of illness today), use Official Form 10 which is included with this notice and available at the website.

To be considered, your Manifested Claim must satisfy all of the following requirements.

(a)   *Language.* The claim must be written in English.

(b)   *Claim Amount.* The claim must include an amount in United States dollars.

(c)   *Signature.* The claim must be signed by the claimant or by an authorized agent or legal representative of the claimant. If signed on behalf of the claimant, proof of representation must be provided with the claim.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

(d) *Original Signature Required.* Only an *original* claim may be deemed acceptable for purposes of claims administration.

(e) *Identification of the Debtor Entity.* Each claim must clearly identify the Debtor against which a claim is asserted, including the individual Debtor's case number. In case of inconsistency between the name of the identified Debtor and the Debtor's case number, the claim will be filed against the Debtor identified by name. A claim filed under the joint administration case number (No. 14-10979 (CSS)) or otherwise without identifying a specific Debtor, will be deemed as filed only against EECI, Inc.

(f) *Claim Against Multiple Debtor Entities.* Each claim must state a claim against *only one* Debtor and clearly indicate the Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, such claim may be treated as if filed only against EECI, Inc.

(g) *Special Provision for Identification of Debtor Entity for Asbestos Claims.* An Asbestos Claim will be allowed even if the claim was filed against the incorrect Debtor and will be treated as properly filed against each Debtor or Debtors which owned, operated, built or maintained an identified facility; *provided, however*, that the Debtors reserve the right to make other objections with respect to the claim, including reclassifying the Debtor(s) subject to the claim.

(h) *Certification.* Any lawyer or other person who acts as filing agent for a proof of claim on behalf of anyone holding an Asbestos Claim must certify, under penalty of perjury, that such agent has received certification from the claimant as of the date of filing of the claim that the information contained in the claim is true, accurate, and complete.

(i) *Supporting Documentation.* Each claim must include supporting documentation in compliance with Bankruptcy Rules 3001(c) and 3001(d). If this documentation is voluminous, upon prior written consent of Debtors' counsel, the claim may include a summary of the documentation or an explanation of why the documentation is not available; *provided, however*, that any claimant who received such written consent will be required to transmit the summary to Debtors' counsel upon request no later than ten days from the date of the request.

(j) *Receipt of Service.* Claimants wishing to receive acknowledgment that their proofs of claim were received by the claims administrator (Epiq Bankruptcy Solutions, LLC, or "Epiq") must submit (i) a copy of the claim form (clearly marked on its face as "COPY") and (ii) a self-addressed, stamped envelope (in addition to the original claim form sent to Epiq).

### 22. How do I submit a Manifested Claim?

Each Manifested Claim must be filed, including supporting documentation, by U.S. Mail or other hand delivery system, so it is received by the claims administrator on or before **December 14, 2015, at 5:00 p.m., prevailing Eastern Time** at one of the following addresses:

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**

If by <u>First-Class Mail</u>:

>Energy Future Holdings Corp. Claims Processing Center
>c/o Epiq Bankruptcy Solutions, LLC
>P.O. Box 4420
>Beaverton, OR 97076-4420

If by <u>Hand Delivery</u> or <u>Overnight Mail</u>:

>Energy Future Holdings Corp. Claims Processing Center
>c/o Epiq Bankruptcy Solutions, LLC
>10300 SW Allen Blvd
>Beaverton, OR 97005

Any Manifested Claim submitted by fax or email will <u>not</u> be considered.

If you are not sure if you should submit a claim, it is a good idea to make a claim to preserve your right to compensation now or in the future. You may want to talk with your lawyer about whether to submit a claim and about any questions you have that are not covered by this notice.

### 23. Reservation of Debtors' Rights.

Nothing contained in this Notice is intended to or should be taken as the Debtors' giving up their right to: (a) defend against, any filed claim or any claim listed or reflected in the Schedules related to the nature, amount, liability, or claim classification thereof; (b) subsequently designate any scheduled claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

## IF YOU DO NOTHING

### 24. What if I do not submit a claim by the deadline?

If you do not file a claim now, you will lose your right to bring an asbestos injury claim against the Debtors and receive money, even if you develop an asbestos-related illness in the future. This means you will not be able to have a say in the voting and share in money provided for asbestos claimants under any bankruptcy plan of reorganization in EFH's bankruptcy cases.

## GETTING MORE INFORMATION

### 25. How do I get more information?

Visit http://www.EFHCaseInfo.com to view the Debtors' Schedules, the Asbestos Bar Date Order, and other information regarding these bankruptcy cases.

If you have questions, call 1-877-276-7311 or send an email to info@EFHAsbestosClaims.com. You may also send a letter to: Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, P.O. Box 4420, Beaverton, OR 97076-4420.

**Questions? Call 1-877-276-7311 or visit www.EFHAsbestosClaims.com**