**EXHIBIT 5**

**Informational Release**

**Energy Future Holdings Corp. Bankruptcy Establishes Deadline for Filing Claims Related to Current or Future Asbestos Injury**

**Wilmington, Delaware, July 30, 2015**/ PR Newswire/ --- Energy Future Holdings Corp., Ebasco Services, Inc., EECI, Inc. and certain subsidiaries ("EFH") owned, operated, maintained, or built certain power plants across the United States and in other countries where asbestos was present. Workers at these power plants (and family members and others who came into contact with these workers) may have been exposed to asbestos.

Anyone who has a claim today against EFH for asbestos-related illness or who may develop an asbestos-related illness in the future, must submit a claim by **December 14, 2015** to be eligible for compensation now or in the future.

Asbestos is a fiber which was used as insulation in walls, wires, pipes, boilers, generators, steam traps, pumps, valves, electrical boards, gaskets, packing material, turbines, compressors, cement and cement pipes. Workers responsible for building and maintaining power plants and equipment also wore insulated clothing or gear that may have contained asbestos. Virtually all power plants built before 1980 used or contained asbestos-containing products.

Asbestos-related illnesses can be very serious or fatal and include diseases such as mesothelioma, lung cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer and asbestosis. Even if an individual's exposure to asbestos was many years ago and they are not sick today, this notice could affect them. Asbestos-related illness can occur decades and even 50 years after the exposure to asbestos that caused the illness.

Workers or a family member could have been exposed at any of the power plants related to EFH. These power plants were located across the United States and some in foreign countries. For a list of the included power plants, visit the website below or call 1-877-276-7311.

Individuals could have been exposed to asbestos if they or a family member worked at any of the included power plants as an employee, a contractor, or in any other role. Individuals also could have been exposed by coming in contact with another person who worked at a power plant (for example, if asbestos was brought home on a spouse or parent's clothing). Claims may also be filed on behalf of a deceased family member.

For anyone who may have been exposed to asbestos at an included plant, the deadline to submit a claim is **December 14, 2015 at 5:00 P.M. Eastern.** Claims can be filed online at www.EFHAsbestosClaims.com. Paper claim forms can be downloaded from the website or requested by calling 1-877-276-7311. If an individual is not ill today, completing a claim form takes about five minutes.

Those who do not submit a claim and later develop asbestos-related disease will not be eligible for compensation from EFH. Even workers who have not been diagnosed with disease or have not experienced symptoms must file a claim to preserve their right to compensation if they develop an asbestos-related illness in the future.

# # #

/CONTACT: Press Only: TBD
/URL: www.EFHAsbestosClaims.com
/SOURCE: United States Bankruptcy Court for the District of Delaware