IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Energy Future Holdings Corp., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 4776** |

**SUPPLEMENT TO THIRD INTERIM APPLICATION OF POLSINELLI PC AS DELAWARE COUNSEL AND CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2015 THROUGH APRIL 30, 2015**

Polsinelli PC ("**Polsinelli**"), as Delaware counsel and conflicts counsel for the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**"), and their direct and indirect subsidiaries, and EFH Corporate Services Company, hereby supplements its *Third Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2015 through April 30, 2015* [Docket No. 4776] (the "**Application**") as requested by the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

In response to the U.S. Trustee's request for additional information, attached is the following exhibit:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

50855504.1

- **EXHIBIT A** - Polsinelli's budgets and staffing plans for the period January 1, 2015 through April 30, 2015 (the "**Fee Period**"), which are submitted in order to comply with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013.*

Dated: Wilmington, Delaware
July 30, 2015

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
        brettmiller@mofo.com
        lmarinuzzi@mofo.com

-and-

/s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
        jedelson@polsinelli.com
        skatona@polsinelli.com

*Attorneys for the Official Committee of TCEH Unsecured Creditors*

50855504.1

# **<u>EXHIBIT A</u>**

*In re Energy Futures Holdings, Corp., et al.*, Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – January 2015**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | 5 | $2,375 |
| B110 | Case Administration | 25 | $11,875 |
| B120 | Asset Analysis & Recovery | 5 | $2,375 |
| B130 | Asset Disposition | 30 | $14,250 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | $2,375 |
| B150 | Meetings of & Communications with Creditors or Committee | 25 | $11,875 |
| B160 | Employment / Fee Applications | 25 | $11,875 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Avoidance Action Analysis | 20 | $9,500 |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,375 |
| B190 | Other Contested Matters | 15 | $7,125 |
| B195 | Non-Working Travel | 10 | $2,375 |
| B200 | Operations | - | - |
| B210 | Business Operations | 10 | $4,750 |
| B220 | Employee Benefits / Pensions | 5 | $2,375 |
| B230 | Financing & Cash Collateral | 10 | $4,750 |
| B240 | Tax Issues | 15 | $7,125 |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | 15 | $7,125 |
| B300 | Claims & Plan | 5 | $2,375 |
| B310 | Claims Administration & Objections | 15 | $7,125 |
| B320 | Plan & Disclosure Statement | 15 | $7,125 |
| B400 | Bankruptcy-Related Advice | 50 | $23,750 |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | 5 | $2,375 |
| **Totals:** | | 315 | $147,250.00 |

49469879.1

*In re Energy Futures Holdings, Corp., et al.*, Case No. 14-10979 (CSS)
Polsinelli PC - Budget – January 2015

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Shareholder | 5 | $650.00 |
| Senior Partner | 1 | $700.00 |
| Associate | 4 | $410.00 |
| Paralegal | 2 | $265.00 |
| Litigation Serv | 1 | $175.00 |

2

49469879.1

*In re Energy Futures Holdings, Corp., et al.*, Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – February 2015**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | 5 | $2,375 |
| B110 | Case Administration | 25 | $11,875 |
| B120 | Asset Analysis & Recovery | 5 | $2,375 |
| B130 | Asset Disposition | 15 | $7,125 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | $2,375 |
| B150 | Meetings of & Communications with Creditors or Committee | 25 | $11,875 |
| B160 | Employment / Fee Applications | 40 | $19,000 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Avoidance Action Analysis | 20 | $9,500 |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,375 |
| B190 | Other Contested Matters | 15 | $7,125 |
| B195 | Non-Working Travel | 10 | $2,375 |
| B200 | Operations | - | - |
| B210 | Business Operations | 10 | $4,750 |
| B220 | Employee Benefits / Pensions | 5 | $2,375 |
| B230 | Financing & Cash Collateral | 10 | $4,750 |
| B240 | Tax Issues | 15 | $7,125 |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | 15 | $7,125 |
| B300 | Claims & Plan | 5 | $2,375 |
| B310 | Claims Administration & Objections | 15 | $7,125 |
| B320 | Plan & Disclosure Statement | 15 | $7,125 |
| B400 | Bankruptcy-Related Advice | 50 | $23,750 |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | 5 | $2,375 |
| **Totals:** | | 315 | $147,250.00 |

49655474.1

*In re Energy Futures Holdings, Corp., et al.,* Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – February 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Shareholder | 5 | $650.00 |
| Senior Partner | 1 | $700.00 |
| Associate | 4 | $410.00 |
| Paralegal | 2 | $265.00 |
| Litigation Serv | 1 | $175.00 |

2

49655474.1

*In re Energy Futures Holdings, Corp., et al.,* Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – March 2015**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | - | - |
| B110 | Case Administration | 25 | $11,875 |
| B120 | Asset Analysis & Recovery | 5 | $2,375 |
| B130 | Asset Disposition | 15 | $7,125 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | $2,375 |
| B150 | Meetings of & Communications with Creditors or Committee | 25 | $11,875 |
| B160 | Employment / Fee Applications | 40 | $19,000 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Avoidance Action Analysis | 40 | $19,000 |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,375 |
| B190 | Other Contested Matters | 20 | $9,500 |
| B195 | Non-Working Travel | 10 | $2,375 |
| B200 | Operations | - | - |
| B210 | Business Operations | 10 | $4,750 |
| B220 | Employee Benefits / Pensions | 5 | $2,375 |
| B230 | Financing & Cash Collateral | 10 | $4,750 |
| B240 | Tax Issues | 15 | $7,125 |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | 15 | $7,125 |
| B300 | Claims & Plan | 5 | $2,375 |
| B310 | Claims Administration & Objections | 15 | $7,125 |
| B320 | Plan & Disclosure Statement | 15 | $7,125 |
| B400 | Bankruptcy-Related Advice | 50 | $23,750 |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | 5 | $2,375 |
| **Total:** | | 335 | $156,750.00 |

49826583.1

*In re Energy Futures Holdings, Corp., et al.*, Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – March 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Shareholder | 5 | $650.00 |
| Senior Partner | 1 | $700.00 |
| Associate | 4 | $410.00 |
| Paralegal | 2 | $265.00 |
| Litigation Serv | 1 | $175.00 |

2

49826583.1

*In re Energy Futures Holdings, Corp., et al.*, Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – April 2015**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | - | - |
| B110 | Case Administration | 25 | $11,875 |
| B120 | Asset Analysis & Recovery | 5 | $2,375 |
| B130 | Asset Disposition | 30 | $14,250 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | $2,375 |
| B150 | Meetings of & Communications with Creditors or Committee | 25 | $11,875 |
| B160 | Employment / Fee Applications | 40 | $19,000 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Avoidance Action Analysis | 120 | $57,000 |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,375 |
| B190 | Other Contested Matters | 20 | $9,500 |
| B195 | Non-Working Travel | 10 | $2,375 |
| B200 | Operations | - | - |
| B210 | Business Operations | 10 | $4,750 |
| B220 | Employee Benefits / Pensions | 5 | $2,375 |
| B230 | Financing & Cash Collateral | 10 | $4,750 |
| B240 | Tax Issues | 15 | $7,125 |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | 15 | $7,125 |
| B300 | Claims & Plan | 5 | $2,375 |
| B310 | Claims Administration & Objections | 15 | $7,125 |
| B320 | Plan & Disclosure Statement | 40 | $19,000 |
| B400 | Bankruptcy-Related Advice | 50 | $23,750 |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | 5 | $2,375 |
| **Total:** | | **455** | **$213,750** |

50120740.1

*In re Energy Futures Holdings, Corp., et al.*, Case No. 14-10979 (CSS)
Polsinelli PC - Budget – April 2015

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Shareholder | 5 | $650.00 |
| Senior Partner | 1 | $700.00 |
| Associate | 4 | $410.00 |
| Paralegal | 2 | $265.00 |
| Litigation Serv | 1 | $175.00 |

2

50120740.1