# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| ENERGY FUTURE ) | |
| HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| *Debtors.* ) | (Jointly Administered) |
| ) | **Related to D.I. 5122** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )

I, Susan L. Williams, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on July 28, 2015, I caused a copy of the *Notice of Intent to Participate in Discovery Related to Confirmation Proceedings* [Docket No. 5122] to be served via Electronic Mail on the parties on the service list attached hereto.

*[signature]*
Susan L. Williams, Legal Secretary
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 30th day of July, 2015

*[signature]*
NOTARY PUBLIC

Pauline Z. Ratkowiak
Notary Public State of Delaware
My Commission Expires 12/18/2018

52881/0001-12105596v1

**Office of the United States Trustee**

Richard L. Schepacarter, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King St., Ste. 2207 - Lockbox #35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

Andrea B. Schwartz, Esquire
Office of the United States Trustee
Southern District of New York
201 Varick Street, Room 1006
New York, NY 10014
andrea.schwartz@usdoj.gov

**Debtors**

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

James H.M. Sprayregen, P.C., Esquire
Chad J. Husnick, Esquire
Andrew R. McGaan, Esquire
William T. Pruitt, Esquire
Michael B. Slade, Esquire
Richard U.S. Howell, Esquire
Steven N. Serajeddini, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
chad.husnick@kirkland.com
andrew.mcgaan@kirkland.com
william.pruitt@kirkland.com
michael.slade@kirkland.com
richard.howell@kirkland.com
steven.serajeddini@kirkland.com

Bridget O'Connor, Esquire
KIRKLAND & ELLIS LLP
655 15th St. NW
Washington, DC 20005
boconnor@kirkland.com

Richard M. Cieri, Esquire
Edward O. Sassower, P.C., Esquire
Brian Schartz, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
richard.cieri@kirkland.com
esassower@kirkland.com
bschartz@kirkland.com

Mark E. McKane, Esquire
Michael Esser, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
mark.mckane@kirkland.com
michael.esser@kirkland.com

**Ad Hoc Group of TCEH First Lien Lenders**

Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
YOUNG, CONAWAY,
STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
pmorgan@ycst.com
jwaite@ycst.com
rbartley@ycst.com
amagaziner@ycst.com

Alan W. Kornberg, Esquire
Kelley A. Cornish, Esquire
Andrew J. Ehrlich, Esquire
Adam J. Bernstein, Esquire
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
akornberg@paulweiss.com
kcornish@paulweiss.com
aehrlich@paulweiss.com
abernstein@paulweiss.com

**Wilmington Trust, N.A., as TCEH First Lien collateral agent and first lien administrative agent**

John R. Ashmead, Esquire
Mark D. Kotwick, Esquire
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
kotwick@sewkis.com

Michael D. DeBaecke, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
debaecke@blankrome.com

**Certain funds and accounts advised or sub-advised by Fidelity Management & Research Company**

Michael J. Joyce, Esquire
CROSS & SIMON, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801
mjoyce@crosslaw.com

Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
FRIED, FRANK, HARRIS,
SCHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
brad.eric.scheler@friedfrank.com
gary.kaplan@friedfrank.com
matthew.roose@friedfrank.com

**Ad Hoc Group of EFH Legacy Noteholders**

Garvan F. McDaniel, Esquire
HOGAN MCDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Daniel A. Fliman, Esquire
KASOWITZ, BENSON,
TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
drosner@kasowitz.com
aglenn@kasowitz.com
dfliman@kasowitz.com

**Texas Energy Future Holdings Limited Partnership, as EFH Corp.'s equity holder**

Derek C. Abbott, Esquire
Erin R. Fay, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@mnat.com
efay@mnat.com

Richard G. Mason, Esquire
John F. Lynch, Esquire
Emil A. Kleinhaus, Esquire
Angela K. Herring, Esquire
WACHTELL, LIPTON, ROPSEN & KATZ
51 West 52nd Street
New York, NY 10019
rgmason@wlrk.com
jlynch@wlrk.com
eakleinhaus@wlrk.com
akherring@wlrk.com

**American Stock Transfer & Trust Company, LLC, as indenture trustee for the EFH notes**

Christopher P. Simon, Esquire
CROSS & SIMON, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com

Amanda D. Darwin, Esquire
Richard C. Pedone, Esquire
Erik Schneider, Esquire
Morgan Nighan, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02100
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com
mnighan@nixonpeabody.com

Christopher J. Fong, Esquire
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
cfong@nixonpeabody.com

**Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the EFIH second lien notes**

Laura Davis Jones, Esquire
Robert J. Feinstein, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
rfeinstein@pszjlaw.com

Thomas Moers Mayer, Esquire
Gregory A. Horowitz, Esquire
Joshua K. Brody, Esquire
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
ghorowitz@kramerlevin.com
jbrody@kramerlevin.com

Stephanie Wickouski, Esquire
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104-3300
stephanie.wickouski@bryancave.com

**Ad Hoc Group of EFIH "PIK" noteholders**

Mark D. Olivere, Esquire
Ann M. Kashishian, Esquire
CHIPMAN BROWN
CICERO & COLE, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
olivere@ccbllp.com
kashishian@ccbllp.com

Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Meredith A. Lahaie, Esquire
AKIN GUMP STRAUSS
HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
idizengoff@akingump.com
aqureshi@akingump.com
sbaldini@akingump.com
mlahaie@akingump.com

Scott L. Alberino, Esquire
AKIN GUMP STRAUSS
HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, DC 20036-1564
salberino@akingump.com

**UMB Bank, as indenture trustee for the EFIH unsecured notes**

Raymond H. Lemisch, Esquire
KLEHR HARRISON
HARVEY BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
rlemisch@klehr.com

Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
hkaplan@foley.com
mhebbeln@foley.com
lapeterson@foley.com

Erika Morabito, Esquire
Brittany Nelson, Esquire
FOLEY & LARDNER LLP
3000 K Street N.W., Suite 600
Washington, DC 20007-5109
emorabito@foley.com
bnelson@foley.com

**The TCEH Creditors' Committee**

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Jarrett Vine, Esquire
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com
jvine@polsinelli.com

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd M. Goren, Esquire
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
jpeck@mofo.com
brettmiller@mofo.com
lmarinuzzi@mofo.com
tgoren@mofo.com

**The EFH Creditors' Committee**

Natalie D. Ramsey, Esquire
Davis Lee Wright, Esquire
Mark A. Fink, Esquire
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
nramsey@mmwr.com
dwright@mmwr.com
mfink@mmwr.com

Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Michael H. Torkin, Esquire
Alexa J. Kranzley, Esquire
SULLIVAN & CROMWELL LLLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
torkinm@sullcrom.com
kranzleya@sullcrom.com

**WSFS, FSB, as the indenture trustee
for the TCEH second lien notes, and the
ad hoc consortium of TCEH second lien noteholders**

William P. Bowden, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
wbowden@ashby-geddes.com

Edward S. Weisfelner, Esquire
BROWN RUDNICK LLP
Seven Time Square
New York, NY 10036
eweisfelner@brownrudnick.com

**Law Debenture Trust Company of New York,
as the Indenture Trustee for the TCEH unsecured notes**

Stephen M. Miller, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
smiller@morrisjames.com

Daniel A. Lowenthal, Esquire
Brian P. Guiney, Esquire
Craig W. Dent, Esquire
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
dalowenthal@pbwt.com
bguiney@pbwt.com
cdent@pbwt.com

Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
cshore@whitecase.com
gstarner@whitecase.com

**Delaware Trust Company (f/k/a CSC Trust Company
of Delaware), as successor indenture trustee for the
11.5% senior secured TCEH first lien notes**

Neil B. Glassman, Esquire
GianClaudio Finizio, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
nglassman@bayardlaw.com
gfinizio@bayardlaw.com

Daniel Zazove, Esquire
Tina Moss, Esquire
PERKINS COIE
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0085
dzazove@perkinscoie.com
tmoss@perkinscoie.com

**Pacific Investment Management Co., LLC, as investment manager for certain holders of certain EFIH First Lien Notes**

Jamie L. Edmonson, Esquire
VENABLE LLP
1201 North Market Street
Suite 1400
Wilmington, DE 19801
jledmonson@Venable.com

Jeffrey S. Sabin, Esquire
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
Twenty-Fifth Floor
New York, NY 10020
jssabin@Venable.com

Julia Frost-Davies, Esquire
Patrick Strawbridge, Esquire
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
julia.frost-davies@morganlewis.com
patrick.strawbridge@morganlewis.com

**Ad Hoc Group of TCEH Unsecured Noteholders**

Jeffrey M. Schlerf, Esquire
L. John Bird, Esquire
919 North Market St., Suite 300
Wilmington, DE 19801
jschlerf@foxrothschild.com
lbird@foxrothschild.com

J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
cshore@whitecase.com
gstarner@whitecase.com

Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com

---

\*   See Order (A) Scheduling Certain Hearing Dates And Deadlines, (B) Establishing Certain Protocols In Connection With The Confirmation of Debtors' Plan Of Reorganization, And (C) Revising Certain Dates In The Disclosure Statement Scheduling Order [D.I. 4916].