**Exhibit E**
**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the Second Interim Application | Fees Billed In this Application at Second Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Liggins, Demetra | Partner | Bankruptcy and Restructuring | TX: 2000 NY: 2008 | $24,097.50 | 40.5 | 1 | $595 | $560 | $22,680.00 |
| Mayfield, Jeremiah | Partner | Corporate and Securities | TX: 2005 | $109.00 | 0.2 | 1 | $545 | n/a | n/a |
| McNulty, Mary | Partner | Tax | TX: 1989 | $139,732.50 | 180.3 | 1 | $775 | $725 | $130,717.50 |
| Mureiko, William | Partner | Tax | TX: 1989 | $981.50 | 1.3 | 1 | $755 | n/a | n/a |
| Parker, Emily A | Partner | Tax | TX: 1973 | $4,278.50 | 4.3 | 1 | $995 | $930 | $3,999.00 |
| Wheat, R. David | Partner | Tax | TX: 1988 LA: 1988 | $146,818.75 | 179 | 1 | $820 | $805 | $144,095.00 |
| Allred, Nancy | Associate | Tax | TX: 2011 | $6,764.00 | 15.2 | 1 | $445 | n/a | n/a |
| Bloom, Brandon | Associate | Tax | TX: 2006 | $60,210.00 | 111.5 | 1 | $540 | $515 | $57,422.50 |
| Chase, Thaddeus | Associate | Corporate and Securities | TX: 2013 | $11,507.00 | 31.1 | 1 | $370 | $315 | $9,796.50 |
| James, Megan | Associate | Tax | TX: 2014 | $22,671.00 | 68.7 | 1 | $330 | $280 | $19,236.00 |
| Levitt, Steven | Associate | Bankruptcy and Restructuring | TX: 2014 | $10,758.00 | 32.6 | 1 | $330 | $280 | $9,128.00 |
| Meyercord, Leonora | Associate | Tax | TX: 2010 | $121,632.00 | 253.4 | 1 | $480 | $430 | $108,962.00 |
| Nylin, Meghan | Associate | Trial | TX: 2009 | $5,040.00 | 10.5 | 1 | $480 | $430 | $4,515.00 |
| Semands, Emily | Associate | Corporate and Securities | TX: 2014 | $1,254.00 | 3.8 | 1 | $330 | n/a | n/a |
| Wootton, Andrew | Associate | Tax | TX: 2010 | $2,784.00 | 5.8 | 1 | $480 | $430 | $2,494.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the Second Interim Application | Fees Billed In this Application at Second Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| LeMire, Caroline | Paralegal | Bankruptcy and Restructuring | n/a | $12,418.50 | 48.7 | 1 | $255 | $240 | $11,688.00 |
| Parker, Nashira | Case Clerk | Bankruptcy and Restructuring | n/a | $868.00 | 6.2 | 1 | $140 | n/a | n/a |