**Exhibit F**
**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Standard Copies ($0.10/page) | In-House | $502.50 |
| Color Copies ($1.00/page) | In-House | $408.00 |
| Reprographics | In-House | $161.80 |
| Electronic Research | PACER | $43.90 |
| Electronic Research | LEXIS | $132.41 |
| Airfare | American and Virgin Airlines | $4,491.60 |
| Hotel | DoubleTree Hotel and The Plaza | $1,544.76 |
| Hotel Internet Charges, plus tax | The Plaza | $16.28 |
| Car/Rental | Travel from Airport to Hotel | $114.89 |
| Airport Parking | Freedom Park, DFW and Love Field Airport Parking | $111.29 |
| Travel Meals | Various | $29.51 |
| Taxi | Local Taxi Service | $67.40 |
| Third Party Consultant Fee | Interest & Penalty Advisors, LLC | $1,566.50 |
| | **Total:** | **$9,190.84** |