### Exhibit G
### Summary of Fees and Expenses by Matter for the Fee Period

| Matter Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| Matter No. | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
| | | Budget | Billed | Budget | Billed | | |
| 7 | Corporate Tax | 10 | 23.9 | $4,450.00 | $11,462.00 | $0.00 | $11,462.00 |
| 21 | 2003-2006 Tax Years | 35 | 68.3 | $27,815.00 | $53,878.50 | $1,969.22 | $55,847.72 |
| 26 | Document Retention | 60 | 41.6 | $23,977.00 | $16,547.00 | $0.00 | $16,547.00 |
| 27 | Debt Restructuring Advice | 1181 | 859.3 | $679,690.00 | $490,036.75 | $7,221.62 | $497,258.37 |
| | **Totals** | **1286** | **993.1** | **$735,932.00** | **$571,924.25** | **$9,190.84** | **$581,115.09** |

| Task Summary | | | |
|---|---|---|---|
| Task Code | Project Category Description | Hours | Total Fees |
| B110 | Case Administration | 5.9 | $2,503.50 |
| B160 | Fee/Employment Applications | 51.8 | $23,031.00 |
| B161 | Budget/Staffing Plan | 24.9 | $15,356.00 |
| B162 | Fee Applications | 38 | $14,332.50 |
| B195 | Non-Working Travel | 10.5 | $4,436.25 |
| B210 | Business Operations | 41.6 | $16,547.00 |
| B240 | Tax Issues | 820.4 | $495,718.00 |
| **Totals** | | **993.1** | **$571,924.25** |