**Exhibit I**

**Detailed Description of Expenses and Disbursements**

## AIRFARE

| Professional | Travel Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 01/20/2015-01/21/2015 | $1,749.70 | American Airlines economy roundtrip flight between Dallas and New York |
| David Wheat | 03/11/2015-03/12/2015 | $1,664.45 | Economy flight between Dallas and New York |
| David Wheat | 04/13/2015-04/15/2015 | $1,077.45 | Virgin Airlines economy roundtrip flight between Dallas and New York |
| | **TOTAL:** | **$4,491.60** | |

## LODGING

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 01/20/2015 | $128.57 | DoubleTree Hotel, NY |
| David Wheat | 03/11/2015 | $433.81 | The Plaza (1 night at $375/night, plus state and local taxes taxes) |
| David Wheat | 04/13/2015-04/14/2015 | $982.38 | The Plaza (2 nights at $425/night, plus state and local taxes taxes) |
| | **TOTAL:** | **$1,544.76** | |

## MEALS

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 01/20/2015 | $4.73 | Lunch |
| David Wheat | 01/20/2015 | $11.37 | Dinner |
| David Wheat | 04/14/2015 | $10.00 | Lunch |
| David Wheat | 04/15/2015 | $3.41 | Snack |
| | **TOTAL:** | **$29.51** | |

## TRANSPORTATION: CARS/PARKING

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 01/20/2015-01/21/2015 | $57.29 | Parking with Freedom Park (two days at $24.00/day, plus taxes and fees) |
| David Wheat | 01/20/2015 | $114.89 | Car from airport to DoubleTree Hotel, NY |
| David Wheat | 01/21/2015 | $3.00 | DFW Airport Fee |
| David Wheat | 03/11/2015 | $56.10 | Local taxi in Dallas to airport |
| David Wheat | 04/13/2015-04/15/2015 | $51.00 | Parking at Love Field |
| David Wheat | 04/14/2015 | $11.30 | Local taxi in New York for meeting |
| | **TOTAL:** | **$293.58** | |

**THIRD PARTY CONSULTANT**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| Interest & Penalty Advisors, LLC | 2/28/2014 | $1,566.50 | Third party tax consultant - TXU Form 2285 NOL Carryback |
| | **TOTAL:** | **$1,566.50** | |



TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change. Travelers are responsible for verifying all fees charged by individual carriers.
**Please visit the operating carrier's website for applicable fees.**

| Travel Summary | Agency Record Locator: BMEYHF | | | | |
| --- | --- | --- | --- | --- | --- |
| **Traveler** | | | | | |
| WHEAT/REGINALD DAVID JR | | | | | |
| Reference number by traveler: 508551.000027.02012 | | | | | |

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type | Status |
| --- | --- | --- | --- | --- | --- |
| 01/20/2015 | **DFW-EWR** | AA 1561 | 07:20 PM/11:24 PM | Economy | Confirmed |
| 01/20/2015 | **LGA** | Doubletree Hilton Metropolitan | 01/20-01/21 | See description below | Confirmed |
| 01/21/2015 | **LGA-DFW** | DL 7305 | 05:30 PM/09:01 PM | First | Confirmed |

| AIR - Tuesday, January 20 2015 (Flown) | |
| --- | --- |
| **American Airlines  Flight AA1561  Economy Class** | |
| **Depart:** | Dallas/Ft Worth Intl |
| | Dallas/Fort Worth, Texas, United States |
| | 07:20 PM Tuesday, January 20 2015 |
| **Arrive:** | Newark Liberty Intl |
| | Newark, New Jersey, United States |
| | 11:24 PM Tuesday, January 20 2015 |
| **Duration:** | 3 hour(s) and 4 minute(s) Non-stop |
| **Status:** | Confirmed - American Airlines Booking Reference: **BMEYHF** |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | AAX5N2494 - WHEAT/REGINALD DAVID JR |
| | **For additional information and check in, 24 hours in advance, click on the airline link below.** |
| | **http://www.aa.com/** |
| **Remarks:** | UPGRADE REQUESTED |

| Limo / Car Service - Tuesday, January 20 2015 | |
| --- | --- |
| **Service Information:** | O |
| | **Pickup:** 1124PM BAGGAGE CLAIM NEWARK AIRPORT |
| | **Dropoff:** DOUBLETREE METROPOLITAN NYC |
| | SUNNY LIMOUSINE 866.877.8669 |
| | **Rate:** USD |
| | **Confirmation:** 008712 |
| | **Cancellation policy:** 2-HOURS PRIOR TO PICK UP |

| HOTEL - Tuesday, January 20 2015 | |
| --- | --- |
| **Doubletree Hilton Metropolitan** | |
| **Address:** | 569 Lexington Ave |
| | New York, NY 10022 |
| | United States |
| **Tel:** | +1 (212) 752-7000 |
| **Fax:** | +1 (212) 758-6311 |
| **Check In/Check Out:** | Tuesday, January 20 2015 - Wednesday, January 21 2015 |
| **Status:** | Confirmed |
| **Confirmation:** | 87529387 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 109.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Additional Information:** | *VERY LATE ARRIVAL*NONSMOKING THOMPSON AND KNIGHT |
| **Description:** | B C D TRAVEL 1 QUEEN BED - NON SMOKING HI SPD 14.95/DAY-SWEET DREAMS |

## AIR - Wednesday, January 21 2015 (Flown)

### Delta Air Lines  Flight DL7305  First Class

| | |
|---|---|
| **Depart:** | La Guardia |
| | New York, New York, United States |
| | 05:30 PM Wednesday, January 21 2015 |
| **Arrive:** | Dallas/Ft Worth Intl |
| | Dallas/Fort Worth, Texas, United States |
| | 09:01 PM Wednesday, January 21 2015 |
| **Duration:** | 4 hour(s) and 31 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **G2YNV6** |
| **Seat:** | 4D Confirmed |
| **FF Number:** | DL2507627707 - WHEAT/REGINALD DAVID JR |
| | **For additional information and check in, 24 hours in advance, click on the airline link below.** |
| | **http://www.delta.com/** |

## Remarks

OFFICE HOURS ARE 830A-5P CST M-F
FOR ASSISTANCE OUTSIDE OF NORMAL HOURS 800-876-4922
YOUR TRAVEL HELPLINE ID IS ***9S6A***
.
THANK YOU FOR USING LAWYERS TRAVEL

**Invoice / Ticket Receipt**

**Total Invoiced Amount: $2,651.80 USD**

**Transaction Date: January 20, 2015**

## Ticket Information
**Ticket Number:** 0067565118759
**Amount:** $981.10 USD
**Form of Payment:** AX***********1008

**This ticket information applies to the following travel segment(s):**
American Airlines Flight 1561 from Dallas/Fort Worth to Newark on January 20
Delta Air Lines Flight 7305 from New York to Dallas/Fort Worth on January 21

**Transaction Date: January 20, 2015**

## Ticket Information
**Ticket Number:** 0067565118757
**Amount:** $902.10 USD
**Form of Payment:** AX***********1008

**This ticket information applies to the following travel segment(s):**
American Airlines Flight 1561 from Dallas/Fort Worth to Newark on January 20
Delta Air Lines Flight 7305 from New York to Dallas/Fort Worth on January 21

**Transaction Date: January 20, 2015**

## Ticket Information
**Ticket Number:** 0017565118756
**Amount:** $694.10 USD
**Form of Payment:** AX***********1008

**This ticket information applies to the following travel segment(s):**
American Airlines Flight 1561 from Dallas/Fort Worth to Newark on January 20
Delta Air Lines Flight 7305 from New York to Dallas/Fort Worth on January 21

**Transaction Date: January 20, 2015**

## Service Fee Information
**Service Fee Number:** 8900642573970
**Service Fee Amount:** $37.25 USD
**Form of Payment:** AX***********1008
**Service Fee Description:** Domestic Air Ticket

**Transaction Date: January 20, 2015**

## Service Fee Information
**Service Fee Number:** 8900642573966
**Service Fee Amount:** $37.25 USD
**Form of Payment:** AX***********1008
**Service Fee Description:** Domestic Air Ticket

This invoice was generated Tuesday, July 14, 2015 3:25 PM UTC. Agency Record Locator: BMEYHF

569 Lexington Ave.
New York, NY  10022
TELEPHONE 212-752-7000  • FAX (212)758-6311

WHEAT, REGINALD DAVID JR
THOMPSON AND KNIGHT

DALLAS TX  75201
UNITED STATES OF AMERICA

1409/NQ1
1/20/2015  12:33:00 AM
1/21/2015  9:33:00 AM

1/0
109.00

Rate Plan:    CON
HH #          179429625 SILVER
AL:
Car:

Confirmation Number: 87529387

1/21/2015

| 1/20/2015 | GUEST ROOM | KEVINBRAC EY | 8017246 | $109.00 | | |
|---|---|---|---|---|---|---|
| 1/20/2015 | NY CITY 5.875% TAX | KEVINBRAC EY | 8017246 | $6.40 | | |
| 1/20/2015 | NY STATE 8.875% TAX | KEVINBRAC EY | 8017246 | $9.67 | | |
| 1/20/2015 | NYC $3.50 OCCUPANCY TAX | KEVINBRAC EY | 8017246 | $3.50 | | |
| 1/21/2015 | VS *4106 **BALANCE** | VCRI | 8018215 | | ($128.57) | $0.00 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!

VS *4106                                                1/21/2015          1569783 A

WHEAT, REGINALD DAVID JR                          035317

                                                              -128.57

 LAWYERS TRAVEL

TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change. Travelers are responsible for verifying all fees charged by individual carriers.
**Please visit the operating carrier's website for applicable fees.**

## Travel Summary    Agency Record Locator: UOQBCP

Traveler

WHEAT/REGINALD DAVID JR

Reference number by traveler: 508551.000027.02012

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type | Status |
|------|---------|---------------|---------------|------------|--------|
| 03/12/2015 | LGA-ATL | DL 1152 | 05:30 PM/08:19 PM | First | Confirmed |
| 03/12/2015 | ATL-ECP | DL 507 | 09:53 PM/09:58 PM | First | Confirmed |

## AIR - Thursday, March 12 2015

### Delta Air Lines  Flight DL1152  First Class

| | |
|---|---|
| Depart: | La Guardia, TERMINAL D |
| | New York, New York, United States |
| | 05:30 PM Thursday, March 12 2015 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:19 PM Thursday, March 12 2015 |
| Duration: | 2 hour(s) and 49 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G9E8FG |
| Equipment: | Boeing (Douglas) MD-88 |
| Seat: | 01A Confirmed |
| Meal: | Dinner |
| FF Number: | DL2507627707 - WHEAT/REGINALD DAVID JR |
| | For additional information and check in, 24 hours in advance, click on the airline link below. http://www.delta.com/ |

## AIR - Thursday, March 12 2015

### Delta Air Lines  Flight DL507  First Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:53 PM Thursday, March 12 2015 |
| Arrive: | NW Florida Beaches Int |
| | Panama City, Florida, United States |
| | 09:58 PM Thursday, March 12 2015 |
| Duration: | 1 hour(s) and 5 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G9E8FG |
| Equipment: | Boeing (Douglas) MD-88 |
| Seat: | 03D Confirmed |
| FF Number: | DL2507627707 - WHEAT/REGINALD DAVID JR |
| | For additional information and check in, 24 hours in advance, click on the airline link below. http://www.delta.com/ |

## Remarks

OFFICE HOURS ARE 830A-5P CST M-F
FOR ASSISTANCE OUTSIDE OF NORMAL HOURS 800-876-4922
YOUR TRAVEL HELPLINE ID IS ***9S6A***

THANK YOU FOR USING LAWYERS TRAVEL

**Invoice / Ticket Receipt**

**Total Invoiced Amount: $823.10 USD**

**Transaction Date: March 09, 2015**
**Ticket Information**
**Ticket Number:** 0067565118874
**Amount:** $823.10 USD
**Form of Payment:** AX*************1008

**This ticket information applies to the following travel segment(s):**
Delta Air Lines Flight 1152 from New York to Atlanta on March 12
Delta Air Lines Flight 507 from Atlanta to Panama City on March 12

This invoice was generated Monday, March 09, 2015 9:27 PM UTC. Agency Record Locator: UOQBCP



TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change. Travelers are responsible for verifying all fees charged by individual carriers.
**Please visit the operating carrier's website for applicable fees.**

| Travel Summary | | Agency Record Locator: OJOMXM | | | |
|---|---|---|---|---|---|
| Traveler | | | | | |
| WHEAT/REGINALD DAVID JR | | | | | |
| Reference number by traveler: 508551.000027.02012 | | | | | |

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type | Status |
|---|---|---|---|---|---|
| 03/11/2015 | DFW-LGA | AA 1156 | 04:50 PM/09:00 PM | First | Confirmed |
| 03/11/2015 | LGA | The Plaza | 03/11-03/12 | See Description | Confirmed |

## AIR - Wednesday, March 11 2015

**American Airlines  Flight AA1156  First Class**

| | |
|---|---|
| Depart: | Dallas/Ft Worth Intl |
| | Dallas/Fort Worth, Texas, United States |
| | 04:50 PM Wednesday, March 11 2015 |
| Arrive: | La Guardia, TERMINAL B |
| | New York, New York, United States |
| | 09:00 PM Wednesday, March 11 2015 |
| Duration: | 3 hour(s) and 10 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: OJOMXM |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 03A Confirmed |
| Meal: | Dinner |
| FF Number: | AAX5N2494 - WHEAT/REGINALD DAVID JR |
| | For additional information and check in, 24 hours in advance, click on the airline link below. http://www.aa.com/ |

## HOTEL - Wednesday, March 11 2015

**The Plaza**

| | |
|---|---|
| Address: | 5th Ave at 59th Street |
| | New York, NY 10019 |
| | United States |
| Tel: | +1 (212) 759-3000 |
| Fax: | +1 (212) 759-3001 |
| Check In/Check Out: | Wednesday, March 11 2015 - Thursday, March 12 2015 |
| Status: | Confirmed |
| Confirmation: | 99333513 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Number of Rooms: | 1 |
| Rate per night: | USD 375.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Additional Information: | NONSMOKING KING THOMPSON AND KNIGHT |
| Description: | OVATION AND LAWYERS TRAVEL PLAZA KING NS, 475 SQFT, COURT VIEW, BUTLER SVC, FLAT SCREEN |
| Remarks: | CANCEL BY 4PM LOCAL TIME 24-HOURS PRIOR TO ARRIVAL |
| | CANCEL 1 DAY PRIOR TO ARRIVAL TO AVOID PENALTY |

**Remarks**

OFFICE HOURS ARE 830A-5P CST M-F
FOR ASSISTANCE OUTSIDE OF NORMAL HOURS 800-876-4922
YOUR TRAVEL HELPLINE ID IS ***9S6A***

THANK YOU FOR USING LAWYERS TRAVEL

**Invoice / Ticket Receipt**

**Total Invoiced Amount: $1,101.35 USD**

**Transaction Date: March 09, 2015**
**Ticket Information**
Ticket Number: 0017565118873
Amount: $1,064.10 USD
Form of Payment: AX*************1008

**This ticket information applies to the following travel segment(s):**
American Airlines Flight 1156 from Dallas/Fort Worth to New York on March 11

**Transaction Date: March 09, 2015**
**Service Fee Information**
Service Fee Number:8900644808126
Service Fee Amount: $37.25 USD
Form of Payment: AX***********1008
Service Fee Description: Air Ticket

This invoice was generated Monday, March 09, 2015 9:26 PM UTC. Agency Record Locator: OJOMXM

The Plaza
HOTEL

Ovation and Lawyers Travel

Mr Reginald Wheat Jr
United States

| | | |
|---|---|---|
| Room | : | 0637 |
| Folio | : | 244092 |
| Cashier | : | 5340 |
| Page | : | 1 of 1 |

| | | |
|---|---|---|
| Arrival | : | 03-11-15 |
| Departure | : | 03-12-15 |

| Date | Description | Additional Information | Charges | Credits |
|---|---|---|---|---|
| 03-11-15 | Room Charge | [NA Room] | 375.00 | |
| 03-11-15 | New York State Tax 8.875% | [Add: 8.875%Prices.(B)] | 33.28 | |
| 03-11-15 | New York City Tax 5.875% | [Add: 5.875%Prices.(B)] | 22.03 | |
| 03-11-15 | New York Javits Tax | [Add: UDF.] | 1.50 | |
| 03-11-15 | New York Occupancy Tax | [Add: UDF.] | 2.00 | |
| 03-12-15 | Visa | | | 433.81 |
| | | Total | 433.81 | 433.81 |
| | | Balance Due | 0.00 | |

Thank you for choosing Fairmont Hotels & Resorts.
To provide feedback about your stay please contact Emma Skinner at Emma.Skinner@Fairmont.com
We also invite you to share memories of your experience on our community forum - visit www.everyonesanoriginal.com.

Guest Signature X_____

For information or reservations, visit us at
www.fairmont.com/theplaza or call Fairmont Hotels & Resorts
from:United States or Canada   1 800 441 1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a surcharge at the rate of 1.5% per month (19.5% per annum). All accounts deemed delinquent maybe be subject to legal fees and other costs associated with the bill. Account is payable on presentation or departure.
I have requested delivery of the New York Times. If refused, a credit will be applied to my account of $.25 (Mon-Sat) and $1.25 (Sun)

Thank you for staying at The Plaza

Fifth Avenue at Central Park South
New York, New York 10019
T 212 759 3000  F 212 759 3001

A FAIRMONT MANAGED HOTEL



TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change. Travelers are responsible for verifying all fees charged by individual carriers.
**Please visit the operating carrier's website for applicable fees.**

| Travel Summary | Agency Record Locator: QXDIKW | | | | |
|---|---|---|---|---|---|
| **Traveler** | | | | | |
| WHEAT/REGINALD DAVID JR | | | | | |
| Reference number by traveler: 508551.000007.02012 | | | | | |

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type | Status |
|---|---|---|---|---|---|
| 04/13/2015 | **DAL-LGA** | VX 770 | 04:50 PM/08:50 PM | First | Confirmed |
| 04/13/2015 | **LGA** | FA THE PLAZA | 04/13-04/15 | See Description | Confirmed |
| 04/15/2015 | **LGA-DAL** | VX 769 | 06:30 PM/09:45 PM | Premium Economy | Confirmed |

| AIR - Monday, April 13 2015 (Flown) | |
|---|---|
| **Virgin America  Flight VX770  First Class** | |
| Depart: | Love Field |
| | Dallas, Texas, United States |
| | 04:50 PM Monday, April 13 2015 |
| Arrive: | La Guardia |
| | New York, New York, United States |
| | 08:50 PM Monday, April 13 2015 |
| Duration: | 3 hour(s) and 0 minute(s) Non-stop |
| Status: | Confirmed - Virgin America Booking Reference: **FNFVXF** |
| Seat: | 2D Confirmed |
| FF Number: | VX67907988440 - WHEAT/REGINALD DAVID JR |
| | For additional information and check in, 24 hours in advance, click on the airline link below. http://www.virginamerica.com/ |

| HOTEL - Monday, April 13 2015 | |
|---|---|
| **FA THE PLAZA** | |
| Address: | 5TH AVE AT 59TH STREET |
| | NEW YORK NY 10019 |
| Tel: | 1-212-759-3000 |
| Check In/Check Out: | Monday, April 13 2015 - Wednesday, April 15 2015 |
| Status: | Confirmed |
| Confirmation: | 100228181 |
| Guaranteed: | No |
| Additional Information: | CANCEL 24 HRS PRIOR TO ARRIVAL TO AVOID CHARGE. |
| Remarks: | HOTEL FAX 1-212-759-3001 |
| | KING NON SMOKING |

| AIR - Wednesday, April 15 2015 (Flown) | |
|---|---|
| **Virgin America  Flight VX769  Premium Economy Class** | |
| Depart: | La Guardia |
| | New York, New York, United States |
| | 06:30 PM Wednesday, April 15 2015 |
| Arrive: | Love Field |
| | Dallas, Texas, United States |
| | 09:45 PM Wednesday, April 15 2015 |
| Duration: | 4 hour(s) and 15 minute(s) Non-stop |
| Status: | Confirmed - Virgin America Booking Reference: **FNFVXF** |
| Seat: | Assigned at Check-in |
| FF Number: | VX67907988440 - WHEAT/REGINALD DAVID JR |
| | For additional information and check in, 24 hours in advance, click on the airline link below. http://www.virginamerica.com/ |

**Remarks**

OFFICE HOURS ARE 830A-5P CST M-F
FOR ASSISTANCE OUTSIDE OF NORMAL HOURS 800-876-4922
YOUR TRAVEL HELPLINE ID IS ***9S6A***
.
THANK YOU FOR USING LAWYERS TRAVEL

**Invoice / Ticket Receipt**

**Total Invoiced Amount: $1,077.45 USD**

**Transaction Date: April 13, 2015**

### Ticket Information

**Ticket Number:** 9847587801486
**Amount:** $1,040.20 USD
**Form of Payment:** AX***********1008

**This ticket information applies to the following travel segment(s):**
Virgin America Flight 770 from Dallas to New York on April 13
Virgin America Flight 769 from New York to Dallas on April 15

**Transaction Date: April 13, 2015**

### Service Fee Information

**Service Fee Number:** 8900646188595
**Service Fee Amount:** $37.25 USD
**Form of Payment:** AX***********1008
**Service Fee Description:** Air Ticket

This invoice was generated Thursday, June 11, 2015 7:42 PM UTC. Agency Record Locator: QXDIKW



**The Plaza**
HOTEL

Ovation and Lawyers Travel

Mr Reginald Wheat Jr
United States

| | |
|---|---|
| Room | : 0637 |
| Folio | : 247616 |
| Cashier | : 5340 |
| Page | : 1 of 2 |

| | |
|---|---|
| Arrival | : 04-13-15 |
| Departure | : 04-15-15 |

| Date | Description | Additional Information | Charges | Credits |
|---|---|---|---|---|
| 04-13-15 | Room Charge | [NA Room] | 425.00 | |
| 04-13-15 | New York State Tax 8.875% | [Add: 8.875%Prices.(B)] | 37.72 | |
| 04-13-15 | New York City Tax 5.875% | [Add: 5.875%Prices.(B)] | 24.97 | |
| 04-13-15 | New York Javits Tax | [Add: UDF.] | 1.50 | |
| 04-13-15 | New York Occupancy Tax | [Add: UDF.] | 2.00 | |
| 04-14-15 | Highspeed Internet | Line# 637 : $14.95+Tax/Day $14.95+Tax/Day | 14.95 | |
| 04-14-15 | Other Charges State Tax | [Add: 8.875%.(B)] | 1.33 | |
| 04-14-15 | Room Charge | [NA Room] | 425.00 | |
| 04-14-15 | New York State Tax 8.875% | [Add: 8.875%Prices.(B)] | 37.72 | |
| 04-14-15 | New York City Tax 5.875% | [Add: 5.875%Prices.(B)] | 24.97 | |
| 04-14-15 | New York Javits Tax | [Add: UDF.] | 1.50 | |
| 04-14-15 | New York Occupancy Tax | [Add: UDF.] | 2.00 | |
| 04-15-15 | Visa | | | 998.66 |

16.28

Fifth Avenue at Central Park South
New York, New York 10019
T 212 759 3000  F 212 759 3001

A FAIRMONT MANAGED HOTEL



**The Plaza**
HOTEL

Ovation and Lawyers Travel

Mr Reginald Wheat Jr
United States

| | |
|---|---|
| Room | : 0637 |
| Folio | : 247616 |
| Cashier | : 5340 |
| Page | : 2 of 2 |

| | |
|---|---|
| Arrival | : 04-13-15 |
| Departure | : 04-15-15 |

| Date | Description | Additional Information | Charges | Credits |
|------|-------------|------------------------|---------|---------|
| | | Total | 998.66 | 998.66 |
| | | Balance Due | 0.00 | |

Thank you for choosing Fairmont Hotels & Resorts.
To provide feedback about your stay please contact Emma Skinner at Emma.Skinner@Fairmont.com
We also invite you to share memories of your experience on our community forum - visit www.everyonesanoriginal.com.

Guest Signature  X_____

For information or reservations, visit us at
www.fairmont.com/theplaza or call Fairmont Hotels & Resorts
from:United States or Canada  1 800 441 1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a surcharge at the rate of 1.5% per month (19.5% per annum). All accounts deemed delinquent maybe be subject to legal fees and other costs associated with the bill. Account is payable on presentation or departure.
I have requested delivery of the New York Times. If refused, a credit will be applied to my account of $.25 (Mon-Sat) and $1.25 (Sun)

Thank you for staying at The Plaza

Fifth Avenue at Central Park South
New York, New York 10019
T 212 759 3000  F 212 759 3001

A FAIRMONT MANAGED HOTEL

# INTEREST & PENALTY ADVISORS, LLC

One North Broadway, Suite 807, White Plains, NY 10601
(203) 912-4002

February 28, 2014

Mary McNulty
Thompson & Knight
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX  75201

RE: TXU Federal Tax Interest Analysis

Dear Mary,

I have enclosed our invoice for consultation regarding the TXU Form 2285

We appreciate the opportunity to work with you on this project.

Best regards,

Stephen O'Connell
soconnell@inpadvisors.com

**Tax ID: 27-2793591**

## INTEREST & PENALTY ADVISORS, LLC

One North Broadway, Suite 807, White Plains, NY 10601
(203) 912-4002

February 28, 2014

Mary McNulty
Thompson & Knight
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX  75201

RE: TXU Federal Tax Interest Analysis

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| Stephen O'Connell | | | | |
| 01/29/2014 | Review of tax computations for TXU relating to 2007 tax year NOL carryback, AMT impacts and interplay with with mechanics of sec. 199 deduction. | 2.3 | 410 | 943.00 |
| 02/02/2014 | Follow up re interplay of sec 199 mechanics with NOL carryback effects. | .7 | 410 | 287.00 |
| 02/03/2014 | Follow up re interplay of sec 199 mechanics with NOL carryback effects. | .4 | 410 | 164.00 |
| Robert Spangler | | | | |
| 01/28/2014 | Review TXU Form 2285. | .5 | 345 | 172.50 |

TOTAL  $1,566.50

**Tax ID: 27-2793591**