## **CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that on this ____31st____ day of July, 2015, a true and correct copy of the *JOINDER OF SHIRLEY FENICLE, AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, AND DAVID WILLIAM FAHY TO THE MOTION OF CHARLOTTE AND CURTIS LIBERDA TO APPOINT LEGAL REPRESENTATIVE* was served upon all interested parties listed below via first class mail and all other interested parties registered for service via CM/ECF.

Joseph Charles Barsalona II, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard L. Shepacarter, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

David M. Klauder, Esq.
O'Kelly Ernst & Bielli, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801

Elizabeth Blakely
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022

Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Justin K. Edelson
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Edward O. Sassower
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Epiq Bankruptcy Solutions LLC
www.epiqsystems.com
777 Third Avenue, 12th Floor
New York, NY 10017

*/s/Daniel K. Hogan*
Daniel K. Hogan (#2814)