# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No.: 14-10979 (CSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: Docket Nos. 5191** |
| | ) |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 5191

PLEASE TAKE NOTICE that Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, and David William Fahy, wish to withdraw Docket No. 5191 Joinder of Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, and David William Fahy To the Motion of Charlotte and Curtis Liberda to Appoint Legal Representative (the "Motion"). The Motion was inadvertently filed with an incorrect signature line. The Motion will be re-filed.

Dated: June 31, 2015

                                          HOGAN McDANIEL

                                          */s/Daniel K. Hogan*
                                          Daniel K. Hogan (DE Bar No. 2814)
                                          1311 Delaware Avenue
                                          Wilmington, Delaware 19806
                                          Telephone: (302) 656-7540
                                          Facsimile: (302) 656-7599
                                          Email: dkhogan@dkhogan.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http;://www.efhcaseinfo.com. The debtors are referred to collectively and individually herein as the "Debtors."