IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al* | § § § | Case No. 14-10979(CSS) |
| Debtors. | § § § | (Jointly Administered) |
|  | § | Re: D.I. Nos. 4972 and 4974 |

## RESPONSE OF REXEL, INC. TO DEBTORS' 20th and 21st OMNIBUS OBJECTIONS TO CLAIMS

Rexel, Inc. ("Rexel") hereby responds to Debtors' 20th [D.I. 4972] and 21st [D.I. 4974] Omnibus Objections to Claims as follows:

1. Although it is not entirely clear from the pleadings, it appears to Rexel that through a combination of the two Omnibus Objections Debtors seek, in effect, to significantly reduce the total amount of Rexel's claims by hundreds of thousands of dollars, to $176,146.12 and to reclassify the claim from secured to unsecured.

2. By the 20th Omnibus Objection Debtors seek to disallow the Rexel claims designated as Claim Nos. 2961 through 2968 and 2970 through 2972 in favor of a remaining claim, designated as Claim 5717, in an amount of $312,689.80; and then, by the 21st Omnibus Objection, to further modify the amount of Rexel's claim to $176,146.12 and reclassify it as an unsecured claim.

3. Rexel timely filed Proofs of Claim on or about October 24, 2014, for secured debt as of April 29, 2014 against Debtors for a total secured claim of $411,481.42.

4. Rexel asserts the following liens securing its claims:

    a) Mineral Liens against Debtors by virtue of materials furnished to projects known as Three Oaks Mine ($94,427.34), to Beckville VSP ($28,152.85), Martin Lake ($3,185.93), Winfield South ($23,753.90), Monitcello ($19,618.28), Oak Hill

1

    ($9,848.52), TXU 035 ($11,809.19), and Kosse Mine ($41,386.16), for a total of $232,182.17 all of which Mineral Liens were timely recorded under section 56 of the Texas Property Code in the appropriate county in which the mine or mineral interest was located; and

    b)    Materialman Lien against Debtors by virtue of materials furnished to power plant projects known as Big Brown Power coal plant ($30,283.33), Sandow Unit 5 ($14,991.04), Oak Grove Plant ($13,988.52), Commanche Peak Plant ($32,679.06), and Martin Lake SE 5 Lignite Generation Plant ($86,039.10), all of which materialman liens were timely recorded under Section 53 of the Texas Property Code in the appropriate county in which the plant or facility was located; and

    c)    Constitutional liens against Debtors by virtue of claimants' furnishing materials not only to the foregoing Debtor entities as described in a) and b) above, but in addition to the Graham Power Plant ($31.05); Stryker Creek Power Plant ($408.36), Morgan Creek Power Plant ($200.79), and the De Cordova Plant (678.00), for a total of $1,318.20. The constitutional liens are asserted under Article 16 of the Texas Constitution because Rexel, Inc. contracted direct with the owner of the facility and furnished improvements to Debtors' real property in Texas.

5.    Rexel timely recorded the mineral liens and the materialman liens in the proper counties and gave timely and proper notice to the Debtors. In addition, Rexel gave notice of the mineral liens, the materialman liens and the constitutional liens to the Debtors through the Debtors' claims and noticing agent, Epiq Systems, acknowledgement of which was made on July 17, 2014 by Epiq Systems (and Rexel suspects that those noticed lien claims were recorded by Epiq Systems as claims under numbers 2961-68 and 2970-72).

6.    Furthermore, Rexel is a statutory beneficiary under the Texas Trust Fund Act of all project funds designated for improving each of the Debtors' said facilities and Debtors have a statutory fiduciary duty to hold all of said funds in trust for the benefit of Rexel and Debtors have a direct obligation to pay Rexel under Section 162 of the Texas Property Code.

7.    As a consequence, none of Rexel's claims are unsecured; and, Debtors have a statutory fiduciary duty under Texas law to pay Rexel for all of its secured claims.

WHEREFORE, Rexel respectfully requests that the Court deny both the 20th and 21st Omnibus Objections as to all of its claims subject to such Omnibus Objections; and further requests such other relief as is just and proper.

                                        Respectfully submitted,

Dated: Wilmington, Delaware    STEVENS & LEE, P.C.
       July 31, 2015

                                        */s/ John D. Demmy*
                                        John D. Demmy (DE Bar No. 2802)
                                        1105 N. Market Street, Suite 700
                                        Wilmington, Delaware 19801
                                        Tel. (302) 425 3308
                                        Email: jdd@stevenslee.com

                                        and

                                        COATS, ROSE, YALE, RYMAN & LEE, P.C.

                                        By:  */s/ Ben L. Aderholt*
                                                Ben L. Aderholt
                                                Texas Bar No. 00909000
                                                9 Greenway Plaza, Suite 1100
                                                Houston, Texas 77046
                                                Telephone:  (713) 651-0111
                                                Facsimile:  (713) 651-0220
                                                E-mail: baderholt@coatsrose.com

                                        **ATTORNEYS FOR REXEL, INC.**