## CERTIFICATE OF SERVICE

      I certify that on July 31, 2015, a true and correct copy of **REXEL, INC.'S RESPONSE TO DEBTORS' OBJECTION TO PROOFS OF CLAIM** was served on the following through the Court's CM/ECF system, which will automatically serve a Notice of Electronic Filing and by regular mail:

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Adron
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801

Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, New York 1002-4611

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
300 North LaSalle
Chicago, Illinois 60654

                                                              /s/ *John D. Demmy*
                                                            John D. Demmy (DE Bar No. 2802)