IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) Case No. 14-10979 (CSS) |
| Debtors. | ) ) (Jointly Administered) ) |

**DEBTORS' STATEMENT REGARDING
SECOND AMENDED PLAN OF REORGANIZATION**

Energy Future Holdings Corp. ("EFH Corp."), Energy Future Intermediate Holding Company LLC ("EFIH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), and the other above-captioned debtors and debtors in possession (collectively with EFH Corp., EFIH, and TCEH, the "Debtors") file this statement in connection with the filing of the *Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al.*, Pursuant to Chapter 11 of the Bankruptcy Code*, filed substantially contemporaneously herewith (the "Second Amended Plan").

1. On July 23, 2015, the Debtors filed an amended plan of reorganization (at Docket No. 5078, the "First Amended Plan") and accompanying, amended disclosure statement (at Docket No. 5080, the "First Amended Disclosure Statement"). The First Amended Plan and the First Amended Disclosure Statement reflected two potential paths to emergence:   (a) a

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12733953v.1

transaction under which $12.1 billion of new debt and equity arranged by the ad hoc group of TCEH unsecured noteholders and Hunt Consolidated, Inc. (the "TCEH Unsecured/Hunt Consortium"), including a fully backstopped $5.1 billion rights offering to the unsecured creditors of TCEH and its subsidiaries, would be used to pay all allowed claims against EFH Corp. and EFIH in cash in full and EFH Corp. would be converted into a real estate investment trust (the "Merger Transaction") and (b) a standalone plan pursuant to which the creditors of EFH Corp. and EFIH would convert their debt into equity of reorganized EFH Corp. (the "Standalone Transaction" and together with the Merger Transaction, the "Transactions"). TCEH would be spun off through a tax-free transaction to the TCEH first lien lenders under either of the Transactions.

2.     Subsequent to filing the First Amended Plan and the First Amended Disclosure Statement, the Debtors have continued to engage in discussions with their various major creditor constituencies regarding both the Merger Transaction and the Standalone Transaction.

3.     As disclosed in the First Amended Plan and the First Amended Disclosure Statement, the Debtors committed to filling in the blanks in the First Amended Plan regarding the allocation of Reorganized EFH Common Stock, including any contingent equity allocation, in connection with the Standalone Transaction by July 31, 2015 as determined by the Debtors, unless otherwise negotiated with certain creditor constituencies on or before July 31, 2015. *See* First Amended Plan, at 7 n.2, 10 n.3, 48 n.7 & 49 n.8-9.

4.     The Debtors' disinterested directors and managers (the "Disinterested Directors") have, with input from their respective advisors (the "Disinterested Director Advisors"), continued to negotiate certain aspects of the Standalone Transaction. As of August 2, 2015, the Debtors, at the direction of their respective Disinterested Directors, have reached consensus on

an allocation of Reorganized EFH Common Stock and contingent equity rights that would be applied in the Standalone Transaction to address Claims asserted against EFH Corp. and EFIH (collectively, the "E-Side Distribution").  The Debtors have amended the First Amended Plan to include, among other things, the terms of the E-Side Distribution.

5. Consistent with the July 31, 2015 timeline set forth in the First Amended Plan and the First Amended Disclosure Statement, the Debtors filed the Second Amended Plan, reflecting, among other things, the E-Side Distribution.

6. As stated in connection with the July 23, 2015 filing of the First Amended Plan and First Amended Disclosure Statement, the Debtors are continuing to make progress towards finalizing the Merger Transaction.  To the extent the Debtors and the TCEH Unsecured/Hunt Consortium are successful in resolving outstanding issues, the Debtors will file a further amended plan of reorganization, deleting all references to the Standalone Transaction.

Dated: August 3, 2015
     Wilmington, Delaware

/s/ Jason M Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
     defranceschi@rlf.com
     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
     stephen.hessler@kirkland.com
     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
     marc.kieselstein@kirkland.com
     chad.husnick@kirkland.com
     steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 12733953v.1