**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: D.I. 4755** |
| | ) | |

**SUPPLEMENT TO THIRD INTERIM APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2015 THROUGH APRIL 30, 2015**

Morrison & Foerster LLP ("**Morrison & Foerster**"), as counsel to the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, and their direct and indirect subsidiaries, and EFH Corporate Services Company, hereby supplements its *Third Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period From January 1, 2015 Through April 30, 2015* [Docket No. 4755] (the "**Application**") as requested by the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

In response to the U.S. Trustee's request for additional information, attached as **Exhibit A** is Morrison & Foerster's customary and comparable compensation disclosures for Morrison &

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Foerster professionals and paraprofessionals for the period between January 1, 2015 and April

30, 2015.

Dated: August 3, 2015                          /s/ Lorenzo Marinuzzi
       New York, New York                    **MORRISON & FOERSTER LLP**
                                       James M. Peck
                                       Brett H. Miller
                                       Lorenzo Marinuzzi
                                       250 West 55th Street
                                       New York, New York 10019-9601
                                       Telephone:  (212) 468-8000
                                       Facsimile:  (212) 468-7900
                                       E-mail:        jpeck@mofo.com
                                                    brettmiller@mofo.com
                                                    lmarinuzzi@mofo.com

                                     *Attorneys for The Official Committee of*
                                     *TCEH Unsecured Creditors*

**<u>EXHIBIT A</u>**

## EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE[1] | |
|---|---|---|
| | Current Billing Rate For New York Office, Excluding Bankruptcy | Billed In This Fee Application |
| Equity Partner/Shareholder | $988.00 | $991.00 |
| Counsel | $867.00 | $845.00 |
| Sr. Associate (7 or more years since first admission) | $764.00 | $754.00 |
| Associate (4-6 years since first admission) | $686.00 | $659.00 |
| Jr. Associate (1-3 years since first admission) | $490.00 | $504.00 |
| Staff Attorney | $595.00 | $650.00 |
| Contract Attorney | $225.00 | $225.00 |
| Paralegal | $286.00 | $320.00 |
| All timekeepers aggregated | $687.00 | $595.00 |

Case Name:             In re Energy Future Holdings Corp., et al.
Case Number:           14-10979 (CSS)
Applicant's Name:      Morrison & Foerster LLP
Date of Application:   June 15, 2015
Interim or Final:      Interim

---

[1]    In accordance with ¶ C.3.c. of the revised U.S. Trustee's Guidelines, which permits an applicant to provide disclosures that are tailored to the applicant's circumstances and ability to gather and organize internal information, the rate information for non-bankruptcy timekeepers located in Morrison & Foerster's New York office represents the average current billing rates for those individuals.