## Exhibit A

Ordinary Course Professional Quarterly Statement of Payments

| OCP | Service Description | For the Postpetition Period of April 01, 2015 to June 30, 2015 | | | Aggregate Postpetition Payments Through June 30, 2015 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| **Tier 1 OCP's (3-Month Rolling Average Cap of $450,000)** | | | | | | |
| Bracewell & Giuliani LLP | Environmental Advice / Political Consultant | 92,349 | 30,783 | 92,349 | 572,176 | 572,176 |
| Duff & Phelps LLC | Valuation - Impairment, Property Tax | 197,182 | 65,727 | 197,182 | 371,939 | 371,939 |
| Hawkins Parnell Thackston & Young | Litigation - Asbestos | 465 | 155 | 465 | 1,367 | 1,367 |
| Hunton & Williams LLP | Benefits-Immigration, Political Consultant | 260,721 | 86,907 | 260,721 | 1,083,996 | 1,083,996 |
| Morgan Lewis & Bockius LLP [2] | Regulatory (NRC) and Labor | 154,965 | 51,655 | 154,965 | 1,097,153 | 1,119,863 |
| Vinson & Elkins LLP | Regulatory, Real Estate Advice | 335,987 | 111,996 | 335,987 | 1,040,351 | 1,040,351 |
| **Tier 2 OCP's (3-Month Rolling Average Cap of $195,000)** | | | | | | |
| Alliance Consulting Group | Depreciation Study | - | - | - | - | - |
| Allison McCombe Small | Political Consultant | 9,000 | 3,000 | 9,000 | 36,000 | 36,000 |
| American Appraisal | Property Tax Expert for Litigation | - | - | - | - | - |
| Armstrong & Associates LLP | Litigation - Asbestos | - | - | - | 273 | 273 |
| Arnold & Porter LLP | Consulting Services | 78,750 | 26,250 | 78,750 | 315,000 | 315,000 |
| AYCO Company LP | Financial Executive counseling | - | - | - | 127,447 | 127,447 |
| Baker Botts LLP [3] | IP, Transactional, and Contract Restructure | 240,486 | 80,162 | 240,486 | 532,515 | 532,970 |
| Beirne Maynard & Parsons LLP | Litigation - Asbestos | 281 | 94 | 281 | 281 | 281 |
| Beveridge and Diamond PC | Litigation - Water | 12,547 | 4,182 | 12,547 | 19,563 | 19,563 |
| Bluewater Strategies LLC | Consulting Services | 33,750 | 11,250 | 33,750 | 157,500 | 157,500 |
| Boulette Golden & Marin L.L.P. | Legal Advice -Labor and Employment | - | - | - | - | - |
| Bradley Arant Boult Cummings LLP | Adv- Asbestos Exposure | - | - | - | - | - |
| Brady & Peavey, P.C. | Public affairs and political consulting services | 30,000 | 10,000 | 30,000 | 67,500 | 67,500 |
| Burford & Ryburn LLP | Litigation - Asbestos | - | - | - | 10,817 | 10,817 |
| Carl S. Richie, Jr. Attorney At Law | Political Consultant | 31,130 | 10,377 | 31,130 | 131,659 | 131,659 |
| DCI Group LLC | Consulting Services | 80,373 | 26,791 | 80,373 | 262,965 | 262,965 |
| Deloitte Tax LLP | FIRPTA Advisory Services | - | - | - | - | - |
| Diane Yanaway | Political Consultant | 50,342 | 16,781 | 50,342 | 57,842 | 57,842 |
| Dykema Gossett | Counsel for TXU Chyba case | - | - | - | - | - |
| Eddie Cavazos | Political Consultant | 29,315 | 9,772 | 29,315 | 84,921 | 84,921 |
| Edward M. Shack | Political Activities Law Advice | 280 | 93 | 280 | 3,040 | 3,040 |
| Estes Okon Thorne & Carr PLLC | Litigation - General | 59,681 | 19,894 | 59,681 | 129,421 | 129,421 |
| Fish & Richardson PC | Litigation - General | - | - | - | - | - |
| Goldberg Godles Wiener & Wright | Regulatory Advice | - | - | - | 18,454 | 18,454 |
| Goodmans LLP | Canadian Counsel for Ebasco Services of | - | - | - | - | - |
| Gruber Hurst Johansen Hail | Litigation - General | 31,983 | 10,661 | 31,983 | 38,017 | 38,017 |
| Haley Olson | Environmental Litigation | - | - | - | 2,703 | 2,703 |
| Harris & Dickey LLC | Tax Consulting | - | - | - | - | - |
| HMWK LLC | Political Consultant | 22,500 | 7,500 | 22,500 | 97,500 | 97,500 |
| Husch Blackwell Sanders LLP | Employment Litigation/Political Consultant | - | - | - | 25,949 | 25,949 |
| Imperium Public Affairs | Political Consultant | 50,662 | 16,887 | 50,662 | 153,000 | 153,000 |
| Ireland Carroll & Kelley PC | Environmental Litigation | 18 | 6 | 18 | 18 | 18 |
| Jack Roberts | Political Consultant | 24,000 | 8,000 | 24,000 | 96,000 | 96,000 |
| Jack W Gullahorn PC | Political Consultant | 132,000 | 44,000 | 132,000 | 409,437 | 409,437 |

1 of 3

Ordinary Course Professional Quarterly Statement of Payments

| OCP | Service Description | For the Postpetition Period of April 01, 2015 to June 30, 2015 ||| Aggregate Postpetition Payments Through June 30, 2015 ||
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement (1) | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement (1) | Total Payments |
| Jackson Gilmour & Dobbs, PC | Regulatory - Environmental | - | - | - | - | - |
| Jackson Kelly PLLC | Regulatory - MSHA/OSHA | 14,791 | 4,930 | 14,791 | 56,428 | 56,428 |
| Jackson Lewis, P.C. | Legal Advice - Labor and Employment | - | - | - | 8,400 | 8,400 |
| Jackson Sjoberg Mccarthy | Real Estate Mining | 55,979 | 18,660 | 55,979 | 160,164 | 160,164 |
| John Hildreth | Political Consultant | 30,000 | 10,000 | 30,000 | 130,000 | 130,000 |
| John Sherwood | Collections for TXU | - | - | - | 6,000 | 6,000 |
| K&L Gates | Transaction Advice: Non-income Tax Litigation | 35,673 | 11,891 | 35,673 | 180,940 | 180,940 |
| Kelly Hart & Hallman | Litigation - Environmental and General | - | - | - | - | - |
| Kyle Bibb | Federal Income Tax Advice | 9,225 | 3,075 | 9,225 | 16,425 | 16,425 |
| Lam Lyn & Philip PC | Collections for TXU | - | - | - | 928 | 928 |
| Laurie Fenstemaker Pair | Ethics Consultant | 16,500 | 5,500 | 16,500 | 70,783 | 70,783 |
| Law Offices Of Dan Gus | Litigation - General | 5,225 | 1,742 | 5,225 | 8,025 | 8,025 |
| LeClairRyan | Retail Advice | 4,765 | 1,588 | 4,765 | 11,661 | 11,661 |
| Lillard Wise Szygenda PLLC | Litigation - General | 2,541 | 847 | 2,541 | 3,792 | 3,792 |
| Lisa Garcia | Political Consultant | 22,500 | 7,500 | 22,500 | 91,301 | 91,301 |
| Littler Mendelson PC | Employment Litigation | 3,066 | 1,022 | 3,066 | 20,601 | 20,601 |
| Locke Lord Bissell & Liddell | Benefits Advice | 8,154 | 2,718 | 8,154 | 40,276 | 40,276 |
| LPI Consulting Inc | Consulting Services | 30,000 | 10,000 | 30,000 | 130,000 | 130,000 |
| Madison Group LLC | Consulting Services | 37,537 | 12,512 | 37,537 | 230,140 | 230,140 |
| McConnell & Jones LLP | Employee Benefits Auditor | - | - | - | 52,250 | 52,250 |
| McGivney & Kluger P.C | Litigation - Asbestos | - | - | - | 216 | 216 |
| McGlinchey Stafford PLLC | Bankruptcy for TXU | 8,378 | 2,793 | 8,378 | 92,980 | 92,980 |
| Mcguirewoods LLP | Federal Political Consultant | 80,038 | 26,679 | 80,038 | 245,215 | 245,215 |
| Mehlman Vogel Castagnetti Inc | Consulting Services | 45,000 | 15,000 | 45,000 | 210,000 | 210,000 |
| Mercer Global | 401k Consulting | - | - | - | 35,299 | 35,299 |
| Mgroup Strategies | Political Consultant | 55,713 | 18,571 | 55,713 | 162,069 | 162,069 |
| Mignon McGarry | Political Consultant | 38,000 | 12,667 | 38,000 | 114,000 | 114,000 |
| Mike Kelly | Political Consultant | 17,807 | 5,936 | 17,807 | 76,137 | 76,137 |
| Miller & Chevalier Chartered | Federal Income Tax and Benefits Legal Advice | 5,452 | 1,817 | 5,452 | 17,066 | 17,066 |
| Norton Rose Fulbright | Legal Counsel for Gross Receipts Tax Matters | 1,124 | 375 | 1,124 | 5,092 | 5,092 |
| O'Neill, Athy & Casey PC | Consulting Services | 22,500 | 7,500 | 22,500 | 105,000 | 105,000 |
| Perry Street Communications LLC | Financial communications | 33,813 | 11,271 | 33,813 | 200,733 | 200,733 |
| Phenix & Crump, PLLC | Local Counsel in Partition Actions | 730 | 243 | 730 | 3,780 | 3,780 |
| Phil Gamble | Political Consultant | 40,000 | 13,333 | 40,000 | 120,566 | 120,566 |
| Philips & Meachum Public Affairs | Political Consultant | 43,500 | 14,500 | 43,500 | 174,000 | 174,000 |
| Pillsbury Winthrop Shaw Pittman | Litigation - General | - | - | - | 12,214 | 12,214 |
| Polan Culley Advocacy Group | Political Consultant | 45,000 | 15,000 | 45,000 | 160,221 | 160,221 |
| Prickett Jones & Elliott PA | Delaware Corp. Law Advice | - | - | - | - | - |
| Public Strategies Inc | Consulting Services | - | - | - | - | - |
| R. H. Sweeney Associates | Leadership Development & Recruiting | - | - | - | - | - |
| Reed Smith | Litigation - General | - | - | - | - | - |
| Rissing Strategic | External Federal Lobbyist | - | - | - | 30,000 | 30,000 |

Ordinary Course Professional Quarterly Statement of Payments

| OCP | Service Description | For the Postpetition Period of April 01, 2015 to June 30, 2015 ||||  Aggregate Postpetition Payments Through June 30, 2015 ||
| --- | --- | --- | --- | --- | --- | --- |
| | | Compensation for Services / Expense Reimbursement (1) | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement (1) | Total Payments |
| Robert Half Finance & Accounting | Tax Consulting | - | - | - | 31,720 | 31,720 |
| Ryan LLC | Tax abatement/reduction strategies for new build | - | - | - | - | - |
| Ryan Mackinnon Vasapoli & Berzok | Consulting Services | 45,864 | 15,288 | 45,864 | 213,892 | 213,892 |
| SAK Consulting, LLC | Tax Consulting | - | - | - | 36,419 | 36,419 |
| San Jacinto Consulting Group, LLC | Consulting Services | 57,750 | 19,250 | 57,750 | 57,750 | 57,750 |
| Scheef & Stone LLP | Bankruptcy Advice | - | - | - | 43,474 | 43,474 |
| SHL US Inc. | Recruiting | 14,415 | 4,805 | 14,415 | 14,415 | 14,415 |
| Simpson Thacher & Bartlett LLP | Corporate and Financing Advice | 30,083 | 10,028 | 30,083 | 87,697 | 87,697 |
| Slover & Loftus | Transportation Advice | 900 | 300 | 900 | 22,563 | 22,563 |
| Stroz Friedberg LLC | IT and Data Security Advisor | 79,031 | 26,344 | 79,031 | 176,730 | 176,730 |
| Susman Godfrey LLP | Litigation - General | 1,620 | 540 | 1,620 | 7,777 | 7,777 |
| Sutherland Asbill & Brennan LLP | Regulatory Advice | 53,641 | 17,880 | 53,641 | 125,641 | 125,641 |
| Swetman Baxter Massenburg LLC | Litigation – Asbestos | - | - | - | - | - |
| Talley & Associates | Consulting Services | 22,500 | 7,500 | 22,500 | 105,000 | 105,000 |
| The Beshear Group, Inc. | Public Relations and Community Affairs | - | - | - | 95,236 | 95,236 |
| The EOP Group | Consulting Services | 45,000 | 15,000 | 45,000 | 195,000 | 195,000 |
| The Schueter Group | Political Consultant | 40,000 | 13,333 | 40,000 | 132,500 | 132,500 |
| The Willis Law Group, PLLC | Litigation - General | - | - | - | - | - |
| Thomas Long Niesen & Kennard | Regulatory Advice | - | - | - | - | - |
| TLG Services, Inc. | Nuclear Decommissioning Study | - | - | - | - | - |
| Towers Watson Pennsylvania, Inc. | Compensation Advisor | 77,287 | 25,762 | 77,287 | 273,170 | 273,170 |
| Travis Eugene Jernigan | Political Consultant | 66,882 | 22,294 | 66,882 | 187,367 | 187,367 |
| Weber Shandwick | Media relations, visual comm | 4,678 | 1,559 | 4,678 | 49,804 | 49,804 |
| Webfilings LLC | XBRL coding, application hosting | 12,000 | 4,000 | 12,000 | 73,814 | 73,814 |
| Winston & Strawn LLP | Regulatory Advice | 35,305 | 11,768 | 35,305 | 122,363 | 122,363 |
| Zolfo Cooper, LLC | Conflicts Matter Advisor | - | - | - | - | - |

1. For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted
2. Total Payments for Morgan Lewis & Bockius LLP include $22,710.46 for reimbursement of expenses incurred during the 10/1/14-12/31/14 time period
3. Total Payments for Baker Botts LLP include $455.08 for reimbursement of expenses incurred during the 1/1/15-3/31/15 time period. Amount exceeding the Tier 2 OCP cap was authorized by the Notice of Excess Fees filed on 4/27/15 for $91,405

3 -of- 3