**Exhibit A**

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80%[1] | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Proskauer Rose LLP, Three First National Plaza, 70 West Madison, Suite 3800, Chicago, IL 60602 (Counsel to Debtor Energy Future Holdings Corp.) | Sixth Monthly Fee Statement 5/1/2015 through 5/31/2015 Filed 7/1/2015 [D.I. 4909] | $896,470.00 | $12,945.74 | 7/22/2015 | $717,176.00 | $12,945.74 | $179,294.00 |

---

[1] Fees and expenses to be paid 100% by Energy Future Holdings Corp.

50698354v1