**Exhibit A**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 28.2 | $21,996.00 |
| 002 | Asset Disposition | 187.1 | $191,134.00 |
| 003 | EFH Business Operations | 3.8 | $3,595.00 |
| 005 | EFH Corporate Governance and Board Matters | 90.0 | $96,960.00 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 395.3 | $249,563.00 |
| 008 | Fee Applications and Objections | 74.2 | $60,343.00 |
| 009 | Financing and Cash Collateral | 29.9 | $25,564.50 |
| 010 | Hearings | 11.6 | $12,390.00 |
| 011 | Claims Investigations, Analyses and Objections | 36.2 | $31,827.00 |
| 014 | Non-Working Travel | 27.5 | $14,598.75 |
| 015 | Plan and Disclosure Statement | 282.4 | $292,755.00 |
| 016 | Tax | 218.2 | $189,996.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,384.4** | **$1,190,722.25** |