# **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 33.1 | $42,202.50 |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 55.7 | $48,737.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 98.9 | $96,427.50 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 84.6 | $84,600.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 11.3 | $12,712.50 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 111.0 | $124,875.00 |
|  |  |  |  | $562.50 | 18.8 | $10,575.00[1] |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 47.5 | $46,312.50 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 15.9 | $14,310.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 39.0 | $49,725.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 160.4 | $180,450.00 |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 175.9 | $162,707.50 |
|  |  |  |  | $462.50 | 8.7 | $4,023.75[1] |
| Steven H. Holinstat | Senior Counsel | 1996 | Litigation | $825 | 0.5 | $412.50 |
| Michael E. Ellis | Associate | 2007 | Corporate | $800 | 22.7 | $18,160.00 |
| Rochelle H. Emert | Associate | 2014 | Litigation | $465 | 86.7 | $40,315.50 |
| Mina Farbood | Associate | 2008 | Corporate | $795 | 0.2 | $159.00 |
| Jacquelyn N. Ferry | Associate | 2012 | Litigation | $660 | 29.0 | $19,140.00 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 120.6 | $56,079.00 |
| Joseph P. Malca | Associate | 2013 | Tax | $575 | 55.2 | $31,740.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 64.2 | $51,039.00 |
| Gary Silber | Associate | 2011 | Tax | $695 | 34.3 | $23,838.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 83.7 | $64,030.50 |
| **Total** |  |  |  |  | **1,357.9** | **$1,182,572.75** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Isaac L. Antoon | Project Manager of E-Discovery Services | 0.25 years | Professional Resources | $315 | 3.2 | $1,008.00 |
| J. Devoy Dubuque | Legal Assistant | 2.5 years | Corporate | $235 | 6.1 | $1,433.50 |
| Olga A. Golinder | Legal Assistant | 2.5 years | Litigation | $325 | 5.4 | $1,755.00 |
| Joshua M. Kay | Project Manager of E-Discovery Services | 0.5 years | Professional Resources | $335 | 11.8 | $3,953.00 |
| **Total** | | | | | **26.5** | **$8,149.50** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | 1,384.4 | $1,190,722.25 |