**Exhibit C**

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $1,071.00 |
| Telecommunications | $51.50 |
| Research (Lexis/Westlaw/Other Database Search Services) | $1,617.75 |
| Litigation and Corporate Support Services[1] | $570.20 |
| Travel Out-of-Town – Transportation | $793.69[2] |
| Taxi, Carfare, Mileage, Parking | $1,134.39[3] |
| Messenger/Delivery/Postage | $20.64 |
| Business Meals | $442.46[4] |
| Out-of-Town Lodging | $1,300.00[5] |
| Word Processing | $0.00[6] |
| Other Disbursements | $0.00[7] |
| **Total** | **$7,001.63** |

---

[1]     Consists of CourtCall and PACER expenses.

[2]     Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[3]     Includes a reduction of $25.80 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the fee committee.

[4]     Includes a reduction of $226.97 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[5]     Includes a reduction of $583.82 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[6]     Includes a reduction of $256.55 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[7]     Includes a reduction of $260.00 for certain overtime expenses that are not reimbursable pursuant to the fee committee guidelines.