**<u>Exhibit D</u>**

[Detailed Description of Expenses and Disbursements]

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 04/06/2015 | Paul Possinger | Subscriptions (Pacer) | 97.40 |
| 04/06/2015 | Peter J. Young | Subscriptions (Pacer) | 7.80 |
| 04/08/2015 | J. Devoy Dubuque | Data Base Search Serv. (Electronic Copy of Transript from Veritext) | 60.00 |
| 04/12/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car from home to office (Sunday)) | 15.06 |
| 04/27/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car from office to home ) | 12.87 |
| 04/28/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Uber car from office to home) | 17.88 |
| 05/15/2015 | Jeff J. Marwil | Professional Services (CourtCall 5/4/15 Hearing M. Firestein) | 128.00 |
| 05/15/2015 | Jeff J. Marwil | Professional Services (CourtCall 5/4/15 Hearing M. Thomas) | 121.00 |
| 05/15/2015 | Jeff J. Marwil | Professional Services (CourtCall 5/4/15 Hearing J. Marwil) | 128.00 |
| 05/15/2015 | Jennifer L. Roche | Telephone | 3.63 |
| 05/19/2015 | Jeff J. Marwil | Telephone | 14.10 |
| 05/21/2015 | Jeff J. Marwil | Professional Services (CourtCall 5/13/15 Hearing J. Marwil) | 44.00 |
| 05/21/2015 | Jeff J. Marwil | Professional Services (CourtCall 5/13/15 Hearing M. Thomas) | 44.00 |
| 05/22/2015 | Michael A. Firestein | Telephone | 18.44 |
| 05/26/2015 | Jennifer L. Roche | Telephone | 3.16 |
| 05/30/2015 | Daniel I. Ganitsky | Taxicab/car Svc. (XZY car service from office to home) | 41.00 |
| 06/01/2015 | Daniel I. Ganitsky | Taxicab/car Svc. (Executive car service from office to home) | 28.96 |
| 06/01/2015 | Gary Silber | Taxicab/car Svc. (Executive car service from office to home) | 96.90 |
| 06/01/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 06/01/2015 | Richard M. Corn | Lexis | 73.75 |
| 06/01/2015 | Michael E. Ellis | Local Meals | 20.00 |
| 06/01/2015 | Jared Zajac | Reproduction | 1.80 |
| 06/01/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 06/01/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 06/01/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 06/01/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 06/01/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 06/01/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 06/01/2015 | Joseph P. Malca | Reproduction | 21.60 |
| 06/01/2015 | Joseph P. Malca | Reproduction | 0.40 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 06/01/2015 | Joseph P. Malca | Reproduction | 1.10 |
| 06/01/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 06/02/2015 | Jared Zajac | Reproduction | 3.30 |
| 06/02/2015 | Jared Zajac | Reproduction | 0.30 |
| 06/02/2015 | Joseph P. Malca | Reproduction | 0.30 |
| 06/02/2015 | Kimberly White | Reproduction | 0.30 |
| 06/02/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 06/02/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 06/02/2015 | Michele M. Reetz | Reproduction | 0.60 |
| 06/02/2015 | Richard M. Corn | Lexis | 483.50 |
| 06/02/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 06/03/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 06/03/2015 | Richard M. Corn | Lexis | 434.00 |
| 06/03/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Cab from office to home) | 12.95 |
| 06/03/2015 | Jared Zajac | Reproduction | 10.00 |
| 06/03/2015 | Jared Zajac | Reproduction | 10.00 |
| 06/03/2015 | Jared Zajac | Reproduction | 10.20 |
| 06/03/2015 | Jared Zajac | Reproduction | 9.10 |
| 06/03/2015 | Joseph P. Malca | Reproduction | 2.40 |
| 06/03/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 06/03/2015 | Paul Possinger | Reproduction | 0.20 |
| 06/03/2015 | Paul Possinger | Reproduction | 3.30 |
| 06/04/2015 | Joshua L. Kopple | Reproduction | 0.80 |
| 06/04/2015 | Peter J. Young | Reproduction | 2.40 |
| 06/04/2015 | Peter J. Young | Reproduction | 8.40 |
| 06/04/2015 | Peter J. Young | Reproduction | 1.10 |
| 06/04/2015 | Peter J. Young | Reproduction | 4.90 |
| 06/04/2015 | Peter J. Young | Reproduction | 6.10 |
| 06/04/2015 | Peter J. Young | Reproduction | 0.30 |
| 06/04/2015 | Peter J. Young | Reproduction | 0.10 |
| 06/04/2015 | Gary Silber | Dinner Voucher/sweb | 20.00 |
| 06/04/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 06/05/2015 | Jennifer L. Roche | Long Distance Telephone | 0.35 |
| 06/05/2015 | Jeff J. Marwil | Messenger/delivery | 20.16 |
| 06/05/2015 | Daniel I. Ganitsky | Taxicab/car Svc. (XYZ car service from office to home) | 41.00 |
| 06/05/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 06/05/2015 | Daniel I. Ganitsky | Reproduction | 2.20 |
| 06/05/2015 | Daniel I. Ganitsky | Reproduction | 1.10 |
| 06/05/2015 | Daniel I. Ganitsky | Reproduction | 7.40 |
| 06/05/2015 | Daniel I. Ganitsky | Reproduction | 9.40 |
| 06/05/2015 | Paulette Lindo | Reproduction | 0.40 |
| 06/05/2015 | Paulette Lindo | Reproduction | 0.50 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 06/05/2015 | Paulette Lindo | Reproduction | 0.50 |
| 06/05/2015 | Paulette Lindo | Reproduction | 0.10 |
| 06/05/2015 | Paulette Lindo | Reproduction | 0.10 |
| 06/05/2015 | Paulette Lindo | Reproduction | 0.10 |
| 06/05/2015 | Michele M. Reetz | Reproduction | 6.70 |
| 06/05/2015 | Michele M. Reetz | Reproduction | 2.40 |
| 06/05/2015 | Michele M. Reetz | Reproduction | 1.00 |
| 06/05/2015 | Michele M. Reetz | Reproduction | 2.20 |
| 06/05/2015 | Michele M. Reetz | Reproduction | 1.80 |
| 06/05/2015 | Michele M. Reetz | Reproduction | 6.10 |
| 06/05/2015 | Michele M. Reetz | Reproduction | 1.60 |
| 06/05/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 06/08/2015 | Daniel I. Ganitsky | Reproduction | 7.10 |
| 06/08/2015 | Paulette Lindo | Reproduction | 10.00 |
| 06/08/2015 | Paulette Lindo | Reproduction | 9.30 |
| 06/08/2015 | Paulette Lindo | Reproduction | 7.40 |
| 06/08/2015 | Paulette Lindo | Reproduction | 6.60 |
| 06/08/2015 | Paulette Lindo | Reproduction | 9.10 |
| 06/08/2015 | Paulette Lindo | Reproduction | 1.20 |
| 06/08/2015 | Paulette Lindo | Reproduction | 2.20 |
| 06/08/2015 | Paulette Lindo | Reproduction | 2.20 |
| 06/08/2015 | Paulette Lindo | Reproduction | 0.80 |
| 06/08/2015 | Joseph P. Malca | Reproduction | 1.90 |
| 06/08/2015 | Jennifer L. Roche | Reproduction | 0.60 |
| 06/08/2015 | Jennifer L. Roche | Reproduction | 0.10 |
| 06/08/2015 | Jennifer L. Roche | Reproduction | 0.30 |
| 06/08/2015 | Michele M. Reetz | Reproduction | 2.80 |
| 06/08/2015 | Peter J. Young | Reproduction | 2.80 |
| 06/08/2015 | Kimberly White | Reproduction | 6.00 |
| 06/08/2015 | Michele M. Reetz | Reproduction | 9.00 |
| 06/08/2015 | Michele M. Reetz | Reproduction | 5.00 |
| 06/08/2015 | Michele M. Reetz | Reproduction | 6.00 |
| 06/08/2015 | Peter J. Young | Reproduction | 2.30 |
| 06/08/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 06/08/2015 | Michele M. Reetz | Reproduction | 6.90 |
| 06/08/2015 | Michele M. Reetz | Reproduction | 2.70 |
| 06/08/2015 | Peter J. Young | Reproduction | 0.60 |
| 06/08/2015 | Jeff J. Marwil | Out Of Town Meals | 40.00 |
| 06/08/2015 | Jennifer L. Roche | Long Distance Telephone | 0.35 |
| 06/08/2015 | Jennifer L. Roche | Long Distance Telephone | 0.70 |
| 06/08/2015 | Jennifer L. Roche | Long Distance Telephone | 1.04 |
| 06/09/2015 | Jeff J. Marwil | Out Of Town Meals | 38.66 |
| 06/09/2015 | Jeff J. Marwil | Taxicab/car Svc. (XYZ car service from office to lunch meeting) | 32.30 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 06/09/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from home to O'Hare on 6/8/15) | 75.00 |
| 06/09/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from LaGuardia to hotel on 6/8/15) | 42.41 |
| 06/09/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from meeting to LaGuardia) | 47.81 |
| 06/09/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (A-1 Airport Limo from O'Hare to Home) | 75.00 |
| 06/09/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Cab from hotel to meeting) | 12.36 |
| 06/09/2015 | Daniel I. Ganitsky | Taxicab/car Svc. (Executive car service from office to home) | 28.96 |
| 06/09/2015 | Jeff J. Marwil | Lodging (2 nights NYC) | 1,000.00 |
| 06/09/2015 | Jeff J. Marwil | Airplane | 442.10 |
| 06/09/2015 | Jared Zajac | Reproduction | 0.10 |
| 06/09/2015 | Jared Zajac | Reproduction | 0.10 |
| 06/09/2015 | Jared Zajac | Reproduction | 3.80 |
| 06/09/2015 | Paulette Lindo | Reproduction | 6.60 |
| 06/09/2015 | Paulette Lindo | Reproduction | 6.70 |
| 06/09/2015 | Paulette Lindo | Reproduction | 6.50 |
| 06/09/2015 | Paulette Lindo | Reproduction | 6.50 |
| 06/09/2015 | Peter J. Young | Reproduction | 6.50 |
| 06/09/2015 | Peter J. Young | Reproduction | 6.50 |
| 06/09/2015 | Kimberly White | Reproduction | 6.50 |
| 06/09/2015 | Paul Possinger | Reproduction | 1.60 |
| 06/09/2015 | Kimberly White | Reproduction | 0.30 |
| 06/09/2015 | Paul Possinger | Reproduction | 6.30 |
| 06/09/2015 | Paul Possinger | Reproduction | 6.50 |
| 06/09/2015 | Peter J. Young | Reproduction | 2.10 |
| 06/09/2015 | Paul Possinger | Reproduction | 1.00 |
| 06/09/2015 | Paul Possinger | Reproduction | 2.30 |
| 06/09/2015 | Paul Possinger | Reproduction | 6.90 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.60 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 06/10/2015 | Jared Zajac | Reproduction | 2.10 |
| 06/10/2015 | Jared Zajac | Reproduction | 0.20 |
| 06/10/2015 | Joseph P. Malca | Reproduction | 1.40 |
| 06/10/2015 | Cliff Turman | Reproduction | 3.00 |
| 06/10/2015 | Cliff Turman | Reproduction | 2.70 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 1.50 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.10 |

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 1.40 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 06/10/2015 | Peter J. Young | Reproduction | 4.00 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 4.00 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 6.90 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 06/10/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 06/10/2015 | Daniel I. Ganitsky | Taxicab/car Svc. (Executive car service from office to home) | 27.85 |
| 06/10/2015 | Richard M. Corn | Lexis | 298.50 |
| 06/10/2015 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking (Uber car from home to office for early morning conference) | 15.22 |
| 06/10/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 06/11/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 06/11/2015 | Gary Silber | Taxicab/car Svc. (Executive car service from office to home) | 96.90 |
| 06/11/2015 | Jared Zajac | Reproduction | 10.00 |
| 06/11/2015 | Joseph P. Malca | Reproduction | 23.90 |
| 06/11/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 06/11/2015 | Joseph P. Malca | Reproduction | 4.30 |
| 06/11/2015 | Cliff Turman | Reproduction | 4.40 |
| 06/11/2015 | Peter J. Young | Reproduction | 2.90 |
| 06/11/2015 | Peter J. Young | Reproduction | 2.60 |
| 06/11/2015 | Peter J. Young | Reproduction | 0.10 |
| 06/11/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 06/11/2015 | Michele M. Reetz | Reproduction | 2.90 |
| 06/11/2015 | Michele M. Reetz | Reproduction | 2.60 |
| 06/11/2015 | Paul Possinger | Reproduction | 1.40 |
| 06/11/2015 | Michele M. Reetz | Reproduction | 2.60 |
| 06/11/2015 | Michele M. Reetz | Reproduction | 1.80 |
| 06/11/2015 | Paul Possinger | Reproduction | 0.20 |
| 06/11/2015 | Peter J. Young | Reproduction | 0.10 |
| 06/11/2015 | Peter J. Young | Reproduction | 0.10 |
| 06/11/2015 | Peter J. Young | Reproduction | 2.50 |
| 06/11/2015 | Michele M. Reetz | Reproduction | 2.50 |
| 06/11/2015 | Michele M. Reetz | Reproduction | 0.10 |

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| 06/11/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 06/11/2015 | Paul Possinger | Reproduction | 6.80 |
| 06/11/2015 | Paul Possinger | Reproduction | 8.60 |
| 06/11/2015 | Paul Possinger | Reproduction | 2.20 |
| 06/12/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 06/12/2015 | Michele M. Reetz | Reproduction | 4.80 |
| 06/12/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 06/12/2015 | Michele M. Reetz | Reproduction | 2.10 |
| 06/12/2015 | Peter J. Young | Reproduction | 4.80 |
| 06/12/2015 | Peter J. Young | Reproduction | 2.10 |
| 06/12/2015 | Peter J. Young | Reproduction | 4.60 |
| 06/12/2015 | Peter J. Young | Reproduction | 2.00 |
| 06/12/2015 | Paul Possinger | Reproduction | 1.70 |
| 06/12/2015 | Michele M. Reetz | Reproduction | 3.80 |
| 06/12/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 06/12/2015 | Peter J. Young | Reproduction | 3.80 |
| 06/12/2015 | Peter J. Young | Reproduction | 0.90 |
| 06/12/2015 | Peter J. Young | Reproduction | 4.00 |
| 06/12/2015 | Peter J. Young | Reproduction | 1.00 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 2.00 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 8.80 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.40 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.40 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 2.40 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 3.20 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 2.80 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.80 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 8.80 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 4.00 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 1.20 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 1.20 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 3.60 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 2.80 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 3.20 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 1.60 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 2.40 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.20 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 8.90 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 10.00 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 9.80 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 9.80 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.20 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 38.80 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.80 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 44.40 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 1.60 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.40 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 15.20 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 1.20 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.40 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.40 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.10 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.20 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.20 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.20 |
| 06/12/2015 | Jennifer R. Scullion | Reproduction | 0.80 |
| 06/15/2015 | Jared Zajac | Reproduction | 0.40 |
| 06/15/2015 | Jared Zajac | Reproduction | 0.50 |
| 06/15/2015 | Jared Zajac | Reproduction | 4.00 |
| 06/15/2015 | Jared Zajac | Reproduction | 4.00 |
| 06/15/2015 | Jared Zajac | Reproduction | 4.00 |
| 06/15/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 06/15/2015 | Peter J. Young | Reproduction | 2.30 |
| 06/15/2015 | Peter J. Young | Reproduction | 2.50 |
| 06/15/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 06/15/2015 | Michele M. Reetz | Reproduction | 5.10 |

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| 06/15/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 06/15/2015 | Peter J. Young | Reproduction | 5.10 |
| 06/15/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 06/15/2015 | Michele M. Reetz | Reproduction | 4.20 |
| 06/15/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 06/16/2015 | Richard M. Corn | Reproduction | 5.00 |
| 06/16/2015 | Richard M. Corn | Reproduction | 2.70 |
| 06/16/2015 | Gary Silber | Local Meals | 20.00 |
| 06/17/2015 | Gary Silber | Dinner Voucher/sweb | 20.00 |
| 06/17/2015 | Richard M. Corn | Reproduction | 4.70 |
| 06/17/2015 | Richard M. Corn | Reproduction | 2.90 |
| 06/17/2015 | Paul Possinger | Reproduction | 2.50 |
| 06/17/2015 | Mark K. Thomas | Reproduction | 0.10 |
| 06/17/2015 | Mark K. Thomas | Reproduction | 0.10 |
| 06/17/2015 | Kimberly White | Reproduction | 6.90 |
| 06/17/2015 | Paul Possinger | Reproduction | 8.70 |
| 06/17/2015 | Paul Possinger | Reproduction | 2.30 |
| 06/17/2015 | Peter J. Young | Reproduction | 2.30 |
| 06/17/2015 | Mark K. Thomas | Reproduction | 0.10 |
| 06/17/2015 | Mark K. Thomas | Reproduction | 0.10 |
| 06/18/2015 | Jared Zajac | Reproduction | 3.10 |
| 06/18/2015 | Jared Zajac | Reproduction | 2.90 |
| 06/18/2015 | Jared Zajac | Reproduction | 3.50 |
| 06/18/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 06/18/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 06/18/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 06/18/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 06/18/2015 | Michele M. Reetz | Reproduction | 2.30 |
| 06/18/2015 | Jared Zajac | Dinner Voucher/sweb | 20.00 |
| 06/19/2015 | Jennifer L. Roche | Long Distance Telephone | 9.73 |
| 06/19/2015 | Jennifer L. Roche | Postage | 0.48 |
| 06/19/2015 | Jared Zajac | Reproduction | 0.40 |
| 06/19/2015 | Jared Zajac | Reproduction | 0.10 |
| 06/19/2015 | Michele M. Reetz | Reproduction | 1.00 |
| 06/19/2015 | Michele M. Reetz | Reproduction | 0.60 |
| 06/20/2015 | Peter J. Young | Reproduction | 2.00 |
| 06/20/2015 | Peter J. Young | Reproduction | 6.90 |
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 0.90 |
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 7.60 |
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 1.10 |
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 8.80 |
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 3.60 |
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 2.00 |
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 12.60 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 3.20 |
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 2.70 |
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 06/20/2015 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 06/22/2015 | Gary Silber | Reproduction | 1.80 |
| 06/22/2015 | Gary Silber | Reproduction | 1.50 |
| 06/22/2015 | Gary Silber | Reproduction | 0.20 |
| 06/22/2015 | Gary Silber | Reproduction | 0.60 |
| 06/22/2015 | Gary Silber | Reproduction | 1.90 |
| 06/22/2015 | Gary Silber | Reproduction | 12.30 |
| 06/22/2015 | Gary Silber | Reproduction | 0.60 |
| 06/22/2015 | Gary Silber | Reproduction | 0.40 |
| 06/22/2015 | Lorena Ramirez | Reproduction | 2.30 |
| 06/22/2015 | Lorena Ramirez | Reproduction | 2.30 |
| 06/22/2015 | Paul Possinger | Reproduction | 0.60 |
| 06/22/2015 | Paul Possinger | Reproduction | 2.40 |
| 06/22/2015 | J. Devoy Dubuque | Reproduction | 3.20 |
| 06/22/2015 | Peter J. Young | Reproduction | 0.30 |
| 06/22/2015 | Paul Possinger | Reproduction | 5.70 |
| 06/22/2015 | Paul Possinger | Reproduction | 2.20 |
| 06/22/2015 | Proskauer Unassigned | Reproduction | 0.10 |
| 06/22/2015 | Paul Possinger | Reproduction | 1.10 |
| 06/22/2015 | Peter J. Young | Reproduction | 8.50 |
| 06/22/2015 | Paul Possinger | Reproduction | 0.70 |
| 06/22/2015 | Proskauer Unassigned | Reproduction | 0.30 |
| 06/22/2015 | Proskauer Unassigned | Reproduction | 0.40 |
| 06/22/2015 | Proskauer Unassigned | Reproduction | 0.30 |
| 06/22/2015 | Proskauer Unassigned | Reproduction | 2.20 |
| 06/22/2015 | Proskauer Unassigned | Reproduction | 1.80 |
| 06/22/2015 | Proskauer Unassigned | Reproduction | 0.30 |
| 06/22/2015 | Proskauer Unassigned | Reproduction | 7.50 |
| 06/22/2015 | Proskauer Unassigned | Reproduction | 0.20 |
| 06/22/2015 | Proskauer Unassigned | Reproduction | 0.20 |
| 06/22/2015 | Gary Silber | Local Meals | 20.00 |
| 06/23/2015 | Jared Zajac | Dinner Voucher/sweb | 20.00 |
| 06/23/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 06/23/2015 | Peter J. Young | Airplane | 6.99 |
| 06/23/2015 | Jared Zajac | Lexis | 268.00 |
| 06/23/2015 | Daniel I. Ganitsky | Taxicab/car Svc. (Executive car service from office to home) | 28.96 |
| 06/23/2015 | Peter J. Young | Out Of Town Meals | 10.67 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 06/23/2015 | Peter J. Young | Out Of Town Transportation (Cab from Philadelphia airport to hotel) | 35.00 |
| 06/23/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking (Cab from home to O'Hare) | 50.00 |
| 06/23/2015 | Jared Zajac | Reproduction | 4.90 |
| 06/23/2015 | Jared Zajac | Reproduction | 5.00 |
| 06/23/2015 | Jared Zajac | Reproduction | 0.10 |
| 06/23/2015 | Jared Zajac | Reproduction | 0.10 |
| 06/23/2015 | Jared Zajac | Reproduction | 4.80 |
| 06/23/2015 | Jared Zajac | Reproduction | 2.40 |
| 06/23/2015 | Gary Silber | Reproduction | 7.10 |
| 06/23/2015 | Richard M. Corn | Reproduction | 0.90 |
| 06/23/2015 | Richard M. Corn | Reproduction | 1.70 |
| 06/23/2015 | Jennifer L. Roche | Reproduction | 1.70 |
| 06/24/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking (Cab from O'Hare to home) | 50.00 |
| 06/24/2015 | Peter J. Young | Out Of Town Transportation (Carey Limo service from Philadelphia hotel to court in Wilmington) | 125.00 |
| 06/24/2015 | Peter J. Young | Out Of Town Transportation (Carey Limo service from court in Wilmington to Philadelphia airport) | 125.00 |
| 06/24/2015 | Peter J. Young | Out Of Town Meals | 13.13 |
| 06/24/2015 | Jared Zajac | Reproduction | 0.10 |
| 06/24/2015 | Kimberly White | Reproduction | 0.10 |
| 06/24/2015 | Peter J. Young | Lodging (1 night Philadelphia) | 300.00 |
| 06/24/2015 | Peter J. Young | Airplane | 344.60 |
| 06/25/2015 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 06/25/2015 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 06/25/2015 | Peter J. Young | Reproduction | 1.80 |
| 06/25/2015 | Peter J. Young | Reproduction | 3.10 |
| 06/25/2015 | Peter J. Young | Reproduction | 5.40 |
| 06/26/2015 | Daniel I. Ganitsky | Reproduction | 1.50 |
| 06/26/2015 | Daniel I. Ganitsky | Reproduction | 11.60 |
| 06/26/2015 | Jared Zajac | Reproduction | 2.30 |
| 06/26/2015 | Peter J. Young | Reproduction | 10.30 |
| 06/27/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 06/29/2015 | Jared Zajac | Reproduction | 1.60 |
| 06/29/2015 | Jared Zajac | Reproduction | 0.30 |
| 06/29/2015 | Jared Zajac | Reproduction | 1.60 |
| 06/29/2015 | Jared Zajac | Reproduction | 0.10 |
| 06/29/2015 | Daniel I. Ganitsky | Reproduction | 7.70 |
| 06/29/2015 | Daniel I. Ganitsky | Reproduction | 3.90 |
| 06/29/2015 | Paulette Lindo | Reproduction | 1.60 |
| 06/29/2015 | Paulette Lindo | Reproduction | 0.40 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 06/29/2015 | Paulette Lindo | Reproduction | 0.10 |
| 06/29/2015 | Paulette Lindo | Reproduction | 1.40 |
| 06/29/2015 | Paulette Lindo | Reproduction | 2.50 |
| 06/29/2015 | Paulette Lindo | Reproduction | 0.40 |
| 06/29/2015 | Richard M. Corn | Reproduction | 0.90 |
| 06/29/2015 | Peter J. Young | Reproduction | 0.90 |
| 06/29/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 06/29/2015 | Peter J. Young | Reproduction | 1.80 |
| 06/29/2015 | Peter J. Young | Reproduction | 5.50 |
| 06/29/2015 | Peter J. Young | Reproduction | 1.40 |
| 06/29/2015 | Michele M. Reetz | Reproduction | 0.70 |
| 06/29/2015 | Peter J. Young | Reproduction | 1.30 |
| 06/29/2015 | Peter J. Young | Reproduction | 1.80 |
| 06/29/2015 | Peter J. Young | Reproduction | 1.60 |
| 06/30/2015 | Jared Zajac | Reproduction | 2.50 |
| 06/30/2015 | Jared Zajac | Reproduction | 0.50 |
| 06/30/2015 | Jared Zajac | Reproduction | 0.30 |
| 06/30/2015 | Daniel I. Ganitsky | Reproduction | 5.50 |
| 06/30/2015 | Daniel I. Ganitsky | Reproduction | 3.20 |
| 06/30/2015 | Daniel I. Ganitsky | Reproduction | 3.20 |
| 06/30/2015 | Daniel I. Ganitsky | Reproduction | 10.40 |
| 06/30/2015 | Daniel I. Ganitsky | Reproduction | 10.40 |
| 06/30/2015 | Daniel I. Ganitsky | Reproduction | 1.80 |
| 06/30/2015 | Daniel I. Ganitsky | Reproduction | 1.70 |
| 06/30/2015 | Daniel I. Ganitsky | Reproduction | 1.70 |
| 06/30/2015 | Paulette Lindo | Reproduction | 0.20 |
| 06/30/2015 | Paulette Lindo | Reproduction | 0.10 |
| 06/30/2015 | Joseph P. Malca | Reproduction | 12.10 |
| 06/30/2015 | Paulette Lindo | Reproduction | 0.20 |
| 06/30/2015 | Paulette Lindo | Reproduction | 0.20 |
| 06/30/2015 | Paulette Lindo | Reproduction | 0.70 |
| 06/30/2015 | Paulette Lindo | Reproduction | 0.30 |
| 06/30/2015 | Paulette Lindo | Reproduction | 0.30 |
| 06/30/2015 | Paulette Lindo | Reproduction | 0.10 |
| 06/30/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 06/30/2015 | Peter J. Young | Reproduction | 0.70 |
| 06/30/2015 | Michele M. Reetz | Reproduction | 1.80 |
| 06/30/2015 | Michele M. Reetz | Reproduction | 1.90 |
| 06/30/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 06/30/2015 | Michele M. Reetz | Reproduction | 3.30 |
| 06/30/2015 | Peter J. Young | Reproduction | 3.30 |
| 06/30/2015 | Peter J. Young | Reproduction | 1.60 |
| 06/30/2015 | Peter J. Young | Reproduction | 0.30 |
| 06/30/2015 | Peter J. Young | Reproduction | 2.50 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 06/30/2015 | Peter J. Young | Reproduction | 0.50 |
| 06/30/2015 | Michele M. Reetz | Reproduction | 1.30 |
| 06/30/2015 | Michele M. Reetz | Reproduction | 1.30 |
| 06/30/2015 | Michele M. Reetz | Reproduction | 2.20 |
| 06/30/2015 | Michele M. Reetz | Reproduction | 4.90 |
| 06/30/2015 | Peter J. Young | Reproduction | 4.90 |

**Disbursements and Other Charges**                     $      **7,001.63**