**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) ) ) ) ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | | Case No. 14-10979 (CSS) |
| Debtors. | | (Jointly Administered) |

**Verification of Jeff J. Marwil**

1. I am a partner in the firm of Proskauer Rose LLP ("<u>Proskauer</u>"),[2] which maintains an office for the practice of law at 70 West Madison Street, Suite 3800, Chicago, Illinois 60602. I am one of the lead attorneys from Proskauer working on the Debtor's chapter 11 case. I am an attorney duly licensed in, and am a member in good standing of, the Bar for the State of Illinois and am admitted to practice in the United States District Court for the Northern District of Illinois. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by Proskauer as counsel to the Debtor and am familiar with all other work performed on behalf of the Debtor by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information and belief.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the *Seventh Monthly Fee Statement of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from June 1, 2015 Through June 30, 2015* (the "<u>Monthly Fee Statement</u>").

2

4. I have reviewed Local Bankruptcy Rule 2016-2 and believe that the Monthly Fee Statement for Proskauer complies with Local Bankruptcy Rule 2016-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 4, 2015                              */s/ Jeff J. Marwil*

                                                 Name:  Jeff J. Marwil
                                                 Title:   Partner, Proskauer Rose LLP