**EXHIBIT 1** to **EXHIBIT A**

**Wrong Debtor and Modify Amount Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | HUSCH BLACKWELL LLP ATTN: GARY L. VINCENT, ESQ. 190 CARONDELET PLAZA, SUITE 600 SAINT LOUIS, MO 63105 | 45 | Energy Future Holdings Corp. | Unsecured | $56,454.00 | EFH Corporate Services Company | Unsecured | $50,441.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects amount owed according to Debtors' books and records; the claimed amount is greater than the amount approved by the Debtors in the retainer agreement with claimant. | | | | | | | |
| 2 | RSA SECURITY, LLC A DIVISION OF EMC CORPORATION C/O RECEIVABLE MANAGEMENT SVS (RMS) P.O. BOX 5126 TIMONIUM, MD 21094 | 2557 | Energy Future Holdings Corp. | Unsecured | $48,687.49 | EFH Corporate Services Company | Unsecured | $48,014.53 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate). | | | | | | | |
| | | | | TOTAL | $105,141.49 | | TOTAL | $98,455.53 |

Page 1 of 1

**EXHIBIT 2** to **EXHIBIT A**

Wrong Debtor and Modify Priority Claims

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | SHERIDAN, DIANE B.<br>1107 LIVE OAK LANE<br>TAYLOR LAKE VILLAGE,<br>TX 77586-4530 | 4251 | Energy Future Holdings Corp. | Priority | $367.50 | EFH Corporate Services Company | Unsecured | $367.50 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| | | | | TOTAL | $367.50 | | TOTAL | $367.50 |

# EXHIBIT 3 to EXHIBIT A

**Wrong Debtor and Modify Classification Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor and Modify Classification Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASSIFICATION STATUS | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 4IMPRINT INC<br>101 COMMERCE ST<br>OSHKOSH, WI 54901 | 6160 | Energy Future Holdings Corp. | Secured | $166.96 | EFH Corporate Services Company | Unsecured | $166.96 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified classification reflects no evidence of perfected lien or security interest provided. | | | | | | | |
| | | | | TOTAL | $166.96 | | TOTAL | $166.96 |

## EXHIBIT 4 to EXHIBIT A

**Modify Amount Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ATKINS NORTH AMERICA, INC. F/K/A P B S & J INC 4030 W BOY SCOUT BLVD STE 700 TAMPA, FL 33607-5713 | 2024 | Luminant Mining Company LLC | Unsecured | $112,783.85 | Luminant Mining Company LLC | Unsecured | $64,235.65 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $48,548.20 is accounted for in claim no. 6142 on the claim register. | | | | | | | |
| 2 | AXON SOLUTIONS INC ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6077 | TXU Energy Retail Company LLC | Unsecured | $953,764.84 | TXU Energy Retail Company LLC | Unsecured | $871,506.78 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $82,258.06 is accounted for in claim no. 6078 on the claim register. | | | | | | | |
| 3 | AXON SOLUTIONS INC ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6078 | EFH Corporate Services Company | Unsecured | $953,764.84 | EFH Corporate Services Company | Unsecured | $82,258.06 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $871,506.78 is accounted for in claim no. 6077 on the claim register. | | | | | | | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BI-INFORM, INC. C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 7929 | EFH Corporate Services Company | Unsecured | $27,000.00 | EFH Corporate Services Company | Unsecured | $26,250.00 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via ACH number 8000940066 on 4/23/2014. | | | | | | | |
| 5 | CRC GROUP INC PO BOX 131888 DALLAS, TX 75313 | 4530 | EFH Corporate Services Company | Unsecured | $106,645.93 | EFH Corporate Services Company | Unsecured | $57,520.33 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $49,125.60 is accounted for in claim nos. 4531, 4532, and 4533 on the claim register. | | | | | | | |
| 6 | CRC GROUP INC PO BOX 131888 DALLAS, TX 75313 | 4533 | Luminant Generation Company LLC | Unsecured | Undetermined* | Luminant Generation Company LLC | Unsecured | $10,169.11 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. | | | | | | | |
| 7 | FLANDERS ELECTRIC INC. 901 HARRISON RD LONGVIEW, TX 75604 | 1861 | Oak Grove Management Company LLC | Unsecured | $31,376.71 | Oak Grove Management Company LLC | Unsecured | $24,176.50 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records. | | | | | | | |
| 8 | FLANDERS ELECTRIC INC. 901 HARRISON RD LONGVIEW, TX 75604 | 1865 | Luminant Mining Company LLC | Unsecured | $835,012.91 | Luminant Mining Company LLC | Unsecured | $744,297.85 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | NEUNDORFER INC<br>4590 HAMANN PKWY<br>WILLOUGHBY, OH 44094 | 5830 | Luminant Generation Company LLC | Unsecured | $10,937.08 | Luminant Generation Company LLC | Unsecured | $9,817.09 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via ACH number 8000940426 on 4/24/2014. | | | | | | | |
| 10 | PERFORMANCE CONTRACTING INC<br>PO BOX 872346<br>KANSAS CITY, MO 64187-2346 | 5767 | Luminant Generation Company LLC | Unsecured | $1,490,781.05 | Luminant Generation Company LLC | Unsecured | $166,718.40 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $1,324,062.65 is accounted for in claim nos. 5768, 5769 and 5772 on the claim register. | | | | | | | |
| 11 | PERFORMANCE CONTRACTING INC<br>PO BOX 872346<br>KANSAS CITY, MO 64187-2346 | 5769 | Sandow Power Company LLC | Unsecured | $493,187.31 | Sandow Power Company LLC | Unsecured | $326,468.91 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $166,718.40 is accounted for in claim no. 5767 on the claim register. | | | | | | | |
| 12 | ROMCO EQUIPMENT CO. LLC<br>C/O GARDERE WYNNE SEWELL, LLP<br>ATTN: JOHN P. MELKO<br>1000 LOUISIANA, STE 3400<br>HOUSTON, TX 77002-5007 | 9599 | Luminant Mining Company LLC | Unsecured | $81,958.38 | Luminant Mining Company LLC | Unsecured | $81,942.99 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for freight charges asserted (Debtor uses a third party logistics company to whom that liability is properly owed). | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 7908 | Oak Grove Management Company LLC Oak Grove Management Company LLC | 503(b)(9) Unsecured Subtotal | $8,176.42 $1,701.50 $9,877.92 | Oak Grove Management Company LLC | 503(b)(9) | $322.84 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $9,555.08 is accounted for in claim no. 7909 on the claim register. | | | | | | | |
| 14 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 7909 | Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Unsecured Subtotal | $8,176.42 $1,701.50 $9,877.92 | Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Unsecured Subtotal | $7,853.58 $1,701.50 $9,555.08 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $322.84 is accounted for in claim no. 7908 on the claim register. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR UNITED CONVEYOR SUPPLY CORP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | 4757 | Luminant Generation Company LLC | 503(b)(9) | $84,362.20 | Luminant Generation Company LLC | 503(b)(9) | $38,107.40 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $46,254.80 is accounted for in claim no. 4756 on the claim register. | | | | | | | |
| | | | | TOTAL | $5,201,330.94* | | TOTAL | $2,513,346.99 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 5

## EXHIBIT 5 to EXHIBIT A

**Modify Amount and Modify Priority Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR POWERRAIL DISTRIBUTION 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 3756 | Oak Grove Management Company LLC | 503(b)(9) | $24,575.59 | Oak Grove Management Company LLC | 503(b)(9) | $5,418.80 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $2,101.14 |
| | | | | | | | Subtotal | $7,519.94 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $17,055.65 is accounted for in claim no. 3755 on the claim register. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status. | | | | | | | |
| | | | | TOTAL | $24,575.59 | | TOTAL | $7,519.94 |

Page 1 of 1

## EXHIBIT 6 to EXHIBIT A

**Modify Priority Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CANTU FOODS & SUPPLY<br>1601 BRYAN ST #210<br>DALLAS, TX 75201-3480 | 7915 | EFH Corporate Services Company | Priority | $30.98 | EFH Corporate Services Company | Unsecured | $261.31 |
| | | | EFH Corporate Services Company | Unsecured | $230.33 | | | |
| | | | | Subtotal | $261.31 | | | |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status; tax charge is related to sales tax that does not give rise to priority status.

| | | | | TOTAL | $261.31 | | TOTAL | 261.31 |

## EXHIBIT 7 to EXHIBIT A

**Modify Classification Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 7 TO EXHIBIT A – Modify Classification Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION STATUS | AMOUNT | DEBTOR | MODIFIED CLASSIFICATION STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | WESTERN MARKETING INC<br>PO BOX 147<br>ABILENE, TX 79604<br><br>TRANSFERRED TO:<br>VENDOR RECOVERY FUND IV<br>TRANSFEROR:<br>WESTERN MARKETING INC<br>C/O DRUM CAPITAL MANAGEMENT<br>4 STAMFORD PLAZA<br>STAMFORD, CT 06902 | 3377 | Luminant Generation Company LLC | Secured | $5,558.35 | Luminant Generation Company LLC | Unsecured | $5,558.35 |
| | REASON FOR MODIFICATION: Modified classification reflects no evidence of perfected lien or security interest provided. | | | | | | | |
| | | | | TOTAL | $5,558.35 | | TOTAL | $5,558.35 |

Page 1 of 1