**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Steven Kazan, Esquire of Kazan, McClain, Satterley, & Greenwood, Jack London Market, 55 Harrison Street, Suite 400, Oakland, CA 94607, to represent the following: (i) Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle; and, (ii) David William Fahy.

Dated: August 5, 2015

**HOGAN♦McDANIEL**

*/s/ Daniel K. Hogan*
Daniel K. Hogan (I.D. #2814)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Fax: (302) 656-7599
dkhogan@dkhogan.com.com

*Counsel for Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, and David William Fahy*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: August 5, 2015

                */s/ Steven Kazan*
                Steven Kazan, Esquire (CA ID No.46855)
                Kazan, McClain, Satterley, & Greenwood
                Jack London Market
                55 Harrison St., Suite 400
                Oakland, CA  94607
                (510) 302-1000 x1005
                skazan@kazanlaw.com