# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## <u>JUNE 1, 2015 THROUGH JUNE 30, 2015</u>

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 40.0 | $20,446.50 |
| 46 | Budget-Related Work | 0.9 | $562.50 |
| Total for All-Debtor Matters | | 40.9 | $21,009.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 117.1 | $73,783.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 3.6 | $3,186.00 |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 69.9 | $53,799.00 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | 37.9 | $29,851.50 |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 52.8 | $32,884.50 |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 281.3 | $193,504.00 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 98.3% of the fees ($20,643.77) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 1.7% of the fees ($365.23) shall be allocated to the EFH estate.

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 4.1 | $3,423.50 |
| 32 | Corporate Matters | N/A | N/A |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 4.1 | $3,423.50 |
| **Total** | | **326.3** | **$217,936.50** |

RLF1 12742888v.1

**EXPENSE SUMMARY**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $459.20 |
| Outside Process Server | $22.18 |
| Travel – Taxi & Other Modes/Miles | $8.31 |
| **Total:** | **$489.69** |