# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $975.00 | 7.2 | $7,020.00 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $835.00 | 19.4 | $16,199.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $835.00 | 28.2 | $23,547.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $885.00 | 67.2 | $59,472.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $690.00 | 65.4 | $45,126.00 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $625.00 | 11.8 | $7,375.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $610.00 | 14.2 | $8,662.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $450.00 | 29.1 | $13,095.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rama T. Lagadapati | Associate. Joined firm as an Associate in 2013. Member of CA Bar since 2011, and TX Bar since 2013. | $625.00 | 5.5 | $3,437.50 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $425.00 | 40.4 | $17,170.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $525.00 | 12.6 | $6,615.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $630.00 | 1.2 | $756.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $395.00 | 21.8 | $8,611.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $370.00 | 2.3 | $851.00 |
| **TOTAL** | | | 326.3 | $217,936.50 |
| **Blended Rate** | | | **$667.90** | |