# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 12742888v.1

**EXPENSE SUMMARY**
**JUNE 1, 2015 THROUGH JUNE 30, 2015**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $459.20 |
| Outside Process Server | $22.18 |
| Travel – Taxi & Other Modes/Miles | $8.31 |
| **Total:** | **$489.69** |

**TOTAL EXPENSES:**                                                                                             **$489.69**