# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2015072763 | TCEH | 2015601 | Ashley E. Johnson | Travel – Taxi & Other Modes/Miles | | | $4.31 | Cab Fare/Dallas, TX/Travel to Meeting at EFH. |
| 2015072763 | TCEH | 2015601 | Ashley E. Johnson | Travel – Taxi & Other Modes/Miles | | | $4.00 | Cab Fare/Dallas, TX/Return from Meeting at EFH. |
| 2015072763 | TCEH | 2015620 | Jaqueline A. Greene | Outside Process Server | | | $22.18 | Messenger and Courier Expense |
| 2015072763 | TCEH | 2015608 | Diana P. Thorn | In House Duplication | $0.20 | 1 | $0.20 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015608 | Diana P. Thorn | In House Duplication | $0.20 | 1 | $0.20 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015618 | Kevin N. Paden | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015625 | Diana P. Thorn | In House Duplication | $0.20 | 1 | $0.20 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015608 | Diana P. Thorn | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via |

| | | | | | | | | Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015619 | Diana P. Thorn | In House Duplication | $0.20 | 3 | $0.60 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015608 | William T. Thompson | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |

2

| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015610 | Derick D. Sirls | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015619 | Diana P. Thorn | In House Duplication | $0.20 | 7 | $1.40 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015619 | Diana P. Thorn | In House Duplication | $0.20 | 7 | $1.40 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015618 | Diana P. Thorn | In House Duplication | $0.20 | 9 | $1.80 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015619 | Derick D. Sirls | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015610 | Derick D. | In House | $0.10 | 11 | $1.10 | In House Duplication |

3

| | | | Sirls | Duplication | | | | Charge via Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 11 | $1.10 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015625 | Diana P. Thorn | In House Duplication | $0.20 | 12 | $2.40 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015608 | Diana P. Thorn | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 15 | $1.50 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015619 | Diana P. Thorn | In House Duplication | $0.20 | 16 | $3.20 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 18 | $1.80 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 18 | $1.80 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015619 | Diana P. Thorn | In House Duplication | $0.20 | 18 | $3.60 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015608 | Diana P. Thorn | In House Duplication | $0.20 | 20 | $4.00 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015608 | Diana P. Thorn | In House Duplication | $0.20 | 20 | $4.00 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015610 | Diana P. Thorn | In House Duplication | $0.20 | 20 | $4.00 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 30 | $3.00 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 30 | $3.00 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 33 | $3.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 33 | $3.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 36 | $3.60 | In House Duplication Charge via |

4

| | | | | | | | | Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 39 | $3.90 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 39 | $3.90 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 42 | $4.20 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 42 | $4.20 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 48 | $4.80 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015610 | Derick D. Sirls | In House Duplication | $0.10 | 51 | $5.10 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015618 | Diana P. Thorn | In House Duplication | $0.20 | 51 | $10.20 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 57 | $5.70 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015616 | Kevin N. Paden | In House Duplication | $0.10 | 75 | $7.50 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015618 | Kevin N. Paden | In House Duplication | $0.10 | 75 | $7.50 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015619 | Derick D. Sirls | In House Duplication | $0.20 | 75 | $15.00 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 90 | $9.00 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015617 | Kevin N. Paden | In House Duplication | $0.10 | 102 | $10.20 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015616 | Kevin N. Paden | In House Duplication | $0.10 | 173 | $17.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015618 | Kevin N. Paden | In House Duplication | $0.10 | 173 | $17.30 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015619 | Derick D. Sirls | In House Duplication | $0.20 | 173 | $34.60 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015616 | Kevin N. Paden | In House Duplication | $0.10 | 225 | $22.50 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015618 | Kevin N. Paden | In House Duplication | $0.10 | 239 | $23.90 | In House Duplication Charge via Equitrac |

RLF1 12742888v.1

| 2015072763 | TCEH | 2015618 | Kevin N. Paden | In House Duplication | $0.20 | 346 | $69.20 | In House Duplication Charge via Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2015072763 | TCEH | 2015618 | Kevin N. Paden | In House Duplication | $0.10 | 519 | $51.90 | In House Duplication Charge via Equitrac |
| 2015072763 | TCEH | 2015618 | Kevin N. Paden | In House Duplication | $0.10 | 543 | $54.30 | In House Duplication Charge via Equitrac |

6