IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: D.I. 5065, 5066 |

**CERTIFICATION OF COUNSEL CONCERNING
ORDER AUTHORIZING CERTAIN DEBTORS TO ENTER
INTO LIMITED NON-PROPRIETARY HEDGING AND TRADING
ARRANGEMENTS SUBJECT TO THE RISK MANAGEMENT GUIDELINES**

The undersigned hereby certifies as follows:

1. On July 21, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter into Limited Non-Proprietary Hedging and Trading Arrangements Subject to the Debtors' Risk Management Guidelines* [D.I. 5065] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2] By the Motion, the Debtors are seeking the entry of an order (a) waiving the tenor limitations set forth in the *Order Authorizing Certain Debtors to Enter Into Non-Proprietary Hedging and Trading*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On July 21, 2015, the Debtors also filed the *Declaration of Joseph Ho, Senior Vice President of Enterprise Risk Management for Energy Future Holdings Corp. in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter into Limited Non-Proprietary Hedging and Trading Arrangements Subject to the Debtors' Risk Management Guidelines* [D.I. 5066] in connection with, and in support of, the Motion.

*Arrangements With a Tenor Beyond December 31, 2015 and Subject to Hedge and Tenor Limitations Consistent with Historical Practice* solely with respect to (x) wholesale Non-Proprietary Hedging and Trading Arrangements[3] entered into between Luminant Energy Company LLC, Luminant ET Services Company, and Luminant Generation Company LLC (collectively the "Hedging and Trading Entities") on the one hand and municipally-owned utilities and cooperatives that operate as load serving entities within the ERCOT market (such entities, as described herein, the "Muni-LSEs"); and (y) in some instances, wholesale Non-Proprietary Hedging and Trading Arrangements entered into by the Hedging and Trading Entities to hedge generation obligations to the Muni-LSEs (collectively, the "Non-Proprietary LSE Arrangements"); and (b) authorizing, but not directing, the Hedging and Trading Entities to enter into Non-Proprietary LSE Arrangements, at all times subject to guidelines approved by the audit committee for the board of directors for Energy Future Holdings Corp. with respect to such Non-Proprietary LSE Arrangements and the Debtors' Risk Management Guidelines each as described in greater detail in the Motion.

2.  Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter into Limited Non-Proprietary Hedging and Trading Arrangements Subject to the Debtors' Risk Management Guidelines" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on August 4, 2015 (the "Objection Deadline").[4]  A hearing to consider the relief requested in the Motion is

---

[3] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Motion.

[4] The Debtors extended the Objection Deadline for each of (i) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"); (ii) the official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect Debtor subsidiaries of EFCH and TCEH, and

currently scheduled to take place before the Bankruptcy Court on August 11, 2015 starting at 9:30 a.m. (Eastern Daylight Time).

3.    Prior to the Objection Deadline (as extended), each of the U.S. Trustee, the TCEH Creditors' Committee, and the Ad Hoc Group of TCEH First Lien Lenders provided informal comments to the Motion (collectively, the "Informal Responses").

4.    Other than the Informal Responses, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. Based on various communications by and between the Debtors, the U.S. Trustee, counsel to the TCEH Creditors' Committee, and counsel to the TCEH First Lien Ad Hoc Committee, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion, which fully resolves the Informal Responses. A copy of the Revised Order is attached hereto as **Exhibit A**. A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as **Exhibit B**. The Revised Order has been circulated to, and is acceptable to, the Debtors, the U.S. Trustee, counsel the TCEH Creditors' Committee, and counsel to the TCEH First Lien Ad Hoc Committee.

---

EFH Corporate Services Company (the "TCEH Creditors' Committee"); and (iii) the ad hoc group of TCEH first lien lenders (the "TCEH First Lien Ad Hoc Committee") to 4:00 p.m. (Eastern Daylight Time) on August 5, 2015.

5. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: August 5, 2015
Wilmington, Delaware

/s/ _(signature)_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession