# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

### FRANKGECKER LLP'S VERIFIED STATEMENT
### OF MULTIPLE CREDITOR REPRESENTATION
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

FrankGecker LLP ("FG"), as counsel for various creditors in the above-captioned chapter 11 cases, makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

1. FG represents the interests of the following creditors (the "Creditors") in these chapter 11 cases:

   a. EXPERIAN INFORMATION SOLUTIONS, INC.
      475 Anton Boulevard
      Fourth Floor - Building D
      Costa Mesa, California  92626

   b. EXPERIAN MARKETING SOLUTIONS, INC.
      475 Anton Boulevard
      Fourth Floor - Building D
      Costa Mesa, California  92626

   c. Ad Hoc Committee of Asbestos PI Claimants
      c/o Barry Julian
      GORI, JULIAN & ASSOCIATES, P.C.
      156 North Main Street
      Edwardsville, Illinois  62025

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas  75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

    d. Curtis Liberda
       438 W. Greenbriar Ln.
       Dallas TX  75208

    e. Charlotte Liberda
       4319 A. O'Reilly
       Houston TX  77007

2.    Creditors (a) and (b) above are suppliers of services to the Debtors and currently hold or may hold certain breach of contract and rejection damages claims against the Debtors.  Creditor (c) above is an ad hoc committee representing the interests of multiple asbestos personal-injury claimants.  The members of creditor (c) are listed below.  Each member represents individuals with personal injury or wrongful death claims against the Debtors.

    i) Barry Julian
       GORI, JULIAN & ASSOCIATES, P.C.
       156 North Main Street
       Edwardsville, Illinois  62025

    ii) Perry J. Browder
       Matt Petersen
       SIMMONS HANLEY CONROY LLC
       One Court Street
       Alton, Illinois  62002

    iii) Robert Paul
       PAUL, REICH & MYERS, P.C.
       1608 Walnut Street
       Philadelphia, Pennsylvania  19103

    iv) Steven Kazan
       KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, P.C.
       Jack London Market
       55 Harrison Street
       Oakland, California  94607

    v) Ethan Early
       EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN
       360 Lexington Avenue, 20th Floor
       New York, New York  10017

Creditors (d) and (e) hold unmanifested asbestos claims against the Debtor.

3. FG has been retained by the Creditors listed above to represent their respective interests in these cases.

4. FG represents the interests of certain of the Creditors in numerous bankruptcy cases pending across the nation.

5. The Creditors are fully aware of FG's representation of them as parties in these cases. The Creditors have waived any potential conflict that may exist based upon such representation by FG.

6. FG does not own, and has never owned, any claim against the Debtors in these cases, nor any equity securities of the Debtors.

Dated: August 6, 2015

/s/Daniel K. Hogan
Daniel K. Hogan (#2814)
HOGAN♦McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540
(302) 656-7599- facsimile
dkhogan@dkhogan.com

 - AND -


FRANKGECKER LLP

Joseph D. Frank (IL Bar No. 6216085)
Reed Heiligman (IL Bar No. 6294312)
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:    (312) 276-1400
Facsimile:    (312) 276-0035
jfrank@fgllp.com
rheiligman@fgllp.com

*Attorneys for the PI Law Firms*