**Exhibit 3** to **Exhibit A**

[Wrong Debtor and Modify Classification Claims]

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor and Modify Classification Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED CLASSIFICATION STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | DELTA FABRICATIONS & MACHINE INC. ATTN: GERALD WILLIAMS PO BOX 980 DAINGERFIELD, TX 75638 | 3700 | No Debtor Asserted | Secured | $68,114.00 | Luminant Generation Company LLC | Unsecured | $68,114.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified classification reflects no evidence of perfected lien or security interest provided. | | | | | | | |
| 2 | PROGRESSIVE WATER TREATMENT JANET BARNHART 2535 E UNIVERSITY DR MCKINNEY, TX 75069 | 5827 | Energy Future Holdings Corp. | Secured | $34,186.32 | Luminant Generation Company LLC | Unsecured | $34,186.32 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified classification reflects no evidence of perfected lien or security interest provided. | | | | | | | |
| 3 | WCR 2601 W STROOP RD #100 DAYTON, OH 45439-1929 | 7733 | No Debtor Asserted | Secured | $50,290.00 | Sandow Power Company LLC | Unsecured | $50,290.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified classification reflects no evidence of perfected lien or security interest provided. | | | | | | | |
| 4 | WESTERN MARKETING INC PO BOX 147 ABILENE, TX 79604-0147 | 3378 | TXU Electric Company, Inc. | Secured | $8,019.60 | Luminant Generation Company LLC | Unsecured | $8,019.60 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified classification reflects no evidence of perfected lien or security interest provided. | | | | | | | |
| | | | | TOTAL | $160,609.92 | | TOTAL | $160,609.92 |