**Exhibit C**

[Blackline of Exhibit 2]

[Wrong Debtor and Modify Priority Claims]

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red"><u>REDLINE OF</u></span> TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | | | | **ASSERTED** | | | **MODIFIED** | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **CLAIM #** | **DEBTOR** | **PRIORITY STATUS** | **CLAIM AMOUNT** | **DEBTOR** | **PRIORITY STATUS** | **CLAIM AMOUNT** |
| 1 | ABL SERVICES, INC. P.O. BOX 8572 TYLER, TX 75711 | 5294 | Energy Future Holdings Corp. | 503(b)(9) | $53,852.63 | Luminant Mining Company LLC | 503(b)(9) | $29,752.60 |
| | | | Energy Future Holdings Corp. | Unsecured | $16,896.56 | Oak Grove Management Company LLC | 503(b)(9) | $3,775.56 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $37,221.03 |
| | | | | Subtotal | $70,749.19 | | Subtotal | $70,749.19 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| 2 | BOTTOM CLEANERS PO BOX 74 BREMOND, TX 76629 | 3301 | No Debtor Asserted | Priority | $6,770.75 | Oak Grove Management Company LLC | Unsecured | $6,770.75 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| 3 | BULLARD INC PO BOX 1518 PALESTINE, TX 75802-1518 | 3469 | Energy Future Holdings Corp. | 503(b)(9) | $29,526.99 | Luminant Generation Company LLC | Unsecured | $22,523.81 |
| | | | Energy Future Holdings Corp. | Unsecured | $40,368.92 | Luminant Mining Company LLC | Unsecured | $20,672.78 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $26,699.32 |
| | | | | Subtotal | $69,895.91 | | Subtotal | $69,895.91 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

## <span style="color:red">REDLINE OF</span> TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | CAPPS HARDWARE & AG CENTER<br>ATTN: BARRY CAPPS<br>512 W US HWY 84<br>FAIRFIELD, TX 75840 | 591 | Energy Future Holdings Corp. | Priority | $48,925.84 | Luminant Generation Company LLC | Unsecured | $4,851.52 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $44,074.32 |
| | | | | | | | Subtotal | $48,925.84 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to claimant's supporting documentation and Debtors' books and records, there is no basis for the priority asserted.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CDW<br>ATTN: RONELLE ERICKSON<br>200 N. MILWAUKEE AVE<br>VERNON HILLS, IL 60061 | 628 | EFH Corporate Services Company | Priority | $1,454.98 | EFH Corporate Services Company | 503(b)(9) | $95.00 |
| | | | EFH Corporate Services Company | Unsecured | $17,416.66 | Luminant Generation Company LLC | 503(b)(9) | $1,359.98 |
| | | | | | | EFH Corporate Services Company | Unsecured | $5,476.66 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $11,940.00 |
| | | | | Subtotal | $18,871.64 | | Subtotal | $18,871.64 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to claimant's supporting documentation and Debtors' books and records, the claim is entitled to 503(b)(9) priority, rather than the priority asserted.

**ENERGY FUTURE HOLDINGS CORP., et al.**

## **REDLINE OF** TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | CELTEX INDUSTRIES, INC. 997 CHEROKEE TRACE WHITE OAK, TX 75693 | 4705 | Energy Future Holdings Corp. | 503(b)(9) | $57,708.63 | Luminant Generation Company LLC | 503(b)(9) | $12,322.00 |
| | | | Energy Future Holdings Corp. | Unsecured | $107,076.27 | Oak Grove Management Company LLC | 503(b)(9) | $6,169.50 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $75,801.57 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $66,539.83 |
| | | | | | | Sandow Power Company LLC | Unsecured | $3,952.00 |
| | | | | Subtotal | $164,784.90 | | Subtotal | $164,784.90 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | CORROSION ELIMINATORS INC PO BOX 1546 MINERAL WELLS, TX 76068 | 3108 | No Debtor Asserted | Priority | $4,600.00 | Luminant Generation Company LLC | Unsecured | $4,600.00 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to claimant's supporting documentation and Debtors' books and records, there is no basis for the priority asserted.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | DALLAS BASKETBALL LTD 2909 TAYLOR ST DALLAS, TX 75226 | 9891 | No Debtor Asserted | 503(b)(9) | $19,400.00 | TXU Energy Retail Company LLC | Unsecured | $19,400.00 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

### **REDLINE OF** TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES (RMS) P.O. BOX 5126 TIMONIUM, MD 21094 | 3797 | Energy Future Holdings Corp. | 503(b)(9) | $94,746.00 | EFH Corporate Services Company | 503(b)(9) | $90,003.00 |
| | | | Energy Future Holdings Corp. | Unsecured | $145,824.37 | EFH Corporate Services Company | Unsecured | $147,543.00 |
| | | | | | | Generation MT Company LLC | Unsecured | $3,024.37 |
| | | | | Subtotal | $240,570.37 | | Subtotal | $240,570.37 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | ENERGY SERVICES GROUP INTL. INC. ATTN: DICK SMITH 3601 LA GRANGE PARKWAY TOANO, VA 23168 | 763 | Multiple Debtors Asserted | Priority | $12,475.00 | Oak Grove Management Company LLC | Unsecured | $24,151.41 |
| | | | Multiple Debtors Asserted | Unsecured | $11,676.41 | | | |
| | | | | Subtotal | $24,151.41 | | | |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | GLEN ROSE AUTO PARTS PO BOX 2141 GLEN ROSE, TX 76043 | 3191 | Multiple Debtors Asserted | Priority | $2,359.93 | Luminant Generation Company LLC | Unsecured | $2,359.93 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to claimant's supporting documentation and Debtors' books and records, there is no basis for the priority asserted.

**ENERGY FUTURE HOLDINGS CORP., et al.**

<span style="color:red">REDLINE OF</span> TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~12~~ | ~~H&E EQUIPMENT SERVICES, INC.~~ ~~C/O BELL NUNNALLY~~ ~~ATTN: RANDALL K.~~ ~~LINDLEY~~ ~~3232 MCKINNEY AVE.,~~ ~~STE. 1400~~ ~~DALLAS, TX 75204~~ | ~~7933~~ | ~~Energy Future Holdings Corp.~~ | ~~503(b)(9)~~ | ~~$44,400.87~~ | ~~Luminant Mining Company LLC~~ | ~~503(b)(9)~~ | ~~$6,337.88~~ |
|   |   |   | ~~Energy Future Holdings Corp.~~ | ~~Unsecured~~ | ~~$2,607.02~~ | ~~Luminant Generation Company LLC~~ | ~~Unsecured~~ | ~~$1,275.94~~ |
|   |   |   |   |   |   | ~~Luminant Mining Company LLC~~ | ~~Unsecured~~ | ~~$10,396.74~~ |
|   |   |   |   |   |   | ~~Oak Grove Management Company LLC~~ | ~~Unsecured~~ | ~~$28,997.33~~ |
|   |   |   |   | ~~Subtotal~~ | ~~$47,007.89~~ |   | ~~Subtotal~~ | ~~$47,007.89~~ |

~~REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.~~

| 1~~3~~2 | LAMBERT OIL CO PO BOX 636 CLEBURNE, TX 76033-0636 | 5125 | EFH Corporate Services Company | 503(b)(9) | $29,615.67 | Luminant Generation Company LLC | 503(b)(9) | $29,615.67 |
|---|---|---|---|---|---|---|---|---|
|   |   |   | EFH Corporate Services Company | Priority | $4,478.76 | Luminant Generation Company LLC | Unsecured | $9,915.39 |
|   |   |   | EFH Corporate Services Company | Unsecured | $5,436.63 |   |   |   |
|   |   |   |   | Subtotal | $39,531.06 |   | Subtotal | $39,531.06 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(8), according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status; tax charge is related to sales tax that does not give rise to priority status.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 4 | MAGNUM ENGINEERING & CONTROLS DBA MAGNUM TECHNICAL SERVICES 24 COMMERCIAL PL SCHERTZ, TX 78154-3101 | 1179 | No Debtor Asserted No Debtor Asserted No Debtor Asserted | Priority Secured Unsecured | $12,475.00 $0.00 $33,817.67 | Luminant Mining Company LLC Oak Grove Management Company LLC Sandow Power Company LLC | Unsecured Unsecured Unsecured | $33,722.08 $10,965.59 $1,605.00 |
| | | | | Subtotal | $46,292.67 | | Subtotal | $46,292.67 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. Debtors agree that claimant has no secured claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 5 | OAKRIDGE BELLOWS P.O. BOX 311583 NEW BRAUNFELS, TX 78131 | 3529 | Energy Future Holdings Corp. | 503(b)(9) | $64,107.00 | Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Unsecured | $25,550.00 $38,557.00 |
| | | | | | | | Subtotal | $64,107.00 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 6 | PENTAIR VALVES & CONTROLS INC. 5500 WAYZATA BOULEVARD, STE. 800 MINNEAPOLIS, MN 55416 | 4558 | EFH Corporate Services Company | 503(b)(9) | $5,735.00 | Luminant Generation Company LLC | Unsecured | $5,735.00 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

**ENERGY FUTURE HOLDINGS CORP., et al.**

## <span style="color:red">REDLINE OF</span> TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 ~~7~~ | PNEUMAT SYSTEMS, INC 110 MOHR DRIVE MANKATO, MN 56001 | 3505 | Energy Future Holdings Corp. | 503(b)(9) | $7,250.00 | Oak Grove Management Company LLC | Unsecured | $7,250.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 ~~8~~ | REGULATOR TECHNOLOGIES INC. ATTN: JOSEPH MIKSCHE 8000 NORMAN CENTER DR., SUITE 1200 BLOOMINGTON, MN 55437 | 44 | EFH Corporate Services Company | Administrative | $281.20 | Luminant Generation Company LLC | Unsecured | $281.20 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects goods that were received by the Debtor pre-petition, which would not be entitled to administrative priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 ~~9~~ | RICHARD AUTOMATION INC. 750 PEARL STREET BEAUMONT, TX 77701 | 9818 | Energy Future Holdings Corp. | Priority | $51,794.14 | Oak Grove Management Company LLC | Unsecured | $42,474.14 |
| | | | | | | Sandow Power Company LLC | Unsecured | $9,320.00 |
| | | | | | | | Subtotal | $51,794.14 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

**ENERGY FUTURE HOLDINGS CORP., et al.**

## REDLINE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR LEICA GEOSYSTEMS ET AL 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 2221 | Energy Future Holdings Corp. | 503(b)(9) | $3,994.51 | Luminant Mining Company LLC | Unsecured | $3,994.51 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 21 | WAUKESHA-PEARCE INDUSTRIES, INC. ATTN: DAVID G. MCMILLEN 12320 S MAIN HOUSTON, TX 77035 | 3413 | Energy Future Holdings Corp. | 503(b)(9) | $196,461.24 | Luminant Generation Company LLC | 503(b)(9) | $81.99 |
| | | | | | | Luminant Mining Company LLC | 503(b)(9) | $158,430.74 |
| | | | | | | Oak Grove Management Company LLC | 503(b)(9) | $3,337.82 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $26,972.57 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $7,638.12 |
| | | | | | | | Subtotal | $196,461.24 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~22~~ | ~~WINDHAM MANUFACTURING COMPANY INC 8520 FORNEY RD DALLAS, TX 75227-4515~~ | ~~214~~ | ~~No Debtor Asserted~~ | ~~503(b)(9)~~ | ~~$3,672.40~~ | ~~Luminant Generation Company LLC~~ | ~~Unsecured~~ | ~~$3,672.40~~ |

~~REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~

| | | | | TOTAL | $886,071.01 ~~1,137,207.05~~ | | TOTAL | $886,071.01 ~~1,137,207.05~~ |
|---|---|---|---|---|---|---|---|---|