## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**No Hearing Required**<br>**Related to D.I. Nos. 3139, 3207 and 3863** |

**SECOND SUPPLEMENTAL DECLARATION OF JOSEPH H. HUSTON, JR. IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF STEVENS & LEE, P.C. AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(e) AND 1107(b) OF THE BANKRUPTCY CODE, EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 26, 2014**

Joseph H. Huston, Jr., declares under penalty of perjury as follows:

1. I am co-chair of the Bankruptcy and Financial Restructuring Group of Stevens & Lee, P.C. ("**S&L**"), with an office located at 1105 North Market Street, Suite 700, Wilmington, DE 19801, and am admitted to practice law in the State of Delaware and am in good standing.

2. I am authorized to submit this Second Supplemental Declaration on behalf of S&L. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Background

3. On December 24, 2014, debtor Energy Future Intermediate Holding Company LLC ("**EFIH**") filed the *Application for an Order Approving the Employment of Stevens & Lee, PC as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e)* [sic; 327(a)] *and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*2014* [Docket No. 3139] (the "**Application**") to serve as Delaware co-counsel to Cravath, Swaine & Moore LLP ("**Cravath**") on "Conflicts Matters." [2] In support of the Application, EFIH filed as Exhibit E to the Application the *Declaration of Joseph H. Huston, Jr. in Support of Application for Order Approving the Employment of Stevens & Lee, P.C. as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e)* [sic; 327(a)] *and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014* (the "**Declaration**").

4. On January 8, 2015, EFIH filed the Amended Application for an Order Approving the Employment of Stevens & Lee, PC as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014, including an amended Declaration [Docket No. 3207] (the "**Amended Application**").

5. On January 13, 2015, after notice and a hearing, the Court entered the *Order Approving the Employment of Stevens & Lee, P.C. as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014* [Docket No. 3278] (the "**Employment Order**").

6. On March 10, 2015, I filed the *Supplemental Declaration of Joseph H. Huston, Jr. in Support of Application for Order Approving the Employment of Stevens & Lee, P.C. as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014* [Docket No. 3863] (the "**Supplemental Declaration**").

### Supplemental Disclosure

7. As stated in the amended Declaration [appearing at Docket No. 3207], S&L has appeared in this jointly administered case for the City of Dallas, Texas, which is a creditor of a

---

[2] Capitalized terms not defined in this Declaration have the meaning ascribed to them in the Application.

2

nondebtor affiliate of the debtors solely for the purpose of monitoring these proceedings and, as further set forth therein, we did not then and do not now believe this relationships constitutes a conflict or renders us "disinterested." In addition, as set forth in the amended Declaration, none of the lawyers, legal assistants or paralegals of the firm who represent the City of Dallas, Texas (the "**Dallas Team**") have been or will be involved in this engagement, and we have established an "ethical wall" to ensure that the Company's confidential information will not be shared with the City of Dallas, Texas or the Dallas Team.

8.     John D. Demmy, one of the lawyers on the Dallas Team, has been asked by Rexel, Inc. ("**Rexel**") and Waukesha-Pierce, Inc. ("**WP**"), creditors of certain of the Luminant debtors (collectively, the "**Creditors**"), to represent them in responding to objections to their claims. The Rexel claims are for materials furnished to various power plants and other projects of debtors Luminant Mining Company LLC and TXU Electric Company, Inc. Rexel asserts that its claims are secured claims pursuant to Texas mineral and materialman lien statutes and the Texas state constitution. The WP claims relate to goods and related and incidental services sold to debtors Luminant Mining Company LLC, Luminant Generation Company, LLC and Oak Grove Management Company LLC in the 20 days prior to commencement of the captioned bankruptcy cases.

9.     The Debtors have objected to the Rexel claims and seek, in whole or in part, to reduce their amount and to reclassify them from secured to unsecured. The Debtors object to the WP claims and seek, in whole or in part, to reclassify them and to apportion them among Luminant Mining Company LLC, Luminant Generation Company, LLC and Oak Grove Management Company LLC.

SL1 1377459v3 109285.00001

10. These claims will have no effect on the "E-side" cases, and consistent with the "ethical wall" referred to above, Mr. Demmy has not been and will not be involved in the representation of EFIH on any matters of a confidential or privileged nature. Given the respective interests of the Company, the Creditors and the debtors identified above,, we do not believe that these representations constitute a conflict or render us "disinterested."

Dated: August 6, 2015    */s/ Joseph H. Huston, Jr.*
    Joseph H. Huston, Jr.