**Exhibit B**

**Redline of Exhibit 1**

**(Insufficient Documentation Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al**

**REDLINE OF NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims**

|   | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BORJAS, ISIDRO<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/13/2015 | 10073 | $4,305.35 | Insufficient Documentation Claim |
| 2 | CASTANEDA, MANUEL C<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 05/27/2014 | 381 | $5,550.00 | Insufficient Documentation Claim |
| 3 | DON DIEGO-ALVARADO, LUPE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/11/2014 | 3037 | $1,800.00 | Insufficient Documentation Claim |
| 4 | KRUG, RICHARD<br>ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1333 | $10,101.42 | Insufficient Documentation Claim |
| ~~5~~ | ~~LEWIS, MELISSA C~~<br>~~ADDRESS ON FILE~~ | ~~14-10979 (CSS)~~ | ~~Energy Future Holdings Corp.~~ | ~~10/30/2014~~ | ~~9698~~ | ~~$5,000.00*~~ | ~~Insufficient Documentation Claim~~ |
| 5<s>6</s> | LYON, ANNE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/18/2014 | 9863 | $507.00 | Insufficient Documentation Claim |
| 6<s>7</s> | MCELWRATH, BILLY<br>DBA DAC<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 956 | $2,400.00 | Insufficient Documentation Claim |
| 7<s>8</s> | ROBERSON, ALMA<br>ADDRESS ON FILE | | No Debtor Asserted | 07/16/2014 | 3237 | $2,546.88 | Insufficient Documentation Claim |
| 8<s>9</s> | USELTON, GINA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/28/2015 | 10076 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | ~~$32,210.65*~~<br>$27,210.65* | |

* - Indicates claim contains unliquidated and/or undetermined amounts