**Exhibit C**

**Redline of Exhibit 3**

**(Wrong Debtor Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BABCOCK & WILCOX POWER GENERATION GROUP ATTN: JENNIFER SCHREIBER 20 SOUTH VAN BUREN AVE BARBERTON, OH 44203 TRANSFERRED TO: TANNOR PARTNERS CREDIT FUND, LP TRANSFEROR: BABCOCK & WILCOX POWER GENERATION GROUP; ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS, NY 10601 | 751 | Luminant Generation Company LLC | 503(b)(9) | $49,102.41 | Luminant Generation Company LLC | 503(b)(9) | $4,110.00 |
| | | | Luminant Generation Company LLC | Unsecured | $39,063.00 | Oak Grove Management Company LLC | 503(b)(9) | $44,992.41 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $39,063.00 |
| | | | | Subtotal | $88,165.41 | | Subtotal | $88,165.41 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 2 | BURFORD & RYBURN, LLP ATTN: JEB LOVELESS 500 N. AKARD STE 3100 DALLAS, TX 75201 | 5981 | EECI, Inc. | Unsecured | $440.00 | LSGT Gas Company LLC | Unsecured | $440.00 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BURFORD & RYBURN, LLP<br>ATTN: JEB LOVELESS<br>500 N. AKARD STE 3100<br>DALLAS, TX 75201 | 5982 | Luminant Generation Company LLC | Unsecured | $2,450.90 | Luminant Energy Company LLC | Unsecured | $2,100.90 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $350.00 |
| | | | | | | Subtotal | | $2,450.90 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 4 | CAPCORP<br>PO BOX 540757<br>DALLAS, TX 75354-0757 | 9857 | Luminant Mining Company LLC | Unsecured | $1,900.00 | Oak Grove Management Company LLC | Unsecured | $1,900.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 5 | CENTURYTEL OF LAKE DALLAS, INC.<br>DBA CENTURYLINK<br>ATTN: BANKRUPTCY<br>1801 CALIFORNIA ST, RM 900<br>DENVER, CO 80202-265 | 3273 | Energy Future Holdings Corp. | Unsecured | $69.53 | EFH Corporate Services Company | Unsecured | $69.53 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| 6 | CITY OF FORT WORTH<br>ATTN: CHRIS MOSLEY<br>1000 THROCKMORTON ST<br>FORT WORTH, TX 76102 | 4222 | Energy Future Holdings Corp. | Unsecured | $143.00 | EFH Corporate Services Company | Unsecured | $143.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | CITY OF FORT WORTH<br>ATTN: CHRIS MOSLEY<br>1000 THROCKMORTON ST<br>FORT WORTH, TX 76102 | 4223 | Energy Future Holdings Corp. | Unsecured | $35.10 | EFH Corporate Services Company | Unsecured | $35.10 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~8~~ | ~~CLYDE BERGEMANN POWER GROUP AMERICAS INC C/O GREENBERG TRAURIG, LLP ATTN: JOHN D. ELROD 3333 PIEDMONT RD., NE, SUITE 2500 ATLANTA, GA 30305~~ | ~~7853~~ | ~~Oak Grove Management Company LLC~~<br>~~Oak Grove Management Company LLC~~ | ~~503(b)(9)~~<br>~~Unsecured~~<br><br>~~Subtotal~~ | ~~$2,779.86~~<br>~~$21,640.97~~<br><br>~~$24,420.83~~ | ~~Luminant Generation Company LLC~~<br>~~Oak Grove Management Company LLC~~<br>~~Oak Grove Management Company LLC~~<br><br>~~Subtotal~~ | ~~503(b)(9)~~<br>~~503(b)(9)~~<br>~~Unsecured~~<br><br>~~Subtotal~~ | ~~$2,275.61~~<br>~~$504.25~~<br>~~$21,640.97~~<br><br>~~$24,420.83~~ |

~~REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.~~

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~8~~9 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4931 | Luminant Energy Company LLC | Unsecured | $708.83 | Luminant Generation Company LLC | Unsecured | $708.83 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~10~~<br>9 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4932 | Luminant Big Brown Mining Company LLC<br>Luminant Big Brown Mining Company LLC | 503(b)(9)<br>Unsecured<br><br>Subtotal | $436.55<br>$1,957.05<br><br>$2,393.60 | Luminant Mining Company LLC<br>Luminant Mining Company LLC | 503(b)(9)<br>Unsecured<br><br>Subtotal | $436.55<br>$1,957.05<br><br>$2,393.60 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF</span> NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

|  | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~11~~ **10** | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4933 | Luminant Energy Company LLC | 503(b)(9) | $580.69 | Luminant Mining Company LLC | 503(b)(9) | $580.69 |
|  |  |  | Luminant Energy Company LLC | Unsecured | $2,599.93 | Luminant Generation Company LLC | Unsecured | $20.17 |
|  |  |  |  |  |  | Luminant Mining Company LLC | Unsecured | $2,579.76 |
|  |  |  |  | Subtotal | $3,180.62 |  | Subtotal | $3,180.62 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

|  | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~12~~ **11** | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4934 | Luminant Energy Company LLC | 503(b)(9) | $3,965.47 | Luminant Mining Company LLC | 503(b)(9) | $3,965.47 |
|  |  |  | Luminant Energy Company LLC | Unsecured | $2,892.52 | Luminant Mining Company LLC | Unsecured | $2,892.52 |
|  |  |  |  | Subtotal | $6,857.99 |  | Subtotal | $6,857.99 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

|  | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~13~~ **12** | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4935 | Luminant Energy Company LLC | 503(b)(9) | $476.05 | Luminant Mining Company LLC | 503(b)(9) | $476.05 |
|  |  |  | Luminant Energy Company LLC | Unsecured | $700.88 | Luminant Mining Company LLC | Unsecured | $700.88 |
|  |  |  |  | Subtotal | $1,176.93 |  | Subtotal | $1,176.93 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

## <span style="color:red">REDLINE OF</span> NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~14~~ 13 | HSC-HOPSON SERVICES COMPANY, INC. P.O. BOX 764857 DALLAS, TX 75376 | 3596 | Energy Future Holdings Corp. | Unsecured | $2,920.15 | EFH Corporate Services Company | Unsecured | $2,920.15 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| ~~15~~ 14 | HSC-HOPSON SERVICES COMPANY, INC. P.O. BOX 764857 DALLAS, TX 75376 | 3598 | Energy Future Holdings Corp. | Unsecured | $2,047.53 | EFH Corporate Services Company | Unsecured | $2,047.53 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| ~~16~~ 15 | INCISIVE SOFTWARE CORP 300 SANTANA ROW SUITE 200 SAN JOSE, CA 95128 | 4140 | Energy Future Holdings Corp. | Unsecured | $350.00 | EFH Corporate Services Company | Unsecured | $350.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| ~~17~~ 16 | INTERTEK AIM PO BOX 416482 BOSTON, MA 02241-6482 | 5438 | Oak Grove Management Company LLC | Unsecured | $2,000.00 | Luminant Generation Company LLC | Unsecured | $2,000.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| ~~18~~ | ~~INVENSYS SYSTEMS, INC. C/O HINCKLEY ALLEN ATTN: JENNIFER V. DORAN, ESQ. 28 STATE STREET BOSTON, MA 02109~~ | ~~4478~~ | ~~Luminant Generation Company LLC~~ | ~~Unsecured~~ | ~~$10,517.94~~ | ~~Oak Grove Management Company LLC~~ | ~~Unsecured~~ | ~~$10,517.94~~ |
| | ~~REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.~~ | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~19~~ 17 | LONESTAR GROUP CONSULTING SERVICES LLC ATTN: FABIO FALANGA 2030 MAIN ST, SUITE 700 DALLAS, TX 75201 | 3599 | Energy Future Holdings Corp. | Unsecured | $165,906.09 | EFH Corporate Services Company | Unsecured | $165,906.09 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| ~~20~~ 18 | MICHAEL C. FINA CORPORATE SALES INC. PO BOX 36208 NEWARK, NJ 07188-6208 | 7912 | Luminant Generation Company LLC | Unsecured | $16,975.45 | Luminant Generation Company LLC | Unsecured | $10,742.56 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $6,232.89 |
| | | | | | | Subtotal | | $16,975.45 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| ~~21~~ 19 | PRESTIGE INTERIORS CORPORATION 730 INDUSTRIAL BLVD. SUGAR LAND, TX 77478-2888 | 2912 | Energy Future Holdings Corp. | Unsecured | $18,472.50 | EFH Corporate Services Company | Unsecured | $18,472.50 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| ~~22~~ 20 | SEALCO LLC 1751 INTERNATIONAL PKWY STE 115 RICHARDSON, TX 75081 | 3117 | Energy Future Holdings Corp. | Unsecured | $1,962.00 | EFH Corporate Services Company | Unsecured | $1,962.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

## REDLINE OF NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 21 | SHERMCO INDUSTRIES INC 2425 E PIONEER DR IRVING, TX 75061-8919 | 929 | Luminant Energy Company LLC | Unsecured | $9,965.00 | Luminant Generation Company LLC | Unsecured | $9,965.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 24 22 | TRANE US INC ATTN: PAUL KOLESAR 800-E BEATY STREET DAVIDSON, NC 28036 | 8005 | Luminant Mining Company LLC | Unsecured | $7,602.81 | Oak Grove Management Company LLC | Unsecured | $7,602.81 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 25 23 | UNITED RENTALS (NORTH AMERICA), INC. 6125 LAKEVIEW RD STE 300 CHARLOTTE, NC 28269-2616 | 3782 | Luminant Energy Company LLC | Unsecured | $6,626.03 | Luminant Generation Company LLC | Unsecured | $6,626.03 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 26 24 | UNITED RENTALS (NORTH AMERICA), INC. 3200 HARBOR LANE N. MINNEAPOLIS, MN 55447 | 3783 | Luminant Generation Company LLC | Unsecured | $23,449.92 | Oak Grove Management Company LLC | Unsecured | $23,449.92 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 27 25 | UNITED RENTALS (NORTH AMERICA), INC. 3200 HARBOR LANE N. MINNEAPOLIS, MN 55447 | 3784 | Luminant Big Brown Mining Company LLC | Unsecured | $1,457.33 | Luminant Mining Company LLC | Unsecured | $1,457.33 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~28~~ 26 | UNITED RENTALS (NORTH AMERICA), INC. 3200 HARBOR LANE N. MINNEAPOLIS, MN 55447 | 3793 | Luminant Energy Company LLC | Unsecured | $13,222.15 | Luminant Mining Company LLC | Unsecured | $13,222.15 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~29~~ 27 | UNITED RENTALS (NORTH AMERICA), INC. 3200 HARBOR LANE N. MINNEAPOLIS, MN 55447 | 3796 | Luminant Generation Company LLC | Unsecured | $16,699.22 | Luminant Generation Company LLC | Unsecured | $347.68 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $16,351.54 |
| | | | | | | Subtotal | | $16,699.22 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | TOTAL | ~~$432,116.86~~ $397,178.09 | TOTAL | | ~~$432,116.86~~ $397,178.09 |
|---|---|---|---|---|---|---|---|---|