"IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Re: D.I. 4972, 4973, 5086 & 5195** |

CERTIFICATION OF COUNSEL REGARDING
"DEBTORS' TWENTIETH OMNIBUS (SUBSTANTIVE)
OBJECTION TO (SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 4972]

The undersigned hereby certifies as follows:

1. On July 10, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Twentieth Omnibus (Substantive) Objection to (Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4972] (the "Objection").[2] On July 10, 2015, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Twentieth Omnibus (Substantive) Objection to (Substantive Duplicate and No Liability) Claims*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4973] in connection with, and in support of the relief requested, in the Objection.

2. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on July 24, 2015 (the "Response Deadline").

3. The Debtors received two formal responses to the Objection filed: on July 22, 2015, by Robert Rodriguez [D.I. 5086]; and on July 31, 2015, by Rexel, Inc. [D.I. 5195] (the "Formal Responses").

4. The Debtors have consensually resolved the Formal Response filed as Docket No. 5086, and the claimant has indicated that they do not object to the relief requested in the Objection.

5. The Debtors have agreed to adjourn the hearing with respect to the remaining Formal Response. The claimant under the Formal Response filed as Docket No. 5195 consented to the adjournment via electronic mail.

6. The following is a complete list of the Proofs of Claim objected to in the Objection and for which the Debtors have agreed or determined to continue the hearing as described above (collectively, the "Adjourned Claims"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC Nos. 2961-2968; 2970-2972 | Rexel, Inc. | D.I. 5195 |

7. During the continuance of the Adjourned Claims, the Debtors reserve all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

8. The Debtors also received certain general informal inquiries from claimants holding Disputed Claims. The Debtors have addressed and resolved these inquiries without requiring any modification to the Order or the relief sought in the Objection.

9. The Debtors have not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

10. The Debtors have revised the applicable exhibit to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims. A copy of the Proposed Order is attached hereto as **Exhibit A**, and a redline of the applicable exhibit as compared to the exhibit attached to the Proposed Order filed on July 10, 2015, is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Wilmington, Delaware
Dated: August 6, 2015

/s/ Joseph C. Barsalona II
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
     defranceschi@rlf.com
     madron@rlf.com
     barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
     stephen.hessler@kirkland.com
     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
     marc.kieselstein@kirkland.com
     chad.husnick@kirkland.com
     steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*