**<u>Exhibit B</u>**

**Redline of Exhibit 1**

**(Substantive Duplicate Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | CUSTOM CAKES ATTN: CINDY SWILLEY 1209 BERKLEY DR GRAPEVINE, TX 76051 | 09/15/2014 | 14-10980 (CSS) | 4427 | $50.00 | SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR IT'S A PIECE OF CAKE 19772 MACARTHUR BLVD #200 IRVINE, CA 92612 | 06/02/2014 | 14-10989 (CSS) | 917 | $275.00 | Claimed invoice in claim to be disallowed appears to be the same as remaining claim. |
| 2 | CUSTOM CAKES C/O CINDY SWILLEY 1209 BERKLEY DR GRAPEVINE, TX 76051 | 09/15/2014 | 14-10997 (CSS) | 4428 | $225.00 | SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR IT'S A PIECE OF CAKE 19772 MACARTHUR BLVD #200 IRVINE, CA 92612 | 06/02/2014 | 14-10989 (CSS) | 917 | $275.00 | Claimed invoice in claim to be disallowed appears to be the same as remaining claim. |
| 3 | FFG ENTERPRISES INC 16691 CO RD 221 FORNEY, TX 75126 | 09/11/2014 | 14-11032 (CSS) | 4315 | $399.00* | ORTIZ, FELIPE 2308 LAS CRUCES LN DALLAS, TX 75227-9211 | 06/20/2014 | | 2317 | $3,325.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 4 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10979 (CSS) | 6073 | $4,772,964.03 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11023 (CSS) | 6072 | $4,772,964.03 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| | | | | | | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10996 (CSS) | 6074 | $4,772,964.03 | |
| | | | | | | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11032 (CSS) | 6075 | $4,772,964.03 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11042 (CSS) | 6076 | $4,772,964.03 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11023 (CSS) | 6072 | $4,772,964.03 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| | | | | | | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10996 (CSS) | 6074 | $4,772,964.03 | |
| | | | | | | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11032 (CSS) | 6075 | $4,772,964.03 | |
| 6 | KRAFT, RICHARD ADDRESS ON FILE | 06/17/2014 | | 2190 | $443,235.00 | KRAFT, RICHARD M. 58 JOSHUA CT. LAKE JACKSON, TX 77566-5471 | 07/21/2014 | 14-10997 (CSS) | 3255 | $394,745.00* | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 7 | KRAFT, RICHARD ADDRESS ON FILE | 09/22/2014 | | 4587 | $394,745.00 | KRAFT, RICHARD M. 58 JOSHUA CT. LAKE JACKSON, TX 77566-5471 | 07/21/2014 | 14-10997 (CSS) | 3255 | $394,745.00* | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| 8 | OLYMPIC WEAR LLC PO BOX 80402 SEATTLE, WA 98108 | 07/01/2014 | 14-10979 (CSS) | 2778 | $9,916.00 | OLYMPIC WEAR LLC PO BOX 80402 SEATTLE, WA 98108 | 07/01/2014 | 14-11032 (CSS) | 2779 | $9,916.00 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 | PIERCE PUMP COMPANY PO BOX 560727 DALLAS, TX 75356-0727 | 07/07/2014 | | 2910 | $72,303.21 | PIERCE PUMP COMPANY AN FCX PERFORMANCE COMPANY PO BOX 712465 CINCINNATI, OH 45271-2465 | 09/29/2014 | 14-11032 (CSS) | 4748 | $29,023.75 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | PIERCE PUMP COMPANY AN FCX PERFORMANCE COMPANY PO BOX 712465 CINCINNATI, OH 45271-2465 | 09/29/2014 | 14-11033 (CSS) | 4750 | $16,615.00 | |
| | | | | | | PIERCE PUMP COMPANY AN FCX PERFORMANCE COMPANY PO BOX 712465 CINCINNATI, OH 45271-2465 | 09/29/2014 | 14-11022 (CSS) | 4752 | $15,172.00 | |
| | | | | | | FCX PERFORMANCE INC DBA PIERCE PUMP 9010 JOHN W CARPENTER FRWY DALLAS, TX 75047 | 09/29/2014 | 14-11032 (CSS) | 4749 | $7,360.25 | |
| | | | | | | PIERCE PUMP COMPANY AN FCX PERFORMANCE COMPANY PO BOX 712465 CINCINNATI, OH 45271-2465 | 09/29/2014 | 14-11042 (CSS) | 4751 | $4,137.37 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 10 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | | 2961 | $23,753.90 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |
| 11 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | 14-10989 (CSS) | 2962 | $11,809.19 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| ~~12~~ | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046~~ | ~~07/10/2014~~ | ~~14-10989 (CSS)~~ | ~~2963~~ | ~~$86,039.10~~ | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046~~ | ~~10/20/2014~~ | ~~14-11042 (CSS)~~ | ~~5717~~ | ~~$312,689.80~~ | ~~Claimed invoice(s) in claim to be disallowed included in remaining claims.~~ |
| | | | | | | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046~~ | ~~10/20/2014~~ | ~~14-10989 (CSS)~~ | ~~5718~~ | ~~$312,689.80~~ | |
| ~~13~~ | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046~~ | ~~07/10/2014~~ | | ~~2964~~ | ~~$3,185.93~~ | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046~~ | ~~10/20/2014~~ | ~~14-11042 (CSS)~~ | ~~5717~~ | ~~$312,689.80~~ | ~~Claimed invoice(s) in claim to be disallowed included in remaining claims.~~ |
| | | | | | | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046~~ | ~~10/20/2014~~ | ~~14-10989 (CSS)~~ | ~~5718~~ | ~~$312,689.80~~ | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 14 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | | 2965 | $28,152.85 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |
| 15 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | | 2966 | $14,991.04 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red;">REDLINE OF</span> TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| ~~16~~ | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046~~ | ~~07/10/2014~~ | ~~14-11042 (CSS)~~ | ~~2967~~ | ~~$9,848.52~~ | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046~~ | ~~10/20/2014~~ | ~~14-11042 (CSS)~~ | ~~5717~~ | ~~$312,689.80~~ | ~~Claimed invoice(s) in claim to be disallowed included in remaining claims.~~ |
| | | | | | | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046~~ | ~~10/20/2014~~ | ~~14-10989 (CSS)~~ | ~~5718~~ | ~~$312,689.80~~ | |
| ~~17~~ | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046~~ | ~~07/10/2014~~ | | ~~2968~~ | ~~$94,427.34~~ | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046~~ | ~~10/20/2014~~ | ~~14-11042 (CSS)~~ | ~~5717~~ | ~~$312,689.80~~ | ~~Claimed invoice(s) in claim to be disallowed included in remaining claims.~~ |
| | | | | | | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046~~ | ~~10/20/2014~~ | ~~14-10989 (CSS)~~ | ~~5718~~ | ~~$312,689.80~~ | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 18 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | | 2970 | $13,988.52 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |
| 19 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046 | 07/10/2014 | | 2971 | $41,386.16 | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-11042 (CSS) | 5717 | $312,689.80 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046 | 10/20/2014 | 14-10989 (CSS) | 5718 | $312,689.80 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| ~~20~~ | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 3 E GREENWAY PLAZA, STE 2000 HOUSTON, TX 77046~~ | ~~07/10/2014~~ | ~~14-10989 (CSS)~~ | ~~2972~~ | ~~$30,283.33~~ | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046~~ | ~~10/20/2014~~ | ~~14-11042 (CSS)~~ | ~~5717~~ | ~~$312,689.80~~ | ~~Claimed invoice(s) in claim to be disallowed included in remaining claims.~~ |
| | | | | | | ~~REXEL, INC. C/O COATS ROSE PC ATTN: BEN L. ADERHOLT 9 E GREENWAY PLAZA, STE 1100 HOUSTON, TX 77046~~ | ~~10/20/2014~~ | ~~14-10989 (CSS)~~ | ~~5718~~ | ~~$312,689.80~~ | |
| ~~21~~ 10 | RICE, MARIE PO BOX 2 LOVING, TX 76460 | 09/23/2014 | | 4630 | $16,000.00 | RICE, NETTIE 1501 HILLCREST DR. GRAHAM, TX 76450 | 09/23/2014 | | 4629 | $16,000.00 | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| ~~22~~ 11 | SCHINDLER ELEVATOR CORPORATION 1530 TIMBERWOLF DRIVE HOLLAND, OH 43528 | 06/04/2014 | 14-10979 (CSS) | 1181 | $8,207.00 | SCHINDLER ELEVATOR CORP PO BOX 93050 CHICAGO, IL 60673-3050 | 09/12/2014 | 14-11032 (CSS) | 4348 | $8,207.00 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| ~~23~~ **12** | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11040 (CSS) | 4033 | $2,994.27 | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4031 | $2,994.27 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| ~~24~~ **13** | SOMERVELL CO. WATER DIST. PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11047 (CSS) | 4034 | $2,994.27 | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4031 | $2,994.27 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| ~~25~~ **14** | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-10996 (CSS) | 4035 | $2,994.27 | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4031 | $2,994.27 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| ~~26~~ **15** TEAM INDUSTRIAL SERVICES, INC ATTN: WELDON EGGERT, A/R MANAGER 13131 DAIRY ASHFORD RD, SUITE 600 SUGAR LAND, TX 77478 | 10/30/2014 | 14-10979 (CSS) | 9701 | $374,992.89 | TEAM INDUSTRIAL SERVICES INC ATTN: WELDON EGGERT, A/R MANAGER 13131 DAIRY ASHFORD, SUITE 600 SUGAR LAND, TX 77478 | 10/23/2014 | 14-10979 (CSS) | 6307 | $374,992.89 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | TOTAL | | ~~$11,232,849.85*~~ **$10,874,983.97*** | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts