## Exhibit C

**Redline of Exhibit 2**

**(Wrong Debtor and Modify Priority Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

## REDLINE OF TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CLYDE BERGEMANN POWER GROUP AMERICAS INC C/O GREENBERG TRAURIG, LLP ATTN: JOHN D. ELROD 3333 PIEDMONT RD., NE, SUITE 2500 ATLANTA, GA 30305 | 7854 | Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Unsecured | $101,068.00 $177,473.54 | Luminant Generation Company LLC Oak Grove Management Company LLC Sandow Power Company LLC | Unsecured Unsecured Unsecured | $252,869.64 $8,115.22 $17,556.68 |
| | | | | Subtotal | $278,541.54 | | Subtotal | $278,541.54 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| 21 | INSTRUMENT AND VALVE SERVICES COMPANY ATTN: JOSEPH MIKSCHE 8000 NORMAN CENTER DR. SUITE 1200 BLOMMINGTON, MN 55437 | 3423 | Luminant Generation Company LLC | 503(b)(9) | $67,952.56 | Luminant Generation Company LLC Oak Grove Management Company LLC | Unsecured Unsecured | $67,278.53 $674.03 |
| | | | | | | | Subtotal | $67,952.56 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | LHOIST NORTH AMERICA OF TEXAS LTD F/K/A CHEMICAL LIME, LTD. C/O HART & HALLMAN LLP/ATTN: N. RIBAUDO 201 MAIN ST., SUITE 2500 FORT WORTH, TX 76102 | 3960 | Luminant Generation Company LLC | 503(b)(9) | $176,951.65 | Luminant Generation Company LLC | 503(b)(9) | $23,731.58 |
| | | | Luminant Generation Company LLC | Unsecured | $77,793.53 | Sandow Power Company LLC | 503(b)(9) | $21,748.10 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $160,043.45 |
| | | | | | | Sandow Power Company LLC | Unsecured | $49,222.05 |
| | | | | Subtotal | $254,745.18 | | Subtotal | $254,745.18 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.  Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | LHOIST NORTH AMERICA OF TEXAS, LTD F/K/A CHEMICAL LIME, LTD. C/O HART & HALLMAN LLP/ATTN: N. RIBAUDO 201 MAIN STREET, SUITE 2500 FORT WORTH, TX 76102 | 3962 | Oak Grove Management Company LLC | 503(b)(9) | $13,052.17 | Oak Grove Management Company LLC | 503(b)(9) | $10,396.17 |
| | | | Oak Grove Management Company LLC | Unsecured | $4,445.63 | Luminant Generation Company LLC | Unsecured | $49.62 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $7,052.01 |
| | | | | Subtotal | $17,497.80 | | Subtotal | $17,497.80 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.  Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $618,737.08 $67,952.56 | | TOTAL | $618,737.08 $67,952.56 |