**Exhibit D**

**Redline of Exhibit 3**

**(Modify Amount Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 6466 | Luminant Generation Company LLC | Unsecured | $55,201.54 | Luminant Generation Company LLC | Unsecured | $14,801.88 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) the difference of $14,889.65 is accounted for in claim no. 6467 on the claim register; (2) sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate); and (3) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant).

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 6467 | Sandow Power Company LLC | Unsecured | $55,201.54 | Sandow Power Company LLC | Unsecured | $27,477.74 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) the difference of $14,801.88 is accounted for in claim no. 6466 on the claim register; (2) sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate); and (3) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant).

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | CAPCORP PO BOX 540757 DALLAS, TX 75354-0757 | 9858 | Luminant Generation Company LLC | Unsecured | $1,193.63 | Luminant Generation Company LLC | Unsecured | $1,174.98 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate).

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | CRC GROUP INC PO BOX 131888 DALLAS, TX 75313 | 4531 | TXU Energy Retail Company LLC | Unsecured | Undetermined* | TXU Energy Retail Company LLC | Unsecured | $35,481.60 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CRC GROUP INC PO BOX 131888 DALLAS, TX 75313 | 4532 | Luminant Energy Company LLC | Unsecured | Undetermined* | Luminant Energy Company LLC | Unsecured | $3,474.89 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6072 | Luminant Energy Company LLC | Administrative | $3,183.62 | Luminant Energy Company LLC | Unsecured | $103,377.81 |
| | | | Luminant Energy Company LLC | Unsecured | $4,769,780.41 | | | |
| | | | | Subtotal | $4,772,964.03 | | | |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $4,669,586.22 is (1) accounted for in claim nos. 6074 and 6075 on the claim register and (2) includes adjustments for a disputed invoice (no. 4000195843) and an invoice already paid (no. 4000184551). | | | | | | | | |
| 7 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6074 | EFH Corporate Services Company | Administrative | $3,183.62 | EFH Corporate Services Company | Administrative | $3,183.62 |
| | | | EFH Corporate Services Company | Unsecured | $4,769,780.41 | EFH Corporate Services Company | Unsecured | $4,362,278.17 |
| | | | | Subtotal | $4,772,964.03 | | Subtotal | $4,365,461.79 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $407,502.24 is (1) accounted for in claim nos. 6072 and 6075 on the claim register and (2) includes adjustments for a disputed invoice (no. 4000195843) and an invoice already paid (no. 4000184551). | | | | | | | | |
| 8 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6075 | Luminant Generation Company LLC | Administrative | $3,183.62 | Luminant Generation Company LLC | Unsecured | $119,612.84 |
| | | | Luminant Generation Company LLC | Unsecured | $4,769,780.41 | | | |
| | | | | Subtotal | $4,772,964.03 | | | |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $4,653,351.19 is (1) accounted for in claim nos. 6072 and 6074 on the claim register and (2) includes adjustments for a disputed invoice (no. 4000195843) and an invoice already paid (no. 4000184551). | | | | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7963 | EFH Corporate Services Company | Unsecured | $26,812.41 | EFH Corporate Services Company | Unsecured | $25,542.41 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $1,270.00 is accounted for in claim no. 7871 on the claim register. | | | | | | | |
| 10 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7964 | Sandow Power Company LLC | Unsecured | $2,622.55 | Sandow Power Company LLC | Unsecured | $1,718.35 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $901.20 is accounted for in claim no. 7876 on the claim register. | | | | | | | |
| 11 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7966 | Luminant Mining Company LLC | Unsecured | $20,678.74 | Luminant Mining Company LLC | Unsecured | $19,718.90 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $959.84 is accounted for in claim no. 7877 on the claim register. | | | | | | | |
| 12 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7968 | Luminant Generation Company LLC | Unsecured | $31,425.79 | Luminant Generation Company LLC | Unsecured | $27,992.21 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $3,433.58 is accounted for in claim no. 7875 on the claim register. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7972 | Oak Grove Management Company LLC | Unsecured | $18,912.71 | Oak Grove Management Company LLC | Unsecured | $16,638.41 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $2,274.30 is accounted for in claim no. 7873 on the claim register. | | | | | | | |
| 14 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7973 | TXU Energy Retail Company LLC | Unsecured | $516,767.33 | TXU Energy Retail Company LLC | Unsecured | $306,385.85 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $210,381.48 is accounted for in claim no. 7872 on the claim register. | | | | | | | |
| 15 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7876 | Sandow Power Company LLC | 503(b)(9) | $497,597.68 | Sandow Power Company LLC | 503(b)(9) | $904.20 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $496,693.48 is accounted for in claim nos. 7871, 7872, 7873, 7874, 7875, and 7877 on the claim register. | | | | | | | |
| 16 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIR IRVING, TX 75062 | 7967 | Luminant Mining Company LLC | Unsecured | $186,337.69 | Luminant Mining Company LLC | Unsecured | $37.24 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for revised amount owed according to updated Debtors' books and records. | | | | | | | |
| 17 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIR IRVING, TX 75062 | 7970 | TXU Energy Retail Company LLC | Unsecured | $565,363.91 | TXU Energy Retail Company LLC | Unsecured | $349,594.22 |
| | REASON FOR MODIFICATION: Modified amount reflects Debtors' books and records. Remaining balance $215,769.69 is reflected in claim no. 7872 on the claims register. | | | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIR IRVING, TX 75062 | 7971 | Oak Grove Management Company LLC | Unsecured | $914.25 | Oak Grove Management Company LLC | Unsecured | $311.77 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for revised amount owed according to updated Debtors' books and records. | | | | | | | |
| 19 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR WIREROPE WORKS INC. 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 3637 | Luminant Mining Company LLC | 503(b)(9) | $150,330.88 | Luminant Mining Company LLC | 503(b)(9) | $140,384.72 |
| | REASON FOR MODIFICATION: Modified amount reflects Debtors' books and records. Remaining balance of $9,946.16 is reflected in claim no. 3638 on the claims register. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ARBILL INDUSTRIES SUITE 208 80 BUSINESS PARK DRIVE ARMONK, NY 10504 | 5108 | Luminant Generation Company LLC | 503(b)(9) | $29,262.88 | Luminant Generation Company LLC | 503(b)(9) | $29,238.70 |

REASON FOR MODIFICATION: Modified amount reflects adjustment (1) amount paid via ACH number 8000940757 on April, 25 2014 and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 7 | TEXAS METER & DEVICE PO BOX 154099 WACO, TX 76715-4099 | 3110 | Luminant Generation Company LLC | Unsecured | $3,129.91 | Luminant Generation Company LLC | Unsecured | $2,959.01 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for freight charges asserted (Debtor uses a third party logistics company to whom the liability is properly owed).

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~21~~ 8 | TEXAS METER & DEVICE CO | 3112 | Luminant Generation Company LLC | 503(b)(9) | $228.92 | Luminant Generation Company LLC | 503(b)(9) | $228.92 |
| | PO BOX 154099 WACO, TX 76715-4099 | | Luminant Generation Company LLC | Unsecured | $193.32 | Luminant Generation Company LLC | Unsecured | $48.33 |
| | | | | Subtotal | $422.24 | | Subtotal | $277.25 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via check number 153654 on 1/16/2013.

| | | | | TOTAL | ~~$16,451,801.89*~~ $144,411.74* | | TOTAL | ~~$5,563,328.07~~ $114,886.05 |