**Exhibit E**

**Redline of Exhibit 4**

**(Modify Amount and Modify Priority Claims)**

RLF1 12770568v.1

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | FFG ENTERPRISES INC 16691 CO RD 221 FORNEY, TX 75126 | 4316 | TXU Energy Retail Company LLC | Priority | $715.52* | TXU Energy Retail Company LLC | Unsecured | $715.52 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified priority reflects that, through priority asserted under 11 U.S.C. § 507(a), claimant's supporting documentation and Debtors' books and records provide no basis for priority. | | | | | | | |
| 2 | LA QUINTA INN #6303 2451 SHADOW VIEW LN HOUSTON, TX 77077 | 4977 | TXU Energy Retail Company LLC | Priority | $172.99 | TXU Energy Retail Company LLC | Unsecured | $172.99 |
| | | | TXU Energy Retail Company LLC | Secured | $0.00 | | | |
| | | | TXU Energy Retail Company LLC | Unsecured | $172.99 | | | |
| | | | | Subtotal | $345.98 | | | |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(8), according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status. | | | | | | | |
| ~~3~~ | ~~MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062~~ | ~~7871~~ | ~~EFH Corporate Services Company~~ | ~~503(b)(9)~~ | ~~$497,597.68~~ | ~~EFH Corporate Services Company~~ | ~~503(b)(9)~~ | ~~$2,858.50~~ |
| | | | | | | ~~EFH Corporate Services Company~~ | ~~Unsecured~~ | ~~$1,406.89~~ |
| | | | | | | | ~~Subtotal~~ | ~~$4,265.39~~ |
| | ~~REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $493,332.29 is accounted for in claim nos. 7872, 7873, 7874, 7875, 7876, and 7877 on the claim register. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~ | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | ~~MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062~~ | ~~7872~~ | ~~TXU Energy Retail Company LLC~~ | ~~503(b)(9)~~ | ~~$497,597.68~~ | ~~TXU Energy Retail Company LLC~~ | ~~503(b)(9)~~ | ~~$16,719.81~~ |
| | | | | | | ~~TXU Energy Retail Company LLC~~ | ~~Unsecured~~ | ~~$448,097.98~~ |
| | | | | | | | ~~Subtotal~~ | ~~$464,817.79~~ |
| | ~~REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $32,779.89 is accounted for in claim nos. 7871, 7873, 7874, 7875, 7876, and 7877 on the claim register. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~ | | | | | | | |
| 5 | ~~MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062~~ | ~~7873~~ | ~~Oak Grove Management Company LLC~~ | ~~503(b)(9)~~ | ~~$497,597.68~~ | ~~Oak Grove Management Company LLC~~ | ~~503(b)(9)~~ | ~~$2,333.82~~ |
| | | | | | | ~~Oak Grove Management Company LLC~~ | ~~Unsecured~~ | ~~$1,387.88~~ |
| | | | | | | | ~~Subtotal~~ | ~~$3,721.70~~ |
| | ~~REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $493,875.98 is accounted for in claim nos. 7871, 7872, 7874, 7875, 7876, and 7877 on the claim register. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~ | | | | | | | |
| 6 | ~~MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062~~ | ~~7874~~ | ~~Luminant Energy Company LLC~~ | ~~503(b)(9)~~ | ~~$497,597.68~~ | ~~Luminant Energy Company LLC~~ | ~~Unsecured~~ | ~~$767.40~~ |
| | ~~REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $496,830.28 is accounted for in claim nos. 7871, 7872, 7873, 7875, 7876, and 7877 on the claim register. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.~~ | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7875 | Luminant Generation Company LLC | 503(b)(9) | $497,597.68 | Luminant Generation Company LLC | 503(b)(9) | $3,183.58 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $11,026.96 |
| | | | | | | | Subtotal | $14,210.54 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $483,387.14 is accounted for in claim nos. 7871, 7872, 7873, 7874, 7876, and 7877 on the claim register. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| 8 | MASTERCRAFT PRINTED PRODUCTS & SERVICES 2150 CENTURY CIRCLE IRVING, TX 75062 | 7877 | Luminant Mining Company LLC | 503(b)(9) | $497,597.68 | Luminant Mining Company LLC | 503(b)(9) | $3,421.58 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $5,489.08 |
| | | | | | | | Subtotal | $8,910.66 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $488,687.02 is accounted for in claim nos. 7871, 7872, 7873, 7874, 7875, and 7876 on the claim register. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| 9 | SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ARBILL INDUSTRIES SUITE 208 80 BUSINESS PARK DRIVE ARMONK, NY 10504 | 5108 | Luminant Generation Company LLC | 503(b)(9) | $29,262.88 | Luminant Generation Company LLC | 503(b)(9) | $28,703.10 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $535.60 |
| | | | | | | | Subtotal | $29,238.70 |

REASON FOR MODIFICATION: Modified amount reflects adjustment (1) amount paid via ACH number 8000940757 on April, 25 2014 and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE OF</span> TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~10~~ | ~~TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR ROMCO EQUIPMENT COMPANY~~ ~~150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601~~ | ~~4684~~ | ~~Luminant Mining Company LLC~~ | ~~503(b)(9)~~ | ~~$189,206.61~~ | ~~Luminant Mining Company LLC~~ ~~Luminant Mining Company LLC~~ | ~~503(b)(9)~~ ~~Unsecured~~ ~~Subtotal~~ | ~~$174,126.06~~ ~~$497.83~~ ~~$174,623.89~~ |

~~REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records; the difference of $14,582.72 is accounted for in claim no. 4683 on the claim register. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.~~

| | | | | TOTAL | ~~$3,205,117.07*~~ $1,061.50* | | TOTAL | ~~$701,444.58~~ $888.51 |

\* - Indicates claim contains unliquidated and/or undetermined amounts