**<u>Exhibit F</u>**

**Redline of Exhibit 5**

**(Modify Amount and Modify Classification Claims)**

RLF1 12770568v.1

# ENERGY FUTURE HOLDINGS CORP., et al.

## REDLINE OF TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount and Modify Classification Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION STATUS | AMOUNT | DEBTOR | MODIFIED CLASSIFICATION STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~1~~ | ~~REXEL, INC.~~ ~~C/O COATS ROSE PC~~ ~~ATTN: BEN L. ADERHOLT~~ ~~9 E GREENWAY PLAZA, STE 1100~~ ~~HOUSTON, TX 77046~~ | ~~5717~~ | ~~Luminant Mining Company LLC~~ | ~~Secured~~ | ~~$312,689.80~~ | ~~Luminant Mining Company LLC~~ | ~~Unsecured~~ | ~~$176,146.12~~ |
| | ~~REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records: (1) the difference of $101,500.09 is accounted for in claim no. 5718 on the claim register and (2) certain invoices are duplicated within claim. Modified classification reflects no evidence of perfected lien or security interest provided.~~ | | | | | | | |
| | | | | ~~TOTAL~~ | ~~$312,689.80~~ | | ~~TOTAL~~ | ~~$176,146.12~~ |