IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Re: D.I. 5069** |

**CERTIFICATE OF NO OBJECTION
REGARDING NOTICE OF ASSUMPTION AND AMENDMENT
OF CERTAIN EXECUTORY CONTRACTS AND RELATED RELIEF THERETO**

_____

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the *Notice of Assumption and Amendment of Certain Executory Contracts and Related Relief Thereto* [D.I. 5069] (the "Notice") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), with the United States Bankruptcy Court for the District of Delaware (the "Court") on June 21, 2015.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Notice appears thereon. Pursuant to the Notice, responses to the Notice were to be filed and served no later than 4:00 p.m. (Eastern Time) on August 4, 2015. The Debtors therefore respectfully request that the proposed form of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

order attached hereto as **Exhibit A**, which is materially in the same form filed with the Motion, be entered at the earliest convenience of the Court.[2]

---

[2] The Assumption Schedule attached hereto as **Exhibit 1** to **Exhibit A** has not been modified from the date that it was first filed with the Court and is referred to as the "Assumption Schedule" in the proposed form of order.

Dated: August 6, 2015
      Wilmington, Delaware

                */s/ Joseph C. Barsalona II*
                **RICHARDS, LAYTON & FINGER, P.A.**
                Mark D. Collins (No. 2981)
                Daniel J. DeFranceschi (No. 2732)
                Jason M. Madron (No. 4431)
                Joseph C. Barsalona II (No. 6102)
                Wilmington, Delaware 19801
                Telephone: (302) 651-7700
                Facsimile:  (302) 651-7701
                Email:     collins@rlf.com
                              defranceschi@rlf.com
                              madron@ rlf.com
                              barsalona@rlf.com

                -and-

                **KIRKLAND & ELLIS LLP**
                **KIRKLAND & ELLIS INTERNATIONAL LLP**
                Edward A. Sassower, P.C. (admitted *pro hac vice*)
                Stephen E. Hessler (admitted *pro hac vice*)
                Brian E. Schartz (admitted *pro hac vice*)
                601 Lexington Avenue
                New York, New York 10022-4611
                Telephone:(212) 446-4800
                Facsimile: (212) 446-4900
                Email:     edward.sassower@kirkland.com
                              stephen.hessler@kirland.com
                              brian.schartz@kirkland.com

                -and-

                James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                Marc C. Kieselstein, P.C. (admitted *pro hac vice*)
                Chad J. Husnick (admitted *pro hac vice*)
                Steven N. Serajeddini (admitted *pro hac vice*)
                300 North LaSalle
                Chicago, Illinois 60654
                Telephone:(312) 862-2000
                Facsimile: (312) 862-2200
                Email:     james.sprayregen@kirkland.com
                              marc.kieselstein@kirkland.com
                              chad.husnick@kirland.com
                              steven.serajeddini@kirkland.com

                Co-Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

**Proposed Form of Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 4357** |

### ORDER APPROVING THE ASSUMPTION AND AMENDMENT
### OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of such Contracts or Leases; and due and proper notice of the Individual Assumption Notice having been provided to each applicable

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

counterparty as set forth in the Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The assumption of the Contracts and Leases as set forth in the Assumption Schedule is hereby approved.

2. The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and Leases is hereby final as set forth in the Assumption Schedule.

3. Any claims against the Debtors arising under the Contracts and Leases prior to the entry of this Order are forever released, barred and enjoined.

4. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

5. Any amendments to a Contract or Lease as set forth in the Assumption Schedule are hereby approved pursuant to section 363(b) of the Bankruptcy Code.

6. Assumption and/or amendment of the Contracts and Leases and payment of any associated cure amounts does not constitute: (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

7. Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

RLF1 12770674v.1

8. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015

 Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

**Assumption Schedule**

**Exhibit A**

| | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Other Assumption Information | | |
|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | Cure Amount | Details of Material Amendments | Assumption Date |
| 1 | Luminant Generation Company LLC | Uranium Enrichment Services Contract dated December 11, 2007 | Louisiana Energy Services, LLC | URENCO Inc. Suite 300 1560 Wilson Boulevard Arlington, VA 22209-2463 | $0.00 | Re-priced contract | Upon entry of the Order |
| 2 | Luminant Generation Company LLC | Uranium Enrichment Services Contract dated February 7, 2006 | URENCO Enrichment Company Limited, for itself and as an agent for URENCO UK Ltd, URENCO Deutschland GmbH and Urenco Nederland BV (hereafter referred to as "URENCO"). | URENCO Inc. Suite 300 1560 Wilson Boulevard Arlington, VA 22209-2463 | $0.00 | Re-priced contract | Upon entry of the Order |