IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 14-11045 |
| TEXAS UTILITIES ELECTRIC COMPANY, INC. | § § § § | |
| DEBTOR(S) | § § § | CHAPTER 11 |

**NOTICE OF WITHDRAWAL OF**
**PROOF OF CLAIM NO. 1046 FILED BY FALLS COUNTY**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **Falls County,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about June 3, 2014, Falls County filed a Proof of Claim for ad valorem property taxes in the amount of $ 190.40.

2. Falls County hereby withdraws that Proof of Claim as the ad valorem property taxes have been paid.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By: _____
DIANE W. SANDERS
State Bar No. 16415500

1