# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.  14-11045 |
| TEXAS UTILITIES ELECTRIC | § | |
| COMPANY, INC. | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 11 |
| | § | |

---

## NOTICE OF WITHDRAWAL OF
## PROOF OF CLAIM NO. 1050 FILED BY MCLENNAN COUNTY

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **McLennan County,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about June 3, 2014, McLennan County filed a Proof of Claim for ad valorem property taxes in the amount of $ 272.84.

2. McLennan County hereby withdraws that Proof of Claim as the ad valorem property taxes have been paid.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By: _____
DIANE W. SANDERS
State Bar No. 16415500

1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 14-10985** |
| **TRADINGHOUSE POWER** | § | |
| **COMPANY, LLC** | | |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 11** |
| | § | |

---

### NOTICE OF WITHDRAWAL OF
### PROOF OF CLAIM NO. 2493 FILED BY MCLENNAN COUNTY

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **McLennan County,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about June 23, 2014, McLennan County filed a Proof of Claim for ad valorem property taxes in the amount of $ 4,660.37.

2. McLennan County hereby withdraws that Proof of Claim as the ad valorem property taxes have been paid.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By: _____
    DIANE W. SANDERS
    State Bar No. 16415500