# CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the, hereby certify that, on August 7, 2015, I caused one copy of the foregoing to be served upon the parties listed below in the manner indicated.

| **HAND DELIVERY** | **FIRST CLASS MAIL** |
|---|---|
| Mark D. Collins | Edward O. Sassower |
| Daniel J. DeFranceschi | Stephen E. Hessler |
| Jason M. Madron | Brian E. Schartz |
| Richards, Layton & Finger, P.A. | Kirkland & Ellis LLP |
| 920 North King Street | Kirkland & Ellis International LLP |
| Wilmington, Delaware 19801 | 601 Lexington Avenue |
| | New York, New York 10022-4611 |

**FIRST CLASS MAIL**
James H.M. Sprayregegen
Marc Kieselstein
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle
Chicago, Illinois 60654

| *August 7, 2015* | */s/ William A. Hazeltine* |
|---|---|
| Date | William A. Hazeltine |