## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS<br>6/01 – 6/30/2015 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 45.5 |
| George Koutsonicolis | Managing Director | 1.5 |
| Raoul Nowitz | Managing Director | 172.0 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 110.0 |
| Hayes Parker | Associate | 5.2 |
| TOTALS | | 337.2 |