## **EXHIBIT C**

**Expenses by Category**

|  | June 2015 |
|---|---|
| Airfare | $0 |
| Ground Transportation | $0 |
| Hotel & Lodging | $0 |
| Meals | $0 |
| Mileage | $0 |
| TOTALS | $0 |