**EXHIBIT F**

**EFH/EFIH FINANCIAL PROJECTIONS**

## I.  Development of EFH/EFIH's Financial Projections

### A.  Responsibility for and Purpose of the Financial Projections.

As a condition to confirmation of a plan, the Bankruptcy Code[1] requires, among other things, that the Bankruptcy Court determine that confirmation is not likely to be followed by the liquidation or the need for further financial reorganization of the debtor, unless such liquidation is contemplated by the plan (i.e., that the plan meets the feasibility standard). In connection with the development of the Plan, and for purposes of demonstrating that the Plan satisfies this feasibility standard, the Debtors' considered that under the Plan that the Plan Sponsor is investing $7.556 billion of equity into the Reorganized EFH/EFIH Debtors to meet their obligations under the Plan and retain sufficient liquidity and capital resources to conduct business. The EFH/EFIH Debtors believe that the Plan meets the Bankruptcy Code's feasibility standard.

The Debtors and Oncor provided the financial projections (the "Financial Projections"), which are attached hereto as **Exhibit 1** (and are the same as provided in the 8k filed on August 3rd), for the fiscal years ending December 31, 2015 through December 31, 2022. The Financial Projections have been presented for Oncor on a consolidated basis and as if Oncor operated as a corporation that was split into two companies: (1) a property holding company that holds a majority of the operating assets of Oncor (PropCo) and (2) an operating company that leases the assets from PropCo (OpCo), such that a Reorganized EFH/EFIH is converted into a REIT upon emergence. The Plan Sponsor will make the determination of the Reorganized EFH/EFIH capital structure and dividend policy, which would be disclosed in the Rights Registration Statement.  EFH/EFIH does not, as a matter of course, publish its or Oncor's financial projections or anticipated financial position. Accordingly, EFH/EFIH does not anticipate that it will, and disclaims any obligation to, furnish updated financial projections in the future to Holders of Claims or Interests after the Confirmation Date, or to include such information in documents required to be filed with the SEC (if any), or otherwise make such information public.

The Financial Projections assume that the Plan will be implemented in accordance with its stated terms. This information is given in summary form and does not purport to be a complete presentation of all underlying information.

The Debtors received the Financial Projections from Oncor based on information available to it, including information derived from public sources that have not been independently verified. No representation or warranty, express or implied, is provided in relation to the fairness, accuracy, correctness, completeness, or reliability of the information, opinions, or conclusions expressed herein.

---

[1]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the *Second Amended Disclosure Statement for the Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al. *Pursuant to Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement") to which the Financial Projections are attached.

**B. The Financial Projections are Subject to the Following Cautionary Statement.**

The financial information reflected in this document does not purport to present EFH/EFIH's or Oncor's financial condition in accordance with generally accepted accounting practices in the United States ("U.S. GAAP"). Neither EFH/EFIH's or Oncor's independent accountants, nor any other accounting firm, have audited or performed any review procedures on the financial information reflected in this document. Such financial information includes certain measures that are not measures recognized under U.S. GAAP, such as EBITDA. These measures do not purport to be alternatives to measures presented in accordance with U.S. GAAP.

The Financial Projections do not reflect "pro forma adjustments" related to the adoption of "fresh start" reporting which may be required by Accounting Standards Codification 852, *Reorganizations* or fair value adjustments which may be required by Accounting Standards Codification 805, *Business Combinations*.

This document includes "forward-looking statements", as that term is defined under the Private Securities Litigation Reform Act of 1995. Forward-looking statements include statements concerning Reorganized EFH/EFIH's and Oncor's plans, objectives, goals, strategies, future events, future revenue or performance, liquidity, cash flows, capital expenditures, financing needs, plans, or business trends, and other information that is not historical information. When used in this document, the words "estimates," "expects," "anticipates," "projects," "plans," "intends," "believes," "forecasts," or future or conditional verbs, such as "will," "should," "could," or "may," and variations of such words or similar expressions are intended to identify forward-looking statements. All forward-looking statements, including, without limitation, management's examination of historical operating trends and data are based upon EFH/EFIH's and Oncor's expectations and various assumptions. Future events or results may differ from those anticipated or expressed in these forward-looking statements. Important factors that could cause actual events or results to differ materially from these forward-looking statements include, among others, the risks and uncertainties described under the heading "Risk Factors" in Energy Future Holdings Corp's, Energy Future Intermediate Holdings Corp's, and Oncor Electric's most recent Annual Report on Form 10–K, and most recent Quarterly Report on Form 10-Q filed on by EFH and EFIH on July 31, 2015 and Oncor Electric on July 30, 2015, and those described in filings made by the Debtors with the U.S. Bankruptcy Court for the District of Delaware and in other filings made with the SEC from time to time.

There may be other factors that may cause Reorganized EFH/EFIH's and Oncor's actual results to differ materially from the forward-looking statements. All forward-looking statements attributable to the Debtors or persons acting on their behalf apply only as of the date of this disclosure statement, and are expressly qualified in their entirety by the cautionary statements included in this document. The Debtors undertake no obligation to update or revise forward-looking statements to reflect events or circumstances that arise after the date of this Disclosure Statement or to reflect the occurrence of unanticipated events.

.

## EXHIBIT 1

**Oncor Long Range Plan (LRP) key drivers:**

- Capital investment ramps up from approximately $1 billion annually to $1.5 billion by 2017 with emphasis on system growth, distribution automation and distribution maintenance.
    - Assumes ongoing use of Transmission Cost of Service (TCOS) tracker but use of rate cases for recovery of distribution investment (not distribution tracker filings).
- Rate case related revenue increase beginning mid-2017 based on a 2015 test year. Additional revenue increases in 2019 (resulting from second rate case based on a 2017 test year) and in 2021 (resulting from third rate case based on a 2019 test year).
- Pension funding accounted for from 2015 through 2022.
    - Driven by actuarial estimates utilizing revised mortality tables as of October 2014.
    - Cash impact is back-loaded due to extension of tax legislation.
- 2015 cash taxes are impacted by the impact of 2014 bonus depreciation and 2016 cash taxes are impacted by tax depreciation restart
    - The impact of bonus depreciation legislation (applicable only to 2014) has been included in this forecast.
    - A brief technical termination of the Oncor partnership (due to change of control) results in restarting asset lives for tax depreciation resulting in higher taxable income and higher cash taxes during the plan period. If the reorganization of EFH does not result in a technical termination, cash tax distributions would be lower, partially offset by an increase in dividends.
- Base Distribution premise growth estimated at 1.5% for 2015 and 2016, increasing to 1.7% annually thereafter.
- This plan includes the impact of increased reliability-related Operations & Maintenance expense (O&M) beginning in 2015. This O&M is offset by additional revenue by mid-2017.

**Financial Summary ($ millions)**

| | Oncor Financial Summary | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** |
| Revenue | $3,748 | $3,890 | $4,066 | $4,225 | $4,426 | $4,555 | $4,702 | $4,827 |
| Adjusted EBITDA(1) | 1,767 | 1,820 | 1,899 | 1,961 | 2,080 | 2,143 | 2,231 | 2,293 |
| Adjusted Net Income | 429 | 437 | 468 | 487 | 538 | 538 | 561 | 560 |
| Dividends | 436 | 213 | 248 | 174 | 303 | 302 | 337 | 356 |
| Cash Tax Distributions | 91 | 323 | 243 | 221 | 244 | 251 | 253 | 255 |
| Capital Expenditures (2) | 1,116 | 1,363 | 1,536 | 1,546 | 1,556 | 1,556 | 1,556 | 1,556 |
| Total Debt (Excl. BondCo) | 6,331 | 6,670 | 7,072 | 7,446 | 7,867 | 8,251 | 8,582 | 8,896 |
| Interest Expense | 331 | 344 | 364 | 377 | 393 | 420 | 437 | 452 |

(1) EBITDA means net income (loss) before interest expense and related charges, income tax expense (benefit) and depreciation and amortization (including amortization of regulatory assets reported in operation and maintenance expense) and other income related to purchase accounting. EBITDA is also adjusted for certain noncash and unusual items, none of which is material in the years presented. EBITDA is a financial measure not calculated in accordance with GAAP. EBITDA is not intended to be an alternative to net income as a measure of operating performance, an alternative to cash flows from operating activities as a measure of liquidity or an alternative to any other measure of financial performance presented in accordance with GAAP, nor is it intended to be used as a measure of free cash flow available for discretionary use, because the measure excludes certain cash requirements such as interest payments, tax payments and other debt service requirements. EBITDA as presented in the table reflects EFH Corp.'s calculations of EBITDA for Oncor on a basis consistent with EFH Corp.'s prior public disclosures, except for the exclusion of amortization of regulatory assets reported in operation and maintenance expense. Accordingly, and because not all companies use identical calculations, EBITDA may not be comparable to EBITDA as calculated by Oncor or to similarly titled measures of other companies.

(2) Capital expenditures include expenditures for transmission facilities, infrastructure maintenance, information technology initiatives, distribution facilities to serve new customers and other general investments.

**Scenario B REIT Assumptions:**

- LRP is allocated to PropCo and OpCo based on preliminary review of asset and operational qualifications
- Tangible property allocated to PropCo
- Intangible property and regulatory assets allocated to OpCo
- Triple net lease assumed (OpCo is responsible for cost of operating and maintaining PropCo's assets)
- Rent is paid from OpCo to PropCo
    - Estimated as a percent of total revenue without regard to how a lease might operate
- OpCo is responsible for pension and other post-retirement employee benefit contributions
- All long-term debt (current and amounts expected to be issued) is assigned to (remains with) PropCo and tangible property
- For regulatory purposes, assumes legal entities are reviewed on a consolidated basis (identical to current Oncor legal structure) with identical results on recovery of costs and investment
    - Maintenance of 60/40 debt/equity ratio applied to each legal entity
- No additional friction costs (ex: sales tax) for intercompany transactions between OpCo and PropCo
- **Please note that Oncor does not take any position on the appropriateness of any assumption or asset treatment reflected in these scenarios, nor does it provide any opinion with regard to any legal, regulatory, or administrative issues implicit in the underlying use of the REIT structure, including, but not limited to, application of tax laws or matters within the purview of the PUCT. In addition, Oncor does not opine on the likelihood of achieving any of the financial results reflected in these scenarios.**

**Financial Summary ($ millions)**

| | \multicolumn{8}{c}{**PropCo Financial Summary**} |
|---|---|---|---|---|---|---|---|---|
| | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** |
| Rent Income | $1,629 | $1,690 | $1,767 | $1,836 | $1,923 | $1,979 | $2,043 | $2,098 |
| Total Revenue | 1,633 | 1,694 | 1,771 | 1,840 | 1,928 | 1,984 | 2,048 | 2,102 |
| Depreciation & Amortization | - | - | - | - | - | - | - | - |
| Expenses | 648 | 671 | 690 | 710 | 727 | 758 | 797 | 837 |
| Other Expense | - | - | - | - | - | - | - | - |
| PropCo Taxable Income | 696 | 864 | 605 | 592 | 603 | 608 | 585 | 576 |
| PropCo Dividends | 327 | 160 | 186 | 131 | 227 | 226 | 253 | 267 |
| PropCo Cash Tax Distributions | 122 | 302 | 212 | 207 | 211 | 213 | 205 | 202 |
| Capital Expenditures | 1,056 | 1,312 | 1,478 | 1,508 | 1,519 | 1,521 | 1,522 | 1,523 |
| Total PropCo Debt | 6,317 | 6,694 | 7,112 | 7,470 | 7,876 | 8,237 | 8,566 | 8,867 |
| PropCo Interest Expense | 330 | 347 | 366 | 377 | 392 | 417 | 434 | 447 |

| | \multicolumn{8}{c}{**OpCo Financial Summary**} |
|---|---|---|---|---|---|---|---|---|
| | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** |
| Revenue | $3,745 | $3,886 | $4,062 | $4,221 | $4,421 | $4,550 | $4,697 | $4,823 |
| EBITDA | 139 | 126 | 128 | 121 | 153 | 160 | 183 | 191 |
| Net Income | 8 | (3) | 3 | (3) | 13 | 12 | 29 | 29 |
| OpCo Dividends | 109 | 53 | 62 | 44 | 76 | 75 | 84 | 89 |
| OpCo Cash Tax Distributions | (31) | 21 | 32 | 13 | 33 | 38 | 49 | 53 |
| Capital Expenditures | 79 | 57 | 70 | 67 | 67 | 67 | 66 | 67 |
| Total OpCo Debt | (1) | (37) | (49) | (33) | (17) | 7 | 9 | 24 |
| OpCo Interest Expense | 3 | 3 | 3 | 3 | 5 | 7 | 8 | 9 |

Note: Taxable Income, Dividends and Cash Tax Distributions reflect 100% of Oncor solely for illustrative purposes.