**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date:  September 17, 2015 at 9:30 a.m.** |
| | ) | **Objection Deadline:  August 24, 2015 at 4:00 p.m.** |

### NOTICE OF "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO APPROVE A SETTLEMENT OF LITIGATION CLAIMS AND AUTHORIZE THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE SETTLEMENT AGREEMENT" AND HEARING THEREON

PLEASE TAKE NOTICE that, on August 10, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the attached **Motion of Energy Future Holdings Corp., *et al.*, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **August 24, 2015 at 4:00 p.m. (Eastern Daylight Time).**

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12774132v.1

objection and the Motion will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **September 17, 2015 at 9:30 a.m. (Eastern Daylight Time).**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of page intentionally left blank.*]

Dated: August 10, 2015　　　　　　　　　　*/s/ Jason M. Madron*
　　　　Wilmington, Delaware　　　　　**RICHARDS, LAYTON & FINGER, P.A.**
　　　　　　　　　　　　　　　　　　　Mark D. Collins (No. 2981)
　　　　　　　　　　　　　　　　　　　Daniel J. DeFranceschi (No. 2732)
　　　　　　　　　　　　　　　　　　　Jason M. Madron (No. 4431)
　　　　　　　　　　　　　　　　　　　920 North King Street
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　Telephone:　(302) 651-7700
　　　　　　　　　　　　　　　　　　　Facsimile:　(302) 651-7701
　　　　　　　　　　　　　　　　　　　Email:　　　collins@rlf.com
　　　　　　　　　　　　　　　　　　　　　　　　defranceschi@rlf.com
　　　　　　　　　　　　　　　　　　　　　　　　madron@rlf.com

　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　**KIRKLAND & ELLIS LLP**
　　　　　　　　　　　　　　　　　　　**KIRKLAND & ELLIS INTERNATIONAL LLP**
　　　　　　　　　　　　　　　　　　　Edward O. Sassower, P.C. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Stephen E. Hessler (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Brian E. Schartz (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022-4611
　　　　　　　　　　　　　　　　　　　Telephone:　(212) 446-4800
　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 446-4900
　　　　　　　　　　　　　　　　　　　Email:　　　edward.sassower@kirkland.com
　　　　　　　　　　　　　　　　　　　　　　　　stephen.hessler@kirkland.com
　　　　　　　　　　　　　　　　　　　　　　　　brian.schartz@kirkland.com

　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Marc Kieselstein, P.C. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Chad J. Husnick (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Steven N. Serajeddini (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　　Telephone:　(312) 862-2000
　　　　　　　　　　　　　　　　　　　Facsimile:　(312) 862-2200
　　　　　　　　　　　　　　　　　　　Email:　　　james.sprayregen@kirkland.com
　　　　　　　　　　　　　　　　　　　　　　　　marc.kieselstein@kirkland.com
　　　　　　　　　　　　　　　　　　　　　　　　chad.husnick@kirkland.com
　　　　　　　　　　　　　　　　　　　　　　　　steven.serajeddini@kirkland.com

　　　　　　　　　　　　　　　　　　　Co-Counsel to the Debtors and Debtors in Possession