**Exhibit 5** to **Exhibit A**

[Wrong Debtor, Modify Amount and Modify Classification Claims]

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Classification Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED CLASSIFICATION STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BARSCO INC PO BOX 460 ADDISON, TX 75001-0460 | 7616 | Energy Future Holdings Corp. | Secured | Undetermined* | Luminant Generation Company LLC | Unsecured | $8,140.94 |
| | | | Energy Future Holdings Corp. | Unsecured | $8,140.94* | | | |
| | | | | Subtotal | $8,140.94* | | | |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified classification reflects no evidence of perfected lien or security interest provided.

| | | | | TOTAL | $8,140.94* | | TOTAL | $8,140.94 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1