**EXHIBIT 1** to **EXHIBIT A**

**Wrong Debtor and Modify Amount Claims**

RLF1 12770568v.1

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AT&T MOBILITY II LLC C/O AT&T SERVICES, INC. ATTN: KAREN A CAVAGNARO - LEAD PARALEGAL ONE AT&T WAY, ROOM 3A104 BEDMINSTER, NJ 07921 | 5353 | Luminant Energy Company LLC | Unsecured | $373.44 | Luminant Generation Company LLC | Unsecured | $156.76 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment on account of invoice no(s) 287252511003 and 287249924952 for which the Debtors' are not liable, according to their books and records (liability, if any, is owed by a non-Debtor third-party).

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | BARCO PUMP 940 HENSLEY LANE WYLIE, TX 75098 | 4360 | Luminant Mining Company LLC | Unsecured | $19,668.32 | Luminant Generation Company LLC | Unsecured | $3,415.34 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $11,039.05 |
| | | | | | | | Subtotal | $14,454.39 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.  Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | FCX PERFORMANCE INC DBA PIERCE PUMP 9010 JOHN W CARPENTER FRWY DALLAS, TX 75047 | 4749 | Luminant Generation Company LLC | Unsecured | $7,360.25 | Luminant Generation Company LLC | Unsecured | $6,397.21 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $30.60 |
| | | | | | | | Subtotal | $6,427.81 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) amount paid via ACH number 8000683911 on 3/13/2013; and (2) work performed in excess of Purchase Order issued by the Debtors.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | OTIS ELEVATOR COMPANY, ET AL ATTN: TREASURY SERVICES - CREDIT/ COLLECTIONS - 1ST FLOOR 1 FARM SPRINGS FARMINGTON, CT 06032 | 632 | Energy Future Holdings Corp. | Unsecured | $8,974.63 | EFH Corporate Services Company | Unsecured | $8,920.51 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for fuel surcharge, no surcharge was incurred as contractor was already on site.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | TRANE US INC ATTN: PAUL KOLESAR 800-E BEATY STREET DAVIDSON, NC 28036 | 8003 | Luminant Generation Company LLC | Unsecured | $40,426.00 | Luminant Generation Company LLC | Unsecured | $37,162.36 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $3,214.00 |
| | | | | | | Subtotal | | $40,376.36 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | UNITED RENTALS (NORTH AMERICA), INC. 3200 HARBOR LANE N. MINNEAPOLIS, MN 55447 | 3970 | Luminant Generation Company LLC | Unsecured | $39,089.70 | Luminant Generation Company LLC | Unsecured | $38,210.95 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $182.88 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $345.87 |
| | | | | | | Subtotal | | $38,739.70 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for freight charges asserted (Debtor uses a third party logistics company to whom the liability is properly owed).

| | | | | TOTAL | $115,892.34 | | TOTAL | $109,075.53 |
|---|---|---|---|---|---|---|---|---|