**EXHIBIT 2** to **EXHIBIT A**

**Wrong Debtor and Modify Priority Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | INSTRUMENT AND VALVE SERVICES COMPANY ATTN: JOSEPH MIKSCHE 8000 NORMAN CENTER DR. SUITE 1200 BLOMMINGTON, MN 55437 | 3423 | Luminant Generation Company LLC | 503(b)(9) | $67,952.56 | Luminant Generation Company LLC | Unsecured | $67,278.53 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $674.03 |
| | | | | | | | Subtotal | $67,952.56 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $67,952.56 | | TOTAL | $67,952.56 |