## **EXHIBIT 3** to **EXHIBIT A**

**Modify Amount Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ALLIED WASTE/REPUBLIC SERVICES<br>ATTN: GENERAL COUNSEL<br>18500 N ALLIED WAY<br>PHOENIX, AZ 85054 | 6466 | Luminant Generation Company LLC | Unsecured | $55,201.54 | Luminant Generation Company LLC | Unsecured | $14,801.88 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) the difference of $14,889.65 is accounted for in claim no. 6467 on the claim register; (2) sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate); and (3) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant). | | | | | | | |
| 2 | ALLIED WASTE/REPUBLIC SERVICES<br>ATTN: GENERAL COUNSEL<br>18500 N ALLIED WAY<br>PHOENIX, AZ 85054 | 6467 | Sandow Power Company LLC | Unsecured | $55,201.54 | Sandow Power Company LLC | Unsecured | $27,477.74 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) the difference of $14,801.88 is accounted for in claim no. 6466 on the claim register; (2) sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate); and (3) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant). | | | | | | | |
| 3 | CAPCORP<br>PO BOX 540757<br>DALLAS, TX 75354-0757 | 9858 | Luminant Generation Company LLC | Unsecured | $1,193.63 | Luminant Generation Company LLC | Unsecured | $1,174.98 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate). | | | | | | | |
| 4 | CRC GROUP INC<br>PO BOX 131888<br>DALLAS, TX 75313 | 4531 | TXU Energy Retail Company LLC | Unsecured | Undetermined* | TXU Energy Retail Company LLC | Unsecured | $35,481.60 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. | | | | | | | |
| 5 | CRC GROUP INC<br>PO BOX 131888<br>DALLAS, TX 75313 | 4532 | Luminant Energy Company LLC | Unsecured | Undetermined* | Luminant Energy Company LLC | Unsecured | $3,474.89 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ARBILL INDUSTRIES SUITE 208 80 BUSINESS PARK DRIVE ARMONK, NY 10504 | 5108 | Luminant Generation Company LLC | 503(b)(9) | $29,262.88 | Luminant Generation Company LLC | 503(b)(9) | $29,238.70 |

REASON FOR MODIFICATION: Modified amount reflects adjustment (1) amount paid via ACH number 8000940757 on April, 25 2014 and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | TEXAS METER & DEVICE PO BOX 154099 WACO, TX 76715-4099 | 3110 | Luminant Generation Company LLC | Unsecured | $3,129.91 | Luminant Generation Company LLC | Unsecured | $2,959.01 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for freight charges asserted (Debtor uses a third party logistics company to whom the liability is properly owed).

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | TEXAS METER & DEVICE CO<br>PO BOX 154099<br>WACO, TX 76715-4099 | 3112 | Luminant Generation Company LLC<br>Luminant Generation Company LLC | 503(b)(9)<br><br>Unsecured | $228.92<br><br>$193.32 | Luminant Generation Company LLC<br>Luminant Generation Company LLC | 503(b)(9)<br><br>Unsecured | $228.92<br><br>$48.33 |
| | | | | Subtotal | $422.24 | | Subtotal | $277.25 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via check number 153654 on 1/16/2013.

| | | | | TOTAL | $144,411.74* | | TOTAL | $114,886.05 |

\* - Indicates claim contains unliquidated and/or undetermined amounts