**EXHIBIT 4** to **EXHIBIT A**

**Modify Amount and Modify Priority Claims**

RLF1 12770568v.1

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | FFG ENTERPRISES INC<br>16691 CO RD 221<br>FORNEY, TX 75126 | 4316 | TXU Energy Retail Company LLC | Priority | $715.52* | TXU Energy Retail Company LLC | Unsecured | $715.52 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified priority reflects that, through priority asserted under 11 U.S.C. § 507(a), claimant's supporting documentation and Debtors' books and records provide no basis for priority. | | | | | | | |
| 2 | LA QUINTA INN #6303<br>2451 SHADOW VIEW LN<br>HOUSTON, TX 77077 | 4977 | TXU Energy Retail Company LLC<br>TXU Energy Retail Company LLC<br>TXU Energy Retail Company LLC | Priority<br>Secured<br>Unsecured<br><br>Subtotal | $172.99<br>$0.00<br>$172.99<br><br>$345.98 | TXU Energy Retail Company LLC | Unsecured | $172.99 |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records. Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a)(8), according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status. | | | | | | | |
| | | | | TOTAL | $1,061.50* | | TOTAL | $888.51 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1