**EXHIBIT 5** to **EXHIBIT A**

**Modify Amount and Modify Classification Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A –** Modify Amount and Modify Classification Claims

[NONE]