**EXHIBIT 6** to **EXHIBIT A**

Modify Priority Claims

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR (ASSERTED) | PRIORITY STATUS | CLAIM AMOUNT | DEBTOR (MODIFIED) | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CANTU FOODS & SUPPLY 1601 BRYAN ST #210 DALLAS, TX 75201-3480 | 7913 | Luminant Generation Company LLC | Priority | $123.68 | Luminant Generation Company LLC | Unsecured | $123.68 |
| | REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status. | | | | | | | |
| 2 | CANTU FOODS & SUPPLY 1601 BRYAN ST #210 DALLAS, TX 75201-3480 | 7914 | Luminant Generation Company LLC | 503(b)(9) | $417.16 | Luminant Generation Company LLC | 503(b)(9) | $417.16 |
| | | | Luminant Generation Company LLC | Priority | $12.27 | Luminant Generation Company LLC | Unsecured | $87.50 |
| | | | Luminant Generation Company LLC | Unsecured | $75.23 | | | |
| | | | | Subtotal | $504.66 | | Subtotal | $504.66 |
| | REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status. | | | | | | | |
| 3 | CANTU FOODS & SUPPLY 1601 BRYAN ST #210 DALLAS, TX 75201-3480 | 7916 | EFH Corporate Services Company | Priority | $103.09 | EFH Corporate Services Company | Unsecured | $1,434.79 |
| | | | EFH Corporate Services Company | Unsecured | $1,331.70 | | | |
| | | | | Subtotal | $1,434.79 | | | |
| | REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status; tax charge is related to sales tax that does not give rise to priority status. | | | | | | | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | CANTU FOODS & SUPPLY<br>1601 BRYAN ST #210<br>DALLAS, TX 75201-3480 | 7917 | TXU Energy Retail Company LLC<br>TXU Energy Retail Company LLC | Priority<br>Unsecured<br><br>Subtotal | $58.40<br>$752.27<br><br>$810.67 | TXU Energy Retail Company LLC | Unsecured | $810.67 |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CANTU FOODS & SUPPLY<br>1601 BRYAN ST #210<br>DALLAS, TX 75201-3480 | 7918 | TXU Energy Retail Company LLC<br>TXU Energy Retail Company LLC<br>TXU Energy Retail Company LLC | 503(b)(9)<br>Priority<br>Unsecured<br><br>Subtotal | $2,580.60<br>$458.90<br>$5,562.48<br><br>$8,601.98 | TXU Energy Retail Company LLC<br>TXU Energy Retail Company LLC<br><br><br>Subtotal | 503(b)(9)<br>Unsecured | $2,580.60<br>$6,021.38<br><br><br>$8,601.98 |

REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(8); according to Debtors' books and records and/or documentation filed with the proof of claim, claimant is not a governmental unit and therefore ineligible for 507(a)(8) priority status.

| | | | | TOTAL | $11,475.78 | | TOTAL | $11,475.78 |