**EXHIBIT 7** to **EXHIBIT A**

Modify Classification Claims

RLF1 12770568v.1

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 7 TO EXHIBIT A – Modify Classification Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION STATUS | CLAIM AMOUNT | DEBTOR | MODIFIED CLASSIFICATION STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | GLOWPOINT INC<br>PO BOX 8288<br>PASADENA, CA 91109-8288 | 9777 | Energy Future Holdings Corp. | Secured | $722.84 | Energy Future Holdings Corp. | Unsecured | $722.84 |
| | REASON FOR MODIFICATION: Modified classification reflects no evidence of perfected lien or security interest provided. | | | | | | | |
| 2 | LABORATORY QUALITY SERVICES INTERNATIONAL<br>16130 VAN DRUNEN ROAD<br>SOUTH HOLLAND, IL 60473 | 4626 | Luminant Mining Company LLC | Secured | $3,570.00 | Luminant Mining Company LLC | Unsecured | $3,570.00 |
| | REASON FOR MODIFICATION: Modified classification reflects no evidence of perfected lien or security interest provided. | | | | | | | |
| | | | | TOTAL | $4,292.84 | | TOTAL | $4,292.84 |