**EXHIBIT 1** to **EXHIBIT A**

**Substantive Duplicate Claims**

RLF1 12770566v.1

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | CUSTOM CAKES ATTN: CINDY SWILLEY 1209 BERKLEY DR GRAPEVINE, TX 76051 | 09/15/2014 | 14-10980 (CSS) | 4427 | $50.00 | SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR IT'S A PIECE OF CAKE 19772 MACARTHUR BLVD #200 IRVINE, CA 92612 | 06/02/2014 | 14-10989 (CSS) | 917 | $275.00 | Claimed invoice in claim to be disallowed appears to be the same as remaining claim. |
| 2 | CUSTOM CAKES C/O CINDY SWILLEY 1209 BERKLEY DR GRAPEVINE, TX 76051 | 09/15/2014 | 14-10997 (CSS) | 4428 | $225.00 | SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR IT'S A PIECE OF CAKE 19772 MACARTHUR BLVD #200 IRVINE, CA 92612 | 06/02/2014 | 14-10989 (CSS) | 917 | $275.00 | Claimed invoice in claim to be disallowed appears to be the same as remaining claim. |
| 3 | FFG ENTERPRISES INC 16691 CO RD 221 FORNEY, TX 75126 | 09/11/2014 | 14-11032 (CSS) | 4315 | $399.00* | ORTIZ, FELIPE 2308 LAS CRUCES LN DALLAS, TX 75227-9211 | 06/20/2014 | | 2317 | $3,325.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 7

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 4 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10979 (CSS) | 6073 | $4,772,964.03 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11023 (CSS) | 6072 | $4,772,964.03 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| | | | | | | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10996 (CSS) | 6074 | $4,772,964.03 | |
| | | | | | | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11032 (CSS) | 6075 | $4,772,964.03 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11042 (CSS) | 6076 | $4,772,964.03 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11023 (CSS) | 6072 | $4,772,964.03 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| | | | | | | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10996 (CSS) | 6074 | $4,772,964.03 | |
| | | | | | | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-11032 (CSS) | 6075 | $4,772,964.03 | |
| 6 | KRAFT, RICHARD ADDRESS ON FILE | 06/17/2014 | | 2190 | $443,235.00 | KRAFT, RICHARD M. 58 JOSHUA CT. LAKE JACKSON, TX 77566-5471 | 07/21/2014 | 14-10997 (CSS) | 3255 | $394,745.00* | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 7 | KRAFT, RICHARD ADDRESS ON FILE | 09/22/2014 | | 4587 | $394,745.00 | KRAFT, RICHARD M. 58 JOSHUA CT. LAKE JACKSON, TX 77566-5471 | 07/21/2014 | 14-10997 (CSS) | 3255 | $394,745.00* | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| 8 | OLYMPIC WEAR LLC PO BOX 80402 SEATTLE, WA 98108 | 07/01/2014 | 14-10979 (CSS) | 2778 | $9,916.00 | OLYMPIC WEAR LLC PO BOX 80402 SEATTLE, WA 98108 | 07/01/2014 | 14-11032 (CSS) | 2779 | $9,916.00 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 | PIERCE PUMP COMPANY PO BOX 560727 DALLAS, TX 75356-0727 | 07/07/2014 | | 2910 | $72,303.21 | PIERCE PUMP COMPANY AN FCX PERFORMANCE COMPANY PO BOX 712465 CINCINNATI, OH 45271-2465 | 09/29/2014 | 14-11032 (CSS) | 4748 | $29,023.75 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | PIERCE PUMP COMPANY AN FCX PERFORMANCE COMPANY PO BOX 712465 CINCINNATI, OH 45271-2465 | 09/29/2014 | 14-11033 (CSS) | 4750 | $16,615.00 | |
| | | | | | | PIERCE PUMP COMPANY AN FCX PERFORMANCE COMPANY PO BOX 712465 CINCINNATI, OH 45271-2465 | 09/29/2014 | 14-11022 (CSS) | 4752 | $15,172.00 | |
| | | | | | | FCX PERFORMANCE INC DBA PIERCE PUMP 9010 JOHN W CARPENTER FRWY DALLAS, TX 75047 | 09/29/2014 | 14-11032 (CSS) | 4749 | $7,360.25 | |
| | | | | | | PIERCE PUMP COMPANY AN FCX PERFORMANCE COMPANY PO BOX 712465 CINCINNATI, OH 45271-2465 | 09/29/2014 | 14-11042 (CSS) | 4751 | $4,137.37 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 10 | RICE, MARIE<br>PO BOX 2<br>LOVING, TX<br>76460 | 09/23/2014 | | 4630 | $16,000.00 | RICE, NETTIE<br>1501 HILLCREST DR.<br>GRAHAM, TX 76450 | 09/23/2014 | | 4629 | $16,000.00 | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| 11 | SCHINDLER ELEVATOR CORPORATION<br>1530 TIMBERWOLF DRIVE<br>HOLLAND, OH 43528 | 06/04/2014 | 14-10979 (CSS) | 1181 | $8,207.00 | SCHINDLER ELEVATOR CORP<br>PO BOX 93050<br>CHICAGO, IL 60673-3050 | 09/12/2014 | 14-11032 (CSS) | 4348 | $8,207.00 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| 12 | SOMERVELL CO. WATER DIST.<br>2099 COUNTY ROAD 301<br>PO BOX 1386<br>GLEN ROSE, TX 76043 | 09/02/2014 | 14-11040 (CSS) | 4033 | $2,994.27 | SOMERVELL CO. WATER DIST.<br>2099 COUNTY ROAD 301<br>PO BOX 1386<br>GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4031 | $2,994.27 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| 13 | SOMERVELL CO. WATER DIST.<br>PO BOX 1386<br>GLEN ROSE, TX 76043 | 09/02/2014 | 14-11047 (CSS) | 4034 | $2,994.27 | SOMERVELL CO. WATER DIST.<br>2099 COUNTY ROAD 301<br>PO BOX 1386<br>GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4031 | $2,994.27 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 14 | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-10996 (CSS) | 4035 | $2,994.27 | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4031 | $2,994.27 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| 15 | TEAM INDUSTRIAL SERVICES, INC ATTN: WELDON EGGERT, A/R MANAGER 13131 DAIRY ASHFORD RD, SUITE 600 SUGAR LAND, TX 77478 | 10/30/2014 | 14-10979 (CSS) | 9701 | $374,992.89 | TEAM INDUSTRIAL SERVICES INC ATTN: WELDON EGGERT, A/R MANAGER 13131 DAIRY ASHFORD, SUITE 600 SUGAR LAND, TX 77478 | 10/23/2014 | 14-10979 (CSS) | 6307 | $374,992.89 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |

TOTAL    $10,874,983.97*

\* - Indicates claim contains unliquidated and/or undetermined amounts