**EXHIBIT 2** to **EXHIBIT A**

**No Liability Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADDISON, DEEMA ADDRESS ON FILE | | No Debtor Asserted | 09/10/2014 | 4294 | Undetermined* | No liability owed to claimant on account of the agreement cited in claimant's proof of claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 2 | ALEXANDER, FRANK ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/28/2014 | 603 | $30,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 3 | BARNES-BOLDEN, ASHONKA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/21/2014 | 5752 | $360.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit, plus interest, was credited to claimant's account on a final invoice dated February 12, 2014. |
| 4 | BILL A RICKER DDS ADDRESS ON FILE | | No Debtor Asserted | 07/02/2014 | 2787 | $916.12 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | CANTRELL, FRANK D ADDRESS ON FILE | | No Debtor Asserted | 05/29/2014 | 777 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 6 | CHEATHAM, STEFAN ADDRESS ON FILE | | No Debtor Asserted | 09/10/2014 | 4290 | $839.50 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Employees forfeit their right to receive commissions if they resign or are terminated (with or without cause) prior to payment of the commissions. |
| 7 | CHEHATI, MALIK ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/11/2014 | 3612 | $4,650.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|--------|-----------|---------|--------------|--------------------------|
| 8 | CHRISTIAN, BRANDY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/24/2015 | 10058 | $262.88 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant is asserting a claim in connection with TXU Energy's Total Satisfaction Guarantee, which allows customers to switch service plans or providers without an early cancellation fee in certain circumstances, however customers are still liable for the billed amount. |
| 9 | CITY OF DALLAS - CITY ATTORNEY'S OFFICE ATTN: MARK BAGGETT 1500 MARILLA STREET, 7BN DALLAS, TX 75201 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 7938 | $137.43 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 10 | CITY OF DALLAS - CITY ATTORNEY'S OFFICE ATTN: MARK BAGGETT 1500 MARILLA STREET, 7BN DALLAS, TX 75201 | 14-10996 (CSS) | EFH Corporate Services Company | 10/27/2014 | 7940 | $143.17 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 11 | CITY OF DALLAS - CITY ATTORNEY'S OFFICE ATTN: MARK BAGGETT 1500 MARILLA STREET, 7BN DALLAS, TX 75201 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 10/27/2014 | 7944 | $7,397.12 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 12 | CITY OF FORT WORTH ATTN: CHRIS MOSLEY 1000 THROCKMORTON FORT WORTH, TX 76102 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1778 | $75.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | COLEMAN, PAUL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9770 | $4,167.29 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 14 | COPELAND, WILLIE ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3103 | $1,503.48 | No liability owed to claimant per a review of the Claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors believe that liability, if any, is owed by a non-Debtor third party. |
| 15 | DAVIS, DENNIS L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/05/2014 | 4129 | $45.31 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 16 | DILLER, R D ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/14/2014 | 3064 | $150.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | EBOZUE, ROSE ADDRESS ON FILE | | No Debtor Asserted | 07/18/2014 | 3299 | $8,325.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit was returned to claimant on May 8, 2013. |
| 18 | EDWARDS, SONYA R ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/21/2014 | 3201 | $2,775.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit was returned to claimant on November 24, 2012. |
| 19 | EDWIN, FADI ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3091 | $13,751.75 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 20 | EEDS, LANNIE ADDRESS ON FILE | | No Debtor Asserted | 08/21/2014 | 3761 | $2,005.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | | No Debtor Asserted | 10/06/2014 | 4910 | $15.76 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor uses a third party logistics company to whom that liability is properly owed. |
| 22 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | | No Debtor Asserted | 10/06/2014 | 4918 | $44.95 | Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 23 | FELTON, VICKIE<br>ADDRESS ON FILE | | No Debtor Asserted | 07/11/2014 | 3024 | $980.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | FINLEY, DANE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2030 | $2,240.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 25 | FOUNTAIN, DOREEN ADDRESS ON FILE | | No Debtor Asserted | 07/21/2014 | 3210 | $1,800.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant is asserting damage resulting from a storm; TXU Energy does not reimburse customers for damages resulting from "acts of God," as stated in the terms of service agreement. |
| 26 | GILMORE, JULIE ADDRESS ON FILE | | No Debtor Asserted | 10/07/2014 | 4996 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | GOAD, RUSSELL ADDRESS ON FILE | | No Debtor Asserted | 07/29/2014 | 3406 | $3,569.90 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 28 | HALIBURTON, ANGELA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2398 | $343.26 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that a credit for billing discrepancies was applied to claimant's account on their final invoice. |
| 29 | HALVORSEN, AUGUSTINE A. ADDRESS ON FILE | | No Debtor Asserted | 07/18/2014 | 3180 | $500.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 30 | HAVARD, ROSE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1114 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 31 | HOFFMAN, BOBBIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4227 | $3,734.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | HOGAN, JON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2720 | $330.09 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors have determined that claimant is asserting claims for (1) not receiving a cash back award and (2) charges incurred after claimant switched energy providers. As noted in the terms of service agreement, a customer must be active on December 31 of a given year to receive a cash back award for that year; claimant terminated service on September 9, 2011. The final meter read provided to TXU Energy by the Transmission & Delivery Utility (TDU) showed 26191 kilowatt hours and occurred on September 8, 2011, which matched the initial meter read from new service provider (dated September 9, 2011) according to support provided in documentation of claim. |

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | HUTCHISON, OB B ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2162 | $158.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show (1) no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned and (2) customer's service plan was not eligible for cash back award. |
| 34 | JONES, JENNETT C ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9702 | $55,200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 35 | KADI, KAMAL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7934 | $284.75 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | KANU, CHINENYE ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2809 | $13,000.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 37 | KENNEDY, GLORIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 705 | $2,280.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 38 | KERSEY, BRUCE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/06/2014 | 4960 | $560.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors have determined that claimant is asserting a claim for compensation for time spent to resolve a customer service issue. While such time is not compensable; the Debtors credited claimant's account in the amount of $75 as a courtesy. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | KING, BOBBY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7622 | $162.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan and no deposit was required. |
| 40 | KING, LYNDA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/24/2014 | 7547 | $8,488.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan and no deposit was required. |
| | LAPKIN, ANNE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/15/2014 | 3122 | $290.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | LUCAS, RITA ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 709 | $1,040.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 43 | LUNA, CECILIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/06/2014 | 3539 | $2,775.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 44 | MARTINEZ, JOSE JESUS ADDRESS ON FILE | | No Debtor Asserted | 08/18/2014 | 3725 | $2,552.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that damages related to power quality are handled by the Transmission & Delivery Utility (TDU). The Debtors believe that liability, if any, is owed by the TDU. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | MCKENZIE, LEWIS BROOKS ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1065 | $3,549.95 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with the readings provided by the Transmission & Delivery Utility; upon which the Debtors must rely according to P.U.C. Subst. R. 25.479(b)(2). The Debtors were informed that the TDU conducted a meter test and determined that the meter was functioning accurately. |
| 46 | MCKINNEY, JIMMY L. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8075 | $210,261.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The status of limitations governing claimant's alleged claim has expired. |
| 47 | MCPHERSON, SHOLONDA R ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8041 | $2,320.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that, upon transfer to another services provider, claimant received final bill showing all remaining past-due balances, which the claimant never paid. |

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 48 | MOORE, NATASHA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/04/2014 | 3474 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors do not assert that claimant has an outstanding balance; the major credit reporting bureaus appear to be accurately reporting this item as paid. |
| 49 | NASH, EARLIE ADDRESS ON FILE | | No Debtor Asserted | 08/04/2014 | 3476 | $3,045.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 50 | NEWMARK, STEPHEN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1529 | $1,665.31 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 51 | NICHOLSON, MARY R ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 922 | $960.75 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that a credit balance exists on customer's account that continues to be applied to monthly usage charges. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 | PEREZ, HIRAM ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1598 | $21,892.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 53 | PERKINS, ANDREA N ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1603 | $237.91 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit was returned to claimant on June 23, 2014. |
| 54 | PETERS, VONCEIA I ADDRESS ON FILE | | No Debtor Asserted | 08/01/2014 | 3454 | $350.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit was returned to claimant on February 13, 2010. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55 | PHILLIPS, KIMBERLY A ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2754 | $8,224.56 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Any claim owed on account of claimant's alleged personal injury would be owed by the Transmission Distribution Utility, not the Debtors.  The Debtors attempted to address claimant's customer service complaints pre-petition.  Claimant does not assert a right to payment from the Debtors. |
| 56 | PHILLIPS, KIMBERLY A. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/11/2014 | 3581 | $2,998.16 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 57 | QUEEN, GWENDOLYN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2704 | $2,775.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan and that there is no indication of erroneous disconnections of service. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | RAILHEAD MANUFACTURING INC PO BOX 1629 SPRINGTOWN, TX 76082-1629 | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/14/2014 | 3087 | $4,000.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 59 | RICKER, WILLIAM ADDRESS ON FILE | | No Debtor Asserted | 07/02/2014 | 2786 | $391.81 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 60 | RODRIGUEZ, ROBERT ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2055 | $10,950.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 61 | RUSSO, DIANNE ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4501 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 62 | SALINAS, SALVADOR ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2284 | $699.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that a credit for early cancellation fee was applied to claimant's account on August 27, 2012 and December 25, 2012. |
| 63 | SHOWERS, KAREN ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9669 | $1,500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 64 | SIMONS, BRENDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 12/10/2014 | 9909 | Undetermined* | No liability owed to claimant per a review of the Claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors believe that liability, if any, is owed by a non-Debtor third party. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 65 | SIZEMORE, JOHN ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1319 | $670.85 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 66 | SMITH, CHRISTINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1793 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 67 | SMITH, MAE ADDRESS ON FILE | | No Debtor Asserted | 08/04/2014 | 3496 | $3,000.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Claimant's customer service complaints have been addressed, the credit bureau reports were updated as of April 2015.  Claimant does not assert a right to payment from the Debtors. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | SOUTHWELL, STEVE ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 946 | $8,700.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 69 | THOMAS PEREZ, SEC OF LABOR, ON BEHALF OF THE EFH HEALTH CARE PLAN, U.S. DEPT OF LABOR, EBSA; ATTN: DON PATTERSON 525 S. GRIFFIN ST. SUITE 900 DALLAS, TX 75202 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7987 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors are unaware of any alleged violation, investigation, or unremitted funds in connection with the health care plan cited by claimant. |
| 70 | THOMAS PEREZ, SEC OF LABOR, ON BEHALF OF THE EFH THRIFT PLAN, U.S. DEPT OF LABOR, EBSA; ATTN: MICHAEL DAVILA 525 S. GRIFFIN ST. SUITE 900 DALLAS, TX 75202 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7988 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors are unaware of any alleged violation, investigation, or unremitted funds in connection with the health care plan cited by claimant. |
| 71 | THOMAS PEREZ, SEC OF LABOR, ON BEHALF OF THE EFH RETIREMENT PLAN, U.S. DEPT OF LABOR, EBSA; ATTN: DON PATTERSON 525 S. GRIFFIN ST. SUITE 900 DALLAS, TX 75202 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7989 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors are unaware of any alleged violation, investigation, or unremitted funds in connection with the health care plan cited by claimant. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 72 | THOMPSON, BEATRICE ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 778 | $12,475.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 73 | THOMPSON, DENNIE K ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9695 | $55,200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 74 | TOLLIVER, FLORENCE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1857 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 75 | UNITED SITE SERVICES OF TEXAS INC C/O UNITED SITE SERVICES, INC. 50 WASHINGTON STREET, SUITE 1000 WESTBOROUGH, MA 01581 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/09/2014 | 5062 | $181.85 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 76 | VI TECHNOLOGY 903 N BOWSER RD STE 202 RICHARDSON, TX 75081-6638 | | No Debtor Asserted | 07/14/2014 | 3082 | $760.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 24 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 77 | WATKINS, JOE ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2175 | $23,591.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 78 | WESTBURY COMMUNITY HOSPITAL, LLC ATTN: B. JOHN LANGE III, CHAPTER 11 TTEE 6363 WOODWAY, STE. 1000 HOUSTON, TX 77057 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7627 | $12,033.11 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The statute of limitations for the claimant to file an action under 11 U.S.C. § 547 or § 548 has expired and, according to the Debtors' books and records, the payments in question were for the provision of electricity, which would fall within the ordinary course of business exception to preference actions and would not constitute fraudulent conveyances. |
| 79 | WILDER, LONNY ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 236 | $39,804.75 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Proof of claim indicates that claimant is asserting an employment-related claim, however, according to the Debtors' books and records, the claimant was never an employee of any of the Debtors. |
| 80 | WRIGHT, PAUL C ADDRESS ON FILE | | No Debtor Asserted | 08/26/2014 | 3824 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed based in accordance with their pricing plan.  No Debtor is responsible for meter maintenance. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 81 | YOUNG, ALISA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2354 | Undetermined* | No liability owed to claimant on account of the agreement cited in claimant's proof of claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| | | | | | TOTAL | $610,088.77* | |

* - Indicates claim contains unliquidated and/or undetermined amounts