**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al

NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

|   | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BORJAS, ISIDRO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/13/2015 | 10073 | $4,305.35 | Insufficient Documentation Claim |
| 2 | CASTANEDA, MANUEL C ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 05/27/2014 | 381 | $5,550.00 | Insufficient Documentation Claim |
| 3 | DON DIEGO-ALVARADO, LUPE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/11/2014 | 3037 | $1,800.00 | Insufficient Documentation Claim |
| 4 | KRUG, RICHARD ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1333 | $10,101.42 | Insufficient Documentation Claim |
| 5 | LYON, ANNE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/18/2014 | 9863 | $507.00 | Insufficient Documentation Claim |
| 6 | MCELWRATH, BILLY DBA DAC ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 956 | $2,400.00 | Insufficient Documentation Claim |
| 7 | ROBERSON, ALMA ADDRESS ON FILE | | No Debtor Asserted | 07/16/2014 | 3237 | $2,546.88 | Insufficient Documentation Claim |
| 8 | USELTON, GINA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/28/2015 | 10076 | Undetermined* | Insufficient Documentation Claim |
|   |   |   |   |   | TOTAL | $27,210.65* |   |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1