## EXHIBIT 2 to EXHIBIT A

## Amended Claims

ENERGY FUTURE HOLDINGS CORP., et al.

NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | JANI KING OF DALLAS 4535 SUNBELT DR STE A ADDISON, TX 75001-5205 TRANSFERRED TO: VENDOR RECOVERY FUND IV LLC TRANSFEROR: JANI KING OF DALLAS C/O DRUM CAPITAL MANAGEMENT 4 STAMFORD PLAZA STAMFORD, CT 03902 | 05/30/2014 | 14-10979 (CSS) | 688 | $18,244.87 | VENDOR RECOVERY FUND IV ASSIGNEE OF JANI KING OF DALLAS C/O DRUM CAPITAL MANAGEMENT 4 STAMFORD PLAZA STAMFORD, CT 06902 | 06/15/2015 | 14-11032 (CSS) | 10077 | $18,244.87 | Amended and superseded claim |
| 2 | TELECOM ELECTRIC SUPPLY CO PO BOX 860307 PLANO, TX 75086-0307 | 10/27/2014 | | 7892 | $40,389.76 | TELECOM ELECTRIC SUPPLY COMPANY P.O. BOX 860307 PLANO, TX 75086-0307 | 06/18/2015 | 14-10979 (CSS) | 10079 | $48,576.74 | Amended and superseded claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 | UNITED STATES OF AMERICA O/B/O US EPA C/O US DOJ, ENVIRONMENTAL ENFORCEMENT ATTN: ANNA GRACE PO BOX 7611 WASHINGTON, DC 20044-7611 | 12/08/2014 | 14-11005 (CSS) | 9904 | $5,250,000.00* | UNITED STATES OF AMERICA O/B/O US EPA C/O US DOJ, ENVIRONMENTAL ENFORCEMENT ATTN: ANNA GRACE P.O. BOX 7611 WASHINGTON, DC 20044-7611 | 05/01/2015 | 14-11005 (CSS) | 10059 | $23,153,204.00* | Amended and superseded claim |
| | | | TOTAL | | $5,308,634.63* | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts