**EXHIBIT 3** to **EXHIBIT A**

Wrong Debtor Claims

RLF1 12770567v.1

ENERGY FUTURE HOLDINGS CORP., et al.

NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BABCOCK & WILCOX POWER GENERATION GROUP<br>ATTN: JENNIFER SCHREIBER<br>20 SOUTH VAN BUREN AVE<br>BARBERTON, OH 44203<br><br>TRANSFERRED TO:<br>TANNOR PARTNERS CREDIT FUND, LP<br>TRANSFEROR: BABCOCK & WILCOX POWER GENERATION GROUP;<br>ATTN: ROBERT TANNOR<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY 10601 | 751 | Luminant Generation Company LLC<br>Luminant Generation Company LLC | 503(b)(9)<br>Unsecured<br><br>Subtotal | $49,102.41<br>$39,063.00<br><br>$88,165.41 | Luminant Generation Company LLC<br>Oak Grove Management Company LLC<br>Luminant Generation Company LLC | 503(b)(9)<br>503(b)(9)<br>Unsecured<br><br>Subtotal | $4,110.00<br>$44,992.41<br>$39,063.00<br><br>$88,165.41 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | BURFORD & RYBURN, LLP<br>ATTN: JEB LOVELESS<br>500 N. AKARD STE 3100<br>DALLAS, TX 75201 | 5981 | EECI, Inc. | Unsecured | $440.00 | LSGT Gas Company LLC | Unsecured | $440.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

Page 1 of 7

ENERGY FUTURE HOLDINGS CORP., et al.

NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BURFORD & RYBURN, LLP ATTN: JEB LOVELESS 500 N. AKARD STE 3100 DALLAS, TX 75201 | 5982 | Luminant Generation Company LLC | Unsecured | $2,450.90 | Luminant Energy Company LLC | Unsecured | $2,100.90 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $350.00 |
| | | | | | | | Subtotal | $2,450.90 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 4 | CAPCORP PO BOX 540757 DALLAS, TX 75354-0757 | 9857 | Luminant Mining Company LLC | Unsecured | $1,900.00 | Oak Grove Management Company LLC | Unsecured | $1,900.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 5 | CENTURYTEL OF LAKE DALLAS, INC. DBA CENTURYLINK ATTN: BANKRUPTCY 1801 CALIFORNIA ST, RM 900 DENVER, CO 80202-265 | 3273 | Energy Future Holdings Corp. | Unsecured | $69.53 | EFH Corporate Services Company | Unsecured | $69.53 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 6 | CITY OF FORT WORTH ATTN: CHRIS MOSLEY 1000 THROCKMORTON ST FORT WORTH, TX 76102 | 4222 | Energy Future Holdings Corp. | Unsecured | $143.00 | EFH Corporate Services Company | Unsecured | $143.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

ENERGY FUTURE HOLDINGS CORP., et al.

NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | CITY OF FORT WORTH ATTN: CHRIS MOSLEY 1000 THROCKMORTON ST FORT WORTH, TX 76102 | 4223 | Energy Future Holdings Corp. | Unsecured | $35.10 | EFH Corporate Services Company | Unsecured | $35.10 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 8 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4931 | Luminant Energy Company LLC | Unsecured | $708.83 | Luminant Generation Company LLC | Unsecured | $708.83 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 9 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4932 | Luminant Big Brown Mining Company LLC | 503(b)(9) | $436.55 | Luminant Mining Company LLC | 503(b)(9) | $436.55 |
| | | | Luminant Big Brown Mining Company LLC | Unsecured | $1,957.05 | Luminant Mining Company LLC | Unsecured | $1,957.05 |
| | | | | Subtotal | $2,393.60 | | Subtotal | $2,393.60 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 10 | FASTENAL PO BOX 978 WINONA, MN 55987-0978 | 4933 | Luminant Energy Company LLC | 503(b)(9) | $580.69 | Luminant Mining Company LLC | 503(b)(9) | $580.69 |
| | | | Luminant Energy Company LLC | Unsecured | $2,599.93 | Luminant Generation Company LLC | Unsecured | $20.17 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $2,579.76 |
| | | | | Subtotal | $3,180.62 | | Subtotal | $3,180.62 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4934 | Luminant Energy Company LLC | 503(b)(9) | $3,965.47 | Luminant Mining Company LLC | 503(b)(9) | $3,965.47 |
| | | | Luminant Energy Company LLC | Unsecured | $2,892.52 | Luminant Mining Company LLC | Unsecured | $2,892.52 |
| | | | | Subtotal | $6,857.99 | | Subtotal | $6,857.99 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | FASTENAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | 4935 | Luminant Energy Company LLC | 503(b)(9) | $476.05 | Luminant Mining Company LLC | 503(b)(9) | $476.05 |
| | | | Luminant Energy Company LLC | Unsecured | $700.88 | Luminant Mining Company LLC | Unsecured | $700.88 |
| | | | | Subtotal | $1,176.93 | | Subtotal | $1,176.93 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | HSC-HOPSON SERVICES COMPANY, INC.<br>P.O. BOX 764857<br>DALLAS, TX 75376 | 3596 | Energy Future Holdings Corp. | Unsecured | $2,920.15 | EFH Corporate Services Company | Unsecured | $2,920.15 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | HSC-HOPSON SERVICES COMPANY, INC.<br>P.O. BOX 764857<br>DALLAS, TX 75376 | 3598 | Energy Future Holdings Corp. | Unsecured | $2,047.53 | EFH Corporate Services Company | Unsecured | $2,047.53 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | INCISIVE SOFTWARE CORP<br>300 SANTANA ROW<br>SUITE 200<br>SAN JOSE, CA 95128 | 4140 | Energy Future Holdings Corp. | Unsecured | $350.00 | EFH Corporate Services Company | Unsecured | $350.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 16 | INTERTEK AIM<br>PO BOX 416482<br>BOSTON, MA 02241-6482 | 5438 | Oak Grove Management Company LLC | Unsecured | $2,000.00 | Luminant Generation Company LLC | Unsecured | $2,000.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 17 | LONESTAR GROUP CONSULTING SERVICES LLC<br>ATTN: FABIO FALANGA<br>2030 MAIN ST, SUITE 700<br>DALLAS, TX 75201 | 3599 | Energy Future Holdings Corp. | Unsecured | $165,906.09 | EFH Corporate Services Company | Unsecured | $165,906.09 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 18 | MICHAEL C. FINA CORPORATE SALES INC.<br>PO BOX 36208<br>NEWARK, NJ 07188-6208 | 7912 | Luminant Generation Company LLC | Unsecured | $16,975.45 | Luminant Generation Company LLC | Unsecured | $10,742.56 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $6,232.89 |
| | | | | | | | Subtotal | $16,975.45 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | PRESTIGE INTERIORS CORPORATION<br>730 INDUSTRIAL BLVD.<br>SUGAR LAND, TX 77478-2888 | 2912 | Energy Future Holdings Corp. | Unsecured | $18,472.50 | EFH Corporate Services Company | Unsecured | $18,472.50 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 20 | SEALCO LLC<br>1751 INTERNATIONAL PKWY STE 115<br>RICHARDSON, TX 75081 | 3117 | Energy Future Holdings Corp. | Unsecured | $1,962.00 | EFH Corporate Services Company | Unsecured | $1,962.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 21 | SHERMCO INDUSTRIES INC<br>2425 E PIONEER DR<br>IRVING, TX 75061-8919 | 929 | Luminant Energy Company LLC | Unsecured | $9,965.00 | Luminant Generation Company LLC | Unsecured | $9,965.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 22 | TRANE US INC<br>ATTN: PAUL KOLESAR<br>800-E BEATY STREET<br>DAVIDSON, NC 28036 | 8005 | Luminant Mining Company LLC | Unsecured | $7,602.81 | Oak Grove Management Company LLC | Unsecured | $7,602.81 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 23 | UNITED RENTALS (NORTH AMERICA), INC.<br>6125 LAKEVIEW RD STE 300<br>CHARLOTTE, NC 28269-2616 | 3782 | Luminant Energy Company LLC | Unsecured | $6,626.03 | Luminant Generation Company LLC | Unsecured | $6,626.03 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |

ENERGY FUTURE HOLDINGS CORP., et al.

NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | UNITED RENTALS (NORTH AMERICA), INC. 3200 HARBOR LANE N. MINNEAPOLIS, MN 55447 | 3783 | Luminant Generation Company LLC | Unsecured | $23,449.92 | Oak Grove Management Company LLC | Unsecured | $23,449.92 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 25 | UNITED RENTALS (NORTH AMERICA), INC. 3200 HARBOR LANE N. MINNEAPOLIS, MN 55447 | 3784 | Luminant Big Brown Mining Company LLC | Unsecured | $1,457.33 | Luminant Mining Company LLC | Unsecured | $1,457.33 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 26 | UNITED RENTALS (NORTH AMERICA), INC. 3200 HARBOR LANE N. MINNEAPOLIS, MN 55447 | 3793 | Luminant Energy Company LLC | Unsecured | $13,222.15 | Luminant Mining Company LLC | Unsecured | $13,222.15 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| 27 | UNITED RENTALS (NORTH AMERICA), INC. 3200 HARBOR LANE N. MINNEAPOLIS, MN 55447 | 3796 | Luminant Generation Company LLC | Unsecured | $16,699.22 | Luminant Generation Company LLC | Unsecured | $347.68 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $16,351.54 |
| | | | | | | Subtotal | | $16,699.22 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| | | | | TOTAL | $397,178.09 | | TOTAL | $397,178.09 |

Page 7 of 7