# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 General and Administrative | 9.40 | 10,063.00 |
| Plan and Disclosure | 138.00 | 138,585.00 |
| Intercompany Claims | 0.20 | 240.00 |
| Tax Issues | 38.20 | 38,467.00 |
| Oncor Sale Process | 59.10 | 66,430.00 |
| **TOTAL** | **244.90** | **$253,785.00** |