## EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1200 | 101.20 | 121,440.00 |
| Andrew Needham | Partner | 1995 | Tax | 1200 | 29.40 | 35,280.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1180 | 28.90 | 34,102.00 |
| Trevor Broad | Associate | 2009 | Litigation | 780 | 56.20 | 43,836.00 |
| Allison Wein | Associate | 2011 | Corporate | 710 | 11.00 | 7,810.00 |
| Antje Hagena | Associate | *not admitted | Tax | 695 | 14.60 | 10,147.00 |
| Michael Kraus | Litigation Support | N/A | Technical Litigation Support | 325 | 3.6 | 1,170.00 |
| | | | | **TOTAL** | **244.90** | **$253,785.00** |