## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| GROUND TRANSPORTATION | $41.35 |
| CLIENT BUSINESS TRANSPORTATION | 46.00 |
| CLIENT BUSINESS CONFERENCE DINING | 155.15 |
| TOTAL | $ 242.50 |