# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 6/4/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 30.35 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008579623 |
| 011205-00003 | 6/9/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 11.00 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008675592 |
| 011205-00006 | 6/4/2015 | GELSTON, P A | PARTNER | CLIENT BUSINESS TRANSPORTATION | 46.00 | CAR SERVICE Local TRIP PURPOSE: ground transportation CITIES VISITED: NY RPT ID: 010008765191 |
| 011205-00006 | 6/10/2015 | GELSTON, P A | PARTNER | CLIENT BUSINESS CONFERENCE DINING | 155.15 | Client Business Conf Dining, ticket #: 221111 |
| | | | | | $242.50 | |