7/24/15

FILED
'15 JUL 30 AM 9:10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Linda & Jeffrey Lammers

2959 Country Place Circle

Carrollton, TX 75006

Dear Judge,

My claim was adjourned for POC No. 251. My claim was that Energy Future Holdings Corp made an agreement to lower my electrical rates. Shortly thereafter, the company declared bankruptcy. They ignored their agreement and raised the rates significantly and only lowered them somewhat when I made my complaint. It is the failure of Energy Future Holdings (aka Dallas Power and Light) and the investors they attracted that brought them to bankruptcy. I can not believe that bankruptcy enables electrical rates to change so effortlessly.

I am told, I need to prove the claim. Obviously, the monthly records are with EFH. I do not expect EFH to prove my case. Please, have EFH send me <u>4 years of the monthly bills</u> and I will give the court, the same proof that EFH has in their computers. If many other clients' records were checked, I believe there will be a similar pattern.

Sincerely,

*Jeffrey Lammers*   *Linda Lammers*
Jeffrey & Linda Lammers