**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) Case No. 14-10979 (CSS) |
| Debtors. | ) ) (Jointly Administered) |
|  | ) ) **Re: D.I. 5249** |
|  | ) ) Hearing Date:  To be determined |
|  | ) Objection Deadline:  To be determined |

**RE-NOTICE OF "MOTION OF ENERGY FUTURE HOLDINGS CORP.,
*ET AL.*, TO APPROVE A SETTLEMENT OF LITIGATION CLAIMS AND
AUTHORIZE THE DEBTORS TO ENTER INTO AND PERFORM UNDER
THE SETTLEMENT AGREEMENT" AND HEARING THEREON**

PLEASE TAKE NOTICE that, on August 10, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* [D.I. 5249] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  **You were previously served with a copy of the Motion**.

PLEASE TAKE FURTHER NOTICE THAT, on August 10, 2015, the Debtors filed a *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al, Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 5244] (the "Plan") and the *Disclosure Statement for*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 5246].

PLEASE TAKE FURTHER NOTICE that the Motion originally provided that responses or objections to the Motion would filed and served upon and received by the undersigned co-counsel for the Debtors on or before **August 24, 2015 at 4:00 p.m. (Eastern Daylight Time)** (the "<u>Objection Deadline</u>") with a hearing to be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **September 17, 2015 at 9:30 a.m. (Eastern Daylight Time)** (the "<u>Hearing</u>").

PLEASE TAKE FURTHER NOTICE THAT, **<u>notwithstanding any prior notice</u>**, the Debtors are **<u>adjourning the Objection Deadline and the Hearing to a time and date to be determined in connection with the schedule for confirmation of the Plan</u>**. **<u>You will receive additional notice of the Motion once a Hearing is scheduled, and the Objection Deadline is fixed in connection with the Motion</u>**.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated:  August 10, 2015<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession