# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 4916, 5244, 5246** |

## NOTICE REGARDING SCHEDULING OF CERTAIN
## DATES RELATED TO THE DISCLOSURE STATEMENT

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file the following notice.

**PLEASE TAKE NOTICE THAT** on April 14, 2015, the Debtors filed the *Joint Plan of Reorganization of Energy Future Holdings Corp., et al, Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 4142] (as may be amended, modified, or supplemented from time to time, the "Plan") and the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 4143] (as may be amended or supplemented, the "Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware overseeing the Debtors' chapter 11 cases (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT** on July 2, 2015, the Court entered the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order* [D.I. 4916] (the "Scheduling

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Order"), which establishes certain dates regarding the approval of the Disclosure Statement, specifically related to (a) the deadline by which parties-in-interest must file objections to the Disclosure Statement (the "Disclosure Statement Objection Deadline"); (b) the deadline by which the Debtors must file a reply to any objections filed to the Disclosure Statement; (c) the deadline by which counsel to parties who filed timely objections to the Disclosure Statement and counsel to the Debtors must meet and confer; and (d) the date of the hearing to approve the Disclosure Statement (the "Disclosure Statement Hearing Date") (collectively, the "Disclosure Statement Scheduling Dates").[2]

**PLEASE TAKE FURTHER NOTICE THAT** on August 10, 2015, the Debtors filed an amended Plan and an amended Disclosure Statement [D.I. 5244 and 5246, respectively].[3]

**PLEASE TAKE FURTHER NOTICE THAT** the Court has scheduled a hearing for August 11, 2015 to commence at 9:30 a.m. (Eastern Daylight Time) at which time the Debtors intend to discuss with the Court modifications to the Scheduling Order to reflect certain modified Disclosure Statement Scheduling Dates.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors are adjourning the Disclosure Statement Objection Deadline pending the Court's ruling on revised Disclosure Statement Scheduling Dates.

**PLEASE TAKE FURTHER NOTICE THAT** all other terms and provisions of the Scheduling Order shall continue to be full force and effect except to the extent modified by the Court.

---

[2] On August 5, 2015, the Debtors filed the *Notice Extending Deadline for Parties to File and Serve Objections to the Disclosure Statement* [D.I. 5219], extending the deadline by which parties-in-interest must file objections to the Disclosure Statement to August 11, 2015 at 4:00 p.m. (Eastern Daylight Time).

[3] The Debtors previously filed amended versions of the Plan on July 23, 2015 [D.I. 5078] and on August 3, 2015 [D.I. 5197] and an amended version of the Disclosure Statement on July 23, 2015 [D.I. 5080].

Notice filed by:

ENERGY FUTURE HOLDINGS, CORP., *ET AL.*, DEBTORS AND DEBTORS-IN-POSSESSION

By:    */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*