# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 8/11/15 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan W. Kornberg | Paul Weiss | Ad Hoc Committee of TCEH First Lien Creditors |
| Brian Hermann | " | " |
| Adam Denhoff | " | " |
| Pauline K. Morgan | Young Conaway | E-Side Committee |
| Ryston Rycroft | Sullivan | " |
| Brian Ericksson | " | " |
| Matthew P. Ramsey | " | " |
| Myers K. Fox | " | " |
| Brett Miller, Todd Goren, Lou Moris | Morrison & Foerster | T-Side Committee |
| Chris Ward | Polsinelli | " |
| Justin Edelson | Polsinelli | " |
| Chris Shore | White & Case | " |
| Tom Lauria | " | " |
| Jeffrey Schlerf | Fox Rothschild | TCEH Unsec Notes - Ad Hoc |
| Hobart Cohen | Drinker Biddle + Reath | Citibank NA, DIP Agent |
| Laurel K. Hogan | Bryan McKerr | " |
| Joseph Mank | Brey K Gotsten LLP | " |
| Steven Kazan | Kazan McClean Satterly | " |
| Kimberly E.C. Lawson | Reed Smith LLP | BNYM |
| Christopher Simon | Cross & Simon, LLC | " |
| Christopher Fong | Nixon Peabody | American Stock Transfer & Trust |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 8/11/15 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Jonathan Marshall | Brown Rudnick | WSFS, Trustee |
| Greg Taylor | Ashby + Geddes | WSFS, Trustee |
| David Klauder | O'Kelly Ernst & Bielli | EFH Corp. Disinterested Directors |
| Mark Thomas | Proskauer Rose | " |
| Peter Young | " | " |
| Stefan Miller | Morris James LLP | Law Debenture |
| Edward Sassower | Kirkland + Ellis | Debtors |
| Chad Husnick | " | " |
| Andrew McGaan | " | " |
| Jason M. Madron | Richards Layton + Finger | " |
| Colin R. Robinson | Pachulski Stang Ziehl - Jones | Second Lien Indenture Trustee |
| R. Stephen McNeill | Potter Anderson & Corroon | Deustche Bank New York |
| Jamie Edmonson | Venable | PIMCO |
| Joey Lomnitzsk | Klehr Harrison | UMB Bank Indenture Trustee |
| Kate Stickles | Cole Schotz PC | Delaware Trust Company as Indenture Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 08/11/2015
Calendar Time: 09:30 AM ET

1st Revision 08/10/2015 03:42 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7087982 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7088002 | Craig W. Dent | (212) 336-2864 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7087719 | Simon Fraser | (302) 295-2000 | Cozen O'Connor | Creditor, J. Aron / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089461 | Anna E. Grace | (202) 514-4091 | United States Department of Justice | Creditor, Environmental Protection Agency / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7087819 | Gregory Horowitz | (212) 715-9571 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7087874 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7087708 | Alexa J. Kranzley | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7087721 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7087923 | Jeff Marwil | (312) 962-3540 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7087698 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089491 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089183 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, L | Plaintiff(s), Delaware Trust Co / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7090085 | Thomas Berghman | (214) 855-7554 | Munsch Hardt Kopf & Harr, P.C. | Creditor, Ercot / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7087850 | Peg A. Brickley | (215) 462-0053 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7087243 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, City Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089772 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089611 | Stephen Burnazian (CLIENT) | (212) 407-3114 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7088016 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7081674 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089173 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089346 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089651 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7087934 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7087864 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089686 | Patrick Fleury - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089176 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089516 | Richard Gitlin - Client | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Richard Gitlin / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7082154 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7086871 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089497 | Angela K. Herring | (212) 403-1111 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089337 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089629 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089509 | Emil Kleinhaus | 212-403-1252 ext. 00 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089136 | Scott E. Koerner | (212) 704-6137 | Troutman Sanders LLP | Interested Party, Wilmington Savings Fund Society / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7034729 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6876796 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7090212 | Michael Lee | (212) 317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089522 | Richard G. Mason | (212) 403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7028582 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089575 | Naomi Moss | (212) 872-1044 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089723 | Jason New - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, Solus LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7081958 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089633 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |

| Peggy Drasal ext. 802 | | | | | | | CourtConfCal2012 | | Page 4 of 5 |
|---|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089539 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7086908 | Elizabeth Rasskazova | +44-207-901-8300 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089320 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089818 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, | (U.S. Advis Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7083149 | Mark Rosenberg | (212) 558-3647 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7081782 | Jeffrey S. Sabin | (212) 307-5500 | Venable LLP | Creditor, Pacific Investment Management Company / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7071909 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7085590 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7081946 | Jennifer Sharret | (212) 715-9516 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089304 | Andrea B. Schwartz | 302-573-6491 | Office of the United States Trustee | U.S. Trustee, United States Trustee / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7082164 | John W. Spiegel | (213) 683-9100 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089505 | Katherine Stadler | 608-284-2654 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7087973 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089352 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management Inc. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089160 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7082143 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089502 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |

| Case | Type | ID | Name | Firm | Representing |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089529 | Austin Witt | (212) 403-1152 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089342 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089791 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |
| Energy Future Holdings | 15-10979 | Hearing | 7090722 | John Bringardner | (646) 378-3143 | Merger Market | Interested Party, John Bringardner / LISTEN ONLY |
| Energy Future Holdings Corp. | 15-10979 | Hearing | 7090092 | Michelle Dryer | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Trust / LIVE |
| Energy Future Holdings Corp. | 15-10979 | Hearing | 7090076 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Trust Company of Delaware / LIVE |
| Energy Future Holdings Corp. | 15-10979 | Hearing | 7090560 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz, Benson, Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 15-10979 | Hearing | 7090603 | Matthew R. Gray | (972) 419-2523 | Highland Capital | Interested Party, Highland Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 15-10979 | Hearing | 7090809 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LIVE |