**BEALL & BURKHARDT, APC**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774

COUNSEL FOR SECURITAS SECURITY SERVICES USA, INC.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 4969 |

**NOTICE OF WITHDRAWAL OF "REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE OF SECURITAS SECURITY SERVICES USA, INC." [D.I. 4969]**

PLEASE TAKE NOTICE that, on July 10, 2015, Securitas Security Services USA, Inc. ("Securitas") filed the **Request for Payment of Administrative Expense of Securitas Security Services USA, Inc.** [D.I. 4969] (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that Securitas Security hereby withdraws the Motion **with prejudice.**

*[Remainder of page intentionally left blank.]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: August 11, 2015

/s/ Carissa Horowitz
Carissa N. Horowitz
**BEALL & BURKHARDT, APC**
1114 State Street, Suite 200
Santa Barbara, California 93101
Telephone:    (805) 966-6774
Facsimile:    (805) 963-5988
E-mail:    carissa@beallandburkhardt.com

*Counsel to Securitas Security Services USA, Inc.*