# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

### SECOND SUPPLEMENTAL VERIFIED STATEMENT OF WHITE & CASE LLP, FOX ROTHSCHILD LLP, THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS AND THE CREDITOR-INVESTOR CONSORTIUM PURSUANT TO BANKRUPTCY RULE 2019

White & Case LLP ("White & Case") and Fox Rothschild LLP ("Fox" and, together with White & Case, "Counsel") represent creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Energy Future Holdings Corp. ("EFH") and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), specifically including Texas Competitive Electric Holdings Company LLC ("TCEH"), and pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), state on their own behalf and on behalf of the Ad Hoc Group of TCEH Unsecured Noteholders (as set forth in <u>Exhibit A</u>) and the Creditor-Investor Consortium (as set forth in <u>Exhibit B</u>) as follows:

   1.  White & Case is an international law firm that maintains its principal office at 1155 Avenue of the Americas, New York, New York 10036, and numerous additional offices throughout the United States and worldwide. Fox is a national law firm that maintains its principal office at 2000 Market Street, 20th Floor, Philadelphia, PA 19103, with numerous

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

additional offices throughout the United States.

2. White & Case serves as (a) counsel to the Ad Hoc Group of TCEH Unsecured Noteholders, (b) counsel to the Creditor-Investor Consortium and (c) co-counsel to Law Debenture Trust Company of New York, as successor indenture trustee for the Unsecured Notes (as defined below) (with Patterson Belknap Webb & Tyler LLP and Morris James LLP). Fox serves as (a) counsel to the Ad Hoc Group of TCEH Unsecured Noteholders and (b) counsel to the Creditor-Investor Consortium. The Ad Hoc Group of TCEH Unsecured Noteholders and the Creditor-Investor Consortium are comprised of holders, advisors, or affiliates of advisors to holders, or managers of various accounts with investment authority, contractual authority or voting authority, of or with respect to 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued pursuant to that certain Indenture dated as of October 31, 2007 by and among TCEH and TCEH Finance, Inc. ("TCEH Finance"), as issuers, and Energy Future Competitive Holdings Company LLC ("EFCH") and certain of TCEH's subsidiaries (collectively with EFCH, the "Guarantors"), as guarantors, and Law Debenture Trust Company of New York, as successor indenture trustee to The Bank of New York Mellon, (as amended, restated or otherwise modified from time to time, the "Unsecured Notes Indenture").

3. On March 21, 2013, the Ad Hoc Group of TCEH Unsecured Noteholders was formed and engaged White & Case to represent it in connection with a potential restructuring of the Debtors. From time to time thereafter, certain additional holders of Unsecured Notes have joined the Ad Hoc Group of TCEH Unsecured Noteholders and some holders or previous holders of Unsecured Notes have left the Ad Hoc Group of TCEH Unsecured

2

Noteholders. In April 2013, the Ad Hoc Group of TCEH Unsecured Noteholders engaged Fox to serve as Delaware counsel.

4. Effective as of May 1, 2015, the Creditor-Investor Consortium engaged White & Case to represent it in connection with a potential restructuring of the Debtors. From time to time thereafter, certain additional holders of Unsecured Notes have joined the Creditor-Investor Consortium and some holders or previous holders of Unsecured Notes have left the Creditor-Investor Consortium. The Creditor-Investor Consortium is also represented by Fox as Delaware counsel.

5. On May 30, 2014, Counsel filed the *Verified Statement of White & Case LLP, Fox Rothschild LLP and the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to Bankruptcy Rule 2019* [Docket No. 676], which listed the nature and amount of all disclosable economic interests held or managed by each member of the Ad Hoc Group of TCEH Unsecured Noteholders with respect to TCEH, EFCH and their subsidiaries that are Debtors (the "TCEH Debtors"). On March 16, 2015, Counsel filed the *First Supplemental Verified Statement of White & Case LLP, Fox Rothschild LLP and the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to Bankruptcy Rule 2019* (the "First Supplemental Statement") [Docket No. 3920]. Counsel now files this second supplemental verified statement to update the information contained in the First Supplemental Statement and list the nature and amount of all disclosable economic interests held or managed by each member of the Creditor-Investor Consortium.

6. Counsel has been advised by the members of the Ad Hoc Group of TCEH Unsecured Noteholders and the members of the Creditor-Investor Consortium that, as of August 10, 2015, they or their affiliates were the holders, advisors, or affiliates of advisors to holders, or

managers of various accounts with investment authority, contractual authority or voting authority, of or with respect to more than $3.426 billion aggregate principal amount of the Unsecured Notes.  The total aggregate principal amount of Unsecured Notes outstanding as of the date hereof is approximately $5.237 billion (including approximately $363 million owed to EFH and/or Energy Future Intermediate Holding Company LLC ("EFIH")).

7. In addition to the Unsecured Notes, Counsel has been advised by certain members of the Ad Hoc Group of TCEH Unsecured Noteholders and the Creditor-Investor Consortium that such members also held, as of August 10, 2015:

   a. loans made pursuant to that certain Credit Agreement, dated October 10, 2007, by and among TCEH, as borrower, EFCH and certain of TCEH's subsidiaries, as guarantors, Citibank, N.A., as administrative and collateral agent, and the lenders that are parties thereto from time to time (the "TCEH Loans");

   b. 11.50% Senior Secured Notes due October 1, 2020 of TCEH and TCEH Finance issued pursuant to that certain Indenture, dated as of April 19, 2011, as supplemented (the "TCEH First Lien Notes");

   c. 15% Senior Secured Second Lien Notes due April 1, 2021 and 15% Senior Secured Second Lien Notes due April 1, 2021, Series B, of TCEH and TCEH Finance issued pursuant to that certain Indenture dated October 6, 2010, as supplemented (the "TCEH Second Lien Notes");

   d. certain Pollution Control Revenue Bonds (the "TCEH PCRBs");

   e. loans made pursuant to that certain Senior Secured Superpriority Debtor-In-Possession Credit Agreement, approved by the Court on a final basis on

        June 6, 2014, by and among TCEH, as borrower, EFCH and certain of TCEH's subsidiaries, as guarantors, Citibank, N.A., as administrative and collateral agent, and the lenders that are parties thereto from time to time (the "TCEH DIP Loans");

f.    11% Senior Secured Second Lien Notes due October 1, 2021 and/or 11.75% Senior Secured Second Lien Notes due March 1, 2022 of EFIH and EFIH Finance Inc. ("EFIH Finance") issued pursuant to that certain Indenture, dated as of April 25, 2011, as supplemented (collectively, the "EFIH Second Lien Notes");

g.    11.25%/12.25% Senior Toggle Notes originally due December 1, 2018 of EFIH and EFIH Finance issued pursuant to that certain Indenture, dated as of December 5, 2012, as amended, modified or supplemented (the "EFIH PIK Notes"); and

h.    loans made pursuant to that certain Senior Secured Superpriority Debtor-In-Possession Credit Agreement, approved by the Court on a final basis on June 6, 2014, by and among EFIH and EFIH Finance, as borrowers, Deutsche Bank AG New York Branch, as administrative and collateral agent, and the lenders that are parties thereto from time to time (the "EFIH First Lien DIP Loans").[2]

8.    In accordance with Bankruptcy Rule 2019(c), Exhibit A lists the names, addresses and "the nature and amount of all disclosable economic interests" (as certified to

---

[2] Counsel does not represent the Ad Hoc Group of TCEH Unsecured Noteholders or its members with respect to interests in the Debtors other than the interests of the Ad Hoc Group of TCEH Unsecured Noteholders arising from and related to the Unsecured Notes and the Unsecured Notes Indenture. Counsel does not represent the Creditor-Investor Consortium or its members with respect to any specific class of claims or interests in the Debtors.

Counsel by each member of the Ad Hoc Group of TCEH Unsecured Noteholders) held or managed by each member of the Ad Hoc Group of TCEH Unsecured Noteholders with respect to the Debtors as of August 10, 2015.[3] Exhibit B lists the names, addresses and "the nature and amount of all disclosable economic interests" (as certified to Counsel by each member of the Creditor-Investor Consortium) held or managed by each member of the Creditor-Investor Consortium with respect to the Debtors as of August 10, 2015.

9.     Although the Ad Hoc Group of TCEH Unsecured Noteholders and the Creditor-Investor Consortium have hired Counsel to represent their interests collectively as groups, each member of the Ad Hoc Group of TCEH Unsecured Noteholders and the Creditor-Investor Consortium (i) made and makes its own investment decision which are not based on the investment decisions of any other creditor, and (ii) made and makes its own independent decisions as to how it wishes to proceed (including, but not limited to, all economic decisions) and does not speak for, or on behalf of, any other creditor, in each case including the other members of the Ad Hoc Group of TCEH Unsecured Noteholders or the Creditor-Investor Consortium in their individual capacities. In addition, neither the Ad Hoc Group of TCEH Unsecured Noteholders nor the Creditor-Investor Consortium represents or purports to represent any other entities in connection with these Chapter 11 Cases.

10.     In addition, pursuant to a direction letter signed by the members of the Ad Hoc Group of TCEH Unsecured Noteholders, White & Case has been retained by Law

---

[3]    In addition to the foregoing, certain members of the Ad Hoc Group of TCEH Unsecured Noteholders and the Creditor-Investor Consortium held 10% Senior Secured Notes due December 1, 2020 of EFIH and EFIH Finance issued pursuant to that certain Indenture, dated as of August 17, 2010, as supplemented (the "EFIH First Lien Notes"). The EFIH First Lien Notes were substantially repaid with the proceeds of the EFIH First Lien DIP Loans, with the exception of certain claims with respect to a "make-whole" premium and certain post-petition interest (the "EFIH First Lien Make-Whole Claims"). The EFIH First Lien Make-Whole Claims are disclosed on Exhibit A with the original face amount of the associated EFIH First Lien Notes, notwithstanding that the outstanding principal amount of those EFIH First Lien Notes was repaid in full and the amounts of the EFIH First Lien Make-Whole Claims are the subject of ongoing litigation.

Debenture Trust Company of New York, as successor indenture trustee for the Unsecured Notes (the "Indenture Trustee"), as co-counsel to the Indenture Trustee (with Patterson Belknap Webb & Tyler LLP and Morris James LLP) pursuant to an engagement letter counter-executed by the Indenture Trustee on March 13, 2015.  As discussed above, the total aggregate principal amount of the Unsecured Notes outstanding as of the date hereof and for which the Indenture Trustee acts as successor indenture trustee is approximately $5.237 billion.  The address of the Indenture Trustee is 400 Madison Avenue, Suite 4D, New York, New York 10017, Attention: Frank Godino.

11. Counsel does not own any claims against or equity interests in any of the Debtors.

12. Nothing contained herein (or the exhibits hereto) should be construed as a limitation upon, or waiver of, any Ad Hoc Group of TCEH Unsecured Noteholders member's, Creditor-Investor Consortium member's or the Indenture Trustee's rights to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these Chapter 11 Cases.

13. A supplemental statement detailing any material changes to the above statements or the exhibits hereto will be filed in accordance with Bankruptcy Rule 2019 to the extent any shall occur.

14. The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

[*Remainder of page intentionally left blank*]

Dated: August 11, 2015
       Wilmington, Delaware

                    FOX ROTHSCHILD LLP

By:  */s/ Jeffrey M. Schlerf*
     Jeffrey M. Schlerf (No. 3047)
     L. John Bird (No. 5310)
     919 North Market St., Suite 300
     Wilmington, DE 19801
     Telephone:  (302) 654-7444
     Facsimile:  (302) 463-4971
     jschlerf@foxrothschild.com
     lbird@foxrothschild.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders and the Creditor-Investor Consortium*

-and-

WHITE & CASE LLP

By:  */s/ Thomas E Lauria*
     Thomas E Lauria (admitted *pro hac vice*)
     Matthew C. Brown (admitted *pro hac vice*)
     Southeast Financial Center, Suite 4900
     200 South Biscayne Blvd.
     Miami, FL 33131
     Telephone:  (305) 371-2700
     Facsimile:  (305) 358-5744
     tlauria@whitecase.com
     mbrown@whitecase.com

     J. Christopher Shore (admitted *pro hac vice*)
     Gregory M. Starner (admitted *pro hac vice*)
     1155 Avenue of the Americas
     New York, NY 10036
     Telephone:  (212) 819-8200
     Facsimile:  (212) 354-8113
     cshore@whitecase.com
     gstarner@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders and the Creditor-Investor Consortium and co-counsel to Law Debenture Trust Company of New York, as successor indenture trustee*

**Exhibit A**

| Member | Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| Anchorage Capital Group, L.L.C., as investment manager to certain holders of the Unsecured Notes | 610 Broadway, 6th Floor<br>New York, NY 10012<br>Attention: Charles Tauber<br>Stephen Lehner | • $149,900,000 Fixed Unsecured Notes<br>• $417,503,000 Fixed Unsecured Notes (Series B)<br>• $659,668,500 Toggle Unsecured Notes<br>• $98,000,000 TCEH Loans<br>• $5,000,000 EFIH Second Lien Notes |
| Arrowgrass Capital Partners (US) LP, as investment advisor and agent for its advisory clients | 1330 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019<br>Attention: David Dunn | • $104,031,000 Fixed Unsecured Notes<br>• $111,600,000 Fixed Unsecured Notes (Series B) |
| Balyasny Asset Management L.P., on behalf of funds it manages | 181 West Madison Street<br>Suite 3600<br>Chicago, IL 60602<br>Attention: Brian Schinderle | • $193,000,000 Fixed Unsecured Notes<br>• $35,000,000 Fixed Unsecured Notes (Series B)<br>• $19,500,000 Toggle Unsecured Notes<br>• $23,000,000 TCEH First Lien Notes |
| BHR Capital LLC, in its capacity as investment manager for and on behalf of certain funds that it manages | 545 Madison Avenue<br>10th Floor<br>New York, NY 10022<br>Attention: Michael Thompson<br>William Brown<br>Stephen Harris | • $110,000,000 Fixed Unsecured Notes |
| BlackRock Financial Management, Inc., on behalf of funds and accounts under management | 55 East 52nd Street, 2nd Floor<br>New York, NY 10022<br>Attention: David Trucano | • $6,430,000 Fixed Unsecured Notes<br>• $774,741,000 Toggle Unsecured Notes<br>• $59,381,000 TCEH Loans<br>• 75,000 TCEH First Lien Notes<br>• $54,051,718.11 TCEH DIP Loans<br>• $10,645,000 EFIH Second Lien Notes<br>• $130,947,010.20 EFIH First Lien DIP Loans |
| Cyrus Capital Partners, L.P., in its capacity as investment manager for and on behalf of certain funds that it manages | 399 Park Avenue, 39th Floor<br>New York, NY 10022<br>Attention: John Rapaport | • $41,150,000 Fixed Unsecured Notes<br>• $19,480,000 TCEH PCRBs<br>• EFIH First Lien Make-Whole Claims with respect to $308,126,000 original face amount of EFIH First Lien Notes (see note 3) |

2

| Deutsche Bank Securities Inc., solely with respect to Distressed Products Group | 60 Wall Street, 3rd Floor<br>New York, NY 10005<br>Attention: Phil Giordano | • $86,023,000 Fixed Unsecured Notes<br>• $13,750,000 Toggle Unsecured Notes<br>• $3,840,000 TCEH First Lien Notes<br>• $5,000,000 EFIH PIK Notes |
|---|---|---|
| DO S1 Limited | c/o CQS<br>152 West 57th Street, 40th Floor<br>New York, NY 10019<br>Attention: Will Moreno | • $230,345,000 Fixed Unsecured Notes<br>• $34,655,000 Fixed Unsecured Notes (Series B)<br>• $10,000,000 TCEH Loans<br>• $25,000,000 TCEH First Lien Notes<br>• $26,000,000 TCEH Second Lien Notes |

Americas 90745314 (2K)

**Exhibit B**

| Member | Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| Anchorage Capital Group, L.L.C., as investment manager to certain holders of the Unsecured Notes | See Exhibit A | See Exhibit A |
| Arrowgrass Capital Partners (US) LP, as investment advisor and agent for its advisory clients | See Exhibit A | See Exhibit A |
| Balyasny Asset Management L.P., on behalf of funds it manages | See Exhibit A | See Exhibit A |
| BHR Capital LLC, in its capacity as investment manager for and on behalf of certain funds that it manages | See Exhibit A | See Exhibit A |
| BlackRock Financial Management, Inc., on behalf of funds and accounts under management | See Exhibit A | See Exhibit A |
| Cyrus Capital Partners, L.P., in its capacity as investment manager for and on behalf of certain funds that it manages | See Exhibit A | See Exhibit A |
| Deutsche Bank Securities Inc., solely with respect to Distressed Products Group | See Exhibit A | See Exhibit A |
| Centerbridge Partners L.P., on behalf of funds and accounts under management | 375 Park Avenue, 12th Floor New York, NY 10152 | <ul><li>$145,650,000 Fixed Unsecured Notes</li><li>$249,350,000 Fixed Unsecured Notes (Series B)</li><li>$85,000,000 Toggle Unsecured Notes</li><li>$879,531,116 TCEH Loans</li><li>$77,300,000 TCEH First Lien Notes</li></ul> |

3

| | | |
|---|---|---|
| GSO Capital Partners LP, on behalf of funds and accounts under management | 345 Park Avenue, 31st Floor<br>New York, NY 10154<br>Attention: Marisa Beeney | • $167,000,000 Fixed Unsecured Notes<br>• $165,500,611 EFIH PIK Notes |
| Taconic Capital Advisors, L.P., on behalf of funds under management | 280 Park Avenue, 5th Floor<br>New York, NY 10022<br>Attention: Marc Schwartz | • $50,000,000 Fixed Unsecured Notes<br>• $70,000,000 Fixed Unsecured Notes (Series B)<br>• $150,000,000 TCEH Loans<br>• $30,000,000 TCEH First Lien Notes<br>• $81,000,000 TCEH Second Lien Notes<br>• $8,465,346.54 TCEH DIP Loans<br>• $51,000,000 EFIH Second Lien Notes |