## EXHIBIT A
## Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Employment Applications | 13.2 | $4,250.00 | $3,400.00 |
| B161 | Budget/Staffing Plan | 2 | $1,342.50 | $1,074.00 |
| B162 | Fee Applications | 17.5 | $5,595.00 | $4,476.00 |
| B210 | Business Operations | 0.7 | $192.50 | $154.00 |
| B240 | Tax Issues | 218.5 | $143,289.00 | $114,631.20 |
| | **Totals** | **251.9** | **$154,669.00** | **$123,735.20** |