## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---:|
| Electronic Research | Westlaw | $93.24 |
| | **Total:** | **$93.24** |