# **EXHIBIT A**

## **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 | 5.90 | $ 6,785.00 |
| Plan and Disclosure | 42.30 | $ 48,645.00 |
| Tax Issues | 4.20 | $ 4,830.00 |
| Oncor Sale Process | 24.70 | $ 28,405.00 |
| Employment and Fee Applications | 29.20 | $ 33,480.00 |
| Non-working Travel | 3.80 | $ 2,185.00 |
| | | |
| **TOTAL** | **110.10** | **$ 124,330.00** |