5

## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1150 | 109.60 | 123,855.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 950 | 0.50 | 475.00 |
| | | | | **TOTAL** | **110.10** | **124,330.00** |