## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| CLIENT BUSINESS TRANSPORTATION | $285.00 |
| CONF. CALL/VOICE/DATA | 11.79 |
| TOTAL | $296.79 |