## **EXHIBIT D**

### **Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10050 | 6/12/2015 | LEVIN, R | PARTNER | TELEPHONE EXPENSE | 11.79 | Soundpath conferencing (vendor 1249236) |
| 55152-10034 | 6/25/2015 | LEVIN, R. | PARTNER | TRANSPORTATION | 285.00 | Richard Levin, 6/25/2015 travel for Hearing, Wilmington, DE |

NYCorp 3534423v.1

08/12/2015 SL1 1379043v1 109285.00005

NEW_YORK\102308.1-LEVINRB