IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP | § | |
| | § | CASE NO. 14-10979 |
| DEBTOR | § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 9995

NOW COMES Ector CAD and files this Notice of Withdrawal of Proof of Claim No. 9995. In support thereof, Ector CAD respectfully represents the following:

1. Ector CAD filed its secured proof of claim herein on March 5, 2015 in the amount of $175.10.
2. The tax debt subject to Ector CAD's proof of claim is paid in full.
3. Ector CAD desires to withdraw its proof of claim no. 9995 filed herein based upon the reasons stated above.

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By:  /s/ David G. Aelvoet
David G. Aelvoet
State Bar No. 00786959
Don Stecker
State Bar No. 19095300
Attorney for Ector CAD

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Withdrawal of Proof of Claim No. 9995* was served this 12th day of August, 2015 by First Class Mail upon the following:

Debtor:
    Energy Future Holdings, Corp.
    Energy Plaza
    1601 Bryan Street
    Dallas, TX 75201

Attorney for Debtor:
    Daniel J. Defranceschi
    Richards Layton & Finger
    920 North King Street
    Wilmington, DE 19801

    /s/ David G. Aelvoet
    David G. Aelvoet
    Don Stecker