**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 4821** |

**SUPPLEMENT TO THIRD INTERIM FEE APPLICATION OF
MCDERMOTT WILL & EMERY LLP, AS SPECIAL COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM JANUARY 1, 2015 THROUGH AND INCLUDING APRIL 30, 2015**

McDermott Will & Emery LLP ("McDermott"), special counsel for the above-captioned debtors and debtors in possession, hereby supplements the *Third Interim Fee Application of McDermott Will & Emery LLP, Special Counsel for the Debtors and Debtors in Possession, for the Period from January 1, 2015 through and Including April 30, 2015*, filed June 22, 2015 [D.I. 4821] (the "Application") as requested by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

In response to the U.S. Trustee's request for additional information, attached as Exhibit A is McDermott's aggregate budget and staffing plan for the period from January 1, 2015 through April 30, 2015 (the "Fee Period") and, attached as Exhibit B, is a summary of legal services rendered during the Fee Period.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12801945v.1

- 2 -

Dated: August 12, 2015　　　　　　　*/s/ Iskender H. Catto*
　　　　　　　　　　　　　　　　　　**MCDERMOTT WILL & EMERY LLP**
　　　　　　　　　　　　　　　　　　Iskender H. Catto (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　340 Madison Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10173-1922
　　　　　　　　　　　　　　　　　　Telephone:　(212) 547-5400
　　　　　　　　　　　　　　　　　　Facsimile:　(212) 547-5444
　　　　　　　　　　　　　　　　　　Email:　　　icatto@mwe.com

　　　　　　　　　　　　　　　　　　*Special Counsel to the Debtors and Debtors in Possession*