# EXHIBIT A

**Budget and Staffing Plan for Third Interim Fee Period**

**EXHIBIT A-1**

**Budget for Third Interim Fee Period:**

| Task Code Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| B110 | Case Administration | 38 | $15,500 |
| B120 | Asset Analysis & Recovery | 40 | $30,000 |
| B130 | Asset Disposition | 40 | $30,000 |
| B140 | Relief from Stay Proceedings | 20 | $12,000 |
| B160 | Fee/Employment Applications | 85 | $48,000 |
| B270 | Energy Trading | 820 | $592,000 |
| B280 | Generating Assets | 100 | $70,000 |
| B290 | Utilities | 60 | $44,000 |
| B310 | Claims Administration and Objections | 20 | $12,000 |
| B320 | Plan and Disclosure Statement | 0 | $0.00 |
| B340 | Hearings | 20 | $14,000 |
| **TOTAL** | | **1243** | **$867,500** |

**EXHIBIT A-2**

**Staffing Plan for Third Interim Fee Period:**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partners | 3 | $868.25 |
| Associates | 3 | $551.75 |
| Paralegals | 1 | $306.25 |
| **Total Attorney** | **6** | **$720.50** |
| **Total Non-Attorney** | **1** | **$306.25** |
| **TOTAL** | **7** | **$680.00** |