## EXHIBIT B

**Summary of Legal Services Rendered during Third Interim Fee Period**

**Summary of Legal Services Rendered during Third Interim Fee Period**

| Task Code | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| | | | | | |
| Applicable to TCEH Debtors | | | | | |
| B110 | Case Administration | 38 | 1.10 | $15,500 | $935 |
| B120 | Asset Analysis & Recovery | 40 | 0 | $30,000 | $0.00 |
| B130 | Asset Disposition | 40 | 0 | $30,000 | $0.00 |
| B140 | Relief from Stay Proceedings | 20 | 0 | $12,000 | $0.00 |
| B160 | Fee/Employment Applications | 85 | 85.70 | $48,000 | $38,180.50 |
| B270 | Energy Trading | 820 | 271.10 | $592,000 | $213,520 |
| B280 | Generating Assets | 100 | 0 | $70,000 | $0.00 |
| B290 | Utilities | 60 | 1.50 | $44,000 | $637.50 |
| B310 | Claims Administration and Objections | 20 | 0 | $12,000 | $0.00 |
| B320 | Plan and Disclosure Statement | 0 | 4.00 | $0.00 | $2,320 |
| B340 | Hearings | 20 | .80 | $14,000 | $464 |
| **TOTAL** | | **1243** | **364.20** | **$867,500** | **$256,057** |