## Exhibit 1

**Assumption Schedule**

Exhibit A

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Other Assumption Information | | |
|---|---|---|---|---|---|---|---|
| | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | Cure Amount | Details of Material Amendments | Assumption Date |
| 1 | Luminant Generation Company LLC | Uranium Enrichment Services Contract dated December 11, 2007 | Louisiana Energy Services, LLC | URENCO Inc. Suite 300 1560 Wilson Boulevard Arlington, VA 22209-2463 | $0.00 | Re-priced contract | Upon entry of the Order |
| 2 | Luminant Generation Company LLC | Uranium Enrichment Services Contract dated February 7, 2006 | URENCO Enrichment Company Limited, for itself and as an agent for URENCO UK Ltd, URENCO Deutschland GmbH and Urenco Nederland BV (hereafter referred to as "URENCO"). | URENCO Inc. Suite 300 1560 Wilson Boulevard Arlington, VA 22209-2463 | $0.00 | Re-priced contract | Upon entry of the Order |