# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | | Re: Docket Nos. 5270, 5283 |

### JOINDER OF UMB BANK, N.A. TO OBJECTION OF THE EFH OFFICIAL COMMITTEE TO MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., TO SHORTEN NOTICE PERIOD IN CONNECTION WITH "MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF AN ORDER AMENDING CERTAIN HEARING DATES AND DEADLINES IN CONNECTION WITH THE CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION"

UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 and the 9.75% Senior Notes due 2019, by and through its undersigned counsel, hereby joins (the "Joinder") in the *Objection of the EFH Official Committee to Motion of Energy Future Holdings Corp.,* et al., *to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp.,* et al., *for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization*" (the "EFH Committee Objection")[2] [D.I. 5283]. In support of this Joinder, the Trustee respectfully submits as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not defined, herein shall have the meanings ascribed to them in the EFH Committee Objection.

**BACKGROUND**

1.      On August 10, 2015, the Debtors filed more than 1,800 pages of documents all related to multiple, complex transactions, including an amended Plan, an amended disclosure statement, a Plan Support Agreement, the Settlement Agreement, and related transaction documents.  Many more related documents have yet to be filed, including, importantly, the debt commitment documents.  On August 11, 2015, the Debtors filed the Scheduling Motion setting forth certain amended dates related to confirmation of the Plan and the *Motion of Energy Future Holdings Corp.,* et al.*, to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp.,* et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization* [D.I. 5270] (the "Motion to Shorten Notice")*.*

2.      On August 13, 2015, the EFH Committee filed the EFH Committee Objection [D.I. 5283].

**JOINDER**

3.      The Trustee agrees with the EFH Committee that there is insufficient time to consider the Scheduling Motion and no exigency warranting a compressed time frame to consider scheduling matters.  While it is clear to the Trustee that the Debtors' proposed amended schedule is entirely unworkable, inappropriate, and tantamount to a denial of due process, the Trustee requires more time to review and analyze the filed (and yet to be filed) documents that are part of this very complex transaction, and identify those issues that may require fact and expert discovery.  Only then can a coherent, and fair, schedule be proposed.  Accordingly, for the reasons stated in the EFH Committee Objection, the Trustee joins the EFH Committee in requesting that this Court (i) schedule the hearing on the Scheduling Motion no earlier than

August 25, 2015, with an objection deadline of August 21, 2015, or on another date convenient for the Court, or (ii) in the alternative, if the Court schedules a hearing on the Scheduling Motion for August 18, 2015, extend the objection deadline for the Scheduling Motion to August 17, 2015 at 10:00 a.m. ET.

| | |
|---|---|
| Dated: August 13, 2015<br>Wilmington, Delaware | By: */s/ Raymond H. Lemisch*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Raymond H. Lemisch (No. 4204)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Tel: (302) 426-1189<br>Fax: (302) 426-9193<br>E-mail: rlemisch@klehr.com |
| **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira S. Dizengoff (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>One Bryant Park<br>New York, NY 10036<br>Telephone:  (212) 872-1000<br>Facsimile:  (212) 872-1002<br>Email:  idizengoff@akingump.com<br>            aqureshi@akingump.com | *-and-* |
| | **FOLEY & LARDNER LLP**<br>Harold L. Kaplan (admitted *pro hac vice*)<br>Mark F. Hebbeln (admitted *pro hac vice*)<br>Lars A. Peterson (admitted *pro hac vice*)<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Tel: (312) 832-4500<br>Fax: (312) 832-4700<br>Email: hkaplan@foley.com<br>         mhebbeln@foley.com<br>         lapeterson@foley.com |
| Scott L. Alberino (admitted *pro hac vice*)<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone:  (202) 887-4000<br>Facsimile:  (202) 887-4288<br>Email:  salberino@akingump.com | |
| | Barry G. Felder (admitted *pro hac vice*)<br>Jonathan H. Friedman (admitted *pro hac vice*)<br>90 Park Avenue<br>New York, NY 10016<br>Tel: (212) 682-7474<br>Fax: (212) 687-2329<br>E-mail: bgfelder@foley.com<br>         jfriedman@foley.com |

*Co-Counsel for UMB BANK, N.A., as Trustee*