# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE: NCA Resources Development §                    CHAPTER 11
      Company, LLC §
       §
       §
DEBTOR(S) §                    CASE NO.: **14-11019-11**

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

    Now comes **Malakoff ISD** a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. **Malakoff ISD** filed its secured claim on or about **June 13, 2014**, in the amount of **$488.28**, which claim is designated as claim number <u>**1960**</u> on the claims register. That claim is no longer owed by the Debtor(s). Therefore, **Malakoff ISD** hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on _13th_ day of _August_, 2015, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By:_____
    Elizabeth Weller, Attorney
    Texas Bar No. 00785514
    Laurie Spindler Huffman, Attorney
    Texas Bar No. 24028720
    Sherrel K. Knighton, Attorney
    Texas Bar No. 00796900
    Melissa L Palo
    Tennessee Bar No. 18168