UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: Texas Utilities Company, Inc. | § § § § | CHAPTER 11 |
| DEBTOR(S) | § | CASE NO.: **14-11043-11** |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

    Now comes **Rains County AD,** a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. **Rains County AD** filed its secured claim on or about **May 22, 2014**, in the amount of **$196.02**, which claim is designated as claim number **145** on the claims register. That claim is no longer owed by the Debtor(s). Therefore, **Rains County AD** hereby withdraws its claim.

**CERTIFICATE OF SERVICE**

I hereby certify that on ___13th___ day of _____August_____, 2015, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By:_____
               Elizabeth Weller, Attorney
               Texas Bar No. 00785514
               Laurie Spindler Huffman, Attorney
               Texas Bar No. 24028720
               Sherrel K. Knighton, Attorney
               Texas Bar No. 00796900
               Melissa L Palo
               Tennessee Bar No. 18168