## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE: TXU Energy Retail Company, LLC    §                 CHAPTER 11
§
§
§
DEBTOR(S)                             §               CASE NO.: **14-10997-11**

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes **City of Carrollton**, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. **City of Carrollton** filed its secured claim on or about **June 10, 2014**, in the amount of **$15.91**, which claim is designated as claim number **1717** on the claims register. That claim is no longer owed by the Debtor(s). Therefore, **City of Carrollton** hereby withdraws its claim.

### CERTIFICATE OF SERVICE

I hereby certify that on ___13th___day of _____August_____, 2015, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy Ste 1000
Dallas, TX  75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By:_____
     Elizabeth Weller, Attorney
     Texas Bar No. 00785514
     Laurie Spindler Huffman, Attorney
     Texas Bar No. 24028720
     Sherrel K. Knighton, Attorney
     Texas Bar No. 00796900
     Melissa L Palo
     Tennessee Bar No. 18168