## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE: Luminant Generation Company, LLC  §  
　　　　　　　　　　　　　　　　　　　　 §  
　　　　　　　　　　　　　　　　　　　　 §  
　　　　　　　　　　　　　　　　　　　　 §  
DEBTOR(S)　　　　　　　　　　　　　　 §

CHAPTER 11

CASE NO.: **14-11032-11**

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes **Coppell ISD**, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. **Coppell ISD** filed its secured claim on or about **May 19, 2014**, in the amount of **$71,107.47**, which claim is designated as claim number **101** on the claims register. That claim is no longer owed by the Debtor(s). Therefore, **Coppell ISD** hereby withdraws its claim.

### CERTIFICATE OF SERVICE

I hereby certify that on _13th_ day of _August_, 2015, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,  
Linebarger Goggan Blair & Sampson, LLP  
2777 N. Stemmons Frwy Ste 1000  
Dallas, TX 75207  
(214) 880-0089 - *Telephone*  
(469) 221-5003 - *Fax*  
Email: Dallas.Bankruptcy@Publicans.com

By: _____  
Elizabeth Weller, Attorney  
Texas Bar No. 00785514  
Laurie Spindler Huffman, Attorney  
Texas Bar No. 24028720  
Sherrel K. Knighton, Attorney  
Texas Bar No. 00796900  
Melissa L Palo  
Tennessee Bar No. 18168