IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 4138, 4274, 4497** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
REVISING CERTAIN DATES IN THE CONFIRMATION SCHEDULING
ORDER RELATED TO APPROVAL OF THE DISCLOSURE STATEMENT**

The undersigned hereby certifies as follows:

On April 14, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 4138] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

On April 14, 2015, the Debtors also filed the *Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 4142] (the "Plan"[3]) and the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Debtors filed a revised form of order with respect to the Motion on April 24, 2015 [D.I. 4274] and a further revised form of order with respect to the Motion on May 4, 2015, before the start of the May 4th Hearing (as defined herein) [D.I. 4384].

[3] The Plan was amended by D.I. 5078, 5197, 5244 and may be further amended, supplemented, or

*Holdings Corp., et al Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 4143] (as amended by D.I. 5080, 5246, and as may be further amended, supplemented, or modified from time to time, the "Disclosure Statement").

Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement" and Hearing Thereon* filed along with the Motion, objections to the Motion were to be filed by 4:00 p.m. (Eastern Daylight Time) on April 27, 2015 (the "Objection Deadline"), and a hearing to consider the Motion was held on May 4, 2015 starting at 9:30 a.m. (Eastern Daylight Time) (the "May 4th Hearing").

Prior to the Objection Deadline, various parties-in-interest filed statements, objections and/or responses in connection with the Motion. See D.I. 4298, 4317, 4318, 4319, 4320, 4327, 4329, 4331, 4332. Thereafter, on April 29, 2015, the Debtors and the disinterested directors of Energy Future Holdings Corp., one of the Debtors, filed reply papers in response to the various responses and objections received to the Motion. See D.I. 4351, 4354.

At the May 4th Hearing, the Bankruptcy Court heard and considered the statements and arguments of the Debtors and the various responding parties in connection with the Motion. As set forth on the record of the May 4th Hearing, the Bankruptcy Court granted, in part, and denied, in part, the Motion.

Following the conclusion of the May 4th Hearing, the Debtors prepared a revised form of order in connection with the Motion consistent with the Bankruptcy Court's rulings on the record of the May 4th Hearing, and submitted such revised order to the Bankruptcy Court for entry

---

modified.

under a certification of counsel (see D.I. 4490). Based on the Debtors' submission, on May 18, 2015, the Bankruptcy Court entered its *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection With the Approval of Debtors' Disclosure Statement, and (C) Establishing the Terms Governing Mediation* [D.I. 4497] (the "Initial Scheduling Order"). Pursuant to the Initial Scheduling Order, among other things, the Bankruptcy Court fixed various dates and deadlines in connection with the process to consider approval of the Disclosure Statement.

As was discussed on the record of the hearing held before the Bankruptcy Court on August 11, 2015 starting at 9:30 a.m. (Eastern Daylight Time) (the "August 11th Hearing"), the Debtors are now modifying certain dates set forth in the Initial Scheduling Order. The Debtors have prepared that certain *Order Revising Certain Dates in the Confirmation Scheduling Order related to Approval of the Disclosure Statement* (the "Revised Scheduling Order"). A copy of the Revised Scheduling Order is attached hereto as **Exhibit A**. The Revised Scheduling Order deletes Paragraph 2 of the Initial Scheduling Order and replaces it with a schedule that provides for, among other things, a new objection deadline and hearing dates with respect to the Disclosure Statement. The Debtors believe that the Revised Scheduling Order is consistent with the record of the August 11th Hearing and should be approved.

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the Revised Scheduling Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: August 13, 2015
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*