# EXHIBIT A

## Revised Scheduling Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re: D.I. 4138, 4274, 4497** |

## ORDER REVISING CERTAIN DATES IN THE CONFIRMATION SCHEDULING ORDER RELATED TO APPROVAL OF THE DISCLOSURE STATEMENT

Upon the statements made by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), various parties-in-interest in the Debtors' chapter 11 cases, and the Court on the record at the hearing held in front of the Court on August 11, 2015 (the "Hearing") regarding those certain dates set forth in the *Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Order* [D.I. 4916] (the "July Scheduling Order") governing approval of the Debtors' disclosure statement (the "Disclosure Statement"); and the Court having found that the modification of certain dates set forth in the July Scheduling Order related to the Disclosure Statement is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having scheduled a conference for August 18, 2015 to assess certain other issues related to the approval of the Disclosure Statement; and upon all of the proceedings had before the Court; and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

after due deliberation and sufficient cause appearing therefor; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it is HEREBY ORDERED THAT:

1. Paragraph 2 of the July Scheduling Order shall be deleted in its entirety and modified as set forth herein. Nothing herein shall revise any other paragraph of the July Scheduling Order.

I. **APPROVAL OF THE DISCLOSURE STATEMENT.**

    a. **Monday, August 17, 2015 at 4:00 p.m. (Eastern Daylight Time), unless as otherwise ordered by the Court, or extended by the Debtors** shall be the deadline by which any party, including the Participating Parties, must file any objections to the Disclosure Statement (all such objections, the "Disclosure Statement Objections").

    b. **Tuesday, August 18, 2015 at 9:30 a.m. (Eastern Daylight Time)** shall be the date and time of the start of the status conference regarding the Disclosure Statement Objections (the "Status Conference").

    c. Following the Status Conference, the Debtors will file a further modified Order establishing the Debtors' reply deadline with respect to the Disclosure Statement Objections.

    d. **Thursday, September 17, 2015 at 9:30 a.m. (Eastern Daylight Time) except as otherwise ordered by the Court** shall be the date and time of the start of the hearing for the Court to consider approval of the Disclosure Statement (the "Disclosure Statement Hearing"). No later than two days prior to the start of the Disclosure Statement Hearing, the Debtors shall file (a) a hearing agenda; (b) a statement identifying the Disclosure Statement Objections that remain unresolved; and (c) an amended version of the Disclosure Statement reflecting all proposed changes. The Disclosure Statement Hearing will continue from day to day, as the Court's schedule permits, until completed. The Disclosure Statement Hearing shall last no longer than seven hours.

3

2. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August ____, 2015
       Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE