IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>    *Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) |

## NOTICE OF MOTION OF SECOND LIEN INDENTURE TRUSTEE
## FOR LIMITED RELIEF FROM THE AUTOMATIC STAY

**TO:** (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Debtors; (iii) counsel to the Official Committee of Unsecured Creditors; and (iv) all parties having requested service under Rule 2002-1(b) of the Local Rules.

**PLEASE TAKE NOTICE** that on August 13, 2015, in accordance with the *Stipulated Scheduling Order* (Adv. Proc. 14-50405, Adv. D.I. 45) (the "**Scheduling Order**") entered by the Court on August 3, 2015, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Indenture Trustee**") filed the *Motion of Second Lien Indenture Trustee for Limited Relief from the Automatic Stay* (the "**Stay Relief Motion**"), which seeks the entry of an Order granting relief from the automatic stay so that the notice delivered by a majority of holders to the Second Lien Indenture Trustee rescinding acceleration of the Second Lien Notes and its consequences, as provided for in Sections 6.02 and 6.04 of the Indenture, shall be effective.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Scheduling Order, objections, if any, to the Stay Relief Motion must be made in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel no later than **September 3, 2015**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Scheduling Order, replies, if any, to the Stay Relief Motion must be made in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel no later than **September 10, 2015**.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received, and the objection is not otherwise timely resolved, a hearing on the Stay Relief Motion will be held on before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 **at a date and time that is convenient for the Court.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 13, 2015

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Laura Davis Jones*
        Laura Davis Jones (Bar No. 2436)
        Robert J. Feinstein (NY Bar No. RF-2836)
        919 N. Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        Email: ljones@pszjlaw.com
              rfeinstein@pszjlaw.com

        *- and -*

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        Thomas Moers Mayer
        Gregory A. Horowitz
        Joshua K. Brody
        Kramer Levin Naftalis & Frankel LLP
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000
        Email: tmayer@kramerlevin.com
              ghorowitz@kramerlevin.com
              jbrody@kramerlevin.com

        *- and -*

        BRYAN CAVE LLP
        Stephanie Wickouski
        1290 Avenue of the Americas
        New York, New York 10104-3300
        Tel: 212-541-1114
        Fax: 212-904-0514
        Email: stephanie.wickouski@bryancave.com
        *Counsel to the Second Lien Trustee*