## Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) <br> ) |
| ENERGY FUTURE <br> HOLDINGS CORP., *et al.*, | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) |
| *Debtors.* | ) (Jointly Administered) <br> ) <br> ) |

**ORDER GRANTING MOTION OF SECOND LIEN INDENTURE TRUSTEE FOR
LIMITED RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the *Motion of Second Lien Indenture Trustee for Limited Relief from the Automatic Stay* (the "**Motion**"), and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Motion having been given under the circumstances; and sufficient cause appearing therefore; and it appearing that the relief sought in the Motion is appropriate under the circumstances,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The automatic stay set forth in section 362(a) of the Bankruptcy Code shall not apply to any actions by holders of the Second Lien Notes and the Second Lien Trustee to rescind acceleration of the Second Lien Notes and waive the consequences of acceleration as provided for in sections 6.02 and 6.04 of the Indenture.

This Court shall retain jurisdiction over all matters related to or arising from this Order.

Dated: [_____], 2015

                                                      The Honorable Christopher Sontchi
                                                      United States Bankruptcy Judge