# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) 5269 & 5270 |

## ORDER SHORTENING NOTICE PERIOD IN CONNECTION WITH CERTAIN RELIEF REQUESTED IN CONNECTION WITH "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AMENDING CERTAIN HEARING DATES AND DEADLINES IN CONNECTION WITH THE CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION"

Upon the motion, dated August 11, 2015 (the "Motion"),[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware shortening the notice period in connection with certain relief requested in the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of the Debtors' Plan of Reorganization* (the "Amended Scheduling Motion") and granting certain related relief, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 12789553v.1

therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest; and the Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is

ORDERED that the Motion is GRANTED, as set forth herein; and it is further

ORDERED that the hearing to consider the relief requested in the Amended Scheduling Order shall be held on **August 25, 2015 at 10:00 a.m. (EDT)**; and it is further

ORDERED that written objections to the relief requested the Amended Scheduling Order, if any, shall be filed and served no later than **August 21, 2015 at 4:00 p.m. (EDT)**; and it is further

ORDERED that the Debtors are granted leave to file and serve a reply to any objections that are filed in connection with the Amended Scheduling Order by **August 24, 2015 at 10:00 a.m. (EDT)**; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: August 14, 2015
      Wilmington, Delaware

                                                      THE HONORABLE CHRISTOPHER S. SONTCHI
                                                      UNITED STATES BANKRUPTCY JUDGE