IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 18, 2015 STARTING AT 9:00 A.M. (EDT)[2]**

**I.   CONTINUED MATTER:**

1. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization [D.I. 5269; filed August 11, 2015]

    Response/Objection Deadline:    August 21, 2015 at 4:00 p.m. (EDT)

    Reply Deadline:    August 24, 2015 at 10:00 a.m. (EDT)

    Responses/Objections Received:

    A. Objection of the EFH Official Committee to Motion of Energy Future Holdings Corp., *et al.*, to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization" [D.I. 5283; filed August 13, 2015]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The August 18, 2015 (the "August 18th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:00 a.m. (EDT). Any person who wishes to appear telephonically at the August 18th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Monday, August 17, 2015** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

RLF1 12806604v.1

    B.    Joinder of UMB Bank, N.A. to Objection of the EFH Official Committee to Motion of Energy Future Holdings Corp., *et al.*, to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization" [D.I. 5293; filed August 13, 2015]

Related Documents:

    i.    Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order [D.I. 4916; filed July 2, 2015]

    ii.    Stipulation and Agreed Order Regarding Certain Confirmation Scheduling Matters [D.I. 4918; filed July 2, 2015]

    iii.    Motion of Energy Future Holdings Corp., *et al.*, to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of Debtors' Plan of Reorganization" [D.I. 5270; filed August 11, 2015]

    iv.    Order Shortening Notice Period in Connection with Certain Relief Requested in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection with the Confirmation of the Debtors' Plan of Reorganization" [D.I. 5324; filed August 14, 2015] (the "Order Shortening Notice")

Status: Pursuant to the Order Shortening Notice, the hearing on this matter is adjourned and will now take place on August 25, 2015 starting at 10:00 a.m. (EDT). Consequently, no hearing with respect to this matter is required at this time.

## II. STATUS CONFERENCE MATTER:

2.    Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 5246; filed August 10, 2015] (as may be further amended, modified, or supplemented, the "Disclosure Statement")

Response/Objection Deadline:    August 17, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:

    A.    Objection of Knife River Corporation - South to the Proposed Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings

Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 4886; filed June 29, 2015]

Related Documents:

i. Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 4142; filed April 14, 2015]

ii. Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 4143; filed April 14, 2015]

iii. Notice of Rescheduled Hearing Date [D.I. 4888; filed June 29, 2015]

iv. Certification of Counsel Regarding (I) Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order and (II) Stipulation and Agreed Order Regarding Certain Confirmation Scheduling Matters [D.I. 4912; filed July 2, 2015]

v. Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order [D.I. 4916; filed July 2, 2015]

vi. Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 5078; filed July 23, 2015]

vii. Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 5079; filed July 23, 2015]

viii. Amended Disclosure Statement for the Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 5080; filed July 23, 2015]

ix. Amended Disclosure Statement for the Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 5081; filed July 23, 2015]

x. Debtors' Statement Regarding Plan Negotiations [D.I. 5082; filed July 23, 2015]

xi. Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 5197; filed August 3, 2015]

xii. Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 5198; filed August 3, 2015]

xiii. Debtors' Statement Regarding Second Amended Plan of Reorganization [D.I. 5199; filed August 3, 2015]

xiv. Notice Extending Deadline for Parties to File and Serve Objections to the Disclosure Statement [D.I. 5219; filed August 5, 2015]

xv. Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 5244; filed August 10, 2015]

xvi. Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 5245; filed August 10, 2015]

xvii. Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 5247; filed August 10, 2015]

xviii. Notice Regarding Scheduling of Certain Dates Related to the Disclosure Statement [D.I. 5262; filed August 10, 2015]

xix. Certification of Counsel Regarding Order Revising Certain Dates in the Confirmation Scheduling Order Related to Approval of the Disclosure Statement [D.I. 5320; filed August 13, 2015]

Status: As discussed on the record of the August 11, 2015 omnibus hearing, a status conference in connection with the Disclosure Statement (including any objections that are filed in connection with the Disclosure Statement by the August 17, 2015 at 4:00 p.m. (EDT) objection deadline) will take place at the hearing.

*[Remainder of page intentionally left blank.]*

Dated: August 14, 2015
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*