IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**SUPPLEMENT TO SECOND INTERIM APPLICATION
OF PROSKAUER ROSE LLP, COUNSEL FOR DEBTOR
ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED FROM JANUARY 1, 2015 THROUGH APRIL 30, 2015**

Proskauer Rose LLP ("Proskauer"), counsel for Energy Future Holdings Corp. ("EFH Corp." or the "Debtor"), hereby files this supplement to the *Second Interim Fee Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from January 1, 2015 Through April 30, 2015* [D.I. 4759] (the "Second Interim Fee Application") as requested by the Office of the United States Trustee for the District of Delaware.

In response to the U.S. Trustee's request for additional information, attached are the following exhibits:

- **Exhibit A** contains a summary of blended hourly rates for timekeepers who billed to non-bankruptcy matters and blended hourly rates for timekeepers who billed for services rendered to EFH Corp. during the period between January 1, 2015 and April 30, 2015 (the "Fee Period").

- **Exhibit B** contains Proskauer's budget and staffing plan for the Fee Period, which had been approved by EFH Corp.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

- **Exhibit C** is a comparison of hours and fees budgeted for each matter category to which Proskauer professionals and paraprofessionals billed time during the Fee Period against the hours and fees for which Proskauer seeks compensation in the Second Interim Fee Application.

Dated:  August 14, 2015　　　　　　　　**PROSKAUER ROSE LLP**
　　　　　Chicago, Illinois

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeff J. Marwil*

　　　　　　　　　　　　　　　　　　　　　Jeff J. Marwil (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Mark K. Thomas (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Peter J. Young (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Three First National Plaza
　　　　　　　　　　　　　　　　　　　　　70 West Madison, Suite 3800
　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60602-4342
　　　　　　　　　　　　　　　　　　　　　Telephone:  (312) 962-3550
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (312) 962-3551

　　　　　　　　　　　　　　　　　　　　　*Counsel for Energy Future Holdings Corp.*