**<u>Exhibit B</u>**

[Budget and Staffing Plan]

## BUDGET AND STAFFING PLAN FOR THE FEE PERIOD

**Budget**

| MATTER NUMBER | MATTER DESCRIPTION | HOURS BUDGETED[1] | TOTAL COMPENSATION BUDGETED |
|---|---|---|---|
| 001 | Case Administration | 256 - 308 | $185,000 - $224,000 |
| 002 | Asset Disposition | 350 - 420 | $424,000 – $700,000 |
| 003 | EFH Business Operations | 45 - 54 | $44,000 - $55,000 |
| 004 | EFH Contested Matters and Adversary Proceedings | 48 - 57 | $49,000 – $59,000 |
| 005 | EFH Corporate Governance and Board Matters | 210 - 252 | $292,000 - $543,000 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 0 | $0 |
| 007 | Employment and Fee Applications[2] | 137 - 166 | $173,000 – $399,000 |
| 008 | Fee Applications and Objections | 52 - 63 | $43,000 – $52,000 |
| 009 | Financing and Cash Collateral | 200 - 242 | $452,000 - $746,000 |
| 010 | Hearings | 75 - 90 | $86,000 - $104,000 |
| 011 | Intercompany Claims Investigation and Analysis | 1,410 – 1,696 | $1,658,000 - $2,397,000 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 185 - 225 | $216,000 - $260,000 |
| 014 | Non-Working Travel | 0 | $0 |
| 015 | Plan and Disclosure Statement | 910 – 1,092 | $964,000 - $1,164,000 |
| 016 | Tax | 1,050 – 1,268 | $1,315, 000 - $1,164,000 |
| **TOTAL** | | **4,928 – 5,933** | **$5,901,000 - $8,488,000** |

---

[1]     Prior to Proskauer's preparation in January 2015 of its February 2015 budget and staffing plan in response to the Fee Committee's memorandum to retained professionals dated December 1, 2014 (in which the Fee Committee revised its budget policy to require from retained professionals monthly prospective budgets), Proskauer prepared a four-month prospective budget and staffing plan for the period November 19, 2014 through March 31, 2015 (the "Initial Budget"). The Initial Budget did not set forth "Hours Budgeted" but rather reflected "Total Compensation Budgeted" by matter. Therefore, this column reflects hours budgeted for each of the matter numbers set forth above for the period February 1, 2015 through April 30, 2015. The "Total Compensation Budgeted" column, however, includes from the Initial Budget the total compensation budgeted by matter for January 2015.

[2]     Proskauer's budgets for matter number 007 for the period January 1, 2015 through March 31, 2015 included hours and compensation budgeted for fee applications and objections (which, after March 31, 2015, became matter number 008 on the budgets).

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 12 | $1,050.00 |
| Associate (4+ years since first admission) | 7 | $753.57 |
| Jr. Associate (1-3 years since first admission) | 1 | $465.00 |
| Paralegal | 2 | $235.00 |
| **Total Attorney** | 20 | $880.56 |
| **Total Non-Attorney** | 2 | $235 |
| **Total** | 22 | $816.00 |

---

[3]     The "Average Hourly Rate" is the weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of EFH Corp.'s chapter 11 case.