## Exhibit C

[Summary, by Matter Category, of Fees
Budgeted and Fees Incurred During the Fee Period]

## SUMMARY OF LEGAL SERVICES RENDERED

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | | TOTAL COMPENSATION | |
|---|---|---|---|---|---|
| | | Budgeted[1] | Billed[2] | Budgeted | Billed |
| 001 | Case Administration | 256 - 308 | 50.4 | $185,000 - $224,000 | $44,527.00 |
| 002 | Asset Disposition | 350 - 420 | 177.6 | $424,000 – $700,000 | $259,815.00 |
| 003 | EFH Business Operations | 45 - 54 | 6.9 | $44,000 - $55,000 | $7,367.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 48 - 57 | 144.3 | $49,000 – $59,000 | $132,407.50 |
| 005 | EFH Corporate Governance and Board Matters | 210 - 252 | 303.6 | $292,000 - $543,000 | $413,727.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 0 | 122.9 | $0 | $83,555.00[3] |
| 007 | Employment and Fee Applications[4] | 137 - 166 | 12.4 | $173,000 – $399,000 | $39,666.00 |
| 008 | Fee Applications and Objections | 52 - 63 | 117.4 | $43,000 – $52,000 | $155,757.50 |
| 009 | Financing and Cash Collateral | 200 - 242 | 248.7 | $452,000 - $746,000 | $473,564.50 |
| 010 | Hearings | 75 - 90 | 14.0 | $86,000 - $104,000 | $17,861.00 |
| 011 | Intercompany Claims Investigation and Analysis | 1,410 – 1,696 | 1,618.9 | $1,658,000 - $2,397,000 | $1,974,863.50 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 185 - 225 | 66.1 | $216,000 - $260,000 | $103,555.00 |
| 014 | Non-Working Travel | 0 | 243.8 | $0 | $179,573.75 |
| 015 | Plan and Disclosure Statement | 910 – 1,092 | 365.4 | $964,000 - $1,164,000 | $475,703.50 |
| 016 | Tax | 1,050 – 1,268 | 889.4 | $1,315, 000 - $1,164,000 | $896,166.50 |
| TOTAL | | 4,928 – 5,933 | 4,381.8 | $5,901,000 - $8,488,000 | $5,258,110.25 |

---

[1] Prior to Proskauer's preparation in January 2015 of its February 2015 budget and staffing plan in response to the Fee Committee's memorandum to retained professionals dated December 1, 2014 (in which the Fee Committee revised its budget policy to require from retained professionals monthly prospective budgets), Proskauer prepared a four-month prospective budget and staffing plan for the period November 19, 2014 through March 31, 2015 (the "Initial Budget"). The Initial Budget did not set forth "Hours Budgeted" but rather reflected "Total Compensation Budgeted" by matter. Therefore, this column reflects hours budgeted for each of the matter numbers set forth above for the period February 1, 2015 through April 30, 2015. The "Total Compensation Budgeted" column, however, includes from the Initial Budget the total compensation budgeted by matter for January 2015.

[2] In order to provide a more accurate comparison to the "Hours Budgeted" per matter (see footnote 1), the "Hours Billed" column reflects hours billed during the period February 1, 2015 through April 30, 2015. For the month of January 2015, Proskauer timekeepers billed 1,557.5 hours to EFH Corp.'s case. Thus, Proskauer timekeepers billed a total of 5,939.3 hours for all matters during the Fee Period. The "Total Compensation Billed" column, however, includes fees billed by matter for January 2015.

[3] Fees billed to the "Discovery (Intercompany and Cross Debtor Claims)" matter number during the Fee Period were budgeted to the "Intercompany Claims Investigation and Analysis" matter number.

[4] Proskauer's budgets for matter number 007 for the period January 1, 2015 through March 31, 2015 included hours and compensation budgeted for fee applications and objections (which, after March 31, 2015, became matter number 008).