UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                        Chapter 11

Case No. 14 - 10979 (CSS)

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Vincent E. Lazar to represent Energy Future Intermediate Holdings Company, LLC as conflicts counsel in this action.

Joseph H. Huston, Jr. (No. 4035)
Firm Name: Stevens & Lee, P.C.
Address: 1105 North Market Street - 7th Fl.
Wilmington, DE 19801
Phone: (302) 425-3310
jhh@stevenslee.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Vincent E. Lazar
Firm Name: Jenner & Block LLP
Address: 353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 923-2989

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.