IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 |
| Debtors. | (Jointly Administered) |
| | **[Related to D.I. Nos. 3118, 3119 and 4279]** |

**SECOND SUPPLEMENTAL DECLARATION OF RONEN BOJMEL IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC. AND EECI, INC. FOR AN ORDER (A) AUTHORIZING THE RETENTION AND EMPLOYMENT OF GUGGENHEIM SECURITIES, LLC AS INVESTMENT BANKER TO THE COMMITTEE *NUNC PRO TUNC* TO NOVEMBER 12, 2014 AND (B) WAIVING CERTAIN INFORMATION REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2(h)**

I, Ronen Bojmel, hereby declare as follows:

1. I am a senior managing director and co-head of restructuring at Guggenheim Securities, LLC ("**Guggenheim Securities**"), an investment banking, securities trading and brokerage firm with headquarters at 330 Madison Avenue, New York, New York 10017. I submit this declaration (the "**Second Supplemental Declaration**") to supplement my prior declarations that were submitted in connection with Guggenheim Securities' proposed retention in these chapter 11 cases. Unless otherwise stated in this Second Supplemental Declaration, I have personal knowledge of the facts set forth herein or have been informed of such matters by professionals of Guggenheim Securities. To the extent any information disclosed herein requires amendment or modification upon Guggenheim Securities' completion of further review or as

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

2. On April 29, 2014, Energy Future Holdings Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware.

3. On December 22, 2014, the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. (collectively, the "**EFH Debtors**") filed their *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. for an Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker to the Committee* Nunc Pro Tunc *to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)* [D.I. 3118] (the "**Retention Application**"). In support of the Retention Application, Guggenheim Securities filed the *Declaration of Ronen Bojmel in Support of the Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. for an Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker to the Committee* Nunc Pro Tunc *to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)*, attached as Exhibit C to the Retention Application [D.I. 3119] (the "**Bojmel Declaration**"). In further support of the Retention Application, Guggenheim Securities also filed the *Supplemental Declaration of Ronen Bojmel in Support of the Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc.*

*and EECI, Inc. for an Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker to the Committee* Nunc Pro Tunc *to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)* [D.I. 4279] (the "**First Supplemental Declaration**").

4. I submit this Second Supplemental Declaration to disclose certain additional information that has become available to Guggenheim Securities since the filing of the Bojmel Declaration and the First Supplemental Declaration, and which is contained in Kirkland & Ellis's ("**K&E**") Fourth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date (the "**K&E Fourth Supplemental Declaration**"). In the K&E Fourth Supplemental Declaration, K&E discloses that it "currently represents Guggenheim Corporate Funding LLC, an affiliate of Guggenheim Securities, in matters unrelated to the Debtors in these chapter 11 cases. I do not believe this representation creates a conflict, but have disclosed the connection out of an abundance of caution." [D.I. 4963 at 7-8].

5. I have confirmed that K&E's supplemental disclosure regarding its representation of Guggenheim Corporate Funding LLC is accurate. Accordingly, while I also do not believe that K&E's representation of Guggenheim Corporate Funding LLC creates a conflict, out of an abundance of caution, I make this Second Supplemental Disclosure to disclose that K&E represents Guggenheim Corporate Funding LLC, an affiliate of Guggenheim Securities, in matters unrelated to these chapter 11 cases.

6. As set forth in the Bojmel Declaration, and in connection with its proposed retention by the EFH Committee in these cases, Guggenheim Securities has undertaken an ongoing analysis to determine whether it has any conflicts or other relationships that might affect Guggenheim Securities' status as a "disinterested person" as that term is defined in section

101(14) of the Bankruptcy Code or cause Guggenheim Securities to hold or represent any interest adverse to the EFH Committee or to the Debtors or their estates.  Insofar as I have been able to ascertain, Guggenheim Securities does not hold or represent any interests adverse to the EFH Committee or to the Debtors or their estates and, to the best of my knowledge, remains a "disinterested person" as that term is defined in Section 101(14), as modified by Section 1107(b), of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  August 14, 2015

Ronen Bojmel