# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 1105 N. Market St. Suite 700 Wilmington, DE 19801 | Seventh Monthly Fee Statement  06/01/2015 through 06/30/2015  D.I. 5071 | $20,331.50 | $257.76 | 08/12/2015 | $16,265.20 | $257.76 | $4,066.30 |

SL1 1379511v1 109285.00005