# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: August 21, 2015 at 4:00 p.m.** |
| | ) **Hearing Date: August 25, 2015 at 10:00 a.m.** |
| | ) |
| | ) Re: D.I. 5269, 5270, 5324 |
| | ) |

## NOTICE OF "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AMENDING CERTAIN HEARING DATES AND DEADLINES IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION" AND HEARING THEREON

PLEASE TAKE NOTICE that, on August 11, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the **Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection With Confirmation of the Debtors' Plan of Reorganization** [D.I. 5269] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, on August 11, 2015, the Debtors also filed the **Motion of Energy Future Holdings Corp., *et al.*, to Shorten Notice Period in Connection With "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 12809856v.1

Amending Certain Hearing Dates and Deadlines in Connection With the Confirmation of Debtors' Plan of Reorganization" [D.I. 5270] (the "Motion to Shorten"), pursuant to which the Debtors requested approval of a shortened notice period and objection deadline relating to the Motion.[2] **You were previously served with a copy of the Motion to Shorten.**

PLEASE TAKE FURTHER NOTICE that, on August 14, 2015, the Bankruptcy Court entered its **Order Shortening Notice Period in Connection With Certain Relief Requested in Connection With "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Amending Certain Hearing Dates and Deadlines in Connection With the Confirmation of the Debtors' Plan of Reorganization"** [D.I. 5324] (the "Order Shortening Notice") in connection with the Motion to Shorten. A copy of the Order Shortening Notice is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order Shortening Notice, (i) a hearing to consider the Motion will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **August 25, 2015 starting at 10:00 a.m. (Eastern Daylight Time)**; (ii) objections to the approval of the Motion, if any, shall be filed and served on the undersigned co-counsel to the Debtors no later than **August 21, 2015 at 4:00 p.m. (Eastern Daylight Time)**; and (iii) the Debtors are authorized to file and serve a reply to any objections that are filed in connection with the Motion by no later than **August 24, 2015 at 10:00 a.m. (Eastern Daylight Time)**.

*[Remainder of page intentionally left blank.]*

---

[2] As set forth on the record of the August 11, 2015 omnibus hearing in the Debtors' chapter 11 cases, the Bankruptcy Court fixed August 13, 2015 at 4:00 p.m. (Eastern Daylight Time) as the deadline for parties-in-interest to file objections to the Motion to Shorten; two parties filed responses to the Motion to Shorten by that time (see D.I. 5283, 5293).

Dated: August 17, 2015
      Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession