## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2015, copies of the <u>Objection of the Pension Benefit Guaranty Corporation to the Amended Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code</u> were served electronically on the following via the Court's CM/ECF system, as well as on all other persons registered to receive such notice for this case:

KIRKLAND & ELLIS, LLP
Attn: Edward O. Sassower, P.C.          esassower@kirkland.com
Attn: Stephen E. Hessler, Esq.          stephen.heller@kirkland.com
Attn: Brian E. Schartz, Esq.            bschartz@kirkland.com
601 Lexington Avenue
New York, New York 10022

Attn: James H.M. Sprayregen, P.C.       james.sprayregen@kirkland.com
Attn: Marc Kieselstein, P.C.            marc.kieselstein@kirkland.com
Attn: Chad J. Husnick, Esq.             chusnick@kirkland.com
Attn: Steven N. Serajeddini, Esq.       steven.serajeddini@kirkland.com
300 North LaSalle
Chicago, Illinois 60654

RICHARDS, LAYTON & FINGER, P.A.
Attn: Mark D. Collins, Esq.             collins@rlf.com
Attn: Daniel J. DeFranceschi, Esq.      defranceschi@rlf.com
Attn: Jason M. Madron, Esq.             madron@rlf.com
920 North King Street
Wilmington, Delaware 19801
Co-Counsel to the Debtors

PROSKAUER ROSE LLP.
Attn: Jeff J. Marwil, Esq.              jmarwil@proskauer.com
Attn: Mark K Thomas, Esq.               mthomas@proskauer.com
Attn: Peter J. Young, Esq.              pyoung@proskauer.com
Three First National Plaza
70 W. Madison ST STE 3800
Chicago, IL 60602

O'KELLY, ERNST & BIELLI LLP
Attn: David M. Klauder, Esq.            dklauder@oeblegal.com
Attn: Shannon Dougherty, Esq.           sdougherty@oeblegal.com

901 N Market St STE 100
Wilmington, DE 19801
Co-Counsel to Energy Future Holdings Corp.

MUNGER, TOLLES & OLSON LLP
Attn: Thomas B. Walper, Esq.          thomas.walper@mto.com
Attn: Todd J Rosen, Esq.              todd.rosen@mto.com
Attn: Seth Goldman, Esq.              seth.goldman@mto.com
Attn: John W. Spiegel, Esq.           john.spiegel@mto.com
355 S. Grand Ave 35th FL
Los Angeles, CA 90071

MCELROY, DEUTSCH, MUVANEY, &
CARPENTER, LLP
Attn: David P. Primack, Esq.          dprimack@mdmc-law.com
300 Delaware Ste 770
Wilmington, Delaware 19801
Co-Counsel to the TCEH Debtors

CRAVATH, SWAIN, & MOORE LLP
Attn: Michael A Paskin, Esq.          mpaskin@cravath.com
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475

JENNER & BLOCK LLP
Attn: Richard Levin, Esq.             rlevin@jenner.com
919 Third Ave
New York, NY 10022-3908

STEVENS & LEE PC
Attn: Joseph H. Hutson Jr, Esq.       jhh@stevenslee.com
1105 N. Market St STE 700
Wilmington, DE 19801
Co-Counsel to Energy Future Intermediate Holding Company LLC

THE OFFICE OF THE UNITED STATES TRUSTEE
FOR THE DISTRICT OF DELAWARE
Attn: Richard L. Shepacarter, Esq.    richard.schepacarter@usdoj.gov
Attn: Andrea B. Schwartz, Esq.        andrea.b.schwartz@usdoj.gov
844 King Street, Suite 2207
Wilmington, Delaware 19801

MORRISON & FOERSTER LLP
Attn: James M. Peck, Esq.             jpeck@mofo.com
Attn: Brett H. Miller, Esq.           bmiller@mofo.com

Attn: Lorenzo Marinuzzi, Esq.    lmarinuzzi@mofo.com
Attn: Todd M. Goren, Esq.
Attn: Samantha Martin, Esq.
250 West 55th Street
New York, New York 10019

POLSINELLI PC
Attn: Christopher A. Ward, Esq.    cward@polsinelli.com
Attn: Justin K. Edelson, Esq.    jedelson@polsinelli.com
Attn: Shanti M. Katona, Esq.    skatona@polsinelli.com
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Co-Counsel to the TCEH Creditors' Committee

SULLIVAN & CROMWELL LLP
Attn: Andrew G. Dietderich, Esq.    dietdericha@sullcrom.com
Attn: Brian D. Glueckstein, Esq.    gluecksteinb@sullcrom.com
Attn: Michael H. Torkin, Esq.    torkinm@sullcrom.com
125 Broad St.
New York, NY 10004

MONTGOMERY, MCCRACKEN, WALKER, &
RHOADS LLP
Attn: Lorenzo Marinuzzi, Esq.    lmarinuzzi@mofo.com
Attn: Mark A. Fink, Esq.    mfink@mmwr.com
1105 N. Market St 15th FL
Wilmington, DE 19801
Co-Counsel to the EFH Creditors' Committee

    /s/ Desiree M. Amador
    Desiree M. Amador