**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 14-10979 (CSS)<br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Michael S. Kim, Esquire to represent Delaware Trust Company, as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture, in the above-captioned cases.

Dated: August 17, 2015
Wilmington, Delaware

*/s/    GianClaudio Finizio*
GianClaudio Finizio (No. 4253)
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
Telephone: (302) 429-4240

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, State of Connecticut, United States District Courts for the Southern and Eastern Districts of New York, United States District Court for the District of Connecticut, United States District Court for Northern District of Illinois, United States Court of Federal Claims, U.S. Court of Appeals for the District of Columbia Circuit, and the United States Court of Appeals for Second and Seventh Circuits and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/  Michael S. Kim*
Michael S. Kim, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1296

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

{BAY:02756535v1}