**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELWARE**

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No.: 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Jeremy C. Hollembeak, Esquire to represent Delaware Trust Company, as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture, in the above-captioned cases.

Dated:  August 17, 2015
      Wilmington, Delaware

*/s/      GianClaudio Finizio*
GianClaudio Finizio (No. 4253)
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
Telephone: (302) 429-4240

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Fifth Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/  Jeremy C. Hollembeak*
Jeremy C. Hollembeak, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1296

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

{BAY:02756527v1}