## **CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on August 14, 2015, I caused a true and correct copy of the **OBJECTION OF EFH INDENTURE TRUSTEE TO APPROVAL OF DISCLOSURE STATEMENT FOR THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL.** to be served on the parties listed below via CM/ECF and/or as otherwise indicated.

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Edward O. Sassower, Esquire
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, NY 10022
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle
Chicago, IL 60654
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, Illinois 60602
Email: jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**

Phillip Gelston, Esquire
CRAVATH, SWAINE AND MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Email: pgelston@cravath.com

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**

Thomas B. Walper, Esquire
Todd J. Rosen, Esquire
Seth Goldman, Esquire
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Email: Thomas.Walper@mto.com
   Todd.Rosen@mto.com
   Seth.Goldman@mto.com

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**

Natalie D. Ramsey, Esquire
Davis Lee Wright, Esquire
Mark A. Fink, Esquire
MONTGOMERY McCRACKEN
1105 North Market Street
Wilmington, DE 19801
Email: nramsey@mmwr.com
   dwright@mmwr.com
   mfink@mmwr.com

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**

James Michael Peck, Esquire
Brett H. Mill, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, New York  10019-9601
Email: jpeck@mofo.com
   brettmiller@mofo.com

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**

Richard Levin, Esquire
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022
Email: rlevin@jenner.com

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**

Brian D. Glueckstein, Esquire
Andrew G. Dietderich, Esquire
Alexa J. Kranzley, Esquire
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Email: gluecksteinb@sullcrom.com
   dietdericha@sullcrom.com
   kranzleya@sullcrom.com

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**

Chris Ward, Esquire
Justin K. Edelson, Esquire
Polsinelli
222 Delaware Avenue, Suite 1101
Wilmington, Delaware  19801
Email: cward@polsinelli.com
   jedelson@polsinelli.com

**VIA HAND DELIVERY**

Richard Scheparter
Andrea Schwartz
Office of the U.S. Trustee
844 N King St #2207,
Wilmington, DE 19801

/s/ Christopher P. Simon
Christopher P. Simon (No. 3697)