IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address for Russell L. Munsch, one of the attorneys representing Electric Reliability Council of Texas, Inc. in the above-referenced chapter 11 cases, has changed to the following:

Russell L. Munsch, Esq.
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, Texas 78701-3924
Telephone: (512) 391-6104
Facsimile: (214) 978-4369
Email: rmunsch@munsch.com

The addresses for Kevin M. Lippman of Munsch Hardt Kopf & Harr, P.C. and Mark Minuti of Saul Ewing LLP, as noted on the notice of appearance filed on April 29, 2014 (Dkt. No. 20), remain the same.

644126.1 08/17/2015

Dated: August 17, 2015											SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873
Email: mminuti@saul.com

-and-

**MUNSCH HARDT KOPF & HARR, P.C.**
Russell L. Munsch
303 Colorado Street. Suite 2600
Austin, TX 78701-3924
Telephone: (512) 391-6104
Facsimile: (214) 978-4369
Email: rmunsch@munsch.com

Kevin M. Lippman
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
Telephone: (214) 855-7553
Facsimile: (214) 978-4335
Email: klippman@munsch.com

*Counsel for Electric Reliability Council of Texas, Inc.*

644126.1 08/17/2015