## CERTIFICATE OF SERVICE

I, GianClaudio Finizio, hereby certify that on this 17th day of August, 2015, I caused a copy of the **Objections of Delaware Trust Company, as TCEH First Lien Indenture Trustee, to Debtors' Amended Disclosure Statement and Motion for Separate Status Conference** be served on the parties listed below in the manners indicated.

## **VIA HAND DELIVERY**

RICHARDS, LAYTON & FINGER, P.A.
Attn: Mark D. Collins, Esq.
Attn: Daniel J. DeFranceschi, Esq.
Attn: Jason M. Madron, Esq.
920 North King Street
Wilmington, Delaware 19801

O'KELLY, ERNST & BIELLI LLP
Attn: David M. Klauder, Esq.
Attn: Shannon Dougherty, Esq.
901 N Market St STE 100
Wilmington, DE 19801

MCELROY, DEUTSCH, MUVANEY, &
CARPENTER, LLP
Attn: David P. Primack, Esq.
300 Delaware, Suite 770
Wilmington, Delaware 19801

STEVENS & LEE PC
Attn: Joseph H. Hutson Jr, Esq.
1105 N. Market Street, Suite 700
Wilmington, DE 19801

Office of the U.S. Trustee for the
District of Delaware
Attn: Richard L. Shepacarter, Esq.
Attn: Andrea B. Schwartz, Esq.
844 King Street, Suite 2207
Wilmington, Delaware 19801

POLSINELLI PC
Attn: Christopher A. Ward, Esq.
Attn: Justin K. Edelson, Esq.
Attn: Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

{BAY:02756853v1}

MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP
Attn: Natalie D. Ramsey, Esq.
Attn: Davis Lee Wright, Esq.
Attn: Lorenzo Marinuzzi, Esq.
Attn: Mark A. Fink, Esq.
1105 N. Market St. 15th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

KIRKLAND & ELLIS LLP
Attn: Edward O. Sassower, P.C.
Attn: Stephen E. Hessler, Esq.
Attn: Brian E. Schartz, Esq.
601 Lexington Avenue
New York, New York 10022

KIRKLAND & ELLIS LLP
Attn: James H.M. Sprayregen, P.C.
Attn: Marc Kieselstein, P.C.
Attn: Chad J. Husnick, Esq.
Attn: Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654

PROSKAUER ROSE LLP
Attn: Jeff J. Marwil, Esq.
Attn: Mark K Thomas, Esq.
Attn: Peter J. Young, Esq.
Three First National Plaza
70 W. Madison ST STE 3800
Chicago, IL 60602

MUNGER, TOLLES & OLSON LLP
Attn: Thomas B. Walper, Esq.
Attn: Todd J Rosen, Esq.
Attn: Seth Goldman, Esq.
Attn: John W. Spiegel, Esq.
355 S. Grand Ave 35th Floor
Los Angeles, CA 90071

CRAVATH, SWAIN, & MOORE LLP
Attn: Richard Levin, Esq.
Worldwide Plaza

825 Eighth Ave
New York, NY 10019

MORRISON & FOERSTER LLP
Attn: James M. Peck, Esq.
Attn: Brett H. Miller, Esq.
Attn: Lorenzo Marinuzzi, Esq.
Attn: Todd M. Goren, Esq.
Attn: Samantha Martin, Esq.
250 West 55th Street
New York, New York 10019

SULLIVAN & CROMWELL LLP
Attn: Andrew G. Dietderich, Esq.
Attn: Brian D. Glueckstein, Esq.
Attn: Michael H. Torkin, Esq.
125 Broad St.
New York, NY 10004

*/s/ GianClaudio Finizio*
GianClaudio Finizio (No. 4253)