# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et al.,*<br><br>                Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 5361** |

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this \_\_\_\_17th\_\_\_\_ day of August, 2015, a true and correct copy of the *Joinder of Fenicle and Fahy to the Objections of the EFH Official Committee of Unsecured Creditors to the Motion of Energy Future Holdings Corp., et al. for Entry of an Order Approving the Disclosure Statement, et al.* was served upon all interested parties listed below via first class mail and all other interested parties registered for service via CM/ECF.

Joseph Charles Barsalona II, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

David M. Klauder, Esq.
O'Kelly Ernst & Bielli, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801

Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Edward O. Sassower
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Richard L. Shepacarter, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Elizabeth Blakely
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022

Justin K. Edelson
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Epiq Bankruptcy Solutions LLC
www.epiqsystems.com
777 Third Avenue, 12th Floor
New York, NY 10017

                                                    */s/Daniel K. Hogan*
                                                    Daniel K. Hogan (#2814)
                                                    **HOGAN♦McDANIEL**
                                                    1311 Delaware Avenue
                                                    Wilmington, Delaware  19806
                                                    Telephone:  (302) 656-7540
                                                    Facsimile: (302) 656-7599
                                                    dkhogan@dkhogan.com