# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**ORDER SUSTAINING DEBTORS' TWENTY-FIFTH
OMNIBUS (SUBSTANTIVE) OBJECTION TO (SUBSTANTIVE
DUPLICATE AND NO LIABILITY) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the Disputed Claims set forth on **Exhibit 1** and **Exhibit 2** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. The Substantive Duplicate Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3. The No Liability Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4. The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

5. Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **Exhibit 1**, attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this

Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

7. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015
       Wilmington, Delaware     _____
                                                  THE HONORABLE CHRISTOPHER S. SONTCHI
                                                  UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1 to EXHIBIT A

**Substantive Duplicate Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | CONSOLIDATED COMMUNICATIONS 121 SOUTH 17TH STREET MATTOON, IL 61938 | 06/30/2015 | 14-10996 (CSS) | 10086 | $9,553.31 | CONSOLIDATED COMMUNICATIONS INC. 121 S 17TH ST MATTOON, IL 61938-3915 | 06/13/2014 | 14-10996[1] (CSS) | 1979 | $9,553.31 | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| 2 | FLUOR ENTERPRISES, INC. C/O LOCKE LORD LLP ATTN: PHILIP G. EISENBERG 600 TRAVIS ST, STE 2800 HOUSTON, TX 77002 | 10/27/2014 | 14-11033 (CSS) | 7777 | $1,239,692.84* | FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL SERVICES C/O LOCKE LORD LLP ATTN: PHILIP G. EISENBERG 600 TRAVIS ST, STE 2800 HOUSTON, TX 77002 | 10/27/2014 | 14-11033 (CSS) | 7775 | $1,239,692.84* | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |
| 3 | FLUOR ENTERPRISES, INC. C/O LOCKE LORD LLP ATTN: PHILIP G. EISENBERG 600 TRAVIS STREET, SUITE 2800 HOUSTON, TX 77002 | 10/27/2014 | 14-11022 (CSS) | 7778 | $1,017,046.22* | FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL SERVICES C/O LOCKE LORD LLP ATTN: PHILIP G. EISENBERG 600 TRAVIS ST, STE 2800 HOUSTON, TX 77002 | 10/27/2014 | 14-11022 (CSS) | 7774 | $1,017,046.22* | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |

---

[1] Claim 1979 was modified 7/15/2015, by the Order Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims (DI. 5006).

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 4 | FLUOR ENTERPRISES, INC. C/O LOCKE LORD LLP ATTN: PHILIP G. EISENBERG 600 TRAVIS ST, STE 2800 HOUSTON, TX 77002 | 10/27/2014 | 14-11032 (CSS) | 7779 | $15,411,434.57* | FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL SERVICES C/O LOCKE LORD LLP ATTN: PHILIP G. EISENBERG 600 TRAVIS ST, STE 2800 HOUSTON, TX 77002 | 10/27/2014 | 14-11032 (CSS) | 7776 | $15,411,434.57* | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |
| 5 | MW SMITH EQUIPMENT INC, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 06/25/2015 | 14-11042 (CSS) | 10081 | $6,062.53 | MW SMITH EQUIPMENT INC, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 10/22/2014 | 14-11042 (CSS) 14-11032[2] (CSS) | 5835 | $164.56 $5,898.00 | Claimed invoice in claim to be disallowed appears to be included in remaining claim. |
| | | | | | | | | | Subtotal | $6,062.56 | |

---

[2] Claim 5835 was modified 7/15/2015, by the Order Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims (DI. 5006).

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 6 YORK PUMP & EQUIPMENT, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 06/25/2015 | 14-11042 (CSS) | 10080 | $973.85 | YORK PUMP & EQUIPMENT, A DXP COMPANY C/O DXP ENTERPRISES INC 7272 PINEMONT HOUSTON, TX 77040 | 10/22/2014 | 14-11042[3] (CSS) | 5844 | $973.85 | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |

**TOTAL   $17,684,763.32***

---

[3] Claim 5844 was modified 7/15/2015, by the Order Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims (DI. 5006).

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2 to EXHIBIT A

**No Liability Claim**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CITY OF HIGHLAND VILLAGE<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 06/02/2014 | 1023 | $448.61* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 2 | DALLAS COUNTY UTILITY & RECLAMATION DIST<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 06/02/2014 | 1026 | $17,789.21* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 3 | EZELL AVIATION INC<br>PO BOX 1793<br>BRECKENRIDGE, TX 76424 | | Multiple Debtors Asserted | 10/16/2014 | 5427 | $6,217.30 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 4 | HIGHLAND PARK INDEPENDENT SCHOOL DIST<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 06/02/2014 | 1025 | $7,036.40* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 5 | RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 06/02/2014 | 1027 | $72,524.51* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | VALWOOD IMPROVEMENT AUTHORITY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 06/02/2014 | 1024 | $2,621.77* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | TOTAL | $106,637.80* | |