## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER SUSTAINING DEBTORS'
TWENTY-SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), modifying the Disputed Claims set forth on **Exhibit 1**, **Exhibit 2**, **Exhibit 3**, **Exhibit 4**, **Exhibit 5**, and **Exhibit 6**, attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. The Wrong Debtor and Modify Amount Claims set forth on the attached **Exhibit 1** are hereby modified as provided on the attached **Exhibit 1**.

3. The Wrong Debtor and Modify Priority Claims set forth on the attached **Exhibit 2** are hereby modified as provided on the attached **Exhibit 2**.

4. The Wrong Debtor, Modify Amount, and Modify Priority Claims set forth on the attached **Exhibit 3** are hereby modified as provided on the attached **Exhibit 3**.

5. The Modify Amount Claims set forth on the attached **Exhibit 4** are hereby modified as provided on the attached **Exhibit 4**.

6. The Modify Amount and Modify Priority Claims set forth on the attached **Exhibit 5** are hereby modified as provided on the attached **Exhibit 5**.

7. The Modify Priority Claims set forth on the attached **Exhibit 6** are hereby modified as provided on the attached **Exhibit 6**.

8. The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

9. Nothing set forth herein shall affect the parties' rights with respect to the Disputed Claims, as modified, and the parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Debtors' right to object in the future to the Disputed Claims on

any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

10. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

11. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

13. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015
       Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1 to EXHIBIT A

**Wrong Debtor and Modify Amount Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | COMPUTER ASSOCIATES<br>1 COMPUTER ASSOCIATES PLAZA<br>ISLANDIA, NY 11788-7004 | 5826 | No Debtor Asserted | Unsecured | $96,624.19 | EFH Corporate Services Company | Unsecured | $89,668.63 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for cancelled software maintenance contract. | | | | | | | |
| 2 | DNOW L.P.<br>C/O DISTRIBUTION NOW L.P.<br>ATTN: MS. KORI MILLS<br>7402 N. ELDRIDGE PARKWAY<br>HOUSTON, TX 77041 | 9931 | Luminant Mining Company LLC | Unsecured | $149,021.03 | Luminant Generation Company LLC | Unsecured | $19,951.57 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $57,808.82 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $11,779.21 |
| | | | | | | | Subtotal | $89,539.60 |
| | **REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) amounts paid via ACH numbers 8000737668 and 8000937572 on 3/26/2009 and 4/3/2014, respectively; (2) work performed in excess of Purchase Order issued by the Debtors; (3) amounts the Debtors are not liable for, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC; and (4) review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | WAUKESHA-PEARCE INDUSTRIES, INC. PO BOX 35068 HOUSTON, TX 77235-5068 | 580 | Luminant Mining Company LLC | Unsecured | $337,142.80 | Luminant Generation Company LLC | Unsecured | $119.18 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $131,237.38 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $9,325.00 |
| | | | | | | Subtotal | | $140,681.56 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) the difference of $195,488.95, which is accounted for in claim no. 3413 on the claims register and (2) amount owed according to Debtors' books and records (invoices submitted for closed Purchase Order).

| | | | | TOTAL | $582,788.02 | | TOTAL | $319,889.79 |
|---|---|---|---|---|---|---|---|---|

# EXHIBIT 2 to EXHIBIT A

**Wrong Debtor and Modify Priority Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AIRGAS USA, LLC ATTN: TIFFANY JEANS 110 W. 7TH STREET, SUITE 1300 TULSA, OK 74119 | 3315 | Luminant Generation Company LLC | 503(b)(9) | $288.18 | Luminant Generation Company LLC | 503(b)(9) | $177.33 |
| | | | Luminant Generation Company LLC | Unsecured | $19,672.62 | Luminant Generation Company LLC | Unsecured | $1,007.00 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $15,841.47 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $2,935.00 |
| | | | | **Subtotal** | **$19,960.80** | | **Subtotal** | **$19,960.80** |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $19,960.80 | | TOTAL | $19,960.80 |

**EXHIBIT 3** to **EXHIBIT A**

**Wrong Debtor, Modify Amount, and Modify Priority Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL SERVICES C/O LOCKE LORD LLP ATTN: PHILIP G. EISENBERG 600 TRAVIS ST, STE 2800 HOUSTON, TX 77002 | 7776 | Luminant Generation Company LLC | 503(b)(9) | $2,085,090.57* | Luminant Generation Company LLC | Unsecured | $11,853,730.48 |
| | | | Luminant Generation Company LLC | Unsecured | $13,326,344.00* | NCA Resources Development Company LLC | Unsecured | $402,546.49 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $399,874.76 |
| | | | | | | Sandow Power Company LLC | Unsecured | $421,899.98 |
| | | | | Subtotal | $15,411,434.57 | | Subtotal | $13,078,051.71 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) the difference of $1,696,637.20 is accounted for in claim nos. 7774 and 7775 on the claim register; (2) duplication of invoices within this claim; (3) settlement of incentive and tax credits; and (4) liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $15,411,434.57* | | TOTAL | $13,078,051.71 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT 4 to EXHIBIT A

**Modify Amount Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Modify Amount Claims**

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | LOCHRIDGE-PRIEST INC<br>PO BOX 154187<br>WACO, TX 76715 | 4812 | Oak Grove Management Company LLC | Unsecured | $79,644.16 | Oak Grove Management Company LLC | Unsecured | $40,152.30 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) amount paid via check number 1002626207 on 7/23/2012 and (2) review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | | | |
| 2 | REPUBLIC SERVICES NATIONAL ACCOUNTS<br>PO BOX 99917<br>CHICAGO, IL 60696-7717 | 4872 | Oak Grove Management Company LLC | Unsecured | $146,399.77 | Oak Grove Management Company LLC | Unsecured | $42,630.15 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) the difference of $101,188.28, which is accounted for in claim nos. 4873, 4874 and 4875 on the claim register and (2) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant). | | | | | | | |
| 3 | REPUBLIC SERVICES NATIONAL ACCOUNTS<br>PO BOX 99917<br>CHICAGO, IL 60696-7717 | 4873 | Luminant Mining Company LLC | Unsecured | $146,399.77 | Luminant Mining Company LLC | Unsecured | $35,612.76 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) difference of $105,920.47, which is accounted for in claim nos. 4872, 4874 and 4875 on the claim register and (2) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant). | | | | | | | |
| 4 | REPUBLIC SERVICES NATIONAL ACCOUNTS<br>PO BOX 99917<br>CHICAGO, IL 60696-7717 | 4875 | TXU Energy Retail Company LLC | Unsecured | $146,399.77 | TXU Energy Retail Company LLC | Unsecured | $2,717.55 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for (1) difference of $138,092.17, which is accounted for in claim nos. 4872, 4873 and 4874 on the claim register and (2) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant). | | | | | | | |
| | | | | TOTAL | $518,843.47 | | TOTAL | $121,112.76 |

# EXHIBIT 5 to EXHIBIT A

**Modify Amount and Modify Priority Claims**

RLF1 12812085v.1

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount and Modify Priority Claims**

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL SERVICES C/O LOCKE LORD LLP ATTN: PHILIP G. EISENBERG 600 TRAVIS ST, STE 2800 HOUSTON, TX 77002 | 7774 | Oak Grove Management Company LLC<br>Oak Grove Management Company LLC<br><br>Subtotal | 503(b)(9)<br>Unsecured | $611,832.68*<br>$405,213.54*<br><br>$1,017,046.22 | Oak Grove Management Company LLC | Unsecured | $742,822.69 |

REASON FOR MODIFICATION: Modified amount reflects adjustment, per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records, for (1) the difference of $274,223.53 is accounted for in claim no. 7776 on the claim register and (2) liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL SERVICES C/O LOCKE LORD LLP ATTN: PHILIP G. EISENBERG 600 TRAVIS ST, STE 2800 HOUSTON, TX 77002 | 7775 | Sandow Power Company LLC<br>Sandow Power Company LLC<br><br>Subtotal | 503(b)(9)<br>Unsecured | $254,327.20*<br>$985,365.64*<br><br>$1,239,692.84 | Sandow Power Company LLC | Unsecured | $1,146,341.63 |

REASON FOR MODIFICATION: Modified amount reflects adjustment, per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records, for (1) the difference of $93,351.21 is accounted for in claim no. 7776 on the claim register and (2) liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

|   |   |   |   |   | TOTAL | $2,256,739.06* | TOTAL | $1,889,164.32 |
|---|---|---|---|---|---|---|---|---|

\* - Indicates claim contains unliquidated and/or undetermined amounts                                             Page 1 of 1

# EXHIBIT 6 to EXHIBIT A

## Modify Priority Claims

# ENERGY FUTURE HOLDINGS CORP., et al.

## TWENTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | PLANT EQUIPMENT & SERVICES INC<br>5401 W STATE HWY 21<br>BRYAN, TX 77803 | 7822 | Luminant Generation Company LLC | 503(b)(9) | $945.00 | Luminant Generation Company LLC | Unsecured | $945.00 |

REASON FOR MODIFICATION: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | | | | TOTAL | $945.00 | | TOTAL | $945.00 |
|---|---|---|---|---|---|---|---|---|