# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979 (CSS) |
| CORP., et al.[1], | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **RE: Docket No.** |

**ORDER SUSTAINING THIRTIETH OMNIBUS (SUBSTANTIVE)
OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the TCEH Debtors for entry of an order (this

"Order"), modifying the Disputed Claims set forth on **Exhibit 1** attached hereto, all as set forth

in the Objection and the Carter Declaration; and the Court having found that it has jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this

case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the

Court having found that the relief requested in the Objection is in the best interests of the TCEH

Debtors' estates, their creditors, and other parties in interest; and the Court having found that the

TCEH Debtors provided appropriate notice of the Objection and the opportunity for a hearing on

the Objection (the "Hearing") under the circumstances; and the Court having reviewed the

Objection and having heard the statements in support of the relief requested therein at the

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Disputed Claims set forth on the attached **<u>Exhibit 1</u>** are hereby modified as provided on the attached **<u>Exhibit 1</u>**.

3.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

4.      Nothing set forth herein shall affect the parties' rights with respect to the Disputed Claims, as modified, and the parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the TCEH Debtors' (or any other Debtor's) right to object in the future to the Disputed Claims on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

5.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the TCEH Debtors' (or any other Debtor's) rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the TCEH Debtors' (or any other Debtor's) rights under the Bankruptcy Code or any other applicable law;

(g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

6.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      The TCEH Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

8.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Wilmington, Delaware
Dated: _____, 2015

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Disputed Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR(S) | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | GRIMES, GARY A<br>120 W MAIN ST STE 201<br>MESQUITE, TX 75149-4224 | 1465 | TXU Energy Retail Company LLC | Unsecured | $656.26 | EFH Corporate Services Company | Unsecured | $618.65 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.  Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR(S) | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | REPUBLIC SERVICES NATIONAL ACCOUNTS<br>PO BOX 99917<br>CHICAGO, IL 60696-7717 | 4874 | Luminant Generation Company LLC | Unsecured | $146,399.77 | EFH Corporate Services Company | Unsecured | $9,154.10 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $56,460.02 |
| | | | | | | Subtotal | | $65,614.12 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for (1) the difference of $77,104.73, which is accounted for in claim nos. 4872, 4873 and 4875 on the claim register and (2) maximum fuel/environmental recovery fee (Debtor only pays up to a 10.25% fuel/environmental recovery fee, per contract with claimant).

| | | | | TOTAL | $147,056.03 | | TOTAL | $66,232.77 |
|---|---|---|---|---|---|---|---|---|