**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF MICHAEL CARTER
IN SUPPORT OF THIRTIETH OMNIBUS (SUBSTANTIVE)
OBJECTION TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Pursuant to 28 U.S.C. § 1746, I, Michael Carter, declare as follows:

1. I am the Senior Vice President of Texas Competitive Electric Holdings Company LLC ("TCEH LLC"), a limited liability company organized under the laws of the state of Delaware and a subsidiary of Energy Future Holdings Corp. ("EFH Corp."), a corporation organized under the laws of the state of Texas, and Senior Vice President of Corporate Planning and an Assistant Treasurer of EFH Corporate Services Company, a corporation organized under the laws of the state of Texas and a direct subsidiary of EFH Corp. EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, TCEH LLC and, together with EFCH and TCEH LLC's direct and indirect subsidiaries, "TCEH," and the entities composing TCEH that are debtors in these chapter 11 cases, the "TCEH Debtors"), a limited liability company organized under the laws of the state of Delaware; EFH Corp.'s direct

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

subsidiary, Energy Future Intermediate Holding Company LLC ("EFIH"), a limited liability company organized under the laws of the state of Delaware; and various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "Debtors" in this declaration.

2. I have worked for the Debtors since 2005. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this declaration on behalf of the Debtors in support of the *Thirtieth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* (the "Objection"),[2] filed contemporaneously herewith. If called to testify, I would testify to the facts set forth herein.

3. To date, over 10,000 Proofs of Claim have been filed in these chapter 11 cases. Considerable time and resources have been expended to review and reconcile the Proofs of Claim. Upon review of the Proofs of Claim filed in these chapter 11 cases and supporting documentation attached thereto, the TCEH Debtors have determined that the two Disputed Claims listed on **Exhibit 1** to **Exhibit A** to the Objection, asserted in the aggregate claimed amount of $147,056.03, are not properly asserted pursuant to section 502(b) of the Bankruptcy Code, rules 3001, 3003, and 3007 of the Federal Rules of Bankruptcy Procedure, Local Rule

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Objection.

2

3007-1, and applicable orders of the Bankruptcy Court. Based on the TCEH Debtors' review of the Proofs of Claim and the Debtors' books and records, the Disputed Claims are (a) asserted in whole or in part against the incorrect Debtor and (b) asserted in an incorrect amount. Accordingly, the TCEH Debtors have objected to each of the Disputed Claims to modify such claims as described in detail in the Objection and for the reasons set forth below.

4. To the best of my knowledge, information, and belief, and insofar as I have been able to ascertain after reasonable inquiry—including discussions with Alvarez & Marsal, North America, LLC ("A&M"), which serves as an advisor to the Debtors in their chapter 11 proceedings by assisting the Debtors with financial analyses, claims management, and various notice requirements, and my (a) review of the Disputed Claims and supporting information and documentation provided therewith and (b) reasonable efforts to research the same on the Debtors' books and records and Schedules—the Disputed Claims were (i) filed against a TCEH Debtor that does not have liability for all or part of the claims asserted therein, according to the Debtors' books and records (and are properly asserted, in whole or in part, against a different Debtor), and (ii) asserted in an amount that is higher than the amount of liability reflected in the Debtors' books and records (primarily due to the claimant overstating the amount of the claim, double-counting its claim, or a portion of the claim being duplicated in another Proof of Claim filed by the same claimant on account of the same liability).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Wilmington, Delaware
Dated: August 17, 2015

*/s/ Michael Carter*
Michael Carter
Senior Vice President of Texas Competitive
Electric Holdings Company LLC