14-10979 (CSS)

## Statement of Facts

To date is August 18, 2015

My Name is Kenneth R Stewart AKA Kenneth S Stewart. ~~I pray consider hearing my claim and evidence supporting my claims~~ ~~My claims is as follows~~

A) Edison International to support my claim is TRW that states Kenneth S Stewart AKA Robert

B) Associates Commercial Corporation documents to support Associates is United States Bankruptcy filed in Southern District of Texas. Associates has UCC Filings associated with R+K and Citi, Peoples Sidney Financials Corporation, Kenneth Stewart Aurora oil+gas is a subsidiary of Associates. ~~April 16, 1998  Case No 3:88-2518 (CMP-1)~~ ~~pre disbursement Authorization to Kenneth Stewart~~

September 28, 1998    Stewart Associates merged with JSC Manufacturing Inc. which "JSC Manufacturing" 75-2914468 also JSC manufacturing 74-1729051, ~~is a subsidiary of TXU water etc~~ JSC is subsidiary of TXU

C) Allstate Non Accessible Member (Preferred Stock) supporting document is letter from allstate. Mutuals. Also after my father passing in January 25, 2004. Ms Meginn Secured 100,000,000 under Kennett Stewart aka Kenneth Stewart. Form 8-K is attached. Ms Meginn signed of on the Non Accessible Member of Allstate. "Capital Asset Program output policy coverage part with Commercial automobile, commercial property, crime&fidelity, Farm, liquor, medical professional liability, owners &contractors protective liability, POLLUTION LIABILITY, Products/Completed Railroad Protective.

D) Mineral lease Under Clifford Chance US LLP, 200 Park Avenue, New York 10166 which was supposed to pay the notes on mortgage Lone Star Park Grand prairie and other notes.

Prayer

I Kenneth R Stewart aka Kenneth G Stewart have provided suffience evidence to prove I am secured note holder for Edison International, Preffered Stock holder

Kenneth R Stewart
2028 Sandy Ln
Irving TX 75060
817-751-3280