UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979     BK ● AP ○

If AP, related BK case number: 14-50363

**Title of Order Appealed:**

**Docket #:**     **Date Entered:**

Item Transmitted:

| | | |
|---|---|---|
| ☐ Notice of Appeal | Docket #: | Date Filed: |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Record on Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**     **Appellee/Cross Appellee**

**Counsel for Appellant/Cross Appellant:**     **Counsel for Appellee/Cross Appellee:**

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ● | ○ |
| ***If Yes, has District Court assigned a Civil Action Number?**  Civil Action Number: 15-620 | ○ | ● |
| **Record on Appeal** | ○ | ● |

*(continued on next page)*

**Notes:**

Appellee's Designation of Additional Items (BAP-15-30) CA #15-620 in Lead Case.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 8/18/15     **by:** Nancy L'Heureux
                          **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-30