IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP.,<br>*et al.*,<br><br>    *Debtors.* | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Re: D.I. 5196** |
| DELAWARE TRUST COMPANY<br>as INDENTURE TRUSTEE,<br><br>    *Plaintiff,*<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.<br><br>    *Defendants.* | Adversary Proceeding<br>No. 14-50363 (CSS)<br><br>**Related to BAP No. 15-30**<br><br>**Re: Adv. D.I. 314** |

**DESIGNATION OF RECORD BY ENERGY FUTURE INTERMEDIATE
HOLDING COMPANY LLC AND EFIH FINANCE INC. PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009**

Pursuant to Fed. R. Bankr. P. 8009 and Del. Bankr. L.R. 8009-1, appellees, the above captioned Defendants (collectively, the "EFIH Debtors"), respectfully submit this designation of additional items to be included in the record on appeal in connection with the appeal of Delaware Trust Company, as Indenture Trustee of the 10% Senior Secured Notes Due 2020 (the "First Lien Trustee"), from the orders, judgments and decrees issued by the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.) in the above-captioned chapter 11 case and/or adversary proceeding set forth in the First Lien Trustee's *Designation of Record, Statement of Issues and Certificate Regarding Transcripts by Delaware Trust Company, as Indenture Trustee, and EFIH First Lien Noteholders Pursuant to Federal Rule of Bankruptcy Procedure 8009* (Case No. 14-10979, D.I. 5196).

## Designation of Additional Items to be Included in the Record on Appeal[1]

In addition to the items designated for the record by the First Lien Trustee, the Debtors designate the following:

    (a)    **Documents Filed in Adversary Proceeding No. 14-50363**

| Adv. D.I. | Description |
|---|---|
| 190 | EFIH Debtors' Motion in Limine to Exclude Expert Reports and Testimony of McCarty, Cacioppo, and Kearns |
| 191 | EFIH Debtors' Memorandum of Law in Support of Motion in Limine to Exclude Expert Reports and Testimony of McCarty, Cacioppo, and Kearns |
| 193 | Declaration of Michael P. Esser in Support of the EFIH Debtors' Motion in Limine to Exclude Expert Reports and Testimony of McCarty, Cacioppo, and Kearns |
| 208 | Plaintiff-Trustee's Opposition to Debtors' Motion in Limine to Exclude Expert Reports and Testimony of McCarty, Cacioppo, and Kearns |
| 218 | Debtors Reply in Support of Motion to Exclude Expert Testimonies |
| 219 | Madron Declaration in Support of EFIH Debtors' Reply in Further Support of Motion to Exclude Expert Testimony of McCarty, Cacioppo and Kearns |
| 220 | Notice of Filing Unredacted Copy of Plaintiff-Trustee's Memo in Support of Motion for Summary Judgment |
| 221 | Notice of Filing Unredacted Appendix to Plaintiff-Trustee's Memo in Support of Motion for Summary Judgment |
| 222 | Notice of Filing Unredacted Copy of Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment |
| 223 | Notice of Filing Unredacted Appendix to Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment |
| 258 | EFH Unsecured Creditors Committee Letter re Lift Stay Hearing |

---

[1] All items designated herein by the EFIH Debtors include all exhibits, schedules, attachments and other documents included within each docket entry for such item. The Debtors reserve the right to amend this designation of additional items to be included in the record on appeal. It is the EFIH Debtors' understanding and belief that all items designated by the First Lien Trustee include all exhibits and other documents included within each entry for such item. If this is incorrect, the Debtors hereby designate to be included in the record on appeal all exhibits and other documents related to the documents Designated by the First Lien Trustee.

(b)     **Evidence Admitted at Lift-Stay Hearing**

| Defendants' Exhibit Designation | Date Admitted Into Evidence |
|---|---|
| DX1 | April 22, 2015 |
| DX2 | April 22, 2015 |

## Counterstatement of Issues to Be Presented On Appeal

Pursuant to Fed. R. Bankr. P. 8010(a)(2), the EFIH Debtors reserve the right to present a counterstatement of the issues on appeal in their appellate brief.

*[Remainder of page intentionally left blank.]*

Dated: August 14, 2015
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession