# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/18/15 at 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joshua Brody | Kramer Levin Naftalis Frankel | Second Lien Indenture Trustee |
| Jennifer Sharret | Kramer Levin Naftalis Frankel | Second Lien Indenture Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Second Lien Indenture Trustee |
| Jeffrey S Sabin | Venable LLP | Pimco |
| Chris Ward | Polsinelli | TCEH Committee |
| Justin Edelson | Polsinelli | TCEH Committee |
| Brett Miller | MoFo | TCEH Committee |
| Todd Goren | MoFo | TCEH Committee |
| Brian Williamson | Godfrey & Kahn | Fee Committee |
| Richard Gitlin | Gitlin & Co. | Fee Committee |
| Jeff Jonas | Brown Rudnick | WSFS/T-Side Second Liens |
| Jamie Edmonson | Venable LLP | PIMCO |
| Alan Kornberg / Jacob Adlerstein / Adam Bernstein | Paul Weiss Rifkind Wharton Garrison | Ad. Hoc Committee of TCEH First Lien Creditors |
| Pauline K. Morgan | Young Conaway | |
| Stephen A. Spence | Phillips Goldman & Spence | Fee Committee |
| Daniel Cover Hel | Patterson Belknap | Law Debenture Indenture Trustee |
| Stephen Miller | Morris Jones | Law Debenture Indenture Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 8/18/15 at 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward Sassower | Kirkland + Ellis | Debtors |
| Chad Husnick | " " | " |
| Steve Serajeddini | " " | " |
| Dan Fl— | Richards Layton + Finger | " |
| Jason Madron | " " | " |
| David R. Primack | McElroy Deutsch Mulvaney Carpenter | Independent Director for TCEH Debtors |
| GianClaudio Finizio | Bayard | Delaware Trust Company as IT for 11.5% Senior Sec. Notes |
| Jeremy Hollenbeck | Foley + Kim | " |
| Ben Souter | " | " |
| Charles Kerr | Morrison & Foerster | TCEH Official Committee |
| Richard Pedone | Nixon Peabody LLP | American Stock Transfer EFIH Ind. Trustee |
| Ned Schodek | Shearman & Sterling LLP | Deutsche |
| L. Stephen McNeill | Potter Anderson | " |
| Brian Glueckstein | Sullivan & Cromwell | E-Side Committee |
| Natalie Ramsey | Montgomery McCracken | " |
| Jeffrey Schlerf | Fox Rothschild | TCEH UNSEC Notes AD-Hoc |
| Tom Lauria | White + Case | " |
| Chris Shore | White + Case | " |
| Philip Anker | Wilmer Cutler Pickering Hale and Dorr | Delaware Trust EFIH 1st Lien Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** Aug 18 at 9:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kimberly E. C. Lawson | Reed Smith LLP | BNYM + BNYMTC |
| Kurt F. Gwynne | " | " |
| David Klauder | O'Reilly Ernst & Bielli | EFH Corp Disinterested Directors |
| Stacy Newman | Ashby + Geddes | WFFi |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Norman Pernick | Cole Schotz | DTiv |
| Phil Anker | Wilmer Hale | " |
| Ross Martin | Ropes & Gray | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 08/18/2015
Calendar Time: 09:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7102872 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7102307 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, L | Plaintiff(s), Delaware Trust Co / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7074809 | Ashley F. Bartram | (512) 475-4937 | Attorney General of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7102484 | Monica S. Blacker | (214) 953-6000 | Jackson Walker LLP | Interested Party, Holt Cat Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7101291 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McClov, LLI | Creditor, CitiBank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7102898 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7102958 | Stephen Burnazian | (212) 878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7089425 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Jae Seon Choi / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7102111 | Kevin CoCo | 212-450-3022 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7100996 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7094913 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7100757 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LISTEN ONLY |

Peggy Drasl ext. 802

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

| Case | Type | ID | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7100080 Adam M. Denhoff | Paul Weiss Rifkind Wharton & Garrison | 212-373-3000 ext. 3471 | Interested Party, Steering Committee of First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7102039 Stacey Dore | Energy Future Holdings Corp. | (212) 446-6411 | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7101928 Michelle Dreyer - Client | Kelley Drye & Warren LLP | (212) 808-7925 | Client, Michelle Dreyer / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7101835 David M. Dunn | Arrowgrass Capital Partners U.S. LP | (212) 584-5946 | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7101930 Benjamin D. Feder | Kelley Drye & Warren LLP | (212) 808-7925 | Creditor, Energy Future Holding / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7102903 Bradley Feingerts | GSO Capital Partners | (302) 651-7886 | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7102063 Jeffrey R. Fine | Dykema Gossett PLLC | (214) 462-6455 | Interested Party, Tex-la Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7099937 Mark A. Fink | Montgomery, McCracken, Walker & Rhoads | (302) 504-7811 | Creditor, EFH Committee / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7102711 Michael Firestein | Proskauer Rose LLP | (310) 284-5661 | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7096140 Patrick Fitzgerald | Wallstreet Journal | (202) 862-3544 | Interested Party, Patrick Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7102969 Patrick Fleury - Client | GSO Capital Partners | (302) 571-6727 | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7100458 Beret Flom | Chadbourne & Parke LLP | (212) 408-5239 | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7102717 Scott Friedman | Claims Recovery Group, LLC. | (201) 266-6988 | Interested Party, Claims Recovery Group, LLC. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7099950 Seth Goldman | Munger, Tolles & Olson LLP | (213) 683-9554 | Interested Party, Munger, Tolles & Olson LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7101893 Brian Guiney | Patterson Belknap Webb & Tyler | (212) 336-2305 | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7008686 Stephen C. Harris | BHR Capital, LLC | 212-378-0822 | Creditor, Stephen Harris / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7102079 Mark F. Hebbeln | Foley & Lardner, LLP | (312) 832-4394 | Creditor, UMB Bank N.A. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7100664 Angela K. Herring | Wachtell, Lipton, Rosen & Katz | (212) 403-1141 | Interested Party, Equity Sponsors / LIVE |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7101819 | Joseph H. Huston, Jr. | (302) 425-3310 | Stevens & Lee, P.C. | Debtor, Energy Future Intermediate Holding Company, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102049 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7100047 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7101804 | Michael J. Kelly | 212-554-1760 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102949 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102507 | Matthew W. Kinskey | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7100533 | Charles Koster | (212) 819-7845 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7101872 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7101992 | Alexa J. Kranzley | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7099994 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102035 | Vincent Lazar | 312-923-2989 | Jenner & Block LLP | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7100740 | Kevin M. Lippman | (214) 855-7553 | Munsch Hardt Kopf & Harr, P.C. | Creditor, ERCOT / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7100105 | Kenneth Maiman | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102692 | Jeff Marwil | (312) 962-3540 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7028584 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102893 | Jason New - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, Solus LP / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2015 CourtCall, LLC. All Rights Reserved.

Page 3 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7100303 | Tuvia Peretz | Kramer Levin Naftalis & Frankel LLP | (212) 715-9100 | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7100509 | Meredith Pfister | Barclays Bank PLC | (212) 412-1368 | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102883 | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | (212) 872-1000 | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102599 | Erica Richards | Morrison & Foerster | (212) 468-8000 | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7094739 | Frank Rizzaro | Barclays | (212) 528-8091 | Interested Party, Frank Rizzaro / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102592 | Matthew Roose | Fried, Frank, Harris, Shriver & Jacobsc | (212) 859-8076 | Creditor, Fidelity Management & Research Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102945 | Jeff Rosenbaum | York Capital Management, (U.S. Advis | (212) 300-1309 | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102290 | David Salmons | Morgan Lewis & Bockius LLP | (202) 739-5651 | Creditor, Pacific Investment Management Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102293 | Jennifer Sharret | Kramer Levin Naftalis & Frankel LLP | (212) 715-9516 | Creditor, Trustee for Second Lien Notes / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7100022 | Fredric Sosnick | Shearman & Sterling LLP | 212-848-8571 | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7101954 | Richard A. Stieglitz | Cahill Gordon & Reindel | (212) 701-3393 ext. 00 | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7096581 | Robert J. Tannor | Tannor Partners Credit Fund, LP | (914) 509-5000 | Interested Party, Tannor Partners Credit Fund,LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102190 | Mark Taub | Mohawk Capital, LLC | (917) 597-8954 | Interested Party, Mohawk Capital, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7089192 | Andrew M. Thau | Cantor Fitzgerald | (212) 915-1232 | Creditor, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102684 | Mark K. Thomas | Proskauer Rose LLP | (312) 962-3550 | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7095972 | Matthew J. Troy | U.S. Department of Justice - Civil Divis | (202) 514-9038 | Creditor, United States / LISTEN ONLY |

| Matter | Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7099759 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7022987 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7101157 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102120 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7100673 | Austin Witt | (212) 403-1152 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding & Texas Energy Future Holding / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102045 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7102917 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7101953 | Steven Zelin | 212-583-5886 | The Blackstone Group | Interested Party, Texas Energy Future Capital Holding and Texas Energy Future Holding / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3 | Hearing | 7101981 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz, Benson, Torres & Friedman, | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3 | Hearing | 7101950 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |

Copyright © 2015 CourtCall, LLC. All Rights Reserved.