**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 5389 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Ethan Early, Esquire, of Early Lucarelli Sweeney & Meisenkothen, 265 Church Street, 11th Floor, New Haven, CT 06508-1866, to represent the following: (i) Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle; and, (ii) David William Fahy in this action.

Dated: August 18, 2015

**HOGAN♦MCDANIEL**

*/s/ Daniel K. Hogan*
Daniel K. Hogan (I.D. #2814)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Fax: (302) 656-7599
dkhogan@dkhogan.com.com

*Counsel for Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, and David William Fahy*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: August 18th, 2015**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Connecticut and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: August 18, 2015

              */s/ Ethan Early*
              Ethan Early, Esquire (CT Juris No. 417930)
              Early Lucarelli Sweeney & Meisenkothen
              265 Church Street, 11th Floor
              New Haven, CT 06508-1866
              Telephone: (203) 777-7799
              Email: eearly@elslaw.com