IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 5087** |

### NOTICE OF WITHDRAWAL OF OBJECTION FROM TY-FLOT INC. TO DEBTOR'S TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS (WRONG DEBTOR)

PLEASE TAKE NOTICE that, on July 24, 2015, Ty-Flot, Inc. ("Ty-Flot") filed its *Objection From Ty Flot Inc to Debtor's Twenty-Second Omnibus (Non-Substantive) Objection to Claims (Wrong Debtor)* [D.I. 5087] (the "Response") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that Ty-Flot hereby withdraws its Response.

Dated: August 18, 2015

Respectfully submitted,
Ty-Flot, Inc.

Name: Reginald Moreau
Title: President
305 Massabesic Street
Manchester, NH 03103
(603) 669-5169
moreauda@tyflot.com