1205 North 4th Street, Apt# 1
Killeen, TX 76541
August 11, 2015

Honorable Christopher S. Sontchi
United States Bankruptcy Judge
For The District of Delaware
824 Market Street, Third Floor
Wilmington. Delaware 19801

Case No. 14-10979(CSS)

Dear Honorable Judge:

On Monday, August 10, I called the Claims Recovery Group, LLC, 92 Union Avenue, Cresskill, NJ 07625 to ask questions concerning the notice of transfer and waiver and the claim purchase agreement. To my surprise I got streamed at saying "my case was dismissed" repeatedly. He was mean, obnoxious and appeared violent if he could have gotten his hands on me.

Judge your Honor, I don't know who selected that firm to take over from the court, but they made a terrible mistake. They don't strike me as honest people. If you can take my case from them and put it in the hands of trustworthy people, I will appreciate it very much.

### Conclusion

It is my strong opinion that Mr. Randy Fish(name given) wants to take my check as way of convincing me that my case is dismissed. I am sharp, intelligent retired Administrative Assistance. Also I would like to add that I was one out of 12 turned in a formal complaint out of 10,000 cases.

I wrote you to inform you of what is going on with the hired help. If you have any further questions, you may call me on 254-680-3530. Thank you very much. I AM

Yours truly,

Joan H. Hughes
Joan H. Hughes

CLAIMS RECOVERY GROUP, LLC
92 UNION AVENUE
CRESSKILL, NJ 07626



TELEPHONE (201) 266-6988
FACSIMLE (201) 266-6985
CLAIMSRECOVERYLLC.COM

In Re: **Energy Future Holdings Corp. 14-10979**
In the United States Bankruptcy Court for the District of Delaware

CREDITOR ID: 676228
HUGHES, JOAN H
1205 N 4TH ST APT 1
KILLEEN, TX 76541 US

**Offer Deadline**

**August 13, 2015**

**REPLY BEFORE THIS DATE**

Dear Sir or Madam,

Pursuant to Bankruptcy Code §362, Energy Future Holdings Corp. is prohibited from making payments to certain creditors at this time. This likely includes any payments to HUGHES, JOAN H. According to the bankruptcy court filings, your company is owed $22,321.20. Further, recent court filings have indicated that satisfaction of <u>unsecured</u> claims if/when paid, may be in the form of equity or other non-cash consideration.

Claims Recovery Group LLC (CRG) provides **immediate cash** on unpaid debt in certain bankruptcy cases. CRG is purchasing claims in the Energy Future Holdings Corp. case and is offering to buy your claim(s):

| Offer (% of Claim Amount): | 58.5% |
|---|---|
| Aggregate Claim Amount: | $22,321.20 |
| CRG Purchase Price: | $13,057.90 |
| Offer Valid Through: | 13-Aug-2015 |

**DO NOT MISS THE STATED DEADLINE**

**TO RECEIVE YOUR MONEY IMMEDIATELY,** simply sign the attached forms and return them with evidence of your claim. Upon confirmation of your claim we will **IMMEDIATELY SEND YOU A CHECK THAT YOU CAN DEPOSIT AS CASH.**

We will need you to send us evidence of your claim, such as invoices, statements concerning the claim amount and any other related documents. Signed forms can be sent via **fax (201) 266-6985** or email **submissions@claimsrecoveryllc.com** or mail to the address provided above.

IF YOU HAVE ANY QUESTIONS AT ALL OR NEED HELP, CALL:
**(877) 694-1194** or (201) 266-6988
To speak to a *CRG Payments Specialist*

This offer is on a first come first served basis and valid through **5:00 PM (EDT) on August 13, 2015**. Allocation for this case is limited, so please do not delay.

Sincerely,

*Randy Fish* (signature)

Randy Fish

*This letter is non-binding and shall be governed by the laws of NY. We reserve the right to refuse to purchase the claim for any reason without further notice or obligation. Claims Recovery Group LLC is an independent investment company not affiliated with or hired by the Debtor or the Bankruptcy Court.*

EFH073015W

## NOTICE OF TRANSFER AND WAIVER

HUGHES, JOAN H ("Seller"), sells, transfers and assigns unto Claims Recovery Group LLC, with an address at 92 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against Energy Future Holdings Corp. or any of its co-debtor subsidiaries or affiliates (the "Debtor"), in the aggregate amount of not less than $22,321.20, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 14-10979.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of the 06 day of August, 20 15

By: _Joan H. Hughes_
Signature

Joan H. Hughes
Print Name/Title
HUGHES, JOAN H

IN WITNESS WHEREOF, Purchaser has signed below as of the ___ day of _____, 20__.

By: _____
Robert M. Axenrod, Claims Recovery Group LLC

EFH073015W

currently in, attempting to commence, or will begin shortly negotiations to consensually resolve the remaining Informal Responses. While the Debtors pursue consensual resolutions, the Debtors have agreed or determined to continue the hearing with respect to the Proofs of Claim related to these Informal Responses.

7. The following is a complete list of the Proofs of Claim objected to in the Objection and for which the Debtors have agreed or determined to continue the hearing as described above (collectively, the "Adjourned Claims"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 844 | Mary Jame Phillips | None |
| POC No. 1007 | Fayetta Allen | D.I. 4109 |
| POC No. 1520 | Tim Villarreal | D.I. 4114 |
| POC No. 1837 | Frankie Harris | None |
| POC No. 2014 | Nikita Denise Bailey-Kelly | D.I. 4135 |
| POC No. 2252 | Opal Marrs | None |
| POC No. 2473 | Edilberto Cabrera | None |
| POC No. 2701 | Donald Cox | D.I. 4088 |
| POC No. 3256 | Melvin Williams | D.I. 4204 |
| POC No. 3289 | Melba Clark | D.I. 4111 |
| POC No. 3368 | Marilyn Bell | D.I. 4152 |
| POC No. 3445 | Gaye Dilene Allen | None |
| POC No. 3519 | Luciana Albert Stephenson | None |
| POC No. 3557 | Robert Walker | D.I. 4151 |
| POC No. 3619 | Judy Allen | D.I. 4154 |
| POC No. 4435 | Karla Corbell | None |
| POC No. 4465 | Joan H. Hughes | D.I. 4150 |
| POC No. 4830 | Yolanda Small | D.I. 4089 |
| POC No. 5228 | Stella Garcia | None |
| POC No. 5735 | Sharon Carter | None |
| POC No. 7744 | Judy Brin | None |
| POC No. 8052 | Lorenzo Pipkin | None |
| POC No. 8063 | Teretta Vaughn | None |

8. During the continuance of the Adjourned Claims, the Debtors reserve all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

RLF1 11891587v.1