This preliminary offering memorandum is not complete and may be changed. We may not sell these notes or accept an offer to buy these notes until this offering memorandum is delivered in final form. This preliminary offering memorandum is not an offer to sell, nor is it seeking an offer to buy, the notes in any jurisdiction where such offer or sale is not permitted.

**OFFERING MEMORANDUM**
(Subject to Completion)
Issued September    , 2007

*STRICTLY CONFIDENTIAL*

## $4,500,000,000

# *Texas Energy Future Merger Sub Corp*

$         $         % SENIOR NOTES DUE 2017
$         %/         % SENIOR TOGGLE NOTES DUE 2017

*Texas Energy Future Merger Sub Corp, referred to herein as the "Issuer," is offering $         aggregate principal amount of its         % Senior Notes due 2017 (the "cash-pay notes") and $         aggregate principal amount of its         %         Senior Toggle Notes due 2017 (the "toggle notes"). The cash-pay notes and the toggle notes are collectively referred to herein as the "notes," unless the context otherwise requires.*

*The Issuer is offering the notes as part of the financing, along with the proceeds of other financings described in this offering memorandum, to fund the acquisition of TXU Corp. Upon the consummation of the offering, the Issuer will merge with and into TXU Corp., and TXU Corp., as the surviving company, will thereby assume all the obligations under, and become the issuer of, the notes. At or shortly after the consummation of the merger, TXU Corp. will change its name to TEF Corp.*

*Concurrently with the offering of the notes hereby, a wholly owned subsidiary of the Issuer is offering $6,750,000,00 aggregate principal amount of its senior notes (the "TCEH Notes"). Following the consummation of the merger of the Issuer into TXU Corp., such subsidiary will merge into Texas Competitive Electric Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, as the surviving company, will thereby assume all the obligations under, and become the issuer of, the TCEH Notes.*

*Interest on the notes is payable on         15 and         15 of each year, commencing on         15, 2008. The cash pay notes will accrue interest at the rate of         % per annum. The initial interest payment on the toggle notes will be payable in cash. For any interest period thereafter, the Issuer may elect to pay interest on the toggle notes in cash, by increasing the principal amount of the toggle notes or issuing new toggle notes ("PIK interest") for the entire amount of the interest payment or by paying interest on half of the principal amount of the toggle notes in cash and half in PIK interest. The toggle notes will accrue cash interest at a rate of         % per annum and PIK interest at a rate of         % per annum. If the Issuer elects to pay any PIK interest, the Issuer will increase the principal amount of the toggle notes or issue new toggle notes in an amount equal to the amount of PIK interest for the applicable interest payment period (rounded up to the nearest $1,000) to holders of the toggle notes on the relevant record date. The toggle notes will be treated as having been issued with original issue discount for U.S. federal income tax purposes.*

*The Issuer may redeem any of the notes beginning on         , 2012 at the redemption prices set forth in this offering memorandum. The Issuer may also redeem any of the notes at any time prior to         , 2012 at a price equal to 100% of their principal amount, plus accrued interest and a "make-whole" premium. In addition, before         , 2010, the Issuer may redeem up to 35% of each series of the notes, using the proceeds from certain equity offerings at the redemption price set forth in this offering memorandum.*

*The notes will be unsecured and will rank equally with any unsecured senior indebtedness the Issuer incurs. Upon completion of the merger with TXU Corp., TXU US Holdings Company and Transmission and Distribution Holdings Company LLC, direct subsidiaries of TXU Corp., will guarantee the notes. The guarantees will be unsecured and will rank equally with any unsecured senior indebtedness of the guarantors. The guarantees will be effectively junior to all of the secured indebtedness of the guarantors to the extent of the assets securing that indebtedness. The notes and the guarantees will be effectively junior to all indebtedness, preferred stock and other liabilities of the Issuer's subsidiaries that do not guarantee the notes. None of TXU Corp.'s other subsidiaries will guarantee the notes.*

*For a more detailed description of the notes, see "Description of the Notes" beginning on page 188.*

*We expect that the notes will be eligible for trading in the PORTAL Market, a subsidiary of the Nasdaq Stock Market, Inc.*

*Investing in the notes involves risks. See "Risk Factors" beginning on page 24.*

PRICE:         % PER SENIOR NOTE AND ACCRUED INTEREST, IF ANY
PRICE:         %/         % PER SENIOR TOGGLE NOTE AND ACCRUED INTEREST, IF ANY

*The notes and the guarantees have not been registered under the Securities Act of 1933. as amended, and are being offered only (1) to qualified institutional buyers under Rule 144A and (2) outside the United States in compliance with Regulation S. For a description of certain restrictions on transfer, see "Notice to Investors" beginning on page 253.*

*Morgan Stanley & Co. Incorporated expects to deliver the notes to purchasers on October    . 2007.*

*Joint Book-Running Managers*

**MORGAN STANLEY**                                    **GOLDMAN, SACHS & CO.**
**CITI**          **CREDIT SUISSE**     **JPMORGAN**     **LEHMAN BROTHERS**
, 2007

## TABLE OF CONTENTS

| | Page |
|---|---|
| Summary | 1 |
| Risk Factors | 24 |
| The Transactions | 44 |
| Use of Proceeds | 50 |
| Capitalization | 52 |
| TXU Corp. Unaudited Pro Forma Condensed Consolidated Financial Information | 53 |
| Selected Historical Consolidated Financial Data | 65 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 68 |
| Business | 148 |
| Regulation and Rates | 167 |
| Management | 172 |
| Principal Stockholders | 177 |

| | Page |
|---|---|
| Certain Relationships and Related Party Transactions | 178 |
| Description of Other Indebtedness | 179 |
| Description of the Notes | 188 |
| Notice to Investors | 253 |
| Book Entry; Delivery and Form | 256 |
| Certain U.S. Federal Tax Consequences | 261 |
| ERISA Considerations | 267 |
| Private Placement | 269 |
| Legal Matters | 271 |
| Independent Registered Public Accounting Firm | 271 |
| Available Information | 271 |
| Glossary | 273 |
| Index to Consolidated Financial Statements | F-1 |

**THIS OFFERING MEMORANDUM DOES NOT CONSTITUTE AN OFFER TO SELL, NOR A SOLICITATION OF AN OFFER TO BUY, ANY NOTE OFFERED BY THIS OFFERING MEMORANDUM BY ANY PERSON IN ANY JURISDICTION IN WHICH IT IS UNLAWFUL FOR SUCH PERSON TO MAKE SUCH AN OFFER OR SOLICITATION. NEITHER THE DELIVERY OF THIS OFFERING MEMORANDUM, NOR ANY SALE MADE UNDER THIS OFFERING MEMORANDUM, SHALL UNDER ANY CIRCUMSTANCES IMPLY THAT THERE HAS BEEN NO CHANGE IN OUR AFFAIRS OR THAT THE INFORMATION SET FORTH IN THIS OFFERING MEMORANDUM IS CORRECT AS OF ANY DATE SUBSEQUENT TO THE DATE OF THIS OFFERING MEMORANDUM.**

This offering memorandum is highly confidential and has been prepared by the Issuer solely for use in connection with the proposed placement of the notes. The Issuer and Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities Inc. and Lehman Brothers Inc., which are referred to in this offering memorandum as the placement agents, reserve the right to reject any offer to purchase, in whole or in part, for any reason, or to sell less than all the notes offered by this offering memorandum. This offering memorandum is personal to you and does not constitute an offer to any other person or to the public in general to subscribe for or otherwise acquire the notes. Distribution of this offering memorandum by you to any person other than those persons retained to advise you is unauthorized, and any disclosure of any of the contents of this offering memorandum without our prior written consent is prohibited. By accepting delivery of this offering memorandum, you agree to the foregoing and to make no copies of this offering memorandum, and, if you do not purchase the notes or the placement is terminated for any reason, to return this offering memorandum to: Morgan Stanley & Co. Incorporated, 1585 Broadway, New York, New York, 10036, Attention: Global Capital Markets Leveraged Finance Group.

You must comply with all applicable laws and regulations in force in any jurisdiction in connection with the possession or distribution of this offering memorandum and the purchase, offer or sale of the notes, and you must obtain any required consent, approval or permission for the purchase, offer or sale by you of the notes under the laws and regulations applicable to you in force in any jurisdiction to which you are subject or in which you make such purchases, offers or sales, and neither we nor the placement agents have any responsibility therefore. See "Notice to Investors."

You acknowledge that (1) you have been afforded an opportunity to request from us, and to review, and have received, all additional information considered by you to be necessary to verify the accuracy of, or to

i

EFIHMW00296477

supplement, the information contained in this offering memorandum, (2) you have not relied on the placement agents or any person affiliated with the placement agents in connection with your investigation of the accuracy of such information or your investment decision and (3) no person has been authorized to give any information or to make any representation concerning the Issuer, TXU Corp. or the notes except as contained in this offering memorandum. If given or made, any such other information or representation should not be relied upon as having been authorized by the Issuer, TXU Corp. or the placement agents.

---

IN MAKING AN INVESTMENT DECISION, YOU MUST RELY ON YOUR OWN EXAMINATION OF THE ISSUER'S BUSINESS AND THE TERMS OF THIS OFFERING MEMORANDUM, INCLUDING THE MERITS AND RISKS INVOLVED. THESE NOTES HAVE NOT BEEN RECOMMENDED BY ANY FEDERAL OR STATE SECURITIES COMMISSION OR REGULATORY AUTHORITY. FURTHERMORE, THESE AUTHORITIES HAVE NOT CONFIRMED THE ACCURACY OR DETERMINED THE ADEQUACY OF THIS OFFERING MEMORANDUM. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

THE NOTES MAY NOT BE TRANSFERRED OR RESOLD EXCEPT AS PERMITTED UNDER THE INDENTURE GOVERNING THE NOTES, THE REGISTRATION RIGHTS AGREEMENT TO BE ENTERED INTO BY THE ISSUER AND THE PLACEMENT AGENTS, AND THE SECURITIES ACT OF 1933, AS AMENDED, WHICH IS REFERRED TO IN THIS OFFERING MEMORANDUM AS THE SECURITIES ACT, AND RELATED REGULATIONS AND APPLICABLE STATE SECURITIES LAWS. YOU SHOULD BE AWARE THAT YOU MAY BE REQUIRED TO BEAR THE FINANCIAL RISKS OF THIS INVESTMENT FOR AN INDEFINITE PERIOD OF TIME.

THE PLACEMENT AGENTS ARE NOT MAKING ANY REPRESENTATION OR WARRANTY AS TO THE ACCURACY OR COMPLETENESS OF THE INFORMATION CONTAINED IN THIS OFFERING MEMORANDUM, AND NOTHING CONTAINED IN THIS OFFERING MEMORANDUM IS, OR SHALL BE RELIED UPON AS, A PROMISE OR REPRESENTATION, WHETHER AS TO THE PAST OR THE FUTURE. THE PLACEMENT AGENTS HAVE NOT INDEPENDENTLY VERIFIED ANY OF SUCH INFORMATION AND ASSUME NO RESPONSIBILITY FOR THE ACCURACY OR COMPLETENESS OF THE INFORMATION CONTAINED IN THIS OFFERING MEMORANDUM.

See "Risk Factors," beginning on page 24, for a description of factors relating to an investment in the notes. Neither the Issuer, the placement agents, nor any of its or their respective representatives is making any representation to you regarding the legality of an investment by you under applicable legal investment or similar laws. You should consult with your own advisors as to legal, tax, business, financial and related aspects of a purchase of the notes.

---

### NOTICE TO NEW HAMPSHIRE RESIDENTS

NEITHER THE FACT THAT A REGISTRATION STATEMENT OR AN APPLICATION FOR A LICENSE HAS BEEN FILED UNDER CHAPTER 421-B OF THE NEW HAMPSHIRE REVISED STATUTES, WITH THE STATE OF NEW HAMPSHIRE NOR THE FACT THAT A SECURITY IS EFFECTIVELY REGISTERED OR A PERSON IS LICENSED IN THE STATE OF NEW HAMPSHIRE CONSTITUTES A FINDING BY THE SECRETARY OF STATE OF NEW HAMPSHIRE THAT ANY DOCUMENT FILED UNDER RSA 421-B IS TRUE, COMPLETE AND NOT MISLEADING. NEITHER ANY SUCH FACT NOR THE FACT THAT AN EXEMPTION OR EXCEPTION IS AVAILABLE FOR A SECURITY OR A TRANSACTION MEANS THAT THE SECRETARY OF STATE HAS PASSED IN ANY WAY UPON THE MERITS OR QUALIFICATIONS OF, OR RECOMMENDED OR GIVEN APPROVAL TO, ANY PERSON, SECURITY OR TRANSACTION. IT IS UNLAWFUL TO MAKE, OR CAUSE TO BE MADE, TO ANY PROSPECTIVE PURCHASER, CUSTOMER OR CLIENT ANY REPRESENTATION INCONSISTENT WITH THE PROVISIONS OF THIS PARAGRAPH.

ii

Confidential

EFIHMW00296478

_____

You should rely only on the information contained in this offering memorandum. The Issuer has not authorized anyone to provide you with information, whether orally or in writing, either different from that contained in this offering memorandum or not set forth in this offering memorandum. The Issuer is offering to sell the notes only where offers and sales are permitted. The information contained in this offering memorandum is accurate only as of the date of this offering memorandum, regardless of the time of delivery of this offering memorandum or any resale of the notes.

_____

## INDUSTRY AND MARKET INFORMATION

The industry and market data and other statistical information used throughout this offering memorandum are based on independent industry publications, government publications, reports by market research firms or other published independent sources, including certain data published by the Electricity Reliability Council of Texas ("ERCOT"). The Issuer did not commission any of these publications or reports. Some data are also based on the Issuer's good faith estimates, which are derived from the Issuer's review of internal surveys, as well as the independent sources listed above. Independent industry publications and surveys generally state that they have obtained information from sources believed to be reliable, but do not guarantee the accuracy and completeness of such information. While the Issuer believes that each of these studies and publications is reliable, neither the Issuer nor the placement agents have independently verified such data and neither the Issuer nor the placement agents make any representation as to the accuracy of such information. Forecasts are particularly likely to be inaccurate, especially over long periods of time, and the Issuer does not know what assumptions regarding general economic growth are used in preparing the forecasts included in this offering memorandum. Similarly, while the Issuer believes that its internal and external research is reliable, it has not been verified by any independent sources and the Issuer makes no assurances that the predictions contained therein are accurate.

## SEC REVIEW

The Issuer and the guarantors of the notes have agreed to file a registration statement with the Securities and Exchange Commission, which is referred to in this offering memorandum as the SEC, with respect to an exchange offer for the notes or a shelf registration with respect to resales of the notes. See "Exchange Offer; Registration Rights." In the course of the review by the SEC of the registration statement, the Issuer may be required or the Issuer may elect to make changes to the information contained in this offering memorandum, including the description of TXU Corp.'s business, financial statements and other financial information and other information. The Issuer believes that the financial data for TXU Corp., including pro forma financial data, and other information included in this offering memorandum have been prepared in a manner that complies, in all material respects, with regulations published by the SEC and generally accepted accounting principles in the United States of America, which are referred to in this offering memorandum as GAAP, with the exception of the inclusion of financial data for the twelve months ended June 30, 2007, the presentation of certain non-GAAP financial measures and the exclusion of historical financial information for the Issuer. However, comments by the SEC on the registration statement may require modification or reformulation of the financial data and other information presented in this offering memorandum to comply with the regulations published by the SEC. Any such modification may be significant.

SEC rules regulate the use in filings with the SEC and in published disclosures and press releases, of "non-GAAP financial measures," such as EBITDA and Adjusted EBITDA, that are derived on the basis of methodologies other than in accordance with GAAP and, as a result, may not be comparable to similar financial measures used by other companies. Some non-GAAP financial measures included in this offering memorandum, including EBITDA and Adjusted EBITDA and other financial measures using EBITDA and Adjusted EBITDA,

iii

Confidential

may not comply with these rules, and the Issuer may not include them in the registration statement to be filed with respect to the notes and future SEC filings. Comments by the SEC on financial data included in a registration statement for an exchange offer or in connection with a shelf registration required by the registration rights agreement may require modification, deletion or reformulation of certain data presented in this offering memorandum, including financial statements and other financial information. Any such modification or reformulation may be significant. See "Summary—Summary Historical and Unaudited Pro Forma Consolidated Financial and other Data of TXU Corp. and its Subsidiaries" for more information on EBITDA and Adjusted EBITDA used in this offering memorandum.

## FORWARD-LOOKING STATEMENTS

This offering memorandum contains "forward-looking statements" within the meaning of Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of historical facts, that are included in this offering memorandum, or made in presentations, in response to questions or otherwise, that address activities, events or developments that we expect or anticipate to occur in the future, including such matters as projections, capital allocation and cash distribution policy, future capital expenditures, business strategy, competitive strengths, goals, consummation of the Merger (as defined below), future acquisitions or dispositions, development or operation of power production assets, market and industry developments and the growth of our business and operations (often, but not always, identified through the use of words or phrases such as "will likely result," "are expected to," "will continue," "is anticipated," "estimated," "projection," "target," "outlook" and our use of the conditional and future tenses), are forward-looking statements. Although we believe that in making any such forward-looking statement our expectations are based on reasonable assumptions, any such forward-looking statement involves uncertainties and is qualified in its entirety by reference to the discussion of risk factors discussed under "Risk Factors" and the following important factors, among others, that could cause our actual results to differ materially from those projected in such forward-looking statements:

- governmental policies and regulatory actions, including those of the Texas Legislature, the Governor of Texas, the U.S. Congress, the Federal Energy Regulatory Commission ("FERC"), the Public Utility Commission of Texas ("PUCT"), the Railroad Commission of Texas, the U.S. Nuclear Regulatory Commission ("NRC"), the U.S. Environmental Protection Agency ("EPA") and the Texas Commission on Environmental Quality ("TCEQ"), with respect to, among other things:

  - allowed prices;

  - allowed rates of return;

  - industry, market and rate structure;

  - purchased power and recovery of investments;

  - operations of nuclear generating facilities;

  - acquisitions and disposal of assets and facilities;

  - development, construction and operation of facilities;

  - decommissioning costs;

  - present or prospective wholesale and retail competition;

  - changes in tax laws and policies; and

  - changes in and compliance with environmental and safety laws and policies, including climate change initiatives;

- continued implementation of the legislation that restructured the electric utility industry in Texas to provide for retail competition ("1999 Restructuring Legislation");

iv

Confidential

EFIHMW00296480

- legal and administrative proceedings and settlements;

- general industry trends;

- our ability to attract and retain customers;

- our ability to profitably serve our customers given the announced price protection and price cuts;

- restrictions on competitive retail pricing;

- changes in wholesale electricity prices or energy commodity prices;

- unanticipated changes in market heat rates in the Texas electricity market;

- our ability to effectively hedge against changes in commodity prices and market heat rates;

- weather conditions and other natural phenomena, and acts of sabotage, wars or terrorist activities;

- unanticipated population growth or decline, and changes in market demand and demographic patterns;

- changes in business strategy, development plans or vendor relationships;

- access to adequate transmission facilities to meet changing demands;

- unanticipated changes in interest rates, fuel prices, commodity prices, rates of inflation or foreign exchange rates;

- unanticipated changes in operating expenses, liquidity needs and capital expenditures;

- commercial bank market and capital market conditions;

- competition for new energy development and other business opportunities;

- inability of various counterparties to meet their obligations with respect to our financial instruments;

- changes in technology used by and services offered by us;

- significant changes in our relationship with our employees, including the availability of qualified personnel, and the potential adverse effects if labor disputes or grievances were to occur;

- changes in assumptions used to estimate future executive compensation payments;

- significant changes in critical accounting policies;

- actions by credit rating agencies;

- our ability to implement cost reduction initiatives;

- with respect to our lignite coal generation development program, more specifically, our ability to fund such investments, changes in competitive market rules, changes in environmental laws or regulations, changes in electric generation and emissions control technologies, changes in projected demand for electricity, our ability and the ability of our contractors to attract and retain, at projected rates, skilled labor for constructing the new generating units, changes in wholesale electricity prices or energy commodity prices, transmission capacity and constraints, supplier performance risk, changes in the cost and availability of materials necessary for the construction program and our ability to manage the significant construction program to a timely conclusion with limited cost overruns; and

- with respect to the Merger (as defined below), the outcome of any legal proceedings that may be instituted against the Issuer, TXU Corp. and others related to the Merger Agreement; risks that the proposed transaction disrupts current plans and operations and the potential difficulties in management and employee retention as a result of the Merger; the amount of the costs, fees, expenses and charges related to the Merger and the execution of certain financings that will be obtained to consummate the Merger; and the impact of the substantial indebtedness incurred to finance the consummation of the Merger.

v

Confidential

EFIHMW00296481

Any forward-looking statement speaks only as of the date on which it is made, and we undertake no obligation to update any forward-looking statement to reflect events or circumstances after the date on which it is made or to reflect the occurrence of unanticipated events. New factors emerge from time to time, and it is not possible for us to predict all of them; nor can we assess the impact of each such factor or the extent to which any factor, or combination of factors, may cause results to differ materially from those contained in any forward-looking statement.

vi

Confidential

EFIHMW00296482

**PX 001**
**Page 7 of 453**

## SUMMARY

*This summary highlights selected information appearing elsewhere in this offering memorandum. This summary is not complete and does not contain all of the information that you should consider before investing in the notes. You should carefully read the entire offering memorandum, including information set forth in the sections entitled "Risk Factors," "TXU Corp. Unaudited Pro Forma Condensed Consolidated Financial Information" and the financial statements and the related financial data included elsewhere in this offering memorandum.*

*On February 25, 2007, Texas Energy Future Merger Sub Corp ("Merger Sub") and Texas Energy Future Holdings Limited Partnership ("Texas Holdings"), a limited partnership currently owned by investment funds associated with Kohlberg Kravis Roberts & Co. and TPG Capital, L.P., entered into an Agreement and Plan of Merger (the "Merger Agreement") with TXU Corp. pursuant to which Merger Sub will merge with and into TXU Corp., with TXU Corp. continuing as the surviving corporation (the "Merger"). As a result of the Merger, investment funds associated with or designated by Kohlberg Kravis Roberts & Co., TPG Capital, L.P. and Goldman, Sachs & Co. (the "Sponsors"), and certain other co-investors, Citigroup Global Markets Inc., Morgan Stanley & Co. Incorporated and LB I Group (collectively, the "Investors") will own TXU Corp. through Texas Holdings and the Sponsors will control its general partner, Texas Energy Future Capital Holdings LLC (the "General Partner"). TXU Corp. will assume all obligations under, and will become the issuer of, the notes upon the consummation of the Merger.*

*Unless the context otherwise requires or as otherwise indicated, references in this offering memorandum to "TXU," "we," "our" and "us" refer to TXU Corp. and its consolidated subsidiaries, which are being acquired pursuant to the Merger. References to the "Issuer" (to be renamed as TEF Corp. at or shortly after the consummation of the Merger) refer to Merger Sub, the issuer of the notes offered hereby, prior to the Merger, and TXU Corp., as the surviving company following the Merger. Financial information identified in this offering memorandum as "pro forma" gives effect to the consummation of the Merger and the related financing transactions described in this offering memorandum.*

### Our Company

We are a Dallas-based energy company that manages a portfolio of competitive and regulated energy businesses in Texas. We are a holding company conducting our operations principally through our subsidiaries, Texas Competitive Electric Holdings Company LLC (which was formerly named TXU Energy Company LLC, and which we refer to as "TCEH"), Oncor Electric Delivery Company (which was formerly named TXU Electric Delivery Company, and which we refer to as "Oncor Electric Delivery") and their respective subsidiaries.

TCEH is a holding company for the Luminant and TXU Energy businesses, which are engaged in competitive electricity market activities largely in Texas. The Luminant businesses include power generation operations ("Luminant Power"), wholesale energy markets operations ("Luminant Energy") and power generation facility development activities ("Luminant Development"). The TXU Energy business is comprised of retail electricity sales operations ("TXU Energy"). Luminant Power, Luminant Energy, Luminant Development and TXU Energy conduct their operations through a number of separate legal entities that, in accordance with regulatory requirements, operate independently within the competitive Texas power market.

As of June 30, 2007, Luminant Power had 18,365 megawatts ("MW") of generation capacity in Texas (which includes 585 MW representing nine combustion turbine units currently operated for an unaffiliated party's benefit). This amount includes 8,137 MW of low-cost baseload solid fuel generation capacity represented by 2,300 MW of nuclear generation capacity and 5,837 MW of lignite/coal-fueled generation capacity. Luminant Energy primarily optimizes the purchases and sales of energy for TXU Energy and Luminant Power and also provides related services to other market participants. Luminant Energy is the largest purchaser of wind-generated electricity in Texas and the fifth largest in the United States. Luminant Development is currently developing three new lignite coal-fueled generation facilities in Texas with expected generation capacity totaling approximately 2,200 MW.

1

Confidential

EFIHMW00296483

**PX 001**
**Page 8 of 453**

TXU Energy provides competitive electricity and related services to more than 2.1 million electricity customers in Texas. As of June 30, 2007, TXU Energy's estimated share of total ERCOT retail residential and small electric customers was approximately 35% and 25%, respectively.

Oncor Electric Delivery is an electricity distribution and transmission business that provides electricity delivery services to retail electric providers, including TXU Energy, that sell electricity to electricity consumers. Oncor Electric Delivery operates the largest distribution and transmission system in Texas, providing power to more than three million homes and businesses and operating more than 115,000 miles of transmission and distribution lines in Texas. A significant portion of Oncor Electric Delivery's revenues represent fees for delivery services provided to TCEH. Distribution revenues from TCEH represented 47% of Oncor Electric Delivery's distribution revenues and 41% of Oncor Electric Delivery's total revenues for the six months ended June 30, 2007 and 52% of Oncor Electric Delivery's distribution revenues and 46% of Oncor Electric Delivery's total revenues for the year ended December 31, 2006.

On or before the consummation of the Merger, Texas Holdings and Oncor Electric Delivery will implement certain structural and operational measures based on principles articulated by rating agencies and commitments made by Texas Holdings and Oncor Electric Delivery to the PUCT and the FERC that are intended to further separate Oncor Electric Delivery from Texas Holdings and its other subsidiaries in order to mitigate Oncor Electric Delivery's credit exposure to those entities and to reduce the risk that the assets and liabilities of Oncor Electric Delivery would be substantively consolidated with the assets and liabilities of Texas Holdings or any of its other subsidiaries in the event of a bankruptcy of one or more of those entities. See "The Transactions—Ring-Fencing" for a description of the material terms of the ring-fencing measures.

For the twelve months ended June 30, 2007, on a pro forma basis, TXU Corp. had Adjusted EBITDA of $5,259 million on a consolidated basis, 24% of which was attributable to Oncor Electric Delivery. See "—Summary Historical and Unaudited Pro Forma Consolidated Financial and Other Data of TXU Corp. and its Subsidiaries" for a definition of Adjusted EBITDA and a reconciliation of net income to Adjusted EBITDA. Oncor Electric Delivery Holdings, LLC ("Oncor Electric Delivery Holdings"), the immediate parent of Oncor Electric Delivery, and its subsidiaries will be Unrestricted Subsidiaries as defined in the indenture governing the notes offered hereby and, accordingly, will not be subject to most of the restrictive covenants in the indenture. See the subsections titled "Regulated Delivery Segment" under "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the financial statements of Oncor Electric Delivery included elsewhere in this offering memorandum for information regarding the results of operations of Oncor Electric Delivery.

### Our Market

We operate primarily within the ERCOT region, which represents approximately 85% of electricity consumption in Texas. ERCOT also represents approximately 75% of the geographical area of Texas, but excludes El Paso, a large part of the Texas Panhandle and two small areas in the eastern part of the state. ERCOT has limited interconnections to other markets outside of ERCOT, which is currently limited to 1,106 MW of generation capacity (or approximately 2% of peak demand in Texas), and wholesale transactions within the ERCOT market are not subject to regulation by the FERC.

Natural gas-fueled generation is the predominant supply resource in the ERCOT region in terms of both the installed generation capacity and generation produced, accounting for approximately 72% of the installed generation capacity and 46% of the electricity produced in the ERCOT region. As a result, natural gas-fueled plants set the market price of power more than 90% of the time in the ERCOT market, according to an October 2005 report prepared by ERCOT, and wholesale electricity prices are highly correlated to natural gas prices.

2

EFIHMW00296484

We believe that the ERCOT region presents an attractive competitive electric service market due to the following factors:

- market rules support fair and robust competition, while providing opportunities to optimize the generation fleet operations and purchased power requirements;

- peak demand is expected to grow at an average rate of over 2.1% per year over the period from 2007 to 2017;

- it is a sizeable market with over 62 gigawatts ("GW") of peak demand and approximately 34 GW of average demand; and

- as projected by ERCOT, in the absence of generation additions, annual reserve margins are expected to fall below ERCOT's targeted reserve margin of 12.5% as early as 2009, thus providing opportunities for generation owners and developers. Reserve margin is the percentage by which available capacity is expected to exceed forecasted peak demand.

### Our Strengths

- *Scale and diversity of business.* TXU believes it has three strong, large-scale electricity businesses in an attractive electric market. Luminant has a large and diversified competitive power generation portfolio with approximately 18,365 MW of generation capacity as of June 30, 2007 (which includes 585 MW representing nine combustion turbine units currently operated for an unaffiliated party's benefit). Its diversified portfolio consists of approximately 8,137 MW of low-cost solid fuel baseload generation capacity (approximately 72% lignite/coal and 28% nuclear) in ERCOT, a market in which power prices are predominantly set by natural gas fueled generation that is more costly at current commodity levels. In addition, as of June 30, 2007, Luminant owned or operated 10,228 MW of intermediate and peaking facilities, which provide the ability to meet ERCOT requirements at various levels of demand. Luminant's lignite/coal-fueled plants are adjacent to lignite reserves that are controlled by Luminant and supply approximately 67% of the fuel used to operate these plants, which reduces Luminant's reliance on third-party coal suppliers and railroads. Luminant controls approximately 1.0 billion tons, or over 21 years of fuel (assuming current mine production levels), of proven lignite reserves and operates the nation's 13th largest mining company. Luminant is also developing and constructing three new lignite coal-fueled generation facilities in Texas with expected generation capacity totaling approximately 2,200 MW of additional installed low-cost baseload capacity. We expect two of these units, representing approximately 1,400 MW, to be operational in 2009 and the remaining unit, representing approximately 800 MW, to be operational in 2010.

  TXU Energy is a large scale competitive retailer that provides competitive electricity and related services to more than 2.1 million electricity customers in Texas. As of June 30, 2007, TXU Energy held a 62% retail residential market share in its historical market area located in the Dallas-Fort Worth area. As of June 30, 2007, TXU Energy's estimated share of total ERCOT retail residential and small business electric customers was approximately 35% and 25%, respectively.

  Oncor Electric Delivery operates the largest distribution and transmission system in Texas, providing power to more than three million homes and businesses and operating more than 115,000 miles of transmission and distribution lines in Texas. We believe that significant opportunities for investments in transmission and distribution exist in ERCOT, including maintenance, repair and upgrades of the transmission and distribution grid and connecting planned wind generation and other generation projects in ERCOT.

- *Favorable market dynamics.* Our subsidiaries operate primarily in ERCOT, which represents approximately 85% of the electricity consumed in Texas. The strong regional economic growth in Texas continues to support demand growth for electricity in ERCOT. According to NERC, peak demand in ERCOT is expected to grow at an average rate of over 2.1% per year over the period from 2007 to 2017. ERCOT expects reserve margins to continue to decline, which presents additional investment opportunities, while also positively impacting the value of our existing plants. Power prices

3

**PX 001**
**Page 10 of 453**

are generally driven by natural gas prices in ERCOT, where natural gas-fueled plants set the market price approximately 90% of the time. Texas has one of the highest retail energy consumption profiles in the country with approximately 14 megawatt-hours ("MWh") of consumption per household. ERCOT has experienced over 2.1% annual retail growth over the period from 2002 to 2006, making it one of the fastest growing NERC regions.

Transmission and distribution businesses in ERCOT benefit from favorable regulatory capital recovery mechanisms known as "capital trackers" that we believe enable adequate and timely recovery of transmission investments, advanced meter reading investments and certain other infrastructure investments.

- **Strong operating performance.** Luminant Power is an industry-leading operator of baseload solid fuel plants. Based on our benchmark analysis, we believe that, compared with the U.S. merchant coal plant fleet, Luminant Power's lignite/coal plants achieved top decile capacity factors and top quartile costs per MWh in 2005 and 2006. Similarly, we believe that our nuclear units achieved top decile capacity factors and top quartile costs per MWh in 2006. Luminant Power's lignite/coal-fueled plants achieved a capacity factor of 89.1% for 2006 and Luminant Power's nuclear plants achieved a capacity factor of 98.8% for 2006. Luminant Power's ongoing operating system initiatives are focused on achieving industry-leading capacity factors while continuing to manage costs. The capacity factor of a power plant is generally the ratio of the actual output of such power plant over a period of time as compared to its potential output if the plant operated at full capacity during such period.

TXU Energy is committed to providing its customers with industry-leading customer service along with greater savings, flexibility and price certainty. For the twelve months ended June 30, 2007, call answer times averaged under 15 seconds, which dropped from an average of over 100 seconds for the same period in 2004. Customer call satisfaction scores in North Texas improved 16 percent in the twelve months ended June 30, 2007, as compared to the twelve months ended June 30, 2006. Meanwhile, TXU Energy continues to offer the broadest set of customer products of any retailer in the ERCOT market.

Oncor Electric Delivery continues to progress toward its goal to improve its top-quartile reliability performance, while maintaining top-quartile cost performance. In 2006, Oncor Electric Delivery invested $839 million in its network to construct, rebuild and upgrade transmission lines, to extend the distribution infrastructure, and to pursue certain initiatives in infrastructure maintenance, information technology systems and advanced meter reading. Oncor Electric Delivery continues to transform its network into the nation's first broadband-enabled smart grid, with 235,000 advanced meters installed at the end of 2006 and plans to install up to 600,000 advanced meters by the end of 2007. Oncor Electric Delivery also achieved market-leading electric delivery performance in five out of seven key PUCT market metrics in 2006. These metrics measure the success of transmission and distribution companies in facilitating customer transactions in the competitive Texas electricity market.

- **Ability to hedge future cash flows through long-term hedging program.** The strong historical correlation between natural gas prices and power prices in ERCOT combined with significant liquidity in certain natural gas markets currently provides an opportunity for management of our exposure to natural gas prices. As a result, we expect to hedge up to 80% of the equivalent natural gas price exposure of our expected baseload generation output on a rolling five-year basis, and we could hedge up to 90% (but not more than 93%) of such exposure on a rolling five-year basis. As of August 31, 2007, 2.2 billion million British thermal units ("MMBtu") of natural gas (equivalent to the natural gas exposure of over 260,000 gigawatt-hours ("GWh") at an assumed 8.5 market heat rate) have been effectively sold forward by our subsidiaries over the period from 2007 to 2013 at average annual prices ranging from $7 per MMBtu to $9 per MMBtu. For the rolling five-year period from 2008 to 2012, these transactions result in us having effectively hedged approximately 70% of our expected baseload generation natural gas price exposure for such period (on an average basis for such period).

4

Confidential

We believe this hedging program provides us with visibility and stability of future revenues and cash flows.

- **Strong leadership.** Luminant, TXU Energy and Oncor Electric Delivery will have separate leadership teams consistent with the separation of TXU's legacy businesses into three distinct operating entities. Each company will have its own chief executive officer who, together with the respective management teams, will focus on optimizing operations and maximizing performance for that specific business unit, independent of the other business units. The management teams for each business will be comprised of highly experienced professionals. In addition, four prominent Texans, Donald L. Evans, former U.S. Secretary of Commerce; James R. Huffines, Chairman of the University of Texas Board of Regents; Lyndon L. Olson Jr., former Texas State Representative and former U.S. Ambassador to Sweden; and Kneeland Youngblood, a former director of the U. S. Enrichment Corporation, will also join the Board of Directors. William Reilly, Chairman Emeritus of the World Wildlife Fund and former EPA Administrator, will also join the Board of Directors and will lead the adoption of corporate governance policies that tie our operations and goals to environmental stewardship. Finally, former U.S. Secretary of State James A. Baker III will serve as Advisory Chairman to the General Partner.

### Our Strategies

Each of our businesses focuses its operations on key drivers for that business, as described below:

- Luminant focuses on optimizing its existing generation fleet to provide safe, reliable and cost-competitive power, as well as developing additional power generation capacity to meet the growing demand for power in Texas;

- TXU Energy focuses on providing high quality customer service, including continually improving customer service and developing innovative energy products to meet customers' needs; and

- Oncor Electric Delivery focuses on achieving a high level of reliability, minimizing service interruption, maintaining safe operations, and investing to improve its transmission and distribution infrastructure.

Other elements of our strategy include:

- **Increase value from our existing businesses.** Our strategy focuses on striving for consistent top decile performance across our operations in terms of reliability, cost and customer service. We will continue to focus on upgrading four critical skill sets: operational excellence across each business segment; market leadership; a systematic risk/return mindset applied to all key decisions; and rigorous performance management targeting industry-leading performance standards for productivity, reliability and customer service. An example of how we implement these principles is a program called the "Luminant Operating System," which is a program to drive ongoing productivity improvements in Luminant Power's businesses through application of lean operating techniques and deployment of a high-performance industrial culture.

- **Pursue growth opportunities across our business lines.** We believe building upon and leveraging our scale advantages enables us to sustainably create value by eliminating duplicative costs, efficiently managing supply costs, and building and standardizing distinctive process expertise. Scale also allows us to take part in large capital investments, such as new generation projects and investments in our transmission and distribution system, with a smaller fraction of overall capital at risk and with an enhanced ability to streamline costs. The growth initiatives for each business include:

  - *Luminant*: Construction of three new lignite coal-fueled generation facilities at existing sites with onsite lignite fuel supplies, as well as the development of wind generation projects in the near to

5

Confidential

EFIHMW00296487

**PX 001**
**Page 12 of 453**

medium term. Pursuit of new generation opportunities to meet ERCOT's growing generation needs over the longer term from a diverse range of alternatives such as nuclear, renewables and advanced coal technologies such as Integrated Gasification Combined Cycle.

- *TXU Energy*: Retain existing customers and increase the number of customers served both in TXU Energy's historic territory, as well as in other Texas markets such as Houston, through innovative products and superior customer service.

- *Oncor Electric Delivery*: Investment in automatic meter reading as well as the construction of new transmission and distribution facilities to meet the needs of the growing Texas market.

- ***Reduce the volatility of our cash flows through our established risk management strategy.*** A key component of our risk management strategy is our plan to hedge up to 80% of the natural gas exposure of Luminant Power's baseload generation output on a rolling five-year basis. The strong historical correlation between natural gas prices and power prices in ERCOT combined with the significant liquidity in certain natural gas markets currently provides an opportunity for management of our exposure to natural gas prices. After the consummation of the Merger and related financings, we expect that TCEH will have approximately $5.9 billion of available revolving credit and letter of credit borrowing capacity which should provide significant liquidity for its operations, including for TCEH's long-term hedging strategies, particularly regarding its commodity and market heat rate exposures. We also expect that TCEH will have incremental, dedicated credit facilities to support collateral posting for specifically identified commodity hedge transactions. In addition, we expect that certain existing and future hedging transactions will be secured with a first lien security interest in TCEH's assets, which will reduce the liquidity requirements of entering into commodity hedge transactions because no cash or letter of credit collateral will be required for these transactions. As of the consummation of the Merger, we expect that approximately 50% of Luminant's natural gas hedging transactions will be secured by this first lien security interest in TCEH's assets.

- ***Environmental focus.*** We are committed to operating in compliance with all environmental laws, rules and regulations and reducing our impact on the environment. Upon consummation of the Merger, TXU will put in place a Sustainable Energy Advisory Board that will focus on assisting TXU in pursuing technology development opportunities that utilize America's vast energy resources with technologies designed to reduce TXU's impact on the environment while balancing the need to address the energy requirements of Texas. TXU's Sustainable Energy Advisory Board will be comprised of individuals who represent the following interests, including: the environment, customers, Texas economic development and ERCOT reliability standards. In addition, we are focused on and are pursuing opportunities to reduce emissions from our existing and planned new lignite coal-fueled generation units in ERCOT. As such and in connection with our plans to build three new lignite coal-fueled generation units, we have committed to reduce emissions of mercury, nitrogen oxide and sulfur dioxide from our existing baseload generation units by 20% from 2005 levels, through a combination of investment in new emission control equipment and fuel switching. We also expect such investments to provide economic benefit to us by reducing future costs associated with complying with environmental emissions standards.

### The Transactions

**The Merger**

On February 25, 2007, TXU Corp. entered into the Merger Agreement with Texas Holdings and Merger Sub, Texas Holdings' wholly owned subsidiary, pursuant to which Texas Holdings will acquire TXU through a merger of Merger Sub with and into TXU Corp. Upon the effectiveness of the Merger, each share of TXU Corp. common stock outstanding immediately prior to the Merger, other than certain specified shares, will be cancelled and converted into the right to receive $69.25 in cash.

6

The Merger Agreement contains various representations, warranties, covenants and agreements by Texas Holdings and Merger Sub, on the one hand, and TXU Corp., on the other hand.

The Merger Agreement may be terminated under certain circumstances. If the Merger is not consummated by March 15, 2008 (the "termination date"), either party may, subject to certain conditions, terminate the Merger Agreement. The termination date is subject to extension under various circumstances, but will not be later than July 10, 2008.

The Merger is subject to a number of conditions, including the approval of the Merger Agreement by the affirmative vote of holders of two-thirds or more of the outstanding shares of common stock of TXU Corp., which has been obtained, and the receipt of certain regulatory approvals, all of which have been obtained. See "The Transactions—The Merger" for more information on the Merger Agreement and the conditions to the completion of the Merger.

The acquisition of TXU Corp. by Texas Holdings is expected to be financed by the equity contributions and the debt financing described below. See also "—Sources and Uses" for more information.

**Equity Contributions**

Texas Holdings has received equity commitment letters for an aggregate investment at closing of approximately $8.0 billion. Investment funds affiliated with the Sponsors, or their respective assignees, have committed to invest approximately $6.5 billion in Texas Holdings at closing. In addition, J.P. Morgan Ventures Corporation, Citigroup Global Markets Inc. and Morgan Stanley & Co. Incorporated, each of whom is affiliated with placement agents participating in this offering, have each separately committed to contribute $500 million of cash, in the form of equity investments, to Texas Holdings. The Sponsors have obtained approximately $2 billion in equity commitments from other existing investors in the Sponsors' private equity funds and other third party investors, which commitments are expected to be used at closing to reduce the commitments of KKR, TPG, J.P. Morgan Ventures Corporation, Citigroup Global Markets Inc. and Morgan Stanley & Co. Incorporated.

In addition, KKR and TPG have received an equity commitment from an investment vehicle affiliated with Lehman Brothers Inc. ("LBI"), who is affiliated with a placement agent participating in this offering, pursuant to which, subject to the satisfaction of certain conditions, that investment vehicle has committed to KKR and TPG to contribute $400 million of cash to Texas Holdings, in the form of an equity investment, in connection with Merger. This committed amount is expected to be used at closing to reduce the commitments of KKR and TPG.

The actual amount invested by investment funds affiliated with the Sponsors, or their respective assignees, may vary depending on the final determination of the costs and expenses associated with the Merger. The investment funds affiliated with the Sponsors and the Investors have the right to assign all or a portion of their funding obligations to other investors, subject to certain approvals and conditions.

The equity contributions by the Sponsors and the Investors are referred to herein as the "Equity Contributions."

**Ring-Fencing**

On or before the consummation of the Merger, Texas Holdings and Oncor Electric Delivery will implement certain structural and operational measures based on principles articulated by rating agencies and commitments made by Texas Holdings and Oncor Electric Delivery to the PUCT and the FERC that are intended to further separate Oncor Electric Delivery from Texas Holdings and its other subsidiaries in order to mitigate

Confidential

EFIHMW00296489

Oncor Electric Delivery's credit exposure to those entities and to reduce the risk that the assets and liabilities of Oncor Electric Delivery would be substantively consolidated with the assets and liabilities of Texas Holdings or any of its other subsidiaries in the event of a bankruptcy of one or more of those entities. See "The Transactions—Ring-Fencing" for a description of the material terms of the ring-fencing measures.

**Debt Financing**

In connection with the Merger, Merger Sub has obtained commitments for the following debt financing:

- $24.1 billion of senior secured credit facilities plus an amount, if any, equal to the difference between the amount outstanding under TXU Receivables Company's existing accounts receivable facility on the closing date of the Merger, less the amount of such existing facility that is refinanced with the TXU Receivables Facility (as defined below) (the "TXU Receivables Facility Backstop Amount"), plus the amount of the TCEH Commodity Collateral Posting Facility (as defined below) to be obtained by TCEH (the "TCEH Senior Secured Facilities"), which are expected to be comprised of:

    (a) a senior secured initial term loan facility (the "TCEH Initial Term Loan Facility") in an aggregate principal amount of up to (i) $16.05 billion plus (ii) the amount (not to exceed $4.1 billion) of debt outstanding on, and certain identifiable capital expenditures (including environmental capital expenditures) incurred through the closing date (the amount described in this clause (ii), the "Luminant Development Closing Date Amount") plus (iii) the TXU Receivables Facility Backstop Amount;

    (b) a senior secured delayed draw term loan facility in an aggregate principal amount of up to $4.1 billion less the Luminant Development Closing Date Amount (the "TCEH Delayed Draw Term Loan Facility"), which is expected to be used during the two-year period commencing on the consummation of the Merger to fund certain specified capital expenditures and related expenses;

    (c) a senior secured letter of credit facility in an aggregate principal amount of up to $1.25 billion (the "TCEH Letter of Credit Facility"), which is expected to be used for general corporate purposes (including, but not limited to, providing collateral support in respect of commodity hedging arrangements, and other commodity transactions);

    (d) a senior secured revolving credit facility in an aggregate principal amount of up to $2.7 billion (the "TCEH Revolving Facility"), which is expected to be used for working capital and for other general corporate purposes; and

    (e) a senior secured cash posting credit facility (the "TCEH Commodity Collateral Posting Facility"), the size of which is determined by the mark-to-market exposure, inclusive of any unpaid settlement amounts, of TCEH and its subsidiaries on a portfolio of certain commodity swaps and futures transactions, which is expected to be used by TCEH or any of its subsidiaries to provide collateral support in respect of certain over-the-counter or exchange-cleared natural gas transactions or for general corporate purposes;

- an accounts receivable facility (the "TXU Receivables Facility") to be obtained by TXU Receivables Company, or a separate newly formed subsidiary of TXU ("TXU Receivables"), which is to be used to refinance, replace or amend TXU Receivables Company's existing accounts receivable facility, other than the portion of the existing accounts receivable facility that relates to Oncor Electric Delivery, which amount will be refinanced by the Oncor Electric Delivery Revolving Facility;

- $6.75 billion aggregate principal amount of senior unsecured cash pay and toggle notes due 2017 of TCEH (the "TCEH Notes"); and

8

EFIHMW00296490

- $4.5 billion aggregate principal amount of TXU Corp. senior unsecured cash pay and toggle notes offered hereby.

In addition, subject to the satisfaction of certain conditions, TCEH may add one or more incremental term loan facilities, incremental letter of credit facilities and/or increase the commitments under the TCEH Revolving Facility in an aggregate principal amount up to $2.5 billion or add one or more incremental cash posting facilities.

We refer to the above, collectively, as the "Debt Financing." See "Description of Other Indebtedness" for a description of the material terms of each component of the Debt Financing and the Oncor Electric Delivery Revolving Facility (as defined below).

On September    , 2007, we commenced offers to purchase and consent solicitations with respect to $1.0 billion in aggregate principal amount of TXU Corp.'s outstanding 4.800% Series O Senior Notes due 2009, $250.0 million in aggregate principal amount of TCEH's outstanding 6.125% Senior Notes due 2008 and $1.0 billion in aggregate principal amount of TCEH's outstanding 7.000% Senior Notes due 2013 (collectively, the "Specified Notes"). Including the Specified Notes, in connection with the Merger, we intend to redeem or repay an aggregate of approximately $5.4 billion of existing indebtedness of TXU Corp. and its subsidiaries (excluding Oncor Electric Delivery), including debt that will become payable upon the consummation of the Merger. See "Description of Other Indebtedness—Debt Repayment" for a description of the Specified Notes and the other indebtedness we expect to repay in connection with the Merger. We refer to the tender offers for the Specified Notes (assuming all notes tendered for are actually purchased) and the redemption and repayment of this outstanding indebtedness as the "Debt Repayment."

Concurrently with the transactions described above, Oncor Electric Delivery will obtain a $2.0 billion senior revolving credit facility (the "Oncor Electric Delivery Revolving Facility"), which may be increased by up to $500 million, subject to certain conditions, to be used by Oncor Electric Delivery and its subsidiaries for working capital and for other general corporate purposes, including the refinancing of certain existing indebtedness of Oncor Electric Delivery and its subsidiaries upon the consummation of the Merger. No portion of the Oncor Electric Delivery Revolving Facility will be used to finance the Merger, the Debt Repayment or the related transactions.

The consummation of the Merger is expected to occur concurrently with the consummation of the Equity Contributions, the TCEH Senior Secured Credit Facilities, the TXU Receivables Facility, the TCEH Notes offering, this offering, the Debt Repayment and the Oncor Electric Delivery Revolving Facility. We refer to these transactions, including the Merger and the application of the proceeds of the Equity Contributions and the Debt Financing as described under "—Sources and Uses," as the "Transactions."

The completion of this offering is conditioned on the completion of the other parts of the Transactions.

9

Confidential

## Sources and Uses

The expected sources and uses of the funds for the Transactions are shown in the table below (assuming the Merger had closed on June 30, 2007). Actual amounts will vary from estimated amounts depending on several factors, including changes in the number of outstanding shares of TXU Corp.'s common stock since June 30, 2007 prior to the consummation of the Merger, differences from our estimate of fees and expenses and differences between TXU Corp.'s cash and debt balances. For more information, see "TXU Corp. Unaudited Pro Forma Condensed Consolidated Financial Information."

| Sources of funds: | | Uses of funds: | |
|---|---|---|---|
| | (millions of dollars) | | |
| TCEH Senior Secured Facilities[1] ......... | $ 18,887 | Equity purchase price[4] .............. | $32,428 |
| New Notes: | | Repayment of existing indebtedness[5] .... | 5,378 |
|    Notes offered hereby ............... | 4,500 | Transaction costs[6] .................. | 1,545 |
|    TCEH Notes[2] ..................... | 6,750 | | |
| Cash on hand and other working capital adjustments ........................ | 422 | | |
| Other cash and working capital adjustments ........................ | 491 | | |
| Equity contributions[3] .................. | 8,301 | | |
|    Total sources of funds .............. | $ 39,351 | Total uses of funds ............... | $39,351 |

(1) The TCEH Senior Secured Facilities consist of the following:
   (a) the TCEH Initial Term Loan Facility in an aggregate principal amount of up to (i) $16.05 billion plus (ii) the Luminant Development Closing Date Amount (not to exceed $4.1 billion) plus (iii) the TXU Receivables Facility Backstop Amount.
   (b) the TCEH Delayed Draw Term Loan Facility in an aggregate principal amount of up to (i) $4.1 billion less (ii) the Luminant Development Closing Date Amount.
   (c) the $2.7 billion TCEH Revolving Facility, which is expected to be undrawn at the consummation of the Merger except for letters of credit to be issued thereunder upon the consummation of the Merger.
   (d) the $1.25 billion TCEH Letter of Credit Facility.
   (e) the TCEH Commodity Collateral Posting Facility, the size of which is determined by the mark-to-market exposure, inclusive of any unpaid settlement amounts, of TCEH and its subsidiaries on a portfolio of certain commodity swaps and futures transactions.

(2) Consists of     % Senior Notes due 2017 and     %/     % Senior Toggle Notes due 2017 of TCEH.

(3) Consists of Equity Contributions by the Sponsors and the Investors. Up to $24 million of such amount may be paid by Texas Holdings as equity commitment fees thus reducing the amount received by TXU Corp. Transaction costs could decrease by the same amount.

(4) Reflects the amount of total consideration to be paid to holders of outstanding shares of TXU Corp.'s common stock, outstanding awards under the terms of TXU Corp.'s stock plans, and common stock issuable upon conversion of TXU Corp.'s Floating Rate Convertible Senior Notes. The equity purchase price was determined based upon the sum of (A) 461,152,009 shares of common stock multiplied by $69.25 per share; (B) 5,608,055 shares of common stock issuable pursuant to the terms of outstanding awards under the terms of TXU Corp.'s stock benefit plans multiplied by $69.25 per share; and (C) 1,523,106 shares of common stock issuable upon conversion of TXU Corp.'s Floating Rate Convertible Senior Notes due 2033 multiplied by $69.25 per share, based upon outstanding shares, awards and notes as of June 30, 2007, respectively.

Confidential

EFIHMW00296492

(5)  Repayment of existing indebtedness consists of the Debt Repayment described under "Description of Other Indebtedness—Debt Repayment."

(6)  Reflects our estimate of fees and expenses associated with the Transactions, including placement and other financing fees, advisory fees, transactions fees paid to affiliates of the Sponsors, and other transaction costs and professional fees.

In addition, concurrently with the other Transactions, Oncor Electric Delivery will obtain a $2.0 billion senior revolving credit facility, which may be increased by up to $500 million, subject to certain conditions, to be used by Oncor Electric Delivery and its subsidiaries for working capital and other general corporate purposes, including the refinancing of $800 million of outstanding notes issued by Oncor Electric Delivery that are mandatorily redeemable by Oncor Electric Delivery upon consummation of the Merger and amounts attributable to Oncor Electric Delivery that are outstanding under TXU Receivables Company's existing receivables facility. No portion of the new Oncor Electric Delivery financing will be used to finance the Merger, the Debt Repayment or the related transactions.

11

EFIHMW00296493

## Ownership and Corporate Structure

Set forth below is a summary diagram of our ownership and corporate structure after giving effect to the Merger and the Transactions as described under "The Transactions." At or shortly after the consummation of the Merger, TXU Corp. will change its name to TEF Corp.



(1) Summary diagram excludes subsidiaries of TXU Corp. that are not subsidiaries of Transmission and Distribution Holdings Company LLC ("Transmission and Distribution Holdings") or TXU US Holdings Company ("US Holdings"), including TXU Receivables, which will be the borrower under the TXU Receivables Facility. The existing debt amount for TXU Corp. includes approximately $93 million related to a financing lease of an indirect subsidiary of TXU Corp. not included in this diagram.

(2) Holding company for the Luminant businesses, including Luminant Power, Luminant Energy and Luminant Development. The Luminant subsidiaries will guarantee the $6,750 million TCEH Notes and the TCEH Senior Secured Facilities but will not guarantee the notes offered hereby.

(3) TXU Energy Retail Company and other retail subsidiaries will guarantee the $6,750 million TCEH Notes and the TCEH Senior Secured Facilities but will not guarantee the notes offered hereby.

(4) Includes securitization bonds issued by Oncor Electric Delivery Transmission Bond Company LLC.

---

The Issuer was incorporated in Texas in February 2007. TXU's principal executive offices currently are located at Energy Plaza, 1601 Bryan Street, Dallas, TX 75201-3411, and TXU's telephone number is (214) 812-4600.

One of the original city and rural electric utilities from which TXU grew was founded in 1882. That original company became Dallas Power & Light in 1917, and then joined with two other utilities (Texas Power & Light Company and Texas Electric Service Company) in 1945 as subsidiaries of Texas Utilities Company. The three utilities merged in 1984 to become Texas Utilities Electric Company, the electric utility that was unbundled as part of the 2001 electric industry restructuring in Texas. TXU Corp. is a successor to Texas Utilities Company that was incorporated in Texas in 1995 and adopted the name TXU Corp. in 1999.

12

EFIHMW00296494

### The Sponsors

**Kohlberg Kravis Roberts & Co. ("KKR")**

KKR is one of the world's oldest and most experienced private equity firms specializing in management buyouts, with offices in New York, Menlo Park, California and London, England. KKR's investment approach is focused on acquiring attractive business franchises and working closely with management over the long term to design and implement value-creating strategies. Over the past 30 years, KKR has completed approximately 150 transactions with an aggregate value of over $279 billion.

**TPG Capital, L.P. ("TPG")**

TPG is a private investment partnership that was founded in 1992 and currently has more than $30 billion of assets under management. Headquartered in Fort Worth, with offices in San Francisco, London, Hong Kong, New York, Minneapolis, Melbourne, Menlo Park, Mumbai, Shanghai, Singapore and Tokyo, TPG has extensive experience with global public and private investments executed through leveraged buyouts, recapitalizations, spinouts, joint ventures and restructurings. TPG seeks to invest in world-class franchises across a range of industries. Prior investments include Aleris International, Altivity Packaging, British Vita, Burger King, Continental, Denbury Resources, Grohe, Kraton Polymers, MEMC, MGM, Neiman Marcus, Petco, Seagate and Texas Genco.

**Goldman Sachs & Co. ("Goldman Sachs")**

Goldman Sachs Capital Partners was founded in 1869. Goldman Sachs is one of the oldest and largest investment banking firms. Goldman Sachs is also a global leader in private corporate equity and mezzanine investing. Established in 1991, the Goldman Sachs Capital Partners family of funds is part of the firm's Principal Investment Area in the Merchant Banking Division. Goldman Sachs' Principal Investment Area has formed 13 investment vehicles aggregating $56 billion of capital to date. Significant investments include: ARAMARK, Burger King, Coffeyville Resources, Education Management Corporation, Hawker Beechcraft, HealthMarkets, Kabel Deutschland, Kinder Morgan, Polo Ralph Lauren, Prysmian Cables & Systems, VoiceStream Wireless, and YES Network. Goldman Sachs Capital Partners VI is the current primary investment vehicle for Goldman Sachs to make large, privately negotiated equity investments.

Confidential

EFIHMW00296495

**Offering Summary**

The summary below describes the principal terms of the notes offered hereby. Certain of the terms and conditions described below are subject to important limitations and exceptions. The "Description of the Notes" section of this offering memorandum contains more detailed descriptions of the terms and conditions of the notes.

Issuer . . . . . . . . . . . . . . . . . . . . . . . . . . . Texas Energy Future Merger Sub Corp, to be merged with and into TXU Corp. TXU Corp., as the surviving company, will execute a supplemental indenture assuming all the obligations under the notes.

Securities Offered . . . . . . . . . . . . . . . . . . $4,500,000,000 aggregate principal amount of notes consisting of:

- $          % Senior Notes due 2017 (the "cash-pay notes"); and

- $          %/          % Senior Toggle Notes due 2017 (the "toggle notes").

The consummation of the sale of each series of notes offered hereby is contingent on the consummation of the Transactions.

Maturity Date . . . . . . . . . . . . . . . . . . . . .          , 2017.

Interest Rate . . . . . . . . . . . . . . . . . . . . . . The cash-pay notes will accrue interest at the rate of          % per annum.

The initial interest payment on the toggle notes will be payable in cash. For any interest period thereafter the Issuer may elect to pay interest on the toggle notes, at the Issuer's option:

- entirely in cash;

- by increasing the principal amount of the toggle notes or by issuing new toggle notes ("PIK interest"); or

- 50% in cash and 50% in PIK interest.

The toggle notes will accrue cash interest at a rate of          % per annum and PIK interest at a rate of          % per annum.

If the Issuer elects to pay any PIK interest, the Issuer will increase the principal amount of the toggle notes or issue new toggle notes in an amount equal to the amount of PIK interest for the applicable interest payment period (rounded up to the nearest $1,000) to holders of the toggle notes on the relevant record date.

Interest Payment Dates . . . . . . . . . . . . . . Interest on the notes is payable on          15 and          15 of each year, commencing on          15, 2008.

Ranking . . . . . . . . . . . . . . . . . . . . . . . . . . The notes will be the Issuer's senior unsecured obligations and will:

- rank senior in right of payment to any future subordinated indebtedness of the Issuer;

14

Confidential

EFIHMW00296496

**PX 001**
**Page 21 of 453**

- rank equally in right of payment with all of the Issuer's existing and future senior unsecured indebtedness;

- be structurally subordinated in right of payment to all existing and future indebtedness, preferred stock and other liabilities of the Issuer's non-guarantor subsidiaries, including trade payables (other than indebtedness and liabilities owed to the Issuer or the Guarantors (as defined below)); and

- rank effectively junior in right of payment to all future senior secured indebtedness of the Issuer, to the extent of the value of the collateral securing such indebtedness.

As of June 30, 2007, on a pro forma basis after giving effect to the Transactions, (1) the Issuer would not have had any senior secured indebtedness and (2) the notes would have been structurally subordinated to $32,589 million of debt of its subsidiaries that are not guaranteeing the notes, including all of TCEH's and its subsidiaries' indebtedness, represented primarily by the TCEH Senior Secured Facilities and the TCEH Notes, and all of Oncor Electric Delivery's and its subsidiaries' indebtedness.

Guarantees . . . . . . . . . . . . . . . . . . . . . . . . The notes will be unconditionally guaranteed by US Holdings and Transmission and Distribution Holdings (the "Guarantors") on a senior unsecured basis. The guarantees will rank equally with any unsecured senior indebtedness of the Guarantors and will be effectively junior to all secured indebtedness of the Guarantors to the extent of the assets securing that indebtedness. As of June 30, 2007, on a pro forma basis after giving effect to the Transactions, the guarantees would have ranked effectively junior to approximately $198 million of senior secured indebtedness of the Guarantors (excluding US Holdings' secured guarantee of $18,887 million of borrowings by TCEH under the TCEH Senior Secured Facilities). The guarantees will be structurally junior to all indebtedness and other liabilities of the Issuer's subsidiaries that do not guarantee the notes. None of TXU Corp.'s other subsidiaries will guarantee the notes.

Security . . . . . . . . . . . . . . . . . . . . . . . . . . None.

Optional Redemption . . . . . . . . . . . . . . The Issuer may redeem any of the notes beginning on                    , 2012 at the redemption prices set forth in this offering memorandum. The Issuer may also redeem any of the notes at any time prior to              , 2012 at a price equal to 100% of their principal amount, plus accrued interest and a "make-whole" premium. In addition, before              , 2010, the Issuer may redeem up to 35% of each series of the notes, using the proceeds from certain equity offerings at the redemption price set forth in this offering memorandum.

At the end of each accrual period ending after the fifth anniversary of the toggle notes' issuance (each, an "Optional AHYDO redemption date"), the Issuer may redeem for cash a portion of each Toggle Note

15

EFIHMW00296497

PX 001
Page 22 of 453

then outstanding up to the Optional AHYDO Principal Redemption Amount (such redemption, an "Optional AHYDO Principal Redemption"). The redemption price for the portion of each Toggle Note redeemed pursuant to an Optional AHYDO Principal Redemption will be 100% of the principal amount of such portion plus any accrued interest thereon on the date of redemption. The "Optional AHYDO Principal Redemption Amount" means, as of each Optional AHYDO redemption date, the excess, if any, of (a) the aggregate amount of accrued and unpaid interest and all accrued and unpaid "original issue discount" (as defined in Section 1273(a)(1) of the Code) with respect to the toggle notes, over (b) an amount equal to the product of (i) the "issue price" (as defined in Sections 1723(b) and 1274(a) of the Internal Revenue Code of 1986, as amended) of the toggle notes multiplied by (ii) the "yield to maturity" (as defined in the Treasury Regulation Section 1.1272-1(b)(1)(i)) of the toggle notes.

Change of Control Offer . . . . . . . . . . . . . Upon the occurrence of a change of control, you will have the right, as holders of the notes, to require the Issuer to repurchase some or all of your notes at 101% of their face amount, plus accrued and unpaid interest to the repurchase date. See "Description of the Notes—Repurchase at the Option of Holders—Change of Control."

The Issuer may not be able to pay you the required price for notes you present to it at the time of a change of control, because:

- the Issuer may not have enough funds at that time; or

- the terms of the Issuer's other indebtedness or any of its subsidiaries' indebtedness, including under the TCEH Senior Secured Facilities, may prevent it from making such payment or receiving funds from its subsidiaries in an amount sufficient to fund such payment.

See "Risk Factors—Risks Relating to Our Indebtedness and the Notes—We may not be able to repurchase the notes upon a change of control."

Your right to require the Issuer to repurchase the notes upon the occurrence of a change of control will cease to apply to a series of notes at all times after such notes have investment grade ratings from both Moody's Investors Services, Inc. ("Moody's") and Standard & Poor's Rating Services, a division of the McGraw Hill Companies Inc. ("S&P").

Important Covenants . . . . . . . . . . . . . . . . The indenture governing the notes will contain covenants limiting the Issuer's ability and the ability of its restricted subsidiaries to:

- incur additional debt or issue some types of preferred shares;

- pay dividends on or make other distributions in respect of the Issuer's capital stock or make other restricted payments;

- make investments;

16

Confidential

EFIHMW00296498

- sell assets;

- create liens on assets to secure debt;

- consolidate, merge, sell or otherwise dispose of all or substantially all of our assets;

- enter into certain transactions with our affiliates; and

- designate our subsidiaries as unrestricted subsidiaries.

These covenants are subject to a number of important limitations and exceptions. Oncor Electric Delivery Holdings, the immediate parent of Oncor Electric Delivery, and its subsidiaries will be Unrestricted Subsidiaries under the indenture and, accordingly, will not be subject to most of the restrictive covenants in the indenture. See "Description of the Notes." Many of these covenants will cease to apply after the notes have investment grade ratings from both Moody's and S&P.

Original Issue Discount . . . . . . . . . . . . . . We have the option to pay interest on the toggle notes in cash interest or PIK interest for any interest payment period after the initial interest payment. For U.S. federal income tax purposes, the existence of this option means that none of the interest payments on the toggle notes will be qualified stated interest even if we never exercise the option to pay PIK interest. Consequently, the toggle notes will be treated as issued with original issue discount, and U.S. holders will be required to include the original issue discount in gross income for U.S. federal income tax purposes on a constant yield to maturity basis, regardless of whether interest is paid currently in cash. For more information, see "Certain U.S. Federal Tax Consequences."

Exchange Offer; Registration Rights  . . . We and the Guarantors will use our reasonable best efforts to register with the SEC notes having substantially identical terms as the notes, as part of an offer to exchange freely tradable exchange notes for the notes.

We will use our reasonable best efforts to cause the exchange offer to be completed, or, if required, to have a shelf registration statement declared effective, within 270 days after the issue date of the notes.

If we fail to meet this target (a "registration default"), the annual interest rates on each of the notes will increase by 0.25%. The annual interest rates on each of the notes will increase by an additional 0.25% for each subsequent 90-day period during which the registration default continues, up to a maximum additional interest rate of 1.00% per year over the interest rates shown on the cover of this offering memorandum. If we cure the registration default, the interest rates on each of the notes will revert to the original level.

If we must pay additional interest, we will pay it to you in cash, in the case of the cash-pay notes, and by increasing the principal amount of the toggle notes or issuing new toggle notes, or by paying cash if we so elect, in the case of the toggle notes, on the same dates that we

17

PX 001
Page 24 of 453

make other interest payments on the notes, until the registration default is corrected. See "Description of the Notes—Exchange Offer; Registration Rights."

Transfer Restrictions . . . . . . . . . . . . . . . We have not registered the notes under the Securities Act or any state or other securities laws. The notes are subject to restrictions on transfer and may only be offered or sold in transactions exempt from or not subject to the registration requirements of the Securities Act. We do not intend to list the notes on any securities exchange. See "Notice to Investors."

No Prior Market . . . . . . . . . . . . . . . . . . The notes will be new securities for which there is currently no market. Although the placement agents have informed us that they intend to make a market in the notes and, if issued, in the exchange notes, they are not obligated to do so, and they may discontinue market making activities at any time without notice. Accordingly, we cannot assure you that a liquid market for the notes (and, if issued, the exchange notes) will develop or be maintained. See "Plan of Distribution."

Listing . . . . . . . . . . . . . . . . . . . . . . . . . . We expect that the notes will be eligible for trading in The PORTAL Market.

Use of Proceeds . . . . . . . . . . . . . . . . . . . We will use the net proceeds from the notes offered hereby, together with the proceeds from the Equity Contributions and the Debt Financing, to consummate the Merger and the other Transactions. See "Use of Proceeds."

Risk Factors . . . . . . . . . . . . . . . . . . . . . . You should consider carefully the information set forth in the section entitled "Risk Factors" beginning on page 24 and all other information contained in this offering memorandum before deciding to invest in the notes.

Conditions to the Closing . . . . . . . . . . . The completion of the offering of the notes offered hereby is conditioned on the completion of the other Transactions.

18

EFIHMW00296500

**Summary Historical and Unaudited Pro Forma Consolidated Financial and Other Data of TXU Corp. and its Subsidiaries**

The following table sets forth our summary historical consolidated financial data and summary unaudited pro forma consolidated financial data as of and for the periods indicated. The historical financial data as of December 31, 2005 and 2006 and for the three years ended December 31, 2004, 2005 and 2006 have been derived from our audited historical consolidated financial statements and related notes included elsewhere in this offering memorandum. The historical financial data as of December 31, 2004 has been derived from our historical consolidated financial statements that are not included herein. The historical financial data as of June 30, 2007 and for the six months ended June 30, 2006 and 2007 have been derived from our unaudited historical consolidated financial statements and related notes included elsewhere in this offering memorandum which have been prepared on a basis consistent with our audited historical consolidated financial statements. In the opinion of our management, such unaudited financial data reflects all adjustments, consisting only of normal and recurring adjustments, necessary for the fair presentation of the results for those periods. The results of operations for the interim periods, for seasonal and other factors, are not necessarily indicative of the results to be expected for the full year or any future period.

As required by accounting rules, Oncor Electric Delivery is consolidated with TXU Corp. for financial reporting purposes and, therefore, the results of Oncor Electric Delivery are reflected in the financial and other data presented below. However, Oncor Electric Delivery will be ring-fenced from TXU Corp. and its other subsidiaries as described under "The Transactions—Ring Fencing." Oncor Electric Delivery Holdings and its subsidiaries will be Unrestricted Subsidiaries as defined in the indenture governing the notes offered hereby and, accordingly, will not be subject to most of the restrictive covenants in the indenture. See the subsections titled "Regulated Delivery Segment" in "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the financial statements of Oncor Electric Delivery included elsewhere in this offering memorandum for information regarding Oncor Electric Delivery.

The summary unaudited pro forma consolidated financial data as of and for the twelve months ended June 30, 2007 have been prepared to give effect to the Transactions in the manner described under "Unaudited Pro Forma Condensed Consolidated Financial Information" as if the Transactions had occurred on January 1, 2006, in the case of the unaudited pro forma condensed consolidated income statement and related data, and on June 30, 2007, in the case of the unaudited pro forma condensed consolidated balance sheet and related data. The pro forma adjustments are based upon available information and certain assumptions that we believe are reasonable. The summary unaudited pro forma consolidated financial and other data are for informational purposes only and do not purport to represent what our results of operations, balance sheet data or other financial information actually would have been if the Transactions had occurred at any date. In addition, this data does not purport to project the results of operations for any future period.

The summary historical and unaudited pro forma consolidated financial and other data should be read in conjunction with "TXU Corp. Unaudited Pro Forma Condensed Consolidated Financial Statements," "Selected Historical Consolidated Financial Data," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our audited and unaudited consolidated financial statements and related notes appearing elsewhere in this offering memorandum.

Confidential

EF|HMW00296501

PX 001
Page 26 of 453

| | Year Ended December 31, | | | Six Months Ended June 30, | | Pro Forma Twelve Months Ended June 30, 2007 |
|---|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2006 | 2007 | |
| | (millions of dollars, except ratios and per share amounts) | | | | | |
| **Statement of Income Data:** | | | | | | |
| Operating revenues .......................... | $ 9,216 | $10,662 | $10,856 | $4,971 | $ 3,691 | $ 9,599 |
| Income from continuing operations before extraordinary gain (loss) and cumulative effect of changes in accounting principles .............. | 81 | 1,775 | 2,465 | 1,574 | (682) | (960) |
| Income (loss) from discontinued operations, net of tax effect ...................................... | 378 | 5 | 87 | 60 | 11 | |
| Extraordinary gain (loss), net of tax effect ........ | 16 | (50) | — | — | — | |
| Cumulative effect of changes in accounting principles, net of tax effect ........ | 10 | (8) | — | — | — | |
| Exchangeable preferred membership interest buyback premium .......................... | 849 | | | | | |
| Preference stock dividends .......................... | 22 | 10 | — | — | — | |
| Net income (loss) available for common stock ..... | (386) | 1,712 | 2,552 | 1,073 | (377) | |
| Ratio of earnings to fixed charges[(a)] .............. | 1.16x | 3.80x | 5.11x | 4.41x | — | — |
| Pro forma ratio of earnings to fixed charges[(a)(b)] .... | | | | 1.31x | 1.14x | — |
| **Balance Sheet Data (at end of period):** | | | | | | |
| Property, plant & equipment—net ................. | $16,676 | $17,192 | $18,756 | | $19,387 | $26,768 |
| Total assets ....................................... | 23,189 | 25,539 | 25,833 | | 26,988 | 62,229 |
| Total intangible assets ......................... | 190 | 194 | 205 | | 196 | 3,575 |
| Total debt ........................................ | 12,851 | 13,380 | 12,607 | | 15,059 | 38,668 |
| Total long-term debt, less amounts due current ..... | 12,412 | 11,332 | 10,631 | | 11,917 | 37,971 |
| Notes payable—commercial paper .............. | — | 358 | 1,296 | | | |
| Notes payable—banks ......................... | 210 | 440 | 195 | | 2,350 | 155 |
| Long-term debt due currently .................. | 229 | 1,250 | 485 | | 792 | 542 |
| Preferred stock of subsidiaries: | | | | | | |
| Not subject to mandatory redemption[(c)] ....... | 38 | — | — | | — | — |
| Preference stock .......................... | 300 | — | — | | — | — |
| Common stock equity ......................... | 339 | 475 | 2,140 | | 1,045 | 8,301 |
| Total ....................................... | $13,089 | $11,807 | $12,771 | | $12,962 | $46,272 |
| Embedded interest cost on long-term debt[(d)] ....... | 6.1% | 6.3% | 6.6% | | 6.6% | 8.9% |
| Embedded dividend cost on preferred stock of subsidiaries[(d)] ............................. | 4.4% | — | — | | — | — |
| **Capitalization Percentages (at period end):** | | | | | | |
| Equity-linked debt securities ................... | 2.2% | 1.5% | — | | | |
| All other long-term debt, less amounts due currently ..................................... | 92.6 | 94.5 | 83.2 | | 91.9 | 82.0 |
| Preferred stock of subsidiaries[(c)] ................. | 0.3 | — | — | | — | — |
| Preference stock ................................ | 2.3 | | | | | |
| Common stock equity ......................... | 2.6 | 4.0 | 16.8 | | 8.1 | 18.0 |
| Total ....................................... | 100.0% | 100.0% | 100.0% | | 100.0% | 100.0% |

20

EFIHMW00296502

**PX 001**
**Page 27 of 453**

| | Year Ended December 31, | | | Six Months Ended June 30, | | Pro Forma Twelve Months Ended June 30, 2007 |
|---|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2006 | 2007 | |
| | (millions of dollars, except ratios and per share amounts) | | | | | |
| **Statement of Cash Flows Data:** | | | | | | |
| Cash flows provided by (used in) operating activities . . . . . . . . . . . . . . . . . . . . . | $ 1,758 | $ 2,793 | $ 4,954 | $ 1,904 | $ (55) | $ 361 |
| Cash flows provided by (used in) investing activities . . . . . . . . . . . . . . . . . . . . . | 4,280 | (1,038) | (2,664) | (1,062) | (1,506) | (3,108) |
| Cash flows provided by (used in) financing activities . . . . . . . . . . . . . . . . . . . . . | (6,519) | (1,563) | (2,332) | (806) | 1,934 | 408 |
| **Other Financial Data:** | | | | | | |
| EBITDA[f] . . . . . . . . . . . . . . . . . . . . . . | $ 1,982 | $ 3,932 | $ 5,475 | $ 2,478 | $ 150 | $ 3,015 |
| Adjusted EBITDA[g] . . . . . . . . . . . . . . . . . . . . . | 2,942 | 4,066 | 5,627 | 2,646 | 2,254 | 5,259 |
| Ratio of Adjusted EBITDA to total interest expense [h] . . . . . . . . . . . . . . . . . . . . . | 4.2x | 5.1x | 6.8x | 6.1x | 5.4x | 1.5x |
| Ratio of Adjusted EBITDA to cash interest expense . . . . . . . . . . . . . . . . . . . . . | 4.2x | 5.3x | 6.8x | 6.1x | 5.8x | 1.6x |
| Ratio of net debt to Adjusted EBITDA . . . . . . . . . . | 4.3x | 3.3x | 2.2x | 5.1x | 6.5x | 7.4x |
| Capital expenditures . . . . . . . . . . . . . . . . . . . . . | $ 999 | $ 1,004 | $ 2,297 | $ 855 | $ 1,641 | $ 3,083 |
| **Operating Data (at period end):** | | | | | | |
| Total power generation capacity (in MW)[i] . . . . . . | 18,353 | 18,365 | 18,190 | 18,365 | 18,365 | |
| Nuclear power generation capacity (in MW) . . . . . . | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | |
| Lignite/Coal-fired generation capacity (in MW) . . . | 5,825 | 5,837 | 5,837 | 5,837 | 5,837 | |
| Total baseload capacity (in MW) . . . . . . . . . . . . . | 8,125 | 8,137 | 8,137 | 8,137 | 8,137 | |
| Available baseload capacity (in MW) . . . . . . . . . . | 7,192 | 7,345 | 7,474 | 7,398 | 7,332 | |
| Baseload capacity by plant (in MW): | | | | | | |
| Comanche Peak . . . . . . . . . . . . . . . . . . . . . | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | |
| Monticello . . . . . . . . . . . . . . . . . . . . . | 1,880 | 1,880 | 1,880 | 1,880 | 1,880 | |
| Martin Lake . . . . . . . . . . . . . . . . . . . . . | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | |
| Big Brown . . . . . . . . . . . . . . . . . . . . . | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | |
| Sandow 4 . . . . . . . . . . . . . . . . . . . . . | 545 | 557 | 557 | 557 | 557 | |
| Available baseload capacity by plant (in MW): | | | | | | |
| Comanche Peak . . . . . . . . . . . . . . . . . . . . . | 2,169 | 2,105 | 2,272 | 2,355 | 1,973 | |
| Monticello . . . . . . . . . . . . . . . . . . . . . | 1,600 | 1,690 | 1,708 | 1,574 | 1,839 | |
| Martin Lake . . . . . . . . . . . . . . . . . . . . . | 1,962 | 2,083 | 2,034 | 1,984 | 2,083 | |
| Big Brown . . . . . . . . . . . . . . . . . . . . . | 945 | 976 | 1,017 | 990 | 1,045 | |
| Sandow 4 . . . . . . . . . . . . . . . . . . . . . | 516 | 491 | 443 | 495 | 392 | |
| Average power price ($ per MW) . . . . . . . . . . . . | 39.03 | 53.97 | 61.70 | 54.64 | 60.84 | |

(a) For purposes of computing the ratio of earnings to fixed charges and ratio of earnings to combined fixed charges, (1) earnings consist of net income plus income taxes plus fixed charges less capitalized expenses related to indebtedness and (2) fixed charges consists of interest expense and capitalized expenses related to indebtedness. For purposes of computing the ratio of earnings to combined fixed charges, preference stock dividends are included in fixed charges. For the six months ended June 30, 2007 and the twelve months ended June 30, 2007, pro forma fixed charges and pro forma combined fixed charges exceeded earnings by $1,999 million and $1,162 million, respectively.

(b) For purposes of computing the pro forma ratio of earnings to fixed charges, the historical calculations were adjusted for the estimated increase in interest expense as contemplated by the Transactions.

(c) Preferred stock outstanding at June 30, 2007, December 31, 2006 and December 31, 2005 has a stated amount of $51 thousand.

21

EFIHMW00296503

(d) Represents the annual interest using year-end rates for variable rate debt and reflecting effects of interest rate swaps and amortization of any discounts, premiums, issuance costs and any deferred gains/losses on reacquisitions divided by the carrying value of the debt plus or minus the unamortized balance of any discounts, premiums, issuance costs and gains/losses on reacquisitions at the end of the year.

(e) Includes the unamortized balance of the loss on reacquired preferred stock and associated amortization.

(f) EBITDA, a measure used by management to evaluate operating performance, is defined as net income plus (i) provision for income taxes, (ii) interest expense and (iii) depreciation and amortization. EBITDA is not a recognized term under GAAP and does not purport to be an alternative to net income as a measure of operating performance or to cash flows from operating activities as a measure of liquidity or any other measure of financial performance presented in accordance with GAAP. Additionally, EBITDA is not intended to be a measure of free cash flow available for management's discretionary use, as it does not consider certain cash requirements such as interest payments, tax payments and other debt service requirements. Management believes EBITDA is helpful in highlighting trends because EBITDA excludes the results of decisions that are outside the control of operating management and that can differ significantly from company to company depending on long-term strategic decisions regarding capital structure, the tax jurisdictions in which companies operate and capital investments. In addition, EBITDA provides more comparability between our historical results and results that reflect the new capital structure. Management compensates for the limitations of using non-GAAP financial measures by using them to supplement GAAP results to provide a more complete understanding of the factors and trends affecting the business than GAAP results alone. Because not all companies use identical calculations, our presentation of EBITDA may not be comparable to similarly titled measures of other companies.

(g) Adjusted EBITDA is defined as EBITDA adjusted to exclude noncash items, unusual items and other adjustments permitted in calculating covenant compliance under the indenture governing the notes offered hereby. We believe that the inclusion of supplementary adjustments to EBITDA applied in presenting Adjusted EBITDA are appropriate to provide additional information to investors about how the covenants in the indenture will operate and about certain noncash items, unusual items that we do not expect to continue at the same level in the future and other items. Such supplementary adjustments to EBITDA may not be in accordance with current SEC practice or with regulations adopted by the SEC that apply to registration statements filed under the Securities Act and periodic reports under the Securities Exchange Act of 1934, as amended (the "Exchange Act"). Accordingly, the SEC may require that Adjusted EBITDA be presented differently in filings made with the SEC than as presented in this offering memorandum, or not be presented at all.

22

EFIHMW00296504

Set forth below is a reconciliation of net income to EBITDA and Adjusted EBITDA.

| | Year Ended December 31, | | | Six Months Ended June 30, | | Pro Forma Twelve Months Ended June 30, 2007 |
|---|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2006 | 2007 | |
| | (millions of dollars) | | | | | |
| Net income (loss) | $ 485 | $ 1,722 | $ 2,552 | $ 1,073 | $ (377) | $ (922) |
| Provision for income taxes | 42 | 632 | 1,263 | 561 | (294) | (683) |
| Interest expense and related charges | 695 | 802 | 830 | 431 | 418 | 3,451 |
| Depreciation and amortization | 760 | 776 | 830 | 413 | 403 | 1,169 |
| EBITDA | $ 1,982 | $ 3,932 | $ 5,475 | $ 2,478 | $ 150 | $ 3,015 |
| Amortization of nuclear fuel | $ 64 | $ 60 | $ 65 | $ 31 | $ 30 | $ 136 |
| Interest income | (28) | (48) | (46) | (20) | (35) | (60) |
| Purchase accounting adjustments | — | — | — | — | — | 84 |
| Impairment of assets and inventory write down | 196 | 11 | 204 | 201 | 795 | 798 |
| Unrealized net (gains) or losses resulting from hedging obligations and the application of FASB 133; plus or minus, as applicable | 109 | 18 | (272) | (29) | 1,182 | 939 |
| One-time customer appreciation bonus | — | — | 165 | — | — | 165 |
| Amount of loss on sales of accounts receivable and related assets in connection with the existing receivables facility | 19 | 27 | 44 | 20 | 22 | 46 |
| Income from discontinued operations, net of tax | (378) | (5) | (87) | (60) | (11) | (38) |
| Extraordinary (gain) loss, net of tax | (16) | 50 | — | — | — | — |
| Cumulative effect of changes in accounting principles, net of tax | (10) | 8 | — | — | — | — |
| Non-cash compensation expenses (FAS 123R) | 56 | 32 | 27 | 9 | 15 | 33 |
| Severance expenses[1] | 132 | — | 20 | 12 | — | 8 |
| Equity losses of unconsolidated affiliate engaged in broadband over power lines | — | — | 14 | 7 | 1 | 7 |
| Losses on early extinguishment of debt and energy services contract | 416 | (4) | 1 | 1 | — | — |
| Transition and business optimization costs[2] | 14 | 20 | 7 | — | 12 | 19 |
| Shareholder litigation charges (credit) | 86 | (35) | (15) | — | — | (15) |
| Transaction and merger expenses[3] | — | — | 28 | 5 | 84 | 107 |
| Restructuring and other[4] | 294 | (6) | (7) | (12) | 5 | 10 |
| Expenses incurred to upgrade or expand generation units[5] | 6 | 6 | 4 | 3 | 4 | 5 |
| Adjusted EBITDA | $ 2,942 | $ 4,066 | $ 5,627 | $ 2,646 | $ 2,254 | $ 5,259 |

---

(1) Severance includes amounts incurred related to outsourcing, restructuring and other amounts deemed to be in excess of normal recurring amounts.

(2) Transition and business optimization costs include amounts related to outsourcing initiatives and system implementations.

(3) Transaction and merger expenses include costs incurred related to abandoned strategic transactions, new growth initiatives and merger expenses.

(4) Restructuring and other include charges and credits related to restructuring initiatives and other non-recurring activities.

(5) Expenses incurred to upgrade or expand a facility does not include costs incurred to purchase replacement power that should be included under the definition as TXU did not historically track these costs.

(h) Total interest expense includes cash interest plus amounts related to the amortization of discounts and premiums and amortization of deferred financing costs.

(i) Includes 585 MW representing nine combustion turbine units currently operated for an unaffiliated third party's benefit.

23

EFIHMW00296505

# RISK FACTORS

*You should carefully consider the risk factors set forth below as well as the other information contained in this offering memorandum before purchasing the notes. This offering memorandum contains forward-looking statements that involve risk and uncertainties. Any of the following risks could materially and adversely affect our business, prospects, financial condition or results of operations. Additional risks and uncertainties not currently known to us or those we currently view to be immaterial may also materially and adversely affect our business, financial condition or results of operations. In such a case, you may lose all or part of your original investment.*

**Risks Relating to Our Indebtedness and the Notes**

***Our and our subsidiaries' substantial leverage could adversely affect our ability to raise additional capital to fund our operations, limit our ability to react to changes in the economy or our industry, expose us to interest rate risk to the extent of our variable rate debt and prevent us from meeting our obligations under the notes.***

After the consummation of the Transactions, we and our subsidiaries will be highly leveraged. On a pro forma basis as of June 30, 2007, our total indebtedness would have been $39,789 million, including the notes offered hereby. The following chart shows our and our subsidiaries' consolidated level of indebtedness on a pro forma basis as of June 30, 2007 after giving effect to the Transactions.

|  | Pro Forma as of June 30, 2007 |
| --- | ---: |
|  | (millions of dollars) |
| **Indebtedness of TXU Corp. and its subsidiaries (other than Oncor Electric Delivery and its subsidiaries):** | |
| TCEH Senior Secured Facilities[1] | $18,887 |
| Notes offered hereby | 4,500 |
| TCEH Notes | 6,750 |
| Existing secured indebtedness (to remain outstanding)[2] | 383 |
| Existing unsecured indebtedness (to remain outstanding)[2] | 4,254 |
| Total indebtedness of TXU Corp. (other than Oncor Electric Delivery and its subsidiaries) | 34,774 |
| **Indebtedness of Oncor Electric Delivery and its subsidiaries:** | |
| Oncor Electric Delivery Revolving Facility[3] | 955 |
| Existing secured securitization bonds of subsidiary (to remain outstanding)[2] | 1,026 |
| Existing unsecured indebtedness (to remain outstanding)[2] | 3,034 |
| Total indebtedness of Oncor Electric Delivery | 5,015 |
| Total indebtedness | $39,789 |

---

(1) Upon the consummation of the Transactions, TCEH will enter into the TCEH Senior Secured Facilities, consisting of the TCEH Initial Term Loan Facility, the TCEH Delayed Draw Term Loan Facility, the TCEH Letter of Credit Facility, the TCEH Revolving Facility and the TCEH Commodity Collateral Posting Facility. On the closing date, approximately $18,887 million is expected to be drawn under the TCEH Senior Secured Facilities and approximately $5,900 million is expected to be available for additional borrowings by TCEH under the TCEH Delayed Draw Term Loan Facility, the TCEH Letter of Credit Facility and the TCEH Revolving Facility. See "Description of Other Indebtedness—TCEH Senior Secured Facilities."

(2) Assumes that all of the Specified Notes are tendered in the tender offers. See "Description of Other Indebtedness—Debt Repayment."

(3) This $2,000 million facility will be used by Oncor Electric Delivery and its subsidiaries and will not be guaranteed by any other entity. The amount set forth above includes $155 million of short-term debt outstanding at June 30, 2007 and $800 million of outstanding floating rate senior notes that are subject to mandatory redemption upon consummation of the Merger.

24

EFIHMW00296506

We and our subsidiaries may be able to incur substantial additional indebtedness in the future, subject to the restrictions contained in the TCEH Senior Secured Facilities, the indenture governing the notes offered hereby and the indenture governing the TCEH Notes. Oncor Electric Delivery and its subsidiaries will be Unrestricted Subsidiaries under the indenture governing the notes offered hereby. Accordingly, Oncor Electric Delivery's ability to incur additional indebtedness will not be restricted by the terms of the indenture. If new indebtedness is added to our current debt levels, the related risks that we now face could intensify.

Our consolidated pro forma interest expense for the twelve months ended June 30, 2007 would have been $3,451 million compared to our historical interest expense of $830 million for the year ended December 31, 2006. At June 30, 2007, on a pro forma basis, our subsidiaries would have had $18,887 million of debt outstanding under the TCEH Senior Secured Facilities all of which would be floating rate indebtedness. A 1% increase in the interest rates for borrowings thereunder would increase our annual interest expense by approximately $182 million. Any additional borrowings we make under the TCEH Senior Secured Facilities, as described above, will also be subject to floating interest rates.

Our substantial leverage could have important consequences for you, including:

- making it more difficult for us to make payments on the notes and our other indebtedness;

- requiring a substantial portion of cash flow from operations to be dedicated to the payment of principal and interest on our indebtedness, therefore reducing our ability to use our cash flow to fund our operations, capital expenditures and future business opportunities;

- increasing our vulnerability to general economic and industry conditions;

- exposing us to the risk of increased interest rates because certain of our borrowings, including borrowings under the TCEH Senior Secured Facilities, will be at variable rates of interest;

- limiting our ability to make strategic acquisitions or causing us to make non-strategic divestitures;

- limiting our ability to obtain additional financing for working capital, capital expenditures, product development, debt service requirements, acquisitions and general corporate or other purposes; and

- limiting our ability to adjust to changing market conditions and placing us at a competitive disadvantage compared to our competitors who are less highly leveraged.

***Our debt agreements and those of our subsidiaries contain restrictions that limit our flexibility in operating our business.***

The TCEH Senior Secured Facilities, the indenture governing the notes offered hereby and the indenture governing the TCEH Notes contain various covenants and other restrictions that limit our ability and/or the ability of our restricted subsidiaries to engage in specified types of transactions. These covenants and other restrictions limit our and/or our restricted subsidiaries' ability to, among other things:

- incur additional indebtedness or issue preferred shares;

- pay dividends on, repurchase or make distributions in respect of capital stock or make other restricted payments;

- make investments;

- sell or transfer assets;

- create liens;

- consolidate, merge, sell or otherwise dispose of all or substantially all of our assets; and

- enter into transactions with our affiliates.

There are a number of important limitations and exceptions to these covenants and other restrictions. You should read "Description of the Notes" and "Description of Other Indebtedness" for a detailed description of these covenants and other restrictions.

25

Confidential

EFIHMW00296507

Under the TCEH Senior Secured Facilities, TCEH may be required to satisfy and maintain a specified financial ratio. TCEH's ability to meet any such financial ratio can be affected by events beyond its control, and we cannot assure you that it will meet any such ratio. A breach of any of such covenant could result in a default under the TCEH Senior Secured Facilities and other debt of TXU Corp., TCEH or other subsidiaries of TCEH. Upon the occurrence of an event of default under the TCEH Senior Secured Facilities, the lenders could elect to declare all amounts outstanding under the TCEH Senior Secured Facilities to be immediately due and payable and terminate all commitments to extend further credit. If TCEH were unable to repay those amounts, the lenders under the TCEH Senior Secured Facilities could proceed against the collateral granted to them to secure such indebtedness. TCEH has pledged substantially all of its tangible and intangible assets as collateral under the TCEH Senior Secured Facilities. If the lenders under the TCEH Senior Secured Facilities accelerated the repayment of borrowings, we cannot assure you that TCEH will have sufficient assets to repay the TCEH Senior Secured Facilities, the TCEH Notes and its existing debt.

In addition, as described in "The Transactions—Ring-Fencing," Texas Holdings and Oncor Electric Delivery have undertaken a number of ring-fencing measures to further separate Oncor Electric Delivery and its immediate parent Oncor Electric Delivery Holdings from Texas Holdings and its other subsidiaries. Those measures include:

- Oncor Electric Delivery being treated as an unrestricted subsidiary with respect to the notes offered hereby;

- Oncor Electric Delivery not being restricted from incurring its own indebtedness; and

- Oncor Electric Delivery not pledging any of its assets to secure the indebtedness of Texas Holdings and its other subsidiaries.

Accordingly, Oncor Electric Delivery's assets will not be available to repay any of the TCEH Senior Secured Facilities, the notes offered hereby or the TCEH Notes. See the subsections titled "Regulated Delivery Segment" in "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the financial statements of Oncor Electric Delivery included elsewhere in this offering memorandum for information regarding Oncor Electric Delivery.

*As a result of the ring-fencing measures undertaken by our subsidiary Oncor Electric Delivery, TXU Corp.'s noteholders should not rely on funds from Oncor Electric Delivery to pay any amounts payable on the notes.*

On or before the consummation of the Merger, Texas Holdings and Oncor Electric Delivery will implement certain structural and operational measures based on principles articulated by rating agencies and commitments made by Texas Holdings and Oncor Electric Delivery to the PUCT and the FERC that are intended to further separate Oncor Electric Delivery from Texas Holdings and its other subsidiaries in order to mitigate Oncor Electric Delivery's credit exposure to those entities and to reduce the risk that the assets and liabilities of Oncor Electric Delivery would be substantively consolidated with the assets and liabilities of Texas Holdings or any of its other subsidiaries in the event of a bankruptcy of one or more of those entities. See "The Transactions—Ring-Fencing" for a description of the material terms of the ring-fencing measures.

Noteholders should not look to the asset, financial condition or results of operations of Oncor Electric Delivery for payments of interest or principal on the notes. Oncor Electric Delivery Holdings and its subsidiaries will be Unrestricted Subsidiaries as defined in the indenture governing the notes offered hereby and, accordingly, will not be subject to most of the restrictive covenants in the indenture. However, noteholders should be aware that the consolidated financial information of TXU Corp. presented in the offering memorandum includes the results of Oncor Electric Delivery for all periods. See the subsections titled "Regulated Delivery Segment" in "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the financial statements of Oncor Electric Delivery included elsewhere in this offering memorandum for information regarding Oncor Electric Delivery.

26

EFIHMW00296508

As part of the ring-fencing measures undertaken by Oncor Electric Delivery, a majority of the members of the board of directors of Oncor Electric Delivery will be independent from the Issuer. The independent directors will be appointed by the nominating committee of Oncor Electric Delivery Holdings, and a majority of the members of Oncor Electric Delivery Holdings' nominating committee will be members of Oncor Electric Delivery Holdings' board of directors who are independent from the Issuer. The organizational documents of Oncor Electric Delivery give these independent directors the express right, acting by majority vote, to prevent distributions, if the directors determine that it is in the best interests of Oncor Electric Delivery to retain such amounts to meet expected future requirements. Accordingly, there can be no assurance that Oncor will make any distributions to the Issuer.

Further, the PUCT may reduce Oncor Electric Delivery's rates to the extent the PUCT finds that the Merger is not in the public interest and disallow the effect of the Merger on rates. If the Merger will unreasonably affect Oncor Electric Delivery's rates or service. The PUCT has initiated a rate case to review Oncor's Electric Delivery's rates, which case is proceeding.

***Our subsidiaries may not be able to generate sufficient cash to service all of our and their indebtedness, including the notes, and may be forced to take other actions to satisfy our and their obligations under our indebtedness, which may not be successful.***

Our ability to make scheduled payments on or to refinance our debt obligations depends on our financial condition and the operating performance of our subsidiaries, which is subject to prevailing economic and competitive conditions and to certain financial, business and other factors beyond our control. We cannot assure you that our subsidiaries will maintain a level of cash flows from operating activities sufficient to permit us and them to pay the principal, premium, if any, and interest on our indebtedness, including the notes.

If our and our subsidiaries' cash flows and capital resources are insufficient to fund our debt service obligations and those of our subsidiaries, we or they may be forced to reduce or delay investments and capital expenditures, or to sell assets, seek additional capital or restructure or refinance our indebtedness, including the notes. These alternative measures may not be successful and may not permit us to meet our and their scheduled debt service obligations. If operating results and available cash are insufficient to meet our and their debt service obligations, we and they could face substantial liquidity problems and might be required to dispose of material assets or operations to meet debt service and other obligations. We and they may not be able to consummate those dispositions or obtain the proceeds that we and they could realize from them, and these proceeds may not be adequate to meet any debt service obligations then due. Additionally, the TCEH Senior Secured Facilities, the indenture governing the notes offered hereby and the indenture governing the TCEH Notes will limit the use of the proceeds from any disposition. As a result, we and they may not be allowed, under the terms of our and their indebtedness, to use proceeds from such dispositions to satisfy all current debt service obligations. Further, the TCEH Senior Secured Facilities and the indenture governing the TCEH Notes will restrict US Holdings, TCEH and TCEH's subsidiaries from making certain payments to us.

***Under the terms of the indenture governing the TCEH Notes, US Holdings and TCEH will be restricted from making certain payments to TXU Corp.***

TXU Corp. is a holding company and substantially all of its consolidated assets are held by its subsidiaries. As of June 30, 2007, TCEH and its subsidiaries held approximately 54% of our consolidated assets (or approximately 75% on a pro forma basis for such period). Accordingly, TXU Corp. depends upon TCEH for a significant amount of its cash flows and ability to pay its obligations, including its obligations under the notes offered hereby. For the year ended December 31, 2006 and the six-month period ended June 30, 2007, TCEH and its subsidiaries represented 88% and 81%, respectively, of our consolidated revenues. However, under the terms of the indenture governing the TCEH Notes and the TCEH Senior Secured Facilities, TCEH and US Holdings will be restricted from making certain payments to TXU Corp., except in the form of certain loans to cover certain of TXU Corp.'s obligations and dividends and distributions in certain other limited circumstances. In addition, TCEH will be prohibited from making certain loans to TXU Corp. if certain events of default under the indenture governing the TCEH Notes have occurred and are continuing.

27

Confidential

EFIHMW00296509

***TXU Corp. is a holding company, and its obligations are structurally subordinated to existing and future liabilities and preferred stock of its subsidiaries.***

TXU Corp. is a holding company and substantially all of its consolidated assets are held by its subsidiaries. Accordingly, TXU Corp.'s cash flows and ability to meet its obligations are largely dependent upon the earnings of its subsidiaries and the payment of such earnings to TXU Corp. in the form of distributions, loans or advances, and repayment of loans or advances from TXU Corp. These subsidiaries are separate and distinct legal entities and have no obligation to provide TXU Corp. with funds for its payment obligations, whether by dividends, distributions, loans or otherwise.

Because TXU Corp. is a holding company, its obligations to its creditors are structurally subordinated to all existing and future liabilities and existing and future preferred stock of TXU Corp.'s subsidiaries. Therefore, TXU Corp.'s rights and the rights of its creditors to participate in the assets of any subsidiary in the event that such a subsidiary is liquidated or reorganized are subject to the prior claims of such subsidiary's creditors, including the lenders under the TCEH Senior Secured Facilities and the holders of the TCEH Notes, and holders of its preferred stock. To the extent that TXU Corp. may be a creditor with recognized claims against any such subsidiary, TXU Corp.'s claims would still be subject to the prior claims of such subsidiary's creditors to the extent that they are secured or senior to those held by TXU Corp. Subject to restrictions contained in financing arrangements, TXU Corp.'s subsidiaries may incur additional indebtedness and other liabilities.

In connection with the Merger, a significant amount of debt will be issued by TCEH, including up to $24.1 billion of committed financing under the TCEH Senior Secured Facilities and $6.75 billion of TCEH Notes. This debt and the existing debt at TCEH will be structurally senior to TXU Corp.'s debt, including the notes offered hereby, because neither TCEH nor any of its subsidiaries is a guarantor of the notes offered hereby. In addition, neither Oncor Electric Delivery nor any of its subsidiaries will guarantee the notes and therefore all of their debt and liabilities will be structurally senior to the notes.

***If we or any of our subsidiaries defaults on obligations to pay indebtedness, we may not be able to make payments on the notes.***

Any default under the agreements governing our indebtedness or the indebtedness of our subsidiaries, including a default under the TCEH Senior Secured Facilities or the TCEH Notes, that is not waived by the required lenders or noteholders, and the remedies sought by the holders of such indebtedness, could prevent us from paying principal, premium, if any, and interest on the notes and substantially decrease the market value of the notes. If our subsidiaries are unable to generate sufficient cash flows and we are otherwise unable to obtain funds necessary to meet required payments of principal, premium, if any, and interest on our and their indebtedness, or if we or they otherwise fail to comply with the various covenants, including any financial and operating covenants, in the instruments governing our and their indebtedness (including covenants in the TCEH Senior Secured Facilities, the indenture governing the notes offered hereby, the indenture governing the TCEH Notes and the terms of our other indebtedness) we or they could be in default under the terms of the agreements governing such indebtedness. In the event of such default, the holders of such indebtedness could elect to declare all the funds borrowed thereunder to be due and payable, together with accrued and unpaid interest, the lenders under the TCEH Senior Secured Facilities could elect to terminate their commitments thereunder, cease making further loans and institute foreclosure proceedings against their assets, and we or they could be forced into bankruptcy or liquidation. If the operating performance of our subsidiaries declines, we or they may in the future need to obtain waivers from the required lenders under the TCEH Senior Secured Facilities to avoid being in default. If our subsidiaries breach the covenants under the TCEH Senior Secured Facilities and seek a waiver, they may not be able to obtain a waiver from the required lenders. If this occurs, they would be in default under the instrument governing that indebtedness, the lenders could exercise their rights, as described above, and they could be forced into bankruptcy or liquidation.

28

Confidential

EFIHMW00296510

*We may not be able to repurchase the notes upon a change of control.*

Upon the occurrence of specific kinds of change of control events, we will be required to offer to repurchase all outstanding notes at 101% of their principal amount plus accrued and unpaid interest. The source of funds for any such purchase of the notes will be our available cash or cash generated from our subsidiaries' operations or other sources, including borrowings, sales of assets or sales of equity. We may not be able to repurchase the notes upon a change of control because we may not have sufficient financial resources to purchase all of the notes that are tendered upon a change of control. Further, we will be restricted under the terms of the TCEH Senior Secured Facilities from receiving from TCEH funds sufficient to repurchase all of the notes tendered by holders upon a change of control. Accordingly, we may not be able to satisfy our obligations to purchase the notes unless we are able to refinance or obtain waivers under the instruments governing that indebtedness. Our failure to repurchase the notes upon a change of control would cause a default under the indenture and a cross-default under the instruments governing the TCEH Senior Secured Facilities, the indenture governing the TCEH Notes and the terms of our other indebtedness. The instruments governing the TCEH Senior Secured Facilities also provide that a change of control will be a default that permits the lenders thereunder to accelerate the maturity of borrowings thereunder. Any of our future debt agreements may contain similar provisions.

*There are restrictions on your ability to transfer or resell the notes without registration under applicable securities laws.*

The notes are being offered and sold pursuant to an exemption from registration under U.S. and applicable state securities laws. Therefore, you may transfer or resell the notes in the United States only in a transaction registered under or exempt from the registration requirements of the U.S. and applicable state securities laws, and you may be required to bear the risk of your investment for an indefinite period of time. The Issuer is obligated to use its reasonable best efforts to commence an offer to exchange the notes for equivalent notes registered under U.S. securities laws or, in certain circumstances, register the reoffer and resale of the notes under U.S. securities laws. See "Description of Notes—Exchange Offer; Registration Rights" and "Notice to Investors."

*You will be required to pay U.S. federal income tax on the toggle notes even if we do not pay cash interest.*

We have the option to pay interest on the toggle notes in cash or PIK interest. For U.S. federal income tax purposes, the existence of this option means that none of the interest payments on the toggle notes will be qualified stated interest for U.S. federal income tax purposes (as defined under "Certain U.S. Federal Tax Consequences"), even if we never exercise the option to pay PIK interest. Consequently, the toggle notes will be treated as issued with original issue discount for U.S. federal income tax purposes, and U.S. holders will be required to include the original issue discount in gross income on a constant yield to maturity basis, regardless of whether interest is paid currently in cash. See "Certain U.S. Federal Tax Consequences."

*Despite current indebtedness levels, we and our subsidiaries may still be able to incur substantially more indebtedness. This could further exacerbate the risks associated with our substantial financial leverage.*

We and our subsidiaries may be able to incur substantial additional indebtedness in the future because the terms of the indenture governing the notes offered hereby, the indenture governing the TCEH Notes and the TCEH Senior Secured Facilities do not prohibit us or our subsidiaries from doing so. Subject to covenant compliance and other conditions, the TCEH Senior Secured Facilities (excluding additional borrowings of $5,900 million under the TCEH Delayed Draw Term Loan Facility, the TCEH Letter of Credit Facility and the TCEH Revolving Facility and additional borrowings under the TCEH Commodity Collateral Posting Facility) would permit additional borrowing after completion of the Merger, including incremental borrowings of up to $2.5 billion under the TCEH Senior Secured Facilities and up to $500 million under the Oncor Electric Delivery Revolving Facility. Any of those additional borrowings would be effectively senior to the notes. If new indebtedness is added to our and our subsidiaries' current indebtedness levels, the related risks that we and they now face could intensify. See "Description of Other Indebtedness."

29

EFIHMW00296511

*US Holdings' guarantee is effectively subordinated to those lenders who have a security interest in its assets.*

US Holdings' obligations under its guarantee of the notes are unsecured, but its obligations under its guarantee of the TCEH Senior Secured Facilities are secured by a security interest in substantially all of its tangible and intangible assets. If US Holdings were unable to pay under its guarantee of the TCEH Senior Secured Facilities, the lenders could foreclose on the pledged assets described above to the exclusion of holders of the notes, even if an event of default exists under the indenture governing the notes offered hereby at such time. In any such event, because the guarantee of the notes will not be secured by any of US Holdings' assets or the equity interests in US Holdings, it is possible that there would be no assets remaining from which your claims could be satisfied or, if any assets remained, they might be insufficient to fully satisfy your claims under such guarantee. See "Description of Other Indebtedness—TCEH Senior Secured Facilities."

As of June 30, 2007, on a pro forma basis after giving effect to the Transactions, US Holdings would have had $19,177 million of secured indebtedness, $18,887 of which would have been indebtedness represented by its guarantee of the TCEH Senior Secured Facilities, and TCEH would have had $5,900 million of available borrowings under the TCEH Senior Secured Facilities (excluding the TCEH Commodity Collateral Posting Facility).

*Federal and state statutes allow courts, under specific circumstances, to void guarantees, subordinate claims in respect of guarantees and require note holders to return payments received from the guarantors.*

The notes will be guaranteed by US Holdings and Transmission and Distribution Holdings. The issuance of the guarantees by the guarantors may be subject to review under state and federal laws if a bankruptcy, liquidation or reorganization case or a lawsuit, including in circumstances in which bankruptcy is not involved, were commenced at some future date by, or on behalf of, our unpaid creditors or the unpaid creditors of a guarantor. Under the federal bankruptcy laws and comparable provisions of state fraudulent transfer laws, a court may void or otherwise decline to enforce a guarantor's guarantee, or subordinate such guarantee to such guarantor's existing and future indebtedness. While the relevant laws may vary from state to state, a court might do so if it found that when a guarantor entered into its guarantee or, in some states, when payments became due under such guarantee, such guarantor received less than reasonably equivalent value or fair consideration and either:

- was insolvent or rendered insolvent by reason of such incurrence;

- was engaged in a business or transaction for which the guarantor's remaining assets constituted unreasonably small capital; or

- intended to incur, or believed that it would incur, debts beyond its ability to pay such debts as they mature.

The court might also void a guarantee, without regard to the above factors, if the court found that a guarantor entered into its guarantee with actual intent to hinder, delay or defraud its creditors. In addition, any payment by a guarantor pursuant to its guarantee could be voided and required to be returned to such guarantor or to a fund for the benefit of such guarantor's creditors. A court would likely find that a guarantor did not receive reasonably equivalent value or fair consideration for such guarantee if such guarantor did not substantially benefit directly or indirectly from the issuance of the notes. If a court were to void a guarantee, you would no longer have a claim against the guarantor. Sufficient funds to repay the notes may not be available from other sources. In addition, the court might direct you to repay any amounts that you already received from a guarantor. The measures of insolvency for purposes of these fraudulent transfer laws will vary depending upon the law applied in any proceeding to determine whether a fraudulent transfer has occurred. Generally, however, a guarantor would be considered insolvent if:

- the sum of its debts, including contingent liabilities, was greater than the fair saleable value of all of its assets;

30

EFIHMW00296512

- if the present fair saleable value of its assets was less than the amount that would be required to pay its probable liability on its existing debts, including contingent liabilities, as they become absolute and mature; or
- it could not pay its debts as they become due.

To the extent a court voids any of the guarantees as a fraudulent transfer or holds any of the guarantees unenforceable for any other reason, holders of notes would cease to have any direct claim against the applicable guarantor. If a court were to take this action, a guarantor's assets would be applied first to satisfy such guarantor's liabilities, if any, before any portion of its assets could be applied to the payment of the notes. Each guarantee will contain a provision intended to limit the guarantor's liability to the maximum amount that it could incur without causing the incurrence of obligations under its guarantee to be a fraudulent transfer. This provision may not be effective to protect the guarantees from being voided under fraudulent transfer law, or may reduce the guarantor's obligation to an amount that effectively makes the guarantee worthless.

### The majority of our subsidiaries will not guarantee the notes.

The notes will be guaranteed on a senior unsecured basis by US Holdings and Transmission and Distribution Holdings, but not by any of our other current subsidiaries. US Holdings is a holding company. Transmission and Distribution Holdings is a newly-formed entity whose only asset is its interest in Oncor Electric Delivery Holdings. Neither US Holdings nor Transmission and Distribution Holdings has any operations and each relies on distributions from its subsidiaries. However, the historical consolidated financial statements and the pro forma condensed combined financial information included in this offering memorandum include all of our subsidiaries. Our non-guarantor subsidiaries generated all of our revenues for the year ended December 31, 2006 and the six-month period ended June 30, 2007, respectively, and as of June 30, 2007, our non-guarantor subsidiaries held approximately 99% of our total assets. See Note 27 to our 2006 year-end Financial Statements and Note 16 to the June 30, 2007 Financial Statements included elsewhere in this offering memorandum.

Our non-guarantor subsidiaries are separate and distinct legal entities and have no obligation, contingent or otherwise, to pay any amounts due pursuant to the notes, or to make any funds available therefore, whether by dividends, loans, distributions or other payments. Any right that we, US Holdings or Transmission and Distribution Holdings have to receive any assets of any of the non-guarantor subsidiaries upon the liquidation or reorganization of those subsidiaries, and the consequent rights of holders of notes to realize proceeds from the same of any of those subsidiaries' assets, will be effectively subordinated to the claims of that subsidiary's preferred equity holders and creditors, including trade creditors and holders of debt of that subsidiary.

### Your ability to transfer the notes may be limited by the absence of an active trading market, and there is no assurance that any active trading market will develop for the notes.

The notes are a new issue of securities for which there is no established public market. We expect the notes to be eligible for trading by "qualified institutional buyers," as defined under Rule 144A of the Securities Act, in The PORTAL Market.

The placement agents have advised us that they intend to make a market in the notes, and the exchange notes, if issued, as permitted by applicable laws and regulations; however, the placement agents are not obligated to make a market in the notes or the exchanges notes, and they may discontinue their market-making activities at any time without notice. Therefore, we cannot assure you that an active market for the notes or exchange notes will develop or, if developed, that it will continue. Historically, the market for non investment-grade debt has been subject to disruptions that have caused substantial volatility in the prices of securities similar to the notes.

We cannot assure you that the market, if any, for the notes or exchange notes will be free from similar disruptions or that any such disruptions may not adversely affect the prices at which you may sell your notes. In addition, subsequent to their initial issuance, the notes or exchange notes may trade at a discount from their initial offering price, depending upon prevailing interest rates, the market for similar notes, our performance and other factors.

31

EFIHMW00296513

**Risks Relating to Our Businesses**

***Our businesses are subject to ongoing complex governmental regulations and legislation that have impacted, and may in the future impact, our business and/or results of operations.***

Our businesses operate in changing market environments influenced by various state and federal legislative and regulatory initiatives regarding the restructuring of the energy industry, including competition in the generation and sale of electricity. We will need to continually adapt to these changes. For example, the Texas retail electricity market became competitive as of January 1, 2002, and the introduction of competition has resulted in, and may continue to result in, declines in customer counts and sales volumes.

Our businesses are subject to changes in state and federal laws (including the Public Utility Regulatory Act ("PURA"), the Federal Power Act, the Atomic Energy Act, the Public Utility Regulatory Policies Act of 1978, the Clean Air Act and the Energy Policy Act of 2005) and changing governmental policy and regulatory actions (including those of the PUCT, the Electric Reliability Organization, the Texas Regional Entity, the Texas Railroad Commission, the TCEQ, the FERC, the EPA and the NRC) and also the rules, guidelines and protocols of ERCOT with respect to matters including, but not limited to, market structure and design, operation of nuclear generation facilities, construction and operation of other generation facilities, construction and operation of transmission facilities, acquisition, disposal, depreciation and amortization of regulated assets and facilities, recovery of costs and investments, decommissioning costs, return on invested capital for our regulated businesses, present or prospective wholesale and retail competition and environmental matters. TCEH, along with other market participants, is subject to electricity pricing constraints and market behavior and other competition-related rules and regulations under PURA that are administered by the PUCT, and, with respect to its wholesale power sales outside the ERCOT region, is subject to market behavior and other competition-related rules and regulations under the Federal Power Act that are administered by the FERC. Changes in, revisions to, or reinterpretations of existing laws and regulations (particularly with respect to prices at which TCEH may sell electricity) may have an adverse effect on our businesses.

Although the recently concluded 2007 Texas Legislative Session closed without passage of legislation that significantly negatively impacted our business, the legislature did adopt legislation that likely requires prior PUCT approval for any future direct or indirect acquisition of Oncor Electric Delivery (other than in the Merger), and ensures that the PUCT shall have authority to enforce commitments made in a filing under PURA Section 14.101 (such as the filing made by Texas Holdings and Oncor Electric Delivery on April 25, 2007. Several pieces of legislation were introduced that, if passed, may have had a material impact on us and our financial prospects, including, for example, legislation that would have:

- required TXU Corp. to separate its subsidiaries into two or three stand-alone companies, which could have resulted in a significant tax cost to TXU Corp.;

- required divestiture of significant wholesale power generation assets, which also could have resulted in a significant tax cost to TXU Corp.; and

- given new authority to the PUCT to cap retail electric prices.

Although ultimately none of this legislation was passed, there can be no assurance that future action of the Texas Legislative Session, which could be similar or different from the proposals considered by the most recent Texas Legislative Session, will not have a material adverse effect on us and our financial prospects.

***Litigation or legal proceedings could expose us to significant liabilities, damage our reputation and have a material adverse effect on our results of operations, and the litigation environment in which we operate poses a significant risk to our business.***

We and our subsidiaries are involved in the ordinary course of business in a number of lawsuits involving employment, commercial, environmental and injuries and damages issues, among other matters. We evaluate

32

litigation claims and legal proceedings to assess the likelihood of unfavorable outcomes and to estimate, if possible, the amount of potential losses. Based on these assessments and estimates, we establish reserves and disclose the relevant litigation claims or legal proceedings, as appropriate. These assessments and estimates are based on the information available to management at the time and involve a significant amount of management judgment. Actual outcomes or losses may differ materially from current assessments and estimates. The settlement or resolution of such claims or proceedings may have a material adverse effect on our results of operations. For more information on legal proceedings, see "Business—Legal Proceedings."

In addition, judges and juries in the state of Texas have demonstrated a willingness to grant large verdicts, including punitive damages, to plaintiffs in personal injury, property damage and business tort cases. We and our subsidiaries use legal and appropriate means to contest litigation threatened or filed against us, but the litigation environment in the state of Texas poses a significant business risk.

We are also exposed to the risk that we may become the subject of regulatory investigations. For example, in March 2007, the PUCT issued a Notice of Violation ("NOV") stating that the PUCT Staff is recommending an enforcement action, including the assessment of administrative penalties, against us for alleged market power abuse in ERCOT–administered balancing energy auctions during certain periods of the summer of 2005. The PUCT Staff issued a revised NOV in September 2007, in which the proposed administrative penalty amount was reduced from $210 million to $171 million. The revised NOV was necessary, according to the PUCT Staff, to correct calculation errors in the initial NOV. As revised, the NOV is premised upon the PUCT Staff's allegation that Luminant Energy's bidding behavior was not competitive and increased market participants' costs of balancing energy by approximately $57 million, including approximately $19 million in incremental revenues to us. A hearing requested by Luminant Energy to contest the alleged occurrence of a violation and the amount of the penalty in the NOV has been scheduled to start in April 2008. While we believe no market power abuse was committed, we are unable to predict the outcome of this matter.

### *TXU Energy may lose a significant number of retail customers in its historical service territory due to competitive marketing activity by retail electric providers and face competition from incumbent providers outside its historical service territory.*

TXU Energy faces competition for customers within the service territory where we are the incumbent utility company, which we refer to as our historical service territory. Competitors may offer lower prices and other incentives, which, despite TXU Energy's long-standing relationship with customers, may attract customers away from TXU Energy.

In most retail electric markets outside its historical service territory, TXU Energy's principal competitor may be the retail affiliate of the local incumbent utility company. The incumbent retail affiliates have the advantage of long-standing relationships with their customers, including well-known brand recognition.

In addition to competition from the incumbent utilities and their affiliates, TXU Energy may face competition in all of our service territories from a number of other energy service providers, or other energy industry participants, who may develop businesses that will compete with TXU Energy and nationally branded providers of consumer products and services. Some of these competitors or potential competitors may be larger or better capitalized than TXU Energy. If there is inadequate potential margin in these retail electric markets, it may not be profitable for TXU Energy to enter these markets.

### *Our revenues and results of operations may be negatively impacted by decreases in market prices for power, decreases in natural gas prices, and/or decreases in market heat rates.*

We are not guaranteed any rate of return on our capital investments in competitive businesses. We market and trade electricity and natural gas, including electricity from our own generation facilities and generation owned by a contracted from third parties, as part of our wholesale markets management operation. Our results of

Confidential

EFIHMW00296515

operations depend in large part upon market prices for electricity, natural gas, lignite, uranium and coal in our regional market and other competitive markets and upon prevailing retail electricity rates, which may be impacted by actions of regulatory authorities. The prices we receive for the sale of electricity at wholesale could be impacted by the voluntary mitigation plan adopted by the PUCT. The voluntary mitigation plan is intended to be in place for one year, though it could be renewed or modified in a subsequent proceeding. Market prices may fluctuate substantially over relatively short periods of time. Demand for electricity can fluctuate dramatically, creating periods of substantial under- or over-supply. During periods of over-supply, prices might be depressed. Also, at times there may be political pressure, or pressure from regulatory authorities with jurisdiction over wholesale and retail energy commodity and transportation rates, to impose price limitations, bidding rules and other mechanisms to address volatility and other issues in these markets. For example, as a result of Hurricane Katrina, such pressures in September and October of 2005 played a role in TXU Energy's decision to moderate the implementation of a price increase in November and December 2005 and to voluntarily forego an increase in its price-to-beat retail price from January 1, 2006 through April 1, 2006. Further, TXU Energy has agreed to grant price discounts in connection with the Merger and provide price protection through December 2008.

Some of the fuel for Luminant's generation facilities is purchased under short-term contracts or on the spot market. Prices of fuel, including natural gas, may also be volatile, and the price we can obtain for electricity sales may not change at the same rate as changes in fuel costs. In addition, we purchase and sell natural gas and other energy related commodities, and volatility in these markets may affect our costs incurred in meeting our obligations.

Volatility in market prices for fuel and electricity may result from the following:

- severe or unexpected weather conditions;

- seasonality;

- changes in electricity and fuel usage;

- illiquidity in the wholesale power or other markets;

- transmission or transportation constraints, inoperability or inefficiencies;

- availability of competitively-priced alternative energy sources;

- changes in supply and demand for energy commodities, including nuclear fuel and related enrichment and conversion services;

- changes in generation efficiency and market heat rates;

- outages at our generation facilities or those of our competitors;

- changes in production and storage levels of natural gas, lignite, coal, crude oil and refined products;

- natural disasters, wars, sabotage, terrorist acts, embargoes and other catastrophic events; and

- federal, state and local energy, environmental and other regulation and legislation.

All of Luminant's generation facilities are located in the ERCOT region, a market with limited interconnections to other markets. Wholesale electricity prices in the ERCOT market generally correlate with the price of natural gas because marginal demand is generally supplied by natural gas-fueled generation plants. Wholesale electricity prices also correlate with market heat rates (a measure of efficiency of the marginal price-setting generator of electricity), which could fall if demand for electricity were to decrease or if additional generation facilities are built in ERCOT. Accordingly, the contribution to earnings and the value of Luminant's baseload (lignite/coal-fueled and nuclear) generation assets, which provided a substantial portion of our supply volumes in 2006, are dependent in significant part upon the price of natural gas and market heat rates. As a result, Luminant's baseload generation assets could significantly decrease in profitability and value if natural gas prices fall or if market heat rates fall.

34

EFIHMW00296516

***Our assets or positions cannot be fully hedged against changes in commodity prices and market heat rates, and our hedging transactions may not work as planned or hedge counterparties may default on their obligations to us.***

We cannot fully hedge the risk associated with changes in natural gas prices or market heat rates because of the expected useful life of our generation assets and the size of its position relative to market liquidity. To the extent we have unhedged positions, fluctuating commodity prices and/or market heat rates can materially impact our results of operations and financial position, either favorably or unfavorably.

To manage our financial exposure related to commodity price fluctuations, we routinely enter into contracts to hedge portions of our purchase and sale commitments, weather positions, fuel requirements and inventories of natural gas, lignite, coal, crude oil and refined products, and other commodities, within established risk management guidelines. As part of this strategy, we routinely utilize fixed-price forward physical purchase and sales contracts, futures, financial swaps and option contracts traded in the over-the-counter markets or on exchanges. Although we devote a considerable amount of management time and effort to the establishment of risk management procedures, as well as the ongoing review of the implementation of these procedures, the procedures in place may not be followed or may not always function as planned and cannot eliminate all the risks associated with these activities. As a result of these and other factors, we cannot precisely predict the impact that risk management decisions may have on our business, results of operations or financial position.

To the extent we engage in hedging and risk management activities, we are exposed to the risk that counterparties that owe us money, energy or other commodities as a result of market transactions will not perform their obligations. Should the counterparties to these arrangements fail to perform, we might be forced to enter into alternative hedging arrangements or honor the underlying commitment at then-current market prices. In such event, we might incur losses in addition to amounts, if any, already paid to the counterparties. ERCOT market participants are also exposed to risks that another ERCOT market participant may default in its obligations to pay ERCOT for power taken, in which case such costs, to the extent not offset by posted security and other protections available to ERCOT, may be allocated to various non-defaulting ERCOT market participants, including us.

In connection with its affiliates' hedging and risk management activities, TCEH has guaranteed or indemnified the performance of a portion of its affiliates' obligations relating to such activities. TCEH might not be able to satisfy all of these guarantees and indemnification obligations if they were to come due at the same time. In addition, reductions in credit quality or changes in the market prices of energy commodities could increase the cash collateral required to be posted in connection with hedging and risk management activities, which could materially impact our liquidity and financial position.

***We may suffer material losses, costs and liabilities due to Luminant's ownership and operation of the Comanche Peak nuclear generation plant.***

The ownership and operation of a nuclear generation plant involves certain risks. These risks include:

- unscheduled outages or unexpected costs due to equipment, mechanical, structural or other problems;

- inadequacy or lapses in maintenance protocols;

- the impairment of reactor operation and safety systems due to human error;

- the costs of storage, handling and disposal of nuclear materials;

- the costs of procuring nuclear fuel;

- the costs of securing the plant against possible terrorist attacks;

- limitations on the amounts and types of insurance coverage commercially available; and

- uncertainties with respect to the technological and financial aspects of decommissioning nuclear facilities at the end of their useful lives.

35

Confidential

EFIHMW00296517

The prolonged unavailability of Comanche Peak could materially affect our financial condition and results of operations, particularly when the cost to produce power at Comanche Peak is significantly less than market wholesale power prices. The following are among the more significant of these risks:

- *Operational Risk*—Operations at any nuclear generation plant could degrade to the point where the plant would have to be shut down. If such degradations were to occur, the process of identifying and correcting the causes of the operational downgrade to return the plant to operation could require significant time and expense, resulting in both lost revenue and increased fuel and purchased power expense to meet supply commitments. Rather than incurring substantial costs to restart the plant, the plant could be shut down. Furthermore, a shut-down or failure at any other nuclear generation plant could cause regulators to require a shut-down or reduced availability at Comanche Peak.

- *Regulatory Risk*—The NRC may modify, suspend or revoke licenses and impose civil penalties for failure to comply with the Atomic Energy Act, the regulations under it or the terms of the licenses of nuclear generation facilities. Unless extended, the NRC operating licenses for Comanche Peak Unit 1 and Unit 2 will expire in 2030 and 2033, respectively. Changes in regulations by the NRC could require a substantial increase in capital expenditures or result in increased operating or decommissioning costs.

- *Nuclear Accident Risk*—Although the safety record of Comanche Peak and other nuclear generation plants generally has been very good, accidents and other unforeseen problems have occurred both in the United States and elsewhere. The consequences of an accident can be severe and include loss of life, injury, lasting negative health impact and property damage. Any accident, or perceived accident, could subject us to significant liabilities and damage our reputation. Any such resulting liability from a nuclear accident could exceed our resources, including insurance coverage.

***The operation and maintenance of electricity generation and delivery facilities involves significant risks that could adversely affect our results of operations and financial condition.***

The operation and maintenance of electricity generation and delivery facilities involves many risks, including, as applicable, start-up risks, breakdown or failure of facilities, lack of sufficient capital to maintain the facilities, the dependence on a specific fuel source or the impact of unusual or adverse weather conditions or other natural events, as well as the risk of performance below expected levels of output, efficiency or reliability, the occurrence of any of which could result in lost revenues and/or increased expenses. A significant number of Luminant's facilities were constructed many years ago. In particular, older generating equipment and transmission and distribution equipment, even if maintained in accordance with good engineering practices, may require significant capital expenditures to keep operating at peak efficiency or reliability. The risk of increased maintenance and capital expenditures arises from (a) increased starting and stopping of generation equipment due to the volatility of the competitive market, (b) any unexpected failure to generate electricity, including failure caused by breakdown or forced outage and (c) damage to facilities due to storms, natural disasters, wars, terrorist acts and other catastrophic events. Further, our ability to successfully and timely complete capital improvements to existing facilities or other capital projects is contingent upon many variables and subject to substantial risks. Should any such efforts be unsuccessful, we could be subject to additional costs and/or the write-off of its investment in the project or improvement.

Insurance, warranties or performance guarantees may not cover all or any of the lost revenues or increased expenses, including the cost of replacement power. Likewise, our ability to obtain insurance, and the cost of and coverage provided by such insurance, could be affected by events outside our control.

***Our cost of compliance with environmental laws and regulations and our commitments, and the cost of compliance with new environmental laws, regulations or commitments could materially adversely affect our results of operations and financial condition.***

We are subject to extensive environmental regulation by governmental authorities. In operating our facilities, we are required to comply with numerous environmental laws and regulations and to obtain numerous

36

EFIHMW00296518

governmental permits. We may incur significant additional costs beyond those currently contemplated to comply with these requirements. If we fail to comply with these requirements, we could be subject to civil or criminal liabilities and fines. Existing environmental regulations could be revised or reinterpreted, new laws and regulations could be adopted or become applicable to us or our facilities, and future changes in environmental laws and regulations could occur, including potential regulatory and enforcement developments related to air emissions.

In conjunction with the building of three new generation units, we have committed to reduce emissions of mercury, nitrogen oxide ("$NO_x$") and sulfer dioxide ("SO2") associated with our baseload generation units by 20% from 2005 levels. We may incur significantly greater costs than those contemplated in order to achieve this commitment. We may also make new environmental commitments and incur significant additional costs in order to achieve such commitments.

Upon consummation of the Merger, we will put in place a Sustainable Energy Advisory Board that will focus on assisting us in pursuing technology development opportunities that, among other things, are designed to reduce our impact on the environment. We may incur significant costs in addition to the costs referenced above as we pursue these opportunities.

We may not be able to obtain or maintain all required environmental regulatory approvals. If there is a delay in obtaining any required environmental regulatory approvals or if we fail to obtain, maintain or comply with any such approval, the operation of our facilities could be stopped, curtailed or modified or become subject to additional costs.

In addition, we may be responsible for any on-site liabilities associated with the environmental condition of facilities that we have acquired, leased or developed, regardless of when the liabilities arose and whether they are known or unknown. In connection with certain acquisitions and sales of assets, we may obtain, or be required to provide, indemnification against certain environmental liabilities. Another party could, depending on the circumstances, assert an environmental claim against us or fail to meet its indemnification obligations to us.

Increasing attention to potential environmental effects of "greenhouse gas" emissions may result in new regulation and restrictions on emissions of certain gasses that may be contributing to warming the Earth's atmosphere. Several bills addressing climate change have been introduced in the U.S. Congress and, in April 2007, the U.S. Supreme Court issued a decision ruling the EPA improperly declined to address carbon dioxide impacts in a rulemaking related to new motor vehicle emissions. While this decision is not directly applicable to power plant emissions, the reasoning of the decision could affect other regulatory programs that are. The impact on us of any future greenhouse gas legislation or other regulation will depend in large part on the details of the requirements and the timetable for mandatory compliance. Although we continue to assess the financial and operational risks posed by possible future legislative changes pertaining to greenhouse gas emissions, we are currently unable to predict any future impact on our financial condition and operations.

***The rates of Oncor Electric Delivery's electric delivery business are subject to regulatory review.***

The rates assessed by Oncor Electric Delivery are regulated by the PUCT and certain cities and are subject to cost-of-service regulation and annual earnings oversight. This regulatory treatment does not provide any assurance as to achievement of earnings levels. Oncor Electric Delivery's rates are regulated based on an analysis of Oncor Electric Delivery's costs and capital structure, as reviewed and approved in a regulatory proceeding. While rate regulation is premised on the full recovery of prudently incurred costs and a reasonable rate of return on invested capital, there can be no assurance that the PUCT will judge all of Oncor Electric Delivery's costs to have been prudently incurred, that the PUCT will not reduce the amount of invested capital included in the capital structure that Oncor Electric Delivery's rates are based upon or that the regulatory process in which rates are determined will always result in rates that will produce full recovery of Oncor Electric Delivery's costs, including regulatory assets reported in the balance sheet, and the return on invested capital allowed by the PUCT.

37

Confidential

The PUCT may reduce Oncor Electric Delivery's rates to the extent the PUCT finds that the Merger is not in the public interest and disallows the effect of the Merger on rates if the Merger will unreasonably affect Oncor Electric Delivery's sales or service.

In 2004, certain cities within our historical service territory, acting in their role as a regulatory authority (with original jurisdiction), initiated inquiries to determine if Oncor Electric Delivery's PUCT-established rates were just and reasonable. Oncor Electric Delivery has entered into settlements deferring rate action, but Oncor Electric Delivery will be required to file a rate case in 2008, based on a 2007 test year, unless Oncor Electric Delivery and the cities mutually agree that such a filing is unnecessary.

At the request of the PUCT, the PUCT Staff filed a petition in March 2007 requesting that the PUCT order Oncor Electric Delivery to file a rate case based on a test year ending December 31, 2006. PUCT Staff stated that it would be advantageous to review Oncor Electric Delivery's costs prior to major ownership and organizational changes that are expected as a result of the Merger in order to establish a baseline from which to assess any cost changes resulting from the announced changes. In April 2007, the PUCT issued an order requiring Oncor Electric Delivery to file a rate case based on a test year ending December 31, 2006. On August 28, 2007, Oncor Electric Delivery made the required filing, and the filing supports a rate increase of approximately $85 million over current rates subject to the original jurisdiction of the PUCT. However, Oncor Electric Delivery requested that the PUCT enter an order abating the proceeding, except that the PUCT convene a technical conference to consider a final order in this Docket No. 34040 that would include the following provisions: (i) the PUCT will take "no action" on Oncor Electric Delivery's proposed rate filing package and will enter an order confirming that Oncor Electric Delivery's current rates will remain in effect until otherwise changed by a final order of the PUCT or other appropriate jurisdictional authority; (ii) Oncor Electric Delivery will be required to file a system-wide rate case with the Settlement Agreement between Oncor Electric Delivery and certain cities in its service territory; (iii) Oncor Electric Delivery will be required to file an Earnings Monitor Report ("EMR") with the PUCT no later than March 15, 2008, for the calendar year 2007, and no later than March 15, 2009, for calendar year 2008, notwithstanding the pendency at the PUCT of this or any other Oncor Electric Delivery rate case; and (iv) the PUCT will enter an accounting order, or similar directive, providing that if Oncor Electric Delivery's 2008 or 2009 EMR filings demonstrate that Oncor Electric Delivery earned more than 10.75% return on equity ("ROE") during the relevant period covered by the EMR filing, on a weather normalized basis, Oncor Electric Delivery will record a credit to the underrecovery balance in its insurance reserve, such that the additional expense would result in Oncor Electric Delivery's ROE for the relevant period being no higher than 10.75%. We cannot predict which, if any, of the above proposals will be adopted by the PUCT in its final order.

Because the PUCT has original jurisdiction over only transmission rates and the distribution rates charged in unincorporated areas and within cities that have ceded original jurisdiction to the PUCT, Oncor Electric Delivery estimates that approximately one-third of its operating revenues may be subject to change in this rate proceeding.

While we believe Oncor Electric Delivery's rates are just and reasonable, we cannot predict the results of any rate case.

### *Our growth strategy, including our investment in lignite coal-fueled generation facilities, may not be executed as planned which could adversely impact our financial condition and results of operations.*

There can be no guarantee that the execution of our growth strategy will be successful. As discussed below, our growth strategy is dependent upon many factors. Changes in laws, regulations, markets, costs or other factors could negatively impact the execution of our growth strategy, including causing management to change the strategy. Even if we are able to execute our growth strategy, it may take longer than expected and costs may be higher than expected.

With respect to Luminant's lignite coal-fueled generation development program, there can be no guarantee that the execution of the program will be successful. While Luminant has experience in operating lignite coal-fueled generation facilities, it has limited experience in developing and constructing such facilities. To the

38

Confidential

EFIHMW00296520

extent construction is not managed efficiently and to a timely conclusion, cost overruns may occur resulting in the overall program costing significantly more than anticipated. This may also result in delays in the expected online dates for the facilities resulting in less overall income than projected. While Luminant believes it can acquire the resources needed to effectively execute this program, it is exposed to the risk that it may not be able to attract and retain skilled labor, at projected rates, for developing and constructing these new facilities.

Luminant's lignite coal-fueled generation development program is subject to changes in laws, regulations and policies that are beyond its control. Changes in law, regulation or policy regarding commodity prices, power prices, electric competition or solid-fuel generation facilities or other related matters could adversely impact this program. In recent months, global warming has received significant media attention, which has resulted in legislators focusing on environmental laws, regulations and policies. Changes in any environmental law, regulation or policy, such as regulations of emissions of carbon dioxide, if not implemented in a manner that focuses on technology, incentives and a functioning wholesale market, could adversely impact this program.

Luminant's lignite coal-fueled generation development program is subject to changes in the electricity market, primarily ERCOT for its new build program in Texas, that are beyond its control. If demand growth is less than expected or if other generation companies build new generation assets in ERCOT, Luminant's program could impact market prices of power such that the new generation capacity becomes uneconomical. In addition, any unanticipated reduction in wholesale electricity prices, market heat rates and natural gas prices, which could occur for a variety of reasons, could adversely impact this program. Even if Luminant enters into hedges to reduce such exposures, it would still be subject to the credit risk of its counterparties.

Luminant's lignite coal-fueled generation development program is subject to other risks that are beyond its control. For example, Luminant is exposed to the risk that a change in technology for electricity generation facilities and/or emissions control technologies may make other generation facilities less costly and more attractive than Luminant's new lignite coal-fueled generation facilities. Luminant is subject to risks relating to transmission capabilities and constraints. Luminant is also exposed to the risk that its contractors may default on their obligations to Luminant and compensation for damages received, if any, will not cover its losses.

With respect to Oncor Electric Delivery's capital deployment program for its electric delivery facilities, there can be no guarantee that the execution of such program will be successful. There can be no assurance that the capital investments Oncor Electric Delivery intends to make in connection with its electric delivery business will produce the desired reductions in cost and improvements to service and reliability.

***TXU Energy's retail business is subject to the risk that sensitive customer data may be compromised, which could result in an adverse impact to its reputation and/or the results of operations of the retail business.***

TXU Energy's retail business requires access to sensitive customer data in the ordinary course of business. Examples of sensitive customer data are names, addresses, account information, historical electricity usage, expected patterns of use, payment history, credit bureau data, credit and debit card account numbers, drivers license numbers, social security numbers and bank account information. TXU Energy's retail business may need to provide sensitive customer data to vendors and service providers who require access to this information in order to provide services, such as call center operations, to the retail business. If a significant or widely publicized breach occurred, the reputation of TXU Energy's retail business may be adversely affected, customer confidence may be diminished, or TXU Energy's retail business may be subject to legal claims, any of which may contribute to the loss of customers and have a negative impact on the business and/or results of operations of the retail business.

***Ongoing performance improvement initiatives may not achieve desired cost reductions and may instead result in significant additional costs if unsuccessful.***

The implementation of performance improvement initiatives identified by management may not produce the desired reduction in costs and may result in disruptions arising from employee displacements and the rapid pace

39

EFIHMW00296521

of changes to organizational structure and operating practices and processes. Specifically, we are subject to the risk that the joint venture outsourcing arrangement with Capgemini Energy LP, a subsidiary of Cap Gemini North America Inc. ("Capgemini"), that provides business support services to us or other similar arrangements may not produce the desired cost savings. Should we wish to terminate or modify the arrangements with Capgemini or other providers, or if Capgemini or those other providers become financially unable to perform their obligations, we would incur transition costs, which would likely be significant, to switch to another vendor.

*TXU Energy relies on the infrastructure of local utilities or independent transmission system operators to provide electricity to, and to obtain information about, its customers. Any infrastructure failure could negatively impact customer satisfaction and could have a material negative impact on its business and results of operations.*

TXU Energy depends on transmission and distribution facilities owned and operated by other utilities, as well as Oncor Electric Delivery's facilities, to deliver the electricity it sells to its customers. If transmission capacity is inadequate, TXU Energy's ability to sell and deliver electricity may be hindered, it may have to forgo sales or it may have to buy more expensive wholesale electricity than is available in the capacity-constrained area. For example, during some periods, transmission access is constrained in some areas of the Dallas-Fort Worth metroplex, where TXU Energy has a significant number of customers. The cost to provide service to these customers may exceed the cost to provide service to other customers, resulting in lower profits. In addition, any infrastructure failure that interrupts or impairs delivery of electricity to TXU Energy's customers could negatively impact the satisfaction of its customers with its service.

*TXU Energy offers bundled services to its retail customers, with some bundled services offered at fixed prices and for fixed terms. If TXU Energy's costs for these bundled services exceed the prices paid by its customers, TXU Energy's results of operations could be materially adversely affected.*

TXU Energy offers its customers a bundle of services that include, at a minimum, the electricity itself plus transmission, distribution and related services. The prices TXU Energy charges for its bundle of services or for the various components of the bundle, any of which may be fixed by contract with the customer for a period of time, could fall below TXU Energy's underlying cost to provide the components.

*TXU Energy's retail business is subject to the risk that it will not be able to profitably serve its customers given the announced price protection and price cuts, which could result in an adverse impact to its reputation and/or results of operations of TXU Energy's retail business.*

In connection with the Merger, TXU Energy announced a 15% price reduction for residential customers in its historical service territory who have not already switched to one of the many pricing plans other than the basic month-to-month plan. Customers received a six percent reduction beginning in late March 2007 and an additional four percent reduction in June 2007 and will receive an additional five percent reduction at the consummation of the Merger. In addition, TXU Energy announced that, upon consummation of the Merger, it will provide price protection through December 2008, ensuring that these customers receive the benefits of these savings through two summer seasons of peak energy usage. The prices TXU Energy charges during this period could fall below TXU Energy's underlying cost to provide electricity.

Although the PUCT does not have the right to approve the REP certification pursuant to the Merger, the PUCT may at anytime initiate an investigation into whether TXU Energy has met all of the requirements for REP certification including financial requirements, so that it can maintain its REP certification. Any removal or revocation of a REP certification would mean that TCEH or TXU Energy, as applicable, would no longer be allowed to provide electric service to retail customers.

*Changes in technology may reduce the value of Luminant's generation plants and/or Oncor Electric Delivery's electric delivery facilities and may significantly impact our business in other ways as well.*

Research and development activities are ongoing to improve existing and alternative technologies to produce electricity, including gas turbines, fuel cells, microturbines and photovoltaic (solar) cells. It is possible

Confidential

EFIHMW00296522

that advances in these or other technologies will reduce the costs of electricity production from these technologies to a level that will enable these technologies to compete effectively with the traditional generation plants owned by Luminant. While demand for electric energy services is generally increasing throughout the United States, the rate of construction and development of new, more efficient generation facilities may exceed increases in demand in some regional electric markets. Consequently, where we have facilities, the profitability and market value of Luminant's generation assets could be significantly reduced. Also, electricity demand could be reduced by increased conservation efforts and advances in technology, which could likewise significantly reduce the value of Luminant's generation assets and Oncor Electric Delivery's electric delivery facilities. Changes in technology could also alter the channels through which retail electric customers buy electricity. To the extent self-generation facilities become a more cost-effective option for certain customers, our revenues could be reduced.

### *Our future results of operations may be negatively impacted by settlement adjustments determined by ERCOT related to prior periods.*

ERCOT is the independent system operator that is responsible for maintaining reliable operation of the bulk electric power supply system in the ERCOT region. Its responsibilities include the clearing and settlement of electricity volumes and related ancillary services among the various participants in the deregulated Texas market. Settlement information is due from ERCOT within two months after the operating day, and true-up settlements are due from ERCOT within six months after the operating day. As a result, we are subject to settlement adjustments from ERCOT related to prior periods, which may result in charges or credits impacting our future reported results of operations.

### *Our results of operations and financial condition could be negatively impacted by any development or event beyond our control that causes economic weakness in the ERCOT region.*

We derive substantially all of our revenues from our operations in the ERCOT region, which covers approximately 75% of the geographical area in the state of Texas. As a result, regardless of the state of the economy in areas outside the ERCOT region, economic weakness in the ERCOT region could lead to reduced demand for electricity in the ERCOT region. Such a reduction could have a material negative impact on our results of operations and financial condition.

### *Our (or an applicable subsidiary's) credit ratings could negatively affect our (or the pertinent subsidiary's) ability to access capital and could require us or our subsidiaries to post collateral or repay certain indebtedness.*

Downgrades in our or any of our subsidiaries' long-term debt ratings generally cause borrowing costs to increase and the potential pool of investors and funding sources to decrease and might trigger liquidity demands pursuant to the terms of a number of commodity contracts, leases and other agreements.

Most of our large customers, suppliers and counterparties require an expected level of creditworthiness in order for them to enter into transactions with us. As our (or an applicable subsidiary's) credit ratings decline, the costs to operate our business would increase because counterparties may require the posting of collateral in the form of cash-related instruments, or counterparties may decline to do business with us.

In addition, in connection with the Merger, Oncor Electric Delivery has committed to the PUCT that it will, in its 2007 and 2008 rate cases, support a cost of debt that does not exceed its actual cost of debt immediately prior to the announcement of the Merger. As such, in connection with these rate cases, in certain circumstances Oncor Electric Delivery may not be able to recover additional debt costs caused by a credit rating downgrade.

Confidential

EFIHMW00296523

***Our liquidity needs could be difficult to satisfy under some circumstances, particularly during times of uncertainty in the financial markets and/or during times when there are significant increases in natural gas prices. The inability to access liquidity, particularly on favorable terms, could materially adversely affect our results of operations and/or financial condition.***

Our businesses are capital intensive. We and our subsidiaries rely on access to financial markets as a significant source of liquidity for capital requirements not satisfied by cash-on-hand or operating cash flows. The inability to raise capital on favorable terms, particularly during times of uncertainty in the financial markets similar to that which is currently being experienced in the financial markets, could impact our ability to sustain and grow our businesses and would likely increase capital costs. Our access to the financial markets could be adversely impacted by various factors, such as:

- changes in financial markets that reduce available credit or the ability to obtain or renew liquidity facilities on acceptable terms;

- economic weakness in the ERCOT region;

- changes in interest rates;

- a deterioration of our credit or the credit of our subsidiaries or a reduction in our credit ratings or the credit ratings of our subsidiaries;

- volatility in commodity prices that increases margin or credit requirements;

- a material breakdown in our risk management procedures; and

- the occurrence of material adverse changes in our businesses that restrict our ability to access our liquidity facilities.

Although we expect to actively manage the liquidity exposure of existing and future hedging arrangements, given the size of our long-term hedging program, any significant increase in the price of natural gas could result in our subsidiaries being required to provide cash or letter of credit collateral in substantial amounts. In addition, any perceived reduction in our or one of our subsidiary's credit quality could result in clearing agents or other counterparties requesting additional collateral.

In addition, given the size of our long-term hedging program, any significant increase in the price of natural gas could result in our subsidiaries being required to provide cash or letter of credit collateral (i.e. margin) in very large amounts. In addition, any perceived reduction in our or one of our subsidiary's credit quality could result in clearing agents or other counterparties requesting additional margin. In the event our liquidity facilities are being used largely to support our long-term hedging program as a result of a significant increase in the price of natural gas or significant reduction in credit quality, we and our subsidiaries may have to forego certain capital expenditures or other investments in our businesses or other business opportunities.

Further, a lack of available liquidity could adversely impact the evaluation of our and our subsidiaries' creditworthiness by counterparties and rating agencies. In particular, such concerns by existing and potential counterparties could significantly limit TCEH's wholesale markets activities, including its long-term hedging program.

***The loss of the services of our key management and personnel could adversely affect our ability to operate our business.***

Our future success will depend on our ability to continue to attract and retain other highly qualified personnel. We compete for such personnel with many other companies, in and outside our industry, government entities and other organizations. We may not be successful in retaining our current personnel or in hiring or retaining qualified personnel in the future. Additionally, the Merger may have a negative impact on our ability to attract and retain key management and other employees. Our failure to attract new personnel or retain our existing personnel could have a material adverse effect on our business.

42

Confidential

EFIHMW00296524

Our future success depends, to a significant extent, on the abilities and efforts of our executive officers and other members of our management team. TXU Corp.'s chief executive officer has indicated his intention to resign effective upon the consummation of the Merger. We have not yet identified a successor to TXU Corp.'s chief executive officer. In addition, one or more of TXU Corp.'s other executive officers may elect to leave the company as a result of the Merger. TXU Corp.'s chief executive officer and other executive officers have substantial experience and expertise in our industry, which we have relied upon significantly. We cannot assure you that we will, if necessary, be able to attract and retain new members of management to replace TXU Corp.'s chief executive officer and any other executive officers that may leave. If we are not successful in doing so, our business may be adversely affected.

### *After the consummation of the Merger, the Sponsors will control us and may have conflicts of interest with us or you in the future.*

After the consummation of the Merger, the Sponsors will indirectly own substantially all of our capital stock on a fully-diluted basis through their investment in Texas Holdings. As a result, the Sponsors will have control over our decisions to enter into any corporate transaction and will have the ability to prevent any transaction that requires the approval of stockholders regardless of whether noteholders believe that any such transactions are in their own best interests. For example, the Sponsors could cause us to make acquisitions that increase the amount of indebtedness that is secured or that is senior to the notes offered hereby or to sell assets, which may impair our ability to make payments under the notes.

Additionally, the Sponsors are in the business of making investments in companies and may from time to time acquire and hold interests in businesses that compete directly or indirectly with us. The Sponsors may also pursue acquisition opportunities that may be complementary to our business and, as a result, those acquisition opportunities may not be available to us. So long as the Sponsors, or other funds controlled by or associated with the Sponsors, continue to indirectly own a significant amount of the outstanding shares of our common stock, even if such amount is less than 50%, the Sponsors will continue to be able to strongly influence or effectively control our decisions.

43

Confidential

EFIHMW00296525

**PX 001**
**Page 50 of 453**

## THE TRANSACTIONS

### *The Merger*

On February 25, 2007, TXU Corp. entered into the Merger Agreement with Texas Holdings and Merger Sub, Texas Holdings' wholly owned subsidiary, pursuant to which Texas Holdings will acquire TXU Corp. through a merger of Merger Sub with and into TXU Corp. under the terms and conditions of the Merger Agreement. Upon the effectiveness of the Merger, each share of TXU Corp. common stock outstanding immediately prior to the Merger (other than shares held by us or any of our subsidiaries or Texas Holdings or any of its subsidiaries, including Merger Sub, in each case not held on behalf of third parties, or shares held by holders who properly exercise their rights of dissent and appraisal under Texas law, if any) will be cancelled and converted into the right to receive $69.25 in cash, without interest and less any applicable withholding taxes.

The Merger Agreement contains various representations, warranties, covenants and agreements by Texas Holdings and Merger Sub, on the one hand, and TXU, on the other hand. In particular, each of the parties to the Merger Agreement has agreed to use its reasonable best efforts to take, or cause to be taken, all actions, and to do or cause to be done all things, necessary, proper and advisable under the Merger Agreement and applicable laws to consummate the Merger as soon as practicable, including preparing and filing all documentation to effect all necessary notices, reports and other filings and to obtain as promptly as practicable all necessary consents, approvals and authorizations from governmental authorities, including the regulatory approvals described in the following paragraph.

The obligations of each of TXU, Texas Holdings and Merger Sub to complete the Merger are subject to the satisfaction or waiver of certain conditions set forth in the Merger Agreement. These conditions include:

- the approval of the Merger Agreement by the affirmative vote of holders of two-thirds or more of the outstanding shares of TXU Corp. common stock entitled to vote on the Merger;

- the absence of any order, judgment, statute, law or similar prohibition (whether temporary, preliminary or permanent) restraining, enjoining, rendering illegal or otherwise prohibiting the Merger;

- the expiration or termination of the waiting period under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended (the "HSR Act"); and

- approvals of the Merger from the FERC, pursuant to Section 203 of the Federal Power Act, and the NRC.

On September 7, 2007, the Merger Agreement was approved by the affirmative vote of holders of more than two-thirds of the outstanding shares of common stock of TXU at the annual meeting of stockholders. Texas Holdings and TXU made the required filings or applications for approval under the HSR Act with the Federal Trade Commission and the Antitrust Division of the U.S. Department of Justice on June 28, 2007, with the FERC on May 4, 2007, and with the NRC on April 19, 2007. The applicable waiting period under the HSR Act terminated on July 16, 2007. Approvals from the FERC and the NRC were received on September 6, 2007 and September 10, 2007, respectively.

In addition to the foregoing, conditions to the obligation of Texas Holdings and Merger Sub to complete the Merger include requirements that TXU shall have performed in all material respects its obligations under the Merger Agreement and that, subject to certain exceptions, TXU's representations and warranties in the Merger Agreement be true and correct as of the effective time of the Merger, except where any failures to be so true and correct, individually and in the aggregate, would not reasonably be expected to have, a material adverse effect on TXU. Similarly, TXU's obligation to complete the Merger is conditioned upon Texas Holdings and Merger Sub having performed in all material respects their obligations under the Merger Agreement and, subject to certain exceptions, Texas Holdings' and Merger Sub's representations and warranties in the Merger Agreement being true and correct as of the effective time of the Merger, except where any failures to be so true and correct would

44

EFIHMW00296526

not prevent consummation of the Merger. TXU's obligations are also conditioned upon delivery by Texas Holdings of a solvency certificate substantially similar in form and substance to the solvency certificate to be delivered to the lenders in connection with the Debt Financing.

The Merger Agreement may be terminated under certain circumstances. If the Merger is not consummated by March 15, 2008 (the "termination date"), either party may terminate the Merger Agreement (provided that a party shall not be permitted to terminate under this provision if the failure to complete the Merger is the result of or caused by the failure of such party to comply with the terms of the Merger Agreement). The termination date is subject to potential extension under various circumstances, but will not be later than July 10, 2008. The Merger Agreement may also be terminated in various other circumstances.

TXU also has agreed to pay a termination fee of $925 million (or in certain circumstances $1.0 billion) if the Merger Agreement is terminated under certain circumstances set forth in the Merger Agreement. Texas Holdings has agreed to pay a termination fee of $1.0 billion if the Merger Agreement is terminated under certain circumstances set forth in the Merger Agreement.

*Equity Contributions*

Texas Holdings has received equity commitment letters for an aggregate investment at closing of approximately $8.0 billion. Investment funds affiliated with the Sponsors, or their respective assignees, have committed to invest approximately $6.5 billion in Texas Holdings at closing. In addition, J.P. Morgan Ventures Corporation, Citigroup Global Markets Inc. and Morgan Stanley & Co. Incorporated have each separately committed to contribute $500 million of cash, in the form of equity investments, to Texas Holdings. The Sponsors have obtained approximately $2 billion in equity commitments from other existing investors in the Sponsors' private equity funds and other third party investors, which commitments are expected to be used at closing to reduce the commitments of KKR, TPG, J.P. Morgan Ventures Corporation, Citigroup Global Markets Inc. and Morgan Stanley & Co. Incorporated.

In addition, KKR and TPG have received an equity commitment from an investment vehicle affiliated with LBI pursuant to which, subject to the satisfaction of certain conditions, that investment vehicles has committed to KKR and TPG to contribute $400 million of cash to Texas Holdings, in the form of an equity investment, in connection with the Merger. This committed amount is expected to be used at closing to reduce the commitments of KKR and TPG.

The actual amount invested by investment funds affiliated with the Sponsors, or their respective assignees, may vary depending on the final determination of the costs and expenses associated with the Merger. The investment funds affiliated with the Sponsors and the Investors have the right to assign all or a portion of their funding obligations to other investors, subject to certain approvals and conditions.

*Debt Financing*

In connection with the Merger, in addition to the equity financing described above, Merger Sub has obtained fully underwritten financing commitments for the facilities comprised of (i) the TCEH Senior Secured Facilities to be obtained by TCEH and (ii) the TXU Receivables Facility to be obtained by TXU Receivables, in the case of each of the foregoing, from a consortium of arrangers and bookrunners (the "Arranger Group"). In connection with the ring-fencing, Merger Sub has also obtained fully underwritten financing commitments for the Oncor Electric Delivery Revolving Facility to be obtained by Oncor Electric Delivery from the Arranger Group.

45

Confidential

*TCEH Senior Secured Facilities*

The TCEH Senior Secured Facilities are expected to be comprised of:

(i) the TCEH Initial Term Loan Facility in an aggregate principal amount of up to (A) $16.05 billion plus (B) the Luminant Development Closing Date Amount plus (C) the TXU Receivables Facility Backstop Amount;

(ii) the TCEH Delayed Draw Term Loan Facility in an aggregate principal amount of up to $4.1 billion less the Luminant Development Closing Date Amount;

(iii) the TCEH Letter of Credit Facility in an aggregate principal amount of up to $1.25 billion;

(iv) the TCEH Revolving Facility in an aggregate principal amount of up to $2.7 billion, of which up to an amount to be agreed will be available (A) in the form of letters of credit and (B) for borrowings on same-day notice, referred to as the swingline loans; and

(v) the TCEH Commodity Collateral Posting Facility, the size of which is determined by the mark-to-market exposure, inclusive of any unpaid settlement amounts, of TCEH and its subsidiaries on a portfolio of certain commodity swaps and futures transactions.

In addition, subject to the satisfaction of certain conditions, TCEH may add one or more incremental term loan facilities, incremental letter of credit facilities and/or increase the commitments under the TCEH Revolving Facility in an aggregate principal amount up to $2.5 billion or add one or more incremental cash posting facilities. The TCEH Initial Term Loan Facility will be used to finance the Merger, redeem, refinance or repay certain existing indebtedness of TXU and to pay fees, premiums and expenses incurred in connection with the Transactions (collectively, the "Merger Funds") and to fund the construction, engineering, design, improvement, testing, start-up, retesting, operation, repair, maintenance and development costs and other capital expenditures (including environmental capital expenditures), interest during construction and related fees and expenses in connection with the construction of three lignite/coal-fueled generation stations in ERCOT and environmental upgrades at its existing generation facilities (collectively, the "Capex Uses"). The TCEH Delayed Draw Term Loan Facility will be used by TCEH and its subsidiaries during the two year period commencing on the closing date to fund the Capex Uses. The letters of credit under the TCEH Letter of Credit Facility will be used by TCEH and its subsidiaries for general corporate purposes (including, but not limited to, providing collateral support in respect of commodity hedging arrangements and other commodity transactions, including, for the avoidance of doubt, commodity hedging arrangements and other commodity transactions related to TCEH's and its subsidiaries' wholesale business operations and activities). The letters of credit and proceeds of borrowings under the TCEH Revolving Facility will be used by TCEH and its subsidiaries for working capital and for other general corporate purposes (including, but not limited to, the financing of permitted acquisitions and the provision of collateral support in respect of commodity hedging arrangements and other commodity transactions, including for the avoidance of doubt, commodity hedging arrangements and other commodity transactions related to the TCEH's and its subsidiaries' wholesale business operations and activities). The proceeds of drawings under the TCEH Commodity Collateral Posting Facility will be used by TCEH or any of its subsidiaries for general corporate purposes or to provide collateral support in respect of any over-the-counter or exchange-cleared natural gas fixed-for-floating swap transactions settling against the closing price on the last trading day of the New York Exchange Natural Gas Henry Hub Futures Contract and New York Mercantile Exchange Natural Gas Henry Hub Futures Contract positions executed by TCEH and/or any of its subsidiaries and under which TCEH (or such subsidiary) shall be the "floating price" payor (or have an equivalent position).

The TCEH Senior Secured Facilities (other than the TCEH Commodity Collateral Posting Facility) will be entered into with Citigroup ("Citigroup" shall mean Citigroup Global Markets Inc., Citibank, N.A., Citicorp USA Inc., Citicorp North America, Inc. and/or any of their affiliates), Credit Suisse Securities (USA) LLC ("CS Securities" and, together with its respective affiliates and branches, "Credit Suisse"), J.P. Morgan Securities Inc.

46

EFIHMW00296528

("JPMSI"), GSCP, LBI and Morgan Stanley Senior Funding, Inc. ("MSSF") as joint lead arrangers and joint lead bookrunners, Citigroup as sole and exclusive administrative agent and collateral agent, JPMorgan Chase Bank, N.A. ("JPMBC") as syndication agent and Credit Suisse. GSCP, LBI, Lehman Commercial Paper Inc. and/or Lehman Brothers Commercial Bank and/or Lehman Brothers Holdings Inc. or an affiliate of any thereof (collectively, the "Lehman Lenders") and MSSF, as co-documentation agents. The TCEH Commodity Collateral Posting Facility will be entered into with GSCP (or an affiliate thereof) as sole lead arranger, sole bookrunner, posting entity ("Posting Entity") and calculation agent ("Calculation Agent").

*TXU Receivables Facility*

The TXU Receivables Facility is expected to be a commercial paper-backed accounts receivables facility to be obtained by TXU Receivables, which is to be used to refinance, replace or amend TXU Receivables Company's existing accounts receivables facility.

*TCEH Notes*

Concurrently with the offering of the notes hereby, a wholly owned subsidiary of the Issuer is offering the TCEH Notes. Following the consummation of the Merger, such subsidiary will merge into TCEH and TCEH, as the surviving company, will thereby assume all the obligations under, and become the issuer of, the TCEH Notes.

*Oncor Electric Delivery Revolving Facility*

The Oncor Electric Delivery Revolving Facility is expected to be comprised of a senior revolving credit facility in an aggregate principal amount of up to $2.0 billion, of which up to an amount to be agreed will be available (a) in the form of letters of credit and (b) for borrowings on same-day notice, referred to as the swingline loans. In addition, subject to the satisfaction of certain conditions, Oncor Electric Delivery may increase the commitments under the Oncor Electric Delivery Revolving Facility in an amount up to $500 million. The letters of credit and proceeds of borrowings under the Oncor Electric Delivery Revolving Facility will be used by Oncor Electric Delivery and its subsidiaries for working capital and for other general corporate purposes, including the refinancing of certain existing indebtedness of Oncor Electric Delivery and its subsidiaries on the closing date.

The Oncor Electric Delivery Revolving Facility will be entered into with JPMSI, Citigroup, CS Securities, GSCP, LBI and MSSF as joint lead arrangers and joint lead bookrunners, JPMCB as sole and exclusive administrative agent, Citigroup as syndication agent and GSCP, the Lehman Lenders and MSSF as co-documentation agents.

### *Ring-Fencing*

On or before the consummation of the Merger, Texas Holdings and Oncor Electric Delivery will put in place several measures that are referred to as "ring-fencing" by rating agencies and regulatory authorities. Such measures are expected to include the following:

- the transfer of TXU's ownership of Oncor Electric Delivery to Oncor Electric Delivery Holdings, a newly-formed special purpose, bankruptcy remote subsidiary, and immediately thereafter the transfer of TXU's ownership of Oncor Electric Delivery Holdings to a newly-formed, wholly owned subsidiary, Transmission and Distribution Holdings;

- the conversion of Oncor Electric Delivery from a Texas corporation to a Delaware limited liability company;

- the inclusion of covenants in Oncor Electric Delivery Holdings' and Oncor Electric Delivery's limited liability company agreements intended to separate Oncor Electric Delivery Holdings and its subsidiaries, including Oncor Electric Delivery, from Texas Holdings and its other subsidiaries, including Transmission and Distribution Holdings;

47

EFIHMW00296529

- the establishment of boards of directors for Oncor Electric Delivery Holdings and Oncor Electric Delivery with a majority of members who will meet the New York Stock Exchange requirements for independence in all material respects and whose unanimous consent will be required to take certain material actions, including (i) to consolidate or merge (A) with TXU or any of TXU's other subsidiaries or (B) with any other entity, if Oncor Electric Delivery Holdings or Oncor Electric Delivery, as applicable, would not be the surviving entity; (ii) to sell, transfer or dispose of all or substantially all of the assets of Oncor Electric Delivery Holdings or Oncor Electric Delivery, as applicable, without adequate provision for the payment of all of such entity's creditors; (iii) to institute, or consent to the institution of, bankruptcy or insolvency proceedings in respect of Oncor Electric Delivery Holdings or Oncor Electric Delivery, as applicable; or (iv) to the fullest extent permitted by law, to dissolve or liquidate Oncor Electric Delivery Holdings or Oncor Electric Delivery, as applicable, without adequate provision for the payment of all of such entity's creditors;

- the specific delegation to each of the board of directors and the independent directors of Oncor Electric Delivery, each acting by majority vote, of the right to prevent distributions, if it or they determine that it is in the best interests of Oncor Electric Delivery to retain such amounts to meet expected future requirements;

- after the appointment of the initial independent directors, the delegation of the ability to nominate, appoint, and fill vacancies in respect of the independent directors of Oncor Electric Delivery and Oncor Electric Delivery Holdings to a standing nominating committee of Oncor Electric Delivery Holdings' board, a majority of whose members are independent directors; and

- the incurrence of new indebtedness, evidenced by the Oncor Electric Delivery Revolving Facility, the lenders of which will be specifically relying on the separateness of Oncor Electric Delivery Holdings and Oncor Electric Delivery, and their assets, from TXU and its other subsidiaries.

The ring-fencing measures will be based on certain principles articulated by rating agencies and certain commitments made by Texas Holdings and Oncor Electric Delivery to the PUCT and the FERC intended to further separate Oncor Electric Delivery from Texas Holdings and its subsidiaries and to mitigate Oncor Electric Delivery's credit exposure to those entities and to reduce the risk that the assets and liabilities of Oncor Electric Delivery Holdings or of any of its subsidiaries would be substantively consolidated with the assets and liabilities of Texas Holdings or of any of its other subsidiaries in the event of a bankruptcy of one or more of those entities. A number of ring-fencing measures to be put in place are expected to be incorporated into a PUCT order that would be legally binding on Oncor Electric Delivery. See "Regulation and Rates—Oncor Electric Delivery—Report Filed with the PUCT Regarding Merger."

The Transactions do not provide for new pledges or encumbrances of the assets of Oncor Electric Delivery for the benefit of TXU Corp. and its subsidiaries (other than the ring-fenced entities). Oncor Electric Delivery will not incur, guarantee or pledge assets in respect of any incremental new debt related to the Transactions. None of the ring-fenced entities will guarantee or otherwise hold out its credit as being available to support the obligations of TXU Corp. or any of its subsidiaries (other than the ring-fenced entities).

**Debt Repayment**

Pursuant to the terms of the Merger Agreement, we have commenced offers to purchase and consent solicitations with respect to the Specified Notes. Including the Specified Notes, in connection with the Merger, we intend to redeem or repay an aggregate of approximately $5.4 billion of existing indebtedness of TXU Corp. and its subsidiaries (excluding Oncor Electric Delivery), including debt that will become payable upon the consummation of the Merger.

**Payments under Existing Stock Incentive Plans in Connection with the Merger**

*Long-Term Incentive Plan ("LTIP") Performance Awards*

TXU Corp.'s LTIP performance awards were designed to provide incentives for TXU Corp. management, over a three-year period, linked to total shareholder return ("TSR," which basically is stock price appreciation/ depreciation plus dividends) as compared to the companies in the S&P 500 Electric Utility Index and/or the S&P

48

Confidential

EFIHMW00296530

Multi-Utilities Index, and, for certain awards, in part on an absolute TSR over the relevant performance period. Because the Merger will cause the common stock to cease to be publicly traded, the Organization and Compensation Committee of the Board of Directors decided to end the performance periods under outstanding LTIP awards upon consummation of the Merger and make performance calculations based on relative TSR performance and/or absolute TSR performance through the consummation of the Merger as determined by the Organization and Compensation Committee of the Board of Directors measured by the $69.25 per share merger consideration (with awards measured on absolute TSR performance adjusted for the duration of the performance period through the closing). The cash amounts payable will be determined by taking the number of shares of common stock issuable based upon the performance calculations, multiplied by $69.25. The amounts payable will be vested and not subject to forfeiture, but for our executive officers, other than our Controller and the CEO of Oncor Electric Delivery (who became an executive officer after the Merger Agreement was signed), will not be paid until the end of the LTIP awards' original performance period (which is March 31, 2008 for the 2005 LTIP awards, March 31, 2009 for the 2006 LTIP awards, and March 31, 2010 for the 2007 LTIP awards). However, TXU Corp. is permitted to terminate and pay out the 2005, 2006 and 2007 LTIP awards at the later of the consummation of the Merger or January 2, 2008. For our Controller, the CEO of Oncor Electric Delivery and all other non-executive employees, amounts payable in respect of outstanding LTIP awards will be paid at the closing of the Merger.

The actual payouts for 2005, 2006 and 2007 awards upon consummation of the Merger are not known at this time, and will not be known prior to the consummation of the Merger. The calculation of payout values as of the consummation of the Merger until immediately will be based on TXU Corp.'s TSR relative to the other companies in the peer group indices referred to above and the defined absolute performance standard, as would be the case if the transaction did not close. Factors that will impact the ultimate payout level include the time it takes to close the Merger and the shareholder returns of the other companies in the peer group indices through the closing date of the Merger. During the period since the Merger was announced there has been substantial volatility in the TSR of the peer group companies, and as a result the number of shares issuable based on performance at particular points in time has also been quite volatile. The maximum payments for LTIP awards for all participants would be equivalent to approximately 5,608,055 shares of TXU Corp.'s common stock.

### Directors' Deferred Stock Units

Upon consummation of the Merger, all share units previously earned under the TXU Deferred Compensation Plan for Outside Directors will be paid out in cash in an amount equal to each director's number of units held multiplied by $69.25. The aggregate number of share units held by the directors (including Dr. de Planque, who resigned on March 2, 2007) is 110,277 and the aggregate cash out value at $69.25 is $7,636,682.

### Trust Funding

Within 30 days after the consummation of the Merger, TXU Corp. will be obligated to (1) fully fund into a trust all of the unfunded obligations under the TXU Salary Deferral Program and the TXU Second Supplemental Retirement Plan and (2) fund a trust to pay for the premiums on the vested portion of the TXU Split Dollar Life Insurance Program until such time as the cash surrender value is sufficient to maintain the policy. Such funding is for the benefit of all participants in such plans (including our executive officers) and the aggregate trust funding for such benefits is expected to be about $17 million.

In addition, TXU Corp. will fund into a trust all amounts payable in respect of LTIP awards which are not paid out on the consummation of the Merger. For this purpose, prior to the consummation of the Merger, TXU Corp. currently intends to establish an irrevocable rabbi trust and immediately prior to the consummation of the Merger would fund such trust with the amounts payable in respect of such LTIP awards, including any anticipated accrued dividends. The trust is expected to have an independent trustee, such as a trust company, which would administer all amounts held in the trust. The trust document is expected to provide that any funds in the trust associated with 2005, 2006 and 2007 LTIP awards will be paid out on the later of the consummation of the Merger or January 2, 2008. LTIP award participants with funds in this trust would receive, as of the date of the consummation of the Merger, a statement listing the amount of the funds to which he or she is entitled and the timing of payment.

49

EFIHMW00296531

# USE OF PROCEEDS

The expected sources and uses of the funds for the Transactions are shown in the table below (assuming the Merger had closed on June 30, 2007). Actual amounts will vary from estimated amounts depending on several factors, including changes in the number of outstanding shares of TXU Corp.'s common stock since June 30, 2007, prior to the consummation of the Merger, differences from our estimate of fees and expenses and differences between TXU Corp.'s cash and debt balances. For more information, see "TXU Corp. Unaudited Pro Forma Condensed Consolidated Financial Information."

| Sources of funds: | | Uses of funds: | |
|---|---|---|---|
| (millions of dollars) | | | |
| TCEH Senior Secured Facilities[1] ......... | 18,887 | Equity purchase price[4] ................ | $32,428 |
| New Notes: | | Repayment of existing indebtedness[5] .... | 5,378 |
|    Notes offered hereby ................ | 4,500 | Transaction costs[6] ................... | 1,545 |
|    TCEH Notes[2] ...................... | 6,750 | | |
| Cash on hand and other working capital adjustments ......................... | 422 | | |
| Other cash and working capital adjustments ......................... | 491 | | |
| Equity contributions[3] ................... | 8,301 | | |
|    Total sources of funds .............. | $39,351 | Total uses of funds .............. | $39,351 |

---

(1) The TCEH Senior Secured Facilities consist of the following:
    (a) the TCEH Initial Term Loan Facility in an aggregate principal amount of up to (i) $16.05 billion plus (ii) the Luminant Development Closing Date Amount (not to exceed $4.1 billion) plus (iii) TXU Receivables Facility Backstop Amount.
    (b) the TCEH Delayed Draw Term Loan Facility in an aggregate principal amount of up to (i) $4.1 billion less (ii) the Luminant Development Closing Date Amount.
    (c) the $2.7 billion TCEH Revolving Credit Facility, which is expected to be undrawn at the consummation of the Merger except for letters of credit to be issued thereunder upon the consummation of the Merger.
    (d) the $1.25 billion TCEH Letter of Credit Facility.
    (e) the TCEH Commodity Collateral Posting Facility, the size of which is determined by the mark-to-market exposure, inclusive of any unpaid settlement amounts, of TCEH and its subsidiaries on a portfolio of certain commodity swaps and futures transactions.
(2) Consists of    % Senior Notes due 2017 and   %/   % Senior Toggle Notes due 2017 of TCEH.
(3) Consists of Equity Contributions by the Sponsors and the Investors. Up to $24 million of such amount may be paid by Texas Holdings as equity commitment fees thus reducing the amount received by TXU Corp. Transaction costs would decrease by the same amount.
(4) Reflects the amount of total consideration to be paid to holders of outstanding shares of TXU Corp.'s common stock, outstanding awards under the terms of TXU Corp.'s stock plans, and of common stock issuable upon conversion of TXU Corp.'s Floating Rate Convertible Senior Notes. The equity purchase price was determined based upon the sum of (A) 461,152,009 shares of common stock multiplied by $69.25 per share; (B) 5,608,055 shares of common stock issuable pursuant to the terms of outstanding awards under the terms of TXU Corp.'s stock benefit plans multiplied by $69.25 per share; and (C) 1,523,106 shares of common stock issuable upon conversion of TXU Corp.'s Floating Rate Convertible Senior Notes due 2033 multiplied by $69.25 per share, based upon outstanding shares, awards and notes as of June 30, 2007, respectively.
(5) Repayment of existing indebtedness consists of the Debt Repayment described under "Description of Other Indebtedness—Debt Repayment."

50

Confidential

EFIHMW00296532

(6)  Reflects our estimate of fees and expenses associated with the Transactions, including placement and other financing fees, advisory fees, transactions fees paid to affiliates of the Sponsors, and other transaction costs and professional fees.

In addition, concurrently with the other Transactions, Oncor Electric Delivery will obtain a $2.0 billion senior revolving credit facility, which may be increased by up to $500 million, subject to certain conditions, to be used by Oncor Electric Delivery and its subsidiaries for working capital and other general corporate purposes, including the refinancing of $800 million of outstanding notes issued by Oncor Electric Delivery that are mandatorily redeemable upon consummation of the Merger and amounts attributable to Oncor Electric Delivery that are outstanding under TXU Receivables Company's existing receivables facility. No portion of the new Oncor Electric Delivery financing will be used to finance the Merger, the Debt Repayment or the related transactions.

51

Confidential

EFIHMW00296533

**PX 001**
**Page 58 of 453**

# CAPITALIZATION

The following table sets forth our consolidated cash and cash equivalents and our capitalization as of June 30, 2007 on a historical basis and a pro forma basis after giving effect to the Transactions. The information in this table should be read in conjunction with "The Transactions," "TXU Corp. Unaudited Pro Forma Condensed Consolidated Financial Information," "Selected Historical Consolidated Financial Data," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our audited and unaudited financial statements included elsewhere in this offering memorandum.

|  | As of June 30, 2007 | |
| --- | --- | --- |
|  | Historical | Pro Forma |
|  | (millions of dollars) | |
| Cash and cash equivalents | $    422 | $      13 |
| **Debt:** | | |
| TXU Corp.: | | |
| Unsecured debt[1][5] | $ 3,725 | $ 2,700 |
| Notes offered hereby | — | 4,500 |
| Total TXU Corp. debt | 3,725 | 7,200 |
| US Holdings: | | |
| Secured debt[1] | 198 | 198 |
| Unsecured debt[4] | 19 | 19 |
| Total US Holdings debt | 217 | 217 |
| TCEH: | | |
| Secured debt[1][2] | 92 | 92 |
| Unsecured debt[3] | 5,980 | 1,535 |
| TCEH Senior Secured Facilities[5] | — | 18,887 |
| TCEH Notes | — | 6,750 |
| Total TCEH debt | 6,072 | 27,264 |
| Oncor Electric Delivery: | | |
| Secured debt[6] | 1,026 | 1,026 |
| Unsecured debt | 3,989 | 3,989 |
| Total Oncor Electric Delivery debt | 5,015 | 5,015 |
| Debt of Other Subsidiaries: | | |
| Secured debt[1][2] | 93 | 93 |
| Total consolidated debt | 15,122 | 39,789 |
| Total stockholders' equity[7] | 1,045 | 8,301 |
| Total capitalization | $16,167 | $48,090 |

(1) Does not reflect the effects of purchase accounting on the existing debt resulting in an expected discount of $1.1 billion. For US Holdings, excludes US Holdings' secured guarantee of $18,887 million of borrowings by TCEH under the TCEH Senior Secured Facilities.

(2) Consists of building financing lease.

(3) Assumes that all the Specified Notes are tendered in the tender offer described under "Description of Other Indebtedness—Debt Repayment."

(4) Excludes US Holdings' unsecured guarantees of the notes offered hereby and the TCEH Notes.

(5) Upon the consummation of the Merger Transactions, TCEH will enter into the TCEH Senior Secured Facilities, consisting of the TCEH Initial Term Loan Facility, the TCEH Delayed Draw Term Loan Facility, the TCEH Letter of Credit Facility, the TCEH Revolving Facility and the TCEH Commodity Collateral Posting Facility. On the closing date, approximately $18,887 million is expected to be drawn under the TCEH Senior Secured Facilities and approximately $5,900 million is expected to be available for additional borrowings by TCEH under the TCEH Delayed Draw Term Loan Facility, the TCEH Letter of Credit Facility and the TCEH Revolving Facility. See "Description of Other Indebtedness—TCEH Senior Secured Facilities."

(6) Consists of securitization bonds issued by Oncor Electric Delivery Transmission Bond Company LLC. On the closing date, Oncor Electric Delivery will have a $2.0 billion senior revolving credit facility available for working capital and for other general corporate purposes. See "Description of Other Indebtedness—Existing Senior Notes and Debentures."

(7) Shareholders' equity represents pro forma adjustments for eliminating the historical shareholders' equity of TXU Corp. and the actual amount of cash contributed by the Sponsors and the Investors to TXU Corp.

Confidential

EFIHMW00296534

## TXU CORP. UNAUDITED PRO FORMA
## CONDENSED CONSOLIDATED FINANCIAL INFORMATION

We derived the unaudited pro forma condensed consolidated financial information set forth herein by the application of pro forma adjustments to our historical condensed consolidated financial statements appearing elsewhere in this offering memorandum.

The unaudited pro forma consolidated balance sheet as of June 30, 2007 gives effect to the Transactions as if they had occurred on such date. The unaudited pro forma condensed consolidated income statements for the six months ended June 30, 2007, the six months ended June 30, 2006, the twelve months ended June 30, 2007 and the year ended December 31, 2006, give effect to the Transactions as if they had occurred on January 1, 2006. The unaudited pro forma condensed consolidated financial information is provided for informational purposes only and is not necessarily indicative of what our results of operations, balance sheet data or other financial information would have been if the Transactions had occurred as of the dates indicated, or what such results will be for any future periods. Assumptions underlying the pro forma adjustments are described in the accompanying notes, which should be read in conjunction with these unaudited pro forma condensed consolidated financial statements and with the following information:

- unaudited condensed consolidated financial statements and accompanying notes of TXU Corp. as of June 30, 2007 and for the three and six month periods ended June 30, 2007 and 2006 included elsewhere in this offering memorandum;

- audited consolidated financial statements and accompanying notes of TXU Corp. as of December 31, 2006 and 2005 and for each of the three years ended December 31, 2006 included elsewhere in this offering memorandum; and

- "Use of Proceeds," "The Transactions" and "Management's Discussion and Analysis of Financial Condition and Results of Operations."

The Merger will be accounted for as a business combination using the purchase method of accounting in accordance with the provisions of SFAS No. 141. For purposes of the Merger, TXU Corp. will be the acquired entity. Accordingly, we have adjusted the historical financial information of TXU Corp. to give effect to the impact of the estimated consideration to be paid in connection with the Merger. In the Unaudited Pro Forma Balance Sheet, Texas Holdings' cost to acquire TXU Corp. has been allocated to the assets to be acquired and liabilities to be assumed based on management's preliminary valuation estimates. For purposes of developing pro forma adjustments, we assumed that the historical values of current assets acquired and current liabilities assumed approximate their fair values, which may change as a result of fair valuation of certain of our assets, including intangible assets and liabilities. A final determination of the purchase accounting adjustments, including the allocation of the purchase price to the assets acquired and liabilities assumed based on their respective fair values, will not occur until after the closing of the Merger. Accordingly, the purchase accounting adjustments with respect to the Merger made in connection with the development of these unaudited pro forma condensed consolidated financial statements are preliminary and have been made solely for purposes of developing such pro forma financial data. Therefore, final purchase accounting adjustments are subject to revisions based on final determinations of fair values following the close of the Merger, which may differ materially from the values used herein and may cause future results of operations to differ from the pro forma financial data presented.

These unaudited pro forma condensed consolidated financial statements do not reflect any pro forma consolidated adjustments related to Oncor Electric Delivery and its subsidiary's regulated operations that are accounted for under SFAS No. 71, which are comprised of the transmission and distribution operations of Oncor Electric Delivery. Under the regulated rate setting process and mandated recovery provisions set by the PUCT, the fair value of Oncor Electric Delivery's assets and liabilities are estimated by their approximate carrying values. The estimated fair value of the assets and liabilities of these operations are materially affected by the current rate setting, and any future changes to, the rate structure set by the PUCT.

53

EFIHMW00296535

The impacts and adjustments in these unaudited pro forma condensed consolidated financial statements are based on events directly related to the Transactions and do not represent projections or forward-looking statements. The unaudited pro forma financial data are for informational purposes only and should not be considered indicative of actual results that would have been achieved had these events actually been consummated on the dates indicated and do not purport to indicate results of operations as of any future date or for any future period. Further, the unaudited pro forma financial data do not reflect the impact of restructuring activities, cost savings, management compensation, nonrecurring charges, annual management fees, employee termination costs and other exit costs that may result from or in connection with the Merger. For example, the unaudited pro forma financial data do not give effect to the $35.0 million annual management fee to be paid to the Sponsors. See "Related Party Transactions." The unaudited pro forma condensed consolidated financial statements do not include certain transaction costs that may be expensed versus capitalized as part of the purchase price. The historical results of TXU Corp. and its subsidiaries are not necessarily indicative of the results that may be expected in any future period after the close of the Merger.

In preparing the unaudited pro forma condensed consolidated financial statements, the primary adjustments to the historical financial statements of TXU Corp. and its subsidiaries were purchase accounting adjustments which include adjustments necessary to (i) allocate the estimated purchase price to the tangible and intangible assets and liabilities of TXU Corp. and its subsidiaries based on their estimated fair values; and (ii) adjust for the impacts related to debt and other financing expected to be issued and repaid to consummate the Transactions.

Confidential

EFIHMW00296536

## TXU CORP.

### UNAUDITED PRO FORMA CONDENSED CONSOLIDATED INCOME STATEMENT
### FOR THE SIX MONTHS ENDED JUNE 30, 2007

| | Historical[a] | Transaction Adjustments | Pro Forma |
|---|---|---|---|
| | | (in millions) | |
| Operating Revenues | $3,691 | $ 11[b] | $ 3,702 |
| Costs and expenses: | | | |
| Fuel, purchased power costs and delivery fees | 1,404 | 78[c] | 1,482 |
| Operating costs | 714 | | 714 |
| Depreciation and amortization | 403 | 174[d] | 577 |
| Selling, general and administrative expenses | 447 | | 447 |
| Franchise and revenue-based taxes | 176 | | 176 |
| Other Income | (45) | | (45) |
| Other deductions | 891 | | 891 |
| Interest income | (35) | | (35) |
| Interest expense and related charges | 418 | 1,317[e] | 1,735 |
| Total costs and expenses | 4,373 | 1,569 | 5,942 |
| Loss from continuing operations before income taxes | (682) | (1,557) | (2,239) |
| Income tax benefit | (294) | (546)[f] | (840) |
| Loss from continuing operations | $ (388) | $(1,012) | $(1,400) |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Statements of Income, which are an integral part of these statements.

55

Confidential

EFIHMW00296537

## TXU CORP.

### UNAUDITED PRO FORMA CONDENSED CONSOLIDATED INCOME STATEMENT
### FOR THE YEAR ENDED DECEMBER 31, 2006

| | Historical[a] | Transaction Adjustments | Pro Forma |
|---|---|---|---|
| | | (in millions) | |
| Operating Revenues | $10,856 | $    23[b] | $10,879 |
| Costs and expenses: | | | |
| Fuel, purchased power costs and delivery fees | 2,784 | 156[c] | 2,940 |
| Operating costs | 1,373 | | 1,373 |
| Depreciation and amortization | 830 | 348[d] | 1,178 |
| Selling, general and administrative expenses | 819 | | 819 |
| Franchise and revenue-based taxes | 390 | | 390 |
| Other Income | (121) | | (121) |
| Other deductions | 269 | | 269 |
| Interest income | (46) | | (46) |
| Interest expense and related charges | 830 | 2,634[e] | 3,464 |
| Total costs and expenses | 7,128 | 3,137 | 10,272 |
| Income (loss) from continuing operations before income taxes | 3,728 | (3,115) | 613 |
| Income tax expense (benefit) | 1,263 | (1,090)[f] | 173 |
| Income (loss) from continuing operations | $ 2,465 | $(2,025) | $    440 |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Statements of Income,
which are an integral part of these statements.

56

EF|HMW00296538

**TXU CORP.**

**UNAUDITED PRO FORMA CONDENSED CONSOLIDATED INCOME STATEMENT**
**FOR THE SIX MONTHS ENDED JUNE 30, 2006**

| | Historical[a] | Transaction Adjustments (in millions) | Pro Forma |
|---|---|---|---|
| Operating Revenues | $4,971 | $    11[b] | $4,982 |
| Costs and expenses: | | | |
| Fuel, purchased power costs and delivery fees | 1,179 | 78[c] | 1,257 |
| Operating costs | 684 | | 684 |
| Depreciation and amortization | 413 | 174[d] | 587 |
| Selling, general and administrative expenses | 370 | | 370 |
| Franchise and revenue-based taxes | 174 | | 174 |
| Other Income | (55) | | (55) |
| Other deductions | 221 | | 221 |
| Interest income | (20) | | (20) |
| Interest expense and related charges | 431 | 1,317[e] | 1,748 |
| Total costs and expenses | 3,397 | 1,569 | 4,966 |
| Income (loss) from continuing operations before income taxes | 1,574 | (1,557) | 17 |
| Income tax expense (benefit) | 561 | (545)[f] | 16 |
| Income (loss) from continuing operations | $1,013 | $(1,012) | $    1 |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Statements of Income,
which are an integral part of these statements.

57

Confidential

EFIHMW00296539

## TXU CORP.

### UNAUDITED PRO FORMA CONDENSED CONSOLIDATED INCOME STATEMENT
### FOR THE TWELVE MONTHS ENDED JUNE 30, 2007

|  | Historical | Transaction Adjustments | Pro Forma |
|---|---|---|---|
|  |  | (in millions) |  |
| Operating Revenues | $9,576 | $  23[b] | $ 9,599 |
| Costs and expenses: |  |  |  |
| Fuel, purchased power costs and delivery fees | 3,009 | 156[c] | 3,165 |
| Operating costs | 1,403 |  | 1,403 |
| Depreciation and amortization | 821 | 348[d] | 1,169 |
| Selling, general and administrative expenses | 893 |  | 893 |
| Franchise and revenue-based taxes | 392 |  | 392 |
| Other Income | (111) |  | (111) |
| Other deductions | 940 |  | 940 |
| Interest income | (60) |  | (60) |
| Interest expense and related charges | 817 | 2,634[e] | 3,451 |
| Total costs and expenses | 8,104 | 3,137 | 11,241 |
| Income (loss) from continuing operations before income taxes | 1,472 | (3,115) | (1,643) |
| Income tax expense (benefit) | 407 | (1,090)[f] | (683) |
| Income (loss) from continuing operations | $1,065 | $(2,025) | $  (960) |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Statements of Income, which are an integral part of these statements.

58

Confidential

EFIHMW00296540

TXU CORP.

**Notes to Unaudited Pro Forma Condensed Consolidated Statements of Income**
**(in millions of dollars)**

(a)  *Historical presentation*—the amounts presented for TXU Corp. are derived from TXU Corp.'s historical audited consolidated financial statements for the year ended December 31, 2006 and TXU Corp.'s historical unaudited condensed consolidated financial information for the six month periods ended June 30, 2007 and June 30, 2006, in each case included elsewhere in this offering memorandum.

(b)  *Revenues*—represents the pro forma adjustments required to record the amortization related to the fair value of intangible liabilities related to sales contracts or other legal or economic rights. For purposes of this adjustment, amortization was determined based on straight-line method over an estimated useful life of 31 years. These adjustments increased revenues by approximately $11 million, $11 million, $23 million and $23 million for the six month period ended June 30, 2007, the six month period ended June 30, 2006, the twelve month period ended June 30, 2007 and the year ended December 31, 2006, respectively. These items are required adjustments to the operating revenues line in the income statement since the activity associated with the underlying contracts or other legal or economic rights which have historically been reported as a component of operating revenues.

(c)  *Fuel, purchased power costs and delivery fees*—represents pro forma adjustments required to record the amortization related to the fair value of intangible assets related to contracts and other legal or economic rights. For purposes of this adjustment, amortization was determined for different categories of intangible assets based on a straight-line method over useful lives ranging from 15 to 28 years. These adjustments increased costs and expenses by approximately $78 million, $78 million, $156 million and $156 million for the six month period ended June 30, 2007, the six month period ended June 30, 2006, the twelve month period ended June 30, 2007 and the year ended December 31, 2006, respectively. These items are required adjustments to the fuel, purchased power costs and delivery fees in the unaudited pro forma condensed consolidated income statements since the activity associated with the underlying contracts or other legal or economic rights is reported as a component of costs. Adjustments also include addition amortization expense for adjustments to nuclear fuel balances included in property, plant and equipment in the unaudited pro forma condensed consolidated balance sheet.

(d)  *Depreciation and amortization expense*—represents the pro forma adjustment required to adjust property, plant and equipment to record power generation assets and other tangible property at their estimated fair values, as well as to record the fair value of customer-based intangible assets. For purposes of this adjustment, depreciation was determined for different categories of property based on a straight-line method over useful lives ranging from 7 to 45 years. These adjustments increased depreciation and amortization expense approximately $174 million, $174 million, $348 million and $348 million for the six month period ended June 30, 2007, the six month period ended June 30, 2006, the twelve month period ended June 30, 2007 and the year ended December 31, 2006, respectively. Transmission and distribution assets are considered to be at fair value due to the regulatory recovery of these assets based on historical costs, thus there were no increases or decreases to depreciation expense related to the regulated assets of Oncor Electric Delivery. An increase or decrease in the fair value of these assets of $500 million would result in an increase or decrease in depreciation and amortization expense of approximately $21 million and $10 million on an annual and six months basis, respectively.

(e)  *Interest expense*—represents pro forma adjustments related to the increase in interest expense as a result of the borrowings necessary to consummate the Merger, less certain interest expense associated with the debt that is to be repaid as part of the Transactions. In connection with the Merger, approximately $30,137 million of new debt will be incurred by TXU Corp. and its subsidiaries, with approximately $5,378 million of existing debt to be repaid (see "Description of Other Indebtedness—Debt Repayment"), resulting in a net increase in debt of approximately $24,759 million. This increase in debt will significantly increase the overall interest expense for the Issuer after the Merger. The estimated increase in interest expense was calculated based on an assumed weighted-average interest rate of approximately

59

EFIHMW00296541

TXU CORP.

**Notes to Unaudited Pro Forma Condensed Consolidated Statements of Income—Continued**
**(in millions of dollars)**

9.75% for the new debt to be issued in connection with the Merger. An incremental one-eighth percent increase or decrease in the assumed weighted average rates would increase or decrease interest expense by approximately $24 million on an annual basis and $12 million over a six month period.

Additionally, this adjustment includes interest amounts arising from the fair valuation of the existing debt of TXU Corp. and its subsidiaries that is expected to remain outstanding after the Merger. The final determination of the fair value of the debt will be based on prevailing market interest rates at the closing of the Merger and the necessary adjustment will be amortized as an increase (in the case of a discount to par value) or a decrease (in the case of a premium to par value) to interest expense over the remaining life of each debt issuance.

Further, this adjustment includes amounts to reduce interest expense for the removal of existing deferred financing costs, as well as the addition of interest expense associated with the estimated deferred financing costs of the new debt to be issued in connection with the Merger. The estimated interest expense for the new financing costs was calculated based on the expected maturities of the new debt.

|  | Six months | Twelve months |
|---|---|---|
| **Interest Expense** | | |
| Cash interest | 1,204 | 2,409 |
| Amortization of deferred financing costs | 71 | 142 |
| Purchase accounting impacts | 42 | 83 |
| Total | 1,317 | 2,634 |

(f) *Income tax provision*—represents the pro forma tax effect of the above adjustments based on an estimated statutory rate of approximately 35%. This estimate could change based on changes in the applicable tax rates and finalization of the tax position of the Issuer after the closing of the Merger.

60

EFIHMW00296542

**TXU CORP.**
**UNAUDITED PRO FORMA CONDENSED CONSOLIDATED BALANCE SHEET**
**AS OF JUNE 30, 2007**

| | Historical[a] | Transaction Adjustments (in millions) | Pro Forma |
|---|---|---|---|
| Cash and cash equivalents | $    422 | $    (409)[b] | $    13 |
| Restricted cash | 54 | | 54 |
| Trade accounts receivable—net | 1,016 | | 1,016 |
| Inventories | 428 | | 428 |
| Commodity and other derivative contractual assets | 299 | | 299 |
| Accumulated deferred income taxes | 829 | | 829 |
| Margin deposits related to commodity positions | 448 | | 448 |
| Other current assets | 189 | | 189 |
| Total current assets | 3,685 | (409) | 3,276 |
| Restricted cash | 119 | | 119 |
| Investments | 742 | 130[c] | 872 |
| Property, plant and equipment—net | 19,387 | 7,299[d] | 26,686 |
| Goodwill | 542 | 23,805[e] | 24,347 |
| Intangible assets | — | 3,575[f] | 3,575 |
| Regulatory assets—net | 1,935 | | 1,935 |
| Commodity and other derivative contractual assets | 216 | | 216 |
| Other noncurrent assets | 362 | 841[g] | 1,203 |
| Total assets | 26,988 | 35,241 | 62,229 |
| Short-term borrowings | 2,350 | (2,195)[h] | 155 |
| Long-term debt due currently | 792 | (250)[h] | 542 |
| Trade accounts payable | 1,014 | | 1,014 |
| Commodity and other derivative contractual liabilities | 429 | | 429 |
| Margin deposits related to commodity positions | 35 | | 35 |
| Other current liabilities | 993 | (58)[i] | 935 |
| Total current liabilities | 5,613 | (2,503) | 3,110 |
| Accumulated deferred income taxes | 3,121 | 4,021[j] | 7,142 |
| Investment tax credits | 353 | | 353 |
| Commodity and other derivative contractual liabilities | 876 | | 876 |
| Long-term debt, less amounts due currently | 11,917 | 26,054[h] | 37,971 |
| Other noncurrent liabilities and deferred credits | 4,063 | 414[i] | 4,477 |
| Total liabilities | 25,943 | 27,986 | 53,929 |
| Shareholders' equity | 1,045 | 7,256[k] | 8,301 |
| Total liabilities and shareholders' equity | $26,988 | $35,241 | $62,229 |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Balance Sheet, which are an integral part of these statements.

61

Confidential

EFIHMW00296543

**TXU CORP.**
**Notes to Unaudited Pro Forma Condensed**
**Consolidated Balance Sheet**
**(in millions of dollars)**

(a) *Historical presentation*—The amounts presented for TXU Corp. are derived from TXU Corp.'s historical unaudited consolidated balance sheet as of June 30, 2007 included elsewhere in this offering memorandum.

(b) *Cash and cash equivalents*—represents the pro forma adjustments required to reflect cash on hand used to consummate the Merger.

(c) *Investments*—represents the pro forma adjustment required to adjust certain investments in real estate to their fair values.

(d) *Property, plant and equipment*—represents the pro forma adjustment required to record power generation assets, nuclear fuel and other property, plant and equipment at fair value. Transmission and distribution assets are considered to be at fair value due to the regulatory recovery of these assets based on historical costs. This adjustment also includes the elimination of existing accumulated depreciation recorded to date as the property will have a new cost basis to be depreciated after the completion of the Transactions. Additionally, this adjustment includes amounts related to fair value estimates for existing real estate and development projects. All of these adjustments were determined by using management's estimates and assumptions related to the fair value of the assets based on current market indicators for fuel prices, emissions and regulatory costs, electricity prices, operation and maintenance costs, readily observable real estate transactions and other market factors. The estimated fair values used in this adjustment are preliminary and are significantly affected by assumptions which could change materially based on market factors at the time of the Merger. The net increase in property, plant and equipment will be depreciated over the estimated remaining useful lives of related depreciable assets, which range from 8 to 45 years, while the increase in value related to real estate will not be depreciated for financial reporting purposes.

(e) *Goodwill*—represents the excess of the purchase price for the Merger over the estimated fair values of the assets acquired and liabilities assumed (i.e., goodwill). The total estimated purchase price is calculated based on the per share Merger consideration of $69.25 multiplied by the expected number of shares outstanding at the closing of the Merger, plus estimated transaction costs that are directly related to the Merger. The following table summarizes the purchase price calculation:

| | |
|---|---:|
| Number of outstanding shares of TXU Corp. common stock as of June 30, 2007 (in millions) | 468.27 |
| Multiplied by $69.25 per share Merger consideration | 32,428 |
| Plus estimated direct transaction costs | 331 |
| Total purchase price | $32,759 |

62

Confidential

EFIHMW00296544

**TXU Corp.**
**Notes to Unaudited Pro Forma**
**Condensed Consolidated Balance Sheet**

Under the purchase method of accounting, the total estimated purchase price is allocated to all tangible and identifiable intangible assets acquired and liabilities assumed based on their respective fair values on the date the Merger is consummated (for purposes of this pro forma condensed consolidated balance sheet that date is assumed to be June 30, 2007). The fair value estimates of the assets and liabilities in these pro forma financial statements are preliminary and were developed solely to be used in these statements. Additionally, the fair value estimates are subject to revisions based on a multitude of factors and additional information that may come to our attention, any of which could have a material effect on the ultimate valuation. The following table summarizes the allocation of fair value to the assets and liabilities of the Company:

| Item | Fair Value |
| --- | --- |
| Property, plant and equipment | $(26,686) |
| Cash and restricted cash | (186) |
| Commodity and other derivative contractual assets | (515) |
| Other current assets | (2,910) |
| Investments | (872) |
| Intangibles | (3,575) |
| Regulatory assets | (1,935) |
| Other noncurrent assets | (1,204) |
| Commodity and other derivative contractual liabilities | 1,305 |
| Other current liabilities | 1,984 |
| Short-term borrowings and long-term debt due currently | 697 |
| Accumulated deferred income taxes | 7,142 |
| Long-term debt, less amounts due currently | 37,971 |
| Other noncurrent liabilities | 4,830 |
| Shareholder's equity | 8,301 |
| Goodwill | $ 24,347 |

In accordance with SFAS No. 142, goodwill is not amortized but is required to undergo impairment tests at least annually or more frequently if facts and circumstances indicate an impairment may have occurred. If an impairment exists, goodwill is immediately written down to its fair value through a charge to earnings. Accordingly, goodwill arising from the Merger will be subject to an impairment test at least annually.

This pro forma adjustment reflects the removal of previously existing goodwill on TXU Corp.'s balance sheet of approximately $542 million.

(f)  *Intangible assets*—represents the pro forma adjustment required to recognize certain identifiable intangible assets of TXU Corp. and its subsidiaries. These intangible assets arise due to certain contractual, legal or other economic rights that are separately identifiable from other assets. Several of the intangible assets relate to contracts in our power generation or wholesale business that are not accounted for under mark-to-market accounting since the contracts are not considered derivatives or have been elected to be treated as normal purchases or normal sales under SFAS No. 133. Additionally, an intangible asset will be recognized for the value of environmental emission credits allocated to our power generation fleet by regulatory bodies. The adjustment for emission credits was determined based on current market information utilizing a discounted cash flow valuation. All of the valuations of these intangibles are preliminary and could be materially affected by changes in market prices of fuel, electricity, emission credits, customer revenue streams and other market factors. The total amount of all intangible assets recognized in this adjustment is approximately $3,575 million.

63

Confidential

EFIHMW00296545

**TXU Corp.**
**Notes to Unaudited Pro Forma**
**Condensed Consolidated Balance Sheet**

The adjustments related to intangible assets will be amortized over the estimated remaining contractual terms ranging from four to 34 years, except for the trademark "TXU Energy," which will not be amortized but will be subject to periodic impairment tests.

(g) *Other noncurrent assets*—represents the pro forma adjustments to eliminate $97 million of deferred financing costs related to existing debt issuances and to recognize deferred financing costs of $998 million associated with new debt issued in connection with the Merger.

(h) *Long-term debt and short term borrowings*—represents pro forma adjustments for the issuance of new debt in the Transactions, as well as adjustments for the repayment of existing debt of TXU Corp. and its subsidiaries. For more information, see "Use of Proceeds" and "The Transactions—Debt Repayment."

Also included in this adjustment is the effect of the fair valuation of the existing debt of TXU Corp. and its subsidiaries that is expected to remain outstanding after the Merger. Those adjustments resulted in an estimated net discount to debt of approximately $1,121 million. The final determination of the fair value of the debt will be based on prevailing market interest rates at the closing of the Merger and the necessary adjustment will be amortized as an increase (in the case of a discount to par value) or a decrease (in the case of a premium to par value) to interest expense over the remaining life of each debt issuance.

The total pro forma adjustments related to debt are as follows:

| | |
|---|---:|
| Expected repayment of debt due currently | $(2,445) |
| Expected repayment of long-term debt | (2,962) |
| New long-term debt in connection with the merger | 30,137 |
| Discount on existing debt | (1,121) |
| Total adjustment | $23,609 |

(i) *Other current and noncurrent liabilities*—represents pro forma adjustments to record various unfavorable operating contracts that contain unfavorable pricing terms. The amounts related to power sales agreements, fuel procurement agreements, operating leases, and other contracts that are not currently recognized on the historical financial statements. The aggregate adjustment is approximately $701 million for these contracts. These adjustments were developed using estimated fair values based on current market information. This adjustment also includes amounts related to certain deferred credits that are required to be removed by EITF Issue No. 01-03, "Accounting in a Business Combination for Deferred Revenue of an Acquiree." Those amounts are approximately $345 million, of which $58 million were removed from other current liabilities and $287 million were removed from other noncurrent liabilities.

(j) *Deferred taxes*—represents pro forma adjustments to record additional net deferred income tax liabilities to account for the differences between book and tax basis of net assets acquired arising from the fair value adjustments. This adjustment was based on an estimated statutory tax rate of approximately 35%, which could change based on changes in the applicable tax rates and finalization of the Issuer's tax position.

(k) *Shareholders' equity*—represents pro forma adjustments for eliminating the historical shareholders' equity of TXU Corp. and the actual amount of cash contributed by the Sponsors and the Investors to TXU Corp.

64

EFIHMW00296546

## SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA

The following table sets forth our selected historical consolidated financial data as of and for the periods indicated. The selected financial data as of December 31, 2005 and 2006 and for each of the three years ended December 31, 2004, 2005 and 2006 have been derived from our audited historical consolidated financial statements and related notes included elsewhere in this offering memorandum. The selected financial data as of December 31, 2002, 2003 and 2004 and for the two years ended December 31, 2002 and 2003 have been derived from our historical consolidated financial statements that are not included herein. The unaudited selected financial data as of June 30, 2007 and for the six months ended June 30, 2007 and June 30, 2006 were derived from our unaudited historical condensed consolidated financial statements included elsewhere in this offering memorandum.

As required by accounting rules, Oncor Electric Delivery is consolidated with TXU Corp. for financial reporting purposes. However, Oncor Electric Delivery will be ring-fenced from TXU Corp. and its other subsidiaries as described under "The Transactions—Ring-Fencing." Oncor Electric Delivery Holdings and its subsidiaries will be Unrestricted Subsidiaries as defined in the indenture governing the notes offered hereby and, accordingly, will not be subject to most of the restrictive covenants in the indenture. The unaudited financial data presented have been prepared on a basis consistent with our audited consolidated financial statements. In the opinion of management, such unaudited financial data reflect all adjustments, consisting only of normal and recurring adjustments, necessary for a fair presentation of the results for those periods. The results of operations for the interim periods are not necessarily indicative of the results to be expected for the full year or any future period.

The selected historical consolidated financial data set forth below should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the consolidated financial statements and related notes thereto appearing elsewhere in this offering memorandum.

| | Year Ended December 31, | | | | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2006 | 2007 |
| | (millions of dollars, except ratios and per share amounts) | | | | | | |
| **Statement of Income Data:** | | | | | | | |
| Operating revenues ................... | $ 8,094 | $8,600 | $9,216 | $10,662 | $10,856 | $4,971 | $3,691 |
| Income from continuing operations before extraordinary gain (loss) and cumulative effect of changes in accounting principles ............... | 105 | 566 | 81 | 1,775 | 2,465 | 1,574 | (682) |
| Income (loss) from discontinued operations, net of tax effect .......... | (4,181) | 74 | 378 | 5 | 87 | 60 | 11 |
| Extraordinary gain (loss), net of tax effect ......................... | (134) | — | 16 | (50) | — | — | — |
| Cumulative effect of changes in accounting principles, net of tax effect ......................... | — | (58) | 10 | (8) | — | — | — |
| Exchangeable preferred membership interest buyback premium ........... | — | — | 849 | — | — | — | — |
| Preference stock dividends ........... | 22 | 22 | 22 | 10 | — | — | — |
| Net income (loss) available for common stock .......................... | (4,232) | 560 | (386) | 1,712 | 2,552 | 1,073 | (377) |
| Dividends declared per share .......... | 0.96 | 0.25 | 0.47 | 1.26 | 1.67 | 0.826 | 0.865 |
| Ratio of earnings to fixed charges[a] ..... | 1.22x | 1.94x | 1.16x | 3.80x | 5.11x | 4.41x | — |
| Ratio of earnings to combined fixed charges and preference dividends[a] ... | 1.17x | 1.87x | 1.11x | 3.74x | 5.11x | 4.41x | — |

65

Confidential

EFIHMW00296547