In June 2007, an amendment to this law was enacted that included clarifications and technical changes to the provisions of the tax calculation. In the second quarter of 2007, TXU Corp. recorded a deferred tax benefit of $51 million, essentially all of which related to changes in the rate at which a tax credit is calculated as specified in the new law. This estimated benefit is based on the Texas margin tax law in its current form and the current guidance issued by the Texas Comptroller of Public Accounts.

The effective date of the Texas margin tax for TXU Corp. is January 1, 2008. The computation of tax liability will be based on 2007 revenues as reduced by certain deductions and is being accrued in the current year.

Of the total 2007 deferred tax benefit, $30 million was recognized in the Competitive Electric segment results and $21 million was recognized in the Corporate and Other nonsegment results. Of the total 2006 deferred tax charge, $42 million was recognized as a deferred tax charge in the Competitive Electric segment results and $1 million was recognized as a deferred tax benefit in the Corporate and Other nonsegment results.

## 5. EARNINGS PER SHARE

Basic earnings per share available to common shareholders are based on the weighted average number of common shares outstanding during the period. Diluted earnings per share include the effect of all potential issuances of common shares under stock-based incentive compensation and certain debt arrangements.

| | For the Three Months Ended June 30, 2007 | | | For the Three Months Ended June 30, 2006 | | |
|---|---|---|---|---|---|---|
| | Income (Loss) | Shares | Per Share Amount | Income | Shares | Per Share Amount |
| **Income (loss) from continuing operations—Basic** . . . . . . | $ 110 | 458.8 | $ .24 | $ 497 | 458.0 | $1.08 |
| **Dilutive securities/other adjustments:** | | | | | | |
| Convertible senior notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 1.5 | | — | 1.5 | |
| Equity-linked debt securities . . . . . . . . . . . . . . . . . . . . . . . . | — | — | | — | 1.0 | |
| Stock-based incentive compensation plan . . . . . . . . . . . . . . | — | 3.4 | | — | 5.0 | |
| **Income (loss) from continuing operations—Diluted** . . . . | $ 110 | 463.7 | $ .24 | $ 497 | 465.5 | $1.07 |

| | For the Six Months Ended June 30, 2007 | | | For the Six Months Ended June 30, 2006 | | |
|---|---|---|---|---|---|---|
| | Income (Loss) | Shares | Per Share Amount | Income | Shares | Per Share Amount |
| **Income (loss) from continuing operations—Basic** . . . . . . | $(388) | 458.2 | $(.85) | $1,013 | 461.0 | $2.20 |
| **Dilutive securities/other adjustments:** | | | | | | |
| Convertible senior notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 1.5 | | 1 | 1.5 | |
| Equity-linked debt securities . . . . . . . . . . . . . . . . . . . . . . . . | — | — | | — | 1.6 | |
| Stock-based incentive compensation plan . . . . . . . . . . . . . . | — | 4.4 | | — | 5.6 | |
| **Income (loss) from continuing operations—Diluted** . . . . | $(388) | 458.2[(a)] | $(.85)[(a)] | $1,014 | 469.7 | $2.16 |

(a)  Diluted results per share equal basic results per share because of the loss position and antidilution accounting rules.

F-11

Confidential                                                              EFIHMW00296769

## 6. OTHER INCOME AND DEDUCTIONS

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| Other income: | | | | |
| Gain on contract settlement[a] | $ — | $ 26 | $ — | $ 26 |
| Amortization of gain on sale of TXU Fuel | 11 | 11 | 23 | 23 |
| Net gain on sale of other properties | — | 1 | 4 | 1 |
| Reduction of insurance reserves unrelated to ongoing operations | 2 | — | 7 | — |
| Settlement penalty for coal tonnage delivery deficiency | — | — | 3 | — |
| Royalty income from lignite and natural gas leases | 2 | — | 5 | — |
| Other | 1 | 4 | 3 | 5 |
| Total other income | $ 16 | $ 42 | $ 45 | $ 55 |
| Other deductions: | | | | |
| Charges related to suspended development of generation facilities (Note 2) | $ 82 | $ — | $795 | $ — |
| Writeoff of deferred transaction costs[b] | — | — | 30 | — |
| Transaction costs related to Proposed Merger | 6 | — | 20 | — |
| Expenses related to InfrastruX Energy Services joint venture[c] | 11 | — | 12 | — |
| Charge for impairment of natural gas-fueled generation plants | — | 198 | — | 198 |
| Inventory write-off related to natural gas-fueled generation plants | — | 3 | — | 3 |
| Credit related to coal contract counterparty claim[d] | — | — | — | (12) |
| Costs related to 2006 cities rate settlement | 7 | — | 13 | — |
| Charge for settlement of retail matter with the Commission | 5 | — | 5 | — |
| Pension and other postretirement benefit costs related to discontinued businesses | 6 | 5 | 9 | 10 |
| Equity losses—unconsolidated affiliates | — | 7 | 1 | 7 |
| Other | 5 | 8 | 6 | 15 |
| Total other deductions | $122 | $221 | $891 | $221 |

(a) In the second quarter of 2006, TXU Corp. recorded income of $26 million upon the settlement of a contract dispute related to antenna site rentals by a telecommunications company. (Reported in Corporate and Other nonsegment results.)

(b) Represents previously deferred costs, consisting primarily of professional fees for tax, legal and other advisory services, in connection with certain previously anticipated strategic transactions (including expected financings) that are no longer expected to be consummated as a result of the Merger Agreement. (Reported in Corporate and Other nonsegment results.)

(c) Consists of previously deferred costs, consisting primarily of professional fees that were written-off due to suspension of the agreement. Of these amounts, $8 million was reported in the Corporate and Other nonsegment results and the balance was reported in the Regulated Delivery segment results.

(d) In the first quarter of 2006, TXU Corp. recorded income of $12 million upon the settlement of a claim against a counterparty for nonperformance under a coal contract. A charge in the same amount was recorded in the first quarter of 2005 for losses due to the nonperformance. (Reported in the Competitive Electric segment results.)

## 7. TRADE ACCOUNTS RECEIVABLE AND SALE OF RECEIVABLES PROGRAM

*Sale of Receivables*—Subsidiaries of TXU Corp. participate in an accounts receivable securitization program, the activity under which is accounted for as a sale of accounts receivable in accordance with SFAS 140. Under the program, subsidiaries of TXU Corp. (originators) sell trade accounts receivable to TXU Receivables Company, a consolidated wholly-owned bankruptcy-remote direct subsidiary of TXU Corp., which sells

Confidential

EFIHMW00296770

**PX 001**
**Page 295 of 453**

undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions (the funding entities). The current program is subject to renewal in June 2008.

The maximum amount currently available under the program is $700 million, and the program funding was $527 million as of June 30, 2007. Under certain circumstances, the amount of customer deposits held by the originators can reduce the amount of undivided interests that can be sold, thus reducing funding available under the program. Funding availability for all originators is reduced by 100% of the originators' customer deposits if Texas Competitive Holdings' fixed charge coverage ratio is less than 2.5 times; 50% if Texas Competitive Holdings' coverage ratio is less than 3.25 times, but at least 2.5 times; and zero % if Texas Competitive Holdings' coverage ratio is 3.25 times or more. The originators' customer deposits, which totaled $119 million, did not affect funding availability at that date as Texas Competitive Holdings' coverage ratio was in excess of 3.25 times.

All new trade receivables under the program generated by the originators are continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Changes in the amount of funding under the program, through changes in the amount of undivided interests sold by TXU Receivables Company, reflect seasonal variations in the level of accounts receivable, changes in collection trends as well as other factors such as changes in sales prices and volumes. TXU Receivables Company has issued subordinated notes payable to the originators for the difference between the face amount of the uncollected accounts receivable purchased, less a discount, and cash paid to the originators that was funded by the sale of the undivided interests. The balance of the subordinated notes payable, which is eliminated in consolidation, totaled $350 million and $211 million at June 30, 2007 and December 31, 2006, respectively.

The discount from face amount on the purchase of receivables principally funds program fees paid by TXU Receivables Company to the funding entities. The discount also funds a servicing fee paid by TXU Receivables Company to TXU Business Services Company, a direct subsidiary of TXU Corp. The program fees, also referred to as losses on sale of the receivables under SFAS 140, consist primarily of interest costs on the underlying financing and totaled $20 million and $18 million for the six month periods ending June 30, 2007 and 2006, respectively, and averaged 6.4% and 5.4% (on an annualized basis) of the funding under the program for the first six months of 2007 and 2006, respectively. The servicing fee, which totaled approximately $2 million for the first six months of both 2007 and 2006, compensates TXU Business Services Company for its services as collection agent, including maintaining the detailed accounts receivable collection records. The program fees represent essentially all the net incremental costs of the program on a consolidated basis and are reported in SG&A expenses.

The accounts receivable balance reported in the June 30, 2007 consolidated balance sheet includes $877 million face amount of trade accounts receivable of Texas Competitive Holdings and Oncor Electric Delivery sold to TXU Receivables Company, such amount having been reduced by $527 million of undivided interests sold by TXU Receivables Company. Funding under the program decreased $100 million for the six month period ending June 30, 2007 and increased $29 million for the six month period ending June 30, 2006. Funding increases or decreases under the program are reflected as operating cash flow activity in the statement of cash flows. The carrying amount of the retained interests in the accounts receivable balance approximated fair value due to the short-term nature of the collection period.

F-13

**PX 001**
**Page 296 of 453**

Activities of TXU Receivables Company were as follows:

|  | Six Months Ended June 30, | |
| --- | ---: | ---: |
|  | 2007 | 2006 |
| Cash collections on accounts receivable | $ 3,964 | $ 3,705 |
| Face amount of new receivables purchased | (4,003) | (3,763) |
| Discount from face amount of purchased receivables | 22 | 20 |
| Program fees paid | (20) | (18) |
| Servicing fees paid | (2) | (2) |
| Increase in subordinated notes payable | 139 | 29 |
| Operating cash flows used by (provided to) TXU Corp. under the program | $ 100 | $ (29) |

Upon termination of the program, cash flows would be delayed as collections of sold receivables would be used by TXU Receivables Company to repurchase the undivided interests from the funding entities instead of purchasing new receivables. The level of cash flows would normalize in approximately 16 to 30 days.

*Contingencies Related to Sale of Receivables Program*—Although TXU Receivables Company expects to be able to pay its subordinated notes from the collections of purchased receivables, these notes are subordinated to the undivided interests of the financial institutions in those receivables, and collections might not be sufficient to pay the subordinated notes. The program may be terminated if either of the following events occurs:

1) all of the originators cease to maintain their required fixed charge coverage ratio and debt to capital (leverage) ratio; or

2) the delinquency ratio (delinquent for 31 days) for the sold receivables, the default ratio (delinquent for 91 days or deemed uncollectible), the dilution ratio (reductions from discounts, disputes and other allowances) or the days collection outstanding ratio exceed stated thresholds and the financial institutions do not waive such event of termination. The thresholds apply to the entire portfolio of sold receivables, not separately to the receivables of each originator.

*Trade Accounts Receivable*—

|  | June 30, 2007 | December 31, 2006 |
| --- | ---: | ---: |
| Gross trade accounts receivable | $1,557 | $1,599 |
| Undivided interests in accounts receivable sold by TXU Receivables Company | (527) | (627) |
| Allowance for uncollectible accounts related to undivided interests in receivables retained | (14) | (13) |
| Trade accounts receivable—reported in balance sheet | $1,016 | $ 959 |

Gross trade accounts receivable at June 30, 2007 and December 31, 2006 included unbilled revenues of $528 million and $466 million, respectively.

F-14

Confidential

EFIHMW00296772

*Allowance for Uncollectible Accounts Receivable—*

| | 2007 | 2006 |
|---|---|---|
| Allowance for uncollectible accounts receivable as of January 1 | $ 13 | $ 36 |
| Increase for bad debt expense | 25 | 30 |
| Decrease for account write-offs | (33) | (41) |
| Changes related to receivables sold | 9 | 13 |
| Other[a] | — | (15) |
| Allowance for uncollectible accounts receivable as of June 30 | $ 14 | $ 23 |

(a)  Represents an allowance established in 2005 for a coal contract dispute that was reversed upon settlement in 2006. See Note 6.

Allowances related to undivided interests in receivables sold are reported in current liabilities and totaled $17 million and $26 million at June 30, 2007 and December 31, 2006, respectively.

## 8. SHORT-TERM FINANCING

*Short-term Borrowings*—At June 30, 2007 and December 31, 2006, the outstanding short-term borrowings of TXU Corp. and its subsidiaries consisted of the following:

| | At June 30, 2007 | | At December 31, 2006 | |
|---|---|---|---|---|
| | Outstanding Amount | Interest Rate[a] | Outstanding Amount | Interest Rate[a] |
| Bank borrowings | $2,350 | 6.19% | $ 195 | 5.97% |
| Commercial paper | — | — | 1,296 | 5.53% |
| Total | $2,350 | | $1,491 | |

(a)  Weighted average interest rate at the end of the period.

Under the commercial paper programs, Texas Competitive Holdings and Oncor Electric Delivery may issue up to $2.4 billion and $1.0 billion of commercial paper, respectively. At June 30, 2007, Texas Competitive Holdings and Oncor Electric Delivery had no commercial paper outstanding. These programs are effectively supported by existing credit facilities although there is no contractual obligation under the programs to maintain equivalent availability under existing credit facilities. During 2007, the commercial paper borrowings have been largely refinanced through borrowings against existing credit facilities.

*Credit Facilities*—At June 30, 2007, subsidiaries of TXU Corp. had access to credit facilities with the following terms:

| | | At June 30, 2007 | | | |
|---|---|---|---|---|---|
| Authorized Borrowers | Maturity Date | Facility Limit | Letters of Credit | Cash Borrowings | Availability |
| Texas Competitive Holdings | February 2008 | $1,500 | $ — | $ — | $1,500 |
| Texas Competitive Holdings, Oncor Electric Delivery | June 2008 | 1,400 | 512 | 765 | 123 |
| Texas Competitive Holdings, Oncor Electric Delivery | August 2008 | 1,000 | — | 495 | 505 |
| Texas Competitive Holdings, Oncor Electric Delivery | March 2010 | 1,600 | 248 | 815 | 537 |
| Texas Competitive Holdings, Oncor Electric Delivery | June 2010 | 500 | 5 | 230 | 265 |
| Texas Competitive Holdings | December 2009 | 500 | 455 | 45 | — |
| Total | | $6,500 | $1,220 | $2,350 | $2,930 |

F-15

EFIHMW00296773

The maximum amount Texas Competitive Holdings and Oncor Electric Delivery can directly access under the facilities is $6.5 billion and $3.6 billion, respectively. These facilities may be used for working capital and general corporate purposes, including providing support for issuances of commercial paper and for issuing letters of credit. Availability under these facilities as of June 30, 2007 declined $2.4 billion from December 31, 2006.

On March 1, 2007, a $1.5 billion Texas Competitive Holdings facility maturing in May 2007 was terminated and replaced with a new 364-day facility with terms comparable to the existing facilities. The new credit facility may only be drawn upon if the $1.0 billion credit facility maturing in August 2008 is fully drawn. The facility matures in February 2008 but will terminate earlier on any date Texas Competitive Holdings issues any debt (excluding pollution control revenue bonds and commercial paper) or preferred equity securities or enters into any credit facilities.

All letters of credit under the credit facilities as of June 30, 2007 are the obligations of Texas Competitive Holdings. At June 30, 2007, Texas Competitive Holdings and Oncor Electric Delivery had $2.195 billion and $155 million in outstanding cash borrowings, respectively.

Pursuant to Commission rules, availability under the credit facilities is further reduced by $125 million to provide liquidity to permit TXU Energy Retail to return retail customer deposits, if necessary.

F-16

Confidential

EFIHMW00296774

## 9. LONG-TERM DEBT

*Long-term debt*—At June 30, 2007 and December 31, 2006, the long-term debt of TXU Corp. consisted of the following:

|  | June 30, 2007 | December 31, 2006 |
|---|---|---|
| Texas Competitive Holdings | | |
| Pollution Control Revenue Bonds: | | |
| Brazos River Authority: | | |
| 5.400% Fixed Series 1994A due May 1, 2029 | $    39 | $    39 |
| 7.700% Fixed Series 1999A due April 1, 2033 | 111 | 111 |
| 6.750% Fixed Series 1999B due September 1, 2034, remarketing date April 1, 2013[a] | 16 | 16 |
| 7.700% Fixed Series 1999C due March 1, 2032 | 50 | 50 |
| 3.830% Floating Series 2001A due October 1, 2030[b] | 71 | 71 |
| 5.750% Fixed Series 2001C due May 1, 2036, remarketing date November 1, 2011[a] | 217 | 217 |
| 3.780% Floating Series 2001D due May 1, 2033[b] | 268 | 268 |
| 5.380% Floating Taxable Series 2001I due December 1, 2036[b] | 62 | 62 |
| 3.830% Floating Series 2002A due May 1, 2037[b] | 45 | 45 |
| 6.750% Fixed Series 2003A due April 1, 2038, remarketing date April 1, 2013[a] | 44 | 44 |
| 6.300% Fixed Series 2003B due July 1, 2032 | 39 | 39 |
| 6.750% Fixed Series 2003C due October 1, 2038 | 52 | 52 |
| 5.400% Fixed Series 2003D due October 1, 2029, remarketing date October 1, 2014[a] | 31 | 31 |
| 5.000% Fixed Series 2006 due March 1, 2041 | 100 | 100 |
| Sabine River Authority of Texas: | | |
| 6.450% Fixed Series 2000A due June 1, 2021 | 51 | 51 |
| 5.500% Fixed Series 2001A due May 1, 2022, remarketing date November 1, 2011[a] | 91 | 91 |
| 5.750% Fixed Series 2001B due May 1, 2030, remarketing date November 1, 2011[a] | 107 | 107 |
| 5.200% Fixed Series 2001C due May 1, 2028 | 70 | 70 |
| 5.800% Fixed Series 2003A due July 1, 2022 | 12 | 12 |
| 6.150% Fixed Series 2003B due August 1, 2022 | 45 | 45 |
| 3.850% Floating Series 2006A due November 1, 2041 (interest rate in effect at March 31, 2007)[c] | — | 47 |
| 3.850% Floating Series 2006B due November 1, 2041, (interest rate in effect at March 31, 2007)[c] | — | 46 |
| Trinity River Authority of Texas: | | |
| 6.250% Fixed Series 2000A due May 1, 2028 | 14 | 14 |
| 3.850% Floating Series 2006 due November 1, 2041, (interest rate in effect at March 31, 2007)[c] | — | 50 |
| Other: | | |
| 6.125% Fixed Senior Notes due March 15, 2008[d] | 250 | 250 |
| 7.000% Fixed Senior Notes due March 15, 2013 | 1,000 | 1,000 |
| 5.860% Floating Senior Notes due September 16, 2008[e] | 1,000 | — |
| Capital lease obligations | 92 | 98 |
| Fair value adjustments related to interest rate swaps | 11 | 10 |
| Total Texas Competitive Holdings | $3,888 | $3,036 |

F-17

Confidential

EFIHMW00296775

**PX 001**
**Page 300 of 453**

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| Oncor Electric Delivery | | |
| 6.375% Fixed Senior Notes due May 1, 2012 | $   700 | $   700 |
| 7.000% Fixed Senior Notes due May 1, 2032 | 500 | 500 |
| 6.375% Fixed Senior Notes due January 15, 2015 | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 | 350 | 350 |
| 5.000% Fixed Debentures due September 1, 2007[d] | 200 | 200 |
| 7.000% Fixed Debentures due September 1, 2022 | 800 | 800 |
| 5.735% Floating Senior Notes due September 16, 2008[e] | 800 | — |
| Unamortized discount | (16) | (16) |
| Total Oncor Electric Delivery | 3,834 | 3,034 |
| Oncor Electric Delivery Transition Bond Company LLC[f] | | |
| 2.260% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2007 | — | 8 |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 | 109 | 122 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 | 130 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 | 145 | 145 |
| 3.520% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2009 | 131 | 158 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 | 221 | 221 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 | 290 | 290 |
| Total Oncor Electric Delivery Transition Bond Company LLC | 1,026 | 1,074 |
| Total Oncor Electric Delivery Consolidated | 4,860 | 4,108 |
| US Holdings | | |
| 7.170% Fixed Senior Debentures due August 1, 2007 | 10 | 10 |
| 7.460% Fixed Secured Facility Bonds with amortizing payments through January 2015 | 78 | 85 |
| 9.580% Fixed Notes due in semiannual installments through December 4, 2019 | 62 | 62 |
| 8.254% Fixed Notes due in quarterly installments through December 31, 2021 | 58 | 59 |
| 6.156% Floating Rate Junior Subordinated Debentures, Series D due January 30, 2037[g] | 1 | 1 |
| 8.175% Fixed Junior Subordinated Debentures, Series E due January 30, 2037 | 8 | 8 |
| Unamortized premium | 4 | 5 |
| Total US Holdings | 221 | 230 |
| TXU Corp. | | |
| 6.375% Fixed Senior Notes Series C due January 1, 2008[d] | 200 | 200 |
| 4.800% Fixed Senior Notes Series O due November 15, 2009 | 1,000 | 1,000 |
| 5.550% Fixed Senior Notes Series P due November 15, 2014 | 1,000 | 1,000 |
| 6.500% Fixed Senior Notes Series Q due November 15, 2024 | 750 | 750 |
| 6.550% Fixed Senior Notes Series R due November 15, 2034 | 750 | 750 |
| 8.820% Building Financing due semiannually through February 11, 2022[h] | 93 | 99 |
| 6.856% Floating Convertible Senior Notes due July 15, 2033[g] | 25 | 25 |
| Fair value adjustments related to interest rate swaps | (70) | (73) |
| Unamortized discount | (8) | (9) |
| Total TXU Corp. | 3,740 | 3,742 |
| Total TXU Corp. consolidated | 12,709 | 11,116 |
| Less amount due currently | (792) | (485) |
| Total long-term debt | $11,917 | $10,631 |

Confidential

EFIHMW00296776

(a) These series are in the multiannual interest rate mode and are subject to mandatory tender prior to maturity on the mandatory remarketing date. On such date, the interest rate and interest rate period will be reset for the bonds.

(b) Interest rates in effect at June 30, 2007. These series are in a weekly interest rate mode and are classified as long-term as they are supported by long-term irrevocable letters of credit.

(c) These series were redeemed on May 8, 2007 as a result of the suspension of development of eight coal-fueled generation facilities.

(d) Interest rates swapped to variable on entire principal amount at June 30, 2007.

(e) Interest rates in effect at June 30, 2007. These series are subject to mandatory redemption upon a change in control of TXU Corp., including the Proposed Merger and are subject to optional redemption on or after September 16, 2007.

(f) These bonds are nonrecourse to Oncor Electric Delivery and were issued to securitize a regulatory asset.

(g) Interest rates in effect at June 30, 2007.

(h) TXU Corp. and Texas Competitive Holdings replaced their guarantees of this financing with a $144 million letter of credit in June 2007.

***Debt-related Activity in 2007***—In May 2007, Texas Competitive Holdings redeemed at par the Sabine River Authority of Texas Series 2006A and 2006B pollution control revenue bonds with aggregate principal amounts of $47 million and $46 million, respectively, and the Trinity River Authority of Texas Series 2006 pollution control revenue bonds with an aggregate principal amount of $50 million. All three bond series were issued in conjunction with the development of eight coal-fueled generation plants, which has been suspended. Restricted cash retained upon issuance of the bonds was used to fund substantially all of the redemption amount.

In March 2007, Texas Competitive Holdings and Oncor Electric Delivery issued floating rate senior notes with an aggregate principal amount of $1.0 billion and $800 million, respectively. The floating rate is based on LIBOR plus 50 basis points for Texas Competitive Holdings (subject to an increase of 25 basis points in the event of a downgrade in Texas Competitive Holdings' credit rating) and 37.5 basis points for Oncor Electric Delivery (subject to an increase of up to 50 basis points in the event of a downgrade in Oncor Electric Delivery's credit rating). The notes mature in September 2008, but are subject to mandatory redemption upon a change in control of TXU Corp., including consummation of the Proposed Merger.

***Fair Value Hedges***—TXU Corp. uses fair value hedging strategies to manage its exposure to fixed interest rates on long-term debt. At June 30, 2007, $650 million of fixed rate debt had been effectively converted to variable rates through interest rate swap transactions, expiring through 2008. These swaps qualified for and were designated as fair value hedges in accordance with SFAS 133 (under the short-cut method as the conditions for assuming no ineffectiveness are met). Interest rate swaps related to $1.85 billion principal amount of debt were dedesignated as fair value hedges in January 2007. Offsetting swap positions were entered into and both the original swaps and offsetting positions are subsequently being marked-to-market in net income.

***Long-term debt fair value adjustments***—

|  | Six Months Ended June 30, 2007 |
| --- | --- |
| Long-term debt fair value adjustments related to interest rate swaps at beginning of period—net reduction in debt carrying value . . . . . . . . . . . | $(63) |
| Fair value adjustments during the period . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| Recognition of net gains on settled fair value hedges[a] . . . . . . . . . . . . . . . . | (1) |
| Recognition of net losses on dedesignated fair value hedges[b] . . . . . . . . . . | 4 |
| Long-term debt fair value adjustments at end of period—net reduction in debt carrying value (net out-of-the-money value of swaps) . . . . . . . . . . | $(59) |

Confidential

EFIHMW00296777

(a)  Net value of settled in-the-money fixed-to-variable swaps recognized in net income when the hedged transactions are recognized. Amount is pretax.
(b)  Net value of dedesignated out-of-the money fixed-to-variable swaps recognized in net income when the hedged transactions are recognized. Amount is pretax.

Any changes in unsettled swap fair values of active positions reported as fair value adjustments to debt amounts are offset by changes in derivative assets and liabilities.

## 10. COMMITMENTS AND CONTINGENCIES

### Generation Development

Subsidiaries of TXU Corp. have executed EPC agreements for the development of three lignite/coal-fueled generation units in Texas. Such subsidiaries or the EPC contractors have placed orders for critical long lead-time equipment, including boilers, turbine generators and air quality control systems for the two units at Oak Grove and one unit at Sandow, and construction of the three units has commenced.

The existing air permit for the Sandow facility was issued to Alcoa Inc. pursuant to a consent decree issued by a federal court and is expected to be transferred to a TXU Corp. subsidiary pursuant to a development agreement that includes a long-term power supply arrangement with Alcoa Inc. The consent decree contains certain provisions that create risk to the project; however, TXU Corp. has reached a negotiated settlement with the US Department of Justice and the EPA that would resolve the consent decree issues, including one related to the deadline for commercial operation of the facility. In February 2007, the federal court approved this settlement, but it is subject to pending appeal. There can be no assurance that the appeals court would not overturn the ruling, which would result in an adverse impact on the project.

A TXU Corp. subsidiary has received the air permit for the Oak Grove units, which was approved by the TCEQ in June 2007. The Oak Grove air permit is the subject of motions for rehearing at the TCEQ and collateral litigation in state and federal court and is expected to be appealed. While TXU Corp. does not expect the appeal to be successful, and it believes the collateral litigation is without merit and intends to vigorously defend such litigation and appeals, there can be no assurance that the appeal or collateral litigation will not have an adverse impact on the project.

Capital expenditures under the construction-related agreements for the three generation units totaled approximately $1.0 billion as of June 30, 2007. If the agreements had been canceled as of that date, subsidiaries of TXU Corp. would have incurred an estimated termination obligation of up to approximately $340 million. This estimated gross cancellation exposure of approximately $1.4 billion at June 30, 2007 excludes any potential recovery values for assets acquired to date and for assets already owned prior to executing such agreements that are intended to be utilized for these projects.

### Litigation

Two putative class and derivative lawsuits and one derivative lawsuit were filed in the United States District Court, Northern District of Texas, Dallas Division in March 2007 against the directors of TXU Corp., TXU Corp., as a nominal defendant, and the Sponsors. On April 27, 2007, the Plaintiffs filed Amended Complaints asserting only derivative claims against the same defendants. The cases allege that the directors abused their ability to control and influence TXU Corp., committed gross mismanagement and violated various fiduciary duties by approving the Merger Agreement and the Sponsors aided and abetted that alleged conduct. The Plaintiffs contend that the directors violated fiduciary duties owed to shareholders by failing to maximize the value of TXU Corp. and by breaching duties of loyalty and due care by not taking adequate measures to ensure that the interests of shareholders were properly protected. The Merger Agreement allowed TXU Corp. to solicit other proposals from third parties until

F-20

EFIHMW00296778

April 16, 2007 and the transaction is subject to the approval of TXU Corp.'s shareholders. Accordingly, TXU Corp. and its directors filed Motions to Dismiss based on the Plaintiffs failure to comply with the provisions of the Texas Business Organizations Code applicable to filing and pursuing derivative proceedings. The Motions are pending before the Court.

In February and March 2007, three derivative lawsuits were filed in Dallas County state district courts arising out of the Merger Agreement. The suits, filed by putative shareholders, allege that TXU Corp.'s directors, named as defendants, breached fiduciary duties owed TXU Corp. by approving the Merger Agreement. The petitions, now consolidated into one action in the 44th District Court, Dallas County, Texas, include claims that the defendants failed to ensure that the transaction was in the best interest of TXU Corp.; that the directors participated in a transaction where their loyalties were divided and where they were to receive a personal financial benefit; that such alleged conduct constituted a breach of their duties of care, loyalty, good faith, candor and independence owed to TXU Corp.; and that the Sponsors aided and abetted the alleged breaches of fiduciary duties by the directors. TXU Corp. believes that the Plaintiffs failed to comply with provisions of the Texas Business Organizations Code applicable to filing and pursuing derivative proceedings and thus have filed a Motion to Dismiss that is pending before the Court. Additionally, TXU Corp. has filed a Written Statement with the Court advising that, pursuant to the Texas Business Organizations Code, a Derivative Demand Committee of independent and disinterested members of TXU Corp.'s board of directors has been formed and is engaged in the active review, in good faith, of the allegations in the consolidated derivative lawsuits. Consequently, TXU Corp. has requested that the Court enforce the automatic and mandatory stay of the proceedings as provided in the Texas Business Organizations Code (TBOC) until the Derivative Demand Committee has completed its review. On May 16, 2007, the parties agreed to stay the consolidated derivative proceeding pending the Derivative Demand Committee's review of Plaintiffs' claims in that proceeding. On May 18, 2007, the Court entered an order staying the action in accordance with Section 21.555 of the TBOC. On July 18, 2007, TXU Corp. filed a Written Statement pursuant to TBOC Section 21.555(c) and an Application for Additional Stay informing the District Court that the Derivative Demand Committee was continuing its active review, in good faith, of the allegations set forth in the derivative lawsuits and accordingly requested an extension of the order staying the action through August 31, 2007. The Court has not yet ruled upon the Written Statement and Application.

In February and March 2007 eight lawsuits were filed in state district court in Dallas County, Texas by putative shareholders against the directors of TXU Corp., TXU Corp., the Sponsors, and certain financial entities, asserting claims on behalf of owners of shares of TXU common stock as well as seeking to certify a class action on behalf of allegedly similarly situated shareholders. The lawsuits, which have been consolidated into one action in the 44th District Court, Dallas County, Texas, contend that the directors of TXU Corp. violated various fiduciary duties owed plaintiffs and other shareholders in connection with the execution of the Merger Agreement and that the Sponsors and certain financial entities aided and abetted the alleged breaches of fiduciary duties by the directors. Plaintiffs seek to enjoin defendants from consummating the Merger Agreement until such time as a procedure or process is adopted to obtain the highest possible price for shareholders, as well as a request that the Court direct the officers and directors of TXU Corp. to exercise their fiduciary duties in order to obtain a transaction in the best interest of TXU Corp. shareholders. The consolidated suit includes claims that the directors failed to take steps to properly value or maximize the value of TXU Corp. and breached their duties of loyalty, good faith, candor and independence owed to TXU Corp. shareholders. The Merger Agreement allowed TXU Corp. to solicit other proposals from third parties until April 16, 2007 and is subject to the approval of TXU Corp.'s shareholders. The consolidated suit purports to assert claims by shareholders directly against the directors. TXU Corp. believes that Texas law does not recognize such a cause of action. Consequently, TXU Corp. and its directors have filed a Motion to Dismiss. On May 25, 2007, the Court granted the Motion and dismissed the consolidated putative class action suit with prejudice. On May 31, 2007, Plaintiffs moved for reconsideration of the May 25 Order dismissing the action. The motion is pending before the Court. TXU Corp. believes the claims made in this litigation are without merit and, therefore, intends to vigorously defend this litigation.

F-21

EFIHMW00296779

On July 19, 2007, a putative class action lawsuit was filed in the United States District Court, Northern District of Texas, Dallas Division by a putative shareholder against TXU Corp. and its directors asserting a claim under Section 14(a) of the Securities Exchange Act of 1934 and the rules and regulations thereunder, asserting that the preliminary proxy statement of TXU Corp. filed June 14, 2007 fails to adequately describe the relevant facts and circumstances regarding the Proposed Merger as well as seeking to certify the litigation as a class action on behalf of allegedly similarly situated shareholders. TXU Corp. has not yet responded to this litigation and, as described below, on July 23, 2007, the Sponsors, joined by TXU Corp. for the limited purpose described below, have entered into a memorandum of understanding with plaintiffs that would result in the dismissal of this litigation if the settlement is approved by the courts. In the event that TXU Corp. is required to respond to this litigation, TXU Corp. will file a Motion to Dismiss based on the fact that this proxy statement clearly and accurately describes the information regarding the Proposed Merger and the information necessary for a shareholder to evaluate the proposal to approve the Merger Agreement. TXU Corp. believes the claims made in this litigation are without merit and, therefore, if necessary, TXU Corp. intends to vigorously defend this litigation.

On July 23, 2007, the Sponsors, joined by TXU Corp. for the limited purpose described below, executed a memorandum of understanding with the plaintiffs in certain of the lawsuits described above pursuant to which, if approved by the court in which the litigation is pending, to the extent required, all of the litigation related to the Proposed Merger will be dismissed with prejudice. Neither TXU Corp. nor any of its directors agreed to fund any payment or pay any other consideration under the settlement. TXU Corp. did agree to make certain revisions to the final proxy statement as part of the agreement between the Sponsors and the plaintiffs to settle the litigation and agreed that under certain circumstances the termination fee payable by TXU Corp. under the Merger Agreement would be $925 million rather than $1 billion. The settlement of the litigation, subject to court approval, will result in a dismissal of all claims against TXU Corp. and its officers and directors related to the Proposed Merger.

On December 1, 2006, a lawsuit was filed in the United States District Court for the Western District of Texas against TXU Generation Company LP, Oak Grove Management Company, LLC and TXU Corp. The complaint sought declaratory and injunctive relief, as well as the assessment of civil penalties, with respect to the permit application for the construction and operation of the Oak Grove Steam Electric Station in Robertson County, Texas. The plaintiffs allege violations of the Federal Clean Air Act, Texas Health and Safety Code and Texas Administrative Code and sought to temporarily and permanently enjoin the construction and operation of the Oak Grove generation plant. The complaint also asserted that the permit application was deficient in failing to comply with various modeling and analyses requirements relative to the impact of emissions from the Oak Grove plant. Plaintiffs further requested that the District Court enter an order requiring the defendants to take other appropriate actions to remedy, mitigate and offset alleged harm to the public health and environment. TXU Corp. believes the Oak Grove air permit granted by the TCEQ on June 13, 2007 is protective of the environment and that the application for and the processing of the air permit by Oak Grove Management Company LLC with the TCEQ has been in accordance with applicable law. TXU Corp. and the other defendants filed a Motion to Dismiss the litigation, which was granted by the District Court on May 21, 2007. The Plaintiffs have appealed the District Court's dismissal of the case to the Fifth Circuit Court of Appeals. TXU Corp. believes the District Court properly granted the Motion to Dismiss and while TXU Corp. is unable to estimate any possible loss or predict the outcome of this litigation in the event the Fifth Circuit Court of Appeals reverses the District Court, TXU Corp. maintains that the claims made in the complaint are without merit. Accordingly, TXU Corp. intends to vigorously defend the appeal and this litigation in the event the Fifth Circuit reverses the District Court.

On September 6, 2005 a lawsuit was filed in the United States District Court for the Northern District of Texas, Dallas Division against TXU Corp. and C. John Wilder. The plaintiffs' amended complaint asserts claims on behalf of the plaintiffs and a putative class of owners of certain TXU Corp. securities who tendered such securities in connection with a tender offer conducted by TXU Corp. in 2004. The amended complaint alleges violations of the provisions of Sections 14(e), 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended, and Rule 10b-5. The allegations relate to a tender offer conducted in September and October 2004 for

F-22

EFIHMW00296780

certain equity-linked securities in which it was expressly disclosed that TXU Corp. management was evaluating whether it should recommend to the board of directors that the board reevaluate TXU Corp.'s dividend policy. After the tender offer was closed, and consistent with the disclosure, management did make a recommendation to the board to reevaluate the dividend policy and the board elected to increase the quarterly dividend. The plaintiffs contend that such disclosure in connection with the tender offer was inadequate. TXU Corp. maintains that the disclosure provided in connection with the tender offer regarding the evaluation of the dividend policy was complete and accurate at the time the tender offer was initiated as well as when it was closed. A Motion to Dismiss was filed by the defendants, and the District Court entered an order granting the Motion to Dismiss and dismissing this litigation with prejudice on August 30, 2006. The plaintiffs filed a timely notice of appeal, and the matter is now before the Fifth Circuit Court of Appeals with briefing of the appeal completed. While TXU Corp. is unable to estimate any possible loss or predict the outcome of this litigation in the event the Fifth Circuit Court of Appeals reverses the District Court, TXU Corp. believes the claims made in this litigation are without merit and, accordingly, intends to vigorously defend this litigation, including the appeal of the District Court's order dismissing the litigation.

In November 2002, February 2003 and March 2003, three lawsuits were filed in the US District Court for the Northern District of Texas, Dallas Division, asserting claims under Employee Retirement Income Security Act (ERISA) on behalf of a putative class of participants in and beneficiaries of various employee benefit plans of TXU Corp. These ERISA lawsuits were consolidated, and a consolidated complaint was filed in February 2004 against TXU Corp., the directors of TXU corp. serving during the putative class period as well as certain officers of TXU Corp. who were the members of the TXU Thrift Plan Committee. The plaintiffs seek to represent a class of participants in such employee benefit plans during the period between April 26, 2001 and October 11, 2002. The plaintiffs filed an initial motion for class certification and, after class certification discovery was completed, the District Court denied plaintiffs' initial class certification motion without prejudice and granted plaintiffs' leave to amend their complaint. Plaintiffs' second class certification motion, filed on the basis of their amended complaint, was denied, and the case was ordered dismissed without prejudice on September 29, 2005. The plaintiffs filed an appeal of the dismissal to the Fifth Circuit Court of Appeals. While on appeal, the matter was referred to the Fifth Circuit's alternative dispute resolution program and subsequently to mediation. While mediation was unsuccessful, further discussions led to an agreement in principle to settle this litigation on December 24, 2006 for $7.25 million, before attorneys' fees, to be paid by TXU Corp. to the Thrift Plan pursuant to a Court approved allocation. A Memorandum of Understanding confirming the agreement in principle was signed on January 24, 2007, and the settlement is in the process of being confirmed with final settlement documents after which the settlement will be submitted to the District Court for approval. TXU Corp. believes the claims are without merit and, in the event the settlement is not approved, intends to vigorously defend the lawsuit, including the appeal. TXU Corp. is, however, unable to estimate any possible loss or predict the outcome of this action in the event the District Court rejects the settlement, the Fifth Circuit reverses the dismissal and remands the case to the District Court or the suit is refiled by the plaintiffs or others seeking to assert similar claims.

In October, November and December 2002 and January 2003, a number of lawsuits were filed against TXU Corp. and certain of its officers and directors. These lawsuits were consolidated and lead plaintiffs were appointed by the District Court. The consolidated complaint alleged violations of the Securities Exchange Act of 1934, as amended, Rule 10b-5 and the Securities Act of 1933, as amended. On January 20, 2005, TXU Corp. executed a memorandum of understanding settling this litigation. After preliminary certification of a settlement class and notice to such class, the District Court conducted a hearing and thereafter on November 8, 2005 granted final approval of the settlement. Certain members of the settlement class who objected to the settlement appealed the orders approving the settlement to the Fifth Circuit Court of Appeals. The appeal was dismissed on June 11, 2007 and as a result, the District Court's Judgment is final and not subject to further appeal.

F-23

EFIHMW00296781

**PX 001**
**Page 306 of 453**

### *Regulatory Investigations*

In March 2007, the Commission issued a Notice of Violation (NOV) stating that the Commission Staff is recommending an enforcement action, including the assessment of administrative penalties, against TXU Corp. and certain affiliates for alleged market power abuse by its power generation affiliates and TXU Portfolio Management in ERCOT-administered balancing energy auctions during certain periods of the summer of 2005. The NOV is premised upon the Commission Staff's allegation that TXU Portfolio Management's bidding behavior was not competitive and increased market participants' costs of balancing energy by approximately $70 million, including approximately $20 million in incremental revenues to TXU Corp. The Commission Staff has recommended that TXU Portfolio Management and its affiliates be required to pay administrative penalties in the amount of $140 million and pay the $70 million in incremental costs purportedly incurred by market participants. A hearing requested by TXU Portfolio Management to contest the alleged occurrence of a violation and the amount of the penalty in the NOV has been scheduled to start in April 2008. TXU Corp. believes TXU Portfolio Management's conduct during the period in question was consistent with the Commission's rules and policies, and no market power abuse was committed. TXU Corp. is vigorously contesting the NOV. TXU Corp. is unable to predict the outcome of this matter.

TXU Corp. and TXU Portfolio Management have taken actions to reduce the risk of future similar allegations related to the balancing energy segment of the ERCOT wholesale market, including working with the Commission Staff and the Commission's independent market monitor to develop a voluntary mitigation plan for approval by the Commission. TXU Portfolio Management has submitted a voluntary mitigation plan that was approved by the Commission in July 2007.

As previously disclosed, the Commission Staff had been investigating TXU Energy Retail with respect to the renewal process for certain small and medium business customers on term service plans. The investigation did not involve residential customers. In June 2007, TXU Energy Retail reached a settlement agreement with the Staff of the Commission that was approved by the Commission in July 2007. While TXU Energy Retail expressly denies any violations of rules, it has agreed to pay the Commission a $5 million settlement as a compromise in this dispute.

### *Other Proceedings*

In addition to the above, TXU Corp. and its subsidiaries are involved in various other legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect on its financial position, results of operations or cash flows.

### *Guarantees*

*Overview*—As discussed below, TXU Corp. and its subsidiaries have entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions. Guarantees issued or modified after December 31, 2002 are subject to the recognition and initial measurement provisions of FIN 45, which requires a guarantor to recognize, at the inception of a guarantee, a liability for the fair value of the obligation undertaken in issuing the guarantee.

*Disposed TXU Gas operations*—In connection with the TXU Gas transaction in October 2004, TXU Corp. agreed to indemnify Atmos Energy Corporation for certain qualified environmental claims that may arise in relation to the assets acquired by Atmos Energy Corporation. TXU Corp. is not required to indemnify Atmos Energy Corporation until the aggregate of all such qualified claims exceeds $10 million, and TXU Corp. is only required to indemnify Atmos Energy Corporation for 50% of qualified claims between $10 million and $20 million. The maximum amount that TXU Corp. would be required to pay Atmos Energy Corporation pursuant to this environmental indemnity, which expires on October 1, 2007, is $192.5 million. In addition, until October 1, 2014, TXU Corp. agreed to indemnify Atmos Energy Corporation for up to $500 million for any

F-24

EFIHMW00296782

liability related to assets retained by TXU Gas, including certain inactive gas plant sites not acquired by Atmos Energy Corporation, and up to $1.4 billion for contingent liabilities associated with preclosing tax and employee related matters. In each case, TXU Corp.'s indemnification is limited to 10 years from the disposition date. The maximum aggregate amount that TXU Corp. may be required to pay is $1.9 billion. The estimated fair value of the indemnification recorded upon completion of the TXU Gas transaction was $2.5 million. To date, TXU Corp. has not been required to make any payments to Atmos Energy Corporation under any of these indemnity obligations, and no such payments are currently anticipated.

In 1992, a discontinued engineering and construction business of TXU Gas completed construction of a plant, the performance of which is guaranteed by TXU Gas through 2008. The maximum contingent liability under the guarantee is approximately $108 million. No claims have been asserted under the guarantee, and none are currently anticipated. TXU Corp. retains this contingent liability under the terms of the TXU Gas transaction agreement.

*Residual value guarantees in operating leases*—TXU Corp. or a subsidiary is the lessee under various operating leases that guarantee the residual values of the leased facilities. At June 30, 2007, the aggregate maximum amount of residual values guaranteed was approximately $205 million with an estimated residual recovery of approximately $202 million. These leased assets consist primarily of mining equipment, rail cars and vehicles. The average life of the lease portfolio is approximately four years. A significant portion of the maximum guarantee amount relates to leases entered into prior to December 31, 2002.

*Indebtedness guarantee*—In 1990, US Holdings repurchased an electric co-op's minority ownership interest in the Comanche Peak nuclear generation plant and assumed the co-op's indebtedness to the US government for the facilities. The indebtedness is included in long-term debt reported in the consolidated balance sheet. US Holdings is making principal and interest payments to the co-op in an amount sufficient for the co-op to make payments on its indebtedness. US Holdings guaranteed the co-op's payments, and in the event that the co-op fails to make its payments on the indebtedness, the US government would assume the co-op's rights under the agreement, and such payments would then be owed directly by US Holdings. At June 30, 2007, the balance of the indebtedness was $120 million with maturities of principal and interest extending to December 2021. The indebtedness is secured by a lien on the purchased facilities.

### Letters of Credit

At June 30, 2007, Texas Competitive Holdings had outstanding letters of credit under its revolving credit facilities in the amount of $499 million to support risk management and trading margin requirements in the normal course of business, including over-the-counter hedging transactions, and $46 million for miscellaneous credit support requirements.

Texas Competitive Holdings has outstanding letters of credit under its revolving credit facilities totaling $455 million at June 30, 2007 to support existing floating rate pollution control revenue bond debt of $446 million principal amount. The letters of credit are available to fund the payment of such debt obligations and expire in 2009.

As of June 30, 2007, Texas Competitive Holdings had outstanding letters of credit under its revolving credit facilities totaling $77 million to support mining reclamation activities and certain collection agent activities performed for REPs in TXU Corp.'s historical service territory.

TXU Corp. and Texas Competitive Holdings have previously guaranteed the obligations under the lease agreement for TXU Corp.'s current headquarters building. These obligations include future undiscounted base rent payments. As a result of the March 2007 downgrade by S&P of Texas Competitive Holdings' credit rating to below investment grade, Texas Competitive Holdings has provided a $144 million letter of credit to replace TXU Corp.'s and its guarantees of these obligations.

F-25

Confidential

*Security Interest*

A first-lien security interest has been placed on the two lignite/coal-fueled generation units at Texas Competitive Holdings' Big Brown plant to support commodity hedging transactions entered into by TXU DevCo. The lien can be used to secure obligations related to current and future hedging transactions of TXU DevCo or its affiliates for up to an aggregate of 1.2 billion MMBtu of natural gas.

## 11. SHAREHOLDERS' EQUITY

*Declaration of Dividend*—At its May 2007 meeting, the Board of Directors of TXU Corp. declared a quarterly dividend of $0.4325 per share, which was paid on July 2, 2007 to shareholders of record on June 1, 2007. At its February 2007 meeting, the Board of Directors of TXU Corp. declared a quarterly dividend of $0.4325 per share, which was paid on April 2, 2007 to shareholders of record on March 2, 2007.

*Dividend Restrictions*—At June 30, 2007, there were no significant restrictions on the payment of regular quarterly common stock dividends; except that, the Merger Agreement prohibits TXU Corp. from increasing the regular quarterly common stock dividend to an amount greater than $0.4325 without the prior approval of the Sponsors.

*Common Stock Repurchase*—TXU Corp. has board of directors' authority to repurchase up to 23 million shares of TXU Corp. common stock through the end of 2007. Under this authority, TXU Corp. repurchased 153 thousand shares in the second quarter of 2007. The Merger Agreement generally prohibits TXU Corp. from making common stock repurchases without the prior approval of the Sponsors.

*Shareholders' Equity*—The following table presents the changes to shareholders' equity during the six months ended June 30, 2007:

| | Common Stock | Additional Paid-in Capital | Retained Earnings (Deficit) | Accumulated Other Comprehensive Income (Loss) | Total Shareholders' Equity |
|---|---|---|---|---|---|
| Balance at December 31, 2006 | $ 5 | $1,104 | $ 622 | $ 409 | $2,140 |
| Common stock issuances | — | 1 | — | — | 1 |
| Common stock repurchases | — | (10) | — | — | (10) |
| Net effects of cash flow hedges | — | — | — | (372) | (372) |
| Reclassification of pension and other retirement benefit costs | — | — | — | 5 | 5 |
| Dividends | — | — | (397) | — | (397) |
| Net loss | — | — | (377) | — | (377) |
| Effect of adoption of FIN 48 | — | — | 33 | — | 33 |
| Effects of stock-based incentive compensation plans(a) | — | (77) | — | — | (77) |
| Excess tax benefit on stock-based compensation | — | 82 | — | — | 82 |
| Cost of Thrift Plan shares issued by LESOP trustee | — | 6 | — | — | 6 |
| Effects of executive deferred compensation plan | — | 10 | — | — | 10 |
| Other | — | (1) | 2 | — | 1 |
| Balance at June 30, 2007 | $ 5 | $1,115 | $(117) | $ 42 | $1,045 |

(a)   Includes $93 million in settlements of minimum withholding tax liabilities.

F-26

Confidential

EFIHMW00296784

## 12. COMMODITY AND OTHER DERIVATIVE CONTRACTUAL ASSETS AND LIABILITIES

The following table breaks down commodity and other derivative contractual assets and liabilities as presented in the balance sheet into the two major components:

| | June 30, 2007 | | | |
| | Commodity contracts | Cash flow hedges and other derivatives | Netting adjustments[a] | Total |
|---|---|---|---|---|
| **Assets:** | | | | |
| Current assets | $   243 | $359 | $(303) | $   299 |
| Noncurrent assets | 112 | 172 | (68) | 216 |
| Total | $   355 | $531 | $(371) | $   515 |
| **Liabilities:** | | | | |
| Current liabilities | $   701 | $ 31 | $(303) | $   429 |
| Noncurrent liabilities | 810 | 134 | (68) | 876 |
| Total | $ 1,511 | $165 | $(371) | $1,305 |
| Net assets (liabilities) | $(1,156) | $366 | $  — | $ (790) |

| | December 31, 2006 | | | |
| | Commodity contracts | Cash flow hedges and other derivatives | Netting adjustments[a] | Total |
|---|---|---|---|---|
| **Assets:** | | | | |
| Current assets | $276 | $698 | $(24) | $   950 |
| Noncurrent assets | 162 | 248 | (65) | 345 |
| Total | $438 | $946 | $(89) | $1,295 |
| **Liabilities:** | | | | |
| Current liabilities | $278 | $ 39 | $(24) | $   293 |
| Noncurrent liabilities | 183 | 73 | (65) | 191 |
| Total | $461 | $112 | $(89) | $   484 |
| Net assets (liabilities) | $ (23) | $834 | $  — | $   811 |

(a)   Represents the effects of netting assets and liabilities at the counterparty agreement level.

***Commodity Contract Assets and Liabilities***—Commodity contract assets and liabilities primarily represent mark-to-market values of natural gas and electricity derivative instruments that have not been designated as cash flow hedges or "normal" purchases or sales under SFAS 133.

Current and noncurrent commodity contract assets are stated net of applicable credit (collection) and performance reserves totaling $10 million and $9 million at June 30, 2007 and December 31, 2006, respectively. Performance reserves are provided for direct, incremental costs to settle the contracts.

Commodity contract assets/liabilities at June 30, 2007 include "day one" losses of $164 million associated with contracts entered into in the first six months of 2007 at below market prices. Essentially all of this amount represents losses associated with transactions using natural gas financial instruments intended to economically hedge exposure to future changes in electricity prices. The losses were recorded as a reduction of revenues, consistent with other mark-to-market gains and losses, and were included in the results of the Competitive Electric segment.

F-27

Confidential

EFIHMW00296785

Commodity contract assets/liabilities at June 30, 2007 includes a "day one" gain of $30 million associated with a long-term power purchase agreement entered into in the second quarter of 2007. The gain was recorded as an increase to revenues, consistent with other mark-to-market gains and losses, and was included in the results of the Competitive Electric segment.

*Cash Flow Hedge and Other Derivative Assets and Liabilities*—Cash flow hedge and other derivative assets and liabilities primarily represent mark-to-market values of commodity contracts that have been designated as cash flow hedges as well as interest rate swap agreements. The change in fair value of derivative assets and liabilities related to cash flow hedges are recorded as other comprehensive income or loss to the extent the hedges are effective; the ineffective portion of the change in fair value is included in net income. A portion of the interest rate swaps have been designated as fair value hedges and the change in fair value of such hedges are recorded as an increase or decrease in the carrying value of the debt (see Note 9); changes in fair value of other interest rate swaps are included in net income.

As previously disclosed, a significant portion of natural gas financial instruments entered into to hedge future changes in electricity prices had been designated and accounted for as cash flow hedges. In March 2007, these instruments were dedesignated as cash flow hedges as allowed under SFAS 133. Subsequent changes in the fair value of these instruments are being marked-to-market in net income.

A summary of cash flow hedge and other derivative assets and liabilities follows:

|  | June 30, 2007 | December 31, 2006 |
|---|---|---|
| Current and noncurrent assets: | | |
| Commodity-related cash flow hedges | $445 | $933 |
| Debt-related interest rate swaps | 71 | 4 |
| Other | 15 | 9 |
| Total | $531 | $946 |
| Current and noncurrent liabilities: | | |
| Commodity-related cash flow hedges | $ 20 | $ 23 |
| Debt-related interest rate swaps | 145 | 89 |
| Total | $165 | $112 |

*Other Cash Flow Hedge Information*—TXU Corp. experienced cash flow hedge ineffectiveness of $1 million in net losses and $114 million in net gains for the three and six month periods ended June 30, 2007, respectively. For the corresponding periods of 2006, the amounts were $141 million and $128 million in net gains, respectively. These amounts are pretax and are reported in revenues.

The net effect of recording unrealized mark-to-market gains and losses arising from hedge ineffectiveness (versus recording gains and losses upon settlement) includes the above amounts as well as the effect of reversing unrealized ineffectiveness gains and losses recorded in previous periods to offset realized gains and losses in the current period. Such net unrealized effect totaled $5 million in net losses and $94 million in net gains for the three and six month periods ended June 30, 2007, respectively, and $145 million and $144 million in net gains for the three and six month periods ended June 30, 2006, respectively.

As of June 30, 2007, commodity positions accounted for as cash flow hedges, which represent a small portion of economic hedge positions, reduce exposure to variability of future cash flows from future revenues or purchases through 2010.

Cash flow hedge amounts reported in the Statements of Condensed Consolidated Comprehensive Income exclude period net gains and losses associated with cash flow hedges settled within the periods presented. These

F-28

EFIHMW00296786

amounts totaled $5 million and $16 million in after-tax net losses for the three and six month periods ended June 30, 2007, respectively, and $14 million and $18 million in after-tax net gains for the three and six month periods ended June 30, 2006, respectively.

TXU Corp. expects that $44 million of after-tax net gains related to cash flow hedges included in accumulated other comprehensive income will be reclassified into net income during the next twelve months as the related hedged transactions affect net income. Of this amount, $50 million in gains relate to commodity hedges and $6 million in losses relate to debt-related hedges.

## 13. PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS (OPEB) COSTS

Net pension and OPEB costs for the three and six months ended June 30, 2007 and 2006 are comprised of the following:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| **Components of net pension costs:** | | | | |
| Service cost | $ 9 | $ 11 | $ 20 | $ 21 |
| Interest cost | 36 | 34 | 71 | 68 |
| Expected return on assets | (38) | (37) | (79) | (73) |
| Prior service cost | — | 1 | 1 | 1 |
| Net loss | 6 | 8 | 10 | 16 |
| Net pension cost | 13 | 17 | 23 | 33 |
| **Components of net OPEB costs:** | | | | |
| Service cost | 4 | 3 | 6 | 6 |
| Interest cost | 14 | 15 | 27 | 30 |
| Expected return on assets | (5) | (5) | (10) | (10) |
| Net transition obligation | 1 | 1 | 1 | 1 |
| Prior service cost | (1) | (1) | (2) | (2) |
| Net loss | 3 | 7 | 13 | 15 |
| Net OPEB costs | 16 | 20 | 35 | 40 |
| Net pension and OPEB costs | 29 | 37 | 58 | 73 |
| Less amounts deferred principally as a regulatory asset or property | (17) | (21) | (29) | (41) |
| Net amounts recognized as expense | $ 12 | $ 16 | $ 29 | $ 32 |

The discount rate reflected in net pension and OPEB costs in 2007 is 5.90%. The expected rate of return on plan assets reflected in the 2007 cost amounts is 8.75% for the pension plan and 8.67% for the OPEB plan.

In accordance with accounting rules under SFAS 158, following is the detail of amounts reclassified from accumulated other comprehensive income (AOCI) to net pension and OPEB costs for the three months and six months ended June 30, 2007, respectively:

| | Three Months Ended June 30, 2007 | | | Six Months Ended June 30, 2007 | | |
|---|---|---|---|---|---|---|
| | Pension Plan | OPEB Plan | Total | Pension Plan | OPEB Plan | Total |
| Net transition obligation | $ — | $ 1 | $ 1 | $ — | $ 1 | $ 1 |
| Prior service cost | — | (1) | (1) | 1 | (2) | (1) |
| Net loss | 6 | 3 | 9 | 10 | 13 | 23 |
| Total | 6 | 3 | 9 | 11 | 12 | 23 |
| Less amounts related to a regulatory asset | (4) | (4) | (8) | (8) | (7) | (15) |
| Net pretax amounts reclassified from AOCI | $ 2 | $(1) | $ 1 | $ 3 | $ 5 | $ 8 |

F-29

Confidential

EFIHMW00296787

TXU Corp. expects to make a $1 million required contribution to its pension plan in 2007.

**14. SEGMENT INFORMATION**

TXU Corp.'s operations are aligned into two reportable business segments: Competitive Electric and Regulated Delivery. The segments are managed separately because they are strategic business units that offer different products or services and involve different risks.

Competitive Electric segment is engaged in competitive market activities consisting of electricity generation, retail electricity sales to residential and business customers, wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. These activities are conducted principally by subsidiaries of Texas Competitive Holdings. The results of this segment also include the activities of TXU DevCo and its subsidiaries, which are engaged in the development of new generation facilities, and the activities of a lease trust holding certain combustion turbines.

Regulated Delivery segment is engaged in regulated electricity transmission and distribution operations in Texas. These activities are conducted by Oncor Electric Delivery, including its wholly owned bankruptcy-remote financing subsidiary, and also include certain revenues and costs associated with broadband-over-powerlines equipment installation.

Corporate and Other represents the remaining nonsegment operations consisting primarily of discontinued operations, general corporate expenses, interest on TXU Corp. and US Holdings debt and activities involving mineral interest holdings.

The accounting policies of the business segments are the same as those described in the summary of significant accounting policies. TXU Corp. evaluates performance based on income from continuing operations. TXU Corp. accounts for intersegment sales and transfers as if the sales or transfers were to third parties, that is, at current market prices.

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| Operating revenues: | | | | |
| Competitive Electric | $1,666 | $2,349 | $2,983 | $4,359 |
| Regulated Delivery | 589 | 604 | 1,207 | 1,166 |
| Corporate and Other | 12 | 14 | 23 | 27 |
| Eliminations | (245) | (300) | (522) | (581) |
| Consolidated | $2,022 | $2,667 | $3,691 | $4,971 |
| Regulated revenues included in operating revenues: | | | | |
| Competitive Electric | $  — | $  — | $  — | $  — |
| Regulated Delivery | 589 | 604 | 1,207 | 1,166 |
| Corporate and Other | — | — | — | — |
| Eliminations | (232) | (284) | (497) | (551) |
| Consolidated | $  357 | $  320 | $  710 | $  615 |
| Affiliated revenues included in operating revenues: | | | | |
| Competitive Electric | $   2 | $   3 | $   3 | $   4 |
| Regulated Delivery | 232 | 284 | 497 | 551 |
| Corporate and Other | 11 | 13 | 22 | 26 |
| Eliminations | (245) | (300) | (522) | (581) |
| Consolidated | $  — | $  — | $  — | $  — |

F-30

Confidential

EFIHMW00296788

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2007 | 2006 | 2007 | 2006 |
| Income (loss) from continuing operations: | | | | |
| Competitive Electric | $129 | $461 | $(342) | $ 981 |
| Regulated Delivery | 54 | 86 | 140 | 151 |
| Corporate and Other | (73) | (50) | (186) | (119) |
| Consolidated | $110 | $497 | $(388) | $1,013 |

## 15. SUPPLEMENTARY FINANCIAL INFORMATION

### Regulated Versus Unregulated Operations—

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2007 | 2006 | 2007 | 2006 |
| Operating revenues: | | | | |
| Regulated | $ 589 | $ 604 | $1,207 | $1,166 |
| Unregulated | 1,678 | 2,363 | 3,006 | 4,386 |
| Intercompany sales eliminations—regulated | (232) | (284) | (497) | (551) |
| Intercompany sales eliminations—unregulated | (13) | (16) | (25) | (30) |
| Total operating revenues | 2,022 | 2,667 | 3,691 | 4,971 |
| Costs and operating expenses: | | | | |
| Fuel, purchased power costs and delivery fees—unregulated[a] | 739 | 658 | 1,404 | 1,179 |
| Operating costs—regulated | 207 | 194 | 402 | 385 |
| Operating costs—unregulated | 161 | 147 | 312 | 299 |
| Depreciation and amortization—regulated | 114 | 117 | 234 | 231 |
| Depreciation and amortization—unregulated | 86 | 90 | 169 | 182 |
| Selling, general and administrative expenses—regulated | 49 | 43 | 90 | 90 |
| Selling, general and administrative expenses—unregulated | 178 | 138 | 357 | 280 |
| Franchise and revenue-based taxes—regulated | 60 | 59 | 121 | 119 |
| Franchise and revenue-based taxes—unregulated | 29 | 28 | 55 | 55 |
| Other income | (16) | (42) | (45) | (55) |
| Other deductions | 122 | 221 | 891 | 221 |
| Interest income | (17) | (11) | (35) | (20) |
| Interest expense and related charges | 221 | 218 | 418 | 431 |
| Total costs and operating expenses | 1,933 | 1,860 | 4,373 | 3,397 |
| Income (loss) from continuing operations before income taxes | $ 89 | $ 807 | $ (682) | $1,574 |

_____

(a)  Includes unregulated cost of fuel consumed of $245 million and $250 million for the three months ended June 30, 2007 and 2006, respectively, and $477 million and $415 million for the six months ended June 30, 2007 and 2006, respectively. The balance represents energy purchased for resale and delivery fees net of intercompany eliminations.

The operations of the Competitive Electric segment are included above as unregulated as the Texas wholesale and retail electricity markets are open to competition. However, retail pricing to residential customers in the historical service territory was subject to certain price controls until December 31, 2006.

F-31

Confidential

EFIHMW00296789

*Interest Expense and Related Charges—*

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2007 | 2006 | 2007 | 2006 |
| Interest | $237 | $224 | $452 | $438 |
| Amortization of debt discounts, premiums and issuance costs | 8 | 4 | 12 | 8 |
| Capitalized interest, including debt portion of allowance for borrowed funds used during construction | (24) | (10) | (46) | (15) |
| Total interest expense and related charges | $221 | $218 | $418 | $431 |

*Restricted Cash—*

|  | Balance Sheet Classification | | | |
|---|---|---|---|---|
|  | At June 30, 2007 | | At December 31, 2006 | |
|  | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
| Pollution control revenue bond funds held by trustee (See Note 9) | $ 1 | $102 | $— | $241 |
| Amounts related to securitization (transition) bonds | 52 | 17 | 55 | 17 |
| All other | 1 | — | 3 | — |
| Total restricted cash | $54 | $119 | $58 | $258 |

*Inventories by Major Category—*

|  | June 30, 2007 | December 31, 2006 |
|---|---|---|
| Materials and supplies | $186 | $189 |
| Fuel stock | 97 | 94 |
| Natural gas in storage | 110 | 75 |
| Environmental energy credits and emission allowances | 35 | 25 |
| Total inventories | $428 | $383 |

*Investments—*

|  | June 30, 2007 | December 31, 2006 |
|---|---|---|
| Nuclear decommissioning trust | $474 | $447 |
| Assets related to employee benefit plans, principally employee savings programs | 200 | 197 |
| Land | 36 | 36 |
| Note receivable from Capgemini | 25 | 25 |
| Investment in unconsolidated affiliates | 2 | 3 |
| Miscellaneous other | 5 | 4 |
| Total investments | $742 | $712 |

*Property, Plant and Equipment*—As of June 30, 2007 and December 31, 2006, property, plant and equipment of $19.4 billion and $18.8 billion, respectively, is stated net of accumulated depreciation and amortization of $12.7 billion and $12.4 billion, respectively.

F-32

EFIHMW00296790

*Asset Retirement Obligations*—These liabilities primarily relate to nuclear generation plant decommissioning, land reclamation related to lignite mining, removal of lignite/coal-fueled plant ash treatment facilities and generation plant asbestos removal and disposal costs. There is no earnings impact with respect to the recognition of the asset retirement costs for nuclear decommissioning, as all costs are recoverable through the regulatory process as part of Oncor Electric Delivery's rate setting.

The following table summarizes the changes to the asset retirement liability, reported in other noncurrent liabilities and deferred credits in the consolidated balance sheet, during the six months ended June 30, 2007:

| | |
|---|---:|
| Asset retirement liability at December 31, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 585 |
| Additions: | |
|    Accretion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 |
| Reductions: | |
|    Mining reclamation cost adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (2) |
|    Mining reclamation payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (13) |
| Asset retirement liability at June 30, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 589 |

*Intangible Assets*—Intangible assets other than goodwill are comprised of the following:

| | As of June 30, 2007 | | | As of December 31, 2006 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Capitalized software placed in service . . . . . | $435 | $352 | $ 83 | $423 | $339 | $ 84 |
| Land easements . . . . . . . . . . . . . . . . . . . . . . | 180 | 67 | 113 | 180 | 65 | 115 |
|    Total . . . . . . . . . . . . . . . . . . . . . . . . . . | $615 | $419 | $196 | $603 | $404 | $199 |

Aggregate TXU Corp. amortization expense for intangible assets for the three months ended June 30, 2007 and 2006 totaled $8 million and $6 million, respectively. Aggregate TXU Corp. amortization expense for intangible assets for the six months ended June 30, 2007 and 2006 totaled $15 million and $14 million, respectively. At June 30, 2007, the weighted average remaining useful lives of capitalized software and land easements were six years and 69 years, respectively. The estimated aggregate amortization expense for each of the five succeeding fiscal years from December 31, 2006 is as follows:

| Year | Amortization Expense |
|---|---:|
| 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $33 |
| 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 |
| 2009 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 |
| 2010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |
| 2011 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |

Goodwill (net of accumulated amortization) as of June 30, 2007 and December 31, 2006 totaled $542 million with $517 million at Texas Competitive Holdings and $25 million at Oncor Electric Delivery.

F-33

EFIHMW00296791

*Regulatory Assets and Liabilities—*

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| **Regulatory assets** | | |
| Generation-related regulatory assets securitized by transition bonds | $1,246 | $1,316 |
| Employee retirement costs | 451 | 461 |
| Storm-related service recovery costs | 142 | 138 |
| Securities reacquisition costs | 108 | 112 |
| Recoverable deferred income taxes—net | 90 | 90 |
| Employee severance costs | 42 | 44 |
| Total regulatory assets | 2,079 | 2,161 |
| **Regulatory liabilities** | | |
| Investment tax credit and protected excess deferred taxes | 61 | 63 |
| Over-collection of securitization (transition) bond revenues | 34 | 34 |
| Nuclear decommissioning cost over-recovery | 26 | 17 |
| Other regulatory liabilities | 23 | 19 |
| Total regulatory liabilities | 144 | 133 |
| **Net regulatory assets** | $1,935 | $2,028 |

Regulatory assets totaling $121 million have been reviewed and approved by the Commission and are earning a return. The unamortized amounts of these regulatory assets reflected in the above table totaled $97 million at June 30, 2007 and $100 million at December 31, 2006. The assets that have been approved by the Commission and are not earning a return totaled $1.275 billion at June 30, 2007 and $1.343 billion at December 31, 2006, and have a remaining recovery period of nine to 44 years, including the regulatory assets securitized by transition bonds that have a remaining recovery period of nine years.

*Supplemental Cash Flow Information—*

| | Six Months Ended June 30, | |
|---|---|---|
| | 2007 | 2006 |
| Cash payments related to continuing operations: | | |
| Interest (net of amounts capitalized) | $386 | $434 |
| Income taxes | $214 | $ 18 |
| Noncash investing and financing activities: | | |
| Noncash construction expenditures | $213 | $ 63 |

F-34

EFIHMW00296792

**16. SUPPLEMENTAL GUARANTOR CONDENSED FINANCIAL INFORMATION**

In connection with the Proposed Merger, TXU Corp. ("Parent/Issuer") expects to issue $4.5 billion aggregate principal amount of debt securities consisting of $2.0 billion of senior unsecured notes and $2.5 billion of senior unsecured toggle notes (the "Notes"). The Notes will be unconditionally guaranteed by US Holdings and Transmission and Distribution Holdings Company LLC (to be newly formed), 100% owned subsidiaries of TXU Corp. (collectively the "Guarantors") on an unsecured basis. The guarantees issued by the Guarantors will be full and unconditional, joint and several guarantees of the Notes. The guarantees will rank equally with any unsecured senior indebtedness of the Guarantors and will be effectively junior to all of the secured indebtedness of the Guarantors to the extent of the assets securing that indebtedness. All other subsidiaries of TXU Corp., either direct or indirect, will not guarantee the senior unsecured notes or toggle notes (collectively the "Non-Guarantors"). The debt agreements will restrict TXU Corp.'s ability to pay dividends or make investments.

The Guarantors' investments in subsidiaries are junior to the indebtedness of the Non-Guarantor subsidiaries. In connection with the Proposed Merger, the Non-Guarantors expect to issue up to $30.85 billion of indebtedness in the future, subject to the restrictions contained in the Texas Competitive Holdings senior secured debt agreements related to the Proposed Merger. Such indebtedness will further restrict the Non-Guarantors' ability to pay dividends or loan funds to TXU Corp. and/or the guarantors.

The following tables present the condensed consolidating statements of income of TXU Corp., the Guarantors and the Non-Guarantors for the three-month and six-month periods ended June 30, 2007 and 2006, the condensed consolidating statements of cash flows of TXU Corp., the Guarantors and all other subsidiaries for the six-month periods ended June 30, 2007 and 2006 and the condensed consolidating balance sheets as of June 30, 2007 and December 31, 2006 of TXU Corp., the Guarantors and the Non-Guarantors.

Confidential

EFIHMW00296793

## TXU CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Income
### Three Months Ended June 30, 2007

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Operating revenues | $ — | $ — | $2,389 | $(367) | $2,022 |
| Costs and expenses | | | | | |
| Fuel, purchased power costs and delivery fees | — | — | 1,005 | (266) | 739 |
| Operating costs | — | — | 426 | (58) | 368 |
| Depreciation and amortization | — | — | 200 | — | 200 |
| Selling, general and administrative expenses | 20 | — | 249 | (42) | 227 |
| Franchise and revenue-based taxes | — | — | 88 | 1 | 89 |
| Other income | — | — | (16) | — | (16) |
| Other deductions | 18 | — | 105 | (1) | 122 |
| Interest income | (43) | (65) | (114) | 205 | (17) |
| Interest expense and related charges | 181 | 60 | 186 | (206) | 221 |
| Total costs and expenses | 176 | (5) | 2,129 | (367) | 1,933 |
| Income (loss) from continuing operations before income taxes and equity earnings of subsidiaries | (176) | 5 | 260 | — | 89 |
| Income tax expense (benefit) | (75) | 2 | 52 | — | (21) |
| Equity in earnings of subsidiaries | 222 | 351 | 328 | (901) | — |
| Income from continuing operations | 121 | 354 | 536 | (901) | 110 |
| Income from discontinued operations, net of tax effect | — | — | 11 | — | 11 |
| Net income | $ 121 | $354 | $ 547 | $(901) | $ 121 |

F-36

Confidential

EFIHMW00296794

## TXU CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Income
### Three Months Ended June 30, 2006

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Operating revenues | $ — | $ — | $2,968 | $ (301) | $2,667 |
| Costs and expenses | | | | | |
| Fuel, purchased power costs and delivery fees | — | — | 943 | (285) | 658 |
| Operating costs | — | — | 345 | (4) | 341 |
| Depreciation and amortization | — | — | 207 | — | 207 |
| Selling, general and administrative expenses | 18 | — | 175 | (12) | 181 |
| Franchise and revenue-based taxes | — | — | 87 | — | 87 |
| Other income | — | — | (42) | — | (42) |
| Other deductions | 5 | — | 216 | — | 221 |
| Interest income | (16) | (51) | (88) | 144 | (11) |
| Interest expense and related charges | 152 | 29 | 185 | (148) | 218 |
| Total costs and expenses | 159 | (22) | 2,028 | (305) | 1,860 |
| Income (loss) before income taxes and equity earnings of subsidiaries | (159) | 22 | 940 | 4 | 807 |
| Income tax expense (benefit) | (66) | 6 | 371 | (1) | 310 |
| Equity in earnings of subsidiaries | 590 | 553 | 285 | (1,428) | — |
| Net income | $ 497 | $569 | $ 854 | $(1,423) | $ 497 |

F-37

Confidential

EFIHMW00296795

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Income**
**Six Months Ended June 30, 2007**

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Operating revenues | $ — | $ — | $4,486 | $ (795) | $3,691 |
| Costs and expenses | | | | | |
| Fuel, purchased power costs and delivery fees | — | — | 1,976 | (572) | 1,404 |
| Operating costs | — | — | 844 | (130) | 714 |
| Depreciation and amortization | — | — | 403 | — | 403 |
| Selling, general and administrative expenses | 40 | — | 502 | (95) | 447 |
| Franchise and revenue-based taxes | — | — | 176 | — | 176 |
| Other income | — | — | (45) | — | (45) |
| Other deductions | 84 | — | 807 | — | 891 |
| Interest income | (78) | (125) | (224) | 392 | (35) |
| Interest expense and related charges | 350 | 114 | 344 | (390) | 418 |
| Total costs and expenses | 396 | (11) | 4,783 | (795) | 4,373 |
| Income (loss) from continuing operations before income taxes and equity earnings (losses) of subsidiaries | (396) | 11 | (297) | — | (682) |
| Income tax expense (benefit) | (152) | 4 | (146) | — | (294) |
| Equity in earnings of subsidiaries | (133) | 503 | 986 | (1,356) | — |
| Income (loss) from continuing operations | (377) | 510 | 835 | (1,356) | (388) |
| Income from discontinued operations, net of tax effect. | — | — | 11 | — | 11 |
| Net income (loss) | $(377) | $ 510 | $ 846 | $(1,356) | $ (377) |

F-38

Confidential

EFIHMW00296796

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Income**
**Six Months Ended June 30, 2006**

| | Parent/Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Operating revenues | $ — | $ — | $5,556 | $ (585) | $4,971 |
| Costs and expenses | | | | | |
| Fuel, purchased power costs and delivery fees . . . | — | — | 1,733 | (554) | 1,179 |
| Operating costs | — | — | 691 | (7) | 684 |
| Depreciation and amortization | — | — | 413 | — | 413 |
| Selling, general and administrative expenses . . . . | 34 | — | 361 | (25) | 370 |
| Franchise and revenue-based taxes | — | — | 174 | — | 174 |
| Other income | — | — | (55) | — | (55) |
| Other deductions | 6 | — | 215 | — | 221 |
| Interest income | (31) | (89) | (160) | 260 | (20) |
| Interest expense and related charges | 291 | 47 | 364 | (271) | 431 |
| Total costs and expenses | 300 | (42) | 3,736 | (597) | 3,397 |
| Income (loss) from continuing operations before income taxes and equity in earnings of subsidiaries | (300) | 42 | 1,820 | 12 | 1,574 |
| Income tax expense (benefit) | (111) | 13 | 658 | 1 | 561 |
| Equity in earnings of subsidiaries | 1,262 | 1,086 | 484 | (2,832) | — |
| Income from continuing operations | 1,073 | 1,115 | 1,646 | (2,821) | 1,013 |
| Income from discontinued operations, net of tax effect | — | — | 60 | — | 60 |
| Net income | $1,073 | $1,115 | $1,706 | $(2,821) | $1,073 |

F-39

Confidential

## TXU CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Cash Flows
### Six Months Ended June 30, 2007

|  | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| **Cash flows—operating activities:** | | | | | |
| Net income (loss) | $(377) | $ 510 | $ 846 | $(1,356) | $ (377) |
| Income from discontinued operations, net of tax | — | — | (11) | — | (11) |
| Income (loss) from continuing operations | (377) | 510 | 835 | (1,356) | (388) |
| Adjustments to reconcile income from continuing operations to cash provided by (used in) operating activities: | | | | | |
| Equity in (earnings) losses of subsidiaries | 133 | (503) | (986) | 1,356 | — |
| Depreciation and amortization | — | — | 433 | — | 433 |
| Deferred income tax expense (benefit)—net | 11 | — | (624) | — | (613) |
| Impairments and other asset writedowns charges | 63 | — | 691 | — | 754 |
| Net losses from unrealized mark-to-market valuations | — | — | 1,182 | — | 1,182 |
| Other net | 11 | — | 22 | — | 33 |
| Net changes in operating assets and liabilities | 811 | 547 | (1,508) | (1,306) | (1,456) |
| Cash provided by (used in) operating activities | 652 | 554 | 45 | (1,306) | (55) |
| **Cash flows—financing activities:** | | | | | |
| Issuances of securities: | | | | | |
| Long-term debt | — | — | 1,800 | — | 1,800 |
| Common stock | 1 | — | — | — | 1 |
| Retirements/repurchases of securities: | | | | | |
| Long-term debt | — | (1) | (210) | — | (211) |
| Common stock | (10) | — | — | — | (10) |
| Change in short term borrowings | — | — | 859 | — | 859 |
| Cash dividends paid | (397) | (567) | (743) | 1,310 | (397) |
| Change in advances—affiliates | (114) | — | (660) | 774 | — |
| Other, net | (93) | — | (15) | — | (108) |
| Cash provided by (used in) financing activities | (613) | (568) | 1,031 | 2,084 | 1,934 |
| **Cash flows—investing activities:** | | | | | |
| Capital expenditures and nuclear fuel | (38) | — | (1,603) | — | (1,641) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 104 | — | 104 |
| Investments in nuclear decommissioning trust fund securities | — | — | (111) | — | (111) |
| Change in advances—affiliates | — | 14 | 764 | (778) | — |
| Other, net | (1) | — | 143 | — | 142 |
| Cash provided by (used in) investing activities | (39) | 14 | (703) | (778) | (1,506) |
| **Cash flows—discontinued operations:** | | | | | |
| Operating activities | — | — | 24 | — | 24 |
| Financing activities | — | — | — | — | — |
| Investing activities | — | — | — | — | — |
| Cash provided by discontinued operations | — | — | 24 | — | 24 |
| Net change in cash and cash equivalents | — | — | 397 | — | 397 |
| Cash and cash equivalents—beginning balance | — | — | 25 | — | 25 |
| Cash and cash equivalents—ending balance | $ — | $ — | $ 422 | $ — | $ 422 |

F-40

EFIHMW00296798

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows**
**Six Months Ended June 30, 2006**

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | Millions of Dollars | | | | |
| Cash flows—operating activities: | | | | | |
| Net income | $ 1,073 | $ 1,115 | $1,706 | $(2,821) | $ 1,073 |
| Income from discontinued operations, net of tax | — | — | (60) | — | (60) |
| Income from continuing operations | 1,073 | 1,115 | 1,646 | (2,821) | 1,013 |
| Adjustments to reconcile income from continuing operations to cash (used in) provided by (used in) operating activities: | | | | | |
| Equity in earnings of subsidiaries | (1,262) | (1,086) | (484) | 2,832 | — |
| Depreciation and amortization | — | — | 444 | — | 444 |
| Deferred income tax expense – net | 270 | — | 49 | — | 319 |
| Impairment and other asset writedown charges | — | — | 201 | — | 201 |
| Net gains from unrealized mark-to-market valuations | — | — | (29) | — | (29) |
| Other, net | 1 | — | 4 | — | 5 |
| Net changes in operating assets and liabilities | (363) | 618 | 757 | (1,061) | (49) |
| Cash provided by (used in) operating activities | (281) | 647 | 2,588 | (1,050) | 1,904 |
| Cash flows—financing activities: | | | | | |
| Issuances of securities: | | | | | |
| Long-term debt | — | — | 100 | — | 100 |
| Common stock | 180 | — | — | — | 180 |
| Retirements/repurchases of securities: | | | | | |
| Long-term debt | (861) | (2) | (662) | — | (1,525) |
| Common stock | (809) | — | — | — | (809) |
| Change in short term borrowings | — | — | 1,705 | — | 1,705 |
| Cash dividends paid | (384) | (286) | (742) | 1,028 | (384) |

F-41

Confidential

EFIHMW00296799

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows**
**Six Months Ended June 30, 2006**

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Change in advances—affiliates . . . . . . . . . . . . . . | 1,733 | — | 691 | (2,424) | — |
| Other, net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (57) | — | (16) | — | (73) |
| Cash provided by (used in) financing activities . . | (198) | (288) | 1,076 | (1,396) | (806) |
| Cash flows—investing activities: | | | | | |
| Capital expenditures and nuclear fuel . . . . . . . . . | — | — | (855) | — | (855) |
| Proceeds from sales of nuclear decommissioning trust fund securities . . . . . . . . . . . . . . . . . . . . . | — | — | 144 | — | 144 |
| Investments in nuclear decommissioning trust fund securities . . . . . . . . . . . . . . . . . . . . . . . . | — | (290) | (151) | — | (151) |
| Change in advances—affiliates . . . . . . . . . . . . . . | — | (290) | (2,156) | 2,446 | — |
| Investment in collateral trust . . . . . . . . . . . . . . . . | 533 | | (533) | | |
| Other, net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | (69) | (132) | — | (200) |
| Cash provided by (used in) investing activities . . . | 534 | (359) | (3,683) | 2,446 | (1,062) |
| Cash flows—discontinued operations: | | | | | |
| Operating activities . . . . . . . . . . . . . . . . . . . . . . | — | — | (1) | — | (1) |
| Financing activities . . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Investing activities . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Cash used in discontinued operations . . . . . . . . . . | — | — | (1) | — | (1) |
| Net change in cash and cash equivalents . . . . . . . . | 55 | — | (20) | — | 35 |
| Cash and cash equivalents—beginning balance . . . . | — | — | 37 | — | 37 |
| Cash and cash equivalents—ending balance . . . . . . . | $   55 | $   — | $   17 | $   — | $   72 |

F-42

Confidential

EFIHMW00296800

## TXU CORP. AND SUBSIDIARIES

### Condensed Consolidating Balance Sheets at June 30, 2007

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents ..................... | $   — | $   — | $   422 | $   — | $   422 |
| Restricted cash ............................. | — | — | 54 | — | 54 |
| Advances to parent .......................... | — | 570 | 2,451 | (3,021) | — |
| Trade accounts receivable—net ................. | 6 | 1 | 1,359 | (350) | 1,016 |
| Income taxes receivable ...................... | 53 | — | — | (53) | — |
| Accounts receivable from affiliates .............. | — | 146 | — | (146) | — |
| Notes receivable from affiliates ................. | — | — | 1,533 | (1,533) | — |
| Inventories ................................ | — | — | 428 | — | 428 |
| Commodity and other derivative contractual assets | 11 | — | 288 | — | 299 |
| Accumulated deferred income taxes .............. | — | — | 835 | (6) | 829 |
| Margin deposits related to commodity positions .... | — | — | 448 | — | 448 |
| Other current assets ......................... | 2 | — | 213 | (26) | 189 |
| Total current assets ...................... | 72 | 717 | 8,031 | (5,135) | 3,685 |
| Restricted cash ............................. | — | — | 119 | — | 119 |
| Investments ................................ | 11,315 | 6,565 | 3,610 | (20,748) | 742 |
| Property, plant and equipment—net .............. | 50 | — | 19,337 | — | 19,387 |
| Notes receivable from affiliates ................. | 12 | — | 2,380 | (2,392) | — |
| Goodwill .................................. | — | — | 542 | — | 542 |
| Regulatory assets—net ....................... | — | — | 1,935 | — | 1,935 |
| Commodity and other derivative contractual assets ..... | 74 | — | 142 | — | 216 |
| Accumulated deferred income taxes .............. | 113 | 390 | — | (503) | — |
| Other noncurrent assets ...................... | 149 | 8 | 240 | (35) | 362 |
| Total assets ........................... | $11,785 | $7,680 | $36,336 | $(28,813) | $26,988 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings ....................... | $   — | $   — | $ 2,350 | $   — | $ 2,350 |
| Advances from affiliates ...................... | 3,021 | — | — | (3,021) | — |
| Long-term debt due currently .................. | 197 | 17 | 578 | — | 792 |
| Trade accounts payable-nonaffiliates ............ | 6 | — | 1,358 | (350) | 1,014 |
| Accounts payable to affiliates .................. | 27 | — | 119 | (146) | — |
| Notes payable to affiliates .................... | 1,500 | — | 33 | (1,533) | — |
| Commodity and other derivative contractual liabilities .. | 17 | — | 412 | — | 429 |
| Margin deposits related to commodity positions .... | — | — | 35 | — | 35 |
| Accumulated deferred income taxes .............. | 6 | — | — | (6) | — |
| Other current liabilities ...................... | 236 | 8 | 828 | (79) | 993 |
| Total current liabilities ................... | 5,010 | 25 | 5,713 | (5,135) | 5,613 |
| Accumulated deferred income taxes .............. | — | — | 3,624 | (503) | 3,121 |
| Investment tax credits ....................... | — | — | 353 | — | 353 |
| Commodity and other derivative contractual liabilities ... | 125 | — | 751 | — | 876 |
| Notes or other liabilities due affiliates ............ | 2,035 | — | 357 | (2,392) | — |
| Long-term debt, less amounts due currently ......... | 3,448 | 122 | 8,347 | — | 11,917 |
| Other noncurrent liabilities and deferred credits ....... | 122 | — | 3,975 | (34) | 4,063 |
| Total liabilities ........................ | 10,740 | 147 | 23,120 | (8,064) | 25,943 |
| Total shareholders' equity ................. | 1,045 | 7,533 | 13,216 | (20,749) | 1,045 |
| Total liabilities and shareholders' equity ...... | $11,785 | $7,680 | $36,336 | $(28,813) | $26,988 |

F-43

EFHMW00296801

### TXU CORP. AND SUBSIDIARIES

#### Condensed Consolidating Balance Sheets at December 31, 2006

|  | Millions of Dollars | | | | |
|---|---|---|---|---|---|
|  | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents . . . . . . . . . . . . . . . . . . . . . | $ — | $ — | $ 25 | $ — | $ 25 |
| Restricted cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 58 | — | 58 |
| Advances to parent . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 584 | 1,821 | (2,405) | — |
| Trade accounts receivable—net . . . . . . . . . . . . . . . . . | 5 | 1 | 1,165 | (212) | 959 |
| Income taxes receivable . . . . . . . . . . . . . . . . . . . . . . . | 165 | — | — | (165) | — |
| Accounts receivable from affiliates . . . . . . . . . . . . . . | — | 146 | — | (146) | — |
| Notes receivable from affiliates . . . . . . . . . . . . . . . . . | — | — | 1,533 | (1,533) | — |
| Inventories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 383 | — | 383 |
| Commodity and other derivative contractual assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | — | 948 | — | 950 |
| Accumulated deferred income taxes . . . . . . . . . . . . . | — | 5 | 253 | (5) | 253 |
| Margin deposits related to commodity positions . . . . | — | — | 7 | — | 7 |
| Other current assets . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | — | 176 | (7) | 177 |
| Total current assets . . . . . . . . . . . . . . . . . . . . . . . | 180 | 736 | 6,369 | (4,473) | 2,812 |
| Restricted cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 258 | — | 258 |
| Investments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12,457 | 6,902 | 1,682 | (20,329) | 712 |
| Property, plant and equipment—net . . . . . . . . . . . . . . | 33 | — | 18,723 | — | 18,756 |
| Notes receivable from affiliates . . . . . . . . . . . . . . . . . | 12 | 700 | 3,073 | (3,785) | — |
| Goodwill . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 542 | — | 542 |
| Regulatory assets—net . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 2,028 | — | 2,028 |
| Commodity and other derivative contractual assets . . . . . | 11 | — | 334 | — | 345 |
| Accumulated deferred income taxes . . . . . . . . . . . . . | 118 | 391 | — | (509) | — |
| Other noncurrent assets . . . . . . . . . . . . . . . . . . . . . . . | 150 | — | 245 | (15) | 380 |
| Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $12,961 | $8,729 | $33,254 | $(29,111) | $25,833 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings . . . . . . . . . . . . . . . . . . . . . . . . | $ — | $ — | $ 1,491 | $ — | $ 1,491 |
| Advances from affiliates . . . . . . . . . . . . . . . . . . . . . . . | 2,402 | — | — | (2,402) | — |
| Long-term debt due currently . . . . . . . . . . . . . . . . . . | — | 17 | 468 | — | 485 |
| Trade accounts payable—nonaffiliates . . . . . . . . . . . | 18 | — | 1,286 | (211) | 1,093 |
| Accounts payable to affiliates . . . . . . . . . . . . . . . . . . | 102 | — | 47 | (149) | — |
| Notes payable to affiliates . . . . . . . . . . . . . . . . . . . . . | 1,500 | — | 33 | (1,533) | — |
| Commodity and other derivative contractual liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | — | 272 | — | 293 |
| Margin deposits related to commodity positions . . . . | — | — | 681 | — | 681 |
| Accumulated deferred income taxes . . . . . . . . . . . . . | 5 | — | — | (5) | — |
| Other current liabilities . . . . . . . . . . . . . . . . . . . . . . . | 236 | 21 | 955 | (172) | 1,040 |
| Total current liabilities . . . . . . . . . . . . . . . . . . . . | 4,284 | 38 | 5,233 | (4,472) | 5,083 |
| Accumulated deferred income taxes . . . . . . . . . . . . . | — | — | 4,747 | (509) | 4,238 |
| Investment tax credits . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 363 | — | 363 |
| Commodity and other derivative contractual liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 63 | — | 128 | — | 191 |
| Notes or other liabilities due affiliates . . . . . . . . . . . . | 2,714 | 700 | 371 | (3,785) | — |
| Long-term debt, less amounts due currently . . . . . . . | 3,643 | 124 | 6,864 | — | 10,631 |
| Other noncurrent liabilities and deferred credits . . . . . . . | 117 | — | 3,086 | (16) | 3,187 |
| Total liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . | 10,821 | 862 | 20,792 | (8,782) | 23,693 |
| Total shareholders' equity . . . . . . . . . . . . . . . . . | 2,140 | 7,867 | 12,462 | (20,329) | 2,140 |
| Total liabilities and shareholders' equity . . . . . . | $12,961 | $8,729 | $33,254 | $(29,111) | $25,833 |

F-44

Confidential

EFIHMW00296802

### REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Shareholders of TXU Corp.:

We have audited the accompanying consolidated balance sheets of TXU Corp. and subsidiaries (the "Company") as of December 31, 2006 and 2005, and the related statements of consolidated income, comprehensive income, cash flows and shareholders' equity for each of the three years in the period ended December 31, 2006. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of TXU Corp. and subsidiaries at December 31, 2006 and 2005, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2006, in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 5 to the Notes to Financial Statements, the Company changed its method of accounting for stock based compensation with the election to early adopt Statement of Financial Accounting Standards No. 123 (revised 2004) *Share-Based Payment,* effective October 1, 2004.

/s/    Deloitte & Touche LLP

Dallas, Texas
March 1, 2007
(September    , 2007 as to Note 27)

F-45

EFIHMW00296803

**PX 001**
**Page 328 of 453**

### TXU CORP. AND SUBSIDIARIES

### STATEMENTS OF CONSOLIDATED INCOME

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2006** | **2005** | **2004** |
| | (millions of dollars, except per share amounts) | | |
| **Operating revenues** | $10,856 | $10,662 | $9,216 |
| Costs and expenses: | | | |
| Fuel, purchased power costs and delivery fees | 2,784 | 4,261 | 3,755 |
| Operating costs | 1,373 | 1,425 | 1,429 |
| Depreciation and amortization | 830 | 776 | 760 |
| Selling, general and administrative expenses | 819 | 781 | 1,091 |
| Franchise and revenue-based taxes | 390 | 364 | 367 |
| Other income | (121) | (151) | (148) |
| Other deductions | 269 | 45 | 1,172 |
| Interest income | (46) | (48) | (28) |
| Interest expense and related charges | 830 | 802 | 695 |
| Total costs and expenses | 7,128 | 8,255 | 9,093 |
| Income from continuing operations before income taxes, extraordinary gain (loss) and cumulative effect of changes in accounting principles | 3,728 | 2,407 | 123 |
| Income tax expense | 1,263 | 632 | 42 |
| Income from continuing operations before extraordinary gain (loss) and cumulative effect of changes in accounting principles | 2,465 | 1,775 | 81 |
| Income from discontinued operations, net of tax effect (Note 3) | 87 | 5 | 378 |
| Extraordinary gain (loss), net of tax effect (Note 4) | — | (50) | 16 |
| Cumulative effect of changes in accounting principles, net of tax effect (Note 5) | — | (8) | 10 |
| **Net income** | $ 2,552 | $ 1,722 | $ 485 |
| Exchangeable preferred membership interest buyback premium (Note 17) | — | — | 849 |
| Preference stock dividends | — | 10 | 22 |
| **Net income (loss) available for common stock** | $ 2,552 | $ 1,712 | $ (386) |
| Average shares of common stock outstanding (millions): | | | |
| Basic | 460 | 476 | 600 |
| Diluted | 467 | 486 | 600 |
| Per share of common stock—Basic: | | | |
| Net income (loss) from continuing operations available for common stock | $ 5.36 | $ 3.71 | $(1.32) |
| Income from discontinued operations, net of tax effect | 0.19 | 0.01 | 0.63 |
| Extraordinary gain (loss), net of tax effect | — | (0.10) | 0.03 |
| Cumulative effect of changes in accounting principles, net of tax effect | — | (0.02) | 0.02 |
| Net income (loss) available for common stock | $ 5.55 | $ 3.60 | $(0.64) |
| Per share of common stock—Diluted: | | | |
| Net income (loss) from continuing operations available for common stock | $ 5.27 | $ 2.61 | $(1.32) |
| Income from discontinued operations, net of tax effect | 0.19 | 0.01 | 0.63 |
| Extraordinary gain (loss), net of tax effect | — | (0.10) | 0.03 |
| Cumulative effect of changes in accounting principles, net of tax effect | — | (0.02) | 0.02 |
| Net income (loss) available for common stock | $ 5.46 | $ 2.50 | $(0.64) |
| Dividends declared | $ 1.67 | $ 1.26 | $ 0.47 |

See Notes to Financial Statements.

F-46

Confidential

EFIHMW00296804

**TXU CORP. AND SUBSIDIARIES**

**STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME**

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Components related to continuing operations: | | | |
| Income from continuing operations before extraordinary gain (loss) and cumulative effect of changes in accounting principles | $2,465 | $1,775 | $ 81 |
| Other comprehensive income (loss), net of tax effects: | | | |
| Minimum pension liability adjustments (net of tax (expense) benefit of ($38), $25 and ($7)) | 71 | (46) | 14 |
| Cash flow hedges: | | | |
| Net change in fair value of derivatives held at end of period (net of tax (expense) benefit of $(304), $24 and $40) | 568 | (47) | (75) |
| Derivative value net losses (gains) reported in net income that relate to hedged transactions recognized in the period (net of tax (expense) benefit of $(8), $42 and $23) | (15) | 77 | 44 |
| Total effect of cash flow hedges | 553 | 30 | (31) |
| Total adjustments to net income from continuing operations | 624 | (16) | (17) |
| Comprehensive income from continuing operations | 3,089 | 1,759 | 64 |
| Components related to discontinued operations: | | | |
| Income from discontinued operations, net of tax effect | 87 | 5 | 378 |
| Minimum pension liability adjustments (net of tax expense of $—, $— and $5) | — | — | 10 |
| Cumulative foreign currency translation adjustment | — | — | (145) |
| Cash flow hedges: | | | |
| Derivative value net gains reported in net income that relate to hedged transactions recognized in the period (net of tax expense of $—, $— and $3) | — | — | (6) |
| Total adjustments to net income from discontinued operations | — | — | (141) |
| Comprehensive income from discontinued operations | 87 | 5 | 237 |
| Extraordinary gain (loss), net of tax effect | — | (50) | 16 |
| Cumulative effect of changes in accounting principles, net of tax effect | — | (8) | 10 |
| Comprehensive income | $3,176 | $1,706 | $ 327 |

See Notes to Financial Statements.

F-47

Confidential

### TXU CORP. AND SUBSIDIARIES
### STATEMENTS OF CONSOLIDATED CASH FLOWS

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Cash flows—operating activities: | | | |
| Net income | $2,552 | $1,722 | $ 485 |
| Income from discontinued operations, net of tax effect | (87) | (5) | (378) |
| Extraordinary (gain) loss, net of tax effect | — | 50 | (16) |
| Cumulative effect of changes in accounting principles, net of tax effect | — | 8 | (10) |
| Income from continuing operations before extraordinary (gain) loss and cumulative effect of changes in accounting principles | 2,465 | 1,775 | 81 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | |
| Depreciation and amortization | 893 | 836 | 826 |
| Deferred income tax expense, including utilization of net operating loss carryforwards | 756 | 481 | (11) |
| Losses on early extinguishment of debt | 1 | — | 416 |
| Asset writedown charges | 6 | 11 | 196 |
| Charge (credit) related to impaired leases | (2) | (16) | 180 |
| Net gains on sale of assets, including amortization of deferred gains | (69) | (89) | (135) |
| Net effect of unrealized mark-to-market valuations | (272) | 18 | 109 |
| Impairment of natural gas-fueled generation plants | 198 | — | — |
| Customer appreciation bonus charge (net of amounts credited to customers in 2006) | 122 | — | — |
| Shareholders' litigation settlement accrual | — | — | 84 |
| Bad debt expense | 68 | 56 | 90 |
| Stock-based incentive compensation expense | 27 | 32 | 56 |
| Recognition of losses on dedesignated cash flow hedges | 12 | 20 | 26 |
| Recognition of gain on dedesignated fair value hedges | (6) | (10) | (15) |
| Charge related to coal contract counterparty claim | — | 12 | — |
| Net equity loss (income) from unconsolidated affiliate | 14 | — | (1) |
| Change in regulatory-related liabilities | 1 | (81) | (70) |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable—trade | 337 | (335) | (246) |
| Impact of accounts receivable sales program | (44) | 197 | (73) |
| Inventories | (21) | (55) | 15 |
| Accounts payable—trade | (219) | (47) | 223 |
| Commodity contract assets and liabilities | — | 76 | (5) |
| Cash flow hedge and other derivative assets and liabilities | — | (9) | (22) |
| Margin deposits—net | 564 | 61 | 34 |
| Other—net assets | (92) | 35 | (165) |
| Other—net liabilities | 215 | (175) | 165 |
| Cash provided by operating activities of continuing operations | 4,954 | 2,793 | 1,758 |
| Cash flows—financing activities: | | | |
| Issuances of securities: | | | |
| Long-term debt | 243 | 180 | 5,090 |
| Common stock | 180 | 83 | 112 |

Confidential

EFIHMW00296806

### TXU CORP. AND SUBSIDIARIES

### STATEMENTS OF CONSOLIDATED CASH FLOWS (cont.)

| | Year Ended December 31, | | |
| | 2006 | 2005 | 2004 |
| --- | ---: | ---: | ---: |
| | (millions of dollars) | | |
| Retirements/repurchases of securities: | | | |
| Long-term debt held by subsidiary trusts | — | — | (546) |
| Equity-linked debt securities | (179) | (106) | (1,105) |
| Other long-term debt | (1,512) | (269) | (3,088) |
| Exchangeable preferred membership interests | — | — | (750) |
| Preference stock | — | (300) | — |
| Preferred securities of subsidiaries | — | (38) | (75) |
| Common stock | (1,012) | (1,137) | (4,687) |
| Change in short-term borrowings: | | | |
| Commercial paper | 939 | 358 | — |
| Banks | (245) | 230 | 210 |
| Cash dividends paid: | | | |
| Common stock | (764) | (544) | (150) |
| Preference stock | — | (11) | (22) |
| Premium paid for redemption of exchangeable preferred membership interests | — | — | (1,102) |
| Excess tax benefit on stock-based incentive compensation | 41 | 28 | — |
| Debt premium, discount, financing and reacquisition expenses | (23) | (37) | (406) |
| Cash used in financing activities of continuing operations | (2,332) | (1,563) | (6,519) |
| Cash flows—investing activities: | | | |
| Capital expenditures | (2,180) | (1,047) | (912) |
| Nuclear fuel | (117) | (57) | (87) |
| Dispositions of businesses | — | — | 4,814 |
| Purchase of lease trust | (69) | — | — |
| Proceeds from sales of assets | 20 | 77 | 27 |
| Change in collateral trust | — | — | 525 |
| Proceeds from sales of nuclear decommissioning trust fund securities | 207 | 191 | 88 |
| Investments in nuclear decommissioning trust fund securities | (223) | (206) | (103) |
| Investment in unconsolidated affiliate | (15) | — | — |
| Proceeds from pollution control revenue bonds deposited with trustee | (240) | — | — |
| Costs to remove retired property | (40) | (44) | (40) |
| Other | (7) | 48 | (32) |
| Cash provided by (used in) investing activities of continuing operations | (2,664) | (1,038) | 4,280 |
| Discontinued operations: | | | |
| Cash provided by (used in) operating activities | 30 | (265) | (79) |
| Cash used in financing activities | — | — | (10) |
| Cash provided by (used in) investing activities | — | 4 | (153) |
| Cash provided by (used in) discontinued operations | 30 | (261) | (242) |
| Net change in cash and cash equivalents | (12) | (69) | (723) |
| Cash and cash equivalents—beginning balance | 37 | 106 | 829 |
| Cash and cash equivalents—ending balance | $ 25 | $ 37 | $ 106 |

See Notes to Financial Statements.

F-49

Confidential

EFIHMW00296807

### TXU CORP. AND SUBSIDIARIES
### CONSOLIDATED BALANCE SHEETS

|  | December 31, | |
|---|---|---|
|  | **2006** | **2005** |
|  | (millions of dollars) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $      25 | $      37 |
| Restricted cash | 58 | 54 |
| Trade accounts receivable—net (Note 13) | 959 | 1,328 |
| Income taxes receivable | — | 14 |
| Inventories | 383 | 364 |
| Commodity contract assets (Note 18) | 276 | 1,603 |
| Cash flow hedge and other derivative assets (Note 19) | 698 | 65 |
| Accumulated deferred income taxes (Note 11) | 253 | 717 |
| Margin deposits related to commodity positions | 7 | 247 |
| Other current assets | 178 | 129 |
| Total current assets | 2,837 | 4,558 |
| Restricted cash | 258 | 16 |
| Investments | 712 | 643 |
| Property, plant and equipment—net | 18,756 | 17,192 |
| Goodwill | 542 | 542 |
| Regulatory assets—net | 2,028 | 1,826 |
| Commodity contract assets (Note 18) | 162 | 338 |
| Cash flow hedge and other derivative assets (Note 19) | 248 | 75 |
| Other noncurrent assets | 379 | 349 |
| Total assets | $25,922 | $25,539 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 14) | $  1,491 | $     798 |
| Long-term debt due currently (Note 15) | 485 | 1,250 |
| Trade accounts payable | 1,093 | 1,026 |
| Commodity contract liabilities (Note 18) | 278 | 1,481 |
| Cash flow hedge and other derivative liabilities (Note 19) | 39 | 275 |
| Margin deposits related to commodity positions | 681 | 357 |
| Other current liabilities | 1,040 | 1,163 |
| Total current liabilities | 5,107 | 6,350 |
| Accumulated deferred income taxes (Note 11) | 4,238 | 3,697 |
| Investment tax credits | 363 | 384 |
| Commodity contract liabilities (Note 18) | 183 | 516 |
| Cash flow hedge and other derivative liabilities (Note 19) | 73 | 91 |
| Long-term debt, less amounts due currently (Note 15) | 10,631 | 11,332 |
| Other noncurrent liabilities and deferred credits | 3,187 | 2,694 |
| Total liabilities | 23,782 | 25,064 |
| Commitments and Contingencies (Note 16) | | |
| Shareholders' equity (Note 17) | 2,140 | 475 |
| Total liabilities and shareholders' equity | $25,922 | $25,539 |

See Notes to Financial Statements.

F-50

Confidential

EFIHMW00296808

### TXU CORP. AND SUBSIDIARIES

### STATEMENTS OF CONSOLIDATED SHAREHOLDERS' EQUITY

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| **Common stock without par value (number of authorized shares—1,000,000,000):** | | | |
| Balance at beginning of year ......................................... | 5 | 2 | 48 |
| Effect of two-for-one stock split ................................... | — | 3 | — |
| Issuances under Direct Stock Purchase and Dividend Reinvestment Plan ........................................................ | — | — | 4 |
| Effects of stock-based incentive compensation plans .................. | — | — | 5 |
| Issuance of shares under equity-linked debt securities ............... | — | — | 101 |
| Value of Thrift Plan shares released by LESOP trustee (Note 21) ...... | — | — | 3 |
| Cancellation of repurchased common stock ......................... | — | — | (161) |
| Other ................................................... | — | — | 2 |
| Balance at end of year (number of shares outstanding: 2006—459,244,523; 2005—470,845,978; and 2004—479,705,760) ...................... | 5 | 5 | 2 |
| **Additional paid-in capital:** | | | |
| Balance at beginning of year ...................................... | 1,840 | 2,806 | 8,097 |
| Common stock repurchases ...................................... | (1,012) | (1,092) | (4,737) |
| Net premium on repurchase of exchangeable preferred membership interests ................................................ | — | — | (849) |
| Discount (premium) on repurchase of equity-linked debt securities (related to equity component) and reversal of contract adjustment payment liability .......................................... | — | (13) | 96 |
| Effects of stock-based incentive compensation plans ................. | 27 | 33 | 38 |
| Excess tax benefit on stock-based compensation .................... | 41 | 28 | — |
| Cancellation of repurchased common stock ........................ | — | — | 161 |
| Issuance of shares under equity-linked debt securities ............... | 180 | 75 | — |
| Value of Thrift Plan shares released by LESOP trustee (Note 21) ...... | 2 | 1 | — |
| Effects of executive deferred compensation plan ................... | 13 | — | — |
| Effect of two-for-one stock split ................................. | — | (3) | — |
| Other ................................................... | 13 | 5 | — |
| Balance at end of year ........................................... | $ 1,104 | $ 1,840 | $ 2,806 |
| **Retained earnings:** | | | |
| Balance at beginning of year ...................................... | $(1,168) | $(2,283) | $(2,498) |
| Net income ................................................ | 2,552 | 1,722 | 485 |
| Dividends declared on common stock ($1.67, $1.26 and $0.47 per share) ................................................... | (768) | (598) | (251) |
| Dividends on preference stock ($0, $3,278 and $7,240 per share) ...... | — | (10) | (22) |
| LESOP dividend deduction tax benefit and other ................... | 6 | 1 | 3 |
| Balance at end of year ........................................... | 622 | (1,168) | (2,283) |
| **Accumulated other comprehensive gain (loss), net of tax effects:** | | | |
| Foreign currency translation adjustments: | | | |
| Balance at beginning of year ...................................... | — | — | 145 |
| Change during the year ........................................ | — | — | (90) |
| Amounts related to disposed businesses ......................... | — | — | (55) |
| Balance at end of year ........................................... | — | — | — |

F-51

EFIHMW00296809

**TXU CORP. AND SUBSIDIARIES**

**STATEMENTS OF CONSOLIDATED SHAREHOLDERS' EQUITY (cont.)**

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Pension and other postretirement employee benefit liability adjustments: | | | |
| Balance at beginning of year .................................. | (60) | (14) | (38) |
| Change in minimum pension liability .......................... | 71 | (46) | 23 |
| SFAS 158 transition adjustment ............................... | (13) | — | — |
| Amounts related to disposed businesses ........................ | — | — | 1 |
| Balance at end of year ....................................... | (2) | (60) | (14) |
| Amounts related to cash flow hedges: | | | |
| Balance at beginning of year .................................. | (142) | (172) | (135) |
| Change during the year ...................................... | 553 | 30 | (38) |
| Amounts related to disposed businesses ........................ | — | — | 1 |
| Balance at end of year ....................................... | 411 | (142) | (172) |
| Total accumulated other comprehensive gain (loss) at end of year ............ | 409 | (202) | (186) |
| Total common stock equity at end of year .................................. | 2,140 | 475 | 339 |
| Preference stock: | | | |
| Balance at beginning of year .................................. | $    — | $ 300 | $ 300 |
| Preference stock redemption .................................. | — | (300) | — |
| Balance at end of year ....................................... | — | — | 300 |
| Shareholders' equity at end of year ....................................... | $2,140 | $ 475 | $ 639 |

See Notes to Financial Statements.

F-52

Confidential

EFIHMW00296810

TXU CORP. AND SUBSIDIARIES

NOTES TO FINANCIAL STATEMENTS

## 1. SIGNIFICANT ACCOUNTING POLICIES

*Description of Business*—TXU Corp. is a holding company conducting its operations principally through its Texas Competitive Electric Holdings Company LLC (Texas Competitive Holdings), Oncor Electric Delivery Company (Oncor Electric Delivery) and TXU Generation Development Company LLC (TXU DevCo) subsidiaries. Texas Competitive Holdings is a holding company whose subsidiaries are engaged in competitive market activities consisting of electricity generation, retail electricity sales to residential and business customers, wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. Oncor Electric Delivery is engaged in regulated electricity transmission and distribution operations in Texas. TXU DevCo is engaged in the development of new lignite/coal-fueled generation facilities.

On February 26, 2007, TXU Corp. announced that it had entered into a Merger Agreement, with Merger Sub Parent and Merger Sub, whereby TXU Corp. would merge with Merger Sub and TXU Corp. would become a wholly-owned subsidiary of Merger Sub Parent. See Note 26.

TXU Corp. has two reportable segments: the Competitive Electric segment (which includes Texas Competitive Holdings and TXU DevCo's activities) and the Regulated Delivery segment. (See Note 24 for further information concerning reportable business segments.)

*Basis of Presentation*—The consolidated financial statements of TXU Corp. have been prepared in accordance with accounting principles generally accepted in the US and on the same basis as the audited financial statements included in TXU Corp.'s Annual Report on Form 10-K for the year ended December 31, 2005, except for the reporting of wholesale electricity trading activities and ERCOT electricity balancing transactions as discussed below under "Revenue Recognition." All other adjustments (consisting of normal recurring accruals) necessary for a fair presentation of the results of operations and financial position have been included therein. As discussed below, certain reclassifications have been made to conform prior period data to current period presentation. All intercompany items and transactions have been eliminated in consolidation. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated.

Commodity contract and derivative assets and liabilities and margin deposits reported in the consolidated balance sheet each reflect counterparty netting in accordance with legal right of offset agreements.

*Discontinued Businesses*—Note 3 presents detailed information regarding the effects of discontinued businesses, the results of which have been classified as discontinued operations.

*Use of Estimates*—Preparation of TXU Corp.'s financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including mark-to-market valuation adjustments. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Earnings Per Share*—Basic earnings per share available to common shareholders are based on the weighted average number of common shares outstanding during the period. Diluted earnings per share include the effect of all potential issuances of common shares under stock-based employee compensation and certain debt arrangements. The 2005 diluted per share results reflect an unfavorable impact associated with the November 2004 accelerated share repurchase program which was settled in May 2005. The program is discussed in Note 17. Because TXU Corp. intended to settle in cash the difference between the initial price of the shares

F-53

EFIHMW00296811

and the actual costs of the shares purchased by the counterparty under the program, accounting rules require that earnings used in the diluted earnings per share calculation be reduced by the change in the fair value of the settlement liability during the year, which totaled $498 million (without tax benefit). See Note 2 for a reconciliation of basic earnings per share to diluted earnings per share.

*Derivative Instruments and Mark-to-Market Accounting*—TXU Corp. enters into contracts for the purchase and sale of electricity, natural gas and other commodities and also enters into other derivative instruments such as options, swaps, futures and forwards primarily to manage commodity price and interest rate risks. If the instrument meets the definition of a derivative under SFAS 133, changes in the fair value of the derivative are recognized in net income as unrealized gains and losses, unless the criteria for certain exceptions are met, and an offsetting derivative asset or liability is recorded in the balance sheet. This recognition is referred to as "mark-to-market" accounting. The fair values of TXU Corp.'s unsettled commodity-related derivative instruments under mark-to-market accounting are reported in the balance sheet as commodity contract assets or liabilities. When derivative instruments are settled and realized gains and losses are recorded, the previously recorded unrealized gains and losses and derivative assets and liabilities are reversed. Under the exception criteria of SFAS 133, TXU Corp. may elect the "normal" purchase and sale exemption; further, TXU Corp. may designate derivatives as a cash flow or fair value hedge. A derivative contract may be designated as a "normal" purchase or sale if the intent is to physically receive or deliver the product for use or sale in the normal course of business. If designated as normal, the derivative contract is accounted for under the accrual method of accounting (not marked-to-market).

Because derivative instruments are frequently used as economic hedges, SFAS 133 allows the designation of these hedges as cash flow or fair value hedges provided certain conditions are met. A cash flow hedge mitigates the risk associated with variable future cash flows (e.g., a forecasted sale of electricity in the future at market prices), while a fair value hedge mitigates risk associated with fixed future cash flows (e.g., debt with fixed interest rate payments). In accounting for changes in value of cash flow hedges, derivative assets and liabilities are recorded on the balance sheet with an offset to other comprehensive income or loss to the extent the hedges are effective and the hedged transaction remains probable of occurring. If the hedged transaction is no longer probable of occurring, hedge accounting is discontinued. Amounts recorded in other comprehensive income are reclassified into net income as the related hedged transactions settle and affect earnings. If the hedged transaction becomes probable of not occurring, the amount recorded in other comprehensive income is immediately reclassified to net income. Changes in value of fair value hedges are recorded as derivative assets or liabilities with an offset to net income, and the carrying value of the related asset or liability (hedged item) is adjusted for the change in fair value with an offset to net income. If the fair value hedge is settled prior to the maturity of the hedged item, the cumulative fair value gain or loss is amortized into income over the remaining life of the hedged item. In the statement of cash flow, the effects of settlements of derivative instruments are classified consistent with the related hedged transactions.

To qualify for hedge accounting, a hedge must be considered highly effective in offsetting changes in fair value of the hedged item. Assessment of the hedge's effectiveness is tested at least quarterly throughout its term to continue to qualify for hedge accounting. Changes in fair value that represent hedge ineffectiveness, even if the hedge continues to be assessed as effective, are immediately recognized in net income. Ineffectiveness is generally measured as the cumulative excess, if any, of the change in value of the hedging instrument over the change in value of the hedged item. The "short-cut" method under SFAS 133 allows entities to assume no hedge ineffectiveness in a hedging relationship of interest rate risk if certain conditions are met. If all short-cut conditions are met, then the hedge results in no ineffectiveness gains and losses, as the hedge is considered 100% effective, and no future effectiveness testing is required. See Notes 15, 18 and 19 for additional details concerning hedging activity.

*Revenue Recognition*—TXU Corp. records revenue from electricity sales and delivery service under the accrual method of accounting. Revenues are recognized when electricity or delivery services are provided to customers on the basis of periodic cycle meter readings and include an estimated accrual for the revenues earned from the meter reading date to the end of the period (unbilled revenue).

F-54

Confidential

EFIHMW00296812

Under a realignment of the wholesale energy operations effective January 1, 2006, management of wholesale purchases and sales of electricity for purposes of balancing electricity supply and demand was segregated from the buying and selling of electricity for trading purposes. Previously, all wholesale electricity purchases and sales were managed in aggregate under a "portfolio management" structure, as the primary activity was energy balancing, and all wholesale activity utilized (and continues to utilize) contracts for physical delivery. Financial derivative instruments, as are common in natural gas markets, are not as readily available in the Texas electricity market. The realignment reflects an expectation of a growing market for electricity trading in Texas. Under the previous structure, all purchases and sales scheduled with ERCOT for delivery were reported gross in the income statement, and "booked-out" sales and purchases (agreement with the counterparty to net settle before scheduling for delivery) were reported net. Effective with the January 1, 2006 realignment, those contracts that are separately managed as a trading book and scheduled for physical delivery are reported net upon settlement in accordance with existing accounting rules (EITF 02-3). All transactions reported net, including booked-out contracts, are reported as a component of revenues. Gross revenues from electricity trading activities totaled $1.3 billion in 2006.

In addition, TXU Corp. revised its reporting of ERCOT electricity balancing transactions effective with 2006 reporting. These transactions represent wholesale purchases and sales of electricity for real-time balancing purposes as measured in 15-minute intervals. As is industry practice, these purchases and sales with ERCOT, as the balancing energy clearinghouse agent, are reported net. TXU Corp. had historically reported the net amount as a component of purchased power cost as the activity consistently represented a net purchase of electricity prior to 2005 due in part to TXU Corp.'s retail load exceeding generation volumes. More recently, the balancing activity has frequently resulted in net revenues due in part to generation volumes increasingly exceeding retail load. TXU Corp. believes that presentation of this activity as a component of revenues more appropriately reflects TXU Corp.'s market position. Accordingly, net electricity balancing transactions are reported in revenues and the prior years' amounts have been reclassified. The amount reported in revenues totaled $31 million in net purchases in 2006, $225 million in net sales in 2005 and $92 million in net purchases in 2004.

Realized and unrealized gains and losses from transacting in energy-related derivative instruments are reported as a component of revenues. See discussion above under "Derivative Instruments and Mark-to-Market Accounting."

*Impairment of Long-Lived Assets*—TXU Corp. evaluates long-lived assets for impairment whenever indications of impairment exist, in accordance with SFAS 144. The determination of the existence of indications of impairment involves judgments that are subjective in nature and may require the use of estimates in forecasting future results and cash flows related to an asset or group of assets. See Note 6 for details of the impairment of the natural gas-fueled generation plants recorded in the second quarter of 2006.

*Amortization of Nuclear Fuel*—Amortization of nuclear fuel is calculated on the units-of-production method and is reported as fuel costs.

*Major Maintenance*—Major maintenance costs incurred during generation plant outages, as well as the costs of other maintenance activities, are charged to expense as incurred. This accounting is consistent with guidance issued by the FASB as discussed below under "Changes in Accounting Standards".

*Defined Benefit Pension Plans and Other Postretirement Employee Benefit Plans*—TXU Corp. offers pension benefits through either a defined benefit pension plan or a cash balance plan and also offers certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees from TXU Corp. Costs of pension and other postretirement employee benefits (OPEB) plans are determined in accordance with SFAS 87 and SFAS 106 and are dependent upon numerous factors, assumptions and estimates. Effective December 31, 2006, TXU Corp. adopted SFAS 158, as required. See Note 21 for details with respect to the adoption of this standard and other information regarding pension and OPEB plans.

Confidential

EFIHMW00296813

**PX 001**
**Page 338 of 453**

**Stock-Based Incentive Compensation**—TXU Corp. has provided discretionary awards to qualified managerial employees payable in its common stock under its shareholder-approved long-term incentive plans. TXU Corp. accounts for these awards based on the provisions of SFAS 123R, which provides for the recognition of stock-based compensation expense over the vesting period based on the grant-date fair value of those awards. See Note 22 for information regarding stock-based incentive compensation.

**Sales and Excise Taxes**—Sales and excise taxes are accounted for as a "pass through" item on the balance sheet; i.e., the tax is billed to customers and recorded as trade accounts receivable with an offsetting amount recorded as a liability to the taxing jurisdiction.

**Franchise and Revenue-Based Taxes**—Franchise and gross receipt taxes are not a "pass through" item such as sales and excise taxes. These taxes are assessed to TXU Corp. by state and local government bodies, based on revenues or kWh delivered, as a cost of doing business and are recorded as an expense. Rates charged to customers by TXU Corp. are intended to recover the taxes, but TXU Corp. is not acting as an agent to collect the taxes from customers.

**Income Taxes**—TXU Corp. files a consolidated federal income tax return, and federal income taxes are allocated to subsidiaries based on their respective taxable income or loss. Investment tax credits are amortized to income over the estimated lives of the properties. Deferred income taxes are provided for temporary differences between the book and tax basis of assets and liabilities. Certain provisions of SFAS 109 provide that regulated enterprises are permitted to recognize deferred taxes as regulatory tax assets or tax liabilities if it is probable that such amounts will be recovered from, or returned to, customers in future rates.

TXU Corp. has generally accounted for uncertainty related to positions taken on tax returns based on the probable liability approach consistent with SFAS 5. FIN No. 48, as discussed below under "Changes in Accounting Standards", provides clarification of the accounting for uncertain income tax positions.

**Accounting for Contingencies**—The financial results of TXU Corp. may be affected by judgments and estimates related to loss contingencies. Accruals for loss contingencies are recorded when management determines that it is probable that an asset has been impaired or a liability has been incurred and that such economic loss can be reasonably estimated. Such determinations are subject to interpretations of current facts and circumstances, forecasts of future events and estimates of the financial impacts of such events. See Note 16 for a discussion of contingencies.

**Cash Equivalents**—For purposes of reporting cash and cash equivalents, temporary cash investments purchased with a remaining maturity of three months or less are considered to be cash equivalents.

**Property, Plant and Equipment**—Properties are stated at original cost. The cost of property additions includes materials and both direct and indirect labor and applicable overhead, including payroll-related costs.

Depreciation of TXU Corp.'s property, plant and equipment is calculated on a straight-line basis over the estimated service lives of the properties. As is common in the industry, TXU Corp. records depreciation expense using composite depreciation rates that reflect blended estimates of the lives of major asset components as compared to depreciation expense calculated on an asset-by-asset basis. Estimated depreciable lives are based on management's estimates of the assets' economic useful life. Depreciation also includes the effect of asset retirement obligations as prescribed by SFAS 143 and the impacts of FIN 47 (see Note 5), which was adopted by TXU Corp. in 2005.

Effective January 1, 2005, the estimated depreciable lives of lignite/coal-fueled generation facilities were extended from fifty years to sixty years to better reflect their useful lives, resulting in a reduction of depreciation expense for the year ended December 31, 2005 of $13 million ($8 million after-tax) as compared to the 2004 year.

F-56

EFIHMW00296814

*Capitalized Interest and Allowance For Funds Used During Construction (AFUDC)*—Interest on Competitive Electric's qualifying construction projects is capitalized in accordance with SFAS 34. Oncor Electric Delivery capitalizes AFUDC as a cost component of projects involving construction periods lasting greater than thirty days. AFUDC is a regulatory cost accounting procedure whereby both interest charges on borrowed funds and a return on equity capital used to finance construction are included in the recorded cost of utility plant and equipment being constructed. The equity portion of capitalized AFUDC is accounted for as other income. See Notes 12 and 25 for details of amounts.

*Inventories*—Inventories, including environmental energy credits and emission allowances, are carried at weighted average cost. All inventories are reported at the lower of cost or market unless expected to be used in the generation of electricity.

*Regulatory Assets and Liabilities*—The financial statements of TXU Corp.'s regulated electricity delivery operations reflect regulatory assets and liabilities under cost-based rate regulation in accordance with SFAS 71. The assumptions and judgments used by regulatory authorities continue to have an impact on the recovery of costs, the rate earned on invested capital and the timing and amount of assets to be recovered by rates. See Note 25 for detail of the regulatory assets and liabilities.

See Note 4 for a discussion of the extraordinary gain recorded in 2004 related to the adjustment in the carrying value of TXU Corp.'s regulatory asset subject to securitization.

*Investments*—Deposits in a nuclear decommissioning trust fund are carried at fair value in the balance sheet. Investments in unconsolidated business entities over which TXU Corp. has significant influence but does not maintain effective control, generally representing ownership of at least 20% and not more than 50% of common equity, are accounted for under the equity method. Assets related to employee benefit plans represent investments held to satisfy deferred compensation liabilities and are recorded at market value. See Note 20 for details of investments.

*Changes in Accounting Standards*—In February 2007, the FASB issued SFAS 159, which permits an entity to choose to measure certain financial assets and liabilities at fair value. SFAS 159 also revises provisions of SFAS 115 that apply to available-for-sale and trading securities. This statement is effective for fiscal years beginning after November 15, 2007. TXU Corp. has not yet evaluated the potential impact of this standard.

In September 2006, the FASB issued SFAS 158, which was adopted by TXU Corp. effective December 31, 2006. See Note 21 for details related to the adoption of SFAS 158.

Also, in September 2006, the FASB issued SFAS 157, which establishes a framework for measuring fair value. This statement is effective for fiscal years beginning after November 15, 2007. TXU Corp. expects that the adoption of the statement will impact mark-to-market valuations of certain commodity contracts.

The FASB issued guidance in September 2006 regarding accounting for major maintenance activities (referred to as FASB Staff Position AUG AIR-1, "Accounting for Planned Major Maintenance Activities"). This guidance prohibits the use of the accrue-in-advance method of accounting. TXU Corp. expenses major maintenance costs as incurred.

In June 2006, the FASB issued FIN 48, which provides clarification of SFAS 109 with respect to the recognition of income tax benefits of uncertain tax positions in the financial statements. FIN 48 requires uncertain tax positions be reviewed and assessed with recognition and measurement of the tax benefit based on a "more-likely-than-not" standard. Benefits of positions taken on income tax returns that do not qualify for financial statement recognition are required to be disclosed in the financial statements. This interpretation will be adopted by TXU Corp. effective January 1, 2007, as required. Upon adoption, the cumulative effect of this change in accounting principle will be accounted for as an adjustment to retained earnings. The FASB is

Confidential

EF1HMW00296815

considering certain revisions to FIN 48, and TXU Corp. continues to evaluate the potential impact of this standard on its financial position.

## 2. EARNINGS PER SHARE

Basic earnings per share available to common shareholders are based on the weighted average number of common shares outstanding during the period. Diluted earnings per share include the effect of all potential issuances of common shares under stock-based incentive compensation and certain debt arrangements.

*Stock Split*—All share and per share amounts reflect a two-for-one stock split completed in December 2005.

| | For the Year Ended 2006 | | | For the Year Ended 2005 | | | For the Year Ended 2004 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Income | Shares | Per Share Amount | Income | Shares | Per Share Amount | Income | Shares | Per Share Amount |
| Income from continuing operations before extraordinary items and accounting changes . . . . . . . . . . . . . . . . . | $2,465 | 459.7 | $5.36 | $1,775 | 475.9 | $ 3.73 | $ 81 | 600.4 | $ 0.13 |
| Exchangeable preferred membership interest buyback premium . . . . . . . . . . . . . . . . . | — | — | — | — | — | — | (849) | — | (1.41) |
| Preference stock dividends . . . . . | — | — | — | (10) | — | (0.02) | (22) | — | (0.04) |
| **Income from continuing operations available for common stock—Basic** . . . . . . | $2,465 | 459.7 | $5.36 | $1,765 | 475.9 | $ 3.71 | $(790) | 600.4 | $(1.32) |
| **Dilutive securities/other adjustments:** | | | | | | | | | |
| Adjustment related to 2004 accelerated share repurchase program[a] . . . . . . . . . . . . . . . . . | — | — | | (498) | — | | 12 | — | |
| Exchangeable preferred membership interests . . . . . . . . | — | — | | — | — | | 17 | 36.5 | |
| Convertible senior notes[b] . . . . . . | 1 | 1.5 | | 1 | 1.5 | | 1 | 1.4 | |
| Equity-linked debt securities . . . . | — | 0.8 | | — | 2.4 | | — | — | |
| Stock-based incentive compensation plan . . . . . . . . . | — | 5.3 | | — | 6.6 | | — | 2.6 | |
| **Income from continuing operations available for common—Diluted[c]** . . . . . . . . | $2,466 | 467.3 | $5.27 | $1,268 | 486.4 | $ 2.61 | $(790) | 600.4 | $(1.32) |

---

(a)  Adjustment to net income represents change in fair value of related settlement liability. See Note 17 for details of the accelerated share repurchase program.

(b)  Adjustment to net income represents after-tax interest expense.

(c)  For the 2004 year, diluted results per share equaled basic results per share because of the loss position and antidilution accounting rules.

F-58

EFIHMW00296816

## 3. DISCONTINUED OPERATIONS

Results from discontinued operations in 2006 totaled $87 million in net income. This amount included a $62 million credit recorded in the first quarter representing a reversal of a TXU Gas income tax reserve, due to favorable resolution of an IRS audit matter relating to a business sold in 2000, and a total of $27 million ($42 million pretax) in credits recorded in the third quarter and fourth quarter representing insurance recoveries associated with the 2005 TXU Europe settlement agreement. (Also see discussion in Note 16 under "Income Tax Contingencies.")

The table below reflects the results of the various businesses reported as discontinued operations in 2005 and 2004:

| | TXU Gas | TXU Australia | Strategic Retail Services | Pedrick-town | Mexico | Europe | Total |
|---|---|---|---|---|---|---|---|
| **2005** | | | | | | | |
| Operating revenues | $— | $— | $— | $12 | $— | $— | $12 |
| Operating costs and expenses | — | — | — | 14 | — | — | 14 |
| Other deductions—net | — | — | 3 | — | — | — | 3 |
| Operating loss before income taxes | — | — | (3) | (2) | — | — | (5) |
| Income tax benefit | — | — | (1) | — | — | — | (1) |
| Credits (charges) related to exit (after-tax) | 3 | 10 | — | (4) | 1 | (1) | 9 |
| Income (loss) from discontinued operations | $ 3 | $ 10 | $ (2) | $(6) | $ 1 | $ (1) | $ 5 |

| | TXU Gas | TXU Australia | Strategic Retail Services | Pedrick-town | Telecom | Mexico | Europe | Total |
|---|---|---|---|---|---|---|---|---|
| **2004** | | | | | | | | |
| Operating revenues | $ 911 | $835 | $ 17 | $ 32 | $ 54 | $ 4 | $— | $1,853 |
| Operating costs and expenses | 898 | 666 | 20 | 37 | 49 | 4 | — | 1,674 |
| Other deductions—net | 101 | 2 | 10 | — | 16 | — | 5 | 134 |
| Interest income | (9) | (2) | (1) | — | (5) | — | — | (17) |
| Interest expense and related charges | 37 | 96 | — | — | 19 | — | — | 152 |
| Operating income (loss) before income taxes | (116) | 73 | (12) | (5) | (25) | — | (5) | (90) |
| Income tax expense (benefit) | (27) | 25 | (4) | (2) | (8) | (1) | (2) | (19) |
| Credits (charges) related to exit (after-tax) | (193) | 129 | (6) | (17) | 1 | (2) | (143) | (231) |
| Recognition of tax benefits | — | — | — | — | — | — | — | 680 |
| Income (loss) from discontinued operations | $(282) | $177 | $(14) | $(20) | $(16) | $(1) | $(146) | $ 378 |

*TXU Gas*—In October 2004, Atmos Energy Corporation and TXU Gas completed a merger by division, which resulted in the disposition of the operations of TXU Gas for $1.9 billion in cash (the TXU Gas transaction). TXU Gas was largely a regulated business engaged in the purchase, transmission, distribution and retail sale of natural gas. TXU Gas' results in 2004 included a loss of $99 million after-tax related to regulatory disallowances arising from a system-wide distribution rate case ruling and an income tax charge of $17 million due to an IRS ruling related to a prior year disputed deduction. A net credit of $3 million in 2005 includes a $7 million after-tax benefit from a favorable resolution of a working capital adjustment related to the disposition and a $9 million charge primarily representing an adjustment to the estimated tax effect of the disposition. As discussed above, an income tax benefit related to TXU Gas was recorded in 2006.

F-59

EFIHMW00296817

*TXU Australia*—In July 2004, TXU Corp. completed the sale of TXU Australia to Singapore Power Ltd. for $1.9 billion in cash and $1.7 billion of assumed debt. TXU Australia's operations consisted of a portfolio of competitive and regulated energy businesses, principally in Victoria and South Australia. The $10 million credit recorded in 2005 primarily represented an adjustment to the estimated income tax effect of the sale.

*Strategic Retail Services*—In December 2003, Texas Competitive Holdings finalized a formal plan to sell its strategic retail services business, which was engaged principally in providing energy management services. Results in 2004 include a $6 million after-tax charge to settle a contract dispute related to the business. Results in 2005 reflect an after-tax charge of $2 million related to a litigation settlement.

*Pedricktown*—In the second quarter of 2004, Texas Competitive Holdings initiated a plan to sell the Pedricktown, New Jersey 122 MW electricity generation business and exit the related power supply and gas transportation agreements resulting in a $17 million after-tax impairment charge in 2004. The business was sold in July 2005 for $8.7 million in cash. A $4 million after-tax charge in 2005 represents a working capital adjustment related to the sale transaction.

*Mexico*—In January 2004, TXU Corp. completed the sale of its majority-owned gas distribution operations in Mexico for $11 million in notes receivable which were settled for cash in January 2006.

*TXU Europe*—In January 2005, TXU Corp. executed a comprehensive settlement agreement resolving potential claims relating to TXU Europe. Results from discontinued operations in 2004 include an after-tax charge of $143 million for the expected payment under the terms of the agreement. The $222 million settlement was paid in full in October 2005. As discussed above, credits representing insurance recoveries related to the settlement were recorded in 2006.

*Telecommunications*—In April 2004, TXU Corp. sold its telecommunications business for $524 million in cash and $3 million of assumed debt. The business was formerly a joint venture and was consolidated from March 1, 2003 through the sale date.

*Income tax benefits*—Discontinued operations results in 2004 also reflected the recognition of $680 million in tax benefits associated with the 2002 write-off of the investment in TXU Europe. The tax benefit was based on a preliminary notice received from the IRS in June 2004 and primarily reflected the utilization of the worthlessness deduction against capital gains arising from the dispositions of TXU Australia, TXU Gas and the communications business as well as transactions completed in prior years. Also see Notes 11 and 16 for a discussion of TXU Europe income tax matters.

## 4. EXTRAORDINARY ITEMS

*Purchase of Lease Trust Interest*—In December 2005 a subsidiary of TXU Corp. entered into an agreement to purchase, for $69 million in cash, the owner participant interest in a trust established to lease combustion turbines to another subsidiary of TXU Corp. The trust is a variable interest entity, and in accordance with FIN 46R, the trust was consolidated at December 31, 2005, with the trust's combustion turbine assets and related debt recorded at estimated fair values of $35 million and $96 million, respectively. The transaction was closed in March 2006. In the fourth quarter of 2005, TXU Corp. recorded an extraordinary loss of $50 million (net of a $28 million tax benefit) for the excess of the purchase price over the fair value of the trust's net assets, net of the reversal of a previously established liability of $59 million related to the combustion turbine lease. Classification of the loss as extraordinary is in accordance with the provisions of FIN 46R.

*Securitization (Transition) Bonds*—A regulatory financing order finalized in January 2003 authorized the issuance of transition bonds with a principal amount of $1.3 billion to recover regulatory asset stranded costs and other qualified costs. A bankruptcy-remote financing subsidiary of Oncor Electric Delivery issued $500 million principal amount of transition bonds in August 2003 and the remaining $790 million in June 2004. An

Confidential

EFIHMW00296818

extraordinary gain of $16 million (net of tax of $9 million) recorded in the second quarter of 2004 represents an increase in the carrying value of the regulatory asset subject to securitization. The increase in the related regulatory asset is due to the effect of higher interest rates than previously estimated on the bonds and therefore increased amounts to be recovered from REPs through revenues as a transition charge to service the principal and interest of the bonds. Classification of the gain as extraordinary is reflective of the regulatory financing order having arisen from legislation to transition the Texas electricity market to competition.

## 5. CUMULATIVE EFFECT OF CHANGES IN ACCOUNTING PRINCIPLES

FIN 47 was effective with reporting for the fourth quarter of 2005. This interpretation clarifies the term "conditional asset retirement" under SFAS 143 and requires entities to record the fair value of legally binding asset retirement obligations, the timing or method of settlement of which is conditional on a future event. For TXU Corp., such liability relates to generation assets asbestos removal and disposal costs. As the new accounting rule required retrospective application to the inception of the liability, the effects of the adoption reflect the accretion and depreciation from the liability inception date through December 31, 2005. The liability is accreted each period, representing the time value of money, and the capitalized cost is depreciated over the remaining useful life of the related asset.

The following table details the $8 million net charge in December 2005 arising from the adoption of FIN 47:

| | |
|---|---:|
| Increase in property, plant and equipment—net | $ 5 |
| Increase in other noncurrent liabilities and deferred credits | (17) |
| Increase in accumulated deferred income taxes | 4 |
| Cumulative effect of change in accounting principle | $ (8) |

SFAS 123R, which addresses accounting for stock-based compensation costs, was issued in December 2004. TXU Corp. early adopted SFAS 123R effective October 1, 2004 and recorded a cumulative effect of change in accounting principle of $10 million after-tax (representing a net credit). See Note 22 for additional information.

## 6. IMPAIRMENT OF NATURAL GAS-FUELED GENERATION PLANTS

In the second quarter of 2006, TXU Corp. performed an evaluation of its natural gas-fueled generation plants for impairment in accordance with the requirements of SFAS 144, which provides that long-lived assets should be tested for recovery whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. In consideration of the new lignite/coal-fueled generation plant development program, among other factors, TXU Corp. determined that it was more likely than not that its gas-fueled generation plants, which have generally been operated to meet peak demands for electricity, would be sold or otherwise disposed of before the end of their previously estimated useful lives and should be tested for impairment as an asset group. As a result, it was determined that an impairment existed, and a charge of $198 million ($129 million after-tax) was recorded in the second quarter of 2006 to write down the assets to fair value, which was determined based on discounted estimated future cash flows. Future cash flow expectations are subject to considerable estimation, including forecasts of future natural gas prices and market heat rates. Further, the form and timing of usage and ultimate disposition of the plants is uncertain. Because of the highly judgmental nature of key assumptions and potential volatility of market conditions, the adjusted carrying value of the plants does not necessarily represent the amount of proceeds from any transaction to sell the plants and future additional impairment is possible. The impairment was reported in other deductions in the Statements of Consolidated Income and included in the results of the Competitive Electric segment.

F-61

EFIHMW00296819

## 7. CUSTOMER APPRECIATION BONUS

In the fourth quarter of 2006, TXU Corp. announced a special customer appreciation bonus program. Under the program, a $100 bonus will be provided to residential customers receiving service as of October 29, 2006 and living in areas where TXU Corp. offered its price-to-beat rate, which expired January 1, 2007 in accordance with the Texas deregulation provisions. Eligible customers are not required to continue to receive service from TXU Corp. to receive the bonus. The bonus is expected to be paid out in the form of credits on customer bills, with approximately $40 million paid out in the fourth quarter of 2006 and the balance expected to be fully settled in 2007. The bonus program resulted in a pretax charge of $162 million ($105 million after-tax) in the fourth quarter of 2006. The charge was recorded as a reduction to revenue in the Competitive Electric segment.

## 8. RESTRUCTURING ACTIONS IN 2004

During 2004, senior management reviewed TXU Corp.'s operations and implemented a restructuring plan to restore financial strength, drive performance improvement with a competitive industrial company perspective and allocate capital in a disciplined and efficient manner.

The restructuring actions included dispositions of businesses, repurchases of debt and other securities, rationalization of generation assets, termination of uneconomic contractual arrangements, headcount reductions, outsourcing of support activities and resolution of litigation, income tax and other contingencies.

The restructuring activities resulted in unusual charges and credits impacting 2004 income from continuing operations, summarized as follows and discussed below in more detail:

| | Income Statement Classification | Charge/(Credit) to Earnings | |
| --- | --- | --- | --- |
| | | Pretax | After-tax |
| Competitive Electric segment: | | | |
| Charges related to leased equipment | Other deductions | $ 180 | $117 |
| Software write-off | Other deductions | 107 | 70 |
| Employee severance costs | Other deductions | 107 | 69 |
| Power purchase contract termination charge | Other deductions | 101 | 66 |
| Spare parts inventory write-down | Other deductions | 79 | 51 |
| Outsourcing transition costs | Other deductions | 10 | 6 |
| Other asset impairments | Other deductions | 6 | 4 |
| Other charges | Operating costs/SG&A | 8 | 6 |
| Recognition of deferred gain on plant sales | Other income | (58) | (38) |
| Gain on sale of undeveloped properties | Other income | (19) | (12) |
| Regulated Delivery segment: | | | |
| Employee severance costs | Other deductions | 20 | 13 |
| Cities rate settlement charge | Other deductions | 21 | 14 |
| Outsourcing transition costs | Other deductions | 4 | 3 |
| Software write-off and asset impairment | Other deductions | 4 | 2 |
| Other charges | Operating costs/SG&A | 2 | 1 |
| Corporate and other: | | | |
| Debt extinguishment losses | Other deductions | 416 | 382 |
| Litigation accrual | Other deductions | 86 | 56 |
| Executive compensation | SG&A | 52 | 52 |
| Consulting and professional fees | SG&A | 54 | 35 |
| Employee severance costs | Other deductions | 5 | 3 |
| Transaction related fees | Other deductions | 5 | 3 |
| Recognition of income tax benefit | Income taxes | — | (75) |
| Total | | $1,190 | $828 |

F-62

EFIHMW00296820

In addition, income from discontinued operations in 2004 included recognition of $680 million in tax benefits related to the write-off of the investment in TXU Europe, a net charge of $193 million after-tax on the disposition of TXU Gas, a net charge of $143 million after-tax related to the settlement of potential claims related to TXU Europe, a net credit of $129 million after-tax related to the sale of TXU Australia and a net charge of $17 million after-tax related to the disposition of the Pedricktown, New Jersey generation business. See Note 3 for a discussion of these items.

Following is a discussion of major actions associated with the restructuring plan affecting income from continuing operations:

*Sale of TXU Fuel*—In June 2004, TXU Corp. completed the sale of the assets of TXU Fuel, the former intrastate gas transportation subsidiary of Texas Competitive Holdings, for $500 million in cash. As part of the transaction, Texas Competitive Holdings entered into a transportation agreement with the new owner, intended to be market-price based, to transport natural gas to Texas Competitive Holdings' generation plants. Because of the continuing involvement in the business through the transportation agreement, the pretax gain related to the sale of $375 million is being recognized over the eight-year life of the transportation agreement, and the business was not accounted for as a discontinued operation. The sale of TXU Fuel assets resulted in a capital gain and allowed for recognition of a $75 million income tax benefit for utilization of a portion of the capital loss deduction arising from the write-off of the investment in TXU Europe.

*Capgemini Outsourcing Agreement*—In May 2004, TXU Corp. entered into a services agreement with Capgemini Energy LP (Capgemini). Under the ten-year agreement, over 2,500 employees transferred from subsidiaries of TXU Corp. to Capgemini effective July 1, 2004. Outsourced base support services performed by Capgemini for a fixed fee, subject to adjustment for volumes or other factors, include information technology, customer call center, billing, human resources, supply chain and certain accounting activities.

TXU Corp. agreed to indemnify Capgemini for severance costs incurred by Capgemini for former TXU Corp. employees terminated within 21 months of their transfer to Capgemini. Accordingly, TXU Corp. recorded a $40 million ($26 million after-tax) charge for severance expense in the second quarter of 2004. (See Note 25 for further details regarding severance liabilities.) In addition, TXU Corp. committed to pay up to $25 million for costs associated with transitioning the outsourced activities to Capgemini. Transition expenses of $14 million ($9 million after-tax) were recorded by TXU Corp. during 2004, and the remainder was expensed as incurred in 2005.

As part of the agreement, Capgemini was provided a royalty-free right, under an asset license arrangement, to use TXU Corp.'s information technology assets, consisting primarily of computer software. A portion of the software was in development and had not yet been placed in service. As a result of outsourcing its information technology activities, TXU Corp. no longer intended to develop the majority of these projects and from TXU Corp.'s perspective the software was abandoned. The agreements with Capgemini do not require that any software in development be completed and placed in service. Consequently, the carrying value of these software projects was written off, resulting in a charge of $109 million ($71 million after-tax).

TXU Corp. obtained a 2.9% limited partnership interest in Capgemini in exchange for the asset license described immediately above. See Note 20 for additional discussion of TXU Corp.'s investment in Capgemini and related terms of the agreement.

*Actions Related to Generation Operations*—In December 2004, TXU Corp. executed an agreement to terminate, for a payment of $172 million, a power purchase and tolling agreement expiring in 2006. The agreement had been entered into in connection with the sale of two generation plants to the counterparty in 2001. As a result of the transaction, TXU Corp. recorded a charge of $101 million ($66 million after-tax). The charge represents the payment amount less the remaining out-of-the-money liability related to the agreement originally recorded at its inception. TXU Corp. also recorded a gain of $58 million ($38 million after-tax), representing the remaining deferred gain from the sale of the two plants.

F-63

EFIHMW00296821

Also in December 2004, TXU Corp. committed to immediately cease operating for its own benefit nine leased gas-fueled combustion turbines, and recorded a charge of $157 million ($102 million after-tax). The charge represented the present value of the future lease payments related to the turbines, net of estimated sublease proceeds. A $16 million credit was recorded in 2005 to adjust the liability recorded in 2004 for changes in estimated sublease proceeds.

Effective November 1, 2004, TXU Corp. entered into an agreement to terminate the operating lease for certain mining equipment for approximately $28 million in cash. The lease termination resulted in a charge of $21 million ($14 million after-tax).

As part of a review of its generation asset portfolio in the second quarter of 2004, TXU Corp. completed a review of its spare parts and equipment inventory to determine the appropriate level of such inventory. As a result of this review, TXU Corp. recorded a charge of $79 million ($51 million after-tax), to reflect excess inventory on hand and to write down carrying values to scrap values.

TXU Corp. recorded charges totaling $15 million ($10 million after-tax) in 2004 for employee severance costs and impairments ($1 million pretax) arising from a decision to take a number of gas-fueled generation units out of service.

*Organization Realignment and Headcount Reductions*—During 2004, management completed a comprehensive organizational review, including an analysis of staffing requirements. As a result, TXU Corp. completed a self-nomination severance program and certain involuntary severance actions and recorded severance charges totaling $77 million ($49 million after-tax).

*Liability and Capital Management*—TXU Corp. utilized cash proceeds from the sale of TXU Australia, TXU Gas and TXU Fuel and other assets sales as well as cash provided from operations and lower-cost debt issuances in 2004 to increase value and reduce risks through an ongoing liability management initiative. Largely under this initiative, in 2004 TXU Corp. repurchased or legally defeased $3.6 billion of debt securities (including equity-linked debt securities and debt held by subsidiary trusts). Debt extinguishment losses in 2004 totaled $416 million ($382 million after-tax). See Note 17 for a discussion of the repurchase of preferred membership interests.

*Cities Rate Settlement*—In the fourth quarter of 2004, TXU Corp. recorded a $21 million ($14 million after-tax) charge for estimated payments under a settlement, which was finalized in February 2005, with a number of municipalities initiating an inquiry regarding distribution rates charged by Oncor Electric Delivery.

*Litigation*—In the fourth quarter of 2004, management assessed the progress and status of matters in litigation, and in anticipation of resolution, recorded a charge of $86 million ($56 million after-tax) net of estimated insurance recoveries. This net charge relates almost entirely to the shareholders' litigation settlement initially filed in October 2002. TXU Corp. reached a comprehensive settlement of the lawsuit in January 2005. The agreement included a one-time payment to the class members of $150 million, of which insurance carriers reimbursed TXU Corp. $101 million in 2005 and $15 million in 2006.

## 9. CITIES RATE SETTLEMENT IN 2006

In January 2006, Oncor Electric Delivery agreed with a steering committee representing 108 cities in Texas (Cities) to defer the filing of a system-wide rate case with the Commission to no later than June 30, 2008 (based on a test year ending December 31, 2007), unless the Cities and Oncor Electric Delivery mutually agree that such a filing is unnecessary. Oncor Electric Delivery has extended the benefits of the agreement to 292 nonlitigant cities. Based on the final agreements, including the participation of the nonlitigant cities, payments to the cities are estimated to total approximately $70 million, including incremental franchise taxes.

F-64

Confidential

This amount is being recognized in earnings of the Regulated Delivery segment over the period from May 2006 through June 2008. Amounts recognized in 2006 totaled $18 million and have been reported in the other deductions (see Note 12) and franchise and revenue-based taxes in the Statements of Consolidated Income.

## 10. TEXAS MARGIN TAX

In May 2006, the Texas Legislature enacted reforms of the Texas franchise tax system and replaced it with a new tax system, referred to as the Texas margin tax. The Texas margin tax is a significant change in Texas tax law because it generally makes all legal entities subject to tax, including general and limited partnerships, while the current franchise tax system applies only to corporations and limited liability companies. TXU Corp. conducts significant operations through Texas limited partnerships that will become subject to the new Texas margin tax. The effective date of the Texas margin tax, which has been interpreted to be an income tax for accounting purposes, is January 1, 2008 for calendar year-end companies, and the computation of tax liability is expected to be based on 2007 revenues as reduced by certain deductions.

In accordance with the provisions of SFAS 109, which require that deferred tax assets and liabilities be adjusted for the effects of new income tax legislation in the period of enactment, TXU Corp. estimated and recorded a net charge to deferred tax expense of $41 million in the second quarter of 2006. An additional adjustment of $3 million was recorded in the fourth quarter of 2006. Essentially all of the effect of the Texas margin tax was reported in the Competitive Electric segment. The total estimate recorded in 2006 was based on the Texas margin tax law in its current form and the guidance issued by the Texas Comptroller of Public Accounts (Comptroller). TXU Corp. expects the law to be amended in the 2007 Texas legislative session and for the Comptroller to issue further guidance.

## 11. INCOME TAXES

The components of TXU Corp.'s income tax expense applicable to continuing operations are as follows:

| | Year Ended December 31, | | |
| | 2006 | 2005 | 2004 |
| --- | --- | --- | --- |
| Current: | | | |
| US Federal | $ 500 | $145 | $ 25 |
| State | 5 | 6 | 26 |
| Non-US | 1 | — | 2 |
| Total | 506 | 151 | 53 |
| Deferred: | | | |
| US Federal | 715 | 498 | 31 |
| State | 63 | 4 | (19) |
| Total | 778 | 502 | 12 |
| Amortization of investment tax credits | (21) | (21) | (23) |
| Total | $1,263 | $632 | $ 42 |

Confidential

EFIHMW00296823

Reconciliation of income taxes computed at the US federal statutory rate to income tax expense:

| | Year Ended December 31, | | |
| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Income from continuing operations before income taxes, extraordinary gain (loss) and cumulative effect of changes in accounting principles: | | | |
| Domestic | $3,728 | $2,408 | $ 123 |
| Non-US | — | (1) | — |
| Total | $3,728 | $2,407 | $ 123 |
| Income taxes at the US federal statutory rate of 35% | $1,305 | $ 842 | $ 43 |
| Losses on extinguishment of debt | — | — | 107 |
| Lignite depletion allowance | (51) | (33) | (25) |
| Production activities deduction | (14) | | |
| Recognition of benefits related to TXU Europe | — | (138) | (75) |
| Amortization of investment tax credits—net of deferred income tax effect | (15) | (15) | (17) |
| Amortization (under regulatory accounting) of statutory rate changes | (7) | (7) | (8) |
| Medicare subsidy—other postretirement employee benefits | (8) | (9) | (11) |
| Nondeductible compensation expense | — | (5) | 18 |
| State income taxes, net of federal tax benefit | 6 | 7 | 5 |
| Texas margin tax | 44 | | |
| Other, including audit settlements | 3 | (10) | 5 |
| Income tax expense | $1,263 | $ 632 | $ 42 |
| Effective tax rate | 33.9% | 26.3% | 34.1% |

***TXU Europe***—In the first quarter of 2005, TXU Corp. recognized a $138 million tax benefit related to the 2002 TXU Europe worthlessness deduction. The recognition of the tax benefit was based on the identification of tax planning strategies TXU Corp. would implement to ensure utilization of capital losses associated with the write-off of the investment in TXU Europe. Classification of this benefit in continuing operations is in accordance with SFAS 109.

In 2004, TXU Corp. recognized tax benefits related to TXU Europe totaling $755 million, of which $680 million was classified as discontinued operations. The recognition of benefits was based on a preliminary notice of proposed adjustment issued by the IRS in June 2004. The notice proposes, among other things, that the worthlessness deduction for the write-off of the investment in TXU Europe claimed on the 2002 tax return as an ordinary loss be instead treated as a capital loss (deductible only against capital gains). TXU Corp. had previously not recognized in net income any benefit related to the TXU Europe write-off due to a number of uncertainties regarding the income tax effects.

The benefit recognized includes the effect of the expected utilization of the TXU Europe worthlessness deduction against the capital gains arising from the dispositions of TXU Australia, TXU Gas, TXU Fuel and other 2004 and prior year transactions.

Benefits arising from the resolution of uncertainty regarding utilization of deductions in the year the TXU Europe investment was written-off or in a prior year have been reported in discontinued operations. Additional such benefits arising from subsequent sales of businesses classified as discontinued operations have also been reported in discontinued operations. The $75 million of tax benefit recognized in 2004 continuing operations relates to the capital gain arising from the sale of TXU Fuel, the operations of which have been classified as continuing operations.

F-66

EFIHMW00296824

***Deferred Income Tax Balances***—Deferred income taxes provided for temporary differences based on tax laws in effect at December 31, 2006 and 2005, balance sheet dates are as follows:

| | December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2006** | | | **2005** | | |
| | **Total** | **Current** | **Noncurrent** | **Total** | **Current** | **Noncurrent** |
| **Deferred Income Tax Assets** | | | | | | |
| Net operating loss (NOL) carryforwards .... | $ 12 | $ — | $ 12 | $ 666 | $ 666 | $ — |
| Alternative minimum tax credit carryforwards ........................ | 768 | 209 | 559 | 651 | —— | 651 |
| Employee benefit liabilities ............... | 496 | 7 | 489 | 410 | 15 | 395 |
| Unamortized investment tax credits ........ | 137 | — | 137 | 145 | — | 145 |
| Capital loss carryforward ................. | 31 | 31 | —— | 138 | —— | 138 |
| Deferred gain on sale of assets ............ | 121 | — | 121 | 136 | — | 136 |
| Other ................................. | 242 | 12 | 230 | 356 | 43 | 313 |
| Total ........................... | 1,807 | 259 | 1,548 | 2,502 | 724 | 1,778 |
| **Deferred Income Tax Liabilities** | | | | | | |
| Book/tax depreciation differences ......... | 3,523 | — | 3,523 | 3,400 | — | 3,400 |
| Mark-to-market net deductions ............ | 966 | 4 | 962 | 761 | 4 | 757 |
| Deductions related to TXU Europe ........ | 465 | — | 465 | 592 | — | 592 |
| Effects of amounts recorded as regulatory assets ................................ | 484 | — | 484 | 538 | — | 538 |
| Other ................................. | 354 | 2 | 352 | 191 | 3 | 188 |
| Total ........................... | 5,792 | 6 | 5,786 | 5,482 | 7 | 5,475 |
| **Net Deferred Income Tax (Asset) Liability** ........................... | $3,985 | $(253) | $4,238 | $2,980 | $(717) | $3,697 |

At December 31, 2006, TXU Corp. had $768 million of alternative minimum tax credit carryforwards (AMT) available to offset future tax payments. The AMT credit carryforwards have no expiration date. At December 31, 2006, TXU Corp. had net operating loss (NOL) carryforwards for federal income tax purposes of $12 million that expire between 2022 and 2026. The NOL carryforwards can be used to offset future taxable income. TXU Corp. fully expects to utilize all of its NOL carryforwards prior to their expiration dates.

The income tax effects of the components included in accumulated other comprehensive income for the year ended December 31, 2006 total a net deferred tax liability of $321 million.

See Note 16 under "Income Tax Contingencies" for discussion of tax matters related to TXU Europe and the status of IRS audits.

See Note 1 for discussion regarding the implementation of FIN 48, which addresses accounting for uncertain tax positions.

F-67

Confidential

## 12. OTHER INCOME AND DEDUCTIONS

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2006 | 2005 | 2004 |
| Other income: | | | |
| Gain on contract settlement[a] | $ 26 | $ — | $ — |
| Amortization of gain on sale of TXU Fuel (Note 8) | 47 | 47 | 27 |
| Net gain on sale of other properties and investments[b] | 22 | 42 | 107 |
| Insurance recovery of litigation settlement[c] | 15 | 35 | — |
| Insurance recoveries related to generation assets | 2 | 8 | — |
| Electricity sale agreement termination fee | — | 4 | — |
| Equity portion of allowance for funds used during construction | — | 3 | 4 |
| Other | 9 | 12 | 10 |
| Total other income | $121 | $151 | $ 148 |
| Other deductions: | | | |
| Charge for impairment of natural gas-fueled generation plants (Note 6) | $198 | $ — | $ — |
| Asset writedown and generation-related lease termination charges (credit) (see Note 8 for 2005 and 2004 items) | 4 | (16) | 376 |
| Equity losses of an unconsolidated affiliate engaged in broadband- over-powerline activities | 14 | — | — |
| Debt extinguishment losses (See Note 8 regarding 2004 charges) | 1 | — | 416 |
| Litigation settlements (See Note 8 regarding 2004 charges) | 9 | 7 | 86 |
| Employee severance charges (See Note 8 regarding 2004 charges) | — | 1 | 132 |
| Termination of electricity purchase contract (See Note 8 regarding 2004 charges) | — | — | 101 |
| Costs related to cities rate settlements (Notes 8 and 9) | 13 | 1 | 21 |
| Capgemini outsourcing transition costs (Note 8 regarding 2004 charges) | — | 11 | 14 |
| Restructuring transaction-related fees | — | — | 5 |
| Expenses related to canceled construction projects | — | — | 6 |
| Transition costs related to InfrastruX Energy Services joint venture | 7 | — | — |
| Employee retirement benefit costs related to discontinued business | 23 | 15 | — |
| Charge (credit) related to coal contract counterparty claim[d] | (12) | 12 | — |
| Other | 12 | 14 | 15 |
| Total other deductions | $269 | $ 45 | $1,172 |

_____

(a) Represents a gain recorded in the second quarter of 2006 upon the settlement of a contract dispute related to antenna site rentals by a telecommunications company (reported in Corporate and Other nonsegment operations).

(b) Includes gains on land sales of $12 million in 2006, $33 million in 2005 and $19 million in 2004. (All reported in the Competitive Electric segment except $1 million in 2006 reported in the Regulated Delivery segment.) The 2006 period also includes a $10 million gain related to the sale of mineral interests (reported in Corporate and Other nonsegment operations). The 2005 period also includes a $7 million gain on the sale of an out-of-state electricity transmission project (reported in the Competitive Electric segment). The 2004 period also includes $30 million in amortization of a deferred gain related to the sale of generation plants in 2002. The remaining $58 million in 2004 represents the recognition of the remaining previously deferred gain (reported in the Competitive Electric segment). See Note 8.

(c) Represents additional insurance recoveries recorded in the third quarter of 2006 and second quarter of 2005 related to the 2005 settlement of the shareholders' litigation (reported in Corporate and Other nonsegment operations).

F-68

EFIHMW00296826

**PX 001**
**Page 351 of 453**

(d) In the first quarter of 2006, TXU Corp. recorded a credit of $12 million upon settlement of a claim against a counterparty for nonperformance under a coal contract. A charge in the same amount was recorded in the first quarter of 2005 for losses due to the nonperformance (reported in the Competitive Electric segment).

## 13. TRADE ACCOUNTS RECEIVABLE AND SALE OF RECEIVABLES PROGRAM

*Sale of Receivables*—Subsidiaries of TXU Corp. participate in an accounts receivable securitization program, the activity under which is accounted for as a sale of accounts receivable in accordance with SFAS 140. Under the program, subsidiaries of TXU Corp. (originators) sell trade accounts receivable to TXU Receivables Company, a consolidated wholly-owned bankruptcy-remote direct subsidiary of TXU Corp., which sells undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions (the funding entities). The current program is subject to renewal in June 2008.

The maximum amount currently available under the program is $700 million, and the program funding was $627 million as of December 31, 2006. Under certain circumstances, the amount of customer deposits held by the originators can reduce the amount of undivided interests that can be sold, thus reducing funding available under the program. Funding availability for all originators is reduced by 100% of the originators' customer deposits if Texas Competitive Holdings' fixed charge coverage ratio is less than 2.5 times; 50% if Texas Competitive Holdings' coverage ratio is less than 3.25 times, but at least 2.5 times; and zero % if Texas Competitive Holdings' coverage ratio is 3.25 times or more. The originators' customer deposits, which totaled $116 million, did not affect funding availability at that date as Texas Competitive Holdings' coverage ratio was in excess of 3.25 times.

All new trade receivables under the program generated by the originators are continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Changes in the amount of funding under the program, through changes in the amount of undivided interests sold by TXU Receivables Company, reflect seasonal variations in the level of accounts receivable, changes in collection trends as well as other factors such as changes in sales prices and volumes. TXU Receivables Company has issued subordinated notes payable to the originators for the difference between the face amount of the uncollected accounts receivable purchased, less a discount, and cash paid to the originators that was funded by the sale of the undivided interests. The balance of the subordinated notes payable, which is eliminated in consolidation, totaled $211 million and $201 million at December 31, 2006 and 2005, respectively.

The discount from face amount on the purchase of receivables principally funds program fees paid by TXU Receivables Company to the funding entities. The discount also funds a servicing fee paid by TXU Receivables Company to TXU Business Services Company, a direct subsidiary of TXU Corp. The program fees, also referred to as losses on sale of the receivables under SFAS 140, consist primarily of interest costs on the underlying financing and totaled $40 million, $23 million and $12 million in 2006, 2005 and 2004, respectively, and averaged 5.8%, 4.0% and 2.1% (on an annualized basis) of the funding under the program in 2006, 2005 and 2004, respectively. The servicing fee, which totaled approximately $4 million in both 2006 and 2005 and $7 million in 2004, compensates TXU Business Services Company for its services as collection agent, including maintaining the detailed accounts receivable collection records. The program fees represent essentially all the net incremental costs of the program on a consolidated basis and are reported in SG&A expenses.

The accounts receivable balance reported in the December 31, 2006 consolidated balance sheet includes $838 million face amount of trade accounts receivable of Texas Competitive Holdings and Oncor Electric Delivery sold to TXU Receivables Company, such amount having been reduced by $627 million of undivided interests sold by TXU Receivables Company. Funding under the program related to continuing operations decreased $44 million in 2006, increased $197 million in 2005 and decreased $73 million in 2004. Funding increases or decreases under the program are reflected as operating cash flow activity in the statement of cash flows. The carrying amount of the retained interests in the accounts receivable balance approximated fair value due to the short-term nature of the collection period.

F-69

EFIHMW00296827

Activities of TXU Receivables Company were as follows:

|  | Year Ended December 31, | | |
|  | 2006 | 2005 | 2004 |
|---|---|---|---|
| Cash collections on accounts receivable | $ 8,503 | $ 7,450 | $ 8,449 |
| Face amount of new receivables purchased | (8,469) | (7,511) | (8,149) |
| Discount from face amount of purchased receivables | 44 | 27 | 19 |
| Program fees paid | (40) | (23) | (12) |
| Servicing fees paid | (4) | (4) | (7) |
| Increase in subordinated notes payable | 10 | (136) | (174) |
| Operating cash flows used by (provided to) TXU Corp. under the program | $   44 | $ (197) | $   126 |
| Cash flow related to disposed TXU Gas business | — | — | (53) |
| Cash flows used by (provided to) continuing operations | $   44 | $ (197) | $   73 |

Upon termination of the program, cash flows would be delayed as collections of sold receivables would be used by TXU Receivables Company to repurchase the undivided interests from the funding entities instead of purchasing new receivables. The level of cash flows would normalize in approximately 16 to 30 days.

***Contingencies Related to Sale of Receivables Program***—Although TXU Receivables Company expects to be able to pay its subordinated notes from the collections of purchased receivables, these notes are subordinated to the undivided interests of the financial institutions in those receivables, and collections might not be sufficient to pay the subordinated notes. The program may be terminated if either of the following events occurs:

   1) all of the originators cease to maintain their required fixed charge coverage ratio and debt to capital (leverage) ratio; or

   2) the delinquency ratio (delinquent for 31 days) for the sold receivables, the default ratio (delinquent for 91 days or deemed uncollectible), the dilution ratio (reductions for discounts, disputes and other allowances) or the days collection outstanding ratio exceed stated thresholds and the financial institutions do not waive such event of termination. The thresholds apply to the entire portfolio of sold receivables, not separately to the receivables of each originator.

***Trade Accounts Receivable***—

|  | December 31, | |
|  | 2006 | 2005 |
|---|---|---|
| Gross trade accounts receivable | $1,599 | $2,035 |
| Undivided interests in accounts receivable sold by TXU Receivables Company | (627) | (671) |
| Allowance for uncollectible accounts related to undivided interests in receivables retained | (13) | (36) |
| Trade accounts receivable—reported in balance sheet | $   959 | $1,328 |

Gross trade accounts receivable at December 31, 2006 and 2005 included unbilled revenues of $466 million and $494 million, respectively.

F-70

Confidential

**PX 001**
**Page 353 of 453**

*Allowance for Uncollectible Accounts Receivable—*

|  | 2006 | 2005 | 2004 |
|---|---|---|---|
| Allowance for uncollectible accounts receivable as of January 1 | $ 36 | $ 16 | $ 54 |
| Increase for bad debt expense | 68 | 56 | 90 |
| Decrease for account write-offs | (80) | (68) | (121) |
| Changes related to receivables sold | 4 | 17 | (7) |
| Other[a] | (15) | 15 | — |
| Allowance for uncollectible accounts receivable as of December 31 | $ 13 | $ 36 | $ 16 |

(a)  Reflects an allowance established in 2005 for a coal contract dispute that was reversed upon settlement in 2006. See Note 12.

Allowances related to undivided interests in receivables sold are reported in current liabilities and totaled $26 million and $30 million at December 31, 2006 and December 31, 2005, respectively.

## 14. SHORT-TERM FINANCING

*Short-term Borrowings*—At December 31, 2006 and 2005, the outstanding short-term borrowings of TXU Corp. and its subsidiaries consisted of the following:

|  | At December 31, 2006 | | At December 31, 2005 | |
|---|---|---|---|---|
|  | Outstanding Amount | Interest Rate[a] | Outstanding Amount | Interest Rate[a] |
| Commercial paper | $1,296 | 5.53% | $358 | 4.49% |
| Bank borrowings | 195 | 5.97% | 440 | 4.86% |
| Total | $1,491 | | $798 | |

(a)  Weighted average interest rate at the end of the period.

Under the commercial paper programs, Texas Competitive Holdings and Oncor Electric Delivery may issue up to $2.4 billion and $1.0 billion, respectively, of these securities. These programs are supported by existing credit facilities.

*Credit Facilities*—At December 31, 2006, subsidiaries of TXU Corp. had access to credit facilities with the following terms:

|  |  | At December 31, 2006 | | | |
|---|---|---|---|---|---|
| Authorized Borrowers | Maturity Date | Facility Limit | Letters of Credit | Cash Borrowings | Availability |
| Texas Competitive Holdings | May 2007 | $1,500 | $ — | $ — | $1,500 |
| Texas Competitive Holdings, Oncor Electric Delivery | June 2008 | 1,400 | 489 | — | 911 |
| Texas Competitive Holdings, Oncor Electric Delivery | August 2008 | 1,000 | — | 150 | 850 |
| Texas Competitive Holdings, Oncor Electric Delivery | March 2010 | 1,600 | 3 | — | 1,597 |
| Texas Competitive Holdings, Oncor Electric Delivery | June 2010 | 500 | — | — | 500 |
| Texas Competitive Holdings | December 2009 | 500 | 455 | 45 | — |
| Total | | $6,500 | $947 | $195 | $5,358 |

F-71

Confidential

EFIHMW00296829

The $1.5 billion facility in the above table with a May 2007 maturity date was entered into by Texas Competitive Holdings in May 2006 on terms comparable to its existing facilities.

The maximum amount Texas Competitive Holdings and Oncor Electric Delivery can directly access under the facilities is $6.5 billion and $3.6 billion, respectively. These facilities may be used for working capital and general corporate purposes, including providing support for issuances of commercial paper and for issuing letters of credit.

In addition, Texas Competitive Holdings and Oncor Electric Delivery have a $25 million joint uncommitted line of credit without an expiration date. The terms are generally consistent with existing credit facilities, except that funding remains at the discretion of the lender. As of December 31, 2006, there were no outstanding borrowings under this line of credit.

All letters of credit and cash borrowings under the credit facilities as of December 31, 2006 are the obligations of Texas Competitive Holdings. Outstanding commercial paper, which totaled $623 million for Texas Competitive Holdings and $673 million for Oncor Electric Delivery as of December 31, 2006, is supported by these facilities but does not limit the availability.

### 15. LONG-TERM DEBT

*Long-term debt*—At December 31, 2006 and 2005, the long-term debt of TXU Corp. consisted of the following:

|  | December 31, | |
| --- | --- | --- |
|  | 2006 | 2005 |
| **Texas Competitive Holdings** | | |
| Pollution Control Revenue Bonds: | | |
| Brazos River Authority: | | |
| 5.400% Fixed Series 1994A due May 1, 2029 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 39 | $ 39 |
| 5.400% Fixed Series 1994B due May 1, 2029, remarketing date May 1, 2006[(a)(b)] . . . . . . . . . | — | 39 |
| 5.400% Fixed Series 1995A due April 1, 2030, remarketing date May 1, 2006[(a)(b)] . . . . . . . . . | — | 50 |
| 5.050% Fixed Series 1995B due June 1, 2030, remarketing date June 19, 2006[(a)(c)] . . . . . . . . . | — | 114 |
| 7.700% Fixed Series 1999A due April 1, 2033 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 111 | 111 |
| 6.750% Fixed Series 1999B due September 1, 2034, remarketing date April 1, 2013[(a)] . . . . . . | 16 | 16 |
| 7.700% Fixed Series 1999C due March 1, 2032 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 50 | 50 |
| 4.000% Floating Series 2001A due October 1, 2030[(e)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 71 | 71 |
| 4.750% Fixed Series 2001B due May 1, 2029, remarketing date November 1, 2006[(a)(d)] . . . . . | — | 19 |
| 5.750% Fixed Series 2001C due May 1, 2036, remarketing date November 1, 2011[(a)] . . . . . . . | 217 | 217 |
| 3.960% Floating Series 2001D due May 1, 2033[(e)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 268 | 268 |
| 5.370% Floating Taxable Series 2001I due December 1, 2036[(e)] . . . . . . . . . . . . . . . . . . . . . . . | 62 | 62 |
| 4.000% Floating Series 2002A due May 1, 2037[(e)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 45 | 45 |
| 6.750% Fixed Series 2003A due April 1, 2038, remarketing date April 1, 2013[(a)] . . . . . . . . . . | 44 | 44 |
| 6.300% Fixed Series 2003B due July 1, 2032 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | 39 |
| 6.750% Fixed Series 2003C due October 1, 2038 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 52 | 52 |
| 5.400% Fixed Series 2003D due October 1, 2029, remarketing date October 1, 2014[(a)] . . . . . . | 31 | 31 |
| 5.000% Fixed Series 2006 due March 1, 2041 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 100 | — |
|  | | |
| Sabine River Authority of Texas: | | |
| 6.450% Fixed Series 2000A due June 1, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 51 | 51 |
| 5.500% Fixed Series 2001A due May 1, 2022, remarketing date November 1, 2011[(a)] . . . . . . . | 91 | 91 |
| 6.750% Fixed Series 2001B due May 1, 2030, remarketing date November 1, 2011[(a)] . . . . . . . | 107 | 107 |
| 5.200% Fixed Series 2001C due May 1, 2028 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 70 | 70 |

F-72

EFIHMW00296830

| | December 31, | |
|---|---|---|
| | **2006** | **2005** |
| 5.800% Fixed Series 2003A due July 1, 2022 | 12 | 12 |
| 6.150% Fixed Series 2003B due August 1, 2022 | 45 | 45 |
| 4.110% Floating Series 2006A due November 1, 2041, remarking date May 9, 2007(g)(j) | 47 | — |
| 4.110% Floating Series 2006B due November 1, 2041, remarking date May 9, 2007(g)(j) | 46 | — |
| Trinity River Authority of Texas: | | |
| 6.250% Fixed Series 2000A due May 1, 2028 | 14 | 14 |
| 5.000% Fixed Series 2001A due May 1, 2027, remarketing date November 1, 2006(a)(d) | — | 37 |
| 4.110% Floating Series 2006 due November 1, 2041, remarketing date May 9, 2007(g)(j) | 50 | — |
| Other: | | |
| 6.125% Fixed Senior Notes due March 15, 2008 (swapped to variable)(f) | 250 | 250 |
| 7.000% Fixed Senior Notes due March 15, 2013 | 1,000 | 1,000 |
| 4.920% Floating Rate Senior Notes due January 17, 2006 (interest rate in effect at December 31, 2005) | — | 400 |
| Capital lease obligations | 98 | 103 |
| Fair value adjustments related to interest rate swaps | 10 | 9 |
| **Total Texas Competitive Holdings** | **$3,036** | **$3,456** |
| Oncor Electric Delivery | | |
| 6.375% Fixed Senior Notes due May 1, 2012 | $ 700 | $ 700 |
| 7.000% Fixed Senior Notes due May 1, 2032 | 500 | 500 |
| 6.375% Fixed Senior Notes due January 15, 2015 (swapped to variable)(f) | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 | 350 | 350 |
| 5.000% Fixed Debentures due September 1, 2007 (swapped to variable)(f) | 200 | 200 |
| 7.000% Fixed Debentures due September 1, 2022 | 800 | 800 |
| Unamortized discount | (16) | (17) |
| **Sub-total** | **3,034** | **3,033** |
| Oncor Electric Delivery Transition Bond Company LLC(h) | | |
| 2.260% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2007 | 8 | 44 |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 | 122 | 122 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 | 130 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 | 145 | 145 |
| 3.520% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2009 | 158 | 215 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 | 221 | 221 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 | 290 | 290 |
| **Total Oncor Electric Delivery Transition Bond Company LLC** | **1,074** | **1,167** |
| **Total Oncor Electric Delivery** | **4,108** | **4,200** |

F-73

Confidential

EFIHMW00296831

|  | December 31, | |
|---|---|---|
|  | 2006 | 2005 |
| **US Holdings** | | |
| 7.170% Fixed Senior Debentures due August 1, 2007 ........................... | 10 | 10 |
| 7.460% Fixed Secured Facility Bonds with amortizing payments through January 2015 ........................................................................ | 85 | 91 |
| 9.580% Fixed Notes due in semiannual installments through December 4, 2019 ...... | 62 | 65 |
| 8.254% Fixed Notes due in quarterly installments through December 31, 2021 ....... | 59 | 62 |
| 6.171% Floating Rate Junior Subordinated Debentures. Series D due January 30, 2037(g) .................................................................. | 1 | 1 |
| 8.175% Fixed Junior Subordinated Debentures, Series E due January 30, 2037 ....... | 8 | 8 |
| Unamortized premium ....................................................... | 5 | 5 |
| Total US Holdings .................................................. | 230 | 242 |
| **TXU Corp.** | | |
| 6.375% Fixed Senior Notes Series C due January 1, 2008 (swapped to variable)(f) ..... | 200 | 200 |
| 6.375% Fixed Senior Notes Series J due June 15, 2006 ......................... | — | 683 |
| 4.446% Fixed Senior Notes Series K due November 16, 2006 .................... | — | 50 |
| 5.800% Fixed Senior Notes Series M due May 16, 2008(i) ....................... | — | 179 |
| 4.800% Fixed Senior Notes Series O due November 15, 2009 ($450 swapped to variable)(f) ............................................................... | 1,000 | 1,000 |
| 5.550% Fixed Senior Notes Series P due November 15, 2014 ($500 swapped to variable)(f) ............................................................... | 1,000 | 1,000 |
| 6.500% Fixed Senior Notes Series Q due November 15, 2024 ($400 swapped to variable)(f) ............................................................... | 750 | 750 |
| 6.550% Fixed Senior Notes Series R due November 15, 2034 .................... | 750 | 750 |
| 8.820% Building Financing due semiannually through February 11, 2022 ........... | 99 | 109 |
| 6.874% Floating Convertible Senior Notes due July 15, 2033(g) .................. | 25 | 25 |
| Fair value adjustments related to interest rate swaps .......................... | (73) | (53) |
| Unamortized discount ...................................................... | (9) | (9) |
| Total TXU Corp. ................................................... | 3,742 | 4,684 |
| Total TXU Corp. consolidated ................................................ | 11,116 | 12,582 |
| Less amount due currently .................................................. | (485) | (1,250) |
| Total long-term debt ....................................................... | $10,631 | $11,332 |

---

(a)  These series are in the multiannual interest rate mode and are subject to mandatory tender prior to maturity on the mandatory remarketing date. On such date, the interest rate and interest rate period will be reset for the bonds.

(b)  Repurchased on May 1, 2006 for remarketing at a later date.

(c)  Repurchased on June 19, 2006 for remarketing at a later date.

(d)  Repurchased on November 1, 2006 for remarketing at a later date.

(e)  Interest rates in effect at December 31, 2006. These series are in a weekly interest rate mode and are classified as long-term as they are supported by long-term irrevocable letters of credit.

(f)  Interest rates swapped to variable on a net $2.5 billion of $3.9 billion aggregate principal amount at December 31, 2006.

(g)  Interest rates in effect at December 31, 2006.

(h)  These bonds are nonrecourse to Oncor Electric Delivery and were issued to recover a regulatory asset.

(i)  Equity-linked.

(j)  These series are in a weekly interest rate mode and are subject to mandatory tender prior to maturity on the mandatory remarketing date. On such date, the interest rate period will be reset for the bonds.

F-74

EFIHMW00296832

***Debt-related Activity in 2006***—In November 2006, Texas Competitive Holdings issued the Sabine River Authority of Texas Series 2006A and 2006B pollution control revenue bonds with aggregate principal amounts of $47 million and $46 million, respectively. Also in November 2006, Texas Competitive Holdings issued the Trinity River Authority of Texas Series 2006 pollution control revenue bonds with an aggregate principal amount of $50 million. All three bond series were issued in conjunction with the generation facility development program and have weekly reset floating interest rates, mature in November 2041 and are expected to be repurchased by May 9, 2007. All three bond series are classified as long-term debt due currently. Net proceeds of $141 million ($143 million principal amount less issuance expenses) from the issuance are held in a trust and, along with related earned interest, are classified as restricted cash. Such proceeds will be released to Texas Competitive Holdings by the trust at such time documentation of qualified expenditures are presented and approved by the trustee.

In November 2006, upon the scheduled mandatory tender date, Texas Competitive Holdings repurchased all of the Trinity River Authority of Texas Series 2001A and Brazos River Authority Series 2001B pollution control revenue bonds with aggregate principal amounts of $37 million and $19 million, respectively, at a price of 100% of the principal amount thereof. Texas Competitive Holdings currently plans to remarket these bonds.

In June 2006, upon the scheduled mandatory tender date, Texas Competitive Holdings repurchased all of the Brazos River Authority Pollution Control Revenue (Refunding) Bonds Series 1995B with an aggregate principal amount of $114 million at a price of 100% of the principal amount thereof. Texas Competitive Holdings currently plans to remarket these bonds.

In May 2006, upon the scheduled mandatory tender date, Texas Competitive Holdings repurchased all of the Brazos River Authority Pollution Control Revenue (Refunding) Bonds Series 1994B and 1995A with aggregate principal amounts of $39 million and $50 million, respectively, at a price of 100% of the principal amounts thereof. Texas Competitive Holdings currently plans to remarket these bonds.

In May 2006, the equity-linked Series M Senior Notes with an aggregate principal amount of $179 million were remarketed to fund the settlement of the associated common stock purchase contracts. TXU Corp. participated in the remarketing and purchased all of the outstanding Series M Senior Notes at a price of 100.5% of par and immediately retired the notes resulting in a loss on retirement of $1 million.

In March 2006, Texas Competitive Holdings issued the Brazos River Authority Series 2006 Pollution Control Revenue Bonds with an aggregate principal amount of $100 million. The bonds have a fixed interest rate of 5.0% and mature in March 2041. Net proceeds of $100 million (principal amount less issuance expenses) from the issuance are held in a trust and, along with related earned interest, are classified as restricted cash. Such proceeds will be released to Texas Competitive Holdings by the trust at such time as documentation of qualified expenditures are presented and approved by the trustee.

Other retirements of long-term debt in 2006 totaling $1.3 billion represented payments at scheduled maturity dates and included $733 million of TXU Corp. senior notes and $400 million of Texas Competitive Holdings senior notes.

***Debt-related Activity in 2005***—In December 2005, in connection with the consolidation of the combustion turbine lease trust, TXU Corp. assumed $91 million principal amount of 7.460% fixed secured bonds with amortizing principal payments through 2015. See Note 4 for additional discussion.

In November 2005, Texas Competitive Holdings remarketed the Sabine River Authority Series 2001C and the Brazos River Authority Series 1994A pollution control revenue bonds with aggregate principal amounts of $70 million and $39 million, respectively. The bonds were purchased upon mandatory tender in November 2003 and May 2005, respectively.

F-75

Confidential

**PX 001**
**Page 358 of 453**

In July 2005, the remaining publicly outstanding $92 million principal amount of Oncor Electric Delivery's Fixed First Mortgage Bonds matured and was paid. In a related action, in October 2005 Oncor Electric Delivery released the liens associated with its 2002 Secured Indenture resulting in its Senior Secured Notes becoming unsecured obligations of Oncor Electric Delivery ranking equally with all of its other unsecured obligations. Because the First Mortgage Bonds that served as collateral for the 2002 Secured Indenture were returned to Oncor Electric Delivery in connection with that release and Oncor Electric Delivery no longer had any publicly outstanding First Mortgage Bonds, Oncor Electric Delivery discharged its 1983 Mortgage in October 2005. As a result of these actions, Oncor Electric Delivery no longer has any secured debt outstanding.

In January 2005, Texas Competitive Holdings remarketed and converted to floating rate mode the Brazos River Authority Series 2001A pollution control revenue bonds with an aggregate principal amount of $71 million. The bonds were purchased upon mandatory tender in April 2004.

Other retirements of long-term debt in 2005 totaling $138 million represent payments at scheduled maturity dates.

*Fair Value Hedges*—TXU Corp. uses fair value hedging strategies to manage its exposure to fixed interest rates on long-term debt. At December 31, 2006, $2.5 billion of fixed rate debt had been effectively converted to variable rates through interest rate swap transactions, expiring through 2024. These swaps qualified for and were designated as fair value hedges in accordance with SFAS 133 (under the short-cut method as the conditions for assuming no ineffectiveness are met). In December 2006, interest rate swaps related to $300 million principal amount of debt were dedesignated as fair value hedges. Offsetting swap positions were entered into and both the original swaps and offsetting positions are subsequently being marked-to-market in net income.

*Long-term debt fair value adjustments*—

|  | At December 31, | |
|  | 2006 | 2005 |
|---|---|---|
| Long-term debt fair value adjustments related to interest rate swaps at beginning of period—<br>    net (reduction) increase in debt carrying value | $(44) | $ 15 |
| Fair value adjustments during the period | (13) | (49) |
| Recognition of net gains on settled fair value hedges[a] | (6) | (10) |
| Long-term debt fair value adjustments at end of period—net reduction in debt carrying<br>    value (net out-of-the-money value of swaps) | $(63) | $(44) |

--------

(a)   Net value of settled in-the-money fixed-to-variable swaps recognized in net income when the hedged transactions are recognized. Amounts are pretax.

Any changes in unsettled swap fair values reported as fair value adjustments to debt amounts are offset by changes in derivative assets and liabilities.

*Securitization (Transition) Bonds*—Under a regulatory financing order authorizing the issuance of $1.3 billion principal amount of transition bonds to recover regulatory assets, a bankruptcy-remote financing subsidiary of Oncor Electric Delivery issued $500 million principal amount of transition bonds in August 2003 and the remaining $790 million principal amount in June 2004. Amounts to service the principal and interest on the bonds are recovered from REPs by Oncor Electric Delivery through a distribution fee surcharge. Also see Note 4.

*Convertible Senior Notes*—At December 31, 2006 and 2005, TXU Corp. had $25 million principal amount outstanding of its Floating Rate Convertible Senior Notes due 2033. The notes bear regular interest at an annual

F-76

EFIHMW00296834

floating rate equal to 3-month LIBOR, determined quarterly, plus 150 basis points, and are payable in arrears quarterly commencing October 15, 2003. The notes will bear additional contingent interest during periods after July 15, 2008 if the average trading price of the notes for a specified period exceeds 120% of the principal amount of the notes. The notes conversion rate at December 31, 2006 is 60.2958 shares of TXU Corp. common stock per $1,000 principal amount of notes, which equates to 1,523,916 shares. Should the holders elect to convert the notes, TXU Corp. has the option to settle the conversion in cash, common stock or a combination of both. At December 31, 2006, TXU Corp. intended to settle any future conversion of the remaining $25 million principal amount of outstanding notes in common stock.

*Maturities*—Transition bond sinking fund requirements and other long-term debt maturities at December 31, 2006, were as follows:

| Year | |
|---|---|
| 2007 | $ 474 |
| 2008 | 576 |
| 2009 | 1,129 |
| 2010 | 135 |
| 2011 | 143 |
| Thereafter | 8,644 |
| Unamortized premium and discount and fair value adjustments | (83) |
| Capital lease obligations | 98 |
| Total | $11,116 |

## 16. COMMITMENTS AND CONTINGENCIES

*Commitments*

*Generation Development Program*—In April 2006, TXU Corp. announced a plan to develop and construct up to 11 lignite/coal-fueled generation facilities in Texas, the development of eight of which were suspended in February 2007. Subsidiaries of TXU Corp. have executed engineering, procurement and construction (EPC) agreements for the three units now expected to be completed. TXU Corp. or the EPC contractors had placed orders for critical long lead-time equipment, including boilers, turbine generators and air quality control systems for all 11 units. Capital expenditures under these arrangements totaled $1.0 billion as of December 31, 2006. If the agreements had been canceled as of that date, an additional estimated obligation of up to $430 million would have arisen. This estimated gross cancellation exposure of $1.4 billion at December 31, 2006 excluded any recovery values related to the assets acquired and for owned assets that are intended to be utilized in the program.

*Other Contractual Commitments*—At December 31, 2006, TXU Corp. had noncancelable commitments under energy-related contracts, leases and other agreements as follows:

| | Coal purchase agreements and coal transportation agreements | Pipeline transportation and storage reservation fees | Capacity payments under power purchase agreements[a] | Nuclear Fuel Contracts | Water Rights Contracts |
|---|---|---|---|---|---|
| 2007 | $151 | $ 62 | $107 | $ 82 | $ 6 |
| 2008 | 98 | 42 | 54 | 134 | 7 |
| 2009 | 102 | 38 | — | 111 | 7 |
| 2010 | — | 37 | — | 36 | 7 |
| 2011 | — | 38 | — | 26 | 7 |
| Thereafter | — | 16 | — | 121 | 53 |
| Total | $351 | $233 | $161 | $510 | $87 |

F-77

Confidential

(a) On the basis of TXU Corp.'s current expectations of demand from its electricity customers as compared with its capacity and take-or-pay payments, management does not consider it likely that any material payments will become due for electricity not taken beyond capacity payments.

Future minimum lease payments under both capital leases and operating leases are as follows:

|  | Capital Leases | Operating Leases[a] |
|---|---|---|
| 2007 | $ 17 | $ 52 |
| 2008 | 16 | 47 |
| 2009 | 15 | 47 |
| 2010 | 14 | 45 |
| 2011 | 10 | 41 |
| Thereafter | 47 | 285 |
| Total future minimum lease payments | 119 | $517 |
| Less amounts representing interest | 21 | |
| Present value of future minimum lease payments | 98 | |
| Less current portion | 11 | |
| Long-term capital lease obligation | $ 87 | |

---

(a) Includes operating leases with initial or remaining noncancelable lease terms in excess of one year. Excludes Texas Competitive Holdings' future minimum lease payments for combustion turbines owned by a lease trust of $17 million in 2007, $17 million in 2008, $17 million in 2009, $17 million in 2010, $17 million in 2011 and $51 million in periods thereafter.

Texas Competitive Holdings has commitments in place to replace the four steam generators and reactor vessel head in Unit 1 of the Comanche Peak nuclear plant in order to maintain the operating efficiency of the unit. An agreement for the manufacture and delivery of the equipment was completed in October 2003 and equipment delivery occurred in late 2006. Estimated future project capital spending to complete the installation, expected in 2007, totals $87 million.

### Contingencies

*Litigation*—On February 28, 2007, a lawsuit was filed in the 160th District Court, Dallas County, Texas seeking compensatory damages and injunctive relief arising out of the Merger Agreement. The suit, filed by putative TXU Corp. shareholder, International Brotherhood of Electrical Workers Local 98 Pension Fund, individually, and as a class action for similarly situated shareholders, alleges that directors of TXU Corp. breached fiduciary duties owed TXU Corp. shareholders by approving the Merger Agreement. Named as defendants are TXU Corp. and directors of its Board, as well as private equity firms and investors involved in the transaction. TXU Corp. believes the claims made in this litigation are without merit and, therefore, intends to vigorously defend this litigation, including demonstrating to the court that the Merger Agreement contains a "go-shop" provision pursuant to which TXU Corp. has the right to solicit and engage in discussions and negotiations with respect to competing proposals through April 16, 2007 and that the transaction is subject to the approval of TXU Corp.'s shareholders. Further, the suit purports to assert claims by shareholders directly against the Board of Directors when TXU Corp. believes that Texas law does not recognize such a cause of action.

On February 27, 2007, a lawsuit was filed in the 68th District Court, Dallas County, Texas arising out of the Merger Agreement. The suit, filed by putative TXU Corp. shareholders Gary and Lon Grady, alleges that directors of TXU Corp., named as defendants, breached fiduciary duties owed TXU Corp. by approving the Merger Agreement. The petition includes claims that directors and/or officers failed to ensure that the transaction

F-78

EFIHMW00296836

was in the best interest of TXU Corp.; that the directors participated in a transaction where their loyalties were divided and where they were to receive a personal financial benefit; and that such alleged conduct constituted a breach of their duties of care, loyalty, good faith, candor and independence owed to TXU Corp. TXU Corp. believes the claims made in this litigation are without merit and, therefore, intends to vigorously defend this litigation, including demonstrating to the court that the Merger Agreement allows TXU Corp. to solicit other proposals from third parties through April 16, 2007 and that the transaction is subject to the approval of TXU Corp.'s shareholders. Further, TXU Corp. believes that the plaintiffs failed to comply with provisions of the Texas Business Organizations Code applicable to filing a derivative proceeding.

On February 27, 2007, a lawsuit was filed in the 162nd District Court, Dallas County, Texas by putative TXU Corp. common stock shareholder, J&B Charitable Remainder Trust, asserting claims individually and as a class action on behalf of allegedly similarly situated shareholders. The suit named the directors of TXU Corp. as defendants as well as two private equity firms. The lawsuit contends that the directors violated various fiduciary duties in connection with the February 25, 2007 execution of the Merger Agreement. Plaintiff seeks to enjoin defendants from consummating the Merger Agreement until such time as a procedure or process is adopted to obtain the highest possible price for TXU Corp. shareholders, as well as a request that the court order the directors of TXU Corp. to exercise their fiduciary duties in order to obtain a transaction in the best interest of TXU Corp. shareholders. The Merger Agreement allows TXU Corp. to solicit other proposals from third parties through April 16, 2007 and is subject to the approval of TXU Corp.'s shareholders. Further, the suit purports to assert claims by shareholders directly against the Board of Directors when TXU Corp. believes that Texas law does not recognize such a cause of action. TXU Corp. believes the claims made in this litigation are without merit and, therefore, intends to vigorously defend this litigation.

On February 26, 2007, a lawsuit was filed in the 101st District Court, Dallas County, Texas by putative TXU Corp. shareholder, Samuel T. Cohen, asserting claims individually and as a class action on behalf of allegedly similarly situated shareholders. The suit named the directors of TXU Corp. as defendants as well as two private equity firms. The lawsuit contends that the directors violated various fiduciary duties in connection with the February 25, 2007 execution of the Merger Agreement. Plaintiff seeks to enjoin defendants from consummating the transactions contemplated by the Merger Agreement until such time as a procedure or process is adopted to obtain the highest possible price for TXU Corp. shareholders, as well as a request that the court direct the officers and directors of TXU Corp. to exercise their fiduciary duties in order to obtain a transaction in the best interest of TXU Corp. shareholders. The Merger Agreement allows TXU Corp. to solicit other proposals from third parties through April 16, 2007 and is subject to the approval of TXU Corp.'s shareholders. Further, the suit purports to assert claims by shareholders directly against the Board of Directors when TXU Corp. believes that Texas law does not recognize such a cause of action. TXU Corp. believes the claims made in this litigation are without merit and, therefore, intends to vigorously defend this litigation.

On February 26, 2007, a lawsuit was filed in the 192nd District Court, Dallas County, Texas seeking temporary and permanent injunctive relief arising out of the Merger Agreement. The suit, filed by putative TXU Corp. shareholder Brian Gottlieb, individually, and as a class action for similarly situated shareholders, alleges that directors of TXU Corp., named as defendants, breached fiduciary duties owed TXU Corp. shareholders by approving the Merger Agreement. The petition includes claims that directors failed to take steps to properly value or maximize the value of the company and breached their duties of loyalty, good faith, candor and independence owed to TXU Corp. shareholders. TXU Corp. believes the claims made in this litigation are without merit and, therefore, intends to vigorously defend this litigation, including demonstrating to the court that the Merger Agreement allows TXU Corp. to solicit other proposals from third parties through April 16, 2007 and that the transaction is subject to the approval of TXU Corp.'s shareholders. Further, the suit purports to assert claims by shareholders directly against the TXU Corp. Board of Directors when TXU Corp. believes that Texas law does not recognize such a cause of action.

On February 26, 2007, a lawsuit was filed in the 192nd District Court, Dallas County, Texas seeking compensatory damages and injunctive relief arising out of the Merger Agreement. The suit, filed by TXU Corp.

Confidential

EFIHMW00296837

shareholder Henry Schipper, individually, and as a class action for similarly situated shareholders, alleges that directors of TXU Corp., named as defendants, breached their fiduciary duty owed TXU Corp. shareholders by approving the Merger Agreement and failing to take all reasonable steps to assure maximization of shareholder value. The petition further claims that directors failed to fully inform themselves about whether greater value could be achieved through the sale of the company to a third party. TXU Corp. believes the claims made in this litigation are without merit and, therefore, intends to vigorously defend this litigation, including demonstrating to the court that the Merger Agreement allows TXU Corp. to solicit other proposals from third parties through April 16, 2007 and that the transaction is subject to the approval of TXU Corp.'s shareholders. Further, the suit purports to assert claims directly against directors when TXU Corp. believes that Texas law does not recognize such a cause of action.

On February 25, 2007, a lawsuit was filed in District Court, Dallas County, Texas by a pension fund against the directors of TXU Corp., asserting claims on behalf of an owner of shares of TXU Corp. common stock as well as seeking to certify a class action on behalf of allegedly similarly situated shareholders. The lawsuit contends that directors of TXU Corp. violated various fiduciary duties owed plaintiff and other shareholders in connection with the February 25, 2007 execution of the Merger Agreement. Plaintiff seeks to enjoin defendants from consummating the Merger Agreement until such time as a procedure or process is adopted to obtain the highest possible price for shareholders, as well as a request that the court direct the officers and directors of TXU Corp. to exercise their fiduciary duties in order to obtain a transaction in the best interest of TXU Corp. shareholders. The Merger Agreement allows TXU Corp. to solicit other proposals from third parties through April 16, 2007 and is subject to the approval of TXU Corp.'s shareholders. Further, the suit purports to assert claims directly against directors when TXU Corp. believes that Texas law does not recognize such a cause of action. Accordingly, TXU Corp. believes the claims made in this litigation are without merit and, therefore, intends to vigorously defend this litigation.

On December 1, 2006, a lawsuit was filed in the United States District Court for the Western District of Texas against TXU Generation Company, LP, Oak Grove Management Company LLC, and TXU Corp. The complaint seeks declaratory and injunctive relief, as well as the assessment of civil penalties, with respect to the permit application for the construction and operation of the Oak Grove generation plant in Robertson County, Texas. The plaintiffs allege violations of the Federal Clean Air Act, Texas Health and Safety Code and Texas Administrative Code and seek to temporarily and permanently enjoin the construction and operation of the Oak Grove generation plant. The complaint also asserts that the permit application was deficient in failing to comply with various modeling and analyses requirements relative to the impact of emissions on the environment. Plaintiffs further request that the District Court enter an order requiring the defendants to take other appropriate actions to remedy, mitigate and offset alleged harm to the public health and environment. TXU Corp. believes the Oak Grove air permit, if granted by the TCEQ, will be protective of the environment and that the application for and the processing of the air permit by Oak Grove Management Company LLC with the TCEQ has been in accordance with law. TXU Corp. further believes that the plaintiffs' complaint should be dismissed in response to the Motion to Dismiss, which has been filed in the litigation, and that the claims made in this litigation are without merit and, accordingly, intends to vigorously defend this litigation.

On September 6, 2005 a lawsuit was filed in the US District Court for the Northern District of Texas, Dallas Division against TXU Corp. and C. John Wilder. The plaintiffs' amended complaint asserts claims on behalf of the plaintiffs and a putative class of owners of certain TXU Corp. securities who tendered such securities in connection with a tender offer conducted by TXU Corp. in 2004. The amended complaint alleges violations of the provisions of Sections 14(e), 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended, and Rule 10b-5 thereunder. The allegations relate to a tender offer conducted in September and October 2004 for certain equity-linked securities in which it was expressly disclosed that TXU Corp. management was evaluating whether it should recommend to the board of directors that the board reevaluate TXU Corp.'s dividend policy. After the tender offer was closed, and consistent with the disclosure, management did make a recommendation to the board to reevaluate the dividend policy and the board elected to increase the quarterly dividend. The plaintiffs contend that such disclosure in connection with the tender offer was inadequate. TXU Corp. maintains that the

F-80

disclosure provided in connection with the tender offer regarding the evaluation of the dividend policy was complete and accurate at the time the tender offer was initiated as well as when it was closed. A Motion to Dismiss was filed by the defendants, and the District Court entered an order granting the Motion to Dismiss and dismissing this litigation with prejudice on August 30, 2006. The plaintiff filed a timely notice of appeal and the matter is now before the Fifth Circuit Court of Appeals with briefing of the appeal completed. While TXU Corp. is unable to estimate any possible loss or predict the outcome of this litigation in the event the Fifth Circuit Court of Appeals reverses the District Court, TXU Corp. believes the claims made in this litigation are without merit and, accordingly, intends to vigorously defend this litigation, including the appeal of the District Court's order dismissing the complaint.

Between October 19, 2004 and October 31, 2005, twelve lawsuits were filed in various California Superior Courts by purported customers against TXU Corp., TXU Energy Trading Company and TXU Energy Services and other marketers, traders, transporters and sellers of natural gas in California. Plaintiffs alleged that beginning at least by the summer of 2000, defendants manipulated and fixed at artificially high levels natural gas prices in California in violation of the Cartwright Act and other California state laws. These lawsuits were coordinated in the San Diego Superior Court with numerous other natural gas actions as "In re Natural Gas Anti-Trust Cases I, II, III, IV and V." On December 28, 2006, an agreement in principle to settle this matter was reached between the TXU defendants and the plaintiffs in the twelve pending lawsuits. Formal settlement documents were signed in February 2007. Notices of Dismissal were filed in the San Diego Superior Court and the case was dismissed with prejudice on February 14, 2007.

In November 2002, February 2003 and March 2003, three lawsuits were filed in the US District Court for the Northern District of Texas, Dallas Division, asserting claims under ERISA on behalf of a putative class of participants in and beneficiaries of various employee benefit plans of TXU Corp. These ERISA lawsuits were consolidated, and a consolidated complaint was filed in February 2004 against TXU Corp., the directors of TXU Corp. serving during the putative class period as well as certain officers of TXU Corp. who were the members of the TXU Thrift Plan Committee. The plaintiffs seek to represent a class of participants in such employee benefit plans during the period between April 26, 2001 and October 11, 2002. The plaintiffs filed an initial motion for class certification and, after class certification discovery was completed, the District Court denied plaintiffs' initial class certification motion without prejudice and granted plaintiffs' leave to amend their complaint. Plaintiffs' second class certification motion, filed on the basis of their amended complaint, was denied and the case was ordered dismissed without prejudice on September 29, 2005. The plaintiffs filed an appeal of the dismissal to the Fifth Circuit Court of Appeals. While on appeal, the matter was referred to the Fifth Circuit's alternative dispute resolution program and subsequently to mediation. While mediation was unsuccessful, further discussions led to an agreement in principle to settle this litigation on December 24, 2006 for $7.25 million, before attorney's fees, to be paid by TXU Corp. to the thrift plan pursuant a Court approved allocation. A Memorandum of Understanding confirming the agreement in principle was signed on January 24, 2007 and the settlement is in the process of being confirmed with final settlement documents after which the settlement will be submitted to the District Court for approval. TXU Corp. believes the claims are without merit and, in the event the settlement is not approved, intends to vigorously defend the lawsuit, including the appeal. TXU Corp. is, however, unable to estimate any possible loss or predict the outcome of this action in the event the District Circuit rejects the settlement, the Fifth Circuit reverses the dismissal and remands the case to the District Court or the suit is refiled by the plaintiffs or others seeking to assert similar claims.

In October, November and December 2002 and January 2003, a number of lawsuits were filed in, removed to or transferred to the US District Court for the Northern District of Texas, Dallas Division, against TXU Corp. and certain of its officers and directors. These lawsuits were consolidated and lead plaintiffs were appointed by the Court. The consolidated complaint alleged violations of the Securities Exchange Act of 1934, as amended, Rule 10b-5 thereunder and the Securities Act of 1933, as amended. On January 20, 2005, TXU Corp. executed a memorandum of understanding settling this litigation for $150 million. After preliminary certification of a settlement class and notice to such class, the District Court conducted a hearing and thereafter on November 8, 2005 granted final approval of the settlement. Certain members of the settlement class who objected to the plan

F-81

EFIHMW00296839

of allocation, the plaintiffs' attorneys' fees and other matters related to the approval of the settlement have appealed the orders approving the settlement to the Fifth Circuit Court of Appeals and the appeal remains pending. TXU Corp. believes that the issues raised on appeal are without merit but cannot predict whether the appeal might result in a remand to the District Court for reconsideration of the notice to the settlement class, the plaintiffs' attorneys' fees or other matters, and while TXU Corp. cannot predict the effect of the appeal being sustained, it does not believe that the appeal will result in reversal of the approval of the settlement.

In addition to the above, TXU Corp. is involved in various other legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect on its financial position, results of operations or cash flows.

*Regulatory Investigations*—In October 2006, TXU Portfolio Management Company (TXU Portfolio Management) was notified that the Commission had begun an investigation of its 2005 activities in the ERCOT wholesale electricity market as a result of observations noted in the *2005 State of the Market Report for the ERCOT Wholesale Electricity Markets* performed by Potomac Economics, an economic consulting firm. TXU Portfolio Management believes that the investigation will focus on activities involving bids to sell balancing energy and generation unit commitments. Balancing energy represents approximately five to ten percent of the total energy sold in the ERCOT wholesale market. TXU Portfolio Management is cooperating fully with the Commission in its informal investigation.

On March 18, 2005, TXU Corp. received a subpoena from the SEC. The subpoena required TXU Corp. to produce documents and other information for the period from January 1, 2001 to March 31, 2003 relating to, among other things, the financial distress at TXU Europe during 2002 and the resulting financial condition of TXU Corp. including reduction of TXU Corp.'s quarterly dividend in October 2002. TXU Corp. cooperated with the SEC and completed the production of the documents requested by the subpoena as well as other information requested by the SEC. TXU Corp. received a letter dated February 15, 2007 which stated that the investigation had been terminated and that no enforcement action had been recommended to the Commission. Accordingly, TXU Corp. does not expect any action by the SEC against the company related to the matters which were the subject of the investigation.

*Income Tax Contingencies*—TXU Corp. and certain of its subsidiaries are currently under audit by the IRS with respect to tax returns for various tax periods as discussed below, and are subject to audit by other taxing authorities and by the IRS for subsequent tax periods. The amount and timing of any tax assessments resulting from these audits are uncertain, and could have a material effect on TXU Corp.'s liquidity and results of operations. Certain audit matters as to which management believes there is a reasonable possibility of a material future tax assessment are discussed below.

*TXU Corp. 1997-2002 Audit*—The IRS is currently examining TXU Corp.'s federal income tax returns for 1997-2002. A tax basis step-up of assets that occurred at ENSERCH Corporation prior to its 1997 acquisition by TXU Corp. resulted in a TXU Corp. audit issue as a result of the 2000 sale of the assets. The issue was resolved with the IRS in the first quarter of 2006, and a reserve of $62 million was released (see Note 3). In addition to proposed adjustments with respect to the worthlessness of TXU Corp.'s investment in TXU Europe (discussed separately below), the IRS has issued notices of proposed adjustment with respect to several other items. The IRS is expected to complete its examination in the second quarter of 2007. TXU Corp. expects to protest a number of adjustments and further expects that the protested issues will not be resolved until after 2007. Management believes that tax reserves recorded for potential adjustments to TXU Corp.'s 1997-2002 tax returns are adequate to provide for the expected outcome of the IRS's proposed adjustments.

*TXU Corp. 2003-2005 Audit*—TXU Corp. expects that the IRS will commence an examination of its 2003 through 2005 tax returns during 2007. Consistent with its experience in prior audits, TXU Corp. expects that the IRS will propose adjustments to the tax returns and that TXU Corp. will incur some liability to resolve those proposed adjustments with the IRS. The precise nature and amount of any such proposed adjustments is uncertain

F-82

EFIHMW00296840

but the likelihood of occurrence is probable. TXU Corp. has recorded reserves related to potential audit adjustments, representing the estimated tax expense to be incurred as a result of such audit adjustments.

*TXU Gas (formerly ENSERCH Corporation) Audits*—The IRS audits of the 1993 and 1994-1997 ENSERCH tax returns were closed in 2005. As part of the close of the audit, the IRS filed a notice of deficiency for tax. Although TXU Corp. does not believe that the notice of deficiency is supportable under existing facts and law, TXU Corp. paid this tax and related interest totaling $30 million in 2005, but in 2006 filed a refund claim for these and additional amounts. The IRS and TXU Corp. have extended the time to file suit for refund so the government may review the claim.

*TXU Europe*—On its US federal income tax return for calendar year 2002, TXU Corp. claimed an ordinary loss deduction related to the worthlessness of TXU Corp.'s investment in TXU Europe, the tax benefit of which is estimated to be $983 million (assuming the deduction is sustained on audit). Due to a number of uncertainties regarding the proper tax treatment of the worthlessness loss, no portion of the tax benefit related to TXU Corp.'s 2002 write-off of its investment in TXU Europe was recognized in income prior to the second quarter of 2004.

In June 2004, the IRS issued a preliminary notice of proposed adjustment (subsequently amended in September 2004) proposing to disallow the 2002 worthlessness deduction and treat the worthlessness as a capital loss (deductible only against capital gains). In addition, in 2004 TXU Corp. revised the estimates of capital losses and ordinary deductions expected from the worthlessness deduction utilization. Accordingly, in 2004 TXU Corp. recorded a tax benefit of $755 million ($680 million classified as discontinued operations) related to the TXU Europe worthlessness deduction, which reflects expected utilization of the capital loss deduction against capital gains realized in 2004 and prior periods. The benefit recognized also included $220 million for deductions related to the write-off of the investment in TXU Europe expected to be sustained as ordinary as a result of the preliminary notice.

The tax benefits recognized are based on the notice of proposed adjustment, adjusted to exclude the effects of elements of the IRS notice that TXU Corp. believes are without merit and unlikely to be sustained. While the notice of proposed adjustment is not binding on the IRS and therefore it is uncertain what positions the IRS might ultimately assert or what, if any, tax liability might result, TXU Corp. believes that the possibility of the IRS adopting a more adverse position is remote.

If TXU Corp.'s ordinary loss deduction claimed on the 2002 tax return is not sustained, TXU Corp. would be required to repay approximately $665 million in tax refunds previously received, inclusive of related interest, based on the assumptions used to determine the tax benefits recognized after receipt of the notice of proposed adjustments, and before taking into account other potential IRS adjustments to TXU Corp.'s 1997-2002 tax returns. These amounts are reported as noncurrent liabilities on the December 31, 2006 balance sheet. No material earnings charge is expected with respect to any such repayment. TXU Corp. is unable to predict the timing of any such repayment.

TXU Corp. believes that its original tax reporting of the worthlessness of its investment in TXU Europe as an ordinary deduction was proper and intends to protest the IRS's proposed adjustments. If TXU Corp.'s position is sustained, a credit of approximately $79 million would be recognized in earnings.

*Labor Contracts*—Certain personnel engaged in Texas Competitive Holdings and Oncor Electric Delivery activities are represented by labor unions and covered by collective bargaining agreements with varying expiration dates. New one-year labor agreements were reached in 2006 covering bargaining unit personnel engaged in Texas Competitive Holdings' lignite mining and nuclear generation operations. In January 2007, new one-year labor agreements were reached covering bargaining unit personnel engaged in the natural gas-fueled generation operations. Negotiations are currently underway with respect to the collective bargaining agreement covering bargaining unit personnel engaged in Texas Competitive Holdings' lignite/coal-fueled generation operations. The existing Oncor Electric Delivery bargaining agreement will expire in 2007 and wages and

Confidential

EFIHMW00296841

benefits are currently being negotiated. A new bargaining unit, representing approximately 500 employees, was certified in Oncor Electric Delivery in December 2006, and negotiations will begin on an initial labor agreement in early 2007. Management expects that any changes in collective bargaining agreements will not have a material effect on TXU Corp.'s financial position, results of operations or cash flows; however, TXU Corp. is unable to predict the ultimate outcome of these labor negotiations.

*Environmental Contingencies*—The federal Clean Air Act, as amended (Clean Air Act) includes provisions which, among other things, place limits on sulfur dioxide and nitrogen oxide emissions produced by electricity generation plants. The capital requirements of TXU Corp. and its subsidiaries have not been significantly affected by the requirements of the Clean Air Act. In addition, all air pollution control provisions of the 1999 Restructuring Legislation have been satisfied.

TXU Corp. and its subsidiaries must comply with environmental laws and regulations applicable to the handling and disposal of hazardous waste. TXU Corp. and its subsidiaries are in compliance with all current laws and regulations; however, the impact, if any, of changes to existing regulations or the implementation of new regulation is not determinable.

The costs to comply with environmental regulations can be significantly affected by the following external events or conditions:

- enactment of state or federal regulations regarding $CO_2$ emissions;

- other changes to existing state or federal regulation regarding air quality, water quality, control of toxic substances and hazardous and solid wastes, and other environmental matters; and

- the identification of sites requiring clean-up or the filing of other complaints in which TXU Corp. or its subsidiaries may be asserted to be potential responsible parties.

*Guarantees*—As discussed below, TXU Corp. and its subsidiaries have entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions. Guarantees issued or modified after December 31, 2002 are subject to the recognition and initial measurement provisions of FIN 45, which requires a guarantor to recognize, at the inception of a guarantee, a liability for the fair value of the obligation undertaken in issuing the guarantee.

*Disposed TXU Gas operations*—In connection with the TXU Gas transaction in October 2004, TXU Corp. agreed, for a period of three years from the disposition date, to indemnify Atmos Energy Corporation for certain qualified environmental claims that may arise in relation to the assets acquired by Atmos Energy Corporation. TXU Corp. is not required to indemnify Atmos Energy Corporation until the aggregate of all such qualified claims exceeds $10 million, and TXU Corp. is only required to indemnify Atmos Energy Corporation for 50% of qualified claims between $10 million and $20 million. The maximum amount that TXU Corp. would be required to pay Atmos Energy Corporation pursuant to this environmental indemnity is $192.5 million. In addition, TXU Corp. agreed to indemnify Atmos Energy Corporation for up to $500 million for any liability related to assets retained by TXU Gas, including certain inactive gas plant sites not acquired by Atmos Energy Corporation, and up to $1.4 billion for contingent liabilities associated with preclosing tax and employee related matters. In each case, TXU Corp.'s indemnification is limited to 10 years from the disposition date. The maximum aggregate amount that TXU Corp. may be required to pay is $1.9 billion. The estimated fair value of the indemnification recorded upon completion of the TXU Gas transaction was $2.5 million. To date, TXU Corp. has not been required to make any payments to Atmos Energy Corporation under this indemnity obligation, and no such payments are currently anticipated.

In 1992, a discontinued engineering and construction business of TXU Gas completed construction of a plant, the performance of which is guaranteed by TXU Gas through 2008. The maximum contingent liability under the guarantee is approximately $114 million. No claims have been asserted under the guarantee and none are currently anticipated. TXU Corp. retains this contingent liability under the terms of the TXU Gas transaction agreement.

F-84

EFIHMW00296842

*Residual value guarantees in operating leases*—TXU Corp. or a subsidiary is the lessee under various operating leases that guarantee the residual values of the leased facilities. At December 31, 2006, the aggregate maximum amount of residual values guaranteed was approximately $128 million with an estimated residual recovery of approximately $125 million. These leased assets consist primarily of mining equipment, rail cars and vehicles. The average life of the lease portfolio is approximately six years. A significant portion of the maximum guarantee amount relates to leases entered into prior to December 31, 2002.

*Indebtedness guarantee*—In 1990, US Holdings repurchased an electric co-op's minority ownership interest in the Comanche Peak nuclear generation plant and assumed the co-op's indebtedness to the US government for the facilities. The indebtedness is included in long-term debt reported in the consolidated balance sheet. US Holdings is making principal and interest payments to the co-op in an amount sufficient for the co-op to make payments on its indebtedness. US Holdings guaranteed the co-op's payments, and in the event that the co-op fails to make its payments on the indebtedness, the US government would assume the co-op's rights under the agreement, and such payments would then be owed directly by US Holdings. At December 31, 2006, the balance of the indebtedness was $121 million with maturities of principal and interest extending to December 2021. The indebtedness is secured by a lien on the purchased facilities.

*Letters of Credit*—At December 31, 2006, Texas Competitive Holdings had outstanding letters of credit under its revolving credit facilities in the amount of $455 million to support risk management and trading margin requirements in the normal course of business, including over-the-counter hedging transactions, and for miscellaneous credit support requirements. As of December 31, 2006, approximately 28% of the obligations supported by these letters of credit mature within one year, and substantially all of the remainder mature in the next four years.

Further, Texas Competitive Holdings has outstanding letters of credit under its revolving credit facilities totaling $455 million at December 31, 2006 to support existing floating rate pollution control revenue bond debt of $446 million principal amount. The letters of credit are available to fund the payment of such debt obligations and expire in 2009.

*Security Interest*—A first-lien security interest has been placed on the two lignite/coal-fueled generation units at Texas Competitive Holdings' Big Brown plant to support commodity hedging transactions.

*Nuclear Insurance*—Nuclear insurance includes liability coverage, property damage, decontamination and premature decommissioning coverage and accidental outage and/or extra expense coverage. The liability coverage is governed by the Price-Anderson Act (Act), while the property damage, decontamination and premature decommissioning coverage is promulgated by the rules and regulations of the NRC. TXU Corp. intends to maintain insurance against nuclear risks as long as such insurance is available. TXU Corp. is self-insured to the extent that losses (i) are within the policy deductibles, (ii) are not covered per policy exclusions, terms and limitations, (iii) exceed the amount of insurance maintained, or (iv) are not covered due to lack of insurance availability. Such losses could have a material adverse effect on TXU Corp.'s financial condition and its results of operations and cash flows.

With regard to liability coverage, the Act provides financial protection for the public in the event of a significant nuclear generation plant incident. The Act sets the statutory limit of public liability for a single nuclear incident at $10.8 billion and requires nuclear generation plant operators to provide financial protection for this amount. The US Congress could impose revenue-raising measures on the nuclear industry to pay claims exceeding the $10.8 billion limit for a single incident mandated by the Act. As required, TXU Corp. provides this financial protection for a nuclear incident at Comanche Peak resulting in public bodily injury and property damage through a combination of private insurance and industry-wide retrospective payment plans. As the first layer of financial protection, TXU Corp. has $300 million of liability insurance from American Nuclear Insurers (ANI), which provides such insurance on behalf of a major stock insurance company pool, Nuclear Energy Liability Insurance Association. The second layer of financial protection is provided under an industry-wide retrospective payment program called Secondary Financial Protection (SFP).

F-85

EFIHMW00296843

Under the SFP, in the event of an incident at any nuclear generation plant in the US, each operating licensed reactor in the US is subject to an assessment of up to $100.6 million plus a 3% insurance premium tax, subject to increases for inflation every five years. Assessments are limited to $15 million per operating licensed reactor per year per incident. TXU Corp.'s maximum potential assessment under the industry retrospective plan would be $201.2 million (excluding taxes) per incident but no more than $30 million in any one year for each incident. The potential assessment is triggered by a nuclear liability loss in excess of $300 million per accident at any nuclear facility. The SFP and liability coverage are not subject to any deductibles.

With respect to nuclear decontamination and property damage insurance, the NRC requires that nuclear generation plant license-holders maintain at least $1.1 billion of such insurance and require the proceeds thereof to be used to place a plant in a safe and stable condition, to decontaminate it pursuant to a plan submitted to and approved by the NRC before the proceeds can be used for plant repair or restoration or to provide for premature decommissioning. TXU Corp. maintains nuclear decontamination and property damage insurance for Comanche Peak in the amount of $3.5 billion (subject to $1 million deductible per accident), above which TXU Corp. is self-insured. The $3.5 billion consists of a primary layer of coverage of $500 million provided by Nuclear Electric Insurance Limited (NEIL), a nuclear electric utility industry mutual insurance company, $2.25 billion of premature decommissioning coverage provided by NEIL and $737 million of other property damage coverage from other insurance markets and foreign nuclear insurance pools.

TXU Corp. maintains Accidental Outage Insurance through NEIL to cover the additional costs of obtaining replacement electricity from another source if one or both of the units at Comanche Peak are out of service for more than twelve weeks as a result of covered direct physical damage. The coverage provides for weekly payments of $3.5 million for the first fifty-two weeks and $2.8 million for the next 110 weeks for each outage, respectively, after the initial twelve-week waiting period. The total maximum coverage is $490 million per unit. The coverage amounts applicable to each unit will be reduced to 80% if both units are out of service at the same time as a result of the same accident.

If NEIL's losses exceeded its reserves for the applicable coverages, potential assessments total $14.5 million for primary property, $14.1 million for excess property and $8.3 million for accidental outage.

Also, under the NEIL policies, if there were multiple terrorism losses occurring within a one-year time frame, NEIL would make available one industry aggregate limit of $3.2 billion plus any amounts it recovers from other sources up to the limits for each claimant. If terrorism losses occurred beyond the one-year period, a new set of limits and resources would apply. Under the ANI liability policy, the liability arising out of terrorist acts will be subject to one industry aggregate limit of $300 million that could be reinstated at ANI's option depending on prevailing risk circumstances and the balance in the Industry Credit Rating Plan reserve fund. Under the US Terrorism Risk Insurance Extension Act of 2005, the US government provides reinsurance with respect to acts of terrorism in the US for losses caused by an individual or individuals acting on behalf of foreign parties. In such circumstances, the NEIL and ANI terrorism aggregates would not apply.

## 17. SHAREHOLDERS' EQUITY

*Declaration of Dividend*—At its February 2007 meeting, the Board of Directors of TXU Corp. declared a quarterly dividend of $0.4325 a share, payable April 2, 2007 to shareholders of record on March 2, 2007.

*Stock Split*—In 2005, TXU Corp.'s board of directors declared a two-for-one stock split effected in the form of a 100 percent stock dividend. The stock split entitled each shareholder of record at the close of business on November 18, 2005, to receive one additional share for every outstanding share of common stock they held on that date. The additional shares resulting from the stock split were distributed on December 8, 2005.

*Common Stock Repurchase*—In November 2005, the TXU Corp. board of directors authorized the repurchase of up to 34 million shares of common stock through the end of 2006. This authorization has been extended to year end 2007. Additionally, in November 2006, the TXU Corp. board of directors authorized the

Confidential

EFIHMW00296844

repurchase of an additional 20 million shares of common stock through year end 2007. Under these authorities, TXU Corp. has repurchased and retired approximately 31 million shares, including 12 million shares in November 2005 and 19 million shares during the twelve months ended December 31, 2006 at an average price of $49.51 and $51.77 per share, respectively, (including related fees and expenses).

*Common Stock Issuance*—In May 2006, TXU Corp. settled the purchase contracts associated with its remaining equity-linked debt securities. In connection with the settlement, TXU Corp. issued 5.7 million shares of common stock, resulting in an increase in additional paid-in capital of $180 million.

*Accelerated Share Repurchase Program*—In November 2004, TXU Corp. entered into an agreement with a broker-dealer counterparty under which TXU Corp. repurchased and retired 105 million shares of its outstanding common stock at an initial price of $32.29 per share for a total of $3.4 billion. Under the agreement, the counterparty immediately borrowed shares that were sold to and canceled by TXU Corp. and in turn purchased shares in the open market over a subsequent time period; the agreement was subject to a future contingent purchase price adjustment based on the actual price of the shares purchased by the counterparty. In May 2005, TXU Corp. paid $523 million (including related fees and expenses) in cash to the counterparty in full settlement of the transaction. The counterparty had repurchased the shares under the agreement at an average price per share of $36.91.

*Thrift Plan*—The Thrift Plan is an employee savings plan under which TXU Corp. matches a portion of employees' contributions of their earnings with a contribution in shares of common stock. Contributions to the Thrift Plan are held by an unconsolidated trust. At December 31, 2006, the Thrift Plan had an obligation of $210 million outstanding in the form of a note payable to TXU Corp (LESOP note). Proceeds from the issuance of the note, which TXU Corp. purchased from a third-party lender in 1990, were used by the Thrift Plan trustee to purchase TXU Corp. common stock on the open market for the purpose of satisfying future matching requirements. These shares (LESOP shares) are held by the Thrift Plan trustee under the leveraged employee stock ownership provision of the Thrift Plan. The note receivable has been classified as a reduction of common stock equity, and the principal and related interest is being amortized as a component of LESOP-related expense.

At December 31, 2006, the Thrift Plan trustee held 6,177,171 shares of TXU Corp. common stock. The Thrift Plan uses dividends received on the LESOP shares held and contributions from TXU Corp., if required, to repay interest and principal on the LESOP note; such contributions totaled $17 million in 2006 and $19 million in 2005. The net expense associated with the Thrift Plan totaled $24 million in 2004, which included $14 million representing the cost of additional matching contributions; the amounts in 2006 and 2005 were not significant.

*Direct Stock Purchase and Dividend Reinvestment Plan*—Issuances of new shares to satisfy purchases by participants in this plan (including reinvestment of dividends) increased common stock by $4 million in 2004. Since April 2004, share purchases by participants have been satisfied through purchases in the open market by TXU Corp.

At December 31, 2006, authorized but unissued common shares of TXU Corp. were registered with the SEC for new issuance pursuant to provisions of the following:

|  | Number of Shares |
|---|---:|
| DRIP Plan | 3,710,195 |
| Thrift Plan | 8,849,200 |
| Long-Term Incentive Compensation Plan | 5,426,007 |
| Omnibus Incentive Compensation Plan | 17,976,140 |
| Convertible senior notes | 1,523,916 |
| Other | 1,345,494 |
| Total | 38,830,952 |

*TXU Corp. Preference Stock*—In June 2005, TXU Corp. redeemed for cash all 3,000 shares of its Series B preference stock outstanding (liquidation preference of $100,000 per share) at the aggregate principal amount of $300 million. The preference stock had a dividend rate of 7.24%.

Confidential

EFIHMW00296845

*US Holdings' Preferred Stock*—In August 2005, US Holdings redeemed all 379,231 shares of its outstanding preferred stock with a stated value of $38 million for approximately $40 million in cash, including principal, premium and accrued dividends. The preferred stock had dividend rates ranging from $4.00 to $5.08 per share. In December 2005, US Holdings reissued 788 shares of its $4.56 Series preferred stock in private placement transactions.

*Exchangeable Preferred Membership Interests of Texas Competitive Holdings*—In April 2004, TXU Corp. repurchased Texas Competitive Holdings' exchangeable preferred membership interests with a liquidation amount of $750 million for $1.85 billion (including transaction costs). The excess of the purchase price over the carrying value of the securities, net of $384 million in income tax benefits recorded as a deferred tax asset, was recorded as a charge to additional paid-in capital in the amount of $849 million. The carrying value of the securities was $617 million, which is the liquidation amount of $750 million net of $102 million in unamortized discount and $31 million in unamortized debt issuance costs, both recorded at the time of issuance of the securities in November 2002. The charge to additional paid-in capital was accounted for in a manner similar to TXU Corp.'s preference share dividends, resulting in a reduction in net income available to common shareholders.

*Dividend Restrictions*—At December 31, 2006, there were no restrictions on the payment of common stock dividends or redemption of outstanding shares of TXU Corp. common stock.

The table below reflects the changes in the number of TXU Corp. common stock shares outstanding:

|  | 2006 | 2005 | 2004 |
|---|---|---|---|
| Balance at beginning of year | 470,845,978 | 479,705,760 | 647,766,184 |
| Issuances under equity-linked debt securities | 5,683,791 | 2,708,250 | 3,634,742 |
| Issuances under Direct Stock Purchase and Dividend Reinvestment Plan | — | — | 220,028 |
| Issuances under stock-based incentive compensation plans (Note 22) | 2,200,766 | 1,093,480 | 1,187,028 |
| Issued on conversion of convertible senior notes | — | 9,716 | — |
| Repurchases | (18,165,403) | (12,476,228) | (168,514,888) |
| Forfeitures and cancellations under stock-based incentive compensation plan | (1,320,609) | (195,000) | (4,587,334) |
| Balance at end of year | 459,244,523 | 470,845,978 | 479,705,760 |

## 18. COMMODITY CONTRACT ASSETS AND LIABILITIES

Commodity contract assets and liabilities primarily represent mark-to-market values of natural gas and electricity derivative instruments that have not been designated as cash flow hedges or "normal" purchases or sales under SFAS 133.

Current and noncurrent commodity contract assets totaling $438 million and $1.9 billion at December 31, 2006 and 2005, respectively, are stated net of applicable credit (collection) and performance reserves totaling $9 million and $12 million, respectively. Performance reserves are provided for direct, incremental costs to settle the contracts.

Current and noncurrent commodity contract liabilities totaled $461 million and $2.0 billion at December 31, 2006 and 2005, respectively. The balance at December 31, 2006 includes a $109 million "day one" loss recorded in the second quarter of 2006 associated with a related series of hedging contracts entered into at below market prices. The contracts, the value of which are based on natural gas prices, are intended to hedge exposure to future changes in electricity prices. The loss was recorded as a reduction of revenues, consistent with other mark-to-market gains and losses, and is included in the results of the Competitive Electric segment. Future

F-88

Confidential

EFIHMW00296846

changes in fair value of the contracts, to the extent effective, are expected to be largely reflected in other comprehensive income due to designation as cash flow hedges.

## 19. CASH FLOW HEDGE AND OTHER DERIVATIVE ASSETS AND LIABILITIES

Cash flow hedge and other derivative assets and liabilities represent mark-to-market values of derivative contracts, the substantial majority of which have been designated as cash flow or fair value hedges under SFAS 133. Cash flow hedges consist primarily of natural gas derivative financial instruments. The change in fair value of these derivative assets and liabilities are recorded as other comprehensive income or loss to the extent the hedges are effective; the ineffective portion of the change in fair value is included in net income. (See Note 1 under "Derivative Instruments and Mark-to-Market Accounting"). Fair value hedges consist of fixed-to-variable interest rate swaps, and the change in fair value of the derivative assets and liabilities are recorded as an increase or decrease in the carrying value of the debt.

A summary of cash flow hedge and other derivative assets and liabilities follows:

|  | December 31, | |
| --- | --: | --: |
|  | **2006** | **2005** |
| Current and noncurrent assets: | | |
| Commodity-related cash flow hedges | $933 | $131 |
| Debt-related fair value hedges | 4 | — |
| Other | 9 | 9 |
| Total | $946 | $140 |
| Current and noncurrent liabilities: | | |
| Commodity-related cash flow hedges | $ 23 | $295 |
| Debt-related fair value hedges | 89 | 71 |
| Total | $112 | $366 |

### *Other Cash Flow Hedge Information*

TXU Corp. experienced cash flow hedge ineffectiveness related to positions held at the end of the period of $218 million in net gains in 2006, $38 million in net losses in 2005 and $21 million in net losses in 2004. These amounts are pretax and are reported in revenues.

The net effect of recording unrealized mark-to-market gains and losses arising from hedge ineffectiveness (versus recording gains and losses upon settlement) includes the above amounts as well as the effect of reversing unrealized ineffectiveness gains and losses recorded in previous periods to offset realized gains and losses in the current period. Such net unrealized effect totaled $239 million in net gains in 2006, $27 million in net losses in 2005 and $19 million in net losses in 2004.

As of December 31, 2006, commodity positions accounted for as cash flow hedges reduce exposure to variability of future cash flows from future revenues or purchases through 2011.

Cash flow hedge amounts reported in accumulated other comprehensive income will be recognized in earnings as the related forecasted transactions are settled or become probable of not occurring. No amounts were reclassified into earnings in 2006, 2005 or 2004 as a result of the discontinuance of cash flow hedge accounting because a hedged forecasted transaction became probable of not occurring.

Cash flow hedge amounts reported in the Statements of Consolidated Comprehensive Income exclude net gains and losses associated with cash flow hedges entered into and settled within the periods presented. These amounts totaled $31 million in after-tax net gains in 2006, $53 million in after-tax net losses in 2005 and $1 million in after-tax net gains in 2004.

F-89

EFIHMW00296847

TXU Corp. expects that $132 million of after-tax net gains related to cash flow hedges included in accumulated other comprehensive income will be reclassified into net income during the next twelve months as the related hedged transactions are settled and affect net income. Of this amount, $139 million in gains relate to commodity hedges and $7 million in losses relate to debt-related hedges. The following table summarizes after-tax balances currently recognized in accumulated other comprehensive income:

| | Accumulated Other Comprehensive Income at December 31, 2006 Gain (Loss) | | |
| | Commodity-related | Debt-Related | Total |
| --- | --- | --- | --- |
| Dedesignated hedges—amounts fixed | $131 | $(57) | $ 74 |
| Hedges subject to fair value adjustments | 337 | — | 337 |
| Total | $468 | $(57) | $411 |

## 20. INVESTMENTS

The balance of investments consists of the following:

| | December 31, | |
| | 2006 | 2005 |
| --- | --- | --- |
| Nuclear decommissioning trust | $447 | $389 |
| Assets related to employee benefit plans | 197 | 187 |
| Land | 36 | 35 |
| Note receivable from Capgemini | 25 | 25 |
| Investment in unconsolidated affiliates | 3 | 3 |
| Miscellaneous other | 4 | 4 |
| Total investments | $712 | $643 |

*Nuclear Decommissioning Trust*—Deposits in a trust fund for costs to decommission the Comanche Peak nuclear generation plant are carried at fair value. Decommissioning costs are being recovered from Oncor Electric Delivery's customers as a delivery fee surcharge over the life of the plant and deposited in the trust fund. Net gains and losses on investments in the trust fund are offset by a corresponding adjustment to a regulatory asset/liability. A summary of investments in the fund follows:

| | December 31, 2006 | | | |
| | Cost[a] | Unrealized gain | Unrealized loss | Fair market value |
| --- | --- | --- | --- | --- |
| Debt securities | $169 | $ 5 | $ (1) | $173 |
| Equity securities | 162 | 117 | (5) | 274 |
| Total | $331 | $122 | $ (6) | $447 |

| | December 31, 2005 | | | |
| | Cost[a] | Unrealized gain | Unrealized loss | Fair market value |
| --- | --- | --- | --- | --- |
| Debt securities | $151 | $ 5 | $ (1) | $155 |
| Equity securities | 156 | 90 | (12) | 234 |
| Total | $307 | $ 95 | $(13) | $389 |

(a) Includes realized gains and losses of securities sold.

Confidential

EFIHMW00296848

Debt securities held at December 31, 2006 mature as follows: $54 million in one to five years, $60 million in five to ten years and $59 million after ten years.

*Assets Related to Employee Benefit Plans*—The majority of these assets represent cash surrender values of life insurance policies that are purchased to fund liabilities under deferred compensation plans. TXU Corp. pays the premiums and is the beneficiary of these life insurance policies. As of December 31, 2006 and 2005, the face amount of these policies totaled $501 million and $521 million, and the net cash surrender values totaled $167 million and $151 million, respectively. Changes in cash surrender value are netted against premiums paid. Other investment assets held to satisfy deferred compensation liabilities are recorded at market value.

*Capgemini Agreement*—In May 2004, TXU Corp. entered into a services agreement with Capgemini to outsource certain support activities. As part of the agreement, Capgemini was provided a royalty-free right, under an asset license arrangement, to use TXU Corp.'s information technology assets, consisting primarily of computer software. TXU Corp. obtained a 2.9% limited partnership interest in Capgemini in exchange for the asset license. TXU Corp. has the right to sell (the put option) its interest and the licensed software to Cap Gemini North America Inc. for $200 million, plus its share of Capgemini's undistributed earnings, upon expiration of the services agreement or earlier upon the occurrence of certain unexpected events. Cap Gemini North America Inc. has the right to purchase these interests under the same terms and conditions. The partnership interest has been recorded at an initial value of $2.9 million and is being accounted for on the cost method.

TXU Corp. recorded the estimated fair value of the put option of $177 million in 2004, reported in the balance sheet in other noncurrent assets. Of this amount, $169 million was recorded as a reduction to the carrying value of the licensed software, and the balance, which represents the fair value of the assumed cash distributions and gains while holding the partnership interest, was recorded as a noncurrent deferred credit. This accounting is in accordance with AICPA Statement of Position 98-1, "Accounting for the Costs of Computer Software Developed or Obtained for Internal Use."

In July 2004, TXU Corp. loaned Capgemini $25 million for working capital purposes pursuant to a promissory note that bears interest at an annual rate of 4% and matures in July 2019.

Subject to certain terms and conditions, Cap Gemini North America, Inc. and its parent, Cap Gemini S.A., have guaranteed the performance and payment obligations of Capgemini under the services agreement, as well as payments under the put option.

## 21. PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS

*Adoption of SFAS 158*—In September 2006, the FASB issued SFAS 158, which was adopted by TXU Corp. effective December 31, 2006, as required. SFAS 158 requires reporting in the balance sheet of the funded status of defined benefit pension and other postretirement employee benefit (OPEB) plans. Periodic pension and OPEB costs continue to be determined in accordance with SFAS 87 and SFAS 106. Under these standards, the accrued benefit obligation recognized in the balance sheet represented the cumulative difference between the net periodic benefit costs and cash funding of the plans. SFAS 87 also required the recording of a minimum pension liability representing the excess of the accumulated benefit obligation over the fair value of the plans' assets and the accrued benefit obligation already recorded under SFAS 87. The recording of the minimum pension liability resulted in adjustments to other comprehensive income or balance sheet accounts, principally regulatory assets.

SFAS 158 requires that both the pension and OPEB accrued benefit obligation reported in the balance sheet represent the funded status of the plans based on the projected benefit obligation, which for the pension plan takes into account future compensation increases. For TXU Corp., the initial recognition of the funded status on the financial statements is largely reflected as an increase in the accrued benefit obligation and an increase in regulatory assets. The recording of a regulatory asset, instead of a reduction in the accumulated other comprehensive income component of shareholders' equity as set forth in SFAS 158, is based on the regulatory

F-91

Confidential

EFIHMW00296849