recovery of retirement benefits under the June 2005 amendment to PURA. See discussion below under "Regulatory Recovery of Pension and Other Postretirement Employee Benefit Costs".

The following summarizes the impact on the consolidated balance sheet of adopting SFAS 158:

| | December 31, 2006 | | |
| | Balances Prior to Application of SFAS 158 | Increase (Decrease) to Balances | Balances After Application of SFAS 158 |
|---|---|---|---|
| Pension assets ................................................ | $ 16 | $ (7) | $ 9 |
| Noncurrent assets: | | | |
|     Accumulated deferred income taxes ..................... | $176 | $ 14 | $ 190 |
|     Regulatory assets ..................................... | $ 61 | $343 | $ 404 |
| Current liabilities: | | | |
|     Defined benefit pension and OPEB obligations ............ | $ — | $ 2 | $ 2 |
| Noncurrent liabilities: | | | |
|     Defined benefit pension and OPEB obligations ............ | $708 | $361 | $1,069 |
| Shareholders' equity: | | | |
|     Accumulated other comprehensive income—net .......... | $ 11 | $(13) | $ (2) |

The amounts recorded in the fourth quarter of 2006 upon adoption of SFAS 158 were based on the measurements of TXU Corp.'s pension and OPEB plans at the December 31, 2006 year-end date, which has been TXU Corp.'s practice but is now required under SFAS 158.

The recording of the total liability did not affect any financial covenants in credit agreements.

**Pension Plan**—TXU Corp. is the plan sponsor of the TXU Retirement Plan (Retirement Plan), which provides benefits to eligible employees of consolidated subsidiaries (participating employers) based on years of service and average earnings. The Retirement Plan is a defined benefit pension plan intended to qualify under Section 401(a) of the Internal Revenue Code of 1986, as amended (Code) and is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended (ERISA). Employees are eligible to participate in the Retirement Plan upon their completion of one year of service and the attainment of age 21. The Retirement Plan provides benefits to participants under one of two formulas: (i) a cash balance formula under which participants earn monthly contribution credits based on their compensation and a combination of their age and years of service, plus monthly interest credits, or (ii) a traditional defined benefit formula based on years of service and the average earnings of the three years of highest earnings. The cash balance interest component of the cash balance plan is variable and is determined using the yield on 30-year Treasury bonds.

All eligible employees hired after January 1, 2001 participate under the cash balance formula. Certain employees who, prior to January 1, 2002, participated under the traditional defined benefit formula, continue their participation under that formula. Under the cash balance formula, future increases in earnings will not apply to prior service costs. It is TXU Corp.'s policy to fund the plans on a current basis to the extent deductible under existing federal tax regulations.

TXU Corp. also has supplemental unfunded retirement plans for management employees, the information for which is included in the data below.

**Minimum Pension Liability Adjustment Prior to SFAS 158**—As discussed above, TXU Corp. recorded a minimum pension liability prior to the adoption of SFAS 158. The minimum pension liability recorded for the year ended December 31, 2005 totaled $112 million after-tax, of which a loss of $46 million after-tax was recorded as a charge to other comprehensive income and $66 million, net of deferred tax liability, was recorded as a regulatory asset. The minimum pension liability recorded for the year ended December 31, 2004 totaled $24 million after-tax and was recorded as a charge to other comprehensive income.

F-92

Confidential

EFIHMW00296850

*Detailed Information Regarding Pension Benefits*—The following information is based on December 31 measurement dates:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2006** | **2005** | **2004** |
| *Assumptions Used to Determine Net Periodic Pension Cost*: | | | |
| Discount rate | 5.75% | 6.00% | 6.00% - 6.50% |
| Expected return on plan assets | 8.75% | 8.75% | 8.50% |
| Rate of compensation increase | 3.32% | 3.31% | 3.57% |
| *Components of Net Pension Cost*: | | | |
| Service cost | $    42 | $    37 | $    46 |
| Interest cost | 136 | 130 | 130 |
| Expected return on assets | (147) | (145) | (142) |
| Amortization of prior service cost | 3 | 3 | 4 |
| Amortization of net loss | 32 | 20 | 13 |
| Recognized curtailment loss | — | 1 | 7 |
| Net periodic pension cost | $    66 | $    46 | $    58 |
| *Assumptions used to determine benefit obligations at December 31*: | | | |
| Discount rate | 5.90% | 5.75% | 6.00% |
| Rate of compensation increase | 3.44% | 3.32% | 3.57% |
| *Change in Pension Obligation*: | | | |
| Projected benefit obligation at beginning of year | $ 2,440 | $ 2,218 | |
| Service cost | 42 | 37 | |
| Interest cost | 136 | 130 | |
| Plan amendments | 2 | — | |
| Actuarial (gain) loss | (47) | 195 | |
| Benefits paid | (116) | (128) | |
| Settlements | — | (12) | |
| Projected benefit obligation at end of year | $ 2,457 | $ 2,440 | |
| Accumulated benefit obligation at end of year | $ 2,297 | $ 2,277 | |
| *Change in Plan Assets*: | | | |
| Fair value of assets at beginning of year | $ 1,982 | $ 1,995 | |
| Actual return on assets | 220 | 121 | |
| Employer contributions | 4 | 3 | |
| Benefits paid | (116) | (128) | |
| Settlements | — | (9) | |
| Fair value of assets at end of year | $ 2,090 | $ 1,982 | |
| *Funded Status*: | | | |
| Projected pension benefit obligation | $(2,457) | $(2,440) | |
| Fair value of assets | 2,090 | 1,982 | |
| Funded status at end of year | $  (367) | $  (458) | |
| Unrecognized prior service cost | — | 8 | |
| Unrecognized net loss | — | 357 | |
| Accrued pension cost | $  (367) | $   (93) | |

F-93

Confidential

EFIHMW00296851

| | December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| *Amounts Recognized in the Balance Sheet Consist of:* | | |
| Other noncurrent assets[a] .................................................. | $ 9 | $ 8 |
| Intangible asset ........................................................... | — | 9 |
| Regulatory asset .......................................................... | — | 66 |
| Other current liabilities ................................................... | (2) | — |
| Other noncurrent liabilities ................................................ | (374) | (304) |
| Accumulated other comprehensive income ..................................... | — | 60 |
| Accumulated deferred income tax assets ...................................... | — | 68 |
| Net amount recognized ................................................. | $(367) | $ (93) |
| *Amounts Recognized in Other Comprehensive Income and Accumulated Other Comprehensive Income under SFAS 158 Consist of:* | | |
| Net loss ................................................................. | $ 2 | |
| Prior service cost ......................................................... | 5 | |
| Net amount recognized ................................................. | $ 7 | |
| *Amounts Recognized as Regulatory Assets under SFAS 158 Consist of:* | | |
| Net loss ................................................................. | $ 203 | |
| Prior service cost ......................................................... | 3 | |
| Net amount recognized ................................................. | $ 206 | |

(a)    Amounts represent overfunded plans.

The following table provides information regarding pension plans with projected benefit obligation (PBO) and accumulated benefit obligation (ABO) in excess of the fair value of plan assets.

| | Year Ended December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| *Pension Plans with PBO and ABO in Excess of Plan Assets:* | | |
| Projected benefit obligation ............................................... | $2,452 | $2,435 |
| Accumulated benefit obligation ............................................ | 2,291 | 2,271 |
| Plan assets .............................................................. | 2,076 | 1,967 |

*Asset Allocations*—The weighted-average asset allocations of pension plans by asset category are as follows:

| Asset Type | Allocation of Plan Assets | | Target Allocation Ranges | Expected Long-term Returns |
| --- | --- | --- | --- | --- |
| | 2006 | 2005 | | |
| US equities ............................................ | 46.1% | 49.9% | 30% - 65% | 9.5% |
| International equities .................................... | 18.6% | 16.0% | 5% - 20% | 10.0% |
| Fixed income ........................................... | 31.9% | 29.4% | 15% - 50% | 6.8% |
| Real estate ............................................. | 3.4% | 4.7% | 0% - 10% | 8.2% |
| | 100.0% | 100.0% | | 8.75% |

*Expected Long-Term Rate of Return on Assets Assumption*—TXU Corp. considered both historical returns and future expectations for returns of various asset classes in its determination of the expected long-term rate of return assumption. A key expectation is that current interest rates will move towards an equilibrium interest rate that produces a 6% yield on intermediate government bonds. Expected returns for other asset classes are based on

F-94

Confidential

EFIHMW00296852

incremental returns over such expected government bond yield. The expected return for each asset class is then weighted based on the target asset allocation to develop the expected long-term rate of return assumption for the portfolio.

*Investment Strategy*—The investment objective is to provide a competitive return on the assets in each plan, while at the same time preserving the value of those assets. The strategy is to invest a third of the assets in fixed income and two thirds in equity, while maintaining sufficient cash to pay benefits and expenses.

The fixed income assets are diversified by sector and security, are intermediate in duration, and maintain an average quality rating of at least "A" (as determined by a major ratings agency such as Moody's). The allocation to fixed income assets also includes an allocation to income producing real estate through private, unlevered real estate investment trusts. The equity assets are diversified by size, style and location with a conservative bias toward value securities.

*Postretirement Employee Benefits Other Than Pensions*—TXU Corp. offers health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. For employees retiring on or after January 1, 2002, the retiree contributions required for such coverage vary based on a formula depending on the retiree's age and years of service.

F-95

Confidential

EFIHMW00296853

The following information regarding postretirement employee benefits other than pensions is based on December 31 measurement dates:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| *Assumptions used to determine net periodic benefit cost:* | | | |
| Discount rate | 5.75% | 6.00% | 6.00% - 6.50% |
| Expected return on plan assets | 8.67% | 8.67% | 8.66% |
| *Components of Net Postretirement Benefit Cost:* | | | |
| Service cost | $ 13 | $ 13 | $ 15 |
| Interest cost | 60 | 56 | 60 |
| Expected return on assets | (21) | (20) | (18) |
| Amortization of net transition obligation | 1 | 1 | 2 |
| Amortization of prior service cost/(credit) | (3) | (3) | (2) |
| Amortization of net loss | 31 | 24 | 25 |
| Recognized curtailment gain | — | — | (2) |
| Net postretirement benefit cost | $ 81 | $ 71 | $ 80 |
| *Assumptions used to determine benefit obligations at December 31:* | | | |
| Discount rate | 5.90% | 5.75% | 6.00% - 6.50% |
| *Change in Postretirement Benefit Obligation:* | | | |
| Benefit obligation at beginning of year | $1,065 | $ 987 | |
| Service cost | 13 | 13 | |
| Interest cost | 60 | 56 | |
| Participant contributions | 14 | 16 | |
| Medicare Part D reimbursement | 5 | — | |
| Actuarial (gain)/loss | (150) | 62 | |
| Benefits paid | (59) | (69) | |
| Benefit obligation at end of year | $ 948 | $1,065 | |
| *Change in Plan Assets:* | | | |
| Fair value of assets at beginning of year | $ 245 | $ 229 | |
| Actual return on assets | 23 | 12 | |
| Employer contributions | 23 | 52 | |
| Participant contributions | 14 | 14 | |
| Medicare Part D reimbursement | 5 | — | |
| Benefits paid | (59) | (62) | |
| Fair value of assets at end of year | $ 251 | $ 245 | |

F-96

EFIHMW00296854

| | Year Ended December 31, | |
|---|---|---|
| | 2006 | 2005 |
| *Funded Status:* | | |
| Benefit obligation .................................................... | $(948) | $(1,065) |
| Fair value of assets .................................................. | 251 | 245 |
| Funded status at end of year .................................. | (697) | (820) |
| Unrecognized net transition obligation ................................ | — | 10 |
| Unrecognized prior service credit .................................... | — | (14) |
| Unrecognized net loss ................................................ | — | 387 |
| Accrued postretirement benefit obligation .................................... | $(697) | $  (437) |

*Amounts Recognized in Other Comprehensive Income and Accumulated Other Comprehensive Income under SFAS 158 Consist of:*

| | |
|---|---|
| Net loss ................................................................ | $  15 |
| Prior service cost credit ............................................... | (13) |
| Net transition obligation ............................................. | 1 |
| Net amount recognized ........................................ | $   3 |

*Amounts Recognized as Regulatory Assets under SFAS 158 Consist of:*

| | |
|---|---|
| Net loss ............................................................... | $ 202 |
| Prior service cost credit ............................................. | (12) |
| Net transition obligation ............................................. | 8 |
| Net amount recognized ........................................ | $ 198 |

The following tables provide information regarding the assumed health care cost trend rates.

| | Not Medicare Eligible December 31, | | Medicare Eligible December 31, | |
|---|---|---|---|---|
| | 2006 | 2005 | 2006 | 2005 |
| *Assumed Health Care Cost Trend Rates :* | | | | |
| Health care cost trend rate assumed for next year ...................... | 6.5% | 8% | 8% | 9% |
| Rate to which the cost trend is expected to decline (the ultimate trend rate) ... | 5.0% | 5% | 5% | 5% |
| Year that the rate reaches the ultimate trend rate ....................... | 2010 | 2010 | 2012 | 2012 |

| | 1-Percentage Point Increase | 1-Percentage Point Decrease |
|---|---|---|
| *Sensitivity Analysis of Assumed Health Care Cost Trend Rates :* | | |
| Effect on accumulated postretirement obligation ...................... | $112 | $(92) |
| Effect on postretirement benefits cost ................................ | 8 | (7) |

F-97

EFIHMW00296855

*Asset Allocations*—

The weighted average asset allocations of the OPEB plan by asset category are as follows:

| Asset Type | Allocation of Plan Assets December 31, | |
|---|---|---|
| | 2006 | 2005 |
| US equities | 56.8% | 57.3% |
| International equities | 9.3% | 7.7% |
| Fixed income | 32.2% | 32.8% |
| Real estate | 1.7% | 2.2% |
| | 100.0% | 100.0% |

| Plan Type | Expected Long-term Returns |
|---|---|
| 401(h) accounts | 8.75% |
| Life Insurance VEBA | 8.75% |
| Union VEBA | 8.75% |
| Non-Union VEBA | 4.80% |
| Insurance Continuation Reserve | 7.24% |
| | 8.67% |

Investment strategy and the basis used to determine the expected long-term return on assets for postretirement benefit plans is similar to that discussed above for the pension plans.

***Regulatory Recovery of Pension and OPEB Costs***—In June 2005, an amendment to PURA relating to pension and OPEB costs was enacted by the Legislature of the State of Texas. This amendment provides for the recovery by Oncor Electric Delivery of pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility, which in addition to its own employees consists largely of active and retired personnel engaged in Texas Competitive Holdings' activities, related to service of those additional personnel prior to the deregulation and disaggregation of TXU Corp.'s business effective January 1, 2002. The amendment additionally authorizes Oncor Electric Delivery to establish a regulatory asset or liability for the difference between the amounts of pension and OPEB costs approved in current billing rates and the actual amounts that would otherwise have been recorded as charges or credits to earnings. Accordingly, in the second quarter of 2005, Oncor Electric Delivery began deferring (principally as a regulatory asset or property) additional pension and OPEB costs for the effect of the amendment, which was retroactively effective January 1, 2005. Amounts deferred are ultimately subject to regulatory approval. Amounts recorded as a regulatory asset in 2006 totaled $34 million.

Information regarding net pension and other postretirement employee benefit costs recognized as expense follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| Pension costs under SFAS 87 | $ 66 | $ 46 | $ 58 |
| OPEB costs under SFAS 106 | 81 | 71 | 80 |
| Total benefit costs | 147 | 117 | 138 |
| Less amounts deferred principally as a regulatory asset or property | (84) | (58) | (27) |
| Net amounts recognized as expense | $ 63 | $ 59 | $111 |

F-98

EFIHMW00296856

*Assumed Discount Rate*—The discount rates reflected in net pension and other postretirement employee benefit costs are 5.75% and 6.0% in 2006 and 2005, respectively. During 2004, the discount rate assumption for the pension and other postretirement employee benefit plans was revised as a result of remeasurements required by the Capgemini and TXU Gas transactions and changing interest rates. For the first half of 2004, the discount rate was 6.25%. The rate used for the third quarter was 6.5%, and the rate used in the fourth quarter was 6.0%. In selecting the assumed discount rate, TXU Corp. considered fixed income security yields for an Aa rated portfolio of bonds as reported by Moody's.

*Amortization in 2007*—The estimated net loss and prior service cost for the defined benefit pension plans that will be amortized as from accumulated other comprehensive income into net periodic pension cost in 2007 total $18 million and $2 million, respectively. The estimated net loss, prior service credit and net transition obligation for the OPEB plans that will be amortized from accumulated other comprehensive income into net periodic benefit cost in 2007 total $14 million, a $3 million credit and $1 million, respectively.

*Contributions in 2007*—Estimated funding in 2007 of the pension plan and OPEB plan total $126 million and $27 million, respectively.

*Future Benefit Payments*—Estimated future benefit payments to beneficiaries are as follows:

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 - 16 |
|---|---|---|---|---|---|---|
| Pension benefits | $109 | $115 | $121 | $128 | $136 | $834 |
| OPEBs | $ 54 | $ 57 | $ 60 | $ 62 | $ 65 | $364 |
| Medicare Part D subsidies received | $ (6) | $ (7) | $ (8) | $ (8) | $ (9) | $ (55) |

*Thrift Plan*—Employees of TXU Corp. and its consolidated subsidiaries may participate in a qualified savings plan, the Thrift Plan. This plan is a participant-directed defined contribution plan intended to qualify under Section 401(a) of the Code, and is subject to the provisions of ERISA. The Thrift Plan includes an employee stock ownership component. Under the terms of the Thrift Plan, as amended effective in 2002, employees who do not earn more than the IRS threshold compensation limit used to determine highly compensated employees may contribute, through pre-tax salary deferrals and/or after-tax payroll deductions, the lesser of 75% of their regular salary or wages or the maximum amount permitted under law. Employees who earn more than such threshold may contribute from 1% to 16% of their regular salary or wages. Employer matching contributions are also made in an amount equal to 100% of the first 6% of employee contributions for employees who are covered under the cash balance formula of the Retirement Plan, and 75% of the first 6% of employee contributions for employees who are covered under the traditional defined benefit formula of the Retirement Plan. Prior to January 1, 2006, employer matching contributions were invested in TXU Corp. common stock. Effective January 1, 2006, employees may reallocate or transfer all or part of their accumulated or future employer matching contributions to any of the plan's other investment options. See Note 17 for additional information related to the Thrift Plan.

Confidential

EFIHMW00296857

## 22. STOCK-BASED COMPENSATION PLANS

Under its shareholder-approved long-term incentive plans, TXU Corp. has provided discretionary awards to qualified management employees payable in its common stock. As presented below, the awards generally vest over a three-year period and the number of shares ultimately earned is based on the performance of TXU Corp.'s stock over the vesting period. Awards were issued in 2005 and 2006 under the current Omnibus Incentive Compensation Plan (OICP), which was approved by shareholders in May 2005. The OICP replaced the Long-Term Incentive Plan (LTIP) under which the last awards vest in 2007.

| | OICP | LTIP |
|---|---|---|
| Vesting period | Three years | Two or three years |
| Potential share pay-out as a percent of initial number of awards granted | 0% to 175%[a] | 0% to 200% |
| Basis for pay-out percentage—actual TXU Corp. three-year share return compared to: | • 50% of award—threshold TXU Corp. share returns<br>• 50% of award—share returns of companies comprising the S&P 500 Electric Utilities Index for 2005 awards and the S&P 500 Electric Utilities Index and S&P 500 Multi-Utilities Index for 2006 awards[a] | Share returns of companies comprising the S&P 500 Electric Utilities Index |
| Award type | Performance units payable in TXU Corp. stock upon vesting | Restricted stock and performance units payable in TXU Corp. stock upon vesting |

---

(a)  For a small number of employees under employment agreements, potential share pay-out as a percent of initial number of awards granted is 0% to 200%, and the number of OICP shares distributed is based 100% on TXU Corp.'s total share return over the vesting period compared to the total returns of companies comprising the Standard & Poor's 500 Electric Utilities Index.

In addition, TXU Corp. has established restrictions that limit certain employees' opportunities to liquidate vested LTIP and OICP awards. For both restricted stock and performance unit awards, dividends over the vesting periods are converted to equivalent shares of TXU Corp. common stock to be distributed upon vesting.

The determination of the fair value of stock-based compensation awards at grant date is based on a Monte Carlo simulation. The more significant assumptions used in this valuation process are as follows:

•  Expected volatility of the stock price of TXU Corp. and peer group companies—expected volatility is determined based on historical stock price volatilities using daily stock price returns for the three years prior to the grant date.

•  The dividend rate for TXU Corp. and peer group companies based on the observed dividend payments over the twelve months prior to grant date.

•  Risk-free rate (three-year U.S. Treasury securities) during the three year vesting period.

F-100

Confidential

EFIHMW00296858

- Discount for liquidation restrictions—this factor estimates the discount for lack of marketability of vested awards due to the anticipated time for the approval and issuance of the awards, the black-out period immediately after the grant and additional holding requirements imposed on senior executives. This discount is determined based on an estimation of the cost of a protective put at the award date and is calculated using the Black-Scholes option pricing model using expected volatility assumptions based on historical and implied volatility as discussed above and a risk-free rate of return over the option period.

| Assumptions | 2006 | 2005 | 2004 |
|---|---|---|---|
| Expected volatility | 29% | 25% - 30% | 25% - 35% |
| Expected annual dividend | $1.65 | $1.125 | $1.50 - $2.50 |
| Risk-free rate | 4.83% | 5.75% | 2.54% - 3.54% |
| Discount for post vesting restriction | 6.4% - 11.1% | 6.5% - 12.5% | 20% - 25% |

The following table presents information about these stock-based compensation plans:

| | LTIP and OICP Awards | TXU Gas Stock Option Plan |
|---|---|---|
| **Number of awards:** | | |
| Balance—December 31, 2003 | 5,761,666 | 47,348 |
| Granted in 2004 | 3,940,530 | — |
| Forfeited/expired | (3,420,300) | (8,610) |
| Vested/exercised | (7,334) | (33,466) |
| Balance—December 31, 2004 | 6,274,562 | 5,272 |
| Granted in 2005 | 1,231,392 | — |
| Forfeited/expired | (687,940) | (1,520) |
| Vested/exercised | (1,532,032) | (2,232) |
| Balance—December 31, 2005 | 5,285,982 | 1,520 |
| Granted in 2006 | 1,052,222 | — |
| Forfeited/expired | (523,946) | (1,520) |
| Vested/exercised | (1,563,918) | — |
| Balance—December 31, 2006 | 4,250,340 | |
| To vest/exercisable in—2007 | 2,159,509 | — |
| To vest/exercisable in—2008 | 1,084,568 | — |
| To vest/exercisable in—2009 | 1,006,263 | — |
| Weighted average fair value—2006 | | |
| Outstanding—Beginning of year | $   19.26 | |
| Granted | $   42.35 | |
| Forfeited | $   17.63 | |
| Vested | $   26.05 | |
| Outstanding—End of year | $   23.60 | |
| Weighted average fair value of awards granted in | | |
| 2004 | $    3.49 | |
| 2005 | $   20.68 | |
| 2006 | $   42.35 | |

Confidential

EFIHMW00296859

The above table reflects the weighted average fair value of the awards on the grant date. Principally because the 2004 awards were converted to cash-settled awards during part of 2004 as discussed below, the weighted average fair value of the 2004 awards outstanding at December 31, 2004 was $12.89.

TXU Corp. adopted SFAS 123R in 2004. This accounting rule eliminates the alternative of applying the intrinsic value measurement provisions of APB 25 to stock compensation awards and requires the measurement of the cost of such awards over the vesting period based on the grant-date fair value of the award. TXU Corp. adopted SFAS 123R using the modified retrospective method, which allows for application to only prior interim periods in the year of initial adoption and resulted in the recognition of a credit of $15 million ($10 million after-tax) cumulative effect of a change in accounting principle. For a portion of the 2004 period, the restricted stock awards were payable in cash, but the restricted stock awards were modified in December of 2004 to be payable in TXU Corp. common stock.

Reported expense related to the awards totaled $27 million, $32 million and $56 million ($18 million, $21 million and $36 million after-tax) in 2006, 2005 and 2004, respectively. As of December 31, 2006, unrecognized expense related to nonvested OICP and LTIP awards totaled $42 million, which is expected to be recognized over a weighted average period of two years.

The fair value of awards that vested in 2006, 2005 and 2004 totaled $210 million, $120 million and less than $1 million, respectively, based on the vesting date share prices. The aggregate fair value of outstanding awards expected to vest totaled $321 million based on the share price and performance of TXU Corp. stock as of December 31, 2006.

The maximum number of shares of stock for which OICP awards may be granted under the plan is 18,000,000, of which 16,551,413 shares remain authorized and available for future issuance. The maximum number of shares of common stock for which LTIP awards may be granted under the plan is 20,000,000, of which 2,595,761 shares remain authorized and available.

Effective with the merger of ENSERCH Corporation (subsequently TXU Gas) and TXU Corp. in 1997 outstanding options for ENSERCH Corporation common stock were exchanged for 1,065,826 options for TXU Corp. common stock (TXU Gas Stock Option Plan). The weighted average exercise price for outstanding options at the beginning of 2006 was $11.95 and the weighted average exercise price for forfeited/expired options was $11.95. All options were granted on or before August 5, 1997 and expired on or before February 16, 2006. No further options may be granted under this plan.

## 23. FAIR VALUE OF NONDERIVATIVE FINANCIAL INSTRUMENTS

The carrying amounts and related estimated fair values of significant nonderivative financial instruments were as follows:

| | December 31, 2006 | | December 31, 2005 | |
|---|---|---|---|---|
| | Carrying Amount | Fair Value | Carrying Amount | Fair Value |
| **On balance sheet assets (liabilities):** | | | | |
| Long-term debt (including current maturities)[a][b] .......... | $(11,018) | $(11,308) | $(12,479) | $(12,891) |
| LESOP note receivable (see Note 17) .................... | $   210 | $   242 | $   220 | $   259 |
| **Off balance sheet assets (liabilities):** | | | | |
| Financial guarantees ................................. | $   — | $   (6) | $   — | $   (8) |

(a)   Excludes capital leases.
(b)   2005 amounts include stock purchase contracts related to equity-linked debt.

See Note 19 for discussion of accounting for financial instruments that are derivatives.

Confidential                                                                                                        EFIHMW00296860

The fair values of on-balance sheet instruments are estimated at the lesser of either the call price or the market value as determined by quoted market prices, where available, or, where not available, at the present value of future cash flows discounted at rates consistent with comparable maturities with similar credit risk.

The fair value of each financial guarantee is based on the difference between the credit spread of the entity responsible for the underlying obligation and a financial counterparty applied, on a net present value basis, to the notional amount of the guarantee.

The carrying amounts for financial assets classified as current assets and the carrying amounts for financial liabilities classified as current liabilities approximate fair value due to the short maturity of such instruments. The fair values of other financial instruments, including the Capgemini put option, for which carrying amounts and fair values have not been presented are not materially different than their related carrying amounts.

## 24. SEGMENT INFORMATION

TXU Corp.'s operations are aligned into two reportable business segments: Competitive Electric and Regulated Delivery. The segments are managed separately because they are strategic business units that offer different products or services and involve different risks.

Competitive Electric segment is engaged in competitive market activities consisting of electricity generation, retail electricity sales to residential and business customers, wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. These activities are conducted principally by subsidiaries of Texas Competitive Holdings. The results of this segment also include the activities of TXU DevCo and its subsidiaries, which are engaged in the development of new lignite/coal-fueled generation facilities, and the activities of a lease trust holding certain combustion turbines.

Regulated Delivery segment is engaged in regulated electricity transmission and distribution operations in Texas. The segment includes the activities of Oncor Electric Delivery's wholly owned bankruptcy-remote financing subsidiary.

Corporate and Other represents the remaining nonsegment operations consisting primarily of discontinued operations, general corporate expenses, interest on debt at the TXU Corp. level and activities involving mineral interest holdings.

The accounting policies of the business segments are the same as those described in the summary of significant accounting policies. TXU Corp. evaluates performance based on income from continuing operations. TXU Corp. accounts for intersegment sales and transfers as if the sales or transfers were to third parties, that is, at current market prices.

F-103

Confidential

EFIHMW00296861

| | Competitive Electric | TXU Electric Delivery | Corp. and Other | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Operating Revenues | | | | | |
| 2006 | $ 9,549 | $ 2,449 | $ 49 | $(1,191) | $10,856 |
| 2005 | 9,552 | 2,394 | 30 | (1,314) | 10,662 |
| 2004 | 8,402 | 2,226 | 31 | (1,443) | 9,216 |
| Regulated Revenues—Included in Operating Revenues | | | | | |
| 2006 | — | 2,449 | — | (1,139) | 1,310 |
| 2005 | — | 2,394 | — | (1,278) | 1,116 |
| 2004 | — | 2,226 | — | (1,420) | 806 |
| Affiliated Revenues—Included in Operating Revenues | | | | | |
| 2006 | 8 | 1,139 | 44 | (1,191) | — |
| 2005 | 9 | 1,278 | 27 | (1,314) | — |
| 2004 | 2 | 1,420 | 21 | (1,443) | — |
| Depreciation and Amortization | | | | | |
| 2006 | 334 | 476 | 20 | — | 830 |
| 2005 | 313 | 446 | 17 | — | 776 |
| 2004 | 350 | 389 | 21 | — | 760 |
| Equity in Earnings (Losses) of Unconsolidated Subsidiaries | | | | | |
| 2006 | (10) | (4) | (19) | 19 | (14) |
| 2005 | (7) | (3) | (1) | 11 | — |
| 2004 | (5) | (2) | 1 | 7 | 1 |
| Interest Income | | | | | |
| 2006 | 202 | 58 | 91 | (305) | 46 |
| 2005 | 70 | 59 | 99 | (180) | 48 |
| 2004 | 31 | 56 | 77 | (136) | 28 |
| Interest Expense and Related Charges | | | | | |
| 2006 | 388 | 286 | 461 | (305) | 830 |
| 2005 | 393 | 269 | 320 | (180) | 802 |
| 2004 | 353 | 280 | 198 | (136) | 695 |
| Income Tax Expense (Benefit) | | | | | |
| 2006 | 1,239 | 170 | (146) | — | 1,263 |
| 2005 | 687 | 174 | (229) | — | 632 |
| 2004 | 162 | 116 | (236) | — | 42 |
| Income from Continuing Operations Before Extraordinary Items and Cumulative Effect of Changes in Accounting Principles | | | | | |
| 2006 | 2,363 | 344 | (242) | — | 2,465 |
| 2005 | 1,429 | 351 | (5) | — | 1,775 |
| 2004 | 408 | 255 | (582) | — | 81 |
| Investment in Equity Investees | | | | | |
| 2006 | — | — | 1 | — | 1 |
| 2005 | — | — | — | — | — |
| Total Assets[a] | | | | | |
| 2006 | 18,995 | 10,709 | 1,676 | (5,458) | 25,922 |
| 2005 | 17,885 | 9,911 | 1,717 | (3,974) | 25,539 |
| Capital Expenditures | | | | | |
| 2006 | 1,330 | 840 | 10 | — | 2,180 |
| 2005 | 309 | 733 | 5 | — | 1,047 |
| 2004 | 281 | 600 | 31 | — | 912 |

(a)   Assets by segment exclude investments in affiliates.

F-104

Confidential

EFIHMW00296862

## 25. SUPPLEMENTARY FINANCIAL INFORMATION

### Regulated Versus Unregulated Operations—

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| Operating revenues | | | |
| Regulated | $ 2,449 | $ 2,394 | $ 2,226 |
| Unregulated | 9,598 | 9,582 | 8,434 |
| Intercompany sales eliminations—regulated | (1,139) | (1,278) | (1,420) |
| Intercompany sales eliminations—unregulated | (52) | (36) | (24) |
| Total operating revenues | 10,856 | 10,662 | 9,216 |
| Costs and operating expenses | | | |
| Fuel, purchased power and delivery fees—unregulated[a] | 2,784 | 4,261 | 3,755 |
| Operating costs—regulated | 770 | 758 | 730 |
| Operating costs—unregulated | 603 | 667 | 699 |
| Depreciation and amortization—regulated | 476 | 446 | 389 |
| Depreciation and amortization—unregulated | 354 | 330 | 371 |
| Selling, general and administrative expenses—regulated | 172 | 198 | 219 |
| Selling, general and administrative expenses—unregulated | 647 | 583 | 872 |
| Franchise and revenue-based taxes—regulated | 262 | 247 | 248 |
| Franchise and revenue-based taxes—unregulated | 128 | 117 | 119 |
| Other income | (121) | (151) | (148) |
| Other deductions | 269 | 45 | 1,172 |
| Interest income | (46) | (48) | (28) |
| Interest expense and other charges | 830 | 802 | 695 |
| Total costs and expenses | 7,128 | 8,255 | 9,093 |
| Income from continuing operations before income taxes, extraordinary gain (loss) and cumulative effect of changes in accounting principles | $ 3,728 | $ 2,407 | $ 123 |

(a)  Includes unregulated cost of fuel consumed of $927 million in 2006, $968 million in 2005 and $971 million in 2004. The balance represents energy purchased for resale and delivery fees net of intercompany eliminations.

The operations of the Competitive Electric segment are included above as unregulated, as the Texas market is open to competition. However, retail pricing to residential customers in the historical service territory was subject to certain price controls until December 31, 2006.

F-105

EFIHMW00296863

*Interest Expense and Related Charges—*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| Interest | $861 | $798 | $637 |
| Distributions on exchangeable preferred membership interests of Texas Competitive Holdings[a] | — | — | 22 |
| Interest on long-term debt held by subsidiary trust | — | — | 19 |
| Preferred stock dividends of subsidiaries | — | 3 | 2 |
| Amortization of debt discounts, premiums and issuance cost | 16 | 18 | 27 |
| Capitalized interest including debt portion of allowance for borrowed funds used during construction | (47) | (17) | (12) |
| Total interest expense and related charges | $830 | $802 | $695 |

---

(a)  In April 2004, TXU Corp. purchased from unaffiliated holders Texas Competitive Holdings' preferred membership interests.

*Restricted Cash—*

| | Balance Sheet Classification | | | |
| --- | --- | --- | --- | --- |
| | At December 31, 2006 | | At December 31, 2005 | |
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
| Pollution control revenue bond funds held by trustee (See Note 15) | $ — | $241 | $ — | $ — |
| Amounts related to securitization (transition) bonds | 55 | 17 | 46 | 13 |
| All other | 3 | — | 8 | 3 |
| Total restricted cash | $ 58 | $258 | $ 54 | $ 16 |

*Inventories by Major Category—*

| | December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| Materials and supplies | $189 | $163 |
| Fuel stock | 94 | 81 |
| Natural gas in storage | 75 | 99 |
| Environmental energy credits and emission allowances | 25 | 21 |
| Total inventories | $383 | $364 |

F-106

Confidential

EFIHMW00296864

*Property, Plant and Equipment—*

| | December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| Competitive Electric: | | |
| Generation | $15,926 | $15,887 |
| Nuclear fuel (net of accumulated amortization of $1,123 and $1,058) | 159 | 115 |
| Other assets | 402 | 389 |
| Regulated Delivery: | | |
| Transmission | 3,179 | 2,829 |
| Distribution | 7,788 | 7,384 |
| Other assets | 415 | 401 |
| Corporate and Other | 466 | 465 |
| Total | 28,335 | 27,470 |
| Less accumulated depreciation | 11,319 | 10,804 |
| Net of accumulated depreciation | 17,016 | 16,666 |
| Construction work in progress | | |
| Competitive Electric (includes $1,070 related to DevCo) | 1,607 | 401 |
| Regulated Delivery | 123 | 106 |
| Corporate and Other | 10 | 19 |
| Total construction work in progress | 1,740 | 526 |
| Property, plant and equipment—net | $18,756 | $17,192 |

Assets related to capitalized leases included above totaled $96 million at December 31, 2006 and $100 million at December 31, 2005, net of accumulated depreciation.

Consolidated depreciation expense as a percent of average depreciable property approximated 2.3% for 2006, 2005 and 2004. Texas Competitive Holdings' depreciation expense as a percent of average depreciable property approximated 2.0% for 2006, 1.9% for 2005 and 2.0% for 2004. Oncor Electric Delivery's depreciation expense as a percent of average depreciable property approximated 2.8% for 2006, 2005 and 2004.

*Asset Retirement Obligations*—These liabilities primarily relate to nuclear generation plant decommissioning, land reclamation related to lignite mining, removal of lignite/coal-fueled plant ash treatment facilities and generation plant asbestos removal and disposal costs. There is no earnings impact with respect to the recognition of the asset retirement costs for nuclear decommissioning, as all costs are recoverable through the regulatory process as part of Oncor Electric Delivery's rate setting.

The following table summarizes the changes to the asset retirement liability, reported in other noncurrent liabilities and deferred credits in the consolidated balance sheet, during the year ended December 31, 2006:

| | |
| --- | --- |
| Asset retirement liability at December 31, 2005 | $ 558 |
| Additions: | |
| Accretion | 36 |
| Incremental mining reclamation costs | 21 |
| Reductions: | |
| Net change in mining land reclamation estimated liability | (4) |
| Mining reclamation payments | (26) |
| Asset retirement liability at December 31, 2006 | $ 585 |

F-107

Confidential

*Intangible Assets*—Intangible assets other than goodwill are comprised of the following:

| | As of December 31, 2006 | | | As of December 31, 2005 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Capitalized software placed in service . . . . . | $423 | $339 | $ 84 | $386 | $314 | $ 72 |
| Land easements . . . . . . . . . . . . . . . . . . . . . . | 180 | 65 | 115 | 178 | 63 | 115 |
| Mineral rights and other . . . . . . . . . . . . . . . | 31 | 25 | 6 | 31 | 24 | 7 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . | $634 | $429 | $205 | $595 | $401 | $194 |

Aggregate TXU Corp. amortization expense for intangible assets for the years ended December 31, 2006, 2005 and 2004 totaled $38 million, $23 million and $46 million, respectively. At December 31, 2006, the weighted average remaining useful lives of capitalized software, land easements and mineral rights and other assets were 6 years, 69 years and 40 years, respectively. The estimated aggregate amortization expense for each of the five succeeding fiscal years from December 31, 2006 is as follows:

| Year | |
|---|---|
| 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $29 |
| 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 |
| 2009 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 |
| 2010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| 2011 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |

Goodwill (net of accumulated amortization) as of December 31, 2006 and 2005 totaled $542 million with $517 million at Texas Competitive Holdings and $25 million at Oncor Electric Delivery.

TXU Corp. evaluates goodwill for impairment at least annually (as of October 1) in accordance with SFAS No. 142, "Goodwill and Other Intangible Assets" (SFAS 142). The impairment tests performed are based on discounted cash flow analyses. No goodwill impairment has been recognized for consolidated reporting units reflected in results from continuing operations.

F-108

EFIHMW00296866

*Regulatory Assets and Liabilities—*

|  | December 31, | |
|---|---|---|
|  | 2006 | 2005 |
| **Regulatory Assets** | | |
| Generation-related regulatory assets securitized by transition bonds | $1,316 | $1,461 |
| Securities reacquisition costs | 112 | 119 |
| Recoverable deferred income taxes—net | 90 | 107 |
| Storm-related service recovery costs | 138 | 110 |
| Employee retirement costs | 461 | 89 |
| Nuclear decommissioning cost under-recovery | — | 8 |
| Employee severance costs | 44 | 33 |
| Total regulatory assets | 2,161 | 1,927 |
| **Regulatory Liabilities** | | |
| Investment tax credit and protected excess deferred taxes | 63 | 71 |
| Over-collection of securitization (transition) bond revenues | 34 | 28 |
| Nuclear decommissioning cost over-recovery | 17 | — |
| Other regulatory liabilities | 19 | 2 |
| Total regulatory liabilities | 133 | 101 |
| Net regulatory assets | $2,028 | $1,826 |

Regulatory assets totaling $121 million have been reviewed and approved by the Commission and are earning a return. The unamortized amounts of these regulatory assets reflected in the above table totaled $100 million and $105 million at December 31, 2006 and 2005, respectively. The assets that have been approved by the Commission and are not earning a return total $1.3 billion at December 31, 2006 and $1.5 billion at December 31, 2005 and have a remaining recovery period of 10 to 44 years, including the regulatory assets securitized by transition bonds that have a remaining recovery period of 10 years.

*Severance Liability Related to Strategic Initiatives—*

|  | TXU Energy Holdings | TXU Electric Delivery | Corp. & Other | Total |
|---|---|---|---|---|
| Liability for severance costs as of January 1, 2005 | $ 42 | $ 12 | $ 1 | $ 55 |
| Additions to liability | 4 | — | 1 | 5 |
| Payments charged against liability | (22) | (8) | (2) | (32) |
| Other adjustments to the liability | (6) | — | — | (6) |
| Liability for severance costs as of December 31, 2005 | 18 | 4 | — | 22 |
| Additions to liability[a] | 8 | 8 | — | 16 |
| Payments charged against liability | (24) | (10) | — | (34) |
| Other adjustments to the liability | (1) | (1) | — | (2) |
| Liability for severance costs as of December 31, 2006 | $ 1 | $ 1 | $ — | $ 2 |

_____

(a) Texas Competitive Holdings and Oncor Electric Delivery additions to liability are both related to services agreements entered into with certain providers. Oncor Electric Delivery amount was recorded with an offset to a regulatory asset.

(b) The table above excludes severance capitalized as a regulatory asset or included in discontinued operations.

F-109

EFIHMW00296867

*Supplemental Cash Flow Information—*

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| Cash payments (receipts) related to continuing operations: | | | |
| Interest (net of amounts capitalized) | $823 | $774 | $695 |
| Income taxes | $220 | $ 89 | $ 15 |
| Cash payments (receipts) related to discontinued operations: | | | |
| Interest (net of amounts capitalized) | $ — | $ — | $106 |
| Income taxes | $ — | $ 30 | $ 69 |
| Noncash investing and financing activities: | | | |
| Noncash construction expenditures(a) | $228 | $ 61 | $ 76 |
| Generation plant rail spur capital lease | $ — | $ 95 | $ — |
| Consolidation of lease trust: | | | |
| Increase in assets | $ — | $ 35 | $ — |
| Increase in debt | $ — | $ 96 | $ — |

_____

(a)   Represents end-of-year accruals.

See Note 5 for the effects of adopting FIN 47 which were noncash in nature.


## 26. SUBSEQUENT EVENTS

On February 25, 2007, TXU Corp. entered into the Merger Agreement with Merger Sub Parent and Merger Sub, whereby TXU Corp. would merge with Merger Sub and TXU Corp. would become a wholly-owned subsidiary of Merger Sub Parent. Under the terms of the Merger Agreement, Merger Sub will be merged with and into TXU Corp., with TXU Corp. continuing as the surviving corporation and becoming a wholly owned subsidiary of Merger Sub Parent. Merger Sub Parent and Merger Sub are entities directly and indirectly owned by a private investment group consisting of entities advised by or affiliated with Kohlberg Kravis Roberts & Co. and Texas Pacific Group (Sponsors).

Under the terms of the Merger Agreement, the Sponsors will acquire all of the outstanding shares of TXU Corp. for $69.25 per share, representing a transaction value of approximately $32 billion in addition to the assumption by the Sponsors and the Merger Sub Parent of approximately $12 billion of debt. The Merger Agreement contemplates that upon the merger of Merger Sub with TXU Corp., each outstanding share of TXU Corp. common stock will be cancelled and converted into the right to receive $69.25 in cash, without interest, except for shares held by either TXU Corp. or the Sponsors or their affiliates, or by dissenting shareholders until their rights to dispute are satisfied.

The Merger Agreement contains a "go-shop" provision pursuant to which TXU Corp. has the right to solicit and engage in discussions and negotiations with respect to competing proposals through April 16, 2007. TXU Corp.'s board of directors, with the assistance of its independent advisors, intends to solicit proposals during this go-shop period. After April 16, 2007, TXU Corp. may continue discussions with certain persons who have made proposals prior to the end of the go-shop period. After the go-shop period, TXU Corp. is not permitted to solicit additional proposals and may not share information or have discussions regarding alternative proposals, except in certain circumstances. There can be no assurances that the solicitation of proposals will result in an alternative transaction. TXU Corp. does not intend to disclose developments with respect to this solicitation process unless and until its board of directors has made a decision regarding any alternative proposals.

The Merger Agreement contains certain operating covenants with respect to TXU Corp. and its subsidiaries pending the consummation of the proposed merger. Generally, unless the parties have otherwise agreed with respect to specified business activities or TXU Corp. obtains the Merger Sub Parent's prior written consent,

F-110

Confidential

EFIHMW00296868

which consent cannot be unreasonably withheld, conditioned or delayed by the Merger Sub Parent, TXU Corp. and its subsidiaries must carry on their businesses in a manner consistent with a business plan that was negotiated between TXU Corp. and Merger Sub Parent and otherwise in the ordinary course of business and use reasonable best efforts to preserve their present business organizations intact and maintain existing relationships and goodwill with governmental entities, customers, suppliers, employees and business organizations. In addition, the Merger Agreement contains certain specific restrictions or limitations on the activities of each of TXU Corp. and its subsidiaries, subject to the receipt of the Merger Sub Parent's prior written consent, which consent can not be unreasonably withheld, conditioned or delayed by the Merger Sub Parent, including the issuance or repurchase of capital stock, the amendment of its charter and bylaws, acquisitions and dispositions of assets in excess of specified amounts, capital expenditures in excess of specified amounts, incurrence of certain indebtedness, modification of certain employee compensation and benefits arrangements, discharging of liabilities and changes to TXU Corp.'s trading policies, as well as executing specified trading transactions; however, TXU Corp. is permitted to declare and pay its regular quarterly dividend.

TXU Corp. may terminate the Merger Agreement under certain circumstances, including if its board of directors determines in good faith that it has received a superior proposal, and otherwise complies with certain terms of the Merger Agreement. In connection with a termination, TXU Corp. would have to pay a fee of $1 billion to Merger Sub Parent, unless such termination is in connection with a superior proposal submitted by certain persons who made such a proposal prior to the end of the go-shop period, in which case the fee would be $375 million. In certain other circumstances, the Merger Agreement provides for Merger Sub Parent to pay to TXU Corp. a fee of $1 billion upon termination of the Merger Agreement.

Consummation of the proposed merger is subject to various conditions, including approval of the merger by a vote of two-thirds of the outstanding shares of TXU Corp. common stock, expiration or termination of applicable waiting periods under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, approval of the FERC and the NRC and other customary closing conditions. In addition, Merger Sub Parent and Merger Sub will not be obligated to consummate the proposed merger unless the representations and warranties of TXU Corp. set forth in the Merger Agreement are true and correct as of the closing date, except where any failures of the representations and warranties to be true and correct, individually or in the aggregate, would not reasonably be expected to have a material adverse effect on TXU Corp. TXU Corp. also expects to seek approval of the Federal Communications Commission in connection with the closing of the proposed merger. TXU Corp. currently expects that the proposed merger will occur in the second half of 2007; however, there can be no assurance that the proposed merger will be consummated.

Substantially all of TXU Corp.'s existing debt and certain debt of Texas Competitive Holdings is likely to be contractually or effectively subordinated to this new indebtedness incurred to finance the proposed merger. In addition, this new indebtedness may contain restrictive covenants, which may adversely affect the ability of TXU Corp. and Texas Competitive Holdings' unregulated subsidiaries' ability to operate their businesses. The funding of the transaction will not result in new debt incurred at Oncor Electric Delivery.

F-111

Confidential

EFIHMW00296869

**27. SUPPLEMENTAL GUARANTOR CONDENSED FINANCIAL INFORMATION**

In connection with the Proposed Merger, TXU Corp. expects to issue $4.5 billion aggregate principal amount of debt securities consisting of $2.0 billion of senior unsecured notes and $2.5 billion of senior unsecured toggle notes (the "Notes"). The Notes will be unconditionally guaranteed by US Holdings and Transmission and Distribution Holdings Company LLC (to be newly formed), 100% owned subsidiaries of TXU Corp. (collectively the "Guarantors") on an unsecured basis. The guarantees issued by the Guarantors will be full and unconditional, joint and several guarantees of the Notes. The guarantees will rank equally with any unsecured senior indebtedness of the Guarantors and will be effectively junior to all of the secured indebtedness of the Guarantors to the extent of the assets securing that indebtedness. All other subsidiaries of TXU Corp., either direct or indirect, will not guarantee the senior unsecured notes or toggle notes (collectively the "Non-Guarantors"). The debt agreements will restrict TXU Corp.'s ability to pay dividends or make investments.

The Guarantors' investments in subsidiaries are junior to the indebtedness of the Non-Guarantor subsidiaries. In connection with the Proposed Merger, the Non-Guarantors expect to issue up to $30.85 billion of indebtedness in the future, subject to the restrictions contained in the Texas Competitive Holdings senior secured debt agreements related to the Proposed Merger.

The following tables present the condensed consolidating statements of income and cash flows of TXU Corp. (Parent/Issuer), the Guarantors and all other subsidiaries (the Non-Guarantors) for the years ended December 31, 2006, 2005 and 2004 and the condensed consolidating balance sheets as of December 31, 2006 and 2005 of TXU Corp. (Parent/Issuer), the Guarantors and the Non-Guarantors.

F-112

Confidential

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Income**
**Year ended December 31, 2006**

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Operating revenues ........................ | $  — | $  — | $12,075 | $(1,219) | $10,856 |
| Costs and expenses | | | | | |
| Fuel, purchased power costs and delivery fees ................................. | — | — | 3,929 | (1,145) | 2,784 |
| Operating costs ....................... | — | — | 1,386 | (13) | 1,373 |
| Depreciation and amortization .......... | — | — | 830 | — | 830 |
| Selling, general and administrative expenses ........................... | 70 | — | 809 | (60) | 819 |
| Franchise and revenue-based taxes ...... | 1 | — | 390 | (1) | 390 |
| Other income ......................... | (15) | — | (106) | — | (121) |
| Other deductions .................... | 7 | — | 262 | — | 269 |
| Interest income ...................... | (74) | (206) | (367) | 601 | (46) |
| Interest expense and related charges ..... | 609 | 136 | 703 | (618) | 830 |
| Total costs and expenses .......... | 598 | (70) | 7,836 | (1,236) | 7,128 |
| Income (loss) from continuing operations before income taxes and equity in earnings of subsidiaries ........................... | (598) | 70 | 4,239 | 17 | 3,728 |
| Income tax expense (benefit) .............. | (214) | 17 | 1,460 | — | 1,263 |
| Equity in earnings of subsidiaries ........... | 2,936 | 2,483 | 920 | (6,339) | — |
| Income from continuing operations before discontinued operations ................. | 2,552 | 2,536 | 3,699 | (6,322) | 2,465 |
| Income from discontinued operations, net of tax effect ................................. | — | — | 87 | — | 87 |
| Net income available for common stock ...... | $2,552 | $2,536 | $ 3,786 | $(6,322) | $ 2,552 |

F-113

Confidential

EFIHMW00296871

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Income**
**Year ended December 31, 2005**

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Operating revenues ........................ | $ — | $ — | $11,987 | $(1,325) | $10,662 |
| Costs and expenses | | | | | |
| Fuel, purchased power costs and delivery fees ................................ | — | — | 5,546 | (1,285) | 4,261 |
| Operating costs ...................... | — | — | 1,426 | (1) | 1,425 |
| Depreciation and amortization .......... | — | — | 776 | — | 776 |
| Selling, general and administrative expenses ........................... | 71 | — | 749 | (39) | 781 |
| Franchise and revenue-based taxes ...... | — | — | 364 | — | 364 |
| Other income ........................ | (1) | — | (151) | 1 | (151) |
| Other deductions .................... | (26) | — | 71 | — | 45 |
| Interest income ...................... | (117) | (78) | (220) | 367 | (48) |
| Interest expense and related charges ..... | 412 | 82 | 694 | (386) | 802 |
| Total costs and expenses .......... | 339 | 4 | 9,255 | (1,343) | 8,255 |
| Income (loss) from continuing operations before income taxes, equity in earnings of subsidiaries, extraordinary loss and cumulative effect of changes in accounting principles ........................... | (339) | (4) | 2,732 | 18 | 2,407 |
| Income tax expense (benefit) .............. | (120) | (2) | 754 | — | 632 |
| Equity in earnings of subsidiaries ........... | 1,931 | 1,802 | 563 | (4,296) | — |
| Income from continuing operations before extraordinary loss and cumulative effect of changes in accounting principles .......... | 1,712 | 1,800 | 2,541 | (4,278) | 1,775 |
| Income (loss) from discontinued operations, net of tax effect .......................... | 10 | — | (5) | — | 5 |
| Extraordinary loss, net of tax effect .......... | — | (50) | — | — | (50) |
| Cumulative effect of change in accounting principles, net of tax effect ............... | — | — | (8) | — | (8) |
| Net income before preference stock dividends ........................... | 1,722 | 1,750 | 2,528 | (4,278) | 1,722 |
| Preference stock dividends .................. | 10 | 3 | — | (3) | 10 |
| Net income available for common stock ...... | $1,712 | $1,747 | $ 2,528 | $(4,275) | $ 1,712 |

F-114

Confidential

EFIHMW00296872

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Income**
**Year ended December 31, 2004**

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Operating revenues | $ — | $ — | $10,673 | $(1,457) | $9,216 |
| Costs and expenses | | | | | |
| Fuel, purchased power costs and delivery fees | — | — | 5,172 | (1,417) | 3,755 |
| Operating costs | — | — | 1,436 | (7) | 1,429 |
| Depreciation and amortization | — | — | 760 | | 760 |
| Selling, general and administrative expenses | 191 | 2 | 931 | (33) | 1,091 |
| Franchise and revenue-based taxes | 1 | — | 366 | — | 367 |
| Other income | (365) | — | 216 | 1 | (148) |
| Other deductions | 531 | — | 642 | (1) | 1,172 |
| Interest income | (123) | (35) | (148) | 278 | (28) |
| Interest expense and related charges | 274 | 53 | 658 | (290) | 695 |
| Total costs and expenses | 509 | 20 | 10,033 | (1,469) | 9,093 |
| Income (loss) from continuing operations before income taxes, equity in earnings of subsidiaries, extraordinary gain and cumulative effect of changes in accounting principles | (509) | (20) | 640 | 12 | 123 |
| Income tax expense (benefit) | (49) | (7) | 98 | — | 42 |
| Equity in earnings of subsidiaries | 1,053 | 674 | 146 | (1,873) | — |
| Income from continuing operations before extraordinary gain and cumulative effect of changes in accounting principles | 593 | 661 | 688 | (1,861) | 81 |
| Income (loss) from discontinued operations, net of tax effect | (112) | — | 490 | — | 378 |
| Extraordinary gain, net of tax effect | — | — | 16 | — | 16 |
| Cumulative effect of change in accounting principles, net of tax effect | 4 | — | 6 | — | 10 |
| Net income before preference stock dividends | 485 | 661 | 1,200 | (1,861) | 485 |
| Exchangeable preferred membership interest buyback premium | 849 | — | — | — | 849 |
| Preference stock dividends | 22 | 2 | — | (2) | 22 |
| Net income (loss) available for common stock | $ (386) | $659 | $ 1,200 | $(1,859) | $ (386) |

F-115

Confidential

EFIHMW00296873

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows**
**For the Year Ended December 31, 2006**

| | Millions of Dollars | | | | |
| --- | --- | --- | --- | --- | --- |
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Cash flows—operating activities: | | | | | |
| Net income | $ 2,552 | $ 2,536 | $3,786 | $(6,322) | $2,552 |
| Income from discontinued operations, net of tax | — | — | (87) | — | (87) |
| Income from continuing operations | 2,552 | 2,536 | 3,699 | (6,322) | 2,465 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | | | |
| Equity in earnings of subsidiaries | (2,936) | (2,483) | (920) | 6,339 | — |
| Depreciation and amortization | — | — | 893 | — | 893 |
| Deferred income tax expense (benefit)—net | 116 | (9) | 649 | — | 756 |
| Impairment and other asset writedown charges | — | — | 204 | — | 204 |
| Net gains from unrealized mark-to-market valuations | — | — | (272) | — | (272) |
| Other, net | 6 | — | 162 | — | 168 |
| Net change in operating assets and liabilities: | 482 | 1,188 | 1,456 | (2,386) | 740 |
| Cash provided by operating activities | 220 | 1,232 | 5,871 | (2,369) | 4,954 |
| Cash flows—financing activities: | | | | | |
| Issuances of securities: | | | | | |
| Long-term debt | — | — | 243 | — | 243 |
| Common stock | 180 | — | — | — | 180 |

F-116

Confidential

EFIHMW00296874

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows—Continued**
**Year Ended December 31, 2006**

|  | Millions of Dollars | | | | |
|---|---|---|---|---|---|
|  | Parent/Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Retirements/repurchases of securities: |  |  |  |  |  |
|   Long-term debt | (911) | (6) | (774) | — | (1,691) |
|   Common stock | (960) | — | — | — | (960) |
| Change in short term borrowings | — | — | 694 | — | 694 |
| Cash dividends paid | (764) | (858) | (1,484) | 2,342 | (764) |
| Change in advances—affiliates | 1,724 | — | 981 | (2,705) | — |
| Other, net | (12) | — | (22) | — | (34) |
| Cash used in financing activities | (743) | (864) | (362) | (363) | (2,332) |
| Cash flows—investing activities: |  |  |  |  |  |
|   Capital expenditures and nuclear fuel | (12) | — | (2,285) | — | (2,297) |
|   Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 207 | — | 207 |
|   Investments in nuclear decommissioning trust fund securities | — | — | (223) | — | (223) |
|   Change in advances—affiliates | — | (299) | (2,433) | 2,732 | — |
|   Investments in collateral trust | 533 | — | (533) | — | — |
|   Other, net | 2 | (69) | (284) | — | (351) |
| Cash used in investing activities | 523 | (368) | (5,551) | 2,732 | (2,664) |
| Cash flows—discontinued operations: |  |  |  |  |  |
|   Operating activities | — | — | 30 | — | 30 |
|   Financing activities | — | — | — | — | — |
|   Investing activities | — | — | — | — | — |
| Cash used in discontinued operations | — | — | 30 | — | 30 |
| Net change in cash and cash equivalents | — | — | (12) | — | (12) |
| Cash and cash equivalents—beginning balance | — | — | 37 | — | 37 |
| Cash and cash equivalents—ending balance | $  — | $  — | $   25 | $  — | $   25 |

F-117

EFIHMW00296875

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows**
**Year Ended December 31, 2005**

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Cash flows—operating activities: | | | | | |
| Net income ................................ | $ 1,722 | $ 1,750 | $ 2,528 | $ (4,278) | $ 1,722 |
| Loss (income) from discontinued operations, net of tax ............... | (10) | — | 5 | — | (5) |
| Extraordinary loss, net of tax ............ | — | 50 | — | — | 50 |
| Cumulative effect of changes in accounting principles, net of tax .................. | — | — | 8 | — | 8 |
| Income from continuing operations before extraordinary loss and cumulative effect of changes in accounting principles ........... | 1,712 | 1,800 | 2,541 | (4,278) | 1,775 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | | | |
| Equity in earnings of subsidiaries ...... | (1,931) | (1,802) | (563) | 4,296 | — |
| Depreciation and amortization ......... | — | — | 836 | — | 836 |
| Deferred income tax expense (benefit) — net ............................. | 17 | 1 | 463 | — | 481 |
| Impairment and other asset writedown charges ........................ | — | — | 11 | — | 11 |
| Net losses from unrealized mark-to-market valuations ................. | — | — | 18 | — | 18 |
| Other, net ......................... | 12 | — | (69) | (19) | (76) |
| Changes in operating assets and liabilities: ..... | 322 | 689 | (26) | (1,237) | (252) |
| Cash provided by operating activities ......... | 132 | 688 | 3,211 | (1,238) | 2,793 |
| Cash flows—financing activities: | | | | | |
| Issuances of securities: | | | | | |
| Long-term debt ......................... | — | — | 180 | — | 180 |
| Common stock ......................... | 84 | — | (1) | — | 83 |

F-118

Confidential

EFIHMW00296876

**TXU CORP. AND SUBSIDIARIES**

Condensed Consolidating Statements of Cash Flows—Continued
Year Ended December 31, 2005

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Retirements/repurchases of securities: | | | | | |
| Long-term debt | (106) | (5) | (264) | — | (375) |
| Preference stock | (300) | (38) | — | — | (338) |
| Common stock | (1,137) | — | — | 38 | (1,099) |
| Change in short term borrowings | — | — | 588 | — | 588 |
| Cash dividends paid | (555) | (528) | (697) | 1,225 | (555) |
| Change in advances—affiliates | 1,883 | — | (1,441) | (442) | — |
| Other, net | (26) | — | (21) | — | (47) |
| Cash used in financing activities | (157) | (571) | (1,656) | 821 | (1,563) |
| Cash flows—investing activities: | | | | | |
| Capital expenditures and nuclear fuel | — | — | (1,104) | — | (1,104) |
| Dispositions of businesses | — | — | 77 | — | 77 |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 191 | — | 191 |
| Investments in nuclear decommissioning trust fund securities | — | — | (206) | — | (206) |
| Change in advances—affiliates | — | (117) | (300) | 417 | — |
| Other, net | 16 | — | (12) | — | 4 |
| Cash used in investing activities | 16 | (117) | (1,354) | 417 | (1,038) |
| Cash flows—discontinued operations: | | | | | |
| Operating activities | (3) | — | (262) | — | (265) |
| Financing activities | — | — | — | — | — |
| Investing activities | — | — | 4 | — | 4 |
| Cash used in discontinued operations | (3) | — | (258) | — | (261) |
| Net change in cash and cash equivalents | (12) | — | (57) | — | (69) |
| Cash and cash equivalents—beginning balance | 12 | — | 94 | — | 106 |
| Cash and cash equivalents—ending balance | $ — | $ — | $ 37 | $ — | $ 37 |

F-119

Confidential

EFIHMW00296877

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows**
**Year Ended December 31, 2004**

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Cash flows—operating activities: | | | | | |
| Net income | $ 485 | $ 661 | $1,200 | $(1,861) | $ 485 |
| Loss (income) from discontinued operations, net of tax | 112 | — | (490) | — | (378) |
| Extraordinary gain, net of tax | — | — | (16) | — | (16) |
| Cumulative effect of changes in accounting principles, net of tax | (4) | — | (6) | — | (10) |
| Income from continuing operations before extraordinary gain and cumulative effect of changes in accounting principles | (593) | (661) | 688 | (1,861) | 81 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | | | |
| Equity in earnings of subsidiaries | (1,053) | (674) | (146) | 1,873 | — |
| Depreciation and amortization | — | — | 826 | — | 826 |
| Loss on early extinguishment of debt | 415 | — | 1 | — | 416 |
| Deferred income tax expense (benefit)—net | 124 | (1) | (134) | — | (11) |
| Impairment and other asset writedown charges | — | — | 196 | — | 196 |
| Net losses from unrealized mark-to-market valuations | — | — | 109 | — | 109 |
| Other, net | 92 | — | 135 | (12) | 215 |
| Changes in operating assets and liabilities | 1,528 | 505 | (263) | (1,844) | (74) |

F-120

EFIHMW00296878

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows—Continued**
**Year Ended December 31, 2004**

|  | Millions of Dollars | | | | |
|---|---|---|---|---|---|
|  | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Cash provided by operating activities . . . . . . . . . | 1,699 | 491 | 1,412 | (1,844) | 1,758 |
| Cash flows—financing activities: |  |  |  |  |  |
| Issuances of securities: |  |  |  |  |  |
| Long-term debt . . . . . . . . . . . . . . . . | 3,500 | — | 1,590 | — | 5,090 |
| Common stock . . . . . . . . . . . . . . . . . . . | 112 | — | — | — | 112 |
| Retirements/repurchases of securities: |  |  |  |  | — |
| Long-term debt . . . . . . . . . . . . . . . . . . | (3,132) | (5) | (2,352) | — | (5,489) |
| Preference stock . . . . . . . . . . . . . . . . . . . | — | — | (75) | — | (75) |
| Common stock . . . . . . . . . . . . . . . . . | (4,687) | — | (450) | 450 | (4,687) |
| Change in short term borrowings . . . . . . . . . | — | — | 210 | — | 210 |
| Cash dividends paid . . . . . . . . . . . . . . . . . | (172) | (775) | (700) | 1,475 | (172) |
| Change in advances—affiliates . . . . . . . . . . . | 2,252 | (535) | (2,715) | 998 | — |
| Premium paid for redemption of exchangeable preferred membership interests . . . . . . . . . . . . . . . . . . . . . . . . | (1,102) | — | — | — | (1,102) |
| Other, net . . . . . . . . . . . . . . . . . . . . . . . . . | (346) | (2) | (58) | — | (406) |
| Cash used in financing activities . . . . . . . . . | (3,575) | (1,317) | (4,550) | 2,923 | (6,519) |
| Cash flows—investing activities: |  |  |  |  |  |
| Capital expenditures and nuclear fuel . . . . . . | (19) | — | (980) | — | (999) |
| Dispositions of businesses . . . . . . . . . . . . . . | 1,886 | — | 2,928 | — | 4,814 |
| Proceeds from sales of nuclear decommissioning trust fund securities . . . | — | — | 88 | — | 88 |
| Investments in nuclear decommissioning trust fund securities . . . . . . . . . . . . . . . . . | — | — | (103) | — | (103) |
| Change in advances—affiliates . . . . . . . . . . . | — | (168) | 797 | (629) | — |
| Other, net . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | 450 | 456 | (450) | 480 |
| Cash used in investing activities . . . . . . . . . . | 1,891 | 282 | 3,186 | (1,079) | 4,280 |
| Cash flows—discontinued operations: |  |  |  |  |  |
| Operating activities . . . . . . . . . . . . . . . . | (3) | — | (76) | — | (79) |
| Financing activities . . . . . . . . . . . . . . . . | — | — | (10) | — | (10) |
| Investing activities . . . . . . . . . . . . . . . . | — | — | (153) | — | (153) |
| Cash used in discontinued operations . . | (3) | — | (239) | — | (242) |
| Net change in cash and cash equivalents . . . . . . . . | 12 | (544) | (191) | — | (723) |
| Cash and cash equivalents — beginning balance . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 544 | 285 | — | 829 |
| Cash and cash equivalents — ending balance . . . . | $ 12 | $ — | $ 94 | $ — | $ 106 |

F-121

Confidential

EFIHMW00296879

**PX 001**
**Page 404 of 453**

**TXU CORP. AND SUBSIDIARIES**

**Condensed Consolidating Balance Sheets at December 31, 2006**

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents . . . . . . . . . . . . . . . . . . . | $ — | $ — | $ 25 | $ — | $ 25 |
| Restricted cash . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 58 | | 58 |
| Advances to parent . . . . . . . . . . . . . . . . . . . . . . . . | — | 584 | 1,821 | (2,405) | — |
| Trade accounts receivable—net . . . . . . . . . . . . . . | 5 | 1 | 1,165 | (212) | 959 |
| Income taxes receivable . . . . . . . . . . . . . . . . . . . . | 165 | | | (165) | — |
| Accounts receivable from affiliates . . . . . . . . . . . | — | 146 | | (146) | — |
| Notes receivable from affiliates . . . . . . . . . . . . . . | — | | 1,533 | (1,533) | — |
| Inventories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | | 383 | — | 383 |
| Commodity and other derivative contractual assets | 2 | — | 972 | — | 974 |
| Accumulated deferred income taxes . . . . . . . . . . . | — | 5 | 253 | (5) | 253 |
| Margin deposits related to commodity positions . . | — | | 7 | — | 7 |
| Other current assets . . . . . . . . . . . . . . . . . . . . . . . . | 8 | | 176 | (7) | 177 |
| Total current assets . . . . . . . . . . . . . . . . . . . . . | 180 | 736 | 6,393 | (4,473) | 2,836 |
| Restricted cash . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 258 | — | 258 |
| Investments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12,457 | 6,902 | 1,682 | (20,329) | 712 |
| Property. plant and equipment—net . . . . . . . . . . . | 33 | | 18,723 | | 18,756 |
| Notes receivable from affiliates . . . . . . . . . . . . . . | 12 | 700 | 3,073 | (3,785) | — |
| Goodwill . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 542 | — | 542 |
| Regulatory assets—net . . . . . . . . . . . . . . . . . . . . . | — | | 2,028 | — | 2,028 |
| Commodity and other derivative contractual assets . . . . | — | — | 400 | — | 411 |
| Accumulated deferred income taxes . . . . . . . . . . . | 118 | 391 | | (509) | — |
| Other noncurrent assets . . . . . . . . . . . . . . . . . . . . . | 150 | | 244 | (15) | 379 |
| Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . . | $12,961 | $8,729 | $33,343 | $(29,111) | $25,922 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings . . . . . . . . . . . . . . . . . . . . . | $ — | $ — | $ 1,491 | $ — | $ 1,491 |
| Advances from affiliates . . . . . . . . . . . . . . . . . . . . | 2,402 | | — | (2,402) | — |
| Long-term debt due currently . . . . . . . . . . . . . . . . | — | 17 | 468 | — | 485 |
| Trade accounts payable—nonaffiliates . . . . . . . . . | 18 | | 1,286 | (211) | 1,093 |
| Accounts payable to affiliates . . . . . . . . . . . . . . . . | 102 | | 47 | (149) | — |
| Notes payable to affiliates . . . . . . . . . . . . . . . . . . | 1,500 | | 33 | (1,533) | — |
| Commodity and other derivative contractual liabilities . . . . | 21 | — | 296 | — | 317 |
| Margin deposits related to commodity positions . . | — | | 681 | — | 681 |
| Accumulated deferred income taxes . . . . . . . . . . . | 5 | | — | (5) | — |
| Other current liabilities . . . . . . . . . . . . . . . . . . . . . | 236 | 21 | 955 | (172) | 1,040 |
| Total current liabilities . . . . . . . . . . . . . . . . . . . | 4,284 | 38 | 5,257 | (4,472) | 5,107 |
| Accumulated deferred income taxes . . . . . . . . . . . | — | — | 4,747 | (509) | 4,238 |
| Investment tax credits . . . . . . . . . . . . . . . . . . . . . . | — | — | 363 | — | 363 |
| Commodity and other derivative contractual liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 63 | — | 193 | — | 256 |
| Notes or other liabilities due affiliates . . . . . . . . . | 2,714 | 700 | 371 | (3,785) | — |
| Long-term debt, less amounts due currently . . . . . | 3,643 | 124 | 6,864 | — | 10,631 |
| Other noncurrent liabilities and deferred credits . . . . . | 117 | | 3,086 | (16) | 3,187 |
| Total liabilities . . . . . . . . . . . . . . . . . . . . . . . . . | 10,821 | 862 | 20,881 | (8,782) | 23,782 |
| Shareholders' equity . . . . . . . . . . . . . . . . . . . . . . . | 2,140 | 7,867 | 12,462 | (20,329) | 2,140 |
| Total liabilities and shareholders' equity . . . . | $12,961 | $8,729 | $33,343 | $(29,111) | $25,922 |

F-122

Confidential

EFIHMW00296880

## TXU CORP. AND SUBSIDIARIES

### Condensed Consolidating Balance Sheets at December 31, 2005

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents . . . . . . . . . . . . . . . . . . . . . | $ — | $ — | $ 37 | $ — | $ 37 |
| Restricted cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 54 | — | 54 |
| Advances to parent . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 300 | 1,131 | (1,431) | — |
| Trade accounts receivable—net . . . . . . . . . . . . . . . . . | 8 | 1 | 1,520 | (201) | 1,328 |
| Income taxes receivable . . . . . . . . . . . . . . . . . . . . . . | — | — | 49 | (35) | 14 |
| Accounts receivable from affiliates . . . . . . . . . . . . . . | — | 138 | 398 | (536) | — |
| Notes receivable from affiliates . . . . . . . . . . . . . . . . | — | — | 1,905 | (1,905) | — |
| Inventories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 364 | — | 364 |
| Commodity contract assets . . . . . . . . . . . . . . . . . . . . | — | — | 1,603 | — | 1,603 |
| Cash flow hedge and other derivative assets . . . . . . . . | 1 | — | 63 | 1 | 65 |
| Accumulated deferred income taxes . . . . . . . . . . . . . . | — | 6 | 725 | (14) | 717 |
| Margin deposits related to commodity positions . . . . . . | — | — | 247 | — | 247 |
| Other current assets . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | — | 130 | (6) | 129 |
| Total current assets . . . . . . . . . . . . . . . . . . . . . . | 14 | 445 | 8,226 | (4,127) | 4,558 |
| Restricted cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | — | 13 | — | 16 |
| Investments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10,644 | 5,014 | 1,002 | (16,017) | 643 |
| Property, plant and equipment—net . . . . . . . . . . . . . . | — | 35 | 17,157 | — | 17,192 |
| Notes receivable from affiliates . . . . . . . . . . . . . . . . | 11 | 44 | 1,973 | (2,028) | — |
| Goodwill . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 542 | — | 542 |
| Regulatory assets—net . . . . . . . . . . . . . . . . . . . . . . . | — | — | 1,826 | — | 1,826 |
| Commodity contract assets . . . . . . . . . . . . . . . . . . . . | — | — | 338 | — | 338 |
| Cash flow hedge and other derivative assets . . . . . . . . | 7 | — | 68 | — | 75 |
| Accumulated deferred income taxes . . . . . . . . . . . . . . | 147 | 428 | — | (575) | — |
| Other noncurrent assets . . . . . . . . . . . . . . . . . . . . . . | 145 | — | 252 | (48) | 349 |
| Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $10,971 | $5,966 | $31,397 | $(22,795) | $25,539 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings . . . . . . . . . . . . . . . . . . . . . . . | $ — | $ — | $ 798 | $ — | $ 798 |
| Advances from affiliates . . . . . . . . . . . . . . . . . . . . . . | 1,431 | — | — | (1,431) | — |
| Long-term debt due currently . . . . . . . . . . . . . . . . . . | 732 | 13 | 505 | — | 1,250 |
| Trade accounts payable—nonaffiliates . . . . . . . . . . . . | 5 | — | 1,222 | (201) | 1,026 |
| Accounts payable to affiliates . . . . . . . . . . . . . . . . . . | 537 | — | — | (537) | — |
| Notes payable to affiliates . . . . . . . . . . . . . . . . . . . . | 1,873 | — | 32 | (1,905) | — |
| Commodity contract liabilities . . . . . . . . . . . . . . . . . | — | — | 1,481 | — | 1,481 |
| Cash flow hedge and other derivative liabilities . . . . . . | 15 | — | 260 | — | 275 |
| Margin deposits related to commodity positions . . . . . . | — | — | 357 | — | 357 |
| Accumulated deferred income taxes . . . . . . . . . . . . . . | 14 | — | — | (14) | — |
| Other current liabilities . . . . . . . . . . . . . . . . . . . . . . | 265 | 83 | 854 | (39) | 1,163 |
| Total current liabilities . . . . . . . . . . . . . . . . . . . | 4,872 | 96 | 5,509 | (4,127) | 6,350 |
| Accumulated deferred income taxes . . . . . . . . . . . . . . | — | — | 4,272 | (575) | 3,697 |
| Investment tax credits . . . . . . . . . . . . . . . . . . . . . . . | — | — | 384 | — | 384 |
| Commodity contract liabilities . . . . . . . . . . . . . . . . . | — | — | 516 | — | 516 |
| Cash flow hedge and other derivative liabilities . . . . . . | 47 | — | 44 | — | 91 |
| Regulatory liabilities . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Notes or other liabilities due affiliates . . . . . . . . . . . . | 1,611 | — | 417 | (2,028) | — |
| Long-term debt, less amounts due currently . . . . . . . . | 3,842 | 230 | 7,260 | — | 11,332 |
| Other noncurrent liabilities and deferred credits . . . . . . | 124 | — | 2,594 | (24) | 2,694 |
| Total liabilities . . . . . . . . . . . . . . . . . . . . . . . . . | 10,496 | 326 | 20,996 | (6,754) | 25,064 |
| Preferred securities of subsidiaries . . . . . . . . . . . . . . | — | — | 528 | (528) | — |
| Shareholders' equity . . . . . . . . . . . . . . . . . . . . . . . . | 475 | 5,640 | 9,873 | (15,513) | 475 |
| Total liabilities and shareholders' equity . . . . . . . . | $10,971 | $5,966 | $31,397 | $(22,795) | $25,539 |

F-123

Confidential

EFIHMW00296881

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Shareholder of Oncor Electric Delivery Company:

We have reviewed the accompanying condensed consolidated balance sheet of Oncor Electric Delivery Company and subsidiary (the "Company") as of June 30, 2007, and the related condensed statements of consolidated income and comprehensive income for the three-month and six-month periods ended June 30, 2007 and 2006, and of cash flows for the six-month periods ended June 30, 2007 and 2006. These interim financial statements are the responsibility of the Company's management.

We conducted our reviews in accordance with the standards of the Public Company Accounting Oversight Board (United States). A review of interim financial information consists principally of applying analytical procedures and making inquiries of persons responsible for financial and accounting matters. It is substantially less in scope than an audit conducted in accordance with the standards of the Public Company Accounting Oversight Board (United States), the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

Based on our reviews, we are not aware of any material modifications that should be made to such condensed consolidated interim financial statements for them to be in conformity with accounting principles generally accepted in the United States of America.

We have previously audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheet of the Company as of December 31, 2006, and the related statements of consolidated income, comprehensive income, shareholder's equity and cash flows for the year then ended (not presented herein); and in our report dated March 1, 2007, we expressed an unqualified opinion on those consolidated financial statements. In our opinion, the information set forth in the accompanying condensed consolidated balance sheet as of December 31, 2006 is fairly stated, in all material respects, in relation to the consolidated balance sheet from which it has been derived.

/s/ Deloitte & Touche LLP

Dallas, Texas
August 9, 2007

F-124

Confidential

EFIHMW00296882

**ONCOR ELECTRIC DELIVERY COMPANY**

**CONDENSED STATEMENTS OF CONSOLIDATED INCOME**

(Unaudited)

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| | (millions of dollars) | | | |
| Operating revenues: | | | | |
| Affiliated | $232 | $284 | $ 497 | $ 551 |
| Nonaffiliated | 350 | 320 | 698 | 615 |
| Total operating revenues | 582 | 604 | 1,195 | 1,166 |
| Operating expenses: | | | | |
| Operation and maintenance | 215 | 201 | 413 | 404 |
| Depreciation and amortization | 114 | 117 | 233 | 231 |
| Income taxes | 29 | 44 | 72 | 67 |
| Taxes other than income | 95 | 94 | 191 | 191 |
| Total operating expenses | 453 | 456 | 909 | 893 |
| Operating income | 129 | 148 | 286 | 273 |
| Other income and deductions: | | | | |
| Other income (Note 11) | 1 | — | 3 | 1 |
| Other deductions (Note 11) | 11 | 2 | 21 | 4 |
| Nonoperating income taxes | 1 | 2 | 4 | 8 |
| Interest income | 14 | 14 | 29 | 29 |
| Interest expense and related charges (Note 11) | 78 | 72 | 154 | 140 |
| Net income | $ 54 | $ 86 | $ 139 | $ 151 |

See Notes to Financial Statements.

F-125

Confidential

**ONCOR ELECTRIC DELIVERY COMPANY**

**CONDENSED STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME**
**(Unaudited)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| | (millions of dollars) | | | |
| Net income ................................................ | $54 | $86 | $139 | $151 |
| Other comprehensive income, net of tax effects: | | | | |
| Cash flow hedges—derivative value net losses reported in net income that relate to hedged transactions recognized in the period (net of tax expense of $— in all periods) ............................... | — | — | — | 1 |
| Comprehensive income ........................................ | $54 | $86 | $139 | $152 |

See Notes to Financial Statements.

F-126

Confidential

ONCOR ELECTRIC DELIVERY COMPANY

CONDENSED STATEMENTS OF CONSOLIDATED CASH FLOWS
(Unaudited)

| | Six Months Ended June 30, | |
| | 2007 | 2006 |
| | (millions of dollars) | |
|---|---|---|
| **Cash flows—operating activities:** | | |
| Net income | $ 139 | $ 151 |
| Adjustments to reconcile net income to cash provided by operating activities: | | |
| Depreciation and amortization | 233 | 229 |
| Deferred income taxes and investment tax credits—net | 1 | (10) |
| Net gains on sale of assets | (3) | — |
| Stock-based incentive compensation expense | 2 | 2 |
| Other, net | 3 | 4 |
| Changes in operating assets and liabilities | (65) | (268) |
| Cash provided by operating activities | 310 | 108 |
| **Cash flows—financing activities:** | | |
| Issuance of long-term debt | 800 | — |
| Retirements of long-term debt | (48) | (47) |
| Changes in short-term borrowings | (518) | 541 |
| Dividend to parent | (176) | (170) |
| Net increase in advances from parent | 9 | 3 |
| Decrease in income tax-related note receivable from Texas Competitive Holdings | 15 | 22 |
| Debt premium, discount, financing and reacquisition expenses—net | (7) | (2) |
| Cash provided by financing activities | 75 | 347 |
| **Cash flows—investing activities:** | | |
| Capital expenditures | (382) | (452) |
| Cost to remove retired property | (16) | (22) |
| Proceeds from sale of assets | 4 | 1 |
| Other | 9 | 4 |
| Cash used in investing activities | (385) | (469) |
| Net change in cash and cash equivalents | — | (14) |
| Cash and cash equivalents—beginning balance | 1 | 15 |
| Cash and cash equivalents—ending balance | $ 1 | $ 1 |

See Notes to Financial Statements.

F-127

Confidential

EFIHMW00296885

ONCOR ELECTRIC DELIVERY COMPANY

CONDENSED CONSOLIDATED BALANCE SHEETS

(Unaudited)

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| | (millions of dollars) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | S        1 | S        1 |
| Restricted cash | 52 | 55 |
| Trade accounts receivable from nonaffiliates—net (Note 4) | 137 | 101 |
| Trade accounts and other receivables from affiliates | 184 | 192 |
| Materials and supplies inventories—at average cost | 69 | 76 |
| Accumulated deferred income taxes (Note 2) | 39 | 23 |
| Prepayments | 90 | 68 |
| Other current assets | 11 | 1 |
| Total current assets | 583 | 517 |
| Investments and other property | 93 | 93 |
| Property, plant and equipment—net | 7,847 | 7,608 |
| Note receivable due from Texas Competitive Holdings (Note 10) | 307 | 323 |
| Regulatory assets—net (Note 3) | 1,935 | 2,028 |
| Other noncurrent assets | 184 | 140 |
| Total assets | $10,949 | $10,709 |
| **LIABILITIES AND SHAREHOLDER'S EQUITY** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 5) | S      155 | S      673 |
| Advances from parent | 33 | 24 |
| Long-term debt due currently (Note 6) | 298 | 297 |
| Trade accounts payable | 116 | 91 |
| Accrued income taxes payable to parent | 21 | 31 |
| Accrued taxes other than income | 79 | 144 |
| Accrued interest | 74 | 73 |
| Customers' deposits | 26 | 8 |
| Other current liabilities | 68 | 58 |
| Total current liabilities | 870 | 1,399 |
| Accumulated deferred income taxes (Note 2) | 1,419 | 1,461 |
| Investment tax credits | 50 | 52 |
| Long-term debt, less amounts due currently (Note 6) | 4,562 | 3,811 |
| Other noncurrent liabilities and deferred credits | 1,101 | 1,011 |
| Total liabilities | 8,002 | 7,734 |
| Contingencies (Note 7) | | |
| Shareholder's equity (Note 8) | | |
| Common stock without par value: | | |
| Authorized shares—100,000,000 shares; | | |
| Outstanding shares: 48,864,775 at June 30, 2007 and December 31, 2006 | 2,004 | 1,986 |
| Retained earnings | 962 | 1,008 |
| Accumulated other comprehensive loss | (19) | (19) |
| Total shareholder's equity | 2,947 | 2,975 |
| Total liabilities and shareholder's equity | $10,949 | $10,709 |

See Notes to Financial Statements.

F-128

Confidential

EFIHMW00296886

ONCOR ELECTRIC DELIVERY COMPANY

NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
(Unaudited)

## 1. SIGNIFICANT ACCOUNTING POLICIES AND BUSINESS

*Description of Business*—Oncor Electric Delivery, formerly known as TXU Electric Delivery, is a wholly-owned subsidiary of TXU Corp. While Oncor Electric Delivery is a wholly-owned subsidiary of TXU Corp., Oncor Electric Delivery is a separate legal entity from TXU Corp. and all of its other affiliates with its own assets and liabilities. Oncor Electric Delivery is a regulated electricity transmission and distribution company principally engaged in providing delivery services to REPs that sell power in the north-central, eastern and western parts of Texas. A significant portion of Oncor Electric Delivery's revenues represent fees for delivery services provided to Texas Competitive Holdings. Distribution revenues from Texas Competitive Holdings represented 47% of Oncor Electric Delivery's distribution revenues and 41% of Oncor Electric Delivery's total revenues for the six months ended June 30, 2007.

Oncor Electric Delivery's consolidated financial statements include its wholly-owned, bankruptcy-remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC. Oncor Electric Delivery Transition Bond Company LLC was organized for the limited purpose of issuing securitization (transition) bonds to recover generation-related regulatory asset stranded costs and other qualified costs.

On February 25, 2007, TXU Corp. entered into a Merger Agreement under which an investor group led by Kohlberg Kravis Roberts & Co. and Texas Pacific Group (Sponsors) is expected to acquire TXU Corp. if the relevant conditions to closing are satisfied (Proposed Merger).

Oncor Electric Delivery is managed as an integrated business; therefore, there are no reportable business segments.

*Basis of Presentation*—The condensed consolidated financial statements of Oncor Electric Delivery have been prepared in accordance with US GAAP and on the same basis as the audited financial statements included in its 2006 Form 10-K with the exception of the adoption of FIN 48. All adjustments (consisting of normal recurring accruals) necessary for a fair presentation of the results of operations and financial position have been included therein. All intercompany items and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in annual consolidated financial statements prepared in accordance with US GAAP have been omitted pursuant to the rules and regulations of the SEC. Because the condensed consolidated interim financial statements do not include all of the information and footnotes required by US GAAP, they should be read in conjunction with the audited financial statements and related notes included in the 2006 Form 10-K. The results of operations for an interim period may not give a true indication of results for a full year. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated.

*Use of Estimates*—Preparation of Oncor Electric Delivery's financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including mark-to-market valuations. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Changes in Accounting Standards*—Effective January 1, 2007, Oncor Electric Delivery adopted FIN 48 as required. FIN 48 provides clarification of SFAS 109 with respect to the recognition of income tax benefits of uncertain tax positions in the financial statements. See Note 2 for the impacts of adopting FIN 48 and required disclosures.

F-129

Confidential

EFIHMW00296887

## 2. ADOPTION OF NEW INCOME TAX ACCOUNTING RULES (FIN 48)

FIN 48 requires that each tax position be reviewed and assessed with recognition and measurement of the tax benefit based on a "more-likely-than-not" standard with respect to the ultimate outcome, regardless of whether this assessment is favorable or unfavorable. Oncor Electric Delivery has completed its review and assessment of uncertain tax positions and in the quarter ended March 31, 2007 recorded a net charge to retained earnings and an increase to noncurrent liabilities of $9 million in accordance with the new accounting rule.

TXU Corp. and its subsidiaries file income tax returns in US federal, state and foreign jurisdictions and are subject to examinations by the IRS and other taxing authorities. Examinations of income tax returns filed by TXU Corp. and any of its subsidiaries for the years ending prior to January 1, 1997, with few exceptions, are complete. Texas franchise tax returns for the years 2002 to 2006 have not been examined.

As expected, the IRS has completed examining TXU Corp.'s US income tax returns for the years 1997 through 2002, and proposed adjustments were received in July 2007. TXU Corp. plans to appeal the proposed adjustments in the third quarter of 2007. The proposed adjustments received from the IRS with respect to the 1997-2002 income tax returns do not materially affect Oncor Electric Delivery's assessment of uncertain tax positions as reflected in the amounts recorded upon adoption of FIN 48.

For Oncor Electric Delivery, the total amount of benefits taken on income tax returns that do not qualify for financial statement recognition under FIN 48 totaled $77 million as of June 30, 2007, the substantial majority of which represents amounts that have been accounted for as noncurrent liabilities instead of deferred income tax liabilities, of this amount, $13 million would increase earnings if recognized. The balance sheet at June 30, 2007 reflects a reclassification of $64 million from accumulated deferred income tax liabilities to other noncurrent liabilities recorded in the first quarter of 2007.

Oncor Electric Delivery classifies interest and penalties related to unrecognized tax benefits as income tax expense. As of June 30, 2007, noncurrent liabilities included a total of $9 million in accrued interest. The amount of interest included in income tax expense for the three and six months ended June 30, 2007 totaled $1 million and $2 million after-tax, respectively.

Oncor Electric Delivery does not expect that the total amount of unrecognized tax benefits for the positions included as of the date of the adoption will significantly increase or decrease within the next 12 months.

## 3. REGULATORY ASSETS AND LIABILITIES

### Regulatory Assets and Liabilities—

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| **Regulatory assets** | | |
| Generation-related regulatory assets securitized by transition bonds | $1,246 | $1,316 |
| Employee retirement costs | 451 | 461 |
| Storm-related service recovery costs | 142 | 138 |
| Securities reacquisition costs | 108 | 112 |
| Recoverable deferred income taxes—net | 90 | 90 |
| Employee severance costs | 42 | 44 |
| Total regulatory assets | 2,079 | 2,161 |
| **Regulatory liabilities** | | |
| Investment tax credit and protected excess deferred taxes | 61 | 63 |
| Over-collection of securitization (transition) bond revenues | 34 | 34 |
| Nuclear decommissioning cost over-recovery | 26 | 17 |
| Other regulatory liabilities | 23 | 19 |
| Total regulatory liabilities | 144 | 133 |
| **Net regulatory assets** | $1,935 | $2,028 |

F-130

Confidential

EFIHMW00296888

Regulatory assets totaling $121 million have been reviewed and approved by the Commission and are earning a return. The unamortized amounts of these regulatory assets reflected in the above table totaled $97 million at June 30, 2007 and $100 million at December 31, 2006. The assets that have been approved by the Commission and are not earning a return totaled $1.275 billion at June 30, 2007 and $1.343 billion at December 31, 2006, and have a remaining recovery period of nine to 44 years, including the regulatory assets securitized by transition bonds that have a remaining recovery period of nine years.

## 4. TRADE ACCOUNTS RECEIVABLE AND SALE OF RECEIVABLES PROGRAM

*Sale of Receivables*—Oncor Electric Delivery participates in an accounts receivable securitization program established by TXU Corp. for certain of its subsidiaries, the activity under which is accounted for as a sale of accounts receivable in accordance with SFAS 140. Under the program, Oncor Electric Delivery sells trade accounts receivable to TXU Receivables Company, a consolidated wholly-owned bankruptcy-remote direct subsidiary of TXU Corp., which sells undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions (the funding entities). The current program is subject to renewal in June 2008.

The maximum amount currently available under the program to all TXU corp. subsidiary participants (originators) is $700 million, and the program funding was $527 million as of June 30, 2007. The program funding to Oncor Electric Delivery totaled $86 million as of June 30, 2007. Under certain circumstances, the amount of customer deposits held by the originators can reduce the amount of undivided interests that can be sold, thus reducing funding available under the program. Total funding availability under the program is reduced by 100% of the originators' customer deposits if Texas Competitive Holdings' fixed charge coverage ratio is less than 2.5 times; 50% if Texas Competitive Holdings' coverage ratio is less than 3.25 times, but at least 2.5 times; and zero percent if Texas Competitive Holdings' coverage ratio is 3.25 times or more. The originators' customer deposits, which totaled $119 million, did not affect funding availability at that date as Texas Competitive Holdings' coverage ratio was in excess of 3.25 times.

All new trade receivables under the program generated by Oncor Electric Delivery are continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Changes in the amount of funding under the program, through changes in the amount of undivided interests sold by TXU Receivables Company, reflect seasonal variations in the level of accounts receivable, changes in collection trends as well as other factors such as changes in delivery fees and volumes. TXU Receivables Company has issued subordinated notes payable to Oncor Electric Delivery for the difference between the face amount of the uncollected accounts receivable purchased, less a discount, and cash paid to Oncor Electric Delivery that was funded by the sale of the undivided interests. The balance of the subordinated notes issued to Oncor Electric Delivery, which is reported in trade accounts receivable, was $95 million and $52 million at June 30, 2007 and December 31, 2006, respectively.

The discount from face amount on the purchase of receivables principally funds program fees paid by TXU Receivables Company to the funding entities. The discount also funds a servicing fee paid by TXU Receivables Company to TXU Business Services Company, a direct subsidiary of TXU Corp., but the amounts are immaterial. The program fees, referred to as losses on sale of the receivables under SFAS 140, consist primarily of interest costs on the underlying financing and totaled $4 million and $3 million for the six month periods ending June 30, 2007 and 2006, respectively, and averaged 6.4% and 5.4% (on an annualized basis) of the funding under the program for the six month periods ending June 30, 2007 and 2006, respectively. These fees represent essentially all the net incremental costs of the program to Oncor Electric Delivery and are reported in operation and maintenance expenses.

The accounts receivable balance reported in the June 30, 2007 consolidated balance sheet has been reduced by $181 million face amount of trade accounts receivable from nonaffiliates sold to TXU Receivables Company, partially offset by the inclusion of $95 million of subordinated notes receivable from TXU Receivables

F-131

Confidential

EFIHMW00296889

Company. Funding under the program remained flat at $86 million for the six month period ended June 30, 2007 and increased $3 million to $92 million for the six month period ended June 30, 2006. Funding increases or decreases under the program are reflected as operating cash flow activity in the statement of cash flows. The carrying amount of the retained interests in the accounts receivable balance approximated fair value due to the short-term nature of the collection period.

Activities of TXU Receivables Company related to Oncor Electric Delivery were as follows:

|  | Six Months Ended June 30, | |
| --- | --- | --- |
|  | 2007 | 2006 |
| Cash collections on accounts receivable | $ 702 | $ 567 |
| Face amount of new receivables purchased | (745) | (579) |
| Discount from face amount of purchased receivables | 4 | 3 |
| Program fees paid | (4) | (3) |
| Increase in subordinated notes payable | 43 | 9 |
| Operating cash flows provided to Oncor Electric Delivery under the program | $ — | $ (3) |

Upon termination of the program, cash flows would be delayed as collections of sold receivables would be used by TXU Receivables Company to repurchase the undivided interests from the funding entities instead of purchasing new receivables. The level of cash flows would normalize in approximately 16 to 30 days.

***Contingencies Related to Sale of Receivables Program***—Although TXU Receivables Company expects to be able to pay its subordinated notes from the collections of purchased receivables, these notes are subordinated to the undivided interests of the financial institutions in those receivables, and collections might not be sufficient to pay the subordinated notes. The program may be terminated if either of the following events occurs:

1) all of the originators cease to maintain their required fixed charge coverage ratio and debt to capital (leverage) ratio; or

2) the delinquency ratio (delinquent for 31 days) for the sold receivables, the default ratio (delinquent for 91 days or deemed uncollectible), the dilution ratio (reductions for discounts, disputes and other allowances) or the days collection outstanding ratio exceed stated thresholds and the financial institutions do not waive such event of termination. The thresholds apply to the entire portfolio of sold receivables, not separately to the receivables of each originator.

***Trade Accounts Receivable***—

|  | June 30, 2007 | December 31, 2006 |
| --- | --- | --- |
| Gross trade accounts receivable | $ 376 | $ 347 |
| Trade accounts receivable from Texas Competitive Holdings | (147) | (155) |
| Undivided interests in accounts receivable sold by TXU Receivables Company | (181) | (138) |
| Subordinated notes receivable from TXU Receivables Company | 95 | 52 |
| Allowance for uncollectible accounts related to undivided interests in receivables retained | (6) | (5) |
| Trade accounts receivable from nonaffiliates—net | $ 137 | $ 101 |

Gross trade accounts receivable at June 30, 2007 and December 31, 2006 included unbilled revenues of $131 million and $118 million, respectively.

Allowances related to receivables sold are reported in other current liabilities and totaled $1 million at both June 30, 2007 and December 31, 2006.

F-132

Confidential

## 5. SHORT-TERM FINANCING

*Short-term Borrowings*—At June 30, 2007 and December 31, 2006, the outstanding short-term borrowings of Oncor Electric Delivery consisted of the following:

| | At June 30, 2007 | | At December 31, 2006 | |
| --- | --- | --- | --- | --- |
| | Outstanding Amount | Interest Rate[a] | Outstanding Amount | Interest Rate[a] |
| Bank borrowings ................................... | $155 | 5.87% | $ — | — |
| Commercial paper .................................. | — | — | 673 | 5.53% |
| Advances from parent ............................... | 33 | 6.02% | 24 | 5.65% |
| Total ............................................. | $188 | | $697 | |

_____

(a)   Weighted average interest rate at the end of the period.

Under the commercial paper program, Oncor Electric Delivery may issue up to $1.0 billion of commercial paper. At June 30, 2007, Texas Competitive Holdings and Oncor Electric Delivery had no commercial paper outstanding. The program is effectively supported by existing credit facilities although there is no contractual obligation under the program to maintain equivalent availability under existing credit facilities.

*Credit Facilities*—At June 30, 2007, Oncor Electric Delivery had access directly or through its affiliates to credit facilities with the following terms:

| | | At June 30, 2007 | | | |
| --- | --- | --- | --- | --- | --- |
| Authorized Borrowers | Maturity Date | Facility Limit | Letters of Credit | Cash Borrowings | Availability |
| Texas Competitive Holdings ................. | February 2008 | $1,500 | $ — | $ — | $1,500 |
| Texas Competitive Holdings, Oncor Electric Delivery ............................... | June 2008 | 1,400 | 512 | 765 | 123 |
| Texas Competitive Holdings, Oncor Electric Delivery ............................... | August 2008 | 1,000 | — | 495 | 505 |
| Texas Competitive Holdings, Oncor Electric Delivery ............................... | March 2010 | 1,600 | 248 | 815 | 537 |
| Texas Competitive Holdings, Oncor Electric Delivery ............................... | June 2010 | 500 | 5 | 230 | 265 |
| Texas Competitive Holdings ................. | December 2009 | 500 | 455 | 45 | — |
| Total ..................................... | | $6,500 | $1,220 | $2,350 | $2,930 |

The maximum amount Texas Competitive Holdings and Oncor Electric Delivery can directly access under the facilities is $6.5 billion and $3.6 billion, respectively. These facilities may be used for working capital and general corporate purposes, including providing support for issuances of commercial paper and for issuing letters of credit. All letters of credit under the credit facilities as of June 30, 2007 are the obligations of Texas Competitive Holdings. At June 30, 2007, Texas Competitive Holdings and Oncor Electric Delivery had $2.195 billion and $155 million in outstanding cash borrowings, respectively.

Availability under these facilities as of June 30, 2007 declined $2.4 billion from December 31, 2006.

On March 1, 2007, a $1.5 billion Texas Competitive Holdings facility maturing in May 2007 was terminated and replaced with a new 364-day facility with terms comparable to the existing facilities. The new credit facility may only be drawn upon if the $1.0 billion credit facility maturing in August 2008 is fully drawn. The facility matures in February 2008 but will terminate earlier on any date Texas Competitive Holdings issues any debt (excluding pollution control revenue bonds and commercial paper) or preferred equity securities or enters into any credit facilities.

F-133

Confidential

EFIHMW00296891

Pursuant to Commission rules, availability under the credit facilities is further reduced by $125 million to provide liquidity to permit Texas Competitive Holdings to return retail customer deposits, if necessary.

## 6. LONG-TERM DEBT

*Long-term debt*—At June 30, 2007 and December 31, 2006, long-term debt of Oncor Electric Delivery consisted of the following:

|  | June 30, 2007 | December 31, 2006 |
|---|---|---|
| Oncor Electric Delivery |  |  |
| 6.375% Fixed Senior Notes due May 1, 2012 | S  700 | S  700 |
| 7.000% Fixed Senior Notes due May 1, 2032 | 500 | 500 |
| 6.375% Fixed Senior Notes due January 15, 2015 | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 | 350 | 350 |
| 5.000% Fixed Debentures due September 1, 2007 | 200 | 200 |
| 7.000% Fixed Debentures due September 1, 2022 | 800 | 800 |
| 5.735% Floating Senior Notes due September 16, 2008[a] | 800 | — |
| Unamortized discount | (16) | (16) |
| Total Oncor Electric Delivery | 3,834 | 3,034 |
| Oncor Electric Delivery Transition Bond Company LLC:[b] |  |  |
| 2.260% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2007 | — | 8 |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 | 109 | 122 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 | 130 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 | 145 | 145 |
| 3.520% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2009 | 131 | 158 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 | 221 | 221 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 | 290 | 290 |
| Total Oncor Electric Delivery Transition Bond Company LLC | 1,026 | 1,074 |
| Total Oncor Electric Delivery consolidated | 4,860 | 4,108 |
| Less amount due currently | (298) | (297) |
| Total long-term debt | $4,562 | $3,811 |

---

(a) Interest rates in effect at June 30, 2007.

(b) These bonds are nonrecourse to Oncor Electric Delivery and were issued to securitize a regulatory asset.

*Debt-related Activity in 2007*—In March 2007, Oncor Electric Delivery issued floating rate senior notes with an aggregate principal amount of $800 million. The floating rate is based on LIBOR plus 37.5 basis points (subject to an increase of up to 50 basis points in the event of a downgrade in Oncor Electric Delivery's credit rating). The notes mature in September 2008 but are subject to a mandatory redemption upon a change in control of TXU Corp., including consummation of the Proposed Merger, and are subject to optional redemption on or after September 16, 2007.

F-134

Confidential

EFIHMW00296892

Retirements of long-term debt in 2007 totaled $48 million and represent transition bond principal payments at scheduled maturity dates.

## 7. COMMITMENTS AND CONTINGENCIES

### Contingencies

*Legal Proceedings*—Oncor Electric Delivery is involved in various legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect upon its financial position, results of operations or cash flows.

*Guarantees*—Oncor Electric Delivery has entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions. Guarantees issued or modified after December 31, 2002 are subject to the recognition and initial measurement provisions of FIN 45, which requires a guarantor to recognize, at the inception of a guarantee, a liability for the fair value of the obligation undertaken in issuing the guarantee.

*Residual value guarantees in operating leases*—Oncor Electric Delivery is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At June 30, 2007, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled approximately $21 million. These leased assets consist primarily of vehicles used in distribution activities. The average life of the lease portfolio is approximately three years.

## 8. SHAREHOLDER'S EQUITY

*Common Stock*—No shares of Oncor Electric Delivery's common stock are held by or for its own account, nor are any shares of such capital stock reserved for its officers and employees or for options, warrants, conversions or other rights in connection therewith.

*Noncash contributions*—Under SFAS 123R, expense related to TXU Corp.'s stock-based incentive compensation awards granted to Oncor Electric Delivery's employees is accounted for as a noncash capital contribution from TXU Corp. Accordingly, Oncor Electric Delivery recorded a credit of $1 million and $2 million to its common stock account for the three and six months ended June 30, 2007, respectively.

The increase in the common stock amount in 2007 also reflects the excess tax benefit of $15 million arising from the distribution date value of the stock-based incentive awards exceeding the reported compensation expense.

*Dividends*—During 2007, Oncor Electric Delivery declared and paid the following dividends:

| Declaration Date | Payment Date | Dividend Amount |
|---|---|---|
| July 1, 2007 | July 2, 2007 | $75 |
| April 1, 2007 | April 2, 2007 | $88 |
| January 1, 2007 | January 2, 2007 | $88 |

F-135

Confidential

EFIHMW00296893

*Shareholder's Equity*—The following table presents the changes to shareholder's equity during the six months ended June 30, 2007:

| | Common Stock | Retained Earnings | Accumulated Other Comprehensive (Loss) | Total Shareholder's Equity |
|---|---|---|---|---|
| Balance at December 31, 2006 ................... | $1,986 | $1,008 | $(19) | $2,975 |
| Net income ................................... | — | 139 | — | 139 |
| Dividends to parent ........................... | — | (176) | — | (176) |
| Effects of stock-based incentive compensation plans ................................... | 17 | — | — | 17 |
| Effect of adoption of FIN 48 .................... | — | (9) | — | (9) |
| Other ....................................... | 1 | — | — | 1 |
| Balance at June 30, 2007 ....................... | $2,004 | $ 962 | $(19) | $2,947 |

Cash distributions occurring in the legal form of common stock share repurchases have been recorded as a return of capital for accounting purposes. There have not been any such repurchases in 2007.

## 9. PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS (OPEB) COSTS

Oncor Electric Delivery is a participating employer in the pension plan sponsored by TXU Corp. Oncor Electric Delivery also participates with TXU Corp. and other subsidiaries of TXU Corp. to offer health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. The net allocated pension and OPEB costs applicable to Oncor Electric Delivery for the three and six months ended June 30, 2007 and 2006 are comprised of the following:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| | (millions of dollars) | | | |
| Amounts recognized as expense ................................. | $ 5 | $ 5 | $ 9 | $ 9 |
| Amounts deferred principally as a regulatory asset or property .......... | 17 | 20 | 29 | 41 |
| Total pension and OPEB costs .............................. | $22 | $25 | $38 | $50 |

The discount rate reflected in net pension and OPEB costs in 2007 is 5.90%. The expected rate of return on plan assets reflected in the 2007 cost amounts is 8.75% for the pension plan and 8.67% for the OPEB plan.

Oncor Electric Delivery expects to make a $1 million required contribution to TXU Corp.'s pension plan in 2007.

## 10. RELATED-PARTY TRANSACTIONS

The following represent significant related-party transactions of Oncor Electric Delivery:

- Oncor Electric Delivery records revenue from Texas Competitive Holdings for electricity delivery fees and other miscellaneous revenues, which totaled $232 million and $284 million for the three months ended June 30, 2007 and 2006, respectively, and $497 million and $551 million for the six months ended June 30, 2007 and 2006, respectively.

- Oncor Electric Delivery records interest income received from Texas Competitive Holdings with respect to Oncor Electric Delivery's generation-related regulatory assets, which have been securitized through the issuance of transition bonds by Oncor Electric Delivery's bankruptcy-remote financing subsidiary. The interest income serves to offset Oncor Electric Delivery's interest expense on transition

Confidential

EFIHMW00296894

bonds. This interest income totaled $12 million and $13 million for the three months ended June 30, 2007 and 2006, respectively, and $25 million and $27 million for the six months ended June 30, 2007 and 2006, respectively.

- Incremental accrued income taxes incurred by Oncor Electric Delivery as a result of delivery fee surcharges to its customers related to transition bonds are reimbursed by Texas Competitive Holdings. Oncor Electric Delivery's financial statements reflect a note receivable from Texas Competitive Holdings of $340 million ($33 million reported as current) at June 30, 2007 and $356 million ($33 million reported as current) at December 31, 2006 related to these income taxes.

- Short-term advances from parent totaled $33 million and $24 million at June 30, 2007 and December 31, 2006, respectively. The average daily balances of short-term advances from parent totaled $23 million and $42 million during the three months ended June 30, 2007 and 2006, respectively, and the weighted average interest rates for the respective periods were 5.9% and 5.3%. Average daily short-term advances from parent totaled $55 million and $37 million during the six months ended June 30, 2007 and 2006, respectively, and the weighted average interest rates for the respective periods were 5.8% and 5.2%. Interest expense incurred on the advances totaled approximately $357 thousand and $570 thousand for the three months ended June 30, 2007 and 2006, respectively, and $2 million and $1 million for the six months ended June 30, 2007 and 2006, respectively.

- A TXU Corp. subsidiary charges Oncor Electric Delivery for financial, accounting and other administrative services at cost. These costs, which are reported in operation and maintenance expenses, totaled $8 million and $9 million for the three months ended June 30, 2007 and 2006, respectively, and $14 million and $20 million for the six months ended June 30, 2007 and 2006, respectively.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility, reported on Texas Competitive Holdings' balance sheet, is funded by a delivery fee surcharge collected from REPs by Oncor Electric Delivery and remitted to Texas Competitive Holdings, with the intent that the trust fund assets will be sufficient to fund the estimated decommissioning liability, also reported on Texas Competitive Holdings' balance sheet. Income and expenses associated with the trust fund and the decommissioning liability recorded by Texas Competitive Holdings are offset by a net change in the Oncor Electric Delivery and Texas Competitive Holdings intercompany receivable/payable, which in turn results in a change in Oncor Electric Delivery's reported net regulatory asset/liability. The regulatory liability totaled $26 million and $17 million at June 30, 2007 and December 31, 2006, respectively, and represents the excess of the trust fund balance over the estimated decommissioning liability.

- Oncor Electric Delivery has a 19.5% limited partnership interest, with a carrying value of $3 million and $4 million at June 30, 2007 and December 31, 2006, respectively, in a TXU Corp. subsidiary holding Capgemini-related assets. Equity losses related to this interest totaled $620 thousand and $665 thousand for the three months ended June 30, 2007 and 2006, respectively, and $1 million and $2 million for the six months ended June 30, 2007 and 2006, respectively. These losses primarily represent amortization of software assets held by the subsidiary.

- TXU Corp. files a consolidated federal income tax return, and federal income taxes are allocated to subsidiaries based on their respective taxable income or loss. As a result, Oncor Electric Delivery had a federal income tax payable to TXU Corp. of $21 million and $31 million at June 30, 2007 and December 31, 2006, respectively.

- As a result of the downgrade of Texas Competitive Holdings' credit rating by S&P in March 2007 to below investment grade, collateral of $17 million was posted by TXU DevCo with Oncor Electric Delivery in April 2007 under interconnection agreements for the three generation units being developed at Sandow and Oak Grove.

F-137

See Notes 4, 8 and 9 for information regarding the accounts receivable securitization program and the related subordinated notes receivable, dividends to TXU Corp. and the allocation of TXU Corp.'s pension and OPEB costs, respectively.

## 11. SUPPLEMENTARY FINANCIAL INFORMATION

### Other Income and Deductions—

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| Other income: | | | | |
| Net gain on sale of other properties and investments | $ 1 | $ — | $ 3 | $— |
| Other | — | — | — | 1 |
| Total other income | $ 1 | $ — | $ 3 | $ 1 |
| Other deductions: | | | | |
| Charges related to 2006 cities rate settlement | $ 7 | $ — | $13 | $— |
| Expenses related to suspended InfrastruX Energy Services joint venture[(a)] | 3 | — | 4 | — |
| Equity losses in an unconsolidated affiliate (Note 10) | — | 1 | 1 | 2 |
| Other | 1 | 1 | 3 | 2 |
| Total other deductions | $11 | $ 2 | $21 | $ 4 |

(a)   Consists of previously deferred costs arising from operational activities to transition to the joint venture arrangement.

### Interest Expense and Related Charges—

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| Interest | $78 | $72 | $154 | $139 |
| Amortization of debt discounts and issuance costs | 2 | 1 | 4 | 3 |
| Allowance for funds used during construction—capitalized interest portion | (2) | (1) | (4) | (2) |
| Total interest expense and related charges | $78 | $72 | $154 | $140 |

### Investments and Other Property—

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| Assets related to employee benefit plans, principally employee savings programs | $69 | $68 |
| Restricted cash | 17 | 17 |
| Investment in unconsolidated affiliates | 3 | 4 |
| Land | 4 | 4 |
| Total investments and other property | $93 | $93 |

F-138

Confidential

EFIHMW00296896

*Restricted Cash*—All restricted cash amounts reported on the balance sheet relate to the securitization (transition) bonds.

*Property, Plant and Equipment*—At June 30, 2007 and December 31, 2006, property, plant and equipment of $7.8 billion and $7.6 billion, respectively, is stated net of accumulated depreciation and amortization of $3.9 billion and $3.9 billion, respectively.

*Intangible Assets*—Intangible assets other than goodwill are comprised of the following:

| | As of June 30, 2007 | | | As of December 31, 2006 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Land easements | $179 | $ 66 | $113 | $178 | $ 64 | $114 |
| Capitalized software | 100 | 57 | 43 | 100 | 52 | 48 |
| Total | $279 | $123 | $156 | $278 | $116 | $162 |

Aggregate Oncor Electric Delivery amortization expense for intangible assets totaled $4 million and $3 million for the three months ended June 30, 2007 and 2006, respectively, and $7 million and $6 million for the six months ended June 30, 2007 and 2006, respectively. At June 30, 2007, the weighted average remaining useful lives of capitalized land easements and software were 69 years and nine years, respectively. The estimated aggregate amortization expense for each of the five succeeding fiscal years from December 31, 2006 is as follows:

| Year | Amortization Expense |
|---|---|
| 2007 | $15 |
| 2008 | 15 |
| 2009 | 14 |
| 2010 | 7 |
| 2011 | 5 |

At June 30, 2007 and December 31, 2006, goodwill of $25 million was reported in other noncurrent assets on the balance sheet.

*Supplemental Cash Flow Information*—

| | Six Months Ended June 30, | |
|---|---|---|
| | 2007 | 2006 |
| Cash payments: | | |
| Interest (net of amounts capitalized) | $148 | $137 |
| Income taxes | $ 67 | $211 |
| Noncash investing and financing activities: | | |
| Noncash construction expenditures[a] | $ 33 | $ 37 |
| Noncash contribution for pension-related assets | $ — | $ 15 |

(a)  Represents end of period accruals.

F-139

Confidential

EFIHMW00296897

PX 001
Page 422 of 453

### REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Stockholder of TXU Electric Delivery Company:

We have audited the accompanying consolidated balance sheets of TXU Electric Delivery Company and subsidiary (the "Company") as of December 31, 2006 and 2005, and the related statements of consolidated income, comprehensive income, cash flows and shareholder's equity for each of the three years in the period ended December 31, 2006. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of TXU Electric Delivery Company and subsidiary as of December 31, 2006 and 2005, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2006, in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 13 to the Notes to the Financial Statements, the Company changed its method of accounting for stock based compensation with the election to early adopt Statement of Financial Accounting Standards No. 123 (revised 2004) *Share-Based Payment,* effective October 1, 2004.

/s/ Deloitte & Touche LLP

Dallas, Texas
March 1, 2007

F-140

Confidential

## TXU ELECTRIC DELIVERY COMPANY
## STATEMENTS OF CONSOLIDATED INCOME

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Operating revenues: | | | |
| Affiliated | $1,139 | $1,278 | $1,420 |
| Nonaffiliated | 1,310 | 1,116 | 806 |
| Total operating revenues | 2,449 | 2,394 | 2.226 |
| Operating expenses: | | | |
| Operation and maintenance | 804 | 813 | 815 |
| Depreciation and amortization | 476 | 447 | 389 |
| Income taxes | 156 | 158 | 113 |
| Taxes other than income | 402 | 387 | 380 |
| Total operating expenses | 1,838 | 1,805 | 1,697 |
| Operating income | 611 | 589 | 529 |
| Other income and deductions: | | | |
| Other income | 2 | 4 | 7 |
| Other deductions | 27 | 15 | 55 |
| Nonoperating income taxes | 14 | 16 | 3 |
| Interest income | 58 | 58 | 56 |
| Interest expense and related charges | 286 | 269 | 279 |
| Income before extraordinary gain and cumulative effect of change in accounting principle | 344 | 351 | 255 |
| Extraordinary gain, net of tax effect (Note 1) | — | — | 16 |
| Cumulative effect of change in accounting principle, net of tax (Note 13) | — | — | 2 |
| Net income | $ 344 | $ 351 | $ 273 |

See Notes to Financial Statements.

F-141

Confidential

**TXU ELECTRIC DELIVERY COMPANY**

**STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME**

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Net income | $344 | $351 | $273 |
| Other comprehensive income (loss), net of tax effects: | | | |
| Minimum pension liability adjustments (net of tax (expense) benefit of $—, ($3) and $2) | — | 5 | (3) |
| Cash flow hedges—derivative value net losses reported in net income that relate to hedged transactions recognized in the period (net of tax expense of $— in all periods) | 2 | 1 | 1 |
| Comprehensive income | $346 | $357 | $271 |

See Notes to Financial Statements.

F-142

Confidential

EFIHMW00296900

**TXU ELECTRIC DELIVERY COMPANY**

**STATEMENTS OF CONSOLIDATED CASH FLOWS**

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Cash flows—operating activities: | | | |
| Net income | $ 344 | $ 351 | $ 273 |
| Extraordinary gain, net of tax effect | — | — | (16) |
| Cumulative effect of changes in accounting principles, net of tax effect | — | — | (2) |
| Income from continuing operations before income from extraordinary loss and cumulative effect of changes in accounting principles: | 344 | 351 | 255 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | |
| Depreciation and amortization | 473 | 447 | 390 |
| Deferred income taxes and investment tax credits—net | 22 | (40) | 42 |
| Cities rate settlement accrual | 1 | 1 | 21 |
| Bad debt expense | 1 | 3 | — |
| Stock-based incentive compensation expense | 4 | 8 | 8 |
| Recognition of losses on dedesignated cash flow hedges | 2 | 2 | 2 |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable—trade (including affiliates) | 3 | (33) | (36) |
| Impact of accounts receivable sales program | (3) | 26 | 19 |
| Inventories | (22) | (20) | (5) |
| Accounts payable—trade (including affiliates) | (16) | 33 | 7 |
| Other assets | (56) | (50) | (53) |
| Other liabilities | (125) | 141 | 42 |
| Cash provided by operating activities | 628 | 869 | 692 |
| Cash flows—financing activities: | | | |
| Issuances of long-term debt | — | — | 790 |
| Retirements/repurchases of debt | (93) | (182) | (645) |
| Changes in short-term borrowings | 622 | 51 | — |
| Net increase (decrease) in advances from parent | 2 | (40) | 38 |
| Decrease in income tax—related note receivable from TXU Energy Company | 39 | 40 | 2 |
| Cash dividends paid—common stock | (340) | — | — |
| Repurchases of common stock | — | — | (450) |
| Excess tax benefits on stock-based incentive compensation | 14 | 9 | — |
| Debt premium, discount, financing and reacquisition expenses | (4) | (5) | (22) |
| Cash provided by (used in) financing activities | 240 | (127) | (287) |
| Cash flows—investing activities: | | | |
| Capital expenditures | (840) | (733) | (600) |
| Costs to remove retired property | (40) | (44) | (40) |
| Other | (2) | 50 | (10) |
| Cash used in investing activities | (882) | (727) | (650) |
| Net change in cash and cash equivalents | (14) | 15 | (245) |
| Cash and cash equivalents—beginning balance | 15 | — | 245 |
| Cash and cash equivalents—ending balance | $ 1 | $ 15 | $ — |

See Notes to Financial Statements.

F-143

Confidential

EFIHMW00296901

## TXU ELECTRIC DELIVERY COMPANY
### CONSOLIDATED BALANCE SHEETS

|  | December 31, | |
|---|---|---|
|  | **2006** | **2005** |
|  | (millions of dollars) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 1 | $ 15 |
| Restricted cash | 55 | 46 |
| Trade accounts receivable from nonaffiliates—net (Note 6) | 101 | 112 |
| Trade accounts and other receivables from affiliates | 192 | 189 |
| Materials and supplies inventories—at average cost | 76 | 53 |
| Prepayments | 68 | 37 |
| Other current assets | 24 | 3 |
| Total current assets | 517 | 455 |
| Investments and other property | 93 | 76 |
| Property, plant and equipment—net | 7,608 | 7,067 |
| Note receivable due from TXU Energy Company (Note 15) | 323 | 362 |
| Regulatory assets—net (Note 5) | 2,028 | 1,826 |
| Other noncurrent assets | 140 | 125 |
| Total assets | $10,709 | $9,911 |
| **LIABILITIES AND SHAREHOLDER'S EQUITY** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 7) | $ 673 | $ 51 |
| Advances from parent | 24 | 23 |
| Long-term debt due currently (Note 8) | 297 | 93 |
| Trade accounts payable | 91 | 125 |
| Accrued income taxes payable to parent | 31 | 181 |
| Accrued taxes other than income | 144 | 156 |
| Accrued interest | 73 | 73 |
| Other current liabilities | 66 | 84 |
| Total current liabilities | 1,399 | 786 |
| Accumulated deferred income taxes (Note 4) | 1,461 | 1,383 |
| Investment tax credits | 52 | 58 |
| Long-term debt, less amounts due currently (Note 8) | 3,811 | 4,107 |
| Other noncurrent liabilities and deferred credits | 1,011 | 642 |
| Total liabilities | 7,734 | 6,976 |
| Contingencies (Note 9) | | |
| Shareholder's equity (Note 10) | 2,975 | 2,935 |
| Total liabilities and shareholder's equity | $10,709 | $9,911 |

See Notes to Financial Statements.

F-144

Confidential

**TXU ELECTRIC DELIVERY COMPANY**

**STATEMENTS OF CONSOLIDATED SHAREHOLDER'S EQUITY**

|  | December 31, | | |
|---|---|---|---|
|  | 2006 | 2005 | 2004 |
|  | (millions of dollars) | | |
| Common stock without par value—authorized shares—100,000,000: | | | |
| Balance at beginning of year | $1,952 | $2,061 | $2,501 |
| Effects of stock-based incentive compensation plans | 19 | 18 | 10 |
| Noncash contribution of pension-related assets | 15 | — | — |
| Noncash contribution of property assets | — | 19 | — |
| Noncash assumption of pension obligation (See Note 10) | — | (146) | — |
| Common stock repurchased and retired (2004—11,247,225 shares) | — | — | (450) |
| Balance at end of year (Shares outstanding 2006, 2005 and 2004—48,864,775) | 1,986 | 1,952 | 2,061 |
| Retained earnings: | | | |
| Balance at beginning of year | 1,004 | 653 | 380 |
| Net income | 344 | 351 | 273 |
| Dividends to parent | (340) | — | — |
| Balance at end of year | 1,008 | 1,004 | 653 |
| Accumulated other comprehensive loss, net of tax effects: | | | |
| Minimum pension liability adjustment: | | | |
| Balance at beginning of year | — | (5) | (2) |
| Change during the year | — | 5 | (3) |
| Balance at end of year | — | — | (5) |
| Cash flow hedges (SFAS 133): | | | |
| Balance at beginning of year | (21) | (22) | (23) |
| Change during the year | 2 | 1 | 1 |
| Balance at end of year | (19) | (21) | (22) |
| Total accumulated other comprehensive loss | (19) | (21) | (27) |
| Total shareholder's equity | $2,975 | $2,935 | $2,687 |

See Notes to Financial Statements.

F-145

Confidential

EFIHMW00296903

## TXU ELECTRIC DELIVERY COMPANY
### NOTES TO FINANCIAL STATEMENTS

## 1. SIGNIFICANT ACCOUNTING POLICIES

*Description of Business*—TXU Electric Delivery is a wholly-owned subsidiary of TXU Corp. TXU Electric Delivery is a regulated electricity transmission and distribution company principally engaged in providing delivery services to REPs that sell power in the north-central, eastern and western parts of Texas. A significant portion of TXU Electric Delivery's revenues represent fees for delivery services provided to TXU Energy Company. Distribution revenues from TXU Energy Company represented 52% of TXU Electric Delivery's distribution revenues and 46% of TXU Electric Delivery's total revenue for the year ended December 31, 2006.

TXU Electric Delivery's consolidated financial statements include its wholly-owned, bankruptcy remote financing subsidiary TXU Electric Delivery Transition Bond Company LLC. TXU Electric Delivery Transition Bond Company LLC was organized for the limited purpose of issuing securitization bonds to recover generation-related regulatory asset stranded costs and other qualified costs.

On February 26, 2007, TXU Corp. announced that it had entered into a Merger Agreement, with Merger Sub Parent and Merger Sub, whereby TXU Corp. would merge with Merger Sub and TXU Corp. would become a wholly-owned subsidiary of Merger Sub Parent. See Note 17.

TXU Electric Delivery is managed as an integrated business; consequently, there are no separate reportable business segments.

*Basis of Presentation*—The consolidated financial statements of TXU Electric Delivery have been prepared in accordance with accounting principles generally accepted in the US and on the same basis as the audited financial statements included in TXU Electric Delivery's Annual Report on Form 10-K for the year ended December 31, 2005. All adjustments (consisting of normal recurring accruals) necessary for a fair presentation of the results of operations and financial position have been included therein. All intercompany items and transactions have been eliminated in consolidation. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated.

*Use of Estimates*—Preparation of TXU Electric Delivery's financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including mark-to-market valuation adjustments. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Extraordinary gain*—The Settlement Plan addressed the issuance of securitization (transition) bonds to recover generation-related regulatory asset stranded costs and other qualified costs. A financing order finalized in January 2003 authorized the issuance of transition bonds with a principal amount of $1.3 billion, and the second and final tranche of the transition bonds was issued in June of 2004. An extraordinary gain of $16 million (net of tax of $9 million) recorded in the second quarter of 2004 represents an increase in the carrying value of the regulatory asset subject to securitization. The increase in the related regulatory asset is due to the effect of higher interest rates on the bonds and therefore increased amounts to be recovered from REPs through revenues as transition charges to service the principal and interest of the bonds. Classification of the gain as extraordinary is reflective of the Settlement Plan having arisen from legislation to transition the Texas electricity market to competition.

*Derivative Instruments and Mark-to-Market Accounting*—TXU Electric Delivery has entered into derivative instruments such as swaps, primarily to manage interest rate risk. If the instrument meets the definition of a derivative under SFAS 133, the fair value of each derivative is required to be recognized on the balance

F-146

Confidential

EFIHMW00296904

sheet as a derivative asset or liability and changes in the fair value recognized in net income, unless criteria for certain exceptions are met. This recognition is referred to as "mark-to-market" accounting. Under the exception criteria of SFAS 133, TXU Electric Delivery may elect to designate derivatives as a cash flow or fair value hedge.

Because derivative instruments are frequently used as economic hedges, SFAS 133 allows the designation of these hedges as cash flow or fair value hedges provided certain conditions are met. A cash flow hedge mitigates the risk associated with variable future cash flows (e.g., debt with variable interest rate payments), while a fair value hedge mitigates risk associated with fixed future cash flows (e.g., debt with fixed interest rate payments). In accounting for cash flow hedges, derivative assets and liabilities are recorded on the balance sheet at fair value with an offset in other comprehensive income to the extent the hedges are effective. Amounts remain in accumulated other comprehensive income, unless the underlying transactions become probable of not occurring, and are reclassified into net income as the underlying transactions (hedged items) settle and affect earnings. Fair value hedges are recorded as derivative assets or liabilities with an offset to net income, and the carrying value of the underlying asset or liability (hedged item) is adjusted for the change in fair value with an offset to net income. If the fair value hedge is settled prior to the maturity of the hedged item, the cumulative fair value gain or loss is amortized into income over the remaining life of the hedged item. To qualify for hedge accounting, a hedge must be considered highly effective in offsetting changes in fair value of the hedged item. Assessment of the hedge's effectiveness is tested at least quarterly throughout its term to continue to qualify for hedge accounting. Hedge ineffectiveness, even if the hedge continues to be assessed as effective, is recognized in net income in the current period. Ineffectiveness is generally measured as the cumulative excess, if any, of the change in value of the hedging instrument over the change in value of the hedged item.

*Revenue Recognition*—TXU Electric Delivery records revenue for delivery services under the accrual method of accounting. Revenues are recognized when delivery services are provided to customers on the basis of periodic cycle meter readings and include an estimate for revenues earned from the meter reading date to the end of the period with an adjustment for the impact of weather and other factors on unmetered sales (unbilled revenue).

*System of Accounts*—The accounting records of TXU Electric Delivery have been maintained in accordance with the FERC Uniform System of Accounts as adopted by the Commission.

*Defined Benefit Pension Plans and Other Postretirement Employee Benefit Plans*—TXU Electric Delivery is a participating employer in the TXU Corp. sponsored pension plan, offering benefits through either a defined benefit pension plan or cash balance plan. TXU Electric Delivery also participates in health care and life insurance benefit plans offered by TXU Corp. to eligible employees and their eligible dependents upon the retirement of such employees. Costs of pension and other postretirement employee benefit (OPEB) plans are determined in accordance with SFAS 87 and SFAS 106 and are dependent upon numerous factors, assumptions and estimates. Effective December 31, 2006, TXU Electric Delivery adopted SFAS 158, as required. See Note 12 for details with respect to the adoption of this standard and other information regarding pension and OPEB plans.

*Stock-Based Incentive Compensation*—TXU Corp. has provided discretionary awards to qualified managerial employees of TXU Electric Delivery that are payable in common stock under TXU Corp.'s shareholder-approved long-term incentive plans. TXU Electric Delivery recognized expense for these awards based on the provisions of SFAS 123R which provides for the recognition of stock-based compensation expense over the vesting period based on the grant-date fair value of those awards. See Note 13 for information regarding stock-based incentive compensation.

*Franchise Taxes*—Franchise taxes are not a "pass through" item such as sales and excise taxes. Franchise taxes are assessed to TXU Electric Delivery by local governmental bodies, based on kWh delivered and are recorded as an expense. Rates charged to customers by TXU Electric Delivery are intended to recover the taxes, but TXU Electric Delivery is not acting as agent to collect the taxes from customers.

Confidential

EFIHMW00296905

*Income Taxes*—TXU Corp. files a consolidated federal income tax return, and federal income taxes are allocated to subsidiaries based on their respective taxable income or loss. Investment tax credits are amortized to income over the estimated lives of the properties. Deferred income taxes are provided for temporary differences between the book and tax basis of assets and liabilities. Certain provisions of SFAS 109 provide that regulated enterprises are permitted to recognize deferred taxes as regulatory tax assets or tax liabilities if it is probable that such amounts will be recovered from, or returned to, customers in future rates.

TXU Corp. has generally accounted for uncertainty related to positions taken on tax returns based on the probable liability approach consistent with SFAS 5. FIN 48, as discussed below under "Changes in Accounting Standards", provides clarification of the accounting for uncertain income tax positions.

*Cash Equivalents*—For purposes of reporting cash and cash equivalents, temporary cash investments purchased with a remaining maturity of three months or less are considered to be cash equivalents.

*Property, Plant and Equipment*—Properties are stated at original cost. The cost of property additions includes materials and both direct and indirect labor and applicable overhead, including payroll-related costs and an allowance for funds used during construction.

Depreciation of TXU Electric Delivery's property, plant and equipment is calculated on a straight-line basis over the estimated service lives of the properties based on depreciation rates approved by the Commission. As is common in the industry, TXU Electric Delivery records depreciation expense using composite depreciation rates that reflect blended estimates of the lives of major asset components as compared to depreciation expense calculated on an asset-by-asset basis.

*Allowance For Funds Used During Construction (AFUDC)*—AFUDC is a regulatory cost accounting procedure whereby both interest charges on borrowed funds and a return on equity capital used to finance construction are included in the recorded cost of utility plant and equipment being constructed. AFUDC is capitalized on all projects involving construction periods lasting greater than thirty days. See Note 16 for detail of amounts.

*Regulatory Assets and Liabilities*—The financial statements of TXU Electric Delivery reflect regulatory assets and liabilities under cost-based rate regulation in accordance with SFAS 71. The assumptions and judgments used by regulatory authorities continue to have an impact on the recovery of costs, the rate earned on invested capital and the timing and amount of assets to be recovered by rates. See Note 5 for details of regulatory assets and liabilities.

See discussion above under "Extraordinary gain" regarding the extraordinary gain recorded in 2004 for the adjustment in the carrying value of TXU Electric Delivery's regulatory asset subject to securitization.

*Changes in Accounting Standards*—In February 2007, the FASB issued SFAS 159, which permits an entity to choose to measure certain financial assets and liabilities at fair value. SFAS 159 also revises provisions of SFAS 115 that apply to available-for-sale and trading securities. This statement is effective for fiscal years beginning after November 15, 2007. TXU Electric Delivery has not yet evaluated the potential impact of this standard.

In September 2006, FASB issued SFAS 158, which was adopted by TXU Electric Delivery effective December 31, 2006 See Note 12 for details related to the adoption of SFAS 158.

Also, in September 2006, FASB issued SFAS 157, which establishes a framework for measuring fair value. This statement is effective for fiscal years beginning after November 15, 2007. TXU Electric Delivery believes the adoption of SFAS 157 will have no significant impact on its results of operations or financial statements.

F-148

Confidential

In June 2006, the FASB issued FIN 48 which provides clarification of SFAS 109 with respect to the recognition of income tax benefits of uncertain tax positions in the financial statements. FIN 48 requires uncertain tax positions be reviewed and assessed with recognition and measurement of the tax benefit based on a "more-likely-than-not" standard. Benefits of positions taken on income tax returns that do not qualify for financial statement recognition are required to be disclosed in the financial statements. This interpretation will be adopted by TXU Electric Delivery effective January 1, 2007, as required. Upon adoption, the cumulative effect of this change in accounting principle will be accounted for as an adjustment to retained earnings. The FASB is considering certain revisions to FIN 48, and TXU Electric Delivery continues to evaluate the potential impact of this standard on its financial position.

## 2. RESTRUCTURING ACTIONS IN 2004

During 2004, senior management reviewed TXU Corp.'s operations and implemented a restructuring plan to restore financial strength, drive performance improvement with a competitive industrial company perspective, resolve outstanding contingencies and allocate capital in a disciplined and efficient manner.

The restructuring activities resulted in unusual charges impacting TXU Electric Delivery's 2004 earnings, summarized as follows and discussed below in more detail:

| | Income Statement Classification | Charge to Earnings | |
| --- | --- | --- | --- |
| | | Pretax | After-tax |
| Employee severance costs . . . . . . . . . . . . . . . . . . . . . . . . | Other deductions | $20 | $13 |
| Cities rate settlement charge . . . . . . . . . . . . . . . . . . . . . . | Other deductions | 21 | 14 |
| Outsourcing transition costs . . . . . . . . . . . . . . . . . . . . . . | Other deductions | 4 | 3 |
| Software write-off and asset impairment . . . . . . . . . . . . | Other deductions | 4 | 2 |
| Other charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Operation and maintenance expense | 2 | 1 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $51 | $33 |

Following is a discussion of major actions associated with the restructuring plan affecting TXU Electric Delivery:

### *Capgemini Outsourcing Agreement*

In May 2004, TXU Electric Delivery entered into a services agreement with Capgemini Energy LP (Capgemini). Under the ten-year agreement, over 2,500 employees (including approximately 200 from TXU Electric Delivery) transferred from subsidiaries of TXU Corp. to Capgemini effective July 1, 2004. Outsourced base support services performed by Capgemini for a fixed fee, subject to adjustment for volumes or other factors, include information technology, customer call center, billing, human resources, supply chain and certain accounting activities.

TXU Corp. agreed to indemnify Capgemini for severance costs incurred by Capgemini for former TXU Corp. employees terminated within 21 months of their transfer to Capgemini. Accordingly, TXU Electric Delivery recorded an $11 million ($7 million after-tax) charge for severance expense in the second quarter of 2004. (See Note 16 for further details regarding severance liabilities.) In addition, TXU Corp. committed to pay up to $25 million for costs associated with transitioning the outsourced activities to Capgemini. During 2004, TXU Electric Delivery recorded its share of transition expenses of $4 million ($3 million after-tax), and the remainder of its share of $3 million ($2 million after-tax) was expensed in 2005.

As part of the agreement, Capgemini was provided a royalty-free right, under an asset license arrangement, to use TXU Corp.'s information technology assets, consisting principally of computer software. A portion of the software was in development and had not yet been placed in service. As a result of outsourcing its information

F-149

EFIHMW00296907

technology activities, TXU Corp. no longer intended to develop the majority of these projects and from TXU Corp.'s perspective the software was abandoned. The agreements with Capgemini do not require that any software in development be completed and placed in service. Consequently, the carrying value of these software projects was written off, resulting in a charge of $1 million (after-tax) in 2004, related to TXU Electric Delivery. The remaining assets were transferred to a subsidiary of TXU Corp. at book value in exchange for an interest in that subsidiary. Such interest is accounted for by TXU Electric Delivery on the equity method.

TXU Corp. obtained a 2.9% limited partnership interest in Capgemini in exchange for the asset license described immediately above. See Note 11 for additional discussion of TXU Corp.'s investment in Capgemini and related terms of the agreement.

### Cities Rate Settlement

In the fourth quarter of 2004, TXU Electric Delivery recorded a $21 million ($14 million after-tax) charge for estimated payments under a settlement, which was finalized in February 2005, with a number of municipalities initiating an inquiry regarding distribution rates charged by TXU Electric Delivery.

### Organization Realignment and Headcount Reductions

During 2004, management completed a comprehensive organizational review, including an analysis of staffing requirements. As a result, a self-nomination severance program and other involuntary severance actions were completed, and TXU Electric Delivery recorded severance charges totaling $9 million ($6 million after-tax) in 2004. This amount includes $7 million in allocated TXU Corp. severance charges. Additionally, TXU Electric Delivery recorded $11 million of employee severance costs as a regulatory asset in accordance with SFAS 71.

## 3. CITIES RATE SETTLEMENT IN 2006

In January 2006, TXU Electric Delivery agreed with a steering committee representing 108 cities in Texas (Cities) to defer the filing of a system-wide rate case with the Commission to no later than June 30, 2008 (based on a test year ending December 31, 2007), unless the Cities and TXU Electric Delivery mutually agree that such a filing is unnecessary. TXU Electric Delivery has extended the benefits of the agreement to 292 nonlitigant cities. Based on the final agreements, including the participation of the nonlitigant cities, expected payments to the cities are estimated to total approximately $70 million, including incremental franchise taxes.

This amount is being recognized in earnings over the period from May 2006 through June 2008. Amounts recognized in 2006 totaled $18 million, of which $13 million is reported in other deductions (see Note 16), and the remainder as taxes other than income.

F-150

EFIHMW00296908

## 4. INCOME TAXES

The components of income tax expense (benefit) are as follows:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2006 | 2005 | 2004 |
| **Reported in operating expenses** |  |  |  |
| Current: |  |  |  |
| US Federal | $127 | $189 | $ 57 |
| State | 6 | 7 | 5 |
| Deferred federal | 28 | (33) | 56 |
| Amortization of investment tax credits | (5) | (5) | (5) |
| Total | 156 | 158 | 113 |
| **Reported in other income and deductions:** |  |  |  |
| Current: |  |  |  |
| US Federal | 18 | 16 | 12 |
| State | (3) | 1 | — |
| Deferred federal | (1) | (1) | (9) |
| Total | 14 | 16 | 3 |
| Total income tax expense | $170 | $174 | $116 |

Reconciliation of income taxes computed at the federal statutory rate to income tax expense:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2006 | 2005 | 2004 |
| Income before income taxes, extraordinary items and cumulative effect of change in accounting principle | $ 514 | $ 525 | $ 371 |
| Income taxes at the US federal statutory rate of 35% | $ 180 | $ 184 | $ 130 |
| Amortization of investment tax credits—net of deferred tax effect | (5) | (5) | (5) |
| Amortization (under regulatory accounting) of statutory tax rate changes | (7) | (7) | (8) |
| State income taxes, net of federal tax benefit | 4 | 5 | 4 |
| Medicare subsidy | (6) | (7) | (4) |
| Other, including audit settlements | 4 | 4 | (1) |
| Income tax expense | $ 170 | $ 174 | $ 116 |
| Effective tax rate | 33.1% | 33.1% | 31.2% |

F-151

Confidential

EFIHMW00296909

The components of TXU Electric Delivery's deferred income tax assets and deferred income tax liabilities are as follows:

| | December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2006** | | | **2005** | | |
| | Total | Current | Noncurrent | Total | Current | Noncurrent |
| **Deferred Income Tax Assets** | | | | | | |
| Employee benefit liabilities . . . . . . . . . . . . . . | $ 382 | $ — | $ 382 | $ 225 | $ 2 | $ 223 |
| Alternative minimum tax credit carryforwards . . . . . . . . . . . . . . . . . . . . | 110 | 35 | 75 | 110 | — | 110 |
| Unamortized investment tax credits . . . . . . . . | 28 | — | 28 | 31 | — | 31 |
| Net operating loss (NOL) carryforwards . . . . | — | — | — | 4 | 4 | — |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | — | 20 | 64 | 8 | 56 |
| Total deferred tax assets . . . . . . . . . . . . . | 540 | 35 | 505 | 434 | 14 | 420 |
| **Deferred Income Tax Liabilities** | | | | | | |
| Book/tax depreciation differences . . . . . . . . . | 1,182 | — | 1,182 | 1,129 | — | 1,129 |
| Regulatory assets . . . . . . . . . . . . . . . . . . . . . . | 749 | — | 749 | 593 | — | 593 |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 47 | 12 | 35 | 95 | 14 | 81 |
| Total deferred tax liability . . . . . . . . . . . | 1,978 | 12 | 1,966 | 1,817 | 14 | 1,803 |
| **Net Deferred Tax Liability** . . . . . . . . . . . . . . . . . | $1,438 | $(23) | $1,461 | $1,383 | $— | $1,383 |

At December 31, 2006, TXU Electric Delivery had $110 million of alternative minimum tax credit carryforwards available to offset future tax payments. The alternative minimum tax credit carryforwards have no expiration date.

See Note 1 for discussion regarding the implementation of FIN 48, which addresses accounting for uncertain tax positions.

F-152

EFIHMW00296910

## 5. REGULATORY ASSETS AND LIABILITIES

### *Regulatory Assets and Liabilities—*

| | December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| **Regulatory assets** | | |
| Generation-related regulatory assets securitized by transition bonds | $1,316 | $1,461 |
| Employee retirement costs | 461 | 89 |
| Storm-related service recovery costs | 138 | 110 |
| Securities reacquisition costs | 112 | 119 |
| Recoverable deferred income taxes—net | 90 | 107 |
| Employee severance costs | 44 | 33 |
| Nuclear decommissioning cost under-recovery | — | 8 |
| Total regulatory assets | 2,161 | 1,927 |
| **Regulatory liabilities** | | |
| Investment tax credit and protected excess deferred taxes | 63 | 71 |
| Over-collection of securitization (transition) bond revenues | 34 | 28 |
| Nuclear decommissioning cost over-recovery | 17 | — |
| Other regulatory liabilities | 19 | 2 |
| Total regulatory liabilities | 133 | 101 |
| **Net regulatory assets** | $2,028 | $1,826 |

Regulatory assets totaling $121 million have been reviewed and approved by the Commission and are earning a return. The unamortized amounts of these regulatory assets reflected in the above table totaled $100 million and $105 million at December 31, 2006 and 2005, respectively. The assets that have been approved by the Commission and are not earning a return total $1.3 billion at December 31, 2006 and $1.5 billion at December 31, 2005 and have a remaining recovery period of 10 to 44 years, including the regulatory assets securitized by transition bonds that have a remaining recovery period of 10 years as of December 31, 2006.

## 6. TRADE ACCOUNTS RECEIVABLE AND SALE OF RECEIVABLES PROGRAM

*Sale of Receivables*—TXU Electric Delivery participates in an accounts receivable securitization program established by TXU Corp. for certain of its subsidiaries, the activity under which is accounted for as a sale of accounts receivable in accordance with SFAS 140. Under the program, TXU Electric Delivery sells trade accounts receivable to TXU Receivables Company, a consolidated wholly-owned bankruptcy-remote direct subsidiary of TXU Corp., which sells undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions (the funding entities). The current program is subject to renewal in June 2008.

The maximum amount currently available under the program to all TXU Corp. subsidiary participants (originators) is $700 million, and the program funding was $627 million as of December 31, 2006. The program funding to TXU Electric Delivery totaled $86 million as of December 31, 2006. Under certain circumstances, the amount of customer deposits held by the originators can reduce the amount of undivided interests that can be sold, thus reducing funding available under the program. Total funding availability under the program is reduced by 100% of the originators' customer deposits if TXU Energy Company's fixed charge coverage ratio is less than 2.5 times; 50% if TXU Energy Company's coverage ratio is less than 3.25 times, but at least 2.5 times; and zero % if TXU Energy Company's coverage ratio is 3.25 times or more. The originators' customer deposits, which totaled $116 million, did not affect funding availability at that date as TXU Energy Company's coverage ratio was in excess of 3.25 times.

Confidential

EFIHMW00296911

All new trade receivables under the program generated by TXU Electric Delivery are continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Changes in the amount of funding under the program, through changes in the amount of undivided interests sold by TXU Receivables Company, reflect seasonal variations in the level of accounts receivable, changes in collection trends as well as other factors such as changes in delivery fees and volumes. TXU Receivables Company has issued subordinated notes payable to TXU Electric Delivery for the difference between the face amount of the uncollected accounts receivable purchased, less a discount, and cash paid to TXU Electric Delivery that was funded by the sale of the undivided interests. The balance of the subordinated notes issued to TXU Electric Delivery, which is reported in trade accounts receivable, was $52 million and $47 million at December 31, 2006 and 2005, respectively.

The discount from face amount on the purchase of receivables principally funds program fees paid by TXU Receivables Company to the funding entities. The discount also funds a servicing fee paid by TXU Receivables Company to TXU Business Services Company, a direct subsidiary of TXU Corp., but the amounts are immaterial. The program fees, referred to as losses on sale of the receivables under SFAS 140, consist primarily of interest costs on the underlying financing and totaled $6 million, $3 million and $1 million in 2006, 2005 and 2004, respectively, and averaged 5.8%, 4.0% and 2.1% (on an annualized basis) of the funding under the program in 2006, 2005 and 2004, respectively. These fees represent essentially all the net incremental costs of the program to TXU Electric Delivery and are reported in operation and maintenance expenses.

The accounts receivable balance reported in the December 31, 2006 consolidated balance sheet has been reduced by $138 million face amount of trade accounts receivable from nonaffiliates sold to TXU Receivables Company, partially offset by the inclusion of $52 million of subordinated notes receivable from TXU Receivables Company. Funding under the program decreased $3 million to $86 million in 2006, increased $26 million to $89 million in 2005 and increased $19 million to $63 million in 2004. Funding increases or decreases under the program are reflected as operating cash flow activity in the statement of cash flows. The carrying amount of the retained interests in the accounts receivable balance approximated fair value due to the short-term nature of the collection period.

Activities of TXU Receivables Company related to TXU Electric Delivery in 2006, 2005 and 2004 were as follows:

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2006 | 2005 | 2004 |
| Cash collections on accounts receivable | $ 1,229 | $ 970 | $ 669 |
| Face amount of new receivables purchased | (1,231) | (998) | (696) |
| Discount from face amount of purchased receivables | 6 | 3 | 1 |
| Program fees paid | (6) | (3) | (1) |
| Increase in subordinated notes payable | 5 | 2 | 8 |
| Cash flows used by (provided to) TXU Electric Delivery under the program | $    3 | $ (26) | $ (19) |

Upon termination of the program, cash flows would be delayed as collections of sold receivables would be used by TXU Receivables Company to repurchase the undivided interests from the funding entities instead of purchasing new receivables. The level of cash flows would normalize in approximately 16 to 30 days.

***Contingencies Related to Sale of Receivables Program***—Although TXU Receivables Company expects to be able to pay its subordinated notes from the collections of purchased receivables, these notes are subordinated to the undivided interests of the financial institutions in those receivables, and collections might not be sufficient to pay the subordinated notes. The program may be terminated if either of the following events occurs:

    1) all of the originators cease to maintain their required fixed charge coverage ratio and debt to capital (leverage) ratio; or

F-154

EFIHMW00296912

2) the delinquency ratio (delinquent for 31 days) for the sold receivables, the default ratio (delinquent for 91 days or deemed uncollectible), the dilution ratio (reductions for discounts, disputes and other allowances) or the days collection outstanding ratio exceed stated thresholds and the financial institutions do not waive such event of termination. The thresholds apply to the entire portfolio of sold receivables, not separately to the receivables of each originator.

**Trade Accounts Receivable—**

| | At December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| Gross trade accounts receivable ............................................... | $ 347 | $ 377 |
| Trade accounts receivable from TXU Energy Company ........................... | (155) | (171) |
| Undivided interests in accounts receivable sold by TXU Receivables Company ............. | (138) | (136) |
| Subordinated notes receivable from TXU Receivables Company ........................ | 52 | 47 |
| Allowance for uncollectible accounts related to undivided interests in receivables retained ..... | (5) | (5) |
| Trade accounts receivable from nonaffiliates—net ................................ | $ 101 | $ 112 |

Gross trade accounts receivable at December 31, 2006 and 2005 included unbilled revenues of $118 million and $112 million, respectively.

Allowances related to receivables sold are reported in other current liabilities and totaled $1 million at both December 31, 2006 and 2005.

## 7. SHORT-TERM FINANCING

**Short-term Borrowings—**At December 31, 2006 and 2005, the outstanding short-term borrowings of TXU Electric Delivery consisted of the following:

| | At December 31, 2006 | | At December 31, 2005 | |
| --- | --- | --- | --- | --- |
| | Outstanding Amount | Interest Rate[a] | Outstanding Amount | Interest Rate[a] |
| Commercial paper ....................................... | $673 | 5.53% | $51 | 4.56% |
| Advances from parent .................................... | 24 | 5.65% | 23 | 4.99% |
| Total ............................................. | $697 | | $74 | |

_____
(a)  Weighted average interest rate at the end of the period.

Under the commercial paper program, TXU Electric Delivery may issue up to $1.0 billion of these securities. The program is supported by existing credit facilities.

**Credit Facilities—**At December 31, 2006, TXU Electric Delivery had access directly or through its affiliates to credit facilities with the following terms:

| | | At December 31, 2006 | | | |
| --- | --- | --- | --- | --- | --- |
| Authorized Borrowers | Maturity Date | Facility Limit | Letters of Credit | Cash Borrowings | Availability |
| TXU Energy Company ........................... | May 2007 | $1,500 | $ — | $ — | $1,500 |
| TXU Energy Company, TXU Electric Delivery ....... | June 2008 | 1,400 | 489 | — | 911 |
| TXU Energy Company, TXU Electric Delivery ....... | August 2008 | 1,000 | — | 150 | 850 |
| TXU Energy Company, TXU Electric Delivery ....... | March 2010 | 1,600 | 3 | — | 1,597 |
| TXU Energy Company, TXU Electric Delivery ....... | June 2010 | 500 | — | — | 500 |
| TXU Energy Company ........................... | December 2009 | 500 | 455 | 45 | — |
| Total .................................... | | $6,500 | $947 | $195 | $5,358 |

F-155

EFIHMW00296913

The maximum amount TXU Energy Company and TXU Electric Delivery can directly access under the facilities is $6.5 billion and $3.6 billion, respectively. These facilities may be used for working capital and general corporate purposes, including providing support for issuances of commercial paper and for issuing letters of credit. Both TXU Electric Delivery and TXU Energy Company had outstanding commercial paper at December 31, 2006.

In addition, TXU Energy Company and TXU Electric Delivery have a $25 million joint uncommitted line of credit without an expiration date. The terms are generally consistent with existing credit facilities, except that funding remains at the discretion of the lender. As of December 31, 2006, there were no outstanding borrowings under this line of credit.

All letters of credit and cash borrowings under the credit facilities as of December 31, 2006 are the obligations of TXU Energy Company. In addition, TXU Energy Company has outstanding commercial paper supported by these facilities totaling $623 million.

## 8. LONG-TERM DEBT

*Long-term debt*—At December 31, 2006 and 2005, long-term debt of TXU Electric Delivery consisted of the following:

| | December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| TXU Electric Delivery | | |
| 6.375% Fixed Senior Notes due May 1, 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 700 | $ 700 |
| 7.000% Fixed Senior Notes due May 1, 2032 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 500 | 500 |
| 6.375% Fixed Senior Notes due January 15, 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 350 | 350 |
| 5.000% Fixed Debentures due September 1, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 200 | 200 |
| 7.000% Fixed Debentures due September 1, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 800 | 800 |
| Unamortized discount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (16) | (17) |
| Sub-total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,034 | 3,033 |
| TXU Electric Delivery Transition Bond Company LLC:[a] | | |
| 2.260% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 44 |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 122 | 122 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 130 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 145 | 145 |
| 3.520% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2009 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 158 | 215 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 221 | 221 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 . . . | 290 | 290 |
| Total TXU Electric Delivery Transition Bond Company LLC . . . . . . . . . . . . . . . . . . . . . | 1,074 | 1,167 |
| Total TXU Electric Delivery consolidated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,108 | 4,200 |
| Less amount due currently . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (297) | (93) |
| Total long-term debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $3,811 | $4,107 |

_____

(a)  These bonds are nonrecourse to TXU Electric Delivery and were issued to securitize a regulatory asset.

F-156

EFIHMW00296914

*Debt Retirements in 2006*—Retirements of long-term debt in 2006 totaled $93 million and represent transition bond principal payments at scheduled maturity dates.

*Debt Issuances and Retirements in 2005*—In July 2005, the remaining publicly outstanding $92 million principal amount of TXU Electric Delivery's Fixed First Mortgage Bonds matured and was paid. In a related action, in October 2005 TXU Electric Delivery released the liens associated with its 2002 Secured Indenture resulting in its Senior Secured Notes becoming unsecured obligations of TXU Electric Delivery ranking equally with all of its other unsecured obligations. Because the First Mortgage Bonds that served as collateral for the 2002 Secured Indenture were returned to TXU Electric Delivery in connection with that release and TXU Electric Delivery no longer had any publicly outstanding First Mortgage Bonds, TXU Electric Delivery discharged its 1983 Mortgage in October 2005. As a result of these actions, TXU Electric Delivery no longer has any secured debt outstanding.

Retirements of other long-term debt in 2005 totaling $91 million represent payments related to transition bonds at scheduled maturity dates.

*Securitization (Transition) Bonds*—Under a regulatory financing order authorizing the issuance of $1.3 billion principal amount of transition bonds to recover generation-related regulatory assets, TXU Electric Delivery Transition Bond Company LLC issued $500 million principal amount of transition bonds in August 2003 and the remaining $790 million principal amount in June 2004. Amounts to service the principal and interest on the bonds are recovered from REPs by TXU Electric Delivery through a distribution fee surcharge. Also see Note 1.

*Maturities*—Transition bond sinking fund requirements and other long-term debt maturities at December 31, 2006, were as follows:

| Year | |
|---|---|
| 2007 | $ 297 |
| 2008 | 99 |
| 2009 | 103 |
| 2010 | 108 |
| 2011 | 113 |
| Thereafter | 3,404 |
| Unamortized discount | (16) |
| Total | $4,108 |

## 9. COMMITMENTS AND CONTINGENCIES

### Commitments

*Leases*—As of December 31, 2006, future minimum lease payments under operating leases (with initial or remaining noncancelable lease terms in excess of one year) were as follows:

| Year | |
|---|---|
| 2007 | $ 7 |
| 2008 | 5 |
| 2009 | 4 |
| 2010 | 4 |
| 2011 | 4 |
| Thereafter | 9 |
| Total future minimum lease payments | $33 |

F-157

Confidential

*Contingencies*

*Legal Proceedings*—TXU Electric Delivery is involved in various legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect upon its financial position, results of operations or cash flows.

*Labor Contracts*—Certain TXU Electric Delivery employees are represented by a labor union and covered by a collective bargaining agreement that will expire in 2007 and wages and benefits are currently being negotiated. A new bargaining unit, representing approximately 500 employees, was certified in TXU Electric Delivery in December 2006 and negotiations will begin on an initial labor agreement in early 2007. Management expects that any changes in collective bargaining agreements will not have a material effect on TXU Electric Delivery's financial position, results of operations or cash flows; however, TXU Electric Delivery is unable to predict the ultimate outcome of these labor negotiations.

*Environmental Contingencies*—TXU Electric Delivery must comply with environmental laws and regulations applicable to the handling and disposal of hazardous waste. TXU Electric Delivery is in compliance with all current laws and regulations; however, the impact, if any, of changes to existing regulations or the implementation of new regulations is not determinable. The costs to comply with environmental regulations can be significantly affected by the following external events or conditions:

- changes to existing state or federal regulation by governmental authorities having jurisdiction over control of toxic substances and hazardous and solid wastes, and other environmental matters; and

- the identification of additional sites requiring clean-up or the filing of other complaints in which TXU Electric Delivery may be asserted to be a potential responsible party.

*Guarantees*—TXU Electric Delivery has entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions. Guarantees issued or modified after December 31, 2002 are subject to the recognition and initial measurement provisions of FIN 45, which requires a guarantor to recognize, at the inception of a guarantee, a liability for the fair value of the obligation undertaken in issuing the guarantee.

*Residual value guarantees in operating leases*—TXU Electric Delivery is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At December 31, 2006, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled approximately $25 million. These leased assets consist primarily of vehicles used in distribution activities. The average life of the lease portfolio is approximately three years.

## 10. SHAREHOLDER'S EQUITY

No shares of TXU Electric Delivery's common stock are held by or for its own account, nor are any shares of such capital stock reserved for its officers and employees or for options, warrants, conversions and other rights in connection therewith.

*Noncash contributions*—Effective January 1, 2005, TXU Electric Delivery and TXU Energy Company entered into an agreement whereby TXU Electric Delivery assumed responsibility for pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility, which in addition to its own employees consists largely of active and retired personnel engaged in TXU Energy Company's activities, related to service of those additional personnel prior to the deregulation and disaggregation of TXU Corp.'s business. (See Note 12 for additional information related to this agreement.) In connection with this agreement, TXU Electric Delivery recorded a $15 million credit to its common stock account in 2006 for the noncash contribution of pension-related assets and a $146 million charge to common stock in 2005 for the noncash assumption of the pension obligation.

F-158

Confidential

Under SFAS 123R, expense related to TXU Corp.'s stock-based incentive compensation awards granted to TXU Electric Delivery's employees is accounted for as a noncash capital contribution from TXU Corp. Accordingly, TXU Electric Delivery recorded a credit of $5 million and $9 million to its common stock account in 2006 and 2005, respectively.

TXU Electric Delivery recorded a $14 million credit in 2006 and a $9 million credit in 2005 to common stock arising from the excess tax benefit generated by the distribution date value of the stock-based incentive awards exceeding the reported compensation expense.

In 2005, $19 million of property assets were transferred at book value to TXU Electric Delivery through a capital contribution.

In the second quarter of 2006, TXU Electric Delivery distributed its mineral interests in natural gas and oil to TXU Corp. in the form of a dividend. The dividend was recorded at the book value of the interests, which was zero. These mineral interests were acquired as part of land purchases over the years to support the expansion of the transmission and distribution system and not for the mineral development, and no value was attributed to the mineral interests at the time of acquisition.

***Repurchases and retirements of common stock***—All of TXU Electric Delivery's common stock is held by TXU Corp. During 2004, TXU Electric Delivery repurchased and retired a total of 11,247,225 shares of common stock for $450 million.

In 2004, the legal form of cash distributions was common stock repurchases; however, for accounting purposes, these cash distributions are recorded as a return of capital. There have not been any such repurchases in 2005 and 2006.

***Dividends***—During 2006, TXU Electric Delivery declared and paid the following dividends:

| Declaration Date | Payment Date | Dividend Amount |
|---|---|---|
| October 1, 2006 | October 2, 2006 | $85 |
| July 1, 2006 | July 3, 2006 | $85 |
| March 8, 2006 | April 3, 2006 | $85 |

Additionally, in January 2006, TXU Electric Delivery paid a cash dividend of $85 million to TXU Corp.

In January 2007, TXU Electric Delivery declared and paid a cash dividend of $88 million to TXU Corp.

## 11. INVESTMENTS AND OTHER PROPERTY

The following information is a summary of the investments and other property balance as of December 31, 2006 and 2005:

| | December 31, | |
|---|---|---|
| | 2006 | 2005 |
| Assets related to employee benefit plans, principally employee savings programs . . . . . . . . . . . . . . | $68 | $51 |
| Restricted cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | 13 |
| Investment in unconsolidated affiliates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 8 |
| Land . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 4 |
| Total other property and investments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $93 | $76 |

***Assets Related to Employee Benefit Plans***—The majority of these assets represent cash surrender values of life insurance policies that are purchased to fund liabilities under deferred compensation plans. TXU Corp. pays the premiums and is the beneficiary of these life insurance policies. As of December 31, 2006 and 2005, the face

F-159

amount of these policies totaled $171 million and $166 million, and the net cash surrender values totaled $59 million and $36 million, respectively. Changes in cash surrender value are netted against premiums paid. Other investment assets held to satisfy deferred compensation liabilities are recorded at market value.

*Capgemini Agreement*—In May 2004, TXU Electric Delivery entered into a services agreement with Capgemini to outsource certain support activities. As part of the agreement, Capgemini was provided a royalty-free right, under an asset license arrangement, to use TXU Corp.'s information technology assets, consisting primarily of computer software. TXU Corp. obtained a 2.9% limited partnership interest in Capgemini in exchange for the asset license. TXU Corp. has the right to sell (the put option) its interest and the licensed software to Cap Gemini North America Inc. for $200 million, plus its share of Capgemini's undistributed earnings, upon expiration of the services agreement or earlier upon the occurrence of certain unexpected events. Cap Gemini North America Inc. has the right to purchase these interests under the same terms and conditions. The partnership interest has been recorded at an initial value of $2.9 million and is being accounted for on the cost method.

TXU Electric Delivery recorded its share of the fair value of the put option, estimated at $51 million, as an other noncurrent asset. Of this amount, $49 million was recorded as a reduction to the carrying value of the investment, and the balance, which represents the fair value of the assumed cash distributions and gains while holding the partnership interest, was recorded as a noncurrent deferred credit. This accounting is in accordance with AICPA Statement of Position 98-1, "Accounting for the Costs of Computer Software Developed or Obtained for Internal Use."

Subject to certain terms and conditions, Cap Gemini North America, Inc. and its parent, Cap Gemini S.A., have guaranteed the performance and payment obligations of Capgemini under the services agreement, as well as payments under the put option.

*Restricted Cash*—

| | Balance Sheet Classification | | | |
| | At December 31, 2006 | | At December 31, 2005 | |
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
| --- | --- | --- | --- | --- |
| Customer collections related to securitization (transition) bonds used only to service debt and pay expenses ...................... | $55 | $ — | $46 | $ — |
| Reserve for fees associated with transition bonds ................. | — | 10 | — | 10 |
| Reserve for shortfalls of transition bond charges ................. | — | 7 | — | 3 |
| Total ............................................. | $55 | $ 17 | $46 | $ 13 |

## 12. PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS

*Adoption of SFAS 158*—In September 2006, the FASB issued SFAS 158, which was adopted by TXU Electric Delivery effective December 31, 2006, as required. SFAS 158 requires reporting in the balance sheet of the funded status of defined benefit pension and other postretirement employee benefit (OPEB) plans. Periodic pension and OPEB costs continue to be determined in accordance with SFAS 87 and SFAS 106. Under these standards, the accrued benefit obligation recognized in the balance sheet represented the cumulative difference between the net periodic benefit costs and cash funding of the plans. SFAS 87 also required the recording of a minimum pension liability representing the excess of the accumulated benefit obligation over the fair value of the plans' assets and the accrued benefit obligation already recorded under SFAS 87. The recording of the minimum pension liability resulted in adjustments to other comprehensive income or balance sheet accounts, principally regulatory assets.

F-160

Confidential

EFIHMW00296918

SFAS 158 requires that both the pension and OPEB accrued benefit obligation reported in the balance sheet represent the funded status of the plans based on the projected benefit obligation, which for the pension plan takes into account future compensation increases. For TXU Electric Delivery, the initial recognition of the funded status on the financial statements is reflected as an increase in the accrued benefit obligation and an increase in regulatory assets. The recording of a regulatory asset, instead of a reduction in the accumulated other comprehensive income component of shareholder's equity as set forth in SFAS 158, is based on the regulatory recovery of retirement benefits under the June 2005 amendment to PURA. See discussion below under "Regulatory Recovery of Pension and Other Postretirement Employee Benefit Costs".

| | December 31, 2006 | | |
| --- | --- | --- | --- |
| | Balances Prior to Application of SFAS 158 | Increase (Decrease) to Balances | Balances After Application of SFAS 158 |
| Intangible asset .......................................... | $   3 | $  (3) | $  — |
| Noncurrent assets: | | | |
| Accumulated deferred income tax assets ................... | $182 | $158 | $340 |
| Regulatory assets ..................................... | $ 61 | $343 | $404 |
| Current liabilities: | | | |
| Defined benefit pension and OPEB obligations ............ | $  — | $   2 | $   2 |
| Noncurrent liabilities: | | | |
| Accumulated deferred income tax liability ................ | $ 22 | $158 | $180 |
| Defined benefit pension and OPEB obligations ............ | $554 | $338 | $892 |

The amounts recorded in the fourth quarter of 2006 upon adoption of SFAS 158 were based on TXU Electric Delivery's allocation of the measurements of TXU Corp.'s pension and OPEB plans at the December 31, 2006 year-end date, which has been TXU Electric Delivery's practice but is now required under SFAS 158.

*Pension Plan*—TXU Electric Delivery is a participating employer in the TXU Retirement Plan (Retirement Plan), a defined benefit pension plan sponsored by TXU Corp. The Retirement Plan is a qualified pension plan under Section 401(a) of the Internal Revenue Code of 1986, as amended (Code) and is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended (ERISA). Employees are eligible to participate in the Retirement Plan upon their completion of one year of service and the attainment of age 21. All benefits are funded by the participating employers. The Retirement Plan provides benefits to participants under one of two formulas: (i) a cash balance formula under which participants earn monthly contribution credits based on their compensation and a combination of their age and years of service, plus monthly interest credits, or (ii) a traditional defined benefit formula based on years of service and the average earnings of the three years of highest earnings. The cash balance interest component of the cash balance plan is variable and is determined using the yield on 30-year Treasury bonds.

All eligible employees hired after January 1, 2001 participate under the cash balance formula. Certain employees who, prior to January 1, 2002, participated under the traditional defined benefit formula, continue their participation under that formula. Under the cash balance formula, future increases in earnings will not apply to prior service costs. It is TXU Corp.'s policy to fund the plans on a current basis to the extent deductible under existing federal tax regulations. Such contributions, when made, are intended to provide not only for benefits attributed to service to date, but also those expected to be earned in the future.

TXU Electric Delivery also participates in TXU Corp.'s supplemental retirement plans for management employees, the information for which is included in the data below.

*Minimum Pension Liability Adjustment Prior to SFAS 158*—As discussed above, TXU Electric Delivery Company recorded a minimum pension liability adjustment prior to the adoption of SFAS 158. The minimum pension liability adjustment for the year ended December 31, 2005 was recorded as a regulatory asset and totaled $66 million net of the related deferred income tax liability. The minimum pension liability adjustment recorded

Confidential

EFIHMW00296919

for the year ended December 31, 2004 totaled $3 million after-tax and was recorded as a charge to other comprehensive income.

*Other Postretirement Employee Benefits*—TXU Electric Delivery participates with TXU Corp. and certain other affiliated subsidiaries of TXU Corp. to offer certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. For employees retiring on or after January 1, 2002, the retiree contributions required for such coverage vary based on a formula depending on the retiree's age and years of service.

*Pension and Other Postretirement Employee Benefits Costs*—The following details net pension and other postretirement employee benefit (OPEB) costs recognized as expense:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| Pension costs under SFAS 87 | $ 41 | $ 28 | $ 16 |
| OPEB costs under SFAS 106 | 61 | 50 | 34 |
| Total benefit costs | $102 | $ 78 | $ 50 |
| Less amounts deferred principally as a regulatory asset or property | (84) | (58) | (23) |
| Net amounts recognized as expense | $ 18 | $ 20 | $ 27 |

The pension and OPEB amounts provided represent allocations of amounts related to TXU Corp.'s plans to TXU Electric Delivery.

*Regulatory Recovery of Pension and OPEB Costs*—In June 2005, an amendment to PURA relating to TXU Corp.'s pension and OPEB costs was enacted by the Texas Legislature. This amendment, which was retroactively effective January 1, 2005, provides for the recovery by TXU Electric Delivery of pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility, which in addition to its own employees consists largely of active and retired personnel engaged in TXU Energy Company's activities, related to service of those additional personnel prior to the deregulation and disaggregation of TXU Corp.'s business. TXU Electric Delivery and TXU Energy Company have entered into an agreement whereby TXU Electric Delivery assumes responsibility for applicable pension and OPEB costs related to those personnel.

The following table summarizes the initial impact of the related transfer of pension and other postretirement benefit obligations at December 31, 2005:

| | |
| --- | --- |
| Increase in intangible asset | $ 6 |
| Increase in regulatory asset | 2 |
| Increase in other noncurrent liabilities and deferred credits | (239) |
| Decrease in accumulated deferred income taxes | 85 |
| Total noncash assumption of pension obligation[a] | $(146) |

(a) Amount represents a charge to common stock.

In addition, during 2006 TXU Electric Delivery recorded a $15 million credit to its common stock account for the noncash contribution of pension-related assets.

The amendment additionally authorizes TXU Electric Delivery to establish a regulatory asset or liability for the difference between the amounts of pension and OPEB costs approved in current billing rates and the actual amounts that would otherwise have been recorded as charges or credits to earnings. Accordingly, in the second quarter of 2005 TXU Electric Delivery began deferring (principally as a regulatory asset or property) additional

Confidential

EFIHMW00296920

pension and OPEB costs for the effect of the amendment. Amounts deferred are ultimately subject to regulatory approval. Amounts recorded as a regulatory asset in 2006 totaled $34 million.

*Assumed Discount Rate*—The discount rates reflected in net pension and other postretirement benefit costs are 5.75% and 6.0% in 2006 and 2005, respectively. The expected rate of return on plan assets reflected in the 2006 cost amounts is 8.75% for the pension plan and 8.67% for other postretirement benefits.

*Amortization in 2007*—The estimated net loss and prior service cost for the defined benefit pension plans that will be amortized into net periodic pension cost in 2007 total $15 million and $1 million, respectively. The estimated net loss, prior service credit and net transition obligation for the OPEB plans that will be amortized into net periodic benefit cost in 2007 total $14 million, a $2 million credit and $1 million, respectively. As discussed above, a portion of the pension and OPEB costs will be deferred as a regulatory asset.

*Pension and Other Postretirement Employee Benefit Plan Cash Contributions*—The following details the contributions to the benefit plans.

|  | December 31, | | |
|---|---|---|---|
|  | **2006** | **2005** | **2004** |
| Pension plan contributions | $ 2 | $ 1 | $12 |
| OPEB plan contributions | 26 | 40 | 25 |
| Total contributions | $28 | $41 | $37 |

Estimated funding in 2007 of the pension plan and OPEB plan total $36 million and $25 million, respectively.

*Thrift Plan*—Employees of TXU Electric Delivery may participate in a qualified savings plan, the TXU Thrift Plan (Thrift Plan). This plan is a participant-directed defined contribution plan intended to qualify under Section 401(a) of the Code, and is subject to the provisions of ERISA. The Thrift Plan includes an employee stock ownership component. Under the terms of the Thrift Plan, as amended effective in 2002, employees who do not earn more than the IRS threshold compensation limit used to determine highly compensated employees may contribute, through pretax salary deferrals and/or after-tax payroll deductions, the lesser of 75% of their regular salary or wages or the maximum amount permitted under law. Employees who earn more than such threshold may contribute from 1% to 16% of their regular salary or wages. Employer matching contributions are also made in an amount equal to 100% of the first 6% of employee contributions for employees who are covered under the cash balance formula of the Retirement Plan, and 75% of the first 6% of employee contributions for employees who are covered under the traditional defined benefit formula of the Retirement Plan. Prior to January 1, 2006, employer matching contributions were invested in TXU Corp. common stock. Effective January 1, 2006, employees may reallocate or transfer all or part of their accumulated or future employer matching contributions to any of the plan's other investment options.

## 13. STOCK-BASED COMPENSATION

TXU Electric Delivery bears the costs of TXU Corp.'s shareholder-approved long-term incentive plans for applicable management personnel engaged in its business activities. TXU Corp. provides discretionary awards of performance units to qualified management employees that are payable in its common stock. The awards generally vest over a three year period and the number of shares ultimately earned is based on the performance of TXU Corp.'s stock over the vesting period as compared to peer companies and established thresholds. TXU Corp. has established restrictions that limit certain employees' opportunities to liquidate vested awards.

TXU Corp adopted SFAS 123R in 2004. This accounting rule eliminates the alternative of applying the intrinsic value measurement provisions of APB 25 to stock compensation awards and requires the measurement of the cost of such awards over the vesting period based on the grant-date fair value of the award. TXU Corp. adopted SFAS 123R using the modified retrospective method, which allows for application to only prior interim

F-163

EFIHMW00296921

periods in the year of initial adoption and resulted in the recognition of a credit of $3 million ($2 million after-tax) cumulative effect of change in accounting principle. For a portion of the 2004 period, the performance unit awards were payable in cash, but the awards were modified in December of 2004 and will be payable in TXU Corp. common stock.

TXU Corp. determines the fair value of its stock-based compensation awards utilizing a valuation model that takes into account three principal factors: expected volatility of the stock price of TXU Corp. and peer group companies, dividend rate of TXU Corp. and peer group companies and the restrictions limiting liquidation of vested stock awards. Based on the fair values determined under this model, TXU Electric Delivery's reported expense related to the awards totaled $4 million, $8 million and $8 million ($3 million, $5 million and $5 million after-tax) in 2006, 2005 and 2004, respectively. The number of awards granted, net of forfeitures, totaled 8 thousand, 119 thousand and 348 thousand in 2006, 2005 and 2004, respectively. As of December 31, 2006, unrecognized expense related to unvested awards totaled $4 million, which is expected to be recognized over a weighted average period of two years.

With respect to awards to TXU Electric Delivery's employees, the fair value of awards that vested in 2006, 2005 and 2004 totaled $57 million, $38 million and less than $1 million, respectively, based on the vesting date share prices. The aggregate fair value of outstanding awards expected to vest totaled $67 million based on the share price and performance of TXU Corp. stock as of December 31, 2006.

## 14. FAIR VALUE OF NONDERIVATIVE FINANCIAL INSTRUMENTS

The carrying amounts and related estimated fair values of TXU Electric Delivery's significant nonderivative financial instruments that are not reported at fair value on the balance sheet are as follows:

| | December 31, 2006 | | December 31, 2005 | |
| --- | --- | --- | --- | --- |
| | Carrying Amount | Fair Value | Carrying Amount | Fair Value |
| Long-term debt (including current maturities) ..................... | $4,108 | $4,331 | $4,200 | $4,473 |

See Note 1 for discussion of accounting for financial instruments that are derivatives.

The fair value of long-term debt is estimated at the lesser of either the call price or the market value as determined by quoted market prices, where available, or, where not available, at the present value of future cash flows discounted at rates consistent with comparable maturities with similar credit risk.

The carrying amounts for financial assets classified as current assets and the carrying amounts for financial liabilities classified as current liabilities approximate fair value due to the short maturity of such instruments. The fair values of other financial instruments, including the Capgemini put option, for which carrying amounts and fair values have not been presented are not materially different than their related carrying amounts.

## 15. RELATED-PARTY TRANSACTIONS

The following represent significant related-party transactions of TXU Electric Delivery:

- TXU Electric Delivery records revenue from TXU Energy Company for electricity delivery fees and other miscellaneous revenues, which totaled $1.1 billion, $1.3 billion and $1.4 billion for the years ended December 31, 2006, 2005 and 2004, respectively.

- TXU Electric Delivery records interest income from TXU Energy Company with respect to TXU Electric Delivery's generation-related regulatory assets, which have been securitized through the issuance of transition bonds by TXU Electric Delivery's bankruptcy remote financing subsidiary. The interest income serves to offset TXU Electric Delivery's interest expense on transition bonds. This interest income totaled $52 million, $55 million and $54 million for the years ended December 31, 2006, 2005 and 2004, respectively.

F-164

Confidential

- Incremental accrued income taxes incurred by TXU Electric Delivery as a result of delivery fee surcharges to its customers related to transition bonds are reimbursed by TXU Energy Company. TXU Electric Delivery's financial statements reflect a note receivable from TXU Energy Company of $356 million ($33 million reported as current) at December 31, 2006 and $395 million ($33 million reported as current) at December 31, 2005 related to these income taxes.

- Short-term advances from parent totaled $24 million, $23 million and $63 million at December 31, 2006, 2005 and 2004, respectively. The average daily balances of short-term advances from parent totaled $44 million, $71 million, and $55 million for the years ended December 31, 2006, 2005 and 2004, respectively, and the weighted average interest rate for the respective periods was 5.4%, 4.1% and 2.9%. Interest expense incurred on the advances totaled approximately $2 million, $3 million and $2 million for the years ended December 31, 2006, 2005 and 2004, respectively.

- A TXU Corp. subsidiary charges TXU Electric Delivery for financial, accounting and other administrative services at cost. These costs, which are reported in operation and maintenance expenses, totaled $36 million, $34 million and $101 million for the years ended December 31, 2006, 2005 and 2004, respectively. Effective July 1, 2004, under TXU Electric Delivery's ten year services agreement with Capgemini, several of the support activities previously performed by TXU Corp. are now provided by Capgemini.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility, reported on TXU Energy Company's balance sheet, is funded by a delivery fee surcharge collected from REPs by TXU Electric Delivery and remitted to TXU Energy Company, with the intent that the trust fund assets will be sufficient to fund the estimated decommissioning liability, also reported on TXU Energy Company's balance sheet. Income and expenses associated with the trust fund and the decommissioning liability recorded by TXU Energy Company are offset by a net change in the TXU Electric Delivery and TXU Energy Company intercompany receivable/payable, which in turn results in a change in TXU Electric Delivery's reported net regulatory asset/liability. The regulatory liability totaled $17 million at December 31, 2006 and represents the excess of the trust fund balance over the estimated decommissioning liability. The regulatory asset totaled $8 million at December 31, 2005 and represented the excess of the decommissioning liability over the trust fund balance.

- TXU Electric Delivery has a 19.5% limited partnership interest, with a carrying value of $4 million and $8 million at December 31, 2006 and 2005, respectively, in a TXU Corp. subsidiary holding Capgemini-related assets. Equity losses related to this interest totaled $4 million, $3 million and $2 million for the years ended December 31, 2006, 2005 and 2004, respectively. These losses primarily represent amortization of software assets held by the subsidiary.

- TXU Corp. files a consolidated federal income tax return, and federal income taxes are allocated to subsidiaries based on their respective taxable income or loss. As a result, TXU Electric Delivery had a federal income tax payable to TXU Corp. of $31 million and $181 million at December 31, 2006 and 2005, respectively.

- In 2004, TXU Electric Delivery charged TXU Gas Company for meter reading and certain customer and administrative services at cost. These charges totaled $14 million for the year ended December 31, 2004 and were largely reported as a reduction in operation and maintenance expenses. On October 1, 2004, TXU Gas and Atmos Energy Corporation completed a merger by division in which Atmos Energy Corporation acquired TXU Gas' operations. TXU Electric Delivery continued to provide meter reading services to Atmos Energy Corporation under a transition service agreement through September 30, 2005.

See Notes 6 and 12 for information regarding the accounts receivable securitization program and the related subordinated notes receivable and the allocation of TXU Corp.'s pension and OPEB costs, respectively.

F-165

Confidential

EFIHMW00296923

## 16. SUPPLEMENTARY FINANCIAL INFORMATION

### *Other Income and Deductions—*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| Other income: | | | |
| Equity portion of allowance for funds used during construction . . . . . . . . . . . . . . . . | $ — | $ 2 | $ 4 |
| Other, including net gain on sale of properties . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 2 | 3 |
| Total other income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 2 | $ 4 | $ 7 |
| Other deductions: | | | |
| Employee severance charges (See Note 2 regarding 2004 charges) . . . . . . . . . . . . . | $ — | $ 2 | $20 |
| Charges related to cities rate settlements (Note 2 and Note 3) . . . . . . . . . . . . . . . . | 13 | 1 | 21 |
| Capgemini outsourcing transition costs (Note 2) . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 3 | 4 |
| Equity losses in an unconsolidated affiliate (Note 15) . . . . . . . . . . . . . . . . . . . . . . | 4 | 3 | 2 |
| Asset impairments (Note 2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 4 |
| Transition costs related to InfrastruX Energy Services joint venture(a) . . . . . . . . . . . | 7 | | |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 6 | 4 |
| Total other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 27 | $15 | $55 |

(a) Transition costs include costs incurred on behalf of the new venture such as modifying information technology systems, planning and designing processes and training transitioning employees to prepare for the operation of the venture.

### *Interest Expense and Related Charges—*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $287 | $270 | $277 |
| Amortization of debt discounts and issuance costs . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 5 | 6 |
| Allowance for funds used during construction—capitalized interest portion . . . . . . . . . | (6) | (6) | (4) |
| Total interest expense and related charges . . . . . . . . . . . . . . . . . . . . . . . . | $286 | $269 | $279 |

### *Property, Plant and Equipment—*

| | December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| Assets in service: | | |
| Distribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 7,788 | $ 7,384 |
| Transmission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,179 | 2,829 |
| Other assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 395 | 381 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11,362 | 10,594 |
| Less accumulated depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,897 | 3,654 |
| Net of accumulated depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,465 | 6,940 |
| Construction work in progress . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 123 | 107 |
| Held for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | 20 |
| Property, plant and equipment—net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 7,608 | $ 7,067 |

TXU Electric Delivery's depreciation expense as a percent of average depreciable property approximated 2.8% for 2006, 2005 and 2004.

F-166

EFIHMW00296924

*Intangible Assets*—Intangible assets other than goodwill are comprised of the following:

| | As of December 31, 2006 | | | As of December 31, 2005 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Land easements | $178 | $ 64 | $114 | $176 | $62 | $114 |
| Capitalized software | 100 | 52 | 48 | 71 | 34 | 37 |
| Total | $278 | $116 | $162 | $247 | $96 | $151 |

Aggregate TXU Electric Delivery amortization expense for intangible assets totaled $20 million, $9 million and $11 million for the years ended December 31, 2006, 2005 and 2004, respectively. At December 31, 2006, the weighted average remaining useful lives of capitalized land easements and software were 69 years and 9 years, respectively. The estimated aggregate amortization expense for each of the five succeeding fiscal years from December 31, 2006 is as follows:

| Year | Amortization Expense |
|---|---|
| 2007 | $15 |
| 2008 | 15 |
| 2009 | 15 |
| 2010 | 8 |
| 2011 | 5 |

At December 31, 2006 and 2005, goodwill of $25 million was reported in other noncurrent assets on the balance sheet.

TXU Electric Delivery evaluates goodwill for impairment at least annually (as of October 1) in accordance with SFAS 142. The impairment tests performed are based on discounted cash flow analyses. No goodwill impairment has been recognized.

*Severance Liability Related to Restructuring Activities and Strategic Initiatives*—

| | 2006 | 2005 |
|---|---|---|
| Severance cost liability at January 1 | $ 4 | $12 |
| Additions to liability[a] | 8 | — |
| Payments charged against liability | (10) | (8) |
| Adjustments | (1) | — |
| Severance cost liability as of December 31 | $ 1 | $ 4 |

---

(a)  Addition to the liability relates to a services agreement entered into with a provider and the cost was deferred as a regulatory asset.

F-167

Confidential

*Supplemental Cash Flow Information—*

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | **2006** | **2005** | **2004** |
| Cash payments: | | | |
| Interest (net of amounts capitalized) | $281 | $ 268 | $285 |
| Income taxes | $290 | $ 77 | $ 11 |
| Noncash investing and financing activities: | | | |
| Noncash construction expenditures[a] | $ 33 | $ 43 | $ 48 |
| Noncash contribution related to TXU Corp. stock-based compensation | $ 5 | $ 9 | $ 10 |
| Noncash contribution for pension-related assets | $ 15 | $(146) | $ — |
| Transfer of property | $ — | $ 19 | $ — |

(a)    Represents end of year accruals.

*Quarterly Information (unaudited)*—In the opinion of TXU Electric Delivery, the information below includes all adjustments necessary for a fair statement of such amounts. Quarterly results are not necessarily indicative of a full year's operations because of seasonal and other factors.

| Quarter Ended | Operating Revenues | | Operating Income | | Net Income | |
| --- | --- | --- | --- | --- | --- | --- |
|  | **2006** | **2005** | **2006** | **2005** | **2006** | **2005** |
| March 31 | $562 | $550 | $127 | $132 | $ 65 | $ 71 |
| June 30 | 604 | 564 | 148 | 147 | 86 | 86 |
| September 30 | 708 | 706 | 200 | 204 | 131 | 145 |
| December 31 | 575 | 575 | 135 | 106 | 62 | 49 |

## 17. SUBSEQUENT EVENTS

The following disclosure is as provided in TXU Corp.'s 2006 Annual Report on Form 10-K.

On February 25, 2007, TXU Corp. entered into the Merger Agreement with Merger Sub Parent and Merger Sub, whereby TXU Corp. would merge with Merger Sub and TXU Corp. would become a wholly-owned subsidiary of Merger Sub Parent. Merger Sub Parent and Merger Sub are entities directly and indirectly owned by a private investment group consisting of entities advised by or affiliated with Kohlberg Kravis Roberts & Co. and Texas Pacific Group (Sponsors).

Under the terms of the Merger Agreement, the Sponsors will acquire all of the outstanding shares of TXU Corp. for $69.25 per share, representing a transaction value of approximately $32 billion in addition to the assumption by the Sponsors and the Merger Sub Parent of approximately $12 billion of debt. The Merger Agreement contemplates that upon the merger of Merger Sub with TXU Corp., each outstanding share of TXU Corp. common stock will be cancelled and converted into the right to receive $69.25 in cash, without interest, except for shares held by either TXU Corp. or the Sponsors or their affiliates, or by dissenting shareholders until their rights to dispute are satisfied.

The Merger Agreement contains a "go-shop" provision pursuant to which TXU Corp. has the right to solicit and engage in discussions and negotiations with respect to competing proposals through April 16, 2007. TXU Corp.'s board of directors, with the assistance of its independent advisors, intends to solicit proposals during this go-shop period. After April 16, 2007, TXU Corp. may continue discussions with certain persons who have made proposals prior to the end of the go-shop period. After the go-shop period, TXU Corp. is not permitted to solicit additional proposals and may not share information or have discussions regarding alternative proposals, except in certain circumstances. There can be no assurances that the solicitation of proposals will result in an alternative transaction. TXU Corp. does not intend to disclose developments with respect to this solicitation process unless and until its board of directors has made a decision regarding any alternative proposals.

F-168

Confidential

EFIHMW00296926

The Merger Agreement contains certain operating covenants with respect to TXU Corp. and its subsidiaries pending the consummation of the proposed merger. Generally, unless the parties have otherwise agreed with respect to specified business activities or TXU Corp. obtains the Merger Sub Parent's prior written consent, which consent cannot be unreasonably withheld, conditioned or delayed by the Merger Sub Parent, TXU Corp. and its subsidiaries must carry on their businesses in a manner consistent with a business plan that was negotiated between TXU Corp. and Merger Sub Parent and otherwise in the ordinary course of business and use reasonable best efforts to preserve their present business organizations intact and maintain existing relationships and goodwill with governmental entities, customers, suppliers, employees and business organizations. In addition, the Merger Agreement contains certain specific restrictions or limitations on the activities of each of TXU Corp. and its subsidiaries, subject to the receipt of the Merger Sub Parent's prior written consent, which consent can not be unreasonably withheld, conditioned or delayed by the Merger Sub Parent, including the issuance or repurchase of capital stock, the amendment of its organization documents, acquisitions and dispositions of assets in excess of specified amounts, capital expenditures in excess of specified amounts, incurrence of certain indebtedness, modification of certain employee compensation and benefits arrangements, discharging of liabilities and changes to TXU Corp.'s trading policies, as well as executing specified trading transactions; however, TXU Corp. is permitted to declare and pay its regular quarterly dividend.

TXU Corp. may terminate the Merger Agreement under certain circumstances, including if its board of directors determines in good faith that it has received a superior proposal, and otherwise complies with certain terms of the Merger Agreement. In connection with a termination, TXU Corp. would have to pay a fee of $1 billion to Merger Sub Parent, unless such termination is in connection with a superior proposal submitted by certain persons who made such a proposal prior to the end of the go-shop period, in which case the fee would be $375 million. In certain other circumstances, the Merger Agreement provides for Merger Sub Parent to pay to TXU Corp. a fee of $1 billion upon termination of the Merger Agreement.

Consummation of the proposed merger is subject to various conditions, including approval of the merger by a vote of two-thirds of the outstanding shares of TXU Corp. common stock, expiration or termination of applicable waiting periods under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, approval of the FERC and the NRC and other customary closing conditions. In addition, Merger Sub Parent and Merger Sub will not be obligated to consummate the proposed merger unless the representations and warranties of TXU Corp. set forth in the Merger Agreement are true and correct as of the closing date, except where any failures of the representations and warranties to be true and correct, individually or in the aggregate, would not reasonably be expected to have a material adverse effect on TXU Corp. TXU Corp. also expects to seek approval of the Federal Communications Commission in connection with the closing of the proposed merger. TXU Corp. currently expects that the proposed merger will occur in the second half of 2007; however, there can be no assurance that the proposed merger will be consummated.

The funding of the transaction will not result in new debt incurred at TXU Electric Delivery.

F-169

Confidential

*Texas Energy Future*
*Merger Sub Corp.*

Confidential

EFIHMW00296928