**TXU CORP. NOTES/TCEH NOTES/TCEH BANK**

**SELECTED BANK/BOND/BRIDGE/EXCHANGE NOTE COVENANT ISSUES**[1]

**(FOR DISCUSSION PURPOSES ONLY)**

| PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|
| **Size of Facilities** | | | | | |
| | | | | | |
| Initial Term Loan | $16.05 billion | OK | N/A | N/A | N/A |
| Delayed Draw Term Loan | $4.1 billion | OK | N/A | N/A | N/A |
| Revolver | $2.7 billion ($1.5 billion l/c sublimit and $700 million swingline sublimit) | OK | N/A | N/A | N/A |
| | Closing Date Draw - $250 million with Sponsor CCR amendment; $600 million without such amendment | OK | N/A | N/A | N/A |
| Letter of Credit Facility | $1.25 billion | OK | N/A | N/A | N/A |
| Collateral Posting Facility | Subject to schedule in amended facility | | N/A | N/A | N/A |
| TXU Corp. Cash Pay | N/A | | $[2.0] billion | $2.0 billion | $2.0 billion |
| TXU Corp Toggle | N/A | | $[2.5] billion | $2.5 billion | $2.5 billion |
| TCEH Cash Pay | N/A | | $[5.0] billion | $5.0 billion | $5.0 billion |
| TCEH Toggle | N/A | | $[1.75] billion | $1.75 billion | $1.75 billion |
| **Pricing** | | | | | |
| | | | | | |
| Initial Term Loan | L + 250-325 (ratings based) | two 25 bps step-downs at | N/A | N/A | N/A |

---

[1]      The following proposal is without waiver of any of the Sponsors' rights and agreements set forth in the commitment and fee letters and to the extent any proposal, covenant or other level set forth herein is not consistent with the commitment or fee letters or otherwise reflects a willingness on the part of the Sponsors to deviate from the commitment or fee letters to assist the banks in successfully syndicating the debt, such proposals or deviations shall not be deemed to be amendments or modifications to such letters and are solely for discussions purposes. The foregoing proposal on provisions, covenants and other levels in the TXU financing document is a package proposal designed to reflect the operational needs of TXU Corp. and its subsidiaries in light of TXU Corp.'s credit and is not based on (and in general is more restrictive than) the comparable provisions, covenants and other levels reflected in the Sponsors' precedent transactions.

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

| PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|
| | - Step-down by 25 bps at [    ]x [senior secured][total] leverage | 5x and 4x total leverage | | | |
| Delayed Draw Term Loan | L + 250-325 (ratings based) - Step-down by 25 bps at [    ]x [senior secured][total] leverage | two 25 bps step-downs at 5x and 4x total leverage | N/A | N/A | N/A |
| Revolver | L + 250-325 (ratings based) - Step-downs in 25 bp increments at each of [    ]x [senior secured][total] leverage and [    ]x [senior secured][total] leverage | two 25 bps step-downs at 5x and 4x total leverage | N/A | N/A | N/A |
| Letter of Credit Facility | L + 250-325 (ratings based) - Step-down by 25 bps at [    ]x [senior secured][total] leverage | two 25 bps step-downs at 5x and 4x total leverage | N/A | N/A | N/A |
| Collateral Posting Facility | LIBOR (in amended facility) | | N/A | N/A | N/A |
| TXU Corp. Cash Pay | N/A | | Market rates, subject to caps | Initially, L + 400 with cap at 10.75% | Cap at 10.75% |
| TXU Corp Toggle | N/A | | Market rates, subject to caps | Initially, L + 425 with cap at 11.00% (75 bps increase if PIK'd) | Cap at 11.00% (75 bps increase if PIK'd) |
| TCEH Cash Pay | N/A | | Market rates, subject to caps | Initially, L + 325 with cap at 10.00% | Cap at 10.00% |
| TCEH Toggle | N/A | | Market rates, subject to caps | Initially, L + 350 with cap at 10.25% (75 bps increase if PIK'd) | Cap at 10.25% (75 bps increase if PIK'd) |
| **Maturity** | | | | | |
| | | | | | |
| Initial Term Loan | 7 years | OK | N/A | N/A | N/A |
| Delayed Draw Term Loan | 7 years, 2 yr draw period | OK | N/A | N/A | N/A |

-2-

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

| PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|
| Revolver | 6 years | OK | N/A | N/A | N/A |
| Letter of Credit Facility | 7 years | OK | N/A | N/A | N/A |
| Collateral Posting Facility | December 31, 2012 | | N/A | N/A | N/A |
| TXU Corp. Cash Pay | N/A | | [10] years | 1 year | 9 years |
| TXU Corp Toggle | N/A | | [10] years | 1 year | 9 years (toggle available for 9 years) |
| TCEH Cash Pay | N/A | | [10] years | 1 year | 9 years |
| TCEH Toggle | N/A | | [10] years | 1 year | 9 years (toggle available for 9 years) |
| **Guarantees and Structure**[2] | | | | | |
| TXU Corp. Notes: | N/A | | US Holdings [and Super Holdco above Oncor Holdings] (Oncor Holdings, Oncor and subs treated as Unrestricted Subs) | US Holdings [and Super Holdco above Oncor Holdings] (Oncor Holdings, Oncor and subs treated as Unrestricted Subs) | US Holdings [and Super Holdco above Oncor Holdings] (Oncor Holdings, Oncor and subs treated as Unrestricted Subs) |
| TCEH Structure II Notes: | N/A | | US Holdings and Restricted Subs of TCEH. | US Holdings and Restricted Subs of TCEH. | US Holdings and Restricted Subs of TCEH. |
| TCEH Bank – Structure I | TXU Corp., US Holdings and Restricted Subs of TXU Corp. (Oncor Holdings and subs treated as Unrestricted Subs) | OK | N/A | N/A | N/A |
| TCEH Bank – Structure II | US Holdings and Restricted Subs of TCEH. | OK | N/A | N/A | N/A |

---

[2]     All facilities to include acknowledgement of the "separateness" of Oncor Holdings, Oncor and its subsidiaries for purposes of the financing, that the lenders/holders will not look to Oncor Holdings, Oncor and its subsidiaries for repayment of the facilities, that the lenders/holders relied on the separateness of Oncor Holdings, Oncor and its subsidiaries in lending under the facilities and that the lenders/holders will not initiate bankruptcy proceedings against Oncor Holdings, Oncor or any of its subsidiaries.

-3-

CG&R DRAFT: 9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295632

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | | | | | | |
| | **Optional Prepay-ment/Redemption** | | | | | |
| | | | | | | |
| 1. | Equity clawback (bridge/bond concept only) | | | | | |
| | TXU Corp. Notes: | N/A | | 35% | N/A | [40%] (willing to consider 35% notwithstanding term sheet) |
| | TCEH Structure II Notes: | N/A | | 35% | N/A | [40%] (willing to consider 35% notwithstanding term sheet) |
| 2. | Optional Prepayment (bank concept only) | | | | | |
| | TCEH Bank – Struc-ture I | No Penalty | $7B TLB: 103/102/101 "soft call" (premium applies to all prepayments and yanks which have the effect of downward repricing or refinancing with a lower priced tranche) $6B TLB: non-call (i.e. T+50 make-whole pre-mium) for first three years for any prepayment or yank other than manda-tory ECF Remainder of TLB: fully prepayable at par. | N/A | N/A | N/A |
| | TCEH Bank – Struc-ture II | No Penalty | Same as for Structure I | N/A | N/A | N/A |
| | | | | | | |

-4-

CG&R DRAFT: 9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | **Asset Sale Covenant** | | | | | |
| 3. | General Asset Sale with Reinvestment (bank concept only) | | | | | |
| | TCEH Bank – Both Structures | 10% of consolidated total assets (excluding Oncor assets) (no pro forma incurrence test or annual limit) | 5% CTA | N/A | N/A | N/A |
| 4. | Asset Sale Sweep Step-down | | | | | |
| | TCEH Bank – Both Structures | [     ]x leverage ratio (willing to consider eliminating the concept notwithstanding inclusion in the term sheets) | Propose elimination | | | |
| 5. | General Asset Sale (must prepay term loan) (bank concept only) | | | | | |
| | TCEH Bank – Both Structures | Above 10% but no greater than 20% of consolidated total assets (excluding Oncor assets) (no pro forma incurrence test or annual limit) | Above 5% but no greater than 10% | N/A | N/A | N/A |
| 6. | Designated Noncash Consideration (exception to normal 75% cash consideration requirement): | | | | | |
| | TXU Corp. Notes: | N/A | | Designated Noncash Consideration not to exceed 5% of Total Assets (Total Assets to be defined to exclude Oncor assets) | Designated Noncash Consideration not to exceed 1.5% of Total Assets (Total Assets to be defined to exclude Oncor assets) | Designated Noncash Consideration not to exceed 5% of Total Assets (Total Assets to be defined to exclude Oncor assets) |
| | TCEH Structure II Notes: | N/A | | Designated Noncash Consideration not to exceed 5% of Total Assets (Total Assets to be defined to | Designated Noncash Consideration not to exceed 1.5% of Total Assets (Total Assets to be defined to | Designated Noncash Consideration not to exceed 5% of Total Assets (Total Assets to be defined to |

-5-

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295634

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | | | | exclude Oncor assets) | exclude Oncor assets) | exclude Oncor assets) |
| | TCEH Bank – Both Structures | Designated Noncash Consideration not to exceed 1.5% of Total Assets (excluding Oncor assets) | $100m | N/A | N/A | N/A |
| 7. | Number of Days to reinvest/reduce debt | | | | | |
| | TXU Corp. Notes: | N/A | | 450/180 period after binding commitment | 450/180 period after binding commitment (consistent with term sheet and bank proposal) | 450/ 180 period after binding commitment (consistent with term sheet and bank proposal) |
| | TCEH Structure II Notes: | N/A | | 450/180 period after binding commitment | 450/180 period after binding commitment (consistent with term sheet and bank proposal) | 450/180 period after binding commitment (consistent with term sheet) |
| | TCEH Bank – Both Structures | 450 w/ 180 period after binding commitment (consistent with term sheet) | OK | N/A | N/A | N/A |
| 8. | Excess Asset Sale Proceeds TXU Corp. Notes: | | | | | |
| | TXU Corp. Notes: | N/A | | N/A | N/A | N/A |
| | TCEH Structure II Notes: | N/A | | RP of Excess Proceeds permitted per Annex I to fee letter (willing to discuss) | None | RP of Excess Proceeds permitted per Annex I to fee letter (willing to discuss) |
| | TCEH Bank – Structure I: | N/A | | N/A | N/A | N/A |
| | TCEH Bank – Structure II: | RP of Excess Proceeds permitted per Annex I to fee letter (willing to discuss) | OK, subject to $250m aggregate limit | N/A | N/A | N/A |
| 9. | Basket to repurchase/redeem Existing Notes | | | | | |
| | TXU Corp. Notes: | | | 3.5% of Total | None | 3.5% of Total |

-6-

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295635

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | | | | Assets | | Assets |
| | TCEH Structure II Notes: | | | 3.5% of Total Assets | None | 3.5% of Total Assets |
| | TCEH Bank – Both Structures | See below under General Restricted Payments Baskets | See Issue #18 | | | |
| 10. | De Minimus Basket in the definition of "Asset Sale" (bonds/bridge)/De Minimis Basket for prepayment with Asset Sale proceeds (bank): | | | | | |
| | TXU Corp. Notes: | N/A | | $100 million de minimus thresh-old | $50 million de minimus threshold (con-sistent with bank proposal) | $100 million de minimus thresh-old |
| | TCEH Structure II Notes: | N/A | | $100 million de minimus thresh-old | $50 million de minimus thresh-old | $100 million de minimus thresh-old |
| | TCEH Bank – Both Structures | $50 million per event/ $250 million in aggregate | $1M de mini-mis  $10M indi-vidual  $50M aggre-gate | N/A | N/A | N/A |
| 11. | Other exclusions to definition of Asset Sale | | | | | |
| | TXU Corp. Notes: | N/A | | Sales of Mineral Rights; Casualty Events (covered separately in Asset Sale cove-nant); Unwind-ing of Hedges; Current Com-munications; Cap-Gemini; mining land that has been re-claimed, Devco reference plant equipment; Oncor Holdings (carveout from | Sales of Mineral Rights; Casualty Events (covered separately in Asset Sale cove-nant); Unwind-ing of Hedges; Current Com-munications; Cap-Gemini; mining land that has been re-claimed, Devco reference plant equipment; Oncor Holdings (carveout from | Sales of Mineral Rights; Casualty Events (covered separately in Asset Sale cove-nant); Unwind-ing of Hedges; Current Com-munications; Cap-Gemini; mining land that has been re-claimed, Devco reference plant equipment; Oncor Holdings (carveout from |

-7-

Confidential

| PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|
| | | | 10 and 20% test only; still subject to reinvestment or repayment of term loans); receivables; salvage activities; assets required to be sold by regulatory authorities | 10 and 20% test only; still subject to reinvestment or repayment of term loans); receivables; salvage activities; assets required to be sold by regulatory authorities | 10 and 20% test only; still subject to reinvestment or repayment of term loans); receivables; salvage activities; assets required to be sold by regulatory authorities |
| TCEH Structure II Notes: | N/A | | Sales of Mineral Rights; Casualty Events (covered separately in Asset Sale covenant); Unwinding of Hedges; Current Communications; Cap-Gemini; mining land that has been re-claimed, Devco reference plant equipment; Oncor Holdings (carveout from 10 and 20% test only; still subject to reinvestment or repayment of term loans); receivables; salvage activities; assets required to be sold by regulatory authorities | Sales of Mineral Rights; Casualty Events (covered separately in Asset Sale covenant); Unwinding of Hedges; Current Communications; Cap-Gemini; mining land that has been re-claimed, Devco reference plant equipment; Oncor Holdings (carveout from 10 and 20% test only; still subject to reinvestment or repayment of term loans); receivables; salvage activities; assets required to be sold by regulatory authorities | Sales of Mineral Rights; Casualty Events (covered separately in Asset Sale covenant); Unwinding of Hedges; Current Communications; Cap-Gemini; mining land that has been re-claimed, Devco reference plant equipment; Oncor Holdings (carveout from 10 and 20% test only; still subject to reinvestment or repayment of term loans); receivables; salvage activities; assets required to be sold by regulatory authorities |
| TCEH Bank – Structure I: | Sales of Mineral Rights; Casualty Events (covered separately in Asset Sale covenant); Unwinding of Hedges; Current Communications; Cap-Gemini; mining land that has been re-claimed, Devco reference plant equipment; Oncor Holdings (carveout from 10 and 20% test only; still subject to reinvestment or repay- | Generally OK other than:<br><br>- mineral rights<br>- Salvage<br><br>Need to discuss:<br><br>- required by regulatory authorities | N/A | N/A | N/A |

-8-

Confidential

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | | ment of term loans); receivables; salvage activities; assets required to be sold by regulatory authorities | | | | |
| | TCEH Bank – Structure II: | Sales of Mineral Rights; Casualty Events (covered separately in Asset Sale covenant); Unwinding of Hedges; Cap-Gemini; mining land that has been reclaimed, Devco reference plant equipment; receivables; salvage activities; assets required to be sold by regulatory authorities | Generally OK other than:<br><br>- mineral rights<br>- Salvage<br><br>Need to discuss:<br><br>- required by regulatory authorities | | | |
| | **Covenants upon Investment Grade Rating (bond concept only)** | | | | | |
| 12. | Covenants that fall away/are suspended: | | | | | |
| | TXU Corp. Notes. | N/A | | Yes – suspension only | No | Yes – suspension only |
| | TCEH Structure II Notes: | N/A | | Yes – suspension only | No | Yes – suspension only |
| | **Restricted Payments Covenant** | | | | | |
| 13. | CNI-based "build-up" (bond concept)/Retained ECF and CNI-based "build-up" (bank concept): | | | | | |
| | TXU Corp Notes: | N/A | | 50% of CNI (excluding Oncor's CNI, except to the extent received through a customary add-on below), plus customary add-ons including: (a) 100% of | None (other than customary add-ons), but it builds for use after first anniversary (willing to consider exception to premise in the term sheet that covenants in bridge | 50% of CNI (excluding Oncor's CNI, except to the extent received through a customary add-on below), plus customary add-ons including: (a) 100% of |

-9-

Confidential

EFIHMW00295638

| PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|
| | | | new capital contributions; plus (b) 100% of sales, dispositions and returns of Restricted Investments; plus (c) 100% of sales, distributions, dividends from and redesignations of Unrestricted Subsidiaries | will be no more restrictive than those in the bank facility) | new capital contributions; plus (b) 100% of sales, dispositions and returns of Restricted Investments; plus (c) 100% of sales, distributions, dividends from and redesignations of Unrestricted Subsidiaries |
| TCEH Structure II Notes: | N/A | | 50% of CNI (excluding Oncor's CNI, except to the extent received through a customary add-on below), plus customary add-ons including: (a) 100% of new capital contributions; plus (b) 100% of sales, dispositions and returns of Restricted Investments; plus (c) 100% of sales, distributions, dividends from and redesignations of Unrestricted Subsidiaries | None (other than customary add-ons), but it builds for use after first anniversary (willing to consider exception to premise in the term sheet that covenants in bridge will be no more restrictive than those in the bank facility) | 50% of CNI (excluding Oncor's CNI, except to the extent received through a customary add-on below), plus customary add-ons including: (a) 100% of new capital contributions; plus (b) 100% of sales, dispositions and returns of Restricted Investments; plus (c) 100% of sales, distributions, dividends from and redesignations of Unrestricted Subsidiaries |
| TCEH Bank – Both Structures | [Greater of] Retained Excess Cash Flow and/or 50% [(increasing to 75% below a [ ]x [senior secured][total] leverage ratio)] of CNI (excluding Oncor's CNI, except to the extent received through a customary add-on below), plus customary add-ons | Request to delete step up and choose either retained ECF or 50% CNI alternatives | N/A | N/A | N/A |

-10-

CG&R DRAFT: 9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295639

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | including: (a) 100% of capital contributions; plus (b) 100% of sales, dispositions and returns on Minority Investments, and Unrestricted Subsidiaries; plus (c) 100% of dividends and distributions from Unrestricted Subsidiaries and Minority Investments (consistent with term sheet, but willing to consider making choice of build up mechanic once at closing rather than each fiscal year) | | OK: (a) No: (b) and (c) | | | |
| 14. | Basket for Management Equity Buybacks: | | | | | |
| | TXU Corp. Notes: | N/A | | Exception (4) – management buy-backs – $25 million/yr (increasing to $50 after IPO) with unused amounts rolling over towards an aggregate cap of $75 million/yr (increasing to $150 after IPO) | $25 million for bridge year (consistent with bank proposal for first year) | Exception (4) – management buy-backs – $25 million/yr (increasing to $50 after IPO) with unused amounts rolling over towards an aggregate cap of $75 million/yr (increasing to $150 after IPO) |
| | TCEH Structure II Notes: | N/A | | Exception (4) – management buy-backs – $25 million/yr (increasing to $50 after IPO) with unused amounts rolling over towards an aggregate cap of $75 million/yr (increasing to $150 after IPO) | $25 million for bridge year (consistent with bank proposal for first year) | Exception (4) – management buy-backs – $25 million/yr (increasing to $50 after IPO) with unused amounts rolling over towards an aggregate cap of $75 million/yr (increasing to $150 after IPO) |
| | TCEH Bank – Both Structures | $25 million/yr (increasing to $50 after | OK | N/A | N/A | N/A |

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295640

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | | IPO) with unused amounts rolling over towards an aggregate cap of $75 million/yr (increasing to $150 after IPO) | | | | |
| 15. | Basket for Investments in Unrestricted Subs (Note: Oncor Subs to be Unrestricted) (for TCEH Bank this is the general investment basket): | | | | | |
| | TXU Corp. Notes: | N/A | | Exception (7) – Investments in Unrestricted Subs – 2.0% of Total Assets, plus, to the extent not counted in the 50% of CNI "build-up", 50% of dividends received can be reinvested in that Unrestricted Sub, plus any amounts required in order for such Unrestricted Subsidiary to remain in compliance with regulatory requirements | $250 million, plus any amounts required in order for such Unrestricted Subsidiary to remain in compliance with regulatory requirements | Exception (7) – Investments in Unrestricted Subs – 2.0% of Total Assets, plus, to the extent not counted in the 50% of CNI "build-up", 50% of dividends received can be reinvested in that Unrestricted Sub, plus any amounts required in order for such Unrestricted Subsidiary to remain in compliance with regulatory requirements |
| | TCEH Structure II Notes: | N/A | | Exception (7) – Investments in Unrestricted Subs – 1.0% of Total Assets | $250 million | Exception (7) – Investments in Unrestricted Subs – 1.0% of Total Assets |
| | TCEH Bank – Structure I | $1.5 billion, plus applicable equity amount plus if secured leverage is below 5x, retained ECF or CNI build-up amount plus, to the extent not counted in the ECF or CNI build-up, 50% of dividends received can be reinvested in | $1.25B, plus Applicable Equity Amount plus, if secured leverage ratio is less than 5x, Applicable Amount | N/A | N/A | N/A |

-12-

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295641

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | | the Unrestricted Sub that distributed such amounts, plus any amounts required in order for such Unre-stricted Subsidiary to remain in compliance with regulatory re-quirements (the lev-erage test prior to use of the ECF or CNI build-up is not con-sistent with the term sheet but willing to consider) | | | | |
| | TCEH Bank – Struc-ture II | $1.0 billion, plus 100% of capital con-tributions, plus if secured leverage is below 5x, retained ECF or CNI buildup amount (the leverage test prior to use of the ECF or CNI build-up is not con-sistent with the term sheet but willing to consider) | $750m, plus Applicable Equity Amount plus, if secured leverage ratio is less than 5x, Applica-ble Amount | N/A | N/A | N/A |
| 16. | Basket for Invest-ments in non-guarantor restricted subsidiaries (bank only): | | | | | |
| | TCEH Bank – Struc-ture I | $250 million, plus 100% of capital con-tributions, plus if secured leverage is below 5x, retained ECF or CNI buildup amount (the leverage test prior to use of the ECF or CNI build-up is not con-sistent with the term sheet but willing to consider) | $500m (com-bined with #25), plus Applicable Equity Amount plus, if secured leverage is less than 5x, Applicable Amount | N/A | N/A | N/A |
| | TCEH Bank – Struc-ture II | $250 million, plus 100% of capital con-tributions, plus if secured leverage is below 5x, retained ECF or CNI buildup amount (the leverage test prior to use of | Same as Structure I | N/A | N/A | N/A |

-13-

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | | the ECF or CNI build-up is not consistent with the term sheet but willing to consider) | | | | |
| 17. | Basket for Investments in joint ventures (bank only): | | | | | |
| | TCEH Bank – Both Structures | $500 million, plus 100% of capital contributions, plus if secured leverage is below 5x, retained ECF or CNI buildup amount (the leverage test prior to use of the ECF or CNI build-up is not consistent with the term sheet but willing to consider) | Delete | N/A | N/A | N/A |
| 18. | General RP Basket (in bank facility to be used for investments, dividends and redemptions of sub-debt or existing notes with maturities outside bank facility): | | | | | |
| | TXU Corp. Notes: | N/A | | Exception (11) – general basket – 2.0% of Total Assets | $200 million | Exception (11) – general basket – 2.0% of Total Assets |
| | TCEH Structure II Notes: | N/A | | Exception (11) – general basket – 2.0% of Total Assets<br><br>Plus Special "Oncor" and other "upstream investment" basket of $1.0 billion (see item 15 above), plus any amounts required for Oncor to remain in compliance with regulatory | $200 million $250 million, plus any amounts required for Oncor to remain in compliance with regulatory requirements<br><br>Plus (so long as no payment/bankruptcy default) basket for RPs **[Loans only?]** to pay (A) principal, premium and interest when | Exception (11) – general basket – 2.0% of Total Assets<br><br>Plus Special "Oncor" and other "upstream investment" basket of $1.0 billion (see item 15 above), plus any amounts required for Oncor to remain in compliance |

-14-

Confidential

EFIHMW00295643

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | | | | requirements | due on new TXU Corp. notes or any refinancing thereof, (B) principal, premium and interest when due on all rollover TXU Corp. notes or any refinancing thereof and (C) to the extent permitted to be incurred by TXU Corp., all principal, premium and interest when due on future TXU Corp. debt | with regulatory requirements |
| | | | | Plus (so long as no payment/bankruptcy default) basket for RPs [**Loans only?**] to pay (A) principal, premium and interest when due on new TXU Corp. notes or any refinancing thereof, (B) principal, premium and interest when due on all rollover TXU Corp. notes or any refinancing thereof and (C) to the extent permitted to be incurred by TXU Corp., all principal, premium and interest on future TXU Corp. debt | Unlimited customary distributions of, and customary investments in, accounts receivable for purposes of inclusion in any receivables facility | Plus (so long as no payment/bankruptcy default) basket for RPs [**Loans only?**] to pay (A) principal, premium and interest when due on new TXU Corp. notes or any refinancing thereof, (B) principal, premium and interest when due on all rollover TXU Corp. notes or any refinancing thereof and (C) to the extent permitted to be incurred by TXU Corp., all principal, premium and interest on future TXU Corp. debt |
| | | | | Unlimited customary distributions of, and customary investments in, accounts receivable for purposes of inclusion in any receivables facility | | Unlimited customary distributions of, and customary investments in, accounts receivable for pur- |

-15-

Confidential

EFIHMW00295644

| PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|
| | | | | | poses of inclusion in any receivables facility |
| TCEH Bank – Structure 1 | $750 million, plus 100% of capital contributions, plus if secured leverage is below 5x, retained ECF or CNI buildup amount (the leverage test prior to use of the ECF or CNI build-up is not consistent with the term sheet but willing to consider) | $400m (of which $250m can be used for dividends) plus Applicable Equity Amount plus, if secured leverage ratio is less than 5x, Applicable Amount<br><br>Not to be used for Investments<br><br>Prohibition on dividends to Sponsor if greater than 6.5x total leverage | N/A | N/A | N/A |
| TCEH Bank – Structure II | $750 million, plus 100% of capital contributions, plus if secured leverage is below 5x, retained ECF or CNI buildup amount (the leverage test prior to use of the ECF or CNI build-up is not consistent with the term sheet but willing to consider)<br><br>Plus Special "Oncor" and other "upstream investment" basket of $1.0 billion (see item 15 above), plus any amounts required for Oncor to remain in compliance with regulatory requirements<br><br>Plus (so long as no payment/bankruptcy default) basket for | $400m (of which $250m can be used for dividends) plus Applicable Equity Amount plus, if secured leverage ratio is less than 5x, Applicable Amount<br><br>$500m (all of which can be in the form of loans and $250 milion of which can be dividends), no additional amounts for regulatory compliance<br><br>(A) and (B) without limitation, (C) | N/A | N/A | N/A |

-16-

Confidential

EFIHMW00295645

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | | RPs **[Loans only?]** to pay (A) principal, premium and interest when due on new TXU Corp. notes or any refinancing thereof, (B) principal, premium and interest when due on all rollover TXU Corp. notes or any refinancing thereof and (C) to the extent permitted to be incurred by TXU Corp., all principal, premium and interest on future TXU Corp. debt | unlimited subject to 5.0x total leverage<br><br>Should be in the form of loans only. | | | |
| | | Unlimited customary distributions of, and customary investments in, accounts receivable for purposes of inclusion in any receivables facility | Ok, but only to the extent for the benefit of TXU Energy<br><br>Prohibition on dividends to sponsor if greater than 6.5x total leverage | | | |
| 19. | RP exception for general corporate overhead expenses – tax distributions, reporting, etc. at TXU Corp. | | | | | |
| | TXU Corp. Notes: | N/A | | No (but will be customary provision if future parent company) | No (but will be customary provision if future parent company) | No (but will be customary provision if future parent company) |
| | TCEH Structure II Notes: | N/A | | Yes | Yes | Yes |
| | TCEH Bank – Structure I | No | OK for taxes, overhead capped of a dollar amount to be agreed | N/A | N/A | N/A |
| | TCEH Bank – Structure II | Yes | Same as for Structure I | N/A | N/A | N/A |

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295646

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| 20. | Basket for Invest-ments in a "Similar Business" (bond con-cept only): | | | | | |
| | TXU Corp. Notes: | N/A | | Exception (8) – Investments in a Permitted Busi-ness – 4.0% of Total Assets | Exception (8) – Investments in a Permitted Busi-ness – 2.0% of Total Assets | Exception (8) – Investments in a Permitted Busi-ness – 4.0% of Total Assets |
| | TCEH Structure II Notes: | N/A | | Exception (8) – Investments in a Permitted Busi-ness – 4.0% of Total Assets | Exception (8) – Investments in a Permitted Busi-ness – 2.0% of Total Assets | Exception (8) – Investments in a Permitted Busi-ness – 4.0% of Total Assets |
| 21. | Basket for Additional Investments (bond concept only): | | | | | |
| | TXU Corp. Notes: | N/A | | Exception (13) – Additional Investments not to exceed 4.0% of Total Assets | Exception (8) – Investments in a Permitted Busi-ness – 2.0% of Total Assets | Exception (13) – Additional Investments not to exceed 4.0% of Total Assets |
| | TCEH Structure II Notes: | N/A | | Exception (13) – Additional Investments not to exceed 4.0% of Total Assets | Exception (8) – Investments in a Permitted Busi-ness – 2.0% of Total Assets | Exception (13) – Additional Investments not to exceed 4.0% of Total Assets |
| 22. | Basket for Loans to Employees: | | | | | |
| | TXU Corp. Notes: | N/A | | Exception (15) – non-ordinary course loans to employees – $25 million outstanding at any one time | $25 million | Exception (15) – non-ordinary course loans to employees – $25 million outstanding at any one time |
| | TCEH Structure II Notes: | N/A | | Exception (15) – non-ordinary course loans to employees – $25 million outstanding at any one time | $25 million | Exception (15) – non-ordinary course loans to employees – $25 million outstanding at any one time |
| | TCEH Bank – Both Structures | $25 million out-standing at any one time | $10M | N/A | N/A | N/A |

-18-

CG&R DRAFT: 9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| 23. | Ordinary course loans | | | N/A | N/A | N/A |
| | TXU Corp. Notes: | N/A | | Customary | Customary | Customary |
| | TCEH Structure II Notes: | N/A | | Exception for ordinary course loans and work-ing capital to TXU Corp. or to any entity owned by TXU Corp. (other than Oncor), consistent with past practice | Exception for ordinary course loans and work-ing capital to TXU Corp. or to any entity owned by TXU Corp. (other than Oncor), consistent with past practice | Exception for ordinary course loans and work-ing capital to TXU Corp. or to any entity owned by TXU Corp. (other than Oncor), consistent with past practice |
| | TCEH Bank – Struc-ture I | Customary | OK | N/A | N/A | N/A |
| | TCEH Bank – Struc-ture II | Exception for ordi-nary course loans and working capital to TXU Corp. or to any entity owned by TXU Corp. (other than Oncor), consis-tent with past prac-tice | OK, subject to dollar cap to be agreed | N/A | N/A | N/A |
| 24. | AHYDO Catch-up | | | | | |
| | TXU Corp. Notes: | | | Customary | Customary | Customary |
| | TCEH Structure II Notes: | | | Customary, plus RP exception to allow TXU Corp. to make any AHYDO catch-up pay-ment | N/A | Customary, plus RP exception to allow TXU Corp. to make any AHYDO catch-up pay-ment |
| | TCEH Bank – Struc-ture I | Customary all AHYDO catch-up payments may be made) | OK | N/A | N/A | N/A |
| | TCEH Bank – Struc-ture II | Customary, plus RP exception to allow TXU Corp. to make any AHYDO catch-up payment | OK | N/A | N/A | N/A |
| 25. | Permitted Acquisi-tions (bank concept only): | | | | | |
| | TCEH Bank – Both Structures | Must be in pro forma compliance with a 7x | Unlimited, subject to 5x | N/A | N/A | N/A |

-19-

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295648

| PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|
| | senior secured lever-age ratio or ratio must be improved after consummation. - $2.0 billion limit for acquisitions of non-guarantors | secured lev-erage or ratio improving pro forma<br><br>$500m sub-limit on ac-quisitions of nonguarantors (combined with #16) plus Applica-ble Equity Amount plus, if secured leverage is less than 5x, Applicable Amount | | | |
| 26. Fundamental Changes (bank concept only for mergers of the borrower/TXU Corp.): | | | | | |
| TCEH Bank – Both Structures | Must be in pro forma compliance with a 7x senior secured lever-age ratio or ratio must be improved after consummation. | 7x total lever-age or ratio must be im-proved | | | |
| 27. Other Joint Ventures and Minority Invest-ments | | | | | |
| TXU Corp. Notes: | N/A | | Specific carve-out/basket for Shell Wind (1/3 interest) cap ex | Specific carve-out/basket for Shell Wind (1/3 interest) cap ex | Specific carve-out/basket for Shell Wind (1/3 interest) cap ex |
| TCEH Structure II Notes: | N/A | | Specific carve-out/basket for Shell Wind (1/3 interest) cap ex | Specific carve-out/basket for Shell Wind (1/3 interest) cap ex | Specific carve-out/basket for Shell Wind (1/3 interest) cap ex |
| TCEH Bank – Both Structures | Specific carve-out/basket for Shell Wind (1/3 interest) cap ex | Awaiting proposal | N/A | N/A | N/A |
| **Debt Covenant** | | | | | |
| 28. Debt Incurrence Fixed Charge Cover-age Ratio (bonds) or Debt Incurrence In-terest Coverage Ratio | | | | | |

-20-

Confidential

EFIHMW00295649

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | (bank): | | | | | |
| | TXU Corp. Notes: | N/A | | 2:1 (including Oncor EBITDA and interest expense) | No debt incurrence ratio (willing to consider exception to premise in the term sheet that covenants in bridge will be no more restrictive than those in the bank facility) | 2:1 (including Oncor EBITDA and interest expense) |
| | TCEH Structure II Notes: | N/A | | 2:1 (excluding Oncor EBITDA and interest expense) | No debt incurrence ratio (willing to consider exception to premise in the term sheet that covenants in bridge will be no more restrictive than those in the bank facility) | 2:1 (excluding Oncor EBITDA and interest expense) |
| | TCEH Bank – Structure I | 2:1 (including Oncor) | 2:1 (excluding Oncor) | N/A | N/A | N/A |
| | TCEH Bank – Structure II | 2:1 (excluding Oncor) | OK | N/A | N/A | N/A |
| 29. | Can Non-Guarantor Restricted Subsidiaries incur Ratio Debt? | | | | | |
| | TXU Corp. Notes: | N/A | | Yes; no restriction in TXU Corp. notes | Yes; no restriction in TXU Corp. notes | Yes; no restriction in TXU Corp. notes |
| | TCEH Structure II Notes: | N/A | | Yes, no restriction | Yes, no restriction | Yes, no restriction |
| | TCEH Bank – Both Structures | Yes, no restriction | Yes - but $500M cap (combined with #32 and #34) | N/A | N/A | N/A |
| 30. | Bank Debt Basket (bond concept only)/Accordion (bank concept): | | | | | |
| | TXU Corp. Notes: | N/A | | Exception (1) – bank debt bas- | $24.1 billion, plus all collat- | Exception (1) – bank debt bas- |

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295650

| PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|
| | | | ket – $26.6 billion, plus all collateral posting facilities | eral posting facilities (willing to consider that accordion is not available during the bridge period) | ket – $26.6 billion, plus all collateral posting facilities |

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | TCEH Structure II Notes: | N/A | | Exception (1) – bank debt basket – $26.6 billion, plus all collateral posting facilities | $24.1 billion, plus all collateral posting facilities (willing to consider that accordion is not available during the bridge period) | Exception (1) – bank debt basket – $26.6 billion, plus all collateral posting facilities |
| | TCEH Bank – Both Structures | $2.5 billion, plus all collateral posting facilities (no incurrence tests). Minimum of $50 million per use | $2B PF compliance with financial covenant | N/A | N/A | N/A |
| 31. | Purchase Money Debt Basket: | | | | | |
| | TXU Corp. Notes: | N/A | | Exception (4) – PP&E and cap lease debt basket unlimited (except with respect to environmental and regulatory PP&E or cap leases, the incurrence of any such purchase money debt must be made within 270 days of acquisition, construction etc., of the asset) | Exception (4) – PP&E and cap lease debt basket unlimited (except with respect to environmental and regulatory PP&E or cap leases, the incurrence of any such purchase money debt must be made within 270 days of acquisition, construction etc., of the asset) | Exception (4) – PP&E and cap lease debt basket unlimited (except with respect to environmental and regulatory PP&E or cap leases, the incurrence of any such purchase money debt must be made within 270 days of acquisition, construction etc., of the asset) |
| | TCEH Structure II Notes: | N/A | | Exception (4) – PP&E and cap lease debt basket unlimited | Exception (4) – PP&E and cap lease debt basket unlimited | Exception (4) – PP&E and cap lease debt basket unlimited, |

-22-

Confidential

| PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|
| | | | (except with respect to environmental and regulatory PP&E or cap leases, the incurrence of any such purchase money debt must be made within 270 days of acquisition, construction etc., of the asset) | (except with respect to environmental and regulatory PP&E or cap leases, the incurrence of any such purchase money debt must be made within 270 days of acquisition, construction etc., of the asset) | (except with respect to environmental and regulatory PP&E or cap leases, the incurrence of any such purchase money debt must be made within 270 days of acquisition, construction etc., of the asset) |
| TCEH Bank – Both Structures | PP&E and cap lease debt basket unlimited subject to incurrence (except with respect to environmental and regulatory PP&E or cap leases, the incurrence of any such purchase money debt must be made within 270 days of acquisition, construction etc., of the asset) $400 million catch all limit for other items | $1b combined basket | N/A | N/A | N/A |
| 32. General Debt Basket: | | | | | |
| TXU Corp. Notes: | N/A | | Exception (12) – general basket – 100% of new equity plus $2.0 billion | $500 million (willing to consider exception to premise in the term sheet that covenants in bridge will be no more restrictive than those in the bank facility) | Exception (12) – general basket – 100% of new equity plus $2.0 billion |
| TCEH Structure II Notes: | N/A | | Exception (12) – general basket – 100% of new equity plus $2.0 billion | $500 million (willing to consider exception to premise in the term sheet that covenants in bridge will be no more restrictive than those in the bank facility) | Exception (12) – general basket – 100% of new equity plus $2.0 billion |

-23-

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295652

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | TCEH Bank – Both Structures | $1.5 billion | $750M<br><br>$500M sub-limit on non-guarantors (combined with #29 and #34) | N/A | N/A | N/A |
| 33. | Foreign Subsidiary Debt Basket: | | | | | |
| | TXU Corp. Notes: | N/A | | None | None | None |
| | TCEH Structure II Notes: | N/A | | None | None | None |
| | TCEH Bank – Both Structures | None | OK | N/A | N/A | N/A |
| 34. | Acquisition/Acquired Debt Basket: | | | | | |
| | TXU Corp. Notes: | N/A | | Exception (14) – debt incurred to finance ac-quisitions ok if meet 2:1 ratio (including On-cor) or ratio gets better. | Exception (14) – debt incurred to finance ac-quisitions ok if meet 2:1 ratio (including On-cor) or ratio gets better. | Exception (14) – debt incurred to finance ac-quisitions ok if meet 2:1 ratio (including On-cor) or ratio gets better. |
| | TCEH Structure II Notes: | N/A | | Exception (14) –acquisition debt if meet 2:1 ratio (excluding Oncor) or ratio gets better. | Exception (14) –acquisition debt if meet 2:1 ratio (excluding Oncor) or ratio gets better. | Exception (14) –acquisition debt if meet 2:1 ratio (excluding Oncor) or ratio gets better. |
| | TCEH Bank – Both Structures | Assumed/Acquisition debt – unlimited if meets 7x or no worse senior secured ratio for a Permitted Ac-quisition described in item 24 above | $250m cap on assumed debt<br><br>Unlimited acquisition financing debt if total leverage not greater than 6.5x, $500M otherwise<br><br>$500M sub-limit on nonguarantor incurrence (combined with #29 and | N/A | N/A | N/A |

-24-

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295653

| | PROVISION | BANK FACILITY | BANK RESPONSE #32) | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| 35. | Permitted Intercompany Debt: | | | | | |
| | TXU Corp. Notes: | N/A | | Customary | Customary | Customary |
| | TCEH Structure II Notes: | N/A | | So long as no payment default, consistent with past practice, exception for intercompany debt with TXU Corp. and its subsidiaries | So long as no payment default, consistent with past practice, exception for intercompany debt with TXU Corp. and its subsidiaries | So long as no payment default, consistent with past practice, exception for intercompany debt with TXU Corp. and its subsidiaries |
| | TCEH Bank – Structure I | $500 million to non-guarantors. Unlimited between credit parties | OK as between credit parties; delete remainder | N/A | N/A | N/A |
| | TCEH Bank – Structure II | $500 million to non-guarantors, plus so long as no payment default, consistent with past practice, exception for inter-company debt with TXU Corp. and its subsidiaries. Unlimited between credit parties | OK as between credit parties; delete remainder | N/A | N/A | N/A |
| | | | | | | |
| | **Lien Covenant** | | | | | |
| 36. | Threshold for Existing Liens on Closing Date that are not scheduled (bank concept only): | | | | | |
| | TCEH Bank – Both Structures | $20 million individually and $100 million in the aggregate | $5M $10M | N/A | N/A | N/A |
| 37. | Liens acquired in Permitted Acquisition (bank concept only): | | | | | |
| | TCEH Bank – Both Structures | $750 million | No separate carve-out from requirement to become guarantor and pledge assets | N/A | N/A | N/A |

-25-

CG&R DRAFT: 9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| 38. | General Lien Basket (bank only): | | | | | |
| | TCEH – Both Structures | $1 billion | $500M | N/A | N/A | N/A |
| 39. | Incurrence Test for Liens: | | | | | |
| | TXU Corp. Notes: | N/A | | Additional secured debt if secured debt ratio 5.0:1 or lower (including Oncor secured debt/ebitda) | Can only secure an amount equal to bank debt basket ($24.1 billion) | Additional secured debt if secured debt ratio 5.0:1 or lower (including Oncor secured debt/ebitda) |
| | TCEH Structure II Notes: | N/A | | Additional secured debt if secured debt ratio 5.0:1 or lower (excluding Oncor secured debt/ebitda) | Can only secure an amount equal to bank debt basket ($24.1 billion) | Additional secured debt if secured debt ratio 5.0:1 or lower (excluding Oncor secured debt/ebitda) |
| | TCEH Bank – Structure I | Ratio debt may be secured if secured debt ratio 5.0:1 or lower (including Oncor secured debt/ebitda) | OK on ratio (but not including Oncor if unrestricted) Must be second lien | N/A | N/A | N/A |
| | TCEH Bank – Structure II | Ratio debt may be secured if secured debt ratio 5.0:1 or lower (excluding Oncor secured debt/ebitda) | Same as for Structure I | N/A | N/A | N/A |
| 40. | Other liens | Cash used to secured hedging and trading activities, including power purchase agreements (others to come) | Need to discuss | N/A | N/A | N/A |
| | | | | | | |
| | **Transactions with Affiliates Covenant** | | | | | |
| 41. | Affiliate Transaction Thresholds (bonds only): | | | | | |
| | TXU Corp. Notes: | N/A | | $25 million initial threshold | $25 million initial threshold | $25 million |

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295655

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | | N/A | | $50 million threshold for Board vote | $50 million threshold for Board vote | $50 million threshold for Board vote |
| | TCEH Structure II Notes: | N/A | | $25 million initial threshold | $25 million initial threshold | $25 million |
| | | N/A | | $50 million threshold for Board vote | $50 million threshold for Board vote | $50 million threshold for Board vote |
| 42. | Special affiliate trans- action exceptions | | | | | |
| | TXU Corp. Notes: | N/A | | Customary (but including Tax/Interest Reimbursement Agreement and other Oncor related carveouts) | Customary (but including Tax/Interest Reimbursement Agreement and other Oncor related carveouts) | Customary (but including Tax/Interest Reimbursement Agreement and other Oncor related carveouts) |
| | TCEH Structure II Notes: | N/A | | Expressly per- mit dealings and transactions with TXU Corp. and its subsidi- aries | Expressly per- mit dealings and transactions with TXU Corp. and its subsidi- aries | Expressly per- mit dealings and transactions with TXU Corp. and its subsidi- aries |
| | TCEH Bank – Struc- ture I | Customary (but in- cluding Tax/Interest Reimbursement Agreement and other Oncor related carveouts) | OK | N/A | N/A | N/A |
| | TCEH Bank – Struc- ture II | Expressly permit dealings and transac- tions with TXU Corp. and its subsidi- aries | OK | N/A | N/A | N/A |
| | **Events of Default** | | | | | |
| 43. | Thresholds: | | | | | |
| | TXU Corp. Notes: | N/A | | $300 million threshold for cross accelera- tion and judg- ment defaults (consistent with threshold agreed with hedging counterparties) | $300 million threshold for cross accelera- tion and judg- ment defaults (consistent with threshold agreed with hedging counterparties) | $300 million threshold for cross accelera- tion and judg- ment defaults (consistent with threshold agreed with hedging counterparties) |

-27-

Confidential

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | TCEH Structure II Notes: | N/A | | $300 million threshold for cross accelera-tion and judg-ment defaults (consistent with threshold agreed with hedging counterparties) | $300 million threshold for cross accelera-tion and judg-ment defaults (consistent with threshold agreed with hedging counterparties) | $300 million threshold for cross accelera-tion and judg-ment defaults (consistent with threshold agreed with hedging counterparties) |
| | TCEH Bank – Both Structures | $300 million thresh-old for cross default and judgment de-faults (consistent with threshold agreed with hedging coun-terparties) | $100M | N/A | N/A | N/A |
| 44. | Cross-default excep-tions: | | | | | |
| | TXU Corp. Notes: | N/A | | Customary | Customary | Customary |
| | TCEH Structure II Notes: | N/A | | Corp/Oncor de-faults/bankruptc y do not cross to TCEH | Corp/Oncor de-faults/bankruptc y do not cross to TCEH | Corp/Oncor de-faults/bankruptc y do not cross to TCEH |
| | TCEH Bank – Struc-ture I | Customary | OK | N/A | N/A | N/A |
| | TCEH Bank – Struc-ture II | Corp/Oncor de-faults/bankruptcy do not cross to TCEH | OK | N/A | N/A | N/A |
| | **Registration Rights Agreement** | | | | | |
| 45. | Number of Days to complete exchange offer: | | | | | |
| | TXU Corp. Notes: | N/A | | 270 days | N/A | 180 days |
| | TCEH Structure II Notes: | N/A | | 270 days | N/A | 180 days |
| 46. | Penalty Interest: | | | | | |
| | TXU Corp. Notes: | N/A | | .25% per an-num/1.0% cap | N/A | .25% per an-num/.50% cap |
| | TCEH Structure II Notes: | N/A | | .25% per an-num/1.0% cap | N/A | .25% per an-num/.50% cap |
| | **Other** | | | | | |

-28-

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| 47. | Financial definitions: | | | | | |
| | TXU Corp. Notes: | N/A | | Oncor to be unrestricted but count its EBITDA and interest expense for purposes of 2:1 Fixed Charge Cover-age Ratio and 2:1 Interest Coverage and its debt for pur-poses of Total Leverage and Secured Lever-age Ratios for debt and lien incurrences only; excluded for RPs and buildups unless cash actually received by TXU Corp. or another credit party | N/A | Oncor to be unrestricted but count its EBITDA and interest expense for purposes of 2:1 Fixed Charge Cover-age Ratio and 2:1 Interest Coverage and its debt for pur-poses of Total Leverage and Secured Lever-age Ratios for debt and lien incurrences only; excluded for RPs and buildups unless cash actually received by TXU Corp. or another credit party |
| | TCEH Structure II Notes: | N/A | | N/A | N/A | N/A |
| | TCEH Bank – Struc-ture I | Oncor to be unre-stricted but count its EBITDA and interest expense for purposes of 2:1 Interest Cov-erage and its debt for purposes of Total Leverage and Se-cured Leverage Ra-tios for incurrence tests only; excluded for buildups unless cash actually re-ceived by TXU Corp. or another credit party | OK, but do not count Oncor EBITDA if unrestricted | N/A | N/A | N/A |
| | TCEH Bank – Struc-ture II | N/A | | N/A | N/A | N/A |
| 48. | Thresholds for Mate-rial Subs (carve out from guarantee) and from bankruptcy default) – (bank con- | | | | | |

CG&R DRAFT:  9/28/07 9:10 PM#888542 v4 (CGRNY1-#888542-V4-SIMPSON_COVENANT_PROPOSAL_-_FOR_RESPONSI

Confidential

EFIHMW00295658

| | PROVISION | BANK FACILITY | BANK RESPONSE | MARKETED NOTES | BRIDGE LOANS | TERM LOANS/ EXCHANGE NOTES |
|---|---|---|---|---|---|---|
| | cept) | | | | | |
| | TCEH Bank – Both Structures | Entities that contribute less than 2.5% of the total revenues or total assets to the consolidated group; cumulatively, no more than 10% of total revenues or total assets may be counted as "immaterial". | 1%<br><br>5% | N/A | N/A | N/A |
| 49. | Excess Cash Flow Sweep Step-downs | | | | | |
| | TCEH Bank – Structure I | 25% at 6.75x total leverage and 0% at 5.5x total leverage | 25% at 5.75x total leverage<br><br>0% at 4.5x total leverage | N/A | N/A | N/A |
| | TCEH Bank – Structure II | 25% at 6.00x total leverage and 0% at 4.75x total leverage | Should be same as for Structure I | N/A | N/A | N/A |
| 50. | Collateral Thresholds – Minimum value for Real Property acquisitions and Intercompany Notes | | | | | |
| | TCEH Bank – Both Structures | $25 million | $10M | N/A | N/A | N/A |

7
8

-30-

Confidential

EFIHMW00295659