| | |
|---|---|
| **From:** | Ilir Mujalovic <Ilir.Mujalovic@shearman.com> |
| **Sent:** | Monday, October 8, 2007 11:11 AM |
| **To:** | Tolley III, Ed P <etolley@stblaw.com>; Davis, Kirsten L <KDavis@STBLAW.com>; Kirchner, Maximilian P <MKirchner@stblaw.com> |
| **Cc:** | Subhalakshmi.Ghosh@morganstanley.com; Divya.Gopal@morganstanley.com; David.Albert@morganstanley.com; marc.nachmann@gs.com; brian.bolster@gs.com; vivek.bantwal@gs.com; kwamina.asomaning@gs.com; teri.streusand@gs.com; W.Graham@morganstanley.com; alexis.maged@gs.com; kevin.sterling@gs.com; david.lischer@gs.com; E.Lee@morganstanley.com; Zorotheos, Angie <Angie.Zorotheos@gs.com>; Andrew Schleider <ASchleider@Shearman.com>; Lona S Nallengara <LNallengara@Shearman.com>; William E Hirschberg <WHirschberg@Shearman.com>; Maura E O'Sullivan <MOSullivan@Shearman.com>; Patricia Hammes <PHammes@Shearman.com>; Abigail Berry <abigail.berry@shearman.com>; Ilir Mujalovic <Ilir.Mujalovic@shearman.com>; Jordan Costa <jordan.costa@shearman.com>; Damien Grierson <damien.grierson@shearman.com>; Christine B Kim <christine.kim@shearman.com> |
| **Subject:** | TXU and TCEH--Draft Indentures |
| **Attach:** | NYDOCS01-#1148615-v6-TXU_-_TCEH_Indenture.DOC; NYDOCS01-#1147878-v11-TXU_--_TXU_Corp__Indenture__LAUR_.DOC; NYDOCS01-#1148630-v1-TXU_Corp__Indenture_vs_FD_(bl).DOC; DVComparison_NYDOCS01-#1147583-v3-First_Data--Indenture-NYDOCS01-#1148615-v6-TXU_-_TCEH_Indenture.doc |

Attached for your review please find initial drafts of the TXU Corp. and
TCEH indentures together with blacklines against the First Data precedent.

Best regards,

Ilir


CLEAN:



(See attached file: NYDOCS01-#1148615-v6-TXU_-_TCEH_Indenture.DOC)(See
attached file: NYDOCS01-#1147878-v11-TXU_--_TXU_Corp__Indenture__LAUR_.DOC)



BLACKLINE:

(See attached file:
NYDOCS01-#1148630-v1-TXU_Corp__Indenture_vs_FD_(bl).DOC)(See attached file:
DVComparison_NYDOCS01-#1147583-v3-First_Data--Indenture-NYDOCS01-#1148615-v6-TXU_-_TCEH_Indenture.doc)



Ilir Mujalovic
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4280
Fax: (646) 848-4280
E-mail: ilir.mujalovic@shearman.com



*********************************************************************

This communication is not intended to be used, and cannot be used,
by the recipient or any other person for the purpose of avoiding United
States federal tax penalties that may be imposed on the recipient or
such other person. In addition, if any United States federal tax
advice contained in this communication is used or referred to in
promoting, marketing or recommending any corporation, partnership
or other entity, investment plan, concept, structure or arrangement
(which should be assumed to be the case by a recipient or other
person who is not our client with respect to the subject matter of the
communication), then (i) such tax advice should be construed as written
to support the promotion or marketing of the transactions or matters
addressed by the advice and (ii) the recipient or other person should
seek advice based on the recipient or other person's particular
circumstances from an independent tax advisor. For further information,
please go to http://www.shearman.com/disclaimer/tax_disclosure.html

MOLDOVAN
PLAINTIFF'S EXHIBIT
6
11/20/14    KRB

Confidential

EFIHMW00293115

PX 003
Page 1 of 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This transmittal and/or attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify us immediately by reply or by telephone (call us collect at +1 212-848-8400) and immediately delete this message and all its attachments.

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential

EFIHMW00293116

**PX 003**
**Page 2 of 2**