SUBJECT TO COMPLETION

SECOND SUPPLEMENT TO THE PRELIMINARY OFFERING MEMORANDUM               STRICTLY CONFIDENTIAL
October 24, 2007

# $4,500,000,000
# *Energy Future Holdings Corp.*
### $2,000,000,000     % SENIOR NOTES DUE 2017
### $2,500,000,000    %/   % SENIOR TOGGLE NOTES DUE 2017

---

*The preliminary offering memorandum dated October 17, 2007, as supplemented and amended by the supplement to the Preliminary Offering Memorandum dated October 23, 2007 (the "Preliminary Offering Memorandum") relating to the offering by Energy Future Holdings Corp., formerly known as TXU Corp. ("EFH Corp."), of its $2,000,000,000 aggregate principal amount of     % Senior Notes due 2017 (the "Cash Pay Notes") is hereby supplemented and amended by this second supplement.*

*This second supplement to the Preliminary Offering Memorandum sets forth the terms of an additional tranche of Senior Toggle Notes due 2017 (the "Toggle Notes" and together with the Cash Pay Notes, the "Notes") and the related modifications to the terms of the Notes described in the Preliminary Offering Memorandum under the section "Description of the Notes."*

*The matters described in this supplement to the Preliminary Offering Memorandum update and supersede any contrary statements contained in the Preliminary Offering Memorandum. Defined terms used, but not otherwise defined, herein shall have the meanings assigned to them in the Preliminary Offering Memorandum.*

*Investing in the Notes involves risks. See "Risk Factors" beginning on page 25 of the Preliminary Offering Memorandum and "Additional Risk Factor Related to an Investment in the Toggle Notes" on page [●] of this second supplement to the Preliminary Offering Memorandum.*

The information in this second supplement to the preliminary offering memorandum and the preliminary offering memorandum to which it relates is not complete and may be changed. We may not sell these notes or accept an offer to buy these notes until the offering memorandum is delivered in final form. This second supplement to the preliminary offering memorandum and the preliminary offering memorandum are not an offer to sell, nor are they seeking an offer to buy, the notes in any jurisdiction where such offer or sale is not permitted.

*Joint Book-Running Managers*

| | |
|---|---|
| **MORGAN STANLEY** | **GOLDMAN, SACHS & CO.** |

| | | | |
|---|---|---|---|
| **CITI** | **CREDIT SUISSE** | **JPMORGAN** | **LEHMAN BROTHERS** |

*In addition to the Cash Pay Notes described in the Preliminary Offering Memorandum, EFH Corp. (the "Issuer") is offering $2,500,000,000 aggregate principal amount of    %/    % Senior Toggle Notes due 2017 (the "Toggle Notes"). The Toggle Notes offered hereby are expected to be issued under the same Indenture as the Cash Pay Notes.*

*The following description is only a summary of the material terms of the Indenture that relate to the Toggle Notes and does not purport to be complete and is qualified in its entirety by reference to the provisions of the Indenture, including the definitions therein of certain capitalized terms we use below. We urge you to read the Indenture because it, and not this description, will define your rights as Holders of the Notes. You may request a copy of the Indenture at our address set forth in the Preliminary Offering Memorandum under the heading "Summary."*

*Unless the context requires otherwise, for all purposes of the Indenture and the sections entitled "Description of the Notes," "Notice to Investors," "Book Entry; Delivery and Form," "Certain U.S. Federal Tax Consequences" and "ERISA Considerations" in the Preliminary Offering Memorandum and in this second supplement to the Preliminary Offering Memorandum, references to "notes" and "Notes" include both the Cash Pay Notes and the Toggle Notes. Therefore, all the terms of the Cash Pay Notes described in the Preliminary Offering Memorandum under the headings "Description of the Notes," "Notice to Investors," "Book Entry; Delivery and Form," "Certain U.S. Federal Tax Consequences" and "ERISA Considerations" will be the terms of the Toggle Notes, unless otherwise provided in this second supplement to the Preliminary Offering Memorandum.*

**Use of Proceeds from the Offering of the Toggle Notes**

We expect that we will receive net proceeds from the offering of the Toggle Notes, after deducting the placement agents' discounts and the fees and expenses of the offering payable by us, of $        billion. We intend to use the net proceeds of the offering of the Toggle Notes, along with cash on hand, to repay $        billion of toggle loans outstanding under the EFH Senior Interim Facility. The indebtedness under the EFH Senior Interim Facility that we intend to repay currently bears interest at a rate equal to LIBOR plus a margin of 4.250%. On a pro forma basis after giving effect to the offering of the Toggle Notes and the use of proceeds from the offering of the Toggle Notes as discussed above and the offering of the Cash Pay Notes and the use of proceeds from the offering of the Cash Pay Notes described in the Preliminary Offering Memorandum, we would have no indebtedness outstanding under the EFH Senior Interim Facility. See "Description of Other Indebtedness—Financing in Connection with the Merger—EFH Senior Interim Facility" in the Preliminary Offering Memorandum for a description of the certain terms of the EFH Senior Interim Facility.

The borrowings under the EFH Senior Interim Facility, along with the Equity Contributions and certain other portions of the Debt Financing, were used to finance the Merger. See "The Transactions" in the Preliminary Offering Memorandum.

**Principal, Maturity and Interest**

The Issuer is expected issue $4,500,000,000 in aggregate principal amount of Notes in this offering, of which $2,000,000,000 in aggregate principal amount will be Cash Pay Notes and $2,500,000,000 in aggregate principal amount will be Toggle Notes. The Toggle Notes will mature on            , 2017. On            , 2017, the Issuer shall repay in full in U.S. Dollars an amount of Toggle Notes equal to $50,000,000 multiplied by a fraction equal to the aggregate principal amount of the Toggle Notes over the aggregate amount of the Toggle Notes, any remaining amounts outstanding under the EFH Senior Interim Facility and any other toggle notes issued to refinance the EFH Senior Interim Facility, which shall be made on a *pro rata* basis based on the aggregate principal amount of Toggle Notes outstanding. Subject to compliance with the covenant described in the Preliminary Offering Memorandum under "Description of the Notes — Certain Covenants — Limitation on Incurrence of Indebtedness and Issuance of Disqualified Stock and Preferred Stock," the Issuer may issue additional Cash Pay Notes and/or Toggle Notes from time to time after this offering under the Indenture (any such Cash Pay Notes or Toggle Notes, "Additional Notes"). In addition, in connection with the payment of PIK Interest (as defined below) or Partial PIK Interest (as defined below) in

respect of the Toggle Notes, the Issuer is entitled to, without the consent of the Holders, increase the outstanding principal amount of the Toggle Notes or issue additional Toggle Notes (the "PIK Notes") under the Indenture on the same terms and conditions as the Toggle Notes offered hereby (in each case, the "PIK Payment"). The Cash Pay Notes and the Toggle Notes are each a separate series of Notes but will be treated as a single class of securities under the Indenture, except as otherwise stated herein. As a result, Holders of each series of Notes will not have separate rights to, among other things, give notice of Defaults or to direct the Trustee to exercise remedies during an Event of Default or otherwise. Except as described in the Preliminary Offering Memorandum under "Description of the Notes — Amendment, Supplement and Waiver" or in this second supplement to the Preliminary Offering Memorandum, the Notes offered by the Issuer, the PIK Notes and any Additional Notes subsequently issued under the Indenture will be treated as a single class for all purposes under the Indenture, including waivers, amendments, redemptions and offers to purchase.

Interest on the Toggle Notes will be payable semi-annually in arrears on       and       of each year, commencing on       , 2008, to the Holders of Toggle Notes of record on the immediately preceding       and       . Interest on the Toggle Notes will accrue from the most recent date to which interest has been paid or, if no interest has been paid, from and including the Issue Date. Interest on the Toggle Notes will be computed on the basis of a 360-day year comprised of twelve 30-day months.

For any interest payment period after the initial interest payment period and prior to       , 2012, the Issuer may, at its option, elect to pay interest on the Toggle Notes:

- entirely in cash ("Cash Interest");

- entirely by increasing the principal amount of the outstanding Toggle Notes or by issuing PIK Notes ("PIK Interest"); or

- on 50% of the outstanding principal amount of the Toggle Notes in cash and on 50% of the principal amount by increasing the principal amount of the outstanding Toggle Notes or by issuing PIK Notes ("Partial PIK Interest").

The Issuer must elect the form of interest payment for the Toggle Notes with respect to each interest period by delivering a notice to the Trustee prior to the beginning of each interest period. The Trustee shall promptly deliver a corresponding notice to the Holders. In the absence of such an election for any interest period, interest on the Toggle Notes shall be payable according to the election for the previous interest period. Interest for the first interest period commencing on the Issue Date shall be payable entirely in cash. After      , 2012, the Issuer will make all interest payments on the Toggle Notes entirely in cash. Notwithstanding anything to the contrary, the payment of accrued interest in connection with any redemption of Toggle Notes as described in this second supplement to the Preliminary Offering Memorandum under "— Optional Redemption — Toggle Notes" or in the Preliminary Offering Memorandum under "Description of the Notes — Repurchase at the Option of Holders" shall be made solely in cash.

Cash Interest on the Toggle Notes will accrue at a rate of      % per annum and be payable in cash. PIK Interest on the Toggle Notes will accrue at a rate of      % per annum and be payable (x) with respect to Toggle Notes represented by one or more global notes registered in the name of, or held by, DTC or its nominee on the relevant record date, by increasing the principal amount of the outstanding global Toggle Note by an amount equal to the amount of PIK Interest for the applicable interest period (rounded up to the nearest $1,000) (or, if necessary, pursuant to the requirements of DTC, to authenticate new global Toggle Notes executed by the Issuer with such increased principal amounts) and (y) with respect to Toggle Notes represented by certificated notes, by issuing PIK Notes in certificated form in an aggregate principal amount equal to the amount of PIK Interest for the applicable period (rounded up to the nearest whole dollar), and the Trustee will, at the request of the Issuer, authenticate and deliver such PIK Notes in certificated form for original issuance to the Holders on the relevant record date, as shown by the records of the register of Holders. In the event that the Issuer elects to pay Partial PIK Interest for any interest period, each Holder will be entitled to receive Cash Interest in respect of 50% of the principal amount of the Toggle Notes held by such Holder on the relevant record date and PIK Interest in respect of 50% of the principal amount of the Toggle Notes held by such Holder on the relevant record date. Following an increase in the principal amount of the outstanding

Highly Confidential

global Toggle Notes as a result of a PIK Payment, the global Toggle Notes will bear interest on such increased principal amount from and after the date of such PIK Payment. Any PIK Notes issued in certificated form will be dated as of the applicable interest payment date and will bear interest from and after such date. All Toggle Notes issued pursuant to a PIK Payment will be governed by, and subject to the terms, provisions and conditions of, the Indenture and shall have the same rights and benefits as the Toggle Notes issued on the Issue Date. Any certificated PIK Notes will be issued with the description PIK on the face of such PIK Note.

Unless the context requires otherwise, references to "Notes" for all purposes of the Indenture and the section entitled "Description of the Notes" in the Preliminary Offering Memorandum include any PIK Notes and Additional Notes that are actually issued, and references to "principal amount" of the Notes includes any increase in the principal amount of the outstanding Notes as a result of a PIK Payment.

**Additional Interest**

Additional Interest may accrue on the Notes in certain circumstances pursuant to the Registration Rights Agreement. Any Additional Interest on the Notes will be payable in the same form elected by the Issuer for payment of interest for the applicable interest payment period. Any Additional Interest on the Notes will be payable in the same form elected by the Issuer for payment of interest for the applicable interest payment period. All references in the Indenture, in any context, to any interest or other amount payable on or with respect to the Notes shall be deemed to include any Additional Interest pursuant to the Registration Rights Agreement. Principal of, premium, if any, and interest on the Notes will be payable at the office or agency of the Issuer maintained for such purpose within the City and State of New York or, at the option of the Issuer, payment of interest may be made by check mailed to the Holders of the Notes at their respective addresses set forth in the register of Holders; *provided* that all payments of principal, premium, if any, and interest with respect to the Notes represented by one or more global notes registered in the name of or held by DTC or its nominee will be made by wire transfer of immediately available funds to the accounts specified by the Holder or Holders thereof. Until otherwise designated by the Issuer, the Issuer's office or agency in New York will be the office of the Trustee maintained for such purpose.

**Mandatory Redemption; Offers to Purchase; Open Market Purchases**

Except as set forth under "— Principal, Interest and Maturity" above, the Issuer will not be required to make any mandatory redemption or sinking fund payments with respect to the Notes. However, under certain circumstances, the Issuer may be required to offer to purchase Notes as described in the Preliminary Offering Memorandum under the caption "Description of the Notes—Repurchase at the Option of Holders." The Issuer may at any time and from time to time purchase Notes in the open market or otherwise.

**Optional Redemption**

Except as set forth below, the Issuer will not be entitled to redeem Toggle Notes at its option prior to             , 2012.

At any time prior to          , 2012, the Issuer may redeem all or a part of the Toggle Notes, upon not less than 30 nor more than 60 days' prior notice mailed by first-class mail to the registered address of each Holder of Toggle Notes or otherwise in accordance with the procedures of DTC, at a redemption price equal to 100% of the principal amount of the Toggle Notes redeemed plus the Applicable Premium as of, and accrued and unpaid interest and Additional Interest, if any, to the Redemption Date, subject to the rights of Holders of Toggle Notes on the relevant record date to receive interest due on the relevant interest payment date.

For purposes of the Toggle Notes, "Applicable Premium" is defined as (1) 1.0% of the principal amount of such Toggle Note and (2) the excess, if any, of (a) the present value at such Redemption Date of (i) the redemption price of such Toggle Note at         , 2012 (such redemption price being set forth in the table below), plus (ii) all required interest payments (calculated based on the cash interest rate payable on the Toggle Notes) due on such Toggle Note through        , 2012 (excluding accrued but unpaid interest to the Redemption Date), computed using a discount rate equal to the Treasury Rate as of such Redemption Date plus 50 basis points; over (b) the principal amount of such Toggle Note.

4

On and after          , 2012, the Issuer may redeem the Toggle Notes, in whole or in part, upon not less than 30 nor more than 60 days' prior notice mailed by first-class mail to the registered address of each Holder of Toggle Notes or otherwise in accordance with the procedures of DTC, at the redemption prices (expressed as percentages of principal amount of the Toggle Notes to be redeemed) set forth below, plus accrued and unpaid interest thereon and Additional Interest, if any, to the applicable Redemption Date, subject to the right of Holders of Toggle Notes of record on the relevant record date to receive interest due on the relevant interest payment date, if redeemed during the twelve-month period beginning on          of each of the years indicated below:

| Year | Percentage |
|---|---|
| 2012 | % |
| 2013 | % |
| 2014 | % |
| 2015 and thereafter | 100.000% |

In addition, until          , 2010, the Issuer may, at its option, on one or more occasions redeem up to 35% of the aggregate principal amount of Toggle Notes at a redemption price equal to      % of the aggregate principal amount thereof, plus accrued and unpaid interest thereon and Additional Interest, if any, to the applicable Redemption Date, subject to the right of Holders of Toggle Notes of record on the relevant record date to receive interest due on the relevant interest payment date, with the net cash proceeds of one or more Equity Offerings; *provided* that at least 50% of the sum of the original aggregate principal amount of Toggle Notes issued under the Indenture and the original principal amount of any Additional Notes that are Toggle Notes issued under the Indenture after the Closing Date remains outstanding immediately after the occurrence of each such redemption; *provided further* that each such redemption occurs within 90 days of the date of closing of each such Equity Offering.

At the end of any "accrual period" (as defined in Section 1272(a)(5) of the Code) ending after the fifth anniversary of the Issue Date (each, an "Optional Interest Repayment Date"), the Issuer may pay in cash, without duplication, all accrued and unpaid interest, if any, and all accrued but unpaid "original issue discount" (as defined in Section 1273(a)(1) of the Code) on each Toggle Note then outstanding up to, in the aggregate, the Optional Interest Repayment Amount, minus $50,000,000 multiplied by a fraction equal to the aggregate principal amount of the Toggle Notes over the aggregate amount of the Toggle Notes, any remaining amounts outstanding under the EFH Senior Interim Facility and any other toggle notes issued to refinance the EFH Senior Interim Facility (each such redemption, an "Optional Interest Repayment"). The "Optional Interest Repayment Amount" shall mean, as of each Optional Interest Repayment Date, the excess, if any, of (a) the aggregate amount of accrued and unpaid interest and all accrued and unpaid "original issue discount" (as defined in Section 1273(a)(1) of the Code) with respect to the Toggle Notes, over (b) an amount equal to the product of (i) the "issue price" (as defined in Sections 1273(b) and 1274(a) of the Code) of the Toggle Notes multiplied by (ii) the "yield to maturity" (as defined in the Treasury Regulation Section 1.1272-1(b)(1)(i)) of the Toggle Notes.

Any notice of any redemption may be given prior to the redemption thereof, and any such redemption or notice may, at the Issuer's discretion, be subject to one or more conditions precedent, including, but not limited to, completion of an Equity Offering or other corporate transaction.

If the Issuer redeems less than all of the outstanding Toggle Notes, the Trustee shall select the Toggle Notes to be redeemed in the manner described in the Preliminary Offering Memorandum under "Description of the Notes — Repurchase at the Option of Holders — Selection and Notice."

**Amendment, Supplement and Waiver**

For purposes of each of the Cash Pay Notes and the Toggle Notes, the definition of "Required Debt" included in the Preliminary Offering Memorandum under the section "Description of the Notes — Certain Definitions" is revised to the following:

5

"*Required Debt*" means, with respect to any action, on any date, the outstanding principal amount of:
    (1) the Notes (including any Additional Notes),
    (2) the Senior Term Loans under the EFH Senior Interim Facility (excluding any Senior Term Loans held by Defaulting Lenders (as defined in the EFH Senior Interim Facility),
    (3) the Senior Notes (as defined in the EFH Senior Interim Facility) and
    (4) any other senior unsecured securities issued by the Issuer to refinance or replace any of the items described in clauses (2) and (3) of this definition (including any additional securities of the same series)

at such date, other than, in each case, any such debt beneficially owned by the Issuer or its Affiliates, voting as a single class, except to the extent prohibited by law; *provided* that (a) Required Debt shall only include debt described in clauses (2) through (4) of this definition, to the extent such debt would require the consent of the holders of the debt described in this definition voting as a single class to take such action, except to the extent described in the following clauses (b) and (c); (b) if any amendment, waiver or other action would disproportionately affect the holders of the Cash Pay Notes or the Toggle Notes, Required Debt shall mean the Cash Pay Notes or the Toggle Notes, as the case may be, voting as a single class and the debt described in clauses (1) through (4) voting as a single class and (c) if any amendment, waiver or other action would affect (i) only the Notes, with equal effect on the Cash Pay Notes as the Toggle Notes, (ii) only the Cash Pay Notes or (iii) only the Toggle Notes, Required Debt shall mean the Notes, the Cash Pay Notes or the Toggle Notes, as the cash may be, voting as a single class without the debt described in clauses (2) through (4).

**Additional Risk Factor Related to an Investment in the Toggle Notes**

*In addition to the risks and uncertainties described in the section "Risk Factors" and elsewhere in the Preliminary Offering Memorandum, the following risk factor should be considered in connection with an investment in the Toggle Notes.*

***You will be required to pay U.S. federal income tax on the Toggle Notes even if we do not pay cash interest.***

We have the option to pay interest on the Toggle Notes in cash or PIK interest. For U.S. federal income tax purposes, the existence of this option means that none of the interest payments on the Toggle Notes will be qualified stated interest for U.S. federal income tax purposes (as defined under "— Certain U.S. Federal Tax Consequences Related to the Toggle Notes" in this second supplement to the Preliminary Offering Memorandum), even if we never exercise the option to pay PIK interest. Consequently, the Toggle Notes will be treated as issued with original issue discount for U.S. federal income tax purposes, and U.S. holders will be required to include the original issue discount in gross income on a constant yield to maturity basis, regardless of whether interest is paid currently in cash. See "— Certain U.S. Federal Tax Consequences Related to the Toggle Notes" in this second supplement to the Preliminary Offering Memorandum

**Certain U.S. Federal Tax Consequences Related to the Toggle Notes**

**To ensure compliance with Internal Revenue Service Circular 230, you are hereby notified that any discussion of tax matters set forth in this offering memorandum was written in connection with the promotion or marketing of the transactions or matters addressed herein and was not intended or written to be used, and cannot be used by any prospective investor, for the purpose of avoiding tax-related penalties under U.S. federal, state or local tax law. Each prospective investor should seek advice based on its particular circumstances from an independent tax advisor.**

The following is a summary of certain U.S. federal income and, in the case of non-U.S. holders (as defined below), estate tax consequences of the purchase, ownership and disposition of the Toggle Notes as of the date of this offering memorandum. Unless otherwise stated, this summary deals only with Toggle Notes held as capital assets (generally, property held for investment) by persons who purchase the Toggle Notes for cash upon original issuance at their initial offering price.

6

As used herein, a "U.S. holder" means a beneficial owner of the Toggle Notes that is for U.S. federal income tax purposes any of the following:

- an individual citizen or resident of the United States;

- a corporation (or any other entity treated as a corporation for U.S. federal income tax purposes) created or organized in or under the laws of the United States, any state thereof or the District of Columbia;

- an estate the income of which is subject to U.S. federal income taxation regardless of its source; or

- a trust if it (1) is subject to the primary supervision of a court within the United States and one or more United States persons have the authority to control all substantial decisions of the trust or (2) has a valid election in effect under applicable United States Treasury regulations to be treated as a United States person.

The term "non-U.S. holder" means a beneficial owner of the Toggle Notes (other than a partnership or any other entity treated as a partnership for U.S. federal income tax purposes) that is not a U.S. holder.

This summary does not represent a detailed description of the U.S. federal income tax consequences applicable to you if you are a person subject to special tax treatment under the U.S. federal income tax laws, including, without limitation:

- a dealer in securities or currencies;

- a financial institution;

- a regulated investment company;

- a real estate investment trust;

- a tax-exempt organization;

- an insurance company;

- a person holding the Toggle Notes as part of a hedging, integrated, conversion or constructive sale transaction or a straddle;

- a trader in securities that has elected the mark-to-market method of accounting for your securities;

- a person liable for alternative minimum tax;

- a partnership or other pass-through entity for U.S. federal income tax purposes;

- a person whose "functional currency" is not the U.S. dollar;

- a "controlled foreign corporation";

- a "passive foreign investment company"; or

- a United States expatriate.

This summary is based on the Internal Revenue Code of 1986, as amended (the "Code"), United States Treasury regulations, rulings and judicial decisions as of the date hereof. Those authorities may be

Highly Confidential

EFIHMW00304210

PX 005
Page 7 of 12

changed, possibly on a retroactive basis, so as to result in U.S. federal income and estate tax consequences different from those summarized below.

If a partnership (including any entity classified as a partnership for U.S. federal income tax purposes) holds Toggle Notes, the tax treatment of a partner will generally depend upon the status of the partner and the activities of the partnership. If you are a partnership or a partner in a partnership holding Toggle Notes, you should consult your own tax advisors regarding the tax consequences of an investment in the Toggle Notes.

This summary does not represent a detailed description of the U.S. federal income and estate tax consequences that may be applicable to you in light of your particular circumstances and does not address the effects of any state, local or non-United States tax laws. It is not intended to be, and should not be construed to be, legal or tax advice to any particular purchaser of Toggle Notes. **If you are considering the purchase of Toggle Notes, you should consult your own tax advisors concerning the particular United States federal income and estate tax consequences to you of the ownership of the Toggle Notes, as well as the consequences to you arising under the laws of any other taxing jurisdiction.**

**Certain Tax Consequences to the Company**

If (i) the yield-to-maturity on the Toggle Notes equals or exceeds the sum of (x) the "applicable federal rate" (as determined under Section 1274(d) of the Code) in effect for the calendar month in which the Toggle Notes are issued (the "AFR") and (y) 5 percentage points, (ii) the maturity date of the Toggle Notes is more than five years from the date of issue and (iii) the Toggle Notes have "significant" original issue discount ("OID"), the Toggle Notes will be considered "applicable high yield discount obligations". In such case, we will not be allowed to take a deduction for interest (including OID) accrued on the Toggle Notes for U.S. federal income tax purposes until such time as we actually pay such interest (including OID) in cash or in other property (other than stock or debt issued by us or by a person deemed to be related to us under Section 453(f)(1) of the Code).

Moreover, if the yield-to-maturity on the Toggle Notes exceeds the sum of (x) the AFR and (y) 6 percentage points (such excess shall be referred to hereinafter as the "Disqualified Yield"), the deduction for interest (including OID) accrued on the Toggle Notes will be permanently disallowed (regardless of whether we actually pay such interest or OID in cash or in other property) for U.S. federal income tax purposes to the extent such interest or OID is attributable to the Disqualified Yield on the Toggle Notes ("Dividend-Equivalent Interest").

**Certain Tax Consequences to U.S. Holders**

The following is a summary of certain U.S. federal income consequences that will apply to U.S. holders of the Toggle Notes.

*Original Issue Discount.* Because the Toggle Notes provide us with the option to pay PIK interest in lieu of paying cash interest in any interest payment period after the initial interest payment, we will treat the Toggle Notes as issued with OID, as described below. The issuance of PIK Notes generally is not treated as a payment of interest. Instead, the toggle note and any PIK Notes issued in respect of PIK interest thereon are treated as a single debt instrument under the OID rules.

The Toggle Notes will be treated as issued with OID in an amount equal to the difference between their "stated redemption price at maturity" (the sum of all payments to be made on the Toggle Notes other than "qualified stated interest") and their "issue price." You generally must include OID in gross income in advance of the receipt of cash attributable to that income.

The "issue price" of each toggle note will be the first price at which a substantial amount of the Toggle Notes are sold (other than to an underwriter, placement agent or wholesaler). The term "qualified stated interest" means stated interest that is unconditionally payable in cash or in property (other than debt instruments of the issuer) at least annually at a single fixed rate or, subject to certain conditions, based on one or more interest indices. Because we have the option in any interest payment period after the initial interest

8

payment and through 2017 to make interest payments in PIK interest instead of paying cash, the stated interest payments on the Toggle Notes are not qualified stated interest.

The amount of OID that you must include in income if you are the initial holder of a toggle note will generally equal the sum of the "daily portions" of OID with respect to the toggle note for each day during the taxable year or portion of the taxable year in which you held such toggle note ("accrued OID"). The daily portion is determined by allocating to each day in any "accrual period" a pro rata portion of the OID allocable to that accrual period. The "accrual period" for a toggle note may be of any length and may vary in length over the term of the toggle note, provided that each accrual period is no longer than one year and each scheduled payment of principal or interest occurs on the first day or the final day of an accrual period. The amount of OID allocable to any accrual period other than the final accrual period is an amount equal to the product of the toggle note's adjusted issue price at the beginning of such accrual period and its yield to maturity (determined on the basis of compounding at the close of each accrual period and properly adjusted for the length of the accrual period). OID allocable to a final accrual period is the difference between the amount payable at maturity and the adjusted issue price at the beginning of the final accrual period. The yield to maturity of the toggle note is the discount rate that causes the present value of all payments on the note as of its original issue date to equal the issue price of such note. For purposes of determining the yield to maturity, the assumption is that we will pay interest in cash and not exercise the option to pay PIK interest, except in respect of any period in which we actually elect to pay PIK interest.

The "adjusted issue price" of a toggle note at the beginning of any accrual period is equal to its issue price increased by the accrued OID for each prior accrual period and reduced by any cash payments made on such toggle note on or before the first day of the accrual period. We are required to provide information returns stating the amount of OID accrued on Toggle Notes held by persons of record other than corporations and other holders exempt from information reporting.

If we in fact pay interest in cash on the Toggle Notes, you will not be required to adjust your OID inclusions. Each payment made in cash under a toggle note will be treated first as a payment of any accrued OID that has not been allocated to prior payments and second as a payment of principal. You generally will not be required to include separately in income cash payments received on the Toggle Notes to the extent such payments constitute payments of previously accrued original issue discount or payments of principal.

If, for any interest payment period, we exercise our option to pay interest in the form of PIK interest, your OID calculation for future periods will be adjusted by treating the toggle note as if it had been retired and then reissued for an amount equal to its adjusted issue price on the date preceding the first date of such interest payment period, and re-calculating the yield to maturity of the reissued note by treating the amount of PIK interest (and of any prior PIK interest) as a payment that will be made on the maturity date of such note.

The rules regarding OID are complex and the rules described above may not apply in all cases. Accordingly, you should consult your own tax advisors regarding their application.

*Applicable High Yield Discount Obligations*

For purposes of the dividends-received deduction, the Dividend-Equivalent Interest, as defined above under "—Certain Tax Consequences to the Company," will be treated as a dividend to the extent it is deemed to have been paid out of our current or accumulated earnings and profits. Accordingly, if you are a corporation, you may be entitled, subject to applicable limitations, to take a dividends-received deduction with respect to any Dividend-Equivalent Interest received by you on such toggle note.

*Sale, Exchange, Retirement, or Other Taxable Disposition of Toggle Notes.* Upon the sale, exchange, retirement, or other taxable disposition of a toggle note (or a PIK Note), you generally will recognize gain or loss equal to the difference between the amount realized upon the sale, exchange, retirement, or other taxable disposition and the adjusted tax basis of the toggle note (or the PIK Note). Your adjusted tax basis in a toggle note will, in general, be your cost for the toggle note, increased by OID previously included in income, and reduced by any cash payments on the toggle note. Although not free from doubt, your adjusted tax basis in the toggle note should be allocated between the original toggle note and any PIK Notes received in

respect of PIK interest thereon in proportion to their relative principal amounts. Your holding period in any PIK Note received in respect of PIK interest would likely be identical to your holding period for the original toggle note with respect to which the PIK Note was received. Any gain or loss will be capital gain or loss. Capital gains of individuals derived in respect of capital assets held for more than one year are eligible for reduced rates of taxation. The deductibility of capital losses is subject to limitations.

**Certain Tax Consequences to Non-U.S. Holders**

The following is a summary of certain U.S. federal income and estate tax consequences that will apply to non-U.S. holders of the Toggle Notes.

*U.S. Federal Withholding Tax.*

The 30% United States federal withholding tax will not apply to any payment of interest (which for purposes of this discussion includes OID) on the Toggle Notes under the "portfolio interest rule," provided that:

- interest paid on the Toggle Notes (including OID) is not effectively connected with your conduct of a trade or business in the United States;

- you do not actually (or constructively) own 10% or more of the total combined voting power of all classes of our voting stock within the meaning of the Code and applicable United States Treasury regulations;

- you are not a controlled foreign corporation that is related to us through stock ownership;

- you are not a bank whose receipt of interest on the Toggle Notes is described in Section 881(c)(3)(A) of the Code; and

- either (a) you provide your name and address on an Internal Revenue Service ("IRS") Form W-8BEN (or other applicable form), and certify, under penalties of perjury, that you are not a United States person as defined under the Code or (b) you hold your Toggle Notes through certain foreign intermediaries and satisfy the certification requirements of applicable United States Treasury regulations.

If you cannot satisfy the requirements described above, payments of interest (including OID) made to you will be subject to the 30% U.S. federal withholding tax, unless you provide us with a properly executed:

- IRS Form W-8BEN (or other applicable form) certifying an exemption from or reduction in withholding under the benefit of an applicable income tax treaty; or

- IRS Form W-8ECI (or other applicable form) certifying that interest paid on the Toggle Notes is not subject to withholding tax because it is effectively connected with your conduct of a trade or business in the United States (as discussed below under "—U.S. Federal Income Tax"). The 30% U.S. federal withholding tax generally will not apply to any payment of principal or gain that you realize on the sale, exchange, retirement or other taxable disposition of a note.

*U.S. Federal Income Tax.*

If you are engaged in a trade or business in the United States and interest (including OID) on the Toggle Notes is effectively connected with the conduct of that trade or business (and, if required by an applicable income tax treaty, is attributable to a United States permanent establishment), then you will be subject to U.S. federal income tax on that interest (including OID) on a net income basis (although you will be exempt from the 30% U.S. federal withholding tax, provided the certification requirements discussed above in "—U.S. Federal Withholding Tax" are satisfied) in generally the same manner as if you were a United States person as defined under the Code. In addition, if you are a foreign corporation, you may be subject to a branch

Highly Confidential

EFIHMW00304213

PX 005
Page 10 of 12

profits tax equal to 30% (or lower applicable income tax treaty rate) of such interest (including OID), subject to adjustments.

Any gain realized on the disposition of a note generally will not be subject to U.S. federal income tax unless:

- the gain is effectively connected with your conduct of a trade or business in the United States (and, if required by an applicable income tax treaty, is attributable to a United States permanent establishment); or

- you are an individual who is present in the United States for 183 days or more in the taxable year of that disposition, and certain other conditions are met.

If a non-U.S. holder of Toggle Notes is described in the first bullet point above, any gain realized upon a sale, exchange, retirement, or other taxable disposition of the Toggle Notes will be subject to U.S. federal income tax on a net income basis. If a non-U.S. holder of Toggle Notes is described in the second bullet point above, any gain realized upon a sale, exchange, retirement, or other taxable disposition of the Toggle Notes will be subject to U.S. federal income tax at a statutory rate of 30%, which gain may be offset by certain losses.

*U.S. Federal Estate Tax.*  Your estate will not be subject to U.S. federal estate tax on Toggle Notes beneficially owned by you at the time of your death, provided that any payment to you on the Toggle Notes would be eligible for exemption from the 30% U.S. federal withholding tax under the "portfolio interest rule" described above under "—U.S. Federal Withholding Tax" without regard to the statement requirement described in the fifth bullet point of that section.

**Information Reporting and Backup Withholding**

*U.S. Holders*

In general, information reporting requirements will apply to certain payments of principal and interest (including OID) paid on the Toggle Notes and to the proceeds of sale or other taxable disposition of a note paid to you (unless you are an exempt recipient such as a corporation). Backup withholding may apply to such payments if you fail to provide a taxpayer identification number or a certification that you are not subject to backup withholding.

Backup withholding is not an additional tax and any amounts withheld under the backup withholding rules may be allowed as a refund or a credit against your U.S. federal income tax liability provided the required information is timely furnished to the IRS.

*Non-U.S. Holders*

Generally, we must report to the IRS and to you the amount of interest (including OID) paid to you and the amount of tax, if any, withheld with respect to those payments. Copies of the information returns reporting such interest payments and any withholding may also be made available to the tax authorities in the country in which you reside under the provisions of an applicable income tax treaty.

In general, you will not be subject to backup withholding with respect to payments of interest (including OID) on the Toggle Notes that we make to you provided that we do not have actual knowledge or reason to know that you are a United States person as defined under the Code and we have received from you the required certification that you are a non-U.S. Holder described above in the fifth bullet point under "—Certain Tax Consequences to Non-U.S. Holders—U.S. Federal Withholding Tax."

Information reporting and, depending on the circumstances, backup withholding will apply to the proceeds of a sale or other taxable disposition (including a redemption) of Toggle Notes within the United States or conducted through certain United States-related financial intermediaries, unless you certify to the

11

Highly Confidential

payor under penalties of perjury that you are a non-U.S. holder (and the payor does not have actual knowledge or reason to know that you are a United States person as defined under the Code), or you otherwise establish an exemption.

  Backup withholding is not an additional tax and any amounts withheld under the backup withholding rules may be allowed as a refund or a credit against your U.S. federal income tax liability provided the required information is timely furnished to the IRS.

12