CONFIDENTIAL

# $3,000,000,000
# TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC
# TCEH FINANCE, INC.
## 10.25% Senior Notes due 2015

Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc. are offering $3,000,000,000 aggregate principal amount of their 10.25% Senior Notes due 2015 (the "notes") inside the United States to qualified institutional buyers in reliance on Rule 144A under the Securities Act. In addition, the initial purchasers, through their selling agents, are offering the notes outside the United States to non-U.S. persons in reliance on Regulation S under the Securities Act.

TCEH Finance, Inc., a Delaware corporation, was formed for the sole purpose of serving as co-issuer of the notes and is a wholly-owned subsidiary of Texas Competitive Electric Holdings Company LLC. TCEH Finance, Inc. and Texas Competitive Electric Holdings Company LLC are referred to herein collectively as the "Issuer." The Issuer is offering the notes to refinance a portion of the debt incurred to fund the acquisition of Energy Future Holdings Corp. (formerly known as TXU Corp.).

Concurrently with the offering of the notes hereby, Energy Future Holdings Corp., the indirect parent of the Issuer, is offering $2,000,000,000 aggregate principal amount of its 10.875% Senior Notes due 2017 and $2,500,000,000 aggregate principal amount of its 11.250%/12.000% Senior Toggle Notes due 2017 (collectively, the "EFH Corp. Notes"), which will be guaranteed by Energy Future Competitive Holdings Company, a guarantor of the notes offered hereby.

The Issuer will pay interest on the notes on May 1 and November 1 of each year. The first such payment will be made on May 1, 2008. The notes will mature on November 1, 2015. The notes will accrue interest at the rate of 10.25% per annum. The Issuer may redeem any of the notes beginning on November 1, 2011 at the redemption price set forth in this Offering Circular. The Issuer may also redeem any of the notes at any time prior to November 1, 2011 at a price of 100% of their principal amount, plus accrued and unpaid interest and a "make-whole" premium. In addition prior to November 1, 2010, the Issuer may redeem up to 35% of the aggregate principal amount of the notes with the net proceeds of certain equity offerings at the redemption price set forth in this Offering Circular. The notes will be issued only in registered book-entry form, in minimum denominations of $2,000 and integral multiples of $1,000 in excess thereof.

The notes will be treated along with certain other senior unsecured debt of the Issuer as a single class for amendments and waivers and for taking certain other actions.

The notes will be the Issuer's senior unsecured obligations and will rank equally with the Issuer's other senior unsecured indebtedness. The notes will be fully and unconditionally guaranteed on a senior unsecured basis by the Issuer's direct parent, Energy Future Competitive Holdings Company, and by each subsidiary that guarantees the Issuer's senior secured credit facilities (as described herein). These guarantees will be unsecured and will rank equally with all existing and future unsecured senior obligations of each guarantor and will be effectively subordinated to existing and future secured debt of such guarantor to the extent of the assets securing that indebtedness. Energy Future Holdings Corp., the indirect parent of the Issuer, will not guarantee the notes offered hereby.

The Issuer will enter into a registration rights agreement with respect to the notes pursuant to which the Issuer will agree to file an exchange offer registration statement or, under some circumstances, a shelf registration statement with respect to such notes. If the Issuer fails to comply with some of its obligations under the registration rights agreement, the Issuer will pay additional interest on the notes. The Issuer does not intend to apply for listing of the notes on any securities exchange or for inclusion of the notes in any automated quotation system. The notes are expected to be eligible for trading in The Portal Market of the Financial Industry Regulatory Authority.

Notes sold to qualified institutional buyers in reliance on Rule 144A will be evidenced by a global note deposited with a custodian for and registered in the name of a nominee of The Depository Trust Company. Except as described herein, beneficial interests in the global note will be shown on, and transfers thereof will be effected only through, records maintained by DTC and its direct and indirect participants. Any notes sold pursuant to Regulation S will be evidenced by one or more separate global notes.

*See "Risk Factors" beginning on page 27 to read about important factors you should consider before buying the notes.*

**Offering Price: 100.00% per Senior Note**

The offering price set forth above does not include accrued interest, if any. Interest on the notes will accrue from October 31, 2007. If the notes are delivered after October 31, 2007, accrued interest must be paid by the purchaser until the time of delivery.

**The notes and the guarantees have not been registered under the Securities Act and are being offered and sold in the United States only to qualified institutional buyers in reliance on Rule 144A under the Securities Act and to certain non-U.S. persons in transactions outside the United States in reliance on Regulation S under the Securities Act. Prospective purchasers that are qualified institutional buyers are hereby notified that the seller of the notes may be relying on the exemption from the provisions of Section 5 of the Securities Act provided by Rule 144A. The notes are not transferable except in accordance with the restrictions described under "Notice to Investors."**

The initial purchasers expect to deliver the notes through the facilities of The Depository Trust Company against payment in New York, New York on or about October 31, 2007.

*Joint Book-Running Managers*

**Goldman, Sachs & Co.**                                   **Morgan Stanley**

**Citi**            **Credit Suisse**            **JPMorgan**            **Lehman Brothers**

Offering Circular dated October 24, 2007.

EFIHMW00250066

## PX 006
## Page 1 of 382

*This offering circular is confidential. You are authorized to use this offering circular solely for the purpose of considering the purchase of the notes described in the offering circular. The issuer of the notes and other sources identified herein have provided the information contained in this offering circular. The initial purchasers named herein make no representation or warranty, express or implied, as to the accuracy or completeness of such information, and nothing contained in this offering circular is, or shall be relied upon as, a promise or representation by the initial purchasers. You may not reproduce or distribute this offering circular, in whole or in part, and you may not disclose any of the contents of this offering circular or use any information herein for any purpose other than considering the purchase of the notes. You agree to the foregoing by accepting delivery of this offering circular.*

---

**THE SECURITIES OFFERED HEREBY HAVE NOT BEEN RECOMMENDED BY ANY UNITED STATES FEDERAL OR STATE SECURITIES COMMISSION OR REGULATORY AUTHORITY. FURTHERMORE, THE FOREGOING AUTHORITIES HAVE NOT CONFIRMED THE ACCURACY OR DETERMINED THE ADEQUACY OF THIS DOCUMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.**

The distribution of this offering circular and the offering and sale of the notes in certain jurisdictions may be restricted by law. The issuer of the notes and the initial purchasers require persons into whose possession this offering circular comes to inform themselves about and to observe any such restrictions. This offering circular does not constitute an offer of, or an invitation to purchase, any of the notes in any jurisdiction in which such offer or invitation would be unlawful.

---

### NOTICE TO NEW HAMPSHIRE RESIDENTS

*NEITHER THE FACT THAT A REGISTRATION STATEMENT OR AN APPLICATION FOR A LICENSE HAS BEEN FILED UNDER CHAPTER 421-B OF THE NEW HAMPSHIRE REVISED STATUTES WITH THE STATE OF NEW HAMPSHIRE NOR THE FACT THAT A SECURITY IS EFFECTIVELY REGISTERED OR A PERSON IS LICENSED IN THE STATE OF NEW HAMPSHIRE CONSTITUTES A FINDING BY THE SECRETARY OF STATE OF NEW HAMPSHIRE THAT ANY DOCUMENT FILED UNDER RSA 421-B IS TRUE, COMPLETE AND NOT MISLEADING. NEITHER ANY SUCH FACT NOR THE FACT THAT AN EXEMPTION OR EXCEPTION IS AVAILABLE FOR A SECURITY OR A TRANSACTION MEANS THAT THE SECRETARY OF STATE HAS PASSED IN ANY WAY UPON THE MERITS OR QUALIFICATIONS OF, OR RECOMMENDED OR GIVEN APPROVAL TO, ANY PERSON, SECURITY OR TRANSACTION. IT IS UNLAWFUL TO MAKE, OR CAUSE TO BE MADE, TO ANY PROSPECTIVE PURCHASER, CUSTOMER OR CLIENT ANY REPRESENTATION INCONSISTENT WITH THE PROVISIONS OF THIS PARAGRAPH.*

---

**IN CONNECTION WITH THIS OFFERING, THE INITIAL PURCHASERS MAY OVER-ALLOT OR EFFECT TRANSACTIONS WITH A VIEW TO SUPPORTING THE MARKET PRICE OF THE NOTES AT A LEVEL HIGHER THAN THAT WHICH MIGHT OTHERWISE PREVAIL FOR A LIMITED PERIOD OF TIME AFTER THE ISSUE DATE. HOWEVER, THERE MAY BE NO OBLIGATION ON THE INITIAL PURCHASERS TO DO THIS. SUCH STABILIZING, IF COMMENCED, MAY BE DISCONTINUED AT ANY TIME, AND MUST BE BROUGHT TO AN END AFTER A LIMITED PERIOD.**

---

**YOU SHOULD RELY ONLY ON THE INFORMATION CONTAINED IN THIS DOCUMENT. NEITHER THE ISSUER NOR THE INITIAL PURCHASERS HAVE AUTHORIZED ANYONE TO**

i

EFIHMW00250067

**PX 006**
**Page 2 of 382**

**PROVIDE YOU WITH INFORMATION THAT IS DIFFERENT. THIS DOCUMENT MAY ONLY BE USED WHERE IT IS LEGAL TO SELL THESE SECURITIES. THE INFORMATION CONTAINED IN THIS DOCUMENT MAY ONLY BE ACCURATE ON THE DATE OF THIS DOCUMENT.**

---

## MARKET, RANKING AND OTHER INDUSTRY DATA

The industry and market data included in this offering circular regarding markets and ranking, including the size of certain markets and our position and the position of our competitors within these markets, are based on reports of government agencies or published industry sources, including certain data published by the Electricity Reliability Council of Texas ("ERCOT"), and estimates based on our management's knowledge and experience in the markets in which the Issuer operates. These estimates have been based on information obtained from trade and business organizations and other contacts in the markets in which it operates. We believe these estimates to be accurate as of the date of this offering circular. However, this information may prove to be inaccurate because of the method by which we obtained some of the data for the estimates or because this information cannot always be verified with complete certainty due to the limits on the availability and reliability of raw data, the voluntary nature of the data gathering process and other limitations and uncertainties. As a result, you should be aware that market, ranking and other similar industry data included in this offering circular, and estimates and beliefs based on that data, may not be reliable. Neither the Issuer nor the initial purchasers can guarantee the accuracy or completeness of any such information contained in this offering circular.

## NOTICE TO INVESTORS

*Because of the following restrictions, you are advised to consult legal counsel prior to making any offer, resale, pledge or other transfer of the notes offered hereby.*

Each purchaser of the notes offered hereby will be deemed to have represented and agreed as follows (terms used herein that are defined in Rule 144A ("Rule 144A") or Regulation S ("Regulation S") under the Securities Act of 1933, as amended (the "Securities Act") are used herein as defined therein):

(1)  You (A) (i) are a qualified institutional buyer, (ii) are aware that the sale of the notes to you is being made in reliance on Rule 144A and (iii) are acquiring such notes for your own account or for the account of a qualified institutional buyer, as the case may be, or (B) are not a U.S. person, as such term is defined in Rule 902 under the Securities Act, and are purchasing the notes in accordance with Regulation S.

(2)  You understand that the notes have not been registered under the Securities Act and may not be reoffered, resold, pledged or otherwise transferred except (A) (i) to a person who you reasonably believe is a qualified institutional buyer acquiring for its own account or the account of a qualified institutional buyer in a transaction meeting the requirements of Rule 144A, (ii) in an offshore transaction complying with Rule 903 or Rule 904 of Regulation S, (iii) pursuant to an exemption from registration under the Securities Act provided by Rule 144 thereunder (if available), (iv) to an institutional accredited investor in a transaction exempt from the registration requirements of the Securities Act or (v) pursuant to an effective registration statement under the Securities Act and (B) in accordance with all applicable securities laws of the states of the United States.

ii

Highly Confidential

The notes will bear a legend to the following effect, unless the issuer of the notes determines otherwise in compliance with applicable law:

THE NOTES EVIDENCED HEREBY HAVE NOT BEEN REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT") AND MAY NOT BE OFFERED, SOLD, PLEDGED OR OTHERWISE TRANSFERRED EXCEPT (A) (1) TO A PERSON WHO THE SELLER REASONABLY BELIEVES IS A QUALIFIED INSTITUTIONAL BUYER WITHIN THE MEANING OF RULE 144A UNDER THE SECURITIES ACT PURCHASING FOR ITS OWN ACCOUNT OR FOR THE ACCOUNT OF A QUALIFIED INSTITUTIONAL BUYER IN A TRANSACTION MEETING THE REQUIREMENTS OF RULE 144A, (2) IN AN OFFSHORE TRANSACTION COMPLYING WITH RULE 903 OR RULE 904 OF REGULATION S UNDER THE SECURITIES ACT, (3) PURSUANT TO AN EXEMPTION FROM REGISTRATION UNDER THE SECURITIES ACT PROVIDED BY RULE 144 THEREUNDER (IF AVAILABLE), (4) TO AN INSTITUTIONAL ACCREDITED INVESTOR IN A TRANSACTION EXEMPT FROM THE REGISTRATION REQUIREMENTS OF THE SECURITIES ACT OR (5) PURSUANT TO AN EFFECTIVE REGISTRATION STATEMENT UNDER THE SECURITIES ACT AND (B) IN ACCORDANCE WITH ALL APPLICABLE SECURITIES LAWS OF THE STATES OF THE UNITED STATES AND OTHER JURISDICTIONS.

The notes will be available only in book-entry form. The notes will be issued in the form of one or more global notes bearing the legends set forth above.

## AVAILABLE INFORMATION

Texas Competitive Electric Holdings Company LLC currently files annual, quarterly and current reports and other information with the SEC. You may read and copy any document previously filed or to be filed with the SEC at the SEC's public website (*www.sec.gov*) or at the Public Reference Room of the SEC located at 100 F Street, N.E., Washington, D.C. 20549. Copies of such materials can be obtained from the Public Reference Room of the SEC at prescribed rates. You can call the SEC at 1-800-SEC-0330 to obtain information on the operation of the Public Reference Room.

You should rely only upon the information provided in this offering circular. We have not authorized anyone to provide you with different information. You should not assume that the information in this offering circular is accurate as of any date other than the date of this offering circular.

This offering circular contains summaries of certain agreements that we have entered into or will enter into in connection with the Merger, such as the indenture governing the notes offered hereby and the registration rights agreement relating to the notes offered hereby, our senior credit facilities and certain agreements described under "The Transactions," "Management" and "Certain Relationships and Related Party Transactions." The descriptions contained in this offering circular of these agreements do not purport to be complete and are subject to, or qualified in their entirety by reference to, the definitive agreements. Copies of the definitive agreements will be made available without charge to you in response to a written or oral request to us.

iii

EFIHMW00250069

**PX 006**
**Page 4 of 382**

## FORWARD-LOOKING STATEMENTS

This offering circular contains "forward-looking statements" within the meaning of Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of historical facts, that are included in this offering circular, or made in presentations, in response to questions or otherwise, that address activities, events or developments that we expect or anticipate to occur in the future, including such matters as projections, capital allocation and cash distribution policy, future capital expenditures, business strategy, competitive strengths, goals, future acquisitions or dispositions, development or operation of power production assets, market and industry developments and the growth of our business and operations (often, but not always, identified through the use of words or phrases such as "will likely result," "are expected to," "will continue," "is anticipated," "estimated," "projection," "target," "outlook" and our use of the conditional and future tenses), are forward-looking statements. Although we believe that in making any such forward-looking statement our expectations are based on reasonable assumptions, any such forward-looking statement involves uncertainties and is qualified in its entirety by reference to the discussion of risk factors discussed under "Risk Factors" and the following important factors, among others, that could cause our actual results to differ materially from those projected in such forward-looking statements:

- governmental policies and regulatory actions, including those of the Texas Legislature, the Governor of Texas, the U.S. Congress, the Federal Energy Regulatory Commission ("FERC"), the Public Utility Commission of Texas ("PUCT"), the Railroad Commission of Texas, the U.S. Nuclear Regulatory Commission ("NRC"), the U.S. Environmental Protection Agency ("EPA") and the Texas Commission on Environmental Quality ("TCEQ"), with respect to, among other things:

  - allowed prices;

  - allowed rates of return;

  - industry, market and rate structure;

  - purchased power and recovery of investments;

  - operations of nuclear generating facilities;

  - acquisitions and disposal of assets and facilities;

  - development, construction and operation of facilities;

  - decommissioning costs;

  - present or prospective wholesale and retail competition;

  - changes in tax laws and policies; and

  - changes in and compliance with environmental and safety laws and policies, including climate change initiatives;

- continued implementation of the legislation that restructured the electric utility industry in Texas to provide for retail competition ("1999 Restructuring Legislation");

- legal and administrative proceedings and settlements;

- general industry trends;

- our ability to attract and retain customers;

- our ability to profitably serve our customers given our previously announced price protection and price cuts;

iv

EFIHMW00250070

- restrictions on competitive retail pricing;

- changes in wholesale electricity prices or energy commodity prices;

- unanticipated changes in market heat rates in the Texas electricity market;

- our ability to effectively hedge against changes in commodity prices and market heat rates;

- weather conditions and other natural phenomena, and acts of sabotage, wars or terrorist activities;

- unanticipated population growth or decline, and changes in market demand and demographic patterns;

- changes in business strategy, development plans or vendor relationships;

- access to adequate transmission facilities to meet changing demands;

- unanticipated changes in interest rates, fuel prices, commodity prices, rates of inflation or foreign exchange rates;

- unanticipated changes in operating expenses, liquidity needs and capital expenditures;

- commercial bank market and capital market conditions;

- competition for new energy development and other business opportunities;

- inability of various counterparties to meet their obligations with respect to our financial instruments;

- changes in technology used by and services offered by us;

- significant changes in our relationship with our employees, including the availability of qualified personnel, and the potential adverse effects if labor disputes or grievances were to occur;

- changes in assumptions used to estimate future executive compensation payments;

- significant changes in critical accounting policies;

- actions by credit rating agencies;

- our ability to implement cost reduction initiatives;

- with respect to our lignite coal-fueled generation, construction and development program, more specifically, our ability to fund such investments, changes in competitive market rules, changes in environmental laws or regulations, changes in electric generation and emissions control technologies, changes in projected demand for electricity, our ability and the ability of our contractors to attract and retain, at projected rates, skilled labor for constructing the new generating units, changes in wholesale electricity prices or energy commodity prices, transmission capacity and constraints, supplier performance risk, changes in the cost and availability of materials necessary for the construction program and our ability to manage the significant construction program to a timely conclusion with limited cost overruns; and

- with respect to the Merger (as defined below) the outcome of any legal proceedings that have been or may be instituted against the Issuer, EFH Corp. and others related to the Merger; risks that the Merger and related transactions disrupt current plans and operations and the potential difficulties in management and employee retention as a result of the Merger; the amount of the costs, fees, expenses and charges related to the Merger; and the impact of the substantial indebtedness incurred to finance the consummation of the Merger.

Any forward-looking statement speaks only as of the date on which it is made, and we undertake no obligation to update any forward-looking statement to reflect events or circumstances after the date

v

EFIHMW00250071

**PX 006**
**Page 6 of 382**

on which it is made or to reflect the occurrence of unanticipated events. New factors emerge from time to time, and it is not possible for us to predict all of them; nor can we assess the impact of each such factor or the extent to which any factor, or combination of factors, may cause results to differ materially from those contained in any forward-looking statement.

## SECURITIES AND EXCHANGE COMMISSION REVIEW

The Issuer and the guarantors of the notes have agreed to file a registration statement with the Securities and Exchange Commission, which is referred to in this offering circular as the SEC, with respect to an exchange offer for the notes or a shelf registration with respect to resales of the notes. See "Description of the Notes—Exchange Offer; Registration Rights." In the course of the review by the SEC of the registration statement, the Issuer may be required or the Issuer may elect to make changes to the information contained in this offering circular, including the description of its business, financial statements and other financial or other information. The Issuer believes that the financial data, including pro forma financial data, and other information included in this offering circular have been prepared in a manner that complies, in all material respects, with regulations published by the SEC and generally accepted accounting principles in the United States of America, which are referred to in this offering circular as GAAP, with the exception of the inclusion of financial data for the twelve months ended June 30, 2007, the exclusion of certain historical financial information for the Issuer and the presentation of certain non-GAAP financial measures. However, comments by the SEC on the registration statement may require modification or reformulation of the financial data and other information presented in this offering circular to comply with the regulations published by the SEC. Any such modification may be significant.

SEC rules regulate the use in filings with the SEC and, in published disclosures and press releases, of "non-GAAP financial measures," such as EBITDA and Adjusted EBITDA, that are derived on the basis of methodologies other than in accordance with GAAP and, as a result, may not be comparable to similar financial measures used by other companies. Some non-GAAP financial measures included in this offering circular, including EBITDA and Adjusted EBITDA and other financial measures using EBITDA and Adjusted EBITDA, may not comply with these rules, and the Issuer may not include them in the registration statement to be filed with respect to the notes and future SEC filings. Comments by the SEC on financial data included in a registration statement for an exchange offer or in connection with a shelf registration required by the registration rights agreement may require modification, deletion or reformulation of certain data presented in this offering circular, including financial statements and other financial information. Any such modification or reformulation may be significant. See "Summary—Summary Historical and Unaudited Pro Forma Consolidated Financial and Other Data of Energy Future Competitive Holdings and its Subsidiaries" for more information on EBITDA and Adjusted EBITDA used in this offering circular.

vi

Highly Confidential

**SUMMARY**

*This summary highlights selected information appearing elsewhere in this offering circular. This summary is not complete and does not contain all of the information that you should consider before investing in the notes. You should carefully read the entire offering circular, including information set forth in the sections entitled "Risk Factors," "Energy Future Competitive Holdings Unaudited Pro Forma Condensed Consolidated Financial Statements" and the financial statements and the related financial data included or incorporated by reference elsewhere in this offering circular.*

*On October 10, 2007, Texas Energy Future Merger Sub Corp ("Merger Sub") merged with and into Energy Future Holdings Corp. ("EFH Corp."), formerly named TXU Corp. (the "Merger"). As a result of the Merger, investment funds associated with or designated by Kohlberg Kravis Roberts & Co., TPG Capital, L.P. and Goldman, Sachs & Co. (the "Sponsors"), and certain other co-investors, including affiliates of Citigroup Global Markets Inc., Morgan Stanley & Co. Incorporated and LBI Group (collectively, the "Investors"), own EFH Corp. through Texas Future Holdings Limited Partnership ("Texas Holdings"), with the Sponsors controlling its general partner, Texas Energy Future Capital Holdings LLC (the "General Partner").*

*Unless the context otherwise requires or as otherwise indicated, references in this offering circular to "Energy Future Competitive Holdings" "we," "our" and "us" refer to Energy Future Competitive Holdings Company and its consolidated subsidiaries, including Texas Competitive Electric Holdings Company LLC ("TCEH"). References to the "Issuer" collectively refer to TCEH and TCEH Finance Inc., the co-issuers of the notes offered hereby. Financial information identified in this offering circular as "pro forma" gives effect to the consummation of the Merger and the related financing transactions described in this offering circular.*

### Texas Competitive Electric Holdings Company LLC

We are a direct subsidiary of Energy Future Competitive Holdings, which in turn is a direct subsidiary of EFH Corp. (formerly known as TXU Corp.), a Dallas-based energy company that manages a portfolio of competitive and regulated energy businesses in Texas. We are a holding company for EFH Corp.'s Luminant and TXU Energy businesses, which are engaged in competitive electricity activities, largely in Texas. The Luminant businesses include power generation operations ("Luminant Power"), wholesale energy markets operations ("Luminant Energy") and power generation facility construction activities ("Luminant Construction"). The TXU Energy business is comprised of retail electricity sales operations ("TXU Energy"). Luminant Power, Luminant Energy, Luminant Construction and TXU Energy conduct their operations through a number of separate legal entities that, in accordance with regulatory requirements, operate independently within the competitive Texas power market.

As of June 30, 2007, Luminant Power had 18,365 megawatts ("MW") of generation capacity in Texas (which includes 585 MW representing nine combustion turbine units currently operated for an unaffiliated party's benefit). This amount includes 8,137 MW of low-cost baseload solid fuel generation capacity represented by 2,300 MW of nuclear generation capacity and 5,837 MW of lignite/coal-fueled generation capacity. Luminant Energy supports Luminant Power and TXU Energy by optimizing the performance of the generation assets and sourcing the electricity requirements for TXU Energy's customers as well as providing related services to other market participants. Luminant Energy is the largest purchaser of wind-generated electricity in Texas and the fifth largest in the United States. Luminant Construction is currently constructing three new lignite coal-fueled generation facilities in Texas with expected generation capacity totaling approximately 2,200 MW. The three facilities are permitted and are expected to come on-line in the 2009-2010 time frame. See also "Business—Our Operating Segments—Luminant Construction" for more information.

Highly Confidential

EFIHMW00250073

**PX 006**
**Page 8 of 382**

TXU Energy provides competitive electricity and related services to more than 2.1 million electricity customers in Texas. As of June 30, 2007, TXU Energy's estimated share of the total ERCOT market retail residential and small business electric customers was approximately 35% and 25%, respectively.

For the twelve months ended June 30, 2007, on a pro forma basis, TCEH had Adjusted EBITDA of $3,999 million on a consolidated basis. See "—Summary Historical and Unaudited Pro Forma Condensed Consolidated Financial and Other Data of Energy Future Competitive Holdings and its Subsidiaries" for a definition of Adjusted EBITDA and a reconciliation of net income to Adjusted EBITDA.

### Our Market

We operate primarily within the ERCOT market, which represents approximately 85% of electricity consumption in Texas. ERCOT also represents approximately 75% of the geographical area of Texas, but excludes El Paso, a large part of the Texas Panhandle and two small areas in the eastern part of the state. ERCOT has limited interconnections to other markets outside of ERCOT, which is currently limited to 1,106 MW of generation capacity (or approximately 2% of peak demand in Texas), and wholesale transactions within the ERCOT market are not subject to regulation by the FERC.

Natural gas-fueled generation is the predominant supply resource in the ERCOT market in terms of both the installed generation capacity and generation produced, accounting for approximately 72% of the installed generation capacity and 46% of the electricity produced in the ERCOT market. As a result, natural gas-fueled power plants set the market price of power more than 90% of the time in the ERCOT market, according to an October 2005 report prepared by ERCOT, and wholesale electricity prices are highly correlated to natural gas prices.

We believe that the ERCOT market presents an attractive competitive electric service market due to the following factors:

- market rules support fair and robust competition, while providing opportunities to optimize the generation fleet operations and purchased power requirements;

- peak demand is expected to grow at an average rate of over 2.1% per year over the period from 2007 to 2017;

- it is a sizeable market with over 62 gigawatts ("GW") of peak demand and approximately 34 GW of average demand; and

- as projected by ERCOT, in the absence of additional generation capacity, annual reserve margins are expected to fall below ERCOT's targeted reserve margin of 12.5% as early as 2009, thus providing opportunities for generation owners and developers. Reserve margin is the percentage by which available capacity is expected to exceed forecasted peak demand.

### Our Strengths

- **Scale and diversity of business.**   TCEH believes it has two strong, large-scale electricity businesses in an attractive electric market. Luminant has a large and diversified competitive power generation portfolio with approximately 18,365 MW of generation capacity as of June 30, 2007 (which includes 585 MW representing nine combustion turbine units currently operated for an unaffiliated party's benefit). Its diversified portfolio consists of approximately 8,137 MW of

2

EFIHMW00250074

PX 006
Page 9 of 382

low-cost solid fuel baseload generation capacity (approximately 72% lignite/coal and 28% nuclear) in ERCOT, a market in which power prices are predominantly set by natural gas-fueled generation that is more costly than the solid fuel that powers Luminant's baseload generation plants at current commodity levels. In addition, as of June 30, 2007, Luminant owned or operated 10,228 MW of intermediate and peaking facilities, which provide the ability to dispatch assets in periods of high demand and prices. Luminant's lignite/coal-fueled plants are near lignite reserves that are controlled by Luminant and supply approximately 67% of the fuel used to operate these plants, which reduces Luminant's reliance on third-party coal suppliers and railroad use. Luminant controls approximately 1.0 billion tons, or over 21 years of fuel (assuming current mine production levels), of proven lignite reserves and operates the nation's 13th largest mining company. Luminant is also developing and constructing three new lignite coal-fueled generation facilities in Texas with expected generation capacity totaling approximately 2,200 MW of additional installed low-cost baseload capacity. We expect two of these units, representing approximately 1,400 MW, to be operational in 2009 and the remaining unit, representing approximately 800 MW, to be operational in 2010.

TXU Energy is a large scale competitive retailer that provides competitive electricity and related services to more than 2.1 million electricity customers in Texas. As of June 30, 2007, TXU Energy held approximately 62% of the retail residential market share in its historical market area located in the north-central, eastern and western parts of Texas, including the Dallas – Fort Worth area. As of June 30, 2007, TXU Energy's estimated share of the total ERCOT market retail residential and small business electric customers was approximately 35% and 25%, respectively.

- **Low-cost asset base.**   We are the largest provider of baseload generation power in Texas with approximately 8,137 MW of existing low-cost solid fuel baseload capacity (lignite/coal and nuclear) in a predominantly gas-on-the-margin market. Our baseload generation facilities operate at high utilization levels, incur comparatively low operations and maintenance costs and benefit from a number of long-term fuel contracts on attractive terms.

Our low-cost position is supported by a number of factors, including our control of an estimated 858 million tons of dedicated proven lignite reserves, and in excess of 119 million tons of undedicated, proven lignite reserves. Importantly, these lignite reserves, which are near a number of the lignite coal-fueled plants that we operate, provide a low-cost source of fuel for certain of our plants, and reduce our exposure to rising coal and rail contract prices.

- **Favorable market dynamics.**   Our subsidiaries operate primarily in ERCOT, which represents approximately 85% of the electricity consumed in Texas. We believe that the strong regional economic growth in Texas continues to support demand growth for electricity in ERCOT. According to ERCOT, peak demand in ERCOT is expected to grow at an average rate of over 2.1% per year over the period from 2007 to 2017. ERCOT expects reserve margins to continue to decline, which presents additional investment opportunities, while also positively impacting the value of our existing plants. Power prices are generally driven by natural gas prices in ERCOT, where natural gas-fueled plants set the market price approximately 90% of the time. Texas has one of the highest retail energy consumption profiles in the country with approximately 14 megawatt-hours ("MWh") per year of consumption per household. ERCOT has experienced over 2.1% annual retail growth over the period from 2002 to 2006, making it one of the fastest growing NERC regions.

- **Strong operating performance.**   Luminant Power is an industry-leading operator of baseload solid fuel plants. Based on our benchmark analysis, we believe that, compared with the U.S. merchant coal plant fleet, Luminant Power's lignite/coal plants achieved top decile capacity factors and top quartile costs per MWh in 2005 and 2006. Similarly, we believe that our nuclear

3

EFIHMW00250075

units achieved top decile capacity factors and top quartile costs per MWh in 2006. Luminant Power's lignite/coal-fueled plants achieved a capacity factor of 89.1% for 2006 and Luminant Power's nuclear plants achieved a capacity factor of 98.8% for 2006. Luminant Power's ongoing operating system initiatives are focused on achieving industry-leading capacity factors while continuing to manage costs. The capacity factor of a power plant is generally the ratio of the actual output of the power plant over a period of time as compared to its potential output if the plant operated at full capacity during such period.

TXU Energy is committed to providing its customers with industry-leading customer service and creating an innovative set of new products and services to meet customer needs. For the twelve months ended June 30, 2007, call answer times averaged under 15 seconds, which dropped from an average of over 100 seconds for the same period in 2004. Customer call satisfaction scores in North Texas improved 16 percent in the twelve months ended June 30, 2007, as compared to the twelve months ended June 30, 2006. TXU Energy continues to offer the broadest set of customer products of any retailer in the ERCOT market.

- **Attractive opportunities for capital investment.** We have a number of attractive opportunities for capital investment. Luminant Construction is building three new low-cost lignite coal-fueled generation units in the state of Texas with total estimated capacity of approximately 2,200 MW. The three units consist of one new generation unit at a site owned by Alcoa Inc. that is adjacent to an existing TCEH lignite coal-fueled generation plant site (Sandow) and two units at a TCEH site that was slated for the construction of a generation plant a number of years ago (Oak Grove). Aggregate capital expenditures to develop these three units are expected to total approximately $3.25 billion, including all construction, site preparation and mining development costs (not including the purchase of the Three Oaks mine assets).

  We believe that these construction projects represent attractive investment opportunities and benefit from a number of strategic advantages, including:

  - our incumbent position in the ERCOT market;
  - our control of attractive brownfield development sites with access to low-cost lignite fuel;
  - our first mover advantage in seeking, siting and permitting approval; and
  - our low-cost construction with leading engineering, procurement and construction ("EPC") firms.

- **Attractive cash flow generation.** For the twelve months ended June 30, 2007, on a pro forma basis, TCEH generated Adjusted EBITDA of $3,999 million. Specific characteristics of our businesses that support our attractive cash flow generation are outlined in this offering circular. Our anticipated operating margins, low maintenance capital expenditures and modest going-forward working capital requirements are expected to be key drivers of our strong cash flow generation.

- **Ability to hedge future cash flows through long-term hedging program.** We believe that the strong historical correlation between natural gas prices and power prices in the ERCOT market combined with significant liquidity in certain natural gas markets currently provides an opportunity for management of our exposure to natural gas prices. As a result, TCEH expects to hedge up to 80% of the equivalent natural gas price exposure of our expected baseload generation output on a rolling five-year basis. As of October 10, 2007, and as shown in the table below, approximately 2.6 billion million British thermal units ("MMBtu") of natural gas (equivalent to the natural gas exposure of over 300,000 gigawatt-hours ("GWh") at an assumed 8.5 MMBtu/Mwh market heat rate) have been effectively sold forward by our subsidiaries over the period from 2008 to 2013 at average annual prices ranging from $7.25 per MMBtu to $8.15

4

EFIHMW00250076

per MMBtu. For the period from 2008 to 2012, and taking into consideration the estimated portfolio impacts of our retail electric business, these transactions result in us having effectively hedged approximately 80% of our expected baseload generation natural gas price exposure for such period (on an average basis for such period). Demonstrating the ability to implement a long-term hedging program on a rolling basis, we have also hedged approximately 60% of our expected baseload generation natural gas price exposure in 2013 at prices above $7.25 per MMBtu. We believe this hedging program provides us with visibility and stability of future cash flows.

### Estimated Natural Gas Position 2008E-2013E[1]

The following table provides our current estimated natural gas position for the 2008 to 2013 period:

|  | Estimate for | | | | | |
|---|---|---|---|---|---|---|
|  | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|  | (in millions of MMBtu, unless otherwise specified) | | | | | |
| Baseload generation . . . . . . . . . . . . . . . . . . . . | 525 | 610 | 655 | 680 | 690 | 680 |
| Natural gas hedges[2][3] . . . . . . . . . . . . . . . . . | 310 | 370 | 510 | 545 | 425 | 400 |
| Other short positions[3] . . . . . . . . . . . . . . . . . | 180 | 85 | 20 | 10 | — | — |
| Unhedged position . . . . . . . . . . . . . . . . . . . . . . | 35 | 155 | 135 | 125 | 265 | 280 |
| Equivalent baseload generation hedged . . . | 95% | 75% | 80% | 80% | 60% | 60% |
| Average price of natural gas swap hedges (NYMEX price equivalent)[4] . . . . . . . . . . . | $8.15 | $8.10 | $7.80 | $7.55 | $7.25 | $7.25 |

[1]   Assumed natural gas conversion factor of approximately 90% of the projected heat rate given that coal is on the margin for select periods; during those periods, there is no natural-gas position that is generated.

[2]   Includes approximately 35 million MMBtu put option delta volume (notional 160 million MMBtu put purchased for 2008 to protect against downside gas movements).

[3]   Includes fixed price sold forward positions and estimates of total non-contract in-territory load, 50% is a short-position in 2008, dropping to 25% in 2009.

[4]   Amounts reflect rounding. Weighted average prices are based on actual contract prices of short swaps and certain of the volumes associated with the TCEH Commodity Collateral Posting Facility reflect a re-contracting of the volumes as of October 8, 2007. If the weighed average prices were adjusted to reflect a re-contracting of those same volumes as of the pro forma date (June 30, 2007) and consistent with the presentation of drawn balances under TCEH Commodity Collateral Posting Facility, the weighted average prices would be $8.30, $8.25, $7.90, $7.75, $7.30 and $7.25 for 2008 through 2013, respectively.

• **Strong leadership.**   Luminant and TXU Energy have separate leadership teams consistent with the separation of EFH Corp.'s legacy businesses into distinct operating entities. Each company has its own chief executive officer who, together with the respective management teams, will focus on optimizing operations and maximizing performance for that specific business unit, independent of the other business units. The management teams for each business are comprised of highly experienced professionals. In addition, four prominent Texans, Donald L. Evans, former U.S. Secretary of Commerce; James R. Huffines, Chairman of the University of Texas Board of Regents; Lyndon L. Olson Jr., former Texas State Representative and former U.S. Ambassador to Sweden; and Kneeland Youngblood, a former director of the U.S. Enrichment Corporation, joined the Board of Directors of EFH Corp., our parent. William Reilly, Chairman Emeritus of the World Wildlife Fund and former EPA Administrator, also joined the Board of Directors of EFH Corp. and will lead the adoption of corporate governance policies that tie EFH Corp.'s operations and goals to environmental stewardship. Finally, former U.S. Secretary of State James A. Baker III serves as Advisory Chairman to the General Partner.

Highly Confidential

EFIHMW00250077

**Our Strategies**

Each of our businesses focuses its operations on key drivers for that business, as described below:

- Luminant focuses on optimizing its existing generation fleet to provide safe, reliable and cost-competitive power, as well as developing and constructing additional power generation capacity to meet the growing demand for power in Texas; and

- TXU Energy focuses on providing high quality customer service, including continually improving customer service and developing innovative energy products to meet customers' needs.

Other elements of our strategy include:

- **Increase value from our existing businesses.**   Our strategy focuses on striving for consistent top decile performance across our operations in terms of reliability, cost and customer service. We will continue to focus on upgrading four critical skill sets: operational excellence across each business; market leadership; systematic risk/return mindset applied to all key decisions; and rigorous performance management targeting industry-leading performance standards for productivity, reliability and customer service. An example of how we implement these principles is a program called the "Luminant Operating System," which is a program to drive ongoing productivity improvements in Luminant Power's businesses through application of lean operating techniques and deployment of a high-performance industrial culture.

- **Pursue growth opportunities across our business lines.**   We believe building upon and leveraging our scale advantages enables us to sustainably create value by eliminating duplicative costs, efficiently managing supply costs, and building and standardizing distinctive process expertise. Scale also allows us to take part in large capital investments, such as new generation projects, with a smaller fraction of overall capital at risk and with an enhanced ability to streamline costs. The growth initiatives for each business include:

  - *Luminant*: Construction of three new lignite coal-fueled generation facilities at existing sites with onsite lignite fuel supplies, as well as the development of wind generation projects in the near to medium term. Pursuit of new generation opportunities to meet ERCOT's growing generation needs over the longer term from a diverse range of alternatives such as nuclear, renewables and advanced coal technologies such as Integrated Gasification Combined Cycle.

  - *TXU Energy*: Retain existing customers and increase the number of customers served both in TXU Energy's historic territory, as well as in other Texas markets such as Houston, through innovative products and superior customer service.

- **Reduce the volatility of our cash flows through our established risk management strategy.**   A key component of our risk management strategy is our plan to hedge up to 80% of the natural gas exposure of Luminant Power's baseload generation output on a rolling five-year basis. The strong historical correlation between natural gas prices and power prices in ERCOT combined with the significant liquidity in certain natural gas markets currently provides an opportunity for management of our exposure to natural gas prices. TCEH has approximately $5.9 billion of available revolving credit and letter of credit borrowing capacity (excluding amounts under the TCEH Commodity Collateral Facility (as defined below) and outstanding letters of credit) which we believe will provide significant liquidity for its operations, including for TCEH's long-term hedging strategies, particularly regarding its commodity and market heat rate

6

Highly Confidential

EFIHMW00250078

exposures. In addition, the TCEH Commodity Collateral Posting Facility will support the margin requirements for a significant portion of the natural gas swap transactions that are a part of the long-term hedging program not otherwise secured by a first lien on TCEH's assets. In addition, certain existing and future hedging transactions are secured with a first lien security interest in TCEH's assets, which will reduce the liquidity requirements of entering into commodity hedge transactions because no cash or letter of credit collateral will be required for these transactions. As of the consummation of the Merger, approximately 90% of Luminant's natural gas hedging transactions were secured by this first lien security interest in TCEH's assets (including transactions covered by the TCEH Commodity Collateral Posting Facility described under "The Transactions—Debt Financing").

- **Environmental focus.**   We are committed to continue to operate in compliance with all environmental laws, rules and regulations and to reduce our impact on the environment. EFH Corp. will put in place a Sustainable Energy Advisory Board that will focus on assisting EFH Corp. in pursuing technology development opportunities that utilize the United States' vast energy resources with technologies designed to reduce EFH Corp.'s impact on the environment while balancing the need to address the energy requirements of Texas. EFH Corp.'s Sustainable Energy Advisory Board will be comprised of individuals who represent the following interests, among others: the environment, customers, Texas economic development and ERCOT reliability standards. In addition, we are focused on and are pursuing opportunities to reduce emissions from our existing and planned new lignite coal-fueled generation units in ERCOT. As such and in connection with our plans to build three new lignite coal-fueled generation units, we have committed to reduce emissions of mercury, nitrogen oxide and sulfur dioxide at our existing units, so that the total of those emissions from both existing and new lignite coal-fueled units is 20% below 2005 levels. We expect to make these reductions through a combination of investment in new emission control equipment and possible fuel switching. We also expect such investments to provide economic benefits to us by reducing future costs associated with complying with environmental emissions standards.

Highly Confidential

EFIHMW00250079

**PX 006**
**Page 14 of 382**

### The Transactions

#### The Merger

On February 25, 2007, EFH Corp. entered into a merger agreement (the "Merger Agreement") with Texas Holdings and Merger Sub, Texas Holdings' wholly owned subsidiary, pursuant to which Texas Holdings acquired EFH Corp. on October 10, 2007 through a merger of Merger Sub with and into EFH Corp. Upon the effectiveness of the Merger, each share of EFH Corp. common stock outstanding immediately prior to the Merger other than certain specified shares was cancelled and converted into the right to receive $69.25 in cash.

EFH Corp.'s direct subsidiaries include Energy Future Competitive Holdings Company and Energy Future Intermediate Holding Company LLC. Energy Future Competitive Holdings Company is the parent company of TCEH. Energy Future Intermediate Holding Company LLC is the parent of Oncor Electric Delivery Holdings Company LLC, the holding company for EFH Corp.'s electricity distribution and transmission business.

EFH Corp. and Energy Future Intermediate Holding Company LLC and its subsidiaries, which include Oncor Electric Delivery, are not guarantors of the notes offered hereby.

The acquisition of EFH Corp. by Texas Holdings was financed by the equity contributions and the debt financing described below. See also "—Sources and Uses" for more information.

#### Equity Contributions

At the closing of the Merger, Texas Holdings received an aggregate equity investment of approximately $8.3 billion. Investment funds affiliated with the Sponsors, or their respective assignees, contributed approximately $5.1 billion to Texas Holdings. In addition, Citigroup Global Markets Inc. and Morgan Stanley & Co. Incorporated, each of which is an initial purchaser participating in this offering, or their respective affiliates each made equity investments of approximately $250 million in Texas Holdings. The Sponsors obtained approximately $2.3 billion in equity investments from other existing investors in KKR's and TPG's private equity funds and other third party investors. Following the closing of the Merger, the Sponsors owned approximately 62% of the limited partnership units issued by Texas Holdings in connection with the Merger. In addition, investment funds affiliated with Lehman Brothers Inc. ("LBI"), an initial purchaser participating in this offering, contributed approximately $412 million in equity investments. LBI's equity contribution represents slightly less than 5% of the limited partnership units issued by Texas Holdings in connection with the Merger.

The equity contributions by the Sponsors and the Investors are referred to herein as the "Equity Contributions."

#### Debt Financing

In connection with the Merger, we entered into the following debt financing arrangements:

• Senior secured credit facilities (the "TCEH Senior Secured Facilities") consisting of the following:

    (a)  a $16.45 billion senior secured initial term loan facility of TCEH (the "TCEH Initial Term Loan Facility"), which was used to fund the Merger;

    (b)  a $4.1 billion senior secured delayed draw term loan facility of TCEH (the "TCEH Delayed Draw Term Loan Facility"), of which $2.15 billion was drawn at the closing of

8

EFIHMW00250080

the Merger, which will be used during the two-year period commencing on the consummation of the Merger to fund certain specified capital expenditures and related expenses;

(c)    a $1.25 billion senior secured letter of credit facility of TCEH (the "TCEH Letter of Credit Facility"), which will be used for general corporate purposes (including, but not limited to, providing collateral support in respect of commodity hedging arrangements, and other commodity transactions);

(d)    a $2.7 billion senior secured revolving credit facility of TCEH (the "TCEH Revolving Facility"), which will be used for working capital and for other general corporate purposes; and

(e)    a senior secured cash posting credit facility of TCEH (the "TCEH Commodity Collateral Posting Facility"), the size of which is determined by the out-of-the-money mark-to-market exposure, inclusive of any unpaid settlement amounts, of TCEH and its subsidiaries on a hypothetical portfolio of certain commodity swaps and futures transactions, of which $378 million was drawn at the closing of the Merger, which will be used to fund margin payments due on natural gas and commodity swaps and hedging arrangements, and to the extent not used for the above purposes, for other general corporate purposes of TCEH and its subsidiaries; and

• a $6.75 billion senior unsecured interim loan facility of TCEH (the "TCEH Senior Interim Facility"), which was used to fund the Merger.

In addition, Energy Future Competitive Holdings, a guarantor of the notes offered hereby, guaranteed the $4.5 billion aggregate principal amount of senior unsecured interim loan facility of EFH Corp. (the "EFH Senior Interim Facility"), which was used to fund the Merger.

We refer to the above, collectively, as the "Debt Financing." See "Description of Other Indebtedness" for a description of the material terms of each component of the Debt Financing and the Receivables Program (as defined above).

Also, in connection with the Merger, our accounts receivable securitization program (the "Receivables Program"), pursuant to which we sell trade accounts receivable to TXU Receivables Company, EFH Corp.'s consolidated wholly-owned bankruptcy-remote direct subsidiary, which sells undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions, was amended. In connection with the amendment, special purpose entities established by the financial institutions requested that Oncor Electric Delivery repurchase all of the receivables it had previously sold to TXU Receivables Company. Accordingly, Oncor Electric Delivery used a portion of its borrowings under the Oncor Electric Delivery Revolving Facility and cancelled a note due to it by TXU Receivables Company to repurchase its receivables.

On September 25, 2007, EFH Corp. commenced offers to purchase and consent solicitations with respect to $1.0 billion in aggregate principal amount of EFH Corp.'s outstanding 4.80% Series O Senior Notes due 2009, $250 million in aggregate principal amount of TCEH's outstanding 6.125% Senior Notes due 2008 and $1.0 billion in aggregate principal amount of TCEH's outstanding 7.000% Senior Notes due 2013 (collectively, the "Specified Notes"). On the closing date of the Merger, EFH Corp. purchased an aggregate of $996 million, $247 million and $995 million of these notes, respectively. In connection with the Merger, we redeemed and repaid or expect to repay an aggregate of approximately $4.5 billion of existing consolidated indebtedness of Energy Future Competitive Holdings and its subsidiaries, including debt that became payable upon the consummation of the

9

EFIHMW00250081

Merger. See "Description of Other Indebtedness—Debt Repayment" for a description of the Specified Notes and the other indebtedness we repaid in connection with the Merger. We refer to the tender offers for the Specified Notes and the redemption and repayment of this outstanding indebtedness as the "Debt Repayment."

We refer to the transactions listed above, including the Merger and the application of the proceeds of the Equity Contributions and the Debt Financing as described under "—Sources and Uses," as the "Transactions."

### Ring-Fencing

Upon the consummation of the Merger, EFH Corp. and Oncor Electric Delivery, which is a subsidiary of our parent, EFH Corp., but not a subsidiary of ours, implemented certain structural and operational measures based on principles articulated by rating agencies and commitments made by Texas Holdings and Oncor Electric Delivery to the PUCT and the FERC that are intended to further separate Oncor Electric Delivery from Texas Holdings and its other subsidiaries in order to mitigate Oncor Electric Delivery's credit exposure to those entities and to reduce the risk that the assets and liabilities of Oncor Electric Delivery would be substantively consolidated with the assets and liabilities of Texas Holdings or any of its other subsidiaries in the event of a bankruptcy of one or more of those entities. See "The Transactions—Ring-Fencing" for a description of the material terms of the ring-fencing measures.

Highly Confidential

EFIHMW00250082

**Sources and Uses**

The sources and uses of the funds for the Transactions are shown in the table below. For more information, see "Energy Future Competitive Holdings Unaudited Pro Forma Condensed Consolidated Financial Statements."

| Sources of funds: | | Uses of funds: | |
|---|---|---|---|
| | (millions of dollars) | | |
| Cash and other sources . . . . . . . . . . . . . . . | $    641 | Equity purchase price(5) . . . . . . . . . . . . . . | $32,384 |
| TCEH Senior Secured Facilities(1) . . . . . . . | 19,287 | Repayment of existing debt(6) . . . . . . . . . . . | 5,470 |
| TCEH Senior Interim Facility(2) . . . . . . . . . | 6,750 | Transaction costs(7) . . . . . . . . . . . . . . . . . . | 1,624 |
| EFH Senior Interim Facility(3) . . . . . . . . . . | 4,500 | Existing debt(8) . . . . . . . . . . . . . . . . . . . . . . | 4,637 |
| Equity contributions(4) . . . . . . . . . . . . . . . . . | 8,300 | | |
| Existing debt(8) . . . . . . . . . . . . . . . . . . . . . . . | 4,637 | | |
| Total sources of funds . . . . . . . . . . . . . . . . . | $44,115 | Total uses of funds . . . . . . . . . . . . . . . . . . . . | $44,115 |

_____

(1)   The TCEH Senior Secured Facilities consist of the following:
      (a)   the $16.45 billion TCEH Initial Term Loan Facility;
      (b)   the $4.1 billion TCEH Delayed Draw Term Loan Facility, of which $2.15 billion was drawn at the closing of the Merger;
      (c)   the $2.7 billion TCEH Revolving Facility;
      (d)   the $1.25 billion TCEH Letter of Credit Facility; and
      (e)   the TCEH Commodity Collateral Posting Facility, of which $378 million was actually drawn at the closing of the Merger ($687 million would have been drawn as of June 30, 2007 on a pro forma basis), the size of which is determined by the out-of-the-money mark-to-market exposure, inclusive of any unpaid settlement amounts, of TCEH and its subsidiaries on a hypothetical portfolio of certain commodity swaps and futures transactions.
(2)   The proceeds from the offering of the notes hereby, along with cash on hand, will be used to repay a portion of the TCEH Senior Interim Facility.
(3)   The proceeds from the concurrent offering of the EFH Corp. Notes, along with cash on hand, will be used to repay in full the EFH Senior Interim Facility.
(4)   Consists of Equity Contributions by the Sponsors and the Investors and estimated future management contributions.
(5)   Reflects the amount of total consideration paid to holders of outstanding shares of EFH Corp.'s common stock, outstanding awards under the terms of EFH Corp.'s equity benefit plans, and common stock issuable upon conversion of EFH Corp.'s Floating Rate Convertible Senior Notes. The equity purchase price was determined based upon the sum of (A) 461.2 million shares of common stock multiplied by $69.25 per share; (B) 5.3 million shares of common stock issuable pursuant to the terms of outstanding awards under the terms of EFH Corp.'s equity benefit plans multiplied by $69.25 per share; and (C) 1.5 million shares of common stock issuable upon conversion of EFH Corp.'s Floating Rate Convertible Senior Notes due 2033 multiplied by $69.25 per share less $25 million principal amount of such notes.
(6)   Repayment of existing indebtedness consists of the Debt Repayment described under "Description of Other Indebtedness—Debt Repayment."
(7)   Reflects our fees and expenses associated with the Transactions, including placement and other financing fees, advisory fees, transactions fees paid to affiliates of the Sponsors, and other transaction costs and professional fees.
(8)   Excluding Oncor Electric Delivery related debt of $5,128 million, including transition bonds and approximately $113 million related to repurchasing its receivables previously sold under the Receivables Program.

11

EFIHMW00250083

**PX 006**
**Page 18 of 382**

In addition, concurrently with the other Transactions, Oncor Electric Delivery, a subsidiary of our parent, EFH Corp., but not a subsidiary of ours, entered into a $2.0 billion Oncor Electric Delivery Revolving Facility.

### Ownership and Corporate Structure

Set forth below is a summary diagram of our ownership and corporate structure after giving effect to the Merger, the Transactions as described under "The Transactions," this offering and the concurrent offering of EFH Notes.



(1)   Summary diagram excludes subsidiaries of EFH Corp. that are not subsidiaries of Energy Future Intermediate Holding Company LLC ("Energy Future Intermediate Holding") or Energy Future Competitive Holdings, including TXU Receivables Company. The existing debt amount for EFH Corp. includes approximately $93 million related to a financing lease of a subsidiary of EFH Corp. not included in this diagram.

(2)   Debt amounts outstanding as of June 30, 2007 adjusted to reflect the consummation of the Transactions.

(3)   Holding company for the Luminant businesses, including Luminant Power, Luminant Energy and Luminant Construction. The Luminant holding company and its subsidiaries will guarantee any notes offered hereby and guaranteed the TCEH Senior Interim Facility and the TCEH Senior Secured Facilities but will not guarantee any EFH Corp. Notes.

(4)   TXU Energy Retail Company and its subsidiaries will guarantee the notes offered hereby and guaranteed the TCEH Senior Secured Facilities and the TCEH Senior Interim Facility but will not guarantee the EFH Corp. Notes.

(5)   Includes amounts related to transition bonds; excludes approximately $113 million related to repurchasing its receivables previously sold under the Receivables Program.

---

TCEH was formed in Texas in November 2001 and TCEH Finance, Inc. was incorporated in Delaware in September 2007. The Issuer's principal executive offices currently are located at Energy Plaza, 1601 Bryan Street, Dallas, TX 75201-3411, and its telephone number is (214) 812-4600.

12

EFIHMW00250084

**PX 006
Page 19 of 382**

**Preliminary Results for the Nine Months Ended September 30, 2007**

*The following information is preliminary and, as a result, during the course of Energy Future Competitive Holdings' and TCEH's preparation of its final consolidated financial statements and the related notes and the completion of Energy Future Competitive Holdings' and TCEH's quarterly closing procedures and analyses, Energy Future Competitive Holdings and/or TCEH may identify items that would require it to make adjustments to the preliminary GAAP financial results presented below. The preliminary financial results presented below have been prepared on a basis consistent with Energy Future Competitive Holdings' and TCEH's consolidated financial statements. These preliminary financial results are not necessarily indicative of the results to be expected for the full year or any future period. These preliminary financial results should be read in conjunction with "Summary Historical and Unaudited Pro Forma Condensed Consolidated Financial and Other Data of Energy Future Competitive Holdings and its Subsidiaries," "Selected Historical Consolidated Financial Data," and "Management's Discussion and Analysis of Financial Condition and Results of Operations" included elsewhere in this offering circular.*

**Energy Future Competitive Holdings**

Property, plant and equipment, net as of September 30, 2007 is expected to increase by approximately $500 million, or approximately 5%, to approximately $10.4 billion compared to $9.9 billion at December 31, 2006. This increase is driven by ongoing investment spending in existing generation operations, partially offset by depreciation expense for the period.

Operating revenues are expected to decrease by between approximately $1.2 billion to $1.4 billion, or 16% to 18%, to between approximately $6.2 billion to $6.4 billion compared to $7.6 billion in the same period in 2006. This decline primarily reflects lower retail electricity revenues and net losses in 2007 from risk management and trading activities (compared to net gains in 2006 from these activities). The lower retail revenues reflect volume declines due to customer churn, particularly in the first half of the year, and lower average consumption per customer due in part to cooler, below normal weather this past summer. The revenue decline also reflects lower average pricing, including the effects of residential price discounts implemented in 2007. The results from risk management and trading activities are driven by unrealized mark-to-market net losses associated with positions entered into as part of the long-term hedging program due to higher forward natural gas prices.

Net income is expected to decrease by between approximately $550 million to $650 million, or 27% to 32%, to between approximately $1.35 billion to $1.45 billion compared to $2.0 billion in the same period in 2006. This decrease is driven by the factors affecting operating revenues discussed immediately above. Other contributing factors to the net income performance include the effects of a planned nuclear generation unit outage in early 2007 and higher lignite mining costs resulting from weather-related inefficiencies and increased selling, general and administrative costs in the retail operations.

Adjusted EBITDA is expected to decrease by between approximately $500 million to $700 million, or 15% to 21%, to between approximately $2.7 billion to $2.9 billion compared to $3.4 billion in the same period in 2006. This decrease is driven by the lower average retail pricing and the decline in retail sales volumes referred to in the discussion of operating revenues above and also reflects the other contributing factors cited in the discussion of net income immediately above.

**TCEH**

Net income is expected to decrease by between approximately $500 million to $600 million, or 26% to 31%, to between approximately $1.35 billion to $1.45 billion compared to $1.95 billion in the same period in 2006. This decrease is driven by the factors affecting operating revenues discussed

13

Highly Confidential

EFIHMW00250085

above. Other contributing factors to the net income performance include the effects of a planned nuclear generation unit outage in early 2007 and higher lignite mining costs resulting from weather-related inefficiencies and increased selling, general and administrative costs in the retail operations.

Adjusted EBITDA is expected to decrease by between approximately $550 million to $750 million, or 16% to 22%, to between approximately $2.65 billion to $2.85 billion compared to $3.4 billion in the same period in 2006. This decrease is driven by the lower average retail pricing and the decline in retail sales volumes referred to in the discussion of operating revenues above and also reflects the other contributing factors cited in the discussion of net income immediately above.

Set forth below is a reconciliation of Energy Future Competitive Holdings' net income to EBITDA and then to Adjusted EBITDA for the nine months ended September 30, 2006. For more information on EBITDA and Adjusted EBITDA and an explanation of why management believes EBITDA and Adjusted EBITDA are useful measures, see note (a) below.

|  | Nine Months Ended September 30, 2006 |
| --- | --- |
|  | (dollars in billions) (unaudited) |
| Net income (loss) | $ 2.023 |
| Provision for income taxes | 1.072 |
| Interest expense and related charges | 0.257 |
| Depreciation and amortization | 0.252 |
| EBITDA (a) | 3.604 |
| Amortization of nuclear fuel | 0.048 |
| Interest income | (0.174) |
| Impairment of assets and inventory write down | 0.201 |
| Unrealized net (gains) or losses resulting from hedging obligations | (0.287) |
| Amount of loss on sales of accounts receivable and related assets in connection with the existing Receivables Facility | 0.028 |
| Income from discontinued operations, net of tax | — |
| Extraordinary (gain) loss, net of tax | — |
| Cumulative effect of changes in accounting principles, net of tax | — |
| Non-cash compensation expenses (FAS 123R) | 0.006 |
| Severance expense (b) | 0.013 |
| Losses on early extinguishment of debt and energy services contract | — |
| Transition and business optimization costs (c) | — |
| Shareholder litigation | — |
| Transaction and merger expenses (d) | — |
| Restructuring and other (e) | (0.012) |
| Expenses incurred to upgrade or expand the generation units (f) | 0.003 |
| Adjusted EBITDA (a) | $ 3.430 |

14

EFIHMW00250086

Set forth below is a reconciliation of TCEH's net income to EBITDA and then to Adjusted EBITDA for the nine months ended September 30, 2006. For more information on EBITDA and Adjusted EBITDA and an explanation of why management believes EBITDA and Adjusted EBITDA are useful measures, see note (a) below.

| | Nine Months Ended September 30, 2006 |
|---|---|
| | (dollars in billions) (unaudited) |
| Net income (loss) | $ 1.947 |
| Provision for income taxes | 1.022 |
| Interest expense and related charges | 0.310 |
| Depreciation and amortization | 0.251 |
| EBITDA (a) | 3.530 |
| Amortization of nuclear fuel | 0.048 |
| Interest income | (0.137) |
| Impairment of assets and inventory write down | 0.199 |
| Unrealized net (gains) or losses resulting from hedging obligations | (0.287) |
| Amount of loss on sales of accounts receivable and related assets in connection with the existing Receivables Facility | 0.028 |
| Income from discontinued operations, net of tax | — |
| Extraordinary (gain) loss, net of tax | — |
| Cumulative effect of changes in accounting principles, net of tax | — |
| Non-cash compensation expenses (FAS 123R) | 0.006 |
| Severance expense (b) | 0.013 |
| Loss on early extinguishment of debt and energy services contract | — |
| Transition and business optimization costs (c) | — |
| Transaction and merger expenses (d) | — |
| Restructuring and other (e) | (0.012) |
| Expenses incurred to upgrade or expand the generation units (f) | 0.003 |
| Adjusted EBITDA (a) | $ 3.391 |

_____

(a)    EBITDA, a measure used by management to evaluate operating performance, is defined as net income plus (i) provision for income taxes, (ii) interest expense and (iii) depreciation and amortization. EBITDA is not a recognized term under GAAP and does not purport to be an alternative to net income as a measure of operating performance or to cash flows from operating activities as a measure of liquidity or any other measure of financial performance presented in accordance with GAAP. Additionally, EBITDA is not intended to be a measure of free cash flow available for management's discretionary use, as it does not consider certain cash requirements such as interest payments, tax payments and other debt service requirements. Management believes EBITDA is helpful in highlighting trends because EBITDA excludes the results of decisions that are outside the control of operating management and that can differ significantly from company to company depending on long-term strategic decisions regarding capital structure, the tax jurisdictions in which companies operate and capital investments. In addition, EBITDA provides more comparability between our historical results and results that reflect the new capital structure. Management compensates for the limitations of using non-GAAP financial measures by using them to supplement GAAP results to provide a more complete understanding of the factors and trends affecting the business than GAAP results alone. Because not all companies use identical calculations, our presentation of EBITDA may not be comparable to similarly titled measures of other companies. Adjusted EBITDA is defined as EBITDA adjusted to

15

EFIHMW00250087

exclude noncash items, unusual items and other adjustments permitted in calculating covenant compliance under the indenture governing the notes offered hereby and under the TCEH Senior Secured Facilities. We believe that the inclusion of supplementary adjustments to EBITDA applied in presenting Adjusted EBITDA are appropriate to provide additional information to investors about how the covenants in the indenture will operate and about certain noncash items, unusual items that we do not expect to continue at the same level in the future and other items. Such supplementary adjustments to EBITDA may not be in accordance with current SEC practice or with regulations adopted by the SEC that apply to registration statements filed under the Securities Act and periodic reports under the Exchange Act. Accordingly, the SEC may require that Adjusted EBITDA be presented differently in filings made with the SEC than as presented in this offering circular, or not be presented at all.

(b)    Severance includes amounts incurred related to outsourcing, restructuring and other amounts deemed to be in excess of normal recurring amounts.

(c)    Transition and business optimization costs include amounts related to outsourcing initiatives and system implementations.

(d)    Transaction and merger expenses include costs incurred related to abandoned strategic transactions, new growth initiatives and merger expenses.

(e)    Restructuring and other include non-recurring items related to restructuring initiatives and other non-recurring items.

(f)    Expenses incurred to upgrade or expand a facility do not include costs incurred to purchase replacement power that should be included under the definition as we did not historically track these costs.

16

Highly Confidential

EFIHMW00250088

## The Sponsors

**Kohlberg Kravis Roberts & Co. ("KKR")**

KKR is one of the world's oldest and most experienced private equity firms specializing in management buyouts, with offices in New York, Menlo Park, California, and London, England. KKR's investment approach is focused on acquiring attractive business franchises and working closely with management over the long term to design and implement value-creating strategies. Over the past 30 years, KKR has completed approximately 150 transactions with an aggregate value of over $365 billion.

**TPG Capital, L.P. ("TPG")**

TPG, founded in 1992, is one of the world's largest and most active principal investment firms. Since inception, TPG has invested in approximately 200 transactions with total value of $276 billion. Headquartered in Fort Worth, with offices in San Francisco, London, Hong Kong, New York, Minneapolis, Melbourne, Menlo Park, Mumbai, Shanghai, Singapore and Tokyo, TPG has extensive experience with global public and private investments executed through leveraged buyouts, recapitalizations, spinouts, joint ventures and restructurings. TPG seeks to invest in world-class franchises across a range of industries. Prior investments include Aleris International, Altivity Packaging, British Vita, Burger King, Continental, Denbury Resources, Grohe, Kraton Polymers, MEMC, MGM, Neiman Marcus, Petco, Seagate and Texas Genco.

**Goldman, Sachs & Co. ("Goldman Sachs")**

Goldman Sachs was founded in 1869. Goldman Sachs is one of the oldest and largest investment banking firms. Goldman Sachs is also a global leader in private corporate equity and mezzanine investing. Established in 1991, the Goldman Sachs Capital Partners family of funds is part of the firm's Principal Investment Area in the Merchant Banking Division. Goldman Sachs' Principal Investment Area has formed 13 investment vehicles aggregating $56 billion of capital to date. Significant investments include: ARAMARK, Burger King, Coffeyville Resources, Education Management Corporation, Hawker Beechcraft, HealthMarkets, Kabel Deutschland, Kinder Morgan, Polo Ralph Lauren, Prysmian Cables & Systems, VoiceStream Wireless, and YES Network. Goldman Sachs Capital Partners VI is the current primary investment vehicle for Goldman Sachs to make large, privately negotiated equity investments. Goldman Sachs is an initial purchaser in this offering and in the concurrent offering of the EFH Corp. Notes.

Highly Confidential

EFIHMW00250089

**PX 006**
**Page 24 of 382**

**The Offering**

The summary below describes the principal terms of the notes offered hereby. Certain of the terms and conditions described below are subject to important limitations and exceptions. The "Description of Notes" section of this offering circular contains more detailed descriptions of the terms and conditions of the notes.

Issuer . . . . . . . . . . . . . . . . . . . . . . . . . . .    TCEH and TCEH Finance, Inc.

Securities Offered . . . . . . . . . . . . . . . .    $3,000,000,000 aggregate principal amount of 10.25% Senior Notes due 2015 (the "notes").

Maturity Date. . . . . . . . . . . . . . . . . . . . .    November 1, 2015.

Interest Rate . . . . . . . . . . . . . . . . . . . . .    The notes will accrue interest at the rate of 10.25% per annum.

Interest Payment Dates . . . . . . . . . . .    Interest on the notes is payable on May 1 and November 1 of each year, commencing on May 1, 2008.

Ranking . . . . . . . . . . . . . . . . . . . . . . . . .    The notes will be the Issuer's senior unsecured obligations and will:

- rank senior in right of payment to any existing and future subordinated indebtedness of the Issuer;

- rank equally in right of payment with all of the Issuer's existing and future senior unsecured indebtedness including any indebtedness under the TCEH Senior Interim Facility;

- be structurally subordinated in right of payment to all existing and future indebtedness and other liabilities of the Issuer's non-guarantor subsidiaries, including trade payables (other than indebtedness and liabilities owed to the Issuer or the Guarantors (as defined below)); and

- rank effectively junior in right of payment to all existing and future senior secured indebtedness of the Issuer, including borrowings under the TCEH Senior Secured Facilities to the extent of the value of the collateral securing such indebtedness.

As of June 30, 2007, on a pro forma basis after giving effect to the Transactions, but excluding discounts related to purchase accounting adjustments and $1.25 billion related to the TCEH Letter of Credit Facility, the notes would have ranked effectively junior to approximately $19.4 billion of the Issuer's senior secured indebtedness, most of which would have been represented by its borrowings under the TCEH Senior Secured Facilities. TCEH has approximately $5.9 billion of additional available capacity under the TCEH Senior Secured Facilities (excluding amounts available under the TCEH Commodity Collateral Posting Facility and outstanding letters of credit).

18

EFIHMW00250090

| | |
|---|---|
| Guarantees . . . . . . . . . . . . . . . . . . . . . . | The notes will be unconditionally guaranteed by TCEH's direct parent, Energy Future Competitive Holdings, and by each subsidiary that guarantees the TCEH Senior Secured Facilities (the "Guarantors") on a senior unsecured basis. The guarantees will rank equally with any unsecured senior indebtedness of the Guarantors and will be effectively junior to all secured indebtedness of the Guarantors to the extent of the assets securing that indebtedness. As of June 30, 2007, on a pro forma basis after giving effect to the Transactions, the guarantees would have ranked effectively junior to approximately $19.6 billion, excluding the $1.25 billion related to the TCEH Letter of Credit Facility of the Guarantors' senior secured indebtedness, which would have been represented by their guarantees of the TCEH Senior Secured Credit Facilities. The guarantee by Energy Future Competitive Holdings of the notes will rank equally with its guarantee of the $4.5 billion principal amount of EFH Corp. Notes offered in the concurrent offering. The guarantees will be structurally junior to all indebtedness and other liabilities of the Issuer's subsidiaries that do not guarantee the notes. |
| | EFH Corp., our parent, will not guarantee the notes. Neither Energy Future Intermediate Holding, Oncor Electric Delivery Holdings, LLC, the immediate parent of Oncor Electric Delivery, Oncor Electric Delivery nor any of Oncor Electric Delivery's subsidiaries will guarantee the notes. |
| Security. . . . . . . . . . . . . . . . . . . . . . . . | None. |
| Optional Redemption. . . . . . . . . . . . . . | The Issuer may redeem any of the notes beginning on November 1, 2011 at the redemption prices set forth in this offering circular. The Issuer may also redeem any of the notes at any time prior to November 1, 2011 at a price equal to 100% of their principal amount, plus accrued interest and a "make-whole" premium. In addition, before November 1, 2010, the Issuer may redeem up to 35% of the notes, using the proceeds from one or more equity offerings at the redemption price set forth in this offering circular. |
| Change of Control Offer . . . . . . . . . . . . | Upon the occurrence of a change of control, holders of the notes will have the right to require the Issuer to repurchase some or all of your notes at 101% of their face amount, plus accrued and unpaid interest to the repurchase date. See "Description of Notes—Repurchase at the Option of Holders—Change of Control." |
| | The Issuer may not be able to pay holders the required price for notes they present to it at the time of a change of control, because: |
| | • the Issuer may not have enough funds at that time; or |

19

Highly Confidential

EFIHMW00250091

PX 006
Page 26 of 382

- the terms of the Issuer's other indebtedness or any of its subsidiaries' indebtedness, including under the TCEH Senior Secured Facilities, may prevent it from making such payment or receiving funds from its subsidiaries in an amount sufficient to fund such payment.

  See "Risk Factors—Risks Relating to Our Indebtedness and the Notes—We may not be able to repurchase the notes upon a change of control."

Important Covenants . . . . . . . . . . . . . .    The indenture governing the notes will contain covenants limiting the Issuer's ability and the ability of its restricted subsidiaries to:

- incur additional debt or issue some types of preferred shares;

- pay dividends on or make other distributions in respect of TCEH's capital stock or make other restricted payments;

- make certain investments;

- sell certain assets;

- create liens on certain assets to secure debt;

- consolidate, merge, sell or otherwise dispose of all or substantially all of our assets;

- enter into certain transactions with our affiliates; and

- designate our subsidiaries as unrestricted subsidiaries.

  These covenants are subject to a number of important limitations and exceptions. See "Description of Notes."

Voting . . . . . . . . . . . . . . . . . . . . . . . . .    The notes will be treated along with certain other senior unsecured debt of the Issuer as a single class for amendments and waivers and for taking certain other actions. See "Description of Notes."

Exchange Offer;
  Registration Rights . . . . . . . . . . . . .    The Issuer and the Guarantors will use commercially reasonable efforts to register with the SEC notes having substantially identical terms as the notes, as part of an offer to exchange freely tradable exchange notes for the notes.

  The Issuer and the Guarantors will use commercially reasonable efforts to file with the SEC a registration statement relating to the exchange offer and to cause the registration statement be declared effective within 360 days after the issue date of the notes. If required under special circumstances, we will file a shelf registration statement with the SEC covering resales of the notes.

  If we fail to satisfy our obligations with respect to the registration of the notes (a "registration default"), the annual

20

EFIHMW00250092

PX 006
Page 27 of 382

interest rate on the notes will increase by 0.25% for the first 90-day period during which a registration default continues, and thereafter the annual interest rate on the notes will increase by 0.50% over the interest rate shown on the cover of this offering circular for the remaining period during which a registration default continues. If we cure all registration defaults, the interest rate on the notes will revert to the original level.

If we must pay additional interest, we will pay it to you in cash on the same dates that we make other interest payments on the notes, until the registration default is corrected. See "Exchange Offer; Registration Rights."

Transfer Restrictions . . . . . . . . . . . . . . .    We have not registered the notes under the Securities Act or any state or other securities laws. The notes are subject to restrictions on transfer and may only be offered or sold in transactions exempt from or not subject to the registration requirements of the Securities Act. We do not intend to list the notes on any securities exchange. See "Notice to Investors."

No Prior Market . . . . . . . . . . . . . . . . . . .    The notes will be new securities for which there is currently no market. Although the initial purchasers have informed us that they intend to make a market in the notes and, if issued, in the exchange notes, they are not obligated to do so, and they may discontinue market making activities at any time without notice. Accordingly, we cannot assure you that a liquid market for the notes (and, if issued, the exchange notes) will develop or be maintained. See "Plan of Distribution." Additionally, certain of the initial purchasers may be restricted in their market-making activities. See "Risk Factors—Risks Relating to Our Indebtedness and the Notes—Your ability to transfer the notes may be limited by the absence of an active trading market, and there is no assurance that any active trading market will develop for the notes."

Listing . . . . . . . . . . . . . . . . . . . . . . . . . . .    We expect that the notes will be eligible for trading in the PORTAL Market.

Use of Proceeds. . . . . . . . . . . . . . . . . . .    We will use the net proceeds from the notes offered hereby, along with cash on hand, to repay a portion of the TCEH Senior Interim Facility. See "Use of Proceeds."

Risk Factors. . . . . . . . . . . . . . . . . . . . . . .    You should consider carefully the information set forth in the section entitled "Risk Factors" beginning on page 27 and all other information contained in this offering circular before deciding to invest in the notes.

Highly Confidential

EFIHMW00250093

PX 006
Page 28 of 382

### Summary Historical and Unaudited Pro Forma Condensed Consolidated Financial and Other Data of Energy Future Competitive Holdings and its Subsidiaries

The following table sets forth our summary historical consolidated financial data and summary unaudited pro forma condensed consolidated financial data as of and for the periods indicated. The historical financial data as of December 31, 2005 and 2006 and for each of the three years ended December 31, 2004, 2005 and 2006 have been derived from our audited historical consolidated financial statements and related notes included elsewhere in this offering circular. The historical financial data as of December 31, 2004 has been derived from our historical consolidated financial statements that are not included herein. The historical financial data as of June 30, 2007 and for the six months ended June 30, 2006 and 2007 have been derived from our unaudited historical interim condensed consolidated financial statements and related notes included elsewhere in this offering circular which have been prepared on a basis consistent with our audited historical consolidated financial statements. In the opinion of our management, such unaudited interim condensed consolidated financial data reflects all adjustments, consisting only of normal and recurring adjustments, necessary for the fair presentation of the results for those periods. The results of operations for the interim periods, for seasonal and other factors, are not necessarily indicative of the results to be expected for the full year or any future period.

The summary unaudited pro forma condensed consolidated financial data as of and for the twelve months ended June 30, 2007 have been prepared to give effect to the Transactions in the manner described under "Energy Future Competitive Holdings Unaudited Pro Forma Condensed Consolidated Financial Statements" and the notes thereto as if the Transactions had occurred on January 1, 2006, in the case of the unaudited pro forma condensed consolidated income statement and related data, and on June 30, 2007, in the case of the unaudited pro forma condensed consolidated balance sheet and related data. The pro forma adjustments are based upon available information and certain assumptions that we believe are reasonable. The summary unaudited pro forma condensed consolidated financial and other data are for informational purposes only and do not purport to represent what our results of operations, balance sheet data or other financial information actually would have been if the Transactions had occurred at any date. In addition, this data does not purport to project the results of operations for any future period.

The summary historical and unaudited pro forma condensed consolidated financial and other data should be read in conjunction with "Energy Future Competitive Holdings Unaudited Pro Forma Condensed Consolidated Financial Statements," "Energy Future Competitive Holdings Selected Historical Consolidated Financial Data," "Energy Future Competitive Holdings Management's Discussion and Analysis of Financial Condition and Results of Operations" and our audited and unaudited consolidated financial statements and related notes appearing elsewhere in this offering circular.

Highly Confidential

EFIHMW00250094

**PX 006
Page 29 of 382**

| | Historical | | | | | Pro Forma Twelve Months Ended June 30, 2007 |
|---|---|---|---|---|---|---|
| | Year Ended December 31, | | | Six Months Ended June 30, | | |
| | 2004 | 2005 | 2006 | 2006 | 2007 | 2007 |
| | (millions of dollars, except ratios and per share amounts) | | | | | |
| **Statement of Income Data:** | | | | | | |
| Operating revenues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 9,201 | $10,660 | $ 9,607 | $ 4,478 | $ 3,414 | $ 8,196 |
| Income (loss) from continuing operations before extraordinary gain (loss) and cumulative effect of changes in accounting principles . . . . . . . . . . . . . . . . . . . . . | 672 | 1,816 | 2,536 | 1,115 | 510 | (126) |
| Income (loss) from discontinued operations, net of tax effect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (34) | (8) | — | — | — | |
| Extraordinary gain (loss), net of tax effect . . . . . . . . . . . . . | 16 | (50) | — | — | — | |
| Cumulative effect of changes in accounting principles, net of tax effect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | (8) | — | — | — | |
| Preference stock dividends . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 3 | — | — | — | |
| Net income (loss) available for common stock . . . . . . . . . . | 658 | 1,747 | 2,536 | 1,115 | 510 | |
| Ratio of earnings to fixed charges(a) . . . . . . . . . . . . . . . . . . . | 2.47x | 5.04x | 11.05x | 10.09x | 4.14x | |
| Ratio of earnings to fixed charges and preferred dividends(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2.45x | 5.01x | 11.05x | 10.09x | 4.14x | |
| Pro forma ratio of earnings to fixed charges(a)(b) . . . . . . . . . | N/A | N/A | 1.61x | 1.46x | — | 1.22x |
| **Balance Sheet Data (at period end):** | | | | | | |
| Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $23,963 | $18,451 | $19,660 | | $20,643 | $48,555 |
| Property, plant & equipment—net . . . . . . . . . . . . . . . . . . . . | 16,529 | 9,994 | 9,924 | | 10,168 | 18,507 |
| Total intangible assets and goodwill . . . . . . . . . . . . . . . . . . | 695 | 522 | 527 | | 536 | 24,575 |
| Total debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8,510 | 4,444 | 4,084 | | 6,304 | 28,844 |
| Total stockholders' equity . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,373 | 5,640 | 7,867 | | 7,533 | 7,929 |
| **Statement of Cash Flows Data:** | | | | | | |
| Cash flows provided by (used in) operating activities from continuing operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1,838 | $ 2,580 | $ 4,754 | $ 2,125 | $ (632) | |
| Cash flows (used in) investing activities from continuing operations(d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1,776) | (2,572) | (3,494) | (2,463) | (601) | |
| Cash flows provided by (used in) financing activities from continuing operations(d) . . . . . . . . . . . . . . . . . . . . . . . . . . . | (772) | (61) | (1,265) | 331 | 1,630 | |
| **Other Financial Data:** | | | | | | |
| **Energy Future Competitive Holdings** | | | | | | |
| Capital expenditures, including nuclear fuel . . . . . . . . . . . . | $ 881 | $ 1,042 | $ 388 | $ 218 | $ 381 | |
| EBITDA(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,276 | 4,007 | 4,528 | 2,074 | 1,068 | $ 2,960 |
| Adjusted EBITDA(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,051 | 4,126 | 4,436 | 2,077 | 1,702 | 4,061 |
| Ratio of Adjusted EBITDA to total interest expense(c)(d) . . | 5.1x | 6.7x | 13.2x | 12.4x | 8.6x | 1.6x |
| Ratio of Adjusted EBITDA to cash interest expense(c). . . . . | 5.2x | 7.2x | 13.2x | 12.1x | 9.4x | 1.6x |
| Ratio of net debt to Adjusted EBITDA(c)(e) . . . . . . . . . . . . . . | 2.6x | 1.1x | 0.9x | 2.4x | 3.5x | 6.8x |
| **TCEH** | | | | | | |
| TCEH EBITDA(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1,243 | $ 2,807 | $ 4,429 | $ 2,024 | $ 1,010 | $ 2,845 |
| Adjusted TCEH EBITDA(c) . . . . . . . . . . . . . . . . . . . . . . . . . | 1,982 | 2,888 | 4,387 | 2,051 | 1,671 | 3,999 |
| Ratio of Adjusted TCEH EBITDA to total interest expense(c)(d). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5.6x | 7.3x | 11.4x | 10.2x | 8.8x | 1.5x |
| Ratio of Adjusted TCEH EBITDA to cash interest expense(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5.8x | 8.1x | 11.9x | 10.5x | 9.6x | 1.6x |
| Ratio of net debt to Adjusted TCEH EBITDA(c)(e). . . . . . . . . | 1.7x | 1.5x | 0.9x | 2.4x | 3.4x | 6.8x |

23

EFIHMW00250095

| | Year Ended December 31, | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2006 | 2007 |
| **Operating data (at period end):** | | | | | |
| Total power generation capacity (in MW)(e) .......................... | 18,353 | 18,365 | 18,190 | 18,365 | 18,365 |
| Nuclear power generation capacity (in MW) ........................... | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 |
| Lignite/Coal-fired generation capacity (in MW) ....................... | 5,825 | 5,837 | 5,837 | 5,837 | 5,837 |
| Total baseload capacity (in MW)...................................... | 8,125 | 8,137 | 8,137 | 8,137 | 8,137 |
| Available baseload capacity (in MW)................................... | 7,192 | 7,345 | 7,474 | 7,398 | 7,332 |
| Baseload capacity by plant (in MW): | | | | | |
|     Comanche Peak .............................................. | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 |
|     Monticello ..................................................... | 1,880 | 1,880 | 1,880 | 1,880 | 1,880 |
|     Martin Lake ................................................... | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 |
|     Big Brown .................................................... | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 |
|     Sandow 4 .................................................... | 545 | 557 | 557 | 557 | 557 |
| Available baseload capacity by plant (in MW): | | | | | |
|     Comanche Peak .............................................. | 2,169 | 2,105 | 2,272 | 2,355 | 1,973 |
|     Monticello ..................................................... | 1,600 | 1,690 | 1,708 | 1,574 | 1,839 |
|     Martin Lake ................................................... | 1,962 | 2,083 | 2,034 | 1,984 | 2,083 |
|     Big Brown .................................................... | 945 | 976 | 1,017 | 990 | 1,045 |
|     Sandow 4 .................................................... | 516 | 491 | 443 | 495 | 392 |
| Average power price ($ per MW)(f) .................................... | $ 39.03 | $ 53.97 | $ 61.70 | $ 54.64 | $ 60.84 |

(a)   For purposes of computing the ratio of earnings to fixed charges and ratio of earnings to combined fixed charges and preference dividends, (1) earnings consist of net income plus income taxes plus fixed charges less capitalized expenses related to indebtedness and (2) fixed charges consists of interest expense and capitalized expenses related to indebtedness. For purposes of computing the ratio of earnings to combined fixed charges and preference dividends, preference share dividends are included in fixed charges.

(b)   For purposes of computing the pro forma ratio of earnings to fixed charges, the historical calculations were adjusted for the estimated increase in interest expense as contemplated by the Transactions. On a pro forma basis for the six months ended June 30, 2007, fixed charges would have exceeded earnings by $418 million.

(c)   EBITDA, a measure used by management to evaluate operating performance, is defined as net income plus (i) provision for income taxes, (ii) interest expense and (iii) depreciation and amortization. EBITDA is not a recognized term under GAAP and does not purport to be an alternative to net income as a measure of operating performance or to cash flows from operating activities as a measure of liquidity or any other measure of financial performance presented in accordance with GAAP. Additionally, EBITDA is not intended to be a measure of free cash flow available for management's discretionary use, as it does not consider certain cash requirements such as interest payments, tax payments and other debt service requirements. Management believes EBITDA is helpful in highlighting trends because EBITDA excludes the results of decisions that are outside the control of operating management and that can differ significantly from company to company depending on long-term strategic decisions regarding capital structure, the tax jurisdictions in which companies operate and capital investments. In addition, EBITDA provides more comparability between our historical results and results that reflect the new capital structure. Management compensates for the limitations of using non-GAAP financial measures by using them to supplement GAAP results to provide a more complete understanding of the factors and trends affecting the business than GAAP results alone. Because not all companies use identical calculations, our presentation of EBITDA may not be comparable to similarly titled measures of other companies.

Adjusted EBITDA is defined as EBITDA adjusted to exclude noncash items, unusual items and other adjustments permitted in calculating covenant compliance under the indenture governing the notes offered hereby and under the TCEH Senior Secured Facilities. We believe that the inclusion of supplementary adjustments to EBITDA applied in presenting Adjusted EBITDA are appropriate to provide additional information to investors about how the covenants in the indenture will operate and about certain noncash items, unusual items that we do not expect to continue at the same level in the future and other items. Such supplementary adjustments to EBITDA may not be in accordance with current SEC practice or with regulations adopted by the SEC that apply to registration statements filed under the Securities Act and periodic reports under the Exchange Act. Accordingly, the SEC may require that Adjusted EBITDA be presented differently in filings made with the SEC than as presented in this offering circular, or not be presented at all.

Highly Confidential

EFIHMW00250096

**PX 006**
**Page 31 of 382**

Set forth below is a reconciliation of Energy Future Competitive Holdings' net income to Energy Future Competitive Holdings' EBITDA and Energy Future Competitive Holdings' Adjusted EBITDA:

| | Historical | | | | | Pro Forma Twelve Months Ended June 30, 2007 |
|---|---|---|---|---|---|---|
| | Year Ended December 31, | | | Six Months Ended June 30, | | |
| | 2004 | 2005 | 2006 | 2006 | 2007 | |
| | (Dollars in millions) | | | | | |
| Net income | $ 660 | $1,750 | $2,536 | $1,115 | $ 510 | $ (126) |
| Provision for income taxes | 282 | 882 | 1,323 | 622 | 199 | (207) |
| Interest expense | 595 | 616 | 335 | 167 | 198 | 2,620 |
| Depreciation and amortization | 739 | 759 | 334 | 170 | 161 | 673 |
| EBITDA | $2,276 | $4,007 | $4,528 | $2,074 | $1,068 | $2,960 |
| **Adjustments to EBITDA:** | | | | | | |
| Amortization of nuclear fuel | 64 | 60 | 65 | 31 | 30 | 135 |
| Interest income | (38) | (95) | (252) | (100) | (189) | (341) |
| Purchase accounting adjustments | — | — | — | — | — | 61 |
| Impairment of assets and inventory write down | 196 | 11 | 201 | 201 | — | — |
| Unrealized net (gain) or loss resulting from Hedging Obligations | 109 | 18 | (330) | (148) | 750 | 939 |
| One-time customer appreciation bonus | — | — | 165 | — | — | 165 |
| Amount of loss on sales of receivables and related assets in connection with the Receivables Facility | 17 | 27 | 38 | 17 | 18 | 39 |
| Income from discontinued operations, net of tax | 34 | 8 | — | — | — | — |
| Extraordinary (gain) or loss, net of tax | (16) | 50 | — | — | — | — |
| Cumulative effect of changes in accounting principles, net of tax | (6) | 8 | — | — | — | — |
| Non-cash compensation expenses (FAS 123R) | 33 | 19 | 9 | 4 | 4 | 9 |
| Severance expenses(1) | 127 | — | 15 | 7 | — | 8 |
| Loss on early extinguishment of debt and energy services contract | — | (4) | — | — | — | — |
| Transition and business optimization costs(2) | 14 | 21 | — | — | 12 | 12 |
| Shareholder litigation | — | — | — | — | — | — |
| Transaction and Merger expenses(3) | — | — | — | — | — | 59 |
| Restructuring & other(4) | 235 | (10) | (7) | (12) | 5 | 10 |
| Expenses incurred to upgrade and expand the generation units(5) | 6 | 6 | 4 | 3 | 4 | 5 |
| Adjusted EBITDA | $3,051 | $4,126 | $4,436 | $2,077 | $1,702 | $4,061 |

(1)  Severance includes amounts incurred related to outsourcing, restructuring and other amounts deemed to be in excess of normal recurring amounts.

(2)  Transition and business optimization costs include amounts related to outsourcing initiatives and system implementations.

(3)  Transaction and merger expenses include costs incurred related to abandoned strategic transactions, new growth initiatives and merger expenses.

(4)  Restructuring and other include non-recurring items related to restructuring initiatives and other non-recurring items.

(5)  Expenses incurred to upgrade or expand a facility does not include costs incurred to purchase replacement power that should be included under the definition as we did not historically track these costs.

25

Highly Confidential

Set forth below is a reconciliation of TCEH net income to TCEH EBITDA and TCEH Adjusted EBITDA:

| | Historical | | | | | Pro forma Twelve Months Ended June 30, 2007 |
|---|---|---|---|---|---|---|
| | Year Ended December 31, | | | Six Months Ended June 30, | | |
| | 2004 | 2005 | 2006 | 2006 | 2007 | |
| | | | (Dollars in millions) | | | |
| Net income | $ 378 | $1,414 | $2,435 | $1,063 | $ 480 | $ (209) |
| Provision for income taxes | 162 | 687 | 1,277 | 590 | 180 | (243) |
| Interest expense | 353 | 393 | 384 | 202 | 190 | 2,625 |
| Depreciation and amortization | 350 | 313 | 333 | 169 | 160 | 672 |
| TCEH EBITDA | $1,243 | $2,807 | $4,429 | $2,024 | $1,010 | $2,845 |
| **Adjustment to TCEH EBITDA:** | | | | | | |
| Interest income | (31) | (70) | (202) | (76) | (162) | (288) |
| Amortization of nuclear fuel | 64 | 60 | 65 | 31 | 30 | 135 |
| Purchase accounting adjustments | — | — | — | — | — | 61 |
| Impairment of assets and inventory write down | 192 | 11 | 199 | 201 | — | — |
| Unrealized net (gain) or loss resulting from Hedging Obligations | 109 | 18 | (330) | (148) | 750 | 939 |
| Customer appreciation one-time bonus | — | — | 165 | — | — | 165 |
| Amount of loss on sales of receivables and related assets in connection with the Receivables Facility | 19 | 24 | 38 | 17 | 18 | 39 |
| Income from discontinued operations, net of tax | 34 | 8 | — | — | — | — |
| Extraordinary (gain) or loss, net of tax | — | — | — | — | — | — |
| Cumulative effect of changes in accounting principles, net of tax | (4) | 8 | — | — | — | — |
| Non-cash compensation expenses (FAS 123R) | 25 | 12 | 9 | 4 | 4 | 9 |
| Severance expenses(1) | 107 | — | 15 | 7 | — | 8 |
| Loss on early extinguishment of debt and energy services contract | (4) | (4) | — | — | — | — |
| Transition and business optimization Costs(2) | 10 | 18 | — | — | 12 | 12 |
| Transaction and Merger expenses(3) | — | — | — | — | — | 59 |
| Restructuring & other(4) | 212 | (10) | (7) | (12) | 5 | 10 |
| Expenses incurred to upgrade or expand the generation units(5) | 6 | 6 | 4 | 3 | 4 | 5 |
| Adjusted TCEH EBITDA | $1,982 | $2,888 | $4,385 | $2,051 | $1,671 | $3,999 |

(1)   Severance includes amounts incurred related to outsourcing, restructuring and other amounts deemed to be in excess of normal recurring amounts.

(2)   Transition and business optimization costs include amounts related to outsourcing initiatives and system implementations.

(3)   Transaction and merger expenses include costs incurred related to abandoned strategic transactions, new growth initiatives and merger expenses.

(4)   Restructuring and other include non-recurring items related to restructuring initiatives and other non-recurring items.

(5)   Expenses incurred to upgrade or expand a facility does not include costs incurred to purchase replacement power that should be included under the definition as we did not historically track these costs.

(d)   Total interest expense includes cash interest plus amounts related to the amortization of discounts and premiums and amortization of deferred financing costs.

(e)   Net debt is debt less cash and cash equivalents.

(f)   Includes 585MW representing nine combustion turbine units currently operated for an unaffiliated third party's benefit.

(g)   Represents Luminant Energy's average wholesale sales price.

26

EFIHMW00250098

## RISK FACTORS

*You should carefully consider the risk factors set forth below as well as the other information contained in this offering circular before purchasing the notes. This offering circular contains forward-looking statements that involve risks and uncertainties. Any of the following risks could materially and adversely affect our business, prospects, financial condition or results of operations. Additional risks and uncertainties not currently known to us or those we currently view to be immaterial may also materially and adversely affect our business, prospects, financial condition or results of operations. In such a case, you may lose all or part of your investment in the notes.*

### Risks Relating to Our Indebtedness and the Notes

**Our substantial leverage could adversely affect our ability to raise additional capital to fund our operations, limit our ability to react to changes in the economy or our industry, expose us to interest rate risk to the extent of our variable rate debt and prevent us from meeting our obligations under the notes.**

As a result of the consummation of the Transactions, we are highly leveraged. The following chart shows our and our subsidiaries' level of indebtedness on a pro forma basis as of June 30, 2007 after giving effect to the Transactions and this offering.

| | Pro Forma as of June 30, 2007 |
|---|---|
| | **(millions of dollars)** |
| Indebtedness of Energy Future Competitive Holdings and its subsidiaries: | |
| TCEH Senior Secured Facilities(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $19,287 |
| TCEH Senior Interim Facility(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,750 |
| Notes offered hereby(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,000 |
| Other secured indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 290 |
| Other unsecured indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,554 |
| Total indebtedness(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $27,881 |

_____

(1)  Includes the TCEH Initial Term Loan Facility, the TCEH Delayed Draw Term Loan Facility, the TCEH Letter of Credit Facility, the TCEH Revolving Facility and the TCEH Commodity Collateral Posting Facility. As a result of the consummation of the Transactions, on a pro forma basis as of June 30, 2007, excluding estimated discounts related to purchase accounting adjustments and $1.25 billion related to the TCEH Letter of Credit Facility, approximately $19.3 billion was drawn under the TCEH Senior Secured Facilities and approximately $5.9 billion (excluding amounts available under the TCEH Commodity Collateral Posting Facility and outstanding letters of credit) is available for additional borrowings by TCEH under the TCEH Senior Secured Facilities. See "Description of Other Indebtedness—TCEH Senior Secured Facilities." The amount reflected as drawn includes $687 million which would have been borrowed on a pro forma basis on June 30, 2007 under the TCEH Commodity Collateral Posting Facility, of which $378 million was actually drawn at the closing of the Merger.

(2)  Proceeds from this offering, along with cash on hand, will be used to repay a portion of the amounts outstanding under the $6,750 million TCEH Senior Interim Facility.

(3)  Excludes the $4.5 billion guarantee by Energy Future Competitive Holdings of the EFH Corp. Notes issued in the concurrent offering.

We and our subsidiaries may be able to incur substantial additional indebtedness in the future, subject to the restrictions contained in the TCEH Senior Secured Facilities, the TCEH Senior Interim Facility, the indenture governing the EFH Corp. Notes and the indenture governing the notes offered hereby. If new indebtedness is added to our current debt levels, the related risks that we now face could intensify.

Our consolidated pro forma interest expense and related charges for the twelve months ended June 30, 2007 would have been $2,620 million compared to our historical interest expense of $335

27

EFIHMW00250099

million for the year ended December 31, 2006. At June 30, 2007, on a pro forma basis, we would have had $19.3 billion of debt outstanding (excluding discounts related to purchase accounting adjustments and $1.25 billion related to the TCEH Letter of Credit Facility) under the TCEH Senior Secured Facilities, $18.6 billion of which would be floating rate indebtedness. A 1% increase in the interest rates for borrowings thereunder would increase our annual interest expense by approximately $186 million. Any additional borrowings we make under the TCEH Senior Secured Facilities, as described above, will also be subject to floating interest rates.

Our substantial leverage could have important consequences for you, including:

- making it more difficult for the Issuer to make payments on the notes and for us to make payments under the guarantees and our other indebtedness;

- requiring a substantial portion of cash flow from operations to be dedicated to the payment of principal and interest on our indebtedness, therefore reducing our ability to use our cash flow to fund our operations, capital expenditures and future business opportunities;

- increasing our vulnerability to general economic and industry conditions;

- exposing us to the risk of increased interest rates because certain of our borrowings, including borrowings under the TCEH Senior Secured Facilities, will be at variable rates of interest;

- limiting our ability to make strategic acquisitions or causing us to make non-strategic divestitures;

- limiting our ability to obtain additional financing for working capital, capital expenditures, product development, debt service requirements, acquisitions and general corporate or other purposes; and

- limiting our ability to adjust to changing market conditions and placing us at a competitive disadvantage compared to our competitors who are less highly leveraged.

**Our debt agreements contain restrictions that limit the Issuer's flexibility in operating its business.**

The TCEH Senior Secured Facilities, the TCEH Senior Interim Facility, the indenture governing the notes offered hereby and the indenture governing the EFH Corp. Notes offered in the concurrent offering contain various covenants and other restrictions that limit the Issuer's ability and/or the ability of our restricted subsidiaries to engage in specified types of transactions. These covenants and other restrictions limit the Issuer's ability and/or the ability of its restricted subsidiaries to, among other things:

- incur additional indebtedness or issue preferred shares;

- pay dividends on, repurchase or make distributions in respect of capital stock or make other restricted payments;

- make investments;

- sell or transfer assets;

- create liens;

- consolidate, merge, sell or otherwise dispose of all or substantially all of our assets; and

- enter into transactions with our affiliates.

There are a number of important limitations and exceptions to these covenants and other restrictions. You should read "Description of Notes" and "Description of Other Indebtedness" for a detailed description of these covenants and other restrictions.

Under the TCEH Senior Secured Facilities, TCEH will be required to maintain a specified leverage ratio. TCEH's ability to meet any such ratio can be affected by events beyond its control,

28

EFIHMW00250100

and we cannot assure you that it will meet such ratio. A breach of any such covenant could result in a default under the TCEH Senior Secured Facilities, under the notes issued in this offering and other debt. Upon the occurrence of an event of default under the TCEH Senior Secured Facilities, the lenders could elect to declare all amounts outstanding under the TCEH Senior Secured Facilities to be immediately due and payable and terminate all commitments to extend further credit. If TCEH were unable to repay those amounts, the lenders under the TCEH Senior Secured Facilities could proceed against the collateral granted to them to secure such indebtedness. TCEH has pledged substantially all of its tangible and intangible assets as collateral under the TCEH Senior Secured Facilities. If the lenders under the TCEH Senior Secured Facilities accelerated the repayment of borrowings, we cannot assure you that TCEH would have sufficient assets to repay the TCEH Senior Secured Facilities, the notes offered hereby, the TCEH Senior Interim Facility and its other existing debt.

**Our subsidiaries may not be able to generate sufficient cash to service all of our and their indebtedness, including the notes, and may be forced to take other actions to satisfy our and their obligations under our and their indebtedness, which may not be successful.**

Our ability to make scheduled payments on or to refinance our debt obligations depends on our financial condition and the operating performance of our subsidiaries, which is subject to prevailing economic and competitive conditions and to certain financial, business and other factors beyond our control. We cannot assure you that our subsidiaries will maintain a level of cash flows from operating activities sufficient to permit us and them to pay the principal, premium, if any, and interest on our indebtedness, including the notes.

If our and our subsidiaries' cash flows and capital resources are insufficient to fund our debt service obligations and those of our subsidiaries, we or they may be forced to reduce or delay investments and capital expenditures, or to sell assets, seek additional capital or restructure or refinance our indebtedness, including the notes. These alternative measures may not be successful and may not permit us to meet our scheduled debt service obligations. If our operating results and available cash are insufficient to meet our and their debt service obligations, we and they could face substantial liquidity problems and might be required to dispose of material assets or operations to meet our debt service and other obligations. A significant portion of the assets of TCEH consists of goodwill, the value of which will depend upon a variety of factors. We and they may not be able to consummate those dispositions or obtain the proceeds that we could realize from them, and any proceeds received may not be adequate to meet any debt service obligations then due. Additionally, the TCEH Senior Secured Facilities, the TCEH Senior Interim Facility and the indenture governing the notes offered hereby will limit the use of the proceeds from any disposition. As a result, we may not be allowed, under the terms of these documents, to use proceeds from such dispositions to satisfy all current debt service obligations.

**EFH Corp., our parent, is highly leveraged and will rely upon TCEH for a significant amount of its cash flows.**

EFH Corp. is a holding company and substantially all of its consolidated assets are held by its subsidiaries. As a result of the consummation of the Transactions, EFH Corp. is highly leveraged and its liquidity requirements will be significant, primarily due to debt service requirements and financing costs incurred in connection with the Transactions. To meet these debt service requirements, EFH Corp. will rely on loans and dividends from its subsidiaries, including TCEH, which, together with its subsidiaries, represented 88% and 81% of EFH Corp.'s consolidated revenues for the year ended December 31, 2006 and the six-month period ended June 30, 2007, respectively.

**As a result of the ring-fencing measures undertaken by Oncor Electric Delivery, EFH Corp. will depend on distributions from the Issuer.**

Upon the consummation of the Merger, Texas Holdings and Oncor Electric Delivery, which is a subsidiary of EFH Corp. but not a subsidiary of ours, implemented certain structural and operational

29

EFIHMW00250101

**PX 006**
**Page 36 of 382**

measures based on principles articulated by rating agencies and commitments made by Texas Holdings and Oncor Electric Delivery to the PUCT and the FERC that are intended to further separate Oncor Electric Delivery from Texas Holdings and its other subsidiaries in order to mitigate Oncor Electric Delivery's credit exposure to those entities and to reduce the risk that the assets and liabilities of Oncor Electric Delivery would be substantively consolidated with the assets and liabilities of Texas Holdings or any of its other subsidiaries in the event of a bankruptcy of one or more of those entities. See "The Transactions—Ring-Fencing" for a description of the material terms of the ring-fencing measures.

Neither holders of the notes offered hereby nor EFH Corp. noteholders will be entitled to look to the assets, financial condition or results of operations of Oncor Electric Delivery for payments of interest or principal on the notes.

As part of the ring-fencing measures undertaken by Oncor Electric Delivery, a majority of the members of the board of directors of Oncor Electric Delivery will be independent from EFH Corp. The independent directors will be appointed by the nominating committee of Oncor Electric Delivery Holdings, and a majority of the members of Oncor Electric Delivery Holdings' nominating committee will be members of Oncor Electric Delivery Holdings' board of directors who are independent from EFH Corp. The organizational documents of Oncor Electric Delivery give these independent directors the express right, acting by majority vote, to prevent distributions to EFH Corp., if the directors determine that it is in the best interests of Oncor Electric Delivery to retain such amounts to meet expected future requirements. Accordingly, there can be no assurance that Oncor will make any distributions to EFH Corp. which might in turn be contributed to us, and EFH Corp. will therefore rely on distributions from TCEH for a significant amount of its liquidity.

**We are a holding company, and our obligations are structurally subordinated to existing and future liabilities and preferred stock of our subsidiaries.**

We are a holding company. Substantially all of our consolidated assets are held by subsidiaries. Accordingly, our cash flows and ability to meet our obligations are largely dependent upon the earnings of our subsidiaries and the payment of such earnings to us in the form of dividends, distributions, loans or otherwise, and repayment of loans or advances from us. These subsidiaries are separate and distinct legal entities and have no obligation to provide us with funds for our payment obligations, whether by dividends, distributions, loans or otherwise.

Because we are a holding company, our obligations to our creditors are structurally subordinated to all existing and future liabilities and existing and future preferred stock of our subsidiaries. Therefore, our rights and the rights of our creditors to participate in the assets of any subsidiary in the event that such a subsidiary is liquidated or reorganized are subject to the prior claims of such subsidiary's creditors, including the lenders under the TCEH Senior Secured Facility and the TCEH Senior Interim Facility, and holders of its preferred stock. To the extent that we may be a creditor with recognized claims against any such subsidiary, our claims would still be subject to the prior claims of such subsidiary's creditors to the extent that they are secured or senior to those held by us. Subject to restrictions contained in financing arrangements, our subsidiaries may incur additional indebtedness and other liabilities.

**If we or any of our subsidiaries defaults on obligations to pay indebtedness, we may not be able to make payments on the notes.**

Any default under the agreements governing our indebtedness or the indebtedness of our subsidiaries, including a default under the TCEH Senior Secured Facilities and the TCEH Senior Interim Facility, that is not waived by the required lenders, and the remedies sought by the holders of

30

EFIHMW00250102

such indebtedness, could prevent us from paying principal, premium, if any, and interest on the notes and substantially decrease the market value of the notes. If our subsidiaries are unable to generate sufficient cash flows and we are otherwise unable to obtain funds necessary to meet required payments of principal, premium, if any, and interest on our and their indebtedness, or if we or they otherwise fail to comply with the various covenants, including financial and operating covenants, in the instruments governing our and their indebtedness (including covenants in the TCEH Senior Secured Facilities, the TCEH Senior Interim Facility, the indenture governing the notes offered hereby and the terms of our other indebtedness) we or they could be in default under the terms of the agreements governing such indebtedness. In the event of such default, the holders of such indebtedness could elect to declare all the funds borrowed thereunder to be due and payable, together with accrued and unpaid interest, the lenders under the TCEH Senior Secured Facilities or the TCEH Senior Interim Facility could elect to terminate their commitments thereunder, cease making further loans and, in the case of the lenders under the TCEH Senior Secured Facilities, institute foreclosure proceedings against the pledged assets, and we or they could be forced into bankruptcy or liquidation. If the operating performance of our subsidiaries declines, we or certain of our subsidiaries including TCEH, may in the future need to obtain waivers from the required lenders under the TCEH Senior Secured Facilities or the TCEH Senior Interim Facility to avoid being in default. If our subsidiaries breach the covenants under the TCEH Senior Secured Facilities or the TCEH Senior Interim Facility and seek a waiver, they may not be able to obtain a waiver from the required lenders. If this occurs, they would be in default under the instrument governing that indebtedness, the lenders could exercise their rights, as described above, and they could be forced into bankruptcy or liquidation.

**The voting interest of the holders of the notes will be diluted.**

The notes offered hereby will be treated, along with certain other senior unsecured debt of the Issuer as a single class for amendments and waivers affecting all such debt and for actions requiring the consent of holders of the notes and such other senior unsecured debt, such as declaring certain defaults under the indenture governing the notes offered hereby or accelerating the amounts due under the notes. Consequently, certain actions, including amendments and waivers, which will affect the holders of the notes, may be accomplished whether or not the holders of the notes consent to such action. In addition, consents by holders of the notes may not be sufficient by themselves to take certain actions. As a result, the individual voting interest of the holders of the notes will be accordingly diluted. Holders of the other senior unsecured debt of the Issuer that is treated as a single class with the notes (which may include the initial purchasers) may have interests that differ from the holders of the notes. Affiliates of the initial purchasers may hold a majority of the debt that will vote and take actions with the notes.

**We may not be able to repurchase the notes upon a change of control.**

Upon the occurrence of specific kinds of change of control events, we will be required to offer to repurchase all outstanding notes at 101% of their principal amount plus accrued and unpaid interest. The source of funds for any such purchase of the notes will be our available cash or cash generated from our subsidiaries' operations or other sources, including borrowings, sales of assets or sales of equity. We may not be able to repurchase the notes upon a change of control because we may not have sufficient financial resources to purchase all of the notes that are tendered upon a change of control. Further, we will be restricted under the terms of the TCEH Senior Secured Facilities and the TCEH Senior Interim Facility from repurchasing all of the notes tendered by holders upon a change of control. Accordingly, we may not be able to satisfy our obligations to purchase the notes unless we are able to refinance or obtain waivers under the instruments governing that indebtedness. Our failure to repurchase the notes upon a change of control would cause a default under the indenture and a cross-default under the instruments governing the TCEH Senior Secured Facilities, the TCEH Senior Interim Facility, the EFH Corp. Notes and the terms of our other indebtedness. The instruments governing the

Highly Confidential

EFIHMW00250103

TCEH Senior Secured Facilities also provide that a change of control will be a default that permits the lenders thereunder to accelerate the maturity of borrowings thereunder. Any of our future debt agreements may contain similar provisions.

**There are restrictions on your ability to transfer or resell the notes without registration under applicable securities laws.**

The notes are being offered and sold pursuant to an exemption from registration under U.S. and applicable state securities laws. Therefore, you may transfer or resell the notes in the United States only in a transaction registered under or exempt from the registration requirements of the U.S. and applicable state securities laws, and you may be required to bear the risk of your investment for an indefinite period of time. The Issuer is obligated to use its reasonable best efforts to commence an offer to exchange the notes for equivalent notes registered under U.S. securities laws or, in certain circumstances, register the reoffer and resale of the notes under U.S. securities laws. See "Exchange Offer; Registration Rights" and "Notice to Investors."

**Despite current indebtedness levels, we and our subsidiaries may still be able to incur substantially more indebtedness. This could further exacerbate the risks associated with our substantial financial leverage.**

We and our subsidiaries may be able to incur substantial additional indebtedness in the future because the terms of the indenture governing the notes offered hereby, the TCEH Senior Interim Facility and the TCEH Senior Secured Facilities do not prohibit us or our subsidiaries from doing so. Subject to covenant compliance and other conditions, the TCEH Senior Secured Facilities (excluding additional available borrowings of approximately $5.9 billion under the TCEH Delayed Draw Term Loan Facility, the TCEH Letter of Credit Facility and the TCEH Revolving Facility (excluding outstanding letters of credit) and additional available borrowings under the TCEH Commodity Collateral Posting Facility) and the TCEH Senior Interim Facility would permit additional borrowing, including incremental borrowings of up to $2.0 billion under the TCEH Senior Secured Facilities. Any of those additional borrowings would be effectively senior to the notes and any future subsidiary guarantees. If new indebtedness is added to our and our subsidiaries' current indebtedness levels, the related risks that we and they now face could intensify. See "Description of Other Indebtedness."

**Your right to receive payments on the notes and the guarantees is effectively subordinated to those lenders who have a security interest in our and our subsidiary guarantors' assets.**

TCEH's obligations under the notes and the Guarantors' obligations under their guarantees of the notes are unsecured, but TCEH's obligations under the TCEH Senior Secured Facilities and the Guarantors' obligations under their guarantee of the TCEH Senior Secured Facilities are secured by a security interest in substantially all of our tangible and intangible assets and all of our capital stock and promissory notes and the capital stock of each of our existing and future domestic subsidiaries and 65% of the capital stock of the foreign subsidiaries of the Guarantors. If TCEH is declared bankrupt or insolvent, or if TCEH defaults under the TCEH Senior Secured Facilities, the lenders could declare all of the funds borrowed thereunder, together with accrued interest, immediately due and payable. If TCEH were unable to repay such indebtedness, the lenders could foreclose on the pledged assets described above to the exclusion of holders of the notes, even if an event of default exists under the indenture governing the notes offered hereby at such time. Furthermore, if the lenders foreclose on the pledged assets and sell the pledged equity interests of a Guarantor under the notes, then a Guarantor will be released from its guarantee of the notes automatically and immediately upon such sale. In any such event, because the notes will not be secured by any of our assets or the equity interests in a guarantor, it is possible that there would be no assets remaining from which your claims could be satisfied or, if any assets remained, they might be insufficient to satisfy your claims fully. See "Description of Other Indebtedness—TCEH Senior Secured Facilities."

32

EFIHMW00250104

**PX 006
Page 39 of 382**

As of June 30, 2007, on a pro forma basis after giving effect to the Transactions, we would have had $19.6 billion of secured indebtedness (excluding estimated discounts related to purchase accounting adjustments and $1.25 billion related to the TCEH Letter of Credit Facility), $19.3 billion of which would have been indebtedness under the TCEH Senior Secured Facilities, and TCEH would have had approximately $5.9 billion of available borrowing capacity under the TCEH Senior Secured Facilities (excluding amounts available under the TCEH Commodity Collateral Posting Facility and outstanding letters of credit).

**Federal and state statutes allow courts, under specific circumstances, to void guarantees, subordinate claims in respect of guarantees and require note holders to return payments received from the guarantors.**

The notes will be guaranteed on a senior subordinated basis by Energy Future Competitive Holdings and all current and future U.S. subsidiaries that are obligors under any of our indebtedness, including the TCEH Senior Secured Facilities, or any indebtedness of our subsidiary guarantors. The issuance of the guarantees by the guarantors may be subject to review under state and federal laws if a bankruptcy, liquidation or reorganization case or a lawsuit, including in circumstances in which bankruptcy is not involved, were commenced at some future date by, or on behalf of, our unpaid creditors or the unpaid creditors of a guarantor. Under the federal bankruptcy laws and comparable provisions of state fraudulent transfer laws, a court may void or otherwise decline to enforce a guarantor's guarantee, or subordinate such guarantee to such guarantor's existing and future indebtedness. While the relevant laws may vary from state to state, a court might do so if it found that when a guarantor entered into its guarantee or, in some states, when payments became due under such guarantee, such guarantor received less than reasonably equivalent value or fair consideration and either:

- was insolvent or rendered insolvent by reason of such incurrence;

- was engaged in a business or transaction for which the guarantor's remaining assets constituted unreasonably small capital; or

- intended to incur, or believed that it would incur, debts beyond its ability to pay such debts as they mature.

The court might also void a guarantee, without regard to the above factors, if the court found that a guarantor entered into its guarantee with actual intent to hinder, delay or defraud its creditors. In addition, any payment by a guarantor pursuant to its guarantee could be voided and required to be returned to such guarantor or to a fund for the benefit of such guarantor's creditors. A court would likely find that a guarantor did not receive reasonably equivalent value or fair consideration for such guarantee if such guarantor did not substantially benefit directly or indirectly from the issuance of the notes. If a court were to void a guarantee, you would no longer have a claim against the guarantor. Sufficient funds to repay the notes may not be available from other sources. In addition, the court might direct you to repay any amounts that you already received from a guarantor. The measures of insolvency for purposes of these fraudulent transfer laws will vary depending upon the law applied in any proceeding to determine whether a fraudulent transfer has occurred. Generally, however, a guarantor would be considered insolvent if:

- the sum of its debts, including contingent liabilities, was greater than the fair saleable value of all of its assets;

- if the present fair saleable value of its assets was less than the amount that would be required to pay its probable liability on its existing debts, including contingent liabilities, as they become absolute and mature; or

- it could not pay its debts as they become due.

33

EFIHMW00250105

To the extent a court voids any of the guarantees as fraudulent transfers or holds any of the guarantees unenforceable for any other reason, holders of notes would cease to have any direct claim against the applicable guarantor. If a court were to take this action, a guarantor's assets would be applied first to satisfy such guarantor's liabilities, if any, before any portion of its assets could be applied to the payment of the notes. Each guarantee will contain a provision intended to limit a guarantor's liability to the maximum amount that it could incur without causing the incurrence of obligations under its guarantee to be a fraudulent transfer. This provision may not be effective to protect the guarantees from being voided under fraudulent transfer law, or may reduce the guarantor's obligation to an amount that effectively makes the guarantee worthless.

**Your ability to transfer the notes may be limited by the absence of an active trading market, and there is no assurance that any active trading market will develop for the notes.**

The notes are a new issue of securities for which there is no established public market. We expect the notes to be eligible for trading by "qualified institutional buyers," as defined under Rule 144A of the Securities Act, in The PORTAL Market.

The initial purchasers have advised us that they intend to make a market in the notes, and the exchange notes, if issued, as permitted by applicable laws and regulations; however, the initial purchasers are not obligated to make a market in the notes or the exchanges notes, and they may discontinue their market-making activities at any time without notice. As certain of the initial purchasers have made Equity Contributions, these initial purchasers may be required to deliver a "market-making prospectus" when effecting offers and sales of notes. For so long as the market-making prospectus is required to be delivered, the ability of these initial purchasers to make a market in the notes may, in part, be dependent on our ability to maintain a current market making prospectus. See "The Transactions—Equity Contributions." Therefore, we cannot assure you that an active market for the notes or exchange notes will develop or, if developed, that it will continue. Historically, the market for non investment-grade debt has been subject to disruptions that have caused substantial volatility in the prices of securities similar to the notes.

We cannot assure you that the market, if any, for the notes or exchange notes will be free from similar disruptions or that any such disruptions may not adversely affect the prices at which you may sell your notes. In addition, subsequent to their initial issuance, the notes or exchange notes may trade at a discount from their initial offering price, depending upon prevailing interest rates, the market for similar notes, our performance and other factors.

Risks Relating to Our Businesses

**Our businesses are subject to ongoing complex governmental regulations and legislation that have impacted, and may in the future impact, our business and/or results of operations.**

Our businesses operate in changing market environments influenced by various state and federal legislative and regulatory initiatives regarding the restructuring of the energy industry, including competition in the generation and sale of electricity. We will need to continually adapt to these changes. For example, the Texas retail electricity market became competitive as of January 1, 2002, and the introduction of competition has resulted in, and may continue to result in, declines in customer counts and sales volumes.

Our businesses are subject to changes in state and federal laws (including the Public Utility Regulatory Act ("PURA"), the Federal Power Act, the Atomic Energy Act, the Public Utility Regulatory Policies Act of 1978, the Clean Air Act and the Energy Policy Act of 2005) and changing governmental policy and regulatory actions (including those of the PUCT, the Electric Reliability Organization, the

34

EFIHMW00250106

Texas Regional Entity, the Texas Railroad Commission, the TCEQ, the FERC, the EPA and the NRC) and also the rules, guidelines and protocols of ERCOT with respect to matters including, but not limited to, market structure and design, operation of nuclear generation facilities, construction and operation of other generation facilities, construction and operation of transmission facilities, acquisition, disposal, depreciation and amortization of regulated assets and facilities, recovery of costs and investments, decommissioning costs, return on invested capital for our regulated businesses, market behavior rules, present or prospective wholesale and retail competition and environmental matters. TCEH, along with other market participants, is subject to electricity pricing constraints and market behavior and other competition-related rules and regulations under PURA that are administered by the PUCT and ERCOT, and, with respect to its wholesale power sales outside the ERCOT region, is subject to market behavior and other competition-related rules and regulations under the Federal Power Act that are administered by the FERC. Changes in, revisions to, or reinterpretations of existing laws and regulations (particularly with respect to prices at which we may sell electricity) may have an adverse effect on our businesses.

Although the recently concluded 2007 Texas Legislative Session closed without passage of legislation that significantly negatively impacted our businesses, the legislature did adopt several pieces of legislation that, if passed, may have had a material impact on us and our financial prospects, including, for example, legislation that would have:

- required EFH Corp. to separate its subsidiaries into two or three stand-alone companies, which could have resulted in a significant tax cost to EFH Corp. or the sale by EFH Corp. of assets for an amount it would not have considered to be full value;

- required divestiture of significant wholesale power generation assets, which also could have resulted in a significant tax cost to EFH Corp. or the sale by EFH Corp. of assets for an amount it would not have considered to be full value; and

- given new authority to the PUCT to cap retail electric prices.

Although none of this legislation was passed, there can be no assurance that future action of the Texas Legislature, which could be similar or different from the proposals considered by the most recent Texas Legislature, will not have a material adverse effect on us and our financial prospects. In addition, the Sponsors have publicly indicated their intention to:

- spend more than $30 million per year over five years to provide relief for low-income residents and to pursue new demand-side management initiatives in conservation, energy efficiency and weatherization;

- in the current regulatory system, hold a majority of their ownership in EFH Corp. for more than five years after the closing of the Merger; and

- invest significant resources in emerging energy technologies, such as integrated gasification combined cycle coal plants, including an increased commitment to renewable energy.

**Litigation or legal proceedings could expose us to significant liabilities, damage our reputation and have a material adverse effect on our results of operations and the litigation environment in which we operate poses a significant risk to our businesses.**

We and our subsidiaries are involved in the ordinary course of business in a number of lawsuits involving employment, commercial, environmental and injuries and damages issues, among other matters. We evaluate litigation claims and legal proceedings to assess the likelihood of unfavorable outcomes and to estimate, if possible, the amount of potential losses. Based on these assessments and estimates, we establish reserves and disclose the relevant litigation claims or legal proceedings, as appropriate. These assessments and estimates are based on the information available to

35

EFIHMW00250107

management at the time and involve a significant amount of management judgment. Actual outcomes or losses may differ materially from current assessments and estimates. The settlement or resolution of such claims or proceedings may have a material adverse effect on our results of operations. For more information on legal proceedings, see "Business—Legal Proceedings."

In addition, judges and juries in the state of Texas have demonstrated a willingness to grant large verdicts, including punitive damages, to plaintiffs in personal injury, property damage and business tort cases. We and our subsidiaries use legal and appropriate means to contest litigation threatened or filed against us, but the litigation environment in the state of Texas poses a significant business risk.

We are also exposed to the risk that we may become the subject of regulatory investigations. For example in March 2007, the PUCT issued a Notice of Violation ("NOV") stating that the PUCT Staff is recommending an enforcement action, including the assessment of administrative penalties, against us for alleged market power abuse in ERCOT-administered balancing energy auctions during certain periods of the summer of 2005. The PUCT Staff issued a revised NOV in September 2007, in which the proposed administrative penalty amount was reduced from $210 million to $171 million. The revised NOV was necessary, according to the PUCT Staff, to correct calculation errors in the initial NOV. As revised, the NOV is premised upon the PUCT Staff's allegation that Luminant Energy's bidding behavior was not competitive and increased market participants' costs of balancing energy by approximately $57 million, including approximately $19 million in incremental revenues to us. A hearing requested by Luminant Energy to contest the alleged occurrence of a violation and the amount of the penalty in the NOV has been scheduled to start in April 2008. While we believe no market power abuse was committed, we are unable to predict the outcome of this matter.

**TXU Energy may lose a significant number of retail customers in its historical service territory due to competitive marketing activity by retail electric providers and face competition from incumbent providers outside its historical service territory.**

TXU Energy faces competition for customers within the service territory where we are the incumbent utility company, which we refer to as our historical service territory. Competitors may offer lower prices and other incentives, which, despite TXU Energy's long-standing relationship with customers, may attract customers away from TXU Energy.

In most retail electric markets outside our historical service territory, TXU Energy's principal competitor may be the retail affiliate of the local incumbent utility company. The incumbent retail affiliates have the advantage of long-standing relationships with their customers, including well-known brand recognition.

In addition to competition from the incumbent utilities and their affiliates, TXU Energy may face competition in all of our service territories from a number of other energy service providers, or other energy industry participants, who may develop businesses that will compete with TXU Energy and nationally branded providers of consumer products and services. Some of these competitors or potential competitors may be larger or better capitalized than TXU Energy. If there is inadequate potential margin in these retail electric markets, it may not be profitable for TXU Energy to compete in these markets.

**Our revenues and results of operations may be negatively impacted by decreases in market prices for power, decreases in natural gas prices, and/or decreases in market heat rates.**

We are not guaranteed any rate of return on our capital investments in our competitive businesses. We market and trade electricity and natural gas, including electricity from our own generation facilities and generation contracted from third parties, as part of our wholesale markets management operation. Our results of operations depend in large part upon market prices for

36

EFIHMW00250108

electricity, natural gas, lignite, uranium and coal in our regional market and other competitive markets and upon prevailing retail electricity rates, which may be impacted by actions of regulatory authorities. The prices we receive for the sale of electricity at wholesale could be impacted by the voluntary mitigation plan adopted by the PUCT. The voluntary mitigation plan is intended to be in place for one year, though it could be renewed or modified in a subsequent proceeding. Market prices may fluctuate substantially over relatively short periods of time. Demand for electricity can fluctuate dramatically, creating periods of substantial under- or over-supply. During periods of over-supply, prices might be depressed. Also, at times there may be political pressure, or pressure from regulatory authorities with jurisdiction over wholesale and retail energy commodity and transportation rates, to impose price limitations, bidding rules and other mechanisms to address volatility and other issues in these markets. For example, as a result of Hurricane Katrina, such pressures in September and October of 2005 played a role in TXU Energy's decision to moderate the implementation of a price increase in November and December 2005 and to voluntarily forego an increase in its price-to-beat retail price from January 1, 2006 through April 1, 2006. Further, TXU Energy has agreed to grant price discounts in connection with the Merger and provide price protection through December 2008.

Some of the fuel for Luminant's generation facilities is purchased under short-term contracts or on the spot market. Prices of fuel, including natural gas, may also be volatile, and the price we can obtain for electricity sales may not change at the same rate as changes in fuel costs. In addition, we purchase and sell natural gas and other energy related commodities, and volatility in these markets may affect our costs incurred in meeting our obligations.

Volatility in market prices for fuel and electricity may result from the following:

- severe or unexpected weather conditions;
- seasonality;
- changes in electricity and fuel usage;
- illiquidity in the wholesale power or other markets;
- transmission or transportation constraints, inoperability or inefficiencies;
- availability of competitively-priced alternative energy sources;
- changes in supply and demand for energy commodities, including nuclear fuel and related enrichment and conversion services;
- changes in generation efficiency and market heat rates;
- outages at our generation facilities or those of our competitors;
- changes in production and storage levels of natural gas, lignite, coal, crude oil and refined products;
- natural disasters, wars, sabotage, terrorist acts, embargoes and other catastrophic events; and
- federal, state and local energy, environmental and other regulation and legislation.

All of Luminant's generation facilities are located in the ERCOT market, a market with limited interconnections to other markets. Wholesale electricity prices in the ERCOT market generally correlate with the price of natural gas because marginal demand is generally supplied by natural gas-fueled generation plants. Wholesale electricity prices also correlate with market heat rates (a measure of efficiency of the marginal price-setting generator of electricity), which could fall if demand for electricity were to decrease or if additional generation facilities are built in ERCOT. Accordingly, the contribution to earnings and the value of Luminant's baseload (lignite/coal-fueled and nuclear) generation assets, which provided a substantial portion of our supply volumes in 2006, are dependent

37

EFIHMW00250109

in significant part upon the price of natural gas and market heat rates. As a result, Luminant's baseload generation assets could significantly decrease in profitability and value if natural gas prices fall or if market heat rates fall.

**Our assets or positions cannot be fully hedged against changes in commodity prices and market heat rates, and our hedging transactions may not work as planned or hedge counterparties may default on their obligations to us.**

We cannot fully hedge the risk associated with changes in natural gas prices or market heat rates because of the expected useful life of our generation assets and the size of our position relative to market liquidity. To the extent we have unhedged positions, fluctuating commodity prices and/or market heat rates can materially impact our results of operations and financial position, either favorably or unfavorably.

To manage our financial exposure related to commodity price fluctuations, we routinely enter into contracts to hedge portions of our purchase and sale commitments, weather positions, fuel requirements and inventories of natural gas, lignite, coal, crude oil and refined products, and other commodities, within established risk management guidelines. As part of this strategy, we routinely utilize fixed-price forward physical purchase and sales contracts, futures, financial swaps and option contracts traded in the over-the-counter markets or on exchanges. Although we devote a considerable amount of management time and effort to the establishment of risk management procedures, as well as the ongoing review of the implementation of these procedures, the procedures in place may not be followed or may not always function as planned and cannot eliminate all the risks associated with these activities. As a result of these and other factors, we cannot precisely predict the impact that risk management decisions may have on our business, results of operations or financial position.

To the extent we engage in hedging and risk management activities, we are exposed to the risk that counterparties that owe us money, energy or other commodities as a result of market transactions will not perform their obligations. Should the counterparties to these arrangements fail to perform, we might be forced to enter into alternative hedging arrangements or honor the underlying commitment at then-current market prices. In such event, we might incur losses in addition to amounts, if any, already paid to the counterparties. ERCOT market participants are also exposed to risks that another ERCOT market participant may default in its obligations to pay ERCOT for power taken, in which case such costs, to the extent not offset by posted security and other protections available to ERCOT, may be allocated to various non-defaulting ERCOT market participants, including us.

In connection with its affiliates' hedging and risk management activities, TCEH has guaranteed or indemnified the performance of a portion of its affiliates' obligations relating to such activities. TCEH might not be able to satisfy all of these guarantees and indemnification obligations if they were to come due at the same time. In addition, reductions in credit quality or changes in the market prices of energy commodities could increase the cash collateral required to be posted in connection with hedging and risk management activities, which could materially impact our liquidity and financial position.

**We may suffer material losses, costs and liabilities due to Luminant's ownership and operation of the Comanche Peak nuclear generation plant.**

The ownership and operation of a nuclear generation plant involves certain risks. These risks include:

- unscheduled outages or unexpected costs due to equipment, mechanical, structural or other problems;

- inadequacy or lapses in maintenance protocols;

38

EFIHMW00250110

- the impairment of reactor operation and safety systems due to human error;

- the costs of procuring nuclear fuel;

- the costs of storage, handling and disposal of nuclear materials;

- the costs of securing the plant against possible terrorist attacks;

- limitations on the amounts and types of insurance coverage commercially available; and

- uncertainties with respect to the technological and financial aspects of decommissioning nuclear facilities at the end of their useful lives.

The prolonged unavailability of Comanche Peak could materially affect our financial condition and results of operations, particularly when the cost to produce power at Comanche Peak is significantly less than market wholesale power prices. The following are among the more significant of these risks:

- *Operational Risk*—Operations at any nuclear generation plant could degrade to the point where the plant would have to be shut down. If such degradations were to occur, the process of identifying and correcting the causes of the operational downgrade to return the plant to operation could require significant time and expense, resulting in both lost revenue and increased fuel and purchased power expense to meet supply commitments. Furthermore, a shut-down or failure at any other nuclear generation plant could cause regulators to require a shut-down or reduced availability at Comanche Peak.

- *Regulatory Risk*—The NRC may modify, suspend or revoke licenses and impose civil penalties for failure to comply with the Atomic Energy Act, the regulations under it or the terms of the licenses of nuclear generation facilities. Unless extended, the NRC operating licenses for Comanche Peak Unit 1 and Unit 2 will expire in 2030 and 2033, respectively. Changes in regulations by the NRC could require a substantial increase in capital expenditures or result in increased operating or decommissioning costs.

- *Nuclear Accident Risk*—Although the safety record of Comanche Peak and other nuclear generation plants generally has been very good, accidents and other unforeseen problems have occurred both in the United States and elsewhere. The consequences of an accident can be severe and include loss of life, injury, lasting negative health impact and property damage. Any accident, or perceived accident, could subject us to significant liabilities and damage our reputation. Any such resulting liability from a nuclear accident could exceed our resources, including insurance coverage.

**The operation and maintenance of electricity generation facilities involves significant risks that could adversely affect our results of operations and financial condition.**

The operation and maintenance of electricity generation and delivery facilities involves many risks, including, as applicable, start-up risks, breakdown or failure of facilities, lack of sufficient capital to maintain the facilities, the dependence on a specific fuel source or the impact of unusual or adverse weather conditions or other natural events, as well as the risk of performance below expected levels of output, efficiency or reliability, the occurrence of any of which could result in lost revenues and/or increased expenses. A significant number of Luminant's facilities were constructed many years ago. In particular, older generating equipment, even if maintained in accordance with good engineering practices, may require significant capital expenditures to keep operating at peak efficiency or reliability. The risk of increased maintenance and capital expenditures arises from (a) increased starting and stopping of generation equipment due to the volatility of the competitive market, (b) any unexpected failure to generate electricity, including failure caused by breakdown or forced outage and (c) damage to facilities due to storms, natural disasters, wars, terrorist acts and other catastrophic events. Further, our ability to successfully and timely complete capital improvements to existing facilities or other capital

39

EFIHMW00250111

projects is contingent upon many variables and subject to substantial risks. Should any such efforts be unsuccessful, we could be subject to additional costs and/or the write-off of our investment in the project or improvement.

Insurance, warranties or performance guarantees may not cover all or any of the lost revenues or increased expenses, including the cost of replacement power. Likewise, our ability to obtain insurance, and the cost of and coverage provided by such insurance, could be affected by events outside our control.

**Our cost of compliance with environmental laws and regulations and our commitments and the cost of compliance with new environmental laws, regulations or commitments could materially adversely affect our results of operations and financial condition.**

We are subject to extensive environmental regulation by governmental authorities. In operating our facilities, we are required to comply with numerous environmental laws and regulations and to obtain numerous governmental permits. We may incur significant additional costs beyond those currently contemplated to comply with these requirements. If we fail to comply with these requirements, we could be subject to civil or criminal liabilities and fines. Existing environmental regulations could be revised or reinterpreted, new laws and regulations could be adopted or become applicable to us or our facilities, and future changes in environmental laws and regulations could occur, including potential regulatory and enforcement developments related to air emissions.

In conjunction with the building of three new generation units, we have committed to reduce emissions of mercury, nitrogen oxide ("NOx") and sulfur dioxide ("$SO_2$") associated with our baseload generation units so that the total of those emissions from both existing and new lignite coal-fueled units are 20% below 2005 levels. We may incur significantly greater costs than those contemplated in order to achieve this commitment. We may also make new environmental commitments and incur significant additional costs in order to achieve such commitments.

We will put in place a Sustainable Energy Advisory Board that will focus on assisting us in pursuing technology development opportunities that, among other things, are designed to reduce our impact on the environment. We may incur significant costs in addition to the costs referenced above as we pursue these opportunities.

We may not be able to obtain or maintain all required environmental regulatory approvals. If there is a delay in obtaining any required environmental regulatory approvals or if we fail to obtain, maintain or comply with any such approval, the operation of our facilities could be stopped, curtailed, or modified or become subject to additional costs.

In addition, we may be responsible for any on-site liabilities associated with the environmental condition of facilities that we have acquired, leased or developed, regardless of when the liabilities arose and whether they are known or unknown. In connection with certain acquisitions and sales of assets, we may obtain, or be required to provide, indemnification against certain environmental liabilities. Another party could, depending on the circumstances, assert an environmental claim against us or fail to meet its indemnification obligations to us.

Increasing attention to potential environmental effects of "greenhouse" gas emissions may result in new regulation and restrictions on emissions of certain gasses that may be contributing to warming the earth's atmosphere. Several bills addressing climate change have been introduced in the U.S. Congress and, in April 2007, the U.S. Supreme Court issued a decision ruling the EPA improperly declined to address carbon dioxide impacts in a rulemaking related to new motor vehicle emissions. While this decision is not directly applicable to power plant emissions, the reasoning of the decision could affect other regulatory programs that are. The impact on us of any future greenhouse gas

40

EFIHMW00250112

legislation or other regulation will depend in large part on the details of the requirements and the timetable for mandatory compliance. Although we continue to assess the financial and operational risks posed by possible future legislative changes pertaining to greenhouse gas emissions, we are currently unable to predict any future impact on our financial condition and operations.

**Our growth strategy, including our investment in three new lignite coal-fueled generation facilities, may not be executed as planned which could adversely impact our financial condition and results of operations.**

There can be no guarantee that the execution of our growth strategy will be successful. As discussed below, our growth strategy is dependent upon many factors. Changes in laws, regulations, markets, costs or other factors could negatively impact the execution of our growth strategy, including causing management to change the strategy. Even if we are able to execute our growth strategy, it may take longer than expected and costs may be higher than expected.

With respect to Luminant Construction's lignite coal-fueled generation development program, there can be no guarantee that the execution of the program will be successful. While Luminant Construction has experience in operating lignite coal-fueled generation facilities, it has limited experience in developing and constructing such facilities. To the extent construction is not managed efficiently and to a timely conclusion, cost overruns may occur resulting in the overall program costing significantly more than anticipated. This may also result in delays in the expected online dates for the facilities resulting in less overall income than projected. While Luminant Power believes it can acquire the resources needed to effectively execute this program, it is exposed to the risk that it may not be able to attract and retain skilled labor, at projected rates, for developing and constructing these new facilities.

Luminant Construction's lignite coal-fueled generation development program is subject to changes in laws, regulations and policies that are beyond its control. Changes in law, regulation or policy regarding commodity prices, power prices, electric competition or solid-fuel generation facilities or other related matters could adversely impact this program. In recent months, global warming has received significant media attention, which has resulted in legislators focusing on environmental laws, regulations and policies. Changes in any environmental law, regulation or policy, such as regulations of emissions of carbon dioxide could adversely impact this program.

Luminant Construction's lignite coal-fueled generation development program is subject to changes in the electricity market, primarily ERCOT for its new build program in Texas, that are beyond its control. If demand growth is less than expected or if other generation companies build new generation assets in ERCOT, Luminant Construction's program could impact market prices of power such that the new generation capacity becomes uneconomical. In addition, any unanticipated reduction in wholesale electricity prices, market heat rates and natural gas prices, which could occur for a variety of reasons, could adversely impact this program. Even if Luminant Power enters into hedges to reduce such exposures, it would still be subject to the credit risk of its counterparties.

Luminant Construction's lignite coal-fueled generation development program is subject to other risks that are beyond its control. For example, Luminant Power is exposed to the risk that a change in technology for electricity generation facilities and/or emissions control technologies may make other generation facilities less costly and more attractive than Luminant Power's new lignite coal-fueled generation facilities. Luminant Power is subject to risks relating to transmission capabilities and constraints. Luminant Power is also exposed to the risk that its contractors may default on their obligations to Luminant Power and compensation for damages received, if any, will not cover its losses.

41

Highly Confidential

**TXU Energy's retail business is subject to the risk that sensitive customer data may be compromised, which could result in an adverse impact to its reputation and/or the results of operations of the retail business.**

TXU Energy's retail business requires access to sensitive customer data in the ordinary course of business. Examples of sensitive customer data are names, addresses, account information, historical electricity usage, expected patterns of use, payment history, credit bureau data, credit and debit card account numbers, drivers license numbers, social security numbers and bank account information. TXU Energy's retail business may need to provide sensitive customer data to vendors and service providers who require access to this information in order to provide services, such as call center operations, to the retail business. If a significant or widely publicized breach occurred, the reputation of TXU Energy's retail business may be adversely affected, customer confidence may be diminished, or TXU Energy's retail business may be subject to legal claims, any of which may contribute to the loss of customers and have a negative impact on the business and/or results of operations of the retail business.

**Ongoing performance improvement initiatives may not achieve desired cost reductions and may instead result in significant additional costs if unsuccessful.**

The implementation of performance improvement initiatives identified by management may not produce the desired reduction in costs and may result in disruptions arising from employee displacements and the rapid pace of changes to organizational structure and operating practices and processes. Specifically, we are subject to the risk that the joint venture outsourcing arrangement with Capgemini Energy LP ("Capgemini"), a subsidiary of Cap Gemini North America Inc., that provides business support services to us or other similar arrangements may not produce the desired cost savings. Should we wish to terminate or modify the arrangements with Capgemini or other providers, or if Capgemini or those other providers become financially unable to perform their obligations, we would incur transition costs, which would likely be significant, to switch to another vendor.

**TXU Energy relies on the infrastructure of local utilities or independent transmission system operators to provide electricity to, and to obtain information about, its customers. Any infrastructure failure could negatively impact customer satisfaction and could have a material negative impact on its business and results of operations.**

TXU Energy depends on transmission and distribution facilities owned and operated by unaffiliated utilities, as well as Oncor's Electric Delivery's facilities, to deliver the electricity it sells to its customers. If transmission capacity is inadequate, TXU Energy's ability to sell and deliver electricity may be hindered, it may have to forgo sales or it may have to buy more expensive wholesale electricity than is available in the capacity-constrained area. For example, during some periods, transmission access is constrained in some areas of the Dallas-Fort Worth metroplex, where TXU Energy has a significant number of customers. The cost to provide service to these customers may exceed the cost to provide service to other customers, resulting in lower profits. In addition, any infrastructure failure that interrupts or impairs delivery of electricity to TXU Energy's customers could negatively impact the satisfaction of its customers with its service.

**TXU Energy offers bundled services to its retail customers, with some bundled services offered at fixed prices and for fixed terms. If TXU Energy's costs for these bundled services exceed the prices paid by its customers, TXU Energy's results of operations could be materially adversely affected.**

TXU Energy offers its customers a bundle of services that include, at a minimum, electricity plus transmission, distribution and related services. The prices TXU Energy charges for its bundle of services or for the various components of the bundle, any of which may be fixed by contract with the customer for a period of time, could fall below TXU Energy's underlying cost to provide the components.

Highly Confidential

**TXU Energy's retail business is subject to the risk that it will not be able to profitably serve its customers given the announced price protection and price cuts, which could result in an adverse impact to its reputation and/or results of operations of TXU Energy's retail business.**

In connection with the Merger, TXU Energy announced a 15% price reduction for residential customers in its historical service territory who have not already switched to one of the many pricing plans other than the basic month-to-month plan. These customers received a six percent reduction beginning in late March 2007, an additional four percent reduction in June 2007 and an additional five percent reduction in October 2007. In addition, TXU Energy announced that it will provide price protection for these customers through December 2008, ensuring that these customers receive the benefits of these savings through two summer seasons of peak energy usage. The prices TXU Energy charges during this period could fall below TXU Energy's underlying cost to provide electricity.

Although the PUCT does not have the right to approve the REP certification pursuant to the Merger, the PUCT may at anytime initiate an investigation into whether TXU Energy Retail has met all of the requirements for REP certification including financial requirements, so that it can maintain its REP certification. Any removal or revocation of a REP certification would mean that TCEH or TXU Energy, as applicable, would no longer be allowed to provide electric service to retail customers.

**Changes in technology may reduce the value of Luminant's generation plants and may significantly impact our business in other ways as well.**

Research and development activities are ongoing to improve existing and alternative technologies to produce electricity, including gas turbines, fuel cells, microturbines and photovoltaic (solar) cells. It is possible that advances in these or other technologies will reduce the costs of electricity production from these technologies to a level that will enable these technologies to compete effectively with the traditional generation plants owned by Luminant. While demand for electric energy services is generally increasing throughout the United States, the rate of construction and development of new, more efficient generation facilities may exceed increases in demand in some regional electric markets. Consequently, where we have facilities, the profitability and market value of Luminant's generation assets could be significantly reduced. Also, electricity demand could be reduced by increased conservation efforts and advances in technology, which could likewise significantly reduce the value of Luminant's generation assets. Changes in technology could also alter the channels through which retail electric customers buy electricity. To the extent self-generation facilities become a more cost-effective option for certain customers, our revenues could be reduced.

**Our future results of operations may be negatively impacted by settlement adjustments determined by ERCOT related to prior periods.**

ERCOT is the independent system operator that is responsible for maintaining reliable operation of the bulk electric power supply system in the ERCOT market. Its responsibilities include the clearing and settlement of electricity volumes and related ancillary services among the various participants in the deregulated Texas market. Settlement information is due from ERCOT within two months after the operating day, and true-up settlements are due from ERCOT within six months after the operating day. As a result, we are subject to settlement adjustments from ERCOT related to prior periods, which may result in charges or credits impacting our future reported results of operations.

**Our results of operations and financial condition could be negatively impacted by any development or event beyond our control that causes economic weakness in the ERCOT market.**

We derive substantially all of our revenues from our operations in the ERCOT market, which covers approximately 75% of the geographical area in the state of Texas. As a result, regardless of the

43

EFIHMW00250115

PX 006
Page 50 of 382

state of the economy in areas outside the ERCOT market, economic weakness in the ERCOT market could lead to reduced demand for electricity in the ERCOT market. Such a reduction could have a material negative impact on our results of operations and financial condition.

**Our (or an applicable subsidiary's) credit ratings could negatively affect our (or the pertinent subsidiary's) ability to access capital and could require us or our subsidiaries to post collateral or repay certain indebtedness.**

Downgrades in our or any of our subsidiaries' long-term debt ratings generally cause borrowing costs to increase and the potential pool of investors and funding sources to decrease and might trigger liquidity demands pursuant to the terms of a number of commodity contracts, leases and other agreements. On October 8, 2007, Fitch Ratings downgraded our long-term debt ratings and on October 9, 2007, both Moody's Investor Services, Inc. and Standard & Poor's Ratings Services, a division of the McGraw Hill Companies, also downgraded our long-term debt ratings.

Most of our large customers, suppliers and counterparties require an expected level of creditworthiness in order for them to enter into transactions with us. As our (or an applicable subsidiary's) credit ratings decline, the costs to operate our business will likely increase because counterparties may require the posting of collateral in the form of cash-related instruments, or counterparties may decline to do business with us.

**Our liquidity needs could be difficult to satisfy under some circumstances, particularly during times of uncertainty in the financial markets and/or during times when there are significant increases in natural gas prices. The inability to access liquidity, particularly on favorable terms, could materially adversely affect our results of operations and/or financial condition.**

Our businesses are capital intensive. We and our subsidiaries rely on access to financial markets as a significant source of liquidity for capital requirements not satisfied by cash-on-hand or operating cash flows. The inability to raise capital on favorable terms, particularly during times of uncertainty in the financial markets similar to that which is currently being experienced in the financial markets, could impact our ability to sustain and grow our businesses and would likely increase capital costs. Our access to the financial markets could be adversely impacted by various factors, such as:

- changes in financial markets that reduce available credit or the ability to obtain or renew liquidity facilities on acceptable terms;

- economic weakness in the ERCOT market;

- changes in interest rates;

- a deterioration of our credit or the credit of our subsidiaries or a reduction in our credit ratings or the credit ratings of our subsidiaries;

- volatility in commodity prices that increases margin or credit requirements;

- a material breakdown in our risk management procedures; and

- the occurrence of material adverse changes in our businesses that restrict our ability to access our liquidity facilities.

Although we expect to actively manage the liquidity exposure of existing and future hedging arrangements, given the size of our long-term hedging program, any significant increase in the price of natural gas could result in our subsidiaries being required to provide cash or letter of credit collateral in substantial amounts. In addition, any perceived reduction in our or one of our subsidiary's credit quality could result in clearing agents or other counterparties requesting additional collateral.

44

Highly Confidential

In addition, given the size of our long-term hedging program, any significant increase in the price of natural gas could result in our subsidiaries being required to provide cash or letter of credit collateral (i.e. margin) in very large amounts. In addition, any perceived reduction in our or one of our subsidiary's credit quality could result in clearing agents or other counterparties requesting additional margin. In the event our liquidity facilities are being used largely to support our long-term hedging program as a result of a significant increase in the price of natural gas or significant reduction in credit quality, we and our subsidiaries may have to forego certain capital expenditures or other investments in our businesses or other business opportunities.

Further, a lack of available liquidity could adversely impact the evaluation of our and our subsidiaries' creditworthiness by counterparties and rating agencies. In particular, such concerns by existing and potential counterparties could significantly limit TCEH's wholesale markets activities, including its long-term hedging program.

**The loss of the services of our key management and personnel could adversely affect our ability to operate our business.**

Our future success will depend on our ability to continue to attract and retain other highly qualified personnel. We compete for such personnel with many other companies, in and outside our industry, government entities and other organizations. We may not be successful in retaining our current personnel or in hiring or retaining qualified personnel in the future. Additionally, the Merger may have a negative impact on our ability to attract and retain key management and other employees. Our failure to attract new personnel or retain our existing personnel could have a material adverse effect on our business.

Our future success depends, to a significant extent, on the abilities and efforts of our executive officers and those of our parent and other members of our management team. EFH Corp.'s chief executive officer has resigned following the consummation of the Merger. EFH Corp. has not yet identified a successor to its chief executive officer. In addition, our executive officers may elect to leave our company as a result of the Merger. Our executive officers have substantial experience and expertise in our industry, which we have relied upon significantly. We cannot assure you that we will be able to attract and retain new members of management to replace any executive officers that may leave. If we are not successful in doing so, our business may be adversely affected.

**The Sponsors control us and may have conflicts of interest with us or you in the future.**

The Sponsors indirectly own approximately 62% of our capital stock on a fully-diluted basis through their investment in Texas Holdings. As a result, the Sponsors have control over our decisions to enter into any corporate transaction and will have the ability to prevent any transaction that requires the approval of stockholders regardless of whether noteholders believe that any such transactions are in their own best interests. For example, the Sponsors could cause us to make acquisitions that increase the amount of indebtedness that is secured or that is senior to the notes offered hereby or to sell assets, which may impair our ability to make payments under the notes.

Additionally, the Sponsors are in the business of making investments in companies and may from time to time acquire and hold interests in businesses that compete directly or indirectly with us. The Sponsors may also pursue acquisition opportunities that may be complementary to our business and, as a result, those acquisition opportunities may not be available to us. So long as the Sponsors, or other funds controlled by or associated with the Sponsors, continue to indirectly own a significant amount of the outstanding shares of our common stock, even if such amount is less than 50%, the Sponsors will continue to be able to strongly influence or effectively control our decisions.

45

EFIHMW00250117

## THE TRANSACTIONS

### The Merger

On October 10, 2007, Merger Sub, Texas Holdings' wholly-owned subsidiary, acquired EFH Corp. through a merger of Merger Sub with and into EFH Corp. under the terms and conditions of the Merger Agreement. Upon the effectiveness of the Merger, each share of EFH Corp. common stock outstanding immediately prior to the Merger (other than shares held by EFH Corp. or any of EFH Corp.'s subsidiaries or Texas Holdings or any of its subsidiaries, including Merger Sub, in each case not held on behalf of third parties, or shares held by holders who properly exercised their rights of dissent and appraisal under Texas law) was cancelled and converted into the right to receive $69.25 in cash, without interest and less any applicable withholding taxes.

### Equity Contributions

At the closing of the Merger, Texas Holdings received an aggregate equity investment of approximately $8.3 billion. Investment funds affiliated with the Sponsors, or their respective assignees, contributed approximately $5.1 billion to Texas Holdings. In addition, Citigroup Global Markets Inc. and Morgan Stanley & Co. Incorporated, each of which is an initial purchaser participating in this offering, or their respective affiliates each made equity investments of approximately $250 million in Texas Holdings. The Sponsors obtained approximately $2.3 billion in equity investments from other existing investors in KKR's and TPG's private equity funds and other third party investors. Following the closing of the Merger, the Sponsors owned approximately 62% of the limited partnership units issued by Texas Holdings in connection with the Merger. In addition, investment funds affiliated with LBI, which is an initial purchaser participating in this offering, contributed approximately $412 million in equity investments. LBI's equity contribution represents slightly less than 5% of the limited partnership units issued by Texas Holdings in connection with the Merger.

### Debt Financing

In connection with the Merger, in addition to the Equity Contributions described above, EFH Corp. entered into the EFH Senior Interim Facility and TCEH entered into the TCEH Senior Secured Facilities and the TCEH Interim Facility, in each case, arranged by a consortium of arrangers and bookrunners (the "Arranger Group").

Also, in connection with the Merger, the Receivables Program was amended and the special purpose entities established by the third party financial institutions that participate in the Receivables Program requested that Oncor Electric Delivery repurchase the receivables that it had previously sold under the Receivables Program. Finally, Oncor Electric Delivery also entered into the Oncor Electric Delivery Revolving Facility with the Arranger Group. For a description of the material terms of each component of the debt financing, see "Description of Other Indebtedness."

### EFH Senior Interim Facility

The borrowings under the $4.5 billion EFH Senior Interim Facility were used to finance the Merger. Energy Future Intermediate Holding and Energy Future Competitive Holdings provided guarantees of amounts borrowed under the EFH Senior Interim Facility. The proceeds from the concurrent offering of the EFH Corp. Notes, along with cash on hand, will be used to repay in full the EFH Senior Interim Facility.

46

EFIHMW00250118

**PX 006
Page 53 of 382**

*TCEH Senior Secured Facilities*

The TCEH Senior Secured Facilities are comprised of:

(i) the $16.45 billion TCEH Initial Term Loan Facility;

(ii) the $4.1 billion TCEH Delayed Draw Term Loan Facility;

(iii) the $1.25 billion TCEH Letter of Credit Facility;

(iv) the $2.7 billion TCEH Revolving Facility, under which amounts are available (A) in the form of letters of credit and (B) for borrowings on same-day notice, referred to as the swingline loans; and

(v) the TCEH Commodity Collateral Posting Facility, the size of which is determined by the out-of-the money mark-to-market exposure, inclusive of any unpaid settlement amounts, of TCEH and its subsidiaries on a hypothetical portfolio of certain commodity swaps and futures transactions.

The TCEH Senior Secured Facilities are guaranteed by Energy Future Competitive Holdings and subsidiaries of TCEH. The TCEH Initial Term Loan Facility was used to finance the Merger, redeem, refinance or repay certain existing indebtedness of EFH Corp. and its subsidiaries and to pay fees, premiums and expenses incurred in connection with the Transactions (collectively, the "Merger Funds"). The TCEH Delayed Draw Term Loan Facility will be used by TCEH and its subsidiaries during the two-year period commencing on the closing date of the Merger to fund certain capital expenditures. The letters of credit under the TCEH Letter of Credit Facility will be used by TCEH and its subsidiaries for general corporate purposes. Borrowings under the TCEH Revolving Facility will be used by TCEH and its subsidiaries for working capital and for other general corporate purposes. The proceeds of drawings under the TCEH Commodity Collateral Posting Facility will be used to fund margin payments due on natural gas and commodity swaps and hedging arrangements, and to the extent not used for the above purposes, for other general corporate purposes of TCEH and its subsidiaries.

*TCEH Senior Interim Facility*

The borrowings under the $6.75 billion TCEH Senior Interim Facility were used to finance the Merger. The TCEH Senior Interim Facility is jointly and severally guaranteed by Energy Future Competitive Holdings and each subsidiary of TCEH that guarantees obligations under the TCEH Senior Secured Facilities. The proceeds from the offering of notes hereby, along with cash on hand, will be used to repay $3.0 billion in outstanding borrowings under the TCEH Senior Interim Facility.

*Receivables Program*

The Receivables Program, a commercial paper-backed accounts receivables securitization program, was amended in connection with the Merger.

*Oncor Electric Delivery Revolving Facility*

The Oncor Electric Delivery Revolving Facility is comprised of a senior revolving credit facility in an aggregate principal amount of up to $2.0 billion, of which borrowings are available (a) in the form of letters of credit and (b) for borrowings on same-day notice, referred to as the swingline loans. In addition, subject to the satisfaction of certain conditions, Oncor Electric Delivery may increase the commitments under the Oncor Electric Delivery Revolving Facility in an amount up to $500 million. The letters of credit and proceeds of borrowings under the Oncor Electric Delivery Revolving Facility will be used by Oncor Electric Delivery and its subsidiaries for working capital and for other general corporate purposes.

47

Highly Confidential

### Ring-Fencing

Upon the consummation of the Merger, EFH Corp. and Oncor Electric Delivery, which is a subsidiary of EFH Corp., but not a subsidiary of ours, implemented several measures that are referred to as "ring-fencing." Such measures included the following:

- the transfer of EFH's ownership of Oncor Electric Delivery to Oncor Electric Delivery Holdings, a newly-formed special purpose, bankruptcy remote subsidiary, and immediately thereafter the transfer of EFH's ownership of Oncor Electric Delivery Holdings to a newly-formed, wholly owned subsidiary, Energy Future Intermediate Holding;

- the conversion of Oncor Electric Delivery from a Texas corporation to a Delaware limited liability company;

- the inclusion of covenants in Oncor Electric Delivery Holdings' and Oncor Electric Delivery's limited liability company agreements intended to enhance the separation of Oncor Electric Delivery Holdings and its subsidiaries, including Oncor Electric Delivery, from Texas Holdings and its other subsidiaries, including Energy Future Intermediate Holding;

- the establishment of boards of directors for Oncor Electric Delivery Holdings and Oncor Electric Delivery with a majority of members who meet the New York Stock Exchange requirements for independence in all material respects and whose unanimous consent will be required to take certain material actions, including (i) to consolidate or merge (A) with EFH or any of EFH's other subsidiaries or (B) with any other entity, if Oncor Electric Delivery Holdings or Oncor Electric Delivery, as applicable, would not be the surviving entity; (ii) to sell, transfer or dispose of all or substantially all of the assets of Oncor Electric Delivery Holdings or Oncor Electric Delivery, as applicable, without adequate provision for the payment of all of such entity's creditors; (iii) to institute, or consent to the institution of, bankruptcy or insolvency proceedings in respect of Oncor Electric Delivery Holdings or Oncor Electric Delivery, as applicable; or (iv) to the fullest extent permitted by law, to dissolve or liquidate Oncor Electric Delivery Holdings or Oncor Electric Delivery, as applicable, without adequate provision for the payment of all of such entity's creditors;

- the specific delegation to each of the board of directors and the independent directors of Oncor Electric Delivery, each acting by majority vote, of the right to prevent distributions, if it or they determine that it is in the best interests of Oncor Electric Delivery to retain such amounts to meet expected future requirements;

- after the appointment of the initial independent directors, the delegation of the ability to nominate, appoint, and fill vacancies in respect of the independent directors of Oncor Electric Delivery and Oncor Electric Delivery Holdings to a standing nominating committee of Oncor Electric Delivery Holdings' board, a majority of whose members are independent directors; and

- the incurrence of new indebtedness, evidenced by the Oncor Electric Delivery Revolving Facility, the lenders of which will be specifically relying on the separateness of Oncor Electric Delivery Holdings and Oncor Electric Delivery, and their assets, from Texas Holdings and its other subsidiaries.

The ring-fencing measures are based on certain principles articulated by rating agencies and certain commitments made by Texas Holdings and Oncor Electric Delivery to the PUCT and the FERC intended to further separate Oncor Electric Delivery from Texas Holdings and its subsidiaries and to mitigate Oncor Electric Delivery's credit exposure to those entities and to reduce the risk that the assets and liabilities of Oncor Electric Delivery Holdings or of any of its subsidiaries would be substantively consolidated with the assets and liabilities of Texas Holdings or of any of its other subsidiaries in the event of a bankruptcy of one or more of those entities. A number of ring-fencing measures put in place are expected to be incorporated into a PUCT order that would be legally binding on Oncor Electric Delivery.

48

EFIHMW00250120

The Transactions do not provide for new pledges or encumbrances of the assets of Oncor Electric Delivery for the benefit of the Issuer and its subsidiaries (other than the ring-fenced entities). Oncor Electric Delivery will not incur, guarantee or pledge assets in respect of any incremental new debt related to the Transactions. There is neither new debt issued by nor borrowing at Oncor Electric Delivery to finance the Transactions. None of the ring-fenced entities will guarantee or otherwise hold out its credit as being available to support the obligations of the Issuer or any of its subsidiaries (other than the ring-fenced entities). In addition, lenders under the EFH Senior Interim Facility, the TCEH Senior Interim Facility and the TCEH Senior Secured Facilities have acknowledged, and the holders of notes offered hereby and the EFH Corp. Notes issued in the concurrent offering will acknowledge, by acceptance of the notes and the EFH Corp. Notes, respectively, the legal separateness of Oncor Electric Delivery and its subsidiaries from the borrowers and guarantors under such financing documents. Lenders under the EFH Senior Interim Facility, the TCEH Senior Interim Facility and the TCEH Senior Secured Facilities also agreed, and the holders of the notes offered hereby and the EFH Corp. Notes issued in the concurrent offering will agree, by acceptance of the notes and the EFH Corp. Notes, respectively, that they will not initiate any bankruptcy proceedings against Oncor Electric Delivery Holdings or its subsidiaries and that Oncor Electric Delivery Holdings and its subsidiaries are entitled to enforce this non-petition covenant. See "Description of the Notes—General."

**Debt Repayment**

Pursuant to the terms of the Merger Agreement, EFH Corp., our parent, commenced offers to purchase and consent solicitations with respect to the Specified Notes. In connection with the Merger, we have redeemed or repaid or expect to repay an aggregate of approximately $4.5 billion of existing indebtedness of Energy Future Competitive Holdings and its subsidiaries, including debt that became payable upon the consummation of the Merger. See "Description of Other Indebtedness—Debt Repayment."

Highly Confidential

EFIHMW00250121

**USE OF PROCEEDS**

We estimate that we will receive net proceeds from the offering of the notes, after deducting the initial purchasers' fees and expenses of the offering payable by us, of $2.98 billion. We intend to use the net proceeds of this offering, along with cash on hand, to repay $3.0 billion of cash pay loans outstanding under the TCEH Senior Interim Facility. The indebtedness under the TCEH Senior Interim Facility that we intend to repay currently bears interest at a rate equal to LIBOR plus a margin of 3.250%. On a pro forma basis after giving effect to the offering of the notes and the use of proceeds from the offering of the notes as discussed above, we would have $3.75 billion of indebtedness outstanding under the TCEH Senior Interim Facility as of June 30, 2007. See "Description of Other Indebtedness—Financing in Connection with the Merger—TCEH Senior Interim Facility" for a description of the material terms of the TCEH Senior Interim Facility.

The borrowings under the TCEH Senior Interim Facility, along with the Equity Contributions and certain other portions of the Debt Financing, were used to finance the Merger. See "The Transactions."

50

EFIHMW00250122

# CAPITALIZATION

The following table sets forth our consolidated cash and cash equivalents and capitalization as of June 30, 2007 on a historical basis and a pro forma basis after giving effect to the Transactions and this offering and the use of proceeds of this offering.

The information in this table should be read in conjunction with "The Transactions," "Energy Future Competitive Holdings Unaudited Pro Forma Condensed Consolidated Financial Statements," "Energy Future Competitive Holdings Selected Historical Consolidated Financial Data," "Energy Future Competitive Holdings Management's Discussion and Analysis of Financial Condition and Results of Operations" and our audited and unaudited financial statements included elsewhere in this offering circular.

| | Energy Future Competitive Holdings As of June 30, 2007 | |
| --- | --- | --- |
| | Historical | Pro Forma |
| | (millions of dollars) | |
| Cash and cash equivalents ................................................ | $ 404 | $ 134 |
| **Debt:** | | |
| Energy Future Competitive Holdings debt: | | |
| Total secured debt(1) ..................................................... | $ 198 | $ 198 |
| Total unsecured debt(2) .................................................. | 19 | 19 |
| Total Energy Future Competitive Holdings debt........................ | $ 217 | $ 217 |
| TCEH debt: | | |
| Total secured debt(1) ..................................................... | 92 | 92 |
| Total unsecured debt...................................................... | 5,980 | 1,535 |
| TCEH Senior Secured Facilities(3) ...................................... | — | 19,287 |
| TCEH Senior Interim Facility(4) .......................................... | — | 3,750 |
| Notes offered hereby(4) .................................................. | — | 3,000 |
| Total TCEH debt ........................................................ | $ 6,072 | $27,664 |
| Total consolidated debt.................................................... | 6,289 | 27,881 |
| Total shareholders' equity(5)............................................. | 7,533 | 7,929 |
| Total capitalization ..................................................... | $13,822 | $35,810 |

(1) Does not reflect the effects of purchase accounting on existing debt at the time of the Merger resulting in an expected discount of $287 million or $1.25 billion related to the TCEH Letter of Credit Facility. For Energy Future Competitive Holdings, excludes Energy Future Competitive Holdings' secured guarantee of $19.3 billion of borrowings by TCEH under the TCEH Senior Secured Facilities.

(2) Excludes Energy Future Competitive Holdings' unsecured guarantees of the notes offered hereby, the TCEH Senior Interim Facility and the EFH Corp. Notes offered in the concurrent offering.

(3) Upon the consummation of the Merger, TCEH entered into the TCEH Senior Secured Facilities, consisting of the TCEH Initial Term Loan Facility, the TCEH Delayed Draw Term Loan Facility, the TCEH Letter of Credit Facility, the TCEH Revolving Facility and the TCEH Commodity Collateral Posting Facility. On the closing date of the Merger, approximately $19.3 billion was drawn under the TCEH Senior Secured Facilities (including $687 million which would have been drawn as of June 30, 2007 on a pro forma basis; $378 million was actually drawn under the TCEH Commodity Collateral Posting Facility) and approximately $5.9 billion (excluding amounts

51

EFIHMW00250123

available under the TCEH Commodity Collateral Posting Facility and outstanding letters of credit) is expected to be available for additional borrowings by TCEH under the TCEH Senior Secured Facilities. See "Description of Other Indebtedness—TCEH Senior Secured Facilities."

(4)    Proceeds from this offering, along with cash on hand, will be used to repay a portion of the amounts outstanding under the TCEH Senior Interim Facility.

(5)    Pro forma total shareholders' equity reflects pro forma adjustments for eliminating the historical shareholders' equity of Energy Future Competitive Holdings adjusted for the estimated fair value of its equity.

52

EFIHMW00250124

## ENERGY FUTURE COMPETITIVE HOLDINGS UNAUDITED PRO FORMA CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

We derived the unaudited pro forma condensed consolidated financial statements set forth herein by the application of pro forma adjustments to the historical consolidated financial statements of Energy Future Competitive Holdings appearing elsewhere in this offering circular.

The unaudited pro forma condensed consolidated balance sheet as of June 30, 2007 gives effect to (a) the Transactions and (b) the issuance of the notes offered hereby and the EFH Corp. Notes in the concurrent offering and the application of the proceeds of each offering, along with cash on hand, to repay $3.0 billion of outstanding borrowings under the TCEH Senior Interim Facility and to repay in full the EFH Senior Interim Facility, respectively (which is referred to as the "Interim Facility Refinancing"), as if the Transactions and the Interim Facility Refinancing had occurred on such date. The unaudited pro forma condensed consolidated income statements for the six months ended June 30, 2007, the year ended December 31, 2006, the six months ended June 30, 2006 and the twelve months ended December 31, 2006 give effect to the Transactions and the Interim Facility Refinancing as if the Transactions and Interim Facility Refinancing had occurred on January 1, 2006. In addition, in connection with the Merger, EFH Corp. will contribute certain of Luminant Construction's assets and liabilities to TCEH, including the three new lignite coal-fueled generation units currently under development. Accordingly, as Luminant Construction and TCEH are under the common control of EFH Corp., these pro forma financial statements reflect the historical results of those certain assets and liabilities of Luminant Construction for all periods in which common control exists (2006 forward). The unaudited pro forma condensed consolidated financial statements are provided for informational purposes only and is not necessarily indicative of what our financial position or results of operations would have been if the Transactions and the Interim Facility Refinancing had occurred as of the dates indicated, or what our financial position or results of operations will be for any future periods. Assumptions underlying the pro forma adjustments are described in the accompanying notes, which should be read in conjunction with these unaudited pro forma condensed consolidated financial statements and with the following information:

- unaudited condensed consolidated financial statements and accompanying notes of Energy Future Competitive Holdings as of June 30, 2007 and for the three- and six-month periods ended June 30, 2007 and 2006 included elsewhere in this offering circular;

- audited consolidated financial statements and accompanying notes of Energy Future Competitive Holdings as of December 31, 2006 and 2005 and for each of the three years ended December 31, 2006 included elsewhere in this offering circular; and

- "Use of Proceeds," "The Transactions" and "Energy Future Competitive Holdings Management's Discussion and Analysis of Financial Condition and Results of Operations."

The Merger was accounted for as a business combination using the purchase method of accounting in accordance with the provisions of SFAS No. 141. For purposes of the Merger, EFH Corp., the parent of Energy Future Competitive Holdings, is the acquired entity. Accordingly, we have adjusted the historical financial information of Energy Future Competitive Holdings to give effect to the impact of the consideration paid in connection with the Merger. In the unaudited condensed consolidated pro forma balance sheet, Texas Holdings' cost to acquire EFH Corp. has been allocated to the assets to be acquired and liabilities to be assumed based on management's preliminary valuation estimates. For purposes of developing pro forma adjustments, we assumed that the historical values of current assets acquired and current liabilities assumed approximate their fair values, which may change as a result of fair valuation of certain of our assets including intangible assets and liabilities. A final determination of the purchase accounting adjustments, including the allocation of the purchase price to the assets acquired and liabilities assumed based on their respective fair values, will not occur until after the closing of the Merger. Accordingly, the purchase accounting adjustments with respect to the Merger made in connection with the development of these unaudited pro forma

53

EFIHMW00250125

condensed consolidated financial statements are preliminary and have been made solely for purposes of developing such pro forma financial data. Therefore, final purchase accounting adjustments are subject to revisions based on final determinations of fair values following the close of the Merger, which may differ materially from the values used herein and may cause future results of operations to differ from the pro forma financial data presented.

The impacts and adjustments in these unaudited pro forma condensed consolidated financial statements are based on events directly related to the Transactions and the Interim Facility Refinancing and do not represent projections or forward-looking statements. The unaudited pro forma financial data is for informational purposes only and should not be considered indicative of actual results that would have been achieved had these events actually been consummated on the dates indicated and do not purport to indicate results of operations as of any future date or for any future period. Further, the unaudited pro forma condensed consolidated financial statements does not reflect the impact of restructuring activities, cost savings, management compensation, nonrecurring charges, annual management fees, employee termination costs, affiliate interest income, and other exit costs that may result from or in connection with the Merger. For example, the unaudited pro forma financial data does not give effect to the $35 million annual management fee to be paid to the Sponsors. See "Related Party Transactions." The unaudited pro forma condensed consolidated financial statements do not include certain transaction costs that may be expensed versus capitalized as part of the purchase price. The historical results of Energy Future Competitive Holdings and its subsidiaries are not necessarily indicative of the results that may be expected in any future period after the close of the Merger.

In preparing the unaudited pro forma condensed consolidated financial statements, the primary adjustments to the historical financial statements of Energy Future Competitive Holdings and its subsidiaries were purchase accounting adjustments that include adjustments necessary to (i) allocate the estimated purchase price to the tangible and intangible assets and liabilities of Energy Future Competitive Holdings and its subsidiaries based on their estimated fair values; and (ii) adjust for the impacts related to debt and other financing expected to be issued and retired to consummate the Merger.

54

Highly Confidential

EFIHMW00250126

**ENERGY FUTURE COMPETITIVE HOLDINGS**
**UNAUDITED PRO FORMA CONDENSED CONSOLIDATED INCOME STATEMENT**
**FOR THE SIX MONTHS ENDED JUNE 30, 2007**

| | Historical(a) | Transaction Adjustments (in millions) | Pro Forma |
|---|---|---|---|
| Operating Revenues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $3,414 | $ (421)b | $ 2,993 |
| Costs and expenses: | | | |
| Fuel, purchased power costs and delivery fees . . . . . . . . . . . . . | $1,902 | $ 78c | $ 1,980 |
| Operating costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 313 | | 313 |
| Depreciation and amortization . . . . . . . . . . . . . . . . . . . . . . . . . . | 161 | 174d | 335 |
| Selling, general and administrative expenses . . . . . . . . . . . . . . | 286 | 27e | 313 |
| Franchise and revenue-based taxes . . . . . . . . . . . . . . . . . . . . . . | 54 | | 54 |
| Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (34) | | (34) |
| Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | | 14 |
| Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (189) | | (189) |
| Interest expense and related charges . . . . . . . . . . . . . . . . . . . . | 198 | 1,127f | 1,325 |
| Total costs and expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $2,705 | $ 1,406 | $ 4,111 |
| Income (loss) from continuing operations before income taxes . . . | $ 709 | $(1,827) | $(1,118) |
| Income tax expense (benefit) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 199 | (639)g | (440) |
| Income (loss) from continuing operations . . . . . . . . . . . . . . . . . . . . . | $ 510 | $(1,188) | $ (678) |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Income Statements, which are an integral part of these statements.

55

EFIHMW00250127

**ENERGY FUTURE COMPETITIVE HOLDINGS**
**UNAUDITED PRO FORMA CONDENSED CONSOLIDATED INCOME STATEMENT**
**FOR THE SIX MONTHS ENDED JUNE 30, 2006**

| | Historical(a) | Transaction Adjustments (in millions) | Pro Forma |
|---|---|---|---|
| Operating Revenues | $4,478 | $ (108)b | $4,370 |
| Costs and expenses: | | | |
| Fuel, purchased power costs and delivery fees | $1,733 | $ 78 c | $1,811 |
| Operating costs | 300 | | 300 |
| Depreciation and amortization | 170 | 174 d | 344 |
| Selling, general and administrative expenses | 243 | 7 e | 250 |
| Franchise and revenue-based taxes | 55 | | 55 |
| Other Income | (28) | | (28) |
| Other deductions | 201 | | 201 |
| Interest income | (100) | | (100) |
| Interest expense and related charges | 167 | 1,127 f | 1,294 |
| Total costs and expenses | $2,741 | $ 1,386 | $4,127 |
| Income (loss) from continuing operations before income taxes | $1,737 | $(1,494) | $ 243 |
| Income tax expense (benefit) | 622 | (523)g | 99 |
| Income (loss) from continuing operations | $1,115 | $ (971) | $ 144 |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Income Statements, which are an integral part of these statements.

Highly Confidential

EFIHMW00250128

**ENERGY FUTURE COMPETITIVE HOLDINGS**
**UNAUDITED PRO FORMA CONDENSED CONSOLIDATED INCOME STATEMENT**
**FOR THE TWELVE MONTHS ENDED JUNE 30, 2007**

|  | Historical(a) | Transaction Adjustments (in millions) | Pro Forma |
|---|---|---|---|
| Operating Revenues | $8,543 | $  (347)b | $8,196 |
| Costs and expenses: |  |  |  |
| Fuel, purchased power costs and delivery fees | $4,098 | $  156 c | $4,254 |
| Operating costs | 617 |  | 617 |
| Depreciation and amortization | 325 | 348 d | 673 |
| Selling, general and administrative expenses | 576 | 59 e | 635 |
| Franchise and revenue-based taxes | 126 |  | 126 |
| Other Income | (78) |  | (78) |
| Other deductions | 23 |  | 23 |
| Interest income | (341) |  | (341) |
| Interest expense and related charges | 366 | 2,254 f | 2,620 |
| Total costs and expenses | $5,712 | $ 2,817 | $8,529 |
| Income (loss) from continuing operations before income taxes | $2,831 | $(3,164) | $ (333) |
| Income tax expense (benefit) | 900 | (1,107)g | (207) |
| Income (loss) from continuing operations | $1,931 | $(2,057) | $ (126) |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Income Statements, which are an integral part of these statements.

Highly Confidential

EFIHMW00250129

**ENERGY FUTURE COMPETITIVE HOLDINGS**
**UNAUDITED PRO FORMA CONDENSED CONSOLIDATED INCOME STATEMENT**
**FOR THE YEAR ENDED DECEMBER 31, 2006**

| | Historical(a) | Transaction Adjustments (in millions) | Pro Forma |
|---|---|---|---|
| Operating Revenues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $9,607 | $ (35)b | $9,572 |
| Costs and expenses: | | | |
|     Fuel, purchased power costs and delivery fees . . . . . . . . . . . . . | $3,929 | $ 156 c | $4,085 |
|     Operating costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 604 | | 604 |
|     Depreciation and amortization . . . . . . . . . . . . . . . . . . . . . . . . . . . | 334 | 348 d | 682 |
|     Selling, general and administrative expenses . . . . . . . . . . . . . . . | 533 | 39 e | 572 |
|     Franchise and revenue-based taxes . . . . . . . . . . . . . . . . . . . . . . | 127 | | 127 |
|     Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (72) | | (72) |
|     Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 210 | | 210 |
|     Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (252) | | (252) |
|     Interest expense and related charges . . . . . . . . . . . . . . . . . . . . . | 335 | 2,254 f | 2,589 |
| Total costs and expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $5,748 | $ 2,797 | $8,545 |
| Income (loss) from continuing operations before income taxes . . . | $3,859 | $(2,832) | $1,027 |
| Income tax expense (benefit) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $1,323 | $ (991)g | $ 332 |
| Income (loss) from continuing operations . . . . . . . . . . . . . . . . . . . . . . | $2,536 | $(1,841) | $ 695 |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Income Statements,
which are an integral part of these statements.

58

Highly Confidential

EFIHMW00250130

**ENERGY FUTURE COMPETITIVE HOLDINGS**
**NOTES TO UNAUDITED PRO FORMA CONDENSED**
**CONSOLIDATED INCOME STATEMENTS—(Continued)**

(a) *Historical presentation*—The amounts presented for Energy Future Competitive Holdings are derived from the historical audited consolidated income statements for the year ended December 31, 2006 and Energy Future Competitive Holdings' historical unaudited condensed consolidated income statements for the six month periods ended June 30, 2007 and June 30, 2006, in each case included elsewhere in this offering circular.

(b) *Revenues*—represents the pro forma adjustments required to record the amortization related to the fair value of intangible liabilities related to sales contracts and other legal or economic rights. For purposes of this adjustment, amortization was determined based on straight-line method over an estimated useful life of 31 years. These adjustments increased revenues by approximately $11 million, $22 million, $11 million and $22 million for the six month period ended June 30, 2007, the year ended December 31, 2006, the six month period ended June 30, 2006, and the twelve month period ended June 30, 2007, respectively. Additionally, the pro forma adjustment reflects the historical mark-to-market earnings impact of certain derivative transactions of Luminant Development that will be contributed into Energy Future Competitive Holdings by EFH Corp. immediately prior to the closing of the Merger. These adjustments decreased operating revenues by approximately $58 million, $432 million, $370 million, and $119 million for the year ended December 31, 2006, the six month period ended June 30, 2007, the twelve month period ended June 30, 2007, and the six month period ended June 30, 2006, respectively. These items are required to be made to the operating revenue line item in the income statement since the activity associated with the underlying contracts or other legal or economic rights have historically been reported as a component of operating revenue.

(c) *Fuel, purchase power costs and delivery fees*—represents pro forma adjustments required to record the amortization related to the fair value of intangible assets related to contracts, and other legal or economic rights. For purposes of this adjustment, amortization was determined for different categories of intangible assets based on a straight-line method over useful lives ranging from 15 to 28 years. These adjustments increased costs and expenses by approximately $78 million, $156 million, $78 million and $156 million for the six month period ended June 30, 2007, the year ended December 31, 2006, the six month period ended June 30, 2006 and the twelve month period ended June 30, 2007, respectively. These adjustments were required to be made to the fuel, purchase power costs and delivery fees line item in the income statement since the activity associated with the underlying contracts, and other legal or economic rights is reported as a component of costs. Adjustments also include additional amortization expense for adjustments to nuclear fuel balances included in property, plant and equipment in the balance sheet.

(d) *Depreciation and amortization expense*—represents the pro forma adjustment required to adjust in property, plant and equipment to record power generation assets and other tangible property at their respective fair values as well as to record the fair value of customer-based intangible assets. For purposes of this adjustment, depreciation and amortization was determined for different categories of property based on a straight-line method over estimated useful lives ranging from 7 to 45 years. These adjustments increased depreciation expense approximately $174 million, $348 million, $174 million and $348 million for the six month period ended June 30, 2007, the year ended December 31, 2006, the six month period ended June 30, 2007, and the twelve month period ended June 30, 2007, respectively. An increase or decrease in the fair value of these assets of $500 million would result in an increase or decrease in depreciation and amortization expense of approximately $21 million and $10 million on an annual and six months basis, respectively.

59

EFIHMW00250131

**ENERGY FUTURE COMPETITIVE HOLDINGS**
**NOTES TO UNAUDITED PRO FORMA CONDENSED**
**CONSOLIDATED INCOME STATEMENTS—(Continued)**

(e)  *Selling, general and administrative expense*—represents pro forma adjustments to reflect additional historical expenses recognized by Luminant Development that immediately prior to closing of the Merger will be contributed into Energy Future Competitive Holdings by EFH Corp.

(f)  *Interest expense*—represents pro forma adjustments related to the increase in interest expense as a result of the borrowings made to finance the Merger, less certain interest expense associated with the debt that is to be repaid as part of the Transactions (see "Description of Other Indebtedness—Debt Repayment"). In connection with the Merger, approximately $27,287 million of new debt was incurred by Energy Future Competitive Holdings and its subsidiaries, with approximately $4,445 million of existing debt repaid, resulting in a net increase in debt of approximately $22,842 million. This increase in debt significantly increased the overall interest expense for Energy Future Competitive Holdings. An incremental one-eighth percent increase or decrease in the assumed weighted average rates would increase or decrease interest expense by approximately $24 million on an annual basis and $12 million over a six month period.

Additionally, this adjustment includes interest amounts arising from the fair valuation of the existing debt of Energy Future Competitive Holdings and its subsidiaries that remained outstanding as of after the Merger. The final determination of the fair value of the debt will be based on the prevailing market interest rates at the closing of the Merger and the necessary adjustment will be amortized as an increase (in the case of a discount to par value) or a decrease (in the case of a premium to par value) to interest expense over the remaining life of each debt issuance.

Further, this adjustment includes amounts to reduce interest expense for the removal of existing deferred financing costs, as well as the addition of interest expense associated with the estimated deferred financing costs of the Debt Financing to be issued in connection with the Merger.

Interest Expense Adjustments:

|  | 6 months | 12 months |
|---|---|---|
|  | (in millions of dollars) | |
| Cash interest | $1,083 | $2,166 |
| Amortization of deferred financial costs | 35 | 71 |
| Purchase accounting impacts | 9 | 17 |
| Total | $1,127 | $2,254 |

(g)  *Income tax provision*—represents the pro forma tax effect of the above adjustments based on an estimated statutory rate of approximately 35%. This estimate could change based on changes in the applicable tax rates and finalization of the tax position of the Issuer following the Merger.

60

Highly Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS**
**UNAUDITED CONDENSED CONSOLIDATED PRO FORMA BALANCE SHEET**
**AS OF JUNE 30, 2007**

| | Historical | Transaction Adjustments | Pro Forma |
|---|---|---|---|
| | | ($ in millions) | |
| Cash and cash equivalents | $ 404 | $ (270)b | $ 134 |
| Restricted cash | 1 | | 1 |
| Trade accounts receivable—net | 833 | | 833 |
| Advances to affiliates | 4,339 | (4,339)c | — |
| Note receivable from parent | 1,500 | (1,500)c | — |
| Income taxes receivable | — | | — |
| Inventories | 357 | | 357 |
| Commodity and other derivative contractual assets | 287 | | 287 |
| Accumulated deferred income taxes | 601 | | 601 |
| Margin deposits related to commodity positions | 448 | (148)d | 300 |
| Other current assets | 88 | | 88 |
| Total current assets | 8,858 | (6,257) | 2,601 |
| | | | |
| Restricted cash | 102 | 1,250 e | 1,352 |
| Investments | 571 | 130 f | 701 |
| Advances to parent | — | | — |
| Property, plant and equipment—net | 10,168 | 8,339 g,n | 18,507 |
| Goodwill | 517 | 20,483 h | 21,000 |
| Intangible assets | — | 3,575 i | 3,575 |
| Commodity and other derivative contractual assets | 151 | | 151 |
| Other noncurrent assets | 276 | 392 j | 668 |
| Total assets | $20,643 | $27,912 | $48,555 |
| | | | |
| Short-term borrowings | $ 2,195 | $ (2,195)k | $ — |
| Long-term debt due currently | 285 | (250)k | 35 |
| Trade accounts payable | 733 | | 733 |
| Trade accounts payable—affiliates | 187 | | 187 |
| Commodity and other derivative contractual liabilities | 405 | | 405 |
| Margin deposits related to commodity positions | 35 | | 35 |
| Accrued income taxes payable to parent | 36 | | 36 |
| Accrued taxes other than income | 54 | | 54 |
| Other current liabilities | 336 | (58)l | 278 |
| Total current liabilities | 4,266 | (2,503) | 1,763 |
| | | | |
| Accumulated deferred income taxes | 2,371 | 4,110 m | 6,481 |
| Investment tax credits | 304 | | 304 |
| Commodity and other derivative contractual liabilities | 258 | 510 n | 768 |
| Notes or other liabilities due affiliates | 307 | | 307 |
| Long-term debt, less amounts due currently | 3,824 | 24,985 k | 28,809 |
| Other noncurrent liabilities and deferred credits | 1,780 | 414 l | 2,194 |
| Total liabilities | 13,110 | 27,516 | 40,626 |
| | | | |
| Shareholders' equity | 7,533 | 396 o | 7,929 |
| Total liabilities and shareholders' equity | $20,643 | $27,912 | $48,555 |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Balance Sheet, which are an integral part of these statements.

61

EFIHMW00250133

ENERGY FUTURE COMPETITIVE HOLDINGS
NOTES TO UNAUDITED PRO FORMA CONDENSED
CONSOLIDATED BALANCE SHEET—Continued

(a)    *Historical Presentation*—The amounts presented for Energy Future Competitive Holdings are derived from the historical unaudited condensed consolidated balance sheet for the six months ended June 30, 2007 included elsewhere within this offering circular.

(b)    *Cash and Cash Equivalents*—represents the pro forma adjustments required to reflect changes resulting from the payment of certain transaction fees and the return of margin deposits related to commodity positions associated with the implementation of the Commodity Collateral Posting Facility.

(c)    *Affiliated and Parent Advances/Notes*—represents pro forma adjustment for the settlement of these historical advances and notes between Energy Future Competitive Holdings and its affiliates of Parent respectively.

(d)    *Margin deposits related to commodity positions*—represents pro forma adjustments for the return of certain margin deposits related to commodity positions that were returned to Energy Future Competitive Holdings as part of the implementation of the TCEH Commodity Collateral Posting Facility.

(e)    *Restricted cash*—represents pro forma adjustment related to the increase in restricted cash representing cash received from the TCEH Letter of Credit Facility, which was fully funded at the close of the Merger.

(f)    *Investments*—represents the pro forma adjustment required to adjust certain investments in real estate to their fair values.

(g)    *Property, Plant & Equipment*—represents the pro forma adjustment required to record power generation assets, nuclear fuel, and other property, plant and equipment at fair value. This adjustment also includes the elimination of existing accumulated depreciation recorded to date as the property will have a new cost basis and be depreciated after the completion of the Transactions. Additionally, this adjustment includes amounts related to fair value estimates for real estate and development projects in process that are currently not part of Energy Future Competitive Holdings' operations. All of these adjustments were determined by using management's estimates and assumptions related to the fair value of the assets based on current market indicators for fuel prices, emissions and regulatory costs, electricity prices, operation and maintenance costs, readily observable real estate transactions, and other market factors. The estimated fair values used in this adjustment are preliminary and are significantly affected by assumptions, changes in which could materially change the resulting fair values. The net increase in property, plant, and equipment will be depreciated over the estimated remaining useful lives of related depreciable assets, which range from 7 to 45 years, while the increase in value related to real estate will not be depreciated for financial reporting purposes.

(h)    *Goodwill*—represents the excess of the purchase price of the transaction over the estimated fair values of the assets acquired and liabilities assumed. The estimated purchase price of $28,266 million for Energy Future Competitive Holdings was made by an allocation of the total purchase price of EFH Corp. based on the relative enterprise value of Energy Future Competitive Holdings. Under the purchase method of accounting, the total estimated purchase price is allocated to all tangible and identifiable intangible assets acquired and liabilities assumed based on their respective fair values on the date the transaction is consummated (for purposes of this unaudited pro forma condensed consolidated balance sheet that date is assumed to be June 30, 2007). The fair value estimates of the assets and liabilities in this pro forma condensed consolidated balance sheet are preliminary and were developed solely to be used in these statements. Additionally, the

62

EFIHMW00250134

## ENERGY FUTURE COMPETITIVE HOLDINGS
## NOTES TO UNAUDITED PRO FORMA CONDENSED
## CONSOLIDATED BALANCE SHEET—Continued

fair value estimates are subject to revisions based on a multitude of factors and additional information that may come to our knowledge, all of which could have a material affect on the ultimate valuation. The following table summarizes the allocation of fair value to the assets and liabilities of Energy Future Competitive Holdings:

| Item | Fair Value |
|---|---|
| | (in millions of dollars) |
| Property, plant and equipment | (18,507) |
| Cash and restricted cash | (1,487) |
| Commodity and other derivative contractual assets | (438) |
| Other current assets | (2,179) |
| Investments | (701) |
| Intangibles | (3,575) |
| Other noncurrent assets | (668) |
| Other current liabilities | 1,323 |
| Short-term borrowings and Long-term debt due currently | 35 |
| Commodity and other derivative contractual liabilities | 1,173 |
| Accumulated deferred income taxes | 6,481 |
| Long-term debt, less amounts due currently | 28,809 |
| Other noncurrent liabilities | 2,805 |
| Shareholder's equity | 7,929 |
| Goodwill | 21,000 |

In accordance with SFAS No. 142, "Goodwill and Other Intangible Assets", goodwill is not amortized but is required to undergo impairment tests at least annually or more frequently if facts and circumstances indicate an impairment may have occurred. If an impairment exists, goodwill is immediately written down to its fair value through a charge to earnings. Accordingly, goodwill arising from the Merger will be subject to an impairment test at least annually.

Other amounts included in this pro forma adjustment are based on the removal of previously existing goodwill on Energy Future Competitive Holdings' balance sheet of approximately $517 million.

(i)    *Intangible assets*—represents the pro forma adjustment required to recognize certain identifiable intangible assets of Energy Future Competitive Holdings and its subsidiaries. Intangible assets arise due to certain contractual, legal, or other economic rights, as well as customer relationships, that are separately identifiable from other assets. Several of the intangible assets relate to contracts in our power generation or wholesale business that are not accounted for under mark-to-market accounting since the contracts are not considered derivatives or have been elected to be treated as normal purchases or normal sales under SFAS No. 133. Additionally, an intangible asset will be recognized for the value of environmental emission credits allocated to our power generation fleet by regulatory bodies. The adjustment for emission credits was determined based on current market information utilizing a discounted cash flow valuation. All of the valuations of these intangibles are preliminary and could be materially affected by changes in market prices of fuel, electricity, emission credits, customer revenue streams, and other market factors. The total amount of all intangible assets recognized in this adjustment is approximately $3,575 million.

The adjustments related to intangible assets will be amortized over the estimated remaining contractual terms ranging from 4 to 34 years, except for the TXU Energy Trademark, which will not be amortized but will be subject to periodic impairment tests.

63

EFIHMW00250135

**ENERGY FUTURE COMPETITIVE HOLDINGS**
**NOTES TO UNAUDITED PRO FORMA CONDENSED**
**CONSOLIDATED BALANCE SHEET—Continued**

(j)  *Other noncurrent assets*—represents the pro forma adjustments to eliminate $42 million of deferred financing costs related to existing debt issuances and to recognize deferred financing costs of $494 million associated with new debt issued related to the Merger.

(k)  *Long-term debt and short-term borrowings*—represents pro forma adjustments for the issuance of new debt in the Transactions, as well as adjustments for the repayment of existing debt of Energy Future Competitive Holdings and its subsidiaries and the Interim Facility Refinancing. For more information, see "Use of Proceeds", "The Transactions Debt Repayment" and the related notes included elsewhere in this offering circular.

Also included in this adjustment is the effect of the fair valuation of the existing debt of Energy Future Competitive Holdings and its subsidiaries that remained after the close of the Merger. Those adjustments resulted in an estimated net discount to debt of approximately $287 million. The final determination of the fair value of the debt will be based on prevailing market interest rates at the completion of the Merger and the necessary adjustment will be amortized as an increase (in the case of a discount to par value) or a decrease (in the case of a premium to par value) to interest expense over the remaining life of each debt issuance.

The total pro forma adjustments related to debt are as follows (in millions):

| | |
|---|---:|
| Expected repayment of current debt | $ (2,445) |
| Expected repayment of long-term debt | (2,015) |
| New long-term debt in connection with the Merger | 27,287 |
| Discount on existing debt | (287) |
| Total adjustment | $22,540 |

(l)  *Other current and noncurrent liabilities*—represents pro forma adjustments to record various unfavorable operating contracts related to transactions that contain unfavorable pricing terms. The amounts relate to power sales agreements, fuel procurement agreements, operating leases and other contracts that are not currently recognized in the historical financial statements. The aggregate adjustment is approximately $701 million for these contracts. These adjustments were developed using estimated fair values based on current market information. The resulting calculations are preliminary and the final determination of the value of these liabilities will be materially impacted by changes in market prices of fuel, electricity, and other market factors at their fair value. This adjustment also includes amounts to remove certain deferred credits that are required to be removed by EITF Issue No. 01-03, "Accounting in a Business Combination for Deferred Revenue of an Acquiree". Those amounts are approximately $345 million, of which $58 million was removed from other current liabilities and $287 million was removed from other noncurrent liabilities.

(m)  *Deferred taxes*—represents pro forma adjustments to record additional net deferred income tax liabilities to account for the differences between book and tax basis of net assets acquired arising from the fair value adjustments. This adjustment was based on an estimated statutory tax rate of approximately 35%, which could change based on changes in the applicable tax rates and finalization of the combined entity's tax position.

(n)  *Luminant Construction*—represents pro forma adjustments to reflect the movement of certain assets and liabilities from TXU Generation Development Company into Energy Future Competitive Holdings. These assets and liabilities consist of construction work-in process balances related to the Oak Grove and Sandow 5 projects and natural gas hedges associated with the long-term hedging program. The adjustment is required for assets contributed to a

64

EFIHMW00250136

**ENERGY FUTURE COMPETITIVE HOLDINGS**
**NOTES TO UNAUDITED PRO FORMA CONDENSED**
**CONSOLIDATED BALANCE SHEET—Continued**

subsidiary under common control, resulting in an increase in net assets and equity. The adjustment approximated a $1,040 million increase to property, plant and equipment and a $510 million increase to commodity and other derivative contract liabilities.

(o)   *Shareholders' equity*—represents pro forma adjustments for eliminating the historical shareholders equity of Energy Future Competitive Holdings and the estimated fair value of its equity.

65

Highly Confidential

## ENERGY FUTURE COMPETITIVE HOLDINGS SELECTED
## HISTORICAL CONSOLIDATED FINANCIAL DATA

The following table sets forth the selected historical consolidated financial data of Energy Future Competitive Holdings as of and for the periods indicated. The selected financial data as of December 31, 2005 and 2006 and for each of the three years ended December 31, 2004, 2005 and 2006 have been derived from our audited historical consolidated financial statements and related notes included elsewhere in this offering circular. The selected financial data as of December 31, 2002, 2003 and 2004 and for the two years ended December 31, 2002 and 2003 have been derived from our historical consolidated financial statements that are not included herein. The selected financial data as of June 30, 2007 and for the six months ended June 30, 2007 and June 30, 2006 were derived from our unaudited historical condensed consolidated financial statements included elsewhere in this offering circular. The unaudited financial data presented have been prepared on a basis consistent with our audited consolidated financial statements. In the opinion of management, such unaudited financial data reflect all adjustments, consisting only of normal and recurring adjustments, necessary for a fair presentation of the results for those periods. The results of operations for the interim periods are not necessarily indicative of the results to be expected for the full year or any future period.

The selected historical consolidated financial data set forth below should be read in conjunction with "Energy Future Competitive Holdings Management's Discussion and Analysis of Financial Condition and Results of Operations" and the consolidated financial statements and related notes thereto appearing elsewhere in this offering circular.

| | Year Ended December 31, | | | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2006 | 2007 |
| | (millions of dollars, except ratios) | | | | | | |
| **Statements of income data:** | | | | | | | |
| Operating revenues.......................... | $8,080 | $8,573 | $9,201 | $10,660 | $ 9,607 | $ 4,478 | $3,414 |
| Income from continuing operations before extraordinary gain (loss) and cumulative effect of changes in accounting principles .............................. | 547 | 736 | 672 | 1,816 | 2,536 | 1,115 | 510 |
| Income (loss) from discontinued operations, net of tax effect........................... | (52) | (18) | (34) | (8) | — | — | — |
| Extraordinary gain (loss), net of tax effect.... | (134) | — | 16 | (50) | — | — | — |
| Cumulative effect of changes in accounting principles, net of tax effect................ | — | (58) | 6 | (8) | — | — | — |
| Preference stock dividends.................. | 9 | 5 | 2 | 3 | — | — | — |
| Net income (loss) available for common stock .................................... | 352 | 655 | 658 | 1,747 | 2,536 | 1,115 | 510 |
| Ratio of earnings to fixed charges(a) ........ | 2.55x | 2.63x | 2.47x | 5.04x | 11.05x | 10.09x | 4.14x |
| Ratio of earnings to combined fixed charges and preference dividends(a).............. | 2.48x | 2.60x | 2.45x | 5.01x | 11.05x | 10.09x | 4.14x |

66

EFIHMW00250138

| | Year Ended December 31, | | | | | Six Months Ended June 30, 2007 |
|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | |
| | (millions of dollars, except ratios) | | | | | |
| **Balance sheet data (at period end):** | | | | | | |
| Total assets | $24,877 | $23,070 | $23,963 | $18,451 | $19,660 | $20,643 |
| Property, plant and equipment—net | 16,436 | 16,677 | 16,529 | 9,994 | 9,924 | 10,168 |
| Total intangible assets | 914 | 884 | 687 | 522 | 527 | 536 |
| Exchangeable subordinated notes(b) | 486 | — | | | | |
| Long-term debt, less amounts due currently | 6,127 | 7,217 | 7,571 | 3,284 | 3,088 | 3,824 |
| Exchangeable preferred membership interests(b) | | 497 | 511 | — | — | — |
| Preferred stock of subsidiaries: | | | | | | |
| Not subject to mandatory redemption(c) | 115 | 38 | 38 | — | — | — |
| Subject to mandatory redemption | 21 | — | | | | |
| Common stock equity | 6,587 | 6,282 | 6,373 | 5,640 | 7,867 | 7,533 |
| Total | $13,336 | $14,034 | $14,493 | $ 8,924 | $10,955 | $11,357 |
| **Capitalization ratios—(at period end):** | | | | | | |
| Exchangeable subordinated notes(b) | 3.6% | —% | —% | —% | —% | —% |
| All other long-term debt, less amounts due currently | 45.9% | 51.4% | 52.2% | 36.8% | 28.2% | 33.7% |
| Exchangeable preferred membership interests | —% | 3.5% | 3.5% | 44.0% | 63.2% | 66.3% |
| Preferred stock of subsidiaries(c) | 1.0% | 0.3% | 0.3% | —% | —% | —% |
| Common stock equity | 49.4% | 44.8% | 44.0% | 63.2% | 71.8% | 66.3% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Notes payable—commercial paper | — | — | — | $ 306 | $ 623 | — |
| Notes payable—banks | 1,804 | — | 210 | 440 | 195 | 2,195 |
| Long-term debt due currently | 397 | 249 | 218 | 414 | 178 | 285 |
| Embedded interest cost on long-term debt—end of year(d) | 6.9% | 6.6% | 6.1% | 7.0% | 7.2% | 7.0% |
| Embedded interest cost on long-term debt held by subsidiary trusts | —% | —% | —% | —% | —% | —% |
| Embedded dividend cost on preferred stock—end of year(e) | 7.5% | 14.7% | 14.0% | —% | —% | —% |

| | Year Ended December 31, | | | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2006 | 2007 |
| | (millions of dollars, except ratios and per share amounts) | | | | | | |
| **Statement of Cash Flows Data:** | | | | | | | |
| Cash flows provided by (used in) operating activities of continuing operations | $1,291 | $ 1,959 | $ 1,838 | $ 2,580 | $ 4,754 | $ 2,125 | $ (632) |
| Cash flows provided by (used in) investing activities of continuing operations | (572) | (712) | (1,776) | (2,572) | (3,494) | (2,463) | (601) |
| Cash flows provided by (used in) financing activities of continuing operations | 774 | (1,944) | (772) | (61) | (1,265) | 331 | 1,630 |
| **Other Financial Data:** | | | | | | | |
| Capital expenditures | 797 | 706 | 881 | 1,042 | 388 | 218 | 381 |

(a) For purposes of computing the ratio of earnings to fixed charges and ratio of earnings to combined fixed charges and preference dividends, (1) earnings consist of net income plus expenses income taxes plus fixed charges less capitalized related to indebtedness. For purpose of computing the ratio of earnings to combined fixed charges and preference dividends, preference share dividends are included in fixed charges.

(b) Amount is presented net of discount. In July 2003, Texas Competitive Holdings exercised its right to exchange its exchangeable subordinated notes for exchangeable preferred membership interests. In April 2004, EFH Corp. repurchased Texas Competitive Holdings' exchangeable preferred membership interests. Such membership interests were contributed to Energy Future Competitive Holdings in 2005.

(c) Preferred stock outstanding at the end of 2006 and 2005 has a stated amount of $51,000. In August 2005, Energy Future Competitive Holdings redeemed all shares of its outstanding preferred stock. In December 2005, Energy Future Competitive Holdings reissued 788 shares of its preferred stock in a private placement transaction.

67

EFIHMW00250139

(d)  Represents the annual interest and amortization of any discounts, premiums, issuance costs and any deferred gains/losses
     on reacquisitions divided by the carrying value of the debt plus or minus the unamortized balance of any discounts,
     premiums, issuance costs and gains/losses on reacquisitions at the end of the year.
(e)  Includes the effects of the loss on reacquired preferred stock, including associated amortization.

Prior year amounts have been reclassified for discontinued operations. Share and per share amounts reflect the 2005 two-for-one stock split which occurred on November 18, 2005.

Certain previously reported financial statistics reflect reclassifications to conform to current year classifications.

68

EFIHMW00250140

PX 006
Page 75 of 382

### ENERGY FUTURE COMPETITIVE HOLDINGS MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*The following discussion and analysis of our financial condition and results of operations primarily covers periods prior to the closing of the Merger. Accordingly, other than in "—Financial Condition—Post Merger," the discussion and analysis of historical periods does not reflect the significant impact that the Merger will have on us, including significantly increased leverage and liquidity requirements. You should read the following discussion of our results of operations and financial condition with the "Energy Future Competitive Holdings Unaudited Pro Forma Condensed Consolidated Financial Statements," "Energy Future Competitive Holdings Selected Historical Consolidated Financial Data" and the audited and unaudited historical consolidated financial statements and related notes included elsewhere in this offering circular. This discussion contains forward-looking statements and involves numerous risks and uncertainties, including, but not limited to, those described in the "Risk Factors" section of this offering circular. Actual results may differ materially from those contained in any forward-looking statements.*

**Until December 2005, Oncor Electric Delivery was a wholly-owned subsidiary of Energy Future Competitive Holdings. Therefore, the results of operations of Oncor Electric Delivery are reflected in Energy Future Competitive Holdings' financial information for 2005 and 2004, but are not included in the 2006 financial information or any interim period.**

### Business

We are a subsidiary of EFH Corp., a Dallas-based energy company that manages a portfolio of competitive and regulated energy businesses in Texas. We are a holding company for EFH Corp.'s Luminant and TXU Energy businesses, which are engaged in competitive electricity market activities largely in Texas, including electricity generation conducted through Luminant Power, wholesale energy markets activities conducted through Luminant Energy, electricity generation construction conducted through Luminant Construction and the retail sale of electricity conducted through TXU Energy.

### Significant Developments

*Merger*

On October 10, 2007, Energy Future Holdings Corp. completed its Merger with Merger Sub, a wholly-owned subsidiary of Texas Holdings. As a result of the Merger, Energy Future Holdings Corp. became a wholly-owned subsidiary of Texas Holdings. Texas Holdings is controlled by investment funds affiliated with KKR, TPG and Goldman, Sachs & Co. In connection with the Merger, C. John Wilder, Energy Future Holdings Corp.'s Chairman and Chief Executive Officer, resigned from Energy Future Holdings Corp.

The aggregate purchase price paid for all of the equity securities of Energy Future Holdings Corp. (on a fully-diluted basis) was approximately $32.4 billion, which purchase price was funded by the equity financing from the Sponsors and certain other investors and by the new credit facilities described below. This purchase amount is exclusive of costs directly associated with the Merger, including legal, consulting and professional service fees and certain effects of the proposed regulatory settlement referred to below. For additional details regarding the effects of the completion of the Merger, see Note 14 to the June 30, 2007 Financial Statements and Note 26 to the 2006 year-end Financial Statements. For additional details regarding the allocation of the purchase price to the fair value of the net assets acquired using purchase accounting, see the "Energy Future Competitive Holdings Unaudited Pro Forma Condensed Consolidated Financial Statements."

69

EFIHMW00250141

*Texas Generation Facilities Development*

Luminant Construction is developing three lignite coal-fueled generation units in the state of Texas with a total estimated capacity of approximately 2,200 MW. The three units consist of one new generation unit at one of Luminant Power's existing lignite coal-fueled generation plant sites (Sandow) and two units at one of our sites (Oak Grove) that was originally slated for the construction of a generation plant a number of years ago.

Design and procurement activities for the three proposed units are at an advanced stage and site construction is well underway. Air permits for all three proposed units have been obtained. In June 2007, the TCEQ voted to approve the air permit for the two Oak Grove units. Certain opponents of the new units at Oak Grove appealed the TCEQ's permit decision to district court in Travis County, Texas, but the permit remains in full force notwithstanding this action. Also, in December 2006, certain environmental organizations filed a lawsuit in federal court alleging that the permitted application for the Oak Grove units had violated provisions of the federal Clean Air Act and Texas Health and Safety Code. In May 2007, the District Court granted EFH Corp's motion to dismiss the plaintiffs' complaint, and the decision of that court has been appealed to the Fifth Circuit Court of Appeals. In September 2007, a subsidiary of EFH Corp. acquired from Alcoa Inc. the air permit relating to the Sandow Facility that has been previously issued by the TCEQ. Although a federal district judge approved a settlement pursuant to which we acquired the permit, environmental groups opposed to the settlement have appealed the decision to the Fifth Circuit Court of Appeals. EPC agreements have been executed with leading EPC contractors to engineer and construct the Sandow and Oak Grove units. The expected on-line dates of the units are as follows: Sandow in 2009 and Oak Grove's two units in 2009 and 2010.

In September 2007, subsidiaries of EFH Corp. acquired certain assets of Alcoa Inc. relating to the operation at the Three Oaks Mine (the lignite mine that serves the Sandow units), including partial ownership of the lignite reserves in the Three Oaks Mine, for approximately $135 million and assumed responsibility for mining operations at the Three Oaks Mine.

*Nuclear Generation Development*

EFH Corp. is proceeding with the preparation of a combined license application for two new nuclear generation facilities, each with approximately 1,700 MW (gross capacity), at its existing Comanche Peak nuclear generation site. Although EFH Corp. may select to develop additional sites at a later date subsequent to closing of the Merger, no work is being done on the development of nuclear generation facilities at additional sites at this time and there is no schedule for the submittal of additional combined license applications. It is currently anticipated that these new units would be developed by TCEH or its subsidiaries.

*Investment in Cleaner Coal-Fueled Generation Technologies*

In an initiative separate from but related to the planned generation development and related emissions controls investment spending, subsidiaries of Luminant expect to invest up to $2 billion over the next five to seven years for the development and commercialization of cleaner generation plant technologies, including integrated gasification combined cycle, the next generation of more efficient ultra-supercritical coal and pulverized coal emissions technology to reduce carbon dioxide emissions. Luminant Power has already initiated a number of actions, including research and development investments and partnerships, to advance next-generation technologies.

*Integrated Gasification Combined Cycle ("IGCC") Demonstration Plants*

In March 2007, EFH Corp. and the Sponsors announced their intention to explore the development of two IGCC commercial demonstration plants to be located in Texas and EFH Corp. expects to issue a request for proposal from companies offering coal gasification technologies with carbon dioxide capture.

70

EFIHMW00250142

*Long-term Hedging Program*

In October 2005, EFH Corp. initiated a long-term hedging program designed to reduce exposure to changes in future electricity prices due to changes in the price of natural gas. Under the program, subsidiaries of TCEH have entered into market transactions involving natural gas-related financial instruments. As of October 10, 2007, these subsidiaries have effectively sold forward approximately 2.6 billion MMBtu of natural gas (equivalent to the natural gas exposure of over 300,000 GWh at an assumed 8.5 MMBtu/Mwh market heat rate) over the period from 2008 to 2013 at average annual prices ranging from $7.25 per MMBtu to $8.15 per MMBtu.

Prior to March 2007, a significant portion of the instruments under the long-term hedging program had been designated as cash flow hedges. In March 2007, these instruments were dedesignated as allowed under SFAS 133. Changes in fair value of these hedges that were deferred in Energy Future Competitive Holdings' accumulated other comprehensive income totaled $136 million in pretax gains at the time of the dedesignation, and this amount is expected to be reclassified to net income as the related forecasted transactions settle. Subsequent changes in the fair value of these instruments are being marked-to-market in net income, which has and could continue to result in significantly increased volatility in reported earnings. Based on the size of the long-term hedging program as of October 10, 2007, a $1.00/MMBtu change in natural gas prices would result in the recognition by Energy Future Competitive Holdings of approximately $2.6 billion in pretax unrealized mark-to-market gains or losses.

In the first half of 2007, TCEH entered into a natural gas-related option agreement that resulted in a "day one" loss of $26 million. The "day one" loss essentially represents the discount to transact this position given its size and long dating.

Approximately 90% of TCEH's natural gas hedging transactions are secured by a first lien security interest in TCEH's assets (including the transactions supported by the TCEH Commodity Collateral Posting Facility) thereby reducing the collateral requirements of the hedging program.

*New Lease*

In September 2007, TCEH entered into a $52 million capital lease with High Ridge leasing to refinance an operating lease of rail cars. An obligation of $52 million will be reported as long-term debt.

*Retail Pricing*

In May 2007, EFH Corp. and the Sponsors announced that residential price cuts provided by TXU Energy, subsequent to the announcement of the Merger would total 15% (5% of which would only be implemented upon consummation of the Merger), which represents a five percentage point increase over the previously announced price discount program. The specifics of this price discount program and other pricing activities are as follows:

- a six percent price discount effective with March 27, 2007 meter reads to those existing residential customers in the historical service territory with month-to-month service plans and a rate equivalent to the former price-to-beat rate;

- an additional four percent price discount to the same class of customers as above effective with June 8, 2007 meter reads;

- an additional five percent price discount to such customers upon closing of the Proposed Merger;

- protection against price increases at the full fifteen percent discounted level through December 2008 (excluding increases in response to a change in law or regulatory charges); and

71

Highly Confidential

EFIHMW00250143

- A customer appreciation bonus totaling $100 applied to residential customers' bills, with $25 bonuses provided in each of the November 2006, February 2007, May 2007 and August 2007 bill cycles to each residential customer receiving service as of October 29, 2006 and living in areas where TXU Energy offered its price-to-beat rate.

**Key Risks and Challenges**

Following is a discussion of the key risks and challenges facing management and the initiatives currently underway to manage such challenges. This section should be read in conjunction with "Risk Factors."

*Natural Gas Price and Market Heat-Rate Exposure*

Wholesale electricity prices in the Texas market generally correlate with the price of natural gas because marginal demand for electricity supply is generally met with natural gas-fueled generation plants. Natural gas prices have increased significantly in recent years, but historically the price has fluctuated due to the effects of weather, changes in industrial demand and supply availability, and other economic and market factors. Wholesale electricity prices also move with market heat rates. Heat rate is the measure of the efficiency of the marginal supplier (generally natural gas-fueled plants) in generating electricity. The wholesale market price of power divided by the market price of natural gas represents the market heat rate.

In contrast to Energy Future Competitive Holdings' natural gas-fueled generation units, changes in natural gas prices have no significant effect on the cost of generating electricity from Energy Future Competitive Holdings' nuclear and lignite/coal-fueled plants. All other factors being equal, these baseload generation assets, which provided 70% of supply volumes in 2006, increase or decrease in value as natural gas prices rise or fall, respectively, because of the effect of natural gas prices on wholesale power prices.

With the exposure to variability of natural gas prices, retail sales price management and hedging activities are critical to the profitability of the business. With the expiration of the price-to-beat rate mechanism on January 1, 2007, Energy Future Competitive Holdings has price flexibility in all of its retail markets.

Considering forecasted electricity supply and sales load and wholesale market positions, Energy Future Competitive Holdings' portfolio position for 2007 is largely balanced with respect to changes in natural gas prices. The supply and load forecast takes into account projections of baseload unit availability and customer churn and currently assumes no further changes in retail rates for customers not already on a fixed price contract.

Energy Future Competitive Holdings' approach to managing commodity price risk focuses on the following:

- improving customer service to attract and retain high-value customers;

- continuing to follow a retail pricing strategy that appropriately reflects the magnitude and costs of commodity price risk;

- continuing reduction of fixed costs to better withstand gross margin volatility; and

- employing disciplined hedging and risk management strategies through physical and financial energy-related (electricity and natural gas) contracts to partially hedge gross margins.

72

Highly Confidential

EFIHMW00250144

As discussed above under "—Significant Developments—Long-term Hedging Program", Energy Future Competitive Holdings has implemented a long-term hedging program that it believes mitigates the risk of future declines in wholesale electricity prices due to declines in natural gas prices.

The following scenarios are presented to quantify the potential impact of movements in natural gas prices and market heat rates. Illustratively, if TCEH's sales prices immediately and fully adjusted to reflect changes in wholesale electricity prices due to changes in natural gas prices, and taking into account the hedges in place at year-end 2006 under the long-term hedging program expected to settle in 2007, Energy Future Competitive Holdings could experience an approximate $300 million reduction in annual pretax earnings for every $1.00 per MMBtu reduction in natural gas prices (approximate 14% change in current price) sustained over the full year. In the same scenario of full and immediate pass-through of wholesale electricity price changes to sales prices, where natural gas prices and other nonprice conditions remained unchanged but ERCOT wholesale electricity prices declined by $5/MWh (approximate 9% change in current price) for a full year because of a decline in market heat rates, Energy Future Competitive Holdings could experience an approximate $300 million reduction in annual pretax earnings.

The long-term hedging program does not mitigate exposure to changes in market heat rates. Energy Future Competitive Holdings' market heat rate exposure derives from its generation portfolio and may increase over time with expected generation capacity increases. Energy Future Competitive Holdings expects that increases in market heat rates would increase the value of its generation assets because higher market heat rates generally result in higher wholesale electricity prices, and vice versa.

On an ongoing basis, Energy Future Competitive Holdings will continue monitoring its overall commodity risks and seek to balance its portfolio based on its desired level of exposure to natural gas prices and market heat rates and potential changes to its operational forecasts of overall generation and consumption in its native and growth business. Portfolio balancing may include the execution of incremental transactions or the unwinding of existing transactions. As a result, commodity price exposures and their effect on earnings could change from time to time.

See "—Financial Condition—Liquidity and Capital Resources" below for a discussion of the liquidity effects of the long-term hedging program. Also see additional discussion of risk measures below under "—Quantitative and Qualitative Disclosure About Market Risk."

*Competitive Markets and Customer Retention*

Competitive retail activity in Texas continued to result in declines in customer counts and sales volumes in TXU Energy's historical service territory. TXU Energy's total retail sales volumes declined 11%, 17% and 12% in 2006, 2005 and 2004, respectively, as retail sales volume declines in its historical service territory were partially offset by growth in other territories. As of year-end 2006, the area representing Energy Future Competitive Holdings' historical service territory prior to deregulation, largely in north Texas, consisted of approximately three million electricity consumers (measured by meter counts), of which approximately 1.9 million were retail customers of TXU Energy. As of year-end 2006, TXU Energy had acquired approximately 256,000 retail customers in other competitive areas in Texas. In responding to the competitive landscape and the transition to full competition in the Texas marketplace on January 1, 2007, TXU Energy is focusing on the following key initiatives:

- Customer retention strategy remains focused on delivering world-class customer service and improving the overall customer experience. In line with this strategy, TXU Energy continues to implement initiatives to improve call center response time and effectiveness as well as Internet interaction with customers;

- TXU Energy intends to establish itself as the most innovative retailer in the Texas market as it is critical in the fully competitive environment and continues to develop tailored product offerings to meet customer needs;

73

EFIHMW00250145

- A comprehensive customer initiative to provide residential customers with greater savings and price certainty has been introduced. See discussion under "Business—Significant Developments—Retail Pricing" and

- Initiatives in the business market are focused largely on programs targeted to retain the existing highest-value customers and to recapture customers who have switched REPs. Initiatives include a more disciplined contracting and pricing approach and improved economic segmentation of the business market to enhance targeted sales and marketing efforts and to more effectively deploy the direct-sales force. Tactical programs put into place include improved customer service, new product price/service offerings and a multichannel approach for the small business market.

*Energy Prices and Regulatory Risk*

Natural gas prices rose to unprecedented levels in the latter part of 2005, reflecting a world-wide increase in energy prices compounded by hurricane-related infrastructure damage. The related rise in retail electricity prices elevated public awareness of energy costs and dampened customer demand in 2006. Natural gas prices have since declined but remain subject to events that create price volatility. Sustained high energy prices and/or ongoing price volatility also creates a risk for regulatory and/or legislative intervention with the mechanisms that govern the competitive wholesale and retail markets in Texas. Energy Future Competitive Holdings believes that competitive markets result in a broad range of innovative pricing and service alternatives to consumers and ultimately the most efficient use of resources, and that regulatory bodies should continue to take actions that encourage competition in the industry.

*New and Changing Environmental Regulations*

Energy Future Competitive Holdings is subject to various environmental laws and regulations related to sulfur dioxide, nitrogen oxide and mercury emissions as well as other environmental contaminants that impact air and water quality. Energy Future Competitive Holdings believes it is in material compliance with all currently applicable requirements under such laws and regulations, but additional requirements under current air regulations, including the Clean Air Inter-state Rule and the Clean Air Mercury Rule, will need to be satisfied in the future. See "Business—Environmental Regulations and Related Considerations—Sulphur Dioxide, Nitrogen Oxide and Mercury Air Emissions." Regulatory authorities continue to evaluate existing requirements and consider proposals for changes.

Energy Future Competitive Holdings continues to closely monitor any potential legislative changes pertaining to climate change and carbon dioxide emissions. The increasing attention to potential environmental effects of greenhouse gas emissions creates risk as to the completion of the plan to develop new coal-fueled generation facilities in Texas. New legislation could result in higher costs due to new taxes, the need to acquire emissions credits or capital spending to reduce carbon dioxide emissions.

As discussed above, EFH Corp. has announced actions to address carbon dioxide emissions concerns, including:

- Establishing a plan to invest up to $2 billion for the development and commercialization of cleaner generation plant technologies;

- Initiating the process to file an application to the NRC for licenses to construct and operate a new nuclear generation facility in Texas;

- Doubling the renewable energy (wind generation) portfolio to 1,500 MW;

74

EFIHMW00250146

**PX 006**
**Page 81 of 382**

- Investing up to $400 million in programs designed to encourage customer electricity demand efficiencies; and
- Increasing production efficiency of its existing generation facilities by up to two percent.

*Cost Exposure Related to Nuclear Asset Outages*

Luminant Power's nuclear assets are comprised of two generating units at Comanche Peak, each with a capacity of 1,150 MW. The Comanche Peak plant represents approximately 13% of Luminant Power's total generation capacity. The nuclear generation facilities represent Luminant Power's lowest marginal cost source of electricity. Assuming both nuclear generating units experienced an outage, the unfavorable impact to pretax earnings is estimated to be approximately $3.5 million per day before consideration of any insurance proceeds. Maintaining safe, reliable and efficient operations at the Comanche Peak plant is one of Energy Future Competitive Holdings' top priorities. Also see discussion of nuclear facilities insurance in Note 15 to 2006 year-end Financial Statements.

*Texas Generation Development Program*

The undertaking of the development of three lignite/coal-fueled generation units in Texas as described above under "Significant Developments—Texas Generation Facilities Development" involves a number of risks. Aggregate capital expenditures to develop these three units are expected to total approximately $3.25 billion, including all construction, site preparation and mining development costs (not including the purchase of the Three Oaks mine assets). While Energy Future Competitive Holdings believes the investment economics of the program are strong, estimates of future natural gas prices, market heat rates and effects of any carbon dioxide emissions regulation may prove to be inaccurate, and returns on the investment could be significantly less than anticipated. The program is exposed to construction delays, failure of the units to meet performance specifications, nonperformance by equipment suppliers, increases in construction labor costs (which are contractually limited in part) and other project execution risks. Further, project capital spending for the three units continues despite increasing public discussion of the advantages and disadvantages of coal-fueled generation.

See Note 8 to the June 30, 2007 Financial Statements regarding commitments to the development activities.

**Application of Critical Accounting Policies**

Energy Future Competitive Holdings' significant accounting policies are discussed in Note 1 to the 2006 year-end Financial Statements. Energy Future Competitive Holdings follows accounting principles generally accepted in the United States. Application of these accounting policies in the preparation of Energy Future Competitive Holdings' consolidated financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and revenue and expense during the periods covered. The following is a summary of certain critical accounting policies of Energy Future Competitive Holdings that are impacted by judgments and uncertainties and under which different amounts might be reported using different assumptions or estimation methodologies.

*Derivative Instruments and Mark-to-Market Accounting*—Energy Future Competitive Holdings enters into contracts for the purchase and sale of energy-related commodities, and also enters into other derivative instruments such as options, swaps, futures and forwards primarily to manage commodity price and interest rate risks. Under SFAS 133, these instruments are subject to mark-to-market accounting, and the determination of market values for these instruments is based on numerous assumptions and estimation techniques.

75

Highly Confidential

EFIHMW00250147

Mark-to-market accounting recognizes changes in the fair value of derivative instruments in the financial statements as market prices change. The availability of quoted market prices in energy markets is dependent on the type of commodity (e.g., natural gas, electricity, etc.), time period specified and delivery point. In computing the mark-to-market valuations, each market segment is separated into liquid and illiquid periods. The liquid period varies by delivery point and commodity. Generally, the liquid period is supported by broker quotes and frequent trading activity. For illiquid periods, fair value is estimated based on forward price curves developed using market modeling techniques that take into account available market information; Energy Future Competitive Holdings generally recognizes losses but not gains due to the modeling risks associated with illiquid periods.

SFAS 133 allows for "normal" purchase or sale elections and hedge accounting designations, which generally eliminates or defers the requirement for mark-to-market recognition in net income and thus reduces the volatility of net income that can result from fluctuations in fair values. These elections and designations are intended to better match the accounting recognition of financial performance with the economic and risk decision-making profile. "Normal" purchases and sales are contracts that provide for physical delivery of quantities expected to be used or sold over a reasonable period in the normal course of business. Derivative contracts held for trading purposes are marked-to-market in net income.

In accounting for cash flow hedges, changes in fair value are recorded in other comprehensive income to the extent the change in value is effective; that is, it mirrors the offsetting change in fair value of the forecasted hedged transaction. Changes in value that represent ineffectiveness of the hedge are recognized in net income immediately, and the effective portion of changes in fair value are initially recorded in other comprehensive income and are recognized in net income when the hedged transactions are recognized. Because Energy Future Competitive Holdings' generation position is not marked-to-market, management has striven to make elections under SFAS 133 with respect to economic hedges of that position that allow accounting results to be more reflective of the economic position. Energy Future Competitive Holdings continually assesses these elections and under SFAS 133 could dedesignate positions currently accounted for as cash flow hedges, the effect of which could be more volatility of reported earnings as the positions would be marked-to-market in net income. Also see discussions of the long-term hedging program discussed above under "Significant Developments—Long-Term Hedging Program."

76

Highly Confidential

EFIHMW00250148

The following tables provide the effects on both net income and other comprehensive income of accounting for those derivative instruments that Energy Future Competitive Holdings has determined to be subject to fair value measurement under SFAS 133:

|  | Year Ended December 31, | | |
|  | 2006 | 2005 | 2004 |
|  | (millions of dollars) | | |
| Amounts recognized in net income (after-tax): | | | |
| Unrealized ineffectiveness net gains (losses) on unsettled positions accounted for as cash flow hedges | $140 | $(24) | $(14) |
| Reversals of previously recognized unrealized net gains related to cash flow hedge positions settled in the period | 14 | 7 | 1 |
| Unrealized net gains (losses) on unsettled positions marked-to-market in net income | 53 | 21 | (19) |
| Reversals of previously recognized unrealized net losses (gains) related to marked-to-market positions settled in the period | 7 | (15) | (40) |
| Total | $214 | $(11) | $(72) |
| Amounts recognized in other comprehensive income (after-tax): | | | |
| Net gains (losses) in fair value of unsettled positions accounted for as cash flow hedges | $476 | $(47) | $(75) |
| Net losses (gains) on cash flow hedge positions recognized in net income to offset hedged transactions | (16) | 71 | 29 |
| Total | $460 | $ 24 | $(46) |

The effect of mark-to-market and hedge accounting on the balance sheet is as follows:

|  | December 31, | |
|  | 2006 | 2005 |
|  | (millions of dollars) | |
| Net derivative asset (liability) related to cash flow hedges | $768 | $(164) |
| Net derivative liability related to interest rate fair value hedges | (5) | (9) |
| Total net cash flow hedge and other derivative asset (liability) | $763 | $(173) |
| Net commodity contract asset(a) | $129 | $ 36 |
| Long-term debt fair value adjustments—increase in carrying value(b) | $ 10 | $ 9 |
| Net accumulated other comprehensive gain (loss) included in shareholders' equity (after-tax amounts) | $339 | $(121) |

_____
(a)  Excludes amounts not arising from mark-to-market valuations such as payments and receipts of cash and other consideration associated with commodity hedging and trading activities.

(b)  Includes unamortized net gains of $2 million in 2006 related to the settled interest rate swaps designated as fair value hedges. The gain is being amortized to net income as the hedged transactions are recognized.

See discussion above under "Significant Developments—Long-term Hedging Program" regarding the long-term hedging program. A significant portion of the positions entered into under this program, which are natural gas-related financial instruments, are accounted for as cash flow hedges of future electricity sales.

*Revenue Recognition*—Energy Future Competitive Holdings' revenue includes an estimate for unbilled revenue that represents estimated daily kWh consumption after the meter read date to the end of the period multiplied by the applicable billing rates. Estimated daily kWh usage is derived using historical kWh usage information adjusted for weather and other measurable factors affecting

77

EFIHMW00250149

consumption. Calculations of unbilled revenues during certain interim periods are generally subject to more estimation variability because of seasonal changes in demand. Accrued unbilled revenues totaled $406 million, $443 million and $422 million at December 31, 2006, 2005 and 2004, respectively.

*Accounting for Contingencies*—The financial results of Energy Future Competitive Holdings may be affected by judgments and estimates related to loss contingencies. A significant contingency that Energy Future Competitive Holdings accounts for is the loss associated with uncollectible trade accounts receivable. The determination of such bad debt expense is based on factors such as historical write-off experience, aging of accounts receivable balances, changes in operating practices, regulatory rulings, general economic conditions and customers' behaviors. Increased customer attrition due to competitive activity and seasonal variations in amounts billed adds to the complexity of the estimation process. Historical results alone are not always indicative of future results causing management to consider potential changes in customer behavior and make judgments about the collectibility of accounts receivable. Bad debt expense totaled $67 million, $56 million and $90 million for the years ended December 31, 2006, 2005 and 2004, respectively.

*Impairment of Long-Lived Assets*—Energy Future Competitive Holdings evaluates long-lived assets for impairment whenever indications of impairment exist, in accordance with SFAS 144. One of those indications is a current expectation that "more likely than not" a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life. For Energy Future Competitive Holdings baseload generation assets, another possible indication would be an expected long-term decline in natural gas prices. The determination of the existence of these and other indications of impairment involves judgments that are subjective in nature and may require the use of estimates in forecasting future results and cash flows related to an asset or group of assets. Further, the unique nature of Energy Future Competitive Holdings' property, plant and equipment, which includes a fleet of generation assets with a diverse fuel mix and individual plants that have varying production or output rates, requires the use of significant judgments in determining the existence of impairment indications and the grouping of assets for impairment testing.

In the second quarter of 2006, Energy Future Competitive Holdings recorded an impairment charge of $198 million ($129 million after-tax) related to its natural gas-fueled generation plants. See Note 6 to the 2006 year-end Financial Statements for a discussion of the impairment. The estimated impairment was based on numerous assumptions including but not limited to forecasted production, forward prices of natural gas and electricity, overall generation availability in ERCOT, ERCOT grid congestion and forward heat rates. Because of the highly judgmental nature of key assumptions and potential volatility of market conditions, the adjusted carrying value of these plants does not necessarily represent the amount of proceeds from any transaction to sell the assets and future additional impairment is possible.

Energy Future Competitive Holdings' most significant long-lived asset in terms of carrying value is its Comanche Peak nuclear generation facility. The net book value of the facility was $7.4 billion at December 31, 2006. Energy Future Competitive Holdings believes that the net book value of the facility significantly exceeds the estimated current market value. However, in applying the provision of SFAS 144, Energy Future Competitive Holdings estimates that future undiscounted cash flows from the facility significantly exceed net book value. Significant assumptions used in this analysis are forward price curves for natural gas and electricity, market heat rates and production estimates. Energy Future Competitive Holdings has estimated that a sustained structural decline in natural gas prices of at least 60% from current levels would need to occur before any risk of impairment of this facility would arise, assuming market heat rates remain unchanged.

*Depreciation*—The depreciable lives of property, plant and equipment are based on management's estimates and determinations of the assets' economical useful lives. To the extent that the actual lives differ from these estimates the amount of period depreciation charges to earnings

78

EFIHMW00250150

would be impacted. Consolidated depreciation expense as a percent of average depreciable property carrying value approximated 2.0% for 2006 and 2.3% for each of 2005 and 2004.

Effective January 1, 2005, the estimated depreciable lives of lignite/coal-fueled generation facilities were extended from 50 years to 60 years to better reflect their useful lives.

Effective January 1, 2004, depreciation rates for the Comanche Peak nuclear generating facility were decreased as a result of an increase in the estimated lives of boiler and turbine generator components of the facility by an average of five years.

*Defined Benefit Pension Plans and Other Postretirement Employee Benefit (OPEB) Plans*—Subsidiaries of Energy Future Competitive Holdings are participating employers in the pension and OPEB plans sponsored by EFH Corp., which provide pension benefits through either a defined benefit or a cash balance plan, and certain health care and life insurance benefits to eligible personnel engaged in Energy Future Competitive Holdings' business activities and their eligible dependents upon the retirement of such personnel from EFH Corp. Reported costs of these benefits are dependent upon numerous factors, assumptions and estimates.

In June 2005, an amendment to PURA relating to EFH Corp.'s pension and OPEB costs was enacted by the Texas Legislature. This amendment, which was retroactively effective January 1, 2005, provides for the recovery by Oncor Electric Delivery of pension and other postretirement benefit costs for all applicable former employees of the regulated predecessor integrated electric utility, which in addition to its own employees consists largely of active and retired personnel engaged in TCEH's activities, related to service of those additional personnel prior to the deregulation and disaggregation of EFH Corp.'s business. Accordingly, Oncor Electric Delivery and TCEH entered into an agreement whereby Oncor Electric Delivery assumed responsibility for applicable pension and OPEB costs related to those personnel.

Benefit costs are impacted by actual employee demographics (including but not limited to age, compensation levels and years of accredited service), the level of contributions made to retiree plans, expected and actual earnings on plan assets and the discount rates used in determining the projected benefit obligation. Changes made to the provisions of the plans may also impact current and future benefit costs. Fluctuations in actual equity market returns as well as changes in general interest rates may result in increased or decreased benefit costs in future periods.

In accordance with accounting rules, changes in benefit obligations associated with these factors may not be immediately recognized as costs on the income statement, but are recognized in future years over the remaining average service period of plan participants. As such, significant portions of benefit costs recorded in any period may not reflect the actual level of cash benefits provided to plan participants. Pension and OPEB costs as determined under applicable accounting rules are summarized in the following table:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2006** | **2005** | **2004** |
| | (millions of dollars) | | |
| Pension costs under SFAS 87 | $ 8 | $ 33 | $ 44 |
| OPEB costs under SFAS 106 | 10 | 59 | 63 |
| Total benefit costs(a) | $18 | $ 92 | $107 |
| Less amounts deferred principally as a regulatory asset or property | — | (58) | (24) |
| Net amounts recognized as expense | $18 | $ 34 | $ 83 |
| Funding of pension and OPEB plans | $ 1 | $ 48 | $ 67 |

_____

(a)   Includes amounts capitalized as part of construction projects, which totaled approximately $48 thousand, $338 thousand and $1 million for 2006, 2005 and 2004, respectively.

79

EFIHMW00250151

**PX 006
Page 86 of 382**

Pension and OPEB costs decreased $74 million in 2006 due primarily to fewer employees, resulting from the distribution of Oncor Electric Delivery to EFH Corp. in 2005. The decrease in 2006 is partially offset by a lower discount rate (5.75% in 2006 versus 6.00% in 2005) used to measure pension and OPEB obligations in 2006. Pension and OPEB costs decreased $15 million in 2005 due primarily to fewer personnel following the 2004 Capgemini outsourcing transaction and other 2004 restructuring actions. Additional information regarding Energy Future Competitive Holdings' allocated pension and OPEB costs is provided in Note 20 to the 2006 year-end Financial Statements.

Highly Confidential

EFIHMW00250152

**PX 006**
**Page 87 of 382**

**Results of Operations**

*Sales Volume Data*

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2007 | 2006 | Change % | 2007 | 2006 | Change % |
| | (millions of dollars, except percentages) | | | | | |
| **Sales volumes:** | | | | | | |
| Retail electricity sales volumes (GWh): | | | | | | |
| Historical service territory: | | | | | | |
| Residential....................... | 5,072 | 6,825 | (25.7) | 10,719 | 12,057 | (11.1) |
| Small business(a) ................ | 1,537 | 2,068 | (25.7) | 3,180 | 3,795 | (16.2) |
| Total historical service territory..... | 6,609 | 8,893 | (25.7) | 13,899 | 15,852 | (12.3) |
| Other territories: | | | | | | |
| Residential....................... | 1,010 | 1,018 | (0.8) | 1,748 | 1,629 | 7.3 |
| Small business(a) ................ | 204 | 169 | 20.7 | 368 | 301 | 22.3 |
| Total other territories.............. | 1,214 | 1,187 | 2.3 | 2,116 | 1,930 | 9.6 |
| Large business and other customers ..................... | 3,653 | 3,552 | 2.8 | 7,043 | 6,785 | 3.8 |
| Total retail electricity.......... | 11,476 | 13,632 | (15.8) | 23,058 | 24,567 | (6.1) |
| Wholesale electricity sales volumes .... | 9,290 | 7,852 | 18.3 | 17,977 | 15,705 | 14.5 |
| Net sales (purchases) of balancing electricity to/from ERCOT ........... | 302 | (267) | — | 626 | 1,165 | (46.3) |
| Total sales volumes .......... | 21,068 | 21,217 | (0.7) | 41,661 | 41,437 | 0.5 |
| **Average volume (kWh) per retail customer(b):** | | | | | | |
| Residential....................... | 3,299 | 4,012 | (17.8) | 6,731 | 6,975 | (3.5) |
| Small business.................... | 6,676 | 7,990 | (16.4) | 13,476 | 14,460 | (6.8) |
| Large business and other customers ..................... | 100,336 | 70,256 | 42.8 | 175,727 | 130,966 | 34.2 |
| **Weather (service territory average)— percent of normal(c):** | | | | | | |
| Percent of normal: | | | | | | |
| Cooling degree days.......... | 85.3% | 131.0% | | 88.8% | 135.9% | |

(a)  Customers with demand of less than 1 MW.

(b)  Calculated using average number of customers for period.

(c)  Weather data is obtained from Weatherbank, Inc., an independent company that collects and archives weather data from reporting stations of the National Oceanic and Atmospheric Administration (a federal agency under the US Department of Commerce).

Highly Confidential

EFIHMW00250153

**PX 006**
**Page 88 of 382**

### *Customer Count Data*

| | June 30, | | |
| --- | --- | --- | --- |
| | 2007 | 2006 | Change % |
| | (in millions, except percentages) | | |
| **Customer counts:** | | | |
| Retail electricity customers (end of period and in thousands)(a): | | | |
| Historical service territory: | | | |
|   Residential | 1,560 | 1,716 | (9.1) |
|   Small business(b) | 248 | 271 | (8.5) |
|     Total historical service territory | 1,808 | 1,987 | (9.0) |
| Other territories: | | | |
|   Residential | 273 | 227 | 20.3 |
|   Small business(b) | 11 | 7 | 57.1 |
|     Total other territories | 284 | 234 | 21.4 |
| All territories: | | | |
|   Residential | 1,833 | 1,943 | (5.7) |
|   Small business(b) | 259 | 278 | (6.8) |
|     Total all territories | 2,092 | 2,221 | (5.8) |
| Large business and other customers | 36 | 49 | (26.5) |
|     Total retail electricity customers | 2,128 | 2,270 | (6.3) |

(a)   Based on number of meters.
(b)   Customers with demand of less than 1MW.

82

EFIHMW00250154

**Revenue and Market Share Data**

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2007 | 2006 | Change % | 2007 | 2006 | Change % |
| | (millions of dollars, except percentages and average revenues per MWh) | | | | | |
| **Operating revenues:** | | | | | | |
| Retail electricity revenues: | | | | | | |
| Historical service territory: | | | | | | |
| Residential ......................................... | $ 700 | $ 1,008 | (30.6) | $ 1,484 | $ 1,753 | (15.3) |
| Small business(a) ................................ | 230 | 309 | (25.6) | 468 | 566 | (17.3) |
| Total historical service territory ................ | 930 | 1,317 | (29.4) | 1,952 | 2,319 | (15.8) |
| Other territories: | | | | | | |
| Residential ...................................... | 141 | 160 | (11.9) | 249 | 248 | 0.4 |
| Small business(a) ............................... | 26 | 20 | 30.0 | 46 | 36 | 27.8 |
| Total other territories ........................ | 167 | 180 | (7.2) | 295 | 284 | 3.9 |
| Large business and other customers.............. | 343 | 339 | 1.2 | 657 | 655 | 0.3 |
| Total retail electricity revenues........................ | 1,440 | 1,836 | (21.6) | 2,904 | 3,258 | (10.9) |
| Wholesale electricity revenues ........................ | 535 | 479 | 11.7 | 982 | 956 | 2.7 |
| Net sales (purchases) of balancing electricity to/from ERCOT ............................................ | — | (32) | | 9 | 26 | (65.4) |
| Net gains (losses) from risk management and trading activities............................................. | (159) | 106 | — | (638) | 62 | — |
| Other operating revenues ............................ | 74 | 79 | (6.3) | 157 | 176 | (10.8) |
| Total operating revenues ..................... | $ 1,890 | $ 2,468 | (23.4) | $ 3,414 | $ 4,478 | (23.8) |
| **Risk management and trading activities:** | | | | | | |
| Realized net gains (losses) on settled positions(b) .. | $ 35 | $ (38) | | $ 112 | $ (86) | |
| Reversal of prior periods' unrealized net (gains) losses on positions settled in current period ...... | (21) | 2 | | (13) | 38 | |
| Other unrealized net gains (losses), including cash flow hedge ineffectiveness........................ | (173) | 142 | | (737) | 110 | |
| Total net gains (losses)........................ | $ (159) | $ 106 | | $ (638) | $ 62 | |
| **Average revenues per MWh:** | | | | | | |
| Residential ........................................ | $138.36 | $148.85 | (7.0) | $139.01 | $146.23 | (4.9) |
| **Estimated share of ERCOT retail markets(c):** | | | | | | |
| Historical service territory: | | | | | | |
| Residential ........................................................ | | | | 62% | 69% | |
| Small business ..................................................... | | | | 61% | 68% | |
| Total ERCOT: | | | | | | |
| Residential ........................................................ | | | | 35% | 38% | |
| Small business ..................................................... | | | | 25% | 28% | |
| Large business and other customers ............................... | | | | 11% | 17% | |

(a) Customers with demand of less than 1 MW.

(b) Includes physical commodity trading activity not subject to mark-to-market accounting of $5 million in net losses in the second quarter of both 2007 and 2006, and $6 million and $15 million in net losses in the six months ended June 30, 2007 and 2006, respectively.

(c) Based on number of meters. Estimated market share is based on the number of customers that have choice.

83

EFIHMW00250155

*Production, Purchased Power and Delivery Cost Data*

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2007 | 2006 | Change % | 2007 | 2006 | Change % |
| **Fuel, purchased power costs and delivery fees ($ millions):** | | | | | | |
| Nuclear fuel | $ 21 | $ 22 | (4.5) | $ 39 | $ 43 | (9.3) |
| Lignite/coal | 152 | 113 | 34.5 | 290 | 229 | 26.6 |
| Total baseload fuel | 173 | 135 | 28.1 | 329 | 272 | 21.0 |
| Natural gas fuel and purchased power | 435 | 421 | 3.3 | 818 | 689 | 18.7 |
| Other costs | 72 | 50 | 44.0 | 146 | 122 | 19.7 |
| Fuel and purchased power costs | 680 | 606 | 12.2 | 1,293 | 1,083 | 19.4 |
| Delivery fees | 291 | 337 | (13.6) | 609 | 650 | (6.3) |
| Total | $ 971 | $ 943 | 3.0 | $ 1,902 | $ 1,733 | 9.8 |
| **Fuel and purchased power costs (which excludes generation plant operating costs) per MWh:** | | | | | | |
| Nuclear fuel | $ 4.64 | $ 4.25 | 9.2 | $ 4.55 | $ 4.24 | 7.3 |
| Lignite/coal(a) | $ 16.14 | $ 12.67 | 27.4 | $ 15.62 | $ 12.33 | 26.7 |
| Natural gas fuel and purchased power | $ 62.86 | $ 63.40 | (0.9) | $ 61.37 | $ 61.76 | (0.6) |
| Delivery fees per MWh | $ 24.90 | $ 24.51 | 1.6 | $ 25.94 | $ 26.18 | (0.9) |
| **Production and purchased power volumes (GWh):** | | | | | | |
| Nuclear | 4,492 | 5,098 | (11.9) | 8,555 | 10,178 | (15.9) |
| Lignite/coal | 10,211 | 10,044 | 1.7 | 20,197 | 20,918 | (3.4) |
| Total baseload generation | 14,703 | 15,142 | (2.9) | 28,752 | 31,096 | (7.5) |
| Natural gas-fueled generation | 633 | 1,350 | (53.1) | 1,382 | 1,539 | (10.2) |
| Purchased power | 6,287 | 5,291 | 18.8 | 11,957 | 9,616 | 24.3 |
| Total energy supply | 21,623 | 21,783 | (0.7) | 42,091 | 42,251 | (0.4) |
| Less line loss and power imbalances | 555 | 566 | (1.9) | 430 | 814 | (47.2) |
| Net energy supply volumes | 21,068 | 21,217 | (0.7) | 41,661 | 41,437 | 0.5 |
| **Baseload capacity factors (%):** | | | | | | |
| Nuclear | 89.6% | 102.0% | (12.2) | 85.8% | 102.3% | (16.1) |
| Lignite/coal | 85.9% | 82.4% | 4.2 | 86.6% | 86.4% | 0.2 |
| Total baseload | 87.0% | 88.0% | (1.1) | 86.3% | 90.9% | (5.1) |

(a)    Includes depreciation and amortization of lignite mining assets, which is reported in the depreciation and amortization expense line item, but is part of overall fuel costs.

Highly Confidential

EFIHMW00250156

**Three Months Ended June 30, 2007 Compared to Three Months Ended June 30, 2006**

Operating revenues decreased $578 million, or 23%, as follows:

| | Three Months Ended June 30, | | Increase (Decrease) |
|---|---|---|---|
| | 2007 | 2006 | |
| | (millions of dollars) | | |
| Retail electricity revenues | $1,440 | $1,836 | $(396) |
| Wholesale electricity revenues | 535 | 479 | 56 |
| Wholesale balancing activities | — | (32) | 32 |
| Net gains (losses) from risk management and trading activities | (159) | 106 | (265) |
| Other operating revenues | 74 | 79 | (5) |
| Total operating revenues | $1,890 | $2,468 | $(578) |

The $396 million, or 22%, decrease in retail electricity revenues reflected the following:

- Lower retail volumes contributed $290 million to the revenue decrease. Residential and small business volumes in the historical service territory decreased 26% reflecting cooler, below normal weather that drove an 18% decrease in average consumption per customer and the effects of a net loss of customers due to competitive activity.

- Lower average pricing (including customer mix effects) contributed $106 million to the revenue decrease. Lower average retail pricing reflected new competitive product offerings, the effect of a six percent price discount, effective with meter reads on March 27, 2007, and an additional four percent price discount, effective with meter reads on June 8, 2007, to those residential customers in the TXU Energy historical service territory with month-to-month service plans and a rate equivalent to the former price-to-beat rate. Average prices in the large business market decreased 2% primarily reflecting a change in customer mix.

- Total retail electricity customer counts at June 30, 2007 declined 6% from June 30, 2006. Total residential and small business customer counts in the historical service territory declined 9% and in all combined territories declined 6%.

Wholesale electricity revenues increased $56 million, or 12%. Volume growth of 18% contributed $88 million to the increase, which was partially offset by a $32 million pricing impact as average wholesale prices declined 6% reflecting lower natural gas prices. The volume growth was due in part to the decline in retail volumes associated with competitive activity.

Wholesale balancing activity comparisons are not meaningful because the activity represents intraday purchases and sales transactions with ERCOT for real-time balancing purposes, as measured in 15-minute intervals, that are highly variable.

Results from risk management and trading activities include realized and unrealized gains and losses associated with financial instruments used for economic hedging and trading purposes, as well as gains and losses on physical sales and purchases of commodities for trading purposes. Because most of the hedging and risk management activities are intended to mitigate the risk of future commodity price movements on revenues and fuel and purchased power costs, the changes in such results should not be viewed in isolation, but rather taken together with the effects of pricing and cost changes on gross margin. Following is an analysis of activities in the second quarter of 2007:

Results associated with the long-term hedging program

- $239 million in unrealized mark-to-market net losses, which includes $225 million in net losses on unsettled positions and $14 million in net losses that represent reversals of previously recorded unrealized net gains on positions settled in the current period;

85

EFIHMW00250157

- $3 million in unrealized cash flow hedge ineffectiveness net losses that represent reversals of previously recorded unrealized net gains on positions settled in the current period; and

- $34 million in realized net gains, which offset hedged electricity revenues recognized in the current period.

Results associated with other risk management and trading activities:

- $33 million in unrealized net gains on economic hedge positions, which includes $40 million in net gains on unsettled positions and $7 million in net losses that represent reversals of previously recorded unrealized net gains on positions settled in the current period;

- $30 million "day one" gain on a long-term power purchase agreement; and

- $14 million in other net losses, including unrealized losses on commodity trading positions.

*Gross Margin*

| | Three Months Ended June 30, | | | |
|---|---|---|---|---|
| | 2007 | % of Revenue | 2006 | % of Revenue |
| | (millions of dollars, except percentages) | | | |
| Operating revenues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $1,890 | 100% | $2,468 | 100% |
| Costs and expenses: | | | | |
| Fuel, purchased power costs and delivery fees . . . . | 971 | 51 | 943 | 38 |
| Generation plant operating costs . . . . . . . . . . . . . . . . | 164 | 9 | 149 | 6 |
| Depreciation and amortization . . . . . . . . . . . . . . . . . . . | 80 | 4 | 83 | 3 |
| Gross margin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 675 | 36% | $1,293 | 53% |

Gross margin is considered a key operating metric as its changes measure the effect of movements in sales volumes and pricing versus the variable and fixed costs to generate, purchase and deliver electricity.

Gross margin decreased $618 million, or 48%, to $675 million in 2007. The decrease reflected a 26% decrease in residential and small business volumes in the historical service territory and lower retail electricity average pricing driven by residential price discounts and $265 million in an unfavorable change in results from risk management and trading activities. Lower gross margin also reflected higher average cost of electricity sold due to a 12% decrease in nuclear generation volumes and increased purchased power volumes. In addition, average fuel cost per MWh generated increased 5% as the impact of inefficiencies in lignite mining operations due to significantly above normal rainfall was partially offset by the favorable effect of lower utilization of natural gas-fueled plants.

The decline in nuclear generation volumes was due to a planned refueling and major maintenance outage for one of the two Comanche Peak units. Maintenance work during the 55-day outage, which ended in late April 2007, included the replacement of the unit's steam generators and reactor vessel head.

Gross margin as a percent of revenues decreased 17 percentage points to 36%. The decline reflected:

- the effect of results from risk management and trading activities, including unrealized mark-to-market losses on positions in the long-term hedging program (seven percentage point margin decrease);

86

Highly Confidential

- the effect of a decrease in residential and small business sales volumes and an increase in wholesale sales volumes (four percentage point margin decrease);

- the effect of lower average retail electricity pricing (two percentage point margin decrease); and

- the effect of lower generation volumes and higher purchased power volumes (one percentage point margin decrease).

Operating costs increased $15 million, or 10%, to $164 million in 2007. The increase reflected:

- $6 million in higher generation maintenance costs largely due to the scheduled outage of one of the nuclear generation units;

- $6 million in higher insurance costs, principally property-related; and

- $5 million in higher property taxes reflecting higher valuations for 2007,

partially offset by $7 million in lower costs associated with the outsourcing of certain generation technical support services.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants shown in the gross margin table above) decreased $4 million, or 5%, to $81 million primarily reflecting lower depreciation due to the impairment of natural gas-fueled generation plants in the second quarter of 2006.

SG&A expenses increased $27 million, or 22%, to $148 million in 2007. The increase reflected:

- $12 million in increased retail marketing expenses;

- $8 million in higher salary and benefit costs primarily driven by an increase in staffing in retail operations;

- $6 million in higher professional fees primarily for marketing/strategic projects and retail billing and customer care systems enhancements;

- $2 million in higher incentive compensation expense; and

- $2 million in increased contributions primarily for the Energy Aid (low-income customer assistance) program,

partially offset by $3 million in lower bad debt expense driven by a decrease in delinquencies and lower accounts receivable balances due to the milder winter weather.

Other income totaled $13 million in 2007 and $15 million in 2006. Other deductions totaled $9 million in 2007 and $205 million in 2006. The 2006 other deductions amount included a $198 million impairment charge related to natural gas-fueled generation plants. See Note 4 to the June 30, 2007 Financial Statements for additional detail of other income and deductions.

Interest income increased $42 million to $99 million in 2007 reflecting $22 million due to higher average advances to affiliates and $20 million due to higher average interest rates.

Interest expense and related charges increased $28 million, or 33%, to $112 million in 2007. The increase reflected $16 million in higher average borrowings and $12 million due to higher average interest rates.

Income tax expense totaled $135 million in 2007 compared to $356 million in 2006. Excluding the $30 million deferred tax benefit in 2007 and the $44 million deferred tax charge in 2006 related to the

87

Texas margin tax as described in Note 3 to the June 20, 2007 Financial Statements, the effective income tax rate was 33.7% in 2007 compared to 33.9% in 2006. (These unusual deferred tax adjustments distort the comparison; they have therefore been excluded for purposes of a more meaningful discussion.) The lower effective rate reflected the impact of significant unrealized mark-to-market losses partially offset by higher interest accrued related to uncertain tax positions.

Net income decreased $215 million to $354 million in 2007 driven by the decline in gross margin and higher SG&A expenses, partially offset by lower other deductions and the Texas margin tax benefit.

### Six Months Ended June 30, 2007 Compared to Six Months Ended June 30, 2006

Operating revenues decreased $1.1 billion, or 24%, as follows:

| | Six Months Ended June 30, | | Increase (Decrease) |
| --- | --- | --- | --- |
| | 2007 | 2006 | |
| | (millions of dollars) | | |
| Retail electricity revenues | $2,904 | $3,258 | $ (354) |
| Wholesale electricity revenues | 982 | 956 | 26 |
| Wholesale balancing activities | 9 | 26 | (17) |
| Net gains (losses) from risk management and trading activities | (638) | 62 | (700) |
| Other operating revenues | 157 | 176 | (19) |
| Total operating revenues | $3,414 | $4,478 | $(1,064) |

The $354 million, or 11%, decrease in retail electricity revenues reflected the following:

- Lower retail volumes contributed $200 million to the revenue decrease. Residential and small business volumes in the TXU Energy historical service territory decreased 12% reflecting the effects of a net loss of customers due to competitive activity and lower average consumption per customer of 4% reflecting the cooler, below normal weather in the second quarter of 2007. Large business market volumes increased 4% reflecting a change in customer mix.

- Lower average pricing (including customer mix effects) contributed $154 million to the revenue decrease. Lower average retail pricing reflected new competitive product offerings, the effect of a six percent price discount, effective with meter reads on March 27, 2007, and an additional four percent price discount, effective with meter reads on June 8, 2007, to those residential customers in TXU Energy historical service territory with month-to-month service plans and a rate equivalent to the former price-to-beat rate. Average prices in the large business market decreased 3% primarily reflecting a change in customer mix.

- Total retail electricity customer counts at June 30, 2007 declined 6% from June 30, 2006. Total residential and small business customer counts in the historical service territory declined 9% and in all combined territories declined 6%.

Wholesale electricity revenues increased $26 million, or 3%. Volume growth of 14% contributed $138 million to the increase, which was partially offset by a $112 million pricing impact as average wholesale prices declined 10% reflecting lower natural gas prices. The volume growth was due in part to the decline in retail volumes associated with competitive activity.

Wholesale balancing activity comparisons are not meaningful because the activity represents intraday purchases and sales transactions with ERCOT for real-time balancing purposes, as measured in 15-minute intervals, that are highly variable.

88

EFIHMW00250160

Results from risk management and trading activities include realized and unrealized gains and losses associated with financial instruments used for economic hedging and trading purposes, as well as gains and losses on physical sales and purchases of commodities for trading purposes. Because most of the hedging and risk management activities are intended to mitigate the risk of future commodity price movements on revenues and fuel and purchased power costs, the changes in such results should not be viewed in isolation, but rather taken together with the effects of pricing and cost changes on gross margin. Following is an analysis of activities for the six months ended June 30, 2007:

Results associated with the long-term hedging program

- $744 million in unrealized mark-to-market net losses, which includes $775 million in net losses on unsettled positions and $31 million in net gains that represent reversals of previously recorded unrealized net losses on positions settled in the current period;

- $38 million in unrealized cash flow hedge ineffectiveness net gains, which includes $56 million in net gains on unsettled positions and $18 million in net losses that represent reversals of previously recorded unrealized net gains on positions settled in the current period;

- $26 million in an unrealized "day one" loss on a large position entered into at below-market prices; and

- $93 million in realized net gains, which offset hedged electricity revenues recognized in the current period.

Results associated with other risk management and trading activities

- $50 million in unrealized net losses on commodity trading positions, which includes $22 million in net losses on unsettled positions and $28 million in net losses that represent reversals of previously recorded unrealized net gains on positions settled in the current period;

- $30 million "day one" gain on a long-term power purchase agreement; and

- $18 million in other gains, driven by realized net gains on settlement of trading positions.

*Gross Margin*

| | Six Months Ended June 30, | | | |
|---|---|---|---|---|
| | 2007 | % of Revenue | 2006 | % of Revenue |
| | (millions of dollars, except percentages) | | | |
| Operating revenues | $3,414 | 100% | $4,478 | 100% |
| Costs and expenses: | | | | |
| Fuel, purchased power costs and delivery fees .... | 1,902 | 56 | 1,733 | 39 |
| Generation plant operating costs | 313 | 9 | 300 | 6 |
| Depreciation and amortization | 158 | 5 | 166 | 4 |
| Gross margin | $1,041 | 30% | $2,279 | 51% |

Gross margin is considered a key operating metric as its changes measure the effect of movements in sales volumes and pricing versus the variable and fixed costs to generate, purchase and deliver electricity.

Gross margin decreased $1.2 billion, or 54%, to $1.0 billion in 2007. The decrease reflected a $700 million unfavorable change in results from risk management and trading activities, a 12% decrease in residential and small business volumes in the historical service territory and lower average retail electricity pricing driven by residential price discounts. Lower gross margin also reflected higher average cost of electricity sold due to an 8% decrease in baseload generation volumes and increased purchased power volumes. In addition, average fuel cost per MWh generated increased 23% due primarily to inefficiencies in lignite mining operations caused by significantly above normal rainfall.

89

EFIHMW00250161

The decline in baseload generation volumes was primarily due to a planned refueling and major maintenance outage for one of the two Comanche Peak nuclear units, which resulted in a 16% decline in nuclear generation volumes. Maintenance work during the 55-day outage, which ended in late April 2007, included the replacement of the unit's steam generators and reactor vessel head.

Gross margin as a percent of revenues decreased 21 percentage points to 30%. The decline reflected:

- the effect of results from risk management and trading activities, including net unrealized mark-to-market losses on positions in the long-term hedging program (12 percentage point margin decrease);

- the effect of a decrease in residential and small business sales volumes and an increase in wholesale sales volumes (two percentage point margin decrease);

- the effect of lower average retail electricity pricing (two percentage point margin decrease);

- the effect of lower generation volumes and higher purchased power volumes (two percentage point margin decrease); and

- the effect of higher average fuel costs (one percentage point margin decrease).

Operating costs increased $13 million, or 4%, to $313 million in 2007. The increase reflected $20 million in higher generation maintenance costs largely due to the scheduled outage of one of the nuclear generation units, partially offset by $11 million in lower costs in 2007 associated with generation technical support outsourcing service agreements.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants shown in the gross margin table above) decreased $9 million, or 5%, to $161 million driven by lower depreciation due to the impairment of natural gas-fueled generation plants in the second quarter of 2006 and lower expense associated with mining reclamation obligations.

SG&A expenses increased $43 million, or 18%, to $286 million in 2007. The increase reflected:

- $18 million in increased retail marketing expenses;

- $12 million in higher professional fees primarily for retail billing and customer care systems enhancements and marketing/strategic projects;

- $10 million in higher salary and benefit costs primarily driven by an increase in staffing in retail operations;

- $7 million in higher costs due to reallocation of Capgemini outsourcing fees; and

- $3 million in increased contributions primarily for the Energy Aid (low-income customer assistance) program,

partially offset by $6 million in executive severance expense in 2006 (including amounts allocated from parent).

Other income totaled $34 million in 2007 and $28 million in 2006. Other deductions totaled $14 million in 2007 and $201 million in 2006. The 2006 other deductions amount included a $198 million impairment charge related to natural gas-fueled generation plants. See Note 4 to the June 30, 2007 Financial Statements.

Interest income increased $89 million to $189 million in 2007 reflecting $51 million due to higher average advances to affiliates and $38 million due to higher average interest rates on the advances.

Interest expense and related charges increased $31 million, or 19%, to $198 million in 2007. The increase reflected $20 million from higher average borrowings and $15 million from higher average interest rates, partially offset by $4 million in increased capitalized interest.

90

EFIHMW00250162

Income tax expense totaled $199 million in 2007 compared to $622 million in 2006. Excluding the $30 million deferred tax benefit in 2007 and the $44 million deferred tax charge in 2006 related to the Texas margin tax as described in Note 3 to the June 30, 2007 Financial Statements, the effective income tax rate was 32.3% in 2007 and 33.4% in 2006. (These unusual deferred tax adjustments distort the comparison; they have therefore been excluded for purposes of a more meaningful discussion.) The lower effective rate reflected the impact of the significant unrealized mark-to-market losses, partially offset by higher interest accrued related to uncertain tax positions.

Net income decreased $605 million to $510 million in 2007 driven by the decline in gross margin and higher SG&A expenses, partially offset by lower other deductions and the Texas margin tax benefit.

### Energy-Related Commodity Contracts and Mark-to-Market Activities

The table below summarizes the changes in commodity contract assets and liabilities for the six months ended June 30, 2007. The net changes in these assets and liabilities, excluding "other activity" as described below, represent the net effect of mark-to-market accounting for positions in the commodity contract portfolio, which excludes positions that are subject to cash flow hedge accounting. For the six months ended June 30, 2007, this effect totaled $787 million in unrealized net losses, which represented $794 million in net losses on unsettled positions and $7 million in reversals of net losses recognized in prior periods on positions settled in the current period. These positions represent both economic hedging and trading activities.

|  | Six Months Ended June 30, 2007 |
| --- | --- |
|  | (millions of dollars) |
| Net commodity contract asset at beginning of period . . . . . . . . . . . . | $ 37 |
| Settlements of positions included in the opening balance(1) . . . . . . | 7 |
| Unrealized mark-to-market valuations of positions held at end of period(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (794) |
| Other activity(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 143 |
| Net commodity contract liability at end of period . . . . . . . . . . . . . . . . | $(607) |

_____

(1)  Represents reversals of unrealized mark-to-market valuations of these positions recognized in net income prior to the beginning of the period, to offset gains and losses realized upon settlement of the positions in the current period.

(2)  Includes mark-to-market effects of positions dedesignated as cash flow hedges (see discussion above under "Long-term Hedging Program"). Also includes $30 million in losses and a $30 million gain recorded at contract inception dates (see Note 10 to the June 30, 2007 Financial Statements).

(3)  These amounts have not been recognized in prior and current year mark-to-market earnings. Includes initial values of positions involving the receipt or payment of cash or other consideration such as option premiums paid and received. Activity in 2007 included payments of $39 million related to natural gas physical swap transactions and a $102 million premium paid in 2007 related to a structured economic hedge transaction in the long-term hedging program.

In addition to the net effect of recording unrealized mark-to-market gains and losses that are reflected in the table above, similar effects arise in the recording of unrealized ineffectiveness gains and losses associated with commodity-related cash flow hedges. These effects, which include reversals of previously recorded unrealized ineffectiveness gains and losses to offset realized gains and losses upon settlement, are reflected in the balance sheet as changes in cash flow hedge and other derivative assets and liabilities (see Note 10 to the June 30, 2007 Financial Statements). The

Highly Confidential

total net effect of recording unrealized gains and losses related to commodity contracts under SFAS 133 is summarized as follows:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| | (millions of dollars) | | | |
| Unrealized gains (losses) related to contracts marked-to-market | $(189) | $  (8) | $(787) | $  (2) |
| Ineffectiveness gains related to cash flow hedges(a) | (5) | 151 | 37 | 150 |
| Total unrealized gains (losses) related to commodity contracts | $(194) | $143 | $(750) | $148 |

(a)   See Note 10 to the June 30, 2007 Financial Statements.

These amounts are reported in the "risk management and trading activities" component of revenues.

*Maturity Table*—Of the net commodity contract liability balance above at June 30, 2007, the amount representing unrealized mark-to-market net losses that have been recognized in current and prior years' earnings totals $658 million. Partially offsetting this net liability is a net asset of $51 million included in the June 30, 2007 balance sheet that is comprised principally of amounts representing current and prior years' net payments of cash or other consideration, including $101 million of net option payments and $47 million in net receipts of natural gas related to physical swap transactions. The following table presents the unrealized net commodity contract liability arising from mark-to-market accounting as of June 30, 2007, scheduled by contractual settlement dates of the underlying positions.

| Source of fair value | Maturity Dates of Unrealized Net Commodity Contract Liabilities at June 30, 2007 | | | | |
|---|---|---|---|---|---|
| | Less than 1 year | 1-3 years | 4-5 years | Excess of 5 years | Total |
| | (millions of dollars, except percentages) | | | | |
| Prices actively quoted | $ 16 | $(200) | $(248) | $(23) | $(455) |
| Prices provided by other external sources(a) | 13 | (47) | (86) | (20) | (140) |
| Prices based on models(b) | (45) | (18) | — | — | (63) |
| Total | $(16) | $(265) | $(334) | $(43) | $(658) |
| Percentage of total fair value | 2% | 40% | 51% | 7% | 100% |

(a)   Includes "day one" gain of $30 million associated with a long-term power purchase agreement and a $4 million "day one" loss.
(b)   Includes "day one" loss of $26 million associated with a hedge transaction.

The "prices actively quoted" category reflects only exchange traded contracts with active quotes available. The "prices provided by other external sources" category represents forward commodity positions at locations for which over-the-counter broker quotes are available. Over-the-counter quotes for power in ERCOT generally extend through 2011 and over-the-counter quotes for natural gas generally extend through 2015, depending upon delivery point. The "prices based on models" category contains the value of all nonexchange traded options, valued using option pricing models. In addition, this category contains other contractual arrangements which may have both forward and option components. In many instances, these contracts can be broken down into their component parts and each component valued separately. Components valued as forward commodity positions are included in the "prices provided by other external sources" category. Components valued as options are included in the "prices based on models" category.

92

EFIHMW00250164

### Comprehensive Income—Continuing Operations

Cash flow hedge activity reported in other comprehensive income (loss) included (all amounts after-tax):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| | (millions of dollars, except percentages) | | | |
| Net increase (decrease) in fair value of cash flow hedges (all commodity-related) held at end of period . . . . . . . . . . | $ 35 | $(74) | $(177) | $39 |
| Derivative value net losses (gains) reported in net income that relate to hedged transactions recognized in the period: | | | | |
| Commodities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (19) | 10 | (94) | 7 |
| Financing—interest rate swaps(a) . . . . . . . . . . . . . . . . . | 1 | 2 | 3 | 3 |
| | (18) | 12 | (91) | 10 |
| Total income (loss) effect of cash flow hedges reported in other comprehensive income from continuing operations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 17 | $(62) | $(268) | $49 |

_____

(a)    Represents recognition of net losses on settled swaps.

Energy Future Competitive Holdings has historically used, and expects to continue to use, derivative instruments that are effective in offsetting future cash flow variability in interest rates and energy commodity prices. The amounts included in accumulated other comprehensive income are expected to offset the impact of rate or price changes on forecasted transactions. Amounts in accumulated other comprehensive income include (i) the value of open cash flow hedges (for the effective portion), based on current market conditions, and (ii) the value of dedesignated and terminated cash flow hedges at the time of such dedesignation, less amounts reclassified to earnings as the original hedged transactions are recognized, unless the hedged transactions become probable of not occurring. The effects of the hedge will be recorded in the statement of income as the hedged transactions are actually settled and affect earnings. Also see Note 10 to the June 30, 2007 Financial Statements.

### Results of Operations—2006 vs. 2005 and 2005 vs. 2004

Results of operations and the related management's discussion of those results for the periods presented reflect the distribution of the assets and liabilities of Oncor Electric Delivery to EFH Corp. in December 2005 (see Note 2 to the 2006 year-end Financial Statements) as well as the discontinuance of certain operations (see Note 3 to the 2006 year-end Financial Statements regarding discontinued operations).

**Accounting Changes**—See Note 1 to the 2006 year-end Financial Statements for a discussion of the effects of accounting rule changes.

**Extraordinary Items**—See Note 4 to the 2006 year-end Financial Statements for a discussion of an extraordinary charge recorded in 2005 and an extraordinary credit recorded in 2004.

93

EFIHMW00250165

**Sales Volume and Electric Energy Delivered Data**

| | Year Ended December 31, | | | Change % | Change % |
|---|---|---|---|---|---|
| | **2006** | **2005** | **2004** | **2006/2005** | **2005/2004** |
| **Sales volumes:** | | | | | |
| Retail electricity sales volumes—gigawatt hours (GWh): | | | | | |
| Historical service territory: | | | | | |
| Residential . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25,932 | 29,239 | 30,897 | (11.3) | (5.4) |
| Small business(a) . . . . . . . . . . . . . . . . . . . . . . . | 7,753 | 9,004 | 10,476 | (13.9) | (14.1) |
| Total historical service territory . . . . . . . . . | 33,685 | 38,243 | 41,373 | (11.9) | (7.6) |
| Other territories: | | | | | |
| Residential . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,663 | 3,416 | 3,089 | 7.2 | 10.6 |
| Small business(a) . . . . . . . . . . . . . . . . . . . . . . . | 671 | 674 | 363 | (0.4) | 85.7 |
| Total other territories . . . . . . . . . . . . . . . . . | 4,334 | 4,090 | 3,452 | 6.0 | 18.5 |
| Large business and other customers . . . . . . . . | 14,031 | 15,843 | 25,466 | (11.4) | (37.8) |
| Total retail electricity . . . . . . . . . . . . . . . . . . | 52,050 | 58,176 | 70,291 | (10.5) | (17.2) |
| Wholesale electricity sales volumes . . . . . . . . | 36,931 | 52,001 | 48,309 | (29.0) | 7.6 |
| Net sales (purchases) of balancing electricity to/from ERCOT(b) . . . . . . . . . . . . . . . . . . . . . | 874 | 4,787 | (1,613) | (81.7) | — |
| Total sales volumes . . . . . . . . . . . . . . . . . . | 89,855 | 114,964 | 116,987 | (21.8) | (1.7) |
| **Average volume (kWh) per retail customer(c):** | | | | | |
| Residential . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15,359 | 15,825 | 15,619 | (2.9) | 1.3 |
| Small business . . . . . . . . . . . . . . . . . . . . . . . . . | 30,360 | 32,078 | 34,095 | (5.4) | (5.9) |
| Large business and other customers . . . . . . . . | 285,277 | 243,538 | 351,542 | 17.1 | (30.7) |
| **Distribution volumes:** | | | | | |
| Electric energy delivered (GWh) . . . . . . . . . . . . . . . . | — | 106,780 | 101,928 | — | 4.8 |
| **Weather (service territory average)—percent of normal(d):** | | | | | |
| Percent of normal: | | | | | |
| Cooling degree days . . . . . . . . . . . . . . . . . . | 117.6% | 107.0% | 90.0% | | |
| Heating degree days . . . . . . . . . . . . . . . . . . | 79.2% | 90.0% | 90.1% | | |

(a)  Customers with demand of less than 1 MW annually.
(b)  See Note 1 to the 2006 year-end Financial Statements for discussion of trading and ERCOT balancing activity in 2006.
(c)  Calculated using average number of customers for period.
(d)  Weather data is obtained from Weatherbank, Inc., an independent company that collects and archives weather data from reporting stations of the National Oceanic and Atmospheric Administration (a federal agency under the US Department of Commerce).

94

EFIHMW00250166

*Customer Count, Electricity Points of Delivery and Reliability Data*

| | Year Ended December 31, | | | Change % | Change % |
|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | 2006/2005 | 2005/2004 |
| **Customer counts:** | | | | | |
| Retail electricity customers (end of period and in thousands)(a): | | | | | |
| Historical service territory: | | | | | |
| Residential | 1,624 | 1,769 | 1,951 | (8.2) | (9.3) |
| Small business(b) | 258 | 281 | 309 | (8.2) | (9.1) |
| Total historical service territory | 1,882 | 2,050 | 2,260 | (8.2) | (9.3) |
| Other territories: | | | | | |
| Residential | 247 | 213 | 194 | 16.0 | 9.8 |
| Small business(b) | 9 | 7 | 6 | 28.6 | 16.7 |
| Total other territories | 256 | 220 | 200 | 16.4 | 10.0 |
| Large business and other customers | 44 | 55 | 76 | (20.0) | (27.6) |
| Total retail electricity customers | 2,182 | 2,325 | 2,536 | (6.2) | (8.3) |
| **Distribution points of delivery (end of period and in thousands):** | | | | | |
| Electricity distribution points of delivery (based on number of meters)(c) | — | 3,013 | 2,971 | — | 1.4 |
| **Distribution reliability statistics(d):** | | | | | |
| System Average Interruption Duration Index (SAIDI)(nonstorm) | — | 76.79 | 75.51 | — | 1.7 |
| System Average Interruption Frequency Index (SAIFI)(nonstorm) | — | 1.17 | 1.10 | — | 6.4 |
| Customer Average Interruption Duration Index (CAIDI)(nonstorm) | — | 65.60 | 68.75 | — | (4.6) |

(a)    Based on number of meters.

(b)    Customers with demand of less than 1 MW annually.

(c)    Includes lighting sites, primarily guard lights, for which TCEH is the REP but are not included in TCEH's customer count. Such sites totaled 86,495 and 95,252 at December 31, 2005 and 2004, respectively.

(d)    SAIDI is the average number of electric service outage minutes per customer in a year. SAIFI is the average number of electric service interruptions per customer in a year. CAIDI is the average duration in minutes of interruptions to electric service in a year. The statistics presented are based on the preceding twelve months' data.

95

EFIHMW00250167

**Revenue and Market Share Data**

| | Year Ended December 31, | | | Change % 2006/2005 | Change % 2005/2004 |
|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | | |
| | (millions of dollars, except percentages, retail revenues per MWh and market share) | | | | |
| **Operating revenues:** | | | | | |
| Retail electricity revenues: | | | | | |
| Historical service territory: | | | | | |
| Residential. . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 3,804 | $ 3,444 | $ 3,164 | 10.5 | 8.8 |
| Small business(a) . . . . . . . . . . . . . . . . . . . . . . . . | 1,153 | 1,086 | 1,103 | 6.2 | (1.5) |
| Total historical service territory . . . . . . . . . . . . . . . . . . . . . . . . | 4,957 | 4,530 | 4,267 | 9.4 | 6.2 |
| Other territories: | | | | | |
| Residential. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 559 | 405 | 298 | 38.0 | 35.9 |
| Small business(a) . . . . . . . . . . . . . . . . . . . . . . . . | 80 | 65 | 34 | 23.1 | 91.2 |
| Total other territories . . . . . . . . . . . . . . . . . . . . . . . . . | 639 | 470 | 332 | 36.0 | 41.6 |
| Large business and other customers . . . . . . . . . . . . . . . . . . . . . . . | 1,357 | 1,330 | 1,771 | 2.0 | (24.9) |
| Total retail electricity revenues . . . . . . . . . . . . . . . . . . . . . . . . . | 6,953 | 6,330 | 6,370 | 9.8 | (0.6) |
| Wholesale electricity revenues(b) . . . . . . . . . . . . . . . . . . . . . . . . | 2,278 | 2,807 | 1,886 | (18.8) | 48.8 |
| Net sales (purchases) of balancing electricity to/from ERCOT(b) . . . . | (31) | 225 | (92) | — | — |
| Net gains (losses) from risk management and trading activities . . . . . | 211 | (164) | (103) | — | — |
| Transmission and delivery revenues . . . . . . . . . . . . . . . . . . . . . . . . | — | 2,394 | 2,226 | — | 7.5 |
| Other operating revenues(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 196 | 354 | 341 | (44.6) | 3.8 |
| Net intercompany eliminations . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (1,286) | (1,427) | — | — |
| Total consolidated revenues . . . . . . . . . . . . . . . . . . . . . . . . | $ 9,607 | $10,660 | $ 9,201 | (9.9) | 15.9 |
| **Risk management and trading activities:** | | | | | |
| Realized net gains (losses) on settled positions(d). . . . . . . . . . . . . . | $  (119) | $  (146) | $    6 | | |
| Reversal of prior periods' unrealized net (gains) losses on positions settled in current period . . . . . . . . . . . . . . . . . . . . . . . . | 32 | (12) | (59) | | |
| Other unrealized net gains (losses), including cash flow hedge ineffectiveness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 298 | (6) | (50) | | |
| Total net gains (losses) . . . . . . . . . . . . . . . . . . . . . . . . . | $   211 | $  (164) | $  (103) | | |
| **Average retail revenues per MWh:** | | | | | |
| Residential. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $147.43 | $117.86 | $101.88 | 25.1 | 15.7 |
| Small business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $146.39 | $118.90 | $104.87 | 23.1 | 13.4 |
| Large business and other customers . . . . . . . . . . . . . . . . . . . . . . | $ 96.67 | $ 83.96 | $ 69.54 | 15.1 | 20.7 |
| **Estimated share of ERCOT retail markets(e)(f):** | | | | | |
| Historical service territory: | | | | | |
| Residential. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 65% | 72% | 81% | | |
| Small business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 64% | 71% | 78% | | |
| Total ERCOT: | | | | | |
| Residential. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37% | 39% | 44% | | |
| Small business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26% | 29% | 31% | | |
| Large business and other customers . . . . . . . . . . . . . . . . . . . . . . | 14% | 20% | 33% | | |

(a)  Customers with demand of less than 1 MW annually.
(b)  See Note 1 to 2006 year-end Financial Statements for discussion of reporting of trading and ERCOT balancing activity in 2006.
(c)  Includes a $162 million charge for a special customer appreciation bonus. This charge does not affect the computation of residential average revenues per MWh. See Note 7 to 2006 year-end Financial Statements.
(d)  Includes physical commodity trading activity not subject to mark-to-market accounting of $34 million in net losses, $61 million in net gains and $13 million in net gains in 2006, 2005 and 2004, respectively.
(e)  Based on number of meters.
(f)  Estimated market share is based on the number of customers that have choice.

96

EFIHMW00250168

*Production, Purchased Power and Delivery Cost Data*

| | Year Ended December 31, | | | Change % 2006/2005 | Change % 2005/2004 |
|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | | |
| | (millions of dollars, except percentages) | | | | |
| **Fuel, purchased power costs and delivery fees ($ millions):** | | | | | |
| Nuclear fuel . . . . . . . . . . . . . . . . . . . . . . . . . | $ 85 | $ 78 | $ 82 | 9.0 | (4.9) |
| Lignite/coal . . . . . . . . . . . . . . . . . . . . . . . . . | 475 | 475 | 506 | — | (6.1) |
| Total baseload fuel . . . . . . . . . . . . . . . . | 560 | 553 | 588 | 1.3 | (6.0) |
| Natural gas fuel and purchased power. . . . | 1,787 | 3,285 | 2,820 | (45.6) | 16.5 |
| Other costs . . . . . . . . . . . . . . . . . . . . . . . . . | 228 | 281 | 221 | (18.9) | 27.1 |
| Fuel and purchased power costs(a) . . | 2,575 | 4,119 | 3,629 | (37.5) | 13.5 |
| Delivery fees(b) . . . . . . . . . . . . . . . . . . . . . | 1,353 | 1,426 | 1,544 | (5.1) | (7.6) |
| Intercompany eliminations(b) . . . . . . . . . . . | — | (1,284) | (1,430) | — | — |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 3,929 | $ 4,261 | $ 3,743 | (29.2) | 7.2 |
| **Fuel and purchased power costs (which excludes generation plant operating costs) per MWh:** | | | | | |
| Nuclear fuel . . . . . . . . . . . . . . . . . . . . . . . . . | $ 4.29 | $ 4.23 | $ 4.31 | 1.4 | (1.9) |
| Lignite/coal(c) . . . . . . . . . . . . . . . . . . . . . . . | $ 12.20 | $ 11.68 | $ 12.96 | 4.5 | (9.9) |
| Natural gas fuel and purchased power. . . . | $ 62.99 | $ 60.37 | $ 47.88 | 4.3 | 26.1 |
| **TCEH delivery fee per MWh** . . . . . . . . . . . . . . | $ 25.71 | $ 24.20 | $ 21.75 | 6.2 | 11.3 |
| **Production and purchased power volumes (GWh):** | | | | | |
| Nuclear. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19,795 | 18,371 | 18,979 | 7.8 | (3.2) |
| Lignite/coal . . . . . . . . . . . . . . . . . . . . . . . . . | 43,837 | 44,005 | 42,339 | (0.4) | 3.9 |
| Total baseload generation. . . . . . . . . . . | 63,632 | 62,376 | 61,318 | 2.0 | 1.7 |
| Natural gas-fueled generation . . . . . . . . . . | 3,989 | 3,504 | 4,726 | 13.8 | (25.9) |
| Purchased power(a) . . . . . . . . . . . . . . . . . . . | 24,380 | 50,920 | 54,394 | (52.1) | (6.4) |
| Total energy supply. . . . . . . . . . . . . . . . | 92,001 | 116,800 | 120,438 | (21.2) | (3.0) |
| Less line loss and power imbalances . . . . . | 2,146 | 1,836 | 3,451 | 16.9 | (46.8) |
| Net energy supply volumes. . . . . . . . . . | 89,855 | 114,964 | 116,987 | (21.8) | (1.7) |
| **Baseload capacity factors (%):** | | | | | |
| Nuclear. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 98.8% | 91.5% | 94.3% | 8.0 | (3.0) |
| Lignite/coal . . . . . . . . . . . . . . . . . . . . . . . . . | 89.1% | 89.8% | 86.0% | (0.8) | 4.4 |
| Total baseload . . . . . . . . . . . . . . . . . . . . | 91.8% | 90.3% | 88.4% | 1.7 | 2.1 |

(a)  See Note 1 to the 2006 year-end Financial Statements for discussion of reporting of trading and ERCOT balancing activity in 2006.

(b)  Delivery fee charges from Oncor Electric Delivery to TCEH of $1.284 billion and $1.417 billion in 2005 and 2004, respectively, are eliminated in consolidation.

(c)  Includes depreciation and amortization of lignite mining assets, which is reported in the depreciation and amortization expense line item, but is part of overall fuel costs.

97

Highly Confidential

***2006 compared to 2005***

Operating revenues decreased $1.1 billion to $9.6 billion in 2006 as presented below:

| | Year Ended December 31, | | Increase (Decrease) |
|---|---|---|---|
| | **2006** | **2005** | |
| | (millions of dollars) | | |
| Retail electricity revenues | $6,953 | $ 6,330 | $ 623 |
| Accrued customer appreciation bonus | (162) | — | (162) |
| Wholesale electricity revenues | 2,278 | 2,807 | (529) |
| Wholesale balancing activities | (31) | 225 | (256) |
| Results of risk management and trading activities | 211 | (164) | 375 |
| Delivery revenues | — | 2,394 | (2,394) |
| Other operating revenues | 368 | 355 | 13 |
| Intercompany sales eliminations | (10) | (1,287) | 1,277 |
| Total operating revenues | $9,607 | $10,660 | $(1,053) |

The absence of the results of Oncor Electric Delivery operations in 2006, including the related intercompany sales eliminations, accounted for essentially all of the decrease in total revenues.

The 10% increase in retail electricity revenues reflected the following:

- Higher average pricing contributed $1.3 billion to the revenue increase. Higher retail prices reflected increases in natural gas prices that resulted in the regulatory-approved price-to-beat rate increases implemented in May 2005, October 2005 and January 2006.

- The effect of higher retail pricing was partially offset by $667 million in lower retail volumes. Total retail sales volumes declined 11%. Residential and small business volumes fell 10% on a net loss of customers due to competitive activity and lower average consumption per customer. The lower consumption reflected customer efficiency measures in response to prices and warmer weather. Large business market sales volumes declined 11% as the effect of fewer customers was partially offset by higher average consumption per customer. A change in large business customer mix reflected a continuing strategy to improve margins.

- Retail electricity customer counts at December 31, 2006 declined 6% from December 31, 2005. Total residential and small business customer counts in the historical service territory declined 8% and in all combined territories declined 6%.

A $162 million ($105 million after-tax) charge was recorded in the fourth quarter of 2006 for a special residential customer appreciation bonus. See discussion in Note 7 to the 2006 year-end Financial Statements.

The decline in wholesale electricity revenues reflected the reporting of wholesale electricity trading activity on a net basis in 2006 as described in Note 1 to the 2006 year-end Financial Statements. This effect was partially offset by higher wholesale sales prices.

Wholesale balancing net revenues/purchases are subject to high variability as the activity represents intraday purchases and sales transactions with ERCOT for real-time balancing purposes as measured in 15-minute intervals. See Note 1 to the 2006 year-end Financial Statements for a discussion regarding reporting of ERCOT balancing activities.

Results from risk management and trading activities include realized and unrealized gains and losses associated with financial instruments used for economic hedging and trading purposes, as well

98

EFIHMW00250170

as gains and losses on physical sales and purchases of commodities for trading purposes (principally natural gas). Because most of the hedging and risk management activities are intended to mitigate the risk of commodity price movements on revenues and fuel and purchased power costs, the changes in such results should not be viewed in isolation, but rather taken together with the effects of pricing and cost changes on gross margin. Following is an analysis of activities in 2006:

Results associated with the long-term hedging program

- $203 million in unrealized cash flow hedge ineffectiveness net gains, which includes $207 million in net gains on unsettled positions and $4 million in net losses that represent reversals of previously recorded unrealized net gains on positions settled in the current period;

- $86 million in unrealized mark-to-market net gains on unsettled economic hedge positions that are not being accounted for as cash flow hedges; and

- $112 million in realized net gains on positions accounted for as cash flow hedges, including the reclassification of $34 million in net gains accumulated in other comprehensive income at December 31, 2005 to offset hedged electricity revenues recognized in the current period.

Results associated with other risk management and trading activities

- $52 million in realized net losses on positions accounted for as cash flow hedges and primarily entered into in prior years (largely 2003), including the reclassification of $36 million in net losses accumulated in other comprehensive income at December 31, 2005 to offset hedged electricity revenues recognized in the current period;

- $34 million in unrealized cash flow hedge ineffectiveness net gains, which includes $9 million in net gains on unsettled positions and $25 million in net gains that represent reversals of previously recorded unrealized net losses on position settled in the current period;

- $125 million in realized net losses on settlement of economic hedge positions that offset hedged electricity revenues recognized in the current period; and

- $54 million in realized net losses on settlement of trading positions.

*Gross Margin*

| | Year Ended December 31, | | | |
| | 2006 | % of Revenue | 2005 | % of Revenue |
| | (millions of dollars, except percentages) | | | |
| Operating revenues | $9,607 | 100% | $10,660 | 100% |
| Costs and expenses: | | | | |
| Fuel, purchased power costs and delivery fees | 3,929 | 41 | 4,261 | 40 |
| Operating costs | 604 | 6 | 1,424 | 13 |
| Depreciation and amortization | 328 | 4 | 755 | 7 |
| Gross margin | $4,746 | 49% | $ 4,220 | 40% |

The above amounts for 2005 include Oncor Electric Delivery's results as follows:

| | | |
| Operating revenues (before intercompany sales elimination of $1,286) | $2,394 | 100% |
| Costs and expenses: | | |
| Operating costs | 757 | 31 |
| Depreciation and amortization | 446 | 19 |
| Gross margin | $1,191 | 50% |

99

Highly Confidential

EFIHMW00250171

Gross margin is considered a key operating metric as its changes measure the effect of movements in sales volumes and pricing versus the variable and fixed costs to generate, purchase and deliver electricity.

Gross margin increased $526 million to $4.7 billion in 2006. This increase includes $1.7 billion in growth associated with the ongoing businesses, partially offset by the $1.2 billion impact of the absence of Oncor Electric Delivery operations in 2006. The improvement in ongoing operations primarily reflected the relatively low fuel costs of the nuclear and lignite/coal-fueled baseload plants, as well as the continued improved productivity of the baseload plants, in an environment of increasing wholesale power prices. The increased wholesale power prices were driven by rising natural gas prices. Retail prices, including price-to-beat rates, were increased in response to higher wholesale prices. In addition to higher retail prices, the gross margin increase reflected $289 million in unrealized net gains from cash flow hedge ineffectiveness and mark-to-market valuations of positions in the long-term hedging program. An 8% increase in production volumes at the nuclear generation plant also contributed to higher gross margin as this generation represents the lowest marginal cost of electricity to supply retail and wholesale customers. The gross margin performance was tempered by the effects of lower retail sales volumes and the effect of the customer appreciation bonus accrual.

Gross margin as a percent of revenues increased 9 percentage points to 49%. The improvement reflected the following estimated effects:

- higher retail and wholesale pricing, as the average retail sales price per MWh rose 23% and the average wholesale sales price per MWh rose 17% (10 percentage point margin increase);

- the effect of reporting wholesale electricity trading activity on a net basis (6 percentage point margin increase);

- the effect of unrealized cash flow hedge ineffectiveness and mark-to-market net gains related to the long-term hedge program (2 percentage point margin increase); and

- the combined effect of increased nuclear generation production volumes and less need for purchased electricity volumes (2 percentage point margin increase),

partially offset by:

- the effect of the absence of Oncor Electric Delivery operations in 2006 (8 percentage point margin decrease);

- lower retail sales volumes (2 percentage point margin decrease); and

- customer appreciation bonus (1 percentage point margin decrease).

Fuel, purchased power costs and delivery fees declined $332 million to $3.9 billion in 2006. This change includes a $1.6 billion decrease associated with ongoing operations partially offset by a $1.3 billion increase due to the absence of the intercompany delivery fee elimination. The decrease in ongoing operations reflected the reporting of wholesale trading activity on a net basis in 2006 as discussed in Note 1 to the 2006 year-end Financial Statements and the favorable impact of higher nuclear generation volumes to meet sales demand, partially offset by the effect of higher average prices of purchased electricity.

Operating costs decreased $820 million to $604 million in 2006. This change includes a $757 million decrease due to the absence of the results of Oncor Electric Delivery operations in 2006. A $63 million decrease in ongoing operations reflected:

- $49 million in lower maintenance costs due to both nuclear generation units having scheduled refueling outages in 2005 compared to one in 2006, and reduced other maintenance activity; and

100

EFIHMW00250172

- $9 million in lower incentive compensation expense,

partially offset by $8 million in net severance and early retirement costs associated with generation outsourcing services agreements entered into in early 2006.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants shown in the gross margin table above) decreased $425 million to $334 million. This change includes a $446 million decrease due to the absence of Oncor Electric Delivery operations in 2006. A $21 million increase in ongoing operations reflected higher costs associated with mining land reclamation activities and increased amortization of intangible software assets, partially offset by $7 million in lower depreciation due to the impairment of natural gas-fueled generation plants in the second quarter of 2006.

SG&A expenses decreased $190 million to $533 million in 2006. This change includes a $199 million decrease, net of $2 million intercompany elimination, due to the absence of Oncor Electric Delivery operations in 2006. A $9 million increase in ongoing operations reflected:

- $14 million in higher bad debt expense reflecting higher retail accounts receivable balances due to higher prices and the effect of a temporary regulatory-mandated deferred payment arrangement and disconnect moratorium applicable to certain retail customers;

- $14 million in higher fees related to the sale of accounts receivable program due to higher interest rates; and

- $6 million in executive severance expense (including amounts allocated from EFH Corp.),

partially offset by:

- $8 million in lower consulting fees primarily reflecting expenses in 2005 for the development and implementation of the TXU Operating System to improve productivity;

- $7 million in lower stock-based incentive compensation and deferred compensation expenses; and

- $7 million in lower salaries resulting from cost reduction initiatives in late 2005.

Franchise and revenue-based taxes decreased $236 million to $127 million in 2006. This change includes a $247 million decrease due to the absence of Oncor Electric Delivery operations in 2006. An $11 million increase in ongoing operations reflected higher state gross receipts taxes due to higher revenues.

Other income totaled $72 million in 2006 and $115 million in 2005. Other deductions totaled $210 million in 2006, which included a $198 million impairment charge related to natural gas-fueled generation plants, and $26 million in 2005. Oncor Electric Delivery results in 2005 included $4 million in other income and $11 million in other deductions. See Note 6 to the 2006 year-end Financial Statements.

Interest income increased $157 million to $252 million in 2006 primarily reflecting higher average advances to affiliates. This change includes a $1 million decrease, net of $58 million intercompany elimination, due to the absence of Oncor Electric Delivery operations in 2006.

Interest expense and related charges decreased by $281 million to $335 million in 2006. This change includes a $211 million decrease, net of $58 million intercompany elimination, due to the absence of Oncor Electric Delivery operations in 2006. A $70 million decrease in ongoing operations reflected $55 million in lower average borrowings and $15 million of higher capitalized interest average interest rates.

Highly Confidential                                                                    EFIHMW00250173

The effective income tax rate was 34.3% in 2006 compared to 32.7% in 2005. The absence of Oncor Electric Delivery operations in 2006 contributed to the change in the effective tax rate by 0.1 percentage points. The 2006 income tax expense associated with ongoing operations included a charge of $44 million (a 1.2 percentage point effective tax rate impact) representing an adjustment to deferred tax liabilities arising from the enactment of the Texas margin tax as described in Note 9 to the 2006 year-end Financial Statements. The 2005 income tax expense associated with ongoing operations reflected a benefit of $29 million representing a tax reserve adjustment (1.3 percentage point effective tax rate impact) and a charge of $10 million (a 0.5 percentage point effective tax rate impact) related to the settlement of the IRS audit for the 1994 to 1996 years.

Income from continuing operations increased $720 million to $2.5 billion in 2006. This change included a $1.1 billion increase associated with ongoing operations partially offset by a $351 million decrease due to the absence of Oncor Electric Delivery operations in 2006. The growth in ongoing operations was driven by improved gross margin and higher interest income, partially offset by the charge for the write-down of the natural gas-fueled generation plants.

### 2005 compared to 2004

Reference is made to comparisons of results by business segment following the discussion of consolidated results. EFH Corp. has aligned and reports its business activities as two operating segments: Competitive Electric and Regulated Delivery. The Competitive Electric segment includes the activities of Luminant and TXU Energy, as described above. This segment also includes the activities of a lease trust holding certain natural gas-fueled combustion turbines. The Regulated Delivery segment includes the activities of Oncor Electric Delivery. This segment also includes its wholly owned bankruptcy-remote financing subsidiary and certain revenues and costs associated with broadband-over-powerlines equipment installation. The business segment comparisons provide additional detail and quantification of items affecting financial results.

Energy Future Competitive Holdings' operating revenues increased $1.5 billion, or 16%, to $10.7 billion in 2005.

- Operating revenues in the Competitive Electric segment increased $1.2 billion, or 14%, to $9.6 billion driven by higher retail and wholesale pricing, which was primarily the result of higher natural gas prices. The effect of higher pricing was partially offset by the effect of lower retail sales volumes. Retail sales volumes declined 17% primarily reflecting a net loss of customers to competitive activity, particularly in the large business market, partially offset by the effect of warmer weather.

- Operating revenues in the Regulated Delivery segment increased $168 million, or 8%, to $2.4 billion in 2005. The revenue increase was driven by a 5% increase in delivered volumes, due largely to warmer weather and an increase in delivery points. The balance of the growth reflected $46 million in higher transition charges associated with securitization bonds issued in 2004 (offset in total by higher amortization of the related regulatory asset as discussed below). Additionally, higher transmission and distribution tariffs driven by Oncor Electric Delivery's ongoing transmission investment program and market growth contributed to increased revenues.

- Consolidated revenue growth reflected a $141 million reduction in the intercompany sales elimination, primarily reflecting lower sales by Oncor Electric Delivery to TCEH, while its sales to nonaffiliated REPs increased.

*Gross Margin*

| | Year Ended December 31, | | | |
|---|---|---|---|---|
| | 2005 | % of Revenue | 2004 | % of Revenue |
| | (millions of dollars, except percentages) | | | |
| Operating revenues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $10,660 | 100% | $9,201 | 100% |
| Costs and expenses: | | | | |
|    Fuel, purchased power costs and delivery fees . . . | 4,261 | 40% | 3,743 | 41% |
|    Operating costs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,424 | 13% | 1,433 | 15% |
|    Depreciation and amortization. . . . . . . . . . . . . . . . . . . | 755 | 7% | 713 | 8% |
| Gross margin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 4,220 | 40% | $3,312 | 36% |

Gross margin increased $908 million, or 27%, to $4.2 billion in 2005.

- The Competitive Electric segment's gross margin increased $831 million, or 38%, to $3.0 billion, driven by higher pricing partially offset by higher per MWh cost of purchased power and gas-fueled generation as well as the effect of lower sales volumes.

- The Regulated Delivery segment's gross margin increased $80 million, or 7%, to $1.2 billion in 2005, driven by higher operating revenues.

Operating costs were $1.4 billion in both 2005 and 2004.

- Competitive Electric's operating costs declined $35 million, or 5%. As discussed below in the business segment analysis, this decline was due to a number of factors, including the absence of $43 million of costs related to activities no longer performed.

- Regulated Delivery's operating costs rose $28 million, or 4%, driven by increased spending for reliability initiatives and higher property taxes due to increased investments in property.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants and the delivery system shown in the gross margin table above) increased $20 million, or 3%, to $759 million in 2005. The increase included higher amortization of the regulatory asset associated with securitization bonds (offset in revenues) and higher depreciation due to normal additions of property, largely offset by a change in the carrying value of software assets in connection with the Capgemini outsourcing transaction (see Note 8 to the 2006 year-end Financial Statements) and the effect of reduced 2005 depreciation rates for lignite/coal-fueled plants due to extending the estimated useful lives.

SG&A expense decreased $163 million, or 18%, to $723 million in 2005. The decline reflected:

- $80 million resulting from cost reduction initiatives including the Capgemini outsourcing agreement;

- $41 million in reduced incentive compensation expense including $15 million due to a one-time incentive compensation program in wholesale operations in 2004;

- $34 million in lower bad debt expense as a result of stricter disconnect policies and more focused collection activities; and

- $13 million in reduced pension and other postretirement benefits primarily due to the effect of Texas legislation enacted in the second quarter of 2005. (See Note 20 to the 2006 year-end Financial Statements.),

partially offset by $14 million in higher consulting expense primarily related to development and implementation of the TXU Operating System to improve efficiency of generation and mining operations.

103

Highly Confidential

Other income totaled $115 million in 2005 and $142 million in 2004. Other deductions totaled $26 million in 2005 and $665 million in 2004. The other deductions in 2004 primarily represented charges related to the restructuring actions discussed in Note 8 to the 2006 year-end Financial Statements. Also see Note 11 to the 2006 year-end Financial Statements for detail of other income and deductions.

Interest income increased $57 million to $95 million in 2005 primarily reflecting higher interest on short-term investments and higher average advances to affiliates.

Interest expense and related charges increased $21 million, or 4%, to $616 million in 2005 reflecting $47 million due to higher average interest rates, partially offset by $21 million due to lower average borrowings and $5 million in increased capitalized interest.

The effective income tax rate was 32.7% in 2005 and 29.6% in 2004. The increase reflects the effect of ongoing relatively fixed tax benefits of lignite depletion allowances and amortization of investment tax credits on a significantly higher 2005 income base. The 2005 effective income tax rate reflects a $29 million benefit for the reversal of previously established tax reserves due to current period events, partially offset by $14 million in additional tax expense related to settlement of the IRS audit for the 1994 to 1996 tax years.

Income from continuing operations before extraordinary items and the cumulative effect of changes in accounting principle (an after-tax measure) increased $1.1 billion to $1.8 billion in 2005.

- Earnings in the Competitive Electric segment increased $1.0 billion to $1.4 billion driven by improved gross margin, the effect of restructuring-related charges in 2004 and lower SG&A expenses.

- Earnings in the Regulated Delivery segment increased $96 million, or 38%, to $351 million driven by higher operating revenues, the effect of 2004 restructuring-related charges and a rate case settlement charge (see Note 8 to the 2006 year-end Financial Statements).

- Earnings from Corporate and Other nonsegment activities increased $27 million to $35 million in 2005. The improvement reflected after-tax interest income of $9 million in 2005 compared to after-tax interest expense of $7 million in 2004 and $13 million after-tax in increased amortization of the deferred gain on the sale of TXU Fuel. The change in interest reflected higher average advances to affiliates.

Net pension and postretirement benefit costs reduced income from continuing operations by $22 million in 2005 and $54 million in 2004. See Note 20 to the 2006 year-end Financial Statements.

Loss from discontinued operations (an after-tax measure) totaled $8 million in 2005 and $34 million in 2004. See Note 3 to the 2006 year- end Financial Statements for details.

104

Highly Confidential

### Energy-Related Commodity Contracts and Mark-to-Market Activities

The table below summarizes the changes in commodity contract assets and liabilities for the years ended December 31, 2006, 2005 and 2004. The net changes in these assets and liabilities, excluding "other activity" as described below, represent the net effect of mark-to-market accounting for positions in the commodity contract portfolio, which excludes positions that are subject to cash flow hedge accounting. For the 2006 period, this effect totaled $93 million in unrealized net gains, which represented $82 million in net gains on unsettled positions and $11 million in reversals of net losses recognized in prior periods on positions settled in the current period. These positions represent both economic hedging and trading activities.

|  | December 31, | | |
|---|---|---|---|
|  | 2006 | 2005 | 2004 |
|  | (millions of dollars) | | |
| Commodity contract net asset (liability) at beginning of period . . . . . . . . . . . . . . . . . . | $(56) | $ 23 | $108 |
| Settlements of positions included in the opening balance(1) . . . . . . . . . . . . . . . . . . . . . | 11 | (23) | (61) |
| Unrealized mark-to-market valuations of positions held at end of period . . . . . . . . . . | 82 | 32 | (29) |
| Other activity(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (88) | 5 |
| Commodity contract net asset (liability) at end of period . . . . . . . . . . . . . . . . . . . . . . . | $ 37 | $(56) | $ 23 |

(1) Represents reversals of unrealized mark-to-market valuations of these positions recognized in net income prior to the beginning of the period, to offset gains and losses realized upon settlement of the positions in the current period.

(2) These amounts have not been recognized in prior and current year mark-to-market earnings. Includes initial values of positions involving the receipt or payment of cash or other consideration such as option premiums paid and received. Activity in 2005 included $75 million of natural gas received related to physical swap transactions and a $12 million charge related to nonperformance by a coal contract counterparty.

In addition to the net effect of recording unrealized mark-to-market gains and losses that are reflected in the table above, similar effects arise in the recording of unrealized ineffectiveness gains and losses associated with commodity-related cash flow hedges. These effects, which include reversals of previously recorded unrealized ineffectiveness gains and losses to offset realized gains and losses upon settlement, are reflected in the balance sheet as changes in cash flow hedge and other derivative assets and liabilities. The total net effect of recording unrealized gains and losses related to commodity contracts under SFAS 133 is summarized as follows:

|  | December 31, | | |
|---|---|---|---|
|  | 2006 | 2005 | 2004 |
|  | (millions of dollars) | | |
| Unrealized gains/(losses) related to contracts marked-to-market . . . . . . . . . . . . . . . | $ 93 | $ 9 | $ (90) |
| Ineffectiveness gains/(losses) related to cash flow hedges(a) . . . . . . . . . . . . . . . . . | 237 | (27) | (19) |
| Total unrealized gains (losses) related to commodity contracts . . . . . . . . . . . . . . . . | $330 | $(18) | $(109) |

(a) See Note 18 to the 2006 year-end Financial Statements.

These amounts are reported in the "risk management and trading activities" component of revenues.

**Maturity Table**—Included in the net commodity contract asset balance above at December 31, 2006, is a net asset of $129 million representing unrealized mark-to-market net gains that have been recognized in current and prior years' earnings. Offsetting this net asset is a net liability of $92 million included in the December 31, 2006 balance sheet that is comprised principally of amounts

105

EFIHMW00250177

**PX 006**
**Page 112 of 382**

representing current and prior years' net receipts of cash or other consideration, including $86 million related to natural gas physical swap transactions. The following table presents the unrealized net commodity contract asset arising from mark-to-market accounting as of December 31, 2006, scheduled by contractual settlement dates of the underlying positions.

| | Maturity Dates of Unrealized Commodity Contract Net Assets at December 31, 2006 | | | | |
|---|---|---|---|---|---|
| Source of fair value | Less than 1 year | 1-3 years | 4-5 years | Excess of 5 years | Total |
| | (millions of dollars, except percentages) | | | | |
| Prices actively quoted | $(24) | $ 6 | $33 | $ 4 | $ 19 |
| Prices provided by other external sources | 57 | 35 | (6) | 34 | 120 |
| Prices based on models | (7) | (3) | — | — | (10) |
| Total | $ 26 | $38 | $27 | $38 | $129 |
| Percentage of total fair value | 20% | 29% | 21% | 30% | 100% |

The "prices actively quoted" category reflects only exchange traded contracts with active quotes available. The "prices provided by other external sources" category represents forward commodity positions at locations for which over-the-counter broker quotes are available. Over-the-counter quotes for power in ERCOT generally extend through 2010 and over-the-counter quotes for natural gas generally extend through 2015, depending upon delivery point. The "prices based on models" category contains the value of all nonexchange traded options, valued using option pricing models. In addition, this category contains other contractual arrangements that may have both forward and option components. In many instances, these contracts can be broken down into their component parts and each component valued separately. Components valued as forward commodity positions are included in the "prices provided by other external sources" category. Components valued as options are included in the "prices based on models" category.

**Competitive Electric Segment**

*Financial Results*

| | Year Ended December 31, | |
|---|---|---|
| | 2005 | 2004 |
| | (millions of dollars) | |
| Operating revenues | $9,552 | $8,402 |
| Costs and expenses: | | |
| Fuel, purchased power costs and delivery fees | 5,545 | 5,173 |
| Operating costs | 667 | 703 |
| Depreciation and amortization | 313 | 350 |
| Selling, general and administrative expenses | 522 | 666 |
| Franchise and revenue-based taxes | 114 | 117 |
| Other income | (64) | (110) |
| Other deductions | 15 | 611 |
| Interest income | (70) | (31) |
| Interest expense and related charges | 393 | 353 |
| Total costs and expenses | 7,435 | 7,832 |
| Income from continuing operations before income taxes, extraordinary items and cumulative effect of changes in accounting principles | 2,117 | 570 |
| Income tax expense | 687 | 162 |
| Income from continuing operations before extraordinary items and cumulative effect of changes in accounting principles | $1,430 | $ 408 |

106

EFIHMW00250178

**Competitive Electric Segment**

*2005 Compared to 2004*

Operating revenues increased $1.2 billion, or 14%, to $9.6 billion in 2005.

| | Year Ended December 31, | | Increase (Decrease) |
|---|---|---|---|
| | 2005 | 2004 | |
| | (millions of dollars) | | |
| Retail electricity revenues | $6,330 | $6,370 | $    (40) |
| Wholesale electricity revenues | 2,807 | 1,886 | 921 |
| Wholesale balancing activities | 225 | (92) | 317 |
| Results of risk management and trading activities | (164) | (103) | (61) |
| Other operating revenues | 354 | 341 | 13 |
| Total operating revenues | $9,552 | $8,402 | $1,150 |

The $40 million, or 1%, decrease in retail electricity revenues reflected the following:

•  A 17% drop in sales volumes contributed $1.1 billion to the revenue decline, primarily reflecting a net loss of customers due to competitive activity, particularly in the large business market, partially offset by the effect of warmer weather. A total volume decline of 38% in the large business market also reflected a strategy to improve margins. Total residential and small business volumes fell 6%, driven by competitive activity and stricter disconnect policies and more focused collection activities, partially offset by the effect of increased consumption by residential customers due to warmer weather.

•  The effect of lower retail volumes was partially offset by $886 million in higher pricing due to increased price-to-beat rates, reflecting regulatory-approved fuel factor increases in 2005, and higher pricing in the competitive business market, both resulting from the effects of higher natural gas prices. A favorable $171 million mix shift in the composition of retail sales from large business to residential and small business also offset the effect of lower volumes.

•  Retail electricity customer counts at December 31, 2005 declined 8% from December 31, 2004. Total residential and small business customer counts in the historical service territory declined 9% and in all combined territories declined 8%.

Wholesale electricity revenues rose $921 million, or 49%, reflecting $777 million in higher prices due to the effect of increased natural gas prices on wholesale electricity prices and $144 million due to an 8% increase in sales volumes. The wholesale sales volume increase was driven by a shift in the composition of the customer base from retail to wholesale and weather-related increases in wholesale demand.

Wholesale balancing activity comparisons are not meaningful because the activity represents intraday purchases and sales transactions with ERCOT for real-time balancing purposes, as measured in 15-minute intervals, that are highly variable.

The increase in other revenues of $13 million primarily reflected higher retail (business customers) natural gas revenues due to increased prices, partially offset by the effect of no longer providing customer care support to TXU Gas after the first half of 2004 and the sale of TXU Fuel in June 2004.

Results from risk management and trading activities include realized and unrealized gains and losses associated with financial instruments used for economic hedging and trading purposes, as well as gains and losses on physical sales and purchases of commodities for trading purposes (principally

107

natural gas). Because most of the hedging and risk management activities are intended to mitigate the risk of commodity price movements on revenues and fuel and purchased power costs, the changes in such results should not be viewed in isolation, but rather taken together with the effects of pricing and cost changes on gross margin. Following is an analysis of activities in 2005:

- $133 million in realized net losses associated with hedges entered into in prior years (largely 2003) that offset hedged transactions reported as electricity revenues and fuel and purchased power costs in the current period. This amount includes the reclassification of $88 million in net losses accumulated in other comprehensive income at December 31, 2004 related to positions accounted for as cash flow hedges;

- $84 million reversal of net unrealized gains previously recognized on electricity positions settled in the current period, the offsetting effects of which are reported in revenues and fuel and purchased power costs;

- $79 million in net realized gains on settlement of commodity trading positions largely entered into in 2005 and relating primarily to natural gas; and

- $31 million of unrealized ineffectiveness losses relating to positions accounted for as cash flow hedges principally related to the long-term hedging program.

*Gross Margin*

|  | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
|  | 2005 | % of Revenue | 2004 | % of Revenue |
|  | (millions of dollars, except percentages) | | | |
| Operating revenues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $9,552 | 100% | $8,402 | 100% |
| Costs and expenses: | | | | |
|     Fuel, purchased power costs and delivery fees . . . . | 5,545 | 58% | 5,173 | 62% |
|     Generation plant operating costs . . . . . . . . . . . . . . . . . | 668 | 7% | 703 | 8% |
|     Depreciation and amortization . . . . . . . . . . . . . . . . . . . . | 309 | 3% | 327 | 4% |
| Gross margin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $3,030 | 32% | $2,199 | 26% |

Gross margin increased $831 million, or 38%, to $3.0 billion in 2005. This growth primarily reflected the relatively low fuel costs of TCEH's nuclear and lignite/coal-fueled baseload plants, as well as the continued improved productivity of the baseload plants, in an environment of increasing wholesale power prices. The increased wholesale power prices were driven by rising natural gas prices. Retail prices, including price-to-beat rates, were increased in response to higher wholesale prices. The gross margin performance was mitigated by the effect of lower retail sales volumes.

Gross margin as a percent of revenues increased 6 percentage points to 32%. The improvement reflected:

- higher pricing, as the average retail sales price per MWh rose 20%, and the average wholesale sales price per MWh rose 38% (15 percentage point margin increase),

partially offset by:

- higher purchased power costs driven by a 26% increase in average purchased power prices (5 percentage point margin decrease); and

- a 17% decrease in retail sales volumes (4 percentage point margin decrease).

Operating costs decreased $35 million, or 5%, to $668 million in 2005. The decline reflected:

- $30 million in lower benefits expense including $13 million in lower pension and other postretirement benefit costs (see discussion in SG&A expenses below regarding these costs);

Highly Confidential

- the absence of $18 million of costs associated with 9 combustion turbine units no longer operated for TCEH's benefit;

- a $17 million effect of no longer providing customer care support to TXU Gas (largely offset by lower related revenues), the operations of which were sold in October 2004; and

- the absence of $8 million of costs associated with the TXU Fuel business sold in June 2004,

partially offset by:

- $25 million in higher maintenance costs associated with planned nuclear unit outages in 2005, reflecting two outages in 2005 and one outage in 2004; and

- $15 million in supplier credits recorded in 2004.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants shown in the gross margin table above) decreased $37 million, or 11%, to $313 million. The decline included $19 million due to the effect of the transfer of information technology assets, principally capitalized software, to a EFH Corp. affiliate in connection with the Capgemini outsourcing transaction (see Note 8 to the 2006 year-end Financial Statements). The decrease also reflected a $13 million effect of reduced 2005 depreciation rates for lignite/coal-fueled plants due to extending the estimated useful lives.

SG&A expenses decreased by $144 million, or 22%, to $522 million in 2005. The decline reflected:

- a net $64 million decline due to cost reduction initiatives, including the effect of the Capgemini outsourcing agreement;

- $41 million in reduced incentive compensation expense including a $15 million one-time incentive compensation program in wholesale operations in 2004;

- $38 million in lower bad debt expense as a result of refining and consistently applying credit and collection policies; and

- an $11 million net decrease in employee retirement-related expenses primarily due to the assumption by Oncor Electric Delivery of pension and other postretirement benefit costs related to service of TCEH's employees prior to the unbundling of Energy Future Competitive Holdings' electric utility business and the deregulation of the Texas electricity industry effective January 1, 2002 (see Note 20 to the 2006 year-end Financial Statements),

partially offset by $14 million in higher consulting expense primarily related to development and implementation of the TXU Operating System to improve efficiency of generation plant and mining operations.

Other income totaled $64 million in 2005 and $110 million in 2004. Other income in 2005 included:

- $33 million in gains on the sale of undeveloped land and mining land;

- an $8 million insurance reimbursement related to a generation plant fire in 2002;

- a $7 million gain on the sale of an investment in an out-of-state electricity transmission project;

- $4 million in connection with the termination of a power services contract; and

- $2 million gain on the sale of surplus equipment.

109

EFIHMW00250181