## ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES

### Notes to Financial Statements—(Continued)

**14. LONG-TERM DEBT**

**Long-term debt.**    At December 31, 2006 and 2005, the long-term debt of Energy Future Competitive Holdings consisted of the following:

| | December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| **Texas Competitive Holdings** | | |
| Pollution Control Revenue Bonds: | | |
| Brazos River Authority: | | |
| 5.400% Fixed Series 1994A due May 1, 2029 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 39 | $ 39 |
| 5.400% Fixed Series 1994B due May 1, 2029, remarketing date May 1, 2006(a)(b). . . . . . . . . | — | 39 |
| 5.400% Fixed Series 1995A due April 1, 2030, remarketing date May 1, 2006(a)(b). . . . . . . . | — | 50 |
| 5.050% Fixed Series 1995B due June 1, 2030, remarketing date June 19, 2006(a)(c). . . . . . . | — | 114 |
| 7.700% Fixed Series 1999A due April 1, 2033. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 111 | 111 |
| 6.750% Fixed Series 1999B due September 1, 2034, remarketing date April 1, 2013(a). . . . | 16 | 16 |
| 7.700% Fixed Series 1999C due March 1, 2032. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 50 | 50 |
| 4.000% Floating Series 2001A due October 1, 2030(d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 71 | 71 |
| 4.750% Fixed Series 2001B due May 1, 2029, remarketing date November 1, 2006(a)(e) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 19 |
| 5.750% Fixed Series 2001C due May 1, 2036, remarketing date November 1, 2011(a). . . . . | 217 | 217 |
| 3.960% Floating Series 2001D due May 1, 2033(d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 268 | 268 |
| 5.370% Floating Taxable Series 2001I due December 1, 2036(d) . . . . . . . . . . . . . . . . . . . . . . . . | 62 | 62 |
| 4.000% Floating Series 2002A due May 1, 2037(d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 45 | 45 |
| 6.750% Fixed Series 2003A due April 1, 2038, remarketing date April 1, 2013(a) . . . . . . . . . . | 44 | 44 |
| 6.300% Fixed Series 2003B due July 1, 2032 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | 39 |
| 6.750% Fixed Series 2003C due October 1, 2038 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 52 | 52 |
| 5.400% Fixed Series 2003D due October 1, 2029, remarketing date October 1, 2014(a) . . . | 31 | 31 |
| 5.000% Fixed Series 2006 due March 1, 2041 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 100 | — |
| | | |
| Sabine River Authority of Texas: | | |
| 6.450% Fixed Series 2000A due June 1, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 51 | 51 |
| 5.500% Fixed Series 2001A due May 1, 2022, remarketing date November 1, 2011(a). . . . . | 91 | 91 |
| 6.750% Fixed Series 2001B due May 1, 2030, remarketing date November 1, 2011(a). . . . . | 107 | 107 |
| 5.200% Fixed Series 2001C due May 1, 2028. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 70 | 70 |
| 5.800% Fixed Series 2003A due July 1, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | 12 |
| 6.150% Fixed Series 2003B due August 1, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 45 | 45 |
| 4.110% Floating Series 2006A due November 1, 2041, remarketing date May 9, 2007(f) . . . | 47 | — |
| 4.110% Floating Series 2006B due November 1, 2041, remarketing date May 9, 2007(f) . . . | 46 | — |
| | | |
| Trinity River Authority of Texas: | | |
| 6.250% Fixed Series 2000A due May 1, 2028 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | 14 |
| 5.000% Fixed Series 2001A due May 1, 2027, remarketing date November 1, 2006(a)(e) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 37 |
| 4.110% Floating Series 2006 due November 1, 2041, remarketing date May 9, 2007(f) . . . . | 50 | — |
| | | |
| Other: | | |
| 6.125% Fixed Senior Notes due March 15, 2008(g) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 250 | 250 |
| 7.000% Fixed Senior Notes due March 15, 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,000 | 1,000 |
| 4.920% Floating Rate Senior Notes due January 17, 2006 (interest rate in effect at December 31, 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 400 |
| Capital lease obligations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 98 | 103 |
| Fair value adjustments related to interest rate swaps . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | 9 |
| Total Texas Competitive Holdings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,036 | 3,456 |

F-70

EFIHMW00250402

## ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES

### Notes to Financial Statements—(Continued)

| | December 31, | |
|---|---|---|
| | 2006 | 2005 |
| **Energy Future Competitive Holdings** | | |
| 7.170% Fixed Senior Debentures due August 1, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | 10 |
| 7.460% Fixed Secured Facility Bonds with amortizing payments through January 2015 . . . . | 85 | 91 |
| 9.580% Fixed Notes due in semiannual installments through December 4, 2019 . . . . . . . . . | 62 | 65 |
| 8.254% Fixed Notes due in quarterly installments through December 31, 2021 . . . . . . . . . . . | 59 | 62 |
| 6.171% Floating Rate Junior Subordinated Debentures, Series D due January 30, 2037(h). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 1 |
| 8.175% Fixed Junior Subordinated Debentures, Series E due January 30, 2037. . . . . . . . . . | 8 | 8 |
| Unamortized premium . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 5 |
| Total Energy Future Competitive Holdings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 230 | 242 |
| Total Energy Future Competitive Holdings consolidated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,266 | 3,698 |
| Less amount due currently . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (178) | (414) |
| Total long-term debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $3,088 | $3,284 |

_____

(a)   These series are in the multiannual interest rate mode and are subject to mandatory tender prior to maturity on the mandatory remarketing date. On such date, the interest rate and interest rate period will be reset for the bonds.

(b)   Repurchased on May 1, 2006 for remarketing at a later date.

(c)   Repurchased on June 19, 2006 for remarketing at a later date.

(d)   Interest rates in effect at December 31, 2006. These series are in a weekly interest rate mode and are classified as long-term as they are supported by long-term irrevocable letters of credit.

(e)   Repurchased on November 1, 2006 for remarketing at a later date.

(f)   Interest rates in effect at December 31, 2006. These series are in a weekly interest rate mode and are subject to mandatory tender prior to maturity on the mandatory remarketing date. On such date, the interest rate period will be reset for the bonds.

(g)   Interest rate swapped to variable on entire principal amount.

(h)   Interest rates in effect at December 31, 2006.

**Debt-related Activity in 2007.**   In March 2007, Texas Competitive Holdings issued floating rate senior notes with an aggregate principal amount of $1.0 billion. The floating rate is based on LIBOR plus 50 basis points (subject to an increase of 25 basis points in the event of a further downgrade in Texas Competitive Holdings' credit rating). The notes mature in September 2008, but are subject to mandatory redemption upon a change in control of EFH Corp., including consummation of the Proposed Merger, and are subject to optional redemption on or after September 16, 2007.

**Debt-related Activity in 2006.**   In November 2006, Texas Competitive Holdings issued the Sabine River Authority of Texas Series 2006A and 2006B pollution control revenue bonds with aggregate principal amounts of $47 million and $46 million, respectively. Also in November 2006, Texas Competitive Holdings issued the Trinity River Authority of Texas Series 2006 pollution control revenue bonds with an aggregate principal amount of $50 million. All three bond series were issued in conjunction with the generation facility development program and have weekly reset floating interest rates and mature in November 2041. All three bond series are classified as long-term debt due currently. Net proceeds of $141 million ($143 million principal amount less issuance expenses) from the issuance are held in a trust and, along with related earned interest, are classified as restricted cash. Such proceeds will be released to Texas Competitive Holdings by the trust at such time documentation of qualified expenditures are presented and approved by the trustee. All three bond series were repurchased in May 2007 in conjunction with the suspension of certain aspects of the

F-71

Highly Confidential

EFIHMW00250403

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

generation facility development program. Restricted cash retained upon the issuance of the bonds was used to fund substantially all of the redemption amount.

In November 2006, upon the scheduled mandatory tender date, Texas Competitive Holdings repurchased all of the Trinity River Authority of Texas Series 2001A and Brazos River Authority Series 2001B pollution control revenue bonds with aggregate principal amounts of $37 million and $19 million, respectively, at a price of 100% of the principal amount thereof. Texas Competitive Holdings currently plans to remarket these bonds.

In June 2006, upon the scheduled mandatory tender date, Texas Competitive Holdings repurchased all of the Brazos River Authority Pollution Control Revenue (Refunding) Bonds Series 1995B with an aggregate principal amount of $114 million at a price of 100% of the principal amount thereof. Texas Competitive Holdings currently plans to remarket these bonds.

In May 2006, upon the scheduled mandatory tender date, Texas Competitive Holdings repurchased all of the Brazos River Authority Pollution Control Revenue (Refunding) Bonds Series 1994B and 1995A with aggregate principal amounts of $39 million and $50 million, respectively, at a price of 100% of the principal amounts thereof. Texas Competitive Holdings currently plans to remarket these bonds.

In March 2006, Texas Competitive Holdings issued the Brazos River Authority Series 2006 Pollution Control Revenue Bonds with an aggregate principal amount of $100 million. The bonds have a fixed interest rate of 5.0% and mature in March 2041. Net proceeds of $100 million (principal amount less issuance expenses) from the issuance are held in a trust and, along with related earned interest, are classified as restricted cash. Such proceeds will be released to Texas Competitive Holdings by the trust at such time as documentation of qualified expenditures are presented and approved by the trustee.

Other retirements of long-term debt in 2006 totaling $417 million represented payments at scheduled maturity dates and included $400 million of Texas Competitive Holdings senior notes.

**Debt Issuances and Retirements in 2005.**   In December 2005, in connection with the consolidation of the combustion turbine lease trust, Energy Future Competitive Holdings assumed $91 million principal amount of 7.460% fixed secured bonds with amortization principal payments through 2015. (See Note 4 for additional discussion.)

In November 2005, Texas Competitive Holdings remarketed the Sabine River Authority Series 2001C and the Brazos River Authority Series 1994A pollution control revenue bonds with aggregate principal amounts of $70 million and $39 million, respectively. The bonds were purchased upon mandatory tender in November 2003 and May 2005, respectively.

In January 2005, Texas Competitive Holdings remarketed and converted to floating rate mode the Brazos River Authority Series 2001A pollution control revenue bonds with an aggregate principal amount of $71 million. The bonds were purchased upon mandatory tender in April 2004.

In July 2005, the remaining publicly outstanding $92 million principal amount of Oncor Electric Delivery's Fixed First Mortgage Bonds matured and was paid. In a related action, in October 2005 Oncor Electric Delivery released the liens associated with its 2002 Secured Indenture resulting in its

F-72

Highly Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

Senior Secured Notes becoming unsecured obligations of Oncor Electric Delivery ranking equally with all of its other unsecured obligations.

Oncor Electric Delivery's retirements of other long-term debt in 2005 totaling $91 million represent payments related to its wholly-owned bankruptcy-remote financing subsidiary's transition bonds at scheduled maturity dates.

Energy Future Competitive Holdings had retirements of other long-term debt in 2005 totaling $37 million representing payments at scheduled maturity dates.

***Fair Value Hedge.*** Energy Future Competitive Holdings uses fair value hedging strategies to manage its exposure to fixed interest rates on long-term debt. At December 31, 2006, $250 million of fixed rate debt had been effectively converted to variable rates through an interest rate swap transaction expiring in 2008. The swap qualified for and has been designated as a fair value hedge in accordance with SFAS 133 (under the short-cut method as the conditions for assuming no ineffectiveness are met).

### Long-term debt fair value adjustments

| | December 31, | |
| --- | --- | --- |
| | **2006** | **2005** |
| | | $ |
| Long-term debt fair value adjustments related to interest rate swap at beginning of period—increase in debt carrying value | $ 9 | 15 |
| Fair value adjustments during the period | 3 | (4) |
| Recognition of net gains on settled fair value hedges(a) | (2) | (2) |
| Long-term debt fair value adjustments at end of period—increase in debt carrying value (net in-the-money value of swap) | $10 | $ 9 |

_____

(a)   Net value of settled in-the-money fixed-to-variable swap recognized in net income when the hedged transactions are recognized. Amounts are pretax.

Any changes in unsettled swap fair values reported as fair value adjustments to debt amounts are offset by changes in derivative assets and liabilities.

***Maturities.*** Long-term debt maturities at December 31, 2006 were as follows:

| Year | |
| --- | --- |
| 2007 | $  167 |
| 2008 | 268 |
| 2009 | 19 |
| 2010 | 21 |
| 2011 | 23 |
| Thereafter | 2,655 |
| Unamortized premium and discount and fair value adjustments | 15 |
| Capital lease obligations(a) | 98 |
| Total | $3,266 |

_____

(a)   Includes $11 million due currently.

F-73

Highly Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

### 15. COMMITMENTS AND CONTINGENCIES

#### Commitments

*Generation Development Program.*    TXU DevCo is developing three lignite/coal-fueled generation units in Texas (two units at Oak Grove and one unit at Sandow). Energy Future Competitive Holdings or its subsidiaries have executed engineering, procurement and construction (EPC) agreements for the development of these units and orders for critical long lead-time equipment, including boilers, turbine generators and air quality control systems have been placed. Air permits for the three units have been obtained, and construction has commenced. See discussion below under "Litigation" regarding the Oak Grove permit.

Capital expenditures under these arrangements totaled approximately $320 million as of December 31, 2006. If the agreements had been canceled as of that date, an additional estimated obligation of up to $270 million would have arisen. This estimated gross cancellation exposure of approximately $590 million at December 31, 2006 excluded any recovery values related to the assets acquired and for owned assets that are intended to be utilized in the program. Construction work-in-process expenditures under these agreements are assets of TXU DevCo.

*Other Contractual Commitments.*    At December 31, 2006, Energy Future Competitive Holdings had commitments under energy-related contracts, leases and other agreements as follows:

| | Coal purchase agreements and coal transportation agreements | Pipeline transportation and storage reservation fees | Capacity payments under power purchase agreements(a) | Nuclear Fuel Contracts | Water Rights Contracts |
|---|---|---|---|---|---|
| 2007 . . . . . . . | $151 | $ 62 | $107 | $ 82 | $ 6 |
| 2008 . . . . . . . | 98 | 42 | 54 | 134 | 7 |
| 2009 . . . . . . . | 102 | 38 | — | 111 | 7 |
| 2010 . . . . . . . | — | 37 | — | 36 | 7 |
| 2011 . . . . . . . | — | 38 | — | 26 | 7 |
| Thereafter . . | — | 16 | — | 121 | 53 |
| Total . . . | $351 | $233 | $161 | $510 | $87 |

(a)  On the basis of Energy Future Competitive Holdings' current expectations of demand from its electricity customers as compared with its capacity and take-or-pay payments, management does not consider it likely that any material payments will become due for electricity not taken beyond capacity payments.

F-74

EFIHMW00250406

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

Future minimum lease payments under both capital leases and operating leases are as follows:

|  | Capital Leases | Operating Leases(a) |
|---|---|---|
| 2007 | $ 17 | $ 36 |
| 2008 | 16 | 34 |
| 2009 | 15 | 34 |
| 2010 | 14 | 33 |
| 2011 | 10 | 30 |
| Thereafter | 47 | 267 |
| Total future minimum lease payments | 119 | $434 |
| Less amounts representing interest | 21 | |
| Present value of future minimum lease payments | 98 | |
| Less current portion | 11 | |
| Long-term capital lease obligation | $ 87 | |

(a)   Includes operating leases with initial or remaining noncancelable lease terms in excess of one year.

### Contingencies

**Litigation.**   On December 1, 2006, a lawsuit was filed in the United States District Court for the Western District of Texas against TXU Generation Company, LP, Oak Grove Management Company, LLC and EFH Corp. The complaint sought declaratory and injunctive relief, as well as the assessment of civil penalties, with respect to the permit application for the construction and operation of the Oak Grove Steam Electric Station in Robertson County, Texas. The plaintiffs alleged violations of the Federal Clean Air Act, Texas Health and Safety Code and Texas Administrative Code and sought to temporarily and permanently enjoin the construction and operation of the Oak Grove generation plant. The complaint also asserted that the permit application was deficient in failing to comply with various modeling and analyses requirements relative to the impact of emissions from the Oak Grove plant. Plaintiffs further requested that the District Court enter an order requiring the defendants to take other appropriate actions to remedy, mitigate and offset alleged harm to the public health and environment. EFH Corp. believes the Oak Grove air permit, granted by the TCEQ on June 13, 2007 is protective of the environment and that the application for and the processing of the air permit by Oak Grove Management Company LLC with the TCEQ has been in accordance with applicable law. EFH Corp. and the other defendants filed a Motion to Dismiss the litigation, which was granted by the District Court on May 21, 2007. The Plaintiffs have appealed the District Court's dismissal of the case to the Fifth Circuit Court of Appeals. EFH Corp. believes the District Court properly granted the Motion to Dismiss and while EFH Corp. is unable to estimate any possible loss or predict the outcome of this litigation in the event the Fifth Circuit Court of Appeals reverses the District Court, EFH Corp. maintains that the claims made in the complaint are without merit. Accordingly, EFH Corp. intends to vigorously defend the appeal and this litigation in the event the Fifth Circuit reverses the District Court.

Between October 19, 2004 and October 31, 2005, twelve lawsuits were filed in various California Superior Courts by purported customers against EFH Corp., TXU Energy Trading Company and TXU Energy Services and other marketers, traders, transporters and sellers of natural gas in California. Plaintiffs alleged that beginning at least by the summer of 2000, defendants manipulated and fixed at

F-75

EFIHMW00250407

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

artificially high levels natural gas prices in California in violation of the Cartwright Act and other California state laws. These lawsuits were coordinated in the San Diego Superior Court with numerous other natural gas actions as "In re Natural Gas Anti-Trust Cases I, II, III, IV and V." On December 28, 2006, an agreement in principle to settle this matter was reached between the EFH defendants and the plaintiffs in the twelve pending lawsuits. Formal settlement documents were signed in February 2007. Notices of Dismissal were filed in the San Diego Superior Court and the case was dismissed with prejudice on February 14, 2007.

In addition to the above, Energy Future Competitive Holdings is involved in various other legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect on its financial position, results of operations or cash flows.

*Regulatory Investigations.* In March 2007, the Commission issued a Notice of Violation (NOV) stating that the Commission Staff is recommending an enforcement action, including the assessment of administrative penalties, against EFH Corp. and certain affiliates of Energy Future Competitive Holdings for alleged market power abuse by power generation affiliates and TXU Portfolio Management in ERCOT-administered balancing energy auctions during certain periods of the summer of 2005. The NOV is premised upon the Commission Staff's allegation that TXU Portfolio Management's bidding behavior was not competitive and increased market participants' costs of balancing energy by approximately $70 million, including approximately $20 million in incremental revenues to EFH Corp. The Commission Staff has recommended that TXU Portfolio Management and its affiliates be required to pay administrative penalties in the amount of $140 million and pay the $70 million in incremental costs purportedly incurred by market participants. A hearing requested by TXU Portfolio Management to contest the alleged occurrence of a violation and the amount of the penalty in the NOV has been scheduled to start in April 2008. EFH Corp. believes TXU Portfolio Management's conduct during the period in question was consistent with the Commission's rules and policies, and no market power abuse was committed. EFH Corp. is vigorously contesting the NOV. EFH Corp. is unable to predict the outcome of this matter.

EFH Corp. and TXU Portfolio Management have taken actions to reduce the risk of future similar allegations related to the balancing energy segment of the ERCOT wholesale market, including working with the Commission Staff and the Commission's independent market monitor to develop a voluntary mitigation plan for approval by the Commission. TXU Portfolio Management submitted a voluntary mitigation plan that was approved by the Commission in July 2007.

The Commission Staff had been investigating TXU Energy Retail with respect to the renewal process for certain small and medium business customers on term service plans. The investigation did not involve residential customers. In June 2007, TXU Energy Retail reached a settlement agreement with the Staff of the Commission that was approved by the Commission in July 2007. While TXU Energy Retail expressly denies any violations of rules, it has agreed to pay the Commission a $5 million settlement as a compromise in this dispute.

*Labor Contracts.* Certain personnel engaged in Energy Future Competitive Holdings activities are represented by labor unions and covered by collective bargaining agreements with varying expiration dates. New one-year labor agreements were reached in 2006 covering bargaining unit personnel engaged in Energy Future Competitive Holdings' lignite mining and nuclear generation operations. In January 2007, new one-year labor agreements were reached covering bargaining unit

F-76

EFIHMW00250408

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

personnel engaged in Energy Future Competitive Holdings' natural gas-fueled generation operations. In June 2007, new eighteen-month labor agreements were reached covering bargaining unit personnel engaged in three of Energy Future Competitive Holdings' four lignite/coal-fueled generation operations. Changes in these collective bargaining agreements are not expected to have a material effect on Energy Future Competitive Holdings' financial position, results of operations or cash flows.

*Environmental Contingencies.*   The federal Clean Air Act, as amended (Clean Air Act) includes provisions which, among other things, place limits on sulfur dioxide and nitrogen oxide emissions produced by electricity generation plants. The capital requirements of Energy Future Competitive Holdings and its subsidiaries have not been significantly affected by the requirements of the Clean Air Act. In addition, all air pollution control provisions of the 1999 Restructuring Legislation have been satisfied.

Energy Future Competitive Holdings and its subsidiaries must comply with environmental laws and regulations applicable to the handling and disposal of hazardous waste. Energy Future Competitive Holdings and its subsidiaries are in compliance with all current laws and regulations; however, the impact, if any, of changes to existing regulations or the implementation of new regulation is not determinable.

The costs to comply with environmental regulations can be significantly affected by the following external events or conditions:

- enactment of state or federal regulations regarding $CO_2$ emissions;

- other changes to existing state or federal regulation regarding air quality, water quality, control of toxic substances and hazardous and solid wastes, and other environmental matters; and

- the identification of sites requiring clean-up or the filing of other complaints in which Energy Future Competitive Holdings or its subsidiaries may be asserted to be potential responsible parties.

*Guarantees.*   Energy Future Competitive Holdings has entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions. Guarantees issued or modified after December 31, 2002 are subject to the recognition and initial measurement provisions of FIN 45, which requires a guarantor to recognize, at the inception of a guarantee, a liability for the fair value of the obligation undertaken in issuing the guarantee.

*Debt obligation of EFH Corp.*   EFH Corp. and Texas Competitive Holdings have guaranteed obligations under the lease agreement for EFH Corp.'s current headquarters building. As a result of the March 2007 downgrade by S&P of Texas Competitive Holdings' credit rating to below investment grade, Texas Competitive Holdings has provided a $144 million letter of credit to replace EFH Corp.'s and its guarantee of these obligations.

*Residual value guarantees in operating leases.*   Energy Future Competitive Holdings or a subsidiary is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At December 31, 2006, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled approximately $93 million. These leased assets consist primarily of mining equipment and rail cars. The average life of the lease portfolio is approximately seven years. A significant portion of the maximum guarantee amount relates to leases entered into prior to December 31, 2002.

F-77

EFIHMW00250409

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

*Project development guarantees.*   In 1990, Energy Future Competitive Holdings repurchased an electric co-op's minority ownership interest in the Comanche Peak nuclear generation plant and assumed the co-op's indebtedness to the US government for the facilities. The indebtedness is included in long-term debt reported in the consolidated balance sheet. Energy Future Competitive Holdings is making principal and interest payments to the co-op in an amount sufficient for the co-op to make payments on its indebtedness. Energy Future Competitive Holdings guaranteed the co-op's payments, and in the event that the co-op fails to make its payments on the indebtedness, the US government would assume the co-op's rights under the agreement, and such payments would then be owed directly by Energy Future Competitive Holdings. At December 31, 2006, the balance of the indebtedness was $121 million with maturities of principal and interest extending to December 2021. The indebtedness is secured by a lien on the purchased facilities.

*Letters of Credit.*   At December 31, 2006, Texas Competitive Holdings had outstanding letters of credit under its revolving credit facilities in the amount of $455 million to support risk management and trading margin requirements in the normal course of business, including over-the-counter hedging transactions, and for miscellaneous credit support requirements. As of December 31, 2006, approximately 28% of the obligations supported by these letters of credit mature within one year, and substantially all of the remainder mature in the next four years.

Further, Texas Competitive Holdings had outstanding letters of credit under its revolving credit facilities totaling $455 million at December 31, 2006 to support existing floating rate pollution control revenue bond debt of $446 million principal amount. The letters of credit are available to fund the payment of such debt obligations and expire in 2009.

*Security Interest.*   A first-lien security interest has been placed on the two lignite/coal-fueled generation units at Energy Future Competitive Holdings' Big Brown plant to support commodity hedging transactions entered into by TXU DevCo. The lien can be used to secure obligations related to current and future hedging transactions of Energy Future Competitive Holdings, TXU DevCo or other EFH Corp. subsidiaries of up to an aggregate of 1.2 billion MMBtu of natural gas.

*Nuclear Insurance.*   Nuclear insurance includes liability coverage, property damage, decontamination and premature decommissioning coverage and accidental outage and/or extra expense coverage. The liability coverage is governed by the Price-Anderson Act (Act), while the property damage, decontamination and premature decommissioning coverage is promulgated by the rules and regulations of the NRC. Texas Competitive Holdings intends to maintain insurance against nuclear risks as long as such insurance is available. Texas Competitive Holdings is self-insured to the extent that losses (i) are within the policy deductibles, (ii) are not covered per policy exclusions, terms and limitations, (iii) exceed the amount of insurance maintained, or (iv) are not covered due to lack of insurance availability. Such losses could have a material adverse effect on Energy Future Competitive Holdings' financial condition and its results of operations and cash flows.

With regard to liability coverage, the Act provides financial protection for the public in the event of a significant nuclear generation plant incident. The Act sets the statutory limit of public liability for a single nuclear incident at $10.8 billion and requires nuclear generation plant operators to provide financial protection for this amount. The US Congress could impose revenue-raising measures on the nuclear industry to pay claims exceeding the $10.8 billion limit for a single incident mandated by the Act. As required, Texas Competitive Holdings provides this financial protection for a nuclear incident at Comanche Peak resulting in public bodily injury and property damage through a combination of private insurance and industry-wide retrospective payment plans. As the first layer of financial protection,

F-78

EFIHMW00250410

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

Texas Competitive Holdings has $300 million of liability insurance from American Nuclear Insurers (ANI), which provides such insurance on behalf of a major stock insurance company pool, Nuclear Energy Liability Insurance Association. The second layer of financial protection is provided under an industry-wide retrospective payment program called Secondary Financial Protection (SFP).

Under the SFP, in the event of an incident at any nuclear generation plant in the US, each operating licensed reactor in the US is subject to an assessment of up to $100.6 million plus a 3% insurance premium tax, subject to increases for inflation every five years. Assessments are limited to $15 million per operating licensed reactor per year per incident. Texas Competitive Holdings' maximum potential assessment under the industry retrospective plan would be $201.2 million (excluding taxes) per incident but no more than $30 million in any one year for each incident. The potential assessment is triggered by a nuclear liability loss in excess of $300 million per accident at any nuclear facility. The SFP and liability coverage are not subject to any deductibles.

With respect to nuclear decontamination and property damage insurance, the NRC requires that nuclear generation plant license-holders maintain at least $1.1 billion of such insurance and require the proceeds thereof to be used to place a plant in a safe and stable condition, to decontaminate it pursuant to a plan submitted to and approved by the NRC before the proceeds can be used for plant repair or restoration or to provide for premature decommissioning. Texas Competitive Holdings maintains nuclear decontamination and property damage insurance for Comanche Peak in the amount of $3.5 billion (subject to $1 million deductible per accident), above which Texas Competitive Holdings is self-insured. The $3.5 billion consists of a primary layer of coverage of $500 million provided by Nuclear Electric Insurance Limited (NEIL), a nuclear electric utility industry mutual insurance company, $2.25 billion of premature decommissioning coverage provided by NEIL and $737 million of other property damage coverage from other insurance markets and foreign nuclear insurance pools.

Texas Competitive Holdings maintains Accidental Outage Insurance through NEIL to cover the additional costs of obtaining replacement electricity from another source if one or both of the units at Comanche Peak are out of service for more than twelve weeks as a result of covered direct physical damage. The coverage provides for weekly payments of $3.5 million for the first fifty-two weeks and $2.8 million for the next 110 weeks for each outage, respectively, after the initial twelve-week waiting period. The total maximum coverage is $490 million per unit. The coverage amounts applicable to each unit will be reduced to 80% if both units are out of service at the same time as a result of the same accident.

If NEIL's losses exceeded its reserves for the applicable coverages, potential assessments total $14.5 million for primary property, $14.1 million for excess property and $8.3 million for accidental outage.

Also, under the NEIL policies, if there were multiple terrorism losses occurring within a one-year time frame, NEIL would make available one industry aggregate limit of $3.2 billion plus any amounts it recovers from other sources up to the limits for each claimant. If terrorism losses occurred beyond the one-year period, a new set of limits and resources would apply. Under the ANI liability policy, the liability arising out of terrorist acts will be subject to one industry aggregate limit of $300 million that could be reinstated at ANI's option depending on prevailing risk circumstances and the balance in the Industry Credit Rating Plan reserve fund. Under the US Terrorism Risk Insurance Extension Act of 2005, the US government provides reinsurance with respect to acts of terrorism in the US for losses caused by an individual or individuals acting on behalf of foreign parties. In such circumstances, the NEIL and ANI terrorism aggregates would not apply.

F-79

EFIHMW00250411

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

### 16. SHAREHOLDERS' EQUITY

In December 2005, Energy Future Competitive Holdings distributed the assets and liabilities of Oncor Electric Delivery to EFH Corp. The distribution was in the form of a dividend of capital.

Energy Future Competitive Holdings paid cash dividends to EFH Corp. of $858 million in 2006, $525 million in 2005 and $775 million in 2004.

***Energy Future Competitive Holdings' Preferred Stock.*** In August 2005, Energy Future Competitive Holdings redeemed all 379,231 shares of its outstanding preferred stock with a stated value of $38 million for approximately $40 million, including principal premium and accrued dividends. The preferred stock had dividend rates ranging from $4.00 to $5.08 per share. In December 2005, Energy Future Competitive Holdings reissued 788 shares of its $4.56 Series preferred stock in a private placement transaction for approximately $51 thousand.

The holders of preferred stock of Energy Future Competitive Holdings have no voting rights except for changes to the articles of incorporation that would change the rights or preferences of such stock, authorize additional shares of stock or create equal or superior class of stock. They have the right to vote for the election of directors only if certain dividend arrearages exist.

***Exchangeable Preferred Membership Interests of Texas Competitive Holdings.*** In April 2004, EFH Corp. purchased Texas Competitive Holdings' exchangeable preferred membership interests from unaffiliated holders, and as a result, Texas Competitive Holdings has paid distributions to EFH Corp. on these securities, which remain outstanding, since the purchase. In December 2005 EFH Corp. assigned its interest in Texas Competitive Holdings' exchangeable preferred membership interest to Energy Future Competitive Holdings. This assignment was accounted for as a capital contribution from EFH Corp. Details of the capital contribution to Energy Future Competitive Holdings were as follows:

|  | Capital Contribution |
|---|---:|
| Principal amount of exchangeable preferred membership interests . . . . . . . . . . . . . | $ 750 |
| Unamortized discount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (222) |
| Unamortized issuance costs—net of tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (24) |
| Deferred tax asset related to EFH Corp.'s purchase premium . . . . . . . . . . . . . . . . . | 384 |
| Total capital contribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 888 |

Effective September 30, 2006, these securities were recapitalized into common equity membership interests.

***Stock-based Compensation.*** In 2004 EFH Corp. early adopted SFAS 123R. Under SFAS 123R, compensation expense related to share-based awards to Energy Future Competitive Holdings' employees is accounted for as a noncash capital contribution from the parent. Accordingly, Energy Future Competitive Holdings recorded a $9 million, $20 million and $38 million credit to its common stock account in 2006, 2005 and 2004, respectively. Excess tax benefits of $11 million and $16 million for the years ended 2006 and 2005, respectively, related to stock-based awards have been contributed to Energy Future Competitive Holdings from EFH Corp.

F-80

Highly Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

### 17. COMMODITY CONTRACT ASSETS AND LIABILITIES

Commodity contract assets and liabilities primarily represent mark-to-market values of natural gas and electricity derivative instruments that have not been designated as cash flow hedges or "normal" purchases or sales under SFAS 133.

Current and noncurrent commodity contract assets totaling $439 million and $1.9 billion at December 31, 2006 and 2005, respectively, are stated net of applicable credit (collection) and performance reserves totaling $9 million and $12 million, respectively. Performance reserves are provided for direct, incremental costs to settle the contracts.

Current and noncurrent commodity contract liabilities totaled $402 million and $2.0 billion at December 31, 2006 and 2005, respectively.

### 18. CASH FLOW HEDGE AND OTHER DERIVATIVE ASSETS AND LIABILITIES

Cash flow hedge and other derivative assets and liabilities represent mark-to-market values of derivative contracts that have been designated as cash flow or fair value hedges under SFAS 133. Cash flow hedges consist primarily of natural gas derivative financial instruments. The change in fair value of these derivative assets and liabilities are recorded as other comprehensive income or loss to the extent the hedges are effective; the ineffective portion of the change in fair value is included in net income. (See Note 1 under "Derivative Instruments and Mark-to-Market Accounting"). Fair value hedges consist of fixed-to-variable interest rate swaps, and the change in fair value of the derivative assets and liabilities are recorded as an increase or decrease in the carrying value of the debt.

A summary of cash flow hedge and other derivative assets and liabilities follows:

|  | December 31, | |
|  | 2006 | 2005 |
| --- | --- | --- |
| Current and noncurrent assets: | | |
| Commodity-related cash flow hedges . . . . . . . . . . . . . . . . . . . . . | $790 | $131 |
| Debt-related fair value hedges. . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — |
| Total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $790 | $131 |
| Current and noncurrent liabilities: | | |
| Commodity-related cash flow hedges . . . . . . . . . . . . . . . . . . . . . | $ 22 | $295 |
| Debt-related fair value hedges. . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 9 |
| Total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 27 | $304 |

#### Other Cash Flow Hedge Information

Energy Future Competitive Holdings experienced cash flow hedge ineffectiveness related to positions held at the end of the period of $216 million in net gains in 2006, $38 million in net losses in 2005 and $21 million in net losses in 2004. These amounts are pretax and are reported in revenues.

The net effect of recording unrealized mark-to-market gains and losses arising from hedge ineffectiveness (versus recording gains and losses upon settlement) includes the above amounts as

F-81

EFIHMW00250413

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

well as the effect of reversing unrealized ineffectiveness gains and losses recorded in previous periods to offset realized gains and losses in the current period. Such net unrealized effect totaled $237 million in net gains in 2006, $27 million in net losses in 2005 and $19 million in net losses in 2004.

As of December 31, 2006, commodity positions accounted for as cash flow hedges reduce exposure to variability of future cash flows from future revenues or purchases through 2011.

Cash flow hedge amounts reported in accumulated other comprehensive income will be recognized in earnings as the related forecasted transactions are settled or become probable of not occurring. No amounts were reclassified into earnings in 2006, 2005 or 2004 as a result of the discontinuance of cash flow hedge accounting because a hedged forecasted transaction became probable of not occurring.

Cash flow hedge amounts reported in the Statements of Consolidated Comprehensive Income exclude net gains and losses associated with cash flow hedges entered into and settled within the periods presented. These amounts totaled $31 million in after-tax net gains in 2006 and $53 million and $11 million in after-tax net losses in 2005 and 2004, respectively.

Energy Future Competitive Holdings expects that $133 million of after-tax net gains related to cash flow hedges included in accumulated other comprehensive income will be reclassified into net income during the twelve months subsequent to December 31, 2006 as the related hedged transactions are settled and affect net income. Of this amount, $139 million in gains relate to commodity hedges and $6 million in losses relate to debt-related hedges. The following table summarizes after-tax balances currently recognized in accumulated other comprehensive income:

| | Accumulated Other Comprehensive Income at December 31, 2006 Gain (Loss) | | |
|---|---|---|---|
| | Commodity-related | Debt-related | Total |
| Dedesignated hedges (amounts fixed) | $147 | $(37) | $110 |
| Hedges subject to fair value adjustments | 229 | — | 229 |
| Total | $376 | $(37) | $339 |

## 19. INVESTMENTS

The balance of investments consists of the following:

| | December 31, | |
|---|---|---|
| | 2006 | 2005 |
| Nuclear decommissioning trust | $447 | $389 |
| Assets related to employee benefit plans | 51 | 54 |
| Land | 33 | 32 |
| Investment in affiliate holding Capgemini-related assets | 14 | 24 |
| Miscellaneous other | 1 | 3 |
| Total investments | $546 | $502 |

F-82

Highly Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

*Nuclear Decommissioning Trust.*    Deposits in a trust fund for costs to decommission the Comanche Peak nuclear generation plant are carried at fair value. Decommissioning costs are being recovered from Oncor Electric Delivery's customers as a delivery fee surcharge over the life of the plant and deposited in the trust fund. Net gains and losses on investments in the trust fund are offset by a corresponding adjustment to Oncor Electric Delivery's regulatory asset/liability. A summary of investments in the fund follows:

| | December 31, 2006 | | | |
| --- | --- | --- | --- | --- |
| | Cost(a) | Unrealized gain | Unrealized loss | Fair market value |
| Debt securities . . . . . . . . . . . . . . . . . . . . . . . . . . | $169 | $ 5 | $ (1) | $173 |
| Equity securities . . . . . . . . . . . . . . . . . . . . . . . . | 162 | 117 | (5) | 274 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . | $331 | $122 | $ (6) | $447 |

| | December 31, 2005 | | | |
| --- | --- | --- | --- | --- |
| | Cost(a) | Unrealized gain | Unrealized loss | Fair market value |
| Debt securities . . . . . . . . . . . . . . . . . . . . . . . . . . | $151 | $ 5 | $ (1) | $155 |
| Equity securities . . . . . . . . . . . . . . . . . . . . . . . . | 156 | 90 | (12) | 234 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . | $307 | $ 95 | $(13) | $389 |

_____

(a)    Includes realized gains and losses of securities sold.

Debt securities held at December 31, 2006 mature as follows: $54 million in one to five years, $60 million in five to ten years and $59 million after ten years.

*Assets Related to Employee Benefit Plans.*    The majority of these assets represent cash surrender values of life insurance policies that are purchased to fund liabilities under deferred compensation plans. EFH Corp. pays the premiums and is the beneficiary of these life insurance policies. As of December 31, 2006 and 2005, the face amount of these policies totaled $129 million and $133 million, and the net cash surrender values totaled $35 million and $39 million, respectively. Changes in cash surrender value are netted against premiums paid. Other investment assets held to satisfy deferred compensation liabilities are recorded at market value.

*Capgemini Agreement.*    In May 2004, as part of an overall arrangement initiated by EFH Corp., Energy Future Competitive Holdings and Oncor Electric Delivery entered into services agreements with Capgemini to outsource certain support activities. As part of the agreement, Capgemini was provided a royalty-free right, under an asset license arrangement, to use EFH Corp.'s information technology assets, consisting primarily of computer software. EFH Corp. obtained a 2.9% limited partnership interest in Capgemini in exchange for the asset license. EFH Corp. has the right to sell (the put option) its interest and the licensed software to Cap Gemini North America Inc. for $200 million, plus its share of Capgemini's undistributed earnings, upon expiration of the services agreement or earlier upon the occurrence of certain unexpected events. Cap Gemini North America Inc. has the right to purchase these interests under the same terms and conditions. The partnership interest has been recorded at an initial value of $2.9 million and is being accounted for on the cost method.

Texas Competitive Holdings and Oncor Electric Delivery recorded their share of the estimated fair value of the put option, $103 million and $51 million, respectively, as a noncurrent asset. Of this amount, $98 million and $49 million, respectively, were recorded as a reduction to the carrying value of

F-83

EFIHMW00250415

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

the licensed software, and the balance, which represents the fair value of the assumed cash distributions and gains while holding the partnership interest, was recorded as a noncurrent deferred credit. This accounting is in accordance with AICPA Statement of Position 98-1, "Accounting for the Costs of Computer Software Developed or Obtained for Internal Use."

Subject to certain terms and conditions, Cap Gemini North America, Inc. and its parent, Cap Gemini S.A., have guaranteed the performance and payment obligations of Capgemini under the services agreement, as well as payments under the put option.

### 20. PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS

***Adoption of SFAS 158.*** In September 2006, the FASB issued SFAS 158, which was adopted by EFH Corp. effective December 31, 2006, as required. SFAS 158 requires reporting in the balance sheet of the funded status of defined benefit pension and other postretirement employee benefit (OPEB) plans. Periodic pension and OPEB costs continue to be determined in accordance with SFAS 87 and SFAS 106. Under these standards, the accrued benefit obligation recognized in the balance sheet represented the cumulative difference between the net periodic benefit costs and cash funding of the plans. SFAS 87 also required the recording of a minimum pension liability representing the excess of the accumulated benefit obligation over the fair value of the plans' assets and the accrued benefit obligation already recorded under SFAS 87.

SFAS 158 requires that both the pension and OPEB accrued benefit obligation reported in the balance sheet represent the funded status of the plans based on the projected benefit obligation, which for the pension plan takes into account future compensation increases. For Energy Future Competitive Holdings, the initial recognition of the funded status on the financial statements is largely reflected as an increase in pension assets, an increase in the accrued OPEB obligation and an increase in accumulated other comprehensive income.

The following summarizes the impact on the consolidated balance sheet of adopting SFAS 158:

| | December 31, 2006 | | |
| --- | --- | --- | --- |
| | Balances Prior to Application of SFAS 158 | Increase (Decrease) to Balances | Balances After Application of SFAS 158 |
| Noncurrent assets: | | | |
| Pension assets | $10 | $108 | $118 |
| Accumulated deferred income taxes | $12 | $ (12) | $ — |
| Noncurrent liabilities: | | | |
| Accumulated deferred income taxes | $— | $ 21 | $ 21 |
| OPEB obligations | $28 | $ 9 | $ 37 |
| Shareholders' equity | $— | $ 65 | $ 65 |

The amounts recorded in the fourth quarter of 2006 upon adoption of SFAS 158 were based on the measurements of EFH Corp.'s pension and OPEB plans at the December 31, 2006 year-end date, which has been Energy Future Competitive Holdings' practice but is required under SFAS 158.

The recording of the total liability did not affect any financial covenants in credit agreements.

F-84

EFIHMW00250416

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

**Pension Plan.**    Subsidiaries of Energy Future Competitive Holdings are participating employers in the TXU Retirement Plan (Retirement Plan), a defined benefit pension plan sponsored by EFH Corp. The Retirement Plan is a qualified pension plan under Section 401(a) of the Internal Revenue Code of 1986, as amended (Code) and is the subject to the provisions of ERISA. Employees are eligible to participate in the Retirement Plan upon their completion of one year of service and the attainment of age 21. All benefits are funded by the participating employers. The Retirement Plan provides benefits to participants under one of two formulas: (i) a cash balance formula under which participants earn monthly contribution credits based on their compensation and a combination of their age and years of service, plus monthly interest credits, or (ii) a traditional defined benefit formula based on years of service and the average earnings of the three years of highest earnings. The cash balance interest component of the cash balance plan is variable and is determined using the yield of 30-year Treasury bonds.

All eligible employees hired after January 1, 2001 participate under the cash balance formula. Certain employees who, prior to January 1, 2002, participated under the traditional defined benefit formula, continue their participation under that formula. Under the cash balance formula, future increases in earnings will not apply to prior service costs. It is EFH Corp.'s policy to fund the plans on a current basis to the extent deductible under existing federal tax regulations. Such contributions, when made, are intended to provide not only for benefits attributed to service to date, but also those expected to be earned in the future.

Subsidiaries of Energy Future Competitive Holdings also participate in EFH Corp.'s supplemental retirement plans for management employees, the information for which is included in the data below.

**Other Postretirement Employee Benefit (OPEB) Plan.**    Subsidiaries of Energy Future Competitive Holdings participate with EFH Corp. and certain other affiliated subsidiaries of EFH Corp. to offer certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. For employees retiring on or after January 1, 2002, the retiree contributions required for such coverage vary based on a formula depending on the retiree's age and years of service.

**Pension and OPEB Costs.**    Information regarding net pension and other postretirement benefit costs recognized as expense follows:

|  | December 31, | | |
| --- | --- | --- | --- |
|  | 2006 | 2005 | 2004 |
| Pension costs under SFAS 87 | $ 8 | $ 33 | $ 44 |
| Other postretirement benefit costs under SFAS 106 | 10 | 59 | 63 |
| Total benefit costs | $18 | $ 92 | $107 |
| Less amounts deferred principally as a regulatory asset or property | — | (58) | (24) |
| Net amounts recognized as expense | $18 | $ 34 | $ 83 |

The pension and other postretirement benefits amounts provided represent allocations of amounts related to EFH Corp.'s plans to subsidiaries of Energy Future Competitive Holdings.

**Assumed Discount Rate.**    The discount rate reflected in net pension and other postretirement benefit costs in 2006 is 5.9%. The expected rate of return on plan assets reflected in the 2006 cost amounts is 8.75% for the pension plan and 8.67% for other postretirement benefits.

F-85

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

**Regulatory Recovery of Pension and Other Postretirement Benefit Costs.**    In June 2005, an amendment to PURA relating to EFH Corp's pension and OPEB costs was enacted by the Texas Legislature. This amendment, which was retroactively effective January 1, 2005, provides for the recovery by Oncor Electric Delivery of pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility, which in addition to its own employees consists of largely of active and retired personnel engaged in Texas Competitive Holdings' activities, related to service of those additional personnel prior to the deregulation and disaggregation of EFH Corp's business. Texas Competitive Holdings has entered into an agreement whereby Oncor Electric Delivery assumes responsibility for applicable pension and OPEB costs related to those personnel.

The amendment additionally authorizes Oncor Electric Delivery to establish a regulatory asset or liability for the difference between the amounts of pension and other postretirement benefits approved in current billing rates and the actual amounts that would otherwise have been recorded as charges or credits to earnings. Accordingly, in the second quarter of 2005 Oncor Electric Delivery began deferring (principally as a regulatory asset or property) additional pension and postretirement benefit costs for the effect of the amendment. Amounts deferred are ultimately subject to regulatory approval.

**Pension and OPEB Plan Cash Contributions.**    The following details the contributions to the benefit plans:

|  | December 31, | | |
| --- | --- | --- | --- |
|  | **2006** | **2005** | **2004** |
| Pension plan contributions .......................................... | $— | $ 2 | $27 |
| OPEB plan contributions ............................................ | 1 | 46 | 40 |
| Total contributions............................................ | $ 1 | $48 | $67 |

**Contributions in 2007.**    Estimated funding in 2007 by subsidiaries of Energy Future Competitive Holdings total $1 million for the OPEB plan.

**Thrift Plan.**    In addition, eligible employees of subsidiaries of Energy Future Competitive Holdings participate in a qualified savings plan, the Thrift Plan. This plan is a participant-directed defined contribution plan qualified under Section 401(a) of the Code, and is subject to the provisions of ERISA. The Thrift Plan includes an employee stock ownership component. Under the terms of the Thrift Plan, as amended effective in 2002, employees who do not earn more than the IRS threshold compensation limit used to determine highly compensated employees may contribute, through pretax salary deferrals and/or after-tax payroll deductions, the lesser of 75% of their regular salary or wages or the maximum amount permitted under law. Employees who earn more than such threshold may contribute from 1% to 16% of their regular salary or wages. Employer matching contributions are also made in an amount equal to 100% of the first 6% of employee contributions for employees who are covered under the cash balance formula of the Retirement Plan, and 75% of the first 6% of employee contributions for employees who are covered under the traditional defined benefit formula of the Retirement Plan. Prior to January 1, 2006, employer matching contributions were invested in EFH Corp. common stock. Effective January 1, 2006, employees had the option to reallocate or transfer all or part of their accumulated or future employer matching contributions to any of the plan's other investment options. Contributions by subsidiaries of Energy Future Competitive Holdings to the Thrift Plan aggregated $11 million in 2006, $19 million in 2005 and $20 million in 2004.

F-86

EFIHMW00250418

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

### 21. STOCK-BASED COMPENSATION PLANS

Subsidiaries of Energy Future Competitive Holdings bear the costs of EFH Corp.'s shareholder-approved long-term incentive plans for applicable management personnel engaged in their business activities. EFH Corp. provides discretionary awards of performance units to qualified management employees that are payable in its common stock. The awards generally vest over a three-year period and the number of shares ultimately earned is based on the performance of EFH Corp.'s stock over the vesting period as compared to peer companies and established thresholds. EFH Corp. has established restrictions that limit certain employees' opportunities to liquidate vested awards.

EFH Corp. adopted SFAS 123R in 2004. This accounting rule eliminates the alternative of applying the intrinsic value measurement provisions of APB 25 to stock compensation awards and requires the measurement of the cost of such awards over the vesting period based on the grant-date fair value of the award. EFH Corp. adopted SFAS 123R using the modified retrospective method, which allows for application to only prior interim periods in the year of initial adoption and resulted in the recognition of a credit of $9 million ($6 million after-tax) cumulative effect of change in accounting principle. For a portion of the 2004 period, the performance unit awards were payable in cash, but the awards were modified in December of 2004 and will be payable in EFH Corp. common stock.

EFH Corp. determines the fair value of its stock-based compensation awards utilizing a valuation model that takes into account three principal factors: expected volatility of the stock price of EFH Corp. and peer group companies, dividend rate of EFH Corp. and peer group companies and the restrictions limiting liquidation of vested stock awards. Based on the fair values determined under this model, Energy Future Competitive Holdings' reported expense related to the awards totaled $9 million ($6 million after-tax), $20 million ($13 million after-tax) and $33 million ($21 million after-tax) in 2006, 2005 and 2004, respectively. The number of awards granted, net of forfeitures, totaled 185 thousand and 80 thousand and 520 thousand in 2006, 2005 and 2004, respectively. As of December 31, 2006, unrecognized expense related to unvested awards totaled $11 million, which is expected to be recognized over a weighted average period of two years.

With respect to awards to employees of subsidiaries of Energy Future Competitive Holdings', the fair value of awards that vested in 2006, 2005 and 2004 totaled $50 million, $71 million and less than $1 million, respectively, based on the vesting date share prices. The aggregate fair value of outstanding awards expected to vest totaled $93 million based on the share price and performance of EFH Corp. stock as of December 31, 2006.

### 22. FAIR VALUE OF NONDERIVATIVE FINANCIAL INSTRUMENTS

The carrying amounts and related estimated fair values of significant nonderivative financial instruments were as follows:

| | December 31, 2006 | | December 31, 2005 | |
| --- | --- | --- | --- | --- |
| | Carrying Amount | Fair Value | Carrying Amount | Fair Value |
| **On-balance sheet liabilities:** | | | | |
| Long-term debt (including current maturities)(a) . . . . . . . . . . . | $3,168 | $3,229 | $3,595 | $3,672 |
| **Off-balance sheet liabilities:** | | | | |
| Financial guarantees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  — | $   7 | $  — | $   9 |

_____
(a)   Excludes capital leases.

F-87

EFIHMW00250419

**PX 006**
**Page 354 of 382**

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

See Note 18 for discussion of accounting for financial instruments that are derivatives.

The fair values of on-balance sheet instruments are estimated at the lesser of either the call price or the market value as determined by quoted market prices, where available, or, where not available, at the present value of future cash flows discounted at rates consistent with comparable maturities with similar credit risk.

The fair value of each financial guarantee is based on the difference between the credit spread of the entity responsible for the underlying obligation and a financial counterparty applied, on a net present value basis, to the notional amount of the guarantee.

The carrying amounts for financial assets classified as current assets and the carrying amounts for financial liabilities classified as current liabilities approximate fair value due to the short maturity of such instruments. The fair values of other financial instruments, including the Capgemini put option, for which carrying amounts and fair values have not been presented are not materially different than their related carrying amounts.

### 23. RELATED-PARTY TRANSACTIONS

The following represent the significant related-party transactions of Energy Future Competitive Holdings:

- In 2006, TXU DevCo effectively reimbursed Texas Competitive Holdings for $208 million in construction expenditures related to TXU DevCo's program to develop new generation facilities in Texas. The transaction was settled through affiliate advance accounts.

- Texas Competitive Holdings incurs electricity delivery fees charged by Oncor Electric Delivery. These fees totaled $1.1 billion for the year ended December 31, 2006.

- Oncor Electric Delivery's bankruptcy remote financing subsidiary has issued securitization bonds to recover generation-related regulatory assets through a transition surcharge to its customers. Oncor Electric Delivery's incremental income taxes related to the transition surcharges it collects are being reimbursed by Texas Competitive Holdings. Accordingly, Energy Future Competitive Holdings' financial statements reflect a noninterest bearing note payable to Oncor Electric Delivery of $356 million ($33 million reported as current liabilities) at December 31, 2006 and $395 million ($33 million reported as current liabilities) at December 31, 2005.

- Texas Competitive Holdings reimburses Oncor Electric Delivery for interest expense on Oncor Electric Delivery's bankruptcy remote financing subsidiary's securitization bonds. This interest expense totaled $52 million for the year ended December 31, 2006.

- Energy Future Competitive Holdings' current and noncurrent advances to parent totaled $4.0 billion and $1.3 billion at December 31, 2006 and 2005, respectively. The average daily balances of the advances to parent totaled $2.8 billion and $1.7 billion during the years ended December 31, 2006 and 2005, respectively. Interest income earned on the advances totaled $154 million, $74 million and $26 million for the years ended December 31, 2006, 2005 and 2004, respectively. The weighted average annual interest rates were 5.4%, 4.1% and 2.9% for the years ended December 31, 2006, 2005 and 2004, respectively.

- In December 2005, Energy Future Competitive Holdings received a $1.5 billion note receivable payable on demand from EFH Corp. in partial settlement of outstanding advances to parent.

F-88

EFIHMW00250420

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

The note carries interest at the same rate applied to advances to affiliates as discussed above. Interest income related to this note totaled $82 million and $2 million for the years ended December 31, 2006 and 2005, respectively.

- A EFH Corp. subsidiary charges subsidiaries of Energy Future Competitive Holdings for financial, accounting, environmental and other administrative services at cost. These costs, which are primarily reported in SG&A expenses, totaled $65 million, $99 million and $286 million for the years ended December 31, 2006, 2005 and 2004, respectively.

- In April 2004, EFH Corp. purchased Texas Competitive Holdings' exchangeable preferred membership interests from an unaffiliated holder, and as a result Texas Competitive Holdings paid distributions to EFH Corp. on these securities subsequent to the purchase. Interest expense and related charges associated with these securities, including amortization of the related discount, totaled $86 million and $57 million for the years 2005 and 2004, respectively. In December 2005, EFH Corp. assigned its interest in Texas Competitive Holdings' exchangeable preferred membership interests to Energy Future Competitive Holdings, and effective September 30, 2006, these securities were recapitalized into common equity membership interests.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility, reported in investments on Energy Future Competitive Holdings' balance sheet, is funded by a delivery fee surcharge billed to REPs by Oncor Electric Delivery and remitted to Texas Competitive Holdings, with the intent that the trust fund assets will be sufficient to fund the decommissioning liability, reported in noncurrent liabilities on Energy Future Competitive Holdings' balance sheet. Income and expenses associated with the trust fund and the estimated decommissioning liability recorded by Energy Future Competitive Holdings are offset by a net change in the intercompany receivable/payable with Oncor Electric Delivery, which in turn results in a change in the net regulatory asset/liability. A regulatory liability totaling $17 million at December 31, 2006 and reported on Oncor Electric Delivery's balance sheet represents the excess of the trust fund balance over the estimated decommissioning liability at that date. A regulatory asset totaling $8 million at December 31, 2005 and reported on Oncor Electric Delivery's balance sheet represents the excess of the decommissioning liability over the trust fund balance at that date.

- Energy Future Competitive Holdings has a 53.1% limited partnership interest, with a total carrying value of $14 million and $24 million at December 31, 2006 and 2005, respectively, in a EFH Corp. subsidiary holding Capgemini-related assets. Equity losses related to this interest totaled $10 million, $7 million and $7 million for the years ended December 31, 2006, 2005 and 2004, respectively. Oncor Electric Delivery had equity losses of $3 million for the year ended December 31, 2005 related to its 19.5% interest in the same limited partnership. These losses primarily represent amortization of software assets held by the subsidiary. The equity losses are reported as other deductions.

- EFH Corp. files a consolidated federal income tax return, and federal income taxes are allocated to subsidiaries based on their respective taxable income or loss. As a result, Energy Future Competitive Holdings had an income tax payable to EFH Corp. of $538 million at December 31, 2006 and an income tax receivable from EFH Corp. of $348 million at December 31, 2005.

- Energy Future Competitive Holdings charges TXU DevCo for employee services related to the development of generation facilities in Texas. These charges totaled $4 million for the year

F-89

EFIHMW00250421

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

ended December 31, 2006 and are largely reflected as a reduction in Energy Future Competitive Holdings' SG&A expenses.

See Notes 2, 12, 16 and 20 for information regarding the accounts receivable securitization program and related subordinated notes receivable from TXU Receivables Company, cash and other distributions to EFH Corp. and the assumption by Oncor Electric Delivery of certain Energy Future Competitive Holdings pension and other postretirement benefit costs, respectively.

**24. SEGMENT INFORMATION**

For the 2005 and 2004 reporting periods, Energy Future Competitive Holdings' operations were aligned into two reportable business segments: Texas Competitive Holdings and Oncor Electric Delivery. The segments were managed separately because they are strategic business units that offer different products or services and involve different risks. In December 2005, Energy Future Competitive Holdings distributed the assets and liabilities of Oncor Electric Delivery to EFH Corp. (See Note 2.)

The Competitive Electric segment is engaged in competitive market activities consisting of electricity generation, retail electricity sales to residential and business customers, wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. These activities are conducted principally by subsidiaries of Texas Competitive Holdings.

The Oncor Electric Delivery segment is engaged in regulated electricity transmission and distribution operations in Texas. The segment includes the activities of Oncor Electric Delivery's wholly-owned bankruptcy-remote financing subsidiary.

Corporate and Other represents the remaining nonsegment operations consisting primarily of, general corporate expenses, interest on debt at the Energy Future Competitive Holdings level, affiliate net interest income and amortization of the deferred gain on the sale of TXU Fuel.

The accounting policies of the business segments are the same as those described in the summary of significant accounting policies. Energy Future Competitive Holdings evaluates performance based on income from continuing operations. Energy Future Competitive Holdings accounts for intersegment sales and transfers as if the sales or transfers were to third parties, that is, at current market price.

Highly Confidential

EFIHMW00250422

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

| | Competitive Electric | Regulated Delivery | Corp. and Other | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Operating revenues | | | | | |
| 2005 | $ 9,552 | $2,394 | $ — | $(1,286) | $10,660 |
| 2004 | 8,402 | 2,226 | 5 | (1,432) | 9,201 |
| Regulated revenues—included in operating revenues | | | | | |
| 2005 | — | 2,394 | — | (1,278) | 1,116 |
| 2004 | — | 2,226 | — | (1,420) | 806 |
| Affiliated revenues—included in operating revenues | | | | | |
| 2005 | 8 | 1,278 | — | (1,286) | — |
| 2004 | 10 | 1,420 | 2 | (1,432) | — |
| Depreciation and amortization | | | | | |
| 2005 | 313 | 446 | — | — | 759 |
| 2004 | 350 | 389 | — | — | 739 |
| Equity in losses of unconsolidated subsidiaries | | | | | |
| 2005 | (7) | (3) | — | — | (10) |
| 2004 | (5) | (2) | — | — | (7) |
| Interest income | | | | | |
| 2005 | 70 | 59 | 78 | (112) | 95 |
| 2004 | 31 | 56 | 36 | (85) | 38 |
| Interest expense and related charges | | | | | |
| 2005 | 393 | 269 | 66 | (112) | 616 |
| 2004 | 353 | 280 | 47 | (85) | 595 |
| Income tax expense | | | | | |
| 2005 | 687 | 174 | 21 | — | 882 |
| 2004 | 162 | 116 | 4 | — | 282 |
| Income from continuing operations before extraordinary items and cumulative effect of changes in accounting principles | | | | | |
| 2005 | 1,430 | 351 | 35 | — | 1,816 |
| 2004 | 408 | 255 | 9 | — | 672 |
| Investment in equity investees | | | | | |
| 2005 | 24 | — | — | — | 24 |
| 2004 | 31 | 11 | — | — | 42 |
| Total assets(a) | | | | | |
| 2005 | 17,830 | — | 1,420 | (799) | 18,451 |
| 2004 | 14,515 | 9,493 | 1,357 | (1,402) | 23,963 |
| Capital expenditures | | | | | |
| 2005 | 309 | 733 | — | — | 1,042 |
| 2004 | 281 | 600 | — | — | 881 |

(a)    Assets by segment exclude investments in affiliates. In December 2005, Energy Future Competitive Holdings distributed the assets and liabilities of Oncor Electric Delivery to EFH Corp.

F-91

Highly Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

**25. SUPPLEMENTARY FINANCIAL INFORMATION**

*Regulated Versus Unregulated Operations*

| | December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| Operating revenues: | | | |
| Regulated(a) | $     — | $ 2,394 | $ 2,226 |
| Unregulated | 9,617 | 9,552 | 8,407 |
| Intercompany sales eliminations—regulated | — | (1,278) | (1,420) |
| Intercompany sales eliminations—unregulated | (10) | (8) | (12) |
| Total operating revenues | 9,607 | 10,660 | 9,201 |
| Costs and operating expenses: | | | |
| Fuel, purchased power and delivery fees—unregulated(b) | 3,929 | 4,261 | 3,743 |
| Operating costs—regulated | — | 758 | 730 |
| Operating costs—unregulated | 604 | 666 | 703 |
| Depreciation and amortization—regulated | — | 446 | 389 |
| Depreciation and amortization—unregulated | 334 | 313 | 350 |
| Selling, general and administrative expenses—regulated | — | 201 | 219 |
| Selling, general and administrative expenses—unregulated | 533 | 522 | 667 |
| Franchise and revenue-based taxes—regulated | — | 247 | 248 |
| Franchise and revenue-based taxes—unregulated | 127 | 116 | 118 |
| Other income | (72) | (115) | (142) |
| Other deductions | 210 | 26 | 665 |
| Interest income | (252) | (95) | (38) |
| Interest expense and other related charges | 335 | 616 | 595 |
| Total costs and expenses | 5,748 | 7,962 | 8,247 |
| Income from continuing operations before income taxes, extraordinary loss and cumulative effect of changes in accounting principles | $3,859 | $ 2,698 | $   954 |

(a)  On December 29, 2005, Energy Future Competitive Holdings distributed its ownership of Oncor Electric Delivery to EFH Corp., therefore, there are no Oncor Electric Delivery operations included in 2006.

(b)  Includes unregulated cost of fuel consumed of $927 million in 2006, $968 million in 2005 and $971 million in 2004. The balance represents energy purchased for resale and delivery fees net of intercompany eliminations.

The operations of the Competitive Electric segment are included above as unregulated, as the Texas market is open to competition. However, retail pricing to residential customers in the historical service territory was subject to certain price controls until December 31, 2006.

F-92

EFIHMW00250424

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

*Interest Expense and Related Charges*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| Interest | $355 | $532 | $504 |
| Distributions on exchangeable preferred membership interests(a) | — | 68 | 68 |
| Amortization of debt discount and issuance costs | 7 | 33 | 35 |
| Interest capitalized in accordance with SFAS 34 | (27) | (17) | (12) |
| Total interest expense and related charges | $335 | $616 | $595 |

_____

(a)  In April 2004, EFH Corp. purchased Texas Competitive Holdings' preferred membership interests from unaffiliated holders, and subsequent to this purchase, Texas Competitive Holdings paid distributions on the preferred membership interests to EFH Corp. In December 2005, EFH Corp. assigned its interest in Texas Competitive Holdings' exchangeable preferred membership interests to Energy Future Competitive Holdings, and effective September 30, 2006, these securities were recapitalized into common equity membership interests.

*Restricted Cash*

| | Balance Sheet Classification | | | |
| --- | --- | --- | --- | --- |
| | At December 31, 2006 | | At December 31, 2005 | |
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
| Pollution control revenue bond funds held by trustee (See Note 14) | $ — | $ 241 | $ — | $ — |
| All other | 3 | — | 8 | — |
| Total | $ 3 | $ 241 | $ 8 | $ — |

*Inventories by Major Category*

| | December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| Materials and supplies | $112 | $108 |
| Fuel stock | 94 | 81 |
| Natural gas in storage | 75 | 99 |
| Environmental energy credits and emission allowances | 25 | 21 |
| Total inventories | $306 | $309 |

Highly Confidential

EFIHMW00250425

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

*Property, Plant and Equipment*

| | December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| Generation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $15,950 | $15,922 |
| Other assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 406 | 389 |
| Total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16,356 | 16,311 |
| Less accumulated depreciation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,095 | 6,834 |
| Net of accumulated depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9,261 | 9,477 |
| Construction work in progress. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 504 | 402 |
| Nuclear fuel (net of accumulated amortization: 2006—$1,123; 2005—$1,058) . . . . | 159 | 115 |
| Property, plant and equipment—net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 9,924 | $ 9,994 |

Depreciation expense as a percent of average depreciable property approximated 2.0% for 2006 and 2.0% for 2005.

Assets related to capital leases included above totaled $96 million at December 31, 2006 and $100 million at December 31, 2005, net of accumulated depreciation.

***Asset Retirement Obligations.*** These liabilities primarily relate to nuclear generation plant decommissioning, land reclamation related to lignite mining, removal of lignite/coal-fueled plant ash treatment facilities and generation plant asbestos removal and disposal costs. There is no earnings impact with respect to the recognition of the asset retirement costs for nuclear decommissioning, as all costs are recoverable through the regulatory process as part of Oncor Electric Delivery's rate setting.

The following table summarizes the changes to the asset retirement liability, reported in other noncurrent liabilities and deferred credits in the consolidated balance sheet, during the year ended December 31, 2006:

| | |
| --- | --- |
| Asset retirement liability at December 31, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . | $558 |
| Additions: | |
| Accretion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 |
| Incremental mining reclamation costs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 |
| Reductions: | |
| Net change in mining land reclamation estimated liability . . . . . . . . . . . . . . . | (4) |
| Mining reclamation payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (26) |
| Asset retirement liability at December 31, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . | $585 |

Highly Confidential

EFIHMW00250426

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

*Intangible Assets*

| | As of December 31, 2006 | | | As of December 31, 2005 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Capitalized software placed in service .. | $14 | $5 | $ 9 | $7 | $3 | $4 |
| Land easements..................... | 2 | 1 | 1 | 2 | 1 | 1 |
| Total ........................... | $16 | $6 | $10 | $9 | $4 | $5 |

Aggregate amortization expense for intangible assets totaled $2 million for the year ended December 31, 2006, $12 million for the year ended December 31, 2005 and $30 million for the year ended December 31, 2004. At December 31, 2006, the weighted average remaining useful lives of capitalized software and land easements were 5 years and 54 years, respectively.

The estimated aggregate amortization expense for the each of the five succeeding fiscal years from December 31, 2006 is $3 million for 2007, $2 million for the years 2008-2009 and less than $1 million for 2010-2011.

Goodwill (net of accumulated amortization) as of December 31, 2006 and 2005 totaled $517 million.

Energy Future Competitive Holdings evaluates goodwill for impairment at least annually (as of October 1) in accordance with SFAS 142. The impairment tests performed are based on discounted cash flow analyses. No goodwill impairment has been recognized for consolidated reporting units reflected in results from continuing operations.

*Severance Liabilities Related to Strategic Initiatives*

| | 2006 | 2005 |
|---|---|---|
| Severance cost liability at January 1, ................................................ | $ 18 | $ 54 |
| Additions to liability(a)........................................................ | 8 | 4 |
| Payments charged against liability .............................................. | (24) | (30) |
| Distribution of Oncor Electric Delivery ........................................... | — | (4) |
| Adjustments ................................................................. | (1) | (6) |
| Severance cost liability as of December 31........................................... | $ 1 | $ 18 |

_____
(a)    Additions to the liability relate to services agreements entered into with certain providers.

Highly Confidential

EFIHMW00250427

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

*Supplemental Cash Flow Information*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| Cash payments (receipts) related to continuing operations: | | | |
| Interest (net of amounts capitalized) | $335 | $ 575 | $586 |
| Income taxes | $ 23 | $ 752 | $223 |
| Noncash investing and financing activities: | | | |
| Transfer of generation equipment to TXU DevCo | $208 | $ — | $ — |
| Capital lease for generation plant rail spur | $ — | $ 95 | $ — |
| Consolidation of lease trust (Note 4) | | | |
| Increase in assets | $ — | $ 35 | $ — |
| Increase in liabilities | $ — | $ 96 | $ — |
| Distribution of Oncor Electric Delivery assets and liabilities | $ — | $(2,935) | $ — |
| Noncash contribution related to EFH Corp. stock-based compensation | $ 9 | $ 20 | $ 33 |
| Noncash construction expenditures(a) | $ 31 | $ 18 | $ 74 |
| Noncash contribution related to allocated pension adjustment | $ 65 | $ — | $ — |

_____

(a)   Represents end-of-year accruals.

See Note 5 for the effects of adopting FIN 47 which was noncash in nature.

### 26. SUPPLEMENTAL GUARANTOR CONDENSED CONSOLIDATING FINANCIAL INFORMATION

On October 10, 2007, Energy Future Holdings Corp., a Texas corporation formerly known as TXU Corp., completed its Merger with Merger Sub, a wholly-owned subsidiary of Texas Energy Future Holdings Limited Partnership (Parent). As a result of the Merger, Energy Future Holdings Corp. became a wholly-owned subsidiary of Parent and Energy Future Competitive Holdings Company (formerly known as TXU US Holdings Company) became an indirect wholly-owned subsidiary of Parent.

The Merger is being accounted for under the purchase method of accounting whereby the total cost of the transaction is being allocated to Energy Future Holdings Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired is recorded as goodwill.

In connection with the Merger, Texas Competitive Holdings obtained approximately $24.5 billion of senior secured credit facilities. Also in connection with the Merger, Texas Competitive Holdings and Texas Competitive Holdings Finance Inc. (a 100% owned subsidiary of Texas Competitive Holdings) expect to co-issue $2.5 billion aggregate principal amount of senior unsecured Texas Competitive Holdings' cash pay notes due 2015 (the "Notes") to refinance a portion of Texas Competitive Holding's Senior Interim Facility obtained to finance the merger. The senior secured credit facilities will be unconditionally guaranteed by substantially all of the 100% owned subsidiaries of Texas Competitive Holdings and by its parent company, Energy Future Competitive Holdings, (collectively the "Other Guarantors") on a secured basis. The Notes will be unconditionally guaranteed by the Guarantors on an unsecured basis. The guarantees issued by the Guarantors will be full and unconditional, joint and several guarantees of the senior secured credit facilities and the Notes. The secured guarantee will be senior to the Notes and the guarantee of the Notes. All other subsidiaries of Energy Future Competitive

F-96

EFIHMW00250428

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

Holdings, either direct or indirect, will not guarantee the senior secured credit facilities or the Notes (collectively the "Non-Guarantors"). The debt agreements will restrict Energy Future Competitive Holdings' ability to pay dividends or make investments.

Oncor Electric Delivery is reported as a non-guarantor in the condensed consolidating statements for 2005 and 2004 shown below as its ownership was transferred from Energy Future Competitive Holdings to EFH Corp. in December 2005.

The following tables present the Energy Future Competitive Holdings (Parent Guarantor), Texas Competitive Holdings (Issuer), the Guarantors and the Non-Guarantors condensed consolidating statements of income and cash flows for the years ended December 31, 2006, 2005 and 2004 and the condensed consolidating balance sheets as of December 31, 2006 and 2005 of Energy Future Competitive Holdings (Parent Guarantor), Texas Competitive Holdings (Issuer), the Guarantors and the Non-Guarantors.

F-97

Highly Confidential

EFIHMW00250429

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

Condensed Consolidating Statements of Income
Year ended December 31, 2006

| | Parent Guarantor | Issuer | Other Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| | | | Millions of Dollars | | | |
| Operating revenues .................. | $    — | $9,595 | $29 | $   — | $   (17) | $9,607 |
| Costs and expenses: | | | | | | |
|  Fuel, purchased power costs and | | | | | | |
|   delivery fees ................. | — | 3,922 | 7 | — | — | 3,929 |
|  Operating costs................. | — | 613 | 1 | — | (10) | 604 |
|  Depreciation and amortization.... | — | 333 | 1 | — | — | 334 |
|  Selling, general and | | | | | | |
|   administrative expenses....... | — | 532 | 7 | — | (6) | 533 |
|  Franchise and revenue-based | | | | | | |
|   taxes ........................ | — | 126 | — | 1 | — | 127 |
|  Other income................... | — | (25) | — | (47) | — | (72) |
|  Other deductions ............... | — | 200 | 10 | — | — | 210 |
|  Interest income ................. | (206) | (202) | — | (19) | 175 | (252) |
|  Interest expense and related | | | | | | |
|   charges...................... | 136 | 384 | 8 | — | (193) | 335 |
|    Total costs and expenses ... | (70) | 5,883 | 34 | (65) | (34) | 5,748 |
| Income (loss) before income taxes and | | | | | | |
|  equity in earnings of subsidiaries ... | 70 | 3,712 | (5) | 65 | 17 | 3,859 |
| Income tax expense (benefit) ........ | 17 | 1,277 | (2) | 31 | — | 1,323 |
| Equity in earnings of subsidiaries ..... | 2,483 | — | — | 25 | (2,508) | — |
| Net income (loss) ................... | $2,536 | $2,435 | $ (3) | $ 59 | $(2,491) | $2,536 |

F-98

EFIHMW00250430

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

**Condensed Consolidating Statements of Income**
**Year ended December 31, 2005**

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent Guarantor | Issuer | Non-Guarantors | Eliminations | Consolidated |
| Operating revenues ........................ | $    — | $9,552 | $2,394 | $(1,286) | $10,660 |
| Costs and expenses: | | | | | |
| Fuel, purchased power costs and delivery fees......................... | — | 5,545 | 1 | (1,285) | 4,261 |
| Operating costs ..................... | — | 667 | 758 | (1) | 1,424 |
| Depreciation and amortization .......... | — | 313 | 447 | (1) | 759 |
| Selling, general and administrative expenses .......................... | — | 522 | 199 | 2 | 723 |
| Franchise and revenue-based taxes .... | — | 114 | 249 | — | 363 |
| Other income ......................... | — | (64) | (51) | — | (115) |
| Other deductions..................... | — | 15 | 11 | — | 26 |
| Interest income ....................... | (78) | (70) | (75) | 128 | (95) |
| Interest expense and related charges ... | 82 | 393 | 270 | (129) | 616 |
| Total costs and expenses.......... | 4 | 7,435 | 1,809 | (1,286) | 7,962 |
| Income (loss) from continuing operations before income taxes, equity in earnings of subsidiaries, extraordinary loss and cumulative effect of changes in accounting principles........................... | (4) | 2,117 | 585 | — | 2,698 |
| Income tax expense (benefit)............... | (2) | 687 | 197 | — | 882 |
| Equity in earnings of subsidiaries ........... | 1,802 | — | 15 | (1,817) | — |
| Income from continuing operations before extraordinary loss and cumulative effect of changes in accounting principles ......... | 1,800 | 1,430 | 403 | (1,817) | 1,816 |
| Loss from discontinued operations, net of tax effect ................................ | — | (8) | — | — | (8) |
| Extraordinary loss, net of tax effect.......... | (50) | — | — | — | (50) |
| Cumulative effect of change in accounting principles, net of tax effect ............... | — | (8) | — | — | (8) |
| Net income before preference stock dividends................................ | 1,750 | 1,414 | 403 | (1,817) | 1,750 |
| Preference stock dividends................. | 3 | — | — | — | 3 |
| Net income .............................. | $1,747 | $1,414 | $   403 | $(1,817) | $  1,747 |

F-99

EFIHMW00250431

**PX 006**
**Page 366 of 382**

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

Condensed Consolidating Statements of Income
Year ended December 31, 2004

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent Guarantor | Issuer | Non-Guarantors | Eliminations | Consolidated |
| Operating revenues .......................... | $ — | $8,402 | $2,231 | $(1,432) | $9,201 |
| Costs and expenses: | | | | | |
| Fuel, purchased power costs and delivery fees................................... | — | 5,173 | (1) | (1,429) | 3,743 |
| Operating costs ......................... | — | 703 | 733 | (3) | 1,433 |
| Depreciation and amortization ............. | — | 350 | 389 | — | 739 |
| Selling, general and administrative expenses.............................. | 2 | 666 | 220 | (2) | 886 |
| Franchise and revenue-based taxes ....... | — | 117 | 248 | 1 | 366 |
| Other income ............................ | — | (110) | (35) | 3 | (142) |
| Other deductions........................ | — | 611 | 57 | (3) | 665 |
| Interest income ......................... | (35) | (31) | (64) | 92 | (38) |
| Interest expense and related charges ...... | 54 | 353 | 280 | (92) | 595 |
| Total costs and expenses............. | 21 | 7,832 | 1,827 | (1,433) | 8,247 |
| Income (loss) from continuing operations before income taxes, equity in earnings of subsidiaries, extraordinary gain and cumulative effect of changes in accounting principles................................ | (21) | 570 | 404 | 1 | 954 |
| Income tax expense (benefit) ................. | (7) | 162 | 127 | — | 282 |
| Equity in earnings of subsidiaries .............. | 674 | — | 4 | (678) | — |
| Income from continuing operations before extraordinary gain and cumulative effect of changes in accounting principles............. | 660 | 408 | 281 | (677) | 672 |
| Loss from discontinued operations, net of tax effect................................... | — | (34) | — | — | (34) |
| Extraordinary gain, net of tax effect ............ | — | — | 16 | — | 16 |
| Cumulative effect of change in accounting principles, net of tax effect .................. | — | 4 | 2 | — | 6 |
| Net income before preference stock dividends .. | 660 | 378 | 299 | (677) | 660 |
| Preference stock dividends.................... | 2 | — | — | — | 2 |
| Net income ................................ | $658 | $ 378 | $ 299 | $ (677) | $ 658 |

F-100

EFIHMW00250432

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

**Condensed Consolidating Statements of Cash Flows**
**For the Year Ended December 31, 2006**

| | Parent Guarantor | Issuer | Other Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| | | | Millions of Dollars | | | |
| Cash flows—operating activities: | | | | | | |
| Net income (loss) | $ 2,536 | $ 2,435 | (3) | $ 59 | $(2,491) | $ 2,536 |
| Adjustments to reconcile net income (loss) to cash provided by (used in) operating activities: | | | | | | |
| Equity in earnings of subsidiaries | (2,483) | — | — | (25) | 2,508 | — |
| Depreciation and amortization | — | 398 | 1 | — | 1 | 400 |
| Deferred income tax expense (benefit)—net | (9) | 122 | 21 | 28 | (1) | 161 |
| Impairments and other asset writedown charges | — | 199 | 3 | — | (1) | 201 |
| Net gains from unrealized mark-to-market valuations | — | (330) | — | — | — | (330) |
| Other, net | — | 187 | 9 | (47) | — | 149 |
| Net changes in operating assets and liabilities | 1,188 | 1,667 | (69) | 11 | (1,160) | 1,637 |
| Cash provided by (used in) operating activities | 1,232 | 4,678 | (38) | 26 | (1,144) | 4,754 |
| Cash flows—financing activities: | | | | | | |
| Issuances of long-term debt | — | 243 | — | — | — | 243 |
| Retirements/repurchases of long-term debt | (6) | (664) | (6) | — | — | (676) |
| Change in short term borrowings: | — | 72 | — | — | — | 72 |
| Cash dividends paid | (858) | (1,144) | — | — | 1,144 | (858) |
| Change in advances—affiliates | — | — | 47 | — | (47) | — |
| Other, net | — | (47) | — | — | 1 | (46) |
| Cash provided by (used in) financing activities | (864) | (1,540) | 41 | — | 1,098 | (1,265) |
| Cash flows—investing activities: | | | | | | |
| Capital expenditures and nuclear fuel | — | (713) | — | — | — | (713) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | 207 | — | — | — | 207 |
| Investments in nuclear decommissioning trust fund securities | — | (223) | — | — | — | (223) |
| Change in advances to affiliates | (299) | (2,191) | — | (26) | 46 | (2,470) |
| Other, net | (69) | (223) | (3) | — | — | (295) |
| Cash used in investing activities | (368) | (3,143) | (3) | (26) | 46 | (3,494) |
| Net change in cash and cash equivalents | — | (5) | — | — | — | (5) |
| Cash and cash equivalents—beginning balance | — | 12 | — | — | — | 12 |
| Cash and cash equivalents—ending balance | $ — | $ 7 | $ — | $ — | $ — | $ 7 |

F-101

EFIHMW00250433

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

Condensed Consolidating Statements of Cash Flows
For the Year Ended December 31, 2005

| | Parent Guarantor | Issuer | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| **Cash flows—operating activities:** | | | | | |
| Net income | $ 1,750 | $ 1,414 | $ 403 | $(1,817) | $ 1,750 |
| Loss from discontinued operations, net of tax | — | 8 | — | — | 8 |
| Extraordinary loss, net of tax | 50 | — | — | — | 50 |
| Cumulative effect of changes in accounting principles, net of tax | — | 8 | — | — | 8 |
| Income from continuing operations before extraordinary loss and cumulative effect of changes in accounting principles | 1,800 | 1,430 | 403 | — | 1,816 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | | | |
| Equity in earnings of subsidiaries | (1,802) | — | (15) | 1,817 | — |
| Depreciation and amortization | — | 372 | 447 | — | 819 |
| Deferred income tax expense (benefit)—net | 1 | 656 | (14) | — | 643 |
| Net losses from unrealized mark-to-market valuations | — | 18 | — | — | 18 |
| Other, net | — | 47 | (34) | — | 13 |
| Net changes in operating assets and liabilities | 688 | (650) | (69) | (698) | (729) |
| Cash provided by operating activities | 687 | 1,873 | 718 | (698) | 2,580 |
| **Cash flows—financing activities:** | | | | | |
| Issuances of long-term debt | — | 180 | — | — | 180 |
| Retirements/repurchases of securities: | | | | | |
| Long-term debt | (5) | (71) | (182) | — | (258) |
| Preferred securities | (38) | — | — | — | (38) |
| Change in short term borrowing | — | 536 | 51 | 1 | 588 |
| Cash dividends paid | (528) | (700) | — | 700 | (528) |
| Change in advances—affiliates | — | — | (40) | 40 | — |
| Other, net | — | (49) | 44 | — | (5) |
| Cash used in financing activities | (571) | (104) | (127) | 741 | (61) |
| **Cash flows—investing activities:** | | | | | |
| Capital expenditures and nuclear fuel | — | (366) | (733) | — | (1,099) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | 191 | — | — | 191 |
| Investments in nuclear decommissioning trust fund securities | — | (206) | — | — | (206) |
| Change in advances—affiliates | (116) | (1,509) | 151 | (57) | (1,531) |
| Other, net costs | — | 68 | 6 | (1) | 73 |
| Cash used in investing activities | (116) | (1,822) | (576) | (58) | (2,572) |
| **Cash flows—discontinued operations:** | | | | | |
| Operating activities | — | (5) | — | — | (5) |
| Financing activities | — | — | — | — | — |
| Investing activities | — | — | — | — | — |
| Cash used in discontinued operations | — | (5) | — | — | (5) |
| Distribution of Oncor Electric Delivery Cash to EFH Corp. | — | — | (15) | 15 | — |
| Net change in cash and cash equivalents | — | (58) | — | — | (58) |
| Cash and cash equivalents—beginning balance | — | 70 | — | — | 70 |
| Cash and cash equivalents—ending balance | $ — | $ 12 | $ — | $ — | $ 12 |

F-102

EFIHMW00250434

**PX 006**
**Page 369 of 382**

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

Condensed Consolidating Statements of Cash Flows
For the Year Ended December 31, 2004

| | Parent Guarantor | Issuer | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Cash flows—operating activities: | | | | | |
| Net income | $ 660 | $ 378 | $ 299 | $ (677) | $ 660 |
| Loss from discontinued operations, net of tax | — | 34 | — | — | 34 |
| Extraordinary gain, net of tax | — | — | (16) | — | (16) |
| Cumulative effect of changes in accounting principles, net of tax | — | (4) | (2) | — | (6) |
| Income from continuing operations before extraordinary gain and cumulative effect of changes in accounting principles | 660 | 408 | 281 | (677) | 672 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | | | |
| Equity in earnings of subsidiaries | (674) | — | (4) | 678 | — |
| Depreciation and amortization | — | 414 | 390 | — | 804 |
| Deferred income tax benefit—net | (1) | — | (126) | — | (127) |
| Impairments and other asset writedown charges | — | 191 | 2 | — | 193 |
| Net losses from unrealized mark-to-market valuations | — | 109 | — | — | 109 |
| Other, Net | 2 | 124 | (9) | (1) | 116 |
| Net changes in operating assets and liabilities: | 504 | (128) | 395 | (700) | 71 |
| Net Changes in operating assets and liabilities: | 504 | (128) | 395 | (700) | 71 |
| Cash provided by operating activities of continuing operations | $ 491 | 1,118 | 929 | (700) | 1,838 |
| Cash flows—financing activities: | | | | | |
| Issuances of long-term debt | — | 800 | 790 | — | 1,590 |
| Retirements/repurchases of long-term debt | (5) | (630) | (645) | — | (1,280) |
| Change in short term borrowings: | — | 210 | — | — | 210 |
| Cash dividends paid | (777) | (700) | — | 700 | (777) |
| Change in advances—affiliates | (535) | — | 57 | — | (478) |
| Other, Net | — | (17) | (470) | 450 | (37) |
| Cash used in financing activities of continuing operations | (1,317) | (337) | (268) | 1,150 | (772) |
| Cash flows—investing activities: | | | | | |
| Capital expenditures and nuclear fuel | — | (368) | (600) | — | (968) |
| Dispositions of businesses | — | — | 500 | — | 500 |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | 88 | — | — | 88 |
| Investments in nuclear decommissioning trust fund securities | — | (103) | — | — | (103) |
| Change in advances—affiliates | (167) | (363) | (747) | — | (1,277) |
| Other, Net | 450 | 42 | (58) | (450) | (16) |
| Cash provided by (used in) investing activities of continuing operations | 283 | (704) | (905) | (450) | (1,776) |
| Cash flows—discontinued operations: | | | | | |
| Operating activities | (1) | (27) | — | — | (28) |
| Financing activities | — | — | — | — | — |
| Investing activities | — | 2 | — | — | 2 |
| Cash used in discontinued operations | (1) | (25) | — | — | (26) |
| Net change in cash and cash equivalents | (544) | 52 | (244) | — | (736) |
| Cash and cash equivalents—beginning balance | 544 | 18 | 244 | — | 806 |
| Cash and cash equivalents—ending balance | $ — | $ 70 | $ — | $ — | $ 70 |

F-103

EFIHMW00250435

ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES

Notes to Financial Statements—(Continued)

Condensed Consolidating Balance Sheets at December 31, 2006

| | Millions of Dollars | | | | | |
|---|---|---|---|---|---|---|
| | Parent Guarantor | Issuer | Other Guarantors | Non-Guarantors | Eliminations | Consolidated |
| **ASSETS** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | $ — | $ 7 | $ — | $ — | $ — | $ 7 |
| Restricted cash | — | 3 | — | — | — | 3 |
| Advances to parent | 584 | 2,418 | — | 362 | (56) | 3,308 |
| Trade accounts receivable—net | 1 | 804 | 2 | — | (1) | 806 |
| Income taxes receivable | — | — | 11 | 2 | (13) | — |
| Accounts receivable from affiliates | 146 | — | 72 | — | (218) | — |
| Notes receivable from affiliates | — | 1,500 | — | — | — | 1,500 |
| Inventories | — | 306 | — | — | — | 306 |
| Commodity and other derivative contractual assets | — | 972 | — | — | — | 972 |
| Accumulated deferred income taxes | 5 | 189 | 2 | 1 | 1 | 198 |
| Margin deposits related to commodity positions | — | 7 | — | — | — | 7 |
| Other current assets | — | 85 | 2 | 2 | — | 89 |
| Total current assets | 736 | 6,291 | 89 | 367 | (287) | 7,196 |
| Restricted cash | — | 241 | — | — | — | 241 |
| Investments | 6,902 | 496 | 67 | 131 | (7,050) | 546 |
| Property, plant and equipment—net | — | 9,888 | 36 | — | — | 9,924 |
| Notes receivable from affiliates | 700 | 700 | 36 | — | (736) | 700 |
| Goodwill | — | 517 | — | — | — | 517 |
| Commodity and other derivative contractual assets | — | 257 | — | — | — | 257 |
| Accumulated deferred income taxes | 391 | — | 50 | 99 | (540) | — |
| Other noncurrent assets | — | 157 | 6 | — | 117 | 280 |
| Total assets | $8,729 | $18,547 | $284 | $597 | $(8,496) | $19,661 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | |
| Current liabilities: | | | | | | |
| Short-term borrowings | $ — | $ 818 | $ — | $ — | $ — | $ 818 |
| Advances from affiliates | — | — | 52 | — | (52) | — |
| Long-term debt due currently | 17 | 154 | 7 | — | — | 178 |
| Trade accounts payable—nonaffiliates | — | 802 | 1 | — | — | 803 |
| Accounts payable to affiliates | — | 346 | — | 6 | (221) | 131 |
| Notes payable to affiliates | — | 33 | — | — | — | 33 |
| Commodity and other derivative contractual liabilities | — | 296 | — | — | — | 296 |
| Margin deposits related to commodity positions | — | 681 | — | — | — | 681 |
| Accrued taxes | 19 | 584 | 1 | — | (14) | 590 |
| Other current liabilities | 2 | 255 | 45 | 47 | 1 | 350 |
| Total current liabilities | 38 | 3,969 | 106 | 53 | (286) | 3,880 |
| Accumulated deferred income taxes | — | 3,237 | — | — | (540) | 2,697 |
| Investment tax credits | — | 311 | — | — | — | 311 |
| Commodity and other derivative contractual liabilities | — | 133 | — | — | — | 133 |
| Notes or other liabilities due affiliates | 700 | 359 | — | — | (736) | 323 |
| Long-term debt, less amounts due currently | 124 | 2,882 | 82 | — | — | 3,088 |
| Other noncurrent liabilities and deferred credits | — | 1,003 | 31 | 211 | 117 | 1,362 |
| Total liabilities | 862 | 11,894 | 219 | 264 | (1,445) | 11,794 |
| Shareholders' equity | 7,867 | 6,653 | 65 | 333 | (7,051) | 7,867 |
| Total liabilities and shareholders' equity | $8,729 | $18,547 | $284 | $597 | $(8,496) | $19,661 |

F-104

EFIHMW00250436

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

Condensed Consolidating Balance Sheets at December 31, 2005

| | Parent Guarantor | Issuer | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ — | $ 12 | $ — | $ — | $ 12 |
| Restricted cash | — | 8 | — | — | 8 |
| Advances to parent | 300 | 694 | 336 | — | 1,330 |
| Trade accounts receivable—net | 1 | 1,178 | — | — | 1,179 |
| Income taxes receivable | — | 361 | — | (13) | 348 |
| Accounts receivable from affiliates | 138 | — | 3 | (141) | — |
| Notes receivable from affiliates | — | 1,500 | — | — | 1,500 |
| Inventories | — | 309 | — | — | 309 |
| Commodity contract assets | — | 1,603 | — | — | 1,603 |
| Cash flow hedge and other derivative assets | — | 63 | — | — | 63 |
| Accumulated deferred income taxes | 6 | 167 | 1 | — | 174 |
| Margin deposits related to commodity positions | — | 247 | — | — | 247 |
| Other current assets | — | 77 | 2 | (1) | 78 |
| Total current assets | 445 | 6,219 | 342 | (155) | 6,851 |
| Restricted cash | — | — | — | — | — |
| Investments | 5,014 | 501 | 55 | (5,068) | 502 |
| Property, plant and equipment—net | 35 | 9,958 | — | 1 | 9,994 |
| Notes receivable from affiliates | 44 | — | — | (44) | — |
| Goodwill | — | 517 | — | — | 517 |
| Commodity contract assets | — | 338 | — | — | 338 |
| Cash flow hedge and other derivative assets | — | 68 | — | — | 68 |
| Accumulated deferred income taxes | 428 | — | 126 | (554) | — |
| Other noncurrent assets | — | 205 | — | (24) | 181 |
| Total assets | $5,966 | $17,806 | $523 | $(5,844) | $18,451 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings | $ — | $ 746 | $ — | $ — | $ 746 |
| Long-term debt due currently | 13 | 401 | — | — | 414 |
| Trade accounts payable—nonaffiliates | — | 879 | — | — | 879 |
| Accounts payable to affiliates | — | 322 | — | (141) | 181 |
| Notes payable to affiliates | — | 33 | — | (1) | 32 |
| Commodity contract liabilities | — | 1,481 | — | — | 1,481 |
| Cash flow hedge and other derivative liabilities | — | 260 | — | — | 260 |
| Margin deposits related to commodity positions | — | 357 | — | — | 357 |
| Accumulated deferred income taxes | 5 | 51 | 6 | (13) | 49 |
| Other current liabilities | 78 | 415 | 47 | 1 | 541 |
| Total current liabilities | 96 | 4,945 | 53 | (154) | 4,940 |
| Accumulated deferred income taxes | — | 2,800 | — | (553) | 2,247 |
| Investment tax credits | — | 326 | — | — | 326 |
| Commodity contract liabilities | — | 516 | — | — | 516 |
| Cash flow hedge and other derivative liabilities | — | 44 | — | — | 44 |
| Notes or other liabilities due affiliates | — | 406 | — | (44) | 362 |
| Long-term debt, less amounts due currently | 230 | 3,055 | — | (1) | 3,284 |
| Other noncurrent liabilities and deferred credits | — | 833 | 258 | 1 | 1,092 |
| Preferred securities or subsidiaries | — | 528 | — | (528) | — |
| Total liabilities | 326 | 13,453 | 311 | (1,279) | 12,811 |
| Shareholders' equity | 5,640 | 4,353 | 212 | (4,565) | 5,640 |
| Total liabilities and shareholders' equity | $5,966 | $17,806 | $523 | $(5,844) | $18,451 |

F-105

EFIHMW00250437

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

### 27. MERGER RELATED TRANSACTIONS—Unaudited

*Overview*

On October 10, 2007, Energy Future Holdings Corp., a Texas corporation formerly known as TXU Corp., completed its Merger with Merger Sub, a wholly-owned subsidiary of Texas Energy Future Holdings Limited Partnership (Parent). As a result of the Merger, Energy Future Holdings Corp. became a wholly-owned subsidiary of Parent. Parent is controlled by investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and GS Capital Partners (collectively, the Sponsor Group).

The aggregate purchase price paid for all of the equity securities of TXU Corp. (on a fully-diluted basis) was approximately $32.4 billion, which purchase price was funded by the equity financing from the Sponsor Group and certain other investors and by the new credit facilities described below. These new credit facilities also funded the repayment of existing credit facilities as discussed below. The purchase amount is exclusive of costs directly associated with the Merger, including legal, consulting and other professional service fees.

The Merger is being accounted for under the purchase method of accounting whereby the total cost of the transaction is being allocated to Energy Future Holdings Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired is recorded as goodwill. The allocation of the purchase price to the net assets of Energy Future Holdings Corp. and the resulting goodwill determination are not yet final. The allocation is expected to result in a significant amount of goodwill, an increase in the carrying value of property, plant and equipment and deferred income tax liabilities as well as new identifiable intangible assets and liabilities. Reported earnings in the future will reflect increases in interest, depreciation and amortization expenses.

### TCEH Senior Secured Facilities

*Overview*—In connection with the Merger, TCEH, as borrower, and Energy Future Competitive Holdings, have entered into a credit agreement, and related security and other agreements, with a group of lenders led by Citibank, N.A. that provides senior secured financing of up to $24.5 billion plus the amount of the TCEH Commodity Collateral Posting Facility (as defined below) (the TCEH Senior Secured Facilities), consisting of:

- a senior secured initial term loan facility (the TCEH Initial Term Loan Facility) in an aggregate principal amount of up to $16.45 billion (reduced by all amounts drawn under the TCEH Delayed Draw Facility discussed below);

- a senior secured delayed draw term loan facility in an aggregate principal amount of up to $4.1 billion (the TCEH Delayed Draw Term Loan Facility) of which $2.15 billion was drawn at the closing of the Merger;

- a senior secured letter of credit facility in an aggregate principal amount of up to $1.25 billion (the TCEH Letter of Credit Facility);

- a senior secured revolving credit facility in an aggregate principal amount of up to $2.7 billion (the TCEH Revolving Facility), which includes borrowing capacity available for letters of credit and for borrowings on same-day notice; and

F-106

EFIHMW00250438

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

- a senior secured cash posting credit facility (the TCEH Commodity Collateral Posting Facility) that is expected to fund the cash posting requirements for a significant portion of TCEH's long-term hedging program that is not otherwise secured by means of a first lien under the security arrangements described below. Such posting requirement totaled $378 million as of October 10, 2007.

*Interest Rates and Fees*—Loans under the TCEH Senior Secured Facilities (other than the TCEH Commodity Collateral Posting Facility) bear interest at per annum rates equal to, at TCEH's option, (i) adjusted LIBOR plus 3.50% or (ii) a base rate (the higher of (1) the prime rate of Citibank, N.A. and (2) the federal funds effective rate plus 0.50%) plus 2.50%. There is a margin adjustment mechanism in relation to term loans, revolving loans and letters of credit commencing after delivery of the financial statements for the first full fiscal quarter ending after October 10, 2007, under which the applicable margins may be reduced based on leverage ratio targets to be determined.

A commitment fee is payable quarterly in arrears and upon termination at a rate per annum equal to 0.50% of the average daily unused portion of the TCEH Revolving Facility. The commitment fee will be subject to reduction, commencing after delivery of the financial statements for the first full fiscal quarter ending after October 10, 2007, based on leverage ratio targets to be determined.

A commitment fee is payable quarterly in arrears and upon termination on the undrawn portion of the commitments in respect of the TCEH Delayed Draw Term Loan Facility at a rate per annum equal to, prior to the first anniversary of October 10, 2007, 1.25% per annum, and thereafter, 1.50% per annum.

Letter of credit fees under the TCEH Revolving Facility are payable quarterly in arrears and upon termination at a rate per annum equal to the spread over adjusted LIBOR under the TCEH Revolving Facility, less the issuing bank's fronting fee.

TCEH will pay a fixed quarterly maintenance fee through maturity for having procured the TCEH Commodity Collateral Posting Facility regardless of actual borrowings under the facility. In addition, TCEH will pay interest at LIBOR on actual borrowed amounts under the TCEH Commodity Collateral Posting Facility which will be offset by interest earned on collateral deposits to counterparties, thereby making this facility largely a fixed cost facility regardless of utilization.

*Guarantees and Security—Guarantee.* The TCEH Senior Secured Facilities are unconditionally guaranteed jointly and severally on a senior secured basis, by Energy Future Competitive Holdings, TCEH and each existing and subsequently acquired or organized direct or indirect wholly-owned U.S. restricted subsidiary of TCEH (other than certain immaterial subsidiaries and other subsidiaries to be agreed upon), subject to certain other exceptions.

*Security.* The TCEH Senior Secured Facilities, including the guarantees thereof and certain commodity and other hedging and trading transactions, are secured by (a) substantially all of the assets of Energy Future Competitive Holdings, TCEH and TCEH's subsidiaries who are guarantors of such facilities as described above, and (b) pledges of the capital stock of TCEH and each material wholly-owned restricted subsidiary of TCEH directly owned by TCEH or any guarantor (limited in the case of pledges of capital stock of any foreign subsidiaries, to 65% of the capital stock of any first-tier material foreign subsidiary).

F-107

EFIHMW00250439

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

*Covenants*—The TCEH Senior Secured Facilities contain customary negative covenants, restricting, subject to certain exceptions, Energy Future Competitive Holdings, TCEH and TCEH's restricted subsidiaries from, among other things:

- incurring additional debt;

- incurring additional liens;

- entering into mergers and consolidations;

- sales of assets;

- dividends, redemptions or other distributions in respect of capital stock;

- acquisitions, investments, loans and advances; and

- payments and modifications of certain subordinated and other material debt.

In addition, the TCEH Senior Secured Facilities require that Energy Future Competitive Holdings, TCEH and their restricted subsidiaries maintain a maximum secured leverage ratio beginning on September 30, 2008 of 7.25 to 1.00 and observe certain customary reporting requirements and other affirmative covenants.

*Maturity and Amortization*—The TCEH Initial Term Loan Facility is required to be repaid in equal quarterly installments beginning December 31, 2007 in an aggregate annual amount equal to 1% of the original principal amount of such facility, with the balance payable on October 10, 2014. The TCEH Delayed Draw Term Facility is required to be repaid in equal quarterly installments beginning on the last day of the first fiscal quarter to occur after October 10, 2009 in an aggregate annual amount equal to 1% of the actual principal outstanding under the TCEH Delayed Draw Term Loan Facility as of such date, with the balance payable on October 10, 2014. Amounts borrowed under the TCEH Revolving Facility may be reborrowed from time to time from and after the closing date until October 10, 2013. The TCEH Letter of Credit Facility will mature on October 10, 2014. The TCEH Commodity Collateral Posting Facility will mature on December 31, 2012.

*Events of Default*—The TCEH Senior Secured Facilities contain certain customary events of default for senior leveraged acquisition financings the occurrence of which would allow the lenders to accelerate all outstanding loans and terminate their commitments.

*Senior Unsecured Bridge Facility – TCEH*

*Overview*—On October 10, 2007, Energy Future Competitive Holdings, TCEH and TCEH Finance, Inc, a Delaware corporation and wholly-owned subsidiary of TCEH (TCEH Finance and, together with TCEH, the Co-Borrowers), entered into senior unsecured credit facilities (TCEH Unsecured Bridge Facilities).

The TCEH Unsecured Bridge Facilities provide senior unsecured financing of $6.75 billion, consisting of a:

- $5.0 billion senior unsecured cash-pay term loan facility with a term of eight years (the TCEH Initial Cash-Pay Loans); and

- $1.75 billion senior unsecured toggle term loan facility with a term of nine years (the TCEH Initial Toggle Loans and, together with the TCEH Initial Cash-Pay Loans, the TCEH Initial Loans).

F-108

Highly Confidential

EFIHMW00250440

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

If any borrowings under the TCEH Unsecured Bridge Facilities remain outstanding on October 10, 2008, the lenders will have the option to exchange such TCEH Initial Loans for senior cash-pay notes (the TCEH Senior Cash-Pay Exchange Notes) or senior toggle notes (the TCEH Senior Toggle Exchange Notes and, together with the TCEH Senior Cash-Pay Exchange Notes, the TCEH Senior Exchange Notes), respectively, which the Co-Borrowers will issue under a senior indenture. The maturity date of any TCEH Initial Loans that are not exchanged for TCEH Senior Exchange Notes will automatically be extended to the October 10, 2015, in the case of the TCEH Initial Cash-Pay Loans and October 10, 2016 in the case of the TCEH Initial Toggle Loans. The TCEH Senior Cash-Pay Exchange Notes will mature on October 10, 2015, and the TCEH Senior Toggle Exchange Notes will mature on October 10, 2016. Holders of the TCEH Senior Exchange Notes will have registration rights.

*Interest Rate*—Subject to specified caps, borrowings under the TCEH Unsecured Bridge Facilities for the first six-month period from the closing of the TCEH Unsecured Bridge Facilities will bear interest at a rate equal to LIBOR plus (i) 325 basis points, in the case of the TCEH Initial Cash-Pay Loans and (ii) 350 basis points, in the case of the TCEH Initial Toggle Loans (in each case, the TCEH Initial Margin). Interest for the three-month period commencing at the end of the initial six-month period, subject to specified caps, shall be payable at prevailing LIBOR for the interest period plus the TCEH Initial Margin plus 50 basis points. Thereafter, subject to specified caps, interest will be increased by an additional 25 basis points at the beginning of each three-month period subsequent to the initial nine-month period, for so long as the TCEH Initial Loans are outstanding. If issued, the interest rate on the TCEH Senior Exchange Notes will be the same as the interest rate borne by the TCEH Initial Loans; provided, that if any TCEH Senior Exchange Notes are transferred by the lender to a third-party purchaser, the interest rate on those notes will be fixed at the interest rate in effect on the transfer date.

*Prepayments and Redemptions*—The Co-Borrowers will be required to make an offer to repay loans under the TCEH Unsecured Bridge Facilities and, following October 10, 2008, repurchase TCEH Senior Exchange Notes with net proceeds from specified asset sales. In addition, after any payments required to be made to repay the TCEH Unsecured Bridge Facilities, the Co-Borrowers will be required to offer to repay loans and, if issued, to repurchase the TCEH Senior Exchange Notes upon the occurrence of a change of control. Until October 10, 2008, the Co-Borrowers will also be required to prepay outstanding TCEH Initial Loans with the net proceeds of any refinancing debt.

The Co-Borrowers may voluntarily repay outstanding TCEH Initial Loans, in whole or in part, at their option at any time upon three business days' prior notice, at par plus accrued and unpaid interest and subject to, in the case of TCEH Initial Loans based on LIBOR, customary "breakage" costs with respect to such LIBOR loans, other than customary "breakage" costs with respect to LIBOR loans. The Co-Borrowers may optionally redeem the TCEH Senior Exchange Notes other than fixed-rate exchange notes, if issued, in whole or in part, at any time at par plus accrued and unpaid interest to the redemption date, provided that it also optionally prepays any outstanding TCEH Initial Loans on a pro rata basis.

If any TCEH Senior Exchange Note is sold by a lender to a third-party purchaser, and the interest rate on such TCEH Senior Exchange Note becomes fixed, such TCEH Senior Exchange Note will be non-callable until October 10, 2011, in the case of the TCEH Senior Cash-Pay Exchange Notes, and until October 10, 2012, in the case of the TCEH Senior Toggle Exchange Notes, subject to equity clawback and make-whole provisions consistent with those applicable to the notes offered hereby, and

F-109

EFIHMW00250441

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

will be callable thereafter at a specified premium. The premium will decline ratably on each yearly anniversary of the date of such sale to zero two years prior to the final maturity date, in the case of the TCEH Senior Cash-Pay Exchange Notes, and one year, in the case of the TCEH Senior Toggle Exchange Notes.

*Guarantee*—All obligations under the TCEH Unsecured Bridge Facilities and, if the TCEH Senior Exchange Notes are issued, the senior indenture, are jointly and severally guaranteed on a senior basis by Energy Future Competitive Holdings and each of TCEH's domestic subsidiaries that guarantees obligations under the TCEH Senior Secured Facilities.

*Certain Covenants and Events of Default*—The TCEH Unsecured Bridge Facilities and the senior indenture contain a number of covenants that, among other things, restrict, subject to certain exceptions, the Co-Borrowers' ability to:

- incur additional indebtedness;
- create liens;
- engage in mergers or consolidations;
- sell or transfer assets and subsidiary stock;
- pay dividends and distributions or repurchase their capital stock;
- make certain investments, loans or advances;
- prepay certain indebtedness;
- enter into agreements that restrict the payment of dividends by subsidiaries or the repayment of intercompany loans and advances; and
- engage in certain transactions with affiliates.

In addition, the TCEH Unsecured Bridge Facilities and the senior indenture impose certain requirements as to future subsidiary guarantors. The TCEH Unsecured Bridge Facilities and the senior indenture also contain certain customary affirmative covenants consistent with those in the TCEH Senior Secured Facilities, to the extent applicable, and certain customary events of default.

**Senior Unsecured Bridge Facility – Energy Future Holdings Corp.**

*Overview*—On October 10, 2007, in connection with the Merger and the repayment of certain existing indebtedness, Energy Future Holdings Corp. entered into senior unsecured credit facilities (Energy Future Holdings Corp. Unsecured Bridge Facilities).

Energy Future Holdings Corp.'s Unsecured Bridge Facilities provide senior unsecured financing of $4.5 billion, consisting of a:

- $2.0 billion senior unsecured cash-pay term loan facility with a term of ten years (Energy Future Holdings Corp. Initial Cash-Pay Loans); and
- $2.5 billion senior unsecured toggle term loan facility with a term of ten years (Energy Future Holdings Corp. Initial Toggle Loans and, together with Energy Future Holdings Corp. Initial Cash-Pay Loans, Energy Future Holdings Corp. Initial Loans).

F-110

EFIHMW00250442

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

If any borrowings under Energy Future Holdings Corp. Unsecured Bridge Facilities remain outstanding on October 10, 2008, the lenders will have the option at any time or from time to time to exchange such Energy Future Holdings Corp. Initial Loans for senior cash-pay notes (Energy Future Holdings Corp. Senior Cash-Pay Exchange Notes) or senior toggle notes (Energy Future Holdings Corp. Senior Toggle Exchange Notes and, together with Energy Future Holdings Corp. Senior Cash-Pay Exchange Notes, Energy Future Holdings Corp. Senior Exchange Notes) that Energy Future Holdings Corp. will issue under a senior indenture. The maturity date of any Energy Future Holdings Corp. Initial Loans that are not exchanged for Energy Future Holdings Corp. Senior Exchange Notes will automatically be extended to October 10, 2017. Energy Future Holdings Corp. Senior Exchange Notes will also mature on October 10, 2017. Holders of Energy Future Holdings Corp. Senior Exchange Notes will have registration rights.

*Interest Rate*—Subject to specified caps, borrowings under Energy Future Holdings Corp. Unsecured Bridge Facilities for the first six-month period from the closing of the TCEH Senior Secured Facilities will bear interest at a rate equal to LIBOR plus (i) 400 basis points, in the case of Energy Future Holdings Corp. Initial Cash-Pay Loans and (ii) 425 basis points, in the case of Energy Future Holdings Corp. Initial Toggle Loans (in each case, Energy Future Holdings Corp. Initial Margin). Interest for the three-month period commencing at the end of the initial six-month period, subject to specified caps, shall be payable at prevailing LIBOR for the interest period plus (A) Energy Future Holdings Corp. Initial Margin plus (B) 50 basis points. Thereafter, subject to specified caps, interest will be increased by an additional 25 basis points at the beginning of each three-month period subsequent to the initial nine-month period, for so long as Energy Future Holdings Corp. Initial Loans are outstanding. If issued, the interest rate on Energy Future Holdings Corp. Senior Exchange Notes will be the same as the interest rate borne by Energy Future Holdings Corp. Initial Loans; provided, that if any Energy Future Holdings Corp. Senior Exchange Notes are transferred by the lender to a third-party purchaser, the interest rate on those notes will be fixed at the interest rate in effect on the transfer date.

*Prepayments and Redemptions*—Energy Future Holdings Corp. will be required to make an offer to repay loans under Energy Future Holdings Corp. Unsecured Bridge Facilities and, following October 10, 2008, repurchase Energy Future Holdings Corp. Senior Exchange Notes with net proceeds from specified asset sales. In addition, after any payments required to be made to repay the TCEH Senior Secured Facilities, Energy Future Holdings Corp. will be required to offer to repay loans and, if issued, to repurchase Energy Future Holdings Corp. Senior Exchange Notes upon the occurrence of a change of control. Until October 10, 2008, Energy Future Holdings Corp. will also be required to prepay outstanding Energy Future Holdings Corp. Initial Loans with the net proceeds of any refinancing debt.

Energy Future Holdings Corp. may voluntarily repay outstanding Energy Future Holdings Corp. Initial Loans, in whole or in part, at its option at any time upon three business days' prior notice, at par plus accrued and unpaid interest and subject to, in the case of Energy Future Holdings Corp. Initial Loans based on LIBOR, customary "breakage" costs with respect to such LIBOR loans, other than customary "breakage" costs with respect to LIBOR loans. Energy Future Holdings Corp. may optionally redeem Energy Future Holdings Corp. Senior Exchange Notes other than fixed-rate exchange notes, if issued, in whole or in part, at any time at par plus accrued and unpaid interest to the redemption date, provided that it also optionally prepays any outstanding Energy Future Holdings Corp. Initial Loans on a pro rata basis.

F-111

EFIHMW00250443

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

If any Energy Future Holdings Corp. Senior Exchange Note is sold by a lender to a third-party purchaser, and the interest rate on such Energy Future Holdings Corp. Senior Exchange Note becomes fixed, such Energy Future Holdings Corp. Senior Exchange Note will be non-callable for the first four years from October 10, 2008, subject to equity clawback and make-whole provisions consistent with those applicable to the notes offered hereby, and will be callable thereafter at a specified premium. The premium will decline ratably on each yearly anniversary of the date of such sale to zero on October 10, 2015.

*Guarantee*—All obligations under Energy Future Holdings Corp. Unsecured Bridge Facilities and, if Energy Future Holdings Corp. Senior Exchange Notes are issued, the senior indenture are jointly and severally guaranteed on a senior unsecured basis by Intermediate Holding and Energy Future Competitive Holdings.

*Certain Covenants and Events of Default*—Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture contain a number of covenants that, among other things, restrict, subject to certain exceptions, Energy Future Holdings Corp.'s ability to:

- incur additional indebtedness;
- create liens;
- engage in mergers or consolidations;
- sell or transfer assets and subsidiary stock;
- pay dividends and distributions or repurchase its capital stock;
- make certain investments, loans or advances;
- prepay certain indebtedness;
- enter into agreements that restrict the payment of dividends by subsidiaries or the repayment of intercompany loans and advances; and
- engage in certain transactions with affiliates.

In addition, Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture impose certain requirements as to future subsidiary guarantors. Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture also contain certain customary affirmative covenants consistent with those in TCEH Senior Secured Facilities, to the extent applicable.

*Intercreditor Agreement*

On October 10, 2007, in connection with the Merger, TCEH, Energy Future Competitive and the subsidiary guarantors under the TCEH Senior Secured Facilities entered into a Collateral Agency and Intercreditor Agreement (the Intercreditor Agreement) with Citibank, N.A., and four secured commodity hedge counterparties (Secured Commodity Hedge Counterparties).

The Intercreditor Agreement provides that the lien granted to the Secured Commodity Hedge Counterparties should rank pari passu with the lien granted to the secured parties under the TCEH Senior Secured Facilities on the collateral under the TCEH Senior Secured Facilities and the Secured Commodity Hedge Counterparties will be entitled to share, on a pro rata basis, in the proceeds of any liquidation of such collateral in connection with a foreclosure on such collateral in an amount provided

F-112

Highly Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Notes to Financial Statements—(Continued)

in the TCEH Credit Agreement. The Intercreditor Agreement also provides that the Secured Commodity Hedge Counterparties will have voting rights with respect to any amendment or waiver of any provision of the Intercreditor Agreement that changes the priority of the Secured Commodity Hedge Counterparties' lien on such collateral relative to the priority of lien granted to the secured parties under the TCEH Senior Secured Facilities or the priority of payments to the Secured Commodity Hedge Counterparties upon a foreclosure and liquidation of such collateral relative to the priority of the lien granted to the secured parties under the TCEH Senior Secured Facilities.

### TXU Receivables Program

Also in connection with the Merger, the accounts receivable securitization program was amended. Concurrently, the financial institutions required that Oncor Electric Delivery repurchase all of the receivables it had previously sold to TXU Receivables Company totaling $113 million, which amount was refinanced by the Oncor Electric Delivery Revolving Facility.

### Contribution of Certain Assets and Liabilities of Luminant Development

In connection with the Merger, certain assets and liabilities of Luminant Development consisting primarily of Sandow 5 and Oak Grove and the hedging transactions related to the long term hedging program were contributed by Energy Future Holdings Corp. to a subsidiary of TCEH. Such contribution will be accounted for in a manner similar to a pooling of interests.

### Repayment of Existing Credit Facilities

On October 10, 2007, in connection with the Merger, TCEH and Oncor repaid in full all outstanding loans together with interest and all other amounts due in connection with such repayment under the $6.5 billion of existing credit facilities. TCEH and Oncor also repaid floating rate senior notes with an aggregate principal amount of $1.0 billion and $800 million, respectively. (See Note 8).

### Management Agreement

On October 10, 2007, in connection with the Merger, Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Lehman Brothers Inc. entered into a management agreement with Energy Future Holdings Corp. (the Management Agreement), pursuant to which affiliates of the investors will provide management, consulting, financial and other advisory services to Energy Future Holdings Corp. Pursuant to the Management Agreement, the Sponsor Group is entitled to receive an aggregate annual management fee of $35 million, which amount will increase 2% annually, and reimbursement of out-of-pocket expenses incurred in connection with the provision of services pursuant to the Management Agreement. The Management Agreement will continue in effect from year to year, unless terminated upon a change of control of Energy Future Holdings Corp. or in connection with an initial public offering of Energy Future Holdings Corp. or if the parties mutually agree to terminate the Management Agreement. Pursuant to the Management Agreement, the Sponsor Group is also entitled to receive aggregate transaction fees of $300 million in connection with certain services provided in connection with the Merger and related transactions. In addition, the Management Agreement provides that the Sponsor Group will be entitled to receive a fee equal to a percentage of the gross transaction value in connection with certain subsequent financing, acquisition, disposition, merger combination and change of control transactions, as well as a termination fee based on the net present value of future payment obligations under the Management Agreement in the event of an initial public offering or under certain other circumstances.

F-113

EFIHMW00250445

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Notes to Financial Statements—(Continued)**

*Tender Offers and Consent Solicitations*

On September 25, 2007, Energy Future Holdings Corp. commenced offers to purchase and consent solicitations with respect to $1.0 billion in aggregate principal amount of Energy Future Holdings Corp.'s outstanding 4.80 % Series O Senior Notes due 2009, $250.0 million in aggregate principal amount of TCEH's outstanding 6.125% Senior Notes due 2008 and $1.0 billion in aggregate principal amount of TCEH's outstanding 7.000% Senior Notes due 2013. On the closing date of the Merger, Energy Future Holdings Corp. purchased an aggregate of $995.7 million, $246.9 million and $994.9 million of these notes, respectively.

F-114

Highly Confidential

No dealer, salesperson or other person is authorized to give any information or to represent anything not contained in this offering circular. You must not rely on any unauthorized information or representations. This offering circular is an offer to sell only the notes offered hereby, but only under circumstances and in jurisdictions where it is lawful to do so. The information contained in this offering circular is current only as of its date.

### TABLE OF CONTENTS

| | Page |
|---|---|
| Notice to New Hampshire Residents . . . . . . . . . | i |
| Market, Ranking and Other Industry Data . . . . . | ii |
| Notice to Investors. . . . . . . . . . . . . . . . . . . . . . . . | ii |
| Available Information . . . . . . . . . . . . . . . . . . . . . . | iii |
| Forward-Looking Statements . . . . . . . . . . . . . . . | iv |
| Securities and Exchange Commission Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | vi |
| Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| Risk Factors . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 |
| The Transactions . . . . . . . . . . . . . . . . . . . . . . . . . | 46 |
| Use of Proceeds . . . . . . . . . . . . . . . . . . . . . . . . . | 50 |
| Capitalization . . . . . . . . . . . . . . . . . . . . . . . . . . . | 51 |
| Energy Future Competitive Holdings Unaudited Pro Forma Condensed Consolidated Financial Statements. . . . . . . . . | 53 |
| Energy Future Competitive Holdings Selected Historical Consolidated Financial Data. . . . . . | 66 |
| Energy Future Competitive Holdings Management's Discussion and Analysis of Financial Condition and Results of Operations. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 69 |
| Business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 130 |
| Regulation and Rates. . . . . . . . . . . . . . . . . . . . . . | 148 |
| Management. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 150 |
| Principal Stockholders . . . . . . . . . . . . . . . . . . . . . | 151 |
| Certain Relationships and Related Party Transactions . . . . . . . . . . . . . . . . . . . . . . . . . . | 152 |
| Description of Other Indebtedness . . . . . . . . . . . | 157 |
| Description of Notes . . . . . . . . . . . . . . . . . . . . . . . | 166 |
| Exchange Offer; Registration Rights. . . . . . . . . . | 236 |
| Book Entry; Delivery and Form . . . . . . . . . . . . . . | 238 |
| Certain U.S. Federal Tax Consequences . . . . . | 244 |
| ERISA Considerations . . . . . . . . . . . . . . . . . . . . . | 248 |
| Plan of Distribution . . . . . . . . . . . . . . . . . . . . . . . | 250 |
| Legal Matters . . . . . . . . . . . . . . . . . . . . . . . . . . . | 254 |
| Independent Auditors . . . . . . . . . . . . . . . . . . . . . | 254 |
| Available Information . . . . . . . . . . . . . . . . . . . . . . | 254 |
| Glossary. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 255 |
| Index to Consolidated Financial Statements. . . | F-1 |

### $3,000,000,000

# TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC

# TCEH FINANCE, INC.

10.25% Senior Notes due 2015

# Goldman, Sachs & Co.

# Morgan Stanley

# Citi

# Credit Suisse

# JPMorgan

# Lehman Brothers