| | |
|---|---|
| **From:** | Bono, Simone <sbono@stblaw.com> |
| **Sent:** | Friday, October 26, 2007 4:21 PM |
| **To:** | kirkwood.roland@citi.com; Horton, Tony <tony.horton@txu.com>; Joshi, Saf <sjoshi@txu.com>; smidj@KKR.com; antar@KKR.com; jweingart@tpg.com; jliaw@tpg.com; vmehta@tpg.com; vivek.bantwal@gs.com; brian.bolster@gs.com; W.Graham@morganstanley.com; Subhalakshmi.Ghosh@morganstanley.com; lawrence.landry@jpmorgan.com; david.lynch@jpmorgan.com; msherman@cahill.com; jminas@cahill.com; aschleider@cahill.com; aaron.dannenberg@citi.com; woosung.b.bruce.chung@citi.com; aaron.tavel@citi.com; brandon.freiman@kkr.com; lnallengara@shearman.com; Campbell, David <david.campbell@txu.com>; Degeyter, Brock <BDEGEYT1@txu.com>; Santos, Greg <Gregory.Santos@txu.com>; kfullenweider@velaw.com; mspradling@velaw.com; ckornreich@velaw.com; wgiraud@velaw.com; rlittle@velaw.com; vivek.bantwal@gs.com; jeff.pollard@gs.com; carl.williams@gs.com; matthew.freiman@gs.com; kwamina.asomaning@gs.com; david.albert@ms.com; geoffrey.richardson@ms.com; e.lee@ms.com; stephen.sung@ms.com; divya.gopal@ms.com; james.moran@credit-suisse.com; jonathan.baliff@credit-suisse.com; thomas.egan@lehman.com; jplaster@lehman.com; spencer.cutter@lehman.com; Timothy.Schwarz@morganstanley.com; Perry.Offutt@morganstanley.com; Mauricio.DelValle@morganstanley.com; Miguel.Espinosa@morganstanley.com; aanderson@deloitte.com; mtrichards@deloitte.com; lnettles@velaw.com; ilir.mujalovic@shearman.com; chrstine.kim@shearman.com; jordan.costa@shearman.com; Jeff.Civins@haynesboone.com; Diana.Liebmann@haynesboone.com; wmassey@cov.com; tcubbage@cov.com; mrae@stroock.com; jbiggs@hunton.com; UTL_UE8E <ndams@hunton.com>; Carter, Michael <Michael.Carter@txu.com>; Wilks, Greg <gwilks1@txu.com>; Garberding, Michael <Michael.Garberding@txu.com>; rgullo@deloitte.com; allison.lowenstein@gs.com; reale@bankofny.com; mcintyre@bankofny.com; jelkin@winston.com; corey.reis@shearman.com; joji.ozawa@shearman.com; jennifer.morton@shearman.com; alfred.bobek@shearman.com; kwamina.asomaning@gs.com; lynsey.wenger@gs.com; carl.williams@gs.com; matthew.freiman@gs.com; rfleishman@cov.com; adam.g.bernard@jpmorgan.com; jack.d.smith@jpmorgan.com; w.christopher.upjohn@jpmchase.com; christopher.j.brown@jpmorgan.com; Nutt, Terry <terry.nutt@txu.com>; ahossain@tpg.com; Moldovan, Kris <kmoldovan@txu.com>; Wright, Andy <awright@txu.com>; Mcclure, Erin <erin.mcclure@txu.com>; Lang, John <john.lang@txu.com>; Wright, Andy <awright@txu.com>; peter.landon@credit-suisse.com |
| **Cc:** | Tolley III, Ed P <etolley@stblaw.com>; Sorkin, David J <dsorkin@stblaw.com>; Smith, Andrew W <asmith@stblaw.com>; Cross, James D <jcross@stblaw.com>; Steinhardt, Brian M <BSteinhardt@STBLAW.com>; Hwang, Jason A <JHwang@stblaw.com>; Mehlman, Nancy L <nmehlman@stblaw.com>; Vollbracht, Jason R <JVollbracht@stblaw.com>; Fadil, Adeeb R <afadil@stblaw.com>; Lobrano, John D <jlobrano@STBLAW.COM>; Fisher, Scott D <sfisher@stblaw.com>; Calder, Andrew <ACalder@stblaw.com>; Brown, Alvin H <abrown@STBLAW.COM>; Hanley, Matthew R <MHanley@stblaw.com>; Chisling, Brian <BChisling@stblaw.com>; Qari, Amar <AQari@stblaw.com>; Joseph, Wonda M <WJoseph@stblaw.com>; Lavan, Noreen <NLavan@stblaw.com>; Greene, Alexandra G <AGreene@stblaw.com>; Baron, Patrick <pbaron@stblaw.com>; Bono, Simone <sbono@stblaw.com>; Gao, Ethan <EGao@stblaw.com>; Davis, Kirsten L <KDavis@STBLAW.COM> |
| **Subject:** | Project Thunder - Energy Future Holdings Corp. |
| **Attach:** | 97635_035.pdf |

Please find attached the final (as printed) offering memorandum for the Energy Future Holdings Corp. notes. The one for the Energy Future Competitive Holdings notes will follow under separate cover.

Best,
Simone

<<97635_035.pdf>>

Simone Bono
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Tel: (212) 455-3644
Fax (212) 455-2502
sbono@stblaw.com

CONFIDENTIALITY NOTE:

The information contained in this email message and any attachments is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this message or its attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone, fax, or email and delete the message. Thank you.

MOLDOVAN

PLAINTIFF'S
EXHIBIT
9
11/20/14    KRB

Confidential

EFIHMW00208122

*OFFERING MEMORANDUM*                                          *STRICTLY CONFIDENTIAL*

# $4,500,000,000
# *Energy Future Holdings Corp.*
### $2,000,000,000 10.875% SENIOR NOTES DUE 2017
### $2,500,000,000 11.250%/12.000% SENIOR TOGGLE NOTES DUE 2017

*Energy Future Holdings Corp., formerly known as TXU Corp. and referred to herein as the "Issuer," is offering $2,000,000,000 aggregate principal amount of its 10.875% Senior Notes due 2017 (the "cash-pay notes") and $2,500,000,000 aggregate principal amount of its 11.250%/12.000% Senior Toggle Notes due 2017 (the "toggle notes"). The cash-pay notes and the toggle notes are collectively referred to herein as the "notes," unless the context otherwise requires.*

*The Issuer is offering the notes to refinance a portion of the debt incurred to fund the acquisition of Energy Future Holdings Corp.*

*Concurrently with the offering of the notes hereby, Texas Competitive Electric Holdings Company LLC ("TCEH"), an indirect wholly owned subsidiary of the Issuer formerly known as TXU Energy Company LLC, and TCEH Finance, Inc., a wholly owned subsidiary of TCEH, are offering $3,000,000,000 aggregate principal amount of their senior notes (the "TCEH Notes").*

*Interest on the notes is payable on May 1 and November 1 of each year, commencing on May 1, 2008. The cash-pay notes will accrue interest at the rate of 10.875% per annum. The initial interest payment on the toggle notes will be payable in cash. For any interest period thereafter until November 1, 2012, the Issuer may elect to pay interest on the toggle notes in cash, by increasing the principal amount of the toggle notes or issuing new toggle notes ("PIK interest") for the entire amount of the interest payment or by paying interest on half of the principal amount of the toggle notes in cash and half in PIK interest. The toggle notes will accrue cash interest at a rate of 11.250% per annum and PIK interest at a rate of 12.000% per annum. If the Issuer elects to pay any PIK interest, the Issuer will increase the principal amount of the toggle notes or issue new toggle notes in an amount equal to the amount of PIK interest for the applicable interest payment period (rounded up to the nearest $1,000) to holders of the toggle notes on the relevant record date. The toggle notes will be treated as having been issued with original issue discount for U.S. federal income tax purposes. The notes will mature on November 1, 2017.*

*The Issuer may redeem any of the notes beginning on November 1, 2012 at the redemption prices set forth in this offering memorandum. The Issuer may also redeem any of the notes at any time prior to November 1, 2012 at a price equal to 100% of their principal amount, plus accrued interest and a "make-whole" premium. In addition, before November 1, 2010, the Issuer may redeem up to 35% of the aggregate principal amount of the notes using the proceeds from certain equity offerings at the redemption price set forth in this offering memorandum.*

*The notes will be unsecured and will rank equally with any unsecured senior indebtedness of the Issuer. Energy Future Competitive Holdings Company and Energy Future Intermediate Holding Company LLC, direct wholly owned subsidiaries of the Issuer, will guarantee the notes. The guarantees will be unsecured and will rank equally with any unsecured senior indebtedness of the guarantors. The guarantees will be effectively junior to all of the secured indebtedness of the guarantors to the extent of the assets securing that indebtedness. The notes and the guarantees will be effectively junior to all indebtedness, preferred stock and other liabilities of the Issuer's subsidiaries that do not guarantee the notes. None of the Issuer's other subsidiaries will guarantee the notes.*

*For a more detailed description of the notes, see "Description of the Notes" beginning on page 199.*

*The Issuer expects that the notes will be eligible for trading in the PORTAL Market.*

*Investing in the notes involves risks. See "Risk Factors" beginning on page 29.*

### PRICE: 100.000% PER SENIOR NOTE AND ACCRUED INTEREST, IF ANY
### PRICE: 97.815% PER SENIOR TOGGLE NOTE AND ACCRUED INTEREST, IF ANY

*The notes and the guarantees have not been registered under the Securities Act of 1933, as amended, and are being offered only (1) to qualified institutional buyers under Rule 144A and (2) outside the United States in compliance with Regulation S. For a description of certain restrictions on transfer, see "Notice to Investors" beginning on page 267.*

*Morgan Stanley & Co. Incorporated expects to deliver the notes to purchasers on October 31, 2007.*

#### Joint Book-Running Managers

**MORGAN STANLEY**                                    **GOLDMAN, SACHS & CO.**

**CITI**           **CREDIT SUISSE**      **JPMORGAN**         **LEHMAN BROTHERS**

October 24, 2007

Confidential

EFIHMW00208124

## TABLE OF CONTENTS

| | Page |
|---|---|
| Summary | 1 |
| Risk Factors | 29 |
| The Transactions | 51 |
| Use of Proceeds | 56 |
| Capitalization | 57 |
| Energy Future Holdings Corp. Unaudited Pro Forma Condensed Consolidated Financial Statements | 59 |
| Energy Future Holdings Corp. Selected Historical Consolidated Financial Data | 72 |
| Energy Future Holdings Corp. Management's Discussion and Analysis of Financial Condition and Results of Operations | 75 |
| Business | 156 |
| Regulation and Rates | 176 |
| Management | 181 |
| Principal Stockholders | 186 |

| | Page |
|---|---|
| Certain Relationships and Related Party Transactions | 187 |
| Description of Other Indebtedness | 188 |
| Description of the Notes | 199 |
| Notice to Investors | 267 |
| Book Entry; Delivery and Form | 270 |
| Certain U.S. Federal Tax Consequences | 275 |
| ERISA Considerations | 281 |
| Private Placement | 283 |
| Legal Matters | 287 |
| Independent Registered Public Accounting Firm | 287 |
| Available Information | 287 |
| Glossary | 289 |
| Index to Consolidated Financial Statements | F-1 |

THIS OFFERING MEMORANDUM DOES NOT CONSTITUTE AN OFFER TO SELL, NOR A SOLICITATION OF AN OFFER TO BUY, ANY NOTE OFFERED BY THIS OFFERING MEMORANDUM BY ANY PERSON IN ANY JURISDICTION IN WHICH IT IS UNLAWFUL FOR SUCH PERSON TO MAKE SUCH AN OFFER OR SOLICITATION. NEITHER THE DELIVERY OF THIS OFFERING MEMORANDUM, NOR ANY OFFER OR SALE MADE UNDER THIS OFFERING MEMORANDUM, SHALL UNDER ANY CIRCUMSTANCES IMPLY THAT THERE HAS BEEN NO CHANGE IN OUR AFFAIRS OR THAT THE INFORMATION SET FORTH IN THIS OFFERING MEMORANDUM IS CORRECT AS OF ANY DATE SUBSEQUENT TO THE DATE OF THIS OFFERING MEMORANDUM.

This offering memorandum is highly confidential and has been prepared by the Issuer solely for use in connection with the proposed placement of the notes. The Issuer and Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities Inc. and Lehman Brothers Inc., which are referred to in this offering memorandum as the placement agents, reserve the right to reject any offer to purchase, in whole or in part, for any reason, or to sell less than all the notes offered by this offering memorandum. This offering memorandum is personal to you and does not constitute an offer to any other person or to the public in general to subscribe for or otherwise acquire the notes. Distribution of this offering memorandum by you to any person other than those persons retained to advise you is unauthorized, and any disclosure of any of the contents of this offering memorandum without our prior written consent is prohibited. By accepting delivery of this offering memorandum, you agree to the foregoing and to make no copies of this offering memorandum, and, if you do not purchase the notes or the placement is terminated for any reason, to return this offering memorandum to: Morgan Stanley & Co. Incorporated, 1585 Broadway, New York, New York, 10036, Attention: Global Capital Markets Leveraged Finance Group.

You must comply with all applicable laws and regulations in force in any jurisdiction in connection with the possession or distribution of this offering memorandum and the purchase, offer or sale of the notes, and you must obtain any required consent, approval or permission for the purchase, offer or sale by you of the notes under the laws and regulations applicable to you in force in any jurisdiction to which you are subject or in which you make such purchases, offers or sales, and neither we nor the placement agents have any responsibility therefore. See "Notice to Investors."

You acknowledge that (1) you have been afforded an opportunity to request from us, and to review, and have received, all additional information considered by you to be necessary to verify the accuracy of, or to

i

PX 008
Page 4 of 501

supplement, the information contained in this offering memorandum, (2) you have not relied on the placement agents or any person affiliated with the placement agents in connection with your investigation of the accuracy of such information or your investment decision and (3) no person has been authorized to give any information or to make any representation concerning the Issuer or the notes except as contained in this offering memorandum. If given or made, any such other information or representation should not be relied upon as having been authorized by the Issuer or the placement agents.

———————

IN MAKING AN INVESTMENT DECISION, YOU MUST RELY ON YOUR OWN EXAMINATION OF OUR BUSINESS AND THE TERMS OF THIS OFFERING MEMORANDUM, INCLUDING THE MERITS AND RISKS INVOLVED. THESE NOTES HAVE NOT BEEN RECOMMENDED BY ANY FEDERAL OR STATE SECURITIES COMMISSION OR REGULATORY AUTHORITY. FURTHERMORE, THESE AUTHORITIES HAVE NOT CONFIRMED THE ACCURACY OR DETERMINED THE ADEQUACY OF THIS OFFERING MEMORANDUM. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

THE NOTES MAY NOT BE TRANSFERRED OR RESOLD EXCEPT AS PERMITTED UNDER THE INDENTURE GOVERNING THE NOTES, THE REGISTRATION RIGHTS AGREEMENT TO BE ENTERED INTO BY THE ISSUER, THE GUARANTORS AND THE PLACEMENT AGENTS, AND THE SECURITIES ACT OF 1933, AS AMENDED, WHICH IS REFERRED TO IN THIS OFFERING MEMORANDUM AS THE SECURITIES ACT, AND RELATED REGULATIONS AND APPLICABLE STATE SECURITIES LAWS. YOU SHOULD BE AWARE THAT YOU MAY BE REQUIRED TO BEAR THE FINANCIAL RISKS OF THIS INVESTMENT FOR AN INDEFINITE PERIOD OF TIME.

THE PLACEMENT AGENTS ARE NOT MAKING ANY REPRESENTATION OR WARRANTY AS TO THE ACCURACY OR COMPLETENESS OF THE INFORMATION CONTAINED IN THIS OFFERING MEMORANDUM, AND NOTHING CONTAINED IN THIS OFFERING MEMORANDUM IS, OR SHALL BE RELIED UPON AS, A PROMISE OR REPRESENTATION, WHETHER AS TO THE PAST OR THE FUTURE. THE PLACEMENT AGENTS HAVE NOT INDEPENDENTLY VERIFIED ANY OF SUCH INFORMATION AND ASSUME NO RESPONSIBILITY FOR THE ACCURACY OR COMPLETENESS OF THE INFORMATION CONTAINED IN THIS OFFERING MEMORANDUM.

See "Risk Factors," beginning on page 29, for a description of factors relating to an investment in the notes. None of the Issuer, the guarantors, the placement agents or any of our or their respective representatives is making any representation to you regarding the legality of an investment by you under applicable legal investment or similar laws. You should consult with your own advisors as to legal, tax, business, financial and related aspects of a purchase of the notes.

———————

### NOTICE TO NEW HAMPSHIRE RESIDENTS

NEITHER THE FACT THAT A REGISTRATION STATEMENT OR AN APPLICATION FOR A LICENSE HAS BEEN FILED UNDER CHAPTER 421-B OF THE NEW HAMPSHIRE REVISED STATUTES, WITH THE STATE OF NEW HAMPSHIRE NOR THE FACT THAT A SECURITY IS EFFECTIVELY REGISTERED OR A PERSON IS LICENSED IN THE STATE OF NEW HAMPSHIRE CONSTITUTES A FINDING BY THE SECRETARY OF STATE OF NEW HAMPSHIRE THAT ANY DOCUMENT FILED UNDER RSA 421-B IS TRUE, COMPLETE AND NOT MISLEADING. NEITHER ANY SUCH FACT NOR THE FACT THAT AN EXEMPTION OR EXCEPTION IS AVAILABLE FOR A SECURITY OR A TRANSACTION MEANS THAT THE SECRETARY OF STATE HAS PASSED IN ANY WAY UPON THE MERITS OR QUALIFICATIONS OF, OR RECOMMENDED OR GIVEN APPROVAL TO, ANY PERSON, SECURITY OR TRANSACTION. IT IS UNLAWFUL TO MAKE, OR CAUSE TO BE MADE, TO ANY PROSPECTIVE PURCHASER, CUSTOMER OR CLIENT ANY REPRESENTATION INCONSISTENT WITH THE PROVISIONS OF THIS PARAGRAPH.

Confidential

EFIHMW00208126

---

You should rely only on the information contained in this offering memorandum. The Issuer has not authorized anyone to provide you with information, whether orally or in writing, either different from that contained in this offering memorandum or not set forth in this offering memorandum. The Issuer is offering to sell the notes only where offers and sales are permitted. The information contained in this offering memorandum is accurate only as of the date of this offering memorandum, regardless of the time of delivery of this offering memorandum or any resale of the notes.

---

## INDUSTRY AND MARKET INFORMATION

The industry and market data and other statistical information used throughout this offering memorandum are based on independent industry publications, government publications, reports by market research firms or other published independent sources, including certain data published by the Electricity Reliability Council of Texas ("ERCOT"). The Issuer did not commission any of these publications or reports. Some data are also based on the Issuer's good faith estimates, which are derived from the Issuer's review of internal surveys, as well as the independent sources listed above. Independent industry publications and surveys generally state that they have obtained information from sources believed to be reliable, but do not guarantee the accuracy and completeness of such information. While the Issuer believes that each of these studies and publications is reliable, neither the Issuer nor the placement agents have independently verified such data and neither the Issuer nor the placement agents make any representation as to the accuracy of such information. Forecasts are particularly likely to be inaccurate, especially over long periods of time, and the Issuer does not know what assumptions regarding general economic growth are used in preparing the forecasts included in this offering memorandum. Similarly, while the Issuer believes that its internal and external research is reliable, it has not been verified by any independent sources and the Issuer makes no assurances that the predictions contained therein are accurate.

## SEC REVIEW

The Issuer and the guarantors of the notes have agreed to file a registration statement with the Securities and Exchange Commission, which is referred to in this offering memorandum as the SEC, with respect to an exchange offer for the notes or a shelf registration with respect to resales of the notes. See "Description of the Notes—Exchange Offer; Registration Rights." In the course of the review by the SEC of the registration statement, the Issuer may be required or the Issuer may elect to make changes to the information contained in this offering memorandum, including the description of its business, financial statements and other financial or other information. The Issuer believes that the financial data, including pro forma financial data, and other information included in this offering memorandum have been prepared in a manner that complies, in all material respects, with regulations published by the SEC and generally accepted accounting principles in the United States of America, which are referred to in this offering memorandum as GAAP, with the exception of the inclusion of financial data for the twelve months ended June 30, 2007 and the presentation of certain non-GAAP financial measures. However, comments by the SEC on the registration statement may require modification or reformulation of the financial data and other information presented in this offering memorandum to comply with the regulations published by the SEC. Any such modification may be significant.

SEC rules regulate the use in filings with the SEC and in published disclosures and press releases, of "non-GAAP financial measures," such as EBITDA and Adjusted EBITDA, that are derived on the basis of methodologies other than in accordance with GAAP and, as a result, may not be comparable to similar financial measures used by other companies. Some non-GAAP financial measures included in this offering memorandum, including EBITDA and Adjusted EBITDA and other financial measures using EBITDA and Adjusted EBITDA,

iii

Confidential

may not comply with these rules, and the Issuer may not include them in the registration statement to be filed with respect to the notes and future SEC filings. Comments by the SEC on financial data included in a registration statement for an exchange offer or in connection with a shelf registration required by the registration rights agreement may require modification, deletion or reformulation of certain data presented in this offering memorandum, including financial statements and other financial information. Any such modification or reformulation may be significant. See "Summary—Summary Historical and Unaudited Pro Forma Consolidated Financial and Other Data of Energy Future Holdings Corp. and its Subsidiaries" for more information on EBITDA and Adjusted EBITDA used in this offering memorandum.

## FORWARD-LOOKING STATEMENTS

This offering memorandum contains "forward-looking statements" within the meaning of Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). All statements, other than statements of historical facts, that are included in this offering memorandum, or made in presentations, in response to questions or otherwise, that address activities, events or developments that we expect or anticipate to occur in the future, including such matters as projections, capital allocation and cash distribution policy, future capital expenditures, business strategy, competitive strengths, goals, future acquisitions or dispositions, development or operation of power production assets, market and industry developments and the growth of our business and operations (often, but not always, identified through the use of words or phrases such as "will likely result," "are expected to," "will continue," "is anticipated," "estimated," "projection," "target," "outlook" and our use of the conditional and future tenses), are forward-looking statements. Although we believe that in making any such forward-looking statement our expectations are based on reasonable assumptions, any such forward-looking statement involves uncertainties and is qualified in its entirety by reference to the discussion of risk factors discussed under "Risk Factors" and the following important factors, among others, that could cause our actual results to differ materially from those projected in such forward-looking statements:

- governmental policies and regulatory actions, including those of the Texas Legislature, the Governor of Texas, the U.S. Congress, the Federal Energy Regulatory Commission ("FERC"), the Public Utility Commission of Texas ("PUCT"), the Railroad Commission of Texas, the U.S. Nuclear Regulatory Commission ("NRC"), the U.S. Environmental Protection Agency ("EPA") and the Texas Commission on Environmental Quality ("TCEQ"), with respect to, among other things:

  - allowed prices;

  - allowed rates of return;

  - industry, market and rate structure;

  - purchased power and recovery of investments;

  - operations of nuclear generating facilities;

  - acquisitions and disposal of assets and facilities;

  - development, construction and operation of facilities;

  - decommissioning costs;

  - present or prospective wholesale and retail competition;

  - changes in tax laws and policies; and

  - changes in and compliance with environmental and safety laws and policies, including climate change initiatives;

- continued implementation of the legislation that restructured the electric utility industry in Texas to provide for retail competition ("1999 Restructuring Legislation");

iv

Confidential

EFIHMW00208128

- legal and administrative proceedings and settlements;

- general industry trends;

- our ability to attract and retain customers;

- our ability to profitably serve our customers given our announced price protection and price cuts;

- restrictions on competitive retail pricing;

- changes in wholesale electricity prices or energy commodity prices;

- unanticipated changes in market heat rates in the Texas electricity market;

- our ability to effectively hedge against changes in commodity prices and market heat rates;

- weather conditions and other natural phenomena, and acts of sabotage, wars or terrorist activities;

- unanticipated population growth or decline, and changes in market demand and demographic patterns;

- changes in business strategy, development plans or vendor relationships;

- access to adequate transmission facilities to meet changing demands;

- unanticipated changes in interest rates, fuel prices, commodity prices, rates of inflation or foreign exchange rates;

- unanticipated changes in operating expenses, liquidity needs and capital expenditures;

- commercial bank market and capital market conditions;

- competition for new energy development and other business opportunities;

- inability of various counterparties to meet their obligations with respect to our financial instruments;

- changes in technology used by and services offered by us;

- significant changes in our relationship with our employees, including the availability of qualified personnel, and the potential adverse effects if labor disputes or grievances were to occur;

- changes in assumptions used to estimate future executive compensation payments;

- significant changes in critical accounting policies;

- actions by credit rating agencies;

- our ability to implement cost reduction initiatives;

- with respect to our lignite coal-fueled generation construction and development program, more specifically, our ability to fund such investments, changes in competitive market rules, changes in environmental laws or regulations, changes in electric generation and emissions control technologies, changes in projected demand for electricity, our ability and the ability of our contractors to attract and retain, at projected rates, skilled labor for constructing the new generating units, changes in wholesale electricity prices or energy commodity prices, transmission capacity and constraints, supplier performance risk, changes in the cost and availability of materials necessary for the construction program and our ability to manage the significant construction program to a timely conclusion with limited cost overruns; and

- with respect to the Merger (as defined below), the outcome of any legal proceedings that have been or may be instituted against the Issuer and others related to the Merger; risks that the Merger and related transactions disrupt current plans and operations and the potential difficulties in management and employee retention as a result of the Merger; the amount of the costs, fees, expenses and charges related to the Merger; and the impact of the substantial indebtedness incurred to finance the consummation of the Merger.

v

Confidential

EFIHMW00208129

Any forward-looking statement speaks only as of the date on which it is made, and we undertake no obligation to update any forward-looking statement to reflect events or circumstances after the date on which it is made or to reflect the occurrence of unanticipated events. New factors emerge from time to time, and it is not possible for us to predict all of them; nor can we assess the impact of each such factor or the extent to which any factor, or combination of factors, may cause results to differ materially from those contained in any forward-looking statement.

vi

Confidential

# SUMMARY

*This summary highlights selected information appearing elsewhere in this offering memorandum. This summary is not complete and does not contain all of the information that you should consider before investing in the notes. You should carefully read the entire offering memorandum, including information set forth in the sections entitled "Risk Factors," "Energy Future Holdings Corp. Unaudited Pro Forma Condensed Consolidated Financial Statements" and the financial statements and the related financial data included elsewhere in this offering memorandum.*

*On October 10, 2007, Texas Energy Future Merger Sub Corp ("Merger Sub") merged with and into Energy Future Holdings Corp. (formerly named TXU Corp.) (the "Merger"). As a result of the Merger, investment funds associated with or designated by Kohlberg Kravis Roberts & Co., TPG Capital, L.P. and Goldman, Sachs & Co. (the "Sponsors"), and certain other co-investors, including affiliates of Citigroup Global Markets Inc., Morgan Stanley & Co. Incorporated and LB I Group (collectively, the "Investors"), own the Issuer through Texas Energy Future Holdings Limited Partnership ("Texas Holdings"), with the Sponsors controlling its general partner, Texas Energy Future Capital Holdings LLC (the "General Partner").*

*Unless the context otherwise requires or as otherwise indicated, references in this offering memorandum to "we," "our" and "us" refer to Energy Future Holdings Corp. and its consolidated subsidiaries. References to the "Issuer" refer to Energy Future Holdings Corp. and not to any of its subsidiaries. Financial information identified in this offering memorandum as "pro forma" gives effect to the consummation of the Merger and the related financing transactions described in this offering memorandum.*

## Our Company

We are a Dallas-based energy company that manages a portfolio of competitive and regulated energy businesses in Texas. We are a holding company conducting our operations principally through our subsidiaries, Texas Competitive Electric Holdings Company LLC (which was formerly named TXU Energy Company LLC, and which we refer to as "TCEH"), Oncor Electric Delivery Company LLC (which was formerly named Oncor Electric Delivery Company and TXU Electric Delivery Company, and which we refer to as "Oncor Electric Delivery") and their respective subsidiaries.

TCEH is a holding company for our Luminant and TXU Energy businesses, which are engaged in competitive electricity market activities, largely in Texas. The Luminant businesses include power generation operations ("Luminant Power"), wholesale energy markets operations ("Luminant Energy") and power generation facility construction activities ("Luminant Construction"). The TXU Energy business is comprised of retail electricity sales operations ("TXU Energy"). Luminant Power, Luminant Energy, Luminant Construction and TXU Energy conduct their operations through a number of separate legal entities that, in accordance with regulatory requirements, operate independently within the competitive Texas power market.

As of June 30, 2007, Luminant Power had 18,365 megawatts ("MW") of generation capacity in Texas (which includes 585 MW representing nine combustion turbine units currently operated for an unaffiliated party's benefit). This amount includes 8,137 MW of low-cost baseload solid fuel generation capacity represented by 2,300 MW of nuclear generation capacity and 5,837 MW of lignite/coal-fueled generation capacity. Luminant Energy supports Luminant Power and TXU Energy by optimizing the performance of the generation assets and sourcing the electricity requirements for TXU Energy's customers as well as providing related services to other market participants. Luminant Energy is the largest purchaser of wind-generated electricity in Texas and the fifth largest in the United States. Luminant Construction is currently constructing three new lignite coal-fueled generation facilities in Texas with expected generation capacity totaling approximately 2,200 MW. The three facilities are permitted and are expected to come on-line in the 2009-2010 timeframe. See also "Business—Competitive Electric Segment—Luminant Construction," for more information.

1

Confidential

TXU Energy provides competitive electricity and related services to more than 2.1 million electricity customers in Texas. As of June 30, 2007, TXU Energy's estimated share of the total ERCOT market retail residential and small business electric customers was approximately 35% and 25%, respectively.

Oncor Electric Delivery is a regulated electricity distribution and transmission business that provides electricity delivery services to retail electric providers, including TXU Energy, that sell electricity to consumers. Oncor Electric Delivery operates the largest distribution and transmission system in Texas, providing power to more than three million homes and businesses and operating more than 115,000 miles of transmission and distribution lines in Texas. A significant portion of Oncor Electric Delivery's revenues represent fees for delivery services provided to TCEH. Distribution revenues from TCEH represented 47% of Oncor Electric Delivery's distribution revenues and 41% of Oncor Electric Delivery's total revenues for the six months ended June 30, 2007 and 52% of Oncor Electric Delivery's distribution revenues and 46% of Oncor Electric Delivery's total revenues for the year ended December 31, 2006.

Upon the consummation of the Merger, we and Oncor Electric Delivery implemented certain structural and operational measures based on principles articulated by rating agencies and commitments made by Texas Holdings and Oncor Electric Delivery to the PUCT and the FERC that are intended to further separate Oncor Electric Delivery from Texas Holdings and its other subsidiaries in order to mitigate Oncor Electric Delivery's credit exposure to those entities and to reduce the risk that the assets and liabilities of Oncor Electric Delivery would be substantively consolidated with the assets and liabilities of Texas Holdings or any of its other subsidiaries in the event of a bankruptcy of one or more of those entities. See "The Transactions—Ring-Fencing" for a description of the material terms of the ring-fencing measures.

For the twelve months ended June 30, 2007, on a pro forma basis, we would have had Adjusted EBITDA of $5,235 million on a consolidated basis, 24% of which was attributable to Oncor Electric Delivery. See "—Summary Historical and Unaudited Pro Forma Consolidated Financial and Other Data of Energy Future Holdings Corp. and its Subsidiaries" for a definition of Adjusted EBITDA and a reconciliation of net income to Adjusted EBITDA. Oncor Electric Delivery Holdings Company LLC ("Oncor Electric Delivery Holdings"), the immediate parent of Oncor Electric Delivery, and its subsidiaries will be "Unrestricted Subsidiaries" as defined in the indenture governing the notes offered hereby and, accordingly, will not be subject to most of the restrictive covenants in the indenture. See the subsection titled "Regulated Delivery Segment" under "Energy Future Holdings Corp. Management's Discussion and Analysis of Financial Condition and Results of Operations" and the financial statements of Oncor Electric Delivery included elsewhere in this offering memorandum for information regarding the results of operations of Oncor Electric Delivery.

### Our Market

We operate primarily within the ERCOT market, which represents approximately 85% of electricity consumption in Texas. ERCOT also represents approximately 75% of the geographical area of Texas, but excludes El Paso, a large part of the Texas Panhandle and two small areas in the eastern part of the state. ERCOT has limited interconnections to other markets outside of ERCOT, which is currently limited to 1,106 MW of generation capacity (or approximately 2% of peak demand in Texas), and wholesale transactions within the ERCOT market are not subject to regulation by the FERC.

Natural gas-fueled generation is the predominant supply resource in the ERCOT market in terms of both the installed generation capacity and generation produced, accounting for approximately 72% of the installed generation capacity and 46% of the electricity produced in the ERCOT market. As a result, natural gas-fueled power plants set the market price of power more than 90% of the time in the ERCOT market, according to an October 2005 report prepared by ERCOT, and wholesale electricity prices are highly correlated to natural gas prices.

Confidential

EFIHMW00208132

**PX 008**
**Page 11 of 501**

We believe that the ERCOT market presents an attractive competitive electric service market due to the following factors:

- market rules support fair and robust competition, while providing opportunities to optimize the generation fleet operations and purchased power requirements;

- peak demand is expected to grow at an average rate of over 2.1% per year over the period from 2007 to 2017;

- it is a sizeable market with over 62 gigawatts ("GW") of peak demand and approximately 34 GW of average demand; and

- as projected by ERCOT, in the absence of additional generation capacity, annual reserve margins are expected to fall below ERCOT's targeted reserve margin of 12.5% as early as 2009, thus providing opportunities for generation owners and developers. Reserve margin is the percentage by which available capacity is expected to exceed forecasted peak demand.

### Our Strengths

- *Scale and diversity of business.* We believe we have three strong, large-scale electricity businesses in an attractive electric market. Luminant has a large and diversified competitive power generation portfolio with approximately 18,365 MW of generation capacity as of June 30, 2007 (which includes 585 MW representing nine combustion turbine units currently operated for an unaffiliated party's benefit). Its diversified portfolio consists of approximately 8,137 MW of low-cost solid fuel baseload generation capacity (approximately 72% lignite/coal and 28% nuclear) in ERCOT, a market in which power prices are predominantly set by natural gas-fueled generation that is more costly than the solid fuel that powers Luminant's baseload generation plants at current commodity levels. In addition, as of June 30, 2007, Luminant owned or operated 10,228 MW of intermediate and peaking facilities, which provide the ability to dispatch assets in periods of high demand and prices. Luminant's lignite/coal-fueled plants are near lignite reserves that are controlled by Luminant and supply approximately 67% of the fuel used to operate these plants, which reduces Luminant's reliance on third-party coal suppliers and railroad use. Luminant controls approximately 1.0 billion tons, or over 21 years of fuel (assuming current mine production levels), of proven lignite reserves and operates the nation's 13th largest mining company. Luminant is also developing and constructing three new lignite coal-fueled generation facilities in Texas with expected generation capacity totaling approximately 2,200 MW of additional installed low-cost baseload capacity. We expect two of these units, representing approximately 1,400 MW, to be operational in 2009 and the remaining unit, representing approximately 800 MW, to be operational in 2010.

  TXU Energy is a large scale competitive retailer that provides competitive electricity and related services to more than 2.1 million electricity customers in Texas. As of June 30, 2007, TXU Energy held approximately 62% of the retail residential market share in its historical market area located in the north-central, eastern and western parts of Texas, including the Dallas-Fort Worth area. As of June 30, 2007, TXU Energy's estimated share of the total ERCOT market retail residential and small business electric customers was approximately 35% and 25%, respectively.

  Oncor Electric Delivery operates the largest distribution and transmission system in Texas, providing power to more than three million homes and businesses and operating more than 115,000 miles of transmission and distribution lines in Texas. We believe that significant opportunities for investments in transmission and distribution exist in ERCOT, including maintenance, repair and upgrades of the transmission and distribution grid and connecting planned wind generation and other generation projects in ERCOT.

- *Low-cost asset base.* We are the largest provider of baseload generation power in Texas with approximately 8,137 MW of existing low-cost solid fuel baseload capacity (lignite/coal and nuclear) in a predominantly gas-on-the-margin market. Our baseload generation facilities operate at high utilization

3

EFIHMW00208133

levels, incur comparatively low operational and maintenance costs and benefit from a number of long-term fuel contracts on attractive terms.

Our low-cost position is supported by a number of factors, including our control of an estimated 858 million tons of dedicated proven lignite reserves, and in excess of 119 million tons of undedicated proven lignite reserves. Importantly, these lignite reserves, which are near a number of the lignite coal-fueled plants that we operate, provide a low-cost source of fuel for certain of our plants and reduce our exposure to rising coal and rail contract prices.

- *Favorable market dynamics.* Our subsidiaries operate primarily in ERCOT, which represents approximately 85% of the electricity consumed in Texas. We believe that the strong regional economic growth in Texas continues to support demand growth for electricity in ERCOT. According to ERCOT, peak demand in ERCOT is expected to grow at an average rate of over 2.1% per year over the period from 2007 to 2017. ERCOT expects reserve margins to continue to decline, which presents additional investment opportunities, while also positively impacting the value of our existing plants. Power prices are generally driven by natural gas prices in ERCOT, where natural gas-fueled plants set the market price approximately 90% of the time. Texas has one of the highest retail energy consumption profiles in the country with approximately 14 megawatt-hours ("MWh") per year of consumption per household. ERCOT has experienced over 2.1% annual retail growth over the period from 2002 to 2006, making it one of the fastest growing NERC regions.

Transmission and distribution businesses in ERCOT benefit from favorable regulatory capital recovery mechanisms known as "capital trackers" that we believe enable adequate and timely recovery of transmission investments, advanced meter reading investments and certain other infrastructure investments.

- *Strong operating performance.* Luminant Power is an industry-leading operator of baseload solid fuel plants. Based on our benchmark analysis, we believe that, compared with the U.S. merchant coal plant fleet, Luminant Power's lignite/coal plants achieved top decile capacity factors and top quartile costs per MWh in 2005 and 2006. Similarly, we believe that our nuclear units achieved top decile capacity factors and top quartile costs per MWh in 2006. Luminant Power's lignite/coal-fueled plants achieved a capacity factor of 89.1% for 2006 and Luminant Power's nuclear plants achieved a capacity factor of 98.8% for 2006. Luminant Power's ongoing operating system initiatives are focused on achieving industry-leading capacity factors while continuing to manage costs. The capacity factor of a power plant is generally the ratio of the actual output of the power plant over a period of time as compared to its potential output if the plant operated at full capacity during such period.

TXU Energy is committed to providing its customers with industry-leading customer service and creating an innovative set of new products and services to meet customer needs. For the twelve months ended June 30, 2007, call answer times averaged under 15 seconds, which dropped from an average of over 100 seconds for the same period in 2004. Customer call satisfaction scores in North Texas improved 16 percent in the twelve months ended June 30, 2007, as compared to the twelve months ended June 30, 2006. TXU Energy continues to offer the broadest set of customer products of any retailer in the ERCOT market.

Oncor Electric Delivery continues to progress toward its goal of improving its top-quartile reliability performance, while maintaining top-quartile cost performance. In 2006, Oncor Electric Delivery invested approximately $840 million in its network to construct, rebuild and upgrade transmission lines, to extend the distribution infrastructure, and to pursue certain initiatives in infrastructure maintenance, information technology systems and advanced meter reading. Oncor Electric Delivery continues to transform its network into the nation's first broadband-enabled smart grid, with approximately 285,000 advanced meters installed at the end of 2006, and it plans to install up to 600,000 advanced meters by the end of 2007. Oncor Electric Delivery also achieved market-leading

4

Confidential

electric delivery performance in five out of seven key PUCT market metrics in 2006. These metrics measure the success of transmission and distribution companies in facilitating customer transactions in the competitive Texas electricity market.

- *Attractive opportunities for capital investment.* We have a number of attractive opportunities for capital investment. Luminant Construction is building three new low-cost lignite coal-fueled generation units in the state of Texas with total estimated capacity of approximately 2,200 MW. The three units consist of one new generation unit at a site owned by Alcoa Inc. that is adjacent to an existing TCEH lignite coal-fueled generation plant site (Sandow) and two units at a TCEH site that was slated for construction of a generation plant a number of years ago (Oak Grove). Aggregate capital expenditures to develop these three units are expected to total approximately $3.25 billion, including all construction, site preparation and mining development costs (not including the purchase of the Three Oaks mine assets).

We believe that these construction projects represent attractive investment opportunities and benefit from a number of strategic advantages, including:

- our incumbent position in the ERCOT market;

- our control of attractive brownfield development sites with access to low-cost lignite fuel;

- our first mover advantage in seeking, sitting and permitting approval; and

- our low-cost construction contracts with leading engineering, procurement and construction ("EPC") firms.

- *Attractive cash flow generation.* For the twelve months ended June 30, 2007, on a pro forma basis, we generated Adjusted EBITDA of $5,235 million (24% of which was attributable to Oncor Electric Delivery—see "—Summary Historical and Unaudited Pro Forma Consolidated Financial and Other Data of Energy Future Holdings Corp. and its Subsidiaries"). Specific characteristics of our businesses that support our attractive cash flow generation are outlined in this offering memorandum. Our anticipated operating margins, low maintenance capital expenditures and modest going-forward working capital requirements are expected to be key drivers of our strong cash flow generation.

- *Ability to hedge future cash flows through long-term hedging program.* We believe that the strong historical correlation between natural gas prices and power prices in the ERCOT market combined with significant liquidity in certain natural gas markets currently provides an opportunity for management of our exposure to natural gas prices. As a result, we expect to hedge up to 80% of the equivalent natural gas price exposure of our expected baseload generation output on a rolling five-year basis. As of October 10, 2007, as shown in the table below, approximately 2.6 billion million British thermal units ("MMBtu") of natural gas (equivalent to the natural gas exposure of over 300,000 gigawatt-hours ("GWh") at an assumed 8.5 MMBtu/MWh market heat rate) have been effectively sold forward by our subsidiaries over the period from 2008 to 2013 at average annual prices ranging from $7.25 per MMBtu to $8.15 per MMBtu. For the period from 2008 to 2012, and taking into consideration the estimated portfolio impacts of our retail electricity business, these transactions result in us having effectively hedged approximately 80% of our expected baseload generation natural gas price exposure for such period (on an average basis for such period). Demonstrating the ability to implement a long-term hedging program on a rolling basis, we have also hedged approximately 60% of our expected baseload generation natural gas price exposure in 2013 at prices above $7.25 per MMBtu. We believe this hedging program provides us with visibility and stability of future cash flows.

5

Confidential

EFIHMW00208135

**Estimated Natural Gas Position 2008E-2013E[1]**

The following table provides our current estimated natural gas position for the 2008 to 2013 period:

| | Estimate for | | | | | |
|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
| | (in millions of MMBtu, unless otherwise specified) | | | | | |
| Baseload generation | 525 | 610 | 665 | 680 | 690 | 680 |
| Natural gas hedges[2][3] | 310 | 370 | 510 | 545 | 425 | 400 |
| Other short positions[3] | 180 | 85 | 20 | 10 | — | — |
| Unhedged position | 35 | 155 | 135 | 125 | 265 | 280 |
| Equivalent baseload generation hedged | 95% | 75% | 80% | 80% | 60% | 60% |
| Average price of natural gas swap hedges (NYMEX price equivalent)[4] | $8.15 | $8.10 | $7.80 | $7.55 | $7.25 | $7.25 |

(1) Assumed natural gas conversion factor of approximately 90% of the projected heat rate given that coal is on the margin for select periods; during those periods, there is no natural-gas position that is generated.

(2) Includes approximately 35 million MMBtu put option delta volume (notional 160 million MMBtu put purchased for 2008 to protect against downside gas movements).

(3) Includes fixed price sold forward positions and estimates of total non-contract in-territory load. 50% is a short-position in 2008, dropping to 25% in 2009.

(4) Amounts reflect rounding. Weighted average prices are based on actual contract prices of short swaps and certain of the volumes associated with the TCEH Commodity Collateral Posting Facility reflect a re-contracting of the volumes as of October 8, 2007. If the weighed average prices were adjusted to reflect a re-contracting of those same volumes as of the pro forma date (June 30, 2007) and consistent with the presentation of drawn balances under TCEH Commodity Collateral Posting Facility, the weighted average prices would be $8.30, $8.25, $7.90, $7.75, $7.30 and $7.25 for 2008 through 2013, respectively.

- *Strong leadership*. Luminant, TXU Energy and Oncor Electric Delivery have separate leadership teams consistent with the separation of our legacy businesses into three distinct operating entities. Each company has its own chief executive officer who, together with the respective management teams, will focus on optimizing operations and maximizing performance for that specific business unit, independent of the other business units. The management teams for each business are comprised of highly experienced professionals. In addition, four prominent Texans, Donald L. Evans, former U.S. Secretary of Commerce; James R. Huffines, Chairman of the University of Texas Board of Regents; Lyndon L. Olson Jr., former Texas State Representative and former U.S. Ambassador to Sweden; and Kneeland Youngblood, a former director of the U.S. Enrichment Corporation, have joined our Board of Directors. William Reilly, Chairman Emeritus of the World Wildlife Fund and former EPA Administrator, has also joined our Board of Directors and will lead the adoption of corporate governance policies that tie our operations and goals to environmental stewardship. Finally, former U.S. Secretary of State James A. Baker III serves as Advisory Chairman to the General Partner.

## Our Strategies

Each of our businesses focuses its operations on key drivers for that business, as described below:

- Luminant focuses on optimizing its existing generation fleet to provide safe, reliable and cost-competitive power, as well as developing and constructing additional power generation capacity to meet the growing demand for power in Texas;

- TXU Energy focuses on providing high quality customer service, including continually improving customer service and developing innovative energy products to meet customers' needs; and

- Oncor Electric Delivery focuses on achieving a high level of reliability, minimizing service interruption, maintaining safe operations, and investing to improve its transmission and distribution infrastructure.

6

Confidential

EFIHMW00208136

Other elements of our strategy include:

- **_Increase value from our existing businesses._** Our strategy focuses on striving for consistent top decile performance across our operations in terms of reliability, cost and customer service. We will continue to focus on upgrading four critical skill sets: operational excellence across each business; market leadership; systematic risk/return mindset applied to all key decisions; and rigorous performance management targeting industry-leading performance standards for productivity, reliability and customer service. An example of how we implement these principles is a program called the "Luminant Operating System," which is a program to drive ongoing productivity improvements in Luminant Power's businesses through application of lean operating techniques and deployment of a high-performance industrial culture.

- **_Pursue growth opportunities across our business lines._** We believe building upon and leveraging our scale advantages enables us to sustainably create value by eliminating duplicative costs, efficiently managing supply costs, and building and standardizing distinctive process expertise. Scale also allows us to take part in large capital investments, such as new generation projects and investments in our transmission and distribution system, with a smaller fraction of overall capital at risk and with an enhanced ability to streamline costs. The growth initiatives for each business include:

  - _Luminant_: Construction of three new lignite coal-fueled generation facilities at existing sites with onsite lignite fuel supplies, as well as the development of wind generation projects in the near to medium term. Pursuit of new generation opportunities to meet ERCOT's growing generation needs over the longer term from a diverse range of alternatives such as nuclear, renewables and advanced coal technologies such as Integrated Gasification Combined Cycle.

  - _TXU Energy_: Retain existing customers and increase the number of customers served both in TXU Energy's historic territory, as well as in other Texas markets such as Houston, through innovative products and superior customer service.

  - _Oncor Electric Delivery_: Investment in automatic meter reading as well as the construction of new transmission and distribution facilities to meet the needs of the growing Texas market.

- **_Reduce the volatility of our cash flows through our established risk management strategy._** A key component of our risk management strategy is our plan to hedge up to 80% of the natural gas exposure of Luminant Power's baseload generation output on a rolling five-year basis. The strong historical correlation between natural gas prices and power prices in ERCOT combined with the significant liquidity in certain natural gas markets currently provides an opportunity for management of our exposure to natural gas prices. TCEH has approximately $5.9 billion of available revolving credit and letter of credit borrowing capacity (excluding amounts under the TCEH Commodity Collateral Facility (defined below) and outstanding letters of credit) which we believe will provide significant liquidity for its operations, including for TCEH's long-term hedging strategies, particularly regarding its commodity and market heat rate exposures. In addition, the TCEH Commodity Collateral Posting Facility will support the margin requirements for a significant portion of the natural gas swap transactions that are a part of the long-term hedging program not otherwise secured by a first lien on TCEH's assets. In addition, certain existing and future hedging transactions are secured with a first lien security interest in TCEH's assets, which will reduce the liquidity requirements of entering into commodity hedge transactions because no cash or letter of credit collateral will be required for these transactions. As of the consummation of the Merger, approximately 90% of Luminant's natural gas hedging transactions were secured by this first lien security interest in TCEH's assets (including transactions covered by the TCEH Commodity Collateral Posting Facility described under "The Transactions—Debt Financing").

- **_Environmental focus._**  We are committed to continue to operate in compliance with all environmental laws, rules and regulations and to reduce our impact on the environment. We will put in place a

7

EFIHMW00208137

**PX 008**
**Page 16 of 501**

Sustainable Energy Advisory Board that will focus on assisting us in pursuing technology development opportunities that utilize the United States' vast energy resources with technologies designed to reduce our impact on the environment while balancing the need to address the energy requirements of Texas. Our Sustainable Energy Advisory Board will be comprised of individuals who represent the following interests, among others: the environment, customers, Texas economic development and ERCOT reliability standards. In addition, we are focused on and are pursuing opportunities to reduce emissions from our existing and planned new lignite coal-fueled generation units in ERCOT. As such and in connection with our plans to build three new lignite coal-fueled generation units, we have committed to reduce emissions of mercury, nitrogen oxide and sulfur dioxide at our existing units, so that the total of those emissions from both existing and new lignite coal-fueled units is 20% below 2005 levels. We expect to make these reductions through a combination of investment in new emission control equipment and possible fuel switching. We also expect such investments to provide economic benefits to us by reducing future costs associated with complying with environmental emissions standards.

### The Transactions

**The Merger**

On February 25, 2007, Energy Future Holdings Corp. entered into a merger agreement (the "Merger Agreement") with Texas Holdings and Merger Sub, Texas Holdings' wholly owned subsidiary, pursuant to which Texas Holdings acquired Energy Future Holdings Corp. on October 10, 2007 through a merger of Merger Sub with and into Energy Future Holdings Corp. Upon the effectiveness of the Merger, each share of Energy Future Holdings Corp. common stock outstanding immediately prior to the Merger, other than certain specified shares, was cancelled and converted into the right to receive $69.25 in cash.

The acquisition of Energy Future Holdings Corp. by Texas Holdings was financed by the equity contributions and the debt financing described below. See also "—Sources and Uses" for more information.

**Equity Contributions**

At the closing of the Merger, Texas Holdings received an aggregate equity investment of approximately $8.3 billion. Investment funds affiliated with the Sponsors, or their respective assignees, contributed approximately $5.1 billion to Texas Holdings. In addition, Citigroup Global Markets Inc. and Morgan Stanley & Co. Incorporated, each of which is a placement agent participating in this offering, or their respective affiliates each made equity investments of approximately $250 million in Texas Holdings. The Sponsors obtained approximately $2.3 billion in equity investments from other existing investors in KKR's and TPG's private equity funds and other third party investors. Following the closing of the Merger, the Sponsors owned approximately 62% of the limited partnership units issued by Texas Holdings in connection with the Merger. In addition, investment funds affiliated with Lehman Brothers Inc. ("LBI"), a placement agent participating in this offering, contributed approximately $412 million in equity investments. LBI's equity contribution represents slightly less than 5% of the limited partnership units issued by Texas Holdings in connection with the Merger.

The equity contributions by the Sponsors and the Investors are referred to herein as the "Equity Contributions."

**Debt Financing**

In connection with the Merger, we entered into the following debt financing arrangements:

- Senior secured credit facilities (the "TCEH Senior Secured Facilities") consisting of the following:

    (a) a $16.45 billion senior secured initial term loan facility of TCEH (the "TCEH Initial Term Loan Facility"), which was used to fund the Merger;

8

EFIHMW00208138

(b)    a $4.1 billion senior secured delayed draw term loan facility of TCEH (the "TCEH Delayed Draw Term Loan Facility"), of which $2.15 billion was drawn at the closing of the Merger, which will be used during the two-year period commencing on the consummation of the Merger to fund certain specified capital expenditures and related expenses;

(c)    a $1.25 billion senior secured letter of credit facility of TCEH (the "TCEH Letter of Credit Facility"), which will be used for general corporate purposes (including, but not limited to, providing collateral support in respect of commodity hedging arrangements, and other commodity transactions);

(d)    a $2.7 billion senior secured revolving credit facility of TCEH (the "TCEH Revolving Facility"), which will be used for working capital and for other general corporate purposes; and

(e)    a senior secured cash posting credit facility of TCEH (the "TCEH Commodity Collateral Posting Facility"), the size of which is determined by the out-of-the-money mark-to-market exposure, inclusive of any unpaid settlement amounts, of TCEH and its subsidiaries on a hypothetical portfolio of certain commodity swaps and futures transactions, of which $378 million was drawn at the closing of the Merger, which will be used to fund margin payments due on natural gas and commodity swaps and hedging arrangements, and to the extent not used for the above purposes, for other general corporate purposes of TCEH and its subsidiaries;

•    a $6.75 billion senior unsecured interim loan facility of TCEH (the "TCEH Senior Interim Facility"), which was used to fund the Merger; and

•    a $4.5 billion senior unsecured interim loan facility of Energy Future Holdings Corp. (the "EFH Senior Interim Facility"), which was used to fund the Merger.

We refer to the above, collectively, as the "Debt Financing." See "Description of Other Indebtedness" for a description of the material terms of each component of the Debt Financing, the Receivables Program (as defined below) and the Oncor Electric Delivery Revolving Facility (as defined below).

Also, in connection with the Merger, our accounts receivable securitization program (the "Receivables Program"), pursuant to which we sell trade accounts receivable to TXU Receivables Company, our consolidated wholly-owned bankruptcy-remote direct subsidiary, which sells undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions, was amended. In connection with the amendment, the special purpose entities established by the financial institutions requested that Oncor Electric Delivery repurchase all of the receivables it had previously sold to TXU Receivables Company. Accordingly, Oncor Electric Delivery used a portion of its borrowings under the Oncor Electric Delivery Revolving Facility and cancelled a note due to it by TXU Receivables Company to repurchase its receivables.

On September 25, 2007, we commenced offers to purchase and consent solicitations with respect to $1.0 billion in aggregate principal amount of Energy Future Holdings Corp.'s outstanding 4.80% Series O Senior Notes due 2009, $250 million in aggregate principal amount of TCEH's outstanding 6.125% Senior Notes due 2008 and $1.0 billion in aggregate principal amount of TCEH's outstanding 7.000% Senior Notes due 2013 (collectively, the "Specified Notes"). On the closing date of the Merger, we purchased an aggregate of $996 million, $247 million and $995 million of the principal amount of these notes, respectively. In connection with the Merger, we redeemed and repaid or expect to repay an aggregate of approximately $5.5 billion of our existing consolidated indebtedness (excluding indebtedness of Oncor Electric Delivery), including debt that became payable upon the consummation of the Merger. We refer to the tender offers for the Specified Notes and the redemption and repayment of this outstanding indebtedness as the "Debt Repayment."

Concurrently with the transactions described above, Oncor Electric Delivery entered into a $2.0 billion senior revolving credit facility (the "Oncor Electric Delivery Revolving Facility"), which may be increased by up

9

EFIHMW00208139

to $500 million, subject to certain conditions, and which will be used by Oncor Electric Delivery and its subsidiaries for working capital and for other general corporate purposes. Borrowings under the Oncor Electric Delivery Revolving Facility have been used for the refinancing of $800 million of outstanding notes issued by Oncor Electric Delivery that became mandatorily redeemable by Oncor Electric Delivery upon consummation of the Merger, and approximately $113 million of borrowings were used to repurchase its receivables from TXU Receivables Company at the request of the funding institutions under the Receivables Program because Oncor Electric Delivery is no longer an eligible originator under the Receivables Program. No portion of the Oncor Electric Delivery Revolving Facility was used to finance the Merger or the Debt Repayment.

We refer to the transactions listed above, including the Merger and the application of the proceeds of the Equity Contributions and the Debt Financing as described under "—Sources and Uses," as the "Transactions."

### Ring-Fencing

Upon the consummation of the Merger, we and Oncor Electric Delivery implemented certain structural and operational measures based on principles articulated by rating agencies and commitments made by Texas Holdings and Oncor Electric Delivery to the PUCT and the FERC that are intended to further separate Oncor Electric Delivery from Texas Holdings and its other subsidiaries in order to mitigate Oncor Electric Delivery's credit exposure to those entities and to reduce the risk that the assets and liabilities of Oncor Electric Delivery would be substantively consolidated with the assets and liabilities of Texas Holdings or any of its other subsidiaries in the event of a bankruptcy of one or more of those entities. See "The Transactions—Ring-Fencing" for a description of the material terms of the ring-fencing measures.

### Sources and Uses

The sources and uses of the funds for the Transactions are shown in the table below. For more information, see "Energy Future Holdings Corp. Unaudited Pro Forma Condensed Consolidated Financial Statements."

| Sources of funds: | | Uses of funds: | |
|---|---|---|---|
| | (millions of dollars) | | |
| Cash and other sources ................. | $    641 | Equity purchase price[5] ................ | $32,384 |
| TCEH Senior Secured Facilities[1] ........ | 19,287 | Repayment of existing debt[6] .......... | 5,470 |
| EFH Senior Interim Facility[2] ............ | 4,500 | Transaction costs[7] ................... | 1,624 |
| TCEH Senior Interim Facility[3] ........... | 6,750 | Existing debt[8] ...................... | 4,637 |
| Equity contributions[4] .................. | 8,300 | | |
| Existing debt[8] ........................ | 4,637 | | |
| Total sources of funds .............. | $44,115 | Total uses of funds .............. | $44,115 |

_____

    (1)  The TCEH Senior Secured Facilities consist of the following:

        (a)  the $16.45 billion TCEH Initial Term Loan Facility;

        (b)  the $4.1 billion TCEH Delayed Draw Term Loan Facility, of which $2.15 billion was drawn at the closing of the Merger;

        (c)  the $2.7 billion TCEH Revolving Facility;

        (d)  the $1.25 billion TCEH Letter of Credit Facility; and

        (e)  the TCEH Commodity Collateral Posting Facility, of which $378 million was actually drawn at the closing of the Merger ($687 million would have been drawn as of June 30, 2007 on a pro forma basis), the size of which is determined by the out-of-the-money mark-to-market exposure, inclusive of any unpaid settlement amounts, of TCEH and its subsidiaries on a hypothetical portfolio of certain commodity swaps and futures transactions.

Confidential

EFIHMW00208140

(2) The proceeds from the offering of the notes hereby, along with cash on hand, will be used to repay in full the EFH Senior Interim Facility.

(3) The proceeds from the concurrent offering of TCEH Notes, along with cash on hand, will be used to repay a portion of the TCEH Senior Interim Facility.

(4) Consists of Equity Contributions by the Sponsors, the Investors and estimated future management contributions.

(5) Reflects the amount of total consideration paid to holders of outstanding shares of Energy Future Holdings Corp.'s common stock, outstanding awards under the terms of Energy Future Holdings Corp.'s equity benefit plans, and common stock issuable upon conversion of Energy Future Holdings Corp.'s Floating Rate Convertible Senior Notes. The equity purchase price was determined based upon the sum of (A) 461.2 million shares of common stock multiplied by $69.25 per share; (B) 5.3 million shares of common stock issuable pursuant to the terms of outstanding awards under the terms of Energy Future Holdings Corp.'s equity benefit plans multiplied by $69.25 per share; and (C) 1.5 million shares of common stock issuable upon conversion of Energy Future Holdings Corp.'s Floating Rate Convertible Senior Notes due 2033 multiplied by $69.25 per share less $25 million principal amount of such notes.

(6) Repayment of existing indebtedness consists of the Debt Repayment described under "Description of Other Indebtedness—Debt Repayment."

(7) Reflects fees and expenses associated with the Transactions, including placement and other financing fees, advisory fees, transactions fees paid to affiliates of the Sponsors, and other transaction costs and professional fees.

(8) Excludes Oncor Electric Delivery related debt of $5,128 million, including transition bonds and approximately $113 million related to repurchasing its receivables previously sold under the Receivables Program.

### Preliminary Results for the Nine Months Ended September 30, 2007

*The following information is preliminary and, as a result, during the course of Energy Future Holdings Corp.'s preparation of its final consolidated financial statements and the related notes and the completion of Energy Future Holdings Corp.'s quarterly closing procedures and analyses, Energy Future Holdings Corp. may identify items that would require it to make adjustments to the preliminary GAAP financial results presented below. The preliminary financial results presented below have been prepared on a basis consistent with Energy Future Holdings Corp.'s consolidated financial statements included in this offering memorandum. These preliminary financial results are not necessarily indicative of the results to be expected for the full year or any future period. These preliminary financial results should be read in conjunction with "—Summary Historical and Unaudited Pro Forma Consolidated Financial and Other Data of Energy Future Holdings Corp. and its Subsidiaries," "Energy Future Holdings Corp. Unaudited Pro Forma Condensed Consolidated Financial Statements," "Energy Future Holdings Corp. Selected Historical Consolidated Financial Data," and "Energy Future Holdings Corp. Management's Discussion and Analysis of Financial Condition and Results of Operations," included elsewhere in this offering memorandum.*

Property, plant and equipment, net as of September 30, 2007 is expected to increase by approximately $1.5 billion, or approximately 8%, to approximately $20.2 billion compared to $18.8 billion at December 31, 2006. This increase reflects development and construction costs associated with new lignite coal-fueled generation facilities, net of the impairment of balances related to eight units suspended in February 2007, and ongoing investment spending in existing generation operations and the transmission/distribution system, partially offset by depreciation expense for the period.

Operating revenues are expected to decrease by between approximately $1.3 billion to $1.5 billion, or 15% to 18%, to between approximately $7.0 billion and $7.2 billion compared to $8.5 billion in the same period in

11

Confidential

2006. This decline primarily reflects, in approximately equal measures, lower retail electricity revenues and net losses in 2007 from risk management and trading activities (compared to net gains in 2006 from these activities). The lower retail revenues reflect volume declines due to customer churn, particularly in the first half of the year, and lower average consumption per customer due in part to cooler, below normal weather this past summer. The revenue decline also reflects lower average pricing, including the effects of residential price discounts implemented in 2007. The results from risk management and trading activities are driven by unrealized mark-to-market net losses associated with positions entered into as part of the long-term hedging program due to higher forward natural gas prices.

Net income is expected to decrease by between approximately $1.4 billion to $1.5 billion, or 67% to 72%, to between approximately $600 million to $700 million compared to $2.1 billion in the same period in 2006. This decrease is driven by the factors affecting operating revenues discussed immediately above as well as charges arising from the suspension of development of eight coal-fueled generation units in February 2007. Other contributing factors to the net income performance include the effects of a planned nuclear generation unit outage in early 2007 and higher lignite mining costs resulting from weather-related inefficiencies, increased selling, general and administrative costs in the retail and generation facility development and construction operations and the costs associated with Oncor Electric Delivery's 2006 cities rate settlement.

Adjusted EBITDA including Oncor Electric Delivery's EBITDA is expected to decrease by between approximately $600 million to $800 million, or 14% to 18%, to between approximately $3.6 to $3.8 billion compared to $4.4 billion in the same period in 2006. Adjusted EBITDA excluding Oncor Electric Delivery is expected to decrease by between $600 million to $800 million, or 17% to 22%, to between approximately $2.8 billion to $3.0 billion compared to $3.6 billion in the same period in 2006. This decrease is driven by the lower average retail pricing and the decline in retail sales volumes referred to in the discussion of operating revenues above and also reflects the other contributing factors cited in the discussion of net income above.

Set forth below is a reconciliation of net income to EBITDA and then to Adjusted EBITDA for the nine months ended September 30, 2006. For more information on EBITDA and Adjusted EBITDA and why management believes EBITDA and Adjusted EBITDA are useful measures, see note (a) below.

12

Confidential

|                                                                                       | Nine Months Ended September 30, 2006 |
|---------------------------------------------------------------------------------------|:---:|
|                                                                                       | (dollars in billions) (unaudited) |
| Net income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 2.077 |
| Provision for income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1.036 |
| Interest expense and related charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.640 |
| Depreciation and amortization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.628 |
| EBITDA (a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 4.381 |
| Oncor Electric Delivery EBITDA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1.000) |
| Oncor Electric Delivery dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.255 |
| Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (0.030) |
| Impairment of assets and inventory write down . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.204 |
| Unrealized net (gains) or losses resulting from hedging obligations . . . . . . . . . . . . . . . . . . . . . . | (0.214) |
| Amortization of nuclear fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.048 |
| Amount of loss on sales of accounts receivable and related assets in connection with the existing receivables facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.028 |
| Income from discontinued operations, net of tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (0.081) |
| Extraordinary (gain) loss, net of tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — |
| Cumulative effect of changes in accounting principles, net of tax . . . . . . . . . . . . . . . . . . . . . . . | — |
| Non-cash compensation expenses (FAS 123R) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.014 |
| Severance expense (b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.016 |
| Equity losses of unconsolidated affiliate engaged in broadband over power lines . . . . . . . . . . . | 0.010 |
| Losses on early extinguishment of debt and energy services contract . . . . . . . . . . . . . . . . . . . . . | 0.001 |
| Transition and business optimization costs (c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — |
| Shareholder litigation charges (credit) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (0.015) |
| Transaction and merger expenses (d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.011 |
| Restructuring and other (e) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (0.012) |
| Expenses incurred to upgrade or expand a generation status (f) . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.003 |
| Adjusted EBITDA (excluding Oncor Electric Delivery) (a)(g) . . . . . . . . . . . . . . . . . . . . . . . . . | $ 3.619 |
| Add back Oncor Electric Delivery adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.758 |
| Adjusted EBITDA (h) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 4.377 |

(a)   EBITDA, a measure used by management to evaluate operating performance, is defined as net income plus (i) provision for income taxes, (ii) interest expense and (iii) depreciation and amortization. EBITDA is not a recognized term under GAAP and does not purport to be an alternative to net income as a measure of operating performance or to cash flows from operating activities as a measure of liquidity or any other measure of financial performance presented in accordance with GAAP. Additionally, EBITDA is not intended to be a measure of free cash flow available for management's discretionary use, as it does not consider certain cash requirements such as interest payments, tax payments and other debt service requirements. Management believes EBITDA is helpful in highlighting trends because EBITDA excludes the results of decisions that are outside the control of operating management and that can differ significantly from company to company depending on long-term strategic decisions regarding capital structure, the tax jurisdictions in which companies operate and capital investments. In addition, EBITDA provides more comparability between our historical results and results that reflect the new capital structure. Management compensates for the limitations of using non-GAAP financial measures by using them to supplement GAAP results to provide a more

13

Confidential

EFIHMW00208143

complete understanding of the factors and trends affecting the business than GAAP results alone. Because not all companies use identical calculations, our presentation of EBITDA may not be comparable to similarly titled measures of other companies. Adjusted EBITDA (excluding Oncor Electric Delivery) and Adjusted EBITDA are defined as EBITDA adjusted to exclude noncash items, unusual items and other adjustments permitted in calculating covenant compliance under the indenture governing the notes offered hereby. We believe that the inclusion of supplementary adjustments to EBITDA applied in presenting Adjusted EBITDA (excluding Oncor Electric Delivery) and Adjusted EBITDA are appropriate to provide additional information to investors about how the covenants in the indenture will operate and about certain noncash items, unusual items that we do not expect to continue at the same level in the future and other items. Such supplementary adjustments to EBITDA may not be in accordance with current SEC practice or with regulations adopted by the SEC that apply to registration statements filed under the Securities Act and periodic reports under the Exchange Act. Accordingly, the SEC may require that Adjusted EBITDA (excluding Oncor Electric Delivery) and Adjusted EBITDA be presented differently in filings made with the SEC than as presented in this offering memorandum, or not be presented at all.

(b) Severance includes amounts incurred related to outsourcing, restructuring and other amounts deemed to be in excess of normal recurring amounts.

(c) Transition and business optimization costs include amounts related to outsourcing initiatives and system implementations.

(d) Transaction and merger expenses include costs incurred related to abandoned strategic transactions, new growth initiatives and merger expenses.

(e) Restructuring and other include charges and credits related to restructuring initiatives and other non-recurring activities.

(f) Expenses incurred to upgrade or expand a facility do not include costs incurred to purchase replacement power that should be included under the definition as we did not historically track these costs.

(g) Calculated pursuant to the terms of the indenture governing the notes offered hereby, in particular the debt incurrence covenant. Excludes Oncor Electric Delivery's EBITDA, except to the extent dividends are received from Oncor Electric Delivery.

(h) Calculated pursuant to the terms of the indenture governing the notes offered hereby, in particular the restricted payments covenant. Includes Oncor Electric Delivery's EBITDA.

14

Confidential

EFIHMW00208144

**Ownership and Corporate Structure**

Set forth below is a summary diagram of our ownership and corporate structure after giving effect to the Merger, the Transactions as described under "The Transactions," this offering and the concurrent offering of TCEH Notes.



(1) Summary diagram excludes subsidiaries of Energy Future Holdings Corp. that are not subsidiaries of Energy Future Intermediate Holding Company LLC ("Energy Future Intermediate Holding") or Energy Future Competitive Holdings Company ("Energy Future Competitive Holdings"), including TXU Receivables Company. The existing debt amount for Energy Future Holdings Corp. includes approximately $93 million related to a financing lease of a subsidiary of Energy Future Holdings Corp. not included in this diagram.

(2) Debt amounts outstanding as of June 30, 2007 adjusted to reflect the consummation of the Transactions.

(3) Holding company for the Luminant businesses, including Luminant Power, Luminant Energy and Luminant Construction. The Luminant holding company and its subsidiaries guaranteed the TCEH Senior Interim Facility and the TCEH Senior Secured Facilities and will guarantee any notes issued concurrently by TCEH but will not guarantee the notes offered hereby.

(4) TXU Energy Retail Company and its subsidiaries guaranteed the TCEH Senior Interim Facility and the TCEH Senior Secured Facilities and will guarantee any TCEH Notes but will not guarantee the notes offered hereby.

(5) Includes amounts related to transition bonds, excludes approximately $113 million related to repurchasing of its receivables previously sold under the Receivables Program.

---

The Issuer was incorporated in Texas in 1996. Our principal executive offices currently are located at Energy Plaza, 1601 Bryan Street, Dallas, TX 75201-3411, and our telephone number is (214) 812-4600.

15

Confidential

EFIHMW00208145

**PX 008**
**Page 24 of 501**

### The Sponsors

**Kohlberg Kravis Roberts & Co. ("KKR")**

KKR is one of the world's oldest and most experienced private equity firms specializing in management buyouts, with offices in New York, Menlo Park, California and London, England. KKR's investment approach is focused on acquiring attractive business franchises and working closely with management over the long term to design and implement value-creating strategies. Over the past 30 years, KKR has completed approximately 150 transactions with an aggregate value of over $365 billion.

**TPG Capital, L.P. ("TPG")**

TPG, founded in 1992, is one of the world's largest and most active principal investment firms. Since inception, TPG has invested in approximately 200 transactions with total value of $276 billion. Headquartered in Fort Worth, with offices in San Francisco, London, Hong Kong, New York, Minneapolis, Melbourne, Menlo Park, Mumbai, Shanghai, Singapore and Tokyo, TPG has extensive experience with global public and private investments executed through leveraged buyouts, recapitalizations, spinouts, joint ventures and restructurings. TPG seeks to invest in world-class franchises across a range of industries. Prior investments include Aleris International, Altivity Packaging, British Vita, Burger King, Continental, Denbury Resources, Grohe, Kraton Polymers, MEMC, MGM, Neiman Marcus, Petco, Seagate and Texas Genco.

**Goldman, Sachs & Co. ("Goldman Sachs")**

Goldman Sachs was founded in 1869. Goldman Sachs is one of the oldest and largest investment banking firms. Goldman Sachs is also a global leader in private corporate equity and mezzanine investing. Established in 1991, the Goldman Sachs Capital Partners family of funds is part of the firm's Principal Investment Area in the Merchant Banking Division. Goldman Sachs' Principal Investment Area has formed 13 investment vehicles aggregating $56 billion of capital to date. Significant investments include: ARAMARK, Burger King, Coffeyville Resources, Education Management Corporation, Hawker Beechcraft, HealthMarkets, Kabel Deutschland, Kinder Morgan, Polo Ralph Lauren, Prysmian Cables & Systems, VoiceStream Wireless, and YES Network. Goldman Sachs Capital Partners VI is the current primary investment vehicle for Goldman Sachs to make large, privately negotiated equity investments. Goldman Sachs is a placement agent in this offering and in the concurrent offering of the TCEH Notes.

Confidential

EFIHMW00208146

**PX 008**
**Page 25 of 501**

## Offering Summary

The summary below describes the principal terms of the notes offered hereby. Certain of the terms and conditions described below are subject to important limitations and exceptions. The "Description of the Notes" section of this offering memorandum contains more detailed descriptions of the terms and conditions of the notes.

Issuer . . . . . . . . . . . . . . . . . . . . . . . . . . . . Energy Future Holdings Corp.

Securities Offered . . . . . . . . . . . . . . . . . $4,500,000,000 aggregate principal amount of notes consisting of:

- $2,000,000,000 cash-pay notes; and
- $2,500,000,000 toggle notes.

Maturity Date . . . . . . . . . . . . . . . . . . . . November 1, 2017.

Interest Rate . . . . . . . . . . . . . . . . . . . . . . The cash-pay notes will accrue interest at the rate of 10.875% per annum.

The initial interest payment on the toggle notes will be payable in cash. For any interest period thereafter until November 1, 2012 the Issuer may elect to pay interest on the toggle notes, at the Issuer's option:

- entirely in cash;
- by increasing the principal amount of the toggle notes or by issuing new toggle notes ("PIK interest"); or
- 50% in cash and 50% in PIK interest.

The toggle notes will accrue cash interest at a rate of 11.250% per annum and PIK interest at a rate of 12.000% per annum.

If the Issuer elects to pay any PIK interest, the Issuer will increase the principal amount of the toggle notes or issue new toggle notes in an amount equal to the amount of PIK interest for the applicable interest payment period (rounded up to the nearest $1,000) to holders of the toggle notes on the relevant record date.

Interest Payment Dates . . . . . . . . . . . . . Interest on the notes is payable on May 1 and November 1 of each year, commencing on May 1, 2008.

Ranking . . . . . . . . . . . . . . . . . . . . . . . . . The notes will be the Issuer's senior unsecured obligations and will:

- rank senior in right of payment to any future subordinated indebtedness of the Issuer;
- rank equally in right of payment with all of the Issuer's existing and future senior unsecured indebtedness;
- be structurally subordinated in right of payment to all existing and future indebtedness, preferred stock and other liabilities of

17

EFIHMW00208147

PX 008
Page 26 of 501

the Issuer's non-guarantor subsidiaries, including trade payables (other than indebtedness and liabilities owed to the Issuer or the Guarantors (as defined below)); and

- rank effectively junior in right of payment to all future secured indebtedness of the Issuer, to the extent of the assets securing that indebtedness.

As of June 30, 2007, on a pro forma basis after giving effect to the Transactions, but excluding discounts related to purchase accounting adjustments and $1.25 billion related to the TCEH Letter of Credit Facility (1) the Issuer would not have had any senior secured indebtedness and (2) the notes would have been structurally subordinated to $32.8 billion of indebtedness and other liabilities of its subsidiaries that are not guaranteeing the notes, including all of TCEH's and its subsidiaries' indebtedness, represented primarily by the TCEH Senior Secured Facilities, the TCEH Senior Interim Facility and the TCEH Notes offered in the concurrent offering, and all of Oncor Electric Delivery's and its subsidiaries' indebtedness. TCEH has approximately $5.9 billion of additional available capacity under the TCEH Senior Secured Facilities (excluding amounts available under the TCEH Commodity Collateral Posting Facility and outstanding letters of credit).

Guarantees . . . . . . . . . . . . . . . . . . . . . . . The notes will be unconditionally guaranteed by Energy Future Competitive Holdings (the parent of TCEH) and Energy Future Intermediate Holding (the parent of Oncor Electric Delivery Holdings and its subsidiaries, including Oncor Electric Delivery) (the "Guarantors") on a senior unsecured basis. The guarantees will rank equally with any unsecured senior indebtedness of the Guarantors and will be effectively junior to all secured indebtedness of the Guarantors to the extent of the assets securing that indebtedness. As of June 30, 2007, on a pro forma basis after giving effect to the Transactions, the guarantees would have ranked effectively junior to approximately $198 million of senior secured indebtedness of the Guarantors (excluding Energy Future Competitive Holdings' secured guarantee of $19.3 billion of borrowings by TCEH under the TCEH Senior Secured Facilities). TCEH has approximately $5.9 billion of additional borrowing capacity available under the TCEH Senior Secured Facilities (excluding amounts available under the TCEH Commodity Collateral Posting Facility and outstanding letters of credit). The guarantees will be structurally junior to all indebtedness and other liabilities of the Issuer's subsidiaries that do not guarantee the notes. None of the Issuer's other subsidiaries will guarantee the notes. For the year ended December 31, 2006 and the six months ended June 30, 2007, the non-guarantor subsidiaries generated all of the Issuer's consolidated total revenue. In addition, as of June 30, 2007, the non-guarantor subsidiaries held approximately 99% of the Issuer's consolidated total assets.

Security . . . . . . . . . . . . . . . . . . . . . . . . . None.

18

Confidential

| | |
|---|---|
| Optional Redemption . . . . . . . . . . . . . . | The Issuer may redeem any of the notes beginning on November 1, 2012 at the redemption prices set forth in this offering memorandum. The Issuer may also redeem any of the notes at any time prior to November 1, 2012 at a price equal to 100% of their principal amount, plus accrued interest and a "make-whole" premium. In addition, before November 1, 2010, the Issuer may redeem up to 35% of the aggregate principal amount of the notes, using the proceeds from certain equity offerings at the redemption price set forth in this offering memorandum. See "Description of the Notes—Optional Redemption." |
| | At the end of any "accrual period" (as defined in Section 1272(a)(5) of the Internal Revenue Code of 1986, as amended (the "Code") ending after the fifth anniversary of the issue date of the notes (each, an "Optional Interest Repayment Date"), the Issuer may pay in cash, without duplication, all accrued and unpaid interest, if any, and all accrued but unpaid "original issue discount" (as defined in Section 1273(a)(1) of the Code) on each toggle note then outstanding up to, in the aggregate, the Optional Interest Repayment Amount (as defined below) (each such redemption, an "Optional Interest Repayment"). The "Optional Interest Repayment Amount" means, as of each Optional Interest Repayment Date, the excess, if any, of (a) the aggregate amount of accrued and unpaid interest and all accrued and unpaid "original issue discount" (as defined in Section 1273(a)(1) of the Code) with respect to the toggle notes, over (b) an amount equal to the product of (i) the "issue price" (as defined in Sections 1273(b) and 1274(a) of the Code) of the toggle notes multiplied by (ii) the "yield to maturity" (as defined in the Treasury Regulation Section 1.1272-1(b)(1)(i)) of the toggle notes, minus (c) $50,000,000. |
| Change of Control Offer . . . . . . . . . . . . | Upon the occurrence of a change of control, holders of the notes will have the right, as holders of the notes, to require the Issuer to repurchase some or all of your notes at 101% of their face amount, plus accrued and unpaid interest to the repurchase date. See "Description of the Notes—Repurchase at the Option of Holders—Change of Control." |
| | The Issuer may not be able to pay holders the required price for notes they present to it at the time of a change of control, because: |
| | • the Issuer may not have enough funds at that time; or |
| | • the terms of the Issuer's other indebtedness or any of its subsidiaries' indebtedness, including under the TCEH Senior Secured Facilities, may prevent it from making such payment or receiving funds from its subsidiaries in an amount sufficient to fund such payment. |
| | See "Risk Factors—Risks Relating to Our Indebtedness and the Notes—We may not be able to repurchase the notes upon a change of control." |

19

Confidential

| Important Covenants . . . . . . . . . . . . . . . | The indenture governing the notes will contain covenants limiting the Issuer's ability and the ability of its restricted subsidiaries to: |

- incur additional debt or issue some types of preferred shares;

- pay dividends on or make other distributions in respect of the Issuer's capital stock or make other restricted payments;

- make investments;

- sell assets;

- create liens on assets to secure debt;

- consolidate, merge, sell or otherwise dispose of all or substantially all of our assets;

- enter into certain transactions with our affiliates; and

- designate our subsidiaries as unrestricted subsidiaries.

These covenants are subject to a number of important limitations and exceptions. Oncor Electric Delivery Holdings, the immediate parent of Oncor Electric Delivery, and its subsidiaries will be Unrestricted Subsidiaries under the indenture and, accordingly, will not be subject to most of the restrictive covenants in the indenture. See "Description of the Notes."

| Original Issue Discount . . . . . . . . . . . . . | We have the option to pay interest on the toggle notes in cash interest or PIK interest for any interest payment period after the initial interest payment and prior to November 1, 2012. For U.S. federal income tax purposes, the existence of this option means that none of the interest payments on the toggle notes will be qualified stated interest even if we never exercise the option to pay PIK interest. As a result of this and because the issue price of the toggle notes is less than the stated redemption price at maturity, the toggle notes will be treated as issued with original issue discount, and U.S. holders will be required to include the original issue discount in gross income for U.S. federal income tax purposes on a constant yield to maturity basis, regardless of whether interest is paid currently in cash. For more information, see "Certain U.S. Federal Tax Consequences." |

| Exchange Offer; Registration Rights . . . | The Issuer and the Guarantors will use commercially reasonable efforts to register with the SEC notes having substantially identical terms as the notes, as part of an offer to exchange freely tradable exchange notes for the notes. |

The Issuer and the Guarantors will use commercially reasonable efforts to file with SEC a registration statement relating to the exchange offer and to cause the registration statement be declared effective within 360 days after the issue date of the notes. If required under special circumstances, we will file a shelf registration statement with the SEC covering resales of the notes.

20

Confidential

EFIHMW00208150

If we fail to satisfy our obligations with respect to the registration of the notes (a "registration default"), the annual interest rate on the notes will increase by 0.25% for the first 90-day period during which a registration default continues, and thereafter the annual interest rate on the notes will increase by 0.50% over the interest rate shown on the cover of this offering memorandum for the remaining period during which a registration default continues. If we cure all registration defaults, the interest rate on the notes will revert to the original level.

If we must pay additional interest, we will pay it to you in cash, in the case of the cash-pay notes, and by increasing the principal amount of the toggle notes or issuing new toggle notes, or by paying cash if we so elect, in the case of the toggle notes, on the same dates that we make other interest payments on the notes, until the registration default is corrected. See "Description of the Notes—Exchange Offer; Registration Rights."

Transfer Restrictions . . . . . . . . . . . . . . . . We have not registered the notes under the Securities Act or any state or other securities laws. The notes are subject to restrictions on transfer and may only be offered or sold in transactions exempt from or not subject to the registration requirements of the Securities Act. We do not intend to list the notes on any securities exchange. See "Notice to Investors."

No Prior Market . . . . . . . . . . . . . . . . . . The notes will be new securities for which there is currently no market. Although the placement agents have informed us that they intend to make a market in the notes and, if issued, in the exchange notes, they are not obligated to do so, and they may discontinue market making activities at any time without notice. Accordingly, we cannot assure you that a liquid market for the notes (and, if issued, the exchange notes) will develop or be maintained. See "Private Placement." Additionally, certain of the placement agents may be restricted in their market-making activities. See "Risk Factors—Risks Relating to Our Indebtedness and the Notes—Your ability to transfer the notes may be limited by the absence of an active trading market, and there is no assurance that any active trading market will develop for the notes."

Listing . . . . . . . . . . . . . . . . . . . . . . . . We expect that the notes will be eligible for trading in the PORTAL Market.

Use of Proceeds . . . . . . . . . . . . . . . . . . We will use the net proceeds from the notes offered hereby, along with cash on hand, to repay in full the EFH Senior Interim Facility. See "Use of Proceeds."

Risk Factors . . . . . . . . . . . . . . . . . . . . You should consider carefully the information set forth in the section entitled "Risk Factors" beginning on page 29 and all other information contained in this offering memorandum before deciding to invest in the notes.

21

Confidential

EFIHMW00208151

**Summary Historical and Unaudited Pro Forma Consolidated Financial and Other Data of Energy Future Holdings Corp. and its Subsidiaries**

The following table sets forth our summary historical consolidated financial data and summary unaudited pro forma consolidated financial data as of and for the periods indicated. The historical financial data as of December 31, 2005 and 2006 and for the three years ended December 31, 2004, 2005 and 2006 have been derived from our audited historical consolidated financial statements and related notes included elsewhere in this offering memorandum. The historical financial data as of December 31, 2004 has been derived from our historical consolidated financial statements that are not included herein. The historical financial data as of June 30, 2007 and for the six months ended June 30, 2006 and 2007 have been derived from our unaudited historical interim condensed consolidated financial statements and related notes included elsewhere in this offering memorandum which have been prepared on a basis consistent with our audited historical consolidated financial statements. In the opinion of our management, such unaudited interim financial data reflects all adjustments, consisting only of normal and recurring adjustments, necessary for the fair presentation of the results for those periods. The results of operations for the interim periods, for seasonal and other factors, are not necessarily indicative of the results to be expected for the full year or any future period.

As required by GAAP, Oncor Electric Delivery Holdings and its subsidiaries are consolidated with Energy Future Holdings Corp. for financial reporting purposes and, therefore, the results of these entities are reflected in the financial and other data presented below. However, Oncor Electric Delivery Holdings and its subsidiaries are ring-fenced from Energy Future Holdings Corp. and its other subsidiaries as described under "The Transactions—Ring Fencing," which means there are restrictions on the ability of Oncor Electric Delivery Holdings and its subsidiaries to make dividends, distributions or other payments to us. Additionally, Oncor Electric Delivery Holdings and its subsidiaries will be Unrestricted Subsidiaries as defined in the indenture governing the notes offered hereby and, accordingly, will not be subject to the restrictive covenants in the indenture. See "Description of the Notes" and the subsections titled "Regulated Delivery Segment" in "Energy Future Holdings Corp. Management's Discussion and Analysis of Financial Condition and Results of Operations" and the financial statements of Oncor Electric Delivery included elsewhere in this offering memorandum for information regarding Oncor Electric Delivery.

The summary unaudited pro forma condensed consolidated financial data as of and for the twelve months ended June 30, 2007 have been prepared to give effect to the Transactions in the manner described under "Energy Future Holdings Corp. Unaudited Pro Forma Condensed Consolidated Financial Statements" as if the Transactions had occurred on January 1, 2006, in the case of the unaudited pro forma condensed consolidated income statement and related data, and on June 30, 2007, in the case of the unaudited pro forma condensed consolidated balance sheet and related data. The pro forma adjustments are based upon available information and certain assumptions that we believe are reasonable. The summary unaudited pro forma consolidated financial and other data are for informational purposes only and do not purport to represent what our results of operations, balance sheet data or other financial information actually would have been if the Transactions had occurred at any date. In addition, this data does not purport to project the results of operations for any future period.

The summary historical and unaudited pro forma consolidated financial and other data should be read in conjunction with "Energy Future Holdings Corp. Unaudited Pro Forma Condensed Consolidated Financial Statements," "Energy Future Holdings Corp. Selected Historical Consolidated Financial Data," "Energy Future Holdings Corp. Management's Discussion and Analysis of Financial Condition and Results of Operations" and our audited and unaudited consolidated financial statements and related notes appearing elsewhere in this offering memorandum.

22

Confidential

| | Historical | | | | | Pro Forma Twelve Months Ended June 30, |
|---|---|---|---|---|---|---|
| | Year Ended December 31, | | | Six Months Ended June 30, | | |
| | 2004 | 2005 | 2006 | 2006 | 2007 | 2007 |
| | (millions of dollars, except ratios and per share amounts) | | | | | |
| **Statement of Income Data:** | | | | | | |
| Operating revenues .......................... | $ 9,216 | $10,662 | $10,856 | $4,971 | $ 3,691 | $ 9,599 |
| Income (loss) from continuing operations before extraordinary gain (loss) and cumulative effect of changes in accounting principles ............. | 81 | 1,775 | 2,465 | 1,013 | (388) | (1,049) |
| Income from discontinued operations, net of tax effect ...................................... | 378 | 5 | 87 | 60 | 11 | |
| Extraordinary gain (loss), net of tax effect ........ | 16 | (50) | — | — | — | |
| Cumulative effect of changes in accounting principles. net of tax effect ................... | 10 | (8) | — | — | — | |
| Exchangeable preferred membership interest buyback premium ........................ | 849 | | | | | |
| Preference stock dividends .................... | 22 | 10 | — | — | — | |
| Net income (loss) available for common stock ..... | (386) | 1,712 | 2,552 | 1,073 | (377) | |
| Dividends declared per share ................. | $ 0.47 | $ 1.26 | $ 1.67 | $ 0.83 | $ 0.87 | |
| Ratio of earnings to fixed charges(a) .............. | 1.16x | 3.80x | 5.11x | 4.41x | | |
| Ratio of earnings to combined fixed charges and preference dividends(a) ...................... | 1.11x | 3.74x | 5.11x | 4.41x | — | |
| Pro forma ratio of earnings to fixed charges(a)(b) .... | N/A | N/A | 1.26x | 1.10x | — | — |
| **Balance Sheet Data (at end of period):** | | | | | | |
| Total assets ................................. | $23,189 | $25,539 | $25,922 | $26,988 | | $63,925 |
| Property, plant & equipment—net ............... | 16,676 | 17,192 | 18,756 | 19,387 | | 26,686 |
| Total intangible assets and goodwill ............. | 732 | 736 | 747 | 738 | | 28,867 |
| Total debt ................................. | 12,851 | 13,380 | 12,607 | 15,059 | | 40,318 |
| Total preferred stock and stock of subsidiaries(c) .... | 338 | — | — | — | | — |
| Total stockholders' equity .................... | 639 | 475 | 2,140 | 1,045 | | 8,300 |

Confidential

EFIHMW00208153

| | Historical | | | | | Pro Forma Twelve Months Ended June 30, 2007 |
|---|---|---|---|---|---|---|
| | Year Ended December 31, | | | Six Months Ended June 30, | | |
| | 2004 | 2005 | 2006 | 2006 | 2007 | |
| | (millions of dollars, except ratios and per share amounts) | | | | | |
| **Statement of Cash Flows Data:** | | | | | | |
| Cash flows provided by (used in) operating activities of continuing operations . . . . . . . . . . . . . . . . . . . . | $ 1,758 | $ 2,793 | $ 4,954 | $ 1,904 | $ (55) | |
| Cash flows provided by (used in) investing activities of continuing operations . . . . . . . . . . . . . . . . . . . . | 4,280 | (1,038) | (2,664) | (1,062) | (1,506) | |
| Cash flows provided by (used in) financing activities of continuing operations . . . . . . . . . . . . . . . . . . . . | (6,519) | (1,563) | (2,332) | (806) | 1,934 | |
| **Other Financial Data:** | | | | | | |
| Capital expenditures, including nuclear fuel . . . . . . . . | $ 999 | $ 1,104 | $ 2,297 | $ 855 | $ 1,641 | |
| EBITDA[(d)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,982 | 3,932 | 5,475 | 2,478 | 150 | 3,015 |
| Adjusted EBITDA[(d)(e)] . . . . . . . . . . . . . . . . . . . . . . | 2,942 | 4,066 | 5,627 | 2,646 | 2,254 | 5,235 |
| Ratio of Adjusted EBITDA to total interest expense[(d)(e)(f)] . . . . . . . . . . . . . . . . . . . . . . . . . . | 4.2x | 5.1x | 6.8x | 6.1x | 5.4x | 1.5x |
| Ratio of Adjusted EBITDA to cash interest expense[(d)(e)] . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4.2x | 5.3x | 6.8x | 6.1x | 5.8x | 1.5x |
| Ratio of net debt to Adjusted EBITDA[(d)(e)(g)] . . . . . . . | 4.3x | 3.3x | 2.2x | 5.1x | 6.5x | 7.4x |
| **Other Financial Data (excluding Oncor Electric Delivery):** | | | | | | |
| Adjusted EBITDA[(d)(h)] . . . . . . . . . . . . . . . . . . . . . . | $ 1,843 | $ 2,811 | $ 4,671 | $ 2,211 | $ 1,815 | $4,275 |
| Ratio of Adjusted EBITDA to total interest expense[(d)(f)(h)] . . . . . . . . . . . . . . . . . . . . . . . . . . | 4.4x | 5.3x | 8.6x | 7.6x | 6.9x | 1.3x |
| Ratio of Adjusted EBITDA to cash interest expense[(d)(h)] . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4.5x | 5.6x | 8.6x | 7.4x | 7.6x | 1.4x |
| Ratio of net debt to Adjusted EBITDA[(d)(g)(h)] . . . . . . . | 4.5x | 3.2x | 1.7x | 3.9x | 5.3x | 7.9x |

24

Confidential

EFIHMW00208154

| | Year Ended December 31, | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2006 | 2007 |
| | (millions of dollars, except ratios and per share amounts) | | | | |
| **Operating Data (at period end):** | | | | | |
| Total power generation capacity (in MW)(i) . . . . . . . . . . . . . . | 18,353 | 18,365 | 18,190 | 18,365 | 18,365 |
| Nuclear power generation capacity (in MW) . . . . . . . . . . . . . | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 |
| Lignite/Coal-fired generation capacity (in MW) . . . . . . . . . . . | 5,825 | 5,837 | 5,837 | 5,837 | 5,837 |
| Total baseload capacity (in MW) . . . . . . . . . . . . . . . . . . . . . | 8,125 | 8,137 | 8,137 | 8,137 | 8,137 |
| Available baseload capacity (in MW) . . . . . . . . . . . . . . . . . . | 7,192 | 7,345 | 7,474 | 7,398 | 7,332 |
| Baseload capacity by plant (in MW): | | | | | |
|     Comanche Peak . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 |
|     Monticello . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,880 | 1,880 | 1,880 | 1,880 | 1,880 |
|     Martin Lake . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 |
|     Big Brown . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 |
|     Sandow 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 545 | 557 | 557 | 557 | 557 |
| Available baseload capacity by plant (in MW): | | | | | |
|     Comanche Peak . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,169 | 2,105 | 2,272 | 2,355 | 1,973 |
|     Monticello . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,600 | 1,690 | 1,708 | 1,574 | 1,839 |
|     Martin Lake . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,962 | 2,083 | 2,034 | 1,984 | 2,083 |
|     Big Brown . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 945 | 976 | 1,017 | 990 | 1,045 |
|     Sandow 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 516 | 491 | 443 | 495 | 392 |
| Average power price ($ per MW)(i) . . . . . . . . . . . . . . . . . . . | $ 39.03 | $ 53.97 | $ 61.70 | $ 54.64 | $ 60.84 |

(a) For purposes of computing the ratio of earnings to fixed charges and ratio of earnings to combined fixed charges and preference dividends, (1) earnings consist of net income plus income taxes plus fixed charges less capitalized expenses related to indebtedness and (2) fixed charges consists of interest expense and capitalized expenses related to indebtedness. For purposes of computing the ratio of earnings to combined fixed charges and preference dividends, preference share dividends are included in fixed charges. For the six months ended June 30, 2007, fixed charges and combined fixed charges and preference dividends exceeded earnings by $682 million.

(b) For purposes of computing the pro forma ratio of earnings to fixed charges, the historical calculations were adjusted for the estimated increase in interest expense as contemplated by the Transactions. On a pro forma basis, for the six months ended June 30, 2007 and the twelve months ended June 30, 2007, fixed charges would have exceeded earnings by $2,067 million and $1,299 million, respectively.

(c) Preferred stock outstanding at June 30, 2007, December 31, 2006 and December 31, 2005 has a stated amount of $51,000.

(d) EBITDA, a measure used by management to evaluate operating performance, is defined as net income plus (i) provision for income taxes, (ii) interest expense and (iii) depreciation and amortization. EBITDA is not a recognized term under GAAP and does not purport to be an alternative to net income as a measure of operating performance or to cash flows from operating activities as a measure of liquidity or any other measure of financial performance presented in accordance with GAAP. Additionally, EBITDA is not intended to be a measure of free cash flow available for management's discretionary use, as it does not consider certain cash requirements such as interest payments, tax payments and other debt service requirements. Management believes EBITDA is helpful in highlighting trends because EBITDA excludes the results of decisions that are outside the control of operating management and that can differ significantly from company to company depending on long-term strategic decisions regarding capital structure, the tax jurisdictions in which companies operate and capital investments. In addition, EBITDA provides more comparability between our historical results and results that reflect the new capital structure. Management compensates for the limitations of using non-GAAP financial measures by using

25

EFIHMW00208155

them to supplement GAAP results to provide a more complete understanding of the factors and trends affecting the business than GAAP results alone. Because not all companies use identical calculations, our presentation of EBITDA may not be comparable to similarly titled measures of other companies.

Adjusted EBITDA (excluding Oncor Electric Delivery) and Adjusted EBITDA are defined as EBITDA adjusted to exclude noncash items, unusual items and other adjustments permitted in calculating covenant compliance under the indenture governing the notes offered hereby. We believe that the inclusion of supplementary adjustments to EBITDA applied in presenting Adjusted EBITDA (excluding Oncor Electric Delivery) and Adjusted EBITDA are appropriate to provide additional information to investors about how the covenants in the indenture will operate and about certain noncash items, unusual items that we do not expect to continue at the same level in the future and other items. Such supplementary adjustments to EBITDA may not be in accordance with current SEC practice or with regulations adopted by the SEC that apply to registration statements filed under the Securities Act and periodic reports under the Exchange Act. Accordingly, the SEC may require that Adjusted EBITDA (excluding Oncor Electric Delivery) and Adjusted EBITDA be presented differently in filings made with the SEC than as presented in this offering memorandum, or not be presented at all.

26

Confidential

Set forth below is a reconciliation of net income to EBITDA and Adjusted EBITDA.

| | Historical | | | | | Pro Forma Twelve Months Ended June 30, 2007 |
| | Year Ended December 31, | | | Six Months Ended June 30, | | |
| | 2004 | 2005 | 2006 | 2006 | 2007 | |
| | | | (millions of dollars) | | | |
| Net income (loss) .................................. | $ 485 | $ 1,722 | $ 2,552 | $ 1,073 | $ (377) | $(1,011) |
| Provision for income taxes ........................ | 42 | 632 | 1,263 | 561 | (294) | (731) |
| Interest expense and related charges ............... | 695 | 802 | 830 | 431 | 418 | 3,588 |
| Depreciation and amortization .................... | 760 | 776 | 830 | 413 | 403 | 1,169 |
| EBITDA .......................................... | $ 1,982 | $ 3,932 | $ 5,475 | $ 2,478 | $ 150 | $ 3,015 |
| Oncor Electric Delivery EBITDA .................. | $(1,057) | $(1,241) | $(1,276) | $ (597) | $ (602) | $(1,281) |
| Oncor Electric Delivery dividends ................. | — | — | 340 | 170 | 176 | 346 |
| Interest income .................................. | (28) | (48) | (46) | (20) | (35) | (60) |
| Amortization of nuclear fuel ...................... | 64 | 60 | 65 | 31 | 30 | 135 |
| Purchase accounting adjustments ................... | — | — | — | — | — | 61 |
| Impairment of assets and inventory write down ...... | 192 | 11 | 204 | 201 | 795 | 798 |
| Unrealized net (gains) or losses resulting from hedging obligations ...................................... | 109 | 18 | (272) | (29) | 1,182 | 939 |
| One-time customer appreciation bonus ............. | — | — | 165 | — | — | 165 |
| Amount of loss on sales of accounts receivable and related assets in connection with the existing receivables facility .............................. | 18 | 24 | 38 | 17 | 18 | 39 |
| Income from discontinued operations, net of tax ...... | (378) | (5) | (87) | (60) | (11) | (38) |
| Extraordinary (gain) loss, net of tax ................ | — | 50 | — | — | — | — |
| Cumulative effect of changes in accounting principles, net of tax ...................................... | (8) | 8 | — | — | — | — |
| Non-cash compensation expenses (FAS 123R) ....... | 48 | 24 | 23 | 7 | 13 | 29 |
| Severance expenses(1) ............................. | 112 | — | 17 | 9 | — | 8 |
| Equity losses of unconsolidated affiliate engaged in broadband over power lines .................... | — | — | 14 | 7 | 1 | 7 |
| Losses on early extinguishment of debt and energy services contract .............................. | 416 | (4) | 1 | 1 | — | — |
| Transition and business optimization costs(2) ........ | 10 | 17 | — | — | 12 | 12 |
| Shareholder litigation charges (credit) ............. | 86 | (35) | (15) | — | — | (15) |
| Transaction and merger expenses(3) ................. | — | — | 28 | 5 | 77 | 100 |
| Restructuring and other(4) ......................... | 271 | (6) | (7) | (12) | 5 | 10 |
| Expenses incurred to upgrade or expand generation units(5) .......................................... | 6 | 6 | 4 | 3 | 4 | 5 |
| Adjusted EBITDA (excluding Oncor Electric Delivery)(6) ...................................... | $ 1,843 | $ 2,811 | $ 4,671 | $ 2,211 | $ 1,815 | $ 4,275 |
| Add back Oncor Electric Delivery adjustments ....... | $ 1,099 | $ 1,255 | $ 956 | $ 435 | $ 439 | $ 960 |
| Adjusted EBITDA(7) ............................. | $ 2,942 | $ 4,066 | $ 5,627 | $ 2,646 | $ 2,254 | $ 5,235 |

(1) Severance includes amounts incurred related to outsourcing, restructuring and other amounts deemed to be in excess of normal recurring amounts.

(2) Transition and business optimization costs include amounts related to outsourcing initiatives and system implementations.

(3) Transaction and merger expenses include costs incurred related to abandoned strategic transactions, new growth initiatives and merger expenses.

(4) Restructuring and other include charges and credits related to restructuring initiatives and other non-recurring activities.

(5) Expenses incurred to upgrade or expand a facility does not include costs incurred to purchase replacement power that should be included under the definition as we did not historically track these costs.

(6) Calculated pursuant to the terms of the indenture governing the notes offered hereby, in particular the debt incurrence covenant. Excludes Oncor Electric Delivery's EBITDA, except to the extent dividends are received from Oncor Electric Delivery.

(7) Calculated pursuant to the terms of the indenture governing the notes offered hereby, in particular the restricted payments covenant. Includes Oncor Electric Delivery's EBITDA.

27

Confidential

(e) Calculated pursuant to the terms of the indenture governing the notes offered hereby, in particular the restricted payments covenant.

(f) Total interest expense includes cash interest plus amounts related to the amortization of discounts and premiums and amortization of deferred financing costs.

(g) Net debt is debt less cash and cash equivalents.

(h) Calculated pursuant to the terms of the indenture governing the notes offered hereby, in particular the debt incurrence covenant.

(i) Includes 585 MW representing nine combustion turbine units currently operated for an unaffiliated third party's benefit.

(j) Represents Luminant Energy's average wholesale sales price.

28

Confidential

EFIHMW00208158

## RISK FACTORS

*You should carefully consider the risk factors set forth below as well as the other information contained in this offering memorandum before purchasing the notes. This offering memorandum contains forward-looking statements that involve risks and uncertainties. Any of the following risks could materially and adversely affect our business, prospects, financial condition or results of operations. Additional risks and uncertainties not currently known to us or those we currently view to be immaterial may also materially and adversely affect our business, prospects, financial condition or results of operations. In such a case, you may lose all or part of your investment in the notes.*

### Risks Relating to Our Indebtedness and the Notes

***Our and our subsidiaries' substantial leverage could adversely affect our ability to raise additional capital to fund our operations, limit our ability to react to changes in the economy or our industry, expose us to interest rate risk to the extent of our variable rate debt and prevent us from meeting our obligations under the notes.***

As a result of the consummation of the Transactions, we and our subsidiaries are highly leveraged. The following chart shows our and our subsidiaries' consolidated level of indebtedness on a pro forma basis as of June 30, 2007 after giving effect to the Transactions, this offering and the concurrent offering of TCEH Notes.

| | Pro Forma as of June 30, 2007 |
|---|---|
| | (millions of dollars) |
| Indebtedness of Energy Future Holdings Corp. and its subsidiaries (other than Oncor Electric Delivery and its subsidiaries): | |
| TCEH Senior Secured Facilities[1] .............................................. | $19,287 |
| Notes offered hereby[2] ....................................................... | 4,500 |
| TCEH Notes offered in the concurrent offering[3] ................................ | 3,000 |
| TCEH Senior Interim Facility[3] ................................................ | 3,750 |
| Other secured indebtedness ................................................... | 383 |
| Other unsecured indebtedness ................................................ | 4,254 |
| Total indebtedness of Energy Future Holdings Corp. and its subsidiaries (other than Oncor Electric Delivery and its subsidiaries) ................................. | 35,174 |
| Indebtedness of Oncor Electric Delivery and its subsidiaries: | |
| Oncor Electric Delivery Revolving Facility[4][5] ................................... | 955 |
| Other secured transition bonds of subsidiary .................................. | 1,026 |
| Other unsecured indebtedness ................................................ | 3,034 |
| Total indebtedness of Oncor Electric Delivery and its subsidiaries[5] .............. | 5,015 |
| Total indebtedness ........................................................... | $40,189 |

(1) Includes the TCEH Initial Term Loan Facility, the TCEH Delayed Draw Term Loan Facility, the TCEH Letter of Credit Facility, the TCEH Revolving Facility and the TCEH Commodity Collateral Posting Facility. As a result of the consummation of the Transactions, on a pro forma basis as of June 30, 2007, excluding estimated discounts related to purchase accounting adjustments and $1.25 billion related to the TCEH Letter of Credit Facility, approximately $19.3 billion was drawn under the TCEH Senior Secured Facilities and approximately $5.9 billion (excluding amounts available under the TCEH Commodity Collateral Posting Facility and outstanding letters of credit) is available for additional borrowings by TCEH under the TCEH Senior Secured Facilities. See "Description of Other Indebtedness—TCEH Senior Secured Facilities." The amount reflected as drawn includes $687 million which would have been borrowed on a pro forma basis on June 30, 2007 under the TCEH Commodity Collateral Posting Facility, of which $378 million was actually drawn at the closing of the Merger.

(2) Proceeds from this offering, along with cash on hand, will be used to repay in full the EFH Senior Interim Facility.

29

Confidential

EFIHMW00208159

PX 008
Page 38 of 501

(3) Proceeds from the concurrent offering of TCEH Notes, along with cash on hand, will be used to repay a portion of the amounts outstanding under the $6,750 million TCEH Senior Interim Facility.

(4) This $2,000 million facility will be used by Oncor Electric Delivery and its subsidiaries and will not be guaranteed by any other entity.

(5) Does not include approximately $113 million of borrowings related to repurchasing its receivables previously sold under the Receivables Program.

We and our subsidiaries may be able to incur substantial additional indebtedness in the future, subject to the restrictions contained in the TCEH Senior Secured Facilities, the TCEH Senior Interim Facility, the indenture governing the notes offered hereby and the indenture governing the TCEH Notes offered in the concurrent offering. Oncor Electric Delivery and its subsidiaries will be Unrestricted Subsidiaries under the indenture governing the notes offered hereby. Accordingly, Oncor Electric Delivery's ability to incur additional indebtedness will not be restricted by the terms of the indenture. If new indebtedness is added to our current debt levels, the related risks that we now face could intensify.

Our consolidated pro forma interest expense and related charges for the twelve months ended June 30, 2007 would have been $3,588 million compared to our historical interest expense of $830 million for the year ended December 31, 2006. At June 30, 2007, on a pro forma basis, we and our subsidiaries would have had approximately $19.3 billion of debt outstanding (excluding discounts related to purchase accounting adjustments and $1.25 billion related to the TCEH Letter of Credit Facility) under the TCEH Senior Secured Facilities, approximately $18.6 billion of which would be floating rate indebtedness. A 1% increase in the interest rates for borrowings thereunder would increase our annual interest expense by approximately $186 million. Any additional borrowings our subsidiaries make under the TCEH Senior Secured Facilities, as described above, will also be subject to floating interest rates.

Our substantial leverage could have important consequences for you, including:

- making it more difficult for us to make payments on the notes and our other indebtedness;

- requiring a substantial portion of cash flow from operations to be dedicated to the payment of principal and interest on our indebtedness, therefore reducing our ability to use our cash flow to fund our operations, capital expenditures and future business opportunities;

- increasing our vulnerability to general economic and industry conditions;

- exposing us to the risk of increased interest rates because certain of our borrowings, including borrowings under the TCEH Senior Secured Facilities, will be at variable rates of interest;

- limiting our ability to make strategic acquisitions or causing us to make non-strategic divestitures;

- limiting our ability to obtain additional financing for working capital, capital expenditures, product development, debt service requirements, acquisitions and general corporate or other purposes; and

- limiting our ability to adjust to changing market conditions and placing us at a competitive disadvantage compared to our competitors who are less highly leveraged.

***Our debt agreements and those of our subsidiaries contain restrictions that limit our flexibility in operating our business.***

The TCEH Senior Secured Facilities, the TCEH Senior Interim Facility, the indenture governing the notes offered hereby and the indenture governing the TCEH Notes offered in the concurrent offering contain various covenants and other restrictions that limit our ability and/or the ability of our restricted subsidiaries to engage in specified types of transactions. These covenants and other restrictions limit our and our restricted subsidiaries' ability to, among other things:

- incur additional indebtedness or issue preferred shares;

30

EFIHMW00208160

- pay dividends on, repurchase or make distributions in respect of capital stock or make other restricted payments;

- make investments;

- sell or transfer assets;

- create liens;

- consolidate, merge, sell or otherwise dispose of all or substantially all of our assets; and

- enter into transactions with our affiliates.

There are a number of important limitations and exceptions to these covenants and other restrictions. You should read "Description of the Notes" and "Description of Other Indebtedness" for a detailed description of these covenants and other restrictions.

Under the TCEH Senior Secured Facilities, TCEH will be required to maintain a specified leverage ratio. TCEH's ability to meet such ratio can be affected by events beyond its control, and we cannot assure you that it will meet any such ratio. A breach of any such covenant could result in a default under the TCEH Senior Secured Facilities and other debt of the Issuer, TCEH or other subsidiaries of TCEH. Upon the occurrence of an event of default under the TCEH Senior Secured Facilities, the lenders could elect to declare all amounts outstanding under the TCEH Senior Secured Facilities to be immediately due and payable and terminate all commitments to extend further credit. If TCEH were unable to repay those amounts, the lenders under the TCEH Senior Secured Facilities could proceed against the collateral granted to them to secure such indebtedness. TCEH has pledged substantially all of its tangible and intangible assets as collateral under the TCEH Senior Secured Facilities. If the lenders under the TCEH Senior Secured Facilities accelerated the repayment of borrowings, we cannot assure you that TCEH would have sufficient assets to repay the TCEH Senior Secured Facilities, the TCEH Notes, the TCEH Senior Interim Facility and its other existing debt.

In addition, as described in "The Transactions—Ring-Fencing," we and Oncor Electric Delivery have implemented a number of ring-fencing measures to further separate Oncor Electric Delivery, its immediate parent, Oncor Electric Delivery Holdings, and Oncor Electric Delivery Holdings' other subsidiaries, from Texas Holdings and its other subsidiaries. Those measures include:

- Oncor Electric Delivery being treated as an Unrestricted Subsidiary with respect to the notes offered hereby;

- Oncor Electric Delivery not being restricted from incurring its own indebtedness; and

- Oncor Electric Delivery not guaranteeing or pledging any of its assets to secure the indebtedness of Texas Holdings and its other subsidiaries.

Accordingly, Oncor Electric Delivery's assets will not be available to repay any of the TCEH Senior Secured Facilities, the notes offered hereby, the TCEH Senior Interim Facility or the TCEH Notes offered in the concurrent offering. See the subsections titled "Regulated Delivery Segment" in "Energy Future Holdings Corp. Management's Discussion and Analysis of Financial Condition and Results of Operations" and the financial statements of Oncor Electric Delivery included elsewhere in this offering memorandum for information regarding Oncor Electric Delivery.

***As a result of the ring-fencing measures undertaken by our subsidiary, Oncor Electric Delivery, you should not rely on funds from Oncor Electric Delivery to pay any amounts payable on the notes.***

Upon the consummation of the Merger, we and Oncor Electric Delivery implemented certain structural and operational measures based on principles articulated by rating agencies and commitments made by Texas Holdings and Oncor Electric Delivery to the PUCT and the FERC that are intended to further separate Oncor

31

Confidential

Electric Delivery from Texas Holdings and its other subsidiaries in order to mitigate Oncor Electric Delivery's credit exposure to those entities and to reduce the risk that the assets and liabilities of Oncor Electric Delivery would be substantively consolidated with the assets and liabilities of Texas Holdings or any of its other subsidiaries in the event of a bankruptcy of one or more of those entities. See "The Transactions—Ring-Fencing" for a description of the material terms of the ring-fencing measures.

You should not look to the assets, financial condition or results of operations of Oncor Electric Delivery as a source for payments of interest or principal on the notes. Oncor Electric Delivery Holdings and its subsidiaries will be Unrestricted Subsidiaries as defined in the indenture governing the notes offered hereby and, accordingly, will not be subject to the restrictive covenants in the indenture. However, you should be aware that the consolidated financial information of Energy Future Holdings Corp. presented in the offering memorandum includes the results of Oncor Electric Delivery for all periods. See the subsection titled "Regulated Delivery Segment" in "Energy Future Holdings Corp. Management's Discussion and Analysis of Financial Condition and Results of Operations" and the financial statements of Oncor Electric Delivery included elsewhere in this offering memorandum for information regarding Oncor Electric Delivery.

As part of the ring-fencing measures undertaken by Oncor Electric Delivery, a majority of the members of the board of directors of Oncor Electric Delivery will be independent from the Issuer. The independent directors will be appointed by the nominating committee of Oncor Electric Delivery Holdings, and a majority of the members of Oncor Electric Delivery Holdings' nominating committee will be members of Oncor Electric Delivery Holdings' board of directors who are independent from the Issuer. The organizational documents of Oncor Electric Delivery give these independent directors the express right, acting by majority vote, to prevent distributions if they determine that it is in the best interests of Oncor Electric Delivery to retain such amounts to meet expected future requirements. Accordingly, there can be no assurance that Oncor Electric Delivery will make any distributions to the Issuer.

Further, if the PUCT finds that the Merger is not in the public interest, it may take the effect of the Merger into consideration in ratemaking proceedings and, if the PUCT finds that the Merger will unreasonably affect Oncor Electric Delivery's rates or service, it may disallow the effect of the Merger on rates. There is a proceeding pending at the PUCT in which the PUCT will consider whether the Merger is in the public interest. The PUCT has also separately initiated a rate case to review Oncor's Electric Delivery's rates, which case is proceeding. Several of the parties to both the Merger review proceeding and the rate case proceeding, including Oncor Electric Delivery and the PUCT staff, have agreed on the terms of a settlement of those proceedings; however, a hearing on the merits to consider that non-unanimous settlement has been scheduled for December 12-13, 2007.

***Our subsidiaries may not be able to generate sufficient cash to service all of our and their indebtedness, including the notes, and may be forced to take other actions to satisfy our and their obligations under our indebtedness, which may not be successful.***

Our ability to make scheduled payments on or to refinance our debt obligations depends on our financial condition and the operating performance of our subsidiaries, which is subject to prevailing economic and competitive conditions and to certain financial, business and other factors beyond our control. We cannot assure you that our subsidiaries will maintain a level of cash flows from operating activities sufficient to permit us and them to pay the principal, premium, if any, and interest on our indebtedness, including the notes.

If our and our subsidiaries' cash flows and capital resources are insufficient to fund our debt service obligations and those of our subsidiaries, we or they may be forced to reduce or delay investments and capital expenditures, or to sell assets, seek additional capital or restructure or refinance our indebtedness, including the notes. These alternative measures may not be successful and may not permit us to meet our and their scheduled debt service obligations. If operating results and available cash are insufficient to meet our and their debt service obligations, we and they could face substantial liquidity problems and might be required to dispose of material

32

Confidential

EFIHMW00208162

assets or operations to meet debt service and other obligations. A significant portion of our assets consist of goodwill, the value of which will depend upon a variety of factors. We and they may not be able to consummate those dispositions or obtain the proceeds that we and they could realize from them, and any proceeds received may not be adequate to meet any debt service obligations then due. Additionally, the TCEH Senior Secured Facilities, the TCEH Senior Interim Facility, the indenture governing the notes offered hereby and the indenture governing the TCEH Notes offered in the concurrent offering will limit the use of the proceeds from any disposition. As a result, we and they may not be allowed, under the terms of our and their indebtedness, to use proceeds from such dispositions to satisfy all current debt service obligations. Further, the TCEH Senior Secured Facilities, the TCEH Senior Interim Facility and the indenture governing the TCEH Notes offered in the concurrent offering will restrict Energy Future Competitive Holdings, TCEH and TCEH's subsidiaries from making certain payments to us.

*Under the terms of the indenture governing the TCEH Notes offered in the concurrent offering, the TCEH Senior Interim Facility and the TCEH Senior Secured Facilities, TCEH will be restricted from making certain payments to the Issuer.*

The Issuer is a holding company and substantially all of its consolidated assets are held by its subsidiaries. As of June 30, 2007, TCEH and its subsidiaries held approximately 54% of our consolidated assets (or approximately 75% on a pro forma basis for such period). Accordingly, the Issuer depends upon TCEH for a significant amount of its cash flows and ability to pay its obligations, including its obligations under the notes offered hereby. For the year ended December 31, 2006 and the six-month period ended June 30, 2007, TCEH and its subsidiaries represented 88% and 81%, respectively, of our consolidated revenues. However, under the terms of the indenture governing the TCEH Notes offered in the concurrent offering, the TCEH Senior Interim Facility and the TCEH Senior Secured Facilities, TCEH will be restricted from making certain payments to the Issuer, except in the form of certain loans to cover certain of the Issuer's obligations and dividends and distributions in certain other limited circumstances. In addition, TCEH will be prohibited from making certain loans to the Issuer if certain events of default under the indenture governing the TCEH Notes offered in the concurrent offering, the TCEH Senior Interim Facility or the TCEH Senior Secured Facilities have occurred and are continuing.

*The Issuer is a holding company, and its obligations are structurally subordinated to existing and future liabilities and preferred stock of its subsidiaries.*

The Issuer is a holding company and substantially all of its consolidated assets are held by its subsidiaries. Accordingly, the Issuer's cash flows and ability to meet its obligations are largely dependent upon the earnings of its subsidiaries and the payment of such earnings to the Issuer in the form of dividends, distributions, loans or otherwise, and repayment of loans or advances from the Issuer. These subsidiaries are separate and distinct legal entities and have no obligation to provide the Issuer with funds for its payment obligations, whether by dividends, distributions, loans or otherwise.

Because the Issuer is a holding company, its obligations to its creditors are structurally subordinated to all existing and future liabilities and existing and future preferred stock of the Issuer's subsidiaries. Therefore, the Issuer's rights and the rights of its creditors to participate in the assets of any subsidiary in the event that such a subsidiary is liquidated or reorganized are subject to the prior claims of such subsidiary's creditors, including the lenders under the TCEH Senior Secured Facilities and the TCEH Senior Interim Facility and the holders of the TCEH Notes offered in the concurrent offering, and holders of the subsidiary's preferred stock. To the extent that the Issuer may be a creditor with recognized claims against any such subsidiary, the Issuer's claims would still be subject to the prior claims of such subsidiary's creditors to the extent that they are secured or senior to those held by the Issuer. Subject to restrictions contained in financing arrangements, the Issuer's subsidiaries may incur additional indebtedness and other liabilities.

In connection with the Merger, a significant amount of debt was issued by TCEH, including $25.2 billion of committed financing under the TCEH Senior Secured Facilities, including $687 million which would have been borrowed on a pro forma basis as of June 30, 2007 under the TCEH Commodity Collateral Posting Facility (but excluding $1.25 billion related to the TCEH Letter of Credit Facility), and $6.75 billion under the TCEH Senior

33

Confidential

EFIHMW00208163

Interim Facility. This debt, including any TCEH Notes issued in the concurrent offering that reduce the amount outstanding under the TCEH Senior Interim Facility and the existing debt at TCEH, will be structurally senior to the Issuer's debt, including the notes offered hereby, because neither TCEH nor any of its subsidiaries is a guarantor of the notes offered hereby. In addition, neither Oncor Electric Delivery Holdings nor any of its subsidiaries, including Oncor Electric Delivery, will guarantee the notes and therefore all of their debt and liabilities will be structurally senior to the notes.

### *If we or any of our subsidiaries defaults on obligations to pay indebtedness, we may not be able to make payments on the notes.*

Any default under the agreements governing our indebtedness or the indebtedness of our subsidiaries, including a default under the TCEH Senior Secured Facilities, the TCEH Senior Interim Facility or the TCEH Notes offered in the concurrent offering, that is not waived by the required lenders or noteholders, and the remedies sought by the holders of such indebtedness, could prevent us from paying principal, premium, if any, and interest on the notes and substantially decrease the market value of the notes. If our subsidiaries are unable to generate sufficient cash flows and we are otherwise unable to obtain funds necessary to meet required payments of principal, premium, if any, and interest on our and their indebtedness, or if we or they otherwise fail to comply with the various covenants, including any financial and operating covenants, in the instruments governing our and their indebtedness (including covenants in the TCEH Senior Secured Facilities, the TCEH Senior Interim Facility, the indenture governing the notes offered hereby, the indenture governing the TCEH Notes offered in the concurrent offering and the terms of our other indebtedness) we or they could be in default under the terms of the agreements governing such indebtedness. In the event of such default, the holders of such indebtedness could elect to declare all the funds borrowed thereunder to be due and payable, together with accrued and unpaid interest, and/or the lenders under the TCEH Senior Interim Facility or the TCEH Senior Secured Facilities could elect to terminate their commitments thereunder, cease making further loans and, in the case of the lenders under the TCEH Senior Secured Facilities, institute foreclosure proceedings against the pledged assets, and we or they could be forced into bankruptcy or liquidation. If the operating performance of our subsidiaries declines, we or certain of our subsidiaries including TCEH, may in the future need to obtain waivers from the required lenders under the TCEH Senior Secured Facilities or the TCEH Senior Interim Facility to avoid being in default. If our subsidiaries breach the covenants under the TCEH Senior Secured Facilities or the TCEH Senior Interim Facility and seek a waiver, they may not be able to obtain a waiver from the required lenders. If this occurs, they would be in default under the instrument governing that indebtedness, the lenders could exercise their rights, as described above, and they could be forced into bankruptcy or liquidation.

### *We may not be able to repurchase the notes upon a change of control.*

Upon the occurrence of specific kinds of change of control events, we will be required to offer to repurchase all outstanding notes at 101% of their principal amount plus accrued and unpaid interest. The source of funds for any such purchase of the notes will be our available cash or cash generated from our subsidiaries' operations or other sources, including borrowings, sales of assets or sales of equity. We may not be able to repurchase the notes upon a change of control because we may not have sufficient financial resources to purchase all of the notes that are tendered upon a change of control. Further, we will be restricted under the terms of the TCEH Senior Secured Facilities and the TCEH Senior Interim Facility from receiving from TCEH funds sufficient to repurchase all of the notes tendered by holders upon a change of control. Accordingly, we may not be able to satisfy our obligations to purchase the notes unless we are able to refinance or obtain waivers under the instruments governing that indebtedness. Our failure to repurchase the notes upon a change of control would cause a default under the indenture and a cross-default under the instruments governing the TCEH Senior Secured Facilities, the TCEH Senior Interim Facility, the indenture governing the TCEH Notes offered in the concurrent offering and the terms of our other indebtedness. The instruments governing the TCEH Senior Secured Facilities also provide that a change of control will be a default that permits the lenders thereunder to accelerate the maturity of borrowings thereunder. Any of our future debt agreements may contain similar provisions.

Confidential

EFIHMW00208164

*There are restrictions on your ability to transfer or resell the notes without registration under applicable securities laws.*

The notes are being offered and sold pursuant to an exemption from registration under U.S. and applicable state securities laws. Therefore, you may transfer or resell the notes in the United States only in a transaction registered under or exempt from the registration requirements of the U.S. and applicable state securities laws, and you may be required to bear the risk of your investment for an indefinite period of time. The Issuer is obligated to use its reasonable best efforts to commence an offer to exchange the notes for equivalent notes registered under U.S. securities laws or, in certain circumstances, register the reoffer and resale of the notes under U.S. securities laws. See "Description of Notes—Exchange Offer; Registration Rights" and "Notice to Investors."

*You will be required to pay U.S. federal income tax on the toggle notes even if we do not pay cash interest.*

We have the option to pay interest on the toggle notes in cash or PIK interest. For U.S. federal income tax purposes, the existence of this option means that none of the interest payments on the toggle notes will be qualified stated interest for U.S. federal income tax purposes (as defined under "Certain U.S. Federal Tax Consequences—Certain Tax Consequences to U.S. Holders—Toggle Notes"), even if we never exercise the option to pay PIK interest. As a result of this and because the issue price of the toggle notes is less than the stated redemption price at maturity, the toggle notes will be treated as issued with original issue discount for U.S. federal income tax purposes, and U.S. holders will be required to include the original issue discount in gross income on a constant yield to maturity basis, regardless of whether interest is paid currently in cash. See "Certain U.S. Federal Tax Consequences—Certain Tax Consequences to U.S. Holders—Toggle Notes."

*Despite current indebtedness levels, we and our subsidiaries may still be able to incur substantially more indebtedness. This could further exacerbate the risks associated with our substantial financial leverage.*

We and our subsidiaries may be able to incur substantial additional indebtedness in the future because the terms of the indenture governing the notes offered hereby, the indenture governing the TCEH Notes offered in the concurrent offering, the TCEH Senior Secured Facilities and the TCEH Senior Interim Facility do not prohibit us or our subsidiaries from doing so. Subject to covenant compliance and other conditions, the TCEH Senior Secured Facilities (excluding additional available borrowings of approximately $5.9 billion under the TCEH Delayed Draw Term Loan Facility, the TCEH Letter of Credit Facility and the TCEH Revolving Facility (excluding outstanding letters of credit) and additional available borrowings under the TCEH Commodity Collateral Posting Facility), the TCEH Senior Interim Facility and the Oncor Electric Delivery Revolving Facility would permit additional borrowing, including incremental borrowings of up to $2.0 billion under the TCEH Senior Secured Facilities and up to $500 million under the Oncor Electric Delivery Revolving Facility. Any of those additional borrowings would be effectively senior to the notes. If new indebtedness is added to our and our subsidiaries' current indebtedness levels, the related risks that we and they now face could intensify. See "Description of Other Indebtedness."

*Energy Future Competitive Holdings' guarantee is effectively subordinated to those lenders who have a security interest in its assets.*

Energy Future Competitive Holdings' obligations under its guarantee of the notes are unsecured, but its obligations under its guarantee of the TCEH Senior Secured Facilities are secured by a security interest in substantially all of its tangible and intangible assets. If Energy Future Competitive Holdings were unable to pay under its guarantee of the TCEH Senior Secured Facilities, the lenders could foreclose on the pledged assets described above to the exclusion of holders of the notes, even if an event of default exists under the indenture governing the notes offered hereby at such time. In any such event, because the guarantee of the notes will not be secured by any of Energy Future Competitive Holdings' assets or the equity interests in Energy Future Competitive Holdings, it is possible that there would be no assets remaining from which your claims could be satisfied or, if any assets remained, they might be insufficient to fully satisfy your claims under such guarantee. See "Description of Other Indebtedness—TCEH Senior Secured Facilities."

35

Confidential

EFIHMW00208165

As of June 30, 2007, on a pro forma basis after giving effect to the Transactions, Energy Future Competitive Holdings would have had $19.6 billion of secured indebtedness (excluding estimated discounts related to purchase accounting adjustments and $1.25 billion related to the TCEH Letter of Credit Facility), $19.3 billion of which would have been indebtedness represented by its guarantee of the TCEH Senior Secured Facilities, and TCEH would have had approximately $5.9 billion of available borrowing capacity under the TCEH Senior Secured Facilities (excluding amounts available under the TCEH Commodity Collateral Posting Facility and outstanding letters of credit).

*Federal and state statutes allow courts, under specific circumstances, to void guarantees, subordinate claims in respect of guarantees and require note holders to return payments received from the guarantors.*

The notes will be guaranteed by Energy Future Competitive Holdings and Energy Future Intermediate Holding. The issuance of the guarantees by the guarantors may be subject to review under state and federal laws if a bankruptcy, liquidation or reorganization case or a lawsuit, including in circumstances in which bankruptcy is not involved, were commenced at some future date by, or on behalf of, our unpaid creditors or the unpaid creditors of a guarantor. Under the federal bankruptcy laws and comparable provisions of state fraudulent transfer laws, a court may void or otherwise decline to enforce a guarantor's guarantee, or subordinate such guarantee to such guarantor's existing and future indebtedness. While the relevant laws may vary from state to state, a court might do so if it found that when a guarantor entered into its guarantee or, in some states, when payments became due under such guarantee, such guarantor received less than reasonably equivalent value or fair consideration and either:

- was insolvent or rendered insolvent by reason of such incurrence;

- was engaged in a business or transaction for which the guarantor's remaining assets constituted unreasonably small capital; or

- intended to incur, or believed that it would incur, debts beyond its ability to pay such debts as they mature.

The court might also void a guarantee, without regard to the above factors, if the court found that a guarantor entered into its guarantee with actual intent to hinder, delay or defraud its creditors. In addition, any payment by a guarantor pursuant to its guarantee could be voided and required to be returned to such guarantor or to a fund for the benefit of such guarantor's creditors. A court would likely find that a guarantor did not receive reasonably equivalent value or fair consideration for such guarantee if such guarantor did not substantially benefit directly or indirectly from the issuance of the notes. If a court were to void a guarantee, you would no longer have a claim against the guarantor. Sufficient funds to repay the notes may not be available from other sources. In addition, the court might direct you to repay any amounts that you already received from a guarantor. The measures of insolvency for purposes of these fraudulent transfer laws will vary depending upon the law applied in any proceeding to determine whether a fraudulent transfer has occurred. Generally, however, a guarantor would be considered insolvent if:

- the sum of its debts, including contingent liabilities, was greater than the fair saleable value of all of its assets;

- if the present fair saleable value of its assets was less than the amount that would be required to pay its probable liability on its existing debts, including contingent liabilities, as they become absolute and mature; or

- it could not pay its debts as they become due.

To the extent a court voids any of the guarantees as a fraudulent transfer or holds any of the guarantees unenforceable for any other reason, holders of notes would cease to have any direct claim against the applicable guarantor. If a court were to take this action, a guarantor's assets would be applied first to satisfy such

36

EFIHMW00208166

guarantor's liabilities, if any, before any portion of its assets could be applied to the payment of the notes. Each guarantee will contain a provision intended to limit the guarantor's liability to the maximum amount that it could incur without causing the incurrence of obligations under its guarantee to be a fraudulent transfer. This provision may not be effective to protect the guarantees from being voided under fraudulent transfer law, or may reduce the guarantor's obligation to an amount that effectively makes the guarantee worthless.

### *The majority of our subsidiaries will not guarantee the notes.*

The notes will be guaranteed on a senior unsecured basis by Energy Future Competitive Holdings and Energy Future Intermediate Holding, but not by any of our other current subsidiaries. Energy Future Competitive Holdings is a holding company. Energy Future Intermediate Holding is a newly-formed entity whose only asset is its interest in Oncor Electric Delivery Holdings. Neither Energy Future Competitive Holdings nor Energy Future Intermediate Holding has any operations and each relies on distributions from its subsidiaries. However, the historical consolidated financial statements and the pro forma condensed combined financial information included in this offering memorandum include all of our subsidiaries. Our non-guarantor subsidiaries generated all of our revenues for the year ended December 31, 2006 and the six-month period ended June 30, 2007, respectively, and as of June 30, 2007, our non-guarantor subsidiaries held approximately 99% of our total assets. See Note 26 to our 2006 year-end Financial Statements and Note 16 to the June 30, 2007 Financial Statements included elsewhere in this offering memorandum.

Our non-guarantor subsidiaries are separate and distinct legal entities and have no obligation, contingent or otherwise, to pay any amounts due pursuant to the notes, or to make any funds available therefore, whether by dividends, loans, distributions or other payments. Any right that the Issuer, Energy Future Competitive Holdings or Energy Future Intermediate Holding has to receive any assets of any of the non-guarantor subsidiaries upon the liquidation or reorganization of those subsidiaries, and the consequent rights of holders of notes to realize proceeds from the same of any of those subsidiaries' assets, will be effectively subordinated to the claims of that subsidiary's preferred equity holders and creditors, including trade creditors and holders of debt of that subsidiary.

### *Your ability to transfer the notes may be limited by the absence of an active trading market, and there is no assurance that any active trading market will develop for the notes.*

The notes are a new issue of securities for which there is no established public market. We expect the notes to be eligible for trading by "qualified institutional buyers," as defined under Rule 144A of the Securities Act, in the PORTAL Market.

The placement agents have advised us that they intend to make a market in the notes, and the exchange notes, if issued, as permitted by applicable laws and regulations; however, the placement agents are not obligated to make a market in the notes or the exchanges notes, and they may discontinue their market-making activities at any time without notice. As certain of the placement agents have made Equity Contributions, these placement agents may be required to deliver a "market-making prospectus" when effecting offers and sales of notes. For so long as the market-making prospectus is required to be delivered, the ability of these placement agents to make a market in the notes may, in part, be dependent on our ability to maintain a current market-making prospectus. See "The Transactions—Equity Contributions." Therefore, we cannot assure you that an active market for the notes or exchange notes will develop or, if developed, that it will continue. Historically, the market for non-investment-grade debt has been subject to disruptions that have caused substantial volatility in the prices of securities similar to the notes.

We cannot assure you that the market, if any, for the notes or exchange notes will be free from similar disruptions or that any such disruptions may not adversely affect the prices at which you may sell your notes. In addition, subsequent to their initial issuance, the notes or exchange notes may trade at a discount from their initial offering price, depending upon prevailing interest rates, the market for similar notes, our performance and other factors.

37

Confidential

**Risks Relating to Our Businesses**

> ***Our businesses are subject to ongoing complex governmental regulations and legislation that have
> impacted, and may in the future impact, our business and/or results of operations.***

Our businesses operate in changing market environments influenced by various state and federal legislative
and regulatory initiatives regarding the restructuring of the energy industry, including competition in the
generation and sale of electricity. We will need to continually adapt to these changes. For example, the Texas
retail electricity market became competitive as of January 1, 2002, and the introduction of competition has
resulted in, and may continue to result in, declines in customer counts and sales volumes.

Our businesses are subject to changes in state and federal laws (including the Public Utility Regulatory Act
("PURA"), the Federal Power Act, the Atomic Energy Act, the Public Utility Regulatory Policies Act of 1978,
the Clean Air Act and the Energy Policy Act of 2005) and changing governmental policy and regulatory actions
(including those of the PUCT, the Electric Reliability Organization, the Texas Regional Entity, the Texas
Railroad Commission, the TCEQ, the FERC, the EPA and the NRC) and also the rules, guidelines and protocols
of ERCOT with respect to matters including, but not limited to, market structure and design, operation of nuclear
generation facilities, construction and operation of other generation facilities, construction and operation of
transmission facilities, acquisition, disposal, depreciation and amortization of regulated assets and facilities,
recovery of costs and investments, decommissioning costs, return on invested capital for our regulated
businesses, market behavior rules, present or prospective wholesale and retail competition and environmental
matters. TCEH, along with other market participants, is subject to electricity pricing constraints and market
behavior and other competition-related rules and regulations under PURA that are administered by the PUCT and
ERCOT, and, with respect to its wholesale power sales outside the ERCOT market, is subject to market behavior
and other competition-related rules and regulations under the Federal Power Act that are administered by the
FERC. Changes in, revisions to, or reinterpretations of existing laws and regulations (particularly with respect to
prices at which TCEH may sell electricity) may have an adverse effect on our businesses.

Although the recently concluded 2007 Texas Legislative Session closed without passage of legislation that
significantly negatively impacted our businesses, the legislature did adopt legislation that likely requires prior
PUCT approval for any future direct or indirect disposition of Oncor Electric Delivery, and ensures that the
PUCT will have authority to enforce commitments made in a filing under PURA Section 14.101 (such as the
filing made by Texas Holdings and Oncor Electric Delivery on April 25, 2007). Several pieces of legislation
were introduced that, if passed, may have had a material impact on us and our financial prospects, including, for
example, legislation that would have:

- required Energy Future Holdings Corp. to separate its subsidiaries into two or three stand-alone
  companies, which could have resulted in a significant tax cost to Energy Future Holdings Corp. or the
  sale by Energy Future Holdings Corp. of assets for an amount it would not have considered to be full
  value;

- required divestiture of significant wholesale power generation assets, which also could have resulted in
  a significant tax cost to Energy Future Holdings Corp. or the sale by Energy Future Holdings Corp. of
  assets for an amount it would not have considered to be full value; and

- given new authority to the PUCT to cap retail electric prices.

Although none of this legislation was passed, there can be no assurance that future action of the Texas
Legislature, which could be similar or different from the proposals considered by the most recent Texas
Legislature, will not have a material adverse effect on us and our financial prospects. In addition, the Sponsors
have publicly indicated their intention to:

- spend more than $30 million per year over five years to provide relief for low-income residents and to
  pursue new demand side management initiatives in conservation, energy efficiency and weatherization;

38

Confidential

EFIHMW00208168

- in the current regulatory system, hold a majority of their ownership in Energy Future Holdings Corp. for more than five years after closing of the Merger; and

- invest significant resources in emerging energy technologies, such as integrated gasification combined cycle coal plants, including an increased commitment to renewable energy.

***Litigation or legal proceedings could expose us to significant liabilities, damage our reputation and have a material adverse effect on our results of operations, and the litigation environment in which we operate poses a significant risk to our businesses.***

We and our subsidiaries are involved in the ordinary course of business in a number of lawsuits involving employment, commercial, environmental and injuries and damages issues, among other matters. We evaluate litigation claims and legal proceedings to assess the likelihood of unfavorable outcomes and to estimate, if possible, the amount of potential losses. Based on these assessments and estimates, we establish reserves and disclose the relevant litigation claims or legal proceedings, as appropriate. These assessments and estimates are based on the information available to management at the time and involve a significant amount of management judgment. Actual outcomes or losses may differ materially from current assessments and estimates. The settlement or resolution of such claims or proceedings may have a material adverse effect on our results of operations. For more information on legal proceedings, see "Business—Legal Proceedings."

In addition, judges and juries in the state of Texas have demonstrated a willingness to grant large verdicts, including punitive damages, to plaintiffs in personal injury, property damage and business tort cases. We and our subsidiaries use legal and appropriate means to contest litigation threatened or filed against us, but the litigation environment in the state of Texas poses a significant business risk.

We are also exposed to the risk that we may become the subject of regulatory investigations. For example, in March 2007, the PUCT issued a Notice of Violation ("NOV") stating that the PUCT Staff is recommending an enforcement action, including the assessment of administrative penalties, against us for alleged market power abuse in ERCOT–administered balancing energy auctions during certain periods of the summer of 2005. The PUCT Staff issued a revised NOV in September 2007, in which the proposed administrative penalty amount was reduced from $210 million to $171 million. The revised NOV was necessary, according to the PUCT Staff, to correct calculation errors in the initial NOV. As revised, the NOV is premised upon the PUCT Staff's allegation that Luminant Energy's bidding behavior was not competitive and increased market participants' costs of balancing energy by approximately $57 million, including approximately $19 million in incremental revenues to us. A hearing requested by Luminant Energy to contest the alleged occurrence of a violation and the amount of the penalty in the NOV has been scheduled to start in April 2008. While we believe no market power abuse was committed, we are unable to predict the outcome of this matter.

***TXU Energy may lose a significant number of retail customers in its historical service territory due to competitive marketing activity by retail electric providers and face competition from incumbent providers outside its historical service territory.***

TXU Energy faces competition for customers within the service territory where we are the incumbent utility company, which we refer to as our historical service territory. Competitors may offer lower prices and other incentives, which, despite TXU Energy's long-standing relationship with customers, may attract customers away from TXU Energy.

In most retail electric markets outside our historical service territory, TXU Energy's principal competitor may be the retail affiliate of the local incumbent utility company. The incumbent retail affiliates have the advantage of long-standing relationships with their customers, including well-known brand recognition.

39

Confidential

EFIHMW00208169

In addition to competition from the incumbent utilities and their affiliates, TXU Energy may face competition in all of our service territories from a number of other energy service providers, or other energy industry participants, who may develop businesses that will compete with TXU Energy and nationally branded providers of consumer products and services. Some of these competitors or potential competitors may be larger or better capitalized than TXU Energy. If there is inadequate potential margin in these retail electric markets, it may not be profitable for TXU Energy to compete in these markets.

### *Our revenues and results of operations may be negatively impacted by decreases in market prices for power, decreases in natural gas prices, and/or decreases in market heat rates.*

We are not guaranteed any rate of return on our capital investments in our competitive businesses. We market and trade electricity and natural gas, including electricity from our own generation facilities and generation contracted from third parties, as part of our wholesale energy management operation. Our results of operations depend in large part upon market prices for electricity, natural gas, lignite, uranium and coal in our regional market and other competitive markets and upon prevailing retail electricity rates, which may be impacted by actions of regulatory authorities. The prices we receive for the sale of electricity at wholesale could be impacted by the voluntary mitigation plan adopted by the PUCT. The voluntary mitigation plan is intended to be in place for one year, though it could be renewed or modified in a subsequent proceeding. Market prices may fluctuate substantially over relatively short periods of time. Demand for electricity can fluctuate dramatically, creating periods of substantial under- or over-supply. During periods of over-supply, prices might be depressed. Also, at times there may be political pressure, or pressure from regulatory authorities with jurisdiction over wholesale and retail energy commodity and transportation rates, to impose price limitations, bidding rules and other mechanisms to address volatility and other issues in these markets. For example, as a result of Hurricane Katrina, such pressures in September and October of 2005 played a role in TXU Energy's decision to moderate the implementation of a price increase in November and December 2005 and to voluntarily forego an increase in its price-to-beat retail price from January 1, 2006 through April 1, 2006. Further, TXU Energy has agreed to grant price discounts in connection with the Merger and provide price protection through December 2008.

Some of the fuel for Luminant's generation facilities is purchased under short-term contracts or on the spot market. Prices of fuel, including natural gas, may also be volatile, and the price we can obtain for electricity sales may not change at the same rate as changes in fuel costs. In addition, we purchase and sell natural gas and other energy related commodities, and volatility in these markets may affect our costs incurred in meeting our obligations.

Volatility in market prices for fuel and electricity may result from the following:

- severe or unexpected weather conditions;

- seasonality;

- changes in electricity and fuel usage;

- illiquidity in the wholesale power or other markets;

- transmission or transportation constraints, inoperability or inefficiencies;

- availability of competitively-priced alternative energy sources;

- changes in supply and demand for energy commodities, including nuclear fuel and related enrichment and conversion services;

- changes in generation efficiency and market heat rates;

- outages at our generation facilities or those of our competitors;

- changes in production and storage levels of natural gas, lignite, coal, crude oil and refined products;

40

Confidential

- natural disasters, wars, sabotage, terrorist acts, embargoes and other catastrophic events; and
- federal, state and local energy, environmental and other regulation and legislation.

All of Luminant's generation facilities are located in the ERCOT market, a market with limited interconnections to other markets. Wholesale electricity prices in the ERCOT market generally correlate with the price of natural gas because marginal demand is generally supplied by natural gas-fueled generation plants. Wholesale electricity prices also correlate with market heat rates (a measure of efficiency of the marginal price-setting generator of electricity), which could fall if demand for electricity were to decrease or if additional generation facilities are built in ERCOT. Accordingly, the contribution to earnings and the value of Luminant's baseload (lignite/coal-fueled and nuclear) generation assets, which provided a substantial portion of our supply volumes in 2006, are dependent in significant part upon the price of natural gas and market heat rates. As a result, Luminant's baseload generation assets could significantly decrease in profitability and value if natural gas prices fall or if market heat rates fall.

***Our assets or positions cannot be fully hedged against changes in commodity prices and market heat rates, and our hedging transactions may not work as planned or hedge counterparties may default on their obligations to us.***

We cannot fully hedge the risk associated with changes in natural gas prices or market heat rates because of the expected useful life of our generation assets and the size of our position relative to market liquidity. To the extent we have unhedged positions, fluctuating commodity prices and/or market heat rates can materially impact our results of operations and financial position, either favorably or unfavorably.

To manage our financial exposure related to commodity price fluctuations, we routinely enter into contracts to hedge portions of our purchase and sale commitments, weather positions, fuel requirements and inventories of natural gas, lignite, coal, crude oil and refined products, and other commodities, within established risk management guidelines. As part of this strategy, we routinely utilize fixed-price forward physical purchase and sales contracts, futures, financial swaps and option contracts traded in the over-the-counter markets or on exchanges. Although we devote a considerable amount of management time and effort to the establishment of risk management procedures, as well as the ongoing review of the implementation of these procedures, the procedures in place may not be followed or may not always function as planned and cannot eliminate all the risks associated with these activities. As a result of these and other factors, we cannot precisely predict the impact that risk management decisions may have on our business, results of operations or financial position.

To the extent we engage in hedging and risk management activities, we are exposed to the risk that counterparties that owe us money, energy or other commodities as a result of market transactions will not perform their obligations. Should the counterparties to these arrangements fail to perform, we might be forced to enter into alternative hedging arrangements or honor the underlying commitment at then-current market prices. In such event, we might incur losses in addition to amounts, if any, already paid to the counterparties. ERCOT market participants are also exposed to risks that another ERCOT market participant may default in its obligations to pay ERCOT for power taken, in which case such costs, to the extent not offset by posted security and other protections available to ERCOT, may be allocated to various non-defaulting ERCOT market participants, including us.

In connection with its affiliates' hedging and risk management activities, TCEH has guaranteed or indemnified the performance of a portion of its affiliates' obligations relating to such activities. TCEH might not be able to satisfy all of these guarantees and indemnification obligations if they were to come due at the same time. In addition, reductions in credit quality or changes in the market prices of energy commodities could increase the cash collateral required to be posted in connection with hedging and risk management activities, which could materially impact our liquidity and financial position.

41

Confidential

EFIHMW00208171