*We may suffer material losses, costs and liabilities due to Luminant's ownership and operation of the Comanche Peak nuclear generation plant.*

The ownership and operation of a nuclear generation plant involves certain risks. These risks include:

- unscheduled outages or unexpected costs due to equipment, mechanical, structural or other problems;

- inadequacy or lapses in maintenance protocols;

- the impairment of reactor operation and safety systems due to human error;

- the costs of storage, handling and disposal of nuclear materials;

- the costs of procuring nuclear fuel;

- the costs of securing the plant against possible terrorist attacks;

- limitations on the amounts and types of insurance coverage commercially available; and

- uncertainties with respect to the technological and financial aspects of decommissioning nuclear facilities at the end of their useful lives.

The prolonged unavailability of Comanche Peak could materially affect our financial condition and results of operations, particularly when the cost to produce power at Comanche Peak is significantly less than market wholesale power prices. The following are among the more significant of these risks:

- *Operational Risk*—Operations at any nuclear generation plant could degrade to the point where the plant would have to be shut down. If such degradations were to occur, the process of identifying and correcting the causes of the operational downgrade to return the plant to operation could require significant time and expense, resulting in both lost revenue and increased fuel and purchased power expense to meet supply commitments. Furthermore, a shut-down or failure at any other nuclear generation plant could cause regulators to require a shut-down or reduced availability at Comanche Peak.

- *Regulatory Risk*—The NRC may modify, suspend or revoke licenses and impose civil penalties for failure to comply with the Atomic Energy Act, the regulations under it or the terms of the licenses of nuclear generation facilities. Unless extended, the NRC operating licenses for Comanche Peak Unit 1 and Unit 2 will expire in 2030 and 2033, respectively. Changes in regulations by the NRC could require a substantial increase in capital expenditures or result in increased operating or decommissioning costs.

- *Nuclear Accident Risk*—Although the safety record of Comanche Peak and other nuclear generation plants generally has been very good, accidents and other unforeseen problems have occurred both in the United States and elsewhere. The consequences of an accident can be severe and include loss of life, injury, lasting negative health impact and property damage. Any accident, or perceived accident, could subject us to significant liabilities and damage our reputation. Any such resulting liability from a nuclear accident could exceed our resources, including insurance coverage.

*The operation and maintenance of electricity generation and delivery facilities involves significant risks that could adversely affect our results of operations and financial condition.*

The operation and maintenance of electricity generation and delivery facilities involves many risks, including, as applicable, start-up risks, breakdown or failure of facilities, lack of sufficient capital to maintain the facilities, the dependence on a specific fuel source or the impact of unusual or adverse weather conditions or other natural events, as well as the risk of performance below expected levels of output, efficiency or reliability, the occurrence of any of which could result in lost revenues and/or increased expenses. A significant number of Luminant's facilities were constructed many years ago. In particular, older generating equipment and transmission and distribution equipment, even if maintained in accordance with good engineering practices, may

42

EFIHMW00208172

require significant capital expenditures to keep operating at peak efficiency or reliability. The risk of increased maintenance and capital expenditures arises from (a) increased starting and stopping of generation equipment due to the volatility of the competitive market, (b) any unexpected failure to generate electricity, including failure caused by breakdown or forced outage and (c) damage to facilities due to storms, natural disasters, wars, terrorist acts and other catastrophic events. Further, our ability to successfully and timely complete capital improvements to existing facilities or other capital projects is contingent upon many variables and subject to substantial risks. Should any such efforts be unsuccessful, we could be subject to additional costs and/or the write-off of our investment in the project or improvement.

Insurance, warranties or performance guarantees may not cover all or any of the lost revenues or increased expenses, including the cost of replacement power. Likewise, our ability to obtain insurance, and the cost of and coverage provided by such insurance, could be affected by events outside our control.

***Our cost of compliance with environmental laws and regulations and our commitments, and the cost of compliance with new environmental laws, regulations or commitments could materially adversely affect our results of operations and financial condition.***

We are subject to extensive environmental regulation by governmental authorities. In operating our facilities, we are required to comply with numerous environmental laws and regulations and to obtain numerous governmental permits. We may incur significant additional costs beyond those currently contemplated to comply with these requirements. If we fail to comply with these requirements, we could be subject to civil or criminal liabilities and fines. Existing environmental regulations could be revised or reinterpreted, new laws and regulations could be adopted or become applicable to us or our facilities, and future changes in environmental laws and regulations could occur, including potential regulatory and enforcement developments related to air emissions.

In conjunction with the building of three new generation units, we have committed to reduce emissions of mercury, nitrogen oxide ("NO$_X$") and sulfur dioxide ("SO2") associated with our baseload generation units so that the total of these emissions from both existing and new lignite coal-fueled units are 20% below 2005 levels. We may incur significantly greater costs than those contemplated in order to achieve this commitment. We may also make new environmental commitments and incur significant additional costs in order to achieve such commitments.

We will put in place a Sustainable Energy Advisory Board that will focus on assisting us in pursuing technology development opportunities that, among other things, are designed to reduce our impact on the environment. We may incur significant costs in addition to the costs referenced above as we pursue these opportunities.

We may not be able to obtain or maintain all required environmental regulatory approvals. If there is a delay in obtaining any required environmental regulatory approvals or if we fail to obtain, maintain or comply with any such approval, the operation of our facilities could be stopped, curtailed or modified or become subject to additional costs.

In addition, we may be responsible for any on-site liabilities associated with the environmental condition of facilities that we have acquired, leased or developed, regardless of when the liabilities arose and whether they are known or unknown. In connection with certain acquisitions and sales of assets, we may obtain, or be required to provide, indemnification against certain environmental liabilities. Another party could, depending on the circumstances, assert an environmental claim against us or fail to meet its indemnification obligations to us.

Increasing attention to potential environmental effects of "greenhouse" gas emissions may result in new regulation and restrictions on emissions of certain gasses that may be contributing to warming the earth's atmosphere. Several bills addressing climate change have been introduced in the U.S. Congress and, in April

43

2007, the U.S. Supreme Court issued a decision ruling the EPA improperly declined to address carbon dioxide impacts in a rulemaking related to new motor vehicle emissions. While this decision is not directly applicable to power plant emissions, the reasoning of the decision could affect other regulatory programs. The impact on us of any future greenhouse gas legislation or other regulation will depend in large part on the details of the requirements and the timetable for mandatory compliance. Although we continue to assess the financial and operational risks posed by possible future legislative changes pertaining to greenhouse gas emissions, we are currently unable to predict any future impact on our financial condition and operations.

### *The rates of Oncor Electric Delivery's electric delivery business are subject to regulatory review.*

The rates charged by Oncor Electric Delivery are regulated by the PUCT and certain cities and are subject to cost-of-service regulation and annual earnings oversight. This regulatory treatment does not provide any assurance as to achievement of earnings levels. Oncor Electric Delivery's rates are regulated based on an analysis of Oncor Electric Delivery's costs and capital structure, as reviewed and approved in a regulatory proceeding. While rate regulation is premised on the full recovery of prudently incurred costs and a reasonable rate of return on invested capital, there can be no assurance that the PUCT will judge all of Oncor Electric Delivery's costs to have been prudently incurred, that the PUCT will not reduce the amount of invested capital included in the capital structure that Oncor Electric Delivery's rates are based upon or that the regulatory process in which rates are determined will always result in rates that will produce full recovery of Oncor Electric Delivery's costs, including regulatory assets reported in the balance sheet, and the return on invested capital allowed by the PUCT. The PUCT may reduce Oncor Electric Delivery's rates to the extent the PUCT finds in a proceeding related to the Merger that the Merger is not in the public interest and disallow the effect of the Merger on rates if the PUCT finds that Merger will unreasonably affect Oncor Electric Delivery's sales or service. The PUCT is currently reviewing the report of the Merger filed by Oncor Electric Delivery and Texas Holdings in a contested proceeding. Several of the parties to this proceeding, including Oncor Electric Delivery and the PUCT staff, have agreed on the terms of a settlement; however, a hearing on the merits to consider this non-unanimous settlement has been scheduled for December 12-13, 2007.

In 2004, certain cities within our historical service territory, acting in their role as a regulatory authority (with original jurisdiction), initiated inquiries to determine if Oncor Electric Delivery's PUCT-established rates were just and reasonable. Oncor Electric Delivery has entered into settlements deferring rate action, but Oncor Electric Delivery will be required to file a rate case in 2008, based on a 2007 test year, unless Oncor Electric Delivery and the cities mutually agree that such a filing is unnecessary.

At the request of the PUCT, the PUCT Staff filed a petition in March 2007 requesting that the PUCT order Oncor Electric Delivery to file a rate case based on a test year ending December 31, 2006. PUCT Staff stated that it would be advantageous to review Oncor Electric Delivery's costs prior to major ownership and organizational changes that are expected as a result of the Merger in order to establish a baseline from which to assess any cost changes resulting from the announced changes. In April 2007, the PUCT issued an order requiring Oncor Electric Delivery to file a rate case based on a test year ending December 31, 2006. On August 28, 2007, Oncor Electric Delivery made the required filing, and the filing supports a rate increase of approximately $85 million over current rates subject to the original jurisdiction of the PUCT. However, Oncor Electric Delivery requested that the PUCT enter an order abating the proceeding, except that the PUCT convene a technical conference to consider a final order in this Docket No. 34040 that would include the following provisions: (i) the PUCT will take "no action" on Oncor Electric Delivery's proposed rate filing package and will enter an order confirming that Oncor Electric Delivery's current rates will remain in effect until otherwise changed by a final order of the PUCT or other appropriate jurisdictional authority; (ii) Oncor Electric Delivery will be required to file a system-wide rate case with the Settlement Agreement between Oncor Electric Delivery and certain cities in its service territory; (iii) Oncor Electric Delivery will be required to file an Earnings Monitor Report ("EMR") with the PUCT no later than March 15, 2008, for the calendar year 2007, and no later than March 15, 2009, for calendar year 2008, notwithstanding the pendency at the PUCT of this or any other Oncor Electric Delivery rate case; and (iv) the PUCT will enter an accounting order, or similar directive, providing that if Oncor Electric Delivery's

44

EFIHMW00208174

2008 or 2009 EMR filings demonstrate that Oncor Electric Delivery earned more than 10.75% return on equity ("ROE") during the relevant period covered by the EMR filing, on a weather normalized basis, Oncor Electric Delivery will record a credit to the underrecovery balance in its insurance reserve, such that the additional expense would result in Oncor Electric Delivery's ROE for the relevant period being no higher than 10.75%. Many of the parties to this rate case have agreed to a settlement of this proceeding in conjunction with the settlement of the proceeding concerning the PUCT's review of the Merger described above. A hearing on the merits to consider that non-unanimous settlement has been scheduled for December 12-13, 2007. We cannot predict the outcome of that hearing.

Because the PUCT has original jurisdiction over only transmission rates and the distribution rates charged in unincorporated areas and within cities that have ceded original jurisdiction to the PUCT, Oncor Electric Delivery estimates that approximately one-third of its operating revenues may be subject to change in this rate proceeding.

While we believe Oncor Electric Delivery's rates are just and reasonable, we cannot predict the results of any rate case.

***Our growth strategy, including our investment in three new lignite coal-fueled generation facilities, may not be executed as planned which could adversely impact our financial condition and results of operations.***

There can be no guarantee that the execution of our growth strategy will be successful. As discussed below, our growth strategy is dependent upon many factors. Changes in laws, regulations, markets, costs or other factors could negatively impact the execution of our growth strategy, including causing management to change the strategy. Even if we are able to execute our growth strategy, it may take longer than expected and costs may be higher than expected.

With respect to Luminant Construction's lignite coal-fueled generation development program, there can be no guarantee that the execution of the program will be successful. While Luminant Construction has experience in operating lignite coal-fueled generation facilities. it has limited experience in developing and constructing such facilities. To the extent construction is not managed efficiently and to a timely conclusion, cost overruns may occur resulting in the overall program costing significantly more than anticipated. This may also result in delays in the expected online dates for the facilities resulting in less overall income than projected. While Luminant Construction believes it can acquire the resources needed to effectively execute this program, it is exposed to the risk that it may not be able to attract and retain skilled labor, at projected rates, for developing and constructing these new facilities.

Luminant Construction's lignite coal-fueled generation development program is subject to changes in laws, regulations and policies that are beyond its control. Changes in law. regulation or policy regarding commodity prices, power prices, electric competition or solid-fuel generation facilities or other related matters could adversely impact this program. In recent months, global warming has received significant media attention, which has resulted in legislators focusing on environmental laws, regulations and policies. Changes in any environmental law, regulation or policy, such as regulations of emissions of carbon dioxide, could adversely impact this program.

Luminant Construction's lignite coal-fueled generation development program is subject to changes in the electricity market, primarily ERCOT for its new build program in Texas, that are beyond its control. If demand growth is less than expected or if other generation companies build new generation assets in ERCOT, Luminant Construction's program could impact market prices of power such that the new generation capacity becomes uneconomical. In addition, any unanticipated reduction in wholesale electricity prices, market heat rates and natural gas prices, which could occur for a variety of reasons, could adversely impact this program. Even if Luminant Construction enters into hedges to reduce such exposures, it would still be subject to the credit risk of its counterparties.

45

Confidential

EFIHMW00208175

**PX 008**
**Page 54 of 501**

Luminant Construction's lignite coal-fueled generation development program is subject to other risks that are beyond its control. For example, Luminant Construction is exposed to the risk that a change in technology for electricity generation facilities and/or emissions control technologies may make other generation facilities less costly and more attractive than Luminant Construction's new lignite coal-fueled generation facilities. Luminant Construction is subject to risks relating to transmission capabilities and constraints. Luminant Construction is also exposed to the risk that its contractors may default on their obligations to Luminant Construction and compensation for damages received, if any, will not cover its losses.

With respect to Oncor Electric Delivery's capital deployment program for its electric delivery facilities, there can be no guarantee that the execution of such program will be successful. There can be no assurance that the capital investments Oncor Electric Delivery intends to make in connection with its electric delivery business will produce the desired reductions in cost and improvements to service and reliability.

***TXU Energy's retail business is subject to the risk that sensitive customer data may be compromised, which could result in an adverse impact to its reputation and/or the results of operations of the retail business.***

TXU Energy's retail business requires access to sensitive customer data in the ordinary course of business. Examples of sensitive customer data are names, addresses, account information, historical electricity usage, expected patterns of use, payment history, credit bureau data, credit and debit card account numbers, drivers license numbers, social security numbers and bank account information. TXU Energy's retail business may need to provide sensitive customer data to vendors and service providers who require access to this information in order to provide services, such as call center operations, to the retail business. If a significant or widely publicized breach occurred, the reputation of TXU Energy's retail business may be adversely affected, customer confidence may be diminished, or TXU Energy's retail business may be subject to legal claims, any of which may contribute to the loss of customers and have a negative impact on the business and/or results of operations of the retail business.

***Ongoing performance improvement initiatives may not achieve desired cost reductions and may instead result in significant additional costs if unsuccessful.***

The implementation of performance improvement initiatives identified by management may not produce the desired reduction in costs and may result in disruptions arising from employee displacements and the rapid pace of changes to organizational structure and operating practices and processes. Specifically, we are subject to the risk that the joint venture outsourcing arrangement with Capgemini Energy LP ("Capgemini"), a subsidiary of Cap Gemini North America Inc., that provides business support services to us or other similar arrangements may not produce the desired cost savings. Should we wish to terminate or modify the arrangements with Capgemini or other providers, or if Capgemini or those other providers become financially unable to perform their obligations, we would incur transition costs, which would likely be significant, to switch to another vendor.

***TXU Energy relies on the infrastructure of local utilities or independent transmission system operators to provide electricity to, and to obtain information about, its customers. Any infrastructure failure could negatively impact customer satisfaction and could have a material negative impact on its business and results of operations.***

TXU Energy depends on transmission and distribution facilities owned and operated by unaffiliated utilities, as well as Oncor Electric Delivery's facilities, to deliver the electricity it sells to its customers. If transmission capacity is inadequate, TXU Energy's ability to sell and deliver electricity may be hindered, it may have to forgo sales or it may have to buy more expensive wholesale electricity than is available in the capacity-constrained area. For example, during some periods, transmission access is constrained in some areas of the Dallas-Fort Worth metroplex, where TXU Energy has a significant number of customers. The cost to provide service to these customers may exceed the cost to provide service to other customers, resulting in lower profits. In addition, any infrastructure failure that interrupts or impairs delivery of electricity to TXU Energy's customers could negatively impact the satisfaction of its customers with its service.

46

EFIHMW00208176

*TXU Energy offers bundled services to its retail customers, with some bundled services offered at fixed prices and for fixed terms. If TXU Energy's costs for these bundled services exceed the prices paid by its customers, TXU Energy's results of operations could be materially adversely affected.*

TXU Energy offers its customers a bundle of services that include, at a minimum, electricity plus transmission, distribution and related services. The prices TXU Energy charges for its bundle of services or for the various components of the bundle, any of which may be fixed by contract with the customer for a period of time, could fall below TXU Energy's underlying cost to provide the components.

*TXU Energy's retail business is subject to the risk that it will not be able to profitably serve its customers given the announced price protection and price cuts, which could result in an adverse impact to its reputation and/or results of operations of TXU Energy's retail business.*

In connection with the Merger, TXU Energy announced a 15% price reduction for residential customers in its historical service territory who have not already switched to one of the many pricing plans other than the basic month-to-month plan. These customers received a six percent reduction beginning in late March 2007, an additional four percent reduction in June 2007 and an additional five percent reduction in October 2007. In addition, TXU Energy announced that it will provide price protection for these customers through December 2008, ensuring that these customers receive the benefits of these savings through two summer seasons of peak energy usage. The prices TXU Energy charges during this period could fall below TXU Energy's underlying cost to provide electricity.

Although the PUCT does not have the right to approve the REP certification pursuant to the Merger, the PUCT may at anytime initiate an investigation into whether TXU Energy has met all of the requirements for REP certification including financial requirements, so that it can maintain its REP certification. Any removal or revocation of a REP certification would mean that TCEH or TXU Energy, as applicable, would no longer be allowed to provide electric service to retail customers.

*Changes in technology may reduce the value of Luminant's generation plants and/or Oncor Electric Delivery's electric delivery facilities and may significantly impact our business in other ways as well.*

Research and development activities are ongoing to improve existing and alternative technologies to produce electricity, including gas turbines, fuel cells, microturbines and photovoltaic (solar) cells. It is possible that advances in these or other technologies will reduce the costs of electricity production from these technologies to a level that will enable these technologies to compete effectively with the traditional generation plants owned by Luminant. While demand for electric energy services is generally increasing throughout the United States, the rate of construction and development of new, more efficient generation facilities may exceed increases in demand in some regional electric markets. Consequently, where we have facilities, the profitability and market value of Luminant's generation assets could be significantly reduced. Also, electricity demand could be reduced by increased conservation efforts and advances in technology, which could likewise significantly reduce the value of Luminant's generation assets and Oncor Electric Delivery's electric delivery facilities. Changes in technology could also alter the channels through which retail electric customers buy electricity. To the extent self-generation facilities become a more cost-effective option for certain customers, our revenues could be reduced.

*Our future results of operations may be negatively impacted by settlement adjustments determined by ERCOT related to prior periods.*

ERCOT is the independent system operator that is responsible for maintaining reliable operation of the bulk electric power supply system in the ERCOT market. Its responsibilities include the clearing and settlement of electricity volumes and related ancillary services among the various participants in the deregulated Texas market. Settlement information is due from ERCOT within two months after the operating day, and true-up settlements

47

Confidential

are due from ERCOT within six months after the operating day. As a result, we are subject to settlement adjustments from ERCOT related to prior periods, which may result in charges or credits impacting our future reported results of operations.

*Our results of operations and financial condition could be negatively impacted by any development or event beyond our control that causes economic weakness in the ERCOT market.*

We derive substantially all of our revenues from our operations in the ERCOT market, which covers approximately 75% of the geographical area in the state of Texas. As a result, regardless of the state of the economy in areas outside the ERCOT market, economic weakness in the ERCOT market could lead to reduced demand for electricity in the ERCOT market. Such a reduction could have a material negative impact on our results of operations and financial condition.

*Our (or an applicable subsidiary's) credit ratings could negatively affect our (or the pertinent subsidiary's) ability to access capital and could require us or our subsidiaries to post collateral or repay certain indebtedness.*

Downgrades in our or any of our subsidiaries' long-term debt ratings generally cause borrowing costs to increase and the potential pool of investors and funding sources to decrease and might trigger liquidity demands pursuant to the terms of a number of commodity contracts, leases and other agreements. On October 8, 2007, Fitch Ratings downgraded our long term debt ratings and on October 9, 2007, both Moody's Investors Services, Inc. and Standard & Poor's Ratings Services, a division of the McGraw Hill Companies, also downgraded our long term debt ratings.

Most of our large customers, suppliers and counterparties require an expected level of creditworthiness in order for them to enter into transactions with us. As our (or an applicable subsidiary's) credit ratings decline, the costs to operate our business will likely increase because counterparties may require the posting of collateral in the form of cash-related instruments, or counterparties may decline to do business with us.

In addition, in connection with the Merger, Oncor Electric Delivery has committed to the PUCT that it will, in its 2007 and 2008 rate cases, support a cost of debt that does not exceed its actual cost of debt immediately prior to the announcement of the Merger. As such, in connection with these rate cases, in certain circumstances Oncor Electric Delivery may not be able to recover additional debt costs caused by a credit rating downgrade.

*Our liquidity needs could be difficult to satisfy under some circumstances, particularly during times of uncertainty in the financial markets and/or during times when there are significant increases in natural gas prices. The inability to access liquidity, particularly on favorable terms, could materially adversely affect our results of operations and/or financial condition.*

Our businesses are capital intensive. We and our subsidiaries rely on access to financial markets as a significant source of liquidity for capital requirements not satisfied by cash-on-hand or operating cash flows. The inability to raise capital on favorable terms, particularly during times of uncertainty in the financial markets similar to that which is currently being experienced in the financial markets, could impact our ability to sustain and grow our businesses and would likely increase capital costs. Our access to the financial markets could be adversely impacted by various factors, such as:

- changes in financial markets that reduce available credit or the ability to obtain or renew liquidity facilities on acceptable terms;

- economic weakness in the ERCOT market;

- changes in interest rates;

- a deterioration of our credit or the credit of our subsidiaries or a reduction in our credit ratings or the credit ratings of our subsidiaries;

48

Confidential

EFIHMW00208178

- volatility in commodity prices that increases margin or credit requirements;
- a material breakdown in our risk management procedures; and
- the occurrence of material adverse changes in our businesses that restrict our ability to access our liquidity facilities.

Although we expect to actively manage the liquidity exposure of existing and future hedging arrangements, given the size of our long-term hedging program, any significant increase in the price of natural gas could result in our subsidiaries being required to provide cash or letter of credit collateral in substantial amounts. In addition, any perceived reduction in our or one of our subsidiary's credit quality could result in clearing agents or other counterparties requesting additional collateral.

In addition, given the size of our long-term hedging program, any significant increase in the price of natural gas could result in our subsidiaries being required to provide cash or letter of credit collateral (i.e. margin) in very large amounts. In addition, any perceived reduction in our or one of our subsidiary's credit quality could result in clearing agents or other counterparties requesting additional margin. In the event our liquidity facilities are being used largely to support our long-term hedging program as a result of a significant increase in the price of natural gas or significant reduction in credit quality, we and our subsidiaries may have to forego certain capital expenditures or other investments in our businesses or other business opportunities.

Further, a lack of available liquidity could adversely impact the evaluation of our and our subsidiaries' creditworthiness by counterparties and rating agencies. In particular, such concerns by existing and potential counterparties could significantly limit TCEH's wholesale markets activities, including its long-term hedging program.

### The loss of the services of our key management and personnel could adversely affect our ability to operate our business.

Our future success will depend on our ability to continue to attract and retain other highly qualified personnel. We compete for such personnel with many other companies, in and outside our industry, government entities and other organizations. We may not be successful in retaining our current personnel or in hiring or retaining qualified personnel in the future. Additionally, the Merger may have a negative impact on our ability to attract and retain key management and other employees. Our failure to attract new personnel or retain our existing personnel could have a material adverse effect on our business.

Our future success depends, to a significant extent, on the abilities and efforts of our executive officers and other members of our management team. Energy Future Holdings Corp.'s chief executive officer resigned following the consummation of the Merger. We have not yet identified a successor to Energy Future Holdings Corp.'s chief executive officer. In addition, one or more of Energy Future Holdings Corp.'s other executive officers may elect to leave the company as a result of the Merger. Energy Future Holdings Corp.'s chief executive officer and other executive officers have substantial experience and expertise in our industry, which we have relied upon significantly. We cannot assure you that we will be able to attract and retain new members of management to replace Energy Future Holdings Corp.'s chief executive officer and any other executive officers that may leave. If we are not successful in doing so, our business may be adversely affected.

### The Sponsors control us and may have conflicts of interest with us or you in the future.

The Sponsors indirectly own approximately 62% of our capital stock on a fully-diluted basis through their investment in Texas Holdings. As a result, the Sponsors have control over our decisions to enter into any corporate transaction and will have the ability to prevent any transaction that requires the approval of stockholders regardless of whether noteholders believe that any such transactions are in their own best interests. For example, the Sponsors could cause us to make acquisitions that increase the amount of indebtedness that is secured or that is senior to the notes offered hereby or to sell assets, which may impair our ability to make payments under the notes.

Confidential

EFIHMW00208179

Additionally, the Sponsors are in the business of making investments in companies and may from time to time acquire and hold interests in businesses that compete directly or indirectly with us. The Sponsors may also pursue acquisition opportunities that may be complementary to our business and, as a result, those acquisition opportunities may not be available to us. So long as the Sponsors, or other funds controlled by or associated with the Sponsors, continue to indirectly own a significant amount of the outstanding shares of our common stock, even if such amount is less than 50%, the Sponsors will continue to be able to strongly influence or effectively control our decisions.

Confidential

EFIHMW00208180

**PX 008**
**Page 59 of 501**

# THE TRANSACTIONS

## *The Merger*

On October 10, 2007, Merger Sub, Texas Holdings' wholly owned subsidiary, acquired Energy Future Holdings Corp. through a merger of Merger Sub with and into Energy Future Holdings Corp. under the terms and conditions of the Merger Agreement. Upon the effectiveness of the Merger, each share of Energy Future Holdings Corp. common stock outstanding immediately prior to the Merger (other than shares held by us or any of Energy Future Holdings Corp.'s subsidiaries or Texas Holdings or any of its subsidiaries, including Merger Sub, in each case not held on behalf of third parties, or shares held by holders who properly exercised their rights of dissent and appraisal under Texas law) was cancelled and converted into the right to receive $69.25 in cash, without interest and less any applicable withholding taxes.

## *Equity Contributions*

At the closing of the Merger, Texas Holdings received an aggregate equity investment of approximately $8.3 billion. Investment funds affiliated with the Sponsors, or their respective assignees, contributed approximately $5.1 billion to Texas Holdings. In addition, Citigroup Global Markets Inc. and Morgan Stanley & Co. Incorporated, each of which is a placement agent participating in this offering, or their respective affiliates each made equity investments of approximately $250 million in Texas Holdings. The Sponsors obtained approximately $2.3 billion in equity investments from other existing investors in KKR's and TPG's private equity funds and other third party investors. Following the closing of the Merger, the Sponsors owned approximately 62% of the limited partnership units issued by Texas Holdings in connection with the Merger. In addition, investment funds affiliated with LBI, which is a placement agent participating in this offering, contributed approximately $412 million in equity investments. LBI's equity contribution represents slightly less than 5% of the limited partnership units issued by Texas Holdings in connection with the Merger.

## *Debt Financing*

In connection with the Merger, in addition to the Equity Contributions described above, we entered into the EFH Senior Interim Facility and TCEH entered into the TCEH Senior Secured Facilities and the TCEH Senior Interim Facility, in each case, arranged by a consortium of arrangers and bookrunners (the "Arranger Group"). For a description of the material terms of each component of the Debt Financing, see "Description of Other Indebtedness."

Also, in connection with the Merger, the Receivables Program was amended, and the special purpose entities established by the third party financial institutions that participate in the Receivables Program requested that Oncor Electric Delivery repurchase the receivables that it had previously sold under the Receivables Program. Finally, Oncor Electric Delivery also entered into the Oncor Electric Delivery Revolving Facility with the Arranger Group.

### *EFH Senior Interim Facility*

The borrowings under the $4.5 billion EFH Senior Interim Facility were used to finance the Merger. Energy Future Intermediate Holding and Energy Future Competitive Holdings are guarantors of amounts borrowed under the EFH Senior Interim Facility. The proceeds from the offering of notes hereby, along with cash on hand, will be used to repay in full the EFH Senior Interim Facility.

### *TCEH Senior Secured Facilities*

The TCEH Senior Secured Facilities are comprised of:

> (i) the $16.45 billion TCEH Initial Term Loan Facility;

> (ii) the $4.1 billion TCEH Delayed Draw Term Loan Facility;

51

EFIHMW00208181

(iii) the $1.25 billion TCEH Letter of Credit Facility;

(iv) the $2.7 billion TCEH Revolving Facility, under which amounts are available (A) in the form of letters of credit and (B) for borrowings on same-day notice, referred to as the swingline loans; and

(v) the TCEH Commodity Collateral Posting Facility, the size of which is determined by the out-of-the-money mark-to-market exposure, inclusive of any unpaid settlement amounts, of TCEH and its subsidiaries on a hypothetical portfolio of certain commodity swaps and futures transactions.

The TCEH Senior Secured Facilities are guaranteed by Energy Future Competitive Holdings and subsidiaries of TCEH. The TCEH Initial Term Loan Facility was used to finance the Merger, redeem, refinance or repay certain existing indebtedness of Energy Future Holdings Corp. and its subsidiaries and to pay fees premiums and expenses incurred in connection with the Transactions (collectively, the "Merger Funds"). The TCEH Delayed Draw Term Loan Facility will be used by TCEH and its subsidiaries during the two-year period commencing on the closing date of the Merger to fund certain capital expenditures. The letters of credit under the TCEH Letter of Credit Facility will be used by TCEH and its subsidiaries for general corporate purposes. Borrowings under the TCEH Revolving Facility will be used by TCEH and its subsidiaries for working capital and for other general corporate purposes. The proceeds of drawings under the TCEH Commodity Collateral Posting Facility will be used to fund margin payments due on natural gas and commodity swaps and hedging arrangements, and to the extent not used for the above purposes, for other general corporate purposes of TCEH and its subsidiaries.

### TCEH Senior Interim Facility

The borrowings under the $6.75 billion TCEH Senior Interim Facility were used to finance the Merger. The TCEH Senior Interim Facility is jointly and severally guaranteed by Energy Future Competitive Holdings and each subsidiary of TCEH that guarantees obligations under the TCEH Senior Secured Facilities. The proceeds from the concurrent offering of the TCEH Notes, along with cash on hand, will be used to repay a portion of the amount outstanding under the TCEH Senior Interim Facility.

### Receivables Program

The Receivables Program, a commercial paper-backed accounts receivables securitization program, was amended in connection with the Merger.

### Oncor Electric Delivery Revolving Facility

The Oncor Electric Delivery Revolving Facility is comprised of a senior revolving credit facility in an aggregate principal amount of up to $2.0 billion, of which borrowings are available (a) in the form of letters of credit and (b) for borrowings on same-day notice, referred to as the swingline loans. In addition, subject to the satisfaction of certain conditions, Oncor Electric Delivery may increase the commitments under the Oncor Electric Delivery Revolving Facility in an amount up to $500 million. The letters of credit and proceeds of borrowings under the Oncor Electric Delivery Revolving Facility will be used by Oncor Electric Delivery and its subsidiaries for working capital and for other general corporate purposes.

### Ring-Fencing

Upon the consummation of the Merger, we and Oncor Electric Delivery implemented several measures that are referred to as "ring-fencing." Such measures included the following:

- the transfer of Energy Future Holdings Corp.'s ownership of Oncor Electric Delivery to Oncor Electric Delivery Holdings, a newly-formed special purpose, bankruptcy remote subsidiary, and immediately thereafter the transfer of Energy Future Holdings Corp.'s ownership of Oncor Electric Delivery Holdings to a newly-formed, wholly owned subsidiary, Energy Future Intermediate Holding;

52

Confidential

- the conversion of Oncor Electric Delivery from a Texas corporation to a Delaware limited liability company;

- the inclusion of covenants in Oncor Electric Delivery Holdings' and Oncor Electric Delivery's limited liability company agreements intended to enhance the separation of Oncor Electric Delivery Holdings and its subsidiaries, including Oncor Electric Delivery, from Texas Holdings and its other subsidiaries, including Energy Future Intermediate Holding;

- the establishment of boards of directors for Oncor Electric Delivery Holdings and Oncor Electric Delivery with a majority of members who meet the New York Stock Exchange requirements for independence in all material respects and whose unanimous consent will be required to take certain material actions, including (i) to consolidate or merge (A) with the Issuer or any of the Issuer's other subsidiaries or (B) with any other entity, if Oncor Electric Delivery Holdings or Oncor Electric Delivery, as applicable, would not be the surviving entity; (ii) to sell, transfer or dispose of all or substantially all of the assets of Oncor Electric Delivery Holdings or Oncor Electric Delivery, as applicable, without adequate provision for the payment of all of such entity's creditors; (iii) to institute, or consent to the institution of, bankruptcy or insolvency proceedings in respect of Oncor Electric Delivery Holdings or Oncor Electric Delivery, as applicable; or (iv) to the fullest extent permitted by law, to dissolve or liquidate Oncor Electric Delivery Holdings or Oncor Electric Delivery, as applicable, without adequate provision for the payment of all of such entity's creditors;

- the specific delegation to each of the board of directors and the independent directors of Oncor Electric Delivery, each acting by majority vote, of the right to prevent distributions, if it or they determine that it is in the best interests of Oncor Electric Delivery to retain such amounts to meet expected future requirements;

- after the appointment of the initial independent directors, the delegation of the ability to nominate, appoint, and fill vacancies in respect of the independent directors of Oncor Electric Delivery and Oncor Electric Delivery Holdings to a standing nominating committee of Oncor Electric Delivery Holdings' board, a majority of whose members are independent directors; and

- the incurrence of new indebtedness, evidenced by the Oncor Electric Delivery Revolving Facility, the lenders of which will be specifically relying on the separateness of Oncor Electric Delivery Holdings and Oncor Electric Delivery, and their assets, from Texas Holdings and its other subsidiaries.

The ring-fencing measures are based on certain principles articulated by rating agencies and certain commitments made by Texas Holdings and Oncor Electric Delivery to the PUCT and the FERC intended to further separate Oncor Electric Delivery from Texas Holdings and its subsidiaries and to mitigate Oncor Electric Delivery's credit exposure to those entities and to reduce the risk that the assets and liabilities of Oncor Electric Delivery Holdings or of any of its subsidiaries would be substantively consolidated with the assets and liabilities of Texas Holdings or of any of its other subsidiaries in the event of a bankruptcy of one or more of those entities. A number of ring-fencing measures put in place are expected to be incorporated into a PUCT order that would be legally binding on Oncor Electric Delivery. See "Regulation and Rates—Oncor Electric Delivery—Report Filed with the PUCT Regarding Merger."

The Transactions do not provide for new pledges or encumbrances of the assets of Oncor Electric Delivery for the benefit of the Issuer and its subsidiaries (other than the ring-fenced entities). Oncor Electric Delivery will not incur, guarantee or pledge assets in respect of any incremental new debt related to the Transactions. There is neither new debt issued by nor borrowing at Oncor Electric Delivery to finance the Transactions. None of the ring-fenced entities will guarantee or otherwise hold out its credit as being available to support the obligations of the Issuer or any of its subsidiaries (other than the ring-fenced entities). In addition, lenders under the EFH Senior Interim Facility, the TCEH Senior Interim Facility and the TCEH Senior Secured Facilities have acknowledged, and the holders of notes offered hereby and the TCEH Notes will acknowledge, by acceptance of the notes and the TCEH Notes issued in the concurrent offering, respectively, the legal separateness of Oncor

Confidential

EFIHMW00208183

Electric Delivery and its subsidiaries from the borrowers and guarantors under such financing documents. Lenders under the EFH Senior Interim Facility, the TCEH Senior Interim Facility and the TCEH Senior Secured Facilities also agreed, and the holders of the notes offered hereby and the TCEH Notes issued in the concurrent offering will agree, by acceptance of the notes and the TCEH Notes, respectively, that they will not initiate any bankruptcy proceedings against Oncor Electric Delivery Holdings or its subsidiaries and that Oncor Electric Delivery Holdings and its subsidiaries are entitled to enforce this non-petition covenant. See "Description of the Notes—General."

### Debt Repayment

Pursuant to the terms of the Merger Agreement, we commenced offers to purchase and consent solicitations with respect to the Specified Notes. In connection with the Merger, we have redeemed and repaid or expect to repay an aggregate of approximately $5.5 billion of existing indebtedness of the Issuer and its subsidiaries (including the Specified Notes, but excluding indebtedness of Oncor Electric Delivery), including debt that became payable upon the consummation of the Merger. See "Description of Other Indebtedness—Debt Repayment."

### Payments under Existing Stock Incentive Plans in Connection with the Merger

#### *Long-Term Incentive Plan ("LTIP") Performance Awards*

Energy Future Holdings Corp.'s LTIP performance awards were designed to provide incentives for Energy Future Holdings Corp. management, over a three-year period, linked to total shareholder return ("TSR," which is stock price appreciation/depreciation plus dividends) as compared to the companies in the S&P 500 Electric Utility Index and/or the S&P Multi-Utilities Index, and, for certain awards, in part on an absolute TSR over the relevant performance period. As the Merger caused Energy Future Holdings Corp.'s common stock to cease to be publicly-traded, the Organization and Compensation Committee of the Board of Directors of Energy Future Holdings Corp. had decided to end the performance periods under outstanding LTIP awards upon consummation of the Merger and make performance calculations based on relative TSR performance and/or absolute TSR performance through the consummation of the Merger measured by the $69.25 per share merger consideration (with awards measured on absolute TSR performance adjusted for the duration of the performance period through the closing). The cash amounts payable were determined by taking the number of shares of common stock issuable based upon the performance calculations, multiplied by $69.25. The amounts payable have vested and are not subject to forfeiture, provided that with respect to certain of our executive officers the payment of the vested amount will occur on January 2, 2008. For all other employees, amounts payable in respect of outstanding LTIP awards were paid at the closing of the Merger.

On October 10, 2007, Texas Holdings entered into an agreement with each of Michael McCall, Charles Enze, James Burke and Michael Greene pursuant to which such employee agreed to defer receipt of certain amounts in respect of 2005, 2006, and 2007 LTIP awards to which each would otherwise have been entitled as a result of the consummation of the Merger. In lieu of receipt of such amounts, each of Messrs. McCall, Enze, Burke and Greene received $3,000,000, $1,000,000, $2,500,000 and $3,000,000, respectively, worth of shares of common stock of Energy Future Holdings Corp.

The calculation of payout values as of the consummation of the Merger is based on Energy Future Holdings Corp.'s TSR relative to the other companies in the peer group indices referred to above and the defined absolute performance standard, as would be the case if the transaction never occurred. Factors that impact the ultimate payout level include the time it took to close the Merger and the shareholder returns of the other companies in the peer group indices through the closing date of the Merger. The maximum payments for LTIP awards for all participants would be equivalent to approximately 5.6 million shares of Energy Future Holdings Corp.'s common stock. The actual payouts for 2005, 2006 and 2007 awards were equivalent to approximately 5.3 million shares.

54

Confidential

*Directors' Deferred Stock Units*

Upon consummation of the Merger, all share units previously earned under the TXU Deferred Compensation Plan for Outside Directors were paid out in cash in an amount equal to each of Energy Future Holdings Corp.'s director's number of units held multiplied by $69.25. The aggregate number of share units held by the directors (including Dr. de Planque, who resigned on March 2, 2007) is 110,277 and the aggregate cash out value is approximately $8 million.

*Trust Funding*

Within 30 days after the consummation of the Merger, Energy Future Holdings Corp. will be obligated to (1) fully fund into a trust all of the unfunded obligations under the TXU Salary Deferral Program and the TXU Second Supplemental Retirement Plan and (2) fund a trust to pay for the premiums on the vested portion of the TXU Split Dollar Life Insurance Program until such time as the cash surrender value is sufficient to maintain the policy. Such funding is for the benefit of all participants in such plans (including our executive officers) and the aggregate trust funding for such benefits is expected to be approximately $14 million.

In addition, Energy Future Holdings Corp. funded into a trust all amounts payable in respect of LTIP awards which were not paid out at the consummation of the Merger. For this purpose, prior to the consummation of the Merger, Energy Future Holdings Corp. established an irrevocable rabbi trust and immediately prior to the consummation of the Merger funded such trust with the amounts payable in respect of such LTIP awards, including any anticipated accrued dividend. The trust is expected to have an independent trustee, such as a trust company, which will administer all amounts held in the trust. The trust document provides that any funds in the trust associated with 2005, 2006 and 2007 LTIP awards will be paid out on January 2, 2008. LTIP award participants with funds in this trust would receive, as of the date of the consummation of the Merger, a statement listing the amount of the funds to which he or she is entitled and the timing of payment.

55

Confidential

EFIHMW00208185

## USE OF PROCEEDS

We estimate that we will receive net proceeds from the offering of the notes, after deducting the placement agents' fees and expenses of the offering payable by us, of $4.46 billion. We intend to use the net proceeds of this offering, along with cash on hand, to repay all of the $4.5 billion of loans outstanding under the EFH Senior Interim Facility. $2.0 billion of the indebtedness under the EFH Senior Interim Facility that we intend to repay currently bears interest at a rate equal to LIBOR plus a margin of 4.000%. The remaining $2.5 billion of indebtedness under the EFH Senior Interim Facility that we intend to repay currently bears interest at a rate equal to LIBOR plus a margin of 4.250%.

The borrowings under the EFH Senior Interim Facility, along with the Equity Contributions and certain other portions of the Debt Financing, were used to finance the Merger. See "The Transactions."

Confidential

EFIHMW00208186

PX 008
Page 65 of 501

# CAPITALIZATION

The following table sets forth our consolidated cash and cash equivalents and our capitalization as of June 30, 2007 on a historical basis and a pro forma basis after giving effect to the Transactions, this offering and the concurrent offering of TCEH Notes and the use of proceeds therefrom.

The information in this table should be read in conjunction with "The Transactions," "Energy Future Holdings Corp. Unaudited Pro Forma Condensed Consolidated Financial Statements," "Energy Future Holdings Corp. Selected Historical Consolidated Financial Data," "Energy Future Holdings Corp. Management's Discussion and Analysis of Financial Condition and Results of Operations" and our audited and unaudited financial statements included elsewhere in this offering memorandum.

| | As of June 30, 2007 | |
| --- | --- | --- |
| | Historical | Pro Forma |
| | (millions of dollars) | |
| Cash and cash equivalents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 422 | $ 135 |
| **Debt:** | | |
| Energy Future Holdings Corp.: | | |
| Unsecured debt[1][2] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 3,725 | $ 2,700 |
| Notes offered hereby[3] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 4,500 |
| Total Energy Future Holdings Corp. debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,725 | 7,200 |
| Energy Future Competitive Holdings: | | |
| Secured debt[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 198 | 198 |
| Unsecured debt[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | 19 |
| Total Energy Future Competitive Holdings debt . . . . . . . . . . . . . . . . . . . . . | 217 | 217 |
| TCEH: | | |
| Secured debt[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 92 | 92 |
| Unsecured debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,980 | 1,535 |
| TCEH Senior Secured Facilities[5] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 19,287 |
| TCEH Senior Interim Facility[6] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 3,750 |
| TCEH Notes[6] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 3,000 |
| Total TCEH debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,072 | 27,664 |
| Oncor Electric Delivery: | | |
| Secured debt[7] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,026 | 1,026 |
| Unsecured debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,989 | 3,989 |
| Total Oncor Electric Delivery debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,015 | 5,015 |
| Debt of Other Subsidiaries: | | |
| Secured debt[1][4] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 93 | 93 |
| Total consolidated debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15,122 | 40,189 |
| Total stockholders' equity[8] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,045 | 8,300 |
| Total capitalization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $16,167 | $48,489 |

(1) Does not reflect the effects of purchase accounting on existing debt at the time of the Merger resulting in an expected discount of $1.1 billion or $1.25 billion related to the TCEH Letter of Credit Facility. For Energy Future Competitive Holdings, excludes Energy Future Competitive Holdings' secured guarantee of $19.3 billion of borrowings by TCEH under the TCEH Senior Secured Facilities.

(2) Excludes Energy Future Competitive Holdings' unsecured guarantees of the notes offered hereby, the TCEH Senior Interim Facility and any TCEH Notes offered in the concurrent offering.

(3) Proceeds from this offering, along with cash on hand, will be used to repay in full the EFH Senior Interim Facility.

(4) Consists of building financing lease.

57

Confidential

EFIHMW00208187

**PX 008**
**Page 66 of 501**

(5) Upon the consummation of the Merger, TCEH entered into the TCEH Senior Secured Facilities. On the closing date of the Merger, approximately $19.3 billion was drawn under the TCEH Senior Secured Facilities (including $687 million that would have been drawn as of June 30, 2007 on a pro forma basis; $378 million was actually drawn under the TCEH Commodity Collateral Posting Facility) and approximately $5.9 billion (excluding amounts available under the TCEH Commodity Collateral Posting Facility and outstanding letters of credit) is expected to be available for additional borrowings by TCEH under the TCEH Senior Secured Facilities. See "Description of Other Indebtedness—TCEH Senior Secured Facilities."

(6) Proceeds from the concurrent offering of TCEH Notes, along with cash on hand, will be used to repay a portion of the amounts outstanding under the $6,750 million TCEH Senior Interim Facility.

(7) Consists of transition bonds issued by Oncor Electric Delivery Transmission Bond Company LLC. Upon consummation of the Merger, Oncor Electric Delivery entered into a $2.0 billion senior revolving credit facility available for working capital and for other general corporate purposes. On a pro forma basis, as of June 30, 2007, Oncor Electric Delivery would have drawn $955 million. Excludes approximately $113 million drawn to repurchase its receivables previously sold under the Receivables Program. See "Description of Other Indebtedness—Oncor Electric Delivery Revolving Facility."

(8) Pro forma total stockholders' equity reflects pro forma adjustments for eliminating the historical stockholders' equity of Energy Future Holdings Corp. and the actual amount of cash contributed by the Sponsors and the Investors and estimated management contributions to Energy Future Holdings Corp.

Confidential

EFIHMW00208188

## ENERGY FUTURE HOLDINGS CORP. UNAUDITED PRO FORMA
## CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

We derived the unaudited pro forma condensed consolidated financial statements set forth herein by the application of pro forma adjustments to our historical consolidated financial statements appearing elsewhere in this offering memorandum.

The unaudited pro forma condensed consolidated balance sheet as of June 30, 2007 gives effect to (a) the Transactions and (b) the issuance of the notes offered hereby and the TCEH Notes in the concurrent offering and the application of the proceeds of each offering, along with cash on hand, to repay in full the EFH Senior Interim Facility and to repay $3.0 billion in outstanding borrowings under the TCEH Senior Interim Facility, respectively (which is referred to as the "Interim Facility Refinancing"), as if the Transactions and the Interim Facility Refinancing had occurred on such date. The unaudited pro forma condensed consolidated income statements for the six months ended June 30, 2007, the six months ended June 30, 2006, the twelve months ended June 30, 2007 and the year ended December 31, 2006, give effect to the Transactions and the Interim Facility Refinancing as if the Transactions and Interim Facility Refinancing had occurred on January 1, 2006. The unaudited pro forma condensed consolidated financial statements are provided for informational purposes only and are not necessarily indicative of what our financial position or results of operations would have been if the Transactions and the Interim Facility Refinancing had occurred as of the dates indicated, or what our financial position or results of operations will be for any future periods. Assumptions underlying the pro forma adjustments are described in the accompanying notes, which should be read in conjunction with these unaudited pro forma condensed consolidated financial statements and with the following information:

- unaudited condensed consolidated financial statements and accompanying notes of Energy Future Holdings Corp. as of June 30, 2007 and for the three- and six-month periods ended June 30, 2007 and 2006 included elsewhere in this offering memorandum;

- audited consolidated financial statements and accompanying notes of Energy Future Holdings Corp. as of December 31, 2006 and 2005 and for each of the three years ended December 31, 2006 included elsewhere in this offering memorandum; and

- "Use of Proceeds," "The Transactions" and "Energy Future Holdings Corp. Management's Discussion and Analysis of Financial Condition and Results of Operations."

The Merger will be accounted for as a business combination using the purchase method of accounting in accordance with the provisions of SFAS No. 141. For purposes of the Merger, Energy Future Holdings Corp. is the acquired entity. Accordingly, we have adjusted the historical financial information of Energy Future Holdings Corp. to give effect to the impact of the consideration paid in connection with the Merger. In the Unaudited Condensed Consolidated Pro Forma Balance Sheet, Texas Holdings' cost to acquire Energy Future Holdings Corp. has been allocated to the assets to be acquired and liabilities to be assumed based on management's preliminary valuation estimates. For purposes of developing pro forma adjustments. we assumed that the historical values of current assets acquired and current liabilities assumed approximate their fair values, which may change as a result of fair valuation of certain of our assets, including intangible assets and liabilities. A final determination of the purchase accounting adjustments, including the allocation of the purchase price to the assets acquired and liabilities assumed based on their respective fair values, will not occur until the final determinations of fair values have been made. Accordingly, the purchase accounting adjustments with respect to the Merger made in connection with the development of these unaudited pro forma condensed consolidated financial statements are preliminary and have been made solely for purposes of developing such pro forma financial data. Therefore, final purchase accounting adjustments are subject to revisions based on final determinations of fair values following the close of the Merger, which may differ materially from the values used herein and may cause future results of operations to differ from the pro forma financial data presented.

These unaudited pro forma condensed consolidated financial statements do not reflect any pro forma adjustments related to Oncor Electric Delivery and its subsidiary's regulated operations that are accounted for

59

Confidential

EFIHMW00208189

**PX 008**
**Page 68 of 501**

under SFAS No. 71, which are comprised of the transmission and distribution operations of Oncor Electric Delivery with the exception of items related to the proposed PUCT settlement in connection with the Merger. Under the regulated rate setting process and mandated recovery provisions set by the PUCT, the fair value of Oncor Electric Delivery's assets and liabilities are estimated by their approximate carrying values. The estimated fair value of the assets and liabilities of these operations are materially affected by the current rate setting, and any future changes to, the rate structure set by the PUCT.

The impacts and adjustments in these unaudited pro forma condensed consolidated financial statements are based on events directly related to the Transactions and the Interim Facility Refinancing and do not represent projections or forward-looking statements. The unaudited pro forma financial data are for informational purposes only and should not be considered indicative of actual results that would have been achieved had these events actually been consummated on the dates indicated and do not purport to indicate results of operations as of any future date or for any future period. Further, the unaudited pro forma condensed consolidated financial statements do not reflect the impact of restructuring activities, cost savings, management compensation, nonrecurring charges, annual management fees, employee termination costs and other exit costs that may result from or in connection with the Merger. For example, the unaudited pro forma financial data do not give effect to the $35 million annual management fee to be paid to the Sponsors. See "Related Party Transactions." The unaudited pro forma condensed consolidated financial statements do not include certain transaction costs that may be expensed versus capitalized as part of the purchase price. The historical results of Energy Future Holdings Corp. and its subsidiaries are not necessarily indicative of the results that may be expected in any future period after the close of the Merger.

In preparing the unaudited pro forma condensed consolidated financial statements, the primary adjustments to the historical financial statements of Energy Future Holdings Corp. and its subsidiaries were purchase accounting adjustments which include adjustments necessary to (i) allocate the estimated purchase price to the tangible and intangible assets and liabilities of Energy Future Holdings Corp. and its subsidiaries based on their estimated fair values; and (ii) adjust for the impacts related to debt and other financing expected to be issued and repaid to consummate the Transactions.

Confidential

EFIHMW00208190

PX 008
Page 69 of 501

**ENERGY FUTURE HOLDINGS CORP.**

**UNAUDITED PRO FORMA CONDENSED CONSOLIDATED INCOME STATEMENT
FOR THE SIX MONTHS ENDED JUNE 30, 2007**

| | Historical[a] | Transaction Adjustments (in millions) | Pro Forma |
|---|---|---|---|
| Operating Revenues | $3,691 | $ 11[b] | $ 3,702 |
| Costs and expenses: | | | |
| Fuel, purchased power costs and delivery fees | 1,404 | 78[c] | 1,482 |
| Operating costs | 714 | | 714 |
| Depreciation and amortization | 403 | 174[d] | 577 |
| Selling, general and administrative expenses | 447 | | 447 |
| Franchise and revenue-based taxes | 176 | | 176 |
| Other Income | (45) | | (45) |
| Other deductions | 891 | | 891 |
| Interest income | (35) | | (35) |
| Interest expense and related charges | 418 | 1,385[e] | 1,803 |
| Total costs and expenses | 4,373 | 1,637 | 6,010 |
| Loss from continuing operations before income taxes | (682) | (1,626) | (2,308) |
| Income tax benefit | (294) | (569)[f] | (863) |
| Loss from continuing operations | $ (388) | $(1,057) | $(1,445) |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Income Statements, which are an integral part of these statements.

61

Confidential

EFIHMW00208191

**ENERGY FUTURE HOLDINGS CORP.**

**UNAUDITED PRO FORMA CONDENSED CONSOLIDATED INCOME STATEMENT**
**FOR THE SIX MONTHS ENDED JUNE 30, 2006**

| | Historical[a] | Transaction Adjustments | Pro Forma |
|---|---|---|---|
| | | (in millions) | |
| Operating Revenues | $4,971 | $   11[b] | $4,982 |
| Costs and expenses: | | | |
| Fuel, purchased power costs and delivery fees | 1,179 | 78[c] | 1,257 |
| Operating costs | 684 | | 684 |
| Depreciation and amortization | 413 | 174[d] | 587 |
| Selling, general and administrative expenses | 370 | | 370 |
| Franchise and revenue-based taxes | 174 | | 174 |
| Other Income | (55) | | (55) |
| Other deductions | 221 | | 221 |
| Interest income | (20) | | (20) |
| Interest expense and related charges | 431 | 1,385[e] | 1,816 |
| Total costs and expenses | 3,397 | 1,637 | 5,034 |
| Income (loss) from continuing operations before income taxes | 1,574 | (1,626) | (52) |
| Income tax expense (benefit) | 561 | (569)[f] | (8) |
| Income (loss) from continuing operations | $1,013 | $(1,057) | $   (44) |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Income Statements,
which are an integral part of these statements.

62

Confidential                                                        EFIHMW00208192

**PX 008**
**Page 71 of 501**

**ENERGY FUTURE HOLDINGS CORP.**

**UNAUDITED PRO FORMA CONDENSED CONSOLIDATED INCOME STATEMENT**
**FOR THE TWELVE MONTHS ENDED JUNE 30, 2007**

| | Historical | Transaction Adjustments (in millions) | Pro Forma |
|---|---|---|---|
| Operating Revenues | $9,576 | $ 23[(b)] | $ 9,599 |
| Costs and expenses: | | | |
| Fuel, purchased power costs and delivery fees | 3,009 | 156[(c)] | 3,165 |
| Operating costs | 1,403 | | 1,403 |
| Depreciation and amortization | 821 | 348[(d)] | 1,169 |
| Selling, general and administrative expenses | 893 | | 893 |
| Franchise and revenue-based taxes | 392 | | 392 |
| Other Income | (111) | | (111) |
| Other deductions | 940 | | 940 |
| Interest income | (60) | | (60) |
| Interest expense and related charges | 817 | 2,771[(e)] | 3,588 |
| Total costs and expenses | 8,104 | 3,275 | 11,379 |
| Income (loss) from continuing operations before income taxes | 1,472 | (3,252) | (1,780) |
| Income tax expense (benefit) | 407 | (1,138)[(f)] | (731) |
| Income (loss) from continuing operations | $1,065 | $(2,114) | $(1,049) |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Income Statements, which are an integral part of these statements.

63

Confidential

EFIHMW00208193

## ENERGY FUTURE HOLDINGS CORP.

### UNAUDITED PRO FORMA CONDENSED CONSOLIDATED INCOME STATEMENT
### FOR THE YEAR ENDED DECEMBER 31, 2006

| | Historical[a] | Transaction Adjustments (in millions) | Pro Forma |
|---|---|---|---|
| Operating Revenues | $10.856 | $ 23[b] | $10.879 |
| Costs and expenses: | | | |
|     Fuel, purchased power costs and delivery fees | 2,784 | 156[c] | 2,940 |
|     Operating costs | 1.373 | | 1.373 |
|     Depreciation and amortization | 830 | 348[d] | 1,178 |
|     Selling, general and administrative expenses | 819 | | 819 |
|     Franchise and revenue-based taxes | 390 | | 390 |
|     Other Income | (121) | | (121) |
|     Other deductions | 269 | | 269 |
|     Interest income | (46) | | (46) |
|     Interest expense and related charges | 830 | 2,771[e] | 3,601 |
|     Total costs and expenses | 7,128 | 3,275 | 10,403 |
| Income (loss) from continuing operations before income taxes | 3,728 | (3,252) | 476 |
| Income tax expense (benefit) | 1,263 | (1,138)[f] | 125 |
| Income (loss) from continuing operations | $ 2.465 | $(2,114) | $ 351 |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Income Statements, which are an integral part of these statements.

64

Confidential

EFIHMW00208194

# ENERGY FUTURE HOLDINGS CORP.

## Notes to Unaudited Pro Forma Condensed Consolidated Income Statements

(a) *Historical presentation*—the amounts presented for Energy Future Holdings Corp. are derived from Energy Future Holdings Corp.'s historical audited consolidated income statements for the year ended December 31, 2006 and Energy Future Holdings Corp.'s historical unaudited condensed consolidated income statements for the six month periods ended June 30, 2007 and June 30, 2006, in each case included elsewhere in this offering memorandum.

(b) *Revenues*—represents the pro forma adjustments required to record the amortization related to the fair value of intangible liabilities related to sales contracts or other legal or economic rights. For purposes of this adjustment, amortization was determined based on straight-line method over an estimated useful life of 31 years. These adjustments increased revenues by approximately $11 million, $11 million, $23 million and $23 million for the six month period ended June 30, 2007, the six month period ended June 30, 2006, the twelve month period ended June 30, 2007 and the year ended December 31, 2006, respectively. These items are required to be made to the operating revenues line item in the income statement since the activity associated with the underlying contracts or other legal or economic rights have historically been reported as a component of operating revenues.

(c) *Fuel, purchased power costs and delivery fees*—represents pro forma adjustments required to record the amortization related to the fair value of intangible assets related to contracts and other legal or economic rights. For purposes of this adjustment, amortization was determined for different categories of intangible assets based on a straight-line method over useful lives ranging from 15 to 28 years. These adjustments increased costs and expenses by approximately $78 million, $78 million, $156 million and $156 million for the six month period ended June 30, 2007, the six month period ended June 30, 2006, the twelve month period ended June 30, 2007 and the year ended December 31, 2006, respectively. These adjustments were required to be made to the fuel, purchased power costs and delivery fees line item in the income statement since the activity associated with the underlying contracts or other legal or economic rights is reported as a component of costs. Adjustments also include additional amortization expense for adjustments to nuclear fuel balances included in property, plant and equipment in the unaudited pro forma condensed consolidated balance sheet.

(d) *Depreciation and amortization expense*—represents the pro forma adjustment required to adjust property, plant and equipment to record power generation assets and other tangible property at their estimated fair values, as well as to record amortization of the fair value of customer-based intangible assets. For purposes of this adjustment, depreciation and amortization was determined for different categories of property based on a straight-line method over estimated useful lives ranging from 7 to 45 years. These adjustments increased depreciation and amortization expense approximately $174 million, $174 million, $348 million and $348 million for the six month period ended June 30, 2007, the six month period ended June 30, 2006, the twelve month period ended June 30, 2007 and the year ended December 31, 2006, respectively. Transmission and distribution assets are considered to be at fair value due to the regulatory recovery of these assets based on historical costs; accordingly, there were no increases or decreases to depreciation expense related to the regulated assets of Oncor Electric Delivery. An increase or decrease in the fair value of these assets of $500 million would result in an increase or decrease in depreciation and amortization expense of approximately $21 million and $10 million on an annual and six months basis, respectively.

(e) *Interest expense*—represents pro forma adjustments related to the increase in interest expense as a result of the borrowings made to finance the Merger, less certain interest expense associated with the debt that was repaid as part of the Transactions. In connection with the Merger, approximately $31,787 million of new debt was incurred by Energy Future Holdings Corp. and its subsidiaries, with approximately $5,470 million of existing debt repaid (see "Description of Other Indebtedness—Debt Repayment"), resulting in a net increase in debt of approximately $26,317 million. This increase in

65

EFIHMW00208195

**ENERGY FUTURE HOLDINGS CORP.**

**Notes to Unaudited Pro Forma Condensed Consolidated Statements of Income—Continued**

debt significantly increases the overall interest expense for the Issuer. The estimated increase in interest expense was calculated based on an assumed weighted-average interest rate of approximately 9.69% for the new debt to be issued in connection with the Merger. An incremental one-eighth percent increase or decrease in the assumed weighted average rates would increase or decrease interest expense by approximately $30 million on an annual basis and $15 million over a six month period.

Additionally, this adjustment includes interest amounts arising from the fair valuation of the existing debt of Energy Future Holdings Corp. and its subsidiaries that remained outstanding after the Merger. The final determination of the fair value of the debt will be based on the prevailing market interest rates as of the Merger and the necessary adjustment will be amortized as an increase (in the case of a discount to par value) or a decrease (in the case of a premium to par value) to interest expense over the remaining life of each debt issuance.

Further, this adjustment includes amounts to reduce interest expense for the removal of existing deferred financing costs, as well as the addition of interest expense associated with the estimated deferred financing costs of the Debt Financing in connection with the Merger.

|  | Six months | Twelve months |
|---|---|---|
|  | (in millions of dollars) | |
| **Interest Expense** | | |
| Cash interest | $1,302 | $2,605 |
| Amortization of deferred financing costs | 41 | 83 |
| Purchase accounting impacts | 42 | 83 |
| Total | $1,385 | $2,771 |

(f)  *Income tax provision*—represents the pro forma tax effect of the above adjustments based on an estimated statutory rate of approximately 35%. This estimate could change based on changes in the applicable tax rates and finalization of the tax position of the Issuer following the Merger.

66

Confidential

EFIHMW00208196

## ENERGY FUTURE HOLDINGS CORP.
### UNAUDITED PRO FORMA CONDENSED CONSOLIDATED BALANCE SHEET
### AS OF JUNE 30, 2007

| | Historical[a] | Transaction Adjustments (in millions) | Pro Forma |
|---|---|---|---|
| Cash and cash equivalents | $ 422 | $ (287)[b] | $ 135 |
| Restricted cash | 54 | | 54 |
| Trade accounts receivable—net | 1,016 | | 1,016 |
| Inventories | 428 | | 428 |
| Commodity and other derivative contractual assets | 299 | | 299 |
| Accumulated deferred income taxes | 829 | | 829 |
| Margin deposits related to commodity positions | 448 | (148)[c] | 300 |
| Other current assets | 189 | | 189 |
| Total current assets | 3,685 | (435) | 3,250 |
| Restricted cash | 119 | 1,250[d] | 1,369 |
| Investments | 742 | 130[e] | 872 |
| Property, plant and equipment—net | 19,387 | 7,299[f] | 26,686 |
| Goodwill | 542 | 24,750[g] | 25,292 |
| Intangible assets | — | 3,575[h] | 3,575 |
| Regulatory assets—net | 1,935 | (56)[i] | 1,879 |
| Commodity and other derivative contractual assets | 216 | | 216 |
| Other noncurrent assets | 362 | 424[j] | 786 |
| Total assets | 26,988 | 36,937 | 63,925 |
| Short-term borrowings | 2,350 | (2,195)[k] | 155 |
| Long-term debt due currently | 792 | (250)[k] | 542 |
| Trade accounts payable | 1,014 | | 1,014 |
| Commodity and other derivative contractual liabilities | 429 | | 429 |
| Margin deposits related to commodity positions | 35 | | 35 |
| Other current liabilities | 993 | 14[l] | 1,007 |
| Total current liabilities | 5,613 | (2,431) | 3,182 |
| Accumulated deferred income taxes | 3,121 | 3,995[m] | 7,116 |
| Investment tax credits | 353 | | 353 |
| Commodity and other derivative contractual liabilities | 876 | | 876 |
| Long-term debt, less amounts due currently | 11,917 | 27,704[k] | 39,621 |
| Other noncurrent liabilities and deferred credits | 4,063 | 414[l] | 4,477 |
| Total liabilities | 25,943 | 29,682 | 55,625 |
| Shareholders' equity | 1,045 | 7,255[n] | 8,300 |
| Total liabilities and shareholders' equity | $26,988 | $36,937 | $63,925 |

See accompanying Notes to Unaudited Pro Forma Condensed Consolidated Balance Sheet, which are
an integral part of these statements.

67

Confidential

EFIHMW00208197

**ENERGY FUTURE HOLDINGS CORP.**
Notes to Unaudited Pro Forma
Condensed Consolidated Balance Sheet—Continued

(a) *Historical presentation*—The amounts presented for Energy Future Holdings Corp. are derived from the historical unaudited consolidated balance sheet as of June 30, 2007 included elsewhere in this offering memorandum.

(b) *Cash and cash equivalents*—represents the pro forma adjustments required to reflect cash changes resulting from payment of certain transaction fees, return of margin deposits and amounts related to the termination of a LESOP trust.

(c) *Margin deposits related to commodity positions*—represents pro forma adjustments for the return of certain margin deposits related to commodity positions that were returned to us as part of the implementation of the TCEH Commodity Collateral Posting Facility.

(d) *Restricted cash*—represents pro forma adjustment related to the increase in restricted cash representing cash received from the TCEH Letter of Credit Facility, which was fully funded at the close of the Merger.

(e) *Investments*—represents the pro forma adjustment required to adjust certain investments in real estate to their fair values.

(f) *Property, plant and equipment*—represents the pro forma adjustment required to record power generation assets, nuclear fuel and other property, plant and equipment at fair value. Transmission and distribution assets are considered to be at fair value due to the regulatory recovery of these assets based on historical costs. This adjustment also includes the elimination of existing accumulated depreciation recorded to date as the property will have a new cost basis to be depreciated after the completion of the Transactions. Additionally, this adjustment includes amounts related to fair value estimates for existing real estate and development projects. All of these adjustments were determined by using management's estimates and assumptions related to the fair value of the assets based on current market indicators for fuel prices, emissions and regulatory costs, electricity prices, operation and maintenance costs, readily observable real estate transactions and other market factors. The estimated fair values used in this adjustment are preliminary and are significantly affected by assumptions that could change materially based on market factors at the time of the Merger. The net increase in property, plant and equipment will be depreciated over the estimated remaining useful lives of related depreciable assets, which range from 8 to 45 years, while the increase in value related to real estate will not be depreciated for financial reporting purposes.

(g) *Goodwill*—represents the excess of the purchase price for the Merger over the estimated fair values of the assets acquired and liabilities assumed. The total estimated purchase price is calculated based on the per share Merger consideration of $69.25 multiplied by the expected number of shares outstanding at the closing of the Merger, plus estimated transaction costs that are directly related to the Merger. The following table summarizes the purchase price calculation (in millions):

| | |
|---|---:|
| Number of effectively outstanding shares of Energy Future Holdings Corp. common stock as of June 30, 2007 | 467.6 |
| Multiplied by $69.25 per share Merger consideration | $32,384 |
| Plus estimated direct transaction costs | 597 |
| Total purchase price | $32,981 |

68

Confidential

**ENERGY FUTURE HOLDINGS CORP.**
Notes to Unaudited Pro Forma
Condensed Consolidated Balance Sheet—Continued

Under the purchase method of accounting, the total estimated purchase price is allocated to all tangible and identifiable intangible assets acquired and liabilities assumed based on their respective fair values on the date the Merger is consummated (for purposes of this unaudited pro forma condensed consolidated balance sheet that date is assumed to be June 30, 2007). The fair value estimates of the assets and liabilities in these pro forma financial statements are preliminary and were developed solely to be used in these statements. Additionally, the fair value estimates are subject to revisions based on a multitude of factors and additional information that may come to our attention, any of which could have a material effect on the ultimate valuation. The following table summarizes the allocation of fair value to the assets and liabilities of Energy Future Holdings Corp.:

| Item | Fair Value |
|------|-----------:|
| | (in millions) |
| Property, plant and equipment | $(26,686) |
| Cash and restricted cash | (1,558) |
| Commodity and other derivative contractual assets | (515) |
| Other current assets | (2,762) |
| Investments | (872) |
| Intangibles | (3,575) |
| Regulatory assets | (1,879) |
| Other noncurrent assets | (786) |
| Other current liabilities | 2,056 |
| Short-term borrowings and long-term debt due currently | 697 |
| Commodity and other derivative contractual liabilities | 1,305 |
| Accumulated deferred income taxes | 7,116 |
| Long-term debt, less amounts due currently | 39,621 |
| Other noncurrent liabilities | 4,830 |
| Shareholder's equity | 8,300 |
| Goodwill | $ 25,292 |

In accordance with SFAS No. 142, goodwill is not amortized but is required to undergo impairment tests at least annually or more frequently if facts and circumstances indicate an impairment may have occurred. If an impairment exists, goodwill is immediately written down to its fair value through a charge to earnings. Accordingly, goodwill arising from the Merger will be subject to an impairment test at least annually.

This pro forma adjustment includes the removal of previously existing goodwill on Energy Future Holdings Corp.'s balance sheet of approximately $542 million.

(h)  *Intangible assets*—represents the pro forma adjustment required to recognize certain identifiable intangible assets of Energy Future Holdings Corp. and its subsidiaries. These intangible assets arise due to certain contractual, legal or other economic rights, as well as customer relationships that are separately identifiable from other assets. Several of the intangible assets relate to contracts in our power generation or wholesale business that are not accounted for under mark-to-market accounting since the contracts are not considered derivatives or have been elected to be treated as normal purchases or normal sales under SFAS No. 133. Additionally, an intangible asset will be recognized for the value of environmental emission credits allocated to our power generation fleet by regulatory bodies. The adjustment for emission credits was determined based on current market information utilizing a discounted cash flow valuation. All of the valuations of these intangibles are preliminary and

69

Confidential

**ENERGY FUTURE HOLDINGS CORP.**
Notes to Unaudited Pro Forma
Condensed Consolidated Balance Sheet—Continued

could be materially affected by changes in market prices of fuel, electricity, emission credits, customer revenue streams and other market factors. The total amount of all intangible assets recognized in this adjustment is approximately $3,575 million.

The adjustments related to intangible assets will be amortized over the estimated remaining contractual terms ranging from four to 34 years, except for the trademark "TXU Energy," which will not be amortized but will be subject to periodic impairment tests.

(i)  *Regulatory assets-net*—represents pro forma adjustments related to the write-off of certain regulatory assets of Oncor Electric Delivery as part of the proposed settlement between Oncor Electric Delivery and various market participants that is currently before the PUCT.

(j)  *Other noncurrent assets*—represents the pro forma adjustments to eliminate $97 million of deferred financing costs related to existing debt issuances and to recognize deferred financing costs of $581 million associated with new debt issued in connection with the Merger.

(k)  *Long-term debt and short term borrowings*—represents pro forma adjustments for the issuance of new debt in the Transactions, as well as adjustments for the repayment of existing debt of Energy Future Holdings Corp. and its subsidiaries and the Interim Facility Refinancing. For more information, see "Use of Proceeds" and "The Transactions—Debt Repayment."

Also included in this adjustment is the effect of the fair valuation of the existing debt of Energy Future Holdings Corp. and its subsidiaries that remained outstanding after the Merger. Those adjustments resulted in an estimated net discount to debt of approximately $1,121 million. The final determination of the fair value of the debt will be based on prevailing market interest rates at the closing of the Merger and the necessary adjustment will be amortized as an increase (in the case of a discount to par value) or a decrease (in the case of a premium to par value) to interest expense over the remaining life of each debt issuance.

The total pro forma adjustments related to debt are as follows (in millions):

| | |
|---|---:|
| Expected repayment of debt due currently | $(2,445) |
| Expected repayment of long-term debt | (2,962) |
| New long-term debt in connection with the Merger | 31,787 |
| Discount on existing debt | (1,121) |
| Total adjustment | $25,259 |

(l)  *Other current and noncurrent liabilities*—represents pro forma adjustments to record various unfavorable operating contracts that contain unfavorable pricing terms. The amounts relate to power sales agreements, fuel procurement agreements, operating leases and other contracts that are not currently recognized in the historical financial statements. The aggregate adjustment is approximately $701 million for these contracts. These adjustments were developed using estimated fair values based on current market information. This adjustment also includes amounts related to certain deferred credits that are required to be removed by EITF Issue No. 01-03, "Accounting in a Business Combination for Deferred Revenue of an Acquiree." Those amounts are approximately $345 million, of which $58 million was removed from other current liabilities and $287 million was removed from other noncurrent liabilities. These adjustments also include an additional accrual of $72 million for amounts related to a one-time credit for Oncor Electric Delivery customers related to a proposed settlement between Oncor Electric Delivery and various market participants that is currently before the PUCT.

70

Confidential

EFIHMW00208200

**ENERGY FUTURE HOLDINGS CORP.**
**Notes to Unaudited Pro Forma**
**Condensed Consolidated Balance Sheet—Continued**

(m) *Deferred taxes*—represents pro forma adjustments to record additional net deferred income tax liabilities to account for the differences between book and tax basis of net assets acquired arising from the fair value adjustments. This adjustment was based on an estimated statutory tax rate of approximately 35%, which could change based on changes in the applicable tax rates and finalization of the Issuer's tax position.

(n) *Shareholders' equity*—represents pro forma adjustments for eliminating the historical shareholders' equity of Energy Future Holdings Corp. and the actual amount of cash contributed by the Sponsors and the Investors to Energy Future Holdings Corp.

71

Confidential

EFIHMW00208201

**PX 008**
**Page 80 of 501**

## ENERGY FUTURE HOLDINGS CORP.
## SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA

The following table sets forth our selected historical consolidated financial data as of and for the periods indicated. The selected financial data as of December 31, 2005 and 2006 and for each of the three years ended December 31, 2004, 2005 and 2006 have been derived from our audited historical consolidated financial statements and related notes included elsewhere in this offering memorandum. The selected financial data as of December 31, 2002, 2003 and 2004 and for the two years ended December 31, 2002 and 2003 have been derived from our historical consolidated financial statements that are not included herein. The unaudited selected financial data as of June 30, 2007 and for the six months ended June 30, 2007 and June 30, 2006 were derived from our unaudited historical condensed consolidated financial statements included elsewhere in this offering memorandum.

As required by GAAP, Oncor Electric Delivery Holdings and its subsidiaries are consolidated with Energy Future Holdings Corp. for financial reporting purposes. However, Oncor Electric Delivery Holdings and its subsidiaries are ring-fenced from Energy Future Holdings Corp. and its other subsidiaries as described under "The Transactions—Ring-Fencing," which means there are restrictions on the ability of Oncor Electric Delivery Holdings and its subsidiaries to make dividends or distributions to us. Additionally, Oncor Electric Delivery Holdings and its subsidiaries will be Unrestricted Subsidiaries as defined in the indenture governing the notes offered hereby and, accordingly, will not be subject to most of the restrictive covenants in the indenture. The unaudited financial data presented have been prepared on a basis consistent with our audited consolidated financial statements. In the opinion of management, such unaudited financial data reflect all adjustments, consisting only of normal and recurring adjustments, necessary for a fair presentation of the results for those periods. The results of operations for the interim periods are not necessarily indicative of the results to be expected for the full year or any future period.

The selected historical consolidated financial data set forth below should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the consolidated financial statements and related notes thereto appearing elsewhere in this offering memorandum.

| | Year Ended December 31, | | | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2006 | 2007 |
| | (millions of dollars, except ratios and per share amounts) | | | | | | |
| **Statement of Income Data:** | | | | | | | |
| Operating revenues . . . . . . . . . . . . . . . . . . | $ 8,125 | $8,532 | $9,216 | $10,662 | $10,856 | $4,971 | $3,691 |
| Income (loss) from continuing operations before extraordinary gain (loss) and cumulative effect of changes in accounting principles . . . . . . . . . . . . . . | 105 | 566 | 81 | 1,775 | 2,465 | 1,013 | (388) |
| Income (loss) from discontinued operations, net of tax effect . . . . . . . . . . | (4,181) | 74 | 378 | 5 | 87 | 60 | 11 |
| Extraordinary gain (loss), net of tax effect . . . . . . . . . . . . . . . . . . . . . . . . . . | (134) | — | 16 | (50) | — | — | — |
| Cumulative effect of changes in accounting principles, net of tax effect . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (58) | 10 | (8) | — | — | — |
| Exchangeable preferred membership interest buyback premium . . . . . . . . . . . | — | — | 849 | — | — | — | — |
| Preference stock dividends . . . . . . . . . . . | 22 | 22 | 22 | 10 | — | — | — |
| Net income (loss) available for common stock . . . . . . . . . . . . . . . . . . . . . . . . . . | (4,232) | 560 | (386) | 1,712 | 2,552 | 1,073 | (377) |
| Dividends declared per share . . . . . . . . . . | $ 0.96 | $ 0.25 | $ 0.47 | $ 1.26 | $ 1.67 | $ 0.83 | $ 0.87 |
| Ratio of earnings to fixed charges[a] . . . . . | 1.22x | 1.94x | 1.16x | 3.80x | 5.11x | 4.41x | — |
| Ratio of earnings to combined fixed charges and preference dividends[a] . . . | 1.17x | 1.87x | 1.11x | 3.74x | 5.11x | 4.41x | — |

72

EFIHMW00208202

| | Year Ended December 31, | | | | | Six Months Ended June 30, 2007 |
|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | |
| | (millions of dollars, except ratios and per share amounts) | | | | | |
| **Balance Sheet Data (at end of period):** | | | | | | |
| Total assets | $31,384 | $31,284 | $23,189 | $25,539 | $25,922 | $26,988 |
| Property, plant & equipment—net | 16,526 | 16,803 | 16,676 | 17,192 | 18,756 | 19,387 |
| Total intangible assets | 461 | 384 | 190 | 194 | 205 | 196 |
| Capitalization: | | | | | | |
|   Equity-linked debt securities | 1,440 | 1,440 | 285 | 179 | — | — |
|   Exchangeable subordinated notes[b] | 639 | — | — | — | — | — |
|   Long-term debt held by subsidiary trusts | 546 | 546 | — | — | — | — |
|   All other long-term debt, less amounts due currently | 8,003 | 9,168 | 12,127 | 11,153 | 10,631 | 11,917 |
|   Exchangeable preferred membership interests[b] | — | 646 | — | — | — | — |
|   Preferred stock of subsidiaries: | | | | | | |
|     Not subject to mandatory redemption[c] | 190 | 113 | 38 | — | — | — |
|     Subject to mandatory redemption | 21 | — | — | — | — | — |
|   Preference stock | 300 | 300 | 300 | — | — | — |
|   Common stock equity | 4,766 | 5,619 | 339 | 475 | 2,140 | 1,045 |
|     Total | $15,905 | $17,832 | $13,089 | $11,807 | $12,771 | $12,962 |
| **Capitalization Percentages (at period end):** | | | | | | |
| Equity-linked debt securities | 9.1% | 8.1% | 2.2% | 1.5% | — | — |
| Exchangeable subordinated notes | 4.0% | — | — | — | — | — |
| Long-term debt held by subsidiary trust | 3.4% | 3.1% | — | — | — | — |
| All other long-term debt, less amounts due currently | 50.3% | 51.4% | 92.7% | 94.5% | 83.2% | 91.9% |
| Exchangeable preferred membership interests | — | 3.6% | — | — | — | — |
| Preferred stock of subsidiaries[c] | 1.3% | 0.6% | 0.2% | — | — | — |
| Preference stock | 1.9% | 1.7% | 2.3% | — | — | — |
| Common stock equity | 30.0% | 31.5% | 2.6% | 4.0% | 16.8% | 8.1% |
|   Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Notes payable—commercial paper | | — | — | $ 358 | $ 1,296 | — |
| Notes payable—banks | 2,306 | — | 210 | 440 | 195 | 2,350 |
| Long-term debt due currently | 941 | 678 | 229 | 1,250 | 485 | 792 |
| Embedded interest cost on long-term debt[d] | 6.8% | 6.3% | 6.0% | 6.3% | 6.6% | 6.6% |
| Embedded interest cost on long-term debt held by subsidiary trusts | 7.8% | 6.4% | — | — | — | — |
| Embedded dividend cost on preferred stock of subsidiaries[e] | 6.5% | 9.7% | 4.4% | — | — | — |

73

Confidential

| | Year Ended December 31, | | | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2006 | 2007 |
| | (millions of dollars, except ratios and per share amounts) | | | | | | |

**Statement of Cash Flows Data:**

Cash flows provided by (used in) operating activities from continuing operations . . . . . . . . . . . . . . . . . . . . . . . . . : $1,052, $2,413, $1,758, $2,793, $4,954, $1,904, $(55)

Cash flows provided by (used in) investing activities from continuing operations . . . . . . . . . . . . . . . . . . . . . . : (603), (1,400), 4,280, (1,038), (2,664), (1,062), (1,506)

Cash flows provided by (used in) financing activities from continuing operations . . . . . . . . . . . . . . . . . . . . . . : 1,782, (1,731), (6,519), (1,563), (2,332), (806), 1,934

**Other Financial Information:**

Capital expenditures, including nuclear fuel . . . . . . . . . . . . . . . . . . . . . . . . . : 864, 765, 999, 1,104, 2,297, 855, 1,641

| Statement of Cash Flows Data: | 2002 | 2003 | 2004 | 2005 | 2006 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|
| Cash flows provided by (used in) operating activities from continuing operations | $1,052 | $2,413 | $1,758 | $2,793 | $4,954 | $1,904 | $(55) |
| Cash flows provided by (used in) investing activities from continuing operations | (603) | (1,400) | 4,280 | (1,038) | (2,664) | (1,062) | (1,506) |
| Cash flows provided by (used in) financing activities from continuing operations | 1,782 | (1,731) | (6,519) | (1,563) | (2,332) | (806) | 1,934 |
| **Other Financial Information:** | | | | | | | |
| Capital expenditures, including nuclear fuel | 864 | 765 | 999 | 1,104 | 2,297 | 855 | 1,641 |

(a) For purposes of computing the ratio of earnings to fixed charges and ratio of earnings to combined fixed charges and preference dividends, (1) earnings consist of net income plus income taxes plus fixed charges less capitalized expenses related to indebtedness and (2) fixed charges consists of interest expense and capitalized expenses related to indebtedness. For purposes of computing the ratio of earnings to combined fixed charges and preference dividends, preference share dividends are included in fixed charges. For the six months ended June 30, 2007, fixed charges and combined fixed charges and preference dividends exceeded earnings by $682 million.

(b) Amount is net of discount.

(c) Preferred stock outstanding at June 30, 2007, December 31, 2006 and December 31, 2005 has a stated amount of $51,000.

(d) Represents the annual interest using year-end rates for variable rate debt and reflecting effects of interest rate swaps and amortization of any discounts, premiums, issuance costs and any deferred gains/losses on reacquisitions divided by the carrying value of the debt plus or minus the unamortized balance of any discounts, premiums, issuance costs and gains/losses on reacquisitions at the end of the year.

(e) Includes the unamortized balance of the loss on reacquired preferred stock and associated amortization. The embedded dividend cost excluding the effects of the loss on reacquired preferred stock is 6.0% for 2002.

Certain previously reported financial statistics reflect reclassifications to conform to current year classifications.

Prior year amounts have been reclassified for discontinued operations. Share and per share amounts reflect the 2005 two-for-one stock split which occurred on November 18, 2005.

Results from 2004 are significantly impacted by charges related to the comprehensive restructuring plan.

Confidential

EFIHMW00208204

## ENERGY FUTURE HOLDINGS CORP. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*The following discussion and analysis of our financial condition and results of operations primarily covers periods prior to the closing of the Merger. Accordingly, other than in "—Financial Condition—Post Merger," the discussion and analysis of historical periods does not reflect the significant impact that the Merger will have on us, including significantly increased leverage and liquidity requirements. You should read the following discussion of our results of operations and financial condition with the "Energy Future Holdings Corp. Unaudited Pro Forma Condensed Consolidated Financial Statements," "Selected Historical Consolidated Financial Data" and the audited and unaudited historical consolidated financial statements and related notes included elsewhere in this offering memorandum. This discussion contains forward-looking statements and involves numerous risks and uncertainties, including, but not limited to, those described in the "Risk Factors" section of this offering memorandum. Actual results may differ materially from those contained in any forward-looking statements.*

### Business

We are a Dallas-based energy company that manages a portfolio of competitive and regulated energy businesses in Texas. We are a holding company conducting our operations principally through our subsidiaries, TCEH, Oncor Electric Delivery and their respective subsidiaries. TCEH, in turn, is a holding company for our businesses engaged in competitive electricity market activities largely in Texas, including electricity generation conducted through Luminant Power, wholesale energy markets activities conducted through Luminant Energy, electricity generation construction conducted through Luminant Construction and the retail sale of electricity conducted through TXU Energy. Oncor Electric Delivery is engaged in regulated electricity transmission and distribution operations in Texas.

### Operating Segments

Energy Future Holdings Corp. has aligned and reports its business activities as two operating segments: Competitive Electric and Regulated Delivery.

The Competitive Electric segment includes TCEH, consisting of the Luminant businesses and TXU Energy. This segment also includes the activities of a lease trust holding certain natural gas-fueled combustion turbines.

The Regulated Delivery segment includes the activities of Oncor Electric Delivery. This segment also includes its wholly owned bankruptcy-remote financing subsidiary and certain revenues and costs associated with broadband-over-powerlines equipment installation.

See Note 24 to the 2006 year-end Financial Statements for further information concerning reportable business segments.

### Business Strategy

#### Overview

In 2004, Energy Future Holdings Corp. launched a three-phase restructuring program to restore financial strength, drive performance improvement with a competitive industrial company perspective and allocate capital in a disciplined and efficient manner.

- Phase one involved divesting of value-disadvantaged businesses and using the sales proceeds, operating cash flows and cash on hand to simplify the capital structure and improve financial flexibility. This phase also included changing pricing and commodity price hedging strategies to reflect rising natural gas prices, resolving significant litigation risks and lowering business process costs through a significant outsourcing arrangement. Phase one was completed in 2004. As discussed in

75

EFIHMW00208205

Note 8 to the 2006 year-end Financial Statements, these restructuring actions resulted in net charges to 2004 income from continuing operations totaling $1.2 billion ($828 million after-tax). Also see Note 3 to the 2006 year-end Financial Statements for the effect on results from discontinued operations.

- Phase two included implementation of initiatives to achieve operational excellence across the business, targeting industry-leading performance standards for productivity, reliability and customer service and embedding a high-performance industrial culture. Phase two work has been largely completed but remains ongoing as a basis for continuous process improvement.

- Phase three included development and implementation of the growth strategy for Energy Future Holdings Corp. and its two business segments. In 2006, actions were initiated to execute this strategy by way of several key initiatives launched during the year, including planned development of new generation facilities. Energy Future Holdings Corp. has agreed to modify this strategy in connection with the Merger.

Following is a discussion of key operating developments in the Competitive Electric and Regulated Delivery operating segments.

## Significant Developments

### Merger

On October 10, 2007, Energy Future Holdings Corp. completed its Merger with Merger Sub, a wholly-owned subsidiary of Texas Holdings. As a result of the Merger, Energy Future Holdings Corp. became a wholly-owned subsidiary of Texas Holdings. Texas Holdings is controlled by investment funds affiliated with KKR, TPG and Goldman, Sachs & Co. In connection with the Merger, C. John Wilder, Energy Future Holdings Corp.'s Chairman and Chief Executive Officer, resigned from Energy Future Holdings Corp.

The aggregate purchase price paid for all of the equity securities of Energy Future Holdings Corp. (on a fully-diluted basis) was approximately $32.4 billion, which purchase price was funded by the equity financing from the Sponsors and certain other investors and by the new credit facilities described below. This purchase amount is exclusive of costs directly associated with the Merger including legal, consulting and professional service fees and certain effects of the proposed regulatory settlement referred to below. For additional details regarding the effects of the completion of the Merger transaction, see Note 17 to the June 30, 2007 Financial Statements and Note 26 to the 2006 year-end Financial Statements. For additional details regarding the allocation of the purchase price to the fair value of the net assets acquired using purchase accounting, see the "Energy Future Holdings Corp. Unaudited Pro Forma Condensed Consolidated Financial Statements" section of this Offering Memorandum.

### Texas Generation Facilities Development

Luminant Construction is developing three lignite coal-fueled generation units in the state of Texas with a total estimated capacity of approximately 2,200 MW. The three units consist of one new generation unit at one of our existing lignite coal-fueled generation plant sites (Sandow) and two units at one of our sites (Oak Grove) that was originally slated for the construction of a generation plant a number of years ago.

Design and procurement activities for the three proposed units are at an advanced stage and site construction is well underway. Air permits for all three proposed units have been obtained. In June 2007, the TCEQ voted to approve the air permit for the two Oak Grove units. Certain opponents of the new units at Oak Grove appealed the TCEQ's permit decision to district court in Travis County, Texas, but the permit remains in full force notwithstanding this action. Also, in December 2006, certain environmental organizations filed a lawsuit in federal court alleging that the permit application for the Oak Grove units had violated provisions of the federal Clean Air Act and Texas Health and Safety Code. In May 2007, the District Court granted our motion to dismiss the plaintiffs' complaint, and the decision of that court has been appealed to the Fifth Circuit Court of

76

EFIHMW00208206

Appeals. In September 2007, a subsidiary of Energy Future Holdings Corp. acquired from Alcoa Inc. the air permit relating to the Sandow Facility that has been previously issued by the TCEH. Although a federal district court judge approved a settlement pursuant to which we acquired the permit, environmental groups opposed to the settlement have appealed the decision to the Fifth Circuit Court of Appeals. EPC agreements have been executed with leading EPC contractors to engineer and construct the Sandow and Oak Grove units. The expected on-line dates of the units are as follows: Sandow in 2009 and Oak Grove's two units in 2009 and 2010.

In September 2007, subsidiaries of Energy Future Holdings Corp. acquired certain assets of Alcoa Inc. relating to the operation at the Three Oaks Mine (the lignite mine that serves the Sandow units), including partial ownership of the lignite reserves in the Three Oaks Mine, for approximately $135 million and assumed responsibility for mining operations at the Three Oaks Mine.

### Nuclear Generation Development

Energy Future Holdings Corp. is proceeding with the preparation of a combined license application for two new nuclear generation facilities, each with approximately 1,700 MW (gross capacity), at its existing Comanche Peak nuclear generation site. Although Energy Future Holdings Corp. may select to develop additional sites at a later date subsequent to closing of the Merger, no work is being done on the development of nuclear generation facilities at additional sites at this time and there is no schedule for the submittal of additional combined license applications. It is currently anticipated that these new units would be developed by TCEH or its subsidiaries.

### Investment in Cleaner Coal-Fueled Generation Technologies

In an initiative separate from but related to the planned generation development and related emissions controls investment spending, subsidiaries of Luminant expect to invest up to $2 billion over the next five to seven years for the development and commercialization of cleaner generation plant technologies, including integrated gasification combined cycle, the next generation of more efficient ultra-supercritical coal and pulverized coal emissions technology to reduce carbon dioxide emissions. Luminant Power has already initiated a number of actions, including research and development investments and partnerships, to advance next-generation technologies.

### Integrated Gasification Combined Cycle ("IGCC") Demonstration Plants

In March 2007, Energy Future Holdings Corp. and the Sponsors announced their intention to explore the development of two IGCC commercial demonstration plants to be located in Texas and Energy Future Holdings Corp. expects to issue a request for proposal from companies offering coal gasification technologies with carbon dioxide capture.

### Long-term Hedging Program

In October 2005, Energy Future Holdings Corp. initiated a long-term hedging program designed to reduce exposure to changes in future electricity prices due to changes in the price of natural gas. Under the program, subsidiaries of TCEH have entered into market transactions involving natural gas-related financial instruments. As of October 10, 2007, these subsidiaries have effectively sold forward approximately 2.6 billion MMBtu of natural gas (equivalent to the natural gas exposure of over 300,000 GWh at an assumed 8.5 MMBtu/MWh market heat rate) over the period from 2008 to 2013 at average annual prices ranging from $7.25 per MMBtu to $8.15 per MMBtu.

Prior to March 2007, a significant portion of the instruments under the long-term hedging program had been designated as cash flow hedges. In March 2007, these instruments were dedesignated as allowed under SFAS 133. Changes in fair value of these hedges that were deferred in accumulated other comprehensive income totaled $117 million in pretax gains at the time of the dedesignation, and this amount is expected to be reclassified to net income as the related forecasted transactions settle. Subsequent changes in the fair value of

Confidential

EFIHMW00208207

these instruments are being marked-to-market in net income, which has and could continue to result in significantly increased volatility in reported earnings. Based on the size of the long-term hedging program as of October 10, 2007, a $1.00/MMBtu change in natural gas prices would result in the recognition by Energy Future Holdings Corp. of approximately $2.6 billion in pretax unrealized mark-to-market gains or losses.

In the first half of 2007, subsidiaries of Energy Future Holdings Corp. entered into several large hedging transactions involving natural gas-related financial instruments that resulted in "day one" losses totaling $160 million. The "day one" loss essentially represents the discount to transact this position given its size and long dating.

Approximately 90% of TCEH's natural gas hedging transactions are secured by a first lien security interest in TCEH's assets (including the transactions supported by the TCEH Commodity Collateral Posting Facility) thereby reducing the collateral requirements of the hedging program.

### New Lease

In September 2007, TCEH entered into a $52 million capital lease with High Ridge Leasing to refinance an operating lease of rail cars. An obligation of $52 million will be reported as long-term debt.

### Retail Pricing

In May 2007, Energy Future Holdings Corp. and the Sponsors announced that residential price cuts provided by TXU Energy subsequent to the announcement of the Merger would total 15% (5% of which will be implemented in late October 2007), which represented a five percentage point increase over the previously announced price discount program.

### Suspension and Expected Termination of New Utility Services Joint Venture

Energy Future Holdings Corp. and InfrastruX Group suspended activities related to the InfrastruX Energy Services ("IES") joint venture and Oncor Electric Delivery and IES suspended activities related to the utility services agreement. As a result of the Merger, Energy Future Holdings Corp. and Oncor Electric Delivery expect to terminate the joint venture and the utility services agreement.

In the second quarter of 2007, Energy Future Holdings Corp. wrote-off approximately $11 million ($7 million after-tax) in previously deferred costs primarily representing professional fees incurred in the development of the joint venture agreements.

### Termination of Reference Plant Permitting

On October 15, 2007, we formally acted to terminate air permit applications for eight coal-fueled power units. The action delivers on our commitment to terminate the permit process upon close of the Merger. We suspended efforts to obtain the permits after the announcement of the Merger.

### Technology Initiatives

In 2006, Oncor Electric Delivery finalized an agreement with CURRENT Communications Group, LLC ("CURRENT"), to utilize Oncor Electric Delivery's power distribution network as a broadband-enabled "Smart Grid." CURRENT plans to design, build and operate the "broadband over power line" ("BPL") network covering the majority of the Oncor Electric Delivery service area. Build-out of the BPL network began in 2006 with the installation of fiber optic cable and additional investment in advanced data management systems. Under the terms of the agreement with CURRENT, Oncor Electric Delivery expects to incur service fees totaling approximately $150 million over a 10 year period commencing in 2007 to utilize the Smart Grid capabilities of CURRENT's BPL network.

Confidential

Overlaid on the existing electric distribution network, the CURRENT BPL network solution will incorporate advanced digital communication and computing capabilities that, for the first time, provide real-time monitoring through the electric distribution network, enabling Oncor Electric Delivery to:

- increase network reliability and power quality;

- prevent, detect and restore customer outages more effectively; and

- implement advanced meter monitoring more efficiently.

Additionally, CURRENT will use the same BPL network to provide homes and businesses with high-performance broadband and wireless services, including voice, video and high-speed Internet access, provided over existing electrical lines by having customers simply plug into any electrical outlet.

Energy Future Holdings Corp. has made a small investment to acquire a noncontrolling interest in CURRENT. Other CURRENT investors include energy, financial services and technology companies.

To take full advantage of the BPL network, Oncor Electric Delivery has initiated replacement of existing meters with advanced digital metering technology. Installation of these advanced meters is expected to speed connects/disconnects of electric service where applicable and ultimately facilitate the creation of new products and service offerings by REPs, including time-of-use options and various new billing methods. Oncor Electric Delivery has installed approximately 285,000 advanced meters in its service territory as December 31, 2006 and plans to install up to 600,000 additional advanced meters in 2007. Oncor Electric Delivery expects to replace all of its three million meters with advanced meters under this technology initiative by 2012, for a total investment of approximately $450 million. Texas legislation provides for the recovery of and return on a utility's investment related to advanced metering technology to incent electricity delivery utilities to invest in this new technology.

### Rate Case and Proposed PUCT Settlement

In April 2007, the PUCT issued an order requiring Oncor Electric Delivery to file a rate case based on a test year ending December 31, 2006. On August 28, 2007, Oncor Electric Delivery made the required filing, and the filing supports a rate increase of approximately $85 million over current rates subject to the original jurisdiction of the PUCT. However, Oncor Electric Delivery requested that the PUCT enter an order abating the proceeding, except that the PUCT convene a technical conference to consider a final order in this Docket No. 34040 that would include the following provisions: (i) the PUCT will take "no action" on Oncor Electric Delivery's proposed rate filing package and will enter an order confirming that Oncor Electric Delivery's current rates will remain in effect until otherwise changed by a final order of the PUCT or other appropriate jurisdictional authority; (ii) Oncor Electric Delivery will be required to file a system-wide rate case with the PUCT no later than July 1, 2008, based on a test year ended December 31, 2007, consistent with the Settlement Agreement between Oncor Electric Delivery and certain cities in its service territory; (iii) Oncor Electric Delivery will be required to file an EMR with the PUCT no later than March 15, 2008, for calendar year 2007, and no later than March 15, 2009, for calendar year 2008, notwithstanding the pendency at the PUCT of this or any other Oncor Electric Delivery rate case; and (iv) the PUCT will enter an accounting order, or similar directive, providing that if Oncor Electric Delivery's 2008 or 2009 EMR filings demonstrate that Oncor Electric Delivery earned more than a 10.75% return on equity ("ROE") during the relevant period covered by the EMR filing, on a weather normalized basis, Oncor Electric Delivery will record a credit to the underrecovery balance in its insurance reserve, such that the additional expense would result in Oncor Electric Delivery's ROE for the relevant period being no higher than 10.75%. Many of the parties to this proceeding, including Oncor Electric Delivery and the PUCT staff, have agreed on the terms of a settlement of this proceeding; however, a hearing on the merits has been scheduled for December 12-13, 2007. We cannot predict which, if any, of the above proposals will be adopted by the PUCT in the final order.

Because the PUCT has original jurisdiction over only transmission rates and the distribution rates charged in unincorporated areas and within cities that have ceded original jurisdiction to the PUCT, Oncor

79

EFIHMW00208209

Electric Delivery estimates that approximately one-third of its operating revenues may be subject to change in this rate proceeding. While we believe the rates are just and reasonable, we cannot predict the results of any rate case.

On October 5, 2007, Oncor Electric Delivery and Texas Holdings reached an agreement in principle with major interested parties to resolve all outstanding issues with the PUCT. For additional details, see Note 17 to the June 30, 2007 Financial Statements and Note 26 to the 2006 year-and Financial Statements.

### Other Oncor Electric Delivery Matters

Texas Holdings has announced that it expects to sell up to an approximately 20% stake in Oncor Electric Delivery. The sale of a minority stake in Oncor Electric Delivery is intended to enhance Oncor Electric Delivery's independence and separation from Texas Holdings and its other subsidiaries. The purchaser of the minority stake will not be affiliated with Texas Holdings or any of its subsidiaries or other affiliates.

In addition, Oncor Electric Delivery is expected to secure all of its currently existing long-term debt that was not repaid in the Transactions.

## Key Risks and Challenges

Following is a discussion of the key risks and challenges facing management and the initiatives currently underway to manage such challenges. This section should be read in conjunction with "Risk Factors."

### Natural Gas Price and Market Heat-Rate Exposure

Wholesale electricity prices in the Texas market generally correlate with the price of natural gas because marginal demand for electricity supply is generally met with natural gas-fueled generation plants. Natural gas prices have increased significantly in recent years, but historically the price has fluctuated due to the effects of weather, changes in industrial demand and supply availability, and other economic and market factors. Wholesale electricity prices also move with market heat rates. Heat rate is the measure of the efficiency of the marginal supplier (generally natural gas-fueled plants) in generating electricity. The wholesale market price of power divided by the market price of natural gas represents the market heat rate.

In contrast to Energy Future Holdings Corp.'s natural gas-fueled generation units, changes in natural gas prices have no significant effect on the cost of generating electricity from Energy Future Holdings Corp.'s nuclear and lignite/coal-fueled plants. All other factors being equal, these baseload generation assets, which provided 70% of Energy Future Holdings Corp.'s supply volumes in 2006, increase or decrease in value as natural gas prices rise or fall, respectively, because of the effect of natural gas prices on wholesale power prices.

With the exposure to variability of natural gas prices, retail sales price management and hedging activities are critical to the profitability of the business. With the expiration of the price-to-beat rate mechanism on January 1, 2007, Energy Future Holdings Corp. has price flexibility in all of its retail markets.

Considering forecasted electricity supply and sales load and wholesale market positions, Energy Future Holdings Corp.'s portfolio position for 2007 is largely balanced with respect to changes in natural gas prices. The supply and load forecast take into account projections of baseload unit availability and customer churn and currently assumes no further changes in retail rates for customers not already on a fixed price contract.

Energy Future Holdings Corp.'s approach to managing commodity price risk focuses on the following:

- improving customer service to attract and retain high-value customers;
- continuing to follow a retail pricing strategy that appropriately reflects the magnitude and costs of commodity price risk;

Confidential

EFIHMW00208210

- continuing reduction of fixed costs to better withstand gross margin volatility; and

- employing disciplined hedging and risk management strategies through physical and financial energy-related (electricity and natural gas) contracts to partially hedge gross margins.

As discussed above under "—Significant Developments—Long-term Hedging Program," Energy Future Holdings Corp. has implemented a long-term hedging program that it believes mitigates the risk of future declines in wholesale electricity prices due to declines in natural gas prices.

The following scenarios are presented to quantify the potential impact of movements in natural gas prices and market heat rates. Illustratively, if our sales prices immediately and fully adjusted to reflect changes in wholesale electricity prices due to changes in natural gas prices, and taking into account the hedges in place at year-end 2006 under the long-term hedging program expected to settle in 2007, Energy Future Holdings Corp. could experience an approximate $300 million reduction in annual pretax earnings for every $1.00 per MMBtu reduction in natural gas prices (approximate 14% change in current price) sustained over the full year. In the same scenario of full and immediate pass-through of wholesale electricity price changes to sales prices, where natural gas prices and other nonprice conditions remained unchanged but ERCOT wholesale electricity prices declined by $5/MWh (approximate 9% change in current price) for a full year because of a decline in market heat rates, Energy Future Holdings Corp. could experience an approximate $300 million reduction in annual pretax earnings.

The long-term hedging program does not mitigate exposure to changes in market heat rates. Energy Future Holdings Corp.'s market heat rate exposure derives from its generation portfolio and may increase over time with expected generation capacity increases. Energy Future Holdings Corp. expects that increases in market heat rates would increase the value of its generation assets because higher market heat rates generally result in higher wholesale electricity prices, and vice versa.

On an ongoing basis, Energy Future Holdings Corp. will continue monitoring its overall commodity risks and seek to balance its portfolio based on its desired level of exposure to natural gas prices and market heat rates and potential changes to its operational forecasts of overall generation and consumption in its native and growth business. Portfolio balancing may include the execution of incremental transactions or the unwinding of existing transactions. As a result, commodity price exposures and their effect on earnings could change from time to time.

See "—Financial Condition—Historical/Pre-Merger—Liquidity and Capital Resources" below for a discussion of the liquidity effects of the long-term hedging program. Also see additional discussion of risk measures below under "—Quantitative and Qualitative Disclosure About Market Risk."

*Competitive Markets and Customer Retention*

Competitive retail activity in Texas continued to result in declines in customer counts and sales volumes in the historical service territory. Total retail sales volumes declined 11%, 17% and 12% in 2006, 2005 and 2004, respectively, as retail sales volume declines in the historical service territory were partially offset by growth in other territories. As of year-end 2006, the area representing TCEH's historical service territory prior to deregulation, largely in north Texas, consisted of approximately three million electricity consumers (measured by meter counts), of which approximately 1.9 million were retail customers of TCEH. As of year-end 2006, TCEH had acquired approximately 256,000 retail customers in other competitive areas in Texas. In responding to the competitive landscape and the transition to full competition in the Texas marketplace on January 1, 2007, TCEH is focusing on the following key initiatives:

- Customer retention strategy remains focused on delivering world-class customer service and improving the overall customer experience. In line with this strategy, TCEH continues to implement initiatives to improve call center response time and effectiveness as well as Internet interaction with customers;

81

Confidential

EFIHMW00208211

**PX 008**
**Page 90 of 501**

- TCEH intends to establish itself as the most innovative retailer in the Texas market as it is critical in the fully competitive environment and continues to develop tailored product offerings to meet customer needs;

- A comprehensive customer initiative to provide residential customers with greater savings and price certainty has been introduced. See discussion under "—Retail Pricing"; and

- Initiatives in the business market are focused largely on programs targeted to retain the existing highest-value customers and to recapture customers who have switched REPs. Initiatives include a more disciplined contracting and pricing approach and improved economic segmentation of the business market to enhance targeted sales and marketing efforts and to more effectively deploy the direct-sales force. Tactical programs put into place include improved customer service, new product price/service offerings and a multichannel approach for the small business market.

*Energy Prices and Regulatory Risk*

Natural gas prices rose to unprecedented levels in the latter part of 2005, reflecting a world-wide increase in energy prices compounded by hurricane-related infrastructure damage. The related rise in retail electricity prices elevated public awareness of energy costs and dampened customer demand in 2006. Natural gas prices have since declined but remain subject to events that create price volatility. Sustained high energy prices and/or ongoing price volatility also creates a risk for regulatory and/or legislative intervention with the mechanisms that govern the competitive wholesale and retail markets in Texas. Energy Future Holdings Corp. believes that competitive markets result in a broad range of innovative pricing and service alternatives to consumers and ultimately the most efficient use of resources, and that regulatory bodies should continue to take actions that encourage competition in the industry.

*New and Changing Environmental Regulations*

Energy Future Holdings Corp. is subject to various environmental laws and regulations related to sulfur dioxide, nitrogen oxides and mercury emissions as well as other environmental contaminants that impact air and water quality. Energy Future Holdings Corp. believes it is in material compliance with all currently applicable requirements under such laws and regulations, but additional requirements under current air regulations, including the Clean Air Interstate Rule and the Clean Air Mercury Rule, will need to be satisfied in the future. See "Business—Environmental Regulations and Related Considerations—Sulfur Dioxide, Nitrogen Oxide and Mercury Air Emissions." Regulatory authorities continue to evaluate existing requirements and consider proposals for changes.

Energy Future Holdings Corp. continues to closely monitor any potential legislative changes pertaining to climate change and carbon dioxide emissions. The increasing attention to potential environmental effects of greenhouse gas emissions creates risk as to the completion of Energy Future Holdings Corp.'s plan to develop new lignite coal-fueled generation facilities in Texas. New legislation could result in higher costs due to new taxes, the need to acquire emissions credits or capital spending to reduce carbon dioxide emissions.

As discussed above, Energy Future Holdings Corp. has announced actions to address carbon dioxide emissions concerns, including:

- Establishing a plan to invest up to $2 billion for the development and commercialization of cleaner generation plant technologies;

- Initiating the process to file an application to the NRC for licenses to construct and operate a new nuclear generation facility in Texas;

- Doubling the renewable energy (wind generation) portfolio to 1,500 MW;

82

Confidential

- Investing up to $400 million in programs designed to encourage customer electricity demand efficiencies; and
- Increasing production efficiency of its existing generation facilities by up to two percent.

### Cost Exposure Related to Nuclear Asset Outages

Energy Future Holdings Corp.'s nuclear assets are comprised of two generating units at Comanche Peak, each with a capacity of 1,150 MW. The Comanche Peak plant represents approximately 13% of Energy Future Holdings Corp.'s total generation capacity. The nuclear generation facilities represent Energy Future Holdings Corp.'s lowest marginal cost source of electricity. Assuming both nuclear generating units experienced an outage, the unfavorable impact to pretax earnings is estimated to be approximately $3.5 million per day before consideration of any insurance proceeds. Maintaining safe, reliable and efficient operations at the Comanche Peak plant is one of Energy Future Holdings Corp.'s top priorities. Also see discussion of nuclear facilities insurance in Note 16 to the 2006 year-end Financial Statements.

### Texas Generation Development Program

The undertaking of the development of three lignite coal-fueled generation units in Texas as described above under "—Significant Developments" involves a number of risks. Aggregate capital expenditures to develop these three units are expected to total approximately $3.25 billion, including all construction, site preparation and mining development costs (not including the purchase of the Three Oaks mine assets). While Energy Future Holdings Corp. believes the investment economics of the program are strong, estimates of future natural gas prices, market heat rates and effects of any carbon dioxide emissions regulation may prove to be inaccurate, and returns on the investment could be significantly less than anticipated. The program is exposed to construction delays, failure of the units to meet performance specifications, nonperformance by equipment suppliers, increases in construction labor costs (which are contractually limited in part) and other project execution risks. Further, project capital spending for the three units continues despite increasing public discussion of the advantages and disadvantages of coal-fueled generation.

See Note 10 to the June 30, 2007 Financial Statements regarding commitments to the development activities.

## Application of Critical Accounting Policies

Energy Future Holdings Corp.'s significant accounting policies are discussed in Note 1 to the 2006 year-end Financial Statements. Energy Future Holdings Corp. follows accounting principles generally accepted in the United States. Application of these accounting policies in the preparation of Energy Future Holdings Corp.'s consolidated financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and revenue and expense during the periods covered. The following is a summary of certain critical accounting policies of Energy Future Holdings Corp. that are impacted by judgments and uncertainties and under which different amounts might be reported using different assumptions or estimation methodologies.

Derivative Instruments and Mark-to-Market Accounting—Energy Future Holdings Corp. enters into contracts for the purchase and sale of energy-related commodities, and also enters into other derivative instruments such as options, swaps, futures and forwards primarily to manage commodity price and interest rate risks. Under SFAS 133, these instruments are subject to mark-to-market accounting, and the determination of market values for these instruments is based on numerous assumptions and estimation techniques.

Mark-to-market accounting recognizes changes in the fair value of derivative instruments in the financial statements as market prices change. The availability of quoted market prices in energy markets is dependent on the type of commodity (e.g., natural gas, electricity, etc.), time period specified and delivery point. In computing

83

EFIHMW00208213

the mark-to-market valuations, each market segment is separated into liquid and illiquid periods. The liquid period varies by delivery point and commodity. Generally, the liquid period is supported by broker quotes and frequent trading activity. For illiquid periods, fair value is estimated based on forward price curves developed using market modeling techniques that take into account available market information; Energy Future Holdings Corp. generally recognizes losses but not gains due to the modeling risks associated with illiquid periods.

SFAS 133 allows for "normal" purchase or sale elections and hedge accounting designations, which generally eliminates or defers the requirement for mark-to-market recognition in net income and thus reduces the volatility of net income that can result from fluctuations in fair values. These elections and designations are intended to better match the accounting recognition of financial performance with the economic and risk decision-making profile. "Normal" purchases and sales are contracts that provide for physical delivery of quantities expected to be used or sold over a reasonable period in the normal course of business. Derivative contracts held for trading purposes are marked-to-market in net income.

In accounting for cash flow hedges, changes in fair value are recorded in other comprehensive income to the extent the change in value is effective; that is, it mirrors the offsetting change in fair value of the forecasted hedged transaction. Changes in value that represent ineffectiveness of the hedge are recognized in net income immediately, and the effective portion of changes in fair value are initially recorded in other comprehensive income and are recognized in net income when the hedged transactions are recognized. Because Energy Future Holdings Corp.'s generation position is not marked-to-market, management has striven to make elections under SFAS 133 with respect to economic hedges of that position that allow accounting results to be more reflective of the economic position. Energy Future Holdings Corp. continually assesses these elections and under SFAS 133 could desesignate positions currently accounted for as cash flow hedges, the effect of which could be more volatility of reported earnings as all changes in the fair value of the positions would be included in net income. Also see discussions of the long-term hedging program discussed above under "—Significant Developments."

The following tables provide the effects on both net income and other comprehensive income of accounting for those derivative instruments that Energy Future Holdings Corp. has determined to be subject to fair value measurement under SFAS 133:

|  | Year Ended December 31, | | |
|  | 2006 | 2005 | 2004 |
|  | (millions of dollars) | | |
| Amounts recognized in net income (after-tax): | | | |
| Unrealized ineffectiveness net gains (losses) on unsettled positions accounted for as cash flow hedges | $141 | $(24) | $(14) |
| Reversals of previously recognized unrealized net losses related to cash flow hedge positions settled in the period | 14 | 7 | 1 |
| Unrealized net gains (losses) on unsettled positions marked-to-market in net income | 15 | 21 | (19) |
| Reversals of previously recognized unrealized net losses (gains) related to marked-to-market positions settled in the period | 7 | (15) | (40) |
| Total | $177 | $(11) | $(72) |
| Amounts recognized in other comprehensive income (after-tax): | | | |
| Net gains (losses) in fair value of unsettled positions accounted for as cash flow hedges | $568 | $(47) | $(75) |
| Net losses (gains) on cash flow hedge positions recognized in net income to offset hedged transactions | (15) | 77 | 44 |
| Total | $553 | $ 30 | $(31) |

84

EFIHMW00208214

The effect of mark-to-market and hedge accounting on the balance sheet is as follows:

|  | December 31, | |
|---|---|---|
|  | 2006 | 2005 |
|  | (millions of dollars) | |
| Net derivative asset (liability) related to cash flow hedges | $910 | $(164) |
| Net derivative liability related to interest rate fair value hedges | (85) | (71) |
| Other derivative assets | 9 | 9 |
| Total net cash flow hedge and other derivative asset (liability) | $834 | $(226) |
| Net commodity contract asset[a] | $ 69 | $ 36 |
| Long-term debt fair value adjustments—decrease in carrying value[b] | $(63) | $ (44) |
| Net accumulated other comprehensive gain (loss) included in shareholders' equity (after-tax amounts) | $411 | $(142) |

(a)  Excludes amounts not arising from mark-to-market valuations such as payments and receipts of cash and other consideration associated with commodity hedging and trading activities.

(b)  Includes unamortized net gains of $6 million in 2006 related to settled interest rate swaps designated as fair value hedges. The gain is being amortized to net income as the hedged transactions are recognized.

See discussion above under "—Significant Developments—Long-term Hedging Program" regarding the long-term hedging program. A significant portion of the positions entered into under this program, which are natural gas-related financial instruments, are accounted for as cash flow hedges of future electricity sales.

*Revenue Recognition*—Energy Future Holdings Corp.'s revenue includes an estimate for unbilled revenue that represents estimated daily kilowatt-hours ("kWh") consumption after the meter read date to the end of the period multiplied by the applicable billing rates. Estimated daily kWh usage is derived using historical kWh usage information adjusted for weather and other measurable factors affecting consumption. Calculations of unbilled revenues during certain interim periods are generally subject to more estimation variability because of seasonal changes in demand. Accrued unbilled revenues totaled $466 million, $494 million and $422 million at December 31, 2006, 2005 and 2004, respectively.

*Accounting for Contingencies*—The financial results of Energy Future Holdings Corp. may be affected by judgments and estimates related to loss contingencies. A significant contingency that Energy Future Holdings Corp. accounts for is the loss associated with uncollectible trade accounts receivable. The determination of such bad debt expense is based on factors such as historical write-off experience, aging of accounts receivable balances, changes in operating practices, regulatory rulings, general economic conditions and customer behavior. Increased customer attrition due to competitive activity and seasonal variations in amounts billed adds to the complexity of the estimation process. Historical results alone are not always indicative of future results causing management to consider potential changes in customer behavior and make judgments about the collectibility of accounts receivable. Bad debt expense totaled $68 million, $56 million and $90 million for the years ended December 31, 2006, 2005 and 2004, respectively.

Litigation contingencies also may require significant judgment in estimating amounts to accrue. During 2004, management assessed the progress and status of matters in litigation and recorded a net $84 million ($55 million after-tax) charge for the anticipated settlement of the shareholders' litigation initially filed in October 2002 (estimated litigation liability of $150 million less $66 million in pledged reimbursements from insurance carriers). In January 2005, Energy Future Holdings Corp. reached a comprehensive settlement of the shareholders' litigation, which included a one-time payment to the class members of $150 million. To recognize

85

EFIHMW00208215

additional insurance reimbursements related to the settlement, Energy Future Holdings Corp. recorded credits to earnings in 2005 and 2006 of $35 million ($23 million after-tax) and $15 million ($10 million after-tax), respectively.

*Accounting for Income Taxes*—Energy Future Holdings Corp.'s income tax expense and related balance sheet amounts involve significant management estimates and judgments. Amounts of deferred income tax assets and liabilities, as well as current and noncurrent accruals, involve judgments and estimates of the timing and probability of recognition of income and deductions by taxing authorities. In assessing the likelihood of realization of deferred tax assets, management considers estimates of the amount and character of future taxable income. Actual income taxes could vary from estimated amounts due to the future impacts of various items, including changes in income tax laws, Energy Future Holdings Corp.'s forecasted financial condition and results of operations in future periods, as well as final review of filed tax returns by taxing authorities. Energy Future Holdings Corp.'s income tax returns are regularly subject to examination by applicable tax authorities. In management's opinion, an adequate reserve has been made for any future taxes that may be owed as a result of any examination.

FIN 48 provides interpretive guidance for accounting for uncertain tax positions, and as discussed in Note 1 to the 2006 year-end Financial Statements, Energy Future Holdings Corp. adopted this new standard January 1, 2007, as required. Also, see Notes 11 and 16 to the 2006 year-end Financial Statements for discussion of income tax matters.

*Impairment of Long-Lived Assets*—Energy Future Holdings Corp. evaluates long-lived assets for impairment whenever indications of impairment exist, in accordance with SFAS 144. One of those indications is a current expectation that "more likely than not" a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life. For Energy Future Holdings Corp.'s baseload generation assets, another possible indication would be an expected long-term decline in natural gas prices. The determination of the existence of these and other indications of impairment involves judgments that are subjective in nature and may require the use of estimates in forecasting future results and cash flows related to an asset or group of assets. Further, the unique nature of Energy Future Holdings Corp.'s property, plant and equipment, which includes a fleet of generation assets with a diverse fuel mix and individual plants that have varying production or output rates, requires the use of significant judgments in determining the existence of impairment indications and the grouping of assets for impairment testing.

In the second quarter of 2006, we recorded an impairment charge of $198 million ($129 million after-tax) related to its natural gas-fueled generation plants. See Note 6 to the 2006 year-end Financial Statements for a discussion of the impairment. The estimated impairment was based on numerous assumptions including forecasted production, forward prices of natural gas and electricity, overall generation availability in ERCOT, ERCOT grid congestion and forward heat rates. Because of the highly judgmental nature of key assumptions and potential volatility of market conditions, the adjusted carrying value of these plants does not necessarily represent the amount of proceeds from any transaction to sell the assets, and future additional impairment is possible.

Energy Future Holdings Corp.'s most significant long-lived asset in terms of carrying value is its Comanche Peak nuclear generation facility. The net book value of the facility was $7.4 billion at December 31, 2006. Energy Future Holdings Corp. believes that the net book value of the facility significantly exceeds the estimated current market value. However, in applying the provision of SFAS 144, Energy Future Holdings Corp. estimates that future undiscounted cash flows from the facility significantly exceed net book value. Significant assumptions used in this analysis are forward price curves for natural gas and electricity, market heat rates and production estimates. Energy Future Holdings Corp. has conservatively estimated that a sustained structural decline in natural gas prices of at least 60% from current levels would need to occur before any risk of impairment of the facility would arise, assuming market heat rates remain unchanged.

*Depreciation*—The depreciable lives of property, plant and equipment are based on management's estimates/determinations of the assets' economical useful lives. To the extent that the actual lives differ from

Confidential

these estimates, the amount of period depreciation charges to earnings would be impacted. Consolidated depreciation expense as a percent of average depreciable property carrying value approximated 2.3% for 2006, 2005 and 2004.

Effective January 1, 2005, the estimated depreciable lives of lignite/coal-fueled generation facilities were extended from 50 years to 60 years to better reflect their useful lives.

Effective January 1, 2004, the estimated depreciable lives of lignite/coal-fueled generation facilities were extended an average of nine years to better reflect the useful lives of the assets, and depreciation rates for the Comanche Peak nuclear generating facility were decreased as a result of an increase in the estimated lives of boiler and turbine generator components of the facility by an average of five years.

*Regulatory Assets*—The financial statements at December 31, 2006 and 2005, reflect total regulatory assets of $2.2 billion and $1.9 billion, respectively. These amounts include $1.3 billion and $1.5 billion, respectively, of generation-related regulatory assets recoverable by securitization (transition) bonds as discussed immediately below. Rate regulation is premised on the full recovery of prudently incurred costs and a reasonable rate of return on invested capital. The assumptions and judgments used by regulatory authorities continue to have an impact on the recovery of costs, the rate earned on invested capital and the timing and amount of assets to be recovered by rates. (See disclosures in Note 25 to the 2006 year-end Financial Statements under "Regulatory Assets and Liabilities.")

Regulatory asset stranded costs arising prior to the 1999 Restructuring Legislation became subject to recovery through issuance of $1.3 billion principal amount of transition bonds by Oncor Electric Delivery in accordance with a regulatory financing order (see Note 4 to the 2006 year-end Financial Statements). As adjusted, the carrying value of the regulatory asset upon final issuance of the bonds in 2004 represented the projected future cash flows to be recovered from REPs by Oncor Electric Delivery through revenues as a transition charge to service the principal and fixed rate interest on the bonds. The regulatory asset is being amortized to expense in an amount equal to the transition charge revenues being recognized.

Other regulatory assets that Energy Future Holdings Corp. believes are recoverable, but are subject to review and possible disallowance in a future regulatory rate case, totaled $655 million at December 31, 2006. These amounts consist primarily of employee retirement costs (see Note 21 to the 2006 year-end Financial Statements) and storm-related service recovery costs. In October 2007, many of the parties to the ongoing proceeding under Section 14.101(b) of PURA, including Oncor Electric Delivery and the PUCT staff, agreed to the terms of a proposed settlement that is subject to approval by the PUCT. The terms of the settlement include an agreement by Oncor Electric Delivery to not seek recovery of approximately $56 million of expenditures recorded as regulatory assets.

*Defined Benefit Pension Plans and Other Postretirement Employee Benefit Plans*—Energy Future Holdings Corp. offers pension benefits through either a defined benefit pension plan or a cash balance plan and also offers certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees from Energy Future Holdings Corp. Reported costs of providing noncontributory defined pension benefits and other postretirement employee benefits ("OPEB") are dependent upon numerous factors, assumptions and estimates.

Benefit costs are impacted by actual employee demographics (including but not limited to age, compensation levels and years of accredited service), the level of contributions made to retiree plans, expected and actual earnings on plan assets and the discount rates used in determining the projected benefit obligation. Changes made to the provisions of the plans may also impact current and future benefit costs. Fluctuations in actual equity market returns as well as changes in general interest rates may result in increased or decreased benefit costs in future periods.

87

Confidential

EFIHMW00208217

In accordance with accounting rules, changes in benefit obligations associated with these factors may not be immediately recognized as costs in the income statement, but are recognized in future years over the remaining average service period of plan participants. As such, significant portions of benefit costs recorded in any period may not reflect the actual level of cash benefits provided to plan participants. Pension and OPEB costs as determined under applicable accounting rules are summarized in the following table:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2006 | 2005 | 2004 |
|  | (millions of dollars) | | |
| Pension costs under SFAS 87 ............................................. | $ 66 | $ 46 | $ 58 |
| OPEB costs under SFAS 106 ............................................. | 81 | 71 | 80 |
| Total benefit costs ............................................. | $147 | $117 | $138 |
| Less amounts deferred principally as a regulatory asset or property ................... | (84) | (58) | (27) |
| Net amounts recognized as expense ........................................ | $ 63 | $ 59 | $111 |

Detailed information regarding Energy Future Holdings Corp.'s pension and OPEB costs is provided in Note 21 to the 2006 year-end Financial Statements. Additional information regarding pension and OPEB plans:

- Pension and OPEB costs increased $30 million to $147 million in 2006 primarily due to a lower discount rate (5.75% in 2006 versus 6.00% in 2005) used to measure pension and OPEB obligations.

- Pension and OPEB costs decreased $21 million to $117 million in 2005 due primarily to fewer active employees following the 2004 Capgemini outsourcing and TXU Gas disposition transactions and other 2004 restructuring actions. (See Note 8 to the 2006 year-end Financial Statements.)

- A curtailment charge of $5 million is included in pension and OPEB costs in 2004 due to the effects of the Capgemini outsourcing and TXU Gas disposition transactions.

In 2006, the assumed discount rate for both the pension and OPEB obligations was 5.75%. The expected rate of return on assets was 8.75% for the pension plan and 8.67% for the OPEB plan.

Sensitivity of these costs to changes in key assumptions is as follows:

|  | Increase/(Decrease) in 2006 Pension and OPEB Costs |
|---|---|
|  | (millions of dollars) |
| Assumption: |  |
| Discount rate—1% increase ................................................ | $(42) |
| Discount rate—1% decrease ................................................ | $ 37 |
| Expected return on assets—1% increase ....................................... | $(19) |
| Expected return on assets—1% decrease ...................................... | $ 19 |

*Regulatory Recovery of Pension and OPEB Costs*—In June 2005, an amendment to PURA relating to pension and OPEB costs was enacted by the Texas Legislature. This amendment provides for the recovery by Oncor Electric Delivery of pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility, which in addition to its own employees consists largely of active and retired personnel engaged in TCEH's activities, related to service of those additional personnel prior to the deregulation and disaggregation of Energy Future Holdings Corp.'s business effective January 1, 2002. The amendment additionally authorizes Oncor Electric Delivery to establish a regulatory asset or liability for the difference between the amounts of pension and OPEB costs approved in current billing rates and the actual amounts that would otherwise have been recorded as charges or credits to earnings. Accordingly, in the second quarter of 2005, Oncor Electric Delivery began deferring (principally as a regulatory asset or property) additional pension and OPEB costs for the effect of the amendment, which was retroactively effective January 1, 2005. Amounts deferred are ultimately subject to regulatory approval.

88

Confidential

*Stock-Based Incentive Compensation*—Under its shareholder-approved long-term incentive plans, Energy Future Holdings Corp. has provided discretionary awards to qualified management employees in the form of restricted stock and performance units payable in common stock upon vesting. The awards generally vest over a three-year period and the number of shares ultimately earned is based on the performance of Energy Future Holdings Corp.'s stock over the vesting period as compared to the stock price performance of a peer group of companies ("index method") or as compared to a combination of the index method and established thresholds of Energy Future Holdings Corp. stock performance. Stock-based compensation expense, which is reported in selling, general and administrative ("SG&A") expenses, totaled $27 million, $32 million and $56 million in 2006, 2005 and 2004, respectively. The expense is determined based on the grant date fair value of the awards amortized over the vesting period in accordance with SFAS 123(R). See Note 22 to the 2006 year-end Financial Statements for additional information.

The determination of the fair value of stock-based compensation awards at grant date is based on a Monte Carlo simulation. The more significant assumptions used in this valuation process are as follows:

- Expected volatility of the stock price of Energy Future Holdings Corp. and peer group companies—expected volatility is determined based on historical stock price volatilities using daily stock price returns for the three years prior to the grant date.

- The dividend rate for Energy Future Holdings Corp. and peer group companies based on the observed dividend payments over the 12 months prior to grant date.

- Risk-free rate during the three year vesting period—the rate used for the April 1, 2006 awards was the interest rate at that date for three-year U.S. Treasury securities, which was 4.83%.

- Discount for liquidation restrictions—this factor estimates the discount for lack of marketability of vested awards due to the anticipated time for the approval and issuance of the awards, the black-out period immediately after the grant and additional holding requirements imposed on senior executives. This discount is determined based on an estimation of the cost of a protective put at the award date and is calculated using the Black-Scholes option pricing model using expected volatility assumptions based on historical and implied volatility as discussed above and a risk-free rate of return over the option period.

The sensitivity effects of reasonable changes in key assumptions were not significant to the fair value of the 2006 awards.

### Results of Operations—Interim Results

#### Energy Future Holdings Corp. Consolidated

*Three Months Ended June 30, 2007 Compared to Three Months Ended June 30, 2006*

Reference is made to comparisons of results by business segment following the discussion of consolidated results. The business segment comparisons provide additional detail and quantification of items affecting financial results.

Energy Future Holdings Corp.'s operating revenues decreased $645 million, or 24%, to $2.0 billion in 2007. The net decrease reflected the following:

- Operating revenues in the Competitive Electric segment decreased $683 million, or 29%, to $1.7 billion. The decrease was driven by a $396 million decrease in retail electricity revenues and $370 million in increased losses from risk management and trading activities. The decrease in retail electricity revenues reflected lower volumes driven by cooler, below normal weather and a net loss of customers due to competitive activity. The retail revenue decrease also reflected residential price discount actions. The losses from risk management and trading activities reflected unrealized

89

EFIHMW00208219

mark-to-market losses on positions in the long-term hedging program due to higher forward market prices of natural gas, with higher prices for all hedged future periods beyond 2008. Also, see discussion above under "—Significant Developments—Long-term Hedging Program."

- Operating revenues in the Regulated Delivery segment decreased $15 million, or 2%, to $589 million. The revenue decrease reflected lower delivered volumes primarily reflecting the effects of cooler, below normal weather, partially offset by higher transmission and delivery tariffs and installation revenues in 2007 for equipment installation services to support the broadband-over-powerlines initiative.

- A decline in the net intercompany sales elimination of $53 million primarily reflected lower sales by Oncor Electric Delivery to REP subsidiaries of TCEH, while its sales to nonaffiliated REPs increased.

*Gross Margin*

| | Three Months Ended June 30, | | | |
|---|---|---|---|---|
| | 2007 | % of Revenue | 2006 | % of Revenue |
| | (millions of dollars) | | | |
| Operating revenues .......................................... | $2,022 | 100% | $2,667 | 100% |
| Costs and expenses: | | | | |
| Fuel, purchased power costs and delivery fees ...................... | 739 | 36 | 658 | 25 |
| Operating costs ............................................. | 368 | 18 | 341 | 13 |
| Depreciation and amortization ................................. | 196 | 10 | 202 | 7 |
| Gross margin .............................................. | $ 719 | 36% | $1,466 | 55% |

Gross margin is considered a key operating metric as its changes measure the effect of movements in sales volumes and pricing versus the variable and fixed costs to generate, purchase and deliver electricity.

Gross margin decreased $747 million, or 51%, to $719 million in 2007.

- The Competitive Electric segment's gross margin decreased $719 million, or 61%, to $452 million. The gross margin decrease reflected the declines in revenues and the combined effect of lower nuclear generation volumes (due to a planned outage) and increased higher-cost purchased power volumes.

- The Regulated Delivery segment's gross margin decreased $26 million, or 9%, to $268 million driven by the decline in revenues and higher third-party transmission fees.

Operating costs increased $27 million, or 8%, to $368 million in 2007.

- The Competitive Electric segment's operating costs increased $11 million, or 7%, reflecting higher generation maintenance costs, insurance costs and property taxes, partially offset by lower costs resulting from the outsourcing of certain generation technical support services.

- The Regulated Delivery segment's operating costs increased $13 million, or 7%, reflecting equipment installation costs to support the broadband-over-powerlines initiative and higher third-party transmission fees.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants and the delivery system shown in the gross margin table above) decreased $7 million, or 3%, to $200 million in 2007. The decreased expense reflects lower amortization of the regulatory assets associated with the securitization bonds (offset in revenues) and lower depreciation due to the impairment of natural gas-fueled generation plants in the second quarter of 2006.

90

Confidential

SG&A expenses increased $46 million, or 25%, to $227 million in 2007. The increase reflected:

- $12 million in increased retail marketing expenses;

- $11 million in higher professional services costs, due primarily to consulting fees for marketing/ strategic projects and retail billing and customer care systems enhancements;

- $8 million increase in salary and benefit costs driven largely by an increase in staffing in retail operations;

- $5 million in higher incentive compensation;

- $3 million in higher outsourced service provider costs due to contract adjustments;

- $3 million for expenses related to rebranding of the Oncor Electric Delivery Company name; and

- $2 million in increased contributions primarily for the Energy Aid (low-income customer assistance) program,

partially offset by $3 million in lower bad debt expense reflecting a decrease in delinquencies and lower accounts receivable balances.

Other income totaled $16 million in 2007 and $42 million in 2006. Other deductions totaled $122 million in 2007 and a $221 million in 2006. See Note 6 to the June 30, 2007 Financial Statements for detail of other income and deductions. The 2007 other deductions amount includes an additional charge of $82 million related to the suspension of the development of eight coal-fueled generation units. (See Note 2 to the June 30, 2007 Financial Statements.) The 2006 other deductions amount includes a $198 million impairment charge related to the natural gas-fueled generation plants.

Interest expense and related charges increased $3 million, or 1%, to $221 million in 2007 reflecting $21 million due to higher average borrowings, partially offset by $14 million in increased capitalized interest and $4 million from lower average interest rates.

Income tax benefit on income from continuing operations totaled $21 million in 2007 compared to income tax expense of $310 million on income from continuing operations in 2006. Excluding the $51 million deferred tax benefit in 2007 and the $41 million deferred tax charge in 2006 related to the Texas margin tax as described in Note 4 to the June 30, 2007 Financial Statements, the effective income tax rate was 33.7% in 2007 (on a small income base) compared to 33.3% in 2006. (These unusual deferred tax adjustments distort the comparison; they have therefore been excluded for purposes of a more meaningful discussion.) The increased effective rate reflects higher interest accrued related to uncertain tax positions partially offset by the effects on the rate of the significant unrealized mark-to-market net losses associated with the long-term hedging program.

Income from continuing operations (an after-tax measure) decreased $387 million to $110 million in 2007.

- Earnings in the Competitive Electric segment decreased $332 million to $129 million driven by the decline in gross margin and higher SG&A expenses, partially offset by lower other deductions and the Texas margin tax benefit.

- Earnings in the Regulated Delivery segment decreased $32 million, or 37%, to $54 million primarily driven by lower operating revenue, higher SG&A expenses and third-party transmission fees and costs associated with the cities rate settlement.

- Corporate and Other net expenses totaled $73 million in 2007 and $50 million in 2006. The amounts in 2007 and 2006 consist principally of recurring interest expense on outstanding debt and affiliate borrowings at the Energy Future Holdings Corp. level, as well as corporate general and administrative expenses. The increase of $23 million primarily reflects:

  - a $17 million after-tax favorable settlement in 2006 of a telecommunications contract dispute;

91

Confidential

- $8 million after-tax in higher accrued interest related to uncertain tax positions;

- $7 million after-tax in increased SG&A expenses driven by higher compensation and consulting expenses;

- a $5 million after-tax write-off in 2007 of deferred costs associated with the suspended Infrastrux joint venture; and

- $4 million after-tax in financial advisory, legal and other professional fees in 2007 directly related to the Merger,

partially offset by the $21 million deferred tax benefit in 2007 related to the Texas margin tax as described in Note 4 to the June 30, 2007 Financial Statements.

Net pension and postretirement benefit costs reduced income from continuing operations by $8 million in 2007 and $10 million in 2006.

## Energy Future Holdings Corp. Consolidated

*Six Months Ended June 30, 2007 Compared to Six Months Ended June 30, 2006*

Energy Future Holdings Corp.'s operating revenues decreased $1.3 billion, or 26%, to $3.7 billion in 2007. The net decrease reflected the following:

- Operating revenues in the Competitive Electric segment decreased $1.4 billion, or 32%, to $3.0 billion. The decrease was driven by $1.0 billion in increased losses from risk management and trading activities and a $354 million decrease in retail electricity revenues. The losses from risk management and trading activities reflected unrealized mark-to-market losses on positions in the long-term hedging program due to higher forward market prices of natural gas, with higher prices for all hedged future periods beyond 2008. Also, see discussion above under "—Significant Developments—Long-term Hedging Program." The decrease in retail electricity revenues reflected lower volumes driven by the effects of a net loss of customers due to competitive activity and cooler, below normal weather. The retail revenue decrease also reflected residential price discount actions.

- Operating revenues in the Regulated Delivery segment increased $41 million, or 4%, to $1.2 billion. The revenue increase reflected higher distribution and transmission tariffs, revenues in 2007 for equipment installation services to support the broadband-over-powerlines initiative and growth in points of delivery.

- A decline in the net intercompany sales elimination of $55 million reflected lower sales by Oncor Electric Delivery to REP subsidiaries of TCEH, while its sales to nonaffiliated REPs increased.

*Gross Margin*

|  | Six Months Ended June 30, | | | |
|---|---|---|---|---|
|  | 2007 | % of Revenue | 2006 | % of Revenue |
|  | | (millions of dollars) | | |
| Operating revenues .......................................... | $3,691 | 100% | $4,971 | 100% |
| Costs and expenses: | | | | |
| Fuel, purchased power costs and delivery fees ................... | 1,404 | 38 | 1,179 | 24 |
| Operating costs ......................................... | 714 | 19 | 684 | 14 |
| Depreciation and amortization .............................. | 395 | 11 | 404 | 8 |
| Gross margin ............................................ | $1,178 | 32% | $2,704 | 54% |

92

EFIHMW00208222

Gross margin decreased $1.5 billion, or 56%, to $1.2 billion in 2007.

- The Competitive Electric segment's gross margin decreased $1.5 billion, or 72%, to $609 million. The gross margin decrease reflected the declines in revenues and higher average cost of electricity sold due primarily to a decrease in baseload generation volumes (largely reflecting planned outages) and increased purchased power volumes.

- The Regulated Delivery segment's gross margin increased $21 million, or 4%, to $572 million driven by higher revenues, partially offset by higher third-party transmission fees.

Operating costs increased $30 million, or 4%, to $714 million in 2007.

- The Competitive Electric segment's operating costs increased $8 million, or 3%, reflecting $20 million in higher generation maintenance costs largely due to the scheduled outage of one of the nuclear generation units, partially offset by $11 million in lower costs associated with generation technical support outsourcing service agreements.

- The Regulated Delivery segment's operating costs increased $17 million, or 4%, reflecting equipment installation costs in 2007 to support the broadband-over-powerlines initiative and higher third-party transmission fees.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants and the delivery system shown in the Gross Margin table above) decreased $10 million, or 2%, to $403 million in 2007. The decreased expense reflects lower depreciation due to the impairment of natural gas-fueled generation plants in the second quarter of 2006, lower expense associated with mining reclamation obligations and lower amortization of the regulatory assets associated with the securitization bonds (offset in revenues), partially offset by normal additions of property, plant and equipment and additional mining development amortization.

SG&A expenses increased $77 million, or 21%, to $447 million in 2007. The increase reflected:

- $20 million in costs associated with the generation development program that was initiated in the second quarter of 2006, principally salaries and consulting expenses;

- $18 million in increased retail marketing expenses;

- $15 million in higher professional services costs, due primarily to consulting fees for retail billing and customer care systems enhancements and marketing/strategic projects;

- $10 million in higher outsourced service provider costs due to contract adjustments;

- $7 million increase in salary and benefit costs driven largely by an increase in staffing in retail operations;

- $4 million in higher incentive compensation;

- $3 million for expenses related to rebranding of the Oncor Electric Delivery Company name; and

- $3 million in increased contributions primarily for the Energy Aid (low-income customer assistance) program,

partially offset by the effect of $12 million in executive severance expense in 2006.

Other income totaled $45 million in 2007 and $55 million in 2006. Other deductions totaled $891 million in 2007 and $221 million in 2006. The 2007 other deductions amount includes charges of $795 million related to the suspension of the development of eight coal-fueled generation units (see Note 2 to the June 30, 2007 Financial Statements). The 2006 other deductions amount includes a $198 million impairment charge related to natural gas-fired generation plants. See Note 6 to the June 30, 2007 Financial Statements for detail of other income and deductions.

93

Confidential

Interest expense and related charges decreased $13 million, or 3%, to $418 million in 2007 reflecting $31 million in increased capitalized interest and $8 million from lower average interest rates, partially offset by $26 million due to higher average borrowings.

Income tax benefit on loss from continuing operations totaled $294 million in 2007 compared to income tax expense on income from continuing operations of $561 million in 2006. Excluding the $51 million deferred tax benefit in 2007 and the $41 million deferred tax charge in 2006 related to the Texas margin tax as described in Note 4 to the June 30, 2007 Financial Statements, the effective income tax rate was 35.6% on a loss in 2007 compared to 33.0% on income in 2006. (These unusual deferred tax adjustments distort the comparison; they have therefore been excluded for purposes of a more meaningful discussion.) The increased effective rate reflects the impact of the significant unrealized mark-to-market net losses associated with the long-term hedging program as well as the charge related to the suspended generation development activities. These effects were partially offset by higher interest accrued related to uncertain tax positions and higher income-based taxes arising from enactment of the Texas margin tax.

Results from continuing operations (an after-tax measure) decreased $1.4 billion to a loss of $388 million in 2007.

- Results in the Competitive Electric segment decreased $1.3 billion to a loss of $342 million driven by the decline in gross margin and the charges related to the suspension of the development of eight coal-fueled generation units.

- Earnings in the Regulated Delivery segment decreased $11 million, or 7%, to $140 million primarily driven by costs associated with the cities rate settlement, higher interest expense and higher third-party transmission fees, partially offset by higher operating revenues.

- Corporate and Other net expenses totaled $186 million in 2007 and $119 million in 2006. The amounts in 2007 and 2006 consist principally of recurring interest expense on outstanding debt and affiliate borrowings at Energy Future Holdings Corp., as well as corporate general and administrative expenses. The increase of $67 million primarily reflects:

  - $20 million after-tax in financial advisory, legal and other professional fees in 2007 directly related to the Merger;

  - a 2007 write-off of $19 million after-tax in previously deferred costs related to anticipated strategic transactions (including expected financings) that are no longer expected to be completed as a result of the Merger;

  - a $17 million after-tax favorable settlement in 2006 of a telecommunications contract dispute;

  - $16 million after-tax in higher accrued interest related to uncertain tax positions; and

  - $9 million after-tax in higher SG&A expenses driven by higher compensation and consulting expenses,

partially offset by the $21 million deferred tax benefit in 2007 related to the Texas margin tax as described in Note 4 to the June 30, 2007 Financial Statements.

Net pension and postretirement benefit costs reduced results from continuing operations by $19 million in 2007 and $21 million in 2006.

### Energy-Related Commodity Contracts and Mark-to-Market Activities

The table below summarizes the changes in commodity contract assets and liabilities for the six months ended June 30, 2007. The net changes in these assets and liabilities, excluding "other activity" as described below, represent the net effect of mark-to-market accounting for positions in the commodity contract portfolio, which excludes positions that are subject to cash flow hedge accounting. For the six months ended June 30, 2007, this effect totaled $1.3 billion in unrealized net losses, which represented $1.3 billion in net losses on unsettled

94

Confidential