positions, principally those positions entered into as part of the long-term hedging positions that were dedesignated as cash flow hedges for accounting purposes, and $7 million in reversals of net losses recognized in prior periods on positions settled in the current period. These positions represent both economic hedging and trading activities.

|  | Six Months Ended June 30, 2007 |
|---|---|
|  | (millions of dollars) |
| Net commodity contract liability at beginning of period . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $    23 |
| Settlements of positions included in the opening balance[1] . . . . . . . . . . . . . . . . . . . . . . . . . . | (7) |
| Unrealized mark-to-market valuations of positions held at end of period[2] . . . . . . . . . . . . . . . | 1,283 |
| Other activity[3] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (143) |
| Net commodity contract liability at end of period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $1,156 |

(1) Represents reversals of unrealized mark-to-market valuations of these positions recognized in net income prior to the beginning of the period, to offset gains and losses realized upon settlement of the positions in the current period.

(2) Includes mark-to-market effects of positions dedesignated as cash flow hedges (see discussion above under "—Significant Developments—Long-term Hedging Program"). Also includes $164 million in losses and a $30 million gain recorded at contract inception dates (see Note 12 to the June 30, 2007 Financial Statements).

(3) These amounts have not been recognized in prior and current year mark-to-market earnings. Includes initial values of positions involving the receipt or payment of cash or other consideration such as option premiums paid and received. Activity in 2007 included payments of $39 million related to natural gas physical swap transactions and a $102 million premium paid in 2007 related to a structured economic hedge transaction in the long-term hedging program.

In addition to the net effect of recording unrealized mark-to-market gains and losses that are reflected in the table above, similar effects arise in the recording of unrealized ineffectiveness gains and losses associated with commodity-related cash flow hedges. These effects, which include reversals of previously recorded unrealized ineffectiveness gains and losses to offset realized gains and losses upon settlement, are reflected as changes in cash flow hedge and other derivative assets and liabilities (see Note 12 to the June 30, 2007 Financial Statements). The total net effect of recording unrealized gains and losses related to commodity contracts under SFAS 133 is summarized as follows:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2007 | 2006 | 2007 | 2006 |
|  | (millions of dollars) | | | |
| Unrealized losses related to contracts marked-to-market . . . . . . . . . . . | $(413) | $(121) | $(1,276) | $(115) |
| Ineffectiveness gains (losses) related to cash flow hedges[a] . . . . . . . . . | (5) | 145 | 94 | 144 |
| Total unrealized gains (losses) related to commodity contracts . . . . . . . | $(418) | $  24 | $(1,182) | $  29 |

(a) See Note 12 to the June 30, 2007 Financial Statements.

These amounts are reported in the "risk management and trading activities" component of revenues.

*Maturity Table*—Of the net commodity contract liability balance above at June 30, 2007, the amount representing unrealized mark-to-market net losses that have been recognized in current and prior years' earnings totals $1.2 billion. Partially offsetting this net liability is a net asset of $51 million included in the June 30, 2007 balance sheet that is comprised principally of amounts representing current and prior years' net payments of cash or other consideration, including $101 million of net option payments and $47 million in net receipts of natural

Confidential

EFIHMW00208225

**PX 008**
**Page 104 of 501**

gas related to physical swap transactions. The following table presents the unrealized net commodity contract liability arising from mark-to-market accounting as of June 30, 2007, scheduled by contractual settlement dates of the underlying positions.

| | Maturity Dates of Unrealized Net Commodity Contract Liabilities at June 30, 2007 | | | | |
|---|---|---|---|---|---|
| | Less than 1 year | 1-3 years | 4-5 years | Excess of 5 years | Total |
| | (millions of dollars) | | | | |
| **Source of fair value** | | | | | |
| Prices actively quoted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 16 | $(200) | $(248) | $ (23) | $ (455) |
| Prices provided by other external sources[a] . . . . . . . . . . . . . . . . . | 6 | (253) | (353) | (89) | (689) |
| Prices based on models[b] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (45) | (18) | — | — | (63) |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $(23) | $(471) | $(601) | $(112) | $(1,207) |
| Percentage of total fair value . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2% | 39% | 50% | 9% | 100% |

(a) Includes "day one" losses of $138 million associated with hedge transactions and a "day one" gain of $30 million associated with a long-term power purchase agreement.

(b) Includes "day one" loss of $26 million associated with a hedge transaction.

The "prices actively quoted" category reflects only exchange traded contracts with active quotes available. The "prices provided by other external sources" category represents forward commodity positions at locations for which over-the-counter broker quotes are available. Over-the-counter quotes for power in ERCOT generally extend through 2011 and over-the-counter quotes for natural gas generally extend through 2015, depending upon delivery point. The "prices based on models" category contains the value of all nonexchange traded options, valued using option pricing models. In addition, this category contains other contractual arrangements which may have both forward and option components. In many instances, these contracts can be broken down into their component parts and each component valued separately. Components valued as forward commodity positions are included in the "prices provided by other external sources" category. Components valued as options are included in the "prices based on models" category.

*Competitive Electric Segment*

*Financial Results*

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| | (millions of dollars) | | | |
| Operating revenues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $1,666 | $2,349 | $2,983 | $4,359 |
| **Costs and expenses:** | | | | |
| Fuel, purchased power costs and delivery fees . . . . . . . . . . . . . . . . . . | 971 | 943 | 1,902 | 1,733 |
| Operating costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 163 | 152 | 314 | 306 |
| Depreciation and amortization . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 82 | 84 | 161 | 169 |
| Selling, general and administrative expenses . . . . . . . . . . . . . . . . . . . | 155 | 128 | 312 | 249 |
| Franchise and revenue-based taxes . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | 27 | 53 | 54 |
| **Other income** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (1) | (9) | (1) |
| Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 93 | 205 | 808 | 195 |
| Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (85) | (45) | (162) | (76) |
| Interest expense and related charges . . . . . . . . . . . . . . . . . . . . . . . . | 123 | 102 | 212 | 203 |
| Total costs and expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,529 | 1,595 | 3,591 | 2,832 |
| Income (loss) before income taxes . . . . . . . . . . . . . . . . . . . . . . . . . | 137 | 754 | (608) | 1,527 |
| Income tax expense (benefit) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 293 | (266) | 546 |
| Net income (loss) from continuing operations . . . . . . . . . . . . . . . . . . | $ 129 | $ 461 | $ (342) | $ 981 |

96

EFIHMW00208226

*Sales Volume Data*

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2007 | 2006 | Change % | 2007 | 2006 | Change % |
| **Sales volumes:** | | | | | | |
| Retail electricity sales volumes (GWh): | | | | | | |
| Historical service territory: | | | | | | |
| Residential . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,072 | 6,825 | (25.7) | 10,719 | 12,057 | (11.1) |
| Small business[a] . . . . . . . . . . . . . . . . . . . . . . . | 1,537 | 2,068 | (25.7) | 3,180 | 3,795 | (16.2) |
| Total historical service territory . . . . . . . . . . . . . | 6,609 | 8,893 | (25.7) | 13,899 | 15,852 | (12.3) |
| Other territories: | | | | | | |
| Residential . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,010 | 1,018 | (0.8) | 1,748 | 1,629 | 7.3 |
| Small business[a] . . . . . . . . . . . . . . . . . . . . . . . | 204 | 169 | 20.7 | 368 | 301 | 22.3 |
| Total other territories . . . . . . . . . . . . . . . . . . . . | 1,214 | 1,187 | 2.3 | 2,116 | 1,930 | 9.6 |
| Large business and other customers . . . . . . . . . . | 3,653 | 3,552 | 2.8 | 7,043 | 6,785 | 3.8 |
| Total retail electricity . . . . . . . . . . . . . . . . . . . . | 11,476 | 13,632 | (15.8) | 23,058 | 24,567 | (6.1) |
| Wholesale electricity sales volumes . . . . . . . . . . | 9,290 | 7,852 | 18.3 | 17,977 | 15,705 | 14.5 |
| Net sales (purchases) of balancing electricity to/ from ERCOT . . . . . . . . . . . . . . . . . . . . . . . . . | 302 | (267) | — | 626 | 1,165 | (46.3) |
| Total sales volumes . . . . . . . . . . . . . . . . . . . . . | 21,068 | 21,217 | (0.7) | 41,661 | 41,437 | 0.5 |
| **Average volume (kWh) per retail customer[b]:** | | | | | | |
| Residential . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,299 | 4,012 | (17.8) | 6,731 | 6,975 | (3.5) |
| Small business . . . . . . . . . . . . . . . . . . . . . . . . | 6,676 | 7,990 | (16.4) | 13,476 | 14,460 | (6.8) |
| Large business and other customers . . . . . . . . . . | 100,336 | 70,256 | 42.8 | 175,727 | 130,966 | 34.2 |
| **Weather (service territory average)—percent of normal[c]:** | | | | | | |
| Percent of normal: | | | | | | |
| Cooling degree days . . . . . . . . . . . . . . . . . . . . | 85.3% | 131.0% | | 88.8% | 135.9% | |

(a)  Customers with demand of less than 1 MW.

(b)  Calculated using average number of customers for period.

(c)  Weather data is obtained from Weatherbank, Inc., an independent company that collects and archives weather data from reporting stations of the National Oceanic and Atmospheric Administration (a federal agency under the U.S. Department of Commerce).

97

EFIHMW00208227

*Customer Count Data*

|  | June 30. | | |
|  | 2007 | 2006 | Change % |
|---|---|---|---|
| **Customer counts:** | | | |
| Retail electricity customers (end of period and in thousands)[a]: | | | |
| ***Historical service territory:*** | | | |
| Residential ..................................................... | 1,560 | 1,716 | (9.1)% |
| Small business[b] ............................................. | 248 | 271 | (8.5) |
| Total historical service territory .............................. | 1,808 | 1,987 | (9.0) |
| ***Other territories:*** | | | |
| Residential ..................................................... | 273 | 227 | 20.3 |
| Small business[b] ............................................. | 11 | 7 | 57.1 |
| Total other territories ......................................... | 284 | 234 | 21.4 |
| ***All territories:*** | | | |
| Residential ..................................................... | 1,833 | 1,943 | (5.7) |
| Small business[b] ............................................. | 259 | 278 | (6.8) |
| Total all territories ........................................... | 2,092 | 2,221 | (5.8) |
| Large business and other customers .......................... | 36 | 49 | (26.5) |
| Total retail electricity customers ............................. | 2,128 | 2,270 | (6.3)% |

(a)  Based on number of meters.
(b)  Customers with demand of less than 1MW.

Confidential

EFIHMW00208228

*Revenue and Market Share Data*

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2007 | 2006 | Change % | 2007 | 2006 | Change % |
| | | | (millions of dollars) | | | |
| **Operating revenues:** | | | | | | |
| Retail electricity revenues: | | | | | | |
| Historical service territory: | | | | | | |
| Residential ................................... | $ 700 | $ 1,008 | (30.6)% | $ 1,484 | $ 1,753 | (15.3)% |
| Small business[a] ............................... | 230 | 309 | (25.6) | 468 | 566 | (17.3) |
| Total historical service territory ............... | 930 | 1,317 | (29.4) | 1,952 | 2,319 | (15.8) |
| Other territories: | | | | | | |
| Residential ................................... | 141 | 160 | (11.9) | 249 | 248 | 0.4 |
| Small business[a] ............................... | 26 | 20 | 30.0 | 46 | 36 | 27.8 |
| Total other territories ...................... | 167 | 180 | (7.2) | 295 | 284 | 3.9 |
| Large business and other customers ................ | 343 | 339 | 1.2 | 657 | 655 | 0.3 |
| Total retail electricity revenues .................... | 1,440 | 1,836 | (21.6) | 2,904 | 3,258 | (10.9) |
| Wholesale electricity revenues .................... | 535 | 479 | 11.7 | 982 | 956 | 2.7 |
| Net sales (purchases) of balancing electricity to/from ERCOT ................................... | — | (32) | — | 9 | 26 | (65.4) |
| Net losses from risk management and trading activities ................................... | (383) | (13) | — | (1,069) | (57) | — |
| Other operating revenues ........................ | 74 | 79 | (6.3) | 157 | 176 | (10.8) |
| Total operating revenues .................... | $ 1,666 | $ 2,349 | (29.1)% | $ 2,983 | $ 4,359 | (31.6)% |
| **Risk management and trading activities:** | | | | | | |
| Realized net gains (losses) on settled positions[b] ..... | $ 35 | $ (38) | | $ 113 | $ (86) | |
| Reversal of prior periods' unrealized net (gains) losses on positions settled in current period ............ | (21) | 2 | | (13) | 38 | |
| Other unrealized net gains (losses), including cash flow hedge ineffectiveness ........................ | (397) | 23 | | (1,169) | (9) | |
| Total net losses ........................ | $ (383) | $ (13) | | $ (1,069) | $ (57) | |
| **Average revenues per MWh:** | | | | | | |
| Residential ............................ | $138.36 | $148.85 | (7.0)% | $139.01 | $146.23 | (4.9)% |
| **Estimated share of ERCOT retail markets[c]:** | | | | | | |
| Historical service territory: | | | | | | |
| Residential ............................. | | | | 62% | 69% | |
| Small business ............................ | | | | 61% | 68% | |
| Total ERCOT: | | | | | | |
| Residential ............................. | | | | 35% | 38% | |
| Small business ............................ | | | | 25% | 28% | |
| Large business and other customers ............ | | | | 11% | 17% | |

(a) Customers with demand of less than 1 MW.
(b) Includes physical commodity trading activity not subject to mark-to-market accounting of $5 million in net losses in the second quarter of both 2007 and 2006, and $6 million and $15 million in net losses in the six months ended June 30, 2007 and 2006, respectively.
(c) Based on number of meters. Estimated market share is based on the number of customers that have choice.

99

Confidential

*Production, Purchased Power and Delivery Cost Data*

| | Three Months Ended June 30, | | | Six Months Ended June 30. | | |
|---|---|---|---|---|---|---|
| | 2007 | 2006 | Change % | 2007 | 2006 | Change % |
| | (millions of dollars, except percentages and average costs per month) | | | | | |
| **Fuel, purchased power costs and delivery fees:** | | | | | | |
| Nuclear fuel . . . . . . . . . . . . . . . . . . . . . . . | $    21 | $    22 | (4.5) | $    39 | $    43 | (9.3)% |
| Lignite/coal . . . . . . . . . . . . . . . . . . . . . . . | 152 | 113 | 34.5 | 290 | 229 | 26.6 |
| Total baseload fuel . . . . . . . . . . . . . . | 173 | 135 | 28.1 | 329 | 272 | 21.0 |
| Natural gas fuel and purchased power . . . . | 435 | 421 | 3.3 | 818 | 689 | 18.7 |
| Other costs . . . . . . . . . . . . . . . . . . . . . . . . | 72 | 50 | 44.0 | 146 | 122 | 19.7 |
| Fuel and purchased power costs . . . . . . . . | 680 | 606 | 12.2 | 1,293 | 1,083 | 19.4 |
| Delivery fees[a] . . . . . . . . . . . . . . . . . . . . | 291 | 337 | (13.6) | 609 | 650 | (6.3) |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . | $  971 | $  943 | 3.0% | $ 1,902 | $ 1,733 | 9.8% |
| **Fuel and purchased power costs (which excludes generation plant operating costs) per MWh:** | | | | | | |
| Nuclear fuel . . . . . . . . . . . . . . . . . . . . . . . | $  4.64 | $  4.25 | 9.2% | $  4.55 | $  4.24 | 7.3% |
| Lignite/coal[b] . . . . . . . . . . . . . . . . . . . . . | $ 16.14 | $ 12.67 | 27.4% | $ 15.62 | $ 12.33 | 26.7% |
| Natural gas fuel and purchased power . . . . | $ 62.86 | $ 63.40 | (0.9)% | $ 61.37 | $ 61.76 | (0.6)% |
| Delivery fees per MWh . . . . . . . . . . . . . . | $ 24.90 | $ 24.51 | 1.6% | $ 25.94 | $ 26.18 | (0.9)% |
| **Production and purchased power volumes (GWh):** | | | | | | |
| Nuclear . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,492 | 5,098 | (11.9)% | 8,555 | 10,178 | (15.9)% |
| Lignite/coal . . . . . . . . . . . . . . . . . . . . . . . | 10,211 | 10,044 | 1.7 | 20,197 | 20,918 | (3.4) |
| Total baseload generation . . . . . . . . . . | 14,703 | 15,142 | (2.9) | 28,752 | 31,096 | (7.5) |
| Natural gas-fueled generation . . . . . . . . . . | 633 | 1,350 | (53.1) | 1,382 | 1,539 | (10.2) |
| Purchased power . . . . . . . . . . . . . . . . . . . . | 6,287 | 5,291 | 18.8 | 11,957 | 9,616 | 24.3 |
| Total energy supply . . . . . . . . . . . . . . | 21,623 | 21,783 | (0.7) | 42,091 | 42,251 | (0.4) |
| Less line loss and power imbalances . . . . . | 555 | 566 | (1.9) | 430 | 814 | (47.2) |
| Net energy supply volumes . . . . . . . . | 21,068 | 21,217 | (0.7)% | 41,661 | 41,437 | 0.5% |
| **Baseload capacity factors (%):** | | | | | | |
| Nuclear . . . . . . . . . . . . . . . . . . . . . . . . . . | 89.6% | 102.0% | (12.2)% | 85.8% | 102.3% | (16.1)% |
| Lignite/coal . . . . . . . . . . . . . . . . . . . . . . . | 85.9% | 82.4% | 4.2% | 86.6% | 86.4% | 0.2% |
| Total baseload . . . . . . . . . . . . . . . . . . | 87.0% | 88.0% | (1.1)% | 86.3% | 90.9% | (5.1)% |

(a) Includes delivery fee charges from Oncor Electric Delivery that are eliminated in consolidation.
(b) Includes depreciation and amortization of lignite mining assets, which is reported in the depreciation and amortization expense line item, but is part of overall fuel costs.

Confidential

EFIHMW00208230

**PX 008**
**Page 109 of 501**

See Note 2 to the June 30, 2007 Financial Statements for discussion of potential charges in future periods in connection with the suspended development of eight coal-fueled generation facilities.

*Three Months Ended June 30, 2007 Compared to Three Months Ended June 30, 2006*

Operating revenues decreased $683 million, or 29%, as follows:

| | Three Months Ended June 30, | | Increase (Decrease) |
|---|---|---|---|
| | 2007 | 2006 | |
| | (millions of dollars) | | |
| Retail electricity revenues | $1,440 | $1,836 | $(396) |
| Wholesale electricity revenues | 535 | 479 | 56 |
| Wholesale balancing activities | — | (32) | 32 |
| Net losses from risk management and trading activities | (383) | (13) | (370) |
| Other operating revenues | 74 | 79 | (5) |
| Total operating revenues | $1,666 | $2,349 | $(683) |

The $396 million, or 22%, decrease in retail electricity revenues reflected the following:

* Lower retail volumes contributed $290 million to the revenue decrease. Residential and small business volumes in the historical service territory decreased 26% reflecting cooler, below normal weather that drove an 18% decrease in average consumption per customer and the effects of a net loss of customers due to competitive activity.

* Lower average pricing (including customer mix effects) contributed $106 million to the revenue decrease. Lower average retail pricing reflected new competitive product offerings, the effect of a six percent price discount, effective with meter reads on March 27, 2007, and an additional four percent price discount, effective with meter reads on June 8, 2007, to those residential customers in the historical service territory with month-to-month service plans and a rate equivalent to the former price-to-beat rate. Average prices in the large business market decreased 2% primarily reflecting a change in customer mix.

* Total retail electricity customer counts at June 30, 2007 declined 6% from June 30, 2006. Total residential and small business customer counts in the historical service territory declined 9% and in all combined territories declined 6%.

Wholesale electricity revenues increased $56 million, or 12%. Volume growth of 18% contributed $88 million to the increase, which was partially offset by a $32 million pricing impact as average wholesale prices declined 6% reflecting lower natural gas prices. The volume growth was due in part to the decline in retail volumes associated with competitive activity.

Wholesale balancing activity comparisons are not meaningful because the activity represents intraday purchases and sales transactions with ERCOT for real-time balancing purposes, as measured in 15-minute intervals, that are highly variable.

Results from risk management and trading activities include realized and unrealized gains and losses associated with financial instruments used for economic hedging and trading purposes, as well as gains and losses on physical sales and purchases of commodities for trading purposes. Because most of the hedging and risk management activities are intended to mitigate the risk of future commodity price movements on revenues and fuel and purchased power costs, the changes in such results should not be viewed in isolation, but rather

101

Confidential

taken together with the effects of pricing and cost changes on gross margin. Following is an analysis of activities in the second quarter of 2007:

### Results associated with the long-term hedging program

- $400 million in unrealized mark-to-market net losses, which includes $386 million in net losses on unsettled positions and $14 million in net losses that represent reversals of previously recorded unrealized net gains on positions settled in the current period;

- $63 million in unrealized "day one" losses on a related series of commodity price hedges entered into at below-market prices;

- $3 million in unrealized cash flow hedge ineffectiveness net losses that represent reversals of previously recorded unrealized net gains on positions settled in the current period; and

- $34 million in realized net gains that offset hedged electricity revenues recognized in the current period.

### Results associated with other risk management and trading activities

- $33 million in unrealized net gains on economic hedge positions, which includes $40 million in net gains on unsettled positions and $7 million in net losses that represent reversals of previously recorded unrealized net gains on positions settled in the current period;

- $30 million "day one" gain on a long-term power purchase agreement; and

- $14 million in other net losses, including unrealized losses on commodity trading positions.

*Gross Margin*

| | Three Months Ended June 30, | | | |
| | 2007 | % of Revenue | 2006 | % of Revenue |
|---|---|---|---|---|
| | (millions of dollars) | | | |
| Operating revenues .......................................... | $1,666 | 100% | $2,349 | 100% |
| Costs and expenses: | | | | |
| Fuel, purchased power costs and delivery fees ...................... | 971 | 58 | 943 | 40 |
| Generation plant operating costs .................................. | 163 | 10 | 152 | 6 |
| Depreciation and amortization .................................... | 80 | 5 | 83 | 4 |
| Gross margin ............................................... | $ 452 | 27% | $1,171 | 50% |

Gross margin decreased $719 million, or 61%, to $452 million in 2007. The decrease reflected $370 million unfavorable change in results from risk management and trading activities, a 26% decrease in residential and small business volumes in the historical service territory and lower retail electricity average pricing driven by residential price discounts. Lower gross margin also reflected higher average cost of electricity sold due to a 12% decrease in nuclear generation volumes and increased purchased power volumes. In addition, average fuel cost per MWh generated increased 5% as the impact of inefficiencies in lignite mining operations due to significantly above normal rainfall was partially offset by the favorable effect of lower utilization of natural gas-fueled plants.

The decline in nuclear generation volumes was due to a planned refueling and major maintenance outage for one of the two Comanche Peak units. Maintenance work during the 55-day outage, which ended in late April 2007, included the replacement of the unit's steam generators and reactor vessel head.

Gross margin as a percent of revenues decreased 23 percentage points to 27%. The decline reflected:

- the effect of results from risk management and trading activities, including unrealized mark-to-market losses on positions in the long-term hedging program (12 percentage point margin decrease);

Confidential

- the effect of a decrease in residential and small business sales volumes and an increase in wholesale sales volumes (six percentage point margin decrease);

- the effect of lower average retail electricity pricing (two percentage point margin decrease); and

- the effect of lower generation volumes and higher purchased power volumes (one percentage point margin decrease).

Operating costs increased $11 million, or 7%, to $163 million in 2007. The increase reflected:

- $6 million in higher generation maintenance costs largely due to the scheduled outage of one of the nuclear generation units;

- $6 million in higher insurance costs, principally property-related; and

- $5 million in higher property taxes reflecting higher valuations for 2007,

partially offset by $7 million in lower costs associated with the outsourcing of certain generation technical support services.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants shown in the gross margin table above) decreased $2 million, or 2%, to $82 million primarily reflecting lower depreciation due to the impairment of natural gas-fueled generation plants in the second quarter of 2006.

SG&A expenses increased $27 million, or 21%, to $155 million in 2007. The increase reflected:

- $12 million in increased retail marketing expenses;

- $8 million in higher salary and benefit costs primarily driven by an increase in staffing in retail operations;

- $6 million in higher professional fees primarily for marketing/strategic projects and retail billing and customer care systems enhancements;

- $2 million in higher incentive compensation expense; and

- $2 million in increased contributions primarily for the Energy Aid (low-income customer assistance) program,

partially offset by $3 million in lower bad debt expense driven by a decrease in delinquencies and lower accounts receivable balances due to the milder winter weather.

Other deductions totaled $93 million in 2007 and $205 million in 2006. The 2007 amount includes a charge of $82 million in connection with the suspension of the development of eight coal-fueled generation units (see Note 2 to the June 30, 2007 Financial Statements) and $5 million in connection with the settlement of the PUCT's investigation regarding TXU Energy's renewal process for certain small and medium business customers on term service plans. The 2006 amount includes a charge of $198 million to write down the natural gas-fueled generation plants to fair value.

Interest income increased $40 million to $85 million in 2007 reflecting $21 million due to higher average advances to affiliates and $19 million due to higher average rates on the advances.

Interest expense and related charges increased by $21 million, or 21%, to $123 million in 2007. The increase reflected $18 million due to higher average borrowings and $16 million due to higher average interest rates, partially offset by $13 million in increased capitalized interest.

Income tax expense totaled $8 million in 2007 compared to $293 million in 2006. Excluding the $30 million deferred tax benefit in 2007 and the $42 million deferred tax charge in 2006 related to the Texas margin tax as

103

EFIHMW00208233

described in Note 4 to the June 30, 2007 Financial Statements, the effective income tax rate was 27.7% in 2007 on a small income base compared to 33.2% in 2006. (These unusual deferred tax adjustments distort the comparison; they have therefore been excluded for purposes of a more meaningful discussion.) The lower effective rate reflected the impact of the significant unrealized mark-to-market net losses associated with the long-term hedging program, partially offset by higher interest accrued related to uncertain tax positions.

Income from continuing operations decreased $332 million to $129 million in 2007 driven by the decline in gross margin and higher SG&A expenses, partially offset by lower other deductions and the Texas margin tax benefit.

### Competitive Electric Segment

*Six Months Ended June 30, 2007 Compared to Six Months Ended June 30, 2006*

Operating revenues decreased $1.4 billion, or 32%, as follows:

|  | Six Months Ended June 30, | | Increase (Decrease) |
|---|---|---|---|
|  | 2007 | 2006 | |
|  | (millions of dollars) | | |
| Retail electricity revenues | $ 2,904 | $3,258 | $ (354) |
| Wholesale electricity revenues | 982 | 956 | 26 |
| Wholesale balancing activities | 9 | 26 | (17) |
| Net losses from risk management and trading activities | (1,069) | (57) | (1,012) |
| Other operating revenues | 157 | 176 | (19) |
| Total operating revenues | $ 2,983 | $4,359 | $(1,376) |

The $354 million, or 11%, decrease in retail electricity revenues reflected the following:

- Lower retail volumes contributed $200 million to the revenue decrease. Residential and small business volumes in the historical service territory decreased 12% reflecting the effects of a net loss of customers due to competitive activity and lower average consumption per customer of 4% reflecting the cooler, below normal weather in the second quarter of 2007. Large business market volumes increased 4% reflecting a change in customer mix.

- Lower average pricing (including customer mix effects) contributed $154 million to the revenue decrease. Lower average retail pricing reflected new competitive product offerings, the effect of a six percent price discount, effective with meter reads on March 27, 2007, and an additional four percent price discount, effective with meter reads on June 8, 2007, to those residential customers in the historical service territory with month-to-month service plans and a rate equivalent to the former price-to-beat rate. Average prices in the large business market decreased 3% primarily reflecting a change in customer mix.

- Total retail electricity customer counts at June 30, 2007 declined 6% from June 30, 2006. Total residential and small business customer counts in the historical service territory declined 9% and in all combined territories declined 6%.

Wholesale electricity revenues increased $26 million, or 3%. Volume growth of 14% contributed $138 million to the increase, which was partially offset by a $112 million pricing impact as average wholesale prices declined 10% reflecting lower natural gas prices. The volume growth was due in part to the decline in retail volumes associated with competitive activity.

Wholesale balancing activity comparisons are not meaningful because the activity represents intraday purchases and sales transactions with ERCOT for real-time balancing purposes, as measured in 15-minute intervals, that are highly variable.

104

EFIHMW00208234

Results from risk management and trading activities include realized and unrealized gains and losses associated with financial instruments used for economic hedging and trading purposes, as well as gains and losses on physical sales and purchases of commodities for trading purposes. Because most of the hedging and risk management activities are intended to mitigate the risk of future commodity price movements on revenues and fuel and purchased power costs, the changes in such results should not be viewed in isolation, but rather taken together with the effects of pricing and cost changes on gross margin. Following is an analysis of activities for the six months ended June 30, 2007:

### Results associated with the long-term hedging program

- $1.099 billion in unrealized mark-to-market net losses, which includes $1.130 billion in net losses on unsettled positions and $31 million in net gains that represent reversals of previously recorded unrealized net losses on positions settled in the current period;

- $96 million in unrealized cash flow hedge ineffectiveness net gains, which includes $114 million in net gains on unsettled positions and $18 million in net losses that represent reversals of previously recorded unrealized net gains on positions settled in the current period;

- $160 million in unrealized "day one" losses on large positions entered into at below-market prices; and

- $93 million in realized net gains that offset hedged electricity revenues recognized in the current period.

### Results associated with other risk management and trading activities

- $50 million in unrealized net losses on commodity trading positions, which includes $22 million in net losses on unsettled positions and $28 million in net losses that represent reversals of previously recorded unrealized net gains on positions settled in the current period;

- $30 million "day one" gain on a long-term power purchase agreement; and

- $18 million in other gains, driven by realized net gains on settlement of trading positions.

*Gross Margin*

| | Six Months Ended June 30, | | | |
| | 2007 | % of Revenue | 2006 | % of Revenue |
|---|---|---|---|---|
| | | (millions of dollars) | | |
| Operating revenues | $2,983 | 100% | $4,359 | 100% |
| Costs and expenses: | | | | |
| Fuel, purchased power costs and delivery fees | 1,902 | 64 | 1,733 | 40 |
| Generation plant operating costs | 314 | 11 | 306 | 7 |
| Depreciation and amortization | 158 | 5 | 166 | 4 |
| Gross margin | $ 609 | 20% | $2,154 | 49% |

Gross margin decreased $1.5 billion, or 72%, to $609 million in 2007. The decrease reflected $1.0 billion unfavorable change in results from risk management and trading activities, a 12% decrease in residential and small business volumes in the historical service territory and lower average retail electricity pricing driven by residential price discounts. Lower gross margin also reflected higher average cost of electricity sold due to an 8% decrease in baseload generation volumes and increased purchased power volumes. In addition, average fuel cost per MWh generated increased 23% due primarily to inefficiencies in lignite mining operations caused by significantly above normal rainfall.

105

Confidential

The decline in baseload generation volumes was primarily due to a planned refueling and major maintenance outage for one of the two Comanche Peak nuclear units. which resulted in a 16% decline in nuclear generation volumes. Maintenance work during the 55-day outage, which ended in late April 2007. included the replacement of the unit's steam generators and reactor vessel head.

Gross margin as a percent of revenues decreased 29 percentage points to 20%. The decline reflected:

- the effect of results from risk management and trading activities, including net unrealized mark-to-market losses on positions in the long-term hedging program (19 percentage point margin decrease);

- the effect of a decrease in residential and small business sales volumes and an increase in wholesale sales volumes (three percentage point margin decrease);

- the effect of lower average retail electricity pricing (two percentage point margin decrease);

- the effect of lower generation volumes and higher purchased power volumes (two percentage point margin decrease); and

- the effect of higher average fuel costs (one percentage point margin decrease).

Operating costs increased $8 million, or 3%, to $314 million in 2007. The increase reflected $20 million in higher generation maintenance costs largely due to the scheduled outage of one of the nuclear generation units, partially offset by $11 million in lower costs in 2007 associated with generation technical support outsourcing service agreements.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants shown in the Gross Margin table above) decreased $8 million, or 5%, to $161 million driven by lower depreciation due to the impairment of natural gas-fueled generation plants in the second quarter of 2006 and lower expense associated with mining reclamation obligations.

SG&A expenses increased $63 million, or 25%, to $312 million in 2007. The increase reflected:

- $20 million in costs associated with the generation development program. principally salaries and consulting expenses;

- $18 million in increased retail marketing expenses;

- $12 million in higher professional fees primarily for retail billing and customer care systems enhancements and marketing/strategic projects;

- $10 million in higher salary and benefit costs primarily driven by an increase in staffing in retail operations;

- $7 million in higher costs due to reallocation of Capgemini outsourcing fees; and

- $3 million in increased contributions primarily for the Energy Aid (low-income customer assistance) program,

partially offset by $6 million in executive severance expense in 2006 (including amounts allocated from parent).

Other income totaled $9 million in 2007 and $1 million in 2006. Other income in 2007 includes $5 million of royalty income and $3 million in penalties received due to nonperformance under a coal transportation agreement.

Other deductions totaled $808 million in 2007 and $195 million in 2006. The 2007 amount includes charges of $795 million in connection with the suspension of the development of eight coal-fueled generation units (see Note 2 to June 30, 2007 Financial Statements).

Confidential

EFIHMW00208236

The 2006 amount includes:

- a $198 million charge related to the write-down of the natural gas-fueled generation plants to fair value;

- $5 million in equity losses (representing amortization expense) related to the ownership interest in the Energy Future Holdings Corp. subsidiary holding the capitalized software licensed to Capgemini; and

- $2 million in accretion expense related to the combustion turbine lease liability,

partially offset by a $12 million credit related to the favorable settlement of a counterparty default under a coal contract (as noted below, the original charge related to the default was recorded in this line item).

Interest income increased $86 million to $162 million in 2007 reflecting $49 million due to higher average advances to affiliates and $37 million due to higher average rates on the advances.

Interest expense and related charges increased by $9 million, or 4%, to $212 million in 2007. The increase reflected $24 million due to higher average borrowings and $15 million due to higher average interest rates, partially offset by $30 million in increased capitalized interest.

Income tax benefit totaled $266 million in 2007 compared to income tax expense of $546 million in 2006. Excluding the $30 million deferred tax benefit in 2007 and the $42 million deferred tax charge in 2006 related to the Texas margin tax as described in Note 4 to the June 30, 2007 Financial Statements, the effective income tax rate was a 38.8% on a loss in 2007 compared to 33.0% on income in 2006. (These unusual deferred tax adjustments distort the comparison; they have therefore been excluded for purposes of a more meaningful discussion.) The increased effective rate reflects the impact of the significant unrealized mark-to-market net losses associated with the long-term hedging program as well as the charge related to the suspended generation development activities. These effects were partially offset by higher interest accrued related to uncertain tax positions and the higher income-based taxes arising from enactment of the Texas margin tax.

Income (loss) from continuing operations decreased $1.3 billion to a loss of $342 million in 2007 driven by the decline in gross margin and the charges related to the suspension of the development of eight lignite/coal-fueled generation units.

### *Regulated Delivery Segment*
*Financial Results*

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| | (millions of dollars) | | | |
| Operating revenues ............................................ | $589 | $604 | $1,207 | $1,166 |
| Costs and expenses: | | | | |
| Operating costs .............................................. | 207 | 194 | 402 | 385 |
| Depreciation and amortization ................................ | 114 | 117 | 234 | 231 |
| Selling, general and administrative expenses ................. | 51 | 43 | 93 | 93 |
| Franchise and revenue-based taxes ........................... | 60 | 59 | 121 | 119 |
| Other income ................................................ | (1) | — | (3) | (1) |
| Other deductions ............................................ | 10 | 1 | 19 | 2 |
| Interest income ............................................. | (14) | (14) | (29) | (29) |
| Interest expense and related charges ........................ | 78 | 72 | 154 | 140 |
| Total costs and expenses .................................... | 505 | 472 | 991 | 940 |
| Income before income taxes ................................. | 84 | 132 | 216 | 226 |
| Income tax expense ......................................... | 30 | 46 | 76 | 75 |
| Income from continuing operations .......................... | $ 54 | $ 86 | $ 140 | $ 151 |

107

Confidential

*Operating Data*

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2007 | 2006 | Change % | 2007 | 2006 | Change % |
| ***Operating statistics—volumes:*** | | | | | | |
| Electric energy delivered (GWh) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24,972 | 27,244 | (8.3) | 49,966 | 50,376 | (0.8) |
| Reliability statistics[a]: | | | | | | |
| System Average Interruption Duration Index (SAIDI) (nonstorm) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 77.92 | 73.54 | 6.0 |
| System Average Interruption Frequency Index (SAIFI) (nonstorm) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 1.15 | 1.11 | 3.6 |
| Customer Average Interruption Duration Index (CAIDI) (nonstorm) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 67.78 | 66.11 | 2.5 |
| ***Electricity points of delivery (end of period and in thousands):*** | | | | | | |
| Electricity distribution points of delivery (based on number of meters)[b] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 3,077 | 3,038 | 1.3 |
| ***Operating revenues:*** | | | (millions of dollars) | | | |
| Electricity distribution revenues[c]: | | | | | | |
| Affiliated (TCEH) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 230 | $ 283 | (18.7)% | $ 494 | $ 550 | (10.2)% |
| Nonaffiliated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 278 | 254 | 9.4 | 558 | 485 | 15.1 |
| Total distribution revenues . . . . . . . . . . . . . . . . . . . . . . . . . | 508 | 537 | (5.4) | 1,052 | 1.035 | 1.6 |
| Third-party transmission revenues . . . . . . . . . . . . . . . . . . . . . . . | 65 | 59 | 10.2 | 126 | 116 | 8.6 |
| Other miscellaneous revenues . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | 8 | 100.0 | 29 | 15 | 93.3 |
| Total operating revenues . . . . . . . . . . . . . . . . . . . . . . . . | $ 589 | $ 604 | (2.5)% | $ 1,207 | $ 1,166 | 3.5% |

(a)  SAIDI is the average number of electric service interruption minutes per consumer in a year. SAIFI is the average number of electric service interruptions per consumer in a year. CAIDI is the average duration in minutes per electric service interruption in a year. The statistics presented are based on the preceding 12 months' data.

(b)  Includes lighting sites, primarily guard lights, for which TXU Energy is the REP but are not included in TXU Energy's customer count. Such sites totaled 79,856 and 84,362 at June 30, 2007 and 2006, respectively.

(c)  Includes transition charge revenue associated with the issuance of transition bonds totaling $33 million and $37 million for the three months ended June 30, 2007 and 2006, respectively, and $70 million and $73 million for the six months ended June 30, 2007 and 2006, respectively. Also includes disconnect/ reconnect fees and other discretionary revenues for services requested by REPs.

Regulated Delivery's future results are expected to be impacted by the effects of the 2006 cities rate settlement. Incremental expenses of approximately $70 million are being recognized almost entirely over the period from May 2006 through June 2008, of which $8 million and $16 million has been recognized in the three and six month periods ended June 30, 2007, respectively.

*Three Months Ended June 30, 2007 Compared to Three Months Ended June 30, 2006*

Operating revenues decreased $15 million, or 2%, to $589 million in 2007. The revenue decrease reflected:

•   an estimated $33 million in lower revenues due to decreased delivered volumes primarily reflecting the effects of cooler, below normal weather; and

108

EFIHMW00208238

- $4 million in lower charges to REPs related to securitization bonds (offset by lower amortization of the related regulatory asset),

partially offset by,

- $7 million for installation services related to equipment to support the broadband-over-powerlines initiative;

- $6 million in higher transmission revenues primarily due to rate increases approved in 2006 and 2007 to recover ongoing investment in the transmission system;

- $4 million from increased distribution tariffs to recover higher transmission costs; and

- $3 million due to increased growth in points of delivery.

*Gross Margin*

|  | Three Months Ended June 30, | | | |
|  | 2007 | % of Revenue | 2006 | % of Revenue |
| --- | --- | --- | --- | --- |
|  |  | (millions of dollars) | | |
| Operating revenues | $589 | 100% | $604 | 100% |
| Costs and expenses: |  |  |  |  |
| Operating costs | 207 | 35 | 194 | 32 |
| Depreciation and amortization | 114 | 19 | 116 | 19 |
| Gross margin | $268 | 46% | $294 | 49% |

Operating costs increased $13 million, or 7%, to $207 million in 2007. The increase reflected $7 million in equipment installation costs related to the broadband-over-powerlines initiative, $6 million in higher fees to other transmission entities, $5 million in increased labor costs primarily for restoration of service as a result of weather events and individually insignificant cost increases in several categories, partially offset by lower vegetation management expenses of $11 million due primarily to timing of these activities.

Depreciation and amortization decreased $3 million, or 3%, to $114 million in 2007. The decrease reflected $4 million in lower amortization of the regulatory assets associated with the securitization bonds (offset in revenues), partially offset by $1 million in higher depreciation due to normal additions and replacements of property, plant and equipment.

SG&A expenses increased $8 million, or 19%, to $51 million in 2007. The increase reflected $3 million for expenses related to the rebranding of the Oncor Electric Delivery Company name, $2 million in higher legal and consulting fees, $2 million in higher outsourced service provider costs and $1 million in higher sale of receivables program fees driven by higher interest rates.

Franchise and revenue-based taxes increased $1 million, or 2%, to $60 million in 2007. The increase was driven primarily by higher franchise fees under the 2006 cities rate settlement.

Other deductions totaled $10 million in 2007 and $1 million in 2006. The 2007 amount includes $7 million in costs as a result of the 2006 cities rate settlement and $3 million in costs related to the InfrastruX Energy Services joint venture.

Interest expense increased $6 million, or 8%, to $78 million in 2007. The increase reflects $4 million due to higher average borrowings and $2 million due to higher average interest rates.

Confidential

EFIHMW00208239

Income tax expense totaled $30 million in 2007 compared to $46 million in 2006. The effective income tax rate increased to 35.7% in 2007 from 34.8% in 2006. The increase reflects higher interest accrued related to uncertain tax positions and the effect of full amortization prior to 2007 of a regulatory liability associated with statutory tax rate changes.

Income from continuing operations decreased $32 million, or 37%, to $54 million. This decrease was primarily driven by lower operating revenue, higher SG&A expenses and fees to other transmission entities and costs associated with the cities rate settlement.

### *Regulated Delivery Segment*

*Six Months Ended June 30, 2007 Compared to Six Months Ended June 30, 2006*

Operating revenues increased $41 million, or 4%, to $1.2 billion in 2007. The revenue increase reflected:

- $13 million for installation services related to equipment to support the broadband-over-powerlines initiative;

- $10 million from increased distribution tariffs to recover higher transmission costs;

- $9 million in higher transmission revenues primarily due to rate increases approved in 2006 and 2007 to recover ongoing investment in the transmission system; and

- $8 million due to growth in points of delivery,

partially offset by $3 million in lower charges to REPs related to securitization bonds (offset by lower amortization of the related regulatory asset).

### *Gross Margin*

|  | Six Months Ended June 30, | | | |
|  | 2007 | % of Revenue | 2006 | % of Revenue |
| --- | --- | --- | --- | --- |
|  | | (millions of dollars) | | |
| Operating revenues | $1,207 | 100% | $1,166 | 100% |
| Costs and expenses: | | | | |
| Operating costs | 402 | 33 | 385 | 33 |
| Depreciation and amortization | 233 | 20 | 230 | 20 |
| Gross margin | $ 572 | 47% | $ 551 | 47% |

Operating costs increased $17 million, or 4%, to $402 million in 2007. The increase reflected $12 million in higher fees to other transmission entities, $12 million in equipment installation costs related to the broadband-over-powerlines initiative and $5 million in increased labor costs primarily due to restore service as a result of weather events, partially offset by lower vegetation management expenses of $14 million, due primarily to timing of these activities.

Depreciation and amortization increased $3 million, or 1%, to $234 million in 2007. The increase reflected $5 million in higher depreciation due to normal additions and replacements of property, plant and equipment, partially offset by $2 million in lower amortization of the regulatory assets associated with the securitization bonds (offset in revenues).

Franchise and revenue-based taxes increased $2 million, or 2%, to $121 million in 2007. The increase was driven primarily by higher franchise fees under the cities rate settlement.

110

Confidential

EFIHMW00208240

Other deductions totaled $19 million in 2007 and $2 million in 2006. The 2007 amount includes $13 million in costs as a result of the 2006 cities rate settlement and $4 million in costs related to the InfrastruX Energy Services joint venture.

Interest expense increased $14 million, or 10%, to $154 million in 2007. The increase reflects $11 million due to higher average borrowings and $3 million due to higher average interest rates.

Income tax expense totaled $76 million in 2007 compared to $75 million in 2006. The effective income tax rate increased to 35.2% in 2007 from 33.2% in 2006. The increase reflects higher taxes as a result of the enactment of the Texas margin tax, higher interest accrued related to uncertain tax positions and the effect of full amortization prior to 2007 of a regulatory liability associated with statutory tax rate changes.

Income from continuing operations decreased $11 million, or 7%, to $140 million. This decrease was driven by costs associated with the cities rate settlement, higher interest expense due primarily to higher average borrowings and higher fees to other transmission entities, partially offset by higher operating revenue.

### COMPREHENSIVE INCOME—Continuing Operations

Cash flow hedge activity reported in other comprehensive income from continuing operations included (all amounts after-tax):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| | (millions of dollars) | | | |
| Net increase (decrease) in fair value of cash flow hedges (all commodity-related) held at end of period | $ 35 | $(83) | $(281) | $30 |
| Derivative value net losses (gains) reported in net income that relate to hedged transactions recognized in the period: | | | | |
| Commodities | (19) | 10 | (95) | 7 |
| Financing—interest rate swaps[a] | 2 | 2 | 4 | 4 |
| | (17) | 12 | (91) | 11 |
| Total income (loss) effect of cash flow hedges reported in other comprehensive income from continuing operations | $ 18 | $(71) | $(372) | $41 |

(a)  Represents recognition of net losses on settled swaps.

Energy Future Holdings Corp. has historically used, and expects to continue to use, derivative instruments that are effective in offsetting future cash flow variability in interest rates and energy commodity prices. The amounts included in accumulated other comprehensive income are expected to offset the impact of rate or price changes on forecasted transactions. Amounts in accumulated other comprehensive income include (i) the value of open cash flow hedges (for the effective portion), based on current market conditions, and (ii) the value of dedesignated and terminated cash flow hedges at the time of such dedesignation, less amounts reclassified to earnings as the original hedged transactions are recognized, unless the hedged transactions become probable of not occurring. The effects of the hedge will be recorded in the statement of income as the hedged transactions are actually settled and affect earnings. Also see Note 12 to the June 30, 2007 Financial Statements.

### Results of Operations—Annual Results

Results of operations and the related management's discussion of those results for all periods presented reflect the discontinuance of certain operations (see Note 3 to the 2006 year-end Financial Statements regarding discontinued operations).

111

Confidential

*Energy Future Holdings Corp. Consolidated*

*2006 compared to 2005*

Reference is made to comparisons of results by business segment following the discussion of consolidated results. The business segment comparisons provide additional detail and quantification of items affecting financial results.

Energy Future Holdings Corp.'s operating revenues increased $194 million, or 2%, to $10.9 billion in 2006 as shown in the table below:

| | Year Ended December 31, | | Increase (Decrease) |
|---|---|---|---|
| | **2006** | **2005** | |
| | (millions of dollars) | | |
| Competitive Electric segment: | | | |
| Retail electricity revenues | $ 6,953 | $ 6,330 | $ 623 |
| Accrued customer appreciation bonus | (162) | — | (162) |
| Wholesale electricity revenues | 2,278 | 2,807 | (529) |
| Wholesale balancing activities | (31) | 225 | (256) |
| Results of risk management and trading activities | 153 | (164) | 317 |
| Other operating revenues | 358 | 354 | 4 |
| Total Competitive Electric segment | 9,549 | 9,552 | (3) |
| Regulated Delivery segment | 2,449 | 2,394 | 55 |
| Net intercompany eliminations | (1,142) | (1,284) | 142 |
| Total consolidated revenues | $10,856 | $10,662 | $ 194 |

The following discusses the changes in revenue within the Competitive Electric segment:

- A 10% increase in retail electricity revenues was driven by higher pricing, partially offset by the effect of an 11% decline in retail sales volumes. Higher retail prices reflected increases in natural gas prices that resulted in the regulatory-approved price-to-beat rate increases implemented in May 2005, October 2005 and January 2006. The decline in retail sales volumes reflected a net loss of customers due to competitive activity and lower average consumption per residential and small business customer.

- A $162 million ($105 million after-tax) charge was recorded in the fourth quarter of 2006 for a special residential customer appreciation bonus. See discussion in Note 7 to the 2006 year-end Financial Statements for details.

- The decline in wholesale electricity revenues reflected the reporting of wholesale electricity trading activity on a net basis in 2006 as described in Note 1 to the 2006 year-end Financial Statements.

- Wholesale balancing net revenues/purchases are subject to high variability as the activity represents intraday purchases and sales transactions with ERCOT for real-time balancing purposes as measured in 15-minute intervals. See Note 1 to the 2006 year-end Financial Statements for a discussion regarding reporting of ERCOT balancing activities.

- The gains arising from risk management and trading activities in 2006 primarily reflect the unrealized effects of changes in natural gas prices and market heat rates on positions in the long-term hedging program implemented in the fourth quarter of 2005, while the losses in 2005 primarily represent realized losses on prior years' hedging activities.

The 2% revenue increase in the Regulated Delivery segment reflected higher transmission and distribution tariffs as well as growth in points of delivery.

112

Confidential

EFIHMW00208242

The decline in net intercompany sales elimination reflected lower sales by Oncor Electric Delivery to REP subsidiaries of TCEH, while its sales to nonaffiliated REPs increased.

*Gross Margin*

| | Year Ended December 31, | | | |
|---|---|---|---|---|
| | 2006 | % of Revenue | 2005 | % of Revenue |
| | | (millions of dollars) | | |
| Operating revenues ............................................. | $10,856 | 100% | $10,662 | 100% |
| Costs and expenses: | | | | |
| Fuel, purchased power costs and delivery fees ..................... | 2,784 | 26 | 4,261 | 40 |
| Operating costs ................................................. | 1,373 | 13 | 1,425 | 13 |
| Depreciation and amortization ................................. | 813 | 7 | 764 | 7 |
| Gross margin ................................................... | $ 5,886 | 54% | $ 4,212 | 40% |

Gross margin is considered a key operating metric as its changes measure the effect of movements in sales volumes and pricing versus the variable and fixed costs to generate, purchase and deliver electricity.

Gross margin increased $1.7 billion, or 40%, to $5.9 billion in 2006.

- The Competitive Electric segment's gross margin increased $1.7 billion, or 55%, to $4.7 billion. The gross margin increase reflected the regulatory-approved price-to-beat increases and unrealized net gains from cash flow hedge ineffectiveness and mark-to-market valuations of positions in the long-term hedging program.

- The Regulated Delivery segment's gross margin increased $15 million, or 1%, to $1.2 billion in 2006, driven by higher revenues.

Fuel, purchased power costs and delivery fees declined $1.5 billion, or 35%, to $2.8 billion primarily due to the reporting of wholesale trading activity on a net basis in 2006 as discussed in Note 1 to the 2006 year-end Financial Statements.

Operating costs decreased $52 million, or 4%, to $1.4 billion in 2006.

- Competitive Electric's operating costs decreased $64 million, or 10%, primarily reflecting lower maintenance costs due to both nuclear generation units having scheduled refueling outages in 2005 compared to one in 2006, as well as lower incentive compensation expense in 2006 and the absence of combustion turbine lease expense in 2006 resulting from the purchase of a lease trust interest in early 2006 (see Note 4 to the 2006 year-end Financial Statements).

- Regulated Delivery's operating costs increased $12 million, or 2%, driven by fees paid to third-party transmission entities.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants and the delivery system shown in the gross margin table above) increased $54 million, or 7%, to $830 million in 2006. The increased expense reflects depreciation related to normal additions and replacements of property and higher expense associated with mining land reclamation activities.

SG&A expenses increased $38 million, or 5%, to $819 million in 2006. The increase reflected:

- $39 million in costs associated with the new generation development programs, principally salaries and consulting expenses;

- $17 million in higher fees related to the sale of accounts receivable program due to higher interest rates;

113

EFIHMW00208243

- $12 million in executive severance costs; and

- $12 million in higher bad debt expense primarily reflecting higher retail accounts receivable balances due to higher prices,

partially offset by:

- $20 million in lower stock-based incentive compensation expense due primarily to fewer share awards and lower expense related to a deferred compensation plan;

- $9 million in lower consulting fees related to various strategic initiatives, including fees in 2005 relating to the Luminant Operating System; and

- $7 million in lower compensation expense resulting from cost reduction initiatives.

Franchise and revenue-based taxes increased $26 million, or 7%, to $390 million reflecting higher state gross receipts taxes due to higher revenues and higher city franchise tax assessments under the 2006 cities rate settlement. See Note 9 to the 2006 year-end Financial Statements.

Other income totaled $121 million in 2006 and $151 million in 2005. Other deductions totaled $269 million in 2006, which included a $198 million impairment charge related to natural gas-fueled generation plants, and $45 million in 2005. See Note 12 to the 2006 year-end Financial Statements for detail of other income and deductions.

Interest expense and related charges increased $28 million, or 3%, to $830 million in 2006. The increase reflected $69 million from higher average interest rates (including the effect of interest rate swap transactions), partially offset by $30 million in increased capitalized interest and $11 million due to lower average borrowings.

Income tax expense from continuing operations totaled $1.3 billion in 2006 compared to $632 million in 2005. The effective tax rate was 33.9% in 2006 compared to 26.3% in 2005. The 2006 amount included a charge of $44 million (1.2 percentage point effective tax rate impact) representing an adjustment to net deferred tax liabilities arising from the enactment of the Texas margin tax as described in Note 10 to the 2006 year-end Financial Statements. The 2005 amount included $138 million in additional tax benefit (5.7 percentage point effective tax rate impact) related to the TXU Europe write-off as described in Note 11 to the 2006 year-end Financial Statements and $29 million benefit (1.2 percentage point effective tax rate impact) related to the release of a tax reserve.

Income from continuing operations (an after-tax measure) increased $690 million, or 39%, to $2.5 billion in 2006.

- Earnings in the Competitive Electric segment increased $934 million, or 65%, to $2.4 billion driven primarily by improved gross margin partially offset by a charge for the write-down of the natural gas-fueled generation plants.

- Earnings in the Regulated Delivery segment decreased $7 million, or 2%, to $344 million driven by expenses in 2006 related to the cities rate settlement and the InfrastruX Energy Services joint venture.

- Corporate and Other net expenses totaled $242 million in 2006 and $5 million in 2005. The increase reflected (all amounts after-tax):

  - a $138 million tax benefit in 2005 related to TXU Europe (see Note 11 to the 2006 year-end Financial Statements);

  - an $85 million increase (to $241 million) in net interest expense related to advances from subsidiaries reflecting higher balances and interest rates;

114

Confidential

- a $17 million gain in 2006 related to a settlement of a telecommunications contract dispute; and

- $10 million and $23 million of insurance recoveries in 2006 and 2005, respectively, related to the 2005 shareholders' litigation settlement.

Net pension and other postretirement employee benefit costs reduced income from continuing operations by $41 million in 2006 and $38 million in 2005. See Note 21 to the 2006 year-end Financial Statements.

Income from discontinued operations (an after-tax measure) totaled $87 million in 2006 and $5 million in 2005. See Note 3 to the 2006 year-end Financial Statements for details.

Diluted earnings per share of common stock totaled $5.46 in 2006 and $2.50 in 2005.

- Diluted earnings per share in 2006 reflected a favorable $0.16 per share impact from the repurchase of approximately 18.5 million shares since December 31, 2005. Basic average common shares outstanding decreased 3% to 460 million shares reflecting these share repurchases. Diluted average common shares decreased 4% to 467 million shares. (See Note 2 to the year-end Financial Statements.)

- Diluted earnings per share in 2005 reflect an unfavorable impact associated with the November 2004 accelerated share repurchase program. See Notes 2 and 17 to the 2006 year-end Financial Statements.

### *Energy Future Holdings Corp. Consolidated*

*2005 compared to 2004*

Reference is made to comparisons of results by business segment following the discussion of consolidated results. The business segment comparisons provide additional detail and quantification of items affecting financial results.

Energy Future Holdings Corp.'s operating revenues increased $1.4 billion, or 16%, to $10.7 billion in 2005.

- Operating revenues in the Competitive Electric segment increased $1.2 billion, or 14%, to $9.6 billion driven by higher retail and wholesale pricing, which was primarily the result of higher natural gas prices. The effect of higher pricing was partially offset by the effect of lower retail sales volumes. Retail sales volumes declined 17% primarily reflecting a net loss of customers to competitive activity, particularly in the large business market, partially offset by the effect of warmer weather.

- Operating revenues in the Regulated Delivery segment increased $168 million, or 8%, to $2.4 billion in 2005. The revenue increase was driven by a 5% increase in delivered volumes, due largely to warmer weather and an increase in delivery points. The balance of the growth reflected $46 million in higher transition charges associated with securitization bonds issued in 2004 (offset in total by higher amortization of the related regulatory asset as discussed below). Additionally, higher transmission and distribution tariffs driven by Oncor Electric Delivery's ongoing transmission investment program and market growth contributed to increased revenues.

- Consolidated revenue growth reflected a $128 million reduction in the intercompany sales elimination, primarily reflecting lower sales by Oncor Electric Delivery to TCEH, while its sales to nonaffiliated REPs increased.

115

EFIHMW00208245

*Gross Margin*

| | Year Ended December 31, | | | |
| | 2005 | % of Revenue | 2004 | % of Revenue |
|---|---|---|---|---|
| | | (millions of dollars) | | |
| Operating revenues .............................................. | $10,662 | 100% | $9,216 | 100% |
| Costs and expenses: | | | | |
| Fuel, purchased power costs and delivery fees ................. | 4,261 | 40% | 3,755 | 41% |
| Operating costs ............................................ | 1,425 | 13% | 1,429 | 15% |
| Depreciation and amortization .............................. | 764 | 7% | 709 | 8% |
| Gross margin ............................................... | $ 4,212 | 40% | $3,323 | 36% |

Gross margin increased $889 million, or 27%, to $4.2 billion in 2005.

- The Competitive Electric segment's gross margin increased $831 million, or 38%, to $3.0 billion, driven by higher pricing partially offset by higher per MWh cost of purchased power and gas-fueled generation as well as the effect of lower sales volumes.

- The Regulated Delivery segment's gross margin increased $80 million, or 7%, to $1.2 billion in 2005, driven by higher operating revenues.

Operating costs were $1.4 billion in both 2005 and 2004.

- Competitive Electric's operating costs declined $35 million, or 5%. As discussed below in the business segment analysis, this decline was due to a number of factors, including the absence of $43 million of costs related to activities no longer performed.

- Regulated Delivery's operating costs rose $28 million, or 4%, driven by increased spending for reliability initiatives and higher property taxes due to increased investments in property.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants and the delivery system shown in the gross margin table above) increased $16 million, or 2%, to $776 million in 2005. The increase included higher amortization of the regulatory asset associated with securitization bonds (offset in revenues) and higher depreciation due to normal additions of property, largely offset by a change in the carrying value of software assets in connection with the Capgemini outsourcing transaction and the effect of reduced 2005 depreciation rates for lignite/coal-fueled plants due to extending the estimated useful lives.

SG&A expense decreased $310 million, or 28%, to $781 million in 2005. The decline reflected:

- $93 million resulting from cost reduction initiatives including the Capgemini outsourcing agreement;

- $52 million in nonrecurring executive compensation costs in 2004;

- $50 million in reduced incentive compensation expense including $15 million due to a one-time incentive compensation program in wholesale operations in 2004;

- $42 million in consulting and professional fees in 2004 related to the formulation and execution of strategic initiatives;

- $34 million in lower bad debt expense as a result of stricter disconnect policies and more focused collection activities; and

- $15 million in reduced pension and other postretirement benefits primarily due to the effect of Texas legislation enacted in the second quarter of 2005. (See Note 21 to the 2006 year-end Financial Statements.)

116

Confidential

Other income totaled $151 million in 2005 and $148 million in 2004. Other deductions totaled $45 million in 2005 and $1.2 billion in 2004. The other deductions in 2004 primarily represented charges related to the restructuring actions discussed in Note 8 to the 2006 year-end Financial Statements. Also see Note 12 to the 2006 year-end Financial Statements for detail of other income and deductions.

Interest income increased $20 million to $48 million in 2005 primarily reflecting losses on interest rate swaps in 2004 (related to a note receivable) and higher interest earned on short-term investments in 2005.

Interest expense and related charges increased $107 million, or 15%, to $802 million in 2005 reflecting $66 million due to higher average borrowings and $41 million due to higher average interest rates.

Income tax expense on income from continuing operations before extraordinary gain (loss) and cumulative effect of changes in accounting principles included:

- $138 million in additional tax benefit recorded in the first quarter of 2005 related to the TXU Europe write-off. This benefit reflects identification of tax planning strategies Energy Future Holdings Corp. would implement to ensure utilization of capital losses associated with the write-off of the investment in TXU Europe; and

- $75 million tax benefit recorded in the second quarter of 2004 arising from the sale of TXU Fuel Company ("TXU Fuel").

The effective income tax rate excluding the effect of these benefits was 32.0% in 2005 and 95.1% in 2004. The 2005 effective income tax rate reflects a $29 million benefit for the reversal of previously established tax reserves due to current period events. The 2004 effective rate reflected the limited deductibility of expenses recorded in connection with the repurchase of convertible and equity-linked debt securities on a small income base.

Income from continuing operations before extraordinary items and the cumulative effect of changes in accounting principle (an after-tax measure) increased to $1.8 billion in 2005 from $81 million in 2004.

- Earnings in the Competitive Electric segment increased $1.0 billion to $1.4 billion driven by improved gross margin, the effect of restructuring-related charges in 2004 and lower SG&A expenses.

- Earnings in the Regulated Delivery segment increased $96 million, or 38%, to $351 million driven by higher operating revenues and the impact of 2004 restructuring-related charges and a rate case settlement charge (see Note 8 to the 2006 year-end Financial Statements).

- Corporate and other activities resulted in net expenses of $5 million in 2005 compared to $582 million in 2004. The improvement of $577 million reflected (all amounts after-tax):

  - $382 million of debt extinguishment losses due primarily to restructuring-related actions in 2004;

  - $138 million income tax benefit recorded in 2005 related to TXU Europe;

  - $56 million for a litigation accrual in 2004;

  - $52 million pre and after-tax in nonrecurring executive compensation in 2004;

  - $27 million in restructuring-related consulting and professional fees in 2004; and

  - $23 million insurance recovery in 2005 related to the 2005 shareholders litigation settlement,

partially offset by the recognition in 2004 of a $75 million income tax benefit arising from the sale of TXU Fuel.

Net pension and postretirement benefit costs reduced income from continuing operations by $38 million in 2005 and $64 million in 2004. See Note 21 to the 2006 year-end Financial Statements.

117

Confidential

EFIHMW00208247

Income from discontinued operations (an after-tax measure) totaled $5 million in 2005 and $378 million in 2004. See Note 3 to the 2006 year-end Financial Statements for details.

Diluted results per share of common stock were net income of $2.50 in 2005 compared to a net loss of $0.64 in 2004.

- The 2005 diluted per share results reflect an unfavorable impact associated with the November 2004 accelerated share repurchase program. See Note 17 to the 2006 year-end Financial Statements.

- Diluted earnings per share in 2005 reflected the favorable impact of 114 million fewer average shares outstanding in 2005. Basic average common shares outstanding decreased 21% to 476 million shares reflecting the repurchase of 105 million shares in November 2004 under the accelerated share repurchase program and the repurchase of 12 million shares in 2005. (See Notes 2 and 17 to the 2006 year-end Financial Statements.) Diluted average common shares decreased 19% to 486 million shares.

- Per share results in 2004 were unfavorably impacted by Energy Future Holdings Corp.'s repurchase of TCEH's exchangeable preferred membership interests in April 2004 (see Notes 2 and 17 to the 2006 year-end Financial Statements). For 2004, results per diluted share of common stock equaled results per basic share because of antidilution accounting rules.

**Energy-Related Commodity Contracts and Mark-to-Market Activities**

The table below summarizes the changes in commodity contract assets and liabilities for the years ended December 31, 2006, 2005 and 2004. The net changes in these assets and liabilities, excluding "other activity" as described below, represent the net effect of mark-to-market accounting for positions in the commodity contract portfolio, which excludes positions that are subject to cash flow hedge accounting. For the 2006 period, this effect totaled $33 million in unrealized net gains, which represented $22 million in net gains on unsettled positions and $11 million in reversals of net losses recognized in prior periods on positions settled in the current period. These positions represent both economic hedging and trading activities.

| | December 31, | | |
| --- | --- | --- | --- |
| | **2006** | **2005** | **2004** |
| | (millions of dollars) | | |
| Commodity contract net asset (liability) at beginning of period | $(56) | $ 23 | $108 |
| Settlements of positions included in the opening balance[1] | 11 | (23) | (61) |
| Unrealized mark-to-market valuations of positions held at end of period[2] | 22 | 32 | (29) |
| Other activity[3] | — | (88) | 5 |
| Commodity contract net asset (liability) at end of period | $(23) | $(56) | $ 23 |

---

(1) Represents reversals of unrealized mark-to-market valuations of these positions recognized in net income prior to the beginning of the period, to offset gains and losses realized upon settlement of the positions in the current period.

(2) Includes gains and losses recorded at contract inception dates. In June 2006, a subsidiary of Energy Future Holdings Corp. entered into a related series of commodity hedge transactions at below-market prices resulting in a $109 million loss at inception date. See Note 18 to the 2006 year-end Financial Statements.

(3) These amounts have not been recognized in prior and current year mark-to-market earnings. Includes initial values of positions involving the receipt or payment of cash or other consideration such as option premiums paid and received. Activity in 2005 included $75 million of natural gas received related to physical swap transactions and a $12 million charge related to nonperformance by a coal contract counterparty.

In addition to the net effect of recording unrealized mark-to-market gains and losses that are reflected in the table above, similar effects arise in the recording of unrealized ineffectiveness gains and losses associated with

118

EFIHMW00208248

commodity-related cash flow hedges. These effects, which include reversals of previously recorded unrealized ineffectiveness gains and losses to offset realized gains and losses upon settlement, are reflected in the balance sheet as changes in cash flow hedge and other derivative assets and liabilities. The total net effect of recording unrealized gains and losses related to commodity contracts under SFAS 133 is summarized as follows:

|  | December 31, | | |
| --- | --- | --- | --- |
|  | 2006 | 2005 | 2004 |
|  | (millions of dollars) | | |
| Unrealized gains/(losses) related to contracts marked-to-market ..................... | $ 33 | $ 9 | $ (90) |
| Ineffectiveness gains/(losses) related to cash flow hedges[a] ......................... | 239 | (27) | (19) |
| Total unrealized gains (losses) related to commodity contracts ...................... | $272 | $(18) | $(109) |

   (a)   See Note 19 to the 2006 year-end Financial Statements.

These amounts are reported in the "risk management and trading activities" component of revenues.

*Maturity Table*—Included in the net commodity contract liability above at December 31, 2006, is a net asset of $69 million representing cumulative unrealized mark-to-market net gains that have been recognized in current and prior years' earnings. More than offsetting this net asset is a net liability of $92 million included in the December 31, 2006 balance sheet that is comprised principally of amounts representing current and prior years' net receipts of cash or other consideration, including $86 million related to natural gas physical swap transactions. The following table presents the unrealized net commodity contract asset arising from mark-to-market accounting as of December 31, 2006, scheduled by contractual settlement dates of the underlying positions.

|  | Maturity Dates of Unrealized Commodity Contract Net Assets (Liabilities) at December 31, 2006 | | | | |
| --- | --- | --- | --- | --- | --- |
|  | Less than 1 year | 1-3 years | 4-5 years | Excess of 5 years | Total |
|  | (millions of dollars) | | | | |
| Source of fair value |  |  |  |  |  |
| Prices actively quoted ................................... | $(24) | $ 6 | $ 33 | $ 4 | $ 19 |
| Prices provided by other external sources[a] .................... | 57 | 8 | (64) | 59 | 60 |
| Prices based on models ................................. | (7) | (3) | — | — | (10) |
| Total ................................................ | $ 26 | $11 | $(31) | $63 | $ 69 |
| Percentage of total fair value .............................. | 38% | 16% | (45)% | 91% | 100% |

   (a)   Includes a "day one" loss of $109 million associated with a related series of commodity hedge transactions. See Note 18 to the 2006 year-end Financial Statements.

The "prices actively quoted" category reflects only exchange traded contracts with active quotes available. The "prices provided by other external sources" category represents forward commodity positions at locations for which over-the-counter broker quotes are available. Over-the-counter quotes for power in ERCOT generally extend through 2010 and over-the-counter quotes for natural gas generally extend through 2015, depending upon delivery point. The "prices based on models" category contains the value of all nonexchange traded options, valued using option pricing models. In addition, this category contains other contractual arrangements which may have both forward and option components. In many instances, these contracts can be broken down into their component parts and each component valued separately. Components valued as forward commodity positions are included in the "prices provided by other external sources" category. Components valued as options are included in the "prices based on models" category.

Confidential

EFIHMW00208249

*Competitive Electric Segment*

*Financial Results*

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Operating revenues | $9,549 | $9,552 | $8,402 |
| Costs and expenses: | | | |
| Fuel, purchased power costs and delivery fees | 3,928 | 5,545 | 5,173 |
| Operating costs | 604 | 668 | 703 |
| Depreciation and amortization | 334 | 313 | 350 |
| Selling, general and administrative expenses | 571 | 522 | 666 |
| Franchise and revenue-based taxes | 126 | 114 | 117 |
| Other income | (17) | (64) | (110) |
| Other deductions | 215 | 15 | 611 |
| Interest income | (202) | (70) | (31) |
| Interest expense and related charges | 388 | 393 | 353 |
| Total costs and expenses | 5,947 | 7,436 | 7,832 |
| Income from continuing operations before income taxes and cumulative effect of changes in accounting principles | 3,602 | 2,116 | 570 |
| Income tax expense | 1,239 | 687 | 162 |
| Income from continuing operations before cumulative effect of changes in accounting principles | $2,363 | $1,429 | $  408 |

120

EFIHMW00208250

**PX 008**
**Page 129 of 501**

*Competitive Electric Segment*

*Sales Volume Data*

| | Year Ended December 31, | | | Change % 2006/2005 | Change % 2005/2004 |
|---|---|---|---|---|---|
| | **2006** | **2005** | **2004** | | |
| **Sales volumes:** | | | | | |
| Retail electricity sales volumes—gigawatt hours (GWh): | | | | | |
| Historical service territory: | | | | | |
| Residential | 25,932 | 29,239 | 30,897 | (11.3) | (5.4) |
| Small business[a] | 7,753 | 9,004 | 10,476 | (13.9) | (14.1) |
| Total historical service territory | 33,685 | 38,243 | 41,373 | (11.9) | (7.6) |
| Other territories: | | | | | |
| Residential | 3,663 | 3,416 | 3,089 | 7.2 | 10.6 |
| Small business[a] | 671 | 674 | 363 | (0.4) | 85.7 |
| Total other territories | 4,334 | 4,090 | 3,452 | 6.0 | 18.5 |
| Large business and other customers | 14,031 | 15,843 | 25,466 | (11.4) | (37.8) |
| Total retail electricity | 52,050 | 58,176 | 70,291 | (10.5) | (17.2) |
| Wholesale electricity sales volumes | 36,931 | 52,001 | 48,309 | (29.0) | 7.6 |
| Net sales (purchases) of balancing electricity to/from ERCOT[b] | 874 | 4,787 | (1,613) | (81.7) | — |
| Total sales volumes | 89,855 | 114,964 | 116,987 | (21.8) | (1.7) |
| **Average volume (kWh) per retail customer[c]:** | | | | | |
| Residential | 15,359 | 15,825 | 15,619 | (2.9) | 1.3 |
| Small business | 30,360 | 32,078 | 34,095 | (5.4) | (5.9) |
| Large business and other customers | 285,277 | 243,538 | 351,542 | 17.1 | (30.7) |
| **Weather (service territory average)—percent of normal[d]:** | | | | | |
| Percent of normal: | | | | | |
| Cooling degree days | 117.6% | 107.0% | 90.0% | | |
| Heating degree days | 79.2% | 90.0% | 90.1% | | |

(a)  Customers with demand of less than 1 MW annually.

(b)  See Note 1 to the 2006 year-end Financial Statements for discussion of trading and ERCOT balancing activity in 2006.

(c)  Calculated using average number of customers for period.

(d)  Weather data is obtained from Weatherbank, Inc., an independent company that collects and archives weather data from reporting stations of the National Oceanic and Atmospheric Administration (a federal agency under the U.S. Department of Commerce).

121

Confidential

*Competitive Electric Segment*

*Customer Count Data*

| | Year Ended December 31, | | | Change % 2006/2005 | Change % 2005/2004 |
|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | | |
| **Customer counts:** | | | | | |
| Retail electricity customers (end of period and in thousands)[a]: | | | | | |
| Historical service territory: | | | | | |
| Residential............................................... | 1,624 | 1,769 | 1,951 | (8.2) | (9.3) |
| Small business[b] ......................................... | 258 | 281 | 309 | (8.2) | (9.1) |
| Total historical service territory ...................... | 1,882 | 2,050 | 2,260 | (8.2) | (9.3) |
| Other territories: | | | | | |
| Residential............................................... | 247 | 213 | 194 | 16.0 | 9.8 |
| Small business[b] ......................................... | 9 | 7 | 6 | 28.6 | 16.7 |
| Total other territories ............................. | 256 | 220 | 200 | 16.4 | 10.0 |
| Large business and other customers ........................ | 44 | 55 | 76 | (20.0) | (27.6) |
| Total retail electricity customers ..................... | 2,182 | 2,325 | 2,536 | (6.2) | (8.3) |

(a)   Based on number of meters.
(b)   Customers with demand of less than 1 MW annually.

Confidential

EFIHMW00208252

PX 008
Page 131 of 501

*Competitive Electric Segment*

*Revenue and Market Share Data*

|  | Year Ended December 31, | | | Change % 2006/2005 | Change % 2005/2004 |
|---|---|---|---|---|---|
|  | **2006** | **2005** | **2004** | | |
|  | (millions of dollars, except percentages and average revenues per MWh) | | | | |
| Operating revenues: | | | | | |
| Retail electricity revenues: | | | | | |
| Historical service territory: | | | | | |
| Residential . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 3,804 | $ 3,444 | $ 3,164 | 10.5 | 8.8 |
| Small business[a] . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,153 | 1,086 | 1,103 | 6.2 | (1.5) |
| Total historical service territory . . . . . . . . . . . . . . . . . . | 4,957 | 4,530 | 4,267 | 9.4 | 6.2 |
| Other territories: | | | | | |
| Residential . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 559 | 405 | 298 | 38.0 | 35.9 |
| Small business[a] . . . . . . . . . . . . . . . . . . . . . . . . . . . | 80 | 65 | 34 | 23.1 | 91.2 |
| Total other territories . . . . . . . . . . . . . . . . . . | 639 | 470 | 332 | 36.0 | 41.6 |
| Large business and other customers . . . . . . . . . . . . . . . . . . | 1,357 | 1,330 | 1,771 | 2.0 | (24.9) |
| Total retail electricity revenues . . . . . . . . . . . . . . . . . . . . . . | 6,953 | 6,330 | 6,370 | 9.8 | (0.6) |
| Wholesale electricity revenues[b] . . . . . . . . . . . . . . . | 2,278 | 2,807 | 1,886 | (18.8) | 48.8 |
| Net sales (purchases) of balancing electricity to/from ERCOT[b] . . . . . . . . . . . . . . . . . . . . . . | (31) | 225 | (92) | — | — |
| Net gains (losses) from risk management and trading activities . . . . . . . . . . . . . . . . . . . . . . | 153 | (164) | (103) | — | (59.2) |
| Other operating revenues[c] . . . . . . . . . . . . . . . . . . . . . . | 196 | 354 | 341 | (44.6) | 3.8 |
| Total operating revenues . . . . . . . . . . . . . . . . . . . . . . . . . | $ 9,549 | $ 9,552 | $ 8,402 | — | 13.7 |
| Risk management and trading activities: | | | | | |
| Realized net gains (losses) on settled positions[d] . . . . . . . . | $ (119) | $ (146) | $ 6 | | |
| Reversal of prior periods' unrealized net (gains) losses on positions settled in current period . . . . . . . . . . . . . . . . . . | 32 | (12) | (59) | | |
| Other unrealized net gains (losses), including cash flow hedge ineffectiveness . . . . . . . . . . . . . . . . . . . . . . . . . | 240 | (6) | (50) | | |
| Total net gains (losses) . . . . . . . . . . . . . . . . . . . . . . . . . | $ 153 | $ (164) | $ (103) | | |
| Average revenues per MWh: | | | | | |
| Residential . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $147.43 | $117.86 | $101.88 | 25.1 | 15.7 |
| Small business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $146.39 | $118.90 | $104.87 | 23.1 | 13.4 |
| Large business and other customers . . . . . . . . . . . . . . . . . . | $ 96.67 | $ 83.96 | $ 69.54 | 15.1 | 20.7 |
| Estimated share of ERCOT retail markets[e][f]: | | | | | |
| Historical service territory: | | | | | |
| Residential . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 65% | 72% | 81% | | |
| Small business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 64% | 71% | 78% | | |
| Total ERCOT: | | | | | |
| Residential . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37% | 39% | 44% | | |
| Small business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26% | 29% | 31% | | |
| Large business and other customers . . . . . . . . . . . . . . . . . . | 14% | 20% | 33% | | |

(a) Customers with demand of less than 1 MW annually.

(b) See Note 1 to the 2006 year-end Financial Statements for discussion of reporting of trading and ERCOT balancing activity in 2006.

(c) Includes a $162 million charge for a special customer appreciation bonus. This charge does not affect the computation of residential average revenues per MWh. See Note 7 to the 2006 year-end Financial Statements.

123

Confidential

EFIHMW00208253

**PX 008**
**Page 132 of 501**

(d) Includes physical commodity trading activity not subject to mark-to-market accounting of $34 million in net losses, $61 million in net gains and $13 million in net gains in 2006, 2005 and 2004, respectively.

(e) Based on number of meters.

(f) Estimated market share is based on the number of customers that have choice.

*Competitive Electric Segment*

*Production, Purchased Power and Delivery Cost Data*

| | Year Ended December 31, | | | Change % 2006/2005 | Change % 2005/2004 |
|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | | |
| | (millions of dollars) | | | | |
| **Fuel, purchased power costs and delivery fees:** | | | | | |
| Nuclear fuel | $ 85 | $ 78 | $ 82 | 9.0 | (4.9) |
| Lignite/coal | 475 | 475 | 506 | — | (6.1) |
| Total baseload fuel | 560 | 553 | 588 | 1.3 | (6.0) |
| Natural gas fuel and purchased power | 1,787 | 3,285 | 2,820 | (45.6) | 16.5 |
| Other costs | 228 | 281 | 221 | (18.9) | 27.1 |
| Fuel and purchased power costs(a) | 2,575 | 4,119 | 3,629 | (37.5) | 13.5 |
| Delivery fees(b) | 1,353 | 1,426 | 1,544 | (5.1) | (7.6) |
| Total | $ 3,928 | $ 5,545 | $ 5,173 | (29.2) | 7.2 |
| **Fuel and purchased power costs (which excludes generation plant operating costs) per MWh:** | | | | | |
| Nuclear fuel | $ 4.29 | $ 4.23 | $ 4.31 | 1.4 | (1.9) |
| Lignite/coal(c) | $ 12.20 | $ 11.68 | $ 12.96 | 4.5 | (9.9) |
| Natural gas fuel and purchased power | $ 62.99 | $ 60.37 | $ 47.88 | 4.3 | 26.1 |
| Delivery fee per MWh | $ 25.71 | $ 24.20 | $ 21.75 | 6.2 | 11.3 |
| **Production and purchased power volumes (GWh):** | | | | | |
| Nuclear | 19,795 | 18,371 | 18,979 | 7.8 | (3.2) |
| Lignite/coal | 43,837 | 44,005 | 42,339 | (0.4) | 3.9 |
| Total baseload generation | 63,632 | 62,376 | 61,318 | 2.0 | 1.7 |
| Natural gas-fueled generation | 3,989 | 3,504 | 4,726 | 13.8 | (25.9) |
| Purchased power(a) | 24,380 | 50.920 | 54,394 | (52.1) | (6.4) |
| Total energy supply | 92,001 | 116,800 | 120,438 | (21.2) | (3.0) |
| Less line loss and power imbalances | 2,146 | 1,836 | 3,451 | 16.9 | (46.8) |
| Net energy supply volumes | 89,855 | 114,964 | 116,987 | (21.8) | (1.7) |
| **Baseload capacity factors (%):** | | | | | |
| Nuclear | 98.8% | 91.5% | 94.3% | 8.0 | (3.0) |
| Lignite/coal | 89.1% | 89.8% | 86.0% | (0.8) | 4.4 |
| Total baseload | 91.8% | 90.3% | 88.4% | 1.7 | 2.1 |

(a) See Note 1 to the 2006 year-end Financial Statements for discussion of reporting of trading and ERCOT balancing activity in 2006.

(b) Includes delivery fee charges from Oncor Electric Delivery that are eliminated in consolidation ($1.144 billion, $1.285 billion and $1.417 billion in 2006, 2005 and 2004, respectively).

(c) Includes depreciation and amortization of lignite mining assets, which is reported in the depreciation and amortization expense line item, but is part of overall fuel costs.

124

Confidential

EFIHMW00208254

*Competitive Electric Segment*

*2006 Compared to 2005*

Operating revenues decreased $3 million to $9.5 billion in 2006.

| | Year Ended December 31, | | Increase (Decrease) |
| --- | --- | --- | --- |
| | 2006 | 2005 | |
| | (millions of dollars) | | |
| Retail electricity revenues | $6,953 | $6,330 | $ 623 |
| Accrued customer appreciation bonus | (162) | — | (162) |
| Wholesale electricity revenues | 2,278 | 2,807 | (529) |
| Wholesale balancing activities | (31) | 225 | (256) |
| Results of risk management and trading activities | 153 | (164) | 317 |
| Other operating revenues | 358 | 354 | 4 |
| Total operating revenues | $9,549 | $9,552 | $ (3) |

The 10% increase in retail electricity revenues reflected the following:

- Higher average pricing contributed $1.3 billion to the revenue increase. Higher retail prices reflected increases in natural gas prices that resulted in the regulatory-approved price-to-beat rate increases implemented in May 2005, October 2005 and January 2006.

- The effect of higher retail pricing was partially offset by $667 million in lower retail volumes. Total retail sales volumes declined 11%. Residential and small business volumes fell 10% on a net loss of customers due to competitive activity and lower average consumption per customer. The lower consumption reflected customer efficiency measures in response to prices and warmer weather. Large business market sales volumes declined 11% as the effect of fewer customers was partially offset by higher average consumption per customer. A change in large business customer mix reflected a continuing strategy to improve margins.

- Retail electricity customer counts at December 31, 2006 declined 6% from December 31, 2005. Total residential and small business customer counts in the historical service territory declined 8% and in all combined territories declined 6%.

A $162 million ($105 million after-tax) charge was recorded in the fourth quarter of 2006 for a special residential customer appreciation bonus. See discussion in Note 7 to the 2006 year-end Financial Statements.

The decline in wholesale electricity revenues reflected the reporting of wholesale electricity trading activity on a net basis in 2006 as described in Note 1 to the 2006 year-end Financial Statements. This effect was partially offset by higher wholesale sales prices.

Wholesale balancing net revenues/purchases are subject to high variability as the activity represents intraday purchases and sales transactions with ERCOT for real-time balancing purposes as measured in 15-minute intervals. See Note 1 for a discussion regarding the change in reporting of ERCOT balancing activities.

Results from risk management and trading activities include realized and unrealized gains and losses associated with financial instruments used for economic hedging and trading purposes, as well as gains and losses on physical sales and purchases of commodities for trading purposes (principally natural gas). Because most of the hedging and risk management activities are intended to mitigate the risk of commodity price

125

Confidential

movements on revenues and fuel and purchased power costs, the changes in such results should not be viewed in isolation, but rather taken together with the effects of pricing and cost changes on gross margin. Following is an analysis of activities in 2006:

**Results associated with the long-term hedging program**

- $205 million in unrealized cash flow hedge ineffectiveness net gains, which includes $209 million in net gains on unsettled positions and $4 million in net losses that represent reversals of previously recorded unrealized net gains on positions settled in the current period;

- $135 million in unrealized mark-to-market net gains on unsettled economic hedge positions that are not being accounted for as cash flow hedges;

- $109 million in an unrealized "day one" loss on a related series of commodity price hedges entered into in June 2006 at below-market prices; and

- $112 million in realized net gains on positions accounted for as cash flow hedges, including the reclassification of $34 million in net gains accumulated in other comprehensive income at December 31, 2005, to offset hedged electricity revenues recognized in the current period.

**Results associated with other risk management and trading activities**

- $52 million in realized net losses on positions accounted for as cash flow hedges and primarily entered into in prior years (largely 2003), including the reclassification of $36 million in net losses accumulated in other comprehensive income at December 31, 2005, to offset hedged electricity revenues recognized in the current period;

- $34 million in unrealized cash flow hedge ineffectiveness net gains, which includes $9 million in net gains on unsettled positions and $25 million in net gains that represent reversals of previously recorded unrealized net losses on positions settled in the current period;

- $125 million in realized net losses on settlement of economic hedge positions that offset hedged electricity revenues recognized in the current period; and

- $54 million in realized net losses on settlement of trading positions.

*Gross Margin*

| | Year Ended December 31, | | | |
|---|---|---|---|---|
| | 2006 | % of Revenue | 2005 | % of Revenue |
| | | (millions of dollars) | | |
| Operating revenues ........................................... | $9,549 | 100% | $9,552 | 100% |
| Costs and expenses: | | | | |
|     Fuel, purchased power costs and delivery fees .................... | 3,928 | 41 | 5,545 | 58 |
|     Generation plant operating costs ............................. | 604 | 6 | 668 | 7 |
|     Depreciation and amortization ................................ | 328 | 4 | 309 | 3 |
| Gross margin ................................................ | $4,689 | 49% | $3,030 | 32% |

Gross margin increased $1.7 billion, or 55%, to $4.7 billion in 2006. This growth primarily reflected the relatively low fuel costs of TCEH's nuclear and lignite/coal-fueled baseload plants, as well as the continued improved productivity of the baseload plants, in an environment of increasing wholesale power prices. The increased wholesale power prices were driven by rising natural gas prices. Retail prices, including price-to-beat retail prices, were increased in response to higher wholesale prices. In addition to higher retail prices, the gross margin increase reflected $231 million in unrealized net gains from cash flow hedge ineffectiveness and

126

Confidential

mark-to-market valuations of positions in the long-term hedging program. An 8% increase in production volumes at the nuclear generation plant also contributed to higher gross margin as this generation represents the lowest marginal cost of electricity to supply retail and wholesale customers. The gross margin performance was tempered by the effects of lower retail sales volumes and the effect of the customer appreciation bonus accrual.

Gross margin as a percent of revenues increased 17 percentage points to 49%. The improvement reflected the following estimated effects:

- higher pricing, as the average retail sales price per MWh rose 23% and the average wholesale sales price per MWh rose 17% (10 percentage point margin increase);

- the effect of reporting wholesale electricity trading activity on a net basis (6 percentage point margin increase);

- the effect of unrealized cash flow hedge ineffectiveness and mark-to-market net gains related to the long-term hedge program (1 percentage point margin increase);

- the combined effect of increased nuclear generation production volumes and less need for purchased electricity volumes (2 percentage point margin increase),

partially offset by:

- lower retail sales volumes (2 percentage point margin decrease); and

- customer appreciation bonus (1 percentage point margin decrease).

Fuel, purchased power costs and delivery fees declined $1.6 billion, or 29%, to $3.9 billion reflecting the reporting of wholesale trading activity on a net basis in 2006 as discussed in Note 1 to the 2006 year-end Financial Statements and the favorable impact of higher nuclear generation volumes to meet sales demand, partially offset by the effect of higher average prices of purchased electricity.

Operating costs decreased $64 million, or 10%, to $604 million in 2006. The decrease reflected:

- $49 million in lower maintenance costs due to both nuclear generation units having scheduled refueling outages in 2005 compared to one in 2006, and reduced other maintenance activity;

- $9 million in lower incentive compensation expense; and

- the absence of $10 million in combustion turbine lease expense in 2006 resulting from the purchase of a lease trust interest in early 2006 (see Note 4 to the 2006 year-end Financial Statements), partially offset by $8 million in net severance and early retirement costs associated with generation outsourcing services agreements entered into in early 2006.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants shown in the gross margin table above) increased $21 million, or 7%, to $334 million reflecting higher costs associated with mining land reclamation activities and increased amortization of intangible software assets, partially offset by $7 million in lower depreciation due to the impairment of natural gas-fueled generation plants in the second quarter of 2006.

SG&A expenses increased by $49 million, or 9%, to $571 million in 2006. The increase reflected:

- $39 million in costs associated with the new generation development programs, principally salaries and consulting expenses;

- $14 million in higher bad debt expense reflecting higher retail accounts receivable balances due to higher prices and the effect of a temporary regulatory-mandated deferred payment arrangement and disconnect moratorium applicable to certain retail customers;

127

Confidential

- $14 million in higher fees related to the sale of accounts receivable program due to higher interest rates; and
- $6 million in executive severance expense (including amounts allocated from Energy Future Holdings Corp.),

partially offset by:

- $8 million in lower consulting fees primarily reflecting expenses in 2005 for the development and implementation of the Luminant Operating System to improve productivity;
- $7 million in lower stock-based incentive compensation and deferred compensation expenses; and
- $7 million in lower salaries resulting from cost reduction initiatives in late 2005.

Franchise and revenue-based taxes increased $12 million, or 11%, to $126 million reflecting higher state gross receipts taxes due to higher revenues.

Other income totaled $17 million in 2006 and $64 million in 2005. The 2006 amount includes $11 million in gains on the sale of undeveloped land and a $2 million insurance recovery related to a generation plant outage in 2001.

The 2005 amount included:

- $33 million in gains on the sale of undeveloped land and mining land;
- an $8 million insurance recovery related to a generation plant fire in 2002;
- a $7 million gain on the sale of an investment in an out-of-state electricity transmission project;
- a $4 million gain in connection with a customer's termination of an electricity services contract; and
- a $2 million gain on the sale of surplus equipment.

Other deductions totaled $215 million in 2006 and $15 million in 2005. The 2006 amount includes:

- a $198 million charge related to the write-down of the natural gas-fueled generation plants to fair value (see Note 6 to the 2006 year-end Financial Statements);
- $10 million in equity losses (representing amortization expense) related to the ownership interest in the Energy Future Holdings Corp. subsidiary holding the capitalized software licensed to Capgemini;
- $6 million of litigation-related charges; and
- a $5 million charge for the termination of an equipment purchase agreement,

partially offset by a $12 million credit related to the favorable settlement of a counterparty default under a coal contract (as noted below, the original charge related to the default was recorded in this line item).

The 2005 amount includes:

- a $12 million charge related to a counterparty default under a coal contract;
- $12 million in transition costs associated with the Capgemini outsourcing agreement;
- $7 million in equity losses (representing amortization expense) related to the ownership interest in the Energy Future Holdings Corp. subsidiary holding the capitalized software licensed to Capgemini;
- $6 million in accretion expense related to a lease liability for combustion turbines no longer operated for TCEH's benefit;

128

Confidential

- a $16 million net credit from a reduction in the combustion turbine lease liability due to a change in estimated sublease proceeds. As the original charge associated with this liability was reported in this line item, the related credit was similarly reported; and

- the release of a previously recorded $6 million reserve for restoration of a site that is now expected to be used in generation plant development.

Interest income increased by $132 million to $202 million in 2006 reflecting $91 million due to higher average advances to affiliates and $41 million due to higher average rates.

Interest expense and related charges decreased by $5 million, or 1%, to $388 million in 2006. The decrease reflects $29 million of higher capitalized interest, partially offset by higher average interest rates of $24 million.

Income tax expense on income from continuing operations totaled $1.2 billion in 2006 compared to $687 million in 2005. The effective tax rate was 34.4% in 2006 compared to 32.5% in 2005. The 2006 amount included a charge of $44 million (a 1.2 percentage point effective tax rate impact) representing an adjustment to deferred tax liabilities arising from the enactment of the Texas margin tax as described in Note 10 to the 2006 year-end Financial Statements. The 2005 amount reflected a benefit of $29 million representing a tax reserve adjustment (1.4 percentage point effective tax rate impact) and a charge of $10 million (a 0.5 percentage point effective tax rate impact) related to the settlement of the IRS audit for the 1994 to 1996 years.

Income from continuing operations increased $934 million, or 65%, to $2.4 billion in 2006 driven by improved gross margin and higher interest income, partially offset by the charge for the write-down of the natural gas-fueled generation plants and expenses related to the new generation development program.

### *Competitive Electric Segment*

*2005 Compared to 2004*

Operating revenues increased $1.2 billion, or 14%, to $9.6 billion in 2005. Retail electricity revenues decreased $40 million, or 1%, to $6.3 billion.

- The retail revenue decline reflected a $1.1 billion decrease attributable to a 17% drop in sales volumes, primarily reflecting a net loss of customers due to competitive activity, particularly in the large business market, partially offset by the effect of warmer weather. A total volume decline of 38% in the large business market also reflected a strategy to improve margins. Total residential and small business volumes fell 6%, driven by competitive activity and stricter disconnect policies and more focused collection activities, partially offset by the effect of increased consumption by residential customers due to warmer weather.

- The effect of lower retail volumes was partially offset by $886 million in higher pricing due to increased price-to-beat rates, reflecting regulatory-approved fuel factor increases in 2005, and higher pricing in the competitive business market, both resulting from the effects of higher natural gas prices. A favorable $171 million mix shift in the composition of retail sales from large business to residential and small business also offset the effect of lower volumes.

- Retail electricity customer counts at December 31, 2005 declined 8% from December 31, 2004. Total residential and small business customer counts in the historical service territory declined 9% and in all combined territories declined 8%.

Wholesale electricity revenues grew $921 million, or 49%, to $2.8 billion reflecting $777 million in higher prices due to the effect of increased natural gas prices on wholesale electricity prices and $144 million due to an 8% increase in sales volumes. The wholesale sales volume increase was driven by a shift in the composition of the customer base from retail to wholesale and weather-related increases in wholesale demand.

129

Confidential

ERCOT balancing activities resulted in net sales of $225 million in 2005 and net purchases of $92 million in 2004. See Note 1 for a discussion regarding the change in reporting of ERCOT balancing activities.

The increase in other revenues of $12 million primarily reflected higher retail (business customers) natural gas revenues due to increased prices, partially offset by the effect of no longer providing customer care support to TXU Gas after the first half of 2004 and the sale of TXU Fuel in June 2004.

Net losses from hedging and risk management activities, which are reported in revenues and include both realized and unrealized (mark-to-market) gains and losses, totaled $164 million in 2005 and $103 million in 2004. Because most of the hedging and risk management activities are intended to mitigate the risk of commodity price movements on revenues and fuel and purchased power costs, the changes in such results should not be viewed in isolation, but rather taken together with the effects of pricing and cost changes on gross margin. Results in 2005 included:

- $133 million in net realized losses associated with hedges entered into in prior years (largely 2003), the offsetting effects of which are reported in revenues and fuel and purchased power costs. This amount includes $88 million in losses related to cash flow hedges, which had been recognized in other comprehensive income;

- $84 million reversal of net unrealized gains previously recognized on power positions settled in the current period, the offsetting effects of which are reported in revenues and fuel and purchased power costs;

- $79 million in net realized gains on settlement of commodity trading positions largely entered into in 2005 and relating primarily to natural gas; and

- $31 million of unrealized ineffectiveness losses relating to cash flow hedges principally related to the long-term hedging program.

*Gross Margin*

| | Year Ended December 31, | | | |
| | 2005 | % of Revenue | 2004 | % of Revenue |
| --- | --- | --- | --- | --- |
| | | (millions of dollars) | | |
| Operating revenues | $9,552 | 100% | $8,402 | 100% |
| Costs and expenses: | | | | |
| Fuel, purchased power costs and delivery fees | 5,545 | 58 | 5,173 | 62 |
| Generation plant operating costs | 668 | 7 | 703 | 8 |
| Depreciation and amortization | 309 | 3 | 327 | 4 |
| Gross margin | $3,030 | 32% | $2,199 | 26% |

Gross margin increased $831 million, or 38%, to $3.0 billion in 2005. This growth primarily reflected the relatively low fuel costs of TCEH's nuclear and lignite/coal-fueled baseload plants, as well as the continued improved productivity of the baseload plants, in an environment of increasing wholesale power prices. The increased wholesale power prices were driven by rising natural gas prices. Retail prices, including price-to-beat retail prices, were increased in response to higher wholesale prices. The gross margin performance was mitigated by the effect of lower retail sales volumes.

Gross margin as a percent of revenues increased 6 percentage points to 32%. The improvement reflected:

- higher pricing, as the average retail sales price per MWh rose 20%, and the average wholesale sales price per MWh rose 38% (15 percentage point margin increase),

130

EFIHMW00208260

partially offset by:

- higher purchased power costs driven by a 26% increase in average purchased power prices (5 percentage point margin decrease); and

- a 17% decrease in retail sales volumes (4 percentage point margin decrease).

Operating costs decreased $35 million, or 5%, to $668 million in 2005. The decline reflected:

- $30 million in lower benefits expense including $13 million in lower pension and other postretirement benefit costs (see discussion in SG&A expenses below regarding these costs);

- the absence of $18 million of costs associated with 9 combustion turbine units no longer operated for TCEH's benefit;

- a $17 million effect of no longer providing customer care support to TXU Gas (largely offset by lower related revenues), the operations of which were sold in October 2004; and

- the absence of $8 million of costs associated with the TXU Fuel business sold in June 2004,

partially offset by:

- $25 million in higher maintenance costs associated with planned nuclear unit outages in 2005, reflecting two outages in 2005 and one outage in 2004; and

- $15 million in supplier credits recorded in 2004.

Depreciation and amortization (consisting almost entirely of amounts related to generation plants shown in the gross margin table above) decreased $37 million, or 11%, to $313 million. The decline included $19 million due to the effect of the transfer of information technology assets, principally capitalized software, to a Energy Future Holdings Corp. affiliate in connection with the Capgemini outsourcing transaction. The decrease also reflected a $13 million effect of reduced 2005 depreciation rates for lignite/coal-fueled plants due to extending the estimated useful lives.

SG&A expenses decreased by $144 million, or 22%, to $522 million in 2005. The decline reflected:

- a net $64 million decline due to cost reduction initiatives, including the effect of the Capgemini outsourcing agreement;

- $41 million in reduced incentive compensation expense including a $15 million one-time incentive compensation program in wholesale operations in 2004;

- $38 million in lower bad debt expense as a result of refining and consistently applying credit and collection policies; and

- an $11 million net decrease in employee retirement-related expenses primarily due to the assumption by Oncor Electric Delivery of pension and other postretirement benefit costs related to service of TCEH's employees prior to the unbundling of Energy Future Holdings Corp.'s electric utility business and the deregulation of the Texas electricity industry effective January 1, 2002 (see Note 21 to the 2006 year-end Financial Statements),

partially offset by $14 million in higher consulting expense primarily related to development and implementation of the Luminant Operating System to improve efficiency of generation plant and mining operations.

Other income totaled $64 million in 2005 and $110 million in 2004. Other income in 2005 included:

- $33 million in gains on the sale of undeveloped land and mining land;

- an $8 million insurance reimbursement related to a generation plant fire in 2002;

131

Confidential

EFIHMW00208261

- a $7 million gain on the sale of an investment in an out-of-state electricity transmission project;
- $4 million in connection with the termination of a power services contract; and
- $2 million gain on the sale of surplus equipment.

Other income in 2004 included:

- $88 million in amortization of the gain on the 2002 sale of two generation plants including $58 million of the remaining unamortized gain recognized as a result of the termination of a related power purchase and tolling agreement; and
- a $19 million gain on sale of undeveloped land.

Other deductions totaled $15 million in 2005 and $611 million in 2004. The 2005 amount includes:

- a $12 million charge related to nonperformance of a counterparty in connection with a trading coal contract;
- $12 million in transition costs associated with the Capgemini outsourcing agreement;
- $7 million in equity losses (representing depreciation expense) in the Energy Future Holdings Corp. entity holding the capitalized software licensed to Capgemini;
- $6 million in accretion expense related to the 2004 impairment of a lease for gas-fueled combustion turbines no longer operated for TCEH's benefit;
- a $16 million net credit adjusting the impairment loss on the leased gas-fueled combustion turbines to reflect actual sub-lease proceeds under the terms of a third-party contract entered into in 2005; and
- the release of a previously recorded $6 million reserve for restoration of property that is now expected to be used in generation plant development.

The 2004 amount includes:

- $180 million in lease-related charges primarily related to generation and mining assets taken out of service;
- $107 million in software write-offs;
- $107 million for employee severance;
- $101 million in termination costs for an existing power purchase and tolling agreement; and
- $79 million for spare parts inventory writedowns.

Interest income increased by $39 million to $70 million in 2005 reflecting higher interest on short-term investments and higher average advances to affiliates.

Interest expense and related charges increased by $40 million, or 11%, to $393 million in 2005. The increase reflected $26 million due to higher average interest rates and $14 million due to higher average debt levels.

The effective income tax rate was 32.5% in 2005 and 28.4% in 2004. The increase reflects the effect of ongoing relatively fixed tax benefits of lignite depletion allowances and amortization of investment tax credits on a significantly higher 2005 income base. The 2005 effective income tax rate also reflects a $29 million credit for the reversal of previously established tax reserves due to current period events, partially offset by $10 million in additional tax expense related to settlement of the IRS audit for the 1994 to 1996 tax years.

132

Confidential

Income from continuing operations increased $1.0 billion to $1.4 billion in 2005 driven by improved gross margin, the effect of restructuring-related charges in 2004 and lower SG&A expenses.

### *Regulated Delivery Segment*
#### *Financial Results*

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2006** | **2005** | **2004** |
| | (millions of dollars) | | |
| Operating revenues | $2,449 | $2,394 | $2,226 |
| Costs and expenses: | | | |
| Operating costs | 770 | 758 | 730 |
| Depreciation and amortization | 476 | 446 | 389 |
| Selling, general and administrative expenses | 177 | 201 | 219 |
| Franchise and revenue-based taxes | 262 | 247 | 248 |
| Other income | (2) | (4) | (7) |
| Other deductions | 24 | 11 | 52 |
| Interest income | (58) | (59) | (56) |
| Interest expense and related charges | 286 | 269 | 280 |
| Total costs and expenses | 1,935 | 1,869 | 1,855 |
| Income before income taxes, extraordinary gain and cumulative effect of change in accounting principle | 514 | 525 | 371 |
| Income tax expense | 170 | 174 | 116 |
| Income before extraordinary gain and cumulative effect of change in accounting principle | $ 344 | $ 351 | $ 255 |

### *Regulated Delivery Segment*
#### *Operating Data*

| | Year Ended December 31, | | | % Change 2006/2005 | % Change 2005/2004 |
|---|---|---|---|---|---|
| | **2006** | **2005** | **2004** | | |
| Operating statistics—volumes: | | | | | |
| Electric energy delivered (GWh) | 107,098 | 106,780 | 101,928 | 0.3 | 4.8 |
| Reliability statistics[a]: | | | | | |
| System Average Interruption Duration Index (SAIDI) (nonstorm) | 79.09 | 76.79 | 75.51 | 3.0 | 1.7 |
| System Average Interruption Frequency Index (SAIFI) (nonstorm) | 1.17 | 1.17 | 1.10 | — | 6.4 |
| Customer Average Interruption Duration Index (CAIDI) (nonstorm) | 67.54 | 65.60 | 68.75 | 3.0 | (4.6) |
| Electricity points of delivery (end of period and in thousands): | | | | | |
| Electricity distribution points of delivery (based on number of meters)[b] | 3,056 | 3,013 | 2,971 | 1.4 | 1.4 |
| Operating Revenues: | | | | | |
| Electricity distribution revenues[c]: | | | | | |
| Affiliated (TCEH) | $ 1,137 | $ 1,276 | $ 1,418 | (10.9) | (10.0) |
| Nonaffiliated | 1,046 | 879 | 590 | 19.0 | 49.0 |
| Total distribution revenues | 2,183 | 2,155 | 2,008 | 1.3 | 7.3 |
| Third-party transmission revenues | 236 | 213 | 192 | 10.8 | 10.9 |
| Other miscellaneous revenues | 30 | 26 | 26 | 15.4 | — |
| Total operating revenues | $ 2,449 | $ 2,394 | $ 2,226 | 2.3 | 7.5 |

133

Confidential

EFIHMW00208263

**PX 008**
**Page 142 of 501**

(a) SAIDI is the average number of electric service interruption minutes per consumer in a year. SAIFI is the average number of electric service interruptions per consumer in a year. CAIDI is the average duration in minutes per electric service interruption in a year. The statistics presented are based on the preceding twelve months' data.

(b) Includes lighting sites, primarily guard lights, for which TCEH is the REP but are not included in TCEH's customer count. Such sites totaled 82,337, 86,495 and 95,252 at December 31, 2006, 2005 and 2004, respectively.

(c) Includes transition charges associated with the issuance of securitization bonds totaling $151 million, $152 million and $106 million for the years ended December 31, 2006, 2005 and 2004, respectively. Also includes disconnect/reconnect fees and other discretionary revenues for services requested by REPs.

### *Regulated Delivery Segment*

Regulated Delivery's future results are expected to be impacted by the effects of the cities rate settlement described in Note 9 to the 2006 year-end Financial Statements. Incremental expenses of approximately $70 million are being recognized almost entirely over the period from May 2006 through June 2008, of which $18 million has been recognized in the 2006 period.

#### *2006 compared to 2005*

Operating revenues increased $55 million, or 2%, to $2.4 billion in 2006. Delivered volumes rose less than 1%. The revenue increase reflected:

- $24 million in higher transmission revenues primarily due to rate increases approved in 2005 and 2006 to recover ongoing investment in the transmission system;

- an estimated $16 million due to growth in points of delivery; and

- $9 million from increased distribution tariffs to recover higher transmission costs.

The effect of warmer weather on electricity consumption was largely offset by end-user efficiency measures in response to higher prices and warmer weather.

#### *Gross Margin*

| | Year Ended December 31, | | | |
| | 2006 | % of Revenue | 2005 | % of Revenue |
|---|---|---|---|---|
| | | (millions of dollars) | | |
| Operating revenues | $2,449 | 100% | $2,394 | 100% |
| Costs and expenses: | | | | |
| Transmission and distribution system operating costs | 770 | 31% | 758 | 32% |
| Depreciation and amortization | 474 | 20% | 446 | 18% |
| Gross margin | $1,205 | 49% | $1,190 | 50% |

Operating costs rose $12 million, or 2%, to $770 million in 2006. The increase reflected $19 million in increased fees paid to third party transmission entities, partially offset by $6 million due to increased labor capitalization rates and timing of expenses related to advanced meter installations.

Depreciation and amortization (essentially all of which related to the delivery system as shown in the gross margin table above) increased $30 million, or 7%, to $476 million in 2006. The increase reflected $23 million in depreciation related to normal additions and replacements of property, plant and equipment and a $4 million adjustment related to capitalized software costs.

134

Confidential

EFIHMW00208264

**PX 008**
**Page 143 of 501**

SG&A expenses decreased $24 million, or 12%, to $177 million in 2006. The decrease reflected:

- $8 million in lower incentive compensation expense;

- $4 million in decreased employee benefits expense;

- $3 million in lower bad debt expense;

- $3 million in lower legal and consulting fees; and

- $3 million in lower research and development costs.

partially offset by, $3 million in higher sale of receivables program fees driven by higher interest rates.

Franchise and revenue-based taxes increased $15 million, or 6%, to $262 million in 2006. The increase was driven by higher delivered volumes in the period to which the tax applies and also includes $5 million in higher franchise fees under the cities rate settlement. See Note 9 to the 2006 year-end Financial Statements.

Other deductions totaled $24 million in 2006 and $11 million in 2005. The 2006 amount includes:

- $13 million in costs as a result of the 2006 cities rate settlement (See Note 9 to the 2006 year-end Financial Statements);

- $7 million in transition costs related to the InfrastruX Energy Services joint venture; and

- $4 million in equity losses (representing amortization expense) related to the ownership interest in the Energy Future Holdings Corp. subsidiary holding the capitalized software licensed to Capgemini.

The 2005 amount included:

- $3 million in costs associated with transitioning the outsourced activities to Capgemini;

- $3 million in equity losses (representing amortization expense) related to the ownership interest in the Energy Future Holdings Corp. subsidiary holding the capitalized software licensed to Capgemini; and

- $2 million of severance-related charges related to the 2004 restructuring actions.

Interest expense increased $17 million, or 6%, to $286 million in 2006 due to higher average balances of commercial paper outstanding.

Income tax expense totaled $170 million in 2006 compared to $174 million in 2005. The effective tax rate was comparable at 33.1% for both 2006 and 2005.

Income from continuing operations decreased $7 million, or 2%, to $344 million driven by costs associated with the cities rate settlement and expenses related to the InfrastruX Energy Services agreement.

### *Regulated Delivery Segment*

*2005 compared to 2004*

Operating revenues increased $168 million, or 8%, to $2.4 billion in 2005. This change reflected:

- $46 million in higher transition charges associated with the issuance of securitization bonds in June 2004 (offset in total by higher amortization of the related regulatory asset as discussed below);

- approximately $30 million related to warmer summer weather;

- $22 million from continued implementation of power factor billing (power factor billing is a tariff adjustment applied to nonresidential end-use consumers that utilize inefficient equipment);

135

Confidential

EFIHMW00208265

- $21 million in base growth reflecting an increase in points of delivery;
- $21 million from increased distribution tariffs to recover higher transmission costs; and
- $21 million in increased transmission revenues due to rate increases approved in 2005 and 2004 and higher volumes.

*Gross Margin*

|  | Year Ended December 31, | | | |
|  | 2005 | % of Revenue | 2004 | % of Revenue |
| --- | --- | --- | --- | --- |
|  | (millions of dollars) | | | |
| Operating revenues ............................................. | $2,394 | 100% | $2,226 | 100% |
| Costs and expenses: |  |  |  |  |
| Transmission and distribution system operating costs ................. | 758 | 32% | 730 | 33% |
| Depreciation and amortization .................................... | 446 | 18% | 386 | 17% |
| Gross margin ................................................ | $1,190 | 50% | $1,110 | 50% |

Gross margin increased $80 million, or 7%, to $1.2 billion in 2005. The increase was driven by higher operating revenues.

Operating costs rose $28 million, or 4%, to $758 million. This increase reflected:

- $13 million in increased spending for system reliability initiatives;
- $7 million in higher property taxes primarily due to increased investments in property;
- $4 million in increased metering expenses due to increased labor costs to accommodate increased consumer requested activities;
- $3 million in increased third-party transmission costs due to increased rates; and
- $3 million in higher transportation expense due to an increase in fuel and lease costs.

partially offset by:

- $4 million in decreased employee benefits costs, reflecting lower health care costs due to plan changes; and
- $4 million in reduced pension and OPEB costs. This reduction reflects an amendment to PURA as discussed in Note 21 to the 2006 year-end Financial Statements.

Depreciation and amortization (consisting almost entirely of amounts shown in the gross margin table above) increased $57 million, or 15%, to $446 million in 2005. The increase reflected $46 million in higher amortization of regulatory assets associated with the issuance of transition bonds (offsetting the same amount of revenue increase) and $14 million in higher depreciation due to normal additions and replacements of property, plant, and equipment, partially offset by a $3 million decline reflecting the July 2004 transfer of information technology assets, principally capitalized software, to a Energy Future Holdings Corp. affiliate in connection with the Capgemini outsourcing transaction.

SG&A expense decreased $18 million, or 8%, to $201 million in 2005. The decline included:

- $16 million from cost reduction initiatives including the effects of the Capgemini agreement;
- $5 million in decreased employee benefits, reflecting lower health care costs due to plan changes; and

136

EFIHMW00208266

- $2 million in reduced pension and OPEB costs, as a result of the amendment to PURA,

partially offset by $3 million higher bad debt expense largely resulting from the establishment of an allowance for uncollectible accounts based on a credit-scoring methodology applied to outstanding REP accounts receivable.

Other deductions totaled $11 million in 2005 and $52 million in 2004. The 2005 amount included:

- $3 million in costs associated with transitioning the outsourced activities to Capgemini;
- $3 million in equity losses (representing amortization expense) related to the ownership interest in the Energy Future Holdings Corp. subsidiary holding the capitalized software licensed to Capgemini; and
- $2 million of severance-related charges resulting from the 2004 restructuring actions.

The 2004 amount included:

- a $21 million charge for estimated settlement payments arising from the 2004 cities rate settlement;
- $20 million of severance-related charges in connection with the Capgemini outsourcing transaction and other Energy Future Holdings Corp. restructuring actions; and
- $8 million related to transitioning the outsourced activities to Capgemini, including asset write-downs and other unusual charges.

Interest expense decreased $11 million, or 4%, to $269 million in 2005. The decrease includes $9 million from the impact of lower average interest rates and $2 million due to an increase in allowance for funds used during construction (capitalized interest) on higher construction expenditures.

The effective income tax rate increased to 33.1% in 2005 from 31.3% in 2004. The increase is due primarily to the effect of ongoing relatively fixed amortization of tax benefits (statutory tax rate changes and investment tax credits) on a higher 2005 income base, partially offset by $4 million credit in 2005 arising from the settlement of the IRS audit for the 1994 through 1996 tax years.

Income before extraordinary gain and cumulative effect of a change in accounting principle (an after-tax measure) increased $96 million, or 38%, to $351 million. This increase was driven by higher operating revenues and the impact of unusual charges in 2004 reported in other deductions.

### COMPREHENSIVE INCOME—Continuing Operations

Cash flow hedge activity reported in other comprehensive income from continuing operations included (all amounts after-tax):

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Net increase (decrease) in fair value of cash flow hedges (all commodity) held at end of period .................................................................... | $568 | $(47) | $(75) |
| Derivative value net losses (gains) reported in net income that relate to hedged transactions recognized in the period: | | | |
| Commodities.................................................................. | (23) | 64 | 21 |
| Financing—interest rate swaps[a] .............................................. | 8 | 13 | 23 |
| | (15) | 77 | 44 |
| Total income (loss) effect of cash flow hedges reported in other comprehensive from continuing operations ................................................. | $553 | $ 30 | $(31) |

(a)  Represents recognition of net losses on settled swaps.

137

Confidential

EFIHMW00208267

Energy Future Holdings Corp. has historically used, and expects to continue to use, derivative instruments that are effective in offsetting future cash flow variability in interest rates and energy commodity prices. The amounts included in accumulated other comprehensive income are expected to offset the impact of rate or price changes on forecasted transactions. Amounts in accumulated other comprehensive income include (i) the value of open cash flow hedges (for the effective portion), based on current market conditions, and (ii) the value of dedesignated and terminated cash flow hedges at the time of such dedesignation, less amounts reclassified to earnings as the original hedged transactions are recognized, unless the hedged transactions become probable of not occurring. The effects of the hedge will be recorded in the statement of income as the hedged transactions are actually settled and affect earnings. Also see Note 19 to the 2006 year-end Financial Statements.

See discussion in Note 21 to the 2006 year-end Financial Statements regarding the minimum pension liability adjustments reported in other comprehensive income.

### Financial Condition—Historical/Pre-Merger

#### Liquidity and Capital Resources

Cash Flows—Cash flows used in operating activities for the six months ended June 30, 2007 totaled $55 million compared to cash flows provided by operating activities of $1.9 billion for the six months ended June 30, 2006. The decrease of $2.0 billion reflected:

- lower operating earnings after taking into account noncash items such as deferred federal income taxes, unrealized mark-to-market valuations and charges related to suspended development of generation facilities;

- an unfavorable change of $959 million in net margin deposits due to the effect of higher forward natural gas prices on hedge positions;

- an unfavorable change in working capital (accounts receivable, accounts payable and inventories) balances of $252 million primarily due to the effects of lower natural gas prices, as cash flows in 2006 included the collection of higher wholesale natural gas and electricity receivables that resulted from higher prices in late 2005; and

- a $102 million premium paid in 2007 related to a structured natural gas-related option transaction entered into as part of the long-term hedging program.

Cash flows provided by financing activities totaled $1.9 billion for the six months ended June 30, 2007 compared to cash flows used by financing activities of $806 million for the six months ended June 30, 2006 as summarized below:

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2007 | 2006 |
| | (millions of dollars) | |
| Net issuances, repayments and repurchases of borrowings | $2,433 | $ 263 |
| Net issuances and repurchases of common stock | (9) | (629) |
| Common stock dividends paid | (397) | (384) |
| Settlements of minimum withholding tax liabilities under stock-based incentive compensation plans | (93) | (56) |
| Total | $1,934 | $(806) |

138

EFIHMW00208268

Cash flows used in investing activities increased $444 million in the six months ended June 30, 2007 compared to the same period in 2006 as summarized below:

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2007 | 2006 |
| | (millions of dollars) | |
| Capital expenditures, including nuclear fuel | $(1,641) | $ (855) |
| Reduction of restricted cash related to the redemption of pollution control revenue bonds | 143 | — |
| Purchase of lease trust | — | (69) |
| Proceeds from pollution control revenue bonds deposited with trustee | — | (99) |
| Net investments in nuclear decommissioning trust fund securities | (7) | (7) |
| Investment in unconsolidated affiliate | — | (15) |
| Costs to remove retired property | (16) | (22) |
| Other | 15 | 5 |
| Total | $(1,506) | $(1,062) |

The $786 million, or 92%, increase in capital expenditures was driven by new generation facility development spending.

Depreciation and amortization expense reported in the statement of cash flows exceeds the amount reported in the statement of income by $30 million for the six months ended June 30, 2007. This difference represents amortization of nuclear fuel, which is reported as fuel cost in the statement of income consistent with industry practice.

Cash flows provided by operating activities for the year ended December 31, 2006 increased $2.2 billion, or 77%, to $4.9 billion as compared to the year ended December 31, 2005. The improvement reflected:

- higher operating earnings after taking into account noncash items such as deferred federal income taxes, unrealized mark-to-market valuations and the generation plant impairment charge;

- a favorable change of $503 million in net margin deposits, primarily reflecting amounts received from counterparties related to natural gas positions in the long-term hedging program; and

- a favorable change of $293 million in working capital (accounts receivable, accounts payable and inventories) driven by higher wholesale natural gas and electricity receivables in 2005 due to higher prices in the fourth quarter of 2005.

Cash flows provided by operating activities for the year ended December 31, 2005 increased $1.0 billion, or 59%, to $2.8 billion as compared to the year ended December 31, 2004. The increase was driven by higher earnings.

Confidential

EFIHMW00208269

**PX 008**
**Page 148 of 501**

Cash flows used in financing activities were $2.3 billion in 2006, $1.6 billion in 2005 and $6.5 billion in 2004. The drivers of the $769 million increase in cash used in finance activities from 2005 to 2006 and the $5.0 billion decrease in cash used in financing activities from 2004 to 2005 are summarized in the table below:

| | Year Ended December 31, | | |
| | 2006 | 2005 | 2004 |
|---|---|---|---|
| | (millions of dollars) | | |
| Cash used in financing activities: | | | |
| Net issuances and (repayments) of borrowings, including premiums and discounts | $ (777) | $ 356 | $ 155 |
| Net repurchases of common stock | (832) | (1,054) | (4,575) |
| Repurchase of preference stock | — | (300) | — |
| Repurchase of preferred securities of subsidiaries | — | (38) | (75) |
| Repurchase of exchangeable preferred membership interests | — | — | (1,852) |
| Payment of common stock dividends | (764) | (544) | (150) |
| Payment of preference stock dividends | — | (11) | (22) |
| Excess tax benefit on stock-based compensation | 41 | 28 | — |
| Total | $(2,332) | $(1,563) | $(6,519) |

Investing activities used cash flows of $2.7 billion in 2006, $1.0 billion in 2005 and provided cash flows of $4.3 billion in 2004. The table below details the business activities impacting investing cash flows.

| | Year Ended December 31, | | |
| | 2006 | 2005 | 2004 |
|---|---|---|---|
| | (millions of dollars) | | |
| Cash provided by (used in) investing activities: | | | |
| Capital expenditures, including nuclear fuel | $(2,297) | $(1,104) | $ (999) |
| Sale of TXU Australia | — | — | 1,885 |
| Disposition of TXU Gas | — | — | 1,905 |
| Sale of TXU Fuel | — | — | 500 |
| Sale of telecommunications business | — | — | 524 |
| Purchase of lease trust | (69) | — | — |
| Deposit of proceeds from pollution control revenue bonds with trustee | (240) | — | — |
| Proceeds from sale of assets | 20 | 77 | 27 |
| Return of investment in trust to support a credit facility | — | — | 525 |
| Investment in unconsolidated affiliate | (15) | — | — |
| Net investments in nuclear decommissioning trust fund securities | (16) | (15) | (15) |
| Costs to remove retired property | (40) | (44) | (40) |
| Other | (7) | 48 | (32) |
| Total | $(2,664) | $(1,038) | $4,280 |

Depreciation and amortization expense reported in the statement of cash flows exceeds the amount reported in the statement of income by $63 million, $60 million and $66 million for 2006, 2005 and 2004, respectively. This difference represents amortization of nuclear fuel, which is reported as fuel costs in the statement of income consistent with industry practice.

140

EFIHMW00208270

*Long-term Debt Activity*—During the six months ended June 30, 2007, Energy Future Holdings Corp. issued, reacquired or made scheduled principal payments on long-term debt as follows (all amounts presented are principal):

| | Issuances | Repayments and Repurchases |
|---|---|---|
| | | (millions of dollars) |
| Energy Future Holdings Corp.: | | |
| Other long-term debt | $ — | $ (6) |
| TCEH: | | |
| Floating rate senior notes | 1,000 | — |
| Pollution control revenue bonds | — | (143) |
| Other long-term debt | — | (6) |
| Oncor Electric Delivery: | | |
| Floating rate senior notes | 800 | — |
| Transition bonds | — | (48) |
| Energy Future Competitive Holdings | — | (8) |
| Total | $1,800 | $(211) |

During the year ended December 31, 2006, Energy Future Holdings Corp. reacquired or made scheduled principal payments on long-term debt as follows (all amounts presented are principal):

| | Repayments and Repurchases |
|---|---|
| | (millions of dollars) |
| Energy Future Holdings Corp.: | |
| Senior notes | $ 733 |
| Equity-linked senior notes | 179 |
| Other long-term debt | 10 |
| TCEH: | |
| Pollution control revenue bonds | $ 259 |
| Senior notes | 400 |
| Other long-term debt | 5 |
| Oncor Electric Delivery: | |
| Transition bonds | 93 |
| Energy Future Competitive Holdings | 12 |
| Total | $1,691 |

Issuances for the year ended December 31, 2006 totaled $243 million in pollution control revenue bonds at TCEH. Scheduled principal payments in 2007 total $485 million.

Interest rate swaps related to $300 million and $1.85 billion principal amount of debt were dedesignated as fair value hedges in December 2006 and January 2007, respectively. Offsetting swap positions were entered into, and both the original swaps and offsetting positions are subsequently being marked-to-market in net income.

See Note 9 to the June 30, 2007 Financial Statements and Note 15 to the 2006 year-end Financial Statements for further detail of long-term debt and other financing arrangements.

*Credit Facilities/Commercial Paper*—As of October 10, 2007, subsidiaries of Energy Future Holdings Corp. repaid and terminated their credit facilities. See Note 8 to the 2006 year-end Financial Statements for details of the arrangements. Availability under these facilities at June 30, 2007 declined $2.4 billion from year-end 2006 primarily due to incremental credit support requirements related largely to the long-term hedging

141

EFIHMW00208271

program, capital expenditures and borrowings to repay all outstanding commercial paper as it matured due to the effects of rating agency actions on the commercial paper program. Commercial paper maturities totaled $1.3 billion in the first six months of 2007. These credit facilities will be repaid and replaced upon closing of the Merger as described under "Description of other Indebtedness."

*Capitalization*—The capitalization ratios of Energy Future Holdings Corp. at June 30, 2007, consisted of 91.9% long-term debt, less amounts due currently, and 8.1% common stock equity. The capitalization ratios of Energy Future Holdings Corp. at December 31, 2006, consisted of 83.2% long-term debt, less amounts due currently, and 16.8% common stock equity. Total debt to capitalization, including short-term debt, was 85.5% at December 31, 2006. See "Capitalization."

*Pension Plan Funding*—In August 2006, the Pension Protection Act of 2006 (the "Act") was signed into law. The Act which will be phased in over the next few years is expected to increase pension plan funding and require additional plan disclosures in regulatory filings and to plan participants. Energy Future Holdings Corp. expects to make required contributions to its pension plan of $1 million in 2007 and $161 million in 2008. Contributions to the pension plan in 2006 totaled $4 million.

*Income Tax Payments*—Such payments totaled $214 million and $18 million in the first six months of 2007 and 2006, respectively. Energy Future Holdings Corp. cannot reasonably estimate the ultimate timing of tax payments associated with uncertain tax positions, but none are expected in the next 12 months. Excluding the effects of any potential transactions or audit settlements with the IRS, federal income tax payments in 2007 are estimated to total approximately $430 million. Federal income tax payments totaled $220 million in 2006.

*Short-term Borrowings*—On October 10, 2007, subsidiaries of Energy Future Holdings Corp. repaid all outstanding bank borrowings under their credit facilities.

*Dividends*—At its August 2007 meeting, the Board of Directors of Energy Future Holdings Corp. declared a quarterly dividend of 43.25 cents per share, which is payable on October 1, 2007 to shareholders of record on September 7, 2007. At its May 2007 meeting, the Board of Directors of Energy Future Holdings Corp. declared a quarterly dividend of 43.25 cents per share, which was paid on July 2, 2007 to shareholders of record on June 1, 2007. At its February 2007 meeting, the Board of Directors of Energy Future Holdings Corp. declared a quarterly dividend of 43.25 cents per share, which was paid on April 2, 2007 to shareholders of record on March 2, 2007.

On November 3, 2006, the Board of Directors of Energy Future Holdings Corp. declared a common stock dividend in the amount of 43.25 cents per share, an increase of 5% over the previous quarter, payable on January 2, 2007 to shareholders of record as of December 1, 2006. The increase sets the common stock dividend at an annual rate of $1.73 per share.

*Sales of Accounts Receivable*—Subsidiaries of Energy Future Holdings Corp. participate in an accounts receivable securitization program, the activity under which is accounted for as a sale of accounts receivable in accordance with SFAS 140. Under the program, subsidiaries of Energy Future Holdings Corp. (originators) sell trade accounts receivable to TXU Receivables Company, a consolidated wholly-owned bankruptcy-remote direct subsidiary of Energy Future Holdings Corp., which sells undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions. All new trade receivables under the program generated by the originators are continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Funding under the program totaled $527 million and $627 million at June 30, 2007 and December 31, 2006, respectively. See Note 7 to the June 30, 2007 Financial Statements and Note 13 to the 2006 year-end Financial Statements for a more complete description of the program including the impact on the financial statements for the periods presented and the contingencies that could result upon the termination of the program. This program was amended in connection with the Merger.

142

Confidential

*Liquidity Effects of Risk Management and Trading Activities*—Risk management and trading transactions typically require collateral to support potential future payment obligations. In particular, commodity transactions typically require a counterparty to post collateral if the forward price of the underlying commodity moves such that the hedging or trading instrument is out-of-the-money to such counterparty. Energy Future Holdings Corp. and its subsidiaries typically use cash and letters of credit to satisfy such collateral obligations. In addition, Energy Future Holdings Corp. and its subsidiaries continuously explore the use of other forms of collateral to maximize liquidity. For example, given the scale of Energy Future Holdings Corp.'s long-term hedging program, certain hedging transactions are currently supported with a first-lien security interest in the assets of Big Brown Power Company LLC (formerly TXU Big Brown Company LP) consisting of two existing lignite/coal-fueled generation units ("Big Brown Lien") as well as a guarantee from TCEH. The Big Brown Lien supported hedging transactions for up to an aggregate of 1.2 billion MMBtu of natural gas. As of October 10, 2007, approximately half of the long-term hedging program position was supported with cash and letter of credit collateral while the other half was supported by the Big Brown Lien. Upon the closing of the Merger, the transactions that were secured by the Big Brown Lien will become pari passu with the TCEH Senior Secured Facilities and the TCEH guarantee will be terminated.

As of September 30, 2007, subsidiaries of Energy Future Holdings Corp. have received or posted cash and letters of credit for risk management and trading activities as follows:

- $31 million in cash has been posted as of September 30, 2007 related to daily margin settled transactions, principally associated with positions in the long-term hedging program, as compared to $672 million received as of December 31, 2006;

- $63 million in cash has been posted with over-the-counter and all other counterparties as collateral as of September 30, 2007, as compared to $2 million received as of December 31, 2006; and

- $603 million in letters of credit have been posted with all counterparties as collateral as of September 30, 2007, as compared to $455 million posted as of December 31, 2006.

With respect to exchange cleared transactions, these transactions typically require initial margin (i.e. the upfront cash and/or letter of credit posted to take into account the size and maturity of the positions and credit quality) in addition to variation margin (i.e. the daily cash margin posted to take into account changes in the value of the underlying commodity). The amount of initial margin required is generally defined by exchange rules. Clearing agents, however, typically have the right to request additional initial margin based on various factors including market depth, volatility and credit quality, which may be in the form of cash, letters of credit, a guaranty or other forms as negotiated with the clearing agent. With respect to cash collateral that is received, such cash collateral is used by Energy Future Holdings Corp. and its subsidiaries for working capital and other corporate purposes, including reducing short-term borrowings under credit facilities. Such counterparties generally have the right to substitute letters of credit for such cash collateral. In such event, the cash collateral previously posted would be returned to such counterparties thereby reducing Energy Future Holdings Corp.'s liquidity.

As a result of the long-term hedging program, any increase in natural gas prices results in increased cash and letter of credit margin requirements for Energy Future Holdings Corp. and its subsidiaries. Significant increases in cash and letter of credit margin requirements, whether resulting from initial margin or variation margin requirements or otherwise, could have a material adverse impact on Energy Future Holdings Corp.'s liquidity. As a representative example, as of September 30, 2007, for each $1.00 per MMBtu increase in natural gas prices, Energy Future Holdings Corp.'s liquidity could have been reduced by approximately $1.2 billion as a result of cash and letter of credit variation margin posting requirements associated with the long-term hedging program.

*Financial Covenants* The terms of certain financing arrangements of subsidiaries of Energy Future Holdings Corp. contain financial covenants that require maintenance of specified fixed charge coverage ratios and leverage ratios and/or contain minimum net worth covenants. As of June 30, 2007 and December 31, 2006, Energy Future Holdings Corp.'s subsidiaries were in compliance with all such applicable covenants.

143

Confidential

*Historical Long-term Contractual Obligations and Commitments*—The following table summarizes Energy Future Holdings Corp.'s contractual cash obligations as of December 31, 2006 (see Notes 15 and 16 to the 2006 year-end Financial Statements for additional disclosures regarding these long-term debt and noncancelable purchase obligations).

| Contractual Cash Obligations | Less Than One Year | One to Three Years | Three to Five Years | More Than Five Years | Total |
|---|---|---|---|---|---|
| | (millions of dollars) | | | | |
| Long-term debt—principal ........................... | $ 474 | $1,705 | $ 278 | $ 8,644 | $11,101 |
| Long-term debt—interest[a] ......................... | 696 | 1,262 | 1,134 | 5,946 | 9,038 |
| Operating and capital leases[b] ...................... | 69 | 126 | 111 | 332 | 638 |
| Contracts related to generation development program[c] ..... | 1,301 | 896 | — | — | 2,197 |
| Obligations under commodity purchase and services agreements[d] ................................... | 2,075 | 2,432 | 851 | 1,237 | 6,595 |
| Total contractual cash obligations[e] ............... | $4,615 | $6,421 | $2,374 | $16,159 | $29,569 |

(a) Includes net amounts payable under interest rate swaps. Variable interest payments and net amounts payable under interest rate swaps are calculated based on interest rates in effect at December 31, 2006.

(b) Includes short-term noncancellable leases.

(c) Amounts represent scheduled payments under the contracts for the three proposed new generation units. See Note 16 to the 2006 year-end Financial Statements.

(d) Includes capacity payments, nuclear fuel and natural gas take-or-pay contracts, coal contracts, business services and nuclear-related outsourcing and other purchase commitments. Amounts presented for variable priced contracts assumed the year-end 2006 price remained in effect for all periods except where contractual price adjustment or index-based prices were specified.

(e) Table does not include estimated 2007 funding of the pension and other postretirement benefits plans totaling approximately $28 million.

The following contractual obligations were excluded from the table above:

• contracts between affiliated entities and intercompany debt;

• individual contracts that have an annual cash requirement of less than $1 million (however, multiple contracts with one counterparty that are more than $1 million on an aggregated basis have been included);

• contracts that are cancelable without payment of a substantial cancellation penalty;

• income tax payments associated with uncertain tax positions that cannot reasonably be estimated;

• Cities rate settlement agreement, which is discussed below; and

• employment contracts with management.

***Off Balance Sheet Arrangements***

Energy Future Holdings Corp. has established an accounts receivable securitization program. See discussion above under "—Sales of Accounts Receivables" and in Note 7 to the June 30, 2007 Financial Statements and Note 13 to the 2006 year-end Financial Statements.

Energy Future Holdings Corp. has an ownership interest in the Capgemini outsourcing business. See Note 20 to the 2006 year-end Financial Statements.

Also see Note 10 to the June 30, 2007 Financial Statements and Note 16 in the 2006 year-end Financial Statements regarding guarantees.

144

Confidential

*Commitments and Contingencies*

See Note 10 to the June 30, 2007 Financial Statements and Note 16 to the 2006 year-end Financial Statements for discussion of commitments and contingencies.

## Changes in Accounting Standards

See Notes 1 and 3 to the June 30, 2007 Financial Statements and Notes 1 and 21 to the 2006 year-end Financial Statements for a discussion of changes in accounting standards.

## Quantitative and Qualitative Disclosures About Market Risk

Market risk is the risk that Energy Future Holdings Corp. may experience a loss in value as a result of changes in market conditions affecting commodity prices and interest rates, which Energy Future Holdings Corp. is exposed to in the ordinary course of business. Energy Future Holdings Corp.'s exposure to market risk is affected by a number of factors, including the size, duration and composition of its energy and financial portfolio, as well as the volatility and liquidity of markets. Energy Future Holdings Corp. enters into instruments such as interest rate swaps to manage interest rate risks related to its indebtedness, as well as exchange traded, over-the-counter contracts and other contractual commitments to manage commodity price risk as part of its wholesale activities.

### Risk Oversight

Energy Future Holdings Corp.'s wholesale operation manages the commodity price, counterparty credit and operational risk related to the unregulated energy business within limitations established by senior management and in accordance with Energy Future Holdings Corp.'s overall risk management policies. Interest rate risks are managed centrally by the corporate treasury function. Market risks are monitored daily by risk management groups that operate and report independently of the wholesale commercial operations, utilizing defined practices and analytical methodologies. These techniques measure the risk of change in value of the portfolio of contracts and the hypothetical effect on this value from changes in market conditions and include, but are not limited to, Value at Risk ("VaR") methodologies. Key risk control activities include, but are not limited to, credit review and approval, operational and market risk measurement, validation of transaction capture, portfolio valuation and daily portfolio reporting, including mark-to-market valuation, VaR and other risk measurement metrics.

Energy Future Holdings Corp. has a corporate risk management organization that is headed by a Chief Risk Officer. The Chief Risk Officer, through his designees, enforces all applicable risk limits, including the respective policies and procedures to ensure compliance with such limits and evaluates the risks inherent in the various businesses of Energy Future Holdings Corp. and their associated transactions.

### Commodity Price Risk

Energy Future Holdings Corp.'s businesses are subject to the inherent risks of market fluctuations in the price of electricity, natural gas and other energy-related products they market or purchase. Energy Future Holdings Corp.'s businesses actively manage their portfolio of owned generation assets, fuel supply and retail sales load to mitigate the near-term impacts of these risks on results of operations. These businesses, similar to other participants in the market, cannot fully manage the long-term value impact of structural declines or increases in natural gas and power prices and spark spreads (differences between the market price of electricity and its cost of production).

In managing energy price risk, subsidiaries of Energy Future Holdings Corp. enter into a variety of market transactions including, but not limited to, short- and long-term contracts for physical delivery, exchange traded and over-the-counter financial contracts and bilateral contracts with customers. Activities in the wholesale operations include hedging, the structuring of long-term contractual arrangements and proprietary trading. The

145

Confidential

EFIHMW00208275

wholesale operation continuously monitors the valuation of identified risks and adjusts the portfolio based on current market conditions. Valuation adjustments or reserves are established in recognition that certain risks exist until full delivery and settlement of energy has occurred, counterparties have fulfilled their financial commitments and related contracts have either matured or are settled. Energy Future Holdings Corp. strives to use consistent assumptions regarding forward market price curves in evaluating and recording the effects of commodity price risk.

*Long-term Hedging Program*—See discussion above under "—Significant Developments" for an update of the program, including potential effects on reported results.

*VaR Methodology*—A VaR methodology is used to measure the amount of market risk that exists within the portfolio under a variety of market conditions. The resultant VaR produces an estimate of a portfolio's potential for loss given a specified confidence level and considers among other things, market movements utilizing standard statistical techniques given historical and projected market prices and volatilities.

A Monte Carlo simulation methodology is used to calculate VaR and is considered by management to be the most effective way to estimate changes in a portfolio's value based on assumed market conditions for liquid markets. The use of this method requires a number of key assumptions, such as use of (i) an assumed confidence level; (ii) an assumed holding period (i.e. the time necessary for management action, such as to liquidate positions); and (iii) historical estimates of volatility and correlation data.

Energy Future Holdings Corp. regularly reviews its risk analysis metrics. In the course of a review in 2006, it was determined that the Cash Flow at Risk metric previously disclosed is not a meaningful measure of actionable commodity price risk. It was also determined that providing a Trading VaR would enhance disclosure. Trading VaR includes all natural gas and electricity-related contracts entered into for trading purposes. Energy Future Holdings Corp. may add or eliminate other metrics in the future in its disclosures of risks.

*Trading VaR*—This measurement estimates the potential loss in fair value, due to changes in market conditions, of all contracts entered into for trading purposes based on a 95% confidence level and an assumed holding period of five to 60 days.

| | Six Months Ended June 30, 2007 | Year Ended December 31, 2006 |
|---|---|---|
| Month-end average Trading VaR: | $ 9 | $12 |
| Month-end high Trading VaR: | $11 | $30 |
| Month-end low Trading VaR: | $ 6 | $ 5 |

In a review performed in 2006 of the holding period for VaR calculations presented below, Energy Future Holdings Corp. determined that a holding period of five to 60 days, instead of the five-day holding period previously assumed, would be more reflective of the time it would take to liquidate the portfolio, considering the increase in longer-dated positions (principally related to the long-term hedging program) and the associated liquidity effects.

*VaR for Energy-Related Contracts Subject to Mark-to-Market (MtM) Accounting*—This measurement estimates the potential loss in fair value, due to changes in market conditions, of all contracts marked-to-market in net income (principally hedges not accounted for as cash flow hedges and trading positions), based on a 95% confidence level and an assumed holding period as presented below.

| | Six Months Ended June 30, 2007 | Year Ended December 31, 2006 |
|---|---|---|
| | Five to 60 day holding period | Five to 60 day holding period |
| Month-end average MtM VaR: | $ 714 | $149 |
| Month-end high MtM VaR: | $1,013 | $391 |
| Month-end low MtM VaR: | $ 322 | $ 5 |

146

Confidential

|  | Year Ended December 31, 2006 | | Year Ended December 31, 2005 |
|  | Five to 60 day holding period | Five-day holding period | Five-day holding period |
| Month-end average MtM VaR: ........................... | $149 | $ 48 | $19 |
| Month-end high MtM VaR: ........................... | $391 | $117 | $27 |
| Month-end low MtM VaR: ............................. | $ 5 | $ 5 | $12 |

*Earnings at Risk (EaR)*—This measurement estimates the potential reduction of fair value of expected pretax earnings for the years presented, due to changes in market conditions, of all energy-related contracts marked-to-market in net income and contracts not marked-to-market in net income that are expected to be settled within the fiscal year (physical purchases and sales of commodities). For this purpose, cash flow hedges are also included with transactions that are not marked-to-market in net income. A 95% confidence level is assumed in determining EaR.

|  | Six Months Ended June 30, 2007 | Year Ended December 31, 2006 |
|  | Five to 60 day holding period | Five to 60 day holding period |
| Month-end average EaR: ........................................ | $707 | $156 |
| Month-end high EaR: ........................................ | $991 | $387 |
| Month-end low EaR: ........................................ | $318 | $ 21 |

|  | Year Ended December 31, 2006 | | Year Ended December 31, 2005 |
|  | Five to 60 day holding period | Five-day holding period | Five-day holding period |
| Month-end average EaR: ................................ | $ 99 | $41 | $23 |
| Month-end high EaR: ................................ | $241 | $72 | $41 |
| Month-end low EaR: ................................ | $ 21 | $21 | $ 3 |

The increases in the risk measures (MtM VaR and EaR) in 2007 are driven by the dedesignation of positions in the long-term hedging program as cash flow hedges for accounting purposes as well as the increase in number of positions in the program.

147

Confidential

### Interest Rate Risk

The table below provides information concerning Energy Future Holdings Corp.'s financial instruments as of December 31, 2006 and 2005 that are sensitive to changes in interest rates, which include debt obligations and interest rate swaps. Energy Future Holdings Corp. has entered into interest rate swaps under which it has agreed to exchange the difference between fixed-rate and variable-rate interest amounts calculated with reference to specified notional principal amounts at dates that generally coincide with interest payments. The weighted average interest rate presented is based on the rate in effect at the reporting date. Capital leases and the effects of unamortized premiums and discounts and fair value hedges are excluded from the table. See Note 15 to the 2006 year-end Financial Statements for a discussion of changes in debt obligations.

| | Expected Maturity Date | | | | | | 2006 Total Carrying Amount | 2006 Total Fair Value | 2005 Total Carrying Amount | 2005 Total Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 | There-After | | | | |
| | | | | | | (millions of dollars) | | | | |
| Equity-linked debt: | | | | | | | | | | |
| Fixed rate debt amount ......... | — | — | — | — | — | — | — | — | $ 179 | $ 289 |
| Average interest rate ......... | — | — | — | — | — | — | — | — | 5.80% | — |
| All other long-term debt: (including current maturities): | | | | | | | | | | |
| Fixed rate debt ......... | $ 331 | $ 576 | $1,129 | $ 135 | $ 143 | $8,172 | $10,486 | $10,669 | $11,493 | $11,735 |
| Average interest rate ...... | 4.90% | 5.90% | 4.81% | 5.46% | 5.57% | 6.46% | 6.18% | — | 6.14% | — |
| Variable rate debt amount ............... | $ 143 | — | — | — | — | $ 472 | $ 615 | $ 639 | $ 872 | $ 867 |
| Average interest rate ...... | 4.11% | — | — | — | — | 4.32% | 4.27% | — | 4.32% | — |
| Total Debt .............. | $ 474 | $ 576 | $1,129 | $ 135 | $ 143 | $8,644 | $11,101 | $11,308 | $12,544 | $12,891 |
| Debt swapped to variable: | | | | | | | | | | |
| Amount ................. | $ 200 | $ 450 | $ 450 | — | — | $1,700 | $ 2,800 | | $ 3,400 | |
| Average pay rate ......... | 6.66% | 8.12% | 6.16% | — | — | 6.88% | 6.95% | | 6.48% | |
| Average receive rate ...... | 5.00% | 6.24% | 4.80% | — | — | 6.18% | 5.89% | | 5.97% | |
| Debt swapped to fixed: | | | | | | | | | | |
| Amount ................. | — | — | — | — | — | $ 300 | $ 300 | | — | |
| Average pay rate ......... | — | — | — | — | — | 5.18% | 5.18% | | — | |
| Average receive rate ...... | — | — | — | — | — | 5.37% | 5.37% | | — | |

(a) Reflects the maturity date and not the remarketing date for certain debt that is subject to mandatory tender for remarketing prior to maturity. See Note 15 to the 2006 year-end Financial Statements for details concerning long-term debt subject to mandatory tender for remarketing.

Interest rate swaps (fixed to variable) related to $300 million and $1.8 billion principal amount of debt were dedesignated as fair value hedges in December 2006 and January 2007, respectively. Offsetting swap positions were entered into, and both the original swaps and offsetting positions are subsequently being marked-to-market in net income.

As of August 31, 2007, the potential reduction of annual pretax earnings due to a one-point increase in interest rates totaled approximately $20 million.

### Credit Risk

Credit Risk—Credit risk relates to the risk of loss associated with nonperformance by counterparties. Energy Future Holdings Corp. and its subsidiaries maintain credit risk policies with regard to their counterparties to minimize overall credit risk. These policies require an evaluation of a potential counterparty's financial

148

EFIHMW00208278

**PX 008**
**Page 157 of 501**

condition, credit rating and other quantitative and qualitative credit criteria and specify authorized risk mitigation tools including. but not limited to, use of standardized master netting contracts and agreements that allow for netting of positive and negative exposures associated with a single counterparty. Energy Future Holdings Corp. has standardized documented processes for monitoring and managing credit exposure of its businesses including methodologies to analyze counterparties' financial strength. measurement of current and potential future credit exposures and standardized contract language that provides rights for netting and set-off. Credit enhancements such as parental guarantees, letters of credit, surety bonds and margin deposits are also utilized. Additionally, individual counterparties and credit portfolios are managed to preset limits and analyzed to assess potential credit exposure. This evaluation results in establishing credit limits or collateral requirements prior to entering into an agreement with a counterparty that creates credit exposure. Additionally, Energy Future Holdings Corp. has established controls to determine and monitor the appropriateness of these limits on an ongoing basis. Any prospective material adverse change in the payment history or financial condition of a counterparty or downgrade of its credit quality will result in the reassessment of the credit limit with that counterparty. This process can result in the subsequent reduction of the credit limit or a request for additional financial assurances.

*Credit Exposure*—Energy Future Holdings Corp.'s gross exposure to credit risk associated with trade accounts receivable (retail and wholesale) and net asset positions arising from hedging and trading activities totaled $2.0 billion at both June 30, 2007 and December 31, 2006.

Gross assets subject to credit risk as of June 30, 2007 and December 31, 2006 include $532 million and $595 million, respectively, in accounts receivable from the retail sale of electricity to residential and small business customers. The risk of material loss (after consideration of bad debt allowances) from nonperformance by these customers is unlikely based upon historical experience. Allowances for uncollectible accounts receivable are established for the potential loss from nonpayment by these customers based on historical experience and market or operational conditions.

Most of the remaining credit exposure is with large business retail customers and wholesale counterparties. These counterparties include energy companies, financial institutions, electric utilities, independent power producers. oil and gas producers, local distribution companies and energy trading and marketing companies. As of June 30, 2007, the exposure to credit risk from these customers and counterparties totaled 1.3 billion taking into account standardized master netting contracts and agreements described above and $23 million in credit collateral (cash, letters of credit and other security interests) held by Energy Future Holdings Corp. subsidiaries. As of December 31, 2006, the exposure to credit risk from these customers and counterparties totaled $1.2 billion taking into account standardized master netting contracts and agreements described above and $56 million in credit collateral (cash, letters of credit and other security interests) held by Energy Future Holdings Corp. subsidiaries.

Of the $1.3 billion net exposure at June 30, 2007, 77% is with investment grade customers and counterparties, as determined using publicly available information including major rating agencies' published ratings and Energy Future Holdings Corp.'s internal credit evaluation process. Of the $1.2 billion net exposure at December 31, 2006. 88% is with investment grade customers and counterparties. Those customers and counterparties without an S&P rating of at least BBB- or similar rating from another major rating agency are rated using internal credit methodologies and credit scoring models to estimate an S&P equivalent rating. Energy Future Holdings Corp. routinely monitors and manages its credit exposure to these customers and counterparties on this basis.

In addition, Oncor Electric Delivery has exposure to credit risk totaling $233 million at June 30, 2007 and $174 million at December 31, 2006 arising from potential nonperformance by nonaffiliated REPs. This exposure consists almost entirely of noninvestment grade trade accounts receivable.

149

EFIHMW00208279

**PX 008**
**Page 158 of 501**

The following tables present the distribution of credit exposure as of June 30, 2007 and December 31, 2006, for retail trade accounts receivable from large business customers, wholesale trade accounts receivable as well as net asset positions arising from hedging and trading activities, by investment grade and noninvestment grade, credit quality and maturity.

|  | June 30, 2007 | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Exposure before Credit Collateral | Credit Collateral | Net Exposure | Net Exposure by Maturity | | | |
|  |  |  |  | 2 years or less | Between 2-5 years | Greater than 5 years | Total |
|  | (millions of dollars) | | | | | | |
| Investment grade | $1,004 | $16 | $ 988 | $596 | $140 | $252 | $ 988 |
| Noninvestment grade | 301 | 7 | 294 | 168 | 72 | 54 | 294 |
| Totals | $1,305 | $23 | $1,282 | $764 | $212 | $306 | $1,282 |
| Investment grade | 77% | 70% | 77% | | | | |
| Noninvestment grade | 23% | 30% | 23% | | | | |

|  | December 31, 2006 | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Exposure before Credit Collateral | Credit Collateral | Net Exposure | Net Exposure by Maturity | | | |
|  |  |  |  | 2 years or less | Between 2-5 years | Greater than 5 years | Total |
|  | (millions of dollars) | | | | | | |
| Investment grade | $1,094 | $41 | $1,053 | $614 | $220 | $219 | $1,053 |
| Noninvestment grade | 164 | 15 | 149 | 111 | 13 | 25 | 149 |
| Totals | $1,258 | $56 | $1,202 | $725 | $233 | $244 | $1,202 |
| Investment grade | 87% | 73% | 88% | | | | |
| Noninvestment grade | 13% | 27% | 12% | | | | |

Approximately 60% of the net $1.3 billion credit exposure at June 30, 2007 has a maturity date of two years or less. Energy Future Holdings Corp. does not anticipate any material adverse effect on its financial position or results of operations due to nonperformance by any customer or counterparty.

Energy Future Holdings Corp.'s subsidiaries had credit exposure to two counterparties each having an exposure greater than 10% of the net $1.3 billion credit exposure at June 30, 2007. These two counterparties represented 16% and 13%, respectively, of the net exposure. Energy Future Holdings Corp. views exposure to these two counterparties to be within an acceptable level of risk tolerance as they are rated investment grade.

Energy Future Holdings Corp.'s subsidiaries are exposed to credit risk related to its long-term hedging program. Of the transactions in the program at June 30, 2007, over 98% of the volumes are with counterparties with an A credit rating or better, and 99% are at least investment grade.

Additionally, under the long-term hedging program, Energy Future Holdings Corp. has potential credit risk exposure concentration related to a limited number of counterparties. The hedge transactions with these counterparties contain certain credit rating provisions that would require the counterparties to post collateral in the event of significant declines in natural gas prices and a material downgrade in the credit rating of the counterparties. Energy Future Holdings Corp. views the potential concentration of risk with these counterparties to be within an acceptable risk tolerance due to the strong financial profile of the counterparties and their respective A or above credit rating.

Energy Future Holdings Corp. is also exposed to credit risk related to the Capgemini put option with a carrying value of $177 million. Subject to certain terms and conditions, Cap Gemini North America, Inc. and its

150

EFIHMW00208280

parent, Cap Gemini S.A., have guaranteed the performance and payment obligations of Capgemini under the services agreements with TCEH and Oncor Electric Delivery, as well as the payment in connection with a put option. S&P currently maintains a BB+ rating with a positive outlook for Cap Gemini S.A.

### Financial Condition—Post-Merger

#### *Liquidity and Capital Resources*

Following the consummation of the Transactions, we are highly leveraged. As of June 30, 2007, on a pro forma basis (excluding expected discount of $1.1 billion related to the fair valuing of existing debt due to purchase accounting and $1.25 billion related to the TCEH Letter of Credit Facility) after giving effect to the Transactions, we would have had $40.2 billion in aggregate indebtedness outstanding, with an additional approximately $5.9 billion of borrowing capacity available under the TCEH Senior Secured Facilities (excluding amounts available under the TCEH Commodity Collateral Posting Facility and outstanding letters of credit). Our liquidity requirements will be significant, primarily due to debt service requirements and financing costs incurred in connection with the TCEH Senior Secured Facilities, the EFH Notes, the TCEH Notes and the TCEH Senior Interim Facility. On a pro forma basis, after giving effect to the Transactions, our interest expense for the twelve months ended June 30, 2007 would have been $3,588 million.

None of Oncor Electric Delivery Holdings or any of its subsidiaries, including Oncor Electric Delivery, will be a guarantor of, and no such entity's assets will be pledged to secure, any of the indebtedness for borrowed money owed by Energy Future Holdings Corp. or any of Energy Future Holdings Corp.'s other subsidiaries, including the notes offered hereby and the concurrent offering of TCEH Notes; and none of Oncor Electric Delivery's indebtedness for borrowed money will be guaranteed by, or secured by the assets of, Energy Future Holdings Corp. or any of Energy Future Holdings Corp.'s other subsidiaries. See "The Transactions—Ring-Fencing."

Management expects our cash flows from operations, combined with availability under our new credit facilities, to provide sufficient liquidity to fund our current obligations, projected working capital requirements, restructuring obligations and capital spending for a period that includes the next twelve months. We expect to make approximately $2.8 billion in capital expenditures including capitalized interest over the twelve months ending December 31, 2008.

#### *Capital Expenditures*

We expect to incur the following capital expenditures and distributions in 2007:

- $760 million for increased investment in Oncor Electric Delivery's transmission and distribution infrastructure;

- $2.2 billion for investments in generation activities, including $1.4 billion for construction of one generation unit at Sandow and two generation units at Oak Grove; and

- $430 million related to the suspended development of eight coal-fueled generation units.

#### *Indebtedness Incurred in Connection with the Merger*

#### *Credit Facilities*

In connection with the Merger, Energy Future Holdings Corp. entered into the EFH Senior Interim Facility and TCEH entered into the TCEH Senior Secured Facilities and the TCEH Senior Interim Facility. In addition, Oncor Electric Delivery entered into the Oncor Electric Delivery Revolving Facility. See "Description of Other Indebtedness" for additional information.

The TCEH Commodity Collateral Posting Facility is a senior secured revolving credit facility, the aggregate principal amount of which is determined by the out-of-the-money mark-to-market exposure of TCEH (and/or its

151

EFIHMW00208281

subsidiaries) on a portfolio of certain natural gas commodity swap transactions under which TCEH (and/or its subsidiaries) is the "floating price" payor as such portfolio may be amended from time to time (the "Deemed Transactions"). The Deemed Transactions generally correspond to hedging transactions of TCEH (and/or its subsidiaries). The TCEH Commodity Collateral Posting Facility is intended to fund the cash posting requirements due to trading counterparties for a significant portion of TCEH's long-term hedging program that is not otherwise secured by means of a first lien under the security arrangements entered into in connection with the TCEH Senior Secured Facilities. On a pro forma basis as of June 30, 2007 (based on the forward natural gas curve as of such date), approximately $687 million was outstanding under the TCEH Commodity Collateral Posting Facility. The actual drawn amount on October 10, 2007 (based on the forward natural gas curve as of such date) was approximately $378 million.

### Notes Offered Hereby

The indenture governing the notes offered hereby will limit the Issuer's and its restricted subsidiaries' ability to, among other things:

- incur additional indebtedness;
- pay dividends on or make other distributions or repurchase our capital stock;
- make certain investments;
- enter into certain types of transactions with affiliates; and
- sell certain assets or merge with or into other companies.

Subject to certain exceptions, the indenture governing the notes will permit us to incur additional indebtedness. See "Description of the Notes." We will use the proceeds received from this offering, along with cash on hand, to repay in full the EFH Senior Interim Facility.

### TCEH Notes

Concurrently with the offering of the notes hereby, wholly owned subsidiaries of the Issuer are offering the TCEH Notes.

The indenture governing the TCEH Notes will limit TCEH's and its restricted subsidiaries' ability to:

- incur additional indebtedness;
- pay dividends on or make other distributions on or repurchase its capital stock;
- make certain investments;
- enter into certain types of transactions with affiliates; and
- sell certain assets or merge with or into other companies.

Subject to certain exceptions, the indenture governing the TCEH Notes will permit TCEH and its restricted subsidiaries to incur additional indebtedness. See "Description of Other Indebtedness—TCEH Notes" for additional information. We will use the proceeds received from the concurrent offering of TCEH Notes, along with cash on hand, to reduce borrowings outstanding under the TCEH Senior Interim Facility.

### Existing Senior Notes and Debentures

After consummation of the Transactions, we had approximately $9,652 million of aggregate principal amount of existing senior notes and debentures outstanding. See "Description of Other Indebtedness" for additional information and a description of that indebtedness.

152

EFIHMW00208282

*Debt Repayment*

In connection with the Merger, we redeemed and repaid or expect to repay an aggregate of approximately $5.5 billion of our consolidated indebtedness (including the Specified Notes, but excluding indebtedness of Oncor Electric Delivery), including debt that became payable upon the consummation of the Merger. See "Description of Other Indebtedness—Debt Repayment" for a description of the indebtedness we repaid in connection with the Merger.

### Material Credit Rating Covenants

Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect securitization bond-related (transition) charges on behalf of the utility. Under these tariffs, as a result of the downgrade of TCEH's credit rating to below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. The amount of collateral support required to be posted, as well as the time period of transition charges covered, varies by utility. Based on requests to post collateral support from utilities that have been received by TCEH and its subsidiaries as of September 30, 2007, TCEH has posted collateral support to the applicable utilities in an aggregate amount equal to $25 million, with $16 million of this amount posted for the benefit of Oncor Electric Delivery.

The PUCT has rules in place to assure adequate credit worthiness of any REP. Under these rules, as a result of the downgrade of TCEH's credit rating to below investment grade, TCEH has agreed to maintain at all times availability under its credit facilities an amount no less than the aggregate amount of customer deposits and any advanced payments received from customers. As of September 30, 2007, the amount of customer deposits received from customers held by TCEH's REP subsidiaries totaled approximately $125 million.

ERCOT also has rules in place to assure adequate credit worthiness of parties that schedule power on the ERCOT System. Under these rules, as a result of the downgrade of TCEH's credit rating to below investment grade, TCEH posted additional collateral support of $34 million on March 7, 2007 and $16 million on August 31, 2007, which is subject to periodic adjustments.

Other arrangements of Energy Future Holdings Corp. and its subsidiaries, including certain leases, contain terms pursuant to which the interest rates charged under the agreements may be adjusted depending on credit ratings.

### Material Cross Default Provisions

Certain financing arrangements contain provisions that may result in an event of default if there were a failure under other financing arrangements to meet payment terms or to observe other covenants that may result in an acceleration of payments due. Such provisions are referred to as "cross default" provisions.

The indentures governing the notes offered hereby and the TCEH Notes offered concurrently, as well as the TCEH Senior Secured Facilities and the TCEH Senior Interim Facility, all contain cross-default or cross-acceleration provisions. See "Description of Other Indebtedness."

Energy Future Holdings Corp. and its subsidiaries enter into energy-related and financial contracts, the master forms of which contain provisions whereby an event of default or acceleration of settlement would occur if Energy Future Holdings Corp. or those subsidiaries were to default under an obligation in respect of borrowings in excess of thresholds, which vary, stated in the contracts. The entities whose default would trigger cross default vary depending on the contract.

Each of Luminant Construction's commodity hedging agreements that will be pari passu with the TCEH Senior Secured Facilities contains a cross default provision. In the event of a default by Luminant Construction

153

Confidential

EFIHMW00208283

**PX 008**
**Page 162 of 501**

or its subsidiaries relating to certain obligations of Luminant Construction in an amount equal to or greater than $250 million. the applicable hedge counterparties may terminate the applicable transactions covered by the applicable hedging agreements and require all outstanding obligations thereunder to be settled.

Other arrangements, including leases, have cross default provisions, the triggering of which would not result in a significant effect on liquidity.

Also see Note 10 to the June 30, 2007 Financial Statements and Note 16 to the 2006 year-end Financial Statements for details of guarantees.

*Contractual Obligations and Commitments*

*Pro Forma Long-term Contractual Obligations and Commitments*—The following table summarizes our contractual cash obligations as of December 31, 2006 giving pro forma effect to the Transactions.

| Contractual Cash Obligations | Less Than One Year | One to Three Years | Three to Five Years | More Than Five Years | Total |
|---|---|---|---|---|---|
| | (millions of dollars) | | | | |
| Long-term debt—principal | $ 639 | $ 826 | $ 691 | $39,157 | $41,313 |
| Long-term debt—interest[a] | 3,325 | 6,441 | 6,211 | 14,106 | 30,082 |
| Operating and capital leases[b] | 69 | 126 | 111 | 332 | 638 |
| Contracts related to generation development program[c] | 1,401 | 796 | — | — | 2,197 |
| Obligations under commodity purchase and services agreements[d] | 2,075 | 2,432 | 851 | 1,237 | 6,595 |
| Total contractual cash obligations[e] | $7,509 | $10,621 | $7,864 | $54,832 | $80,825 |

(a) Variable interest payments are calculated based on interest rates in effect at December 31, 2006.

(b) Includes short-term noncancellable leases.

(c) Amounts represent scheduled payments under the contracts for the three proposed new generation units. See Note 16 to the 2006 Financial Statements.

(d) Includes capacity payments, nuclear fuel and natural gas take-or-pay contracts, coal contracts, business services and nuclear-related outsourcing and other purchase commitments. Amounts presented for variable priced contracts assumed the year-end 2006 price remained in effect for all periods except where contractual price adjustment or index-based prices were specified.

(e) Table does not include estimated 2007 funding of the pension and other postretirement benefits plans totaling approximately $153 million.

The following contractual obligations were excluded from the table above:

- contracts between affiliated entities and intercompany debt;

- individual contracts that have an annual cash requirement of less than $1 million (however, multiple contracts with one counterparty that are more than $1 million on an aggregated basis have been included);

- contracts that are cancelable without payment of a substantial cancellation penalty;

- income tax payments associated with uncertain tax positions that cannot be reasonably estimated;

- management fees that may be payable to affiliates of the Sponsors;

- rate settlement agreement with the Cities, which is discussed elsewhere in this offering memorandum; and

- employment contracts with management.

154

Confidential

*Interest Rate Risk—Pro Forma*

The table below provides information on a pro forma basis after giving effect to the Transactions concerning Energy Future Holdings Corp.'s financial instruments as of December 31, 2006 that are sensitive to changes in interest rates. The weighted average interest rate presented is based on the rate in effect at the reporting date. Capital leases and the effects of unamortized premiums and discounts are excluded from the table. See Note 15 to the 2006 year-end Financial Statements for a discussion of changes in debt obligations.

| | Expected Maturity Date | | | | | | 2006 Total Carrying Amount | 2006 Total Fair Value |
|---|---|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 | There-After | | |
| Equity-linked debt: | | | | | | | | |
| Fixed rate debt amount | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — |
| Average interest rate | — | — | — | — | — | — | — | |
| All other long-term debt: (including current maturities) | | | | | | | | |
| Fixed rate debt amount[a] | $ 331 | $ 326 | $ 129 | $ 135 | $ 143 | $19,109 | $20,173 | $20,318 |
| Average interest rate | 4.90% | 5.72% | 4.86% | 5.46% | 5.57% | 8.69% | 8.51% | — |
| Variable rate debt amount | $ 308 | -$ 165 | $ 206 | $ 206 | $ 206 | $20,049 | $21,140 | $21,107 |
| Average interest rate | 6.44% | 8.25% | 8.54% | 8.66% | 8.80% | 8.82% | 8.78% | — |
| Total Debt | $ 639 | $ 491 | $ 335 | $ 341 | $ 349 | $39,158 | $41,313 | $41,425 |
| Debt swapped to variable: | | | | | | | | |
| Amount | — | — | — | — | — | — | — | |
| Average pay rate | — | — | — | — | — | — | — | |
| Average receive rate | — | — | — | — | — | — | — | |
| Debt swapped to fixed: | | | | | | | | |
| Amount | — | — | — | — | — | — | — | |
| Average pay rate | — | — | — | — | — | — | — | |
| Average receive rate | — | — | — | — | — | — | — | |

_____

(a)  Reflects the maturity date and not the remarketing date for certain debt that is subject to mandatory tender for remarketing prior to maturity. See Note 15 to the 2006 year-end Financial Statements for details concerning long-term debt subject to mandatory tender for remarketing.

## Hedging

We expect to continue to pursue additional hedging arrangements to continually manage our exposure to changes in natural gas prices. These arrangements typically take the form of forward natural gas sales in which TCEH commits to selling certain volumes of natural gas in the future at fixed prices; in effect, these arrangements reduce the exposure of our baseload generation facilities to changes in future power prices that occur as a result of changes in natural gas prices (one of the primary drivers of power prices in the ERCOT markets). Under the terms of our indebtedness after the consummation of the Merger, TCEH will have the ability to secure future hedges on a first-lien basis, pari passu with the TCEH Senior Secured Facilities (as opposed to securing any such hedges with cash collateral or letters of credit).

155

Confidential