made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Earnings Per Share*—Basic earnings per share available to common shareholders are based on the weighted average number of common shares outstanding during the period. Diluted earnings per share include the effect of all potential issuances of common shares under stock-based employee compensation and certain debt arrangements. See Note 5 for a reconciliation of basic earnings per share to diluted earnings per share.

*Changes in Accounting Standards*—Effective January 1, 2007, Energy Future Holdings Corp. adopted FIN 48 as required. FIN 48 provides clarification of SFAS 109 with respect to the recognition of income tax benefits of uncertain tax positions in the financial statements. See Note 3 for the impacts of adopting FIN 48 and required disclosures.

In April 2007, the FASB issued FASB Staff Position FIN 39-1, "Amendment of FASB Interpretation No. 39". This FSP provides additional guidance regarding the offsetting in the balance sheet of cash collateral and contractual fair value amounts and related disclosures. This FSP is effective for fiscal years beginning after November 15, 2007. Energy Future Holdings Corp. is evaluating the impact of this standard on its balance sheet.

## 2. CHARGES RELATED TO SUSPENDED DEVELOPMENT OF COAL-FUELED GENERATION FACILITIES

In the first quarter of 2007, Energy Future Holdings Corp. recorded a charge totaling $713 million ($463 million after-tax) in connection with the February 2007 suspension by TXU DevCo of the development of eight coal-fueled generation units. This decision and subsequent terminations of equipment orders required an evaluation of the recoverability of recorded assets associated with the development program. The charge included $673 million for the impairment of construction work-in-process asset balances (primarily pre-construction development costs), $11 million for costs arising from terminations of equipment orders and $29 million for the write-off of deferred financing costs. In determining the charge to be recorded, Energy Future Holdings Corp. applied accounting rules for impairment of long-lived assets under SFAS 144 and for exit activities under SFAS 146.

The construction work-in-process asset balances totaled $871 million at March 31, 2007 prior to the writedown and included progress payments made and accruals for amounts due to equipment suppliers, based on percentage of completion estimates, engineering and design services costs, site preparation expenditures, internal salary and related overhead costs for personnel engaged directly in construction management activities and capitalized interest. The construction work-in-process balance subsequent to the writedown totaled $198 million at March 31, 2007 and consisted of $159 million in estimated recovery amounts, using a probability-weighted methodology, from equipment salvage and potential resale activities, and $39 million in equipment projects at existing generation plant sites related to the development program that are expected to have future value. The charge recorded was based on management's judgments and estimates. The ultimate loss to be realized related to the construction work-in-process assets may differ materially from the estimate recorded in the first quarter of 2007 as amounts due to suppliers for actual work completed are resolved and salvage and resale actions are finalized.

In the second quarter of 2007, Energy Future Holdings Corp. recorded an additional charge totaling $82 million ($54 million after-tax), which consisted almost entirely of the previously disclosed $79 million pretax charge arising from the negotiated termination of certain equipment orders in April 2007. With this agreement, TXU DevCo has now terminated essentially all of the equipment orders, with the exception of certain in-process boilers that may be resold, but remains subject to potential additional termination liabilities as discussed below.

These charges have been classified in other deductions and are reported in the results of the Competitive Electric segment.

F-9

Confidential

In addition to the termination costs recognized to date, TXU DevCo is exposed to potential liabilities of up to approximately $150 million for termination and suspension costs under the equipment order and construction agreements. Because the amounts ultimately payable to suppliers cannot be reasonably estimated at this time (and may be subject to dispute), no accruals have been established for these contingent liabilities. Additional charges for termination liabilities are expected to be recorded as uncertainties regarding suppliers' costs incurred as a result of the terminations are resolved.

The construction work-in-process balances increased $46 million in the second quarter of 2007 to $244 million. The increase primarily represents additional previously anticipated fabrication costs for the boilers referred to above, the incurrence of which does not result in an increase in estimated impairment.

## 3. ADOPTION OF NEW INCOME TAX ACCOUNTING RULES (FIN 48)

FIN 48 requires that each tax position be reviewed and assessed with recognition and measurement of the tax benefit based on a "more-likely-than-not" standard with respect to the ultimate outcome, regardless of whether this assessment is favorable or unfavorable. Energy Future Holdings Corp. has completed its review and assessment of uncertain tax positions and in the quarter ended March 31, 2007 recorded a net benefit to retained earnings and a decrease to noncurrent liabilities of $33 million in accordance with the new accounting rule.

Energy Future Holdings Corp. and its subsidiaries file income tax returns in US federal, state and foreign jurisdictions and are subject to examinations by the IRS and other taxing authorities. Examinations of income tax returns filed by Energy Future Holdings Corp. and any of its subsidiaries for the years ending prior to January 1, 1997, with few exceptions, are complete. Texas franchise tax returns for the years 2002 to 2006 have not been examined.

As expected, the IRS has completed examining Energy Future Holdings Corp.'s US income tax returns for the years 1997 through 2002, and proposed adjustments were received in July 2007. Energy Future Holdings Corp. plans to appeal the proposed adjustments in the third quarter of 2007. The proposed adjustments received from the IRS with respect to the 1997-2002 income tax returns do not materially affect Energy Future Holdings Corp.'s assessment of uncertain tax positions as reflected in the amounts recorded upon adoption of FIN 48.

The total amount of benefits taken on income tax returns that do not qualify for financial statement recognition under FIN 48 total $1.7 billion as of June 30, 2007, the substantial majority of which represents amounts that have been accounted for as noncurrent liabilities instead of deferred income tax liabilities; of this amount, $28 million would increase retained earnings if recognized (net of an estimated $12 million decrease related to discontinued operations), and $54 million would be recorded as an adjustment to additional paid-in capital if recognized. The balance sheet at June 30, 2007 reflects a reclassification of $893 million from accumulated deferred income tax liabilities to other noncurrent tax liabilities recorded in the first quarter of 2007.

Energy Future Holdings Corp. classifies interest and penalties related to unrecognized tax benefits as income tax expense. As of June 30, 2007, noncurrent liabilities included a total of $79 million in accrued interest. The amount of interest included in income tax expense for the three and six months ended June 30, 2007 totaled $15 million and $29 million after-tax, respectively.

Energy Future Holdings Corp. does not expect that the total amount of unrecognized tax benefits for the positions assessed as of the date of the adoption will significantly increase or decrease within the next 12 months.

## 4. TEXAS MARGIN TAX

In May 2006, the Texas legislature enacted a new law that reformed the Texas franchise tax system and replaced it with a new tax system, referred to as the Texas margin tax. The Texas margin tax has been determined to be an income tax for accounting purposes. In accordance with the provisions of SFAS 109, which require that deferred tax assets and liabilities be adjusted for the effects of new income tax legislation in the period of enactment, Energy Future Holdings Corp. estimated and recorded a deferred tax expense of $41 million in the second quarter of 2006.

F-10

EFIHMW00208434

In June 2007, an amendment to this law was enacted that included clarifications and technical changes to the provisions of the tax calculation. In the second quarter of 2007, Energy Future Holdings Corp. recorded a deferred tax benefit of $51 million, essentially all of which related to changes in the rate at which a tax credit is calculated as specified in the new law. This estimated benefit is based on the Texas margin tax law in its current form and the current guidance issued by the Texas Comptroller of Public Accounts.

The effective date of the Texas margin tax for Energy Future Holdings Corp. is January 1, 2008. The computation of tax liability will be based on 2007 revenues as reduced by certain deductions and is being accrued in the current year.

Of the total 2007 deferred tax benefit, $30 million was recognized in the Competitive Electric segment results and $21 million was recognized in the Corporate and Other nonsegment results. Of the total 2006 deferred tax charge, $42 million was recognized as a deferred tax charge in the Competitive Electric segment results and $1 million was recognized as a deferred tax benefit in the Corporate and Other nonsegment results.

## 5. EARNINGS PER SHARE

Basic earnings per share available to common shareholders are based on the weighted average number of common shares outstanding during the period. Diluted earnings per share include the effect of all potential issuances of common shares under stock-based incentive compensation and certain debt arrangements.

| | For the Three Months Ended June 30, 2007 | | | For the Three Months Ended June 30, 2006 | | |
|---|---|---|---|---|---|---|
| | Income (Loss) | Shares | Per Share Amount | Income | Shares | Per Share Amount |
| Income (loss) from continuing operations—Basic ...... | $ 110 | 458.8 | $ .24 | $ 497 | 458.0 | $1.08 |
| **Dilutive securities/other adjustments:** | | | | | | |
| Convertible senior notes ........................... | — | 1.5 | | — | 1.5 | |
| Equity-linked debt securities ....................... | — | — | | — | 1.0 | |
| Stock-based incentive compensation plan .............. | — | 3.4 | | — | 5.0 | |
| Income (loss) from continuing operations—Diluted .... | $ 110 | 463.7 | $ .24 | $ 497 | 465.5 | $1.07 |

| | For the Six Months Ended June 30, 2007 | | | For the Six Months Ended June 30, 2006 | | |
|---|---|---|---|---|---|---|
| | Income (Loss) | Shares | Per Share Amount | Income | Shares | Per Share Amount |
| Income (loss) from continuing operations—Basic ...... | $(388) | 458.2 | $(.85) | $1,013 | 461.0 | $2.20 |
| **Dilutive securities/other adjustments:** | | | | | | |
| Convertible senior notes ........................... | — | 1.5 | | 1 | 1.5 | |
| Equity-linked debt securities ....................... | — | — | | — | 1.6 | |
| Stock-based incentive compensation plan .............. | — | 4.4 | | — | 5.6 | |
| Income (loss) from continuing operations—Diluted .... | $(388) | 458.2[(a)] | $(.85)[(a)] | $1,014 | 469.7 | $2.16 |

(a) Diluted results per share equal basic results per share because of the loss position and antidilution accounting rules.

Confidential

EFIHMW00208435

**PX 008**
**Page 314 of 501**

## 6. OTHER INCOME AND DEDUCTIONS

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| Other income: | | | | |
| Gain on contract settlement[a] | $ — | $ 26 | $ — | $ 26 |
| Amortization of gain on sale of TXU Fuel | 11 | 11 | 23 | 23 |
| Net gain on sale of other properties | — | 1 | 4 | 1 |
| Reduction of insurance reserves unrelated to ongoing operations | 2 | — | 7 | — |
| Settlement penalty for coal tonnage delivery deficiency | — | — | 3 | — |
| Royalty income from lignite and natural gas leases | 2 | — | 5 | — |
| Other | 1 | 4 | 3 | 5 |
| Total other income | $ 16 | $ 42 | $ 45 | $ 55 |
| Other deductions: | | | | |
| Charges related to suspended development of generation facilities (Note 2) | $ 82 | $ — | $795 | $ — |
| Writeoff of deferred transaction costs[b] | — | — | 30 | — |
| Transaction costs related to Proposed Merger | 6 | — | 20 | — |
| Expenses related to InfrastruX Energy Services joint venture[c] | 11 | — | 12 | — |
| Charge for impairment of natural gas-fueled generation plants | — | 198 | — | 198 |
| Inventory write-off related to natural gas-fueled generation plants | — | 3 | — | 3 |
| Credit related to coal contract counterparty claim[d] | — | — | — | (12) |
| Costs related to 2006 cities rate settlement | 7 | — | 13 | — |
| Charge for settlement of retail matter with the Commission | 5 | — | 5 | — |
| Pension and other postretirement benefit costs related to discontinued businesses | 6 | 5 | 9 | 10 |
| Equity losses—unconsolidated affiliates | — | 7 | 1 | 7 |
| Other | 5 | 8 | 6 | 15 |
| Total other deductions | $122 | $221 | $891 | $221 |

(a) In the second quarter of 2006, Energy Future Holdings Corp. recorded income of $26 million upon the settlement of a contract dispute related to antenna site rentals by a telecommunications company. (Reported in Corporate and Other nonsegment results.)

(b) Represents previously deferred costs, consisting primarily of professional fees for tax, legal and other advisory services, in connection with certain previously anticipated strategic transactions (including expected financings) that are no longer expected to be consummated as a result of the Merger Agreement. (Reported in Corporate and Other nonsegment results.)

(c) Consists of previously deferred costs, consisting primarily of professional fees that were written-off due to suspension of the agreement. Of these amounts, $8 million was reported in the Corporate and Other nonsegment results and the balance was reported in the Regulated Delivery segment results.

(d) In the first quarter of 2006, Energy Future Holdings Corp. recorded income of $12 million upon the settlement of a claim against a counterparty for nonperformance under a coal contract. A charge in the same amount was recorded in the first quarter of 2005 for losses due to the nonperformance. (Reported in the Competitive Electric segment results.)

F-12

Confidential

## 7. TRADE ACCOUNTS RECEIVABLE AND SALE OF RECEIVABLES PROGRAM

*Sale of Receivables*—Subsidiaries of Energy Future Holdings Corp. participate in an accounts receivable securitization program, the activity under which is accounted for as a sale of accounts receivable in accordance with SFAS 140. Under the program, subsidiaries of Energy Future Holdings Corp. (originators) sell trade accounts receivable to TXU Receivables Company, a consolidated wholly-owned bankruptcy-remote direct subsidiary of Energy Future Holdings Corp., which sells undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions (the funding entities). The current program is subject to renewal in June 2008.

The maximum amount currently available under the program is $700 million, and the program funding was $527 million as of June 30, 2007. Under certain circumstances, the amount of customer deposits held by the originators can reduce the amount of undivided interests that can be sold, thus reducing funding available under the program. Funding availability for all originators is reduced by 100% of the originators' customer deposits if Texas Competitive Holdings' fixed charge coverage ratio is less than 2.5 times; 50% if Texas Competitive Holdings' coverage ratio is less than 3.25 times, but at least 2.5 times; and zero % if Texas Competitive Holdings' coverage ratio is 3.25 times or more. The originators' customer deposits, which totaled $119 million, did not affect funding availability at that date as Texas Competitive Holdings' coverage ratio was in excess of 3.25 times.

All new trade receivables under the program generated by the originators are continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Changes in the amount of funding under the program, through changes in the amount of undivided interests sold by TXU Receivables Company, reflect seasonal variations in the level of accounts receivable, changes in collection trends as well as other factors such as changes in sales prices and volumes. TXU Receivables Company has issued subordinated notes payable to the originators for the difference between the face amount of the uncollected accounts receivable purchased, less a discount, and cash paid to the originators that was funded by the sale of the undivided interests. The balance of the subordinated notes payable, which is eliminated in consolidation, totaled $350 million and $211 million at June 30, 2007 and December 31, 2006, respectively.

The discount from face amount on the purchase of receivables principally funds program fees paid by TXU Receivables Company to the funding entities. The discount also funds a servicing fee paid by TXU Receivables Company to TXU Business Services Company, a direct subsidiary of Energy Future Holdings Corp. The program fees, also referred to as losses on sale of the receivables under SFAS 140, consist primarily of interest costs on the underlying financing and totaled $20 million and $18 million for the six month periods ending June 30, 2007 and 2006, respectively, and averaged 6.4% and 5.4% (on an annualized basis) of the funding under the program for the first six months of 2007 and 2006, respectively. The servicing fee, which totaled approximately $2 million for the first six months of both 2007 and 2006, compensates TXU Business Services Company for its services as collection agent, including maintaining the detailed accounts receivable collection records. The program fees represent essentially all the net incremental costs of the program on a consolidated basis and are reported in SG&A expenses.

The accounts receivable balance reported in the June 30, 2007 consolidated balance sheet includes $877 million face amount of trade accounts receivable of Texas Competitive Holdings and Oncor Electric Delivery sold to TXU Receivables Company, such amount having been reduced by $527 million of undivided interests sold by TXU Receivables Company. Funding under the program decreased $100 million for the six month period ending June 30, 2007 and increased $29 million for the six month period ending June 30, 2006. Funding increases or decreases under the program are reflected as operating cash flow activity in the statement of cash flows. The carrying amount of the retained interests in the accounts receivable balance approximated fair value due to the short-term nature of the collection period.

F-13

Confidential

Activities of TXU Receivables Company were as follows:

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2007 | 2006 |
| Cash collections on accounts receivable | $ 3,964 | $ 3,705 |
| Face amount of new receivables purchased | (4,003) | (3,763) |
| Discount from face amount of purchased receivables | 22 | 20 |
| Program fees paid | (20) | (18) |
| Servicing fees paid | (2) | (2) |
| Increase in subordinated notes payable | 139 | 29 |
| Operating cash flows used by (provided to) Energy Future Holdings Corp. under the program | $   100 | $   (29) |

Upon termination of the program, cash flows would be delayed as collections of sold receivables would be used by TXU Receivables Company to repurchase the undivided interests from the funding entities instead of purchasing new receivables. The level of cash flows would normalize in approximately 16 to 30 days.

***Contingencies Related to Sale of Receivables Program***—Although TXU Receivables Company expects to be able to pay its subordinated notes from the collections of purchased receivables, these notes are subordinated to the undivided interests of the financial institutions in those receivables, and collections might not be sufficient to pay the subordinated notes. The program may be terminated if either of the following events occurs:

1) all of the originators cease to maintain their required fixed charge coverage ratio and debt to capital (leverage) ratio; or

2) the delinquency ratio (delinquent for 31 days) for the sold receivables, the default ratio (delinquent for 91 days or deemed uncollectible), the dilution ratio (reductions for discounts, disputes and other allowances) or the days collection outstanding ratio exceed stated thresholds and the financial institutions do not waive such event of termination. The thresholds apply to the entire portfolio of sold receivables, not separately to the receivables of each originator.

***Trade Accounts Receivable***—

| | June 30, 2007 | December 31, 2006 |
| --- | --- | --- |
| Gross trade accounts receivable | $1,557 | $1,599 |
| Undivided interests in accounts receivable sold by TXU Receivables Company | (527) | (627) |
| Allowance for uncollectible accounts related to undivided interests in receivables retained | (14) | (13) |
| Trade accounts receivable—reported in balance sheet | $1,016 | $  959 |

Gross trade accounts receivable at June 30, 2007 and December 31, 2006 included unbilled revenues of $528 million and $466 million, respectively.

F-14

EFIHMW00208438

*Allowance for Uncollectible Accounts Receivable—*

|  | 2007 | 2006 |
|---|---|---|
| Allowance for uncollectible accounts receivable as of January 1 | $ 13 | $ 36 |
| Increase for bad debt expense | 25 | 30 |
| Decrease for account write-offs | (33) | (41) |
| Changes related to receivables sold | 9 | 13 |
| Other(a) | — | (15) |
| Allowance for uncollectible accounts receivable as of June 30 | $ 14 | $ 23 |

(a)  Represents an allowance established in 2005 for a coal contract dispute that was reversed upon settlement in 2006. See Note 6.

Allowances related to undivided interests in receivables sold are reported in current liabilities and totaled $17 million and $26 million at June 30, 2007 and December 31, 2006, respectively.

## 8. SHORT-TERM FINANCING

*Short-term Borrowings*—At June 30, 2007 and December 31, 2006, the outstanding short-term borrowings of Energy Future Holdings Corp. and its subsidiaries consisted of the following:

|  | At June 30, 2007 | | At December 31, 2006 | |
|---|---|---|---|---|
|  | Outstanding Amount | Interest Rate(a) | Outstanding Amount | Interest Rate(a) |
| Bank borrowings | $2,350 | 6.19% | $  195 | 5.97% |
| Commercial paper | — | — | 1,296 | 5.53% |
| Total | $2,350 | | $1,491 | |

(a)  Weighted average interest rate at the end of the period.

Under the commercial paper programs, Texas Competitive Holdings and Oncor Electric Delivery may issue up to $2.4 billion and $1.0 billion of commercial paper, respectively. At June 30, 2007, Texas Competitive Holdings and Oncor Electric Delivery had no commercial paper outstanding. These programs are effectively supported by existing credit facilities although there is no contractual obligation under the programs to maintain equivalent availability under existing credit facilities. During 2007, the commercial paper borrowings have been largely refinanced through borrowings against existing credit facilities.

*Credit Facilities*—At June 30, 2007, subsidiaries of Energy Future Holdings Corp. had access to credit facilities with the following terms:

|  |  | At June 30, 2007 | | | |
|---|---|---|---|---|---|
| Authorized Borrowers | Maturity Date | Facility Limit | Letters of Credit | Cash Borrowings | Availability |
| Texas Competitive Holdings | February 2008 | $1,500 | $  — | $  — | $1,500 |
| Texas Competitive Holdings, Oncor Electric Delivery | June 2008 | 1,400 | 512 | 765 | 123 |
| Texas Competitive Holdings, Oncor Electric Delivery | August 2008 | 1,000 | — | 495 | 505 |
| Texas Competitive Holdings, Oncor Electric Delivery | March 2010 | 1,600 | 248 | 815 | 537 |
| Texas Competitive Holdings, Oncor Electric Delivery | June 2010 | 500 | 5 | 230 | 265 |
| Texas Competitive Holdings | December 2009 | 500 | 455 | 45 | — |
| Total |  | $6,500 | $1,220 | $2,350 | $2,930 |

F-15

Confidential

EFIHMW00208439

The maximum amount Texas Competitive Holdings and Oncor Electric Delivery can directly access under the facilities is $6.5 billion and $3.6 billion. respectively. These facilities may be used for working capital and general corporate purposes, including providing support for issuances of commercial paper and for issuing letters of credit. Availability under these facilities as of June 30, 2007 declined $2.4 billion from December 31, 2006.

On March 1, 2007, a $1.5 billion Texas Competitive Holdings facility maturing in May 2007 was terminated and replaced with a new 364-day facility with terms comparable to the existing facilities. The new credit facility may only be drawn upon if the $1.0 billion credit facility maturing in August 2008 is fully drawn. The facility matures in February 2008 but will terminate earlier on any date Texas Competitive Holdings issues any debt (excluding pollution control revenue bonds and commercial paper) or preferred equity securities or enters into any credit facilities.

All letters of credit under the credit facilities as of June 30, 2007 are the obligations of Texas Competitive Holdings. At June 30, 2007, Texas Competitive Holdings and Oncor Electric Delivery had $2.195 billion and $155 million in outstanding cash borrowings, respectively.

Pursuant to Commission rules. availability under the credit facilities is further reduced by $125 million to provide liquidity to permit TXU Energy Retail to return retail customer deposits, if necessary.

## 9. LONG-TERM DEBT

*Long-term debt*—At June 30, 2007 and December 31, 2006, the long-term debt of Energy Future Holdings Corp. consisted of the following:

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| **Texas Competitive Holdings** | | |
| Pollution Control Revenue Bonds: | | |
| Brazos River Authority: | | |
| 5.400% Fixed Series 1994A due May 1, 2029 | $ 39 | $ 39 |
| 7.700% Fixed Series 1999A due April 1, 2033 | 111 | 111 |
| 6.750% Fixed Series 1999B due September 1, 2034, remarking date April 1, 2013[a] | 16 | 16 |
| 7.700% Fixed Series 1999C due March 1, 2032 | 50 | 50 |
| 3.830% Floating Series 2001A due October 1, 2030[b] | 71 | 71 |
| 5.750% Floating Series 2001C due May 1, 2036, remarketing date November 1, 2011[a] | 217 | 217 |
| 3.780% Floating Series 2001D due May 1, 2033[b] | 268 | 268 |
| 5.380% Floating Taxable Series 2001I due December 1, 2036[b] | 62 | 62 |
| 3.830% Floating Series 2002A due May 1, 2037[b] | 45 | 45 |
| 6.750% Fixed Series 2003A due April 1, 2038, remarketing date April 1, 2013[a] | 44 | 44 |
| 6.300% Fixed Series 2003B due July 1, 2032 | 39 | 39 |
| 6.750% Fixed Series 2003C due October 1, 2038 | 52 | 52 |
| 5.400% Fixed Series 2003D due October 1. 2029, remarketing date October 1, 2014[a] | 31 | 31 |
| 5.000% Fixed Series 2006 due March 1, 2041 | 100 | 100 |
| Sabine River Authority of Texas: | | |
| 6.450% Fixed Series 2000A due June 1, 2021 | 51 | 51 |
| 5.500% Fixed Series 2001A due May 1, 2022, remarketing date November 1, 2011[a] | 91 | 91 |
| 5.750% Fixed Series 2001B due May 1, 2030, remarketing date November 1, 2011[a] | 107 | 107 |

F-16

Confidential

EFIHMW00208440

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| 5.200% Fixed Series 2001C due May 1, 2028 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 70 | 70 |
| 5.800% Fixed Series 2003A due July 1, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | 12 |
| 6.150% Fixed Series 2003B due August 1, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . | 45 | 45 |
| 3.850% Floating Series 2006A due November 1, 2041 (interest rate in effect at March 31, 2007)(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 47 |
| 3.850% Floating Series 2006B due November 1, 2041, (interest rate in effect at March 31, 2007)(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 46 |
| Trinity River Authority of Texas: | | |
| 6.250% Fixed Series 2000A due May 1, 2028 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | 14 |
| 3.850% Floating Series 2006 due November 1, 2041, (interest rate in effect at March 31, 2007)(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 50 |
| Other: | | |
| 6.125% Fixed Senior Notes due March 15, 2008(d) . . . . . . . . . . . . . . . . . . . . . . | 250 | 250 |
| 7.000% Fixed Senior Notes due March 15, 2013 . . . . . . . . . . . . . . . . . . . . . . . . | 1,000 | 1,000 |
| 5.860% Floating Senior Notes due September 16, 2008(e) . . . . . . . . . . . . . . . . . . | 1,000 | — |
| Capital lease obligations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 92 | 98 |
| Fair value adjustments related to interest rate swaps . . . . . . . . . . . . . . . . . . . . | 11 | 10 |
| Total Texas Competitive Holdings . . . . . . . . . . . . . . . . . . . . . . . . | $3,888 | $3,036 |
| Oncor Electric Delivery | | |
| 6.375% Fixed Senior Notes due May 1, 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 700 | $ 700 |
| 7.000% Fixed Senior Notes due May 1, 2032 . . . . . . . . . . . . . . . . . . . . . . . . . . | 500 | 500 |
| 6.375% Fixed Senior Notes due January 15, 2015 . . . . . . . . . . . . . . . . . . . . . . | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 . . . . . . . . . . . . . . . . . . . . . . | 350 | 350 |
| 5.000% Fixed Debentures due September 1, 2007(d) . . . . . . . . . . . . . . . . . . . . . | 200 | 200 |
| 7.000% Fixed Debentures due September 1, 2022 . . . . . . . . . . . . . . . . . . . . . . | 800 | 800 |
| 5.735% Floating Senior Notes due September 16, 2008(e) . . . . . . . . . . . . . . . . . | 800 | — |
| Unamortized discount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (16) | (16) |
| Total Oncor Electric Delivery . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,834 | 3,034 |
| Oncor Electric Delivery Transition Bond Company LLC(f) | | |
| 2.260% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 8 |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 109 | 122 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 130 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 145 | 145 |
| 3.520% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2009 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 131 | 158 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 221 | 221 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 290 | 290 |
| Total Oncor Electric Delivery Transition Bond Company LLC . . . . . . . . . . . . . | 1,026 | 1,074 |
| Total Oncor Electric Delivery Consolidated . . . . . . . . . . . . . . . . . . . . | 4,860 | 4,108 |
| Energy Future Competitive Holdings Company | | |
| 7.170% Fixed Senior Debentures due August 1, 2007 . . . . . . . . . . . . . . . . . . . . | 10 | 10 |
| 7.460% Fixed Secured Facility Bonds with amortizing payments through January 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 78 | 85 |
| 9.580% Fixed Notes due in semiannual installments through December 4, 2019 . . . . . | 62 | 62 |
| 8.254% Fixed Notes due in quarterly installments through December 31, 2021 . . . . . . | 58 | 59 |

F-17

Confidential

EFIHMW00208441

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| 6.156% Floating Rate Junior Subordinated Debentures, Series D due January 30, 2037[g] | 1 | 1 |
| 8.175% Fixed Junior Subordinated Debentures, Series E due January 30, 2037 | 8 | 8 |
| Unamortized premium | 4 | 5 |
| Total Energy Future Competitive Holdings Company | 221 | 230 |
| **Energy Future Holdings Corp.** | | |
| 6.375% Fixed Senior Notes Series C due January 1, 2008[d] | 200 | 200 |
| 4.800% Fixed Senior Notes Series O due November 15, 2009 | 1,000 | 1,000 |
| 5.550% Fixed Senior Notes Series P due November 15, 2014 | 1,000 | 1,000 |
| 6.500% Fixed Senior Notes Series Q due November 15, 2024 | 750 | 750 |
| 6.550% Fixed Senior Notes Series R due November 15, 2034 | 750 | 750 |
| 8.820% Building Financing due semiannually through February 11, 2022[b] | 93 | 99 |
| 6.856% Floating Convertible Senior Notes due July 15, 2033[g] | 25 | 25 |
| Fair value adjustments related to interest rate swaps | (70) | (73) |
| Unamortized discount | (8) | (9) |
| Total Energy Future Holdings Corp. | 3,740 | 3,742 |
| Total Energy Future Holdings Corp. consolidated | 12,709 | 11,116 |
| Less amount due currently | (792) | (485) |
| Total long-term debt | $11,917 | $10,631 |

(a) These series are in the multiannual interest rate mode and are subject to mandatory tender prior to maturity on the mandatory remarketing date. On such date, the interest rate and interest rate period will be reset for the bonds.

(b) Interest rates in effect at June 30, 2007. These series are in a weekly interest rate mode and are classified as long-term as they are supported by long-term irrevocable letters of credit.

(c) These series were redeemed on May 8, 2007 as a result of the suspension of development of eight coal-fueled generation facilities.

(d) Interest rates swapped to variable on entire principal amount at June 30, 2007.

(e) Interest rates in effect at June 30, 2007. These series are subject to mandatory redemption upon a change in control of Energy Future Holdings Corp., including the Proposed Merger and are subject to optional redemption on or after September 16, 2007.

(f) These bonds are nonrecourse to Oncor Electric Delivery and were issued to securitize a regulatory asset.

(g) Interest rates in effect at June 30, 2007.

(h) Energy Future Holdings Corp. and Texas Competitive Holdings replaced their guarantees of this financing with a $144 million letter of credit in June 2007.

***Debt-related Activity in 2007***—In May 2007, Texas Competitive Holdings redeemed at par the Sabine River Authority of Texas Series 2006A and 2006B pollution control revenue bonds with aggregate principal amounts of $47 million and $46 million, respectively, and the Trinity River Authority of Texas Series 2006 pollution control revenue bonds with an aggregate principal amount of $50 million. All three bond series were issued in conjunction with the development of eight coal-fueled generation plants, which has been suspended. Restricted cash retained upon issuance of the bonds was used to fund substantially all of the redemption amount.

In March 2007, Texas Competitive Holdings and Oncor Electric Delivery issued floating rate senior notes with an aggregate principal amount of $1.0 billion and $800 million, respectively. The floating rate is based on LIBOR plus 50 basis points for Texas Competitive Holdings (subject to an increase of 25 basis points in the event of a downgrade in Texas Competitive Holdings' credit rating) and 37.5 basis points for Oncor Electric Delivery (subject to an increase of up to 50 basis points in the event of a downgrade in Oncor Electric Delivery's credit rating). The notes mature in September 2008, but are subject to mandatory redemption upon a change in control of Energy Future Holdings Corp., including consummation of the Proposed Merger.

F-18

*Fair Value Hedges*—Energy Future Holdings Corp. uses fair value hedging strategies to manage its exposure to fixed interest rates on long-term debt. At June 30, 2007, $650 million of fixed rate debt had been effectively converted to variable rates through interest rate swap transactions, expiring through 2008. These swaps qualified for and were designated as fair value hedges in accordance with SFAS 133 (under the short-cut method as the conditions for assuming no ineffectiveness are met). Interest rate swaps related to $1.85 billion principal amount of debt were dedesignated as fair value hedges in January 2007. Offsetting swap positions were entered into and both the original swaps and offsetting positions are subsequently being marked-to-market in net income.

*Long-term debt fair value adjustments*—

|  | Six Months Ended June 30, 2007 |
|---|---|
| Long-term debt fair value adjustments related to interest rate swaps at beginning of period—net reduction in debt carrying value . . . . . . . . . . . | $(63) |
| Fair value adjustments during the period . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| Recognition of net gains on settled fair value hedges[a] . . . . . . . . . . . . . . . . | (1) |
| Recognition of net losses on dedesignated fair value hedges[b] . . . . . . . . . . | 4 |
| Long-term debt fair value adjustments at end of period—net reduction in debt carrying value (net out-of-the-money value of swaps) . . . . . . . . . . | $(59) |

(a) Net value of settled in-the-money fixed-to-variable swaps recognized in net income when the hedged transactions are recognized. Amount is pretax.

(b) Net value of dedesignated out-of-the money fixed-to-variable swaps recognized in net income when the hedged transactions are recognized. Amount is pretax.

Any changes in unsettled swap fair values of active positions reported as fair value adjustments to debt amounts are offset by changes in derivative assets and liabilities.

## 10. COMMITMENTS AND CONTINGENCIES

*Generation Development*

Subsidiaries of Energy Future Holdings Corp. have executed EPC agreements for the development of three lignite/coal-fueled generation units in Texas. Such subsidiaries or the EPC contractors have placed orders for critical long lead-time equipment, including boilers, turbine generators and air quality control systems for the two units at Oak Grove and one unit at Sandow, and construction of the three units has commenced.

The existing air permit for the Sandow facility was issued to Alcoa Inc. pursuant to a consent decree issued by a federal court and is expected to be transferred to a Energy Future Holdings Corp. subsidiary pursuant to a development agreement that includes a long-term power supply arrangement with Alcoa Inc. The consent decree contains certain provisions that create risk to the project; however, Energy Future Holdings Corp. has reached a negotiated settlement with the US Department of Justice and the EPA that would resolve the consent decree issues, including one related to the deadline for commercial operation of the facility. In February 2007, the federal court approved this settlement, but it is subject to pending appeal. There can be no assurance that the appeals court would not overturn the ruling, which would result in an adverse impact on the project.

A Energy Future Holdings Corp. subsidiary has received the air permit for the Oak Grove units, which was approved by the TCEQ in June 2007. The Oak Grove air permit is the subject of motions for rehearing at the TCEQ and collateral litigation in state and federal court and is expected to be appealed. While Energy Future Holdings Corp. does not expect the appeal to be successful, and it believes the collateral litigation is without merit and intends to vigorously defend such litigation and appeals, there can be no assurance that the appeal or collateral litigation will not have an adverse impact on the project.

F-19

Confidential

Capital expenditures under the construction-related agreements for the three generation units totaled approximately $1.0 billion as of June 30, 2007. If the agreements had been canceled as of that date, subsidiaries of Energy Future Holdings Corp. would have incurred an estimated termination obligation of up to approximately $340 million. This estimated gross cancellation exposure of approximately $1.4 billion at June 30, 2007 excludes any potential recovery values for assets acquired to date and for assets already owned prior to executing such agreements that are intended to be utilized for these projects.

*Litigation*

Two putative class and derivative lawsuits and one derivative lawsuit were filed in the United States District Court, Northern District of Texas, Dallas Division in March 2007 against the directors of Energy Future Holdings Corp., Energy Future Holdings Corp., as a nominal defendant, and the Sponsors. On April 27, the Plaintiffs filed Amended Complaints asserting only derivative claims against the same defendants. The lawsuits seek to challenge and enjoin the Merger Agreement. The cases allege that the directors abused their ability to control and influence Energy Future Holdings Corp., committed gross mismanagement and violated various fiduciary duties by approving the Merger Agreement and the Sponsors aided and abetted that alleged conduct. The Plaintiffs contend that the directors violated fiduciary duties owed to shareholders by failing to maximize the value of Energy Future Holdings Corp. and by breaching duties of loyalty and due care by not taking adequate measures to ensure that the interests of shareholders were properly protected. The Merger Agreement allowed Energy Future Holdings Corp. to solicit other proposals from third parties until April 16, 2007 and the transaction is subject to the approval of Energy Future Holdings Corp.'s shareholders. Accordingly, Energy Future Holdings Corp. and its directors filed Motions to Dismiss based on the Plaintiffs failure to comply with the provisions of the Texas Business Organizations Code applicable to filing and pursuing derivative proceedings. The Motions are pending before the Court.

In February and March 2007, three derivative lawsuits were filed in Dallas County state district courts arising out of the Merger Agreement. The suits, filed by putative shareholders, allege that Energy Future Holdings Corp.'s directors, named as defendants, breached fiduciary duties owed Energy Future Holdings Corp. by approving the Merger Agreement. The petitions, now consolidated into one action in the 44th District Court, Dallas County, Texas, include claims that the defendants failed to ensure that the transaction was in the best interest of Energy Future Holdings Corp.; that the directors participated in a transaction where their loyalties were divided and where they were to receive a personal financial benefit; that such alleged conduct constituted a breach of their duties of care, loyalty, good faith, candor and independence owed to Energy Future Holdings Corp.; and that the Sponsors aided and abetted the alleged breaches of fiduciary duties by the directors. Energy Future Holdings Corp. believes that the Plaintiffs failed to comply with provisions of the Texas Business Organizations Code applicable to filing and pursuing derivative proceedings and thus have filed a Motion to Dismiss that is pending before the Court. Additionally, Energy Future Holdings Corp. has filed a Written Statement with the Court advising that, pursuant to the Texas Business Organizations Code, a Derivative Demand Committee of independent and disinterested members of Energy Future Holdings Corp.'s board of directors has been formed and is engaged in the active review, in good faith, of the allegations in the consolidated derivative lawsuits. Consequently, Energy Future Holdings Corp. has requested that the Court enforce the automatic and mandatory stay of the proceedings as provided in the Texas Business Organizations Code (TBOC) until the Derivative Demand Committee has completed its review. On May 16, 2007, the parties agreed to stay the consolidated derivative proceeding pending the Derivative Demand Committee's review of Plaintiffs' claims in that proceeding. On May 18, 2007, the Court entered an order staying the action in accordance with Section 21.555 of the TBOC. On July 18, 2007, Energy Future Holdings Corp. filed a Written Statement pursuant to TBOC Section 21.555(c) and an Application for Additional Stay informing the District Court that the Derivative Demand Committee was continuing its active review, in good faith, of the allegations set forth in the derivative lawsuits and accordingly requested an extension of the order staying the action through August 31, 2007. The Court has not yet ruled upon the Written Statement and Application.

In February and March 2007 eight lawsuits were filed in state district court in Dallas County, Texas by putative shareholders against the directors of Energy Future Holdings Corp., Energy Future Holdings Corp., the Sponsors, and certain financial entities, asserting claims on behalf of owners of shares of Energy Future

F-20

EFIHMW00208444

Holdings Corp. common stock as well as seeking to certify a class action on behalf of allegedly similarly situated shareholders. The lawsuits, which have been consolidated into one action in the 44th District Court, Dallas County, Texas, contend that the directors of Energy Future Holdings Corp. violated various fiduciary duties owed plaintiffs and other shareholders in connection with the execution of the Merger Agreement and that the Sponsors and certain financial entities aided and abetted the alleged breaches of fiduciary duties by the directors. Plaintiffs seek to enjoin defendants from consummating the Merger Agreement until such time as a procedure or process is adopted to obtain the highest possible price for shareholders, as well as a request that the Court direct the officers and directors of Energy Future Holdings Corp. to exercise their fiduciary duties in order to obtain a transaction in the best interest of Energy Future Holdings Corp. shareholders. The consolidated suit includes claims that the directors failed to take steps to properly value or maximize the value of Energy Future Holdings Corp. and breached their duties of loyalty, good faith, candor and independence owed to Energy Future Holdings Corp. shareholders. The Merger Agreement allowed Energy Future Holdings Corp. to solicit other proposals from third parties until April 16, 2007 and is subject to the approval of Energy Future Holdings Corp.'s shareholders. The consolidated suit purports to assert claims by shareholders directly against the directors. Energy Future Holdings Corp. believes that Texas law does not recognize such a cause of action. Consequently, Energy Future Holdings Corp. and its directors have filed a Motion to Dismiss. On May 25, 2007, the Court granted the Motion and dismissed the consolidated putative class action suit with prejudice. On May 31, 2007, Plaintiffs moved for reconsideration of the May 25 Order dismissing the action. The motion is pending before the Court. Energy Future Holdings Corp. believes the claims made in this litigation are without merit and, therefore, intends to vigorously defend this litigation.

On July 19, 2007, a putative class action lawsuit was filed in the United States District Court, Northern District of Texas, Dallas Division by a putative shareholder against Energy Future Holdings Corp. and its directors asserting a claim under Section 14(a) of the Securities Exchange Act of 1934 and the rules and regulations thereunder, asserting that the preliminary proxy statement of Energy Future Holdings Corp. filed June 14, 2007 fails to adequately describe the relevant facts and circumstances regarding the Proposed Merger as well as seeking to certify the litigation as a class action on behalf of allegedly similarly situated shareholders. Energy Future Holdings Corp. has not yet responded to this litigation and, as described below, on July 23, 2007, the Sponsors, joined by Energy Future Holdings Corp. for the limited purpose described below, have entered into a memorandum of understanding with plaintiffs that would result in the dismissal of this litigation if the settlement is approved by the courts. In the event that Energy Future Holdings Corp. is required to respond to this litigation, Energy Future Holdings Corp. will file a Motion to Dismiss based on the fact that this proxy statement clearly and accurately describes the information regarding the Proposed Merger and the information necessary for a shareholder to evaluate the proposal to approve the Merger Agreement. Energy Future Holdings Corp. believes the claims made in this litigation are without merit and, therefore, if necessary, Energy Future Holdings Corp. intends to vigorously defend this litigation.

On July 23, 2007, the Sponsors, joined by Energy Future Holdings Corp. for the limited purpose described below, executed a memorandum of understanding with the plaintiffs in certain of the lawsuits described above pursuant to which, if approved by the court in which the litigation is pending, to the extent required, all of the litigation related to the Proposed Merger will be dismissed with prejudice. Neither Energy Future Holdings Corp. nor any of its directors agreed to fund any payment or pay any other consideration under the settlement. Energy Future Holdings Corp. did agree to make certain revisions to the final proxy statement as part of the agreement between the Sponsors and the plaintiffs to settle the litigation and agreed that under certain circumstances the termination fee payable by Energy Future Holdings Corp. under the Merger Agreement would be $925 million rather than $1 billion. The settlement of the litigation, subject to court approval, will result in a dismissal of all claims against Energy Future Holdings Corp. and its officers and directors related to the Proposed Merger.

On December 1, 2006, a lawsuit was filed in the United States District Court for the Western District of Texas against TXU Generation Company LP, Oak Grove Management Company, LLC and Energy Future Holdings Corp. The complaint sought declaratory and injunctive relief, as well as the assessment of civil penalties, with respect to the permit application for the construction and operation of the Oak Grove Steam Electric Station in Robertson County, Texas. The plaintiffs allege violations of the Federal Clean Air Act, Texas

Confidential

EFIHMW00208445

Health and Safety Code and Texas Administrative Code and sought to temporarily and permanently enjoin the construction and operation of the Oak Grove generation plant. The complaint also asserted that the permit application was deficient in failing to comply with various modeling and analyses requirements relative to the impact of emissions from the Oak Grove plant. Plaintiffs further requested that the District Court enter an order requiring the defendants to take other appropriate actions to remedy, mitigate and offset alleged harm to the public health and environment. Energy Future Holdings Corp. believes the Oak Grove air permit granted by the TCEQ on June 13, 2007 is protective of the environment and that the application for and the processing of the air permit by Oak Grove Management Company LLC with the TCEQ has been in accordance with applicable law. Energy Future Holdings Corp. and the other defendants filed a Motion to Dismiss the litigation, which was granted by the District Court on May 21, 2007. The Plaintiffs have appealed the District Court's dismissal of the case to the Fifth Circuit Court of Appeals. Energy Future Holdings Corp. believes the District Court properly granted the Motion to Dismiss and while Energy Future Holdings Corp. is unable to estimate any possible loss or predict the outcome of this litigation in the event the Fifth Circuit Court of Appeals reverses the District Court, Energy Future Holdings Corp. maintains that the claims made in the complaint are without merit. Accordingly, Energy Future Holdings Corp. intends to vigorously defend the appeal and this litigation in the event the Fifth Circuit reverses the District Court.

On September 6, 2005 a lawsuit was filed in the United States District Court for the Northern District of Texas, Dallas Division against Energy Future Holdings Corp. and C. John Wilder. The plaintiffs' amended complaint asserts claims on behalf of the plaintiffs and a putative class of owners of certain Energy Future Holdings Corp. securities who tendered such securities in connection with a tender offer conducted by Energy Future Holdings Corp. in 2004. The amended complaint alleges violations of the provisions of Sections 14(e), 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended, and Rule 10b-5. The allegations relate to a tender offer conducted in September and October 2004 for certain equity-linked securities in which it was expressly disclosed that Energy Future Holdings Corp. management was evaluating whether it should recommend to the board of directors that the board reevaluate Energy Future Holdings Corp.'s dividend policy. After the tender offer was closed, and consistent with the disclosure, management did make a recommendation to the board to reevaluate the dividend policy and the board elected to increase the quarterly dividend. The plaintiffs contend that such disclosure in connection with the tender offer was inadequate. Energy Future Holdings Corp. maintains that the disclosure provided in connection with the tender offer regarding the evaluation of the dividend policy was complete and accurate at the time the tender offer was initiated as well as when it was closed. A Motion to Dismiss was filed by the defendants, and the District Court entered an order granting the Motion to Dismiss and dismissing this litigation with prejudice on August 30, 2006. The plaintiffs filed a timely notice of appeal, and the matter is now before the Fifth Circuit Court of Appeals with briefing of the appeal completed. While Energy Future Holdings Corp. is unable to estimate any possible loss or predict the outcome of this litigation in the event the Fifth Circuit Court of Appeals reverses the District Court, Energy Future Holdings Corp. believes the claims made in this litigation are without merit and, accordingly, intends to vigorously defend this litigation, including the appeal of the District Court's order dismissing the litigation.

In November 2002, February 2003 and March 2003, three lawsuits were filed in the US District Court for the Northern District of Texas, Dallas Division, asserting claims under Employee Retirement Income Security Act (ERISA) on behalf of a putative class of participants in and beneficiaries of various employee benefit plans of Energy Future Holdings Corp. These ERISA lawsuits were consolidated, and a consolidated complaint was filed in February 2004 against Energy Future Holdings Corp., the directors of Energy Future Holdings Corp. serving during the putative class period as well as certain officers of Energy Future Holdings Corp. who were the members of the TXU Thrift Plan Committee. The plaintiffs seek to represent a class of participants in such employee benefit plans during the period between April 26, 2001 and October 11, 2002. The plaintiffs filed an initial motion for class certification and, after class certification discovery was completed, the District Court denied plaintiffs' initial class certification motion without prejudice and granted plaintiffs' leave to amend their complaint. Plaintiffs' second class certification motion, filed on the basis of their amended complaint, was denied, and the case was ordered dismissed without prejudice on September 29, 2005. The plaintiffs filed an appeal of the dismissal to the Fifth Circuit Court of Appeals. While on appeal, the matter was referred to the Fifth

F-22

Confidential

EFIHMW00208446

Circuit's alternative dispute resolution program and subsequently to mediation. While mediation was unsuccessful, further discussions led to an agreement in principle to settle this litigation on December 24, 2006 for $7.25 million, before attorneys' fees, to be paid by Energy Future Holdings Corp. to the Thrift Plan pursuant to a Court approved allocation. A Memorandum of Understanding confirming the agreement in principle was signed on January 24, 2007, and the settlement is in the process of being confirmed with final settlement documents after which the settlement will be submitted to the District Court for approval. Energy Future Holdings Corp. believes the claims are without merit and, in the event the settlement is not approved, intends to vigorously defend the lawsuit, including the appeal. Energy Future Holdings Corp. is, however, unable to estimate any possible loss or predict the outcome of this action in the event the District Court rejects the settlement, the Fifth Circuit reverses the dismissal and remands the case to the District Court or the suit is refiled by the plaintiffs or others seeking to assert similar claims.

In October, November and December 2002 and January 2003, a number of lawsuits were filed against Energy Future Holdings Corp. and certain of its officers and directors. These lawsuits were consolidated and lead plaintiffs were appointed by the District Court. The consolidated complaint alleged violations of the Securities Exchange Act of 1934, as amended, Rule 10b-5 and the Securities Act of 1933, as amended. On January 20, 2005, Energy Future Holdings Corp. executed a memorandum of understanding settling this litigation. After preliminary certification of a settlement class and notice to such class, the District Court conducted a hearing and thereafter on November 8, 2005 granted final approval of the settlement. Certain members of the settlement class who objected to the settlement appealed the orders approving the settlement to the Fifth Circuit Court of Appeals. The appeal was dismissed on June 11, 2007 and as a result, the District Court's Judgment is final and not subject to further appeal.

### Regulatory Investigations

In March 2007, the Commission issued a Notice of Violation (NOV) stating that the Commission Staff is recommending an enforcement action, including the assessment of administrative penalties, against Energy Future Holdings Corp. and certain affiliates for alleged market power abuse by its power generation affiliates and TXU Portfolio Management in ERCOT-administered balancing energy auctions during certain periods of the summer of 2005. The NOV is premised upon the Commission Staff's allegation that TXU Portfolio Management's bidding behavior was not competitive and increased market participants' costs of balancing energy by approximately $70 million, including approximately $20 million in incremental revenues to Energy Future Holdings Corp. The Commission Staff has recommended that TXU Portfolio Management and its affiliates be required to pay administrative penalties in the amount of $140 million and pay the $70 million in incremental costs purportedly incurred by market participants. A hearing requested by TXU Portfolio Management to contest the alleged occurrence of a violation and the amount of the penalty in the NOV has been scheduled to start in April 2008. Energy Future Holdings Corp. believes TXU Portfolio Management's conduct during the period in question was consistent with the Commission's rules and policies, and no market power abuse was committed. Energy Future Holdings Corp. is vigorously contesting the NOV. Energy Future Holdings Corp. is unable to predict the outcome of this matter.

Energy Future Holdings Corp. and TXU Portfolio Management have taken actions to reduce the risk of future similar allegations related to the balancing energy segment of the ERCOT wholesale market, including working with the Commission Staff and the Commission's independent market monitor to develop a voluntary mitigation plan for approval by the Commission. TXU Portfolio Management has submitted a voluntary mitigation plan that was approved by the Commission in July 2007.

As previously disclosed, the Commission Staff had been investigating TXU Energy Retail with respect to the renewal process for certain small and medium business customers on term service plans. The investigation did not involve residential customers. In June 2007, TXU Energy Retail reached a settlement agreement with the Staff of the Commission that was approved by the Commission in July 2007. While TXU Energy Retail expressly denies any violations of rules, it has agreed to pay the Commission a $5 million settlement as a compromise in this dispute.

F-23

Confidential

*Other Proceedings*

In addition to the above, Energy Future Holdings Corp. and its subsidiaries are involved in various other legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect on its financial position, results of operations or cash flows.

*Guarantees*

*Overview*—As discussed below, Energy Future Holdings Corp. and its subsidiaries have entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions. Guarantees issued or modified after December 31, 2002 are subject to the recognition and initial measurement provisions of FIN 45, which requires a guarantor to recognize, at the inception of a guarantee, a liability for the fair value of the obligation undertaken in issuing the guarantee.

*Disposed TXU Gas operations*—In connection with the TXU Gas transaction in October 2004, Energy Future Holdings Corp. agreed to indemnify Atmos Energy Corporation for certain qualified environmental claims that may arise in relation to the assets acquired by Atmos Energy Corporation. Energy Future Holdings Corp. is not required to indemnify Atmos Energy Corporation until the aggregate of all such qualified claims exceeds $10 million, and Energy Future Holdings Corp. is only required to indemnify Atmos Energy Corporation for 50% of qualified claims between $10 million and $20 million. The maximum amount that Energy Future Holdings Corp. would be required to pay Atmos Energy Corporation pursuant to this environmental indemnity, which expires on October 1, 2007, is $192.5 million. In addition, until October 1, 2014, Energy Future Holdings Corp. agreed to indemnify Atmos Energy Corporation for up to $500 million for any liability related to assets retained by TXU Gas, including certain inactive gas plant sites not acquired by Atmos Energy Corporation, and up to $1.4 billion for contingent liabilities associated with preclosing tax and employee related matters. In each case, Energy Future Holdings Corp.'s indemnification is limited to 10 years from the disposition date. The maximum aggregate amount that Energy Future Holdings Corp. may be required to pay is $1.9 billion. The estimated fair value of the indemnification recorded upon completion of the TXU Gas transaction was $2.5 million. To date, Energy Future Holdings Corp. has not been required to make any payments to Atmos Energy Corporation under any of these indemnity obligations, and no such payments are currently anticipated.

In 1992, a discontinued engineering and construction business of TXU Gas completed construction of a plant, the performance of which is guaranteed by TXU Gas through 2008. The maximum contingent liability under the guarantee is approximately $108 million. No claims have been asserted under the guarantee, and none are currently anticipated. Energy Future Holdings Corp. retains this contingent liability under the terms of the TXU Gas transaction agreement.

*Residual value guarantees in operating leases*—Energy Future Holdings Corp. or a subsidiary is the lessee under various operating leases that guarantee the residual values of the leased facilities. At June 30, 2007, the aggregate maximum amount of residual values guaranteed was approximately $205 million with an estimated residual recovery of approximately $202 million. These leased assets consist primarily of mining equipment, rail cars and vehicles. The average life of the lease portfolio is approximately four years. A significant portion of the maximum guarantee amount relates to leases entered into prior to December 31, 2002.

*Indebtedness guarantee*—In 1990, Energy Future Competitive Holdings Company repurchased an electric co-op's minority ownership interest in the Comanche Peak nuclear generation plant and assumed the co-op's indebtedness to the US government for the facilities. The indebtedness is included in long-term debt reported in the consolidated balance sheet. Energy Future Competitive Holdings Company is making principal and interest payments to the co-op in an amount sufficient for the co-op to make payments on its indebtedness. Energy Future Competitive Holdings Company guaranteed the co-op's payments, and in the event that the co-op fails to make its payments on the indebtedness, the US government would assume the co-op's rights under the agreement, and such payments would then be owed directly by Energy Future Competitive Holdings Company. At June 30, 2007, the balance of the indebtedness was $120 million with maturities of principal and interest extending to December 2021. The indebtedness is secured by a lien on the purchased facilities.

Confidential

EFIHMW00208448

**PX 008**
**Page 327 of 501**

*Letters of Credit*

At June 30, 2007, Texas Competitive Holdings had outstanding letters of credit under its revolving credit facilities in the amount of $499 million to support risk management and trading margin requirements in the normal course of business, including over-the-counter hedging transactions, and $46 million for miscellaneous credit support requirements.

Texas Competitive Holdings has outstanding letters of credit under its revolving credit facilities totaling $455 million at June 30, 2007 to support existing floating rate pollution control revenue bond debt of $446 million principal amount. The letters of credit are available to fund the payment of such debt obligations and expire in 2009.

As of June 30, 2007, Texas Competitive Holdings had outstanding letters of credit under its revolving credit facilities totaling $77 million to support mining reclamation activities and certain collection agent activities performed for REPs in Energy Future Holdings Corp.'s historical service territory.

Energy Future Holdings Corp. and Texas Competitive Holdings have previously guaranteed the obligations under the lease agreement for Energy Future Holdings Corp.'s current headquarters building. These obligations include future undiscounted base rent payments. As a result of the March 2007 downgrade by S&P of Texas Competitive Holdings' credit rating to below investment grade, Texas Competitive Holdings has provided a $144 million letter of credit to replace Energy Future Holdings Corp.'s and its guarantees of these obligations.

*Security Interest*

A first-lien security interest has been placed on the two lignite/coal-fueled generation units at Texas Competitive Holdings' Big Brown plant to support commodity hedging transactions entered into by TXU DevCo. The lien can be used to secure obligations related to current and future hedging transactions of TXU DevCo or its affiliates for up to an aggregate of 1.2 billion MMBtu of natural gas.

## 11. SHAREHOLDERS' EQUITY

*Declaration of Dividend*—At its May 2007 meeting, the Board of Directors of Energy Future Holdings Corp. declared a quarterly dividend of $0.4325 per share, which was paid on July 2, 2007 to shareholders of record on June 1, 2007. At its February 2007 meeting, the Board of Directors of Energy Future Holdings Corp. declared a quarterly dividend of $0.4325 per share, which was paid on April 2, 2007 to shareholders of record on March 2, 2007.

*Dividend Restrictions*—At June 30, 2007, there were no significant restrictions on the payment of regular quarterly common stock dividends; except that, the Merger Agreement prohibits Energy Future Holdings Corp. from increasing the regular quarterly common stock dividend to an amount greater than $0.4325 without the prior approval of the Sponsors.

*Common Stock Repurchase*—Energy Future Holdings Corp. has board of directors' authority to repurchase up to 23 million shares of Energy Future Holdings Corp. common stock through the end of 2007. Under this authority, Energy Future Holdings Corp. repurchased 153 thousand shares in the second quarter of 2007. The Merger Agreement generally prohibits Energy Future Holdings Corp. from making common stock repurchases without the prior approval of the Sponsors.

F-25

Confidential

**PX 008**
**Page 328 of 501**

*Shareholders' Equity*—The following table presents the changes to shareholders' equity during the six months ended June 30, 2007:

| | Common Stock | Additional Paid-in Capital | Retained Earnings (Deficit) | Accumulated Other Comprehensive Income (Loss) | Total Shareholders' Equity |
|---|---|---|---|---|---|
| Balance at December 31, 2006 . . . . . . . . . . . . . . | $ 5 | $1,104 | $ 622 | $ 409 | $2,140 |
| Common stock issuances . . . . . . . . . . . . . . . | — | 1 | — | — | 1 |
| Common stock repurchases . . . . . . . . . . . . . . | — | (10) | — | — | (10) |
| Net effects of cash flow hedges . . . . . . . . . . | — | — | — | (372) | (372) |
| Reclassification of pension and other retirement benefit costs . . . . . . . . . . . . . . . . | — | — | — | 5 | 5 |
| Dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (397) | — | (397) |
| Net loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (377) | — | (377) |
| Effect of adoption of FIN 48 . . . . . . . . . . . . . | — | — | 33 | — | 33 |
| Effects of stock-based incentive compensation plans[(a)] . . . . . . . . . . . . . . . . | — | (77) | — | — | (77) |
| Excess tax benefit on stock-based compensation . . . . . . . . . . . . . . . . . . . . . . . . | — | 82 | — | — | 82 |
| Cost of Thrift Plan shares issued by LESOP trustee . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 6 | — | — | 6 |
| Effects of executive deferred compensation plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 10 | — | — | 10 |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (1) | 2 | — | 1 |
| Balance at June 30, 2007 . . . . . . . . . . . . . . . . . . | $ 5 | $1,115 | $(117) | $ 42 | $1,045 |

(a)  Includes $93 million in settlements of minimum withholding tax liabilities.

## 12. COMMODITY AND OTHER DERIVATIVE CONTRACTUAL ASSETS AND LIABILITIES

The following table breaks down commodity and other derivative contractual assets and liabilities as presented in the balance sheet into the two major components:

| | June 30, 2007 | | | |
|---|---|---|---|---|
| | Commodity contracts | Cash flow hedges and other derivatives | Netting adjustments[(a)] | Total |
| **Assets:** | | | | |
| Current assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 243 | $359 | $(303) | $ 299 |
| Noncurrent assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 112 | 172 | (68) | 216 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 355 | $531 | $(371) | $ 515 |
| **Liabilities:** | | | | |
| Current liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 701 | $ 31 | $(303) | $ 429 |
| Noncurrent liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 810 | 134 | (68) | 876 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1,511 | $165 | $(371) | $1,305 |
| Net assets (liabilities) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $(1,156) | $366 | $ — | $ (790) |

Confidential

EFIHMW00208450

| | December 31, 2006 | | | |
| | Commodity contracts | Cash flow hedges and other derivatives | Netting adjustments[a] | Total |
|---|---|---|---|---|
| Assets: | | | | |
| Current assets | $276 | $698 | $(24) | $ 950 |
| Noncurrent assets | 162 | 248 | (65) | 345 |
| Total | $438 | $946 | $(89) | $1,295 |
| Liabilities: | | | | |
| Current liabilities | $278 | $ 39 | $(24) | $ 293 |
| Noncurrent liabilities | 183 | 73 | (65) | 191 |
| Total | $461 | $112 | $(89) | $ 484 |
| Net assets (liabilities) | $(23) | $834 | $ — | $ 811 |

(a)  Represents the effects of netting assets and liabilities at the counterparty agreement level.

***Commodity Contract Assets and Liabilities***—Commodity contract assets and liabilities primarily represent mark-to-market values of natural gas and electricity derivative instruments that have not been designated as cash flow hedges or "normal" purchases or sales under SFAS 133.

Current and noncurrent commodity contract assets are stated net of applicable credit (collection) and performance reserves totaling $10 million and $9 million at June 30, 2007 and December 31, 2006, respectively. Performance reserves are provided for direct, incremental costs to settle the contracts.

Commodity contract assets/liabilities at June 30, 2007 include "day one" losses of $164 million associated with contracts entered into in the first six months of 2007 at below market prices. Essentially all of this amount represents losses associated with transactions using natural gas financial instruments intended to economically hedge exposure to future changes in electricity prices. The losses were recorded as a reduction of revenues, consistent with other mark-to-market gains and losses, and were included in the results of the Competitive Electric segment.

Commodity contract assets/liabilities at June 30, 2007 includes a "day one" gain of $30 million associated with a long-term power purchase agreement entered into in the second quarter of 2007. The gain was recorded as an increase to revenues, consistent with other mark-to-market gains and losses, and was included in the results of the Competitive Electric segment.

***Cash Flow Hedge and Other Derivative Assets and Liabilities***—Cash flow hedge and other derivative assets and liabilities primarily represent mark-to-market values of commodity contracts that have been designated as cash flow hedges as well as interest rate swap agreements. The change in fair value of derivative assets and liabilities related to cash flow hedges are recorded as other comprehensive income or loss to the extent the hedges are effective; the ineffective portion of the change in fair value is included in net income. A portion of the interest rate swaps have been designated as fair value hedges and the change in fair value of such hedges are recorded as an increase or decrease in the carrying value of the debt (see Note 9); changes in fair value of other interest rate swaps are included in net income.

As previously disclosed, a significant portion of natural gas financial instruments entered into to hedge future changes in electricity prices had been designated and accounted for as cash flow hedges. In March 2007, these instruments were dedesignated as cash flow hedges as allowed under SFAS 133. Subsequent changes in the fair value of these instruments are being marked-to-market in net income.

Confidential

EFIHMW00208451

**PX 008**
**Page 330 of 501**

A summary of cash flow hedge and other derivative assets and liabilities follows:

|  | June 30, 2007 | December 31, 2006 |
|---|---|---|
| Current and noncurrent assets: | | |
| Commodity-related cash flow hedges | $445 | $933 |
| Debt-related interest rate swaps | 71 | 4 |
| Other | 15 | 9 |
| Total | $531 | $946 |
| Current and noncurrent liabilities: | | |
| Commodity-related cash flow hedges | $ 20 | $ 23 |
| Debt-related interest rate swaps | 145 | 89 |
| Total | $165 | $112 |

***Other Cash Flow Hedge Information***—Energy Future Holdings Corp. experienced cash flow hedge ineffectiveness of $1 million in net losses and $114 million in net gains for the three and six month periods ended June 30, 2007, respectively. For the corresponding periods of 2006, the amounts were $141 million and $128 million in net gains, respectively. These amounts are pretax and are reported in revenues.

The net effect of recording unrealized mark-to-market gains and losses arising from hedge ineffectiveness (versus recording gains and losses upon settlement) includes the above amounts as well as the effect of reversing unrealized ineffectiveness gains and losses recorded in previous periods to offset realized gains and losses in the current period. Such net unrealized effect totaled $5 million in net losses and $94 million in net gains for the three and six month periods ended June 30, 2007, respectively, and $145 million and $144 million in net gains for the three and six month periods ended June 30, 2006, respectively.

As of June 30, 2007, commodity positions accounted for as cash flow hedges, which represent a small portion of economic hedge positions, reduce exposure to variability of future cash flows from future revenues or purchases through 2010.

Cash flow hedge amounts reported in the Statements of Condensed Consolidated Comprehensive Income exclude period net gains and losses associated with cash flow hedges settled within the periods presented. These amounts totaled $5 million and $16 million in after-tax net losses for the three and six month periods ended June 30, 2007, respectively, and $14 million and $18 million in after-tax net gains for the three and six month periods ended June 30, 2006, respectively.

Energy Future Holdings Corp. expects that $44 million of after-tax net gains related to cash flow hedges included in accumulated other comprehensive income will be reclassified into net income during the next twelve months as the related hedged transactions affect net income. Of this amount, $50 million in gains relate to commodity hedges and $6 million in losses relate to debt-related hedges.

Confidential                                                                EFIHMW00208452

## 13. PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS (OPEB) COSTS

Net pension and OPEB costs for the three and six months ended June 30, 2007 and 2006 are comprised of the following:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| Components of net pension costs: | | | | |
| Service cost | $ 9 | $ 11 | $ 20 | $ 21 |
| Interest cost | 36 | 34 | 71 | 68 |
| Expected return on assets | (38) | (37) | (79) | (73) |
| Prior service cost | — | 1 | 1 | 1 |
| Net loss | 6 | 8 | 10 | 16 |
| Net pension cost | 13 | 17 | 23 | 33 |
| Components of net OPEB costs: | | | | |
| Service cost | 4 | 3 | 6 | 6 |
| Interest cost | 14 | 15 | 27 | 30 |
| Expected return on assets | (5) | (5) | (10) | (10) |
| Net transition obligation | 1 | 1 | 1 | 1 |
| Prior service cost | (1) | (1) | (2) | (2) |
| Net loss | 3 | 7 | 13 | 15 |
| Net OPEB costs | 16 | 20 | 35 | 40 |
| Net pension and OPEB costs | 29 | 37 | 58 | 73 |
| Less amounts deferred principally as a regulatory asset or property | (17) | (21) | (29) | (41) |
| Net amounts recognized as expense | $ 12 | $ 16 | $ 29 | $ 32 |

The discount rate reflected in net pension and OPEB costs in 2007 is 5.90%. The expected rate of return on plan assets reflected in the 2007 cost amounts is 8.75% for the pension plan and 8.67% for the OPEB plan.

In accordance with accounting rules under SFAS 158, following is the detail of amounts reclassified from accumulated other comprehensive income (AOCI) to net pension and OPEB costs for the three months and six months ended June 30, 2007, respectively:

| | Three Months Ended June 30, 2007 | | | Six Months Ended June 30, 2007 | | |
|---|---|---|---|---|---|---|
| | Pension Plan | OPEB Plan | Total | Pension Plan | OPEB Plan | Total |
| Net transition obligation | $ — | $ 1 | $ 1 | $ — | $ 1 | $ 1 |
| Prior service cost | — | (1) | (1) | 1 | (2) | (1) |
| Net loss | 6 | 3 | 9 | 10 | 13 | 23 |
| Total | 6 | 3 | 9 | 11 | 12 | 23 |
| Less amounts related to a regulatory asset | (4) | (4) | (8) | (8) | (7) | (15) |
| Net pretax amounts reclassified from AOCI | $ 2 | $(1) | $ 1 | $ 3 | $ 5 | $ 8 |

Energy Future Holdings Corp. expects to make a $1 million required contribution to its pension plan in 2007.

## 14. SEGMENT INFORMATION

Energy Future Holdings Corp.'s operations are aligned into two reportable business segments: Competitive Electric and Regulated Delivery. The segments are managed separately because they are strategic business units that offer different products or services and involve different risks.

F-29

Confidential

EFIHMW00208453

Competitive Electric segment is engaged in competitive market activities consisting of electricity generation, retail electricity sales to residential and business customers, wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. These activities are conducted principally by subsidiaries of Texas Competitive Holdings. The results of this segment also include the activities of TXU DevCo and its subsidiaries, which are engaged in the development of new generation facilities, and the activities of a lease trust holding certain combustion turbines.

Regulated Delivery segment is engaged in regulated electricity transmission and distribution operations in Texas. These activities are conducted by Oncor Electric Delivery, including its wholly owned bankruptcy-remote financing subsidiary, and also include certain revenues and costs associated with broadband-over-powerlines equipment installation.

Corporate and Other represents the remaining nonsegment operations consisting primarily of discontinued operations, general corporate expenses, interest on Energy Future Holdings Corp. and Energy Future Competitive Holdings Company debt and activities involving mineral interest holdings.

The accounting policies of the business segments are the same as those described in the summary of significant accounting policies. Energy Future Holdings Corp. evaluates performance based on income from continuing operations. Energy Future Holdings Corp. accounts for intersegment sales and transfers as if the sales or transfers were to third parties, that is, at current market prices.

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| Operating revenues: | | | | |
| Competitive Electric | $1,666 | $2,349 | $2,983 | $4,359 |
| Regulated Delivery | 589 | 604 | 1,207 | 1,166 |
| Corporate and Other | 12 | 14 | 23 | 27 |
| Eliminations | (245) | (300) | (522) | (581) |
| Consolidated | $2,022 | $2,667 | $3,691 | $4,971 |
| Regulated revenues included in operating revenues: | | | | |
| Competitive Electric | $ — | $ — | $ — | $ — |
| Regulated Delivery | 589 | 604 | 1,207 | 1,166 |
| Corporate and Other | — | — | — | — |
| Eliminations | (232) | (284) | (497) | (551) |
| Consolidated | $ 357 | $ 320 | $ 710 | $ 615 |
| Affiliated revenues included in operating revenues: | | | | |
| Competitive Electric | $ 2 | $ 3 | $ 3 | $ 4 |
| Regulated Delivery | 232 | 284 | 497 | 551 |
| Corporate and Other | 11 | 13 | 22 | 26 |
| Eliminations | (245) | (300) | (522) | (581) |
| Consolidated | $ — | $ — | $ — | $ — |
| Income (loss) from continuing operations: | | | | |
| Competitive Electric | $ 129 | $ 461 | $ (342) | $ 981 |
| Regulated Delivery | 54 | 86 | 140 | 151 |
| Corporate and Other | (73) | (50) | (186) | (119) |
| Consolidated | $ 110 | $ 497 | $ (388) | $1,013 |

F-30

**PX 008**
**Page 333 of 501**

## 15. SUPPLEMENTARY FINANCIAL INFORMATION

### *Regulated Versus Unregulated Operations—*

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| Operating revenues: | | | | |
| Regulated | $ 589 | $ 604 | $1,207 | $1,166 |
| Unregulated | 1,678 | 2,363 | 3,006 | 4,386 |
| Intercompany sales eliminations—regulated | (232) | (284) | (497) | (551) |
| Intercompany sales eliminations—unregulated | (13) | (16) | (25) | (30) |
| Total operating revenues | 2,022 | 2,667 | 3,691 | 4,971 |
| Costs and operating expenses: | | | | |
| Fuel, purchased power costs and delivery fees—unregulated[a] | 739 | 658 | 1,404 | 1,179 |
| Operating costs—regulated | 207 | 194 | 402 | 385 |
| Operating costs—unregulated | 161 | 147 | 312 | 299 |
| Depreciation and amortization—regulated | 114 | 117 | 234 | 231 |
| Depreciation and amortization—unregulated | 86 | 90 | 169 | 182 |
| Selling, general and administrative expenses—regulated | 49 | 43 | 90 | 90 |
| Selling, general and administrative expenses—unregulated | 178 | 138 | 357 | 280 |
| Franchise and revenue-based taxes—regulated | 60 | 59 | 121 | 119 |
| Franchise and revenue-based taxes—unregulated | 29 | 28 | 55 | 55 |
| Other income | (16) | (42) | (45) | (55) |
| Other deductions | 122 | 221 | 891 | 221 |
| Interest income | (17) | (11) | (35) | (20) |
| Interest expense and related charges | 221 | 218 | 418 | 431 |
| Total costs and operating expenses | 1,933 | 1,860 | 4,373 | 3,397 |
| Income (loss) from continuing operations before income taxes | $ 89 | $ 807 | $ (682) | $1,574 |

(a)  Includes unregulated cost of fuel consumed of $245 million and $250 million for the three months ended June 30, 2007 and 2006, respectively, and $477 million and $415 million for the six months ended June 30, 2007 and 2006, respectively. The balance represents energy purchased for resale and delivery fees net of intercompany eliminations.

The operations of the Competitive Electric segment are included above as unregulated as the Texas wholesale and retail electricity markets are open to competition. However, retail pricing to residential customers in the historical service territory was subject to certain price controls until December 31, 2006.

### *Interest Expense and Related Charges—*

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| Interest | $237 | $224 | $452 | $438 |
| Amortization of debt discounts, premiums and issuance costs | 8 | 4 | 12 | 8 |
| Capitalized interest, including debt portion of allowance for borrowed funds used during construction | (24) | (10) | (46) | (15) |
| Total interest expense and related charges | $221 | $218 | $418 | $431 |

F-31

Confidential

*Restricted Cash—*

| | Balance Sheet Classification | | | |
|---|---|---|---|---|
| | At June 30, 2007 | | At December 31, 2006 | |
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
| Pollution control revenue bond funds held by trustee (See Note 9) .... | $ 1 | $102 | $— | $241 |
| Amounts related to securitization (transition) bonds ............... | 52 | 17 | 55 | 17 |
| All other ........................................................ | 1 | — | 3 | — |
| Total restricted cash ................................... | $54 | $119 | $58 | $258 |

*Inventories by Major Category—*

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| Materials and supplies ............................................. | $186 | $189 |
| Fuel stock ........................................................ | 97 | 94 |
| Natural gas in storage ............................................. | 110 | 75 |
| Environmental energy credits and emission allowances ................... | 35 | 25 |
| Total inventories ............................................. | $428 | $383 |

*Investments—*

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| Nuclear decommissioning trust ........................................ | $474 | $447 |
| Assets related to employee benefit plans, principally employee savings programs ........................................................ | 200 | 197 |
| Land ............................................................. | 36 | 36 |
| Note receivable from Capgemini ...................................... | 25 | 25 |
| Investment in unconsolidated affiliates ................................. | 2 | 3 |
| Miscellaneous other ................................................ | 5 | 4 |
| Total investments ............................................. | $742 | $712 |

*Property, Plant and Equipment*—As of June 30, 2007 and December 31, 2006, property, plant and equipment of $19.4 billion and $18.8 billion, respectively, is stated net of accumulated depreciation and amortization of $12.7 billion and $12.4 billion, respectively.

*Asset Retirement Obligations*—These liabilities primarily relate to nuclear generation plant decommissioning, land reclamation related to lignite mining, removal of lignite/coal-fueled plant ash treatment facilities and generation plant asbestos removal and disposal costs. There is no earnings impact with respect to the recognition of the asset retirement costs for nuclear decommissioning, as all costs are recoverable through the regulatory process as part of Oncor Electric Delivery's rate setting.

F-32

Confidential

EFIHMW00208456

The following table summarizes the changes to the asset retirement liability, reported in other noncurrent liabilities and deferred credits in the consolidated balance sheet, during the six months ended June 30, 2007:

| | |
|---|---:|
| Asset retirement liability at December 31, 2006 ............................................... | $ 585 |
| Additions: | |
| Accretion ................................................................................... | 19 |
| Reductions: | |
| Mining reclamation cost adjustments .............................................. | (2) |
| Mining reclamation payments ......................................................... | (13) |
| Asset retirement liability at June 30, 2007 ........................................... | $ 589 |

*Intangible Assets*—Intangible assets other than goodwill are comprised of the following:

| | As of June 30, 2007 | | | As of December 31, 2006 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Capitalized software placed in service ..... | $435 | $352 | $ 83 | $423 | $339 | $ 84 |
| Land easements ...................... | 180 | 67 | 113 | 180 | 65 | 115 |
| Total ........................ | $615 | $419 | $196 | $603 | $404 | $199 |

Aggregate Energy Future Holdings Corp. amortization expense for intangible assets for the three months ended June 30, 2007 and 2006 totaled $8 million and $6 million, respectively. Aggregate Energy Future Holdings Corp. amortization expense for intangible assets for the six months ended June 30, 2007 and 2006 totaled $15 million and $14 million, respectively. At June 30, 2007, the weighted average remaining useful lives of capitalized software and land easements were six years and 69 years, respectively. The estimated aggregate amortization expense for each of the five succeeding fiscal years from December 31, 2006 is as follows:

| Year | Amortization Expense |
|---|---:|
| 2007 .................................................................. | $33 |
| 2008 .................................................................. | 28 |
| 2009 .................................................................. | 18 |
| 2010 .................................................................. | 9 |
| 2011 .................................................................. | 6 |

Goodwill (net of accumulated amortization) as of June 30, 2007 and December 31, 2006 totaled $542 million with $517 million at Texas Competitive Holdings and $25 million at Oncor Electric Delivery.

Confidential

EFIHMW00208457

*Regulatory Assets and Liabilities—*

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| **Regulatory assets** | | |
| Generation-related regulatory assets securitized by transition bonds | $1,246 | $1,316 |
| Employee retirement costs | 451 | 461 |
| Storm-related service recovery costs | 142 | 138 |
| Securities reacquisition costs | 108 | 112 |
| Recoverable deferred income taxes—net | 90 | 90 |
| Employee severance costs | 42 | 44 |
| Total regulatory assets | 2,079 | 2,161 |
| **Regulatory liabilities** | | |
| Investment tax credit and protected excess deferred taxes | 61 | 63 |
| Over-collection of securitization (transition) bond revenues | 34 | 34 |
| Nuclear decommissioning cost over-recovery | 26 | 17 |
| Other regulatory liabilities | 23 | 19 |
| Total regulatory liabilities | 144 | 133 |
| **Net regulatory assets** | $1,935 | $2,028 |

Regulatory assets totaling $121 million have been reviewed and approved by the Commission and are earning a return. The unamortized amounts of these regulatory assets reflected in the above table totaled $97 million at June 30, 2007 and $100 million at December 31, 2006. The assets that have been approved by the Commission and are not earning a return totaled $1.275 billion at June 30, 2007 and $1.343 billion at December 31, 2006, and have a remaining recovery period of nine to 44 years, including the regulatory assets securitized by transition bonds that have a remaining recovery period of nine years.

*Supplemental Cash Flow Information—*

| | Six Months Ended June 30, | |
|---|---|---|
| | 2007 | 2006 |
| Cash payments related to continuing operations: | | |
| Interest (net of amounts capitalized) | $386 | $434 |
| Income taxes | $214 | $ 18 |
| Noncash investing and financing activities: | | |
| Noncash construction expenditures | $213 | $ 63 |

## 16. SUPPLEMENTAL GUARANTOR CONDENSED FINANCIAL INFORMATION

On October 10, 2007, Energy Future Holdings Corp., a Texas corporation formerly known as TXU Corp., completed its Merger with Merger Sub, a wholly-owned subsidiary of Texas Energy Future Holdings Limited Partnership (Parent). As a result of the Merger, Energy Future Holdings Corp. became a wholly-owned subsidiary of Parent.

The Merger is being accounted for under the purchase method of accounting whereby the total cost of the transaction is being allocated to Energy Future Holdings Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired is recorded as goodwill.

Energy Future Holdings Corp. expects to refinance $2.0 billion of its Senior Unsecured Bridge Facility obtained to finance the Merger with senior unsecured notes (the "Notes"). The Notes will be unconditionally

F-34

EFIHMW00208458

guaranteed by Energy Future Competitive Holdings Company and Energy Future Intermediate Holding Company LLC, 100% owned subsidiaries of Energy Future Holdings Corp. (collectively the "Guarantors") on an unsecured basis. The guarantees issued by the Guarantors will be full and unconditional, joint and several guarantees of the Notes. The guarantees will rank equally with any unsecured senior indebtedness of the Guarantors and will be effectively junior to all of the secured indebtedness of the Guarantors to the extent of the assets securing that indebtedness. All other subsidiaries of Energy Future Holdings Corp., either direct or indirect, will not guarantee the senior unsecured notes (collectively the "Non-Guarantors"). The debt agreements will restrict Energy Future Holdings Corp.'s ability to pay dividends or make investments.

The following tables present the condensed consolidating statements of income of Energy Future Holdings Corp. ("Parent/Issuer"), the Guarantors and the Non-Guarantors for the three-month and six-month periods ended June 30, 2007 and 2006, the condensed consolidating statements of cash flows of the Parent/Issuer, the Guarantors and the Non-Guarantors for the six-month periods ended June 30, 2007 and 2006 and the condensed consolidating balance sheets as of June 30, 2007 and December 31, 2006 of the Parent/Issuer, the Guarantors and the Non-Guarantors.

F-35

Confidential

EFIHMW00208459

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Income
### Three Months Ended June 30, 2007

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Operating revenues ..................... | $ — | $ — | $2,389 | $(367) | $2,022 |
| Costs and expenses | | | | | |
| Fuel, purchased power costs and delivery fees .............................. | — | — | 1,005 | (266) | 739 |
| Operating costs ..................... | — | — | 426 | (58) | 368 |
| Depreciation and amortization .......... | — | — | 200 | — | 200 |
| Selling, general and administrative expenses ......................... | 20 | — | 249 | (42) | 227 |
| Franchise and revenue-based taxes ...... | — | — | 88 | 1 | 89 |
| Other income ....................... | — | — | (16) | — | (16) |
| Other deductions ................... | 18 | — | 105 | (1) | 122 |
| Interest income ...................... | (43) | (65) | (114) | 205 | (17) |
| Interest expense and related charges ..... | 181 | 60 | 186 | (206) | 221 |
| Total costs and expenses .......... | 176 | (5) | 2,129 | (367) | 1,933 |
| Income (loss) from continuing operations before income taxes and equity earnings of subsidiaries ........................... | (176) | 5 | 260 | — | 89 |
| Income tax expense (benefit) ............... | (75) | 2 | 52 | — | (21) |
| Equity in earnings of subsidiaries ........... | 222 | 351 | 328 | (901) | — |
| Income from continuing operations ......... | 121 | 354 | 536 | (901) | 110 |
| Income from discontinued operations, net of tax effect ............................... | — | — | 11 | — | 11 |
| Net income .............................. | $ 121 | $354 | $ 547 | $(901) | $ 121 |

F-36

Confidential

EFIHMW00208460

**PX 008**
**Page 339 of 501**

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

Condensed Consolidating Statements of Income
Three Months Ended June 30, 2006

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Operating revenues .......................... | $ — | $ — | $2,968 | $ (301) | $2,667 |
| Costs and expenses | | | | | |
| Fuel, purchased power costs and delivery fees ................................ | — | — | 943 | (285) | 658 |
| Operating costs ...................... | — | — | 345 | (4) | 341 |
| Depreciation and amortization ........... | — | — | 207 | — | 207 |
| Selling, general and administrative expenses ........................... | 18 | — | 175 | (12) | 181 |
| Franchise and revenue-based taxes ....... | — | — | 87 | — | 87 |
| Other income ......................... | — | — | (42) | — | (42) |
| Other deductions ..................... | 5 | — | 216 | — | 221 |
| Interest income ....................... | (16) | (51) | (88) | 144 | (11) |
| Interest expense and related charges ...... | 152 | 29 | 185 | (148) | 218 |
| Total costs and expenses ........... | 159 | (22) | 2,028 | (305) | 1,860 |
| Income (loss) before income taxes and equity earnings of subsidiaries ................. | (159) | 22 | 940 | 4 | 807 |
| Income tax expense (benefit) ............... | (66) | 6 | 371 | (1) | 310 |
| Equity in earnings of subsidiaries ........... | 590 | 553 | 285 | (1,428) | — |
| Net income ............................... | $ 497 | $569 | $ 854 | $(1,423) | $ 497 |

F-37

Confidential

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

Condensed Consolidating Statements of Income
Six Months Ended June 30, 2007

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Operating revenues | $ — | $ — | $4,486 | $ (795) | $3,691 |
| Costs and expenses | | | | | |
|     Fuel, purchased power costs and delivery fees . . . . | — | — | 1,976 | (572) | 1,404 |
|     Operating costs . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 844 | (130) | 714 |
|     Depreciation and amortization . . . . . . . . . . . . . . . | — | — | 403 | — | 403 |
|     Selling, general and administrative expenses . . . . . | 40 | — | 502 | (95) | 447 |
|     Franchise and revenue-based taxes . . . . . . . . . . . . | — | — | 176 | — | 176 |
|     Other income . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (45) | — | (45) |
|     Other deductions . . . . . . . . . . . . . . . . . . . . . . . . | 84 | — | 807 | — | 891 |
|     Interest income . . . . . . . . . . . . . . . . . . . . . . . . . | (78) | (125) | (224) | 392 | (35) |
|     Interest expense and related charges . . . . . . . . . . . | 350 | 114 | 344 | (390) | 418 |
|        Total costs and expenses . . . . . . . . . . . . . . . | 396 | (11) | 4,783 | (795) | 4,373 |
| Income (loss) from continuing operations before income taxes and equity in earnings (losses) of subsidiaries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (396) | 11 | (297) | — | (682) |
| Income tax expense (benefit) . . . . . . . . . . . . . . . . . . . | (152) | 4 | (146) | — | (294) |
| Equity in earnings (losses) of subsidiaries . . . . . . . . . . | (133) | 503 | 986 | (1,356) | — |
| Income (loss) from continuing operations . . . . . . . . . . . | (377) | 510 | 835 | (1,356) | (388) |
| Income from discontinued operations, net of tax effect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 11 | — | 11 |
| Net income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $(377) | $ 510 | $ 846 | $(1,356) | $ (377) |

Confidential

EFIHMW00208462

**PX 008**
**Page 341 of 501**

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Income
### Six Months Ended June 30, 2006

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Operating revenues | $ — | $ — | $5,556 | $ (585) | $4,971 |
| Costs and expenses | | | | | |
|     Fuel, purchased power costs and delivery fees ... | — | — | 1,733 | (554) | 1,179 |
|     Operating costs | — | — | 691 | (7) | 684 |
|     Depreciation and amortization | — | — | 413 | — | 413 |
|     Selling, general and administrative expenses .... | 34 | — | 361 | (25) | 370 |
|     Franchise and revenue-based taxes | — | — | 174 | — | 174 |
|     Other income | — | — | (55) | — | (55) |
|     Other deductions | 6 | — | 215 | — | 221 |
|     Interest income | (31) | (89) | (160) | 260 | (20) |
|     Interest expense and related charges | 291 | 47 | 364 | (271) | 431 |
|     Total costs and expenses | 300 | (42) | 3,736 | (597) | 3,397 |
| Income (loss) from continuing operations before income taxes and equity in earnings of subsidiaries | (300) | 42 | 1,820 | 12 | 1,574 |
| Income tax expense (benefit) | (111) | 13 | 658 | 1 | 561 |
| Equity in earnings of subsidiaries | 1,262 | 1,086 | 484 | (2,832) | — |
| Income from continuing operations | 1,073 | 1,115 | 1,646 | (2,821) | 1,013 |
| Income from discontinued operations, net of tax effect | — | — | 60 | — | 60 |
| Net income | $1,073 | $1,115 | $1,706 | $(2,821) | $1,073 |

F-39

Confidential

EFIHMW00208463

**PX 008**
**Page 342 of 501**

# ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

## Condensed Consolidating Statements of Cash Flows
### Six Months Ended June 30, 2007

|  | Millions of Dollars | | | | |
|---|---|---|---|---|---|
|  | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| **Cash flows—operating activities:** |  |  |  |  |  |
| Net income (loss) | $(377) | $ 510 | $  846 | $(1,356) | $  (377) |
| Income from discontinued operations, net of tax | — | — | (11) | — | (11) |
| Income (loss) from continuing operations | (377) | 510 | 835 | (1,356) | (388) |
| Adjustments to reconcile income (loss) from continuing operations to cash provided by (used in) operating activities: |  |  |  |  |  |
| Equity in (earnings) losses of subsidiaries | 133 | (503) | (986) | 1,356 | — |
| Depreciation and amortization | — | — | 433 | — | 433 |
| Deferred income tax expense (benefit)—net | 11 | — | (624) | — | (613) |
| Impairments and other asset writedowns charges | 63 | — | 691 | — | 754 |
| Net losses from unrealized mark-to-market valuations | — | — | 1,182 | — | 1,182 |
| Other, net | 11 | — | 22 | — | 33 |
| Net changes in operating assets and liabilities | 811 | 547 | (1,508) | (1,306) | (1,456) |
| Cash provided by (used in) operating activities | 652 | 554 | 45 | (1,306) | (55) |
| **Cash flows—financing activities:** |  |  |  |  |  |
| Issuances of securities: |  |  |  |  |  |
| Long-term debt | — | — | 1,800 | — | 1,800 |
| Common stock | 1 | — | — | — | 1 |
| Retirements/repurchases of securities: |  |  |  |  |  |
| Long-term debt | — | (1) | (210) | — | (211) |
| Common stock | (10) | — | — | — | (10) |
| Change in short term borrowings | — | — | 859 | — | 859 |
| Cash dividends paid | (397) | (567) | (743) | 1,310 | (397) |
| Change in advances—affiliates | (114) | — | (660) | 774 | — |
| Other, net | (93) | — | (15) | — | (108) |
| Cash provided by (used in) financing activities | (613) | (568) | 1,031 | 2,084 | 1,934 |
| **Cash flows—investing activities:** |  |  |  |  |  |
| Capital expenditures and nuclear fuel | (38) | — | (1,603) | — | (1,641) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 104 | — | 104 |
| Investments in nuclear decommissioning trust fund securities | — | — | (111) | — | (111) |
| Change in advances—affiliates | — | 14 | 764 | (778) | — |
| Other, net | (1) | — | 143 | — | 142 |
| Cash provided by (used in) investing activities | (39) | 14 | (703) | (778) | (1,506) |
| **Cash flows—discontinued operations:** |  |  |  |  |  |
| Operating activities | — | — | 24 | — | 24 |
| Financing activities | — | — | — | — | — |
| Investing activities | — | — | — | — | — |
| Cash provided by discontinued operations | — | — | 24 | — | 24 |
| Net change in cash and cash equivalents | — | — | 397 | — | 397 |
| Cash and cash equivalents—beginning balance | — | — | 25 | — | 25 |
| Cash and cash equivalents—ending balance | $ — | $ — | $  422 | $ — | $  422 |

Confidential

EFIHMW00208464

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

Condensed Consolidating Statements of Cash Flows
Six Months Ended June 30, 2006

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| **Cash flows—operating activities:** | | | | | |
| Net income | $ 1,073 | $ 1,115 | $ 1,706 | $(2,821) | $ 1,073 |
| Income from discontinued operations, net of tax | — | — | (60) | — | (60) |
| Income from continuing operations | 1,073 | 1,115 | 1,646 | (2,821) | 1,013 |
| Adjustments to reconcile income from continuing operations to cash provided by (used in) operating activities: | | | | | |
| Equity in earnings of subsidiaries | (1,262) | (1,086) | (484) | 2,832 | — |
| Depreciation and amortization | — | — | 444 | — | 444 |
| Deferred income tax expense – net | 270 | — | 49 | — | 319 |
| Impairment and other asset writedown charges | — | — | 201 | — | 201 |
| Net gains from unrealized mark-to-market valuations | — | — | (29) | — | (29) |
| Other, net | 1 | — | 4 | — | 5 |
| Net changes in operating assets and liabilities | (363) | 618 | 757 | (1,061) | (49) |
| Cash provided by (used in) operating activities | (281) | 647 | 2,588 | (1,050) | 1,904 |
| **Cash flows—financing activities:** | | | | | |
| Issuances of securities: | | | | | |
| Long-term debt | — | — | 100 | — | 100 |
| Common stock | 180 | — | — | — | 180 |
| Retirements/repurchases of securities: | | | | | |
| Long-term debt | (861) | (2) | (662) | — | (1,525) |
| Common stock | (809) | — | — | — | (809) |
| Change in short term borrowings | — | — | 1,705 | — | 1,705 |
| Cash dividends paid | (384) | (286) | (742) | 1,028 | (384) |
| Change in advances—affiliates | 1,733 | — | 691 | (2,424) | — |
| Other, net | (57) | — | (16) | — | (73) |
| Cash provided by (used in) financing activities | (198) | (288) | 1,076 | (1,396) | (806) |
| **Cash flows—investing activities:** | | | | | |
| Capital expenditures and nuclear fuel | — | — | (855) | — | (855) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 144 | — | 144 |
| Investments in nuclear decommissioning trust fund securities | — | — | (151) | — | (151) |
| Change in advances—affiliates | — | (290) | (2,156) | 2,446 | — |
| Investment in collateral trust | 533 | — | (533) | — | — |
| Other, net | 1 | (69) | (132) | — | (200) |
| Cash provided by (used in) investing activities | 534 | (359) | (3,683) | 2,446 | (1,062) |
| **Cash flows—discontinued operations:** | | | | | |
| Operating activities | — | — | (1) | — | (1) |
| Financing activities | — | — | — | — | — |
| Investing activities | — | — | — | — | — |
| Cash used in discontinued operations | — | — | (1) | — | (1) |
| Net change in cash and cash equivalents | 55 | — | (20) | — | 35 |
| Cash and cash equivalents—beginning balance | — | — | 37 | — | 37 |
| Cash and cash equivalents—ending balance | $ 55 | $ — | $ 17 | $ — | $ 72 |

F-41

Confidential

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Balance Sheets at June 30, 2007

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents .................... | $ — | $ — | $ 422 | $ — | $ 422 |
| Restricted cash ......................... | — | — | 54 | — | 54 |
| Advances to parent ...................... | — | 570 | 2,451 | (3,021) | — |
| Trade accounts receivable—net ............... | 6 | 1 | 1,359 | (350) | 1,016 |
| Income taxes receivable .................... | 53 | — | — | (53) | — |
| Accounts receivable from affiliates .............. | — | 146 | — | (146) | — |
| Notes receivable from affiliates ................. | — | — | 1,533 | (1,533) | — |
| Inventories ............................ | — | — | 428 | — | 428 |
| Commodity and other derivative contractual assets ............................ | 11 | — | 288 | — | 299 |
| Accumulated deferred income taxes .............. | — | — | 835 | (6) | 829 |
| Margin deposits related to commodity positions .... | — | — | 448 | — | 448 |
| Other current assets ...................... | 2 | — | 213 | (26) | 189 |
| Total current assets ...................... | 72 | 717 | 8,031 | (5,135) | 3,685 |
| Restricted cash ........................... | — | — | 119 | — | 119 |
| Investments ............................. | 11,315 | 6,565 | 3,610 | (20,748) | 742 |
| Property, plant and equipment—net .............. | 50 | — | 19,337 | — | 19,387 |
| Notes receivable from affiliates ..................... | 12 | — | 2,380 | (2,392) | — |
| Goodwill ............................... | — | — | 542 | — | 542 |
| Regulatory assets—net ...................... | — | — | 1,935 | — | 1,935 |
| Commodity and other derivative contractual assets ..... | 74 | — | 142 | — | 216 |
| Accumulated deferred income taxes ................. | 113 | 390 | — | (503) | — |
| Other noncurrent assets ........................ | 149 | 8 | 240 | (35) | 362 |
| Total assets ........................ | $11,785 | $7,680 | $36,336 | $(28,813) | $26,988 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings ........................ | $ — | $ — | $ 2,350 | $ — | $ 2,350 |
| Advances from affiliates ....................... | 3,021 | — | — | (3,021) | — |
| Long-term debt due currently ................... | 197 | 17 | 578 | — | 792 |
| Trade accounts payable-nonaffiliates ............... | 6 | — | 1,358 | (350) | 1,014 |
| Accounts payable to affiliates ................... | 27 | — | 119 | (146) | — |
| Notes payable to affiliates ..................... | 1,500 | — | 33 | (1,533) | — |
| Commodity and other derivative contractual liabilities ............................ | 17 | — | 412 | — | 429 |
| Margin deposits related to commodity positions .... | — | — | 35 | — | 35 |
| Accumulated deferred income taxes .............. | 6 | — | — | (6) | — |
| Other current liabilities ..................... | 236 | 8 | 828 | (79) | 993 |
| Total current liabilities ................... | 5,010 | 25 | 5,713 | (5,135) | 5,613 |
| Accumulated deferred income taxes ................. | — | — | 3,624 | (503) | 3,121 |
| Investment tax credits ......................... | — | — | 353 | — | 353 |
| Commodity and other derivative contractual liabilities ... | 125 | — | 751 | — | 876 |
| Notes or other liabilities due affiliates ................. | 2,035 | — | 357 | (2,392) | — |
| Long-term debt, less amounts due currently .......... | 3,448 | 122 | 8,347 | — | 11,917 |
| Other noncurrent liabilities and deferred credits ........ | 122 | — | 3,975 | (34) | 4,063 |
| Total liabilities ...................... | 10,740 | 147 | 23,120 | (8,064) | 25,943 |
| Total shareholders' equity ................. | 1,045 | 7,533 | 13,216 | (20,749) | 1,045 |
| Total liabilities and shareholders' equity ...... | $11,785 | $7,680 | $36,336 | $(28,813) | $26,988 |

F-42

Confidential

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Balance Sheets at December 31, 2006

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | Millions of Dollars | | | | |
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ — | $ — | $ 25 | $ — | $ 25 |
| Restricted cash | — | — | 58 | — | 58 |
| Advances to parent | — | 584 | 1,821 | (2,405) | — |
| Trade accounts receivable—net | 5 | 1 | 1,165 | (212) | 959 |
| Income taxes receivable | 165 | — | — | (165) | — |
| Accounts receivable from affiliates | — | 146 | — | (146) | — |
| Notes receivable from affiliates | — | — | 1,533 | (1,533) | — |
| Inventories | — | — | 383 | — | 383 |
| Commodity and other derivative contractual assets | 2 | — | 948 | — | 950 |
| Accumulated deferred income taxes | — | 5 | 253 | (5) | 253 |
| Margin deposits related to commodity positions | — | — | 7 | — | 7 |
| Other current assets | 8 | — | 176 | (7) | 177 |
| Total current assets | 180 | 736 | 6,369 | (4,473) | 2,812 |
| Restricted cash | — | — | 258 | — | 258 |
| Investments | 12,457 | 6,902 | 1,682 | (20,329) | 712 |
| Property, plant and equipment—net | 33 | — | 18,723 | — | 18,756 |
| Notes receivable from affiliates | 12 | 700 | 3,073 | (3,785) | — |
| Goodwill | — | — | 542 | — | 542 |
| Regulatory assets—net | — | — | 2,028 | — | 2,028 |
| Commodity and other derivative contractual assets | 11 | — | 334 | — | 345 |
| Accumulated deferred income taxes | 118 | 391 | — | (509) | — |
| Other noncurrent assets | 150 | — | 245 | (15) | 380 |
| Total assets | $12,961 | $8,729 | $33,254 | $(29,111) | $25,833 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings | $ — | $ — | $ 1,491 | $ — | $ 1,491 |
| Advances from affiliates | 2,402 | — | — | (2,402) | — |
| Long-term debt due currently | — | 17 | 468 | — | 485 |
| Trade accounts payable—nonaffiliates | 18 | — | 1,286 | (211) | 1,093 |
| Accounts payable to affiliates | 102 | — | 47 | (149) | — |
| Notes payable to affiliates | 1,500 | — | 33 | (1,533) | — |
| Commodity and other derivative contractual liabilities | 21 | — | 272 | — | 293 |
| Margin deposits related to commodity positions | — | — | 681 | — | 681 |
| Accumulated deferred income taxes | 5 | — | — | (5) | — |
| Other current liabilities | 236 | 21 | 955 | (172) | 1,040 |
| Total current liabilities | 4,284 | 38 | 5,233 | (4,472) | 5,083 |
| Accumulated deferred income taxes | — | — | 4,747 | (509) | 4,238 |
| Investment tax credits | — | — | 363 | — | 363 |
| Commodity and other derivative contractual liabilities | 63 | — | 128 | — | 191 |
| Notes or other liabilities due affiliates | 2,714 | 700 | 371 | (3,785) | — |
| Long-term debt, less amounts due currently | 3,643 | 124 | 6,864 | — | 10,631 |
| Other noncurrent liabilities and deferred credits | 117 | — | 3,086 | (16) | 3,187 |
| Total liabilities | 10,821 | 862 | 20,792 | (8,782) | 23,693 |
| Total shareholders' equity | 2,140 | 7,867 | 12,462 | (20,329) | 2,140 |
| Total liabilities and shareholders' equity | $12,961 | $8,729 | $33,254 | $(29,111) | $25,833 |

F-43

Confidential

EFIHMW00208467

## 17. MERGER RELATED TRANSACTIONS

*Overview*

On October 10, 2007, Energy Future Holdings Corp., a Texas corporation formerly known as TXU Corp., completed its Merger with Merger Sub, a wholly-owned subsidiary of Texas Energy Future Holdings Limited Partnership (Parent). As a result of the Merger, Energy Future Holdings Corp. became a wholly-owned subsidiary of Parent. Parent is controlled by investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and GS Capital Partners (collectively, the Sponsor Group).

The aggregate purchase price paid for all of the equity securities of TXU Corp. (on a fully-diluted basis) was approximately $32.4 billion, which purchase price was funded by the equity financing from the Sponsor Group and certain other investors and by the new credit facilities described below. These new credit facilities also funded the repayment of existing credit facilities as discussed below. The purchase amount is exclusive of costs directly associated with the Merger, including legal, consulting and other professional service fees and certain effects of the regulatory settlement discussed below.

The Merger is being accounted for under the purchase method of accounting whereby the total cost of the transaction is being allocated to Energy Future Holdings Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired is recorded as goodwill. The allocation of the purchase price to the net assets of Energy Future Holdings Corp. and the resulting goodwill determination are not yet final. The allocation is expected to result in a significant amount of goodwill, an increase in the carrying value of property, plant and equipment and deferred income tax liabilities as well as new identifiable intangible assets and liabilities. Reported earnings in the future will reflect increases in interest, depreciation and amortization expenses.

*TCEH Senior Secured Facilities*

*Overview*—In connection with the Merger, TCEH, as borrower, and US Holdings, have entered into a credit agreement, and related security and other agreements, with a group of lenders led by Citibank, N.A. that provides senior secured financing of up to $24.5 billion plus the amount of the TCEH Commodity Collateral Posting Facility (as defined below) (the TCEH Senior Secured Facilities), consisting of:

- a senior secured initial term loan facility (the TCEH Initial Term Loan Facility) in an aggregate principal amount of up to $16.45 billion;

- a senior secured delayed draw term loan facility in an aggregate principal amount of up to $4.1 billion (the TCEH Delayed Draw Term Loan Facility), of which $2.15 billion was drawn at the closing of the Merger;

- a senior secured letter of credit facility in an aggregate principal amount of up to $1.25 billion (the TCEH Letter of Credit Facility);

- a senior secured revolving credit facility in an aggregate principal amount of up to $2.7 billion (the TCEH Revolving Facility), which includes borrowing capacity available for letters of credit and for borrowings on same-day notice; and

- a senior secured cash posting credit facility (the TCEH Commodity Collateral Posting Facility) that is expected to fund the cash posting requirements for a significant portion of TCEH's long-term hedging program that is not otherwise secured by means of a first lien under the security arrangements described below. The amount drawn on this Facility on October 10, 2007 was $378 million as of October 10, 2007.

*Interest Rates and Fees*—Loans under the TCEH Senior Secured Facilities (other than the TCEH Commodity Collateral Posting Facility) bear interest at per annum rates equal to, at TCEH's option, (i) adjusted

F-44

Confidential

LIBOR plus 3.50% or (ii) a base rate (the higher of (1) the prime rate of Citibank, N.A. and (2) the federal funds effective rate plus 0.50%) plus 2.50%. There is a margin adjustment mechanism in relation to term loans, revolving loans and letters of credit commencing after delivery of the financial statements for the first full fiscal quarter ending after October 10, 2007, under which the applicable margins may be reduced based on leverage ratio targets to be determined.

A commitment fee is payable quarterly in arrears and upon termination at a rate per annum equal to 0.50% of the average daily unused portion of the TCEH Revolving Facility. The commitment fee will be subject to reduction, commencing after delivery of the financial statements for the first full fiscal quarter ending after October 10, 2007, based on leverage ratio targets to be determined.

A commitment fee is payable quarterly in arrears and upon termination on the undrawn portion of the commitments in respect of the TCEH Delayed Draw Term Loan Facility at a rate per annum equal to, prior to the first anniversary of October 10, 2007, 1.25% per annum, and thereafter, 1.50% per annum.

Letter of credit fees under the TCEH Revolving Facility are payable quarterly in arrears and upon termination at a rate per annum equal to the spread over adjusted LIBOR under the TCEH Revolving Facility, less the issuing bank's fronting fee.

TCEH will pay a fixed quarterly maintenance fee through maturity for having procured the TCEH Commodity Collateral Posting Facility regardless of actual borrowings under the facility. In addition, TCEH will pay interest at LIBOR on actual borrowed amounts under the TCEH Commodity Collateral Posting Facility which will be offset by interest earned on collateral deposits to counterparties, thereby making this facility largely a fixed cost facility regardless of utilization.

*Guarantees and Security—Guarantee.* The TCEH Senior Secured Facilities are unconditionally guaranteed jointly and severally on a senior secured basis, by US Holdings, TCEH and each existing and subsequently acquired or organized direct or indirect wholly-owned U.S. restricted subsidiary of TCEH (other than certain immaterial subsidiaries and other subsidiaries to be agreed upon), subject to certain other exceptions.

*Security.* The TCEH Senior Secured Facilities, including the guarantees thereof and certain commodity and other hedging and trading transactions, are secured by (a) substantially all of the assets of US Holdings, TCEH and TCEH's subsidiaries who are guarantors of such facilities as described above, and (b) pledges of the capital stock of TCEH and each material wholly-owned restricted subsidiary of TCEH directly owned by TCEH or any guarantor (limited in the case of pledges of capital stock of any foreign subsidiaries, to 65% of the capital stock of any first-tier material foreign subsidiary).

*Covenants*—The TCEH Senior Secured Facilities contain customary negative covenants, restricting, subject to certain exceptions, US Holdings, TCEH and TCEH's restricted subsidiaries from, among other things:

- incurring additional debt;
- incurring additional liens;
- entering into mergers and consolidations;
- sales of assets;
- dividends, redemptions or other distributions in respect of capital stock;
- acquisitions, investments, loans and advances; and
- payments and modifications of certain subordinated and other material debt.

In addition, the TCEH Senior Secured Facilities require that US Holdings, TCEH and their restricted subsidiaries maintain a maximum secured leverage ratio beginning on September 30, 2008 of 7.25 to 1.00 and observe certain customary reporting requirements and other affirmative covenants.

F-45

Confidential

EFIHMW00208469

*Maturity and Amortization*—The TCEH Initial Term Loan Facility is required to be repaid in equal quarterly installments beginning on December 31, 2007 in an aggregate annual amount equal to 1% of the original principal amount of such facility, with the balance payable on October 10, 2014. The TCEH Delayed Draw Term Facility is required to be repaid in equal quarterly installments beginning on the last day of the first fiscal quarter to occur after October 10, 2009 in an aggregate annual amount equal to 1% of the actual principal outstanding under the TCEH Delayed Draw Term Loan Facility as of such date, with the balance payable on October 10, 2014. Amounts borrowed under the TCEH Revolving Facility may be reborrowed from time to time from and after the closing date until October 10, 2013. The TCEH Letter of Credit Facility will mature on October 10, 2014. The TCEH Commodity Collateral Posting Facility will mature on December 31, 2012.

*Events of Default*—The TCEH Senior Secured Facilities contain certain customary events of default for senior leveraged acquisition financings the occurrence of which would allow the lenders to accelerate all outstanding loans and terminate their commitments.

### Senior Unsecured Bridge Facility—TCEH

*Overview*—On October 10, 2007, US Holdings, TCEH and TCEH Finance, Inc, a Delaware corporation and wholly-owned subsidiary of TCEH (TCEH Finance and, together with TCEH, the Co-Borrowers), entered into senior unsecured credit facilities (TCEH Unsecured Bridge Facilities).

The TCEH Unsecured Bridge Facilities provide senior unsecured financing of $6.75 billion, consisting of a:

- $5.0 billion senior unsecured cash-pay term loan facility with a term of eight years (the TCEH Initial Cash-Pay Loans); and

- $1.75 billion senior unsecured toggle term loan facility with a term of nine years (the TCEH Initial Toggle Loans and, together with the TCEH Initial Cash-Pay Loans, the TCEH Initial Loans).

If any borrowings under the TCEH Unsecured Bridge Facilities remain outstanding on October 10, 2008, the lenders will have the option to exchange such TCEH Initial Loans for senior cash-pay notes (the TCEH Senior Cash-Pay Exchange Notes) or senior toggle notes (the TCEH Senior Toggle Exchange Notes and, together with the TCEH Senior Cash-Pay Exchange Notes, the TCEH Senior Exchange Notes), respectively, which the Co-Borrowers will issue under a senior indenture. The maturity date of any TCEH Initial Loans that are not exchanged for TCEH Senior Exchange Notes will automatically be extended to the October 10, 2015, in the case of the TCEH Initial Cash-Pay Loans and October 10, 2016 in the case of the TCEH Initial Toggle Loans. The TCEH Senior Cash-Pay Exchange Notes will mature on October 10, 2015, and the TCEH Senior Toggle Exchange Notes will mature on October 10, 2016. Holders of the TCEH Senior Exchange Notes will have registration rights.

*Interest Rate*—Subject to specified caps, borrowings under the TCEH Unsecured Bridge Facilities for the first six-month period from the closing of the TCEH Unsecured Bridge Facilities will bear interest at a rate equal to LIBOR plus (i) 325 basis points, in the case of the TCEH Initial Cash-Pay Loans and (ii) 350 basis points, in the case of the TCEH Initial Toggle Loans (in each case, the TCEH Initial Margin). Interest for the three-month period commencing at the end of the initial six-month period, subject to specified caps, shall be payable at prevailing LIBOR for the interest period plus the TCEH Initial Margin plus 50 basis points. Thereafter, subject to specified caps, interest will be increased by an additional 25 basis points at the beginning of each three-month period subsequent to the initial nine-month period, for so long as the TCEH Initial Loans are outstanding. If issued, the interest rate on the TCEH Senior Exchange Notes will be the same as the interest rate borne by the TCEH Initial Loans; provided, that if any TCEH Senior Exchange Notes are transferred by the lender to a third-party purchaser, the interest rate on those notes will be fixed at the interest rate in effect on the transfer date.

*Prepayments and Redemptions*—The Co-Borrowers will be required to make an offer to repay loans under the TCEH Unsecured Bridge Facilities and, following October 10, 2008, repurchase TCEH Senior Exchange

Confidential

EFIHMW00208470

Notes with net proceeds from specified asset sales. In addition, after any payments required to be made to repay the TCEH Unsecured Bridge Facilities, the Co-Borrowers will be required to offer to repay loans and, if issued, to repurchase the TCEH Senior Exchange Notes upon the occurrence of a change of control. Prior to October 10, 2008, the Co-Borrowers will also be required to prepay outstanding TCEH Initial Loans with the net proceeds of any refinancing debt.

The Co-Borrowers may voluntarily repay outstanding TCEH Initial Loans, in whole or in part, at their option at any time upon three business days' prior notice, at par plus accrued and unpaid interest and subject to, in the case of TCEH Initial Loans based on LIBOR, customary "breakage" costs with respect to such LIBOR loans, other than customary "breakage" costs with respect to LIBOR loans. The Co-Borrowers may optionally redeem the TCEH Senior Exchange Notes other than fixed-rate exchange notes, if issued, in whole or in part, at any time at par plus accrued and unpaid interest to the redemption date, provided that it also optionally prepays any outstanding TCEH Initial Loans on a pro rata basis.

If any TCEH Senior Exchange Note is sold by a lender to a third-party purchaser, and the interest rate on such TCEH Senior Exchange Note becomes fixed, such TCEH Senior Exchange Note will be non-callable until October 10, 2011, in the case of the TCEH Senior Cash-Pay Exchange Notes, and until October 10, 2012, in the case of the TCEH Senior Toggle Exchange Notes, subject to equity clawback and make-whole provisions consistent with those applicable to the notes offered hereby, and will be callable thereafter at a specified premium. The premium will decline ratably on each yearly anniversary of the date of such sale to zero two years prior to the final maturity date, in the case of the TCEH Senior Cash-Pay Exchange Notes, and one year, in the case of the TCEH Senior Toggle Exchange Notes.

*Guarantee*—All obligations under the TCEH Unsecured Bridge Facilities and, if the TCEH Senior Exchange Notes are issued, the senior indenture, are jointly and severally guaranteed on a senior basis by US Holdings and each of TCEH's domestic subsidiaries that guarantees obligations under the TCEH Senior Secured Facilities.

*Certain Covenants and Events of Default*—The TCEH Unsecured Bridge Facilities and the senior indenture contain a number of covenants that, among other things, restrict, subject to certain exceptions, the Co-Borrowers' ability to:

- incur additional indebtedness;

- create liens;

- engage in mergers or consolidations;

- sell or transfer assets and subsidiary stock;

- pay dividends and distributions or repurchase their capital stock;

- make certain investments, loans or advances;

- prepay certain indebtedness;

- enter into agreements that restrict the payment of dividends by subsidiaries or the repayment of intercompany loans and advances; and

- engage in certain transactions with affiliates.

In addition, the TCEH Unsecured Bridge Facilities and the senior indenture impose certain requirements as to future subsidiary guarantors. The TCEH Unsecured Bridge Facilities and the senior indenture also contain certain customary affirmative covenants consistent with those in the TCEH Senior Secured Facilities, to the extent applicable, and certain customary events of default.

F-47

Confidential

*Senior Unsecured Bridge Facility – Energy Future Holdings Corp.*

*Overview*—On October 10, 2007, in connection with the Merger and the repayment of certain existing indebtedness, Energy Future Holdings Corp. entered into senior unsecured credit facilities (Energy Future Holdings Corp. Unsecured Bridge Facilities).

Energy Future Holdings Corp.'s Unsecured Bridge Facilities provide senior unsecured financing of $4.5 billion, consisting of a:

- $2.0 billion senior unsecured cash-pay term loan facility with a term of ten years (Energy Future Holdings Corp. Initial Cash-Pay Loans); and

- $2.5 billion senior unsecured toggle term loan facility with a term of ten years (Energy Future Holdings Corp. Initial Toggle Loans and, together with Energy Future Holdings Corp. Initial Cash-Pay Loans, Energy Future Holdings Corp. Initial Loans).

If any borrowings under Energy Future Holdings Corp. Unsecured Bridge Facilities remain outstanding on October 10, 2008, the lenders will have the option at any time or from time to time to exchange such Energy Future Holdings Corp. Initial Loans for senior cash-pay notes (Energy Future Holdings Corp. Senior Cash-Pay Exchange Notes) or senior toggle notes (Energy Future Holdings Corp. Senior Toggle Exchange Notes and, together with Energy Future Holdings Corp. Senior Cash-Pay Exchange Notes, Energy Future Holdings Corp. Senior Exchange Notes) that Energy Future Holdings Corp. will issue under a senior indenture. The maturity date of any Energy Future Holdings Corp. Initial Loans that are not exchanged for Energy Future Holdings Corp. Senior Exchange Notes will automatically be extended to October 10, 2017. Energy Future Holdings Corp. Senior Exchange Notes will also mature on October 10, 2017. Holders of Energy Future Holdings Corp. Senior Exchange Notes will have registration rights.

*Interest Rate*—Subject to specified caps, borrowings under Energy Future Holdings Corp. Unsecured Bridge Facilities for the first six-month period from the closing of the TCEH Senior Secured Facilities will bear interest at a rate equal to LIBOR plus (i) 400 basis points, in the case of Energy Future Holdings Corp. Initial Cash-Pay Loans and (ii) 425 basis points, in the case of Energy Future Holdings Corp. Initial Toggle Loans (in each case, Energy Future Holdings Corp. Initial Margin). Interest for the three-month period commencing at the end of the initial six-month period, subject to specified caps, shall be payable at prevailing LIBOR for the interest period plus (A) Energy Future Holdings Corp. Initial Margin plus (B) 50 basis points. Thereafter, subject to specified caps, interest will be increased by an additional 25 basis points at the beginning of each three-month period subsequent to the initial nine-month period, for so long as Energy Future Holdings Corp. Initial Loans are outstanding. If issued, the interest rate on Energy Future Holdings Corp. Senior Exchange Notes will be the same as the interest rate borne by Energy Future Holdings Corp. Initial Loans; provided, that if any Energy Future Holdings Corp. Senior Exchange Notes are transferred by the lender to a third-party purchaser, the interest rate on those notes will be fixed at the interest rate in effect on the transfer date.

*Prepayments and Redemptions*—Energy Future Holdings Corp. will be required to make an offer to repay loans under Energy Future Holdings Corp. Unsecured Bridge Facilities and, following October 10, 2008, repurchase Energy Future Holdings Corp. Senior Exchange Notes with net proceeds from specified asset sales. In addition, after any payments required to be made to repay the TCEH Senior Secured Facilities, Energy Future Holdings Corp. will be required to offer to repay loans and, if issued, to repurchase Energy Future Holdings Corp. Senior Exchange Notes upon the occurrence of a change of control. Prior to October 10, 2008, Energy Future Holdings Corp. will also be required to prepay outstanding Energy Future Holdings Corp. Initial Loans with the net proceeds of any refinancing debt.

Energy Future Holdings Corp. may voluntarily repay outstanding Energy Future Holdings Corp. Initial Loans, in whole or in part, at its option at any time upon three business days' prior notice, at par plus accrued and unpaid interest and subject to, in the case of Energy Future Holdings Corp. Initial Loans based on LIBOR, customary "breakage" costs with respect to such LIBOR loans, other than customary "breakage" costs with respect to LIBOR loans. Energy Future Holdings Corp. may optionally redeem Energy Future Holdings Corp.

F-48

Confidential

Senior Exchange Notes other than fixed-rate exchange notes, if issued, in whole or in part, at any time at par plus accrued and unpaid interest to the redemption date, provided that it also optionally prepays any outstanding Energy Future Holdings Corp. Initial Loans on a pro rata basis.

If any Energy Future Holdings Corp. Senior Exchange Note is sold by a lender to a third-party purchaser, and the interest rate on such Energy Future Holdings Corp. Senior Exchange Note becomes fixed, such Energy Future Holdings Corp. Senior Exchange Note will be non-callable for the first four years from October 10, 2008, subject to equity clawback and make-whole provisions consistent with those applicable to the notes offered hereby, and will be callable thereafter at a specified premium. The premium will decline ratably on each yearly anniversary of the date of such sale to zero on October 10, 2015.

*Guarantee*—All obligations under Energy Future Holdings Corp. Unsecured Bridge Facilities and, if Energy Future Holdings Corp. Senior Exchange Notes are issued. the senior indenture are jointly and severally guaranteed on a senior unsecured basis by Intermediate Holding and US Holdings.

*Certain Covenants and Events of Default*—Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture contain a number of covenants that, among other things, restrict, subject to certain exceptions, Energy Future Holdings Corp.'s ability to:

- incur additional indebtedness;
- create liens;
- engage in mergers or consolidations;
- sell or transfer assets and subsidiary stock;
- pay dividends and distributions or repurchase its capital stock;
- make certain investments, loans or advances;
- prepay certain indebtedness;
- enter into agreements that restrict the payment of dividends by subsidiaries or the repayment of intercompany loans and advances; and
- engage in certain transactions with affiliates.

In addition. Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture impose certain requirements as to future subsidiary guarantors. Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture also contain certain customary affirmative covenants consistent with those in TCEH Senior Secured Facilities. to the extent applicable.

*Intercreditor Agreement*

On October 10, 2007, in connection with the Merger, TCEH, US Holdings and the subsidiary guarantors under the TCEH Senior Secured Facilities entered into a Collateral Agency and Intercreditor Agreement (the Intercreditor Agreement) with Citibank, N.A., and four secured commodity hedge counterparties (Secured Commodity Hedge Counterparties).

The Intercreditor Agreement provides that the lien granted to the Secured Commodity Hedge Counterparties should rank pari passu with the lien granted to the secured parties under the TCEH Senior Secured Facilities on the collateral under the TCEH Senior Secured Facilities and the Secured Commodity Hedge Counterparties will be entitled to share, on a pro rata basis. in the proceeds of any liquidation of such collateral in connection with a foreclosure on such collateral in an amount provided in the TCEH Credit Agreement. The Intercreditor Agreement also provides that the Secured Commodity Hedge Counterparties will have voting rights with respect to any amendment or waiver of any provision of the Intercreditor Agreement that changes the priority of the Secured Commodity Hedge Counterparties' lien on such collateral relative to the priority of lien granted to the secured parties under the TCEH Senior Secured Facilities or the priority of payments to the Secured Commodity

Confidential

EFIHMW00208473

Hedge Counterparties upon a foreclosure and liquidation of such collateral relative to the priority of the lien granted to the secured parties under the TCEH Senior Secured Facilities.

### Revolving Credit Facility—Oncor

*Overview*—Oncor has entered into a revolving credit agreement (the Oncor Credit Agreement) to provide for a secured revolving credit facility in an aggregate principal amount of up to $2.0 billion (the Oncor Revolving Credit Facility).

*Interest Rates and Fees*—Loans under the Oncor Revolving Credit Facility bear interest at per annum rates equal to, at Oncor's option, (i) adjusted LIBOR plus a spread of 0.275% to 0.800% (which spread shall depend on the rating assigned to Oncor's senior secured debt) or (ii) a base rate (the higher of (1) the prime rate of JPMorgan Chase Bank, N.A. and (2) the federal funds effective rate plus 0.50%). Based on Oncor's current ratings, its LIBOR-based borrowings will bear interest at LIBOR plus 0.575%.

A facility fee is payable quarterly in arrears and upon termination or commitment reduction at a rate per annum equal to 0.100% to 0.200% (such spread shall depend on the rating assigned to Oncor's senior secured debt) of the commitments under the Oncor Revolving Credit Facility. Based on Oncor's current ratings, its facility fee will be 0.175%.

A utilization fee is payable quarterly in arrears and upon termination on the average daily amount outstanding (to the extent of borrowings in excess of 50% of the commitments) under the Oncor Revolving Credit Facility at a rate per annum equal to 1.25% per annum.

Letter of credit fees under the Oncor Revolving Credit Facility are payable quarterly in arrears and upon termination at a rate per annum equal to the spread over adjusted LIBOR under the Oncor Revolving Credit Facility, less the issuing bank's fronting fee.

*Security*—The Oncor Revolving Credit Facility, including hedging transactions, will be secured, on a post-closing basis, by certain of Oncor's assets used in connection with its transmission and distribution business.

*Covenants*—The Oncor Revolving Credit Facility contains customary covenants for facilities of this type, restricting, subject to certain exceptions, Oncor and its subsidiaries from, among other things:

- incurring additional liens;
- entering into mergers and consolidations;
- sales of substantial assets; and
- acquisitions and investments in subsidiaries.

In addition, the Oncor Revolving Credit Facility requires that Oncor maintain a maximum consolidated senior debt to capitalization ratio of 0.65 to 1.00 and observe certain customary reporting requirements and other affirmative covenants.

*Maturity*—Amounts borrowed under the Oncor Revolving Credit Facility may be reborrowed from time to time from and after October 10, 2007 until October 10, 2013.

*Events of Default* -The Oncor Revolving Credit Facility contains certain customary events of default for facilities of this type the occurrence of which would allow the lenders to accelerate all outstanding loans and terminate their commitments.

### TXU Receivables Program

Also in connection with the Merger, the accounts receivable securitization program was amended. Concurrently, the financial institutions required that Oncor Electric Delivery repurchase all of the receivables it had previously sold to TXU Receivables Company totaling $113 million, which amount was refinanced by the Oncor Electric Delivery Revolving Facility.

F-50

Confidential

### Repayment of Existing Credit Facilities

On October 10, 2007, in connection with the Merger, TCEH and Oncor repaid in full all outstanding borrowings totaling $2.4 billion together with interest and all other amounts due in connection with such repayment under the $6.5 billion of existing credit facilities. TCEH and Oncor also repaid floating rate senior notes with an aggregate principal amount of $1.0 billion and $800 million, respectively. (See Note 8).

### Management Agreement

On October 10, 2007, in connection with the Merger, Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Lehman Brothers Inc. entered into a management agreement with Energy Future Holdings Corp. (the Management Agreement). pursuant to which affiliates of the investors will provide management, consulting, financial and other advisory services to Energy Future Holdings Corp. Pursuant to the Management Agreement, the Sponsor Group is entitled to receive an aggregate annual management fee of $35.0 million, which amount will increase 2% annually, and reimbursement of out-of-pocket expenses incurred in connection with the provision of services pursuant to the Management Agreement. The Management Agreement will continue in effect from year to year, unless terminated upon a change of control of Energy Future Holdings Corp. or in connection with an initial public offering of Energy Future Holdings Corp. or if the parties mutually agree to terminate the Management Agreement. Pursuant to the Management Agreement, the Sponsor Group is also entitled to receive aggregate transaction fees of $300 million in connection with certain services provided in connection with the Merger and related transactions. In addition, the Management Agreement provides that the Sponsor Group will be entitled to receive a fee equal to a percentage of the gross transaction value in connection with certain subsequent financing, acquisition, disposition, merger combination and change of control transactions, as well as a termination fee based on the net present value of future payment obligations under the Management Agreement in the event of an initial public offering or under certain other circumstances.

### Tax Sharing Agreement

In connection with the Merger, on October 10, 2007, Oncor, Oncor Holdings and Energy Future Holdings Corp. entered into a tax sharing agreement stating that, among other things, the allocation of tax liability to each of Oncor Holdings and Oncor will occur substantially as if these entities were stand-alone corporations and will require tax payments determined on that basis (without duplication for taxes paid by a subsidiary of Oncor or Oncor Holdings).

### Oncor Limited Liability Company Agreement

In connection with the Merger, Oncor was converted from a Texas corporation to a Delaware limited liability company under the laws of the States of Texas and Delaware and entered into a limited liability company agreement (as amended, the Oncor LLC Agreement). The Oncor LLC Agreement provides that the independent directors of Oncor (who must comprise a majority of the members of Oncor's board of directors), acting by majority vote, shall have the authority to prevent Oncor from making any distribution if they determine that it is in Oncor's best interests to retain such amounts to meet expected future requirements (including continued compliance with the debt-to-equity ratio established from time to time by the Public Utility Commission of the State of Texas for ratemaking purposes). The Oncor LLC Agreement also provides that the Board of Directors of Oncor shall not distribute any amounts to Oncor's member(s) to the extent that the Board of Directors of Oncor determines in good faith that it is necessary to retain such amounts to meet expected future requirements of the applicable entity. In addition to such restrictions on distributions, the Oncor LLC Agreement contains certain separateness provisions that require Oncor to conduct its activities separate and distinct from the activities of Energy Future Holdings Corp. and its other subsidiaries. including. without limitation, holding itself out as a separate legal entity.

### Tender Offers and Consent Solicitations

On September 25, 2007, Energy Future Holdings Corp. commenced offers to purchase and consent solicitations with respect to $1.0 billion in aggregate principal amount of Energy Future Holdings Corp.'s

Confidential

EFIHMW00208475

outstanding 4.80% Series O Senior Notes due 2009, $250 million in aggregate principal amount of TCEH's outstanding 6.125% Senior Notes due 2008 and $1.0 billion in aggregate principal amount of TCEH's outstanding 7.000% Senior Notes due 2013. On the closing date of the Merger, Energy Future Holdings Corp. purchased an aggregate of $996 million, $247 million and $995 million of these notes, respectively.

*Oncor Agreement in Principle with Stakeholders and PUCT Staff*

On October 5, 2007, Oncor and Texas Energy Future Holdings Limited Partnership (TEF) reached an agreement in principle with major interested parties to resolve all outstanding issues in the PUCT review related to the proposed merger of TXU Corp. with Merger Sub including the outstanding rate case. TEF was formed by a group of investors led by Kohlberg Kravis Roberts & Co. (KKR) and Texas Pacific Group (TPG) to facilitate the merger. The agreement, which was filed with the PUCT, was conditional upon the completion of the Merger and is subject to approval by the PUCT.

In addition to commitments Oncor made in its filings in the PUCT review, the stipulated agreement includes the following provisions, among others:

- Oncor will agree to $72 million in rate refunds, which is intended for all retail customers in its service territory, which will be requested by the parties to the settlement agreement. It is the intent of the parties to the agreement that the benefits of the credit flow directly to consumers, rather than to retail electric providers.

- The PUCT will dismiss Oncor's Electric Delivery pending rate case. Consistent with its existing agreement with the cities it serves, Oncor will file a system-wide rate case no later than July 1, 2008 based on a test-year ended December 31, 2007.

- Oncor will write off regulatory assets of approximately $56 million related to storm costs and 2002 restructuring expenses.

- TEF and Oncor will limit the dividends paid by Oncor through December 31, 2012, to an amount not to exceed Oncor's net income (determined in accordance with GAAP), subject to certain defined adjustments.

- Oncor will commit to minimum capital spending of $3.6 billion over the five-year period ending December 31, 2012, subject to certain defined conditions.

- Oncor will commit to $100 million in spending over the five-year period ending December 31, 2012 on demand side management or other energy efficiency initiatives. This spending will not be recoverable in rates.

Confidential

EFIHMW00208476

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Shareholder of Energy Future Holdings Corp.:

We have audited the accompanying consolidated balance sheets of Energy Future Holdings Corp. (formerly known as TXU Corp.) and subsidiaries (the "Company") as of December 31, 2006 and 2005, and the related statements of consolidated income, comprehensive income, cash flows and shareholders' equity for each of the three years in the period ended December 31, 2006. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of Energy Future Holdings Corp. and subsidiaries at December 31, 2006 and 2005, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2006, in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 5 to the Notes to Financial Statements, the Company changed its method of accounting for stock based compensation with the election to early adopt Statement of Financial Accounting Standards No. 123 (revised 2004) *Share-Based Payment*, effective October 1, 2004.

/s/    Deloitte & Touche LLP

Dallas, Texas
March 1, 2007
(October 16, 2007 as to Note 26)

F-53

EFIHMW00208477

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

STATEMENTS OF CONSOLIDATED INCOME

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars, except per share amounts) | | |
| Operating revenues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $10,856 | $10,662 | $9,216 |
| Costs and expenses: | | | |
| Fuel, purchased power costs and delivery fees . . . . . . . . . . . . . . . . . | 2,784 | 4,261 | 3,755 |
| Operating costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,373 | 1,425 | 1,429 |
| Depreciation and amortization . . . . . . . . . . . . . . . . . . . . . . . . . . | 830 | 776 | 760 |
| Selling, general and administrative expenses . . . . . . . . . . . . . . . . . | 819 | 781 | 1,091 |
| Franchise and revenue-based taxes . . . . . . . . . . . . . . . . . . . . . . . . | 390 | 364 | 367 |
| Other income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (121) | (151) | (148) |
| Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 269 | 45 | 1,172 |
| Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (46) | (48) | (28) |
| Interest expense and related charges . . . . . . . . . . . . . . . . . . . . . . | 830 | 802 | 695 |
| Total costs and expenses . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,128 | 8,255 | 9,093 |
| Income from continuing operations before income taxes, extraordinary gain (loss) and cumulative effect of changes in accounting principles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,728 | 2,407 | 123 |
| Income tax expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,263 | 632 | 42 |
| Income from continuing operations before extraordinary gain (loss) and cumulative effect of changes in accounting principles . . . . . . . . . . . . | 2,465 | 1,775 | 81 |
| Income from discontinued operations, net of tax effect (Note 3) . . . . . . . | 87 | 5 | 378 |
| Extraordinary gain (loss), net of tax effect (Note 4) . . . . . . . . . . . . . . . | — | (50) | 16 |
| Cumulative effect of changes in accounting principles, net of tax effect (Note 5) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (8) | 10 |
| Net income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 2,552 | $ 1,722 | $ 485 |
| Exchangeable preferred membership interest buyback premium (Note 17) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 849 |
| Preference stock dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 10 | 22 |
| Net income (loss) available for common stock . . . . . . . . . . . . . . . . . | $ 2,552 | $ 1,712 | $ (386) |
| Average shares of common stock outstanding (millions): | | | |
| Basic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 460 | 476 | 600 |
| Diluted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 467 | 486 | 600 |
| Per share of common stock—Basic: | | | |
| Net income (loss) from continuing operations available for common stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 5.36 | $ 3.71 | $(1.32) |
| Income from discontinued operations, net of tax effect . . . . . . . . . . | 0.19 | 0.01 | 0.63 |
| Extraordinary gain (loss), net of tax effect . . . . . . . . . . . . . . . . . . | — | (0.10) | 0.03 |
| Cumulative effect of changes in accounting principles, net of tax effect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (0.02) | 0.02 |
| Net income (loss) available for common stock . . . . . . . . . . . . . . . . | $ 5.55 | $ 3.60 | $(0.64) |
| Per share of common stock—Diluted: | | | |
| Net income (loss) from continuing operations available for common stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 5.27 | $ 2.61 | $(1.32) |
| Income from discontinued operations, net of tax effect . . . . . . . . . . | 0.19 | 0.01 | 0.63 |
| Extraordinary gain (loss), net of tax effect . . . . . . . . . . . . . . . . . . | — | (0.10) | 0.03 |
| Cumulative effect of changes in accounting principles, net of tax effect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (0.02) | 0.02 |
| Net income (loss) available for common stock . . . . . . . . . . . . . . . . | $ 5.46 | $ 2.50 | $(0.64) |
| Dividends declared . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1.67 | $ 1.26 | $ 0.47 |

See Notes to Financial Statements.

F-54

Confidential

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**
**STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME**

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Components related to continuing operations: | | | |
| Income from continuing operations before extraordinary gain (loss) and cumulative effect of changes in accounting principles | $2,465 | $1,775 | $ 81 |
| Other comprehensive income (loss), net of tax effects: | | | |
| Minimum pension liability adjustments (net of tax (expense) benefit of ($38), $25 and ($7)) | 71 | (46) | 14 |
| Cash flow hedges: | | | |
| Net change in fair value of derivatives held at end of period (net of tax (expense) benefit of $(304), $24 and $40) | 568 | (47) | (75) |
| Derivative value net losses (gains) reported in net income that relate to hedged transactions recognized in the period (net of tax (expense) benefit of $(8), $42 and $23) | (15) | 77 | 44 |
| Total effect of cash flow hedges | 553 | 30 | (31) |
| Total adjustments to net income from continuing operations | 624 | (16) | (17) |
| Comprehensive income from continuing operations | 3,089 | 1,759 | 64 |
| Components related to discontinued operations: | | | |
| Income from discontinued operations, net of tax effect | 87 | 5 | 378 |
| Minimum pension liability adjustments (net of tax expense of $—, $— and $5) | — | — | 10 |
| Cumulative foreign currency translation adjustment | — | — | (145) |
| Cash flow hedges: | | | |
| Derivative value net gains reported in net income net relate to hedged transactions recognized in the period (net of tax expense of $—, $— and $3) | — | — | (6) |
| Total adjustments to net income from discontinued operations | — | — | (141) |
| Comprehensive income from discontinued operations | 87 | 5 | 237 |
| Extraordinary gain (loss), net of tax effect | — | (50) | 16 |
| Cumulative effect of changes in accounting principles, net of tax effect | — | (8) | 10 |
| Comprehensive income | $3,176 | $1,706 | $ 327 |

See Notes to Financial Statements.

F-55

Confidential

EFIHMW00208479

**PX 008**
**Page 358 of 501**

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

STATEMENTS OF CONSOLIDATED CASH FLOWS

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Cash flows—operating activities: | | | |
| Net income | $2,552 | $1,722 | $ 485 |
| Income from discontinued operations, net of tax effect | (87) | (5) | (378) |
| Extraordinary (gain) loss, net of tax effect | — | 50 | (16) |
| Cumulative effect of changes in accounting principles, net of tax effect | — | 8 | (10) |
| Income from continuing operations before extraordinary (gain) loss and cumulative effect of changes in accounting principles | 2,465 | 1,775 | 81 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | |
| Depreciation and amortization | 893 | 836 | 826 |
| Deferred income tax expense, including utilization of net operating loss carryforwards | 756 | 481 | (11) |
| Losses on early extinguishment of debt | 1 | — | 416 |
| Asset writedown charges | 6 | 11 | 196 |
| Charge (credit) related to impaired leases | (2) | (16) | 180 |
| Net gains on sale of assets, including amortization of deferred gains | (69) | (89) | (135) |
| Net effect of unrealized mark-to-market valuations | (272) | 18 | 109 |
| Impairment of natural gas-fueled generation plants | 198 | — | — |
| Customer appreciation bonus charge (net of amounts credited to customers in 2006) | 122 | — | — |
| Shareholders' litigation settlement accrual | — | — | 84 |
| Bad debt expense | 68 | 56 | 90 |
| Stock-based incentive compensation expense | 27 | 32 | 56 |
| Recognition of losses on dedesignated cash flow hedges | 12 | 20 | 26 |
| Recognition of gain on dedesignated fair value hedges | (6) | (10) | (15) |
| Charge related to coal contract counterparty claim | — | 12 | — |
| Net equity loss (income) from unconsolidated affiliate | 14 | — | (1) |
| Change in regulatory-related liabilities | 1 | (81) | (70) |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable—trade | 337 | (335) | (246) |
| Impact of accounts receivable sales program | (44) | 197 | (73) |
| Inventories | (21) | (55) | 15 |
| Accounts payable—trade | (219) | (47) | 223 |
| Commodity contract assets and liabilities | — | 76 | (5) |
| Cash flow hedge and other derivative assets and liabilities | — | (9) | (22) |
| Margin deposits—net | 564 | 61 | 34 |
| Other—net assets | (92) | 35 | (165) |
| Other—net liabilities | 215 | (175) | 165 |
| Cash provided by operating activities of continuing operations | 4,954 | 2,793 | 1,758 |
| Cash flows—financing activities: | | | |
| Issuances of securities: | | | |
| Long-term debt | 243 | 180 | 5,090 |
| Common stock | 180 | 83 | 112 |

F-56

Confidential

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### STATEMENTS OF CONSOLIDATED CASH FLOWS (cont.)

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Retirements/repurchases of securities: | | | |
| Long-term debt held by subsidiary trusts | — | — | (546) |
| Equity-linked debt securities | (179) | (106) | (1,105) |
| Other long-term debt | (1,512) | (269) | (3,088) |
| Exchangeable preferred membership interests | — | — | (750) |
| Preference stock | — | (300) | — |
| Preferred securities of subsidiaries | — | (38) | (75) |
| Common stock | (1,012) | (1,137) | (4,687) |
| Change in short-term borrowings: | | | |
| Commercial paper | 939 | 358 | — |
| Banks | (245) | 230 | 210 |
| Cash dividends paid: | | | |
| Common stock | (764) | (544) | (150) |
| Preference stock | — | (11) | (22) |
| Premium paid for redemption of exchangeable preferred membership interests | — | — | (1,102) |
| Excess tax benefit on stock-based incentive compensation | 41 | 28 | — |
| Debt premium, discount, financing and reacquisition expenses | (23) | (37) | (406) |
| Cash used in financing activities of continuing operations | (2,332) | (1,563) | (6,519) |
| Cash flows—investing activities: | | | |
| Capital expenditures | (2,180) | (1,047) | (912) |
| Nuclear fuel | (117) | (57) | (87) |
| Dispositions of businesses | — | — | 4,814 |
| Purchase of lease trust | (69) | — | — |
| Proceeds from sales of assets | 20 | 77 | 27 |
| Change in collateral trust | — | — | 525 |
| Proceeds from sales of nuclear decommissioning trust fund securities | 207 | 191 | 88 |
| Investments in nuclear decommissioning trust fund securities | (223) | (206) | (103) |
| Investment in unconsolidated affiliate | (15) | — | — |
| Proceeds from pollution control revenue bonds deposited with trustee | (240) | — | — |
| Costs to remove retired property | (40) | (44) | (40) |
| Other | (7) | 48 | (32) |
| Cash provided by (used in) investing activities of continuing operations | (2,664) | (1,038) | 4,280 |
| Discontinued operations: | | | |
| Cash provided by (used in) operating activities | 30 | (265) | (79) |
| Cash used in financing activities | — | — | (10) |
| Cash provided by (used in) investing activities | — | 4 | (153) |
| Cash provided by (used in) discontinued operations | 30 | (261) | (242) |
| Net change in cash and cash equivalents | (12) | (69) | (723) |
| Cash and cash equivalents—beginning balance | 37 | 106 | 829 |
| Cash and cash equivalents—ending balance | $ 25 | $ 37 | $ 106 |

See Notes to Financial Statements.

F-57

Confidential

EFIHMW00208481

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES
CONSOLIDATED BALANCE SHEETS

|  | December 31, | |
|---|---|---|
|  | 2006 | 2005 |
|  | (millions of dollars) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents ................................ | $ 25 | $ 37 |
| Restricted cash ........................................ | 58 | 54 |
| Trade accounts receivable—net (Note 13) .................... | 959 | 1,328 |
| Income taxes receivable ................................ | — | 14 |
| Inventories ........................................... | 383 | 364 |
| Commodity contract assets (Note 18) ...................... | 276 | 1,603 |
| Cash flow hedge and other derivative assets (Note 19) .......... | 698 | 65 |
| Accumulated deferred income taxes (Note 11) ................ | 253 | 717 |
| Margin deposits related to commodity positions .............. | 7 | 247 |
| Other current assets ................................... | 178 | 129 |
| Total current assets ............................ | 2,837 | 4,558 |
| Restricted cash ........................................ | 258 | 16 |
| Investments .......................................... | 712 | 643 |
| Property, plant and equipment—net ........................ | 18,756 | 17,192 |
| Goodwill ............................................ | 542 | 542 |
| Regulatory assets—net .................................. | 2,028 | 1,826 |
| Commodity contract assets (Note 18) ...................... | 162 | 338 |
| Cash flow hedge and other derivative assets (Note 19) .......... | 248 | 75 |
| Other noncurrent assets ................................ | 379 | 349 |
| Total assets .................................. | $25,922 | $25,539 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 14) ......................... | $ 1,491 | $ 798 |
| Long-term debt due currently (Note 15) .................... | 485 | 1,250 |
| Trade accounts payable ................................. | 1,093 | 1,026 |
| Commodity contract liabilities (Note 18) ................... | 278 | 1,481 |
| Cash flow hedge and other derivative liabilities (Note 19) ....... | 39 | 275 |
| Margin deposits related to commodity positions .............. | 681 | 357 |
| Other current liabilities ................................ | 1,040 | 1,163 |
| Total current liabilities ......................... | 5,107 | 6,350 |
| Accumulated deferred income taxes (Note 11) ................ | 4,238 | 3,697 |
| Investment tax credits .................................. | 363 | 384 |
| Commodity contract liabilities (Note 18) ................... | 183 | 516 |
| Cash flow hedge and other derivative liabilities (Note 19) ....... | 73 | 91 |
| Long-term debt, less amounts due currently (Note 15) .......... | 10,631 | 11,332 |
| Other noncurrent liabilities and deferred credits ............. | 3,187 | 2,694 |
| Total liabilities ............................... | 23,782 | 25,064 |
| Commitments and Contingencies (Note 16) | | |
| Shareholders' equity (Note 17) .......................... | 2,140 | 475 |
| Total liabilities and shareholders' equity ................. | $25,922 | $25,539 |

See Notes to Financial Statements.

F-58

EFIHMW00208482

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**
**STATEMENTS OF CONSOLIDATED SHAREHOLDERS' EQUITY**

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| **Common stock without par value (number of authorized shares—1,000,000,000):** | | | |
| Balance at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 2 | 48 |
| Effect of two-for-one stock split . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 3 | — |
| Issuances under Direct Stock Purchase and Dividend Reinvestment Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 5 |
| Effects of stock-based incentive compensation plans . . . . . . . . . . . . . . . | — | — | 4 |
| Issuance of shares under equity-linked debt securities . . . . . . . . . . . . | — | — | 5 |
| Value of Thrift Plan shares released by LESOP trustee (Note 21) . . . . . . | — | — | 101 |
| Cancellation of repurchased common stock . . . . . . . . . . . . . . . . . . . . . | — | — | 3 |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (161) |
| | — | — | 2 |
| Balance at end of year (number of shares outstanding: 2006—459,244,523; 2005—470,845,978; and 2004—479,705,760) . . . . . . . . . . . . . . . . . . . . | 5 | 5 | 2 |
| **Additional paid-in capital:** | | | |
| Balance at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,840 | 2,806 | 8,097 |
| Common stock repurchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1,012) | (1,092) | (4,737) |
| Net premium on repurchase of exchangeable preferred membership interests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (849) |
| Discount (premium) on repurchase of equity-linked debt securities (related to equity component) and reversal of contract adjustment payment liability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (13) | 96 |
| Effects of stock-based incentive compensation plans . . . . . . . . . . . . . . . | 27 | 33 | 38 |
| Excess tax benefit on stock-based compensation . . . . . . . . . . . . . . . . . . | 41 | 28 | — |
| Cancellation of repurchased common stock . . . . . . . . . . . . . . . . . . . . . | — | — | 161 |
| Issuance of shares under equity-linked debt securities . . . . . . . . . . . . . | 180 | 75 | — |
| Value of Thrift Plan shares released by LESOP trustee (Note 21) . . . . . . | 2 | 1 | — |
| Effects of executive deferred compensation plan . . . . . . . . . . . . . . . . . . | 13 | | |
| Effect of two-for-one stock split . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (3) | — |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | 5 | — |
| Balance at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1,104 | $ 1,840 | $ 2,806 |
| **Retained earnings:** | | | |
| Balance at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $(1,168) | $(2,283) | $(2,498) |
| Net income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,552 | 1,722 | 485 |
| Dividends declared on common stock ($1.67, $1.26 and $0.47 per share) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (768) | (598) | (251) |
| Dividends on preference stock ($0, $3,278 and $7,240 per share) . . . . . . | — | (10) | (22) |
| LESOP dividend deduction tax benefit and other . . . . . . . . . . . . . . . . . . | 6 | 1 | 3 |
| Balance at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 622 | (1,168) | (2,283) |
| **Accumulated other comprehensive gain (loss), net of tax effects:** | | | |
| Foreign currency translation adjustments: | | | |
| Balance at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 145 |
| Change during the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (90) |
| Amounts related to disposed businesses . . . . . . . . . . . . . . . . . . . . . . | — | — | (55) |
| Balance at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — |

F-59

Confidential

EFIHMW00208483

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

**STATEMENTS OF CONSOLIDATED SHAREHOLDERS' EQUITY (cont.)**

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Pension and other postretirement employee benefit liability adjustments: | | | |
| Balance at beginning of year | (60) | (14) | (38) |
| Change in minimum pension liability | 71 | (46) | 23 |
| SFAS 158 transition adjustment | (13) | — | — |
| Amounts related to disposed businesses | — | — | 1 |
| Balance at end of year | (2) | (60) | (14) |
| Amounts related to cash flow hedges: | | | |
| Balance at beginning of year | (142) | (172) | (135) |
| Change during the year | 553 | 30 | (38) |
| Amounts related to disposed businesses | — | — | 1 |
| Balance at end of year | 411 | (142) | (172) |
| Total accumulated other comprehensive gain (loss) at end of year | 409 | (202) | (186) |
| Total common stock equity at end of year | 2,140 | 475 | 339 |
| Preference stock: | | | |
| Balance at beginning of year | $ — | $ 300 | $ 300 |
| Preference stock redemption | — | (300) | — |
| Balance at end of year | — | — | 300 |
| Shareholders' equity at end of year | $2,140 | $ 475 | $ 639 |

See Notes to Financial Statements.

F-60

EFIHMW00208484

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

**NOTES TO FINANCIAL STATEMENTS**

## 1. SIGNIFICANT ACCOUNTING POLICIES

*Description of Business*—Energy Future Holdings Corp. (formerly named TXU Corp.) is a holding company conducting its operations principally through its Texas Competitive Electric Holdings Company LLC (Texas Competitive Holdings), Oncor Electric Delivery Company (Oncor Electric Delivery) and TXU Generation Development Company LLC (TXU DevCo) subsidiaries. Texas Competitive Holdings is a holding company whose subsidiaries are engaged in competitive market activities consisting of electricity generation, retail electricity sales to residential and business customers, wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. Oncor Electric Delivery is engaged in regulated electricity transmission and distribution operations in Texas. TXU DevCo is engaged in the development of new lignite/coal-fueled generation facilities.

On February 26, 2007, Energy Future Holdings Corp. announced that it had entered into a Merger Agreement, with Merger Sub Parent and Merger Sub, whereby Energy Future Holdings Corp. would merge with Merger Sub and Energy Future Holdings Corp. would become a wholly-owned subsidiary of Merger Sub Parent. See Note 26.

Energy Future Holdings Corp. has two reportable segments: the Competitive Electric segment (which includes Texas Competitive Holdings and TXU DevCo's activities) and the Regulated Delivery segment. (See Note 24 for further information concerning reportable business segments.)

*Basis of Presentation*—The consolidated financial statements of Energy Future Holdings Corp. have been prepared in accordance with accounting principles generally accepted in the US and on the same basis as the audited financial statements included in Energy Future Holdings Corp.'s Annual Report on Form 10-K for the year ended December 31, 2005, except for the reporting of wholesale electricity trading activities and ERCOT electricity balancing transactions as discussed below under "Revenue Recognition." All other adjustments (consisting of normal recurring accruals) necessary for a fair presentation of the results of operations and financial position have been included therein. As discussed below, certain reclassifications have been made to conform prior period data to current period presentation. All intercompany items and transactions have been eliminated in consolidation. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated.

Commodity contract and derivative assets and liabilities and margin deposits reported in the consolidated balance sheet each reflect counterparty netting in accordance with legal right of offset agreements.

*Discontinued Businesses*—Note 3 presents detailed information regarding the effects of discontinued businesses, the results of which have been classified as discontinued operations.

*Use of Estimates*—Preparation of Energy Future Holdings Corp.'s financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including mark-to-market valuation adjustments. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Earnings Per Share*—Basic earnings per share available to common shareholders are based on the weighted average number of common shares outstanding during the period. Diluted earnings per share include the effect of all potential issuances of common shares under stock-based employee compensation and certain debt arrangements. The 2005 diluted per share results reflect an unfavorable impact associated with the

F-61

EFIHMW00208485

**PX 008**
**Page 364 of 501**

November 2004 accelerated share repurchase program which was settled in May 2005. The program is discussed in Note 17. Because Energy Future Holdings Corp. intended to settle in cash the difference between the initial price of the shares and the actual costs of the shares purchased by the counterparty under the program, accounting rules require that earnings used in the diluted earnings per share calculation be reduced by the change in the fair value of the settlement liability during the year, which totaled $498 million (without tax benefit). See Note 2 for a reconciliation of basic earnings per share to diluted earnings per share.

*Derivative Instruments and Mark-to-Market Accounting*—Energy Future Holdings Corp. enters into contracts for the purchase and sale of electricity, natural gas and other commodities and also enters into other derivative instruments such as options, swaps, futures and forwards primarily to manage commodity price and interest rate risks. If the instrument meets the definition of a derivative under SFAS 133, changes in the fair value of the derivative are recognized in net income as unrealized gains and losses, unless the criteria for certain exceptions are met, and an offsetting derivative asset or liability is recorded in the balance sheet. This recognition is referred to as "mark-to-market" accounting. The fair values of Energy Future Holdings Corp.'s unsettled commodity-related derivative instruments under mark-to-market accounting are reported in the balance sheet as commodity contract assets or liabilities. When derivative instruments are settled and realized gains and losses are recorded, the previously recorded unrealized gains and losses and derivative assets and liabilities are reversed. Under the exception criteria of SFAS 133, Energy Future Holdings Corp. may elect the "normal" purchase and sale exemption; further, Energy Future Holdings Corp. may designate derivatives as a cash flow or fair value hedge. A derivative contract may be designated as a "normal" purchase or sale if the intent is to physically receive or deliver the product for use or sale in the normal course of business. If designated as normal, the derivative contract is accounted for under the accrual method of accounting (not marked-to-market).

Because derivative instruments are frequently used as economic hedges, SFAS 133 allows the designation of these hedges as cash flow or fair value hedges provided certain conditions are met. A cash flow hedge mitigates the risk associated with variable future cash flows (e.g., a forecasted sale of electricity in the future at market prices), while a fair value hedge mitigates risk associated with fixed future cash flows (e.g., debt with fixed interest rate payments). In accounting for changes in value of cash flow hedges, derivative assets and liabilities are recorded on the balance sheet with an offset to other comprehensive income or loss to the extent the hedges are effective and the hedged transaction remains probable of occurring. If the hedged transaction is no longer probable of occurring, hedge accounting is discontinued. Amounts recorded in other comprehensive income are reclassified into net income as the related hedged transactions settle and affect earnings. If the hedged transaction becomes probable of not occurring, the amount recorded in other comprehensive income is immediately reclassified to net income. Changes in value of fair value hedges are recorded as derivative assets or liabilities with an offset to net income, and the carrying value of the related asset or liability (hedged item) is adjusted for the change in fair value with an offset to net income. If the fair value hedge is settled prior to the maturity of the hedged item, the cumulative fair value gain or loss is amortized into income over the remaining life of the hedged item. In the statement of cash flow, the effects of settlements of derivative instruments are classified consistent with the related hedged transactions.

To qualify for hedge accounting, a hedge must be considered highly effective in offsetting changes in fair value of the hedged item. Assessment of the hedge's effectiveness is tested at least quarterly throughout its term to continue to qualify for hedge accounting. Changes in fair value that represent hedge ineffectiveness, even if the hedge continues to be assessed as effective, are immediately recognized in net income. Ineffectiveness is generally measured as the cumulative excess, if any, of the change in value of the hedging instrument over the change in value of the hedged item. The "short-cut" method under SFAS 133 allows entities to assume no hedge ineffectiveness in a hedging relationship of interest rate risk if certain conditions are met. If all short-cut conditions are met, then the hedge results in no ineffectiveness gains and losses, as the hedge is considered 100% effective, and no future effectiveness testing is required. See Notes 15, 18 and 19 for additional details concerning hedging activity.

*Revenue Recognition*—Energy Future Holdings Corp. records revenue from electricity sales and delivery service under the accrual method of accounting. Revenues are recognized when electricity or delivery services

F-62

EFIHMW00208486

are provided to customers on the basis of periodic cycle meter readings and include an estimated accrual for the revenues earned from the meter reading date to the end of the period (unbilled revenue).

Under a realignment of the wholesale energy operations effective January 1, 2006, management of wholesale purchases and sales of electricity for purposes of balancing electricity supply and demand was segregated from the buying and selling of electricity for trading purposes. Previously, all wholesale electricity purchases and sales were managed in aggregate under a "portfolio management" structure, as the primary activity was energy balancing, and all wholesale activity utilized (and continues to utilize) contracts for physical delivery. Financial derivative instruments, as are common in natural gas markets, are not as readily available in the Texas electricity market. The realignment reflects an expectation of a growing market for electricity trading in Texas. Under the previous structure, all purchases and sales scheduled with ERCOT for delivery were reported gross in the income statement, and "booked-out" sales and purchases (agreement with the counterparty to net settle before scheduling for delivery) were reported net. Effective with the January 1, 2006 realignment, those contracts that are separately managed as a trading book and scheduled for physical delivery are reported net upon settlement in accordance with existing accounting rules (EITF 02-3). All transactions reported net, including booked-out contracts, are reported as a component of revenues. Gross revenues from electricity trading activities totaled $1.3 billion in 2006.

In addition, Energy Future Holdings Corp. revised its reporting of ERCOT electricity balancing transactions effective with 2006 reporting. These transactions represent wholesale purchases and sales of electricity for real-time balancing purposes as measured in 15-minute intervals. As is industry practice, these purchases and sales with ERCOT, as the balancing energy clearinghouse agent, are reported net. Energy Future Holdings Corp. had historically reported the net amount as a component of purchased power cost as the activity consistently represented a net purchase of electricity prior to 2005 due in part to Energy Future Holdings Corp.'s retail load exceeding generation volumes. More recently, the balancing activity has frequently resulted in net revenues due in part to generation volumes increasingly exceeding retail load. Energy Future Holdings Corp. believes that presentation of this activity as a component of revenues more appropriately reflects Energy Future Holdings Corp.'s market position. Accordingly, net electricity balancing transactions are reported in revenues and the prior years' amounts have been reclassified. The amount reported in revenues totaled $31 million in net purchases in 2006, $225 million in net sales in 2005 and $92 million in net purchases in 2004.

Realized and unrealized gains and losses from transacting in energy-related derivative instruments are reported as a component of revenues. See discussion above under "Derivative Instruments and Mark-to-Market Accounting."

*Impairment of Long-Lived Assets*—Energy Future Holdings Corp. evaluates long-lived assets for impairment whenever indications of impairment exist, in accordance with SFAS 144. The determination of the existence of indications of impairment involves judgments that are subjective in nature and may require the use of estimates in forecasting future results and cash flows related to an asset or group of assets. See Note 6 for details of the impairment of the natural gas-fueled generation plants recorded in the second quarter of 2006.

*Amortization of Nuclear Fuel*—Amortization of nuclear fuel is calculated on the units-of-production method and is reported as fuel costs.

*Major Maintenance*—Major maintenance costs incurred during generation plant outages, as well as the costs of other maintenance activities, are charged to expense as incurred. This accounting is consistent with guidance issued by the FASB as discussed below under "Changes in Accounting Standards".

*Defined Benefit Pension Plans and Other Postretirement Employee Benefit Plans*—Energy Future Holdings Corp. offers pension benefits through either a defined benefit pension plan or a cash balance plan and also offers certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees from Energy Future Holdings Corp. Costs of pension and other postretirement

Confidential

EFIHMW00208487

employee benefits (OPEB) plans are determined in accordance with SFAS 87 and SFAS 106 and are dependent upon numerous factors, assumptions and estimates. Effective December 31, 2006, Energy Future Holdings Corp. adopted SFAS 158, as required. See Note 21 for details with respect to the adoption of this standard and other information regarding pension and OPEB plans.

*Stock-Based Incentive Compensation*—Energy Future Holdings Corp. has provided discretionary awards to qualified managerial employees payable in its common stock under its shareholder-approved long-term incentive plans. Energy Future Holdings Corp. accounts for these awards based on the provisions of SFAS 123R, which provides for the recognition of stock-based compensation expense over the vesting period based on the grant-date fair value of those awards. See Note 22 for information regarding stock-based incentive compensation.

*Sales and Excise Taxes*—Sales and excise taxes are accounted for as a "pass through" item on the balance sheet; i.e., the tax is billed to customers and recorded as trade accounts receivable with an offsetting amount recorded as a liability to the taxing jurisdiction.

*Franchise and Revenue-Based Taxes*—Franchise and gross receipt taxes are not a "pass through" item such as sales and excise taxes. These taxes are assessed to Energy Future Holdings Corp. by state and local government bodies, based on revenues or kWh delivered, as a cost of doing business and are recorded as an expense. Rates charged to customers by Energy Future Holdings Corp. are intended to recover the taxes, but Energy Future Holdings Corp. is not acting as an agent to collect the taxes from customers.

*Income Taxes*—Energy Future Holdings Corp. files a consolidated federal income tax return, and federal income taxes are allocated to subsidiaries based on their respective taxable income or loss. Investment tax credits are amortized to income over the estimated lives of the properties. Deferred income taxes are provided for temporary differences between the book and tax basis of assets and liabilities. Certain provisions of SFAS 109 provide that regulated enterprises are permitted to recognize deferred taxes as regulatory tax assets or tax liabilities if it is probable that such amounts will be recovered from, or returned to, customers in future rates.

Energy Future Holdings Corp. has generally accounted for uncertainty related to positions taken on tax returns based on the probable liability approach consistent with SFAS 5. FIN No. 48, as discussed below under "Changes in Accounting Standards", provides clarification of the accounting for uncertain income tax positions.

*Accounting for Contingencies*—The financial results of Energy Future Holdings Corp. may be affected by judgments and estimates related to loss contingencies. Accruals for loss contingencies are recorded when management determines that it is probable that an asset has been impaired or a liability has been incurred and that such economic loss can be reasonably estimated. Such determinations are subject to interpretations of current facts and circumstances, forecasts of future events and estimates of the financial impacts of such events. See Note 16 for a discussion of contingencies.

*Cash Equivalents*—For purposes of reporting cash and cash equivalents, temporary cash investments purchased with a remaining maturity of three months or less are considered to be cash equivalents.

*Property, Plant and Equipment*—Properties are stated at original cost. The cost of property additions includes materials and both direct and indirect labor and applicable overhead, including payroll-related costs.

Depreciation of Energy Future Holdings Corp.'s property, plant and equipment is calculated on a straight-line basis over the estimated service lives of the properties. As is common in the industry, Energy Future Holdings Corp. records depreciation expense using composite depreciation rates that reflect blended estimates of the lives of major asset components as compared to depreciation expense calculated on an asset-by-asset basis. Estimated depreciable lives are based on management's estimates of the assets' economic useful life. Depreciation also includes the effect of asset retirement obligations as prescribed by SFAS 143 and the impacts of FIN 47 (see Note 5), which was adopted by Energy Future Holdings Corp. in 2005.

F-64

Confidential

Effective January 1, 2005, the estimated depreciable lives of lignite/coal-fueled generation facilities were extended from fifty years to sixty years to better reflect their useful lives, resulting in a reduction of depreciation expense for the year ended December 31, 2005 of $13 million ($8 million after-tax) as compared to the 2004 year.

*Capitalized Interest and Allowance For Funds Used During Construction (AFUDC)*—Interest on Competitive Electric's qualifying construction projects is capitalized in accordance with SFAS 34. Oncor Electric Delivery capitalizes AFUDC as a cost component of projects involving construction periods lasting greater than thirty days. AFUDC is a regulatory cost accounting procedure whereby both interest charges on borrowed funds and a return on equity capital used to finance construction are included in the recorded cost of utility plant and equipment being constructed. The equity portion of capitalized AFUDC is accounted for as other income. See Notes 12 and 25 for details of amounts.

*Inventories*—Inventories, including environmental energy credits and emission allowances, are carried at weighted average cost. All inventories are reported at the lower of cost or market unless expected to be used in the generation of electricity.

*Regulatory Assets and Liabilities*—The financial statements of Energy Future Holdings Corp.'s regulated electricity delivery operations reflect regulatory assets and liabilities under cost-based rate regulation in accordance with SFAS 71. The assumptions and judgments used by regulatory authorities continue to have an impact on the recovery of costs, the rate earned on invested capital and the timing and amount of assets to be recovered by rates. See Note 25 for detail of the regulatory assets and liabilities.

See Note 4 for a discussion of the extraordinary gain recorded in 2004 related to the adjustment in the carrying value of Energy Future Holdings Corp.'s regulatory asset subject to securitization.

*Investments*—Deposits in a nuclear decommissioning trust fund are carried at fair value in the balance sheet. Investments in unconsolidated business entities over which Energy Future Holdings Corp. has significant influence but does not maintain effective control, generally representing ownership of at least 20% and not more than 50% of common equity, are accounted for under the equity method. Assets related to employee benefit plans represent investments held to satisfy deferred compensation liabilities and are recorded at market value. See Note 20 for details of investments.

*Changes in Accounting Standards*—In February 2007, the FASB issued SFAS 159, which permits an entity to choose to measure certain financial assets and liabilities at fair value. SFAS 159 also revises provisions of SFAS 115 that apply to available-for-sale and trading securities. This statement is effective for fiscal years beginning after November 15, 2007. Energy Future Holdings Corp. has not yet evaluated the potential impact of this standard.

In September 2006, the FASB issued SFAS 158, which was adopted by Energy Future Holdings Corp. effective December 31, 2006. See Note 21 for details related to the adoption of SFAS 158.

Also, in September 2006, the FASB issued SFAS 157, which establishes a framework for measuring fair value. This statement is effective for fiscal years beginning after November 15, 2007. Energy Future Holdings Corp. expects that the adoption of the statement will impact mark-to-market valuations of certain commodity contracts.

The FASB issued guidance in September 2006 regarding accounting for major maintenance activities (referred to as FASB Staff Position AUG AIR-1, "Accounting for Planned Major Maintenance Activities"). This guidance prohibits the use of the accrue-in-advance method of accounting. Energy Future Holdings Corp. expenses major maintenance costs as incurred.

In June 2006, the FASB issued FIN 48, which provides clarification of SFAS 109 with respect to the recognition of income tax benefits of uncertain tax positions in the financial statements. FIN 48 requires

F-65

Confidential

uncertain tax positions be reviewed and assessed with recognition and measurement of the tax benefit based on a "more-likely-than-not" standard. Benefits of positions taken on income tax returns that do not qualify for financial statement recognition are required to be disclosed in the financial statements. This interpretation will be adopted by Energy Future Holdings Corp. effective January 1, 2007, as required. Upon adoption, the cumulative effect of this change in accounting principle will be accounted for as an adjustment to retained earnings. The FASB is considering certain revisions to FIN 48, and Energy Future Holdings Corp. continues to evaluate the potential impact of this standard on its financial position.

## 2. EARNINGS PER SHARE

Basic earnings per share available to common shareholders are based on the weighted average number of common shares outstanding during the period. Diluted earnings per share include the effect of all potential issuances of common shares under stock-based incentive compensation and certain debt arrangements.

*Stock Split*—All share and per share amounts reflect a two-for-one stock split completed in December 2005.

| | For the Year Ended 2006 | | | For the Year Ended 2005 | | | For the Year Ended 2004 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Income | Shares | Per Share Amount | Income | Shares | Per Share Amount | Income | Shares | Per Share Amount |
| Income from continuing operations before extraordinary items and accounting changes . . . . . . . . . . . . . . . . . . | $2,465 | 459.7 | $5.36 | $1,775 | 475.9 | $ 3.73 | $ 81 | 600.4 | $ 0.13 |
| Exchangeable preferred membership interest buyback premium . . . . . . . . . . . . . . . . . | — | | | — | — | — | (849) | — | (1.41) |
| Preference stock dividends . . . . . | — | — | — | (10) | — | (0.02) | (22) | — | (0.04) |
| **Income from continuing operations available for common stock—Basic** . . . . . . | $2,465 | 459.7 | $5.36 | $1,765 | 475.9 | $ 3.71 | $(790) | 600.4 | $(1.32) |
| **Dilutive securities/other adjustments:** | | | | | | | | | |
| Adjustment related to 2004 accelerated share repurchase program[a] . . . . . . . . . . . . . . . . . | — | — | | (498) | — | | 12 | — | |
| Exchangeable preferred membership interests . . . . . . . . | — | — | | — | — | | 17 | 36.5 | |
| Convertible senior notes[b] . . . . . . | 1 | 1.5 | | 1 | 1.5 | | 1 | 1.4 | |
| Equity-linked debt securities . . . . | — | 0.8 | | — | 2.4 | | — | — | |
| Stock-based incentive compensation plan . . . . . . . . . . | — | 5.3 | | — | 6.6 | | — | 2.6 | |
| **Income from continuing operations available for common—Diluted[c]** . . . . . . . . | $2,466 | 467.3 | $5.27 | $1,268 | 486.4 | $ 2.61 | $(790) | 600.4 | $(1.32) |

(a) Adjustment to net income represents change in fair value of related settlement liability. See Note 17 for details of the accelerated share repurchase program.

(b) Adjustment to net income represents after-tax interest expense.

(c) For the 2004 year, diluted results per share equaled basic results per share because of the loss position and antidilution accounting rules.

F-66

Confidential

EFIHMW00208490

## 3. DISCONTINUED OPERATIONS

Results from discontinued operations in 2006 totaled $87 million in net income. This amount included a $62 million credit recorded in the first quarter representing a reversal of a TXU Gas income tax reserve, due to favorable resolution of an IRS audit matter relating to a business sold in 2000, and a total of $27 million ($42 million pretax) in credits recorded in the third quarter and fourth quarter representing insurance recoveries associated with the 2005 TXU Europe settlement agreement. (Also see discussion in Note 16 under "Income Tax Contingencies.")

The table below reflects the results of the various businesses reported as discontinued operations in 2005 and 2004:

| | TXU Gas | TXU Australia | Strategic Retail Services | Pedrick-town | Mexico | Europe | Total |
|---|---|---|---|---|---|---|---|
| **2005** | | | | | | | |
| Operating revenues | $— | $— | $— | $12 | $— | $— | $12 |
| Operating costs and expenses | — | — | — | 14 | — | — | 14 |
| Other deductions—net | — | — | 3 | — | — | — | 3 |
| Operating loss before income taxes | — | — | (3) | (2) | — | — | (5) |
| Income tax benefit | — | — | (1) | — | — | — | (1) |
| Credits (charges) related to exit (after-tax) | 3 | 10 | — | (4) | 1 | (1) | 9 |
| Income (loss) from discontinued operations | $ 3 | $ 10 | $ (2) | $(6) | $ 1 | $ (1) | $ 5 |

| | TXU Gas | TXU Australia | Strategic Retail Services | Pedrick-town | Telecom | Mexico | Europe | Total |
|---|---|---|---|---|---|---|---|---|
| **2004** | | | | | | | | |
| Operating revenues | $ 911 | $835 | $ 17 | $ 32 | $ 54 | $ 4 | $ — | $1,853 |
| Operating costs and expenses | 898 | 666 | 20 | 37 | 49 | 4 | — | 1,674 |
| Other deductions—net | 101 | 2 | 10 | — | 16 | — | 5 | 134 |
| Interest income | (9) | (2) | (1) | — | (5) | — | — | (17) |
| Interest expense and related charges | 37 | 96 | — | — | 19 | — | — | 152 |
| Operating income (loss) before income taxes | (116) | 73 | (12) | (5) | (25) | — | (5) | (90) |
| Income tax expense (benefit) | (27) | 25 | (4) | (2) | (8) | (1) | (2) | (19) |
| Credits (charges) related to exit (after-tax) | (193) | 129 | (6) | (17) | 1 | (2) | (143) | (231) |
| Recognition of tax benefits | — | — | — | — | — | — | — | 680 |
| Income (loss) from discontinued operations | $(282) | $177 | $(14) | $(20) | $(16) | $(1) | $(146) | $ 378 |

***TXU Gas***—In October 2004, Atmos Energy Corporation and TXU Gas completed a merger by division, which resulted in the disposition of the operations of TXU Gas for $1.9 billion in cash (the TXU Gas transaction). TXU Gas was largely a regulated business engaged in the purchase, transmission, distribution and retail sale of natural gas. TXU Gas' results in 2004 included a loss of $99 million after-tax related to regulatory disallowances arising from a system-wide distribution rate case ruling and an income tax charge of $17 million due to an IRS ruling related to a prior year disputed deduction. A net credit of $3 million in 2005 includes a $7 million after-tax benefit from a favorable resolution of a working capital adjustment related to the disposition and a $9 million charge primarily representing an adjustment to the estimated tax effect of the disposition. As discussed above, an income tax benefit related to TXU Gas was recorded in 2006.

F-67

Confidential