*Investment Strategy*—The investment objective is to provide a competitive return on the assets in each plan, while at the same time preserving the value of those assets. The strategy is to invest a third of the assets in fixed income and two thirds in equity, while maintaining sufficient cash to pay benefits and expenses.

The fixed income assets are diversified by sector and security, are intermediate in duration, and maintain an average quality rating of at least "A" (as determined by a major ratings agency such as Moody's). The allocation to fixed income assets also includes an allocation to income producing real estate through private, unlevered real estate investment trusts. The equity assets are diversified by size, style and location with a conservative bias toward value securities.

*Postretirement Employee Benefits Other Than Pensions*—Energy Future Holdings Corp. offers health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. For employees retiring on or after January 1, 2002, the retiree contributions required for such coverage vary based on a formula depending on the retiree's age and years of service.

The following information regarding postretirement employee benefits other than pensions is based on December 31 measurement dates:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| *Assumptions used to determine net periodic benefit cost:* | | | |
| Discount rate | 5.75% | 6.00% | 6.00% - 6.50% |
| Expected return on plan assets | 8.67% | 8.67% | 8.66% |
| *Components of Net Postretirement Benefit Cost:* | | | |
| Service cost | $ 13 | $ 13 | $ 15 |
| Interest cost | 60 | 56 | 60 |
| Expected return on assets | (21) | (20) | (18) |
| Amortization of net transition obligation | 1 | 1 | 2 |
| Amortization of prior service cost/(credit) | (3) | (3) | (2) |
| Amortization of net loss | 31 | 24 | 25 |
| Recognized curtailment gain | — | — | (2) |
| Net postretirement benefit cost | $ 81 | $ 71 | $ 80 |
| *Assumptions used to determine benefit obligations at December 31:* | | | |
| Discount rate | 5.90% | 5.75% | 6.00% - 6.50% |
| *Change in Postretirement Benefit Obligation:* | | | |
| Benefit obligation at beginning of year | $1,065 | $ 987 | |
| Service cost | 13 | 13 | |
| Interest cost | 60 | 56 | |
| Participant contributions | 14 | 16 | |
| Medicare Part D reimbursement | 5 | — | |
| Actuarial (gain)/loss | (150) | 62 | |
| Benefits paid | (59) | (69) | |
| Benefit obligation at end of year | $ 948 | $1,065 | |
| *Change in Plan Assets:* | | | |
| Fair value of assets at beginning of year | $ 245 | $ 229 | |
| Actual return on assets | 23 | 12 | |
| Employer contributions | 23 | 52 | |
| Participant contributions | 14 | 14 | |
| Medicare Part D reimbursement | 5 | — | |
| Benefits paid | (59) | (62) | |
| Fair value of assets at end of year | $ 251 | $ 245 | |

F-104

Confidential

EFIHMW00208528

|  | Year Ended December 31, | |
|---|---|---|
|  | 2006 | 2005 |
| *Funded Status:* | | |
| Benefit obligation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $(948) | $(1,065) |
| Fair value of assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 251 | 245 |
| Funded status at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (697) | (820) |
| Unrecognized net transition obligation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 10 |
| Unrecognized prior service credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (14) |
| Unrecognized net loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 387 |
| Accrued postretirement benefit obligation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $(697) | $ (437) |
| *Amounts Recognized in Other Comprehensive Income and Accumulated Other Comprehensive Income under SFAS 158 Consist of:* | | |
| Net loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 15 | |
| Prior service cost credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (13) | |
| Net transition obligation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| Net amount recognized . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 3 | |
| *Amounts Recognized as Regulatory Assets under SFAS 158 Consist of:* | | |
| Net loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 202 | |
| Prior service cost credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (12) | |
| Net transition obligation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| Net amount recognized . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 198 | |

The following tables provide information regarding the assumed health care cost trend rates.

|  | Not Medicare Eligible December 31, | | Medicare Eligible December 31, | |
|---|---|---|---|---|
|  | 2006 | 2005 | 2006 | 2005 |
| *Assumed Health Care Cost Trend Rates:* | | | | |
| Health care cost trend rate assumed for next year . . . . . . . . . . . . . . . . . . . . . | 6.5% | 8% | 8% | 9% |
| Rate to which the cost trend is expected to decline (the ultimate trend rate) . . . | 5.0% | 5% | 5% | 5% |
| Year that the rate reaches the ultimate trend rate . . . . . . . . . . . . . . . . . . . . . . | 2010 | 2010 | 2012 | 2012 |

|  | 1-Percentage Point Increase | 1-Percentage Point Decrease |
|---|---|---|
| *Sensitivity Analysis of Assumed Health Care Cost Trend Rates:* | | |
| Effect on accumulated postretirement obligation . . . . . . . . . . . . . . . . . . . . . . | $112 | $(92) |
| Effect on postretirement benefits cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | (7) |

*Asset Allocations—*

The weighted average asset allocations of the OPEB plan by asset category are as follows:

| Asset Type | Allocation of Plan Assets December 31, | |
|---|---|---|
|  | 2006 | 2005 |
| US equities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 56.8% | 57.3% |
| International equities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9.3% | 7.7% |
| Fixed income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32.2% | 32.8% |
| Real estate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1.7% | 2.2% |
|  | 100.0% | 100.0% |

F-105

Confidential

EFIHMW00208529

| Plan Type | Expected Long-term Returns |
|---|---|
| 401(h) accounts | 8.75% |
| Life Insurance VEBA | 8.75% |
| Union VEBA | 8.75% |
| Non-Union VEBA | 4.80% |
| Insurance Continuation Reserve | 7.24% |
| | 8.67% |

Investment strategy and the basis used to determine the expected long-term return on assets for postretirement benefit plans is similar to that discussed above for the pension plans.

*Regulatory Recovery of Pension and OPEB Costs*—In June 2005, an amendment to PURA relating to pension and OPEB costs was enacted by the Legislature of the State of Texas. This amendment provides for the recovery by Oncor Electric Delivery of pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility, which in addition to its own employees consists largely of active and retired personnel engaged in Texas Competitive Holdings' activities, related to service of those additional personnel prior to the deregulation and disaggregation of Energy Future Holdings Corp.'s business effective January 1, 2002. The amendment additionally authorizes Oncor Electric Delivery to establish a regulatory asset or liability for the difference between the amounts of pension and OPEB costs approved in current billing rates and the actual amounts that would otherwise have been recorded as charges or credits to earnings. Accordingly, in the second quarter of 2005, Oncor Electric Delivery began deferring (principally as a regulatory asset or property) additional pension and OPEB costs for the effect of the amendment, which was retroactively effective January 1, 2005. Amounts deferred are ultimately subject to regulatory approval. Amounts recorded as a regulatory asset in 2006 totaled $34 million.

Information regarding net pension and other postretirement employee benefit costs recognized as expense follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| Pension costs under SFAS 87 | $ 66 | $ 46 | $ 58 |
| OPEB costs under SFAS 106 | 81 | 71 | 80 |
| Total benefit costs | 147 | 117 | 138 |
| Less amounts deferred principally as a regulatory asset or property | (84) | (58) | (27) |
| Net amounts recognized as expense | $ 63 | $ 59 | $111 |

*Assumed Discount Rate*—The discount rates reflected in net pension and other postretirement employee benefit costs are 5.75% and 6.0% in 2006 and 2005, respectively. During 2004, the discount rate assumption for the pension and other postretirement employee benefit plans was revised as a result of remeasurements required by the Capgemini and TXU Gas transactions and changing interest rates. For the first half of 2004, the discount rate was 6.25%. The rate used for the third quarter was 6.5%, and the rate used in the fourth quarter was 6.0%. In selecting the assumed discount rate, Energy Future Holdings Corp. considered fixed income security yields for an Aa rated portfolio of bonds as reported by Moody's.

*Amortization in 2007*—The estimated net loss and prior service cost for the defined benefit pension plans that will be amortized as from accumulated other comprehensive income into net periodic pension cost in 2007 total $18 million and $2 million, respectively. The estimated net loss, prior service credit and net transition obligation for the OPEB plans that will be amortized from accumulated other comprehensive income into net periodic benefit cost in 2007 total $14 million, a $3 million credit and $1 million, respectively.

F-106

Confidential

EFIHMW00208530

*Contributions in 2007*—Estimated funding in 2007 of the pension plan and OPEB plan total $126 million and $27 million, respectively.

*Future Benefit Payments*—Estimated future benefit payments to beneficiaries are as follows:

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 - 16 |
|---|---|---|---|---|---|---|
| Pension benefits | $109 | $115 | $121 | $128 | $136 | $834 |
| OPEBs | $ 54 | $ 57 | $ 60 | $ 62 | $ 65 | $364 |
| Medicare Part D subsidies received | $ (6) | $ (7) | $ (8) | $ (8) | $ (9) | $(55) |

*Thrift Plan*—Employees of Energy Future Holdings Corp. and its consolidated subsidiaries may participate in a qualified savings plan, the Thrift Plan. This plan is a participant-directed defined contribution plan intended to qualify under Section 401(a) of the Code, and is subject to the provisions of ERISA. The Thrift Plan includes an employee stock ownership component. Under the terms of the Thrift Plan, as amended effective in 2002, employees who do not earn more than the IRS threshold compensation limit used to determine highly compensated employees may contribute, through pre-tax salary deferrals and/or after-tax payroll deductions, the lesser of 75% of their regular salary or wages or the maximum amount permitted under law. Employees who earn more than such threshold may contribute from 1% to 16% of their regular salary or wages. Employer matching contributions are also made in an amount equal to 100% of the first 6% of employee contributions for employees who are covered under the cash balance formula of the Retirement Plan, and 75% of the first 6% of employee contributions for employees who are covered under the traditional defined benefit formula of the Retirement Plan. Prior to January 1, 2006, employer matching contributions were invested in Energy Future Holdings Corp. common stock. Effective January 1, 2006, employees may reallocate or transfer all or part of their accumulated or future employer matching contributions to any of the plan's other investment options. See Note 17 for additional information related to the Thrift Plan.

## 22. STOCK-BASED COMPENSATION PLANS

Under its shareholder-approved long-term incentive plans, Energy Future Holdings Corp. has provided discretionary awards to qualified management employees payable in its common stock. As presented below, the awards generally vest over a three-year period and the number of shares ultimately earned is based on the performance of Energy Future Holdings Corp.'s stock over the vesting period. Awards were issued in 2005 and 2006 under the current Omnibus Incentive Compensation Plan (OICP), which was approved by shareholders in May 2005. The OICP replaced the Long-Term Incentive Plan (LTIP) under which the last awards vest in 2007.

| | OICP | LTIP |
|---|---|---|
| Vesting period | Three years | Two or three years |
| Potential share pay-out as a percent of initial number of awards granted | 0% to 175%[a] | 0% to 200% |
| Basis for pay-out percentage—actual Energy Future Holdings Corp. three-year share return compared to: | • 50% of award—threshold Energy Future Holdings Corp. share returns<br>• 50% of award—share returns of companies comprising the S&P 500 Electric Utilities Index for 2005 awards and the S&P 500 Electric Utilities Index and S&P 500 Multi-Utilities Index for 2006 awards[a] | Share returns of companies comprising the S&P 500 Electric Utilities Index |
| Award type | Performance units payable in Energy Future Holdings Corp. stock upon vesting | Restricted stock and performance units payable in Energy Future Holdings Corp. stock upon vesting |

F-107

Confidential

EFIHMW00208531

---

(a)  For a small number of employees under employment agreements, potential share pay-out as a percent of initial number of awards granted is 0% to 200%, and the number of OICP shares distributed is based 100% on Energy Future Holdings Corp.'s total share return over the vesting period compared to the total returns of companies comprising the Standard & Poor's 500 Electric Utilities Index.

In addition, Energy Future Holdings Corp. has established restrictions that limit certain employees' opportunities to liquidate vested LTIP and OICP awards. For both restricted stock and performance unit awards, dividends over the vesting periods are converted to equivalent shares of Energy Future Holdings Corp. common stock to be distributed upon vesting.

The determination of the fair value of stock-based compensation awards at grant date is based on a Monte Carlo simulation. The more significant assumptions used in this valuation process are as follows:

- Expected volatility of the stock price of Energy Future Holdings Corp. and peer group companies— expected volatility is determined based on historical stock price volatilities using daily stock price returns for the three years prior to the grant date.

- The dividend rate for Energy Future Holdings Corp. and peer group companies based on the observed dividend payments over the twelve months prior to grant date.

- Risk-free rate (three-year U.S. Treasury securities) during the three year vesting period.

- Discount for liquidation restrictions—this factor estimates the discount for lack of marketability of vested awards due to the anticipated time for the approval and issuance of the awards, the black-out period immediately after the grant and additional holding requirements imposed on senior executives. This discount is determined based on an estimation of the cost of a protective put at the award date and is calculated using the Black-Scholes option pricing model using expected volatility assumptions based on historical and implied volatility as discussed above and a risk-free rate of return over the option period.

| Assumptions | 2006 | 2005 | 2004 |
|---|---|---|---|
| Expected volatility | 29% | 25% - 30% | 25% - 35% |
| Expected annual dividend | $1.65 | $1.125 | $1.50 - $2.50 |
| Risk-free rate | 4.83% | 5.75% | 2.54% - 3.54% |
| Discount for post vesting restriction | 6.4% - 11.1% | 6.5% - 12.5% | 20% - 25% |

F-108

Confidential

EFIHMW00208532

**PX 008**
**Page 411 of 501**

The following table presents information about these stock-based compensation plans:

| Number of awards: | | LTIP and OICP Awards | TXU Gas Stock Option Plan |
|---|---|---|---|
| Balance—December 31, 2003 | | 5,761,666 | 47,348 |
| Granted in 2004 | | 3,940,530 | — |
| Forfeited/expired | | (3,420,300) | (8,610) |
| Vested/exercised | | (7,334) | (33,466) |
| Balance—December 31, 2004 | | 6,274,562 | 5,272 |
| Granted in 2005 | | 1,231,392 | — |
| Forfeited/expired | | (687,940) | (1,520) |
| Vested/exercised | | (1,532,032) | (2,232) |
| Balance—December 31, 2005 | | 5,285,982 | 1,520 |
| Granted in 2006 | | 1,052,222 | — |
| Forfeited/expired | | (523,946) | (1,520) |
| Vested/exercised | | (1,563,918) | — |
| Balance—December 31, 2006 | | 4,250,340 | — |
| To vest/exercisable in—2007 | | 2,159,509 | — |
| To vest/exercisable in—2008 | | 1,084,568 | — |
| To vest/exercisable in—2009 | | 1,006,263 | — |
| Weighted average fair value—2006 | | | |
| Outstanding—Beginning of year | $ | 19.26 | |
| Granted | $ | 42.35 | |
| Forfeited | $ | 17.63 | |
| Vested | $ | 26.05 | |
| Outstanding—End of year | $ | 23.60 | |
| Weighted average fair value of awards granted in | | | |
| 2004 | $ | 3.49 | |
| 2005 | $ | 20.68 | |
| 2006 | $ | 42.35 | |

The above table reflects the weighted average fair value of the awards on the grant date. Principally because the 2004 awards were converted to cash-settled awards during part of 2004 as discussed below, the weighted average fair value of the 2004 awards outstanding at December 31, 2004 was $12.89.

Energy Future Holdings Corp. adopted SFAS 123R in 2004. This accounting rule eliminates the alternative of applying the intrinsic value measurement provisions of APB 25 to stock compensation awards and requires the measurement of the cost of such awards over the vesting period based on the grant-date fair value of the award. Energy Future Holdings Corp. adopted SFAS 123R using the modified retrospective method, which allows for application to only prior interim periods in the year of initial adoption and resulted in the recognition of a credit of $15 million ($10 million after-tax) cumulative effect of a change in accounting principle. For a portion of the 2004 period, the restricted stock awards were payable in cash, but the restricted stock awards were modified in December of 2004 to be payable in Energy Future Holdings Corp. common stock.

Reported expense related to the awards totaled $27 million, $32 million and $56 million ($18 million, $21 million and $36 million after-tax) in 2006, 2005 and 2004, respectively. As of December 31, 2006, unrecognized expense related to nonvested OICP and LTIP awards totaled $42 million, which is expected to be recognized over a weighted average period of two years.

F-109

Confidential

EFIHMW00208533

The fair value of awards that vested in 2006, 2005 and 2004 totaled $210 million, $120 million and less than $1 million, respectively, based on the vesting date share prices. The aggregate fair value of outstanding awards expected to vest totaled $321 million based on the share price and performance of Energy Future Holdings Corp. stock as of December 31, 2006.

The maximum number of shares of stock for which OICP awards may be granted under the plan is 18,000,000, of which 16,551,413 shares remain authorized and available for future issuance. The maximum number of shares of common stock for which LTIP awards may be granted under the plan is 20,000,000, of which 2,595,761 shares remain authorized and available.

Effective with the merger of ENSERCH Corporation (subsequently TXU Gas) and Energy Future Holdings Corp., in 1997 outstanding options for ENSERCH Corporation common stock were exchanged for 1,065,826 options for Energy Future Holdings Corp. common stock (TXU Gas Stock Option Plan). The weighted average exercise price for outstanding options at the beginning of 2006 was $11.95 and the weighted average exercise price for forfeited/expired options was $11.95. All options were granted on or before August 5, 1997 and expired on or before February 16, 2006. No further options may be granted under this plan.

## 23. FAIR VALUE OF NONDERIVATIVE FINANCIAL INSTRUMENTS

The carrying amounts and related estimated fair values of significant nonderivative financial instruments were as follows:

| | December 31, 2006 | | December 31, 2005 | |
|---|---|---|---|---|
| | Carrying Amount | Fair Value | Carrying Amount | Fair Value |
| **On balance sheet assets (liabilities):** | | | | |
| Long-term debt (including current maturities)[a][b] .......... | $(11,018) | $(11,308) | $(12,479) | $(12,891) |
| LESOP note receivable (see Note 17) .................... | $  210 | $  242 | $  220 | $  259 |
| **Off balance sheet assets (liabilities):** | | | | |
| Financial guarantees ................................ | $  — | $  (6) | $  — | $  (8) |

(a)  Excludes capital leases.
(b)  2005 amounts include stock purchase contracts related to equity-linked debt.

See Note 19 for discussion of accounting for financial instruments that are derivatives.

The fair values of on-balance sheet instruments are estimated at the lesser of either the call price or the market value as determined by quoted market prices, where available, or, where not available, at the present value of future cash flows discounted at rates consistent with comparable maturities with similar credit risk.

The fair value of each financial guarantee is based on the difference between the credit spread of the entity responsible for the underlying obligation and a financial counterparty applied, on a net present value basis, to the notional amount of the guarantee.

The carrying amounts for financial assets classified as current assets and the carrying amounts for financial liabilities classified as current liabilities approximate fair value due to the short maturity of such instruments. The fair values of other financial instruments, including the Capgemini put option, for which carrying amounts and fair values have not been presented are not materially different than their related carrying amounts.

F-110

Confidential

EFIHMW00208534

## 24. SEGMENT INFORMATION

Energy Future Holdings Corp.'s operations are aligned into two reportable business segments: Competitive Electric and Regulated Delivery. The segments are managed separately because they are strategic business units that offer different products or services and involve different risks.

Competitive Electric segment is engaged in competitive market activities consisting of electricity generation, retail electricity sales to residential and business customers, wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. These activities are conducted principally by subsidiaries of Texas Competitive Holdings. The results of this segment also include the activities of TXU DevCo and its subsidiaries, which are engaged in the development of new lignite/coal-fueled generation facilities, and the activities of a lease trust holding certain combustion turbines.

Regulated Delivery segment is engaged in regulated electricity transmission and distribution operations in Texas. The segment includes the activities of Oncor Electric Delivery's wholly owned bankruptcy-remote financing subsidiary.

Corporate and Other represents the remaining nonsegment operations consisting primarily of discontinued operations, general corporate expenses, interest on debt at the Energy Future Holdings Corp. level and activities involving mineral interest holdings.

The accounting policies of the business segments are the same as those described in the summary of significant accounting policies. Energy Future Holdings Corp. evaluates performance based on income from continuing operations. Energy Future Holdings Corp. accounts for intersegment sales and transfers as if the sales or transfers were to third parties, that is, at current market prices.

Confidential

EFIHMW00208535

**PX 008**
**Page 414 of 501**

| | Competitive Electric | TXU Electric Delivery | Corp. and Other | Eliminations | Consolidated |
|---|---|---|---|---|---|
| **Operating Revenues** | | | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 9,549 | $ 2,449 | $ 49 | $(1,191) | $10,856 |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9,552 | 2,394 | 30 | (1,314) | 10,662 |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8,402 | 2,226 | 31 | (1,443) | 9,216 |
| **Regulated Revenues—Included in Operating Revenues** | | | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 2,449 | — | (1,139) | 1,310 |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 2,394 | — | (1,278) | 1,116 |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | 2,226 | — | (1,420) | 806 |
| **Affiliated Revenues—Included in Operating Revenues** | | | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 1,139 | 44 | (1,191) | — |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 1,278 | 27 | (1,314) | — |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 1,420 | 21 | (1,443) | — |
| **Depreciation and Amortization** | | | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 334 | 476 | 20 | — | 830 |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 313 | 446 | 17 | — | 776 |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 350 | 389 | 21 | — | 760 |
| **Equity in Earnings (Losses) of Unconsolidated Subsidiaries** | | | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (10) | (4) | (19) | 19 | (14) |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (7) | (3) | (1) | 11 | — |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (5) | (2) | 1 | 7 | 1 |
| **Interest Income** | | | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 202 | 58 | 91 | (305) | 46 |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 70 | 59 | 99 | (180) | 48 |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31 | 56 | 77 | (136) | 28 |
| **Interest Expense and Related Charges** | | | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 388 | 286 | 461 | (305) | 830 |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 393 | 269 | 320 | (180) | 802 |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 353 | 280 | 198 | (136) | 695 |
| **Income Tax Expense (Benefit)** | | | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,239 | 170 | (146) | — | 1,263 |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 687 | 174 | (229) | — | 632 |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 162 | 116 | (236) | — | 42 |
| **Income from Continuing Operations Before Extraordinary Items and Cumulative Effect of Changes in Accounting Principles** | | | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,363 | 344 | (242) | — | 2,465 |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,429 | 351 | (5) | — | 1,775 |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 408 | 255 | (582) | — | 81 |
| **Investment in Equity Investees** | | | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 1 | — | 1 |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| **Total Assets**(a) | | | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18,995 | 10,709 | 1,676 | (5,458) | 25,922 |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17,885 | 9,911 | 1,717 | (3,974) | 25,539 |
| **Capital Expenditures** | | | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,330 | 840 | 10 | — | 2,180 |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 309 | 733 | 5 | — | 1,047 |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 281 | 600 | 31 | — | 912 |

(a)  Assets by segment exclude investments in affiliates.

F-112

Confidential

EFIHMW00208536

## 25. SUPPLEMENTARY FINANCIAL INFORMATION

### Regulated Versus Unregulated Operations—

| | Year Ended December 31. | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| Operating revenues | | | |
| Regulated | $ 2,449 | $ 2,394 | $ 2,226 |
| Unregulated | 9,598 | 9,582 | 8,434 |
| Intercompany sales eliminations—regulated | (1,139) | (1,278) | (1,420) |
| Intercompany sales eliminations—unregulated | (52) | (36) | (24) |
| Total operating revenues | 10,856 | 10,662 | 9,216 |
| Costs and operating expenses | | | |
| Fuel, purchased power and delivery fees—unregulated[a] | 2,784 | 4,261 | 3,755 |
| Operating costs—regulated | 770 | 758 | 730 |
| Operating costs—unregulated | 603 | 667 | 699 |
| Depreciation and amortization—regulated | 476 | 446 | 389 |
| Depreciation and amortization—unregulated | 354 | 330 | 371 |
| Selling, general and administrative expenses—regulated | 172 | 198 | 219 |
| Selling, general and administrative expenses—unregulated | 647 | 583 | 872 |
| Franchise and revenue-based taxes—regulated | 262 | 247 | 248 |
| Franchise and revenue-based taxes—unregulated | 128 | 117 | 119 |
| Other income | (121) | (151) | (148) |
| Other deductions | 269 | 45 | 1,172 |
| Interest income | (46) | (48) | (28) |
| Interest expense and other charges | 830 | 802 | 695 |
| Total costs and expenses | 7,128 | 8,255 | 9,093 |
| Income from continuing operations before income taxes, extraordinary gain (loss) and cumulative effect of changes in accounting principles | $ 3,728 | $ 2,407 | $ 123 |

(a) Includes unregulated cost of fuel consumed of $927 million in 2006, $968 million in 2005 and $971 million in 2004. The balance represents energy purchased for resale and delivery fees net of intercompany eliminations.

The operations of the Competitive Electric segment are included above as unregulated, as the Texas market is open to competition. However, retail pricing to residential customers in the historical service territory was subject to certain price controls until December 31, 2006.

### Interest Expense and Related Charges—

| | Year Ended December 31. | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| Interest | $861 | $798 | $637 |
| Distributions on exchangeable preferred membership interests of Texas Competitive Holdings[a] | — | — | 22 |
| Interest on long-term debt held by subsidiary trust | — | — | 19 |
| Preferred stock dividends of subsidiaries | — | 3 | 2 |
| Amortization of debt discounts, premiums and issuance cost | 16 | 18 | 27 |
| Capitalized interest including debt portion of allowance for borrowed funds used during construction | (47) | (17) | (12) |
| Total interest expense and related charges | $830 | $802 | $695 |

F-113

Confidential

EFIHMW00208537

(a) In April 2004, Energy Future Holdings Corp. purchased from unaffiliated holders Texas Competitive Holdings' preferred membership interests.

*Restricted Cash—*

| | Balance Sheet Classification | | | |
| | At December 31, 2006 | | At December 31, 2005 | |
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
|---|---|---|---|---|
| Pollution control revenue bond funds held by trustee (See Note 15) | $ — | $241 | $ — | $ — |
| Amounts related to securitization (transition) bonds | 55 | 17 | 46 | 13 |
| All other | 3 | — | 8 | 3 |
| Total restricted cash | $ 58 | $258 | $ 54 | $ 16 |

*Inventories by Major Category—*

| | December 31, | |
| | 2006 | 2005 |
|---|---|---|
| Materials and supplies | $189 | $163 |
| Fuel stock | 94 | 81 |
| Natural gas in storage | 75 | 99 |
| Environmental energy credits and emission allowances | 25 | 21 |
| Total inventories | $383 | $364 |

*Property, Plant and Equipment—*

| | December 31, | |
| | 2006 | 2005 |
|---|---|---|
| Competitive Electric: | | |
| Generation | $15,926 | $15,887 |
| Nuclear fuel (net of accumulated amortization of $1,123 and $1,058) | 159 | 115 |
| Other assets | 402 | 389 |
| Regulated Delivery: | | |
| Transmission | 3,179 | 2,829 |
| Distribution | 7,788 | 7,384 |
| Other assets | 415 | 401 |
| Corporate and Other | 466 | 465 |
| Total | 28,335 | 27,470 |
| Less accumulated depreciation | 11,319 | 10,804 |
| Net of accumulated depreciation | 17,016 | 16,666 |
| Construction work in progress: | | |
| Competitive Electric (includes $1,070 related to DevCo) | 1,607 | 401 |
| Regulated Delivery | 123 | 106 |
| Corporate and Other | 10 | 19 |
| Total construction work in progress | 1,740 | 526 |
| Property, plant and equipment—net | $18,756 | $17,192 |

F-114

Confidential

EFIHMW00208538

Assets related to capitalized leases included above totaled $96 million at December 31, 2006 and $100 million at December 31, 2005, net of accumulated depreciation.

Consolidated depreciation expense as a percent of average depreciable property approximated 2.3% for 2006, 2005 and 2004. Texas Competitive Holdings' depreciation expense as a percent of average depreciable property approximated 2.0% for 2006, 1.9% for 2005 and 2.0% for 2004. Oncor Electric Delivery's depreciation expense as a percent of average depreciable property approximated 2.8% for 2006, 2005 and 2004.

*Asset Retirement Obligations*—These liabilities primarily relate to nuclear generation plant decommissioning, land reclamation related to lignite mining, removal of lignite/coal-fueled plant ash treatment facilities and generation plant asbestos removal and disposal costs. There is no earnings impact with respect to the recognition of the asset retirement costs for nuclear decommissioning, as all costs are recoverable through the regulatory process as part of Oncor Electric Delivery's rate setting.

The following table summarizes the changes to the asset retirement liability, reported in other noncurrent liabilities and deferred credits in the consolidated balance sheet, during the year ended December 31, 2006:

| | |
|---|---:|
| Asset retirement liability at December 31, 2005 | $ 558 |
| Additions: | |
|     Accretion | 36 |
|     Incremental mining reclamation costs | 21 |
| Reductions: | |
|     Net change in mining land reclamation estimated liability | (4) |
|     Mining reclamation payments | (26) |
| Asset retirement liability at December 31, 2006 | $ 585 |

*Intangible Assets*—Intangible assets other than goodwill are comprised of the following:

| | As of December 31, 2006 | | | As of December 31, 2005 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Capitalized software placed in service | $423 | $339 | $ 84 | $386 | $314 | $ 72 |
| Land easements | 180 | 65 | 115 | 178 | 63 | 115 |
| Mineral rights and other | 31 | 25 | 6 | 31 | 24 | 7 |
| Total | $634 | $429 | $205 | $595 | $401 | $194 |

Aggregate Energy Future Holdings Corp. amortization expense for intangible assets for the years ended December 31, 2006, 2005 and 2004 totaled $38 million, $23 million and $46 million, respectively. At December 31, 2006, the weighted average remaining useful lives of capitalized software, land easements and mineral rights and other assets were 6 years, 69 years and 40 years, respectively. The estimated aggregate amortization expense for each of the five succeeding fiscal years from December 31, 2006 is as follows:

| Year | |
|---|---:|
| 2007 | $29 |
| 2008 | 27 |
| 2009 | 21 |
| 2010 | 11 |
| 2011 | 7 |

F-115

Confidential

EFIHMW00208539

Goodwill (net of accumulated amortization) as of December 31, 2006 and 2005 totaled $542 million with $517 million at Texas Competitive Holdings and $25 million at Oncor Electric Delivery.

Energy Future Holdings Corp. evaluates goodwill for impairment at least annually (as of October 1) in accordance with SFAS No. 142, "Goodwill and Other Intangible Assets" (SFAS 142). The impairment tests performed are based on discounted cash flow analyses. No goodwill impairment has been recognized for consolidated reporting units reflected in results from continuing operations.

*Regulatory Assets and Liabilities—*

| | December 31, | |
| --- | ---: | ---: |
| | **2006** | **2005** |
| **Regulatory Assets** | | |
| Generation-related regulatory assets securitized by transition bonds | $1,316 | $1,461 |
| Securities reacquisition costs | 112 | 119 |
| Recoverable deferred income taxes—net | 90 | 107 |
| Storm-related service recovery costs | 138 | 110 |
| Employee retirement costs | 461 | 89 |
| Nuclear decommissioning cost under-recovery | — | 8 |
| Employee severance costs | 44 | 33 |
| Total regulatory assets | 2,161 | 1,927 |
| **Regulatory Liabilities** | | |
| Investment tax credit and protected excess deferred taxes | 63 | 71 |
| Over-collection of securitization (transition) bond revenues | 34 | 28 |
| Nuclear decommissioning cost over-recovery | 17 | — |
| Other regulatory liabilities | 19 | 2 |
| Total regulatory liabilities | 133 | 101 |
| Net regulatory assets | $2,028 | $1,826 |

Regulatory assets totaling $121 million have been reviewed and approved by the Commission and are earning a return. The unamortized amounts of these regulatory assets reflected in the above table totaled $100 million and $105 million at December 31, 2006 and 2005, respectively. The assets that have been approved by the Commission are not earning a return total $1.3 billion at December 31, 2006 and $1.5 billion at December 31, 2005 and have a remaining recovery period of 10 to 44 years, including the regulatory assets securitized by transition bonds that have a remaining recovery period of 10 years.

*Severance Liability Related to Strategic Initiatives—*

| | TXU Energy Holdings | TXU Electric Delivery | Corp. & Other | Total |
| --- | ---: | ---: | ---: | ---: |
| Liability for severance costs as of January 1, 2005 | $ 42 | $ 12 | $ 1 | $ 55 |
| Additions to liability | 4 | — | 1 | 5 |
| Payments charged against liability | (22) | (8) | (2) | (32) |
| Other adjustments to the liability | (6) | — | — | (6) |
| Liability for severance costs as of December 31, 2005 | 18 | 4 | — | 22 |
| Additions to liability[a] | 8 | 8 | — | 16 |
| Payments charged against liability | (24) | (10) | — | (34) |
| Other adjustments to the liability | (1) | (1) | — | (2) |
| Liability for severance costs as of December 31, 2006 | $ 1 | $ 1 | $ — | $ 2 |

F-116

Confidential



EFIHMW00208540

(a)  Texas Competitive Holdings and Oncor Electric Delivery additions to liability are both related to services agreements entered into with certain providers. Oncor Electric Delivery amount was recorded with an offset to a regulatory asset.

(b)  The table above excludes severance capitalized as a regulatory asset or included in discontinued operations.

*Supplemental Cash Flow Information—*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| Cash payments (receipts) related to continuing operations: | | | |
| Interest (net of amounts capitalized) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $823 | $774 | $695 |
| Income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $220 | $ 89 | $ 15 |
| Cash payments (receipts) related to discontinued operations: | | | |
| Interest (net of amounts capitalized) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ — | $ — | $106 |
| Income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ — | $ 30 | $ 69 |
| Noncash investing and financing activities: | | | |
| Noncash construction expenditures(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $228 | $ 61 | $ 76 |
| Generation plant rail spur capital lease . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ — | $ 95 | $ — |
| Consolidation of lease trust: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Increase in assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ — | $ 35 | $ — |
| Increase in debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ — | $ 96 | $ — |

(a)  Represents end-of-year accruals.

See Note 5 for the effects of adopting FIN 47 which were noncash in nature.

F-117

Confidential

EFIHMW00208541

*Quarterly Information (unaudited)*—Results of operations by quarter are summarized below.

In the opinion of Energy Future Holdings Corp., all other adjustments (consisting of normal recurring accruals) necessary for a fair statement of such amounts have been made. Quarterly results are not necessarily indicative of a full year's operations because of seasonal and other factors.

| | Quarter Ended | | | |
|---|---|---|---|---|
| | March 31 | June 30 | Sept. 30 | Dec. 31 |
| **2006:** | | | | |
| Operating revenues | $2,304 | $2,667 | $3,510 | $2,375 |
| Net income from continuing operations available for common stock | 516 | 497 | 984 | 469 |
| Income from discontinued operations, net of tax effect | 60 | — | 20 | 6 |
| Net income available for common stock | $ 576 | $ 497 | $1,004 | $ 475 |
| Per share of common stock—Basic: | | | | |
| Net income from continuing operations available for common stock | $ 1.11 | $ 1.08 | $ 2.15 | $ 1.03 |
| Discontinued operations, net of tax effect | 0.13 | — | 0.04 | 0.01 |
| Net income available for common stock | $ 1.24 | $ 1.08 | $ 2.19 | $ 1.04 |
| Per share of common stock—Diluted: | | | | |
| Net income from continuing operations available for common stock | $ 1.09 | $ 1.07 | $ 2.11 | $ 1.02 |
| Discontinued operations, net of tax effect | 0.13 | — | 0.04 | 0.01 |
| Net income available for common stock | $ 1.22 | $ 1.07 | $ 2.15 | $ 1.03 |
| **2005:** | | | | |
| Operating revenues | $2,058 | $2,535 | $3,314 | $2,755 |
| Income from continuing operations before extraordinary loss and cumulative effect of change in accounting principle | 405 | 383 | 571 | 414 |
| Preference stock dividends | 5 | 4 | — | — |
| Net income available to common stock from continuing operations | 400 | 379 | 571 | 414 |
| Income (loss) from discontinued operations, net of tax effect | 16 | (4) | (6) | — |
| Extraordinary loss, net of tax effect | — | — | — | (50) |
| Cumulative effect of change in accounting principle, net of tax effect | — | — | — | (8) |
| Net income available for common stock | $ 416 | $ 375 | $ 565 | $ 356 |
| Per share of common stock—Basic: | | | | |
| Net income available to common stock from continuing operations | $ 0.85 | $ 0.80 | $ 1.19 | $ 0.87 |
| Income (loss) from discontinued operations, net of tax effect | 0.03 | (0.01) | (0.01) | — |
| Extraordinary loss, net of tax effect | — | — | — | (0.10) |
| Cumulative effect of change in accounting principle, net of tax effect | — | — | — | (0.02) |
| Net income available for common stock | $ 0.88 | $ 0.79 | $ 1.18 | $ 0.75 |
| Per share of common stock—Diluted: | | | | |
| Net income (loss) available to common stock from continuing operations | $(0.13) | $ 0.71 | $ 1.17 | $ 0.86 |
| Income (loss) from discontinued operations, net of tax effect | 0.03 | (0.01) | (0.01) | — |
| Extraordinary loss, net of tax effect | — | — | — | (0.10) |
| Cumulative effect of change in accounting principle, net of tax effect | — | — | — | (0.02) |
| Net income (loss) available for common stock | $(0.10) | $ 0.70 | $ 1.16 | $ 0.74 |

F-118

Confidential

EFIHMW00208542

In the fourth quarter of 2005, Energy Future Holdings Corp. recorded an extraordinary loss of $50 million (net of tax benefit of $28 million) related to the consolidation of a lease trust in December 2005. Energy Future Holdings Corp. also recorded an $8 million (net of tax benefit of $4 million) cumulative effect of a change in accounting principle related to the adoption of FIN 47. The 2005 diluted per share results reflected the unfavorable impact associated with the accelerated share repurchase program, which was settled in May 2005. See Notes 4, 5 and 17.

## 26. SUPPLEMENTAL GUARANTOR CONDENSED FINANCIAL INFORMATION

On October 10, 2007, Energy Future Holdings Corp., a Texas corporation formerly known as TXU Corp., completed its Merger with Merger Sub, a wholly-owned subsidiary of Texas Energy Future Holdings Limited Partnership (Parent). As a result of the Merger, Energy Future Holdings Corp. became a wholly-owned subsidiary of Parent.

The Merger is being accounted for under the purchase method of accounting whereby the total cost of the transaction is being allocated to Energy Future Holdings Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired is recorded as goodwill.

Energy Future Holdings Corp. expects to refinance $2.0 billion of its Senior Unsecured Bridge Facility obtained to finance the merger with senior unsecured notes (the "Notes"). The Notes will be unconditionally guaranteed by Energy Future Competitive Holdings Company and Energy Future Intermediate Holding Company LLC, 100% owned subsidiaries of Energy Future Holdings Corp. (collectively the "Guarantors") on an unsecured basis. The guarantees issued by the Guarantors will be full and unconditional, joint and several guarantees of the Notes. The guarantees will rank equally with any unsecured senior indebtedness of the Guarantors and will be effectively junior to all of the secured indebtedness of the Guarantors to the extent of the assets securing that indebtedness. All other subsidiaries of Energy Future Holdings Corp., either direct or indirect, will not guarantee the senior unsecured notes (collectively the "Non-Guarantors"). The debt agreements will restrict Energy Future Holdings Corp.'s ability to pay dividends or make investments.

The following tables present the condensed consolidating statements of income and cash flows of Energy Future Holdings Corp. (the "Parent/Issuer"), the Guarantors and the Non-Guarantors for the years ended December 31, 2006, 2005 and 2004 and the condensed consolidating balance sheets as of December 31, 2006 and 2005 of the Parent/Issuer, the Guarantors and the Non-Guarantors.

F-119

Confidential

EFIHMW00208543

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

Condensed Consolidating Statements of Income
Year ended December 31, 2006

| | Parent/Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Operating revenues ....................... | $ — | $ — | $12,075 | $(1,219) | $10,856 |
| Costs and expenses | | | | | |
| Fuel, purchased power costs and delivery fees ............................. | — | — | 3,929 | (1,145) | 2,784 |
| Operating costs ...................... | — | — | 1,386 | (13) | 1,373 |
| Depreciation and amortization .......... | — | — | 830 | — | 830 |
| Selling, general and administrative expenses ........................... | 70 | — | 809 | (60) | 819 |
| Franchise and revenue-based taxes ...... | 1 | — | 390 | (1) | 390 |
| Other income ...................... | (15) | — | (106) | — | (121) |
| Other deductions ................... | 7 | — | 262 | — | 269 |
| Interest income ..................... | (74) | (206) | (367) | 601 | (46) |
| Interest expense and related charges ..... | 609 | 136 | 703 | (618) | 830 |
| Total costs and expenses .......... | 598 | (70) | 7,836 | (1,236) | 7,128 |
| Income (loss) from continuing operations before income taxes and equity in earnings of subsidiaries ........................... | (598) | 70 | 4,239 | 17 | 3,728 |
| Income tax expense (benefit) .............. | (214) | 17 | 1,460 | — | 1,263 |
| Equity in earnings of subsidiaries .......... | 2,936 | 2,483 | 920 | (6,339) | — |
| Income from continuing operations before discontinued operations ................. | 2,552 | 2,536 | 3,699 | (6,322) | 2,465 |
| Income from discontinued operations, net of tax effect ................................. | — | — | 87 | — | 87 |
| Net income .......................... | $2,552 | $2,536 | $ 3,786 | $(6,322) | $ 2,552 |

F-120

Confidential

EFIHMW00208544

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

Condensed Consolidating Statements of Income
Year ended December 31, 2005

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Operating revenues ..................... | $ — | $ — | $11,987 | $(1,325) | $10,662 |
| Costs and expenses | | | | | |
|   Fuel, purchased power costs and delivery fees .......................... | — | — | 5.546 | (1,285) | 4,261 |
|   Operating costs ..................... | — | — | 1,426 | (1) | 1,425 |
|   Depreciation and amortization .......... | — | — | 776 | — | 776 |
|   Selling, general and administrative expenses ...................... | 71 | — | 749 | (39) | 781 |
|   Franchise and revenue-based taxes ...... | — | — | 364 | — | 364 |
|   Other income ....................... | (1) | — | (151) | 1 | (151) |
|   Other deductions ................... | (26) | — | 71 | — | 45 |
|   Interest income .................... | (117) | (78) | (220) | 367 | (48) |
|   Interest expense and related charges ..... | 412 | 82 | 694 | (386) | 802 |
|     Total costs and expenses .......... | 339 | 4 | 9,255 | (1,343) | 8,255 |
| Income (loss) from continuing operations before income taxes, equity in earnings of subsidiaries, extraordinary loss and cumulative effect of changes in accounting principles .......................... | (339) | (4) | 2,732 | 18 | 2,407 |
| Income tax expense (benefit) .............. | (120) | (2) | 754 | — | 632 |
| Equity in earnings of subsidiaries .......... | 1,931 | 1,802 | 563 | (4,296) | — |
| Income from continuing operations before extraordinary loss and cumulative effect of changes in accounting principles ......... | 1,712 | 1,800 | 2,541 | (4,278) | 1,775 |
| Income (loss) from discontinued operations, net of tax effect ........................ | 10 | — | (5) | — | 5 |
| Extraordinary loss, net of tax effect .......... | — | (50) | — | — | (50) |
| Cumulative effect of changes in accounting principles, net of tax effect ............... | — | — | (8) | — | (8) |
| Net income ........................ | 1,722 | 1,750 | 2,528 | (4,278) | 1,722 |
| Preference stock dividends ................ | 10 | 3 | — | (3) | 10 |
| Net income available for common stock ...... | $1,712 | $1,747 | $ 2,528 | $(4,275) | $ 1,712 |

F-121

Confidential

EFIHMW00208545

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

Condensed Consolidating Statements of Income
Year ended December 31, 2004

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Operating revenues | $ — | $ — | $10,673 | $(1,457) | $9,216 |
| **Costs and expenses** | | | | | |
| Fuel, purchased power costs and delivery fees | — | — | 5,172 | (1,417) | 3,755 |
| Operating costs | — | — | 1,436 | (7) | 1,429 |
| Depreciation and amortization | — | — | 760 | | 760 |
| Selling, general and administrative expenses | 191 | 2 | 931 | (33) | 1,091 |
| Franchise and revenue-based taxes | 1 | — | 366 | — | 367 |
| Other income | (365) | — | 216 | 1 | (148) |
| Other deductions | 531 | — | 642 | (1) | 1,172 |
| Interest income | (123) | (35) | (148) | 278 | (28) |
| Interest expense and related charges | 274 | 53 | 658 | (290) | 695 |
| Total costs and expenses | 509 | 20 | 10,033 | (1,469) | 9,093 |
| Income (loss) from continuing operations before income taxes, equity in earnings of subsidiaries, extraordinary gain and cumulative effect of changes in accounting principles | (509) | (20) | 640 | 12 | 123 |
| Income tax expense (benefit) | (49) | (7) | 98 | — | 42 |
| Equity in earnings of subsidiaries | 1,053 | 674 | 146 | (1,873) | — |
| Income from continuing operations before extraordinary gain and cumulative effect of changes in accounting principles | 593 | 661 | 688 | (1,861) | 81 |
| Income (loss) from discontinued operations, net of tax effect | (112) | — | 490 | — | 378 |
| Extraordinary gain, net of tax effect | — | — | 16 | — | 16 |
| Cumulative effect of changes in accounting principles, net of tax effect | 4 | — | 6 | — | 10 |
| Net income | 485 | 661 | 1,200 | (1,861) | 485 |
| Exchangeable preferred membership interest buyback premium | 849 | — | — | — | 849 |
| Preference stock dividends | 22 | 2 | — | (2) | 22 |
| Net income (loss) available for common stock | $ (386) | $659 | $ 1,200 | $(1,859) | $ (386) |

F-122

Confidential

EFIHMW00208546

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Cash Flows
### For the Year Ended December 31, 2006

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Cash flows—operating activities: | | | | | |
| Net income | $ 2,552 | $ 2,536 | $3,786 | $(6,322) | $2,552 |
| Income from discontinued operations, net of tax | — | — | (87) | — | (87) |
| Income from continuing operations | 2,552 | 2,536 | 3,699 | (6,322) | 2,465 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | | | |
| Equity in earnings of subsidiaries | (2,936) | (2,483) | (920) | 6,339 | — |
| Depreciation and amortization | — | — | 893 | — | 893 |
| Deferred income tax expense (benefit)—net | 116 | (9) | 649 | — | 756 |
| Impairment and other asset writedown charges | — | — | 204 | — | 204 |
| Net gains from unrealized mark-to-market valuations | — | — | (272) | — | (272) |
| Other, net | 6 | — | 162 | — | 168 |
| Net change in operating assets and liabilities: | 482 | 1,188 | 1,456 | (2,386) | 740 |
| Cash provided by operating activities | 220 | 1,232 | 5,871 | (2,369) | 4,954 |
| Cash flows—financing activities: | | | | | |
| Issuances of securities: | | | | | |
| Long-term debt | — | — | 243 | — | 243 |
| Common stock | 180 | — | — | — | 180 |

F-123

Confidential

EFIHMW00208547

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Cash Flows—Continued
### Year Ended December 31, 2006

|  | Parent/Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
|  | Millions of Dollars | | | | |
| Retirements/repurchases of securities: | | | | | |
| Long-term debt | (911) | (6) | (774) | — | (1,691) |
| Common stock | (960) | — | — | — | (960) |
| Change in short term borrowings | — | — | 694 | — | 694 |
| Cash dividends paid | (764) | (858) | (1,484) | 2,342 | (764) |
| Change in advances—affiliates | 1,724 | — | 981 | (2,705) | — |
| Other, net | (12) | — | (22) | — | (34) |
| Cash used in financing activities | (743) | (864) | (362) | (363) | (2,332) |
| Cash flows—investing activities: | | | | | |
| Capital expenditures and nuclear fuel | (12) | — | (2,285) | — | (2,297) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 207 | — | 207 |
| Investments in nuclear decommissioning trust fund securities | — | — | (223) | — | (223) |
| Change in advances—affiliates | — | (299) | (2,433) | 2,732 | — |
| Investments in collateral trust | 533 | — | (533) | — | — |
| Other, net | 2 | (69) | (284) | — | (351) |
| Cash provided by (used in) investing activities | 523 | (368) | (5,551) | 2,732 | (2,664) |
| Cash flows—discontinued operations: | | | | | |
| Operating activities | — | — | 30 | — | 30 |
| Financing activities | — | — | — | — | — |
| Investing activities | — | — | — | — | — |
| Cash provided by discontinued operations | — | — | 30 | — | 30 |
| Net change in cash and cash equivalents | — | — | (12) | — | (12) |
| Cash and cash equivalents—beginning balance | — | — | 37 | — | 37 |
| Cash and cash equivalents—ending balance | $   — | $   — | $   25 | $   — | $   25 |

F-124

Confidential

EFIHMW00208548

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Cash Flows
### Year Ended December 31, 2005

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Cash flows—operating activities: | | | | | |
| Net income . . . . . . . . . . . . . . . . . . . . | $ 1,722 | $ 1,750 | $2,528 | $(4,278) | $1,722 |
| Loss (income) from discontinued operations, net of tax . . . . . . . . . . . . . . . | (10) | — | 5 | — | (5) |
| Extraordinary loss, net of tax . . . . . . . . . . | — | 50 | — | — | 50 |
| Cumulative effect of changes in accounting principles, net of tax . . . . . . . . . . . . . . | — | — | 8 | — | 8 |
| Income from continuing operations before extraordinary loss and cumulative effect of changes in accounting principles . . . . . . . . . . | 1,712 | 1,800 | 2,541 | (4,278) | 1,775 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | | | |
| Equity in earnings of subsidiaries . . . . . . | (1,931) | (1,802) | (563) | 4,296 | — |
| Depreciation and amortization . . . . . . . . . | — | — | 836 | — | 836 |
| Deferred income tax expense (benefit) — net . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | 1 | 463 | — | 481 |
| Impairment and other asset writedown charges . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 11 | — | 11 |
| Net losses from unrealized mark-to-market valuations . . . . . . . . . . . . . . . . | — | — | 18 | — | 18 |
| Other, net . . . . . . . . . . . . . . . . . . . . . . . . | 12 | — | (69) | (19) | (76) |
| Changes in operating assets and liabilities: . . . . . | 322 | 689 | (26) | (1,237) | (252) |
| Cash provided by operating activities . . . . . . . . . | 132 | 688 | 3,211 | (1,238) | 2,793 |
| Cash flows—financing activities: | | | | | |
| Issuances of securities: | | | | | |
| Long-term debt . . . . . . . . . . . . . . . . . . . . | — | — | 180 | — | 180 |
| Common stock . . . . . . . . . . . . . . . . . . . . . | 84 | — | (1) | — | 83 |

F-125

Confidential

EFIHMW00208549

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Cash Flows—Continued
### Year Ended December 31, 2005

| | Millions of Dollars | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Retirements/repurchases of securities: | | | | | |
| Long-term debt | (106) | (5) | (264) | — | (375) |
| Preference stock | (300) | (38) | — | — | (338) |
| Common stock | (1,137) | — | — | 38 | (1,099) |
| Change in short term borrowings | — | — | 588 | — | 588 |
| Cash dividends paid | (555) | (528) | (697) | 1,225 | (555) |
| Change in advances—affiliates | 1,883 | — | (1,441) | (442) | — |
| Other, net | (26) | — | (21) | — | (47) |
| Cash used in financing activities | (157) | (571) | (1,656) | 821 | (1,563) |
| Cash flows—investing activities: | | | | | |
| Capital expenditures and nuclear fuel | — | — | (1,104) | — | (1,104) |
| Dispositions of businesses | — | — | 77 | — | 77 |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 191 | — | 191 |
| Investments in nuclear decommissioning trust fund securities | — | — | (206) | — | (206) |
| Change in advances—affiliates | — | (117) | (300) | 417 | — |
| Other, net | 16 | — | (12) | — | 4 |
| Cash provided by (used in) in investing activities | 16 | (117) | (1,354) | 417 | (1,038) |
| Cash flows—discontinued operations: | | | | | |
| Operating activities | (3) | — | (262) | — | (265) |
| Financing activities | — | — | — | — | — |
| Investing activities | — | — | 4 | — | 4 |
| Cash used in discontinued operations | (3) | — | (258) | — | (261) |
| Net change in cash and cash equivalents | (12) | — | (57) | — | (69) |
| Cash and cash equivalents—beginning balance | 12 | — | 94 | — | 106 |
| Cash and cash equivalents—ending balance | $ — | $ — | $ 37 | $ — | $ 37 |

F-126

Confidential

EFIHMW00208550

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Cash Flows
### Year Ended December 31, 2004

|  | Millions of Dollars | | | | |
|---|---|---|---|---|---|
|  | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Cash flows—operating activities: |  |  |  |  |  |
| Net income .......................... | $ 485 | $ 661 | $1,200 | $(1,861) | $ 485 |
| Loss (income) from discontinued operations, net of tax ......................... | 112 | — | (490) | — | (378) |
| Extraordinary gain, net of tax ............ | — | — | (16) | — | (16) |
| Cumulative effect of changes in accounting principles, net of tax ................. | (4) | — | (6) | — | (10) |
| Income from continuing operations before extraordinary gain and cumulative effect of changes in accounting principles ...... | (593) | (661) | 688 | (1,861) | 81 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: |  |  |  |  |  |
| Equity in earnings of subsidiaries ..... | (1,053) | (674) | (146) | 1,873 | — |
| Depreciation and amortization ........ | — | — | 826 | — | 826 |
| Loss on early extinguishment of debt .. | 415 | — | 1 | — | 416 |
| Deferred income tax expense (benefit)—net ................... | 124 | (1) | (134) | — | (11) |
| Impairment and other asset writedown charges ......................... | — | — | 196 | — | 196 |
| Net losses from unrealized mark-to-market valuations ................. | — | — | 109 | — | 109 |
| Other, net ........................ | 92 | — | 135 | (12) | 215 |
| Changes in operating assets and liabilities .. | 1,528 | 505 | (263) | (1,844) | (74) |

F-127

Confidential

EFIHMW00208551

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Cash Flows—Continued
### Year Ended December 31, 2004

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| | | | Millions of Dollars | | |
| Cash provided by operating activities .......... | 1,699 | 491 | 1,412 | (1,844) | 1,758 |
| Cash flows—financing activities: | | | | | |
| Issuances of securities: | | | | | |
| Long-term debt ................... | 3,500 | — | 1,590 | — | 5,090 |
| Common stock ................... | 112 | — | — | — | 112 |
| Retirements/repurchases of securities: | | | | | |
| Long-term debt ................... | (3,132) | (5) | (2,352) | — | (5,489) |
| Preference stock ................. | — | — | (75) | — | (75) |
| Common stock ................... | (4,687) | — | (450) | 450 | (4,687) |
| Change in short term borrowings ......... | — | — | 210 | — | 210 |
| Cash dividends paid ................... | (172) | (775) | (700) | 1,475 | (172) |
| Change in advances—affiliates ........... | 2,252 | (535) | (2,715) | 998 | — |
| Premium paid for redemption of exchangeable preferred membership interests .......................... | (1,102) | — | — | — | (1,102) |
| Other, net ........................... | (346) | (2) | (58) | — | (406) |
| Cash used in financing activities .......... | (3,575) | (1,317) | (4,550) | 2,923 | (6,519) |
| Cash flows—investing activities: | | | | | |
| Capital expenditures and nuclear fuel ...... | (19) | — | (980) | — | (999) |
| Dispositions of businesses ............... | 1,886 | — | 2,928 | — | 4,814 |
| Proceeds from sales of nuclear decommissioning trust fund securities ... | — | — | 88 | — | 88 |
| Investments in nuclear decommissioning trust fund securities ................... | — | — | (103) | — | (103) |
| Change in advances—affiliates ........... | — | (168) | 797 | (629) | — |
| Other, net ........................... | 24 | 450 | 456 | (450) | 480 |
| Cash provided by (used in) in investing activities ........................... | 1,891 | 282 | 3,186 | (1,079) | 4,280 |
| Cash flows—discontinued operations: | | | | | |
| Operating activities ................ | (3) | — | (76) | — | (79) |
| Financing activities ................ | — | — | (10) | — | (10) |
| Investing activities ................. | — | — | (153) | — | (153) |
| Cash used in discontinued operations .. | (3) | — | (239) | — | (242) |
| Net change in cash and cash equivalents ........ | 12 | (544) | (191) | — | (723) |
| Cash and cash equivalents — beginning balance ............................. | — | 544 | 285 | — | 829 |
| Cash and cash equivalents — ending balance .... | $ 12 | $ — | $ 94 | $ — | $ 106 |

F-128

Confidential

EFIHMW00208552