## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Balance Sheets at December 31, 2006

Millions of Dollars

| ASSETS | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Current assets: | | | | | |
| Cash and cash equivalents | $ — | $ — | $ 25 | $ — | $ 25 |
| Restricted cash | — | — | 58 | — | 58 |
| Advances to parent | — | 584 | 1,821 | (2,405) | — |
| Trade accounts receivable—net | 5 | 1 | 1,165 | (212) | 959 |
| Income taxes receivable | 165 | — | — | (165) | — |
| Accounts receivable from affiliates | — | 146 | — | (146) | — |
| Notes receivable from affiliates | — | — | 1,533 | (1,533) | — |
| Inventories | — | — | 383 | — | 383 |
| Commodity and other derivative contractual assets | 2 | — | 972 | — | 974 |
| Accumulated deferred income taxes | — | 5 | 253 | (5) | 253 |
| Margin deposits related to commodity positions | — | — | 7 | — | 7 |
| Other current assets | 8 | — | 177 | (7) | 178 |
| Total current assets | 180 | 736 | 6,394 | (4,473) | 2,837 |
| Restricted cash | — | — | 258 | — | 258 |
| Investments | 12,457 | 6,902 | 1,682 | (20,329) | 712 |
| Property, plant and equipment—net | 33 | — | 18,723 | — | 18,756 |
| Notes receivable from affiliates | 12 | 700 | 3,073 | (3,785) | — |
| Goodwill | — | — | 542 | — | 542 |
| Regulatory assets—net | — | — | 2,028 | — | 2,028 |
| Commodity and other derivative contractual assets | 11 | — | 399 | — | 410 |
| Accumulated deferred income taxes | 118 | 391 | — | (509) | — |
| Other noncurrent assets | 150 | — | 244 | (15) | 379 |
| Total assets | $12,961 | $8,729 | $33,343 | $(29,111) | $25,922 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings | $ — | $ — | $ 1,491 | $ — | $ 1,491 |
| Advances from affiliates | 2,402 | — | — | (2,402) | — |
| Long-term debt due currently | — | 17 | 468 | — | 485 |
| Trade accounts payable—nonaffiliates | 18 | — | 1,286 | (211) | 1,093 |
| Accounts payable to affiliates | 102 | — | 47 | (149) | — |
| Notes payable to affiliates | 1,500 | — | 33 | (1,533) | — |
| Commodity and other derivative contractual liabilities | 21 | — | 296 | — | 317 |
| Margin deposits related to commodity positions | — | — | 681 | — | 681 |
| Accumulated deferred income taxes | 5 | — | — | (5) | — |
| Other current liabilities | 236 | 21 | 955 | (172) | 1,040 |
| Total current liabilities | 4,284 | 38 | 5,257 | (4,472) | 5,107 |
| Accumulated deferred income taxes | — | — | 4,747 | (509) | 4,238 |
| Investment tax credits | — | — | 363 | — | 363 |
| Commodity and other derivative contractual liabilities | 63 | — | 193 | — | 256 |
| Notes or other liabilities due affiliates | 2,714 | 700 | 371 | (3,785) | — |
| Long-term debt, less amounts due currently | 3,643 | 124 | 6,864 | — | 10,631 |
| Other noncurrent liabilities and deferred credits | 117 | — | 3,086 | (16) | 3,187 |
| Total liabilities | 10,821 | 862 | 20,881 | (8,782) | 23,782 |
| Shareholders' equity | 2,140 | 7,867 | 12,462 | (20,329) | 2,140 |
| Total liabilities and shareholders' equity | $12,961 | $8,729 | $33,343 | $(29,111) | $25,922 |

Confidential

EFIHMW00208553

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Balance Sheets at December 31, 2005

| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ — | $ — | $ 37 | $ — | $ 37 |
| Restricted cash | — | — | 54 | — | 54 |
| Advances to parent | — | 300 | 1,131 | (1,431) | — |
| Trade accounts receivable—net | 8 | 1 | 1,520 | (201) | 1,328 |
| Income taxes receivable | — | — | 49 | (35) | 14 |
| Accounts receivable from affiliates | — | 138 | 398 | (536) | — |
| Notes receivable from affiliates | — | — | 1,905 | (1,905) | — |
| Inventories | — | — | 364 | — | 364 |
| Commodity contract assets | — | — | 1,603 | — | 1,603 |
| Cash flow hedge and other derivative assets | 1 | — | 63 | 1 | 65 |
| Accumulated deferred income taxes | — | 6 | 725 | (14) | 717 |
| Margin deposits related to commodity positions | — | — | 247 | — | 247 |
| Other current assets | 5 | — | 130 | (6) | 129 |
| Total current assets | 14 | 445 | 8,226 | (4,127) | 4,558 |
| Restricted cash | 3 | — | 13 | — | 16 |
| Investments | 10,644 | 5,014 | 1,002 | (16,017) | 643 |
| Property, plant and equipment—net | — | 35 | 17,157 | — | 17,192 |
| Notes receivable from affiliates | 11 | 44 | 1,973 | (2,028) | — |
| Goodwill | — | — | 542 | — | 542 |
| Regulatory assets—net | — | — | 1,826 | — | 1,826 |
| Commodity contract assets | 7 | — | 338 | — | 338 |
| Cash flow hedge and other derivative assets | 7 | — | 68 | — | 75 |
| Accumulated deferred income taxes | 147 | 428 | — | (575) | — |
| Other noncurrent assets | 145 | — | 252 | (48) | 349 |
| Total assets | $10,971 | $5,966 | $31,397 | $(22,795) | $25,539 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings | $ — | $ — | $ 798 | $ — | $ 798 |
| Advances from affiliates | 1,431 | — | — | (1,431) | — |
| Long-term debt due currently | 732 | 13 | 505 | — | 1,250 |
| Trade accounts payable—nonaffiliates | 5 | — | 1,222 | (201) | 1,026 |
| Accounts payable to affiliates | 537 | — | — | (537) | — |
| Notes payable to affiliates | 1,873 | — | 32 | (1,905) | — |
| Commodity contract liabilities | — | — | 1,481 | — | 1,481 |
| Cash flow hedge and other derivative liabilities | 15 | — | 260 | — | 275 |
| Margin deposits related to commodity positions | — | — | 357 | — | 357 |
| Accumulated deferred income taxes | 14 | — | — | (14) | — |
| Other current liabilities | 265 | 83 | 854 | (39) | 1,163 |
| Total current liabilities | 4,872 | 96 | 5,509 | (4,127) | 6,350 |
| Accumulated deferred income taxes | — | — | 4,272 | (575) | 3,697 |
| Investment tax credits | — | — | 384 | — | 384 |
| Commodity contract liabilities | — | — | 516 | — | 516 |
| Cash flow hedge and other derivative liabilities | 47 | — | 44 | — | 91 |
| Regulatory liabilities | — | — | — | — | — |
| Notes or other liabilities due affiliates | 1,611 | — | 417 | (2,028) | — |
| Long-term debt, less amounts due currently | 3,842 | 230 | 7,260 | — | 11,332 |
| Other noncurrent liabilities and deferred credits | 124 | — | 2,594 | (24) | 2,694 |
| Total liabilities | 10,496 | 326 | 20,996 | (6,754) | 25,064 |
| Preferred securities of subsidiaries | — | — | 528 | (528) | — |
| Shareholders' equity | 475 | 5,640 | 9,873 | (15,513) | 475 |
| Total liabilities and shareholders' equity | $10,971 | $5,966 | $31,397 | $(22,795) | $25,539 |

Confidential

EFIHMW00208554

**PX 008**
**Page 433 of 501**

## 27. MERGER RELATED TRANSACTIONS (UNAUDITED)

*Overview*

On October 10, 2007, Energy Future Holdings Corp., a Texas corporation formerly known as TXU Corp., completed its Merger with Merger Sub, a wholly-owned subsidiary of Texas Energy Future Holdings Limited Partnership (Parent). As a result of the Merger, Energy Future Holdings Corp. became a wholly-owned subsidiary of Parent. Parent is controlled by investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and GS Capital Partners (collectively, the Sponsor Group).

The aggregate purchase price paid for all of the equity securities of TXU Corp. (on a fully-diluted basis) was approximately $32.4 billion, which purchase price was funded by the equity financing from the Sponsor Group and certain other investors and by the new credit facilities described below. These new credit facilities also funded the repayment of existing credit facilities as discussed below. The purchase amount is exclusive of costs directly associated with the Merger, including legal, consulting and other professional service fees and certain effects of the regulatory settlement discussed below.

The Merger is being accounted for under the purchase method of accounting whereby the total cost of the transaction is being allocated to Energy Future Holdings Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired is recorded as goodwill. The allocation of the purchase price to the net assets of Energy Future Holdings Corp. and the resulting goodwill determination are not yet final. The allocation is expected to result in a significant amount of goodwill, an increase in the carrying value of property, plant and equipment and deferred income tax liabilities as well as new identifiable intangible assets and liabilities. Reported earnings in the future will reflect increases in interest, depreciation and amortization expenses.

*TCEH Senior Secured Facilities*

*Overview*—In connection with the Merger, TCEH, as borrower, and US Holdings, have entered into a credit agreement, and related security and other agreements, with a group of lenders led by Citibank, N.A. that provides senior secured financing of up to $24.5 billion plus the amount of the TCEH Commodity Collateral Posting Facility (as defined below) (the TCEH Senior Secured Facilities), consisting of:

- a senior secured initial term loan facility (the TCEH Initial Term Loan Facility) in an aggregate principal amount of up to $16.45 billion;

- a senior secured delayed draw term loan facility in an aggregate principal amount of up to $4.1 billion (the TCEH Delayed Draw Term Loan Facility), of which $2.15 billion was drawn at the closing of the Merger;

- a senior secured letter of credit facility in an aggregate principal amount of up to $1.25 billion (the TCEH Letter of Credit Facility);

- a senior secured revolving credit facility in an aggregate principal amount of up to $2.7 billion (the TCEH Revolving Facility), which includes borrowing capacity available for letters of credit and for borrowings on same-day notice; and

- a senior secured cash posting credit facility (the TCEH Commodity Collateral Posting Facility) that is expected to fund the cash posting requirements for a significant portion of TCEH's long-term hedging program that is not otherwise secured by means of a first lien under the security arrangements described below. The amount drawn on this Facility on October 10, 2007 was $378 million as of October 10, 2007.

*Interest Rates and Fees*—Loans under the TCEH Senior Secured Facilities (other than the TCEH Commodity Collateral Posting Facility) bear interest at per annum rates equal to, at TCEH's option, (i) adjusted

F-131

Confidential

EFIHMW00208555

LIBOR plus 3.50% or (ii) a base rate (the higher of (1) the prime rate of Citibank, N.A. and (2) the federal funds effective rate plus 0.50%) plus 2.50%. There is a margin adjustment mechanism in relation to term loans, revolving loans and letters of credit commencing after delivery of the financial statements for the first full fiscal quarter ending after October 10, 2007, under which the applicable margins may be reduced based on leverage ratio targets to be determined.

A commitment fee is payable quarterly in arrears and upon termination at a rate per annum equal to 0.50% of the average daily unused portion of the TCEH Revolving Facility. The commitment fee will be subject to reduction, commencing after delivery of the financial statements for the first full fiscal quarter ending after October 10, 2007, based on leverage ratio targets to be determined.

A commitment fee is payable quarterly in arrears and upon termination on the undrawn portion of the commitments in respect of the TCEH Delayed Draw Term Loan Facility at a rate per annum equal to, prior to the first anniversary of October 10, 2007, 1.25% per annum, and thereafter, 1.50% per annum.

Letter of credit fees under the TCEH Revolving Facility are payable quarterly in arrears and upon termination at a rate per annum equal to the spread over adjusted LIBOR under the TCEH Revolving Facility, less the issuing bank's fronting fee.

TCEH will pay a fixed quarterly maintenance fee through maturity for having procured the TCEH Commodity Collateral Posting Facility regardless of actual borrowings under the facility. In addition, TCEH will pay interest at LIBOR on actual borrowed amounts under the TCEH Commodity Collateral Posting Facility which will be offset by interest earned on collateral deposits to counterparties, thereby making this facility largely a fixed cost facility regardless of utilization.

*Guarantees and Security—Guarantee.* The TCEH Senior Secured Facilities are unconditionally guaranteed jointly and severally on a senior secured basis, by US Holdings, TCEH and each existing and subsequently acquired or organized direct or indirect wholly-owned U.S. restricted subsidiary of TCEH (other than certain immaterial subsidiaries and other subsidiaries to be agreed upon), subject to certain other exceptions.

*Security—*The TCEH Senior Secured Facilities, including the guarantees thereof and certain commodity and other hedging and trading transactions, are secured by (a) substantially all of the assets of US Holdings, TCEH and TCEH's subsidiaries who are guarantors of such facilities as described above, and (b) pledges of the capital stock of TCEH and each material wholly-owned restricted subsidiary of TCEH directly owned by TCEH or any guarantor (limited in the case of pledges of capital stock of any foreign subsidiaries, to 65% of the capital stock of any first-tier material foreign subsidiary).

*Covenants—*The TCEH Senior Secured Facilities contain customary negative covenants, restricting, subject to certain exceptions, US Holdings, TCEH and TCEH's restricted subsidiaries from, among other things:

- incurring additional debt;
- incurring additional liens;
- entering into mergers and consolidations;
- sales of assets;
- dividends, redemptions or other distributions in respect of capital stock;
- acquisitions, investments, loans and advances; and
- payments and modifications of certain subordinated and other material debt.

In addition, the TCEH Senior Secured Facilities require that US Holdings, TCEH and their restricted subsidiaries maintain a maximum secured leverage ratio beginning on September 30, 2008 of 7.25 to 1.00 and observe certain customary reporting requirements and other affirmative covenants.

Confidential

EFIHMW00208556

*Maturity and Amortization*—The TCEH Initial Term Loan Facility is required to be repaid in equal quarterly installments beginning December 31, 2007 in an aggregate annual amount equal to 1% of the original principal amount of such facility, with the balance payable on October 10, 2014. The TCEH Delayed Draw Term Facility is required to be repaid in equal quarterly installments beginning on the last day of the first fiscal quarter to occur after October 10, 2009 in an aggregate annual amount equal to 1% of the actual principal outstanding under the TCEH Delayed Draw Term Loan Facility as of such date, with the balance payable on October 10, 2014. Amounts borrowed under the TCEH Revolving Facility may be reborrowed from time to time from and after the closing date until October 10, 2013. The TCEH Letter of Credit Facility will mature on October 10, 2014. The TCEH Commodity Collateral Posting Facility will mature on December 31, 2012.

*Events of Default* —The TCEH Senior Secured Facilities contain certain customary events of default for senior leveraged acquisition financings the occurrence of which would allow the lenders to accelerate all outstanding loans and terminate their commitments.

### Senior Unsecured Bridge Facility – TCEH

*Overview*—On October 10, 2007, US Holdings, TCEH and TCEH Finance, Inc, a Delaware corporation and wholly-owned subsidiary of TCEH (TCEH Finance and, together with TCEH, the Co-Borrowers), entered into senior unsecured credit facilities (TCEH Unsecured Bridge Facilities).

The TCEH Unsecured Bridge Facilities provide senior unsecured financing of $6.75 billion, consisting of a:

- $5.0 billion senior unsecured cash-pay term loan facility with a term of eight years (the TCEH Initial Cash-Pay Loans); and

- $1.75 billion senior unsecured toggle term loan facility with a term of nine years (the TCEH Initial Toggle Loans and, together with the TCEH Initial Cash-Pay Loans, the TCEH Initial Loans).

If any borrowings under the TCEH Unsecured Bridge Facilities remain outstanding on October 10, 2008, the lenders will have the option to exchange such TCEH Initial Loans for senior cash-pay notes (the TCEH Senior Cash-Pay Exchange Notes) or senior toggle notes (the TCEH Senior Toggle Exchange Notes and, together with the TCEH Senior Cash-Pay Exchange Notes, the TCEH Senior Exchange Notes), respectively, which the Co-Borrowers will issue under a senior indenture. The maturity date of any TCEH Initial Loans that are not exchanged for TCEH Senior Exchange Notes will automatically be extended to the October 10, 2015, in the case of the TCEH Initial Cash-Pay Loans and October 10, 2016 in the case of the TCEH Initial Toggle Loans. The TCEH Senior Cash-Pay Exchange Notes will mature on October 10, 2015, and the TCEH Senior Toggle Exchange Notes will mature on October 10, 2016. Holders of the TCEH Senior Exchange Notes will have registration rights.

*Interest Rate*—Subject to specified caps, borrowings under the TCEH Unsecured Bridge Facilities for the first six-month period from the closing of the TCEH Unsecured Bridge Facilities will bear interest at a rate equal to LIBOR plus (i) 325 basis points, in the case of the TCEH Initial Cash-Pay Loans and (ii) 350 basis points, in the case of the TCEH Initial Toggle Loans (in each case, the TCEH Initial Margin). Interest for the three-month period commencing at the end of the initial six-month period, subject to specified caps, shall be payable at prevailing LIBOR for the interest period plus the TCEH Initial Margin plus 50 basis points. Thereafter, subject to specified caps, interest will be increased by an additional 25 basis points at the beginning of each three-month period subsequent to the initial nine-month period, for so long as the TCEH Initial Loans are outstanding. If issued, the interest rate on the TCEH Senior Exchange Notes will be the same as the interest rate borne by the TCEH Initial Loans; provided, that if any TCEH Senior Exchange Notes are transferred by the lender to a third-party purchaser, the interest rate on those notes will be fixed at the interest rate in effect on the transfer date.

*Prepayments and Redemptions*—The Co-Borrowers will be required to make an offer to repay loans under the TCEH Unsecured Bridge Facilities and, following October 10, 2008, repurchase TCEH Senior Exchange

F-133

Confidential

Notes with net proceeds from specified asset sales. In addition, after any payments required to be made to repay the TCEH Unsecured Bridge Facilities, the Co-Borrowers will be required to offer to repay loans and. if issued, to repurchase the TCEH Senior Exchange Notes upon the occurrence of a change of control. Prior to October 10, 2008, the Co-Borrowers will also be required to prepay outstanding TCEH Initial Loans with the net proceeds of any refinancing debt.

The Co-Borrowers may voluntarily repay outstanding TCEH Initial Loans, in whole or in part, at their option at any time upon three business days' prior notice, at par plus accrued and unpaid interest and subject to, in the case of TCEH Initial Loans based on LIBOR, customary "breakage" costs with respect to such LIBOR loans, other than customary "breakage" costs with respect to LIBOR loans. The Co-Borrowers may optionally redeem the TCEH Senior Exchange Notes other than fixed-rate exchange notes, if issued, in whole or in part, at any time at par plus accrued and unpaid interest to the redemption date, provided that it also optionally prepays any outstanding TCEH Initial Loans on a pro rata basis.

If any TCEH Senior Exchange Note is sold by a lender to a third-party purchaser, and the interest rate on such TCEH Senior Exchange Note becomes fixed, such TCEH Senior Exchange Note will be non-callable until October 10, 2011, in the case of the TCEH Senior Cash-Pay Exchange Notes, and until October 10, 2012, in the case of the TCEH Senior Toggle Exchange Notes, subject to equity clawback and make-whole provisions consistent with those applicable to the notes offered hereby, and will be callable thereafter at a specified premium. The premium will decline ratably on each yearly anniversary of the date of such sale to zero two years prior to the final maturity date, in the case of the TCEH Senior Cash-Pay Exchange Notes, and one year, in the case of the TCEH Senior Toggle Exchange Notes.

*Guarantee*—All obligations under the TCEH Unsecured Bridge Facilities and, if the TCEH Senior Exchange Notes are issued, the senior indenture, are jointly and severally guaranteed on a senior basis by US Holdings and each of TCEH's domestic subsidiaries that guarantees obligations under the TCEH Senior Secured Facilities.

*Certain Covenants and Events of Default*—The TCEH Unsecured Bridge Facilities and the senior indenture contain a number of covenants that, among other things, restrict, subject to certain exceptions, the Co-Borrowers' ability to:

- incur additional indebtedness;
- create liens;
- engage in mergers or consolidations;
- sell or transfer assets and subsidiary stock;
- pay dividends and distributions or repurchase their capital stock;
- make certain investments, loans or advances;
- prepay certain indebtedness;
- enter into agreements that restrict the payment of dividends by subsidiaries or the repayment of intercompany loans and advances; and
- engage in certain transactions with affiliates.

In addition, the TCEH Unsecured Bridge Facilities and the senior indenture impose certain requirements as to future subsidiary guarantors. The TCEH Unsecured Bridge Facilities and the senior indenture also contain certain customary affirmative covenants consistent with those in the TCEH Senior Secured Facilities, to the extent applicable, and certain customary events of default.

F-134

Confidential

EFIHMW00208558

***Senior Unsecured Bridge Facility – Energy Future Holdings Corp.***

*Overview*—On October 10, 2007, in connection with the Merger and the repayment of certain existing indebtedness, Energy Future Holdings Corp. entered into senior unsecured credit facilities (Energy Future Holdings Corp. Unsecured Bridge Facilities).

Energy Future Holdings Corp.'s Unsecured Bridge Facilities provide senior unsecured financing of $4.5 billion, consisting of a:

- $2.0 billion senior unsecured cash-pay term loan facility with a term of ten years (Energy Future Holdings Corp. Initial Cash-Pay Loans); and

- $2.5 billion senior unsecured toggle term loan facility with a term of ten years (Energy Future Holdings Corp. Initial Toggle Loans and, together with Energy Future Holdings Corp. Initial Cash-Pay Loans, Energy Future Holdings Corp. Initial Loans).

If any borrowings under Energy Future Holdings Corp. Unsecured Bridge Facilities remain outstanding on October 10, 2008, the lenders will have the option at any time or from time to time to exchange such Energy Future Holdings Corp. Initial Loans for senior cash-pay notes (Energy Future Holdings Corp. Senior Cash-Pay Exchange Notes) or senior toggle notes (Energy Future Holdings Corp. Senior Toggle Exchange Notes and, together with Energy Future Holdings Corp. Senior Cash-Pay Exchange Notes, Energy Future Holdings Corp. Senior Exchange Notes) that Energy Future Holdings Corp. will issue under a senior indenture. The maturity date of any Energy Future Holdings Corp. Initial Loans that are not exchanged for Energy Future Holdings Corp. Senior Exchange Notes will automatically be extended to October 10, 2017. Energy Future Holdings Corp. Senior Exchange Notes will also mature on October 10, 2017. Holders of Energy Future Holdings Corp. Senior Exchange Notes will have registration rights.

*Interest Rate*—Subject to specified caps, borrowings under Energy Future Holdings Corp. Unsecured Bridge Facilities for the first six-month period from the closing of the TCEH Senior Secured Facilities will bear interest at a rate equal to LIBOR plus (i) 400 basis points, in the case of Energy Future Holdings Corp. Initial Cash-Pay Loans and (ii) 425 basis points, in the case of Energy Future Holdings Corp. Initial Toggle Loans (in each case, Energy Future Holdings Corp. Initial Margin). Interest for the three-month period commencing at the end of the initial six-month period, subject to specified caps, shall be payable at prevailing LIBOR for the interest period plus (A) Energy Future Holdings Corp. Initial Margin plus (B) 50 basis points. Thereafter, subject to specified caps, interest will be increased by an additional 25 basis points at the beginning of each three-month period subsequent to the initial nine-month period, for so long as Energy Future Holdings Corp. Initial Loans are outstanding. If issued, the interest rate on Energy Future Holdings Corp. Senior Exchange Notes will be the same as the interest rate borne by Energy Future Holdings Corp. Initial Loans; provided, that if any Energy Future Holdings Corp. Senior Exchange Notes are transferred by the lender to a third-party purchaser, the interest rate on those notes will be fixed at the interest rate in effect on the transfer date.

*Prepayments and Redemptions*—Energy Future Holdings Corp. will be required to make an offer to repay loans under Energy Future Holdings Corp. Unsecured Bridge Facilities and, following October 10, 2008, repurchase Energy Future Holdings Corp. Senior Exchange Notes with net proceeds from specified asset sales. In addition, after any payments required to be made to repay the TCEH Senior Secured Facilities, Energy Future Holdings Corp. will be required to offer to repay loans and, if issued, to repurchase Energy Future Holdings Corp. Senior Exchange Notes upon the occurrence of a change of control. Prior to October 10, 2008, Energy Future Holdings Corp. will also be required to prepay outstanding Energy Future Holdings Corp. Initial Loans with the net proceeds of any refinancing debt.

Energy Future Holdings Corp. may voluntarily repay outstanding Energy Future Holdings Corp. Initial Loans, in whole or in part, at its option at any time upon three business days' prior notice, at par plus accrued and unpaid interest and subject to, in the case of Energy Future Holdings Corp. Initial Loans based on LIBOR,

F-135

Confidential

EFIHMW00208559

customary "breakage" costs with respect to such LIBOR loans, other than customary "breakage" costs with respect to LIBOR loans. Energy Future Holdings Corp. may optionally redeem Energy Future Holdings Corp. Senior Exchange Notes other than fixed-rate exchange notes, if issued, in whole or in part, at any time at par plus accrued and unpaid interest to the redemption date, provided that it also optionally prepays any outstanding Energy Future Holdings Corp. Initial Loans on a pro rata basis.

If any Energy Future Holdings Corp. Senior Exchange Note is sold by a lender to a third-party purchaser, and the interest rate on such Energy Future Holdings Corp. Senior Exchange Note becomes fixed, such Energy Future Holdings Corp. Senior Exchange Note will be non-callable for the first four years from October 10, 2008, subject to equity clawback and make-whole provisions consistent with those applicable to the notes offered hereby, and will be callable thereafter at a specified premium. The premium will decline ratably on each yearly anniversary of the date of such sale to zero on October 10, 2015.

*Guarantee*—All obligations under Energy Future Holdings Corp. Unsecured Bridge Facilities and, if Energy Future Holdings Corp. Senior Exchange Notes are issued, the senior indenture are jointly and severally guaranteed on a senior unsecured basis by Intermediate Holding and US Holdings.

*Certain Covenants and Events of Default*—Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture contain a number of covenants that, among other things, restrict, subject to certain exceptions, Energy Future Holdings Corp.'s ability to:

- incur additional indebtedness;

- create liens;

- engage in mergers or consolidations;

- sell or transfer assets and subsidiary stock;

- pay dividends and distributions or repurchase its capital stock;

- make certain investments, loans or advances;

- prepay certain indebtedness;

- enter into agreements that restrict the payment of dividends by subsidiaries or the repayment of intercompany loans and advances; and

- engage in certain transactions with affiliates.

In addition, Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture impose certain requirements as to future subsidiary guarantors. Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture also contain certain customary affirmative covenants consistent with those in TCEH Senior Secured Facilities, to the extent applicable.

### Intercreditor Agreement

On October 10, 2007, in connection with the Merger, TCEH, US Holdings and the subsidiary guarantors under the TCEH Senior Secured Facilities entered into a Collateral Agency and Intercreditor Agreement (the Intercreditor Agreement) with Citibank, N.A., and four secured commodity hedge counterparties (Secured Commodity Hedge Counterparties).

The Intercreditor Agreement provides that the lien granted to the Secured Commodity Hedge Counterparties should rank pari passu with the lien granted to the secured parties under the TCEH Senior Secured Facilities on

F-136

Confidential

EFIHMW00208560

the collateral under the TCEH Senior Secured Facilities and the Secured Commodity Hedge Counterparties will be entitled to share, on a pro rata basis, in the proceeds of any liquidation of such collateral in connection with a foreclosure on such collateral in an amount provided in the TCEH Credit Agreement. The Intercreditor Agreement also provides that the Secured Commodity Hedge Counterparties will have voting rights with respect to any amendment or waiver of any provision of the Intercreditor Agreement that changes the priority of the Secured Commodity Hedge Counterparties' lien on such collateral relative to the priority of lien granted to the secured parties under the TCEH Senior Secured Facilities or the priority of payments to the Secured Commodity Hedge Counterparties upon a foreclosure and liquidation of such collateral relative to the priority of the lien granted to the secured parties under the TCEH Senior Secured Facilities.

### Revolving Credit Facility – Oncor

*Overview*—Oncor has entered into a revolving credit agreement (the Oncor Credit Agreement) to provide for a secured revolving credit facility in an aggregate principal amount of up to $2.0 billion (the Oncor Revolving Credit Facility).

*Interest Rates and Fees*—Loans under the Oncor Revolving Credit Facility bear interest at per annum rates equal to, at Oncor's option, (i) adjusted LIBOR plus a spread of 0.275% to 0.800% (which spread shall depend on the rating assigned to Oncor's senior secured debt) or (ii) a base rate (the higher of (1) the prime rate of JPMorgan Chase Bank, N.A. and (2) the federal funds effective rate plus 0.50%). Based on Oncor's current ratings, its LIBOR-based borrowings will bear interest at LIBOR plus 0.575%.

A facility fee is payable quarterly in arrears and upon termination or commitment reduction at a rate per annum equal to 0.100% to 0.200% (such spread shall depend on the rating assigned to Oncor's senior secured debt) of the commitments under the Oncor Revolving Credit Facility. Based on Oncor's current ratings, its facility fee will be 0.175%.

A utilization fee is payable quarterly in arrears and upon termination on the average daily amount outstanding (to the extent of borrowings in excess of 50% of the commitments) under the Oncor Revolving Credit Facility at a rate per annum equal to 1.25% per annum.

Letter of credit fees under the Oncor Revolving Credit Facility are payable quarterly in arrears and upon termination at a rate per annum equal to the spread over adjusted LIBOR under the Oncor Revolving Credit Facility, less the issuing bank's fronting fee.

*Security*—The Oncor Revolving Credit Facility, including hedging transactions, will be secured, on a post-closing basis, by certain of Oncor's assets used in connection with its the transmission and distribution business.

*Covenants*—The Oncor Revolving Credit Facility contains customary covenants for facilities of this type, restricting, subject to certain exceptions, Oncor and its subsidiaries from, among other things:

- incurring additional liens;
- entering into mergers and consolidations;
- sales of substantial assets; and
- acquisitions and investments in subsidiaries.

In addition, the Oncor Revolving Credit Facility requires that Oncor maintain a maximum consolidated senior debt to capitalization ratio of 0.65 to 1.00 and observe certain customary reporting requirements and other affirmative covenants.

F-137

Confidential

EFIHMW00208561

PX 008
Page 440 of 501

*Maturity*—Amounts borrowed under the Oncor Revolving Credit Facility may be reborrowed from time to time from and after October 10, 2007 until October 10, 2013.

*Events of Default*—The Oncor Revolving Credit Facility contains certain customary events of default for facilities of this type the occurrence of which would allow the lenders to accelerate all outstanding loans and terminate their commitments.

#### TXU Receivables Program

Also in connection with the Merger, the accounts receivable securitization program was amended. Concurrently, the financial institutions required that Oncor Electric Delivery repurchase all of the receivables it had previously sold to TXU Receivables Company totaling $113 million, which amount was refinanced by the Oncor Electric Delivery Revolving Facility.

#### Repayment of Existing Credit Facilities

On October 10, 2007, in connection with the Merger, TCEH and Oncor repaid in full all outstanding borrowings totaling $2.4 billion, together with interest and all other amounts due in connection with such repayment under the $6.5 billion of existing credit facilities. TCEH and Oncor also repaid floating rate senior notes with an aggregate principal amount of $1.0 billion and $800 million, respectively. (See Note 8).

#### Management Agreement

On October 10, 2007, in connection with the Merger, Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Lehman Brothers Inc. entered into a management agreement with Energy Future Holdings Corp. (the Management Agreement). pursuant to which affiliates of the investors will provide management, consulting, financial and other advisory services to Energy Future Holdings Corp. Pursuant to the Management Agreement, the Sponsor Group is entitled to receive an aggregate annual management fee of $35.0 million, which amount will increase 2% annually, and reimbursement of out-of-pocket expenses incurred in connection with the provision of services pursuant to the Management Agreement. The Management Agreement will continue in effect from year to year, unless terminated upon a change of control of Energy Future Holdings Corp. or in connection with an initial public offering of Energy Future Holdings Corp. or if the parties mutually agree to terminate the Management Agreement. Pursuant to the Management Agreement, the Sponsor Group is also entitled to receive aggregate transaction fees of $300 million in connection with certain services provided in connection with the Merger and related transactions. In addition, the Management Agreement provides that the Sponsor Group will be entitled to receive a fee equal to a percentage of the gross transaction value in connection with certain subsequent financing, acquisition, disposition, merger combination and change of control transactions, as well as a termination fee based on the net present value of future payment obligations under the Management Agreement in the event of an initial public offering or under certain other circumstances.

#### Tax Sharing Agreement

In connection with the Merger, on October 10, 2007, Oncor, Oncor Holdings and Energy Future Holdings Corp. entered into a tax sharing agreement stating that, among other things, the allocation of tax liability to each of Oncor Holdings and Oncor will occur substantially as if these entities were stand-alone corporations and will require tax payments determined on that basis (without duplication for taxes paid by a subsidiary of Oncor or Oncor Holdings).

#### Oncor Limited Liability Company Agreement

In connection with the Merger, Oncor was converted from a Texas corporation to a Delaware limited liability company under the laws of the States of Texas and Delaware and entered into a limited liability

F-138

Confidential

EFIHMW00208562

company agreement (as amended, the Oncor LLC Agreement). The Oncor LLC Agreement provides that the independent directors of Oncor (who must comprise a majority of the members of Oncor's board of directors), acting by majority vote, shall have the authority to prevent Oncor from making any distribution if they determine that it is in Oncor's best interests to retain such amounts to meet expected future requirements (including continued compliance with the debt-to-equity ratio established from time to time by the Public Utility Commission of the State of Texas for ratemaking purposes). The Oncor LLC Agreement also provides that the Board of Directors of Oncor shall not distribute any amounts to Oncor's member(s) to the extent that the Board of Directors of Oncor determines in good faith that it is necessary to retain such amounts to meet expected future requirements of the applicable entity. In addition to such restrictions on distributions, the Oncor LLC Agreement contains certain separateness provisions that require Oncor to conduct its activities separate and distinct from the activities of Energy Future Holdings Corp. and its other subsidiaries, including, without limitation, holding itself out as a separate legal entity.

### Tender Offers and Consent Solicitations

On September 25, 2007, Energy Future Holdings Corp. commenced offers to purchase and consent solicitations with respect to $1.0 billion in aggregate principal amount of Energy Future Holdings Corp.'s outstanding 4.80% Series O Senior Notes due 2009, $250 million in aggregate principal amount of TCEH's outstanding 6.125% Senior Notes due 2008 and $1.0 billion in aggregate principal amount of TCEH's outstanding 7.000% Senior Notes due 2013. On the closing date of the Merger, Energy Future Holdings Corp. purchased an aggregate of $996 million, $247 million and $995 million of these notes, respectively.

### Oncor Agreement in Principle with Stakeholders and PUCT Staff

On October 5, 2007, Oncor and Texas Energy Future Holdings Limited Partnership (TEF) reached an agreement in principle with major interested parties to resolve all outstanding issues in the PUCT review related to the proposed merger of TXU Corp. with Merger Sub including the outstanding rate case. TEF was formed by a group of investors led by Kohlberg Kravis Roberts & Co. (KKR) and Texas Pacific Group (TPG) to facilitate the merger. The agreement which was filed with the PUCT, was conditional upon the completion of the Merger and is subject to approval by the PUCT.

In addition to commitments Oncor made in its filings in the PUCT review, the stipulated agreement includes the following provisions, among others:

- Oncor will agree to $72 million in rate refunds, which is intended for all retail customers in its service territory, which will be requested by the parties to the settlement agreement. It is the intent of the parties to the agreement that the benefits of the credit flow directly to consumers, rather than to retail electric providers.

- The PUCT will dismiss Oncor's pending rate case. Consistent with its existing agreement with the cities it serves, Oncor will file a system-wide rate case no later than July 1, 2008 based on a test-year ended December 31, 2007.

- Oncor will write off regulatory assets of approximately $56 million related to storm costs and 2002 restructuring expenses.

- TEF and Oncor will limit the dividends paid by Oncor through December 31, 2012, to an amount not to exceed Oncor's net income (determined in accordance with GAAP), subject to certain defined adjustments.

- Oncor will commit to minimum capital spending of $3.6 billion over the five-year period ending December 31, 2012, subject to certain defined conditions.

- Oncor will commit to $100 million in spending over the five-year period ending December 31, 2012 on demand side management or other energy efficiency initiatives. This spending will not be recoverable in rates.

Confidential

EFIHMW00208563

**PX 008**
**Page 442 of 501**

### REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Shareholder of Oncor Electric Delivery Company LLC:

We have reviewed the accompanying condensed consolidated balance sheet of Oncor Electric Delivery Company (now known as Oncor Electric Delivery Company LLC) and subsidiary (the "Company") as of June 30, 2007, and the related condensed consolidated statements of consolidated income and comprehensive income for the three-month and six-month periods ended June 30, 2007 and 2006, and of cash flows for the six-month periods ended June 30, 2007 and 2006. These interim financial statements are the responsibility of the Company's management.

We conducted our reviews in accordance with the standards of the Public Company Accounting Oversight Board (United States). A review of interim financial information consists principally of applying analytical procedures and making inquiries of persons responsible for financial and accounting matters. It is substantially less in scope than an audit conducted in accordance with the standards of the Public Company Accounting Oversight Board (United States), the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

Based on our reviews, we are not aware of any material modifications that should be made to such condensed consolidated interim financial statements for them to be in conformity with accounting principles generally accepted in the United States of America.

We have previously audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheet of the Company as of December 31, 2006, and the related statements of consolidated income, comprehensive income, shareholder's equity and cash flows for the year then ended (not presented herein); and in our report dated March 1, 2007 (October 16, 2007 as to Note 17), we expressed an unqualified opinion on those consolidated financial statements. In our opinion, the information set forth in the accompanying condensed consolidated balance sheet as of December 31, 2006 is fairly stated, in all material respects, in relation to the consolidated balance sheet from which it has been derived.

/s/ Deloitte & Touche LLP

Dallas, Texas
August 9, 2007
(October 16, 2007 as to Note 12)

Confidential

EFIHMW00208564

**PX 008**
**Page 443 of 501**

## ONCOR ELECTRIC DELIVERY COMPANY
### CONDENSED STATEMENTS OF CONSOLIDATED INCOME
#### (Unaudited)

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| | | (millions of dollars) | | |
| Operating revenues: | | | | |
| Affiliated .................................................. | $232 | $284 | $ 497 | $ 551 |
| Nonaffiliated ............................................... | 350 | 320 | 698 | 615 |
| Total operating revenues ................................... | 582 | 604 | 1,195 | 1,166 |
| Operating expenses: | | | | |
| Operation and maintenance ................................. | 215 | 201 | 413 | 404 |
| Depreciation and amortization .............................. | 114 | 117 | 233 | 231 |
| Income taxes .............................................. | 29 | 44 | 72 | 67 |
| Taxes other than income ................................... | 95 | 94 | 191 | 191 |
| Total operating expenses ................................... | 453 | 456 | 909 | 893 |
| Operating income .......................................... | 129 | 148 | 286 | 273 |
| Other income and deductions: | | | | |
| Other income (Note 11) .................................... | 1 | — | 3 | 1 |
| Other deductions (Note 11) ................................ | 11 | 2 | 21 | 4 |
| Nonoperating income taxes ................................. | 1 | 2 | 4 | 8 |
| Interest income ............................................ | 14 | 14 | 29 | 29 |
| Interest expense and related charges (Note 11) ............. | 78 | 72 | 154 | 140 |
| Net income ................................................ | $ 54 | $ 86 | $ 139 | $ 151 |

See Notes to Financial Statements.

F-141

Confidential

EFIHMW00208565

**ONCOR ELECTRIC DELIVERY COMPANY**

**CONDENSED STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME**
**(Unaudited)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | **2007** | **2006** | **2007** | **2006** |
| | | (millions of dollars) | | |
| Net income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $54 | $86 | $139 | $151 |
| Other comprehensive income, net of tax effects: | | | | |
| Cash flow hedges—derivative value net losses reported in net income that relate to hedged transactions recognized in the period (net of tax expense of $— in all periods) . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — | 1 |
| Comprehensive income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $54 | $86 | $139 | $152 |

See Notes to Financial Statements.

F-142

Confidential

EFIHMW00208566

## ONCOR ELECTRIC DELIVERY COMPANY

### CONDENSED STATEMENTS OF CONSOLIDATED CASH FLOWS
#### (Unaudited)

|  | Six Months Ended June 30, | |
|---|---|---|
|  | 2007 | 2006 |
|  | (millions of dollars) | |
| Cash flows—operating activities: | | |
| Net income | $ 139 | $ 151 |
| Adjustments to reconcile net income to cash provided by operating activities: | | |
| Depreciation and amortization | 233 | 229 |
| Deferred income taxes and investment tax credits—net | 1 | (10) |
| Net gains on sale of assets | (3) | — |
| Stock-based incentive compensation expense | 2 | 2 |
| Other, net | 3 | 4 |
| Changes in operating assets and liabilities | (65) | (268) |
| Cash provided by operating activities | 310 | 108 |
| Cash flows—financing activities: | | |
| Issuance of long-term debt | 800 | — |
| Retirements of long-term debt | (48) | (47) |
| Changes in short-term borrowings | (518) | 541 |
| Dividend to parent | (176) | (170) |
| Net increase in advances from parent | 9 | 3 |
| Decrease in income tax-related note receivable from Texas Competitive Holdings | 15 | 22 |
| Debt premium, discount, financing and reacquisition expenses—net | (7) | (2) |
| Cash provided by financing activities | 75 | 347 |
| Cash flows—investing activities: | | |
| Capital expenditures | (382) | (452) |
| Cost to remove retired property | (16) | (22) |
| Proceeds from sale of assets | 4 | 1 |
| Other | 9 | 4 |
| Cash used in investing activities | (385) | (469) |
| Net change in cash and cash equivalents | — | (14) |
| Cash and cash equivalents—beginning balance | 1 | 15 |
| Cash and cash equivalents—ending balance | $ 1 | $ 1 |

See Notes to Financial Statements.

F-143

Confidential

EFIHMW00208567

## ONCOR ELECTRIC DELIVERY COMPANY
### CONDENSED CONSOLIDATED BALANCE SHEETS
#### (Unaudited)

|  | June 30, 2007 | December 31, 2006 |
|---|---|---|
|  | (millions of dollars) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 1 | $ 1 |
| Restricted cash | 52 | 55 |
| Trade accounts receivable from nonaffiliates—net (Note 4) | 137 | 101 |
| Trade accounts and other receivables from affiliates | 184 | 192 |
| Materials and supplies inventories—at average cost | 69 | 76 |
| Accumulated deferred income taxes (Note 2) | 39 | 23 |
| Prepayments | 90 | 68 |
| Other current assets | 11 | 1 |
| Total current assets | 583 | 517 |
| Investments and other property | 93 | 93 |
| Property, plant and equipment—net | 7,847 | 7,608 |
| Note receivable due from Texas Competitive Holdings (Note 10) | 307 | 323 |
| Regulatory assets—net (Note 3) | 1,935 | 2,028 |
| Other noncurrent assets | 184 | 140 |
| Total assets | $10,949 | $10,709 |
| **LIABILITIES AND SHAREHOLDER'S EQUITY** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 5) | $ 155 | $ 673 |
| Advances from parent | 33 | 24 |
| Long-term debt due currently (Note 6) | 298 | 297 |
| Trade accounts payable | 116 | 91 |
| Accrued income taxes payable to parent | 21 | 31 |
| Accrued taxes other than income | 79 | 144 |
| Accrued interest | 74 | 73 |
| Customers' deposits | 26 | 8 |
| Other current liabilities | 68 | 58 |
| Total current liabilities | 870 | 1,399 |
| Accumulated deferred income taxes (Note 2) | 1,419 | 1,461 |
| Investment tax credits | 50 | 52 |
| Long-term debt, less amounts due currently (Note 6) | 4,562 | 3,811 |
| Other noncurrent liabilities and deferred credits | 1,101 | 1,011 |
| Total liabilities | 8,002 | 7,734 |
| Contingencies (Note 7) | | |
| Shareholder's equity (Note 8) | | |
| Common stock without par value: | | |
| Authorized shares—100,000,000 shares; | | |
| Outstanding shares: 48,864,775 at June 30, 2007 and December 31, 2006 | 2,004 | 1,986 |
| Retained earnings | 962 | 1,008 |
| Accumulated other comprehensive loss | (19) | (19) |
| Total shareholder's equity | 2,947 | 2,975 |
| Total liabilities and shareholder's equity | $10,949 | $10,709 |

See Notes to Financial Statements.

F-144

Confidential

EFIHMW00208568

## ONCOR ELECTRIC DELIVERY COMPANY

### NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
#### (Unaudited)

**1. SIGNIFICANT ACCOUNTING POLICIES AND BUSINESS**

*Description of Business*—Oncor Electric Delivery, formerly known as TXU Electric Delivery, is a wholly-owned subsidiary of Energy Future Holdings Corp. (formerly known as TXU Corp.) While Oncor Electric Delivery is a wholly-owned subsidiary of Energy Future Holdings Corp., Oncor Electric Delivery is a separate legal entity from Energy Future Holdings Corp. and all of its other affiliates with its own assets and liabilities. Oncor Electric Delivery is a regulated electricity transmission and distribution company principally engaged in providing delivery services to REPs that sell power in the north-central, eastern and western parts of Texas. A significant portion of Oncor Electric Delivery's revenues represent fees for delivery services provided to Texas Competitive Holdings. Distribution revenues from Texas Competitive Holdings represented 47% of Oncor Electric Delivery's distribution revenues and 41% of Oncor Electric Delivery's total revenues for the six months ended June 30, 2007.

Oncor Electric Delivery's consolidated financial statements include its wholly-owned, bankruptcy-remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC. Oncor Electric Delivery Transition Bond Company LLC was organized for the limited purpose of issuing securitization (transition) bonds to recover generation-related regulatory asset stranded costs and other qualified costs.

On February 25, 2007, Energy Future Holdings Corp. entered into a Merger Agreement under which an investor group led by Kohlberg Kravis Roberts & Co. and Texas Pacific Group (Sponsors) is expected to acquire Energy Future Holdings Corp. if the relevant conditions to closing are satisfied (Proposed Merger).

Oncor Electric Delivery is managed as an integrated business; therefore, there are no reportable business segments.

*Basis of Presentation*—The condensed consolidated financial statements of Oncor Electric Delivery have been prepared in accordance with US GAAP and on the same basis as the audited financial statements included in its 2006 Form 10-K with the exception of the adoption of FIN 48. All adjustments (consisting of normal recurring accruals) necessary for a fair presentation of the results of operations and financial position have been included therein. All intercompany items and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in annual consolidated financial statements prepared in accordance with US GAAP have been omitted pursuant to the rules and regulations of the SEC. Because the condensed consolidated interim financial statements do not include all of the information and footnotes required by US GAAP, they should be read in conjunction with the audited financial statements and related notes included in the 2006 Form 10-K. The results of operations for an interim period may not give a true indication of results for a full year. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated.

*Use of Estimates*—Preparation of Oncor Electric Delivery's financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including mark-to-market valuations. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Changes in Accounting Standards*—Effective January 1, 2007, Oncor Electric Delivery adopted FIN 48 as required. FIN 48 provides clarification of SFAS 109 with respect to the recognition of income tax benefits of uncertain tax positions in the financial statements. See Note 2 for the impacts of adopting FIN 48 and required disclosures.

F-145

Confidential

EFIHMW00208569

## 2. ADOPTION OF NEW INCOME TAX ACCOUNTING RULES (FIN 48)

FIN 48 requires that each tax position be reviewed and assessed with recognition and measurement of the tax benefit based on a "more-likely-than-not" standard with respect to the ultimate outcome, regardless of whether this assessment is favorable or unfavorable. Oncor Electric Delivery has completed its review and assessment of uncertain tax positions and in the quarter ended March 31, 2007 recorded a net charge to retained earnings and an increase to noncurrent liabilities of $9 million in accordance with the new accounting rule.

Energy Future Holdings Corp. and its subsidiaries file income tax returns in US federal, state and foreign jurisdictions and are subject to examinations by the IRS and other taxing authorities. Examinations of income tax returns filed by Energy Future Holdings Corp. and any of its subsidiaries for the years ending prior to January 1, 1997, with few exceptions, are complete. Texas franchise tax returns for the years 2002 to 2006 have not been examined.

As expected, the IRS has completed examining Energy Future Holdings Corp.'s US income tax returns for the years 1997 through 2002, and proposed adjustments were received in July 2007. Energy Future Holdings Corp. plans to appeal the proposed adjustments in the third quarter of 2007. The proposed adjustments received from the IRS with respect to the 1997-2002 income tax returns do not materially affect Oncor Electric Delivery's assessment of uncertain tax positions as reflected in the amounts recorded upon adoption of FIN 48.

For Oncor Electric Delivery, the total amount of benefits taken on income tax returns that do not qualify for financial statement recognition under FIN 48 totaled $77 million as of June 30, 2007. the substantial majority of which represents amounts that have been accounted for as noncurrent liabilities instead of deferred income tax liabilities, of this amount, $13 million would increase earnings if recognized. The balance sheet at June 30, 2007 reflects a reclassification of $64 million from accumulated deferred income tax liabilities to other noncurrent liabilities recorded in the first quarter of 2007.

Oncor Electric Delivery classifies interest and penalties related to unrecognized tax benefits as income tax expense. As of June 30, 2007, noncurrent liabilities included a total of $9 million in accrued interest. The amount of interest included in income tax expense for the three and six months ended June 30, 2007 totaled $1 million and $2 million after-tax, respectively.

Oncor Electric Delivery does not expect that the total amount of unrecognized tax benefits for the positions included as of the date of the adoption will significantly increase or decrease within the next 12 months.

## 3. REGULATORY ASSETS AND LIABILITIES

### Regulatory Assets and Liabilities—

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| **Regulatory assets** | | |
| Generation-related regulatory assets securitized by transition bonds | $1,246 | $1,316 |
| Employee retirement costs | 451 | 461 |
| Storm-related service recovery costs | 142 | 138 |
| Securities reacquisition costs | 108 | 112 |
| Recoverable deferred income taxes—net | 90 | 90 |
| Employee severance costs | 42 | 44 |
| Total regulatory assets | 2,079 | 2,161 |
| **Regulatory liabilities** | | |
| Investment tax credit and protected excess deferred taxes | 61 | 63 |
| Over-collection of securitization (transition) bond revenues | 34 | 34 |
| Nuclear decommissioning cost over-recovery | 26 | 17 |
| Other regulatory liabilities | 23 | 19 |
| Total regulatory liabilities | 144 | 133 |
| Net regulatory assets | $1,935 | $2,028 |

F-146

Confidential

EFIHMW00208570

Regulatory assets totaling $121 million have been reviewed and approved by the Commission and are earning a return. The unamortized amounts of these regulatory assets reflected in the above table totaled $97 million at June 30, 2007 and $100 million at December 31, 2006. The assets that have been approved by the Commission and are not earning a return totaled $1.275 billion at June 30, 2007 and $1.343 billion at December 31, 2006, and have a remaining recovery period of nine to 44 years, including the regulatory assets securitized by transition bonds that have a remaining recovery period of nine years.

## 4. TRADE ACCOUNTS RECEIVABLE AND SALE OF RECEIVABLES PROGRAM

*Sale of Receivables*—Oncor Electric Delivery participates in an accounts receivable securitization program established by Energy Future Holdings Corp. for certain of its subsidiaries, the activity under which is accounted for as a sale of accounts receivable in accordance with SFAS 140. Under the program, Oncor Electric Delivery sells trade accounts receivable to TXU Receivables Company, a consolidated wholly-owned bankruptcy-remote direct subsidiary of Energy Future Holdings Corp., which sells undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions (the funding entities). The current program is subject to renewal in June 2008.

The maximum amount currently available under the program to all Energy Future Holdings Corp. subsidiary participants (originators) is $700 million, and the program funding was $527 million as of June 30, 2007. The program funding to Oncor Electric Delivery totaled $86 million as of June 30, 2007. Under certain circumstances, the amount of customer deposits held by the originators can reduce the amount of undivided interests that can be sold, thus reducing funding available under the program. Total funding availability under the program is reduced by 100% of the originators' customer deposits if Texas Competitive Holdings' fixed charge coverage ratio is less than 2.5 times; 50% if Texas Competitive Holdings' coverage ratio is less than 3.25 times, but at least 2.5 times; and zero percent if Texas Competitive Holdings' coverage ratio is 3.25 times or more. The originators' customer deposits, which totaled $119 million, did not affect funding availability at that date as Texas Competitive Holdings' coverage ratio was in excess of 3.25 times.

All new trade receivables under the program generated by Oncor Electric Delivery are continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Changes in the amount of funding under the program, through changes in the amount of undivided interests sold by TXU Receivables Company, reflect seasonal variations in the level of accounts receivable, changes in collection trends as well as other factors such as changes in delivery fees and volumes. TXU Receivables Company has issued subordinated notes payable to Oncor Electric Delivery for the difference between the face amount of the uncollected accounts receivable purchased, less a discount, and cash paid to Oncor Electric Delivery that was funded by the sale of the undivided interests. The balance of the subordinated notes issued to Oncor Electric Delivery, which is reported in trade accounts receivable, was $95 million and $52 million at June 30, 2007 and December 31, 2006, respectively.

The discount from face amount on the purchase of receivables principally funds program fees paid by TXU Receivables Company to the funding entities. The discount also funds a servicing fee paid by TXU Receivables Company to TXU Business Services Company, a direct subsidiary of Energy Future Holdings Corp., but the amounts are immaterial. The program fees, referred to as losses on sale of the receivables under SFAS 140, consist primarily of interest costs on the underlying financing and totaled $4 million and $3 million for the six month periods ending June 30, 2007 and 2006, respectively, and averaged 6.4% and 5.4% (on an annualized basis) of the funding under the program for the six month periods ending June 30, 2007 and 2006, respectively. These fees represent essentially all the net incremental costs of the program to Oncor Electric Delivery and are reported in operation and maintenance expenses.

The accounts receivable balance reported in the June 30, 2007 consolidated balance sheet has been reduced by $181 million face amount of trade accounts receivable from nonaffiliates sold to TXU Receivables Company, partially offset by the inclusion of $95 million of subordinated notes receivable from TXU Receivables

Confidential

EFIHMW00208571



Company. Funding under the program remained flat at $86 million for the six month period ended June 30, 2007 and increased $3 million to $92 million for the six month period ended June 30, 2006. Funding increases or decreases under the program are reflected as operating cash flow activity in the statement of cash flows. The carrying amount of the retained interests in the accounts receivable balance approximated fair value due to the short-term nature of the collection period.

Activities of TXU Receivables Company related to Oncor Electric Delivery were as follows:

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2007 | 2006 |
| Cash collections on accounts receivable | $ 702 | $ 567 |
| Face amount of new receivables purchased | (745) | (579) |
| Discount from face amount of purchased receivables | 4 | 3 |
| Program fees paid | (4) | (3) |
| Increase in subordinated notes payable | 43 | 9 |
| Operating cash flows provided to Oncor Electric Delivery under the program | $ — | $ (3) |

Upon termination of the program, cash flows would be delayed as collections of sold receivables would be used by TXU Receivables Company to repurchase the undivided interests from the funding entities instead of purchasing new receivables. The level of cash flows would normalize in approximately 16 to 30 days.

***Contingencies Related to Sale of Receivables Program***—Although TXU Receivables Company expects to be able to pay its subordinated notes from the collections of purchased receivables, these notes are subordinated to the undivided interests of the financial institutions in those receivables, and collections might not be sufficient to pay the subordinated notes. The program may be terminated if either of the following events occurs:

     1) all of the originators cease to maintain their required fixed charge coverage ratio and debt to capital (leverage) ratio; or

     2) the delinquency ratio (delinquent for 31 days) for the sold receivables, the default ratio (delinquent for 91 days or deemed uncollectible), the dilution ratio (reductions for discounts, disputes and other allowances) or the days collection outstanding ratio exceed stated thresholds and the financial institutions do not waive such event of termination. The thresholds apply to the entire portfolio of sold receivables, not separately to the receivables of each originator.

***Trade Accounts Receivable***—

| | June 30, 2007 | December 31, 2006 |
| --- | --- | --- |
| Gross trade accounts receivable | $ 376 | $ 347 |
| Trade accounts receivable from Texas Competitive Holdings | (147) | (155) |
| Undivided interests in accounts receivable sold by TXU Receivables Company | (181) | (138) |
| Subordinated notes receivable from TXU Receivables Company | 95 | 52 |
| Allowance for uncollectible accounts related to undivided interests in receivables retained | (6) | (5) |
| Trade accounts receivable from nonaffiliates—net | $ 137 | $ 101 |

Gross trade accounts receivable at June 30, 2007 and December 31, 2006 included unbilled revenues of $131 million and $118 million, respectively.

F-148

Confidential

EFIHMW00208572

Allowances related to receivables sold are reported in other current liabilities and totaled $1 million at both June 30, 2007 and December 31, 2006.

## 5. SHORT-TERM FINANCING

*Short-term Borrowings*—At June 30, 2007 and December 31, 2006, the outstanding short-term borrowings of Oncor Electric Delivery consisted of the following:

|  | At June 30, 2007 | | At December 31, 2006 | |
|---|---|---|---|---|
|  | Outstanding Amount | Interest Rate[a] | Outstanding Amount | Interest Rate[a] |
| Bank borrowings ........................................ | $155 | 5.87% | $ — | — |
| Commercial paper ....................................... | — | — | 673 | 5.53% |
| Advances from parent .................................. | 33 | 6.02% | 24 | 5.65% |
| Total ....................................................... | $188 | | $697 | |

(a)  Weighted average interest rate at the end of the period.

Under the commercial paper program, Oncor Electric Delivery may issue up to $1.0 billion of commercial paper. At June 30, 2007, Texas Competitive Holdings and Oncor Electric Delivery had no commercial paper outstanding. The program is effectively supported by existing credit facilities although there is no contractual obligation under the program to maintain equivalent availability under existing credit facilities.

*Credit Facilities*—At June 30, 2007, Oncor Electric Delivery had access directly or through its affiliates to credit facilities with the following terms:

|  |  | At June 30, 2007 | | | |
|---|---|---|---|---|---|
| Authorized Borrowers | Maturity Date | Facility Limit | Letters of Credit | Cash Borrowings | Availability |
| Texas Competitive Holdings ................. | February 2008 | $1,500 | $ — | $ — | $1,500 |
| Texas Competitive Holdings, Oncor Electric Delivery ............................. | June 2008 | 1,400 | 512 | 765 | 123 |
| Texas Competitive Holdings, Oncor Electric Delivery ............................. | August 2008 | 1,000 | — | 495 | 505 |
| Texas Competitive Holdings, Oncor Electric Delivery ............................. | March 2010 | 1,600 | 248 | 815 | 537 |
| Texas Competitive Holdings, Oncor Electric Delivery ............................. | June 2010 | 500 | 5 | 230 | 265 |
| Texas Competitive Holdings ................. | December 2009 | 500 | 455 | 45 | — |
| Total ..................................... | | $6,500 | $1,220 | $2,350 | $2,930 |

The maximum amount Texas Competitive Holdings and Oncor Electric Delivery can directly access under the facilities is $6.5 billion and $3.6 billion, respectively. These facilities may be used for working capital and general corporate purposes, including providing support for issuances of commercial paper and for issuing letters of credit. All letters of credit under the credit facilities as of June 30, 2007 are the obligations of Texas Competitive Holdings. At June 30, 2007, Texas Competitive Holdings and Oncor Electric Delivery had $2.195 billion and $155 million in outstanding cash borrowings, respectively.

Availability under these facilities as of June 30, 2007 declined $2.4 billion from December 31, 2006.

On March 1, 2007, a $1.5 billion Texas Competitive Holdings facility maturing in May 2007 was terminated and replaced with a new 364-day facility with terms comparable to the existing facilities. The new credit facility

Confidential

EFIHMW00208573

**PX 008**
**Page 452 of 501**

may only be drawn upon if the $1.0 billion credit facility maturing in August 2008 is fully drawn. The facility matures in February 2008 but will terminate earlier on any date Texas Competitive Holdings issues any debt (excluding pollution control revenue bonds and commercial paper) or preferred equity securities or enters into any credit facilities.

Pursuant to Commission rules, availability under the credit facilities is further reduced by $125 million to provide liquidity to permit Texas Competitive Holdings to return retail customer deposits, if necessary.

### 6. LONG-TERM DEBT

*Long-term debt*—At June 30, 2007 and December 31, 2006, long-term debt of Oncor Electric Delivery consisted of the following:

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| **Oncor Electric Delivery** | | |
| 6.375% Fixed Senior Notes due May 1, 2012 | $ 700 | $ 700 |
| 7.000% Fixed Senior Notes due May 1, 2032 | 500 | 500 |
| 6.375% Fixed Senior Notes due January 15, 2015 | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 | 350 | 350 |
| 5.000% Fixed Debentures due September 1, 2007 | 200 | 200 |
| 7.000% Fixed Debentures due September 1, 2022 | 800 | 800 |
| 5.735% Floating Senior Notes due September 16, 2008[a] | 800 | — |
| Unamortized discount | (16) | (16) |
| Total Oncor Electric Delivery | 3,834 | 3,034 |
| **Oncor Electric Delivery Transition Bond Company LLC:[b]** | | |
| 2.260% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2007 | — | 8 |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 | 109 | 122 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 | 130 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 | 145 | 145 |
| 3.520% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2009 | 131 | 158 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 | 221 | 221 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 | 290 | 290 |
| Total Oncor Electric Delivery Transition Bond Company LLC | 1,026 | 1,074 |
| Total Oncor Electric Delivery consolidated | 4,860 | 4,108 |
| Less amount due currently | (298) | (297) |
| Total long-term debt | $4,562 | $3,811 |

(a) Interest rates in effect at June 30, 2007.

(b) These bonds are nonrecourse to Oncor Electric Delivery and were issued to securitize a regulatory asset.

F-150

Confidential

EFIHMW00208574

*Debt-related Activity in 2007*—In March 2007, Oncor Electric Delivery issued floating rate senior notes with an aggregate principal amount of $800 million. The floating rate is based on LIBOR plus 37.5 basis points (subject to an increase of up to 50 basis points in the event of a downgrade in Oncor Electric Delivery's credit rating). The notes mature in September 2008 but are subject to a mandatory redemption upon a change in control of Energy Future Holdings Corp., including consummation of the Proposed Merger, and are subject to optional redemption on or after September 16, 2007.

Retirements of long-term debt in 2007 totaled $48 million and represent transition bond principal payments at scheduled maturity dates.

## 7. COMMITMENTS AND CONTINGENCIES

### Contingencies

*Legal Proceedings*—Oncor Electric Delivery is involved in various legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect upon its financial position, results of operations or cash flows.

*Guarantees*—Oncor Electric Delivery has entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions. Guarantees issued or modified after December 31, 2002 are subject to the recognition and initial measurement provisions of FIN 45, which requires a guarantor to recognize, at the inception of a guarantee, a liability for the fair value of the obligation undertaken in issuing the guarantee.

*Residual value guarantees in operating leases*—Oncor Electric Delivery is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At June 30, 2007, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled approximately $21 million. These leased assets consist primarily of vehicles used in distribution activities. The average life of the lease portfolio is approximately three years.

## 8. SHAREHOLDER'S EQUITY

*Common Stock*—No shares of Oncor Electric Delivery's common stock are held by or for its own account, nor are any shares of such capital stock reserved for its officers and employees or for options, warrants, conversions or other rights in connection therewith.

*Noncash contributions*—Under SFAS 123R, expense related to Energy Future Holdings Corp.'s stock-based incentive compensation awards granted to Oncor Electric Delivery's employees is accounted for as a noncash capital contribution from Energy Future Holdings Corp. Accordingly, Oncor Electric Delivery recorded a credit of $1 million and $2 million to its common stock account for the three and six months ended June 30, 2007, respectively.

The increase in the common stock amount in 2007 also reflects the excess tax benefit of $15 million arising from the distribution date value of the stock-based incentive awards exceeding the reported compensation expense.

*Dividends*—During 2007, Oncor Electric Delivery declared and paid the following dividends:

| Declaration Date | Payment Date | Dividend Amount |
|---|---|---|
| July 1, 2007 | July 2, 2007 | $75 |
| April 1, 2007 | April 2, 2007 | $88 |
| January 1, 2007 | January 2, 2007 | $88 |

F-151

Confidential

EFIHMW00208575

*Shareholder's Equity*—The following table presents the changes to shareholder's equity during the six months ended June 30, 2007:

| | Common Stock | Retained Earnings | Accumulated Other Comprehensive (Loss) | Total Shareholder's Equity |
|---|---|---|---|---|
| Balance at December 31, 2006 | $1,986 | $1,008 | $(19) | $2,975 |
| Net income | — | 139 | — | 139 |
| Dividends to parent | — | (176) | — | (176) |
| Effects of stock-based incentive compensation plans | 17 | — | — | 17 |
| Effect of adoption of FIN 48 | — | (9) | — | (9) |
| Other | 1 | — | — | 1 |
| Balance at June 30, 2007 | $2,004 | $ 962 | $(19) | $2,947 |

Cash distributions occurring in the legal form of common stock share repurchases have been recorded as a return of capital for accounting purposes. There have not been any such repurchases in 2007.

## 9. PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS (OPEB) COSTS

Oncor Electric Delivery is a participating employer in the pension plan sponsored by Energy Future Holdings Corp. Oncor Electric Delivery also participates with Energy Future Holdings Corp. and other subsidiaries of Energy Future Holdings Corp. to offer health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. The net allocated pension and OPEB costs applicable to Oncor Electric Delivery for the three and six months ended June 30, 2007 and 2006 are comprised of the following:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| | (millions of dollars) | | | |
| Amounts recognized as expense | $ 5 | $ 5 | $ 9 | $ 9 |
| Amounts deferred principally as a regulatory asset or property | 17 | 20 | 29 | 41 |
| Total pension and OPEB costs | $22 | $25 | $38 | $50 |

The discount rate reflected in net pension and OPEB costs in 2007 is 5.90%. The expected rate of return on plan assets reflected in the 2007 cost amounts is 8.75% for the pension plan and 8.67% for the OPEB plan.

Oncor Electric Delivery expects to make a $1 million required contribution to Energy Future Holdings Corp.'s pension plan in 2007.

## 10. RELATED-PARTY TRANSACTIONS

The following represent significant related-party transactions of Oncor Electric Delivery:

- Oncor Electric Delivery records revenue from Texas Competitive Holdings for electricity delivery fees and other miscellaneous revenues, which totaled $232 million and $284 million for the three months ended June 30, 2007 and 2006, respectively, and $497 million and $551 million for the six months ended June 30, 2007 and 2006, respectively.

- Oncor Electric Delivery records interest income received from Texas Competitive Holdings with respect to Oncor Electric Delivery's generation-related regulatory assets, which have been securitized through the issuance of transition bonds by Oncor Electric Delivery's bankruptcy-remote financing subsidiary. The interest income serves to offset Oncor Electric Delivery's interest expense on transition

F-152

Confidential

EFIHMW00208576

bonds. This interest income totaled $12 million and $13 million for the three months ended June 30, 2007 and 2006, respectively, and $25 million and $27 million for the six months ended June 30, 2007 and 2006, respectively.

- Incremental accrued income taxes incurred by Oncor Electric Delivery as a result of delivery fee surcharges to its customers related to transition bonds are reimbursed by Texas Competitive Holdings. Oncor Electric Delivery's financial statements reflect a note receivable from Texas Competitive Holdings of $340 million ($33 million reported as current) at June 30, 2007 and $356 million ($33 million reported as current) at December 31, 2006 related to these income taxes.

- Short-term advances from parent totaled $33 million and $24 million at June 30, 2007 and December 31, 2006, respectively. The average daily balances of short-term advances from parent totaled $23 million and $42 million during the three months ended June 30, 2007 and 2006, respectively, and the weighted average interest rates for the respective periods were 5.9% and 5.3%. Average daily short-term advances from parent totaled $55 million and $37 million during the six months ended June 30, 2007 and 2006, respectively, and the weighted average interest rates for the respective periods were 5.8% and 5.2%. Interest expense incurred on the advances totaled approximately $357 thousand and $570 thousand for the three months ended June 30, 2007 and 2006, respectively, and $2 million and $1 million for the six months ended June 30, 2007 and 2006, respectively.

- A Energy Future Holdings Corp. subsidiary charges Oncor Electric Delivery for financial, accounting and other administrative services at cost. These costs, which are reported in operation and maintenance expenses, totaled $8 million and $9 million for the three months ended June 30, 2007 and 2006, respectively, and $14 million and $20 million for the six months ended June 30, 2007 and 2006, respectively.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility, reported on Texas Competitive Holdings' balance sheet, is funded by a delivery fee surcharge collected from REPs by Oncor Electric Delivery and remitted to Texas Competitive Holdings, with the intent that the trust fund assets will be sufficient to fund the estimated decommissioning liability, also reported on Texas Competitive Holdings' balance sheet. Income and expenses associated with the trust fund and the decommissioning liability recorded by Texas Competitive Holdings are offset by a net change in the Oncor Electric Delivery and Texas Competitive Holdings intercompany receivable/payable, which in turn results in a change in Oncor Electric Delivery's reported net regulatory asset/liability. The regulatory liability totaled $26 million and $17 million at June 30, 2007 and December 31, 2006, respectively, and represents the excess of the trust fund balance over the estimated decommissioning liability.

- Oncor Electric Delivery has a 19.5% limited partnership interest, with a carrying value of $3 million and $4 million at June 30, 2007 and December 31, 2006, respectively, in a Energy Future Holdings Corp. subsidiary holding Capgemini-related assets. Equity losses related to this interest totaled $620 thousand and $665 thousand for the three months ended June 30, 2007 and 2006, respectively, and $1 million and $2 million for the six months ended June 30, 2007 and 2006, respectively. These losses primarily represent amortization of software assets held by the subsidiary.

- Energy Future Holdings Corp. files a consolidated federal income tax return, and federal income taxes are allocated to subsidiaries based on their respective taxable income or loss. As a result, Oncor Electric Delivery had a federal income tax payable to Energy Future Holdings Corp. of $21 million and $31 million at June 30, 2007 and December 31, 2006, respectively.

- As a result of the downgrade of Texas Competitive Holdings' credit rating by S&P in March 2007 to below investment grade, collateral of $17 million was posted by TXU DevCo with Oncor Electric Delivery in April 2007 under interconnection agreements for the three generation units being developed at Sandow and Oak Grove.

F-153

Confidential

EFIHMW00208577

See Notes 4, 8 and 9 for information regarding the accounts receivable securitization program and the related subordinated notes receivable, dividends to Energy Future Holdings Corp. and the allocation of Energy Future Holdings Corp.'s pension and OPEB costs, respectively.

## 11. SUPPLEMENTARY FINANCIAL INFORMATION

### Other Income and Deductions—

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| Other income: | | | | |
| Net gain on sale of other properties and investments | $ 1 | $— | $ 3 | $— |
| Other | — | — | — | 1 |
| Total other income | $ 1 | $— | $ 3 | $ 1 |
| Other deductions: | | | | |
| Charges related to 2006 cities rate settlement | $ 7 | $— | $13 | $— |
| Expenses related to suspended InfrastruX Energy Services joint venture[a] | 3 | — | 4 | — |
| Equity losses in an unconsolidated affiliate (Note 10) | — | 1 | 1 | 2 |
| Other | 1 | 1 | 3 | 2 |
| Total other deductions | $11 | $ 2 | $21 | $ 4 |

(a) Consists of previously deferred costs arising from operational activities to transition to the joint venture arrangement.

### Interest Expense and Related Charges—

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 |
| Interest | $78 | $72 | $154 | $139 |
| Amortization of debt discounts and issuance costs | 2 | 1 | 4 | 3 |
| Allowance for funds used during construction—capitalized interest portion | (2) | (1) | (4) | (2) |
| Total interest expense and related charges | $78 | $72 | $154 | $140 |

### Investments and Other Property—

| | June 30, 2007 | December 31, 2006 |
|---|---|---|
| Assets related to employee benefit plans, principally employee savings programs | $69 | $68 |
| Restricted cash | 17 | 17 |
| Investment in unconsolidated affiliates | 3 | 4 |
| Land | 4 | 4 |
| Total investments and other property | $93 | $93 |

*Restricted Cash*—All restricted cash amounts reported on the balance sheet relate to the securitization (transition) bonds.

F-154

Confidential

EFIHMW00208578

*Property, Plant and Equipment*—At June 30, 2007 and December 31, 2006, property, plant and equipment of $7.8 billion and $7.6 billion, respectively, is stated net of accumulated depreciation and amortization of $3.9 billion and $3.9 billion, respectively.

*Intangible Assets*—Intangible assets other than goodwill are comprised of the following:

| | As of June 30, 2007 | | | As of December 31, 2006 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Land easements ......................... | $179 | $ 66 | $113 | $178 | $ 64 | $114 |
| Capitalized software ...................... | 100 | 57 | 43 | 100 | 52 | 48 |
| Total ................................ | $279 | $123 | $156 | $278 | $116 | $162 |

Aggregate Oncor Electric Delivery amortization expense for intangible assets totaled $4 million and $3 million for the three months ended June 30, 2007 and 2006, respectively, and $7 million and $6 million for the six months ended June 30, 2007 and 2006, respectively. At June 30, 2007, the weighted average remaining useful lives of capitalized land easements and software were 69 years and nine years, respectively. The estimated aggregate amortization expense for each of the five succeeding fiscal years from December 31, 2006 is as follows:

| Year | Amortization Expense |
|---|---|
| 2007 ................................................ | $15 |
| 2008 ................................................ | 15 |
| 2009 ................................................ | 14 |
| 2010 ................................................ | 7 |
| 2011 ................................................ | 5 |

At June 30, 2007 and December 31, 2006, goodwill of $25 million was reported in other noncurrent assets on the balance sheet.

*Supplemental Cash Flow Information*—

| | Six Months Ended June 30, | |
|---|---|---|
| | 2007 | 2006 |
| Cash payments: | | |
| Interest (net of amounts capitalized) ............................................. | $148 | $137 |
| Income taxes ................................................................ | $ 67 | $211 |
| Noncash investing and financing activities: | | |
| Noncash construction expenditures(a) .......................................... | $ 33 | $ 37 |
| Noncash contribution for pension-related assets ................................... | $ — | $ 15 |

(a)  Represents end of period accruals.

F-155

Confidential

EFIHMW00208579

**PX 008**
**Page 458 of 501**

## 12.  Merger Related Transactions

*Overview*

On October 10, 2007, Energy Future Holdings Corp., a Texas corporation formerly known as TXU Corp., completed its Merger with Merger Sub, a wholly-owned subsidiary of Texas Energy Future Holdings Limited Partnership (Parent). As a result of the Merger, Energy Future Holdings Corp. became a wholly-owned subsidiary of Parent. Parent is controlled by investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and GS Capital Partners (collectively, the Sponsor Group).

The aggregate purchase price paid for all of the equity securities of TXU Corp. (on a fully-diluted basis) was approximately $32.4 billion, which purchase price was funded by the equity financing from the Sponsor Group and certain other investors and by the new credit facilities described below. These new credit facilities also funded the repayment of existing credit facilities as discussed below. The purchase amount is exclusive of costs directly associated with the Merger, including legal, consulting and other professional service fees and certain effects of the regulatory settlement discussed below.

The Merger is being accounted for under the purchase method of accounting whereby the total cost of the transaction is being allocated to Energy Future Holdings Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired is recorded as goodwill. The allocation of the purchase price to the net assets of Energy Future Holdings Corp. and the resulting goodwill determination are not yet final. The allocation is expected to result in a significant amount of goodwill, an increase in the carrying value of property, plant and equipment and deferred income tax liabilities as well as new identifiable intangible assets and liabilities. Reported earnings in the future will reflect increases in interest, depreciation and amortization expenses.

### *Senior Unsecured Bridge Facility—Energy Future Holdings Corp.*

*Overview*—On October 10, 2007, in connection with the Merger and the repayment of certain existing indebtedness, Energy Future Holdings Corp. entered into senior unsecured credit facilities (Energy Future Holdings Corp. Unsecured Bridge Facilities).

Energy Future Holdings Corp.'s Unsecured Bridge Facilities provide senior unsecured financing of $4.5 billion, consisting of a:

- $2.0 billion senior unsecured cash-pay term loan facility with a term of ten years (Energy Future Holdings Corp. Initial Cash-Pay Loans); and

- $2.5 billion senior unsecured toggle term loan facility with a term of ten years (Energy Future Holdings Corp. Initial Toggle Loans and, together with Energy Future Holdings Corp. Initial Cash-Pay Loans, Energy Future Holdings Corp. Initial Loans).

If any borrowings under Energy Future Holdings Corp. Unsecured Bridge Facilities remain outstanding on October 10, 2008, the lenders will have the option at any time or from time to time to exchange such Energy Future Holdings Corp. Initial Loans for senior cash-pay notes (Energy Future Holdings Corp. Senior Cash-Pay Exchange Notes) or senior toggle notes (Energy Future Holdings Corp. Senior Toggle Exchange Notes and, together with Energy Future Holdings Corp. Senior Cash-Pay Exchange Notes, Energy Future Holdings Corp. Senior Exchange Notes) that Energy Future Holdings Corp. will issue under a senior indenture. The maturity date of any Energy Future Holdings Corp. Initial Loans that are not exchanged for Energy Future Holdings Corp. Senior Exchange Notes will automatically be extended to October 10, 2017. Energy Future Holdings Corp. Senior Exchange Notes will also mature on October 10, 2017. Holders of Energy Future Holdings Corp. Senior Exchange Notes will have registration rights.

F-156

EFIHMW00208580

**PX 008**
**Page 459 of 501**

*Interest Rate*—Subject to specified caps, borrowings under Energy Future Holdings Corp. Unsecured Bridge Facilities for the first six-month period from the closing of the TCEH Senior Secured Facilities will bear interest at a rate equal to LIBOR plus (i) 400 basis points, in the case of Energy Future Holdings Corp. Initial Cash-Pay Loans and (ii) 425 basis points, in the case of Energy Future Holdings Corp. Initial Toggle Loans (in each case, Energy Future Holdings Corp. Initial Margin). Interest for the three-month period commencing at the end of the initial six-month period, subject to specified caps, shall be payable at prevailing LIBOR for the interest period plus (A) Energy Future Holdings Corp. Initial Margin plus (B) 50 basis points. Thereafter, subject to specified caps, interest will be increased by an additional 25 basis points at the beginning of each three-month period subsequent to the initial nine-month period, for so long as Energy Future Holdings Corp. Initial Loans are outstanding. If issued, the interest rate on Energy Future Holdings Corp. Senior Exchange Notes will be the same as the interest rate borne by Energy Future Holdings Corp. Initial Loans; provided, that if any Energy Future Holdings Corp. Senior Exchange Notes are transferred by the lender to a third-party purchaser, the interest rate on those notes will be fixed at the interest rate in effect on the transfer date.

*Prepayments and Redemptions*—Energy Future Holdings Corp. will be required to make an offer to repay loans under Energy Future Holdings Corp. Unsecured Bridge Facilities and, following October 10, 2008, repurchase Energy Future Holdings Corp. Senior Exchange Notes with net proceeds from specified asset sales. In addition, after any payments required to be made to repay the TCEH Senior Secured Facilities, Energy Future Holdings Corp. will be required to offer to repay loans and, if issued, to repurchase Energy Future Holdings Corp. Senior Exchange Notes upon the occurrence of a change of control. Until October 10, 2008, Energy Future Holdings Corp. will also be required to prepay outstanding Energy Future Holdings Corp. Initial Loans with the net proceeds of any refinancing debt.

Energy Future Holdings Corp. may voluntarily repay outstanding Energy Future Holdings Corp. Initial Loans, in whole or in part, at its option at any time upon three business days' prior notice, at par plus accrued and unpaid interest and subject to, in the case of Energy Future Holdings Corp. Initial Loans based on LIBOR, customary "breakage" costs with respect to such LIBOR loans, other than customary "breakage" costs with respect to LIBOR loans. Energy Future Holdings Corp. may optionally redeem Energy Future Holdings Corp. Senior Exchange Notes other than fixed-rate exchange notes, if issued, in whole or in part, at any time at par plus accrued and unpaid interest to the redemption date, provided that it also optionally prepays any outstanding Energy Future Holdings Corp. Initial Loans on a pro rata basis.

If any Energy Future Holdings Corp. Senior Exchange Note is sold by a lender to a third-party purchaser, and the interest rate on such Energy Future Holdings Corp. Senior Exchange Note becomes fixed, such Energy Future Holdings Corp. Senior Exchange Note will be non-callable for the first four years from October 10, 2008, subject to equity clawback and make-whole provisions consistent with those applicable to the notes offered hereby, and will be callable thereafter at a specified premium. The premium will decline ratably on each yearly anniversary of the date of such sale to zero on October 10, 2015.

*Guarantee*—All obligations under Energy Future Holdings Corp. Unsecured Bridge Facilities and, if Energy Future Holdings Corp. Senior Exchange Notes are issued, the senior indenture are jointly and severally guaranteed on a senior unsecured basis by Intermediate Holding and US Holdings.

*Certain Covenants and Events of Default*—Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture contain a number of covenants that, among other things, restrict, subject to certain exceptions, Energy Future Holdings Corp.'s ability to:

- incur additional indebtedness;
- create liens;
- engage in mergers or consolidations;
- sell or transfer assets and subsidiary stock;
- pay dividends and distributions or repurchase its capital stock;

F-157

Confidential

EFIHMW00208581

- make certain investments, loans or advances;

- prepay certain indebtedness;

- enter into agreements that restrict the payment of dividends by subsidiaries or the repayment of intercompany loans and advances; and

- engage in certain transactions with affiliates.

In addition, Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture impose certain requirements as to future subsidiary guarantors. Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture also contain certain customary affirmative covenants consistent with those in TCEH Senior Secured Facilities, to the extent applicable.

### Revolving Credit Facility—Oncor

*Overview*—Oncor has entered into a revolving credit agreement (the Oncor Credit Agreement) to provide for a secured revolving credit facility in an aggregate principal amount of up to $2.0 billion (the Oncor Revolving Credit Facility).

*Interest Rates and Fees*—Loans under the Oncor Revolving Credit Facility bear interest at per annum rates equal to, at Oncor's option, (i) adjusted LIBOR plus a spread of 0.275% to 0.800% (which spread shall depend on the rating assigned to Oncor's senior secured debt) or (ii) a base rate (the higher of (1) the prime rate of JPMorgan Chase Bank, N.A. and (2) the federal funds effective rate plus 0.50%). Based on Oncor's current ratings, its LIBOR-based borrowings will bear interest at LIBOR plus 0.575%.

A facility fee is payable quarterly in arrears and upon termination or commitment reduction at a rate per annum equal to 0.100% to 0.200% (such spread shall depend on the rating assigned to Oncor's senior secured debt) of the commitments under the Oncor Revolving Credit Facility. Based on Oncor's current ratings, its facility fee will be 0.175%.

A utilization fee is payable quarterly in arrears and upon termination on the average daily amount outstanding (to the extent of borrowings in excess of 50% of the commitments) under the Oncor Revolving Credit Facility at a rate per annum equal to 1.25% per annum.

Letter of credit fees under the Oncor Revolving Credit Facility are payable quarterly in arrears and upon termination at a rate per annum equal to the spread over adjusted LIBOR under the Oncor Revolving Credit Facility, less the issuing bank's fronting fee.

*Security*—The Oncor Revolving Credit Facility, including hedging transactions, will be secured, on a post-closing basis, by certain of Oncor's assets used in connection with its the transmission and distribution business.

*Covenants*—The Oncor Revolving Credit Facility contains customary covenants for facilities of this type, restricting, subject to certain exceptions, Oncor and its subsidiaries from, among other things:

- incurring additional liens;

- entering into mergers and consolidations;

- sales of substantial assets; and

- acquisitions and investments in subsidiaries.

In addition, the Oncor Revolving Credit Facility requires that Oncor maintain a maximum consolidated senior debt to capitalization ratio of 0.65 to 1.00 and observe certain customary reporting requirements and other affirmative covenants.

F-158

Confidential

EFIHMW00208582

*Maturity*—Amounts borrowed under the Oncor Revolving Credit Facility may be reborrowed from time to time from and after October 10, 2007 until October 10, 2013.

*Events of Default*—The Oncor Revolving Credit Facility contains certain customary events of default for facilities of this type the occurrence of which would allow the lenders to accelerate all outstanding loans and terminate their commitments.

Also in connection with the Merger, the accounts receivable securitization program was amended. Concurrently, the financial institutions required that Oncor Electric Delivery repurchase all of the receivables it had previously sold to TXU Receivables Company totaling $113 million, which amount was refinanced by the Oncor Electric Delivery Revolving Facility.

### Repayment of Existing Credit Facilities

On October 10, 2007, in connection with the Merger, TCEH and Oncor repaid in full all outstanding borrowings totaling $2.4 billion together with interest and all other amounts due in connection with such repayment under the $6.5 billion of existing credit facilities. TCEH and Oncor also repaid floating rate senior notes with an aggregate principal amount of $1.0 billion and $800 million, respectively. (See Note 8).

### Management Agreement

On October 10, 2007, in connection with the Merger, Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Lehman Brothers Inc. entered into a management agreement with Energy Future Holdings Corp. (the Management Agreement), pursuant to which affiliates of the investors will provide management, consulting, financial and other advisory services to Energy Future Holdings Corp. Pursuant to the Management Agreement, the Sponsor Group is entitled to receive an aggregate annual management fee of $35.0 million, which amount will increase 2% annually, and reimbursement of out-of-pocket expenses incurred in connection with the provision of services pursuant to the Management Agreement. The Management Agreement will continue in effect from year to year, unless terminated upon a change of control of Energy Future Holdings Corp. or in connection with an initial public offering of Energy Future Holdings Corp. or if the parties mutually agree to terminate the Management Agreement. Pursuant to the Management Agreement, the Sponsor Group is also entitled to receive aggregate transaction fees of $300 million in connection with certain services provided in connection with the Merger and related transactions. In addition, the Management Agreement provides that the Sponsor Group will be entitled to receive a fee equal to a percentage of the gross transaction value in connection with certain subsequent financing, acquisition, disposition, merger combination and change of control transactions, as well as a termination fee based on the net present value of future payment obligations under the Management Agreement in the event of an initial public offering or under certain other circumstances.

### Tax Sharing Agreement

In connection with the Merger, on October 10, 2007, Oncor, Oncor Holdings and Energy Future Holdings Corp. entered into a tax sharing agreement stating that, among other things, the allocation of tax liability to each of Oncor Holdings and Oncor will occur substantially as if these entities were stand-alone corporations and will require tax payments determined on that basis (without duplication for taxes paid by a subsidiary of Oncor or Oncor Holdings).

### Oncor Limited Liability Company Agreement

In connection with the Merger, Oncor was converted from a Texas corporation to a Delaware limited liability company under the laws of the States of Texas and Delaware and entered into a limited liability company agreement (as amended, the Oncor LLC Agreement). The Oncor LLC Agreement provides that the independent directors of Oncor (who must comprise a majority of the members of Oncor's board of directors), acting by majority vote, shall have the authority to prevent Oncor from making any distribution if they determine

F-159

Confidential

EFIHMW00208583

that it is in Oncor's best interests to retain such amounts to meet expected future requirements (including continued compliance with the debt-to-equity ratio established from time to time by the Public Utility Commission of the State of Texas for ratemaking purposes). The Oncor LLC Agreement also provides that the Board of Directors of Oncor shall not distribute any amounts to Oncor's member(s) to the extent that the Board of Directors of Oncor determines in good faith that it is necessary to retain such amounts to meet expected future requirements of the applicable entity. In addition to such restrictions on distributions, the Oncor LLC Agreement contains certain separateness provisions that require Oncor to conduct its activities separate and distinct from the activities of Energy Future Holdings Corp. and its other subsidiaries, including, without limitation, holding itself out as a separate legal entity.

### *Oncor Agreement in Principle with Stakeholders and PUCT Staff*

On October 5, 2007, Oncor and Texas Energy Future Holdings Limited Partnership (TEF) reached an agreement in principle with major interested parties to resolve all outstanding issues in the PUCT review related to the proposed merger of TXU Corp. with Merger Sub including the outstanding rate case. TEF was formed by a group of investors led by Kohlberg Kravis Roberts & Co. (KKR) and Texas Pacific Group (TPG) to facilitate the Merger. The agreement, which was filed with the PUCT, was conditional upon the completion of the Merger and is subject to approval by the PUCT.

In addition to commitments Oncor made in its filings in the PUCT review, the stipulated agreement includes the following provisions, among others:

- Oncor will agree to $72 million in rate refunds, which is intended for all retail customers in its service territory, which will be requested by the parties to the settlement agreement. It is the intent of the parties to the agreement that the benefits of the credit flow directly to consumers, rather than to retail electric providers.

- The PUCT will dismiss Oncor's pending rate case. Consistent with its existing agreement with the cities it serves, Oncor will file a system-wide rate case no later than July 1, 2008 based on a test-year ended December 31, 2007.

- Oncor will write-off regulatory assets of approximately $56 million related to storm costs and 2002 restructuring expenses.

- TEF and Oncor will limit the dividends paid by Oncor through December 31, 2012, to an amount not to exceed Oncor's net income (determined in accordance with GAAP), subject to certain defined adjustments.

- Oncor will commit to minimum capital spending of $3.6 billion over the five-year period ending December 31, 2012, subject to certain defined conditions.

- Oncor will commit to $100 million in spending over the five-year period ending December 31, 2012 on demand side management or other energy efficiency initiatives. This spending will not be recoverable in rates.

F-160

EFIHMW00208584

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Stockholder of Oncor Electric Delivery Company LLC:

We have audited the accompanying consolidated balance sheets of TXU Electric Delivery Company (now known as Oncor Electric Delivery Company LLC) and subsidiary (the "Company") as of December 31, 2006 and 2005, and the related statements of consolidated income, comprehensive income, cash flows and shareholder's equity for each of the three years in the period ended December 31, 2006. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of TXU Electric Delivery Company and subsidiary as of December 31, 2006 and 2005, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2006, in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 13 to the Notes to the Financial Statements, the Company changed its method of accounting for stock based compensation with the election to early adopt Statement of Financial Accounting Standards No. 123 (revised 2004) *Share-Based Payment*, effective October 1, 2004.

/s/ Deloitte & Touche LLP

Dallas, Texas
March 1, 2007
(October 16, 2007 as to Note 17)

F-161

Confidential

EFIHMW00208585

**PX 008
Page 464 of 501**

## TXU ELECTRIC DELIVERY COMPANY
## STATEMENTS OF CONSOLIDATED INCOME

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2006 | 2005 | 2004 |
|  | (millions of dollars) | | |
| Operating revenues: | | | |
| Affiliated | $1,139 | $1,278 | $1,420 |
| Nonaffiliated | 1,310 | 1,116 | 806 |
| Total operating revenues | 2,449 | 2,394 | 2,226 |
| Operating expenses: | | | |
| Operation and maintenance | 804 | 813 | 815 |
| Depreciation and amortization | 476 | 447 | 389 |
| Income taxes | 156 | 158 | 113 |
| Taxes other than income | 402 | 387 | 380 |
| Total operating expenses | 1,838 | 1,805 | 1,697 |
| Operating income | 611 | 589 | 529 |
| Other income and deductions: | | | |
| Other income | 2 | 4 | 7 |
| Other deductions | 27 | 15 | 55 |
| Nonoperating income taxes | 14 | 16 | 3 |
| Interest income | 58 | 58 | 56 |
| Interest expense and related charges | 286 | 269 | 279 |
| Income before extraordinary gain and cumulative effect of change in accounting principle | 344 | 351 | 255 |
| Extraordinary gain, net of tax effect (Note 1) | — | — | 16 |
| Cumulative effect of change in accounting principle, net of tax (Note 13) | — | — | 2 |
| Net income | $ 344 | $ 351 | $ 273 |

See Notes to Financial Statements.

F-162

Confidential

EFIHMW00208586

## TXU ELECTRIC DELIVERY COMPANY

## STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Net income | $344 | $351 | $273 |
| Other comprehensive income (loss), net of tax effects: | | | |
| Minimum pension liability adjustments (net of tax (expense) benefit of $—, ($3) and $2) | — | 5 | (3) |
| Cash flow hedges—derivative value net losses reported in net income that relate to hedged transactions recognized in the period (net of tax expense of $— in all periods) | 2 | 1 | 1 |
| Comprehensive income | $346 | $357 | $271 |

See Notes to Financial Statements.

F-163

Confidential

EFIHMW00208587

## TXU ELECTRIC DELIVERY COMPANY

### STATEMENTS OF CONSOLIDATED CASH FLOWS

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Cash flows—operating activities: | | | |
| Net income | $ 344 | $ 351 | $ 273 |
| Extraordinary gain, net of tax effect | — | — | (16) |
| Cumulative effect of changes in accounting principles, net of tax effect | — | — | (2) |
| Income from continuing operations before income from extraordinary loss and cumulative effect of changes in accounting principles: | 344 | 351 | 255 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | |
| Depreciation and amortization | 473 | 447 | 390 |
| Deferred income taxes and investment tax credits—net | 22 | (40) | 42 |
| Cities rate settlement accrual | 1 | 1 | 21 |
| Bad debt expense | 1 | 3 | — |
| Stock-based incentive compensation expense | 4 | 8 | 8 |
| Recognition of losses on dedesignated cash flow hedges | 2 | 2 | 2 |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable—trade (including affiliates) | 3 | (33) | (36) |
| Impact of accounts receivable sales program | (3) | 26 | 19 |
| Inventories | (22) | (20) | (5) |
| Accounts payable—trade (including affiliates) | (16) | 33 | 7 |
| Other assets | (56) | (50) | (53) |
| Other liabilities | (125) | 141 | 42 |
| Cash provided by operating activities | 628 | 869 | 692 |
| Cash flows—financing activities: | | | |
| Issuances of long-term debt | — | — | 790 |
| Retirements/repurchases of debt | (93) | (182) | (645) |
| Changes in short-term borrowings | 622 | 51 | — |
| Net increase (decrease) in advances from parent | 2 | (40) | 38 |
| Decrease in income tax—related note receivable from TXU Energy Company | 39 | 40 | 2 |
| Cash dividends paid—common stock | (340) | — | — |
| Repurchases of common stock | — | — | (450) |
| Excess tax benefits on stock-based incentive compensation | 14 | 9 | — |
| Debt premium, discount, financing and reacquisition expenses | (4) | (5) | (22) |
| Cash provided by (used in) financing activities | 240 | (127) | (287) |
| Cash flows—investing activities: | | | |
| Capital expenditures | (840) | (733) | (600) |
| Costs to remove retired property | (40) | (44) | (40) |
| Other | (2) | 50 | (10) |
| Cash used in investing activities | (882) | (727) | (650) |
| Net change in cash and cash equivalents | (14) | 15 | (245) |
| Cash and cash equivalents—beginning balance | 15 | — | 245 |
| Cash and cash equivalents—ending balance | $ 1 | $ 15 | $ — |

See Notes to Financial Statements.

F-164

Confidential

EFIHMW00208588

## TXU ELECTRIC DELIVERY COMPANY
### CONSOLIDATED BALANCE SHEETS

|  | December 31, | |
|---|---|---|
|  | 2006 | 2005 |
|  | (millions of dollars) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1 | $ 15 |
| Restricted cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 55 | 46 |
| Trade accounts receivable from nonaffiliates—net (Note 6) . . . . . . . . . . . . . . . . . . . . | 101 | 112 |
| Trade accounts and other receivables from affiliates . . . . . . . . . . . . . . . . . . . . . . . . | 192 | 189 |
| Materials and supplies inventories—at average cost . . . . . . . . . . . . . . . . . . . . . . . | 76 | 53 |
| Prepayments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 68 | 37 |
| Other current assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | 3 |
| Total current assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 517 | 455 |
| Investments and other property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 93 | 76 |
| Property, plant and equipment—net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,608 | 7,067 |
| Note receivable due from TXU Energy Company (Note 15) . . . . . . . . . . . . . . . . . . . . | 323 | 362 |
| Regulatory assets—net (Note 5) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,028 | 1,826 |
| Other noncurrent assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 140 | 125 |
| Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $10,709 | $9,911 |
| **LIABILITIES AND SHAREHOLDER'S EQUITY** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 7) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 673 | $ 51 |
| Advances from parent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | 23 |
| Long-term debt due currently (Note 8) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 297 | 93 |
| Trade accounts payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 91 | 125 |
| Accrued income taxes payable to parent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31 | 181 |
| Accrued taxes other than income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 144 | 156 |
| Accrued interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 73 | 73 |
| Other current liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 66 | 84 |
| Total current liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,399 | 786 |
| Accumulated deferred income taxes (Note 4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,461 | 1,383 |
| Investment tax credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 52 | 58 |
| Long-term debt, less amounts due currently (Note 8) . . . . . . . . . . . . . . . . . . . . . . . | 3,811 | 4,107 |
| Other noncurrent liabilities and deferred credits . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,011 | 642 |
| Total liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,734 | 6,976 |
| Contingencies (Note 9) | | |
| Shareholder's equity (Note 10) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,975 | 2,935 |
| Total liabilities and shareholder's equity . . . . . . . . . . . . . . . . . . . . . . . . . | $10,709 | $9,911 |

See Notes to Financial Statements.

F-165

Confidential

EFIHMW00208589

## TXU ELECTRIC DELIVERY COMPANY

### STATEMENTS OF CONSOLIDATED SHAREHOLDER'S EQUITY

| | December 31, | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| | (millions of dollars) | | |
| Common stock without par value—authorized shares—100,000,000: | | | |
| Balance at beginning of year ............................................. | $1,952 | $2,061 | $2,501 |
| Effects of stock-based incentive compensation plans .................. | 19 | 18 | 10 |
| Noncash contribution of pension-related assets ...................... | 15 | — | — |
| Noncash contribution of property assets ........................... | — | 19 | — |
| Noncash assumption of pension obligation (See Note 10) ............. | — | (146) | — |
| Common stock repurchased and retired (2004—11,247,225 shares) ...... | — | — | (450) |
| Balance at end of year (Shares outstanding 2006, 2005 and 2004—48,864,775) ...................................................... | 1,986 | 1,952 | 2,061 |
| Retained earnings: | | | |
| Balance at beginning of year ........................................ | 1,004 | 653 | 380 |
| Net income ....................................................... | 344 | 351 | 273 |
| Dividends to parent ............................................... | (340) | — | — |
| Balance at end of year ............................................. | 1,008 | 1,004 | 653 |
| Accumulated other comprehensive loss, net of tax effects: | | | |
| Minimum pension liability adjustment: | | | |
| Balance at beginning of year ..................................... | — | (5) | (2) |
| Change during the year .......................................... | — | 5 | (3) |
| Balance at end of year ........................................... | — | — | (5) |
| Cash flow hedges (SFAS 133): | | | |
| Balance at beginning of year ..................................... | (21) | (22) | (23) |
| Change during the year .......................................... | 2 | 1 | 1 |
| Balance at end of year ........................................... | (19) | (21) | (22) |
| Total accumulated other comprehensive loss ................. | (19) | (21) | (27) |
| Total shareholder's equity ........................................... | $2,975 | $2,935 | $2,687 |

See Notes to Financial Statements.

F-166

Confidential

EFIHMW00208590

## TXU ELECTRIC DELIVERY COMPANY
### NOTES TO FINANCIAL STATEMENTS

### 1. SIGNIFICANT ACCOUNTING POLICIES

*Description of Business*—TXU Electric Delivery is a wholly-owned subsidiary of Energy Future Holdings Corp. (formerly known as TXU Corp.) TXU Electric Delivery is a regulated electricity transmission and distribution company principally engaged in providing delivery services to REPs that sell power in the north-central, eastern and western parts of Texas. A significant portion of TXU Electric Delivery's revenues represent fees for delivery services provided to TXU Energy Company. Distribution revenues from TXU Energy Company represented 52% of TXU Electric Delivery's distribution revenues and 46% of TXU Electric Delivery's total revenue for the year ended December 31, 2006.

TXU Electric Delivery's consolidated financial statements include its wholly-owned, bankruptcy remote financing subsidiary TXU Electric Delivery Transition Bond Company LLC. TXU Electric Delivery Transition Bond Company LLC was organized for the limited purpose of issuing securitization bonds to recover generation-related regulatory asset stranded costs and other qualified costs.

On February 26, 2007, Energy Future Holdings Corp. announced that it had entered into a Merger Agreement, with Merger Sub Parent and Merger Sub, whereby Energy Future Holdings Corp. would merge with Merger Sub and Energy Future Holdings Corp. would become a wholly-owned subsidiary of Merger Sub Parent. See Note 17.

TXU Electric Delivery is managed as an integrated business; consequently, there are no separate reportable business segments.

*Basis of Presentation*—The consolidated financial statements of TXU Electric Delivery have been prepared in accordance with accounting principles generally accepted in the US and on the same basis as the audited financial statements included in TXU Electric Delivery's Annual Report on Form 10-K for the year ended December 31, 2005. All adjustments (consisting of normal recurring accruals) necessary for a fair presentation of the results of operations and financial position have been included therein. All intercompany items and transactions have been eliminated in consolidation. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated.

*Use of Estimates*—Preparation of TXU Electric Delivery's financial statements requires management to make estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including mark-to-market valuation adjustments. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Extraordinary gain*—The Settlement Plan addressed the issuance of securitization (transition) bonds to recover generation-related regulatory asset stranded costs and other qualified costs. A financing order finalized in January 2003 authorized the issuance of transition bonds with a principal amount of $1.3 billion, and the second and final tranche of the transition bonds was issued in June of 2004. An extraordinary gain of $16 million (net of tax of $9 million) recorded in the second quarter of 2004 represents an increase in the carrying value of the regulatory asset subject to securitization. The increase in the related regulatory asset is due to the effect of higher interest rates on the bonds and therefore increased amounts to be recovered from REPs through revenues as transition charges to service the principal and interest of the bonds. Classification of the gain as extraordinary is reflective of the Settlement Plan having arisen from legislation to transition the Texas electricity market to competition.

*Derivative Instruments and Mark-to-Market Accounting*—TXU Electric Delivery has entered into derivative instruments such as swaps, primarily to manage interest rate risk. If the instrument meets the definition

F-167

Confidential

**PX 008**
**Page 470 of 501**

of a derivative under SFAS 133, the fair value of each derivative is required to be recognized on the balance sheet as a derivative asset or liability and changes in the fair value recognized in net income, unless criteria for certain exceptions are met. This recognition is referred to as "mark-to-market" accounting. Under the exception criteria of SFAS 133, TXU Electric Delivery may elect to designate derivatives as a cash flow or fair value hedge.

Because derivative instruments are frequently used as economic hedges, SFAS 133 allows the designation of these hedges as cash flow or fair value hedges provided certain conditions are met. A cash flow hedge mitigates the risk associated with variable future cash flows (e.g., debt with variable interest rate payments), while a fair value hedge mitigates risk associated with fixed future cash flows (e.g., debt with fixed interest rate payments). In accounting for cash flow hedges, derivative assets and liabilities are recorded on the balance sheet at fair value with an offset in other comprehensive income to the extent the hedges are effective. Amounts remain in accumulated other comprehensive income, unless the underlying transactions become probable of not occurring, and are reclassified into net income as the underlying transactions (hedged items) settle and affect earnings. Fair value hedges are recorded as derivative assets or liabilities with an offset to net income, and the carrying value of the underlying asset or liability (hedged item) is adjusted for the change in fair value with an offset to net income. If the fair value hedge is settled prior to the maturity of the hedged item, the cumulative fair value gain or loss is amortized into income over the remaining life of the hedged item. To qualify for hedge accounting, a hedge must be considered highly effective in offsetting changes in fair value of the hedged item. Assessment of the hedge's effectiveness is tested at least quarterly throughout its term to continue to qualify for hedge accounting. Hedge ineffectiveness, even if the hedge continues to be assessed as effective, is recognized in net income in the current period. Ineffectiveness is generally measured as the cumulative excess, if any, of the change in value of the hedging instrument over the change in value of the hedged item.

*Revenue Recognition*—TXU Electric Delivery records revenue for delivery services under the accrual method of accounting. Revenues are recognized when delivery services are provided to customers on the basis of periodic cycle meter readings and include an estimate for revenues earned from the meter reading date to the end of the period with an adjustment for the impact of weather and other factors on unmetered sales (unbilled revenue).

*System of Accounts*—The accounting records of TXU Electric Delivery have been maintained in accordance with the FERC Uniform System of Accounts as adopted by the Commission.

*Defined Benefit Pension Plans and Other Postretirement Employee Benefit Plans*—TXU Electric Delivery is a participating employer in the Energy Future Holdings Corp. sponsored pension plan, offering benefits through either a defined benefit pension plan or cash balance plan. TXU Electric Delivery also participates in health care and life insurance benefit plans offered by Energy Future Holdings Corp. to eligible employees and their eligible dependents upon the retirement of such employees. Costs of pension and other postretirement employee benefit (OPEB) plans are determined in accordance with SFAS 87 and SFAS 106 and are dependent upon numerous factors, assumptions and estimates. Effective December 31, 2006, TXU Electric Delivery adopted SFAS 158, as required. See Note 12 for details with respect to the adoption of this standard and other information regarding pension and OPEB plans.

*Stock-Based Incentive Compensation*—Energy Future Holdings Corp. has provided discretionary awards to qualified managerial employees of TXU Electric Delivery that are payable in common stock under Energy Future Holdings Corp.'s shareholder-approved long-term incentive plans. TXU Electric Delivery recognized expense for these awards based on the provisions of SFAS 123R which provides for the recognition of stock-based compensation expense over the vesting period based on the grant-date fair value of those awards. See Note 13 for information regarding stock-based incentive compensation.

*Franchise Taxes*—Franchise taxes are not a "pass through" item such as sales and excise taxes. Franchise taxes are assessed to TXU Electric Delivery by local governmental bodies, based on kWh delivered and are

F-168

Confidential

EFIHMW00208592

recorded as an expense. Rates charged to customers by TXU Electric Delivery are intended to recover the taxes, but TXU Electric Delivery is not acting as agent to collect the taxes from customers.

*Income Taxes*—Energy Future Holdings Corp. files a consolidated federal income tax return, and federal income taxes are allocated to subsidiaries based on their respective taxable income or loss. Investment tax credits are amortized to income over the estimated lives of the properties. Deferred income taxes are provided for temporary differences between the book and tax basis of assets and liabilities. Certain provisions of SFAS 109 provide that regulated enterprises are permitted to recognize deferred taxes as regulatory tax assets or tax liabilities if it is probable that such amounts will be recovered from, or returned to, customers in future rates.

Energy Future Holdings Corp. has generally accounted for uncertainty related to positions taken on tax returns based on the probable liability approach consistent with SFAS 5. FIN 48, as discussed below under "Changes in Accounting Standards", provides clarification of the accounting for uncertain income tax positions.

*Cash Equivalents*—For purposes of reporting cash and cash equivalents, temporary cash investments purchased with a remaining maturity of three months or less are considered to be cash equivalents.

*Property, Plant and Equipment*—Properties are stated at original cost. The cost of property additions includes materials and both direct and indirect labor and applicable overhead, including payroll-related costs and an allowance for funds used during construction.

Depreciation of TXU Electric Delivery's property, plant and equipment is calculated on a straight-line basis over the estimated service lives of the properties based on depreciation rates approved by the Commission. As is common in the industry, TXU Electric Delivery records depreciation expense using composite depreciation rates that reflect blended estimates of the lives of major asset components as compared to depreciation expense calculated on an asset-by-asset basis.

*Allowance For Funds Used During Construction (AFUDC)*—AFUDC is a regulatory cost accounting procedure whereby both interest charges on borrowed funds and a return on equity capital used to finance construction are included in the recorded cost of utility plant and equipment being constructed. AFUDC is capitalized on all projects involving construction periods lasting greater than thirty days. See Note 16 for detail of amounts.

*Regulatory Assets and Liabilities*—The financial statements of TXU Electric Delivery reflect regulatory assets and liabilities under cost-based rate regulation in accordance with SFAS 71. The assumptions and judgments used by regulatory authorities continue to have an impact on the recovery of costs, the rate earned on invested capital and the timing and amount of assets to be recovered by rates. See Note 5 for details of regulatory assets and liabilities.

See discussion above under "Extraordinary gain" regarding the extraordinary gain recorded in 2004 for the adjustment in the carrying value of TXU Electric Delivery's regulatory asset subject to securitization.

*Changes in Accounting Standards*—In February 2007, the FASB issued SFAS 159, which permits an entity to choose to measure certain financial assets and liabilities at fair value. SFAS 159 also revises provisions of SFAS 115 that apply to available-for-sale and trading securities. This statement is effective for fiscal years beginning after November 15, 2007. TXU Electric Delivery has not yet evaluated the potential impact of this standard.

In September 2006, FASB issued SFAS 158, which was adopted by TXU Electric Delivery effective December 31, 2006 See Note 12 for details related to the adoption of SFAS 158.

Confidential

EFIHMW00208593

Also, in September 2006, FASB issued SFAS 157, which establishes a framework for measuring fair value. This statement is effective for fiscal years beginning after November 15, 2007. TXU Electric Delivery believes the adoption of SFAS 157 will have no significant impact on its results of operations or financial statements.

In June 2006, the FASB issued FIN 48 which provides clarification of SFAS 109 with respect to the recognition of income tax benefits of uncertain tax positions in the financial statements. FIN 48 requires uncertain tax positions be reviewed and assessed with recognition and measurement of the tax benefit based on a "more-likely-than-not" standard. Benefits of positions taken on income tax returns that do not qualify for financial statement recognition are required to be disclosed in the financial statements. This interpretation will be adopted by TXU Electric Delivery effective January 1, 2007, as required. Upon adoption, the cumulative effect of this change in accounting principle will be accounted for as an adjustment to retained earnings. The FASB is considering certain revisions to FIN 48, and TXU Electric Delivery continues to evaluate the potential impact of this standard on its financial position.

## 2. RESTRUCTURING ACTIONS IN 2004

During 2004, senior management reviewed Energy Future Holdings Corp.'s operations and implemented a restructuring plan to restore financial strength, drive performance improvement with a competitive industrial company perspective, resolve outstanding contingencies and allocate capital in a disciplined and efficient manner.

The restructuring activities resulted in unusual charges impacting TXU Electric Delivery's 2004 earnings, summarized as follows and discussed below in more detail:

| | Income Statement Classification | Charge to Earnings | |
| --- | --- | --- | --- |
| | | Pretax | After-tax |
| Employee severance costs | Other deductions | $20 | $13 |
| Cities rate settlement charge | Other deductions | 21 | 14 |
| Outsourcing transition costs | Other deductions | 4 | 3 |
| Software write-off and asset impairment | Other deductions | 4 | 2 |
| Other charges | Operation and maintenance expense | 2 | 1 |
| Total | | $51 | $33 |

Following is a discussion of major actions associated with the restructuring plan affecting TXU Electric Delivery:

### *Capgemini Outsourcing Agreement*

In May 2004, TXU Electric Delivery entered into a services agreement with Capgemini Energy LP (Capgemini). Under the ten-year agreement, over 2,500 employees (including approximately 200 from TXU Electric Delivery) transferred from subsidiaries of Energy Future Holdings Corp. to Capgemini effective July 1, 2004. Outsourced base support services performed by Capgemini for a fixed fee, subject to adjustment for volumes or other factors, include information technology, customer call center, billing, human resources, supply chain and certain accounting activities.

Energy Future Holdings Corp. agreed to indemnify Capgemini for severance costs incurred by Capgemini for former Energy Future Holdings Corp. employees terminated within 21 months of their transfer to Capgemini. Accordingly, TXU Electric Delivery recorded an $11 million ($7 million after-tax) charge for severance expense in the second quarter of 2004. (See Note 16 for further details regarding severance liabilities.) In addition, Energy Future Holdings Corp. committed to pay up to $25 million for costs associated with transitioning the outsourced activities to Capgemini. During 2004, TXU Electric Delivery recorded its share of transition expenses of $4 million ($3 million after-tax), and the remainder of its share of $3 million ($2 million after-tax) was expensed in 2005.

F-170

Confidential

EFIHMW00208594

As part of the agreement, Capgemini was provided a royalty-free right, under an asset license arrangement, to use Energy Future Holdings Corp.'s information technology assets, consisting principally of computer software. A portion of the software was in development and had not yet been placed in service. As a result of outsourcing its information technology activities, Energy Future Holdings Corp. no longer intended to develop the majority of these projects and from Energy Future Holdings Corp.'s perspective the software was abandoned. The agreements with Capgemini do not require that any software in development be completed and placed in service. Consequently, the carrying value of these software projects was written off, resulting in a charge of $1 million (after-tax) in 2004, related to TXU Electric Delivery. The remaining assets were transferred to a subsidiary of Energy Future Holdings Corp. at book value in exchange for an interest in that subsidiary. Such interest is accounted for by TXU Electric Delivery on the equity method.

Energy Future Holdings Corp. obtained a 2.9% limited partnership interest in Capgemini in exchange for the asset license described immediately above. See Note 11 for additional discussion of Energy Future Holdings Corp.'s investment in Capgemini and related terms of the agreement.

### Cities Rate Settlement

In the fourth quarter of 2004, TXU Electric Delivery recorded a $21 million ($14 million after-tax) charge for estimated payments under a settlement, which was finalized in February 2005, with a number of municipalities initiating an inquiry regarding distribution rates charged by TXU Electric Delivery.

### Organization Realignment and Headcount Reductions

During 2004, management completed a comprehensive organizational review, including an analysis of staffing requirements. As a result, a self-nomination severance program and other involuntary severance actions were completed, and TXU Electric Delivery recorded severance charges totaling $9 million ($6 million after-tax) in 2004. This amount includes $7 million in allocated Energy Future Holdings Corp. severance charges. Additionally, TXU Electric Delivery recorded $11 million of employee severance costs as a regulatory asset in accordance with SFAS 71.

## 3. CITIES RATE SETTLEMENT IN 2006

In January 2006, TXU Electric Delivery agreed with a steering committee representing 108 cities in Texas (Cities) to defer the filing of a system-wide rate case with the Commission to no later than June 30, 2008 (based on a test year ending December 31, 2007), unless the Cities and TXU Electric Delivery mutually agree that such a filing is unnecessary. TXU Electric Delivery has extended the benefits of the agreement to 292 nonlitigant cities. Based on the final agreements, including the participation of the nonlitigant cities, expected payments to the cities are estimated to total approximately $70 million, including incremental franchise taxes.

This amount is being recognized in earnings over the period from May 2006 through June 2008. Amounts recognized in 2006 totaled $18 million, of which $13 million is reported in other deductions (see Note 16), and the remainder as taxes other than income.

F-171

Confidential

EFIHMW00208595

PX 008
Page 474 of 501

## 4. INCOME TAXES

The components of income tax expense (benefit) are as follows:

| | Year Ended December 31, | | |
| | 2006 | 2005 | 2004 |
|---|---|---|---|
| **Reported in operating expenses** | | | |
| Current: | | | |
| US Federal | $127 | $189 | $ 57 |
| State | 6 | 7 | 5 |
| Deferred federal | 28 | (33) | 56 |
| Amortization of investment tax credits | (5) | (5) | (5) |
| Total | 156 | 158 | 113 |
| **Reported in other income and deductions:** | | | |
| Current: | | | |
| US Federal | 18 | 16 | 12 |
| State | (3) | 1 | — |
| Deferred federal | (1) | (1) | (9) |
| Total | 14 | 16 | 3 |
| Total income tax expense | $170 | $174 | $116 |

Reconciliation of income taxes computed at the federal statutory rate to income tax expense:

| | Year Ended December 31, | | |
| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Income before income taxes, extraordinary items and cumulative effect of change in accounting principle | $ 514 | $ 525 | $ 371 |
| Income taxes at the US federal statutory rate of 35% | $ 180 | $ 184 | $ 130 |
| Amortization of investment tax credits—net of deferred tax effect | (5) | (5) | (5) |
| Amortization (under regulatory accounting) of statutory tax rate changes | (7) | (7) | (8) |
| State income taxes, net of federal tax benefit | 4 | 5 | 4 |
| Medicare subsidy | (6) | (7) | (4) |
| Other, including audit settlements | 4 | 4 | (1) |
| Income tax expense | $ 170 | $ 174 | $ 116 |
| Effective tax rate | 33.1% | 33.1% | 31.2% |

Confidential

EFIHMW00208596

**PX 008**
**Page 475 of 501**

The components of TXU Electric Delivery's deferred income tax assets and deferred income tax liabilities are as follows:

| | December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2006** | | | **2005** | | |
| | Total | Current | Noncurrent | Total | Current | Noncurrent |
| **Deferred Income Tax Assets** | | | | | | |
| Employee benefit liabilities .............. | $ 382 | $ — | $ 382 | $ 225 | $ 2 | $ 223 |
| Alternative minimum tax credit carryforwards ...................... | 110 | 35 | 75 | 110 | — | 110 |
| Unamortized investment tax credits ........ | 28 | — | 28 | 31 | — | 31 |
| Net operating loss (NOL) carryforwards ...... | — | — | — | 4 | 4 | — |
| Other ...................................... | 20 | — | 20 | 64 | 8 | 56 |
| Total deferred tax assets ............. | 540 | 35 | 505 | 434 | 14 | 420 |
| **Deferred Income Tax Liabilities** | | | | | | |
| Book/tax depreciation differences ......... | 1,182 | — | 1,182 | 1,129 | — | 1,129 |
| Regulatory assets ...................... | 749 | — | 749 | 593 | — | 593 |
| Other ...................................... | 47 | 12 | 35 | 95 | 14 | 81 |
| Total deferred tax liability ........... | 1,978 | 12 | 1,966 | 1,817 | 14 | 1,803 |
| **Net Deferred Tax Liability** .................. | $1,438 | $(23) | $1,461 | $1,383 | $— | $1,383 |

At December 31, 2006, TXU Electric Delivery had $110 million of alternative minimum tax credit carryforwards available to offset future tax payments. The alternative minimum tax credit carryforwards have no expiration date.

See Note 1 for discussion regarding the implementation of FIN 48, which addresses accounting for uncertain tax positions.

## 5. REGULATORY ASSETS AND LIABILITIES

### Regulatory Assets and Liabilities—

| | December 31, | |
|---|---|---|
| | **2006** | **2005** |
| **Regulatory assets** | | |
| Generation-related regulatory assets securitized by transition bonds ...................... | $1,316 | $1,461 |
| Employee retirement costs .................................................... | 461 | 89 |
| Storm-related service recovery costs .................................................. | 138 | 110 |
| Securities reacquisition costs ..................................................... | 112 | 119 |
| Recoverable deferred income taxes—net ............................................. | 90 | 107 |
| Employee severance costs ....................................................... | 44 | 33 |
| Nuclear decommissioning cost under-recovery ........................................ | — | 8 |
| Total regulatory assets ..................................................... | 2,161 | 1,927 |
| **Regulatory liabilities** | | |
| Investment tax credit and protected excess deferred taxes ............................. | 63 | 71 |
| Over-collection of securitization (transition) bond revenues ........................... | 34 | 28 |
| Nuclear decommissioning cost over-recovery ......................................... | 17 | — |
| Other regulatory liabilities ...................................................... | 19 | 2 |
| Total regulatory liabilities ................................................. | 133 | 101 |
| **Net regulatory assets** ........................................................ | $2,028 | $1,826 |

F-173

Confidential

EFIHMW00208597

Regulatory assets totaling $121 million have been reviewed and approved by the Commission and are earning a return. The unamortized amounts of these regulatory assets reflected in the above table totaled $100 million and $105 million at December 31, 2006 and 2005, respectively. The assets that have been approved by the Commission and are not earning a return total $1.3 billion at December 31, 2006 and $1.5 billion at December 31, 2005 and have a remaining recovery period of 10 to 44 years, including the regulatory assets securitized by transition bonds that have a remaining recovery period of 10 years as of December 31, 2006.

## 6. TRADE ACCOUNTS RECEIVABLE AND SALE OF RECEIVABLES PROGRAM

*Sale of Receivables*—TXU Electric Delivery participates in an accounts receivable securitization program established by Energy Future Holdings Corp. for certain of its subsidiaries, the activity under which is accounted for as a sale of accounts receivable in accordance with SFAS 140. Under the program, TXU Electric Delivery sells trade accounts receivable to TXU Receivables Company, a consolidated wholly-owned bankruptcy-remote direct subsidiary of Energy Future Holdings Corp., which sells undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions (the funding entities). The current program is subject to renewal in June 2008.

The maximum amount currently available under the program to all Energy Future Holdings Corp. subsidiary participants (originators) is $700 million, and the program funding was $627 million as of December 31, 2006. The program funding to TXU Electric Delivery totaled $86 million as of December 31, 2006. Under certain circumstances, the amount of customer deposits held by the originators can reduce the amount of undivided interests that can be sold, thus reducing funding available under the program. Total funding availability under the program is reduced by 100% of the originators' customer deposits if TXU Energy Company's fixed charge coverage ratio is less than 2.5 times; 50% if TXU Energy Company's coverage ratio is less than 3.25 times, but at least 2.5 times; and zero % if TXU Energy Company's coverage ratio is 3.25 times or more. The originators' customer deposits, which totaled $116 million, did not affect funding availability at that date as TXU Energy Company's coverage ratio was in excess of 3.25 times.

All new trade receivables under the program generated by TXU Electric Delivery are continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Changes in the amount of funding under the program, through changes in the amount of undivided interests sold by TXU Receivables Company, reflect seasonal variations in the level of accounts receivable, changes in collection trends as well as other factors such as changes in delivery fees and volumes. TXU Receivables Company has issued subordinated notes payable to TXU Electric Delivery for the difference between the face amount of the uncollected accounts receivable purchased, less a discount, and cash paid to TXU Electric Delivery that was funded by the sale of the undivided interests. The balance of the subordinated notes issued to TXU Electric Delivery, which is reported in trade accounts receivable, was $52 million and $47 million at December 31, 2006 and 2005, respectively.

The discount from face amount on the purchase of receivables principally funds program fees paid by TXU Receivables Company to the funding entities. The discount also funds a servicing fee paid by TXU Receivables Company to TXU Business Services Company, a direct subsidiary of Energy Future Holdings Corp., but the amounts are immaterial. The program fees, referred to as losses on sale of the receivables under SFAS 140, consist primarily of interest costs on the underlying financing and totaled $6 million, $3 million and $1 million in 2006, 2005 and 2004, respectively, and averaged 5.8%, 4.0% and 2.1% (on an annualized basis) of the funding under the program in 2006, 2005 and 2004, respectively. These fees represent essentially all the net incremental costs of the program to TXU Electric Delivery and are reported in operation and maintenance expenses.

The accounts receivable balance reported in the December 31, 2006 consolidated balance sheet has been reduced by $138 million face amount of trade accounts receivable from nonaffiliates sold to TXU Receivables Company, partially offset by the inclusion of $52 million of subordinated notes receivable from TXU Receivables Company. Funding under the program decreased $3 million to $86 million in 2006, increased

F-174

Confidential

EFIHMW00208598

**PX 008**
**Page 477 of 501**

$26 million to $89 million in 2005 and increased $19 million to $63 million in 2004. Funding increases or decreases under the program are reflected as operating cash flow activity in the statement of cash flows. The carrying amount of the retained interests in the accounts receivable balance approximated fair value due to the short-term nature of the collection period.

Activities of TXU Receivables Company related to TXU Electric Delivery in 2006, 2005 and 2004 were as follows:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | 2004 |
| Cash collections on accounts receivable | $ 1,229 | $ 970 | $ 669 |
| Face amount of new receivables purchased | (1,231) | (998) | (696) |
| Discount from face amount of purchased receivables | 6 | 3 | 1 |
| Program fees paid | (6) | (3) | (1) |
| Increase in subordinated notes payable | 5 | 2 | 8 |
| Cash flows used by (provided to) TXU Electric Delivery under the program | $ 3 | $ (26) | $ (19) |

Upon termination of the program, cash flows would be delayed as collections of sold receivables would be used by TXU Receivables Company to repurchase the undivided interests from the funding entities instead of purchasing new receivables. The level of cash flows would normalize in approximately 16 to 30 days.

*Contingencies Related to Sale of Receivables Program*—Although TXU Receivables Company expects to be able to pay its subordinated notes from the collections of purchased receivables, these notes are subordinated to the undivided interests of the financial institutions in those receivables, and collections might not be sufficient to pay the subordinated notes. The program may be terminated if either of the following events occurs:

1) all of the originators cease to maintain their required fixed charge coverage ratio and debt to capital (leverage) ratio; or

2) the delinquency ratio (delinquent for 31 days) for the sold receivables, the default ratio (delinquent for 91 days or deemed uncollectible), the dilution ratio (reductions for discounts, disputes and other allowances) or the days collection outstanding ratio exceed stated thresholds and the financial institutions do not waive such event of termination. The thresholds apply to the entire portfolio of sold receivables, not separately to the receivables of each originator.

*Trade Accounts Receivable*—

| | At December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| Gross trade accounts receivable | | |
| Trade accounts receivable from TXU Energy Company | $ 347 | $ 377 |
| Undivided interests in accounts receivable sold by TXU Receivables Company | (155) | (171) |
| Subordinated notes receivable from TXU Receivables Company | (138) | (136) |
| Allowance for uncollectible accounts related to undivided interests in receivables retained | 52 | 47 |
| | (5) | (5) |
| Trade accounts receivable from nonaffiliates—net | $ 101 | $ 112 |

Gross trade accounts receivable at December 31, 2006 and 2005 included unbilled revenues of $118 million and $112 million, respectively.

Allowances related to receivables sold are reported in other current liabilities and totaled $1 million at both December 31, 2006 and 2005.

F-175

Confidential

EFIHMW00208599

# 7. SHORT-TERM FINANCING

*Short-term Borrowings*—At December 31, 2006 and 2005, the outstanding short-term borrowings of TXU Electric Delivery consisted of the following:

|  | At December 31, 2006 | | At December 31, 2005 | |
|---|---|---|---|---|
|  | Outstanding Amount | Interest Rate(a) | Outstanding Amount | Interest Rate(a) |
| Commercial paper . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $673 | 5.53% | $51 | 4.56% |
| Advances from parent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | 5.65% | 23 | 4.99% |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $697 |  | $74 |  |

(a)  Weighted average interest rate at the end of the period.

Under the commercial paper program, TXU Electric Delivery may issue up to $1.0 billion of these securities. The program is supported by existing credit facilities.

*Credit Facilities*—At December 31, 2006, TXU Electric Delivery had access directly or through its affiliates to credit facilities with the following terms:

|  |  | At December 31, 2006 | | | |
|---|---|---|---|---|---|
| Authorized Borrowers | Maturity Date | Facility Limit | Letters of Credit | Cash Borrowings | Availability |
| TXU Energy Company . . . . . . . . . . . . . . . . . . . . . . . . . . | May 2007 | $1,500 | $ — | $ — | $1,500 |
| TXU Energy Company, TXU Electric Delivery . . . . . . . | June 2008 | 1,400 | 489 | — | 911 |
| TXU Energy Company, TXU Electric Delivery . . . . . . . | August 2008 | 1,000 | — | 150 | 850 |
| TXU Energy Company, TXU Electric Delivery . . . . . . . | March 2010 | 1,600 | 3 | — | 1,597 |
| TXU Energy Company, TXU Electric Delivery . . . . . . . | June 2010 | 500 | — | — | 500 |
| TXU Energy Company . . . . . . . . . . . . . . . . . . . . . . . . . . | December 2009 | 500 | 455 | 45 | — |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $6,500 | $947 | $195 | $5,358 |

The maximum amount TXU Energy Company and TXU Electric Delivery can directly access under the facilities is $6.5 billion and $3.6 billion, respectively. These facilities may be used for working capital and general corporate purposes, including providing support for issuances of commercial paper and for issuing letters of credit. Both TXU Electric Delivery and TXU Energy Company had outstanding commercial paper at December 31, 2006.

In addition, TXU Energy Company and TXU Electric Delivery have a $25 million joint uncommitted line of credit without an expiration date. The terms are generally consistent with existing credit facilities, except that funding remains at the discretion of the lender. As of December 31, 2006, there were no outstanding borrowings under this line of credit.

All letters of credit and cash borrowings under the credit facilities as of December 31, 2006 are the obligations of TXU Energy Company. In addition, TXU Energy Company has outstanding commercial paper supported by these facilities totaling $623 million.

Confidential

EFIHMW00208600

## 8. LONG-TERM DEBT

*Long-term debt*—At December 31, 2006 and 2005, long-term debt of TXU Electric Delivery consisted of the following:

| | December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| TXU Electric Delivery | | |
| 6.375% Fixed Senior Notes due May 1, 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 700 | $ 700 |
| 7.000% Fixed Senior Notes due May 1, 2032 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 500 | 500 |
| 6.375% Fixed Senior Notes due January 15, 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 350 | 350 |
| 5.000% Fixed Debentures due September 1, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 200 | 200 |
| 7.000% Fixed Debentures due September 1, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 800 | 800 |
| Unamortized discount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (16) | (17) |
| Sub-total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,034 | 3,033 |
| TXU Electric Delivery Transition Bond Company LLC:[a] | | |
| 2.260% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 44 |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 122 | 122 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 130 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 145 | 145 |
| 3.520% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2009 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 158 | 215 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 221 | 221 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 . . . | 290 | 290 |
| Total TXU Electric Delivery Transition Bond Company LLC . . . . . . . . . . . . . . . . . . . . | 1,074 | 1,167 |
| Total TXU Electric Delivery consolidated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,108 | 4,200 |
| Less amount due currently . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (297) | (93) |
| Total long-term debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $3,811 | $4,107 |

(a)   These bonds are nonrecourse to TXU Electric Delivery and were issued to securitize a regulatory asset.

*Debt Retirements in 2006*—Retirements of long-term debt in 2006 totaled $93 million and represent transition bond principal payments at scheduled maturity dates.

*Debt Issuances and Retirements in 2005*—In July 2005, the remaining publicly outstanding $92 million principal amount of TXU Electric Delivery's Fixed First Mortgage Bonds matured and was paid. In a related action, in October 2005 TXU Electric Delivery released the liens associated with its 2002 Secured Indenture resulting in its Senior Secured Notes becoming unsecured obligations of TXU Electric Delivery ranking equally with all of its other unsecured obligations. Because the First Mortgage Bonds that served as collateral for the 2002 Secured Indenture were returned to TXU Electric Delivery in connection with that release and TXU Electric Delivery no longer had any publicly outstanding First Mortgage Bonds, TXU Electric Delivery discharged its 1983 Mortgage in October 2005. As a result of these actions, TXU Electric Delivery no longer has any secured debt outstanding.

Retirements of other long-term debt in 2005 totaling $91 million represent payments related to transition bonds at scheduled maturity dates.

F-177

Confidential

EFIHMW00208601

*Securitization (Transition) Bonds*—Under a regulatory financing order authorizing the issuance of $1.3 billion principal amount of transition bonds to recover generation-related regulatory assets, TXU Electric Delivery Transition Bond Company LLC issued $500 million principal amount of transition bonds in August 2003 and the remaining $790 million principal amount in June 2004. Amounts to service the principal and interest on the bonds are recovered from REPs by TXU Electric Delivery through a distribution fee surcharge. Also see Note 1.

*Maturities*—Transition bond sinking fund requirements and other long-term debt maturities at December 31, 2006, were as follows:

| Year | |
|---|---|
| 2007 | $ 297 |
| 2008 | 99 |
| 2009 | 103 |
| 2010 | 108 |
| 2011 | 113 |
| Thereafter | 3,404 |
| Unamortized discount | (16) |
| Total | $4,108 |

## 9. COMMITMENTS AND CONTINGENCIES

*Commitments*

*Leases*—As of December 31, 2006, future minimum lease payments under operating leases (with initial or remaining noncancelable lease terms in excess of one year) were as follows:

| Year | |
|---|---|
| 2007 | $ 7 |
| 2008 | 5 |
| 2009 | 4 |
| 2010 | 4 |
| 2011 | 4 |
| Thereafter | 9 |
| Total future minimum lease payments | $33 |

*Contingencies*

*Legal Proceedings*—TXU Electric Delivery is involved in various legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect upon its financial position, results of operations or cash flows.

*Labor Contracts*—Certain TXU Electric Delivery employees are represented by a labor union and covered by a collective bargaining agreement that will expire in 2007 and wages and benefits are currently being negotiated. A new bargaining unit, representing approximately 500 employees, was certified in TXU Electric Delivery in December 2006 and negotiations will begin on an initial labor agreement in early 2007. Management expects that any changes in collective bargaining agreements will not have a material effect on TXU Electric Delivery's financial position, results of operations or cash flows; however, TXU Electric Delivery is unable to predict the ultimate outcome of these labor negotiations.

Confidential

EFIHMW00208602

*Environmental Contingencies*—TXU Electric Delivery must comply with environmental laws and regulations applicable to the handling and disposal of hazardous waste. TXU Electric Delivery is in compliance with all current laws and regulations; however, the impact, if any, of changes to existing regulations or the implementation of new regulations is not determinable. The costs to comply with environmental regulations can be significantly affected by the following external events or conditions:

- changes to existing state or federal regulation by governmental authorities having jurisdiction over control of toxic substances and hazardous and solid wastes, and other environmental matters; and

- the identification of additional sites requiring clean-up or the filing of other complaints in which TXU Electric Delivery may be asserted to be a potential responsible party.

*Guarantees*—TXU Electric Delivery has entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions. Guarantees issued or modified after December 31, 2002 are subject to the recognition and initial measurement provisions of FIN 45, which requires a guarantor to recognize, at the inception of a guarantee, a liability for the fair value of the obligation undertaken in issuing the guarantee.

*Residual value guarantees in operating leases*—TXU Electric Delivery is the lessee under various operating leases that obligate it to guarantee the residual values of the leased assets. At December 31, 2006, both the aggregate maximum amount of residual values guaranteed and the estimated residual recoveries totaled approximately $25 million. These leased assets consist primarily of vehicles used in distribution activities. The average life of the lease portfolio is approximately three years.

## 10. SHAREHOLDER'S EQUITY

No shares of TXU Electric Delivery's common stock are held by or for its own account, nor are any shares of such capital stock reserved for its officers and employees or for options, warrants, conversions and other rights in connection therewith.

*Noncash contributions*—Effective January 1, 2005, TXU Electric Delivery and TXU Energy Company entered into an agreement whereby TXU Electric Delivery assumed responsibility for pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility, which in addition to its own employees consists largely of active and retired personnel engaged in TXU Energy Company's activities, related to service of those additional personnel prior to the deregulation and disaggregation of Energy Future Holdings Corp.'s business. (See Note 12 for additional information related to this agreement.) In connection with this agreement, TXU Electric Delivery recorded a $15 million credit to its common stock account in 2006 for the noncash contribution of pension-related assets and a $146 million charge to common stock in 2005 for the noncash assumption of the pension obligation.

Under SFAS 123R, expense related to Energy Future Holdings Corp.'s stock-based incentive compensation awards granted to TXU Electric Delivery's employees is accounted for as a noncash capital contribution from Energy Future Holdings Corp. Accordingly, TXU Electric Delivery recorded a credit of $5 million and $9 million to its common stock account in 2006 and 2005, respectively.

TXU Electric Delivery recorded a $14 million credit in 2006 and a $9 million credit in 2005 to common stock arising from the excess tax benefit generated by the distribution date value of the stock-based incentive awards exceeding the reported compensation expense.

In 2005, $19 million of property assets were transferred at book value to TXU Electric Delivery through a capital contribution.

F-179

Confidential

In the second quarter of 2006, TXU Electric Delivery distributed its mineral interests in natural gas and oil to Energy Future Holdings Corp. in the form of a dividend. The dividend was recorded at the book value of the interests, which was zero. These mineral interests were acquired as part of land purchases over the years to support the expansion of the transmission and distribution system and not for the mineral development, and no value was attributed to the mineral interests at the time of acquisition.

*Repurchases and retirements of common stock*—All of TXU Electric Delivery's common stock is held by Energy Future Holdings Corp. During 2004, TXU Electric Delivery repurchased and retired a total of 11,247,225 shares of common stock for $450 million.

In 2004, the legal form of cash distributions was common stock repurchases; however, for accounting purposes, these cash distributions are recorded as a return of capital. There have not been any such repurchases in 2005 and 2006.

*Dividends*—During 2006, TXU Electric Delivery declared and paid the following dividends:

| Declaration Date | Payment Date | Dividend Amount |
|---|---|---|
| October 1, 2006 | October 2, 2006 | $85 |
| July 1, 2006 | July 3, 2006 | $85 |
| March 8, 2006 | April 3, 2006 | $85 |

Additionally, in January 2006, TXU Electric Delivery paid a cash dividend of $85 million to Energy Future Holdings Corp.

In January 2007, TXU Electric Delivery declared and paid a cash dividend of $88 million to Energy Future Holdings Corp.

## 11. INVESTMENTS AND OTHER PROPERTY

The following information is a summary of the investments and other property balance as of December 31, 2006 and 2005:

| | December 31, | |
|---|---|---|
| | 2006 | 2005 |
| Assets related to employee benefit plans, principally employee savings programs | $68 | $51 |
| Restricted cash | 17 | 13 |
| Investment in unconsolidated affiliates | 4 | 8 |
| Land | 4 | 4 |
| Total other property and investments | $93 | $76 |

*Assets Related to Employee Benefit Plans*—The majority of these assets represent cash surrender values of life insurance policies that are purchased to fund liabilities under deferred compensation plans. Energy Future Holdings Corp. pays the premiums and is the beneficiary of these life insurance policies. As of December 31, 2006 and 2005, the face amount of these policies totaled $171 million and $166 million, and the net cash surrender values totaled $59 million and $36 million, respectively. Changes in cash surrender value are netted against premiums paid. Other investment assets held to satisfy deferred compensation liabilities are recorded at market value.

*Capgemini Agreement*—In May 2004, TXU Electric Delivery entered into a services agreement with Capgemini to outsource certain support activities. As part of the agreement, Capgemini was provided a

Confidential

EFIHMW00208604

royalty-free right, under an asset license arrangement, to use Energy Future Holdings Corp.'s information technology assets, consisting primarily of computer software. Energy Future Holdings Corp. obtained a 2.9% limited partnership interest in Capgemini in exchange for the asset license. Energy Future Holdings Corp. has the right to sell (the put option) its interest and the licensed software to Cap Gemini North America Inc. for $200 million, plus its share of Capgemini's undistributed earnings, upon expiration of the services agreement or earlier upon the occurrence of certain unexpected events. Cap Gemini North America Inc. has the right to purchase these interests under the same terms and conditions. The partnership interest has been recorded at an initial value of $2.9 million and is being accounted for on the cost method.

TXU Electric Delivery recorded its share of the fair value of the put option, estimated at $51 million, as an other noncurrent asset. Of this amount, $49 million was recorded as a reduction to the carrying value of the investment, and the balance, which represents the fair value of the assumed cash distributions and gains while holding the partnership interest, was recorded as a noncurrent deferred credit. This accounting is in accordance with AICPA Statement of Position 98-1, "Accounting for the Costs of Computer Software Developed or Obtained for Internal Use."

Subject to certain terms and conditions, Cap Gemini North America, Inc. and its parent, Cap Gemini S.A., have guaranteed the performance and payment obligations of Capgemini under the services agreement, as well as payments under the put option.

*Restricted Cash—*

| | Balance Sheet Classification | | | |
|---|---|---|---|---|
| | At December 31, 2006 | | At December 31, 2005 | |
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
| Customer collections related to securitization (transition) bonds used only to service debt and pay expenses ..................... | $55 | $ — | $46 | $ — |
| Reserve for fees associated with transition bonds ................. | — | 10 | — | 10 |
| Reserve for shortfalls of transition bond charges ................ | — | 7 | — | 3 |
| Total ............................................. | $55 | $ 17 | $46 | $ 13 |

## 12. PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS

*Adoption of SFAS 158*—In September 2006, the FASB issued SFAS 158, which was adopted by TXU Electric Delivery effective December 31, 2006, as required. SFAS 158 requires reporting in the balance sheet of the funded status of defined benefit pension and other postretirement employee benefit (OPEB) plans. Periodic pension and OPEB costs continue to be determined in accordance with SFAS 87 and SFAS 106. Under these standards, the accrued benefit obligation recognized in the balance sheet represented the cumulative difference between the net periodic benefit costs and cash funding of the plans. SFAS 87 also required the recording of a minimum pension liability representing the excess of the accumulated benefit obligation over the fair value of the plans' assets and the accrued benefit obligation already recorded under SFAS 87. The recording of the minimum pension liability resulted in adjustments to other comprehensive income or balance sheet accounts, principally regulatory assets.

SFAS 158 requires that both the pension and OPEB accrued benefit obligation reported in the balance sheet represent the funded status of the plans based on the projected benefit obligation, which for the pension plan takes into account future compensation increases. For TXU Electric Delivery, the initial recognition of the funded status on the financial statements is reflected as an increase in the accrued benefit obligation and an increase in regulatory assets. The recording of a regulatory asset, instead of a reduction in the accumulated other comprehensive income component of shareholder's equity as set forth in SFAS 158, is based on the regulatory

Confidential

EFIHMW00208605

recovery of retirement benefits under the June 2005 amendment to PURA. See discussion below under "Regulatory Recovery of Pension and Other Postretirement Employee Benefit Costs".

|  | December 31, 2006 | | |
| --- | --- | --- | --- |
|  | Balances Prior to Application of SFAS 158 | Increase (Decrease) to Balances | Balances After Application of SFAS 158 |
| Intangible asset . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   3 | $  (3) | $ — |
| Noncurrent assets: |  |  |  |
| Accumulated deferred income tax assets . . . . . . . . . . . . . . . . . | $182 | $158 | $340 |
| Regulatory assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 61 | $343 | $404 |
| Current liabilities: |  |  |  |
| Defined benefit pension and OPEB obligations . . . . . . . . . . . | $ — | $  2 | $  2 |
| Noncurrent liabilities: |  |  |  |
| Accumulated deferred income tax liability . . . . . . . . . . . . . . . | $ 22 | $158 | $180 |
| Defined benefit pension and OPEB obligations . . . . . . . . . . . | $554 | $338 | $892 |

The amounts recorded in the fourth quarter of 2006 upon adoption of SFAS 158 were based on TXU Electric Delivery's allocation of the measurements of Energy Future Holdings Corp.'s pension and OPEB plans at the December 31, 2006 year-end date, which has been TXU Electric Delivery's practice but is now required under SFAS 158.

*Pension Plan*—TXU Electric Delivery is a participating employer in the TXU Retirement Plan (Retirement Plan), a defined benefit pension plan sponsored by Energy Future Holdings Corp. The Retirement Plan is a qualified pension plan under Section 401(a) of the Internal Revenue Code of 1986, as amended (Code) and is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended (ERISA). Employees are eligible to participate in the Retirement Plan upon their completion of one year of service and the attainment of age 21. All benefits are funded by the participating employers. The Retirement Plan provides benefits to participants under one of two formulas: (i) a cash balance formula under which participants earn monthly contribution credits based on their compensation and a combination of their age and years of service, plus monthly interest credits, or (ii) a traditional defined benefit formula based on years of service and the average earnings of the three years of highest earnings. The cash balance interest component of the cash balance plan is variable and is determined using the yield on 30-year Treasury bonds.

All eligible employees hired after January 1, 2001 participate under the cash balance formula. Certain employees who, prior to January 1, 2002, participated under the traditional defined benefit formula, continue their participation under that formula. Under the cash balance formula, future increases in earnings will not apply to prior service costs. It is Energy Future Holdings Corp.'s policy to fund the plans on a current basis to the extent deductible under existing federal tax regulations. Such contributions, when made, are intended to provide not only for benefits attributed to service to date, but also those expected to be earned in the future.

TXU Electric Delivery also participates in Energy Future Holdings Corp.'s supplemental retirement plans for management employees, the information for which is included in the data below.

*Minimum Pension Liability Adjustment Prior to SFAS 158*—As discussed above, TXU Electric Delivery Company recorded a minimum pension liability adjustment prior to the adoption of SFAS 158. The minimum pension liability adjustment for the year ended December 31, 2005 was recorded as a regulatory asset and totaled $66 million net of the related deferred income tax liability. The minimum pension liability adjustment recorded for the year ended December 31, 2004 totaled $3 million after-tax and was recorded as a charge to other comprehensive income.

*Other Postretirement Employee Benefits*—TXU Electric Delivery participates with Energy Future Holdings Corp. and certain other affiliated subsidiaries of Energy Future Holdings Corp. to offer certain health

F-182

Confidential

care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. For employees retiring on or after January 1, 2002, the retiree contributions required for such coverage vary based on a formula depending on the retiree's age and years of service.

*Pension and Other Postretirement Employee Benefits Costs*—The following details net pension and other postretirement employee benefit (OPEB) costs recognized as expense:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2006 | 2005 | 2004 |
| Pension costs under SFAS 87 | $ 41 | $ 28 | $ 16 |
| OPEB costs under SFAS 106 | 61 | 50 | 34 |
| Total benefit costs | $102 | $ 78 | $ 50 |
| Less amounts deferred principally as a regulatory asset or property | (84) | (58) | (23) |
| Net amounts recognized as expense | $ 18 | $ 20 | $ 27 |

The pension and OPEB amounts provided represent allocations of amounts related to Energy Future Holdings Corp.'s plans to TXU Electric Delivery.

*Regulatory Recovery of Pension and OPEB Costs*—In June 2005, an amendment to PURA relating to Energy Future Holdings Corp.'s pension and OPEB costs was enacted by the Texas Legislature. This amendment, which was retroactively effective January 1, 2005, provides for the recovery by TXU Electric Delivery of pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility, which in addition to its own employees consists largely of active and retired personnel engaged in TXU Energy Company's activities, related to service of those additional personnel prior to the deregulation and disaggregation of Energy Future Holdings Corp.'s business. TXU Electric Delivery and TXU Energy Company have entered into an agreement whereby TXU Electric Delivery assumes responsibility for applicable pension and OPEB costs related to those personnel.

The following table summarizes the initial impact of the related transfer of pension and other postretirement benefit obligations at December 31, 2005:

| | |
|---|---|
| Increase in intangible asset | $  6 |
| Increase in regulatory asset | 2 |
| Increase in other noncurrent liabilities and deferred credits | (239) |
| Decrease in accumulated deferred income taxes | 85 |
| Total noncash assumption of pension obligation[a] | $(146) |

(a)  Amount represents a charge to common stock.

In addition, during 2006 TXU Electric Delivery recorded a $15 million credit to its common stock account for the noncash contribution of pension-related assets.

The amendment additionally authorizes TXU Electric Delivery to establish a regulatory asset or liability for the difference between the amounts of pension and OPEB costs approved in current billing rates and the actual amounts that would otherwise have been recorded as charges or credits to earnings. Accordingly, in the second quarter of 2005 TXU Electric Delivery began deferring (principally as a regulatory asset or property) additional pension and OPEB costs for the effect of the amendment. Amounts deferred are ultimately subject to regulatory approval. Amounts recorded as a regulatory asset in 2006 totaled $34 million.

*Assumed Discount Rate*—The discount rates reflected in net pension and other postretirement benefit costs are 5.75% and 6.0% in 2006 and 2005, respectively. The expected rate of return on plan assets reflected in the 2006 cost amounts is 8.75% for the pension plan and 8.67% for other postretirement benefits.

Confidential

EFIHMW00208607

*Amortization in 2007*—The estimated net loss and prior service cost for the defined benefit pension plans that will be amortized into net periodic pension cost in 2007 total $15 million and $1 million, respectively. The estimated net loss, prior service credit and net transition obligation for the OPEB plans that will be amortized into net periodic benefit cost in 2007 total $14 million, a $2 million credit and $1 million, respectively. As discussed above, a portion of the pension and OPEB costs will be deferred as a regulatory asset.

*Pension and Other Postretirement Employee Benefit Plan Cash Contributions*—The following details the contributions to the benefit plans.

|  | December 31, | | |
|---|---|---|---|
|  | 2006 | 2005 | 2004 |
| Pension plan contributions ............................................... | $ 2 | $ 1 | $12 |
| OPEB plan contributions ................................................. | 26 | 40 | 25 |
| Total contributions ................................................. | $28 | $41 | $37 |

Estimated funding in 2007 of the pension plan and OPEB plan total $36 million and $25 million, respectively.

*Thrift Plan*—Employees of TXU Electric Delivery may participate in a qualified savings plan, the TXU Thrift Plan (Thrift Plan). This plan is a participant-directed defined contribution plan intended to qualify under Section 401(a) of the Code, and is subject to the provisions of ERISA. The Thrift Plan includes an employee stock ownership component. Under the terms of the Thrift Plan, as amended effective in 2002, employees who do not earn more than the IRS threshold compensation limit used to determine highly compensated employees may contribute, through pretax salary deferrals and/or after-tax payroll deductions, the lesser of 75% of their regular salary or wages or the maximum amount permitted under law. Employees who earn more than such threshold may contribute from 1% to 16% of their regular salary or wages. Employer matching contributions are also made in an amount equal to 100% of the first 6% of employee contributions for employees who are covered under the cash balance formula of the Retirement Plan, and 75% of the first 6% of employee contributions for employees who are covered under the traditional defined benefit formula of the Retirement Plan. Prior to January 1, 2006, employer matching contributions were invested in Energy Future Holdings Corp. common stock. Effective January 1, 2006, employees may reallocate or transfer all or part of their accumulated or future employer matching contributions to any of the plan's other investment options.

## 13. STOCK-BASED COMPENSATION

TXU Electric Delivery bears the costs of Energy Future Holdings Corp.'s shareholder-approved long-term incentive plans for applicable management personnel engaged in its business activities. Energy Future Holdings Corp. provides discretionary awards of performance units to qualified management employees that are payable in its common stock. The awards generally vest over a three year period and the number of shares ultimately earned is based on the performance of Energy Future Holdings Corp.'s stock over the vesting period as compared to peer companies and established thresholds. Energy Future Holdings Corp. has established restrictions that limit certain employees' opportunities to liquidate vested awards.

Energy Future Holdings Corp adopted SFAS 123R in 2004. This accounting rule eliminates the alternative of applying the intrinsic value measurement provisions of APB 25 to stock compensation awards and requires the measurement of the cost of such awards over the vesting period based on the grant-date fair value of the award. Energy Future Holdings Corp. adopted SFAS 123R using the modified retrospective method, which allows for application to only prior interim periods in the year of initial adoption and resulted in the recognition of a credit of $3 million ($2 million after- tax) cumulative effect of change in accounting principle. For a portion of the 2004 period, the performance unit awards were payable in cash, but the awards were modified in December of 2004 and will be payable in Energy Future Holdings Corp. common stock.

F-184

Confidential

EFIHMW00208608

Energy Future Holdings Corp. determines the fair value of its stock-based compensation awards utilizing a valuation model that takes into account three principal factors: expected volatility of the stock price of Energy Future Holdings Corp. and peer group companies, dividend rate of Energy Future Holdings Corp. and peer group companies and the restrictions limiting liquidation of vested stock awards. Based on the fair values determined under this model, TXU Electric Delivery's reported expense related to the awards totaled $4 million, $8 million and $8 million ($3 million, $5 million and $5 million after-tax) in 2006, 2005 and 2004, respectively. The number of awards granted, net of forfeitures, totaled 8 thousand, 119 thousand and 348 thousand in 2006, 2005 and 2004, respectively. As of December 31, 2006, unrecognized expense related to unvested awards totaled $4 million, which is expected to be recognized over a weighted average period of two years.

With respect to awards to TXU Electric Delivery's employees, the fair value of awards that vested in 2006, 2005 and 2004 totaled $57 million, $38 million and less than $1 million, respectively, based on the vesting date share prices. The aggregate fair value of outstanding awards expected to vest totaled $67 million based on the share price and performance of Energy Future Holdings Corp. stock as of December 31, 2006.

## 14. FAIR VALUE OF NONDERIVATIVE FINANCIAL INSTRUMENTS

The carrying amounts and related estimated fair values of TXU Electric Delivery's significant nonderivative financial instruments that are not reported at fair value on the balance sheet are as follows:

|  | December 31, 2006 | | December 31, 2005 | |
| --- | --- | --- | --- | --- |
|  | Carrying Amount | Fair Value | Carrying Amount | Fair Value |
| Long-term debt (including current maturities) ...................... | $4,108 | $4,331 | $4,200 | $4,473 |

See Note 1 for discussion of accounting for financial instruments that are derivatives.

The fair value of long-term debt is estimated at the lesser of either the call price or the market value as determined by quoted market prices, where available, or, where not available, at the present value of future cash flows discounted at rates consistent with comparable maturities with similar credit risk.

The carrying amounts for financial assets classified as current assets and the carrying amounts for financial liabilities classified as current liabilities approximate fair value due to the short maturity of such instruments. The fair values of other financial instruments, including the Capgemini put option, for which carrying amounts and fair values have not been presented are not materially different than their related carrying amounts.

## 15. RELATED-PARTY TRANSACTIONS

The following represent significant related-party transactions of TXU Electric Delivery:

- TXU Electric Delivery records revenue from TXU Energy Company for electricity delivery fees and other miscellaneous revenues, which totaled $1.1 billion, $1.3 billion and $1.4 billion for the years ended December 31, 2006, 2005 and 2004, respectively.

- TXU Electric Delivery records interest income from TXU Energy Company with respect to TXU Electric Delivery's generation-related regulatory assets, which have been securitized through the issuance of transition bonds by TXU Electric Delivery's bankruptcy remote financing subsidiary. The interest income serves to offset TXU Electric Delivery's interest expense on transition bonds. This interest income totaled $52 million, $55 million and $54 million for the years ended December 31, 2006, 2005 and 2004, respectively.

- Incremental accrued income taxes incurred by TXU Electric Delivery as a result of delivery fee surcharges to its customers related to transition bonds are reimbursed by TXU Energy Company. TXU

F-185

Confidential

EFIHMW00208609

PX 008
Page 488 of 501

Electric Delivery's financial statements reflect a note receivable from TXU Energy Company of $356 million ($33 million reported as current) at December 31, 2006 and $395 million ($33 million reported as current) at December 31, 2005 related to these income taxes.

- Short-term advances from parent totaled $24 million, $23 million and $63 million at December 31, 2006, 2005 and 2004, respectively. The average daily balances of short-term advances from parent totaled $44 million, $71 million, and $55 million for the years ended December 31, 2006, 2005 and 2004, respectively, and the weighted average interest rate for the respective periods was 5.4%, 4.1% and 2.9%. Interest expense incurred on the advances totaled approximately $2 million, $3 million and $2 million for the years ended December 31, 2006, 2005 and 2004, respectively.

- A Energy Future Holdings Corp. subsidiary charges TXU Electric Delivery for financial, accounting and other administrative services at cost. These costs, which are reported in operation and maintenance expenses, totaled $36 million, $34 million and $101 million for the years ended December 31, 2006, 2005 and 2004, respectively. Effective July 1, 2004, under TXU Electric Delivery's ten year services agreement with Capgemini, several of the support activities previously performed by Energy Future Holdings Corp. are now provided by Capgemini.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility, reported on TXU Energy Company's balance sheet, is funded by a delivery fee surcharge collected from REPs by TXU Electric Delivery and remitted to TXU Energy Company, with the intent that the trust fund assets will be sufficient to fund the estimated decommissioning liability, also reported on TXU Energy Company's balance sheet. Income and expenses associated with the trust fund and the decommissioning liability recorded by TXU Energy Company are offset by a net change in the TXU Electric Delivery and TXU Energy Company intercompany receivable/payable, which in turn results in a change in TXU Electric Delivery's reported net regulatory asset/liability. The regulatory liability totaled $17 million at December 31, 2006 and represents the excess of the trust fund balance over the estimated decommissioning liability. The regulatory asset totaled $8 million at December 31, 2005 and represented the excess of the decommissioning liability over the trust fund balance.

- TXU Electric Delivery has a 19.5% limited partnership interest, with a carrying value of $4 million and $8 million at December 31, 2006 and 2005, respectively, in a Energy Future Holdings Corp. subsidiary holding Capgemini-related assets. Equity losses related to this interest totaled $4 million, $3 million and $2 million for the years ended December 31, 2006, 2005 and 2004, respectively. These losses primarily represent amortization of software assets held by the subsidiary.

- Energy Future Holdings Corp. files a consolidated federal income tax return, and federal income taxes are allocated to subsidiaries based on their respective taxable income or loss. As a result, TXU Electric Delivery had a federal income tax payable to Energy Future Holdings Corp. of $31 million and $181 million at December 31, 2006 and 2005, respectively.

- In 2004, TXU Electric Delivery charged TXU Gas Company for meter reading and certain customer and administrative services at cost. These charges totaled $14 million for the year ended December 31, 2004 and were largely reported as a reduction in operation and maintenance expenses. On October 1, 2004, TXU Gas and Atmos Energy Corporation completed a merger by division in which Atmos Energy Corporation acquired TXU Gas' operations. TXU Electric Delivery continued to provide meter reading services to Atmos Energy Corporation under a transition service agreement through September 30, 2005.

See Notes 6 and 12 for information regarding the accounts receivable securitization program and the related subordinated notes receivable and the allocation of Energy Future Holdings Corp.'s pension and OPEB costs, respectively.

F-186

Confidential

EFIHMW00208610

## 16. SUPPLEMENTARY FINANCIAL INFORMATION

*Other Income and Deductions—*

|  | Year Ended December 31, | | |
|  | 2006 | 2005 | 2004 |
|---|---|---|---|
| Other income: | | | |
| Equity portion of allowance for funds used during construction | $ — | $ 2 | $ 4 |
| Other, including net gain on sale of properties | 2 | 2 | 3 |
| Total other income | $ 2 | $ 4 | $ 7 |
| Other deductions: | | | |
| Employee severance charges (See Note 2 regarding 2004 charges) | $ — | $ 2 | $20 |
| Charges related to cities rate settlements (Note 2 and Note 3) | 13 | 1 | 21 |
| Capgemini outsourcing transition costs (Note 2) | — | 3 | 4 |
| Equity losses in an unconsolidated affiliate (Note 15) | — | 3 | 4 |
| Asset impairments (Note 2) | 4 | 3 | 2 |
| Transition costs related to InfrastruX Energy Services joint venture[a] | — | — | 4 |
| Other | 7 | — | — |
| | 3 | 6 | 4 |
| Total other deductions | $ 27 | $15 | $55 |

_____

(a)  Transition costs include costs incurred on behalf of the new venture such as modifying information technology systems, planning and designing processes and training transitioning employees to prepare for the operation of the venture.

*Interest Expense and Related Charges—*

|  | Year Ended December 31, | | |
|  | 2006 | 2005 | 2004 |
|---|---|---|---|
| Interest | $287 | $270 | $277 |
| Amortization of debt discounts and issuance costs | 5 | 5 | 6 |
| Allowance for funds used during construction—capitalized interest portion | (6) | (6) | (4) |
| Total interest expense and related charges | $286 | $269 | $279 |

*Property, Plant and Equipment—*

|  | December 31, | |
|  | 2006 | 2005 |
|---|---|---|
| Assets in service: | | |
| Distribution | $ 7,788 | $ 7,384 |
| Transmission | 3,179 | 2,829 |
| Other assets | 395 | 381 |
| Total | 11,362 | 10,594 |
| Less accumulated depreciation | 3,897 | 3,654 |
| Net of accumulated depreciation | 7,465 | 6,940 |
| Construction work in progress | 123 | 107 |
| Held for future use | 20 | 20 |
| Property, plant and equipment—net | $ 7,608 | $ 7,067 |

TXU Electric Delivery's depreciation expense as a percent of average depreciable property approximated 2.8% for 2006, 2005 and 2004.

Confidential

EFIHMW00208611

*Intangible Assets*—Intangible assets other than goodwill are comprised of the following:

| | As of December 31, 2006 | | | As of December 31, 2005 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Intangible assets subject to amortization included in property, plant and equipment: | | | | | | |
| Land easements | $178 | $ 64 | $114 | $176 | $62 | $114 |
| Capitalized software | 100 | 52 | 48 | 71 | 34 | 37 |
| Total | $278 | $116 | $162 | $247 | $96 | $151 |

Aggregate TXU Electric Delivery amortization expense for intangible assets totaled $20 million, $9 million and $11 million for the years ended December 31, 2006, 2005 and 2004, respectively. At December 31, 2006, the weighted average remaining useful lives of capitalized land easements and software were 69 years and 9 years, respectively. The estimated aggregate amortization expense for each of the five succeeding fiscal years from December 31, 2006 is as follows:

| Year | Amortization Expense |
|---|---|
| 2007 | $15 |
| 2008 | 15 |
| 2009 | 15 |
| 2010 | 8 |
| 2011 | 5 |

At December 31, 2006 and 2005, goodwill of $25 million was reported in other noncurrent assets on the balance sheet.

TXU Electric Delivery evaluates goodwill for impairment at least annually (as of October 1) in accordance with SFAS 142. The impairment tests performed are based on discounted cash flow analyses. No goodwill impairment has been recognized.

*Severance Liability Related to Restructuring Activities and Strategic Initiatives*—

| | 2006 | 2005 |
|---|---|---|
| Severance cost liability at January 1 | $ 4 | $12 |
| Additions to liability[a] | 8 | — |
| Payments charged against liability | (10) | (8) |
| Adjustments | (1) | — |
| Severance cost liability as of December 31 | $ 1 | $ 4 |

(a) Addition to the liability relates to a services agreement entered into with a provider and the cost was deferred as a regulatory asset.

F-188

Confidential

EFIHMW00208612

*Supplemental Cash Flow Information—*

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2006 | 2005 | 2004 |
| Cash payments: | | | |
| Interest (net of amounts capitalized) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $281 | $ 268 | $285 |
| Income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $290 | $ 77 | $ 11 |
| Noncash investing and financing activities: | | | |
| Noncash construction expenditures(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 33 | $ 43 | $ 48 |
| Noncash contribution related to Energy Future Holdings Corp. stock-based compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 5 | $ 9 | $ 10 |
| Noncash contribution for pension-related assets . . . . . . . . . . . . . . . . . . . . . | $ 15 | $(146) | $ — |
| Transfer of property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ — | $ 19 | $ — |

(a)  Represents end of year accruals.

*Quarterly Information (unaudited)*—In the opinion of TXU Electric Delivery, the information below includes all adjustments necessary for a fair statement of such amounts. Quarterly results are not necessarily indicative of a full year's operations because of seasonal and other factors.

| Quarter Ended | Operating Revenues | | Operating Income | | Net Income | |
|---|---|---|---|---|---|---|
|  | 2006 | 2005 | 2006 | 2005 | 2006 | 2005 |
| March 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $562 | $550 | $127 | $132 | $ 65 | $ 71 |
| June 30 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 604 | 564 | 148 | 147 | 86 | 86 |
| September 30 . . . . . . . . . . . . . . . . . . . . . . . . . | 708 | 706 | 200 | 204 | 131 | 145 |
| December 31 . . . . . . . . . . . . . . . . . . . . . . . . . | 575 | 575 | 135 | 106 | 62 | 49 |

## 17. SUBSEQUENT EVENTS

On October 10, 2007, Energy Future Holdings Corp., a Texas corporation formerly known as TXU Corp., completed its Merger with Merger Sub, a wholly-owned subsidiary of Texas Energy Future Holdings Limited Partnership (Parent). As a result of the Merger, Energy Future Holdings Corp. became a wholly-owned subsidiary of Parent.

The Merger is being accounted for under the purchase method of accounting whereby the total cost of the transaction is being allocated to Energy Future Holdings Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired is recorded as goodwill.

In connection with the Merger, Oncor was converted from a Texas corporation to a Delaware limited liability company under the laws of the States of Texas and Delaware.

## 18. MERGER RELATED TRANSACTIONS (UNAUDITED)

*Overview*

On October 10, 2007, Energy Future Holdings Corp., a Texas corporation formerly known as TXU Corp., completed its Merger with Merger Sub, a wholly-owned subsidiary of Texas Energy Future Holdings Limited Partnership (Parent). As a result of the Merger, Energy Future Holdings Corp. became a wholly-owned subsidiary of Parent. Parent is controlled by investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and GS Capital Partners (collectively, the Sponsor Group).

The Merger is being accounted for under the purchase method of accounting whereby the total cost of the transaction is being allocated to Energy Future Holdings Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired is recorded as goodwill.

F-189

Confidential

EFIHMW00208613

**PX 008**
**Page 492 of 501**

The aggregate purchase price paid for all of the equity securities of TXU Corp. (on a fully-diluted basis) was approximately $32.4 billion, which purchase price was funded by the equity financing from the Sponsor Group and certain other investors and by the new credit facilities described below. These new credit facilities also funded the repayment of existing credit facilities as discussed below. The purchase amount is exclusive of costs directly associated with the Merger, including legal, consulting and other professional service fees and certain effects of the regulatory settlement discussed below.

The Merger is being accounted for under the purchase method of accounting whereby the total cost of the transaction is being allocated to Energy Future Holdings Corp.'s identifiable tangible and intangible assets acquired and liabilities assumed based on their fair values, and the excess of the purchase price over the fair value of net assets acquired is recorded as goodwill. The allocation of the purchase price to the net assets of Energy Future Holdings Corp. and the resulting goodwill determination are not yet final. The allocation is expected to result in a significant amount of goodwill, an increase in the carrying value of property, plant and equipment and deferred income tax liabilities as well as new identifiable intangible assets and liabilities. Reported earnings in the future will reflect increases in interest, depreciation and amortization expenses.

### Senior Unsecured Bridge Facility – Energy Future Holdings Corp.

*Overview*—On October 10, 2007, in connection with the Merger and the repayment of certain existing indebtedness, Energy Future Holdings Corp. entered into senior unsecured credit facilities (Energy Future Holdings Corp. Unsecured Bridge Facilities).

Energy Future Holdings Corp.'s Unsecured Bridge Facilities provide senior unsecured financing of $4.5 billion, consisting of a:

- $2.0 billion senior unsecured cash-pay term loan facility with a term of ten years (Energy Future Holdings Corp. Initial Cash-Pay Loans); and

- $2.5 billion senior unsecured toggle term loan facility with a term of ten years (Energy Future Holdings Corp. Initial Toggle Loans and, together with Energy Future Holdings Corp. Initial Cash-Pay Loans, Energy Future Holdings Corp. Initial Loans).

If any borrowings under Energy Future Holdings Corp. Unsecured Bridge Facilities remain outstanding on October 10, 2008, the lenders will have the option at any time or from time to time to exchange such Energy Future Holdings Corp. Initial Loans for senior cash-pay notes (Energy Future Holdings Corp. Senior Cash-Pay Exchange Notes) or senior toggle notes (Energy Future Holdings Corp. Senior Toggle Exchange Notes and, together with Energy Future Holdings Corp. Senior Cash-Pay Exchange Notes, Energy Future Holdings Corp. Senior Exchange Notes) that Energy Future Holdings Corp. will issue under a senior indenture. The maturity date of any Energy Future Holdings Corp. Initial Loans that are not exchanged for Energy Future Holdings Corp. Senior Exchange Notes will automatically be extended to October 10, 2017. Energy Future Holdings Corp. Senior Exchange Notes will also mature on October 10, 2017. Holders of Energy Future Holdings Corp. Senior Exchange Notes will have registration rights.

*Interest Rate*—Subject to specified caps, borrowings under Energy Future Holdings Corp. Unsecured Bridge Facilities for the first six-month period from the closing of the TCEH Senior Secured Facilities will bear interest at a rate equal to LIBOR plus (i) 400 basis points, in the case of Energy Future Holdings Corp. Initial Cash-Pay Loans and (ii) 425 basis points, in the case of Energy Future Holdings Corp. Initial Toggle Loans (in each case, Energy Future Holdings Corp. Initial Margin). Interest for the three-month period commencing at the end of the initial six-month period, subject to specified caps, shall be payable at prevailing LIBOR for the interest period plus (A) Energy Future Holdings Corp. Initial Margin plus (B) 50 basis points. Thereafter, subject to specified caps, interest will be increased by an additional 25 basis points at the beginning of each three-month period subsequent to the initial nine-month period, for so long as Energy Future Holdings Corp. Initial Loans are outstanding. If issued, the interest rate on Energy Future Holdings Corp. Senior Exchange Notes will be the same

F-190

Confidential

EFIHMW00208614