as the interest rate borne by Energy Future Holdings Corp. Initial Loans; provided, that if any Energy Future Holdings Corp. Senior Exchange Notes are transferred by the lender to a third-party purchaser, the interest rate on those notes will be fixed at the interest rate in effect on the transfer date.

*Prepayments and Redemptions*—Energy Future Holdings Corp. will be required to make an offer to repay loans under Energy Future Holdings Corp. Unsecured Bridge Facilities and, following October 10, 2008, repurchase Energy Future Holdings Corp. Senior Exchange Notes with net proceeds from specified asset sales. In addition, after any payments required to be made to repay the TCEH Senior Secured Facilities, Energy Future Holdings Corp. will be required to offer to repay loans and, if issued, to repurchase Energy Future Holdings Corp. Senior Exchange Notes upon the occurrence of a change of control. Until October 10, 2008, Energy Future Holdings Corp. will also be required to prepay outstanding Energy Future Holdings Corp. Initial Loans with the net proceeds of any refinancing debt.

Energy Future Holdings Corp. may voluntarily repay outstanding Energy Future Holdings Corp. Initial Loans, in whole or in part, at its option at any time upon three business days' prior notice, at par plus accrued and unpaid interest and subject to, in the case of Energy Future Holdings Corp. Initial Loans based on LIBOR, customary "breakage" costs with respect to such LIBOR loans, other than customary "breakage" costs with respect to LIBOR loans. Energy Future Holdings Corp. may optionally redeem Energy Future Holdings Corp. Senior Exchange Notes other than fixed-rate exchange notes, if issued, in whole or in part, at any time at par plus accrued and unpaid interest to the redemption date, provided that it also optionally prepays any outstanding Energy Future Holdings Corp. Initial Loans on a pro rata basis.

If any Energy Future Holdings Corp. Senior Exchange Note is sold by a lender to a third-party purchaser, and the interest rate on such Energy Future Holdings Corp. Senior Exchange Note becomes fixed, such Energy Future Holdings Corp. Senior Exchange Note will be non-callable for the first four years from October 10, 2008, subject to equity clawback and make-whole provisions consistent with those applicable to the notes offered hereby, and will be callable thereafter at a specified premium. The premium will decline ratably on each yearly anniversary of the date of such sale to zero on October 10, 2015.

*Guarantee*—All obligations under Energy Future Holdings Corp. Unsecured Bridge Facilities and, if Energy Future Holdings Corp. Senior Exchange Notes are issued, the senior indenture are jointly and severally guaranteed on a senior unsecured basis by Intermediate Holding and US Holdings.

*Certain Covenants and Events of Default*—Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture contain a number of covenants that, among other things, restrict, subject to certain exceptions, Energy Future Holdings Corp.'s ability to:

- incur additional indebtedness;

- create liens;

- engage in mergers or consolidations;

- sell or transfer assets and subsidiary stock;

- pay dividends and distributions or repurchase its capital stock;

- make certain investments, loans or advances;

- prepay certain indebtedness;

- enter into agreements that restrict the payment of dividends by subsidiaries or the repayment of intercompany loans and advances; and

- engage in certain transactions with affiliates.

F-191

Confidential

EFIHMW00208615

In addition, Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture impose certain requirements as to future subsidiary guarantors. Energy Future Holdings Corp. Unsecured Bridge Facilities and the senior indenture also contain certain customary affirmative covenants consistent with those in TCEH Senior Secured Facilities, to the extent applicable.

### *Revolving Credit Facility—Oncor*

*Overview*—Oncor has entered into a revolving credit agreement (the Oncor Credit Agreement) to provide for a secured revolving credit facility in an aggregate principal amount of up to $2.0 billion (the Oncor Revolving Credit Facility).

*Interest Rates and Fees*—Loans under the Oncor Revolving Credit Facility bear interest at per annum rates equal to, at Oncor's option, (i) adjusted LIBOR plus a spread of 0.275% to 0.800% (which spread shall depend on the rating assigned to Oncor's senior secured debt) or (ii) a base rate (the higher of (1) the prime rate of JPMorgan Chase Bank, N.A. and (2) the federal funds effective rate plus 0.50%). Based on Oncor's current ratings, its LIBOR-based borrowings will bear interest at LIBOR plus 0.575%.

A facility fee is payable quarterly in arrears and upon termination or commitment reduction at a rate per annum equal to 0.100% to 0.200% (such spread shall depend on the rating assigned to Oncor's senior secured debt) of the commitments under the Oncor Revolving Credit Facility. Based on Oncor's current ratings, its facility fee will be 0.175%.

A utilization fee is payable quarterly in arrears and upon termination on the average daily amount outstanding (to the extent of borrowings in excess of 50% of the commitments) under the Oncor Revolving Credit Facility at a rate per annum equal to 1.25% per annum.

Letter of credit fees under the Oncor Revolving Credit Facility are payable quarterly in arrears and upon termination at a rate per annum equal to the spread over adjusted LIBOR under the Oncor Revolving Credit Facility, less the issuing bank's fronting fee.

*Security*—The Oncor Revolving Credit Facility, including hedging transactions, will be secured, on a post-closing basis, by certain of Oncor's assets used in connection with its transmission and distribution business.

*Covenants*—The Oncor Revolving Credit Facility contains customary covenants for facilities of this type, restricting, subject to certain exceptions, Oncor and its subsidiaries from, among other things:

*   incurring additional liens;

*   entering into mergers and consolidations;

*   sales of substantial assets; and

*   acquisitions and investments in subsidiaries.

In addition, the Oncor Revolving Credit Facility requires that Oncor maintain a maximum consolidated senior debt to capitalization ratio of 0.65 to 1.00 and observe certain customary reporting requirements and other affirmative covenants.

*Maturity*—Amounts borrowed under the Oncor Revolving Credit Facility may be reborrowed from time to time from and after October 10, 2007 until October 10, 2013.

*Events of Default*—The Oncor Revolving Credit Facility contains certain customary events of default for facilities of this type the occurrence of which would allow the lenders to accelerate all outstanding loans and terminate their commitments.

F-192

Confidential

EFIHMW00208616

*TXU Receivables Program*

Also in connection with the Merger, the accounts receivable securitization program was amended. Concurrently, the financial institutions required that Oncor Electric Delivery repurchase all of the receivables it had previously sold to TXU Receivables Company totaling $113 million, which amount was refinanced by the Oncor Electric Delivery Revolving Facility.

*Repayment of Existing Credit Facilities*

On October 10, 2007, in connection with the Merger, TCEH and Oncor repaid in full all outstanding borrowings totaling $2.4 billion together with interest and all other amounts due in connection with such repayment under the $6.5 billion of existing credit facilities. TCEH and Oncor also repaid floating rate senior notes with an aggregate principal amount of $1.0 billion and $800 million, respectively. (See Note 8).

*Management Agreement*

On October 10, 2007, in connection with the Merger, Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Lehman Brothers Inc. entered into a management agreement with Energy Future Holdings Corp. (the Management Agreement), pursuant to which affiliates of the investors will provide management, consulting, financial and other advisory services to Energy Future Holdings Corp. Pursuant to the Management Agreement, the Sponsor Group is entitled to receive an aggregate annual management fee of $35.0 million, which amount will increase 2% annually, and reimbursement of out-of-pocket expenses incurred in connection with the provision of services pursuant to the Management Agreement. The Management Agreement will continue in effect from year to year, unless terminated upon a change of control of Energy Future Holdings Corp. or in connection with an initial public offering of Energy Future Holdings Corp. or if the parties mutually agree to terminate the Management Agreement. Pursuant to the Management Agreement, the Sponsor Group is also entitled to receive aggregate transaction fees of $300 million in connection with certain services provided in connection with the Merger and related transactions. In addition, the Management Agreement provides that the Sponsor Group will be entitled to receive a fee equal to a percentage of the gross transaction value in connection with certain subsequent financing, acquisition, disposition, merger combination and change of control transactions, as well as a termination fee based on the net present value of future payment obligations under the Management Agreement in the event of an initial public offering or under certain other circumstances.

*Tax Sharing Agreement*

In connection with the Merger, on October 10, 2007, Oncor, Oncor Holdings and Energy Future Holdings Corp. entered into a tax sharing agreement stating that, among other things, the allocation of tax liability to each of Oncor Holdings and Oncor will occur substantially as if these entities were stand-alone corporations and will require tax payments determined on that basis (without duplication for taxes paid by a subsidiary of Oncor or Oncor Holdings).

*Oncor Limited Liability Company Agreement*

In connection with the Merger, Oncor was converted from a Texas corporation to a Delaware limited liability company under the laws of the States of Texas and Delaware and entered into a limited liability company agreement (as amended, the Oncor LLC Agreement). The Oncor LLC Agreement provides that the independent directors of Oncor (who must comprise a majority of the members of Oncor's board of directors), acting by majority vote, shall have the authority to prevent Oncor from making any distribution if they determine that it is in Oncor's best interests to retain such amounts to meet expected future requirements (including continued compliance with the debt-to-equity ratio established from time to time by the Public Utility Commission of the State of Texas for ratemaking purposes). The Oncor LLC Agreement also provides that the Board of Directors of Oncor shall not distribute any amounts to Oncor's member(s) to the extent that the Board

F-193

Confidential

EFIHMW00208617

**PX 008**
**Page 496 of 501**

of Directors of Oncor determines in good faith that it is necessary to retain such amounts to meet expected future requirements of the applicable entity. In addition to such restrictions on distributions, the Oncor LLC Agreement contains certain separateness provisions that require Oncor to conduct its activities separate and distinct from the activities of Energy Future Holdings Corp. and its other subsidiaries, including, without limitation, holding itself out as a separate legal entity.

### Oncor Agreement in Principle with Stakeholders and PUCT Staff

On October 5, 2007, Oncor and Texas Energy Future Holdings Limited Partnership (TEF) reached an agreement in principle with major interested parties to resolve all outstanding issues in the PUCT review related to the proposed merger of TXU Corp. with Merger Sub including the outstanding rate case. TEF was formed by a group of investors led by Kohlberg Kravis Roberts & Co. (KKR) and Texas Pacific Group (TPG) to facilitate the merger. The agreement, which was filed with the PUCT, was conditional upon the completion of the Merger and is subject to approval by the PUCT.

In addition to commitments Oncor made in its filings in the PUCT review, the stipulated agreement includes the following provisions, among others:

- Oncor will agree to $72 million in rate refunds, which is intended for all retail customers in its service territory, which will be requested by the parties to the settlement agreement. It is the intent of the parties to the agreement that the benefits of the credit flow directly to consumers, rather than to retail electric providers.

- Oncor will write-off regulatory assets of approximately $56 million related to storm costs and 2002 restructuring expenses.

- TEF and Oncor will limit the dividends paid by Oncor through December 31, 2012, to an amount not to exceed Oncor's net income (determined in accordance with GAAP), subject to certain defined adjustments.

- The PUCT will dismiss Oncor's pending rate case. Consistent with its existing agreement with the cities it serves, Oncor will file a system-wide rate case no later than July 1, 2008 based on a test-year ended December 31, 2007.

- Oncor will commit to minimum capital spending of $3.6 billion over the five-year period ending December 31, 2012, subject to certain defined conditions.

- Oncor will commit to $100 million in spending over the five-year period ending December 31, 2012 on demand side management or other energy efficiency initiatives. This spending will not be recoverable in rates.

Confidential

[THIS PAGE INTENTIONALLY LEFT BLANK]

Confidential

EFIHMW00208619

[THIS PAGE INTENTIONALLY LEFT BLANK]

Confidential

EFIHMW00208620

**PX 008**
**Page 499 of 501**

Confidential

EFIHMW00208621

PX 008
Page 500 of 501

*Energy Future Holdings Corp.*

Confidential

EFIHMW00208622