## Energy Future Holdings Corp.

### $2,000,000,000 10.875% Senior Notes due 2017

### $2,500,000,000 11.250% / 12.000% Senior Toggle Notes due 2017

| | |
|---|---|
| Issuer: | Energy Future Holdings Corp. (formerly TXU Corp.) |
| Securities: | 10.875% Senior Notes due 2017 |
| | 11.250% / 12.000% Senior Toggle Notes due 2017 |
| Distribution: | 144A/Regulation S with registration rights |
| Maturity: | November 1, 2017 |
| Principal Amount: | Senior Notes: $2,000,000,000 |
| | Senior Toggle Notes: $2,500,000,000 |
| Gross Proceeds: | Senior Notes: $2,000,000,000 |
| | Senior Toggle Notes: $2,445,375,000 |
| Coupon: | Senior Notes: 10.875% per annum |
| | Senior Toggle Notes: 11.250% per annum / 12.000% per annum |
| Issue Price: | Senior Notes: 100.000% |
| | Senior Toggle Notes: 97.815% |
| Yield to Maturity: | Senior Notes: 10.875% |
| | Senior Toggle Notes: 11.625% |
| Settlement Date: | October 31, 2007 (T + 5) |
| Accrued Interest: | Flat |
| Interest Payment Dates: | Senior Notes: May 1 and November 1, beginning May 1, 2008 |
| | Senior Toggle Notes: May 1 and November 1, beginning May 1, 2008 |
| Redemption: | On and after November 1, 2012, the Issuer may redeem each series of notes, in whole or in part, upon not less than 30 nor more than 60 days prior notice, at the redemption prices (expressed as percentages of principal amount of the notes to be redeemed) set forth below, plus accrued and unpaid interest thereon and additional interest, if any, to the |

MOLDOVAN
PLAINTIFF'S EXHIBIT
4
11/20/14 KRB

NYDOCS01/1150631.2    1

Confidential    EFIHMW00283810

|  | applicable redemption date, if redeemed during the twelve-month period beginning on November 1 of each of the years indicated below: |
|---|---|

*Senior Notes:*

| Year | Price |
|---|---|
| 2012 | 105.438% |
| 2013 | 103.625% |
| 2014 | 101.813% |
| 2015 and thereafter | 100.000% |

*Senior Toggle Notes:*

| Year | Price |
|---|---|
| 2012 | 105,625% |
| 2013 | 103.750% |
| 2014 | 101.875% |
| 2015 and thereafter | 100.000% |

At any time prior to November 1, 2012, the Issuer may redeem all or a part of each series of notes, upon not less than 30 nor more than 60 days' prior notice, at a redemption price equal to 100% of the principal amount of the notes redeemed plus an applicable make-whole premium as of, and accrued and unpaid interest and additional interest, if any, to the date of redemption.

| Equity Clawback: | In addition, until November 1, 2010, the Issuer may, at its option, on one or more occasions redeem up to 35% of the aggregate principal amount of each series of notes at a redemption price equal to 110.875% of the aggregate principal amount of the Senior Notes or 111.250% of the aggregate principal amount of the Senior Toggle Notes, as the case may be, plus accrued and unpaid interest thereon and additional interest, if any, to the applicable redemption date, with the net cash proceeds of one or more equity offerings. However, the Issuer may only make such redemption if at least 50% of the aggregate principal amount of the Senior Notes or Senior Toggle Notes, as the case may be, issued under the Indenture remain outstanding immediately after the occurrence of such redemption, and if each such redemption occurs within 90 days of the date of closing of each such equity offering. |
|---|---|
| Joint Book-Running Managers: | Morgan Stanley & Co. Incorporated<br>Goldman, Sachs & Co.<br>Citigroup Global Markets Inc.<br>Credit Suisse Securities (USA) LLC<br>J.P. Morgan Securities Inc.<br>Lehman Brothers Inc. |
| CUSIP/ISIN: | Senior Notes: |

NYDOCS01/1150631.2                                           2

Confidential                                                                                     EFIHMW00283811

*Rule 144A:* 292680 AA3 / US292680AA32

*Reg. S:* U29191 AA8 / USU29191AA82

Senior Toggle Notes:

*Rule 144A:* 292680 AB1 / US292680AB15

*Reg. S:* U29191 AB6 /USU29191AB65

Delivery of the notes is expected on or about October 31, 2007, which is the fifth business day following the date of pricing of the notes (such settlement cycle being referred to as "T+5"). Trades in the secondary market generally are required to settle in three business days, unless the parties to any such trade expressly agree otherwise. Accordingly, purchasers who wish to trade the notes on the date of the pricing or the next succeeding business day will be required to specify an alternate settlement cycle at the time of any such trade to prevent a failed settlement. Purchasers who wish to trade the notes on the pricing date or the next succeeding business day should consult their own advisors.

The notes have not been registered under the Securities Act. The notes may not be offered or sold in the United States or to U.S. persons, except to qualified institutional buyers in reliance on the exemption from registration provided by Rule 144A and to certain persons in offshore transactions in reliance on Regulation S. You are hereby notified that sellers of the notes may be relying on the exemption from the provisions of Section 5 of the Securities Act provided by Rule 144A.

The information in this term sheet supplements the Issuer's preliminary offering memorandum, dated October 17, 2007, as supplemented by the supplements to the preliminary offering memorandum dated October 23, 2007 and October 24, 2007 (the "Preliminary Offering Memorandum") and supersedes the information in the Preliminary Offering Memorandum to the extent inconsistent as so supplemented, with the information in the Preliminary Offering Memorandum. This term sheet is qualified in its entirety by reference to the Preliminary Offering Memorandum. You may obtain a copy of the Preliminary Offering Memorandum from Morgan Stanley & Co. Incorporated, 1585 Broadway, New York, NY 10036, ATTN: High Yield New Issue Group, from Goldman, Sachs & Co., Prospectus Department, by calling 212-902-1171, from Citigroup Global Markets Inc., , from Credit Suisse Securities (USA) LLC, 11 Madison Avenue, New York, New York 10010, from J.P. Morgan Securities Inc. or from Lehman Brothers Inc. at 1-888-603-5847.