*Intercreditor Agreement*—In October 2007, in connection with the Merger, TCEH entered into an Intercreditor Agreement (the Intercreditor Agreement) with Citibank, N.A. and five secured commodity hedge counterparties (the Secured Commodity Hedge Counterparties). The Intercreditor Agreement provides that the lien granted to the Secured Commodity Hedge Counterparties will rank pari passu with the lien granted with respect to the collateral of the secured parties under the TCEH Senior Secured Facilities. The Intercreditor Agreement also provides that the Secured Commodity Hedge Counterparties will be entitled to share, on a pro rata basis, in the proceeds of any liquidation of such collateral in connection with a foreclosure on such collateral in an amount provided in the TCEH Senior Secured Facilities. The Intercreditor Agreement also provides that the Secured Commodity Hedge Counterparties will have voting rights with respect to any amendment or waiver of any provision of the Intercreditor Agreement that changes the priority of the Secured Commodity Hedge Counterparties' lien on such collateral relative to the priority of lien granted to the secured parties under the TCEH Senior Secured Facilities or the priority of payments to the Secured Commodity Hedge Counterparties upon a foreclosure and liquidation of such collateral relative to the priority of the lien granted to the secured parties under the TCEH Senior Secured Facilities.

*TCEH Interest Rate Swap Transactions*—In 2007, subsequent to the Merger, TCEH entered into interest rate swap transactions pursuant to which payment of the floating interest rates on an aggregate of $15.05 billion of senior secured term loans of TCEH were exchanged for interest payments at fixed rates of between 7.3% and 8.3% on debt maturing from 2009 to 2014. The interest rate swaps were being accounted for as cash flow hedges related to variable interest rate cash flows until August 29, 2008, at which time these swaps were dedesignated as cash flow hedges as a result of the intent to change the variable interest rate terms of the hedged debt (from three-month LIBOR to one-month LIBOR) in connection with the planned execution of interest rate basis swaps (discussed immediately below) to further reduce the fixed borrowing costs. Based on the fair value of the positions, the cumulative unrealized mark-to-market net losses related to these interest rate swaps totaled $431 million (pre-tax) at the dedesignation date and was recorded in accumulated other comprehensive income. This balance will be reclassified into net income as interest on the hedged debt is reflected in net income. No ineffectiveness gains or losses were recorded.

In September 2008, TCEH entered into interest rate swap transactions pursuant to which payment of the floating interest rates on an aggregate of an additional $1.5 billion of senior secured term loans of TCEH were exchanged for interest payments at fixed rates of between 7.3% and 7.6% on debt maturing from 2013 to 2014.

In October 2008, TCEH entered into interest rate swap transactions pursuant to which payment of the floating interest rates on an aggregate of an additional $1.0 billion of senior secured term loans of TCEH were exchanged for interest payments at fixed rates of between 7.5% and 7.6% on debt maturing in 2014.

In May 2008, TCEH entered into an interest rate swap transaction pursuant to which semiannual payment (settled quarterly) of the floating interest rates at LIBOR on an aggregate of $2.095 billion of senior secured term loans of TCEH were exchanged for floating interest rates at LIBOR plus 0.21% receivable monthly.

In September 2008, TCEH entered into interest rate basis swap transactions pursuant to which quarterly payment of the floating interest rates at LIBOR on an aggregate of $7.95 billion of senior secured term loans of TCEH were exchanged for floating interest rates of LIBOR plus spreads ranging from 0.076% to 0.145% receivable monthly.

In November 2008, TCEH entered into interest rate basis swap transactions pursuant to which quarterly payment of the floating interest rates at LIBOR on an aggregate of $3.0 billion of senior secured term loans of TCEH were exchanged for floating interest rates of LIBOR plus spreads ranging from 0.21% to 0.292%, receivable monthly.

The interest rate swap counterparties are secured proportionally with the lenders under the TCEH Senior Secured Facilities. Subsequent to the dedesignation in August 2008 discussed above, changes in the fair value of the swaps discussed in the above paragraphs are being reported in the income statement in interest expense and related charges, and such unrealized mark-to-market net losses totaled $1.477 billion in 2008.

F-53

EFIHMW00246131

**PX 014**
**Page 413 of 1116**

***Oncor Revolving Credit Facility***—At December 31, 2008, Oncor had a $2.0 billion credit facility to be used for working capital and general corporate purposes, including issuances of commercial paper and letters of credit. Oncor may request increases in the commitments under the facility in any amount up to $500 million, subject to the satisfaction of certain conditions. This facility is a revolving credit facility, which means that amounts borrowed under the facility, once repaid, can be reborrowed by Oncor from time to time until October 10, 2013. In May 2008, Oncor secured this credit facility with a first priority lien on certain of its transmission and distribution assets. Oncor also secured all of its existing long-term debt securities (excluding the transition bonds) with the same lien in accordance with the terms of those securities. The lien contains customary provisions allowing Oncor to use the assets in its business, as well as to replace and/or release collateral as long as the market value of the aggregate collateral is at least 115% of the aggregate secured debt. The lien may be terminated at Oncor's option upon the termination of Oncor's credit facility.

Borrowings under this credit facility totaled $337 million and $1.280 billion at December 31, 2008 and 2007, respectively. The decrease in borrowings reflects the use of the majority of the proceeds from Oncor's issuance of $1.5 billion of senior secured notes (discussed below) to repay borrowings under the revolving credit facility, partially offset by funding of ongoing capital investments, including the acquisition of broadband over powerline based "Smart Grid" network assets.

Borrowings under this credit facility bear interest at per annum rates equal to, at Oncor's option, (i) adjusted LIBOR plus a spread of 0.275% to 0.800% (depending on the rating assigned to Oncor's senior secured debt) or (ii) a base rate (the higher of (1) the prime rate of JPMorgan Chase Bank, N.A. and (2) the federal funds effective rate plus 0.50%). Under option (i) and based on Oncor's current ratings, its LIBOR-based borrowings, which apply to all outstanding borrowings at December 31, 2008, bear interest at LIBOR plus 0.425%.

A facility fee is payable at a rate per annum equal to 0.100% to 0.200% (depending on the rating assigned to Oncor's senior secured debt) of the commitments under the facility. Based on Oncor's current ratings, its facility fee is 0.150%. A utilization fee is payable on the average daily amount of borrowings in excess of 50% of the commitments under the facility at a rate per annum equal to 0.125% per annum.

The credit facility contains customary covenants for facilities of this type, restricting, subject to certain exceptions, Oncor and its subsidiary from, among other things:

- incurring additional liens;
- entering into mergers and consolidations;
- selling certain assets, and
- making acquisitions and investments in subsidiaries.

In addition, the credit facility requires that Oncor maintain a consolidated senior debt-to-capitalization ratio of no greater than 0.65 to 1.00 and observe certain customary reporting requirements and other affirmative covenants.

The credit facility contains certain customary events of default for facilities of this type, the occurrence of which would allow the lenders to accelerate all outstanding loans and terminate their commitments under the facility.

***Oncor Senior Secured Notes***—Pursuant to an indenture dated as of August 1, 2002, in September 2008, Oncor issued and sold senior secured notes with an aggregate principal amount of $1.500 billion consisting of $650 million aggregate principal amount of 5.95% senior secured notes maturing in September 2013, $550 million aggregate principal amount of 6.80% senior secured notes maturing in September 2018 and $300 million aggregate principal amount of 7.50% senior secured notes maturing in September 2038. Oncor used the net proceeds of approximately $1.487 billion from the sale of the Oncor notes to repay most of its borrowings under

Confidential                                                                                                    EFIHMW00246132

its credit facility as well as for general corporate purposes. The Oncor notes will initially be secured by the first priority lien described above. If the lien is terminated, the notes will cease to be secured obligations of Oncor and will become senior unsecured general obligations of Oncor.

Interest on these notes is payable in cash semiannually in arrears on March 1 and September 1 of each year, and the first interest payment is due on March 1, 2009. Oncor may redeem the notes, in whole or in part, at any time, at a price equal to 100% of their principal amount, plus accrued and unpaid interest and a "make-whole" premium. The notes also contain customary events of default, including failure to pay principal or interest on the notes when due.

The Oncor notes were issued in a private placement and have not been registered under the Securities Act. Oncor has agreed to use its commercially reasonable efforts to register with the SEC notes having substantially identical terms as the Oncor notes as part of an offer to exchange freely tradable exchange notes for the Oncor notes. Oncor has agreed to use commercially reasonable efforts to cause the exchange offer to be completed or, if required, to have one or more shelf registration statements declared effective, within 270 days after the issue date of the Oncor notes. If this obligation is not satisfied (an Oncor Registration Default), the annual interest rate on the Oncor notes will increase by 0.50% per annum over the applicable original interest rate until the earlier of the expiration of the Oncor Registration Default period or the second anniversary of the issue date of the notes. Oncor also agreed to file a registration statement containing a "market making prospectus" and to keep it effective, subject to certain exceptions, for a period of ten years after the issue date of the Oncor notes.

***EFH Corp. Long-Term Debt Fair Value Hedges***—EFH Corp. has used fair value hedging strategies to manage its exposure to fixed interest rates on long-term debt. Interest rate swaps related to $1.850 billion principal amount of debt were designated as fair value hedges in January 2007. These swap positions were unwound by entering into offsetting positions, and both the original swaps and offsetting positions are subsequently being marked-to-market in net income. These swaps qualified for and were designated as fair value hedges in accordance with SFAS 133 (under the "short-cut method" entities are allowed under SFAS 133 to assume no hedge ineffectiveness in a hedging relationship of interest rate risk if certain conditions are met). Fixed-to-variable rate swaps related to $200 million principal amount of debt were dedesignated as fair value hedges at the Merger date and were settled on January 1, 2008 in conjunction with the repayment of the related debt.

### Long-Term Debt Fair Value Adjustments Related to Interest Rate Swaps (fixed to variable rate)—

**Predecessor:**

| | |
|---|---|
| Long-term debt fair value adjustments related to interest rate swaps at January 1, 2007—net reduction in debt carrying value (net out-of-the-money value of swaps) | $ (63) |
| Fair value adjustments during the period | 6 |
| Recognition of net gains on settled fair value hedges (a) | (2) |
| Recognition of net losses on dedesignated fair value hedges (b) | 7 |

**Successor:**

| | |
|---|---|
| Long-term debt fair value adjustments at October 10, 2007—net reduction in debt carrying value | (52) |
| Purchase accounting adjustment (c) | 52 |
| Long-term debt fair value adjustments related to interest rate swaps at December 31, 2007 | $ — |

_____

(a)  Net value of settled in-the-money fixed-to-variable swaps recognized in net income when the hedged transactions are recognized. Amount is pretax.

(b)  Net value of dedesignated out-of-the-money fixed-to-variable swaps recognized in net income when the hedged transactions are recognized. Amount is pretax.

(c)  Reflects the fair-valuing of debt as part of purchase accounting.

Changes in market values of unsettled fair value hedge positions are accounted for as adjustments to the carrying value of related debt amounts, offset by changes in commodity and other derivative contractual asset or liability amounts.

Confidential

EFIHMW00246133

### 16. COMMITMENTS AND CONTINGENCIES

*Generation Development*

Subsidiaries of EFH Corp. have executed EPC agreements for the development of three lignite-fueled generation units in Texas, two units at Oak Grove and one at Sandow, and construction of the units is well underway.

Subsidiaries of EFH Corp. have received the air permits for the Sandow and Oak Grove units. However, the Oak Grove air permit remains the subject of litigation as discussed below under "Litigation Related to Generation Development."

Construction work-in-process asset balances for the Oak Grove units totaled approximately $2.8 billion as of December 31, 2008, which includes the effects of the fair value adjustments related to purchase accounting and capitalized interest. In the unexpected event the development of the Oak Grove units was cancelled, the cancellation exposure as of December 31, 2008 totaled $3.1 billion, which includes the carrying value of the project and up to approximately $300 million of termination obligations. This estimated exposure amount excludes any potential recovery values for assets acquired to date and for assets already owned prior to executing such agreements that are intended to be utilized for these projects.

*Contractual Commitments*

At December 31, 2008, EFH Corp. had noncancellable commitments under energy-related contracts, leases and other agreements as follows:

| | Coal purchase agreements and coal transportation agreements | Pipeline transportation and storage reservation fees | Capacity payments under power purchase agreements (a) | Nuclear Fuel Contracts | Water Rights Contracts |
|---|---|---|---|---|---|
| 2009 . . . . . . . . . . . . . | $263 | $ 41 | $  3 | $153 | $ 8 |
| 2010 . . . . . . . . . . . . . | 54 | 38 | — | 91 | 8 |
| 2011 . . . . . . . . . . . . . | 44 | 37 | — | 113 | 8 |
| 2012 . . . . . . . . . . . . . | — | 37 | — | 182 | 8 |
| 2013 . . . . . . . . . . . . . | — | 42 | — | 120 | 8 |
| Thereafter . . . . . . . . | — | 22 | — | 272 | 45 |
| Total  . . . . . . . . | $361 | $217 | $  3 | $931 | $85 |

(a) On the basis of EFH Corp.'s current expectations of demand from its electricity customers as compared with its capacity and take-or-pay payments, management does not consider it likely that any material payments will become due for electricity not taken beyond capacity payments.

Confidential

EFIHMW00246134

Future minimum lease payments under both capital leases and operating leases are as follows:

| | Capital Leases | Operating Leases (a) |
|---|---|---|
| 2009 | $ 29 | $ 61 |
| 2010 | 29 | 60 |
| 2011 | 71 | 54 |
| 2012 | 14 | 51 |
| 2013 | 9 | 49 |
| Thereafter | 50 | 348 |
| Total future minimum lease payments | 202 | $623 |
| Less amounts representing interest | 43 | |
| Present value of future minimum lease payments | 159 | |
| Less current portion | 19 | |
| Long-term capital lease obligation | $140 | |

(a)   Includes operating leases with initial or remaining noncancellable lease terms in excess of one year. Excludes TCEH's future minimum lease payments for combustion turbines owned by a TCEH lease trust of $17 million in each of 2009 through 2013 and $17 million thereafter.

Rent charged to operating cost, fuel cost and SG&A totaled $92 million for the year ended December 31, 2008, $26 million for the period October 11, 2007 through December 31, 2007, $66 million for the period January 1, 2007 through October 10, 2007 and $86 million for the year ended December 31, 2006.

### Litigation Related to Generation Development

An administrative appeal challenging the order of the TCEQ issuing the air permit for construction and operation of the Oak Grove generation facility in Robertson County, Texas to a subsidiary of EFH Corp. was filed in September 2007 in the State District Court of Travis County, Texas. Plaintiffs asked that the District Court reverse the TCEQ's approval of the Oak Grove air permit and the TCEQ's adoption and approval of the TCEQ Executive Director's Response to Comments, and remand the matter back to TCEQ for further proceedings. The TCEQ has filed the administrative record with the District Court. In addition to this administrative appeal, two other petitions were filed in Travis County District Court by non-parties to the administrative hearing before the TCEQ and the State Office of Administrative Hearings (SOAH) seeking to challenge the TCEQ's issuance of the Oak Grove air permit and asking the District Court to remand the matter to the SOAH for further proceedings. Finally, the plaintiffs in these two additional lawsuits filed a third, joint petition claiming insufficiencies in the Oak Grove application, permit, and process and seeking party status and remand to the SOAH for further proceedings. One of the plaintiffs has asked the court to consolidate all these proceedings, and the Attorney General of Texas, on behalf of TCEQ, has filed pleas to the jurisdiction that would, if granted, dismiss all but the administrative appeal. EFH Corp. does not know when the court will rule on these requests. EFH Corp. believes the Oak Grove air permit granted by the TCEQ is protective of the environment and that the processing of the air permit by the TCEQ was in accordance with law. There can be no assurance that the outcome of these matters would not result in an adverse impact on the Oak Grove project.

In May 2008, the Sierra Club announced that it may sue Oak Grove Management Company LLC for violating federal Clean Air Act provisions regarding hazardous air pollutants. Similarly, in July 2008, the Sierra Club announced that it may sue Luminant, after the expiration of a 60-day waiting period, for violating federal Clean Air Act provisions in connection with its Martin Lake generation facility. In December 2008, Luminant reached a settlement with the Sierra Club regarding its allegations relating to Oak Grove. Pursuant to the settlement, Luminant has filed for a Maximum Achievable Control Technology determination for hazardous air

F-57

EFIHMW00246135

pollutant emissions by the TCEQ and has agreed to offset any emissions above the levels set in that review; in exchange the Sierra Club will not pursue legal action to obstruct construction or commencement of operation of the Oak Grove units. EFH Corp. cannot predict whether the Sierra Club will actually file suit relating to Martin Lake or the outcome of any such proceeding.

*Other Litigation*

In September 2005, a lawsuit was filed in the US District Court for the Northern District of Texas, Dallas Division against EFH Corp. (then known as TXU Corp.) and C. John Wilder, EFH Corp.'s former Chief Executive Officer. The plaintiffs' Amended Complaint asserts claims on behalf of the plaintiffs and a putative class of owners of certain EFH Corp. securities who tendered such securities in connection with a tender offer conducted by EFH Corp. in 2004. The Amended Complaint alleges violations of the provisions of Sections 14(e), 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended, and Rule 10b-5 thereunder. The allegations relate to a tender offer conducted in September and October 2004 for certain equity-linked securities in which it was expressly disclosed that EFH Corp. management was evaluating whether it should recommend to the board of directors that the board reevaluate EFH Corp.'s dividend policy. After the tender offer was closed, and consistent with the disclosure, management did make a recommendation to the board to reevaluate the dividend policy, and the board elected to increase the quarterly dividend. The plaintiffs contend that such disclosure in connection with the tender offer was inadequate. EFH Corp. maintains that the disclosure provided in connection with the tender offer regarding the evaluation of the dividend policy was complete and accurate at the time the tender offer was initiated as well as when it was closed. A Motion to Dismiss was filed by the defendants, and the District Court entered an order granting the Motion to Dismiss and dismissing this litigation with prejudice in August 2006. The plaintiffs filed a timely notice of appeal, and on appeal, the US Court of Appeals for the Fifth Circuit remanded the dismissal to the District Court in light of the decisions in Tellabs, Inc. v. Makor Issues & Rights, Ltd. On remand, plaintiffs filed a Second Amended Complaint, and defendants filed a Motion to Dismiss. The District Court entered an order granting the Motion to Dismiss and dismissing this litigation with prejudice in April 2008. The plaintiffs filed a timely notice of appeal in May 2008 and the appeal is currently pending before the US Court of Appeals for the Fifth Circuit. Oral argument was held in February 2009, and EFH Corp. is now awaiting a ruling from the US Court of Appeals for the Fifth Circuit. While EFH Corp. is unable to estimate any possible loss or predict the outcome of this litigation, EFH Corp. believes the claims made in this litigation are without merit and, accordingly, intends to vigorously defend the appeal.

In July 2008, Alcoa Inc. filed a lawsuit in Milam County, Texas district court against Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, Luminant Energy Company LLC and EFH Corp. The lawsuit makes various claims concerning operation of the Sandow Unit 4 generation facility and the Three Oaks lignite mine and construction of the Sandow 5 unit, including claims for breach of contract, breach of fiduciary duty, fraud and conversion, and requests money damages in an unspecified amount, declaratory judgment, an accounting and rescission. A federal district court in Austin, Texas has ordered Alcoa Inc. to amend its Milam County complaint to remove any references to a federal consent decree relating to Sandow Units 4 and 5. Alcoa Inc. has not yet filed its amended complaint. While EFH Corp. is unable to estimate any possible loss or predict the outcome of this litigation, EFH Corp. believes the claims made in this litigation are without merit and, accordingly, intends to vigorously defend this litigation.

*Regulatory Investigations and Reviews*

In June 2008, the EPA issued a request for information to Luminant Energy under EPA's authority under Section 114 of the Clean Air Act. The stated purpose of the request is to obtain information necessary to determine compliance with the Clean Air Act, including New Source Review Standards and air permits issued by the TCEQ for the Big Brown, Monticello and Martin Lake generation facilities. EFH Corp. is cooperating with the EPA and is responding in good faith to the EPA's request. EFH Corp. is unable to predict the outcome of this matter.

F-58

EFIHMW00246136

*Commitment to Fund Demand Side Management Initiatives*

In connection with the Merger, Texas Holdings committed to spend $100 million over the five-year period ending December 31, 2012 on demand side management or other energy efficiency initiatives. This commitment is expected to be funded by EFH Corp. and/or its subsidiaries other than Oncor. This commitment is in addition to $300 million to be invested by Oncor for similar initiatives. See Note 8 for other provisions of the stipulation, including a similar commitment made by Oncor.

*Other Proceedings*

In addition to the above, EFH Corp. and its subsidiaries are involved in various other legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect on its financial position, results of operations or cash flows.

*Capital Expenditures*

Oncor and Texas Holdings agreed to the terms of a stipulation with major interested parties to resolve all outstanding issues in the PUCT review related to the Merger. As one of the provisions of this stipulation, Oncor committed to minimum capital spending of $3.6 billion over the five-year period ending December 31, 2012, subject to certain defined conditions.

*Labor Contracts*

Certain personnel engaged in TCEH and Oncor activities are represented by labor unions and covered by collective bargaining agreements with varying expiration dates. In January 2008, new one-year labor agreements were reached covering bargaining unit personnel engaged in the natural gas-fueled generation operations and were again renegotiated and completed in January 2009. Also in January 2008, a new two-year agreement was reached covering bargaining unit personnel engaged in lignite mining operations. In June 2008, a new labor agreement effective until October 2010 was reached covering bargaining unit personnel engaged in the Sandow lignite-fueled generation operations. In July 2008, a new labor agreement effective until September 2010 was reached covering bargaining unit personnel engaged in the Three Oaks lignite mining operations. In August 2008, a new labor agreement effective until August 2010 was reached covering bargaining unit personnel engaged in nuclear generation. Negotiations are currently underway with respect to the collective bargaining agreements covering bargaining unit personnel engaged in the Big Brown, Martin Lake and Oak Grove lignite-fueled generation operations and the natural gas-fueled generation operations. The current lignite-fueled generation operations contract, which expired November 2008, is in effect until either party gives notice to terminate, which is unlikely absent unforeseen developments. In February 2008, a new three-year contract was ratified covering bargaining unit personnel engaged in Oncor's operations. In April 2008, a group of approximately 50 Oncor employees elected to be represented by a labor union. EFH Corp. expects that any changes in collective bargaining agreements will not have a material effect on EFH Corp.'s financial position, results of operations or cash flows; however, EFH Corp. is unable to predict the ultimate outcome of these labor negotiations.

*Environmental Contingencies*

The federal Clean Air Act, as amended (Clean Air Act) includes provisions which, among other things, place limits on sulfur dioxide and nitrogen oxide emissions produced by electricity generation plants. The capital requirements of EFH Corp. and its subsidiaries have not been significantly affected by the requirements of the Clean Air Act. In addition, all air pollution control provisions of the 1999 Restructuring Legislation have been satisfied.

EFH Corp. and its subsidiaries must comply with environmental laws and regulations applicable to the handling and disposal of hazardous waste. EFH Corp. and its subsidiaries believe that they are in compliance with current environmental laws and regulations; however, the impact, if any, of changes to existing regulations or the implementation of new regulations is not determinable.

Confidential

EFIHMW00246137

The costs to comply with environmental regulations can be significantly affected by the following external events or conditions:

- enactment of state or federal regulations regarding $CO_2$ emissions;

- other changes to existing state or federal regulation regarding air quality, water quality, control of toxic substances and hazardous and solid wastes, and other environmental matters, and

- the identification of sites requiring clean-up or the filing of other complaints in which EFH Corp. or its subsidiaries may be asserted to be potential responsible parties.

### Guarantees

As discussed below, EFH Corp. and its subsidiaries have entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions.

*Disposed TXU Gas operations*—In connection with the TXU Gas transaction in October 2004, EFH Corp. agreed to indemnify Atmos Energy Corporation (Atmos), until October 1, 2014, for up to $500 million for any liability related to assets retained by TXU Gas, including certain inactive gas plant sites not acquired by Atmos, and up to $1.4 billion for contingent liabilities associated with preclosing tax and employee related matters. The maximum aggregate amount that EFH Corp. may be required to pay is $1.9 billion. To date, EFH Corp. has not been required to make any payments to Atmos under any of these indemnity obligations, and no such payments are currently anticipated.

*Residual value guarantees in operating leases*—EFH Corp. or a subsidiary is the lessee under various operating leases that guarantee the residual values of the leased assets. At December 31, 2008, the aggregate maximum amount of residual values guaranteed was approximately $63 million with an estimated residual recovery of approximately $69 million. These leased assets consist primarily of mining equipment, rail cars and vehicles. The average life of the residual value guarantees under the lease portfolio is approximately four years.

*Indebtedness guarantee*—In 1990, EFC Holdings repurchased an electric co-op's minority ownership interest in the Comanche Peak nuclear generation plant and assumed the co-op's indebtedness to the US government for the facilities. The indebtedness is included in long-term debt reported in the consolidated balance sheet. EFC Holdings is making principal and interest payments to the co-op in an amount sufficient for the co-op to make payments on its indebtedness. EFC Holdings guaranteed the co-op's payments, and in the event that the co-op fails to make its payments on the indebtedness, the US government would assume the co-op's rights under the agreement, and such payments would then be owed directly by EFC Holdings. At December 31, 2008, the balance of the indebtedness was $108 million with maturities of principal and interest extending to December 2021. The indebtedness is secured by a lien on the purchased facilities.

See Note 15 for discussion of guarantees and security for certain EFH Corp. indebtedness.

### Letters of Credit

At December 31, 2008, TCEH had outstanding letters of credit under its credit facilities totaling $767 million as follows:

- $342 million to support risk management and trading margin requirements in the normal course of business, including over-the-counter hedging transactions;

- $208 million to support floating rate pollution control revenue bond debt of $204 million principal amount. The letters of credit are available to fund the payment of such debt obligations and expire in 2014;

- $121 million to support obligations under the lease agreement for an EFH Corp. office building, and

- $96 million for miscellaneous credit support requirements.

F-60

Confidential

*Nuclear Insurance*

Nuclear insurance includes liability coverage, property damage, decontamination and premature decommissioning coverage and accidental outage and/or extra expense coverage. The liability coverage is governed by the Price-Anderson Act (Act), while the property damage, decontamination and premature decommissioning coverage are promulgated by the rules and regulations of the NRC. EFH Corp. intends to maintain insurance against nuclear risks as long as such insurance is available. EFH Corp. is self-insured to the extent that losses (i) are within the policy deductibles, (ii) are not covered per policy exclusions, terms and limitations, (iii) exceed the amount of insurance maintained, or (iv) are not covered due to lack of insurance availability. Such losses could have a material adverse effect on EFH Corp.'s financial condition and its results of operations and cash flows.

With regard to liability coverage, the Act provides financial protection for the public in the event of a significant nuclear generation plant incident. The Act sets the statutory limit of public liability for a single nuclear incident at $12.5 billion and requires nuclear generation plant operators to provide financial protection for this amount. The US Congress could impose revenue-raising measures on the nuclear industry to pay claims exceeding the $12.5 billion limit for a single incident mandated by the Act. As required, EFH Corp. provides this financial protection for a nuclear incident at Comanche Peak resulting in public bodily injury and property damage through a combination of private insurance and industry-wide retrospective payment plans. As the first layer of financial protection, EFH Corp. has $300 million of liability insurance from American Nuclear Insurers (ANI), which provides such insurance on behalf of a major stock insurance company pool, Nuclear Energy Liability Insurance Association. The second layer of financial protection is provided under an industry-wide retrospective payment program called Secondary Financial Protection (SFP).

Under the SFP, in the event of an incident at any nuclear generation plant in the US, each operating licensed reactor in the US is subject to an assessment of up to $117.5 million plus a 3% insurance premium tax, subject to increases for inflation every five years. Assessments are limited to $17.5 million per operating licensed reactor per year per incident. EFH Corp.'s maximum potential assessment under the industry retrospective plan would be $235 million (excluding taxes) per incident but no more than $35 million in any one year for each incident. The potential assessment is triggered by a nuclear liability loss in excess of $300 million per accident at any nuclear facility. The SFP and liability coverage are not subject to any deductibles.

With respect to nuclear decontamination and property damage insurance, the NRC requires that nuclear generation plant license-holders maintain at least $1.1 billion of such insurance and require the proceeds thereof to be used to place a plant in a safe and stable condition, to decontaminate it pursuant to a plan submitted to and approved by the NRC before the proceeds can be used for plant repair or restoration or to provide for premature decommissioning. EFH Corp. maintains nuclear decontamination and property damage insurance for Comanche Peak in the amount of $2.25 billion (subject to $5 million deductible per accident), above which EFH Corp. is self-insured. This insurance coverage consists of a primary layer of coverage of $500 million provided by Nuclear Electric Insurance Limited (NEIL), a nuclear electric utility industry mutual insurance company and $1.75 billion of premature decommissioning coverage also provided by NEIL.

EFH Corp. maintains Accidental Outage Insurance through NEIL to cover the additional costs of obtaining replacement electricity from another source if one or both of the units at Comanche Peak are out of service for more than twelve weeks as a result of covered direct physical damage. The coverage provides for weekly payments of $3.5 million for the first fifty-two weeks and $2.8 million for the next 110 weeks for each outage, respectively, after the initial twelve-week waiting period. The total maximum coverage is $490 million per unit. The coverage amounts applicable to each unit will be reduced to 80% if both units are out of service at the same time as a result of the same accident.

If NEIL's losses exceeded its reserves for the applicable coverage, potential assessments in the form of a retrospective premium call could be made up to a total of $11.7 million for primary property, $14.1 million for excess property and $8.9 million for accidental outage.

F-61

EFIHMW00246139

PX 014
Page 421 of 1116

Also, under the NEIL policies, if there were multiple terrorism losses occurring within a one-year time frame, NEIL would make available one industry aggregate limit of $3.2 billion plus any amounts it recovers from other sources up to the limits for each claimant. If terrorism losses occurred beyond the one-year period, a new set of limits and resources would apply.

## 17.  SHAREHOLDERS' EQUITY

*Successor*

*Equity Contributions and Repurchases*—In connection with the Merger, Texas Holdings made an aggregate cash equity contribution of approximately $8.3 billion to EFH Corp. in exchange for EFH Corp. issuing approximately 1.658 billion shares of its common stock to Texas Holdings. In the year ended December 31, 2008 and the period from October 11, 2007 to December 31, 2007, EFH Corp. issued an aggregate of approximately 5.5 million and 2.0 million shares of its common stock, respectively, to, or for the benefit of, certain of its officers, directors and employees for an aggregate consideration of approximately $27.4 million and $9.8 million, respectively. The 2008 amounts include shares previously subscribed. In the year ended December 31, 2008, EFH Corp. repurchased 0.8 million shares of its common stock from employees primarily upon termination of employment or amendment of agreements, for an aggregate consideration of $3.9 million.

*Effect of Sale of Noncontrolling Interests*—Oncor's sale of noncontrolling interests discussed in Note 18 resulted in a $265 million reduction of EFH Corp.'s shareholders' equity. This amount represents the excess of the carrying value of the interests sold over the proceeds from the transactions, which reflects the fact that Oncor's carrying value after purchase accounting is based on the Merger value, while the noncontrolling interests sale value does not include a control premium.

*Dividend Restrictions*—The indenture governing the EFH Corp. Senior Cash-Pay and Toggle Notes includes covenants that, among other things and subject to certain exceptions, restrict EFH Corp.'s ability to pay dividends or make other distributions in respect of its capital stock. Accordingly, essentially all of EFH Corp.'s net income is restricted from being used to make distributions on its common stock unless such distributions are expressly permitted under the indenture and/or after such distributions, on a pro forma basis, after giving effect to such payment, the consolidated leverage ratio of EFH Corp. is equal to or less than 7.0 to 1.0. Consolidated leverage ratio is generally defined as the ratio of consolidated total indebtedness (as defined in the indenture) of EFH Corp. to Adjusted EBITDA of EFH Corp., in each case, on a consolidated basis, excluding Oncor Holdings and its subsidiaries. In addition, the TCEH Senior Secured Facilities generally restrict TCEH from making any distribution to any of its parent companies for the ultimate purpose of making a distribution to Texas Holdings unless at the time, and after giving effect to such distribution, TCEH's consolidated total debt (as defined in the TCEH Senior Secured Facilities) to TCEH's Adjusted EBITDA would be equal to or less than 6.5 to 1.0.

*Common Stock Registration Rights*—The Sponsor Group and certain other investors entered into a registration rights agreement with EFH Corp. upon closing of the Merger. Pursuant to this agreement, in certain instances, the Sponsor Group can cause EFH Corp. to register shares of EFH Corp.'s common stock owned directly or indirectly by them under the Securities Act. In certain instances, the Sponsor Group and certain other investors are also entitled to participate on a pro rata basis in any registration of EFH Corp.'s common stock under the Securities Act that it may undertake.

See Note 23 for discussion of stock-based compensation plans.

*Predecessor*

*Declaration of Dividend*—At its August 2007 meeting, EFH Corp.'s board of directors declared a quarterly dividend of $0.4325 per share, which was paid October 1, 2007 to shareholders of record on September 7, 2007. At its May 2007 meeting, EFH Corp.'s board of directors declared a quarterly dividend of $0.4325 per share,

Confidential

EFIHMW00246140

which was paid on July 2, 2007 to shareholders of record on June 1, 2007. At its February 2007 meeting, EFH Corp.'s board of directors declared a quarterly dividend of $0.4325 a share, payable April 2, 2007 to shareholders of record on March 2, 2007.

*Common Stock Repurchase*—Under authorization provided by EFH Corp.'s previous board of directors, 19 million shares and 0.2 million shares of common stock were repurchased during the twelve months ended December 31, 2006 and during the period from January 1, 2007 through October 10, 2007 at an average price of $51.77 and $64.80 per share, respectively (including related fees and expenses).

*Common Stock Issuance*—In May 2006, EFH Corp. settled the purchase contracts associated with its remaining equity-linked debt securities. In connection with the settlement, EFH Corp. issued 5.7 million shares of common stock, resulting in an increase in additional paid-in capital of $180 million.

*Thrift Plan*—The Thrift Plan is an employee savings plan under which EFH Corp. matched a portion of employees' contributions of their earnings with a contribution in shares of common stock. Contributions to the Thrift Plan are held by an unconsolidated trust. At October 10, 2007, the Thrift Plan had an obligation of $201 million outstanding in the form of a note payable to EFH Corp. (LESOP note). Proceeds from the issuance of the note, which EFH Corp. purchased from a third-party lender in 1990, were used by the Thrift Plan trustee to purchase EFH Corp.'s common stock on the open market for the purpose of satisfying future matching requirements. These shares (LESOP shares) were held by the Thrift Plan trustee under the leveraged employee stock ownership provision of the Thrift Plan. The note receivable had been classified as a reduction of common stock equity, and the principal and related interest was being amortized as a component of LESOP-related expense.

The Thrift Plan used dividends received on the LESOP shares held and contributions from EFH Corp., if required, to repay interest and principal on the LESOP note; such contributions totaled $14 million for the period from January 1, 2007 through October 10, 2007 and $17 million in 2006.

On the date of the Merger, the Thrift Plan trustee held approximately 5.7 million shares of EFH Corp.'s common stock. These shares were converted to cash at $69.25 per share in connection with the closing of the Merger. The Thrift Plan trustee used the cash proceeds to repay the LESOP note, and then made an additional allocation of the remaining cash proceeds to eligible Thrift Plan participants.

*EFC Holdings' Preferred Stock*—In October 2007 prior to the Merger, EFC Holdings issued 4,000 shares of its $4.56 Series preferred stock to EFH Corp. for its membership interests in certain subsidiaries established for the development and construction of new generation facilities.

The table below reflects the changes in the number of Predecessor common stock shares outstanding:

| | Period from January 1, 2007 through October 10, 2007 | Twelve months ended December 31, 2006 |
|---|---|---|
| Balance at beginning of period . . . . . . . . . . . . . . . . . . . | 459,244,523 | 470,845,978 |
| Issuances under equity-linked debt securities . . . . | — | 5,683,791 |
| Issuances under stock-based incentive compensation plans (Note 21) . . . . . . . . . . . . . . | 2,771,257 | 2,200,766 |
| Issued on conversion of convertible senior notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36,372 | — |
| Repurchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | (18,165,403) |
| Forfeitures and cancellations under stock-based incentive compensation plans . . . . . . . . . . . . . . | (900,143) | (1,320,609) |
| Purchased in connection with Merger . . . . . . . . . | (461,152,009) | — |
| Balance at end of period . . . . . . . . . . . . . . . . . . . . . . | — | 459,244,523 |

F-63

Confidential

### 18.  NONCONTROLLING INTERESTS

On November 5, 2008, Oncor issued and sold additional equity interests to Texas Transmission. Texas Transmission is an entity indirectly owned by a private investment group led by OMERS Administration Corporation, acting through its infrastructure investment entity, Borealis Infrastructure Management Inc., and the Government of Singapore Investment Corporation, acting through its private equity and infrastructure arm, GIC Special Investments Pte Ltd.

Texas Transmission acquired the equity interests for $1.254 billion in cash. At the closing of the sale, Oncor also offered and indirectly sold additional equity interests to certain members of Oncor's management team. Accordingly, after giving effect to all equity issuances, as of December 31, 2008, EFH Corp. indirectly owns 80.04% of Oncor, Oncor management indirectly owns 0.21% of Oncor and Texas Transmission owns 19.75% of Oncor.

The proceeds (net of closing costs) of $1.253 billion received by Oncor from Texas Transmission and the members of Oncor management upon completion of these transactions were distributed ultimately to EFH Corp. Under the terms of certain financing arrangements of EFH Corp. and TCEH, upon such distribution, under certain circumstances, EFH Corp. (parent entity) is required to repay certain outstanding intercompany loans from TCEH. In November 2008, EFH Corp. repaid the $253 million balance of notes payable to TCEH that related to payments of principal and interest on EFH Corp. (parent entity) debt.

EFH Corp. recorded the $265 million excess of EFH Corp.'s carrying amount of the noncontrolling interests sold by Oncor over the net proceeds from the transactions as a reduction to additional paid in capital, consistent with the provisions of SAB Topic 5-H, "Accounting for Sales of Stock by a Subsidiary."

The noncontrolling interests balance of $1.355 billion reported in the equity section of the December 31, 2008 consolidated balance sheet represented the proportional share of Oncor's net assets at the date of the transaction less $160 million representing the noncontrolling interests' share of Oncor's net losses for the period subsequent to the transaction (including the goodwill impairment charge), net of $2 million in cash distributions. See Note 17.

### 19.  COMMODITY AND OTHER DERIVATIVE CONTRACTUAL ASSETS AND LIABILITIES

The following table provides detail of commodity and other derivative contractual assets and liabilities as presented in the balance sheet:

| | Successor | | | |
|---|---|---|---|---|
| | December 31, 2008 | | | |
| | Commodity contracts | Cash flow hedges and other derivatives | Reclassification (a) | Total |
| Assets: | | | | |
| Current assets | $2,385 | $ 157 | $ (8) | $ 2,534 |
| Noncurrent assets | 962 | — | — | 962 |
| Total | $3,347 | $ 157 | $ (8) | $ 3,496 |
| Liabilities: | | | | |
| Current liabilities | $2,235 | $ 681 | $ (8) | $ 2,908 |
| Noncurrent liabilities | 682 | 1,413 | — | 2,095 |
| Total | $2,917 | $ 2,094 | $ (8) | $ 5,003 |
| Net assets (liabilities) | $ 430 | $(1,937) | $— | $(1,507) |

Confidential

|  | Successor | | |
|  | December 31, 2007 | | |
|  | Commodity contracts | Cash flow hedges and other derivatives | Total |
|---|---|---|---|
| Assets: | | | |
| Current assets | $ 1,118 | $ 11 | $ 1,129 |
| Noncurrent assets | 239 | 5 | 244 |
| Total | $ 1,357 | $ 16 | $ 1,373 |
| Liabilities: | | | |
| Current liabilities | $ 1,042 | $ 104 | $ 1,146 |
| Noncurrent liabilities | 2,232 | 221 | 2,453 |
| Total | $ 3,274 | $ 325 | $ 3,599 |
| Net assets (liabilities) | $(1,917) | $(309) | $(2,226) |

(a)   Represents the effects of reclassification of the assets and liabilities to conform to the balance sheet presentation of current assets and liabilities.

Margin deposit net liabilities of $190 million and net assets of $445 million under master netting arrangements at December 31, 2008 and December 31, 2007, respectively, were not netted with derivative assets and liabilities since EFH Corp. has elected to present the amounts of derivative assets and liabilities on a gross basis in the balance sheet as provided in FSP FIN 39-1. See discussion in Note 1 under "Changes in Accounting Standards."

This presentation can result in significant volatility in commodity contract assets and liabilities because EFH Corp. enters into positions with the same counterparties that result in both assets and liabilities, and the underlying commodity prices can change significantly from period to period.

### Commodity Contract Assets and Liabilities

Commodity contract assets and liabilities primarily represent fair values of natural gas and electricity derivative instruments that have not been designated as cash flow hedges or "normal" purchases or sales under SFAS 133. These instruments are marked-to-market, and the associated unrealized gains and losses are reported in the income statement in net gain (loss) from commodity hedging and trading activities.

A multi-year power sales agreement was entered into with Alcoa Inc. in the 2007 Predecessor period. The agreement was determined to have a "day one" out-of-the-money value of $235 million. The agreement was entered into concurrently with the transfer of an air permit from Alcoa Inc. to an EFH Corp. subsidiary as well as other agreements with Alcoa Inc. that provide, among other things, access to real property and a supply of lignite fuel, all of which provides value to EFH Corp. by providing the right and ability to develop, construct and operate a new lignite coal-fueled generation unit at Sandow. In consideration of this right and ability, the initial out-of-the-money value of the sales agreement, as well as a $29 million out-of-the-money value of a related interim power sales agreement entered into in late 2006, were recorded as part of the construction work-in-process asset balance for the Sandow unit. The out-of-the-money values were recorded as commodity contract liabilities. The contracts were revalued applying the principles of SFAS 157 as part of purchase accounting, and subsequent changes in the value of the contracts continue to be marked-to-market in net income.

Successor results include net "day one" losses of $68 million in 2008 and $8 million in the 2007 period, and predecessor results include net "day one" losses of $201 million in the 2007 period, primarily associated with contracts entered into at below market prices. Substantially all of these amounts represent losses associated with related series of transactions involving natural gas financial instruments intended to hedge exposure to future changes in electricity prices. The 2007 predecessor period amount is net of a $30 million "day one" gain

F-65

EFIHMW00246143

associated with a long-term power purchase agreement. The net losses are reported in net gain (loss) from commodity hedging and trading activities, and are included in the results of the Competitive Electric segment.

*Other Derivative Assets and Liabilities*

Other derivative assets and liabilities primarily represent fair values of interest rate swaps and also include fair values of commodity contracts that have been designated as cash flow hedges.

A significant portion of natural gas derivatives entered into to hedge future changes in electricity prices had previously been designated and accounted for as cash flow hedges. In March 2007, these instruments were dedesignated as cash flow hedges as allowed under SFAS 133, thus becoming subject to mark-to-market accounting in net income as the fair values change. See Note 15 for details of interest rate swaps previously designated as cash flow hedges.

A summary of transactions comprising other derivative assets and liabilities follows:

|  | Successor | |
|---|---|---|
|  | December 31, 2008 | December 31, 2007 |
| Current and noncurrent assets: | | |
| Interest rate swaps (a) ........................... | $ 142 | $ 8 |
| Commodity-related cash flow hedges ............... | 15 | 8 |
| Total ....................................... | $ 157 | $ 16 |
| Current and noncurrent liabilities: | | |
| Interest rate swaps (a) ........................... | $2,086 | $324 |
| Commodity-related cash flow hedges ............... | 8 | 1 |
| Total ....................................... | $2,094 | $325 |

(a)  The 2008 amount includes $1.868 billion in net liabilities related to interest rate hedges on $17.55 billion principal amount of debt and $41 million in net liabilities related to interest rate basis swaps on $13.045 billion principal amount of debt, both entered into after the Merger, and $35 million in net liabilities related to swaps existing at the time of the Merger. As of August 29, 2008, changes in fair value of these swaps are marked-to-market in net income.

*Other Cash Flow Hedge Information*—EFH Corp. experienced cash flow hedge ineffectiveness of $4 million in net losses in 2008, $111 million in net gains in 2007 (essentially all of which was in the Predecessor period) and $231 million in net gains in 2006. These amounts are pretax and are reported in the income statement in net gain (loss) from commodity hedging and trading activities.

The net effect of recording unrealized mark-to-market gains and losses arising from hedge ineffectiveness (versus recording gains and losses upon settlement) includes the above amounts as well as the effect of reversing unrealized ineffectiveness gains and losses recorded in previous periods to offset realized gains and losses in the current period. Such net unrealized effect totaled $4 million in net losses in the 2008 Successor period, $90 million in net gains in 2007 (essentially all of which was in the Predecessor period) and $239 million in net gains in 2006.

Accumulated other comprehensive income related to cash flow hedges at December 31, 2008 totaled $238 million in net losses (after-tax), substantially all of which relates to interest rate swaps. EFH Corp. expects that $112 million of net losses related to cash flow hedges included in accumulated other comprehensive income as of December 31, 2008 will be reclassified into net income during the next twelve months as the related hedged transactions affect net income.

F-66

EFIHMW00246144

## 20. INVESTMENTS

The balance of investments consists of the following:

| | Successor | |
|---|---|---|
| | December 31, 2008 | December 31, 2007 |
| Nuclear decommissioning trust | $385 | $484 |
| Assets related to employee benefit plans, including employee savings programs, net of distributions | 210 | 306 |
| Land | 44 | 44 |
| Note receivable from Capgemini | — | 25 |
| Miscellaneous other | 6 | 9 |
| Total investments | $645 | $868 |

### *Nuclear Decommissioning Trust*

Investments in a trust that will be used to fund the costs to decommission the Comanche Peak nuclear generation plant are carried at fair value. Decommissioning costs are being recovered from Oncor's customers as a delivery fee surcharge over the life of the plant and deposited in the trust fund. Net gains and losses on investments in the trust fund are offset by a corresponding adjustment to a regulatory asset/liability. A summary of investments in the fund follows:

| | Successor | | | |
|---|---|---|---|---|
| | December 31, 2008 | | | |
| | Cost (a) | Unrealized gain | Unrealized loss | Fair market value |
| Debt securities | $203 | $ 4 | $(14) | $193 |
| Equity securities | 181 | 46 | (35) | 192 |
| Total | $384 | $ 50 | $(49) | $385 |

| | Successor | | | |
|---|---|---|---|---|
| | December 31, 2007 | | | |
| | Cost (a) | Unrealized gain | Unrealized loss | Fair market value |
| Debt securities | $193 | $ 3 | $ (1) | $195 |
| Equity securities | 168 | 129 | (8) | 289 |
| Total | $361 | $132 | $ (9) | $484 |

_____
(a)   Includes realized gains and losses of securities sold.

Debt securities held at December 31, 2008 mature as follows: $73 million in one to five years, $33 million in five to ten years and $87 million after ten years.

### *Assets Related to Employee Benefit Plans*

The majority of these assets represent cash surrender values of life insurance policies that are purchased to fund liabilities under deferred compensation plans. EFH Corp. pays the premiums and is the beneficiary of these life insurance policies. As of December 31, 2008 and 2007, the face amount of these policies totaled $481 million and $540 million, and the net cash surrender values totaled $155 million and $189 million, respectively. Changes in cash surrender value are netted against premiums paid. Other investment assets held to satisfy deferred compensation liabilities are recorded at fair value.

F-67

EFIHMW00246145

## 21.  NOTICE OF TERMINATION OF OUTSOURCING ARRANGEMENTS

In connection with the closing of the Merger, EFH Corp., TCEH and Oncor commenced a review, under the change of control provision, of certain outsourcing arrangements with Capgemini Energy LP (Capgemini), Capgemini America, Inc. and Capgemini North America, Inc. (collectively, CgE). During the fourth quarter of 2008, EFH Corp. and TCEH executed a Separation Agreement with CgE. Simultaneous with the execution of that Separation Agreement, Oncor entered into a substantially similar Separation Agreement with CgE. The Separation Agreements principally provide for (i) notice of termination of each of the Master Framework Agreements, dated as of May 17, 2004, as each has been amended, between Capgemini and each of TCEH and Oncor and the related service agreements under each of the Master Framework Agreements and (ii) termination of the joint venture arrangements between EFH Corp. (and its applicable subsidiaries) and CgE. Under the Master Framework Agreements and related services agreements, Capgemini provides to EFH Corp. and its subsidiaries outsourced support services, including information technology, customer care and billing, human resources, procurement and certain finance and accounting activities.

Each Separation Agreement acts as a notice of termination under the applicable Master Framework Agreement and the related services agreements. As a result of the "change of control" of EFH Corp. that occurred as a result of the Merger, each of TCEH and Oncor had the contractual right to terminate, without penalty, its Master Framework Agreement. Each of TCEH and Oncor has elected to exercise such right. Consistent with the Master Framework Agreements, to provide for an orderly transition of the services, the Separation Agreements require that Capgemini provide termination assistance services until the services are transitioned back to EFH Corp. and/or to another service provider. The Separation Agreements provide that the services be transitioned by December 31, 2010 (June 30, 2011, in the case of the information technology services). Each Master Framework Agreement will actually terminate when these termination assistance services are completed. EFH Corp. (or its applicable subsidiary) previously provided a termination notice to Capgemini in respect of human resources services and customer care and revenue management services for TXU Energy.

The Separation Agreements provide for the termination of the joint venture arrangement between EFH Corp. (and its applicable subsidiaries) and CgE. As a result, during the fourth quarter of 2008:

- the 2.9% limited partnership interest in Capgemini owned by a subsidiary of EFH Corp. was redeemed in exchange for the termination of the license that was granted by a subsidiary of EFH Corp. to Capgemini at the time the Master Framework Agreements were executed in order for Capgemini to use certain information technology assets primarily consisting of capitalized software to provide services to EFH Corp. and third parties;

- EFH Corp. received approximately $70 million in exchange for the termination of a purchase option agreement pursuant to which subsidiaries of EFH Corp. had the right to "put" to Capgemini (and Capgemini had the right to "call" from a subsidiary of EFH Corp.) EFH Corp.'s 2.9% limited partnership interest in Capgemini and the licensed assets upon the expiration of the Master Framework Agreements in 2014 or, in some circumstances, earlier, and

- Capgemini repaid $25 million (plus accrued interest) representing all amounts owed by Capgemini under the working capital loan provided by EFH Corp. in July 2004.

Under the Separation Agreements, the parties also entered into a mutual release of all claims under the Master Framework Agreements and related services agreements and the joint venture agreements, subject to certain defined exceptions, resulting in EFH Corp. receiving $10 million in cash settlement.

The carrying value of the partnership interest was $2.9 million, and the carrying value of the purchase option was $177 million prior to the application of purchase accounting (recorded as a noncurrent asset). The effects of the termination of the outsourcing arrangements, including an accrual of $66 million for incremental costs to exit and transition the services, were included in the final purchase price allocation (see Note 2).

F-68

EFIHMW00246146

## 22. PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFIT (OPEB) PLANS

EFH Corp. is the plan sponsor of the EFH Retirement Plan (Retirement Plan), which provides benefits to eligible employees of consolidated subsidiaries (participating employers). The Retirement Plan is a qualified defined benefit pension plan under Section 401(a) of the Internal Revenue Code of 1986, as amended (Code) and is subject to the provisions of ERISA. Employees are eligible to participate in the Retirement Plan upon their completion of one year of service and the attainment of age 21. The Retirement Plan provides benefits to participants under one of two formulas: (i) a Cash Balance Formula under which participants earn monthly contribution credits based on their compensation and a combination of their age and years of service, plus monthly interest credits or (ii) a Traditional Retirement Plan Formula based on years of service and the average earnings of the three years of highest earnings. The interest component of the Cash Balance Formula is variable and is determined using the yield on 30-year Treasury bonds.

All eligible employees hired after January 1, 2001 participate under the Cash Balance Formula. Certain employees who, prior to January 1, 2002, participated under the Traditional Retirement Plan Formula, continue their participation under that formula. Under the Cash Balance Formula, future increases in earnings will not apply to prior service costs. Effective October 1, 2007, all new employees, with the exception of employees hired by Oncor, are not eligible to participate in the Retirement Plan. New hires at Oncor are eligible to participate in the Cash Balance Formula of the Retirement Plan. It is EFH Corp.'s policy to fund the plans on a current basis to the extent deductible under existing federal tax regulations.

EFH Corp. also has supplemental unfunded retirement plans for certain employees whose retirement benefits cannot fully be earned under the qualified Retirement Plan, the information for which is included below.

EFH Corp. offers health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. For employees retiring on or after January 1, 2002, the retiree contributions required for such coverage vary based on a formula depending on the retiree's age and years of service.

### Regulatory Recovery of Pension and OPEB Costs

In June 2005, an amendment to PURA relating to pension and OPEB costs was enacted by the Legislature of the State of Texas. This amendment provides for the recovery by Oncor of pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility, which in addition to Oncor's own employees consists largely of active and retired personnel engaged in TCEH's activities, related to service of those additional personnel prior to the deregulation and disaggregation of EFH Corp.'s businesses effective January 1, 2002. The amendment additionally authorizes Oncor to establish a regulatory asset or liability for the difference between the amounts of pension and OPEB costs approved in current billing rates and the actual amounts that would otherwise have been recorded as charges or credits to earnings. Amounts deferred are ultimately subject to regulatory approval. Amounts recorded as a regulatory asset totaled $15 million and $20 million in 2008 and 2007, respectively.

### Pension and OPEB Costs Recognized as Expense

| | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Pension costs under SFAS 87 | $ 21 | $(1) | $ 34 | $ 66 |
| OPEB costs under SFAS 106 | 58 | 11 | 49 | 81 |
| Total benefit costs | 79 | 10 | 83 | 147 |
| Less amounts deferred principally as a regulatory asset or property | (42) | (8) | (43) | (84) |
| Net amounts recognized as expense | $ 37 | $ 2 | $ 40 | $ 63 |

F-69

Consistent with SFAS 87, EFH Corp. uses the calculated value method to determine the market-related value of the assets held in its trust. EFH Corp. includes the realized and unrealized gains or losses in the market-related value of assets over a rolling four-year period. Each year, 25% of such gains and losses for the current year and for each of the preceding three years is included in the market-related value. Each year, the market-related value of assets is increased for contributions to the plan, and investment income and is decreased for benefit payments and expenses for that year.

### Detailed Information Regarding Pension Benefits

The following information is based on December 31, 2008 and 2007, October 10, 2007 and December 31, 2006 measurement dates:

| | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| **Assumptions Used to Determine Net Periodic Pension Cost:** | | | | |
| Discount rate | 6.55% | 6.45% | 5.90% | 5.75% |
| Expected return on plan assets | 8.25% | 8.75% | 8.75% | 8.75% |
| Rate of compensation increase | 3.70% | 3.44% | 3.44% | 3.32% |
| **Components of Net Pension Cost:** | | | | |
| Service cost | $ 36 | $ 10 | $ 30 | $ 42 |
| Interest cost | 148 | 36 | 107 | 136 |
| Expected return on assets | (165) | (47) | (119) | (147) |
| Amortization of prior service cost | 1 | — | 1 | 3 |
| Amortization of net loss | 1 | — | 15 | 32 |
| Recognized curtailment loss | — | — | — | — |
| Net periodic pension cost | $ 21 | $ (1) | $ 34 | $ 66 |
| **Other Changes in Plan Assets and Benefit Obligations Recognized in Other Comprehensive Income:** | | | | |
| Net loss (gain) | $ 204 | $ 20 | $ (52) | |
| Transition obligation (asset) | — | — | — | |
| Prior service cost (credit) | — | — | — | |
| Amortization of net loss (gain) | — | — | (3) | |
| Amortization of transition obligation (asset) | — | — | — | |
| Amortization of prior service cost | — | — | (1) | |
| Reclassification to regulatory asset | (6) | | | |
| Purchase accounting adjustment | (10) | — | 49 | |
| Total recognized in other comprehensive income | $ 188 | $ 20 | $ (7) | |
| Total recognized in net periodic benefit cost and other comprehensive income | $ 209 | $ 19 | $ 27 | |

| | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| **Assumptions Used to Determine Benefit Obligations:** | | | | |
| Discount rate | 6.90% | 6.55% | 6.45% | 5.90% |
| Rate of compensation increase | 3.75% | 3.70% | 3.44% | 3.44% |

F-70

Confidential

|  | Successor | |
|---|---|---|
|  | Year Ended December 31, 2008 | Year Ended December 31, 2007 |
| *Change in Pension Obligation*: | | |
| Projected benefit obligation at beginning of year | $ 2,335 | $ 2,457 |
| Service cost | 36 | 40 |
| Interest cost | 148 | 143 |
| Plan amendments | — | — |
| Actuarial (gain) loss | (58) | (184) |
| Benefits paid | (124) | (121) |
| Settlements | — | — |
| Projected benefit obligation at end of year | $ 2,337 | $ 2,335 |
| Accumulated benefit obligation at end of year | $ 2,203 | $ 2,219 |
| | | |
| *Change in Plan Assets*: | | |
| Fair value of assets at beginning of year | $ 2,108 | $ 2,090 |
| Actual return (loss) on assets | (412) | 136 |
| Employer contributions | 164 | 4 |
| Benefits paid | (124) | (122) |
| Settlements | — | — |
| Fair value of assets at end of year | $ 1,736 | $ 2,108 |
| | | |
| *Funded Status*: | | |
| Projected pension benefit obligation | $(2,337) | $(2,335) |
| Fair value of assets | 1,736 | 2,108 |
| Funded status at end of year | $ (601) | $ (227) |

|  | Successor | |
|---|---|---|
|  | Year Ended December 31, 2008 | Year Ended December 31, 2007 |
| *Amounts Recognized in the Balance Sheet Consist of*: | | |
| Other noncurrent assets (a) | $ 10 | $ 9 |
| Other current liabilities | (4) | (4) |
| Other noncurrent liabilities | (607) | (232) |
| Net liability recognized | $(601) | $(227) |
| | | |
| *Amounts Recognized in Accumulated Other Comprehensive Income under SFAS 158 Consist of*: | | |
| Net loss | $ 208 | $ 20 |
| Prior service cost | — | — |
| Net amount recognized | $ 208 | $ 20 |
| | | |
| *Amounts Recognized as Regulatory Assets under SFAS 158 Consist of*: | | |
| Net loss | $ 387 | $ 65 |
| Prior service cost | 1 | 2 |
| Net amount recognized | $ 388 | $ 67 |

(a)  Amounts represent overfunded plans.

F-71

Confidential

The following table provides information regarding pension plans with projected benefit obligation (PBO) and accumulated benefit obligation (ABO) in excess of the fair value of plan assets.

|  | Successor | |
| --- | --- | --- |
|  | December 31, 2008 | December 31, 2007 |
| *Pension Plans with PBO and ABO in Excess Of Plan Assets:* | | |
| Projected benefit obligations ............................................ | $2,332 | $2,330 |
| Accumulated benefit obligation .......................................... | 2,199 | 2,214 |
| Plan assets ............................................................. | 1,721 | 2,094 |

### Asset Allocations

The weighted-average asset allocations of pension plans by asset category are as follows:

|  | Successor | | Target Allocation Ranges | Expected Long-Term Returns |
| --- | --- | --- | --- | --- |
| Asset Type | Allocation of Plan Assets 2008 | Allocation of Plan Assets 2007 | | |
| US equities ......................................... | 31.7% | 42.1% | 30%-65% | 9.7% |
| International equities ................................ | 12.7% | 20.0% | 5%-20% | 10.5% |
| Fixed income ....................................... | 54.0% | 36.1% | 15%-70% | 6.8% |
| Real estate ......................................... | 1.6% | 1.8% | 0%-10% | 8.0% |
|  | 100.0% | 100.0% | | 8.25% |

F-72

Confidential

*Detailed Information Regarding Postretirement Benefits Other Than Pensions*

The following OPEB information is based on December 31, 2008 and 2007, October 10, 2007 and December 31, 2006 measurement dates:

| | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| *Assumptions Used to Determine Net Periodic Benefit Cost:* | | | | |
| Discount rate | 6.55% | 6.45% | 5.90% | 5.75% |
| Expected return on plan assets | 7.90% | 8.67% | 8.67% | 8.67% |
| *Components of Net Postretirement Benefit Cost:* | | | | |
| Service cost | $ 10 | $ 3 | $ 9 | $ 13 |
| Interest cost | 59 | 14 | 41 | 60 |
| Expected return on assets | (20) | (6) | (15) | (21) |
| Amortization of net transition obligation | 1 | — | 1 | 1 |
| Amortization of prior service cost/(credit) | (1) | — | (2) | (3) |
| Amortization of net loss | 9 | — | 15 | 31 |
| Net periodic OPEB cost | $ 58 | $ 11 | $ 49 | $ 81 |
| *Other Changes in Plan Assets and Benefit Obligations Recognized in Other Comprehensive Income:* | | | | |
| Net loss (gain) | $ 1 | $ 36 | $ (16) | |
| Transition obligation (asset) | — | — | — | |
| Prior service cost (credit) | — | — | — | |
| Amortization of net loss (gain) | — | — | — | |
| Amortization of transition obligation (asset) | — | — | — | |
| Amortization of prior service cost | — | — | 1 | |
| Reclassification to regulatory asset | (28) | | | |
| Purchase accounting adjustment | (1) | — | 13 | |
| Total recognized in other comprehensive income | $ (28) | $ 36 | $ (2) | |
| Total recognized in net periodic benefit cost and other comprehensive income | $ 30 | $ 47 | $ 47 | |

| | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| *Assumptions Used to Determine Benefit Obligations at Period End:* | | | | |
| Discount rate | 6.85% | 6.55% | 6.45% | 5.90% |

F-73

Confidential

EFIHMW00246151

|  | Successor | |
| --- | --- | --- |
|  | Year Ended December 31, 2008 | Year Ended December 31, 2007 |
| *Change in Postretirement Benefit Obligation:* | | |
| Benefit obligation at beginning of year | $ 928 | $ 948 |
| Service cost | 10 | 12 |
| Interest cost | 59 | 55 |
| Participant contributions | 16 | 17 |
| Medicare Part D reimbursement | 4 | 4 |
| Actuarial (gain)/loss | (35) | (46) |
| Benefits paid | (63) | (62) |
| Benefit obligation at end of year | $ 919 | $ 928 |
| *Change in Plan Assets:* | | |
| Fair value of assets at beginning of year | $ 260 | $ 251 |
| Actual return (loss) on assets | (54) | 10 |
| Employer contributions | 35 | 40 |
| Participant contributions | 16 | 17 |
| Medicare Part D reimbursement | 4 | 4 |
| Benefits paid | (63) | (62) |
| Fair value of assets at end of year | $ 198 | $ 260 |
| *Funded Status:* | | |
| Benefit obligation | $(919) | $(928) |
| Fair value of assets | 198 | 260 |
| Funded status at end of year | $(721) | $(668) |

|  | Successor | |
| --- | --- | --- |
|  | Year Ended December 31, 2008 | Year Ended December 31, 2007 |
| *Amounts Recognized on the Balance Sheet Consist of:* | | |
| Other noncurrent liabilities | $(721) | $(668) |
| *Amounts Recognized in Accumulated Other Comprehensive Income under SFAS 158 Consist of:* | | |
| Net loss | $ 7 | $ 36 |
| Prior service cost credit | — | — |
| Net transition obligation | | |
| Net amount recognized | $ 7 | $ 36 |
| *Amounts Recognized as Regulatory Assets under SFAS 158 Consist of:* | | |
| Net loss | $ 174 | $ 115 |
| Prior service cost credit | (8) | (10) |
| Net transition obligation | 5 | 6 |
| Net amount recognized | $ 171 | $ 111 |

F-74

EFIHMW00246152

PX 014
Page 434 of 1116

The following tables provide information regarding the assumed health care cost trend rates.

|  | Successor | |
|---|---|---|
|  | December 31, 2008 | December 31, 2007 |
| *Assumed Health Care Cost Trend Rates—Not Medicare Eligible*: | | |
| Health care cost trend rate assumed for next year . . . . . . . . . . . . . . . . . . | 8.64% | 7.95% |
| Rate to which the cost trend is expected to decline (the ultimate trend rate) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5.00% | 5.00% |
| Year that the rate reaches the ultimate trend rate . . . . . . . . . . . . . . . . . . . | 2017 | 2013 |
| *Assumed Health Care Cost Trend Rates—Medicare Eligible*: | | |
| Health care cost trend rate assumed for next year . . . . . . . . . . . . . . . . . . | 8.32% | 8.55% |
| Rate to which the cost trend is expected to decline (the ultimate trend rate) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5.00% | 5.00% |
| Year that the rate reaches the ultimate trend rate . . . . . . . . . . . . . . . . . . . | 2017 | 2013 |

|  | 1-Percentage Point Increase | 1-Percentage Point Decrease |
|---|---|---|
| *Sensitivity Analysis of Assumed Health Care Cost Trend Rates*: | | |
| Effect on accumulated postretirement obligation Obligation . . . . . . . . . . . . . | $104 | $(87) |
| Effect on postretirement benefits cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | (8) |

*Asset Allocations—*

The weighted average asset allocations of the OPEB plan by asset category are as follows:

|  | Allocation of Plan Assets | |
|---|---|---|
| Asset Type | December 31, 2008 | December 31, 2007 |
| US equities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 43.4% | 52.6% |
| International equities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6.7% | 10.3% |
| Fixed income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 49.0% | 36.2% |
| Real estate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.9% | 0.9% |
|  | 100.0% | 100.0% |

| Plan Type | Expected Long-Term Returns |
|---|---|
| 401(h) accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8.28% |
| Life Insurance VEBA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7.32% |
| Union VEBA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7.32% |
| Non-Union VEBA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4.00% |
| Insurance Continuation Reserve . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4.00% |
|  | 7.64% |

*Investment Strategy*

The investment objective of the Retirement Plan is to provide an adequate long-term return on existing assets and future contributions in order to meet the future benefit obligations of EFH Corp. The EFH Retirement Committee sets asset allocation targets incorporate the timing of future benefits payments and changes in pension legislation, along with asset class risk and return characteristics. The strategy of the OPEB plan is to follow the Retirement Plan strategy, while maintaining sufficient cash and short-term investments to pay near-term benefits and expenses.

F-75

EFIHMW00246153

The fixed income assets are diversified by sector and security and maintain an average quality rating of at least "A" (as determined by a major ratings agency such as Moody's). The duration of the fixed income assets was lengthened in the fourth quarter of 2008 to match the duration of the liabilities. The equity assets are diversified by size, style and country with a conservative bias toward value securities.

*Expected Long-Term Rate of Return on Assets Assumption*

EFH Corp. determined the long-term rate of return for each asset class based on historical asset class returns, current market conditions, rate of inflation, current prospects for economic growth, and taking into account the diversification benefits of investing in multiple asset classes. The expected return for each asset class was then weighted, based on the target asset allocation, to develop the 8.25% expected long-term rate of return on assets assumption for the portfolio.

*Assumed Discount Rate*

EFH Corp. selected the assumed discount rate using the Hewitt Top Quartile yield curve based on actual corporate bond yields for AA or better rated bonds at the measurement date as reported by either Moody's or S&P.

*Amortization in 2009*

In 2009, EFH Corp. estimates amortization of the net actuarial loss, prior service cost, and transition obligation (asset) for the defined benefit pension plan from accumulated other comprehensive income into net periodic benefit cost will be $7 million, $0.8 million and zero, respectively. EFH Corp. estimates amortization of the net actuarial loss, prior service credit, and transition obligation for the OPEB plan from accumulated other comprehensive income into net periodic benefit cost will be $12 million, $2 million and $1 million, respectively.

*Contributions in 2009*

Estimated funding for calendar year 2009 totals $81 million for the Retirement Plan and $22 million for the OPEB plan.

*Future Benefit Payments*

Estimated future benefit payments to beneficiaries are as follows:

|  | Successor | | | | | |
|---|---|---|---|---|---|---|
|  | 2009 | 2010 | 2011 | 2012 | 2013 | 2014-18 |
| Pension benefits . . . . . . . . . . . . . . . . . | $129 | $135 | $143 | $153 | $161 | $934 |
| OPEB . . . . . . . . . . . . . . . . . . . . . . . . . | $ 50 | $ 55 | $ 58 | $ 61 | $ 64 | $365 |
| Medicare Part D subsidies received . . . | $ (6) | $ (8) | $ (9) | $ (9) | $(10) | $(61) |

*Thrift Plan*

Employees of EFH Corp. and its consolidated subsidiaries may participate in a qualified savings plan, the Thrift Plan. This plan is a participant-directed defined contribution plan intended to qualify under Section 401(a) of the Code, and is subject to the provisions of ERISA. The Thrift Plan included an employee stock ownership component until October 10, 2007. Under the terms of the Thrift Plan, employees who do not earn more than the IRS threshold compensation limit used to determine highly compensated employees may contribute, through pre-tax salary deferrals and/or after-tax payroll deductions, the lesser of 75% of their regular salary or wages or the maximum amount permitted under applicable law. Employees who earn more than such threshold may contribute from 1% to 16% of their regular salary or wages. Employer matching contributions are also made in

F-76

Confidential

EFIHMW00246154

an amount equal to 100% of the first 6% of employee contributions for employees who are covered under the Cash Balance Formula of the Retirement Plan, and 75% of the first 6% of employee contributions for employees who are covered under the Traditional Retirement Plan Formula of the Retirement Plan. Prior to January 1, 2006, employer matching contributions were invested in EFH Corp. common stock. Effective January 1, 2006 through October 10, 2007, employees could reallocate or transfer all or part of their accumulated or future employer matching contributions to any of the plan's other investment options. As of October 10, 2007, employer matching contributions are made in cash and may be allocated by participants to any of the plan's investment options. See Note 17 for additional information related to the Thrift Plan.

## 23. STOCK-BASED COMPENSATION PLANS AND PAYMENTS

### Successor—EFH Corp. 2007 Stock Incentive Plan

In December 2007, EFH Corp. established the 2007 Stock Incentive Plan for Key Employees of EFH Corp. and its Affiliates (2007 SIP). Incentive awards under the 2007 SIP may be granted to directors and officers and qualified managerial employees of EFH Corp. or its subsidiaries or affiliates in the form of non-qualified stock options, stock appreciation rights, restricted shares, deferred shares, shares of common stock, the opportunity to purchase shares of common stock and other awards that are valued in whole or in part by reference to, or are otherwise based on the fair market value of EFH Corp.'s shares of common stock. The 2007 SIP permits the grant of awards for 72 million shares of common stock, subject to adjustments under applicable laws for certain events, such as a change in control, and no such grants may be issued after December 26, 2017. Shares related to grants that are forfeited, terminated, cancelled, expire unexercised, withheld to satisfy tax withholding obligations, or are repurchased by the Company are available for new grants under the 2007 SIP.

Under the terms of the 2007 SIP, options to purchase 33.1 million and 19.5 million shares of EFH Corp. common stock were issued to certain management employees in 2008 and December 2007, respectively. The options provide the holder the right to purchase EFH Corp. common stock for $5.00 per share. Vested awards must be exercised within 10 years of the grant date. The terms of the options were fixed at grant date.

**Stock Options**—The stock option awards under the 2007 SIP consist of two types of stock options. One-half of the options awarded vest solely based upon continued employment over a specific period of time, generally five years, with the options vesting ratably on an annual basis over the period ("Time-Based Options"). One-half of the options awarded vest based upon both continued employment and the achievement of a predetermined level of EFH Corp. EBITDA over time, generally ratably over five years based upon annual EBITDA levels, with provisions for vesting if the annual levels are not achieved but cumulative two- or three-year total EBITDA levels are achieved ("Performance-Based Options"). The Performance-Based Options may also vest in part or in full upon the occurrence of certain specified liquidity events. All options remain exercisable for ten years from the date of grant. Prior to vesting, expenses are recorded if the achievement of the EBITDA levels is probable, and amounts recorded are adjusted or reversed if the probability of achievement of such levels changes. Probability of vesting is evaluated at least each quarter.

F-77

Confidential

The fair value of the Time-Based and Performance-Based Options granted was estimated using the Black-Scholes option pricing model and the assumptions noted in the table below. Since EFH Corp. is a private company, expected volatility is based on actual historical experience of comparable publicly-traded companies for a term corresponding to the expected life of the options. The expected life represents the period of time that options granted are expected to be outstanding and is calculated using the simplified method prescribed by the SEC Staff Accounting Bulletin No. 107. The simplified method was used since EFH Corp. does not have stock option history upon which to base the estimate of the expected life and data for similar companies was not reasonably available. The risk-free rate is based on the US Treasury security with terms equal to the expected life of the option as of the grant date.

| | Successor | | | |
|---|---|---|---|---|
| **Assumptions** | **Year Ended December 31, 2008** | **Period from October 11, 2007 through December 31, 2007** | **Year Ended December 31, 2008** | **Period from October 11, 2007 through December 31, 2007** |
| | **Time-Based Options** | | **Performance-Based Options** | |
| Expected volatility ...................... | 30% - 33% | 30% | 30% - 33% | 30% |
| Expected annual dividend ................. | — | — | — | — |
| Expected life (in years) ................... | 6.0 - 6.5 | 6.4 | 5.0 - 7.3 | 5.4 - 7.4 |
| Risk-free rate .......................... | 1.51% - 3.50% | 3.81% | 1.35% - 3.64% | 3.92% |

The weighted average grant-date fair value of the Time-Based Options granted in 2008 and December 2007 was $1.89 and $1.92 per option, respectively. The weighted-average grant-date fair value of the Performance-Based Options granted in 2008 and December 2007 ranged from $1.73 to $2.25 and $1.74 to $2.09, respectively, depending upon the performance period.

Compensation expense for Time-Based Options is based on the grant-date fair value and recognized over the vesting period as employees perform services. During 2008 and the 2007 Successor period, approximately $11.9 million and less than $100,000, respectively, was recognized as expense for Time-Based Options.

As of December 31, 2008, there was approximately $36.8 million of unrecognized compensation expense related to nonvested Time-Based Options, which is expected to be recognized ratably over a remaining weighted-average period of approximately four years.

A summary of Time-Based Options activity is presented below:

| | Year Ended December 31, 2008 | | | Period from October 11, 2007 through December 31, 2007 | | |
|---|---|---|---|---|---|---|
| **Options** | **Options (millions)** | **Weighted Average Exercise Price** | **Aggregate Intrinsic Value (millions)** | **Options (millions)** | **Weighted Average Exercise Price** | **Aggregate Intrinsic Value (millions)** |
| Total outstanding at beginning of period ........ | 9.8 | $5.00 | $— | — | $— | $— |
| Granted ................................. | 16.8 | 5.00 | — | 9.8 | 5.00 | — |
| Exercised ............................... | — | — | — | — | — | — |
| Forfeited ............................... | (2.0) | 5.00 | — | — | — | — |
| Total outstanding at end of period (weighted average remaining term of 9 and 10 years) .... | 24.6 | 5.00 | — | 9.8 | 5.00 | — |
| Exercisable at end of period (weighted average remaining term of 9 and 10 years) .......... | (4.7) | 5.00 | — | — | — | — |
| Expected forfeitures ....................... | (0.4) | 5.00 | — | (0.5) | 5.00 | — |
| Expected to vest at end of period (weighted average remaining term of 9 and 10 years) .... | 19.5 | 5.00 | — | 9.3 | 5.00 | — |

F-78

EFIHMW00246156

**PX 014**
**Page 438 of 1116**

| Nonvested Options | Year Ended December 31, 2008 | | Period from October 11, 2007 through December 31, 2007 | |
|---|---|---|---|---|
| | Options (millions) | Grant-Date Fair Value | Options (millions) | Grant-Date Fair Value |
| Total nonvested at beginning of period | 9.8 | $1.92 | — | $ — |
| Granted | 16.8 | 1.89 | 9.8 | 1.92 |
| Vested | (4.7) | 1.80 | — | |
| Forfeited | (2.0) | 1.92 | — | |
| Total nonvested at end of period | 19.9 | 2.05 | 9.8 | 1.92 |

Compensation expense for Performance-Based Options is based on the grant-date fair value and recognized over the requisite performance and service periods for each tranche of options depending upon the achievement of financial performance, or if certain liquidity events occur, as discussed above. Expense recognized in 2008 for Performance-Based Options totaled $8.1 million. No amounts were expensed in the 2007 Successor period for Performance-Based Options because the performance period for the first tranche of the options did not begin until January 1, 2008.

As of December 31, 2008, there was approximately $39.4 million of unrecognized compensation expense related to nonvested Performance-Based Options, which EFH Corp. could record as an expense over a remaining weighted-average period of approximately four years, subject to the achievement of financial performance being probable. Pursuant to an amendment to the 2007 SIP Plan terms in February 2009, a total of 4.8 million Performance-Based Options related to the period ended December 31, 2008 were declared vested in recognition that the established 2008 EBITDA target was substantially achieved.

A summary of Performance-Based Options activity is presented below:

| Options | Year Ended December 31, 2008 | | | Period from October 11, 2007 through December 31, 2007 | | |
|---|---|---|---|---|---|---|
| | Options (millions) | Weighted Average Exercise Price | Aggregate Intrinsic Value (millions) | Options (millions) | Weighted Average Exercise Price | Aggregate Intrinsic Value (millions) |
| Outstanding at beginning of period | 9.8 | $5.00 | $— | — | $ — | $— |
| Granted | 16.2 | 5.00 | — | 9.8 | 5.00 | — |
| Exercised | — | — | — | — | — | — |
| Forfeited | (2.1) | 5.00 | — | — | — | — |
| Total outstanding at end of period (weighted average remaining term of 9 and 10 years) | 23.9 | 5.00 | — | 9.8 | 5.00 | — |
| Exercisable at end of period (weighted average remaining term of 9 and 10 years) | — | — | — | — | — | — |
| Expected forfeitures | (0.5) | 5.00 | — | (0.5) | 5.00 | — |
| Expected to vest at end of period (weighted average remaining term of 9 and 10 years) | 23.4 | 5.00 | — | 9.3 | 5.00 | — |

| Nonvested Options | Year Ended December 31, 2008 | | Period from October 11, 2007 through December 31, 2007 | |
|---|---|---|---|---|
| | Options (millions) | Grant-Date Fair Value | Options (millions) | Grant-Date Fair Value |
| Total nonvested at beginning of period | 9.8 | $1.74 – 2.09 | — | $ — |
| Granted | 16.2 | 1.73 – 2.25 | 9.8 | 1.74 – 2.09 |
| Vested | — | | — | |
| Forfeited | (2.1) | 1.74 – 2.09 | — | |
| Total nonvested at end of period | 23.9 | 1.73 – 2.21 | 9.8 | 1.74 – 2.09 |

F-79

Confidential

EFIHMW00246157

*Other Share and Share-Based Awards*—In 2008, EFH Corp. granted 2.4 million deferred share awards, each of which represents the right to receive one share of EFH Corp. stock, to certain management employees who agreed to forego share-based awards that vested at the Merger date. The deferred share awards are fully vested and are payable in cash or stock upon the earlier of change of control or separation of service. No expense was recorded in 2008 related to these awards. An additional 1.2 million deferred share awards were granted to certain management employees in 2008, approximately half of which are payable in cash or stock and the balance payable in stock; these awards vest over periods of one to five years, and $2.2 million in expense was recorded in 2008 to recognize the vesting. Deferred share awards that are payable in cash or stock are accounted for as liability awards; therefore, the effects of changes in value of EFH Corp. shares are recognized in earnings.

EFH Corp. granted 1.7 million shares of EFH Corp. stock in 2008, and 1.0 million shares in 2007, to board members and other non-employees. The shares vest over periods of one to two years, and a portion may be settled in cash. Expense recognized in 2008 and 2007 related to these grants totaled $8.2 million and $1 million, respectively.

*Stock Appreciation Rights*—In 2008, Oncor established the Oncor Electric Delivery Company LLC Stock Appreciation Rights Plan (the SARs Plan) under which certain employees of Oncor and its subsidiaries may be granted stock appreciation rights (SARs) payable in cash, or in some circumstances, Oncor units. Two types of SARs may be granted under the SARs Plan. Time-based SARs (Time SARs) vest solely based upon continued employment on an annual basis on each of the first five anniversaries of the grant date. Performance-based SARs (Performance SARs) vest based upon both continued employment and the achievement of a predetermined level of Oncor EBITDA over time, generally ratably over five years based upon annual Oncor EBITDA levels, with provisions for vesting if the annual levels are not achieved but cumulative two- or three-year total Oncor EBITDA levels are achieved. Time and Performance SARs may also vest in part or in full upon the occurrence of certain specified liquidity events and are exercisable only upon the occurrence of certain specified liquidity events. Since the exercisability of the Time and Performance SARs is conditioned upon the occurrence of a liquidity event, compensation expense will not be recorded until it is probable that a liquidity event will occur. Generally, awards under the SARs Plan terminate on the tenth anniversary of the grant, unless the participant's employment is terminated earlier under certain circumstances.

In February 2009, Oncor implemented a similar plan for primarily non-employee members of Oncor's board of directors. The terms and conditions are similar to the SARs Plan with the exception that SARs granted to non-employee board members vest in eight equal quarterly installments over a two-year period.

SARs are generally payable in cash based on the fair market value of the SAR on the date of exercise. During 2008, Oncor granted 13.9 million SARs under the SARs Plan, of which 1.4 million Time SARs were vested at December 31, 2008. Pursuant to an amendment to the SARs Plan in February 2009, a total of 1.4 million Performance-SARs related to the period ended December 31, 2008 were declared vested in recognition that the established 2008 EBITDA target was substantially achieved. There were no SARs eligible for exercise at December 31, 2008.

F-80

EFIHMW00246158

*Predecessor*

Under its shareholder-approved long-term incentive plans, EFH Corp. provided discretionary awards to qualified management employees payable in its common stock. As presented below, the awards generally vested over a three-year period and the number of shares ultimately earned was based on the performance of the EFH Corp.'s stock over the vesting period.

| | **Awards Granted in 2007** | **Awards Granted in 2006** |
|---|---|---|
| Vesting period | Three years | Three years |
| Potential share pay-out as a percent of initial number of awards granted | 0% to 100% (a) | 0% to 175% (a) |
| Basis for pay-out percentage—actual EFH Corp. three-year share return compared to: | Share returns of companies comprising the S&P 500 Electric Utilities Index | 50% of award—threshold EFH Corp. share returns<br>50% of award—share returns of companies comprising the S&P 500 Electric Utilities Index and S&P 500 Multi-Utilities Index (a) |
| Award type | Performance units payable in EFH Corp. stock upon vesting | Performance units payable in EFH Corp. stock upon vesting |

_____

(a) For a small number of employees under employment agreements, potential share pay-out as a percent of initial number of awards granted was 0% to 200%, and the number of shares distributed was based 100% on EFH Corp.'s total share return over the vesting period compared to the total returns of companies comprising the Standard & Poor's 500 Electric Utilities Index.

In addition, EFH Corp. established restrictions that limited certain employees' opportunities to liquidate vested awards. For both restricted stock and performance unit awards, dividends over the vesting periods were converted to equivalent shares of EFH Corp. common stock to be distributed upon vesting.

The determination of the fair value of stock-based compensation awards at grant date was based on a Monte Carlo simulation. The more significant assumptions used in this valuation process were as follows:

- Expected volatility of the stock price of EFH Corp. and peer group companies—expected volatility was determined based on historical stock price volatilities using daily stock price returns for the three years prior to the grant date.

- The dividend rate for EFH Corp. and peer group companies was based on the observed dividend payments over the twelve months prior to grant date.

- Risk-free rate (three-year US Treasury securities) during the three year vesting period.

- Discount for liquidation restrictions—this factor estimated the discount for lack of marketability of vested awards due to the anticipated time for the approval and issuance of the awards, the black-out period immediately after the grant and additional holding requirements imposed on senior executives. This discount was determined based on an estimation of the cost of a protective put at the award date and is calculated using the Black-Scholes option pricing model using expected volatility assumptions based on historical and implied volatility as discussed above and a risk-free rate of return over the option period.

- For the 2007 grant, change-in-control and no-change-in-control scenarios were considered. The change-in-control scenario was based on three different change-in-control dates each assigned projected probabilities. The change-in-control value was probability weighted with the value assuming no change of control

F-81

Confidential

| Assumptions | Period from January 1, 2007 through October 10, 2007 | 2006 |
|---|---|---|
| Expected volatility . . . . . . . . . . . . . . . . . . . . . . | 29% – 30% | 29% |
| Expected annual dividend . . . . . . . . . . . . . . . . | — | $  1.65 |
| Risk-free rate . . . . . . . . . . . . . . . . . . . . . . . . | 4.8% – 4.9% | 4.83% |
| Discount for liquidity restrictions . . . . . . . . . . | 0% – 4.8% | 6.4% – 11.1% |

Effective with the 1997 merger of ENSERCH Corporation (subsequently TXU Gas) and EFH Corp., outstanding options for ENSERCH Corporation common stock were exchanged for 1,065,826 options for EFH Corp. common stock (TXU Gas Stock Option Plan). The weighted average exercise price for outstanding options at the beginning of 2006 was $11.95 and the weighted average exercise price for forfeited/expired options was $11.95. All options were granted on or before August 5, 1997 and expired on or before February 16, 2006. No further options may be granted under this plan.

The following table presents information about Predecessor stock-based compensation plans.

| | Performance Unit Awards | Stock Options under TXU Gas Plan |
|---|---|---|
| **Number of awards:** | | |
| Balance—December 31, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,285,982 | 1,520 |
| Granted in 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,052,222 | — |
| Forfeited/expired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (523,946) | (1,520) |
| Vested/exercised . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1,563,918) | — |
| Balance—December 31, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,250,340 | — |
| Granted in period from January 1, 2007 to October 10, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 474,000 | |
| Forfeited/expired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (41,492) | |
| Vested/exercised . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (4,682,848) | |
| Balance at Merger closing date . . . . . . . . . . . . . . . . . . . . . . . . | — | |
| | | |
| Weighted average fair value—Period from January 1, 2007 through October 10, 2007 | | |
| Outstanding—Beginning of year . . . . . . . . . . . . . . . . . . . . | $   23.60 | |
| Granted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   67.08 | |
| Forfeited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   36.24 | |
| Vested . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   28.30 | |
| Outstanding—October 10, 2007 . . . . . . . . . . . . . . . . . . . | $     — | |
| Weighted average fair value of awards granted in 2006 . . . . . . | $   42.35 | |
| Period from January 1, 2007 to October 10, 2007 . . . . . . . | $   67.08 | |

The table above reflects the weighted average fair value of the awards on grant date.

Reported expense related to the awards totaled $27 million ($18 million after-tax) in both the period from January 1, 2007 through October 10, 2007 and year ended December 31, 2006. Such expenses are reported in SG&A expense, except for immaterial amounts capitalized.

The fair value of awards that vested in the period from January 1, 2007 through October 10, 2007 and the year ended 2006 totaled $613 million and $210 million, respectively, based on the vesting date share prices.

F-82

EFIHMW00246160

Under the terms of the Merger Agreement, all outstanding Performance Unit awards were deemed to be vested at the date of the Merger. See Note 2.

## 24. FAIR VALUE MEASUREMENTS

In September 2006, the FASB issued SFAS 157, which defines fair value, establishes a framework for measuring fair value and expands disclosures about fair value measurements. SFAS 157 applies in situations where other accounting pronouncements either permit or require fair value measurements, including purchase accounting and impairment testing of goodwill, indefinite-lived intangible assets and long-lived assets. SFAS 157 does not require any new fair value measurements. However, SFAS 157 supersedes a previous accounting rule that prohibited the recognition of day one gains or losses on derivative instruments unless the fair value of those instruments were derived from an observable market price. Additionally, SFAS 157 requires an entity to take its own credit risk (nonperformance risk) into consideration when measuring the fair value of liabilities. EFH Corp. adopted SFAS 157 effective with the closing of the Merger.

SFAS 157 defines fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. With the adoption of SFAS 157, EFH Corp. uses a "mid-market" valuation convention (the mid-point price between bid and ask prices) as a practical expedient to measure fair value for the majority of its assets and liabilities subject to fair value measurement under SFAS 133 and other accounting rules that require such measurement on a recurring basis. EFH Corp. primarily uses the market approach for recurring fair value measurements and uses valuation techniques to maximize the use of observable inputs and minimize the use of unobservable inputs.

EFH Corp. categorizes its assets and liabilities recorded at fair value based upon the following fair value hierarchy established by SFAS 157:

- Level 1 valuations use quoted prices in active markets for identical assets or liabilities that are accessible at the measurement date. An active market is a market in which transactions for the asset or liability occur with sufficient frequency and volume to provide pricing information on an ongoing basis. EFH Corp.'s Level 1 assets and liabilities normally include exchange traded commodity contracts. For example, EFH Corp. has a significant number of derivatives that are NYMEX futures and swaps transacted through clearing brokers for which the pricing is actively quoted.

- Level 2 valuations use inputs other than actively quoted market prices included within Level 1 that are observable for the asset or liability, either directly or indirectly. Level 2 inputs include: (a) quoted prices for similar assets or liabilities in active markets, (b) quoted prices for identical or similar assets or liabilities in markets that are not active, (c) inputs other than quoted prices that are observable for the asset or liability such as interest rates and yield curves observable at commonly quoted intervals and (d) inputs that are derived principally from or corroborated by observable market data by correlation or other means. EFH Corp.'s Level 2 assets and liabilities utilize over the counter broker quotes, quoted prices for similar assets or liabilities that are corroborated by correlations or other mathematical means and other valuation inputs. For example, EFH Corp.'s Level 2 assets and liabilities include forward commodity positions at locations for which over-the-counter broker quotes are available.

- Level 3 valuations use unobservable inputs for the asset or liability. Unobservable inputs are used to the extent observable inputs are not available, thereby allowing for situations in which there is little, if any, market activity for the asset or liability at the measurement date. EFH Corp. uses the most meaningful information available from the market combined with its own internally developed valuation methodologies to develop its best estimate of fair value. For example, certain derivative assets or liabilities are derived from pricing models that utilize multiple inputs to the valuations, including inputs that are not observable or easily corroborated through other means.

F-83

EFIHMW00246161

EFH Corp. utilizes several different valuation techniques to measure the fair value of assets and liabilities, relying primarily on the market approach of using prices and other market information for identical and/or comparable assets and liabilities for those items that are measured on a recurring basis. These methods include, among others, the use of broker quotes and statistical relationships between different price curves.

In utilizing broker quotes, EFH Corp. attempts to obtain multiple quotes from brokers that are active in the commodity markets in which it participates (and requires at least one quote from two brokers to determine a pricing input as observable); however, not all pricing inputs are quoted by brokers. The number of broker quotes that EFH Corp. receives for certain pricing inputs varies depending on the depth of the trading market, each individual broker's publication policy, recent trading volume shifts and various other factors. Broker quotes received are generally reliable estimates of actively traded markets. In addition, for valuation of interest rate hedges, EFH Corp. uses a combination of dealer provided market valuations (generally non-binding) and Bloomberg valuations based on month-end interest rate curves and standard rate swap valuation models.

Certain derivatives and financial instruments are valued utilizing option pricing models that take into consideration multiple inputs including commodity prices, volatility factors, discount rates and other inputs. Additionally, when there is not a sufficient amount of observable market data, valuation models are developed that incorporate proprietary views of market factors. Those valuation models are generally used in developing long-term forward price curves for certain commodities. EFH Corp. believes that development of such curves is consistent with industry practice; however, the fair value measurements resulting from such curves are classified as Level 3.

With respect to amounts presented in the following fair value hierarchy table, the fair value measurement of an asset or liability (e.g. a contract) is required under SFAS 157 to fall in its entirety in one level, based on the lowest level input that is significant to the fair value measurement. Certain assets and liabilities would be classified in Level 2 instead of Level 3 of the hierarchy except for the effects of credit reserves and non-performance risk adjustments, respectively. Assessing the significance of a particular input to the fair value measurement in its entirety requires judgment, considering factors specific to the asset or liability being measured.

At December 31, 2008, assets and liabilities measured at fair value on a recurring basis consisted of the following:

| | Successor | | | |
| | Level 1 | Level 2 | Level 3 (a) | Total |
|---|---|---|---|---|
| Assets: | | | | |
| Commodity-related contracts ............ | $1,010 | $2,061 | $283 | $3,354 |
| Interest rate swaps .................... | — | 142 | — | 142 |
| Nuclear decommissioning trust (b) ....... | 109 | 276 | — | 385 |
| Total assets ..................... | $1,119 | $2,479 | $283 | $3,881 |
| Liabilities: | | | | |
| Commodity-related contracts ............ | $1,288 | $1,274 | $355 | $2,917 |
| Interest rate swaps .................... | — | 2,086 | — | 2,086 |
| Total liabilities ................... | $1,288 | $3,360 | $355 | $5,003 |

(a)  Level 3 assets and liabilities consist primarily of more complex long-term power purchases and sales agreements, including longer-term wind and other power purchase and sales contracts and certain natural gas positions in the long-term hedging program.

(b)  EFH Corp.'s nuclear decommissioning trust investment is included in the Investments line on the balance sheet.

F-84

EFHMW00246162

PX 014
Page 444 of 1116

At December 31, 2007, assets and liabilities measured at fair value on a recurring basis consisted of the following:

| | Successor | | | | |
| | Level 1 | Level 2 | Level 3 | Reclassification (a) | Total |
|---|---|---|---|---|---|
| **Assets:** | | | | | |
| Commodity-related contracts . . . . . . . | $511 | $ 683 | $148 | $ 23 | $1,365 |
| Interest rate swaps . . . . . . . . . . . . . . | — | 8 | — | — | 8 |
| Nuclear decommissioning trust (b) . . | 165 | 319 | — | — | 484 |
| Total assets . . . . . . . . . . . . . . . . . | $676 | $1,010 | $148 | $ 23 | $1,857 |
| **Liabilities:** | | | | | |
| Commodity-related contracts . . . . . . . | $559 | $2,372 | $321 | $ 23 | $3,275 |
| Interest rate swaps . . . . . . . . . . . . . | — | 324 | — | — | 324 |
| Total liabilities . . . . . . . . . . . . . | $559 | $2,696 | $321 | $ 23 | $3,599 |

(a)  Represents the effects of reclassification of the assets and liabilities to conform to the balance sheet presentation of current and long-term assets and liabilities.
(b)  EFH Corp.'s nuclear decommissioning trust investment is included in the Investments line on the balance sheet.

Commodity-related contracts consist primarily of natural gas and electricity derivative instruments entered into for hedging purposes and include physical contracts that have not been designated "normal" purchases or sales under SFAS 133.

Interest rate swaps consist largely of variable-to-fixed rate swap instruments that are economic hedges of interest on long-term debt, as well as interest rate basis swaps designed to further reduce fixed borrowing costs. See Note 15 for discussion of interest rate swaps.

Nuclear decommissioning trust assets represent securities held for the purpose of funding the future retirement and decommissioning of EFH Corp.'s nuclear generation units. These investments include equity, debt and other fixed-income securities consistent with investment rules established by the NRC and the PUCT.

The following table presents the changes in fair value of EFH Corp.'s Level 3 assets and liabilities (all related to commodity contracts) for the year ended December 31, 2008 and the period from October 11, 2007 through December 31, 2007:

| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 |
|---|---|---|
| Balance at December 31, 2008 and October 11, 2007, respectively (net liability) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $(173) | $(133) |
| Total realized and unrealized gains (losses) (a): | | |
| Included in net income (loss) . . . . . . . . . . . . . . . . . . . . . . . . | (12) | (112) |
| Included in other comprehensive income . . . . . . . . . . . . . . | 7 | 7 |
| Purchases, sales, issuances and settlements (net) (b) . . . . . . . . . | (13) | 14 |
| Net transfers in and/or out of Level 3 (c) . . . . . . . . . . . . . . . . . | 119 | 51 |
| Balance at end of period (net liability) . . . . . . . . . . . . . . . . . . . . | $ (72) | $(173) |
| Net change in unrealized gains (losses) included in net income relating to instruments held at end of period (d) . . . . . . . . . . . . . . | $ 85 | $ (70) |

Confidential

(a)   Substantially all changes in values of commodity-related contracts are reported in the income statement in net gain (loss) from commodity hedging and trading activities.

(b)   Settlements represent reversals of unrealized mark-to-market valuations of these positions previously recognized in net income. Generally, purchases have no value at inception and subsequent changes in value from these transactions are reflected in unrealized gains and losses. Issuances represent new transactions valued at the assessment date.

(c)   Includes transfers due to changes in the observability of significant inputs. Transfers in are assumed to transfer in at the beginning of the quarter and transfers out at the end of the quarter, which is when the assessments were performed. Any changes in value during the period are reported as unrealized gains and losses in net gain (loss) from commodity hedging and trading activities.

(d)   Includes unrealized gains and losses related only to the periods in which the instrument was classified as a Level 3 asset or liability.

## 25.   FAIR VALUE OF NONDERIVATIVE FINANCIAL INSTRUMENTS

The carrying amounts and related estimated fair values of significant nonderivative financial instruments were as follows:

|  | Successor | | | |
|  | December 31, 2008 | | December 31, 2007 | |
|  | Carrying Amount | Fair Value (a) | Carrying Amount | Fair Value (a) |
|---|---|---|---|---|
| **On balance sheet assets (liabilities):** | | | | |
| Long-term debt (including current maturities) (b): TCEH, EFH Corp., and other | $(35,860) | $(24,162) | $(35,154) | $(34,948) |
| Oncor | $ (5,204) | $ (4,990) | $ (3,801) | $ (3,948) |
| Total | $(41,064) | $(29,152) | $(38,955) | $(38,896) |
| **Off balance sheet assets (liabilities):** | | | | |
| Financial guarantees | $   — | $      (3) | $   — | $      (1) |

(a)   Fair value determined in accordance with SFAS 157.

(b)   Excludes capital leases.

See Note 19 for discussion of accounting for financial instruments that are derivatives.

## 26.   RELATED PARTY TRANSACTIONS

### Management Agreement

On October 10, 2007, in connection with the Merger, the Sponsor Group and Lehman Brothers Inc. entered into a management agreement with EFH Corp. (the Management Agreement), pursuant to which affiliates of the Sponsor Group will provide management, consulting, financial and other advisory services to EFH Corp. Pursuant to the Management Agreement, affiliates of the Sponsor Group are entitled to receive an aggregate annual management fee of $35 million, which amount will increase 2% annually, and reimbursement of out-of-pocket expenses incurred in connection with the provision of services pursuant to the Management Agreement. The Management Agreement will continue in effect from year to year, unless terminated upon a change of control of EFH Corp. or in connection with an initial public offering of EFH Corp. or if the parties mutually agree to terminate the Management Agreement. Pursuant to the Management Agreement, affiliates of the Sponsor Group and Lehman Brothers Inc. were paid transaction fees of $300 million for certain services provided in connection with the Merger and related transactions. A portion of these fees were included in the purchase price that was allocated to identifiable assets and liabilities as part of purchase accounting, and the remainder were reported as deferred financing costs. In addition, the Management Agreement provides that the

F-86

EFIHMW00246164

Sponsor Group will be entitled to receive a fee equal to a percentage of the gross transaction value in connection with certain subsequent financing, acquisition, disposition, merger combination and change of control transactions, as well as a termination fee based on the net present value of future payment obligations under the Management Agreement in the event of an initial public offering or under certain other circumstances. The fee under the Management Agreement totaled $35 million for the year ended December 31, 2008 and $8 million for the period from October 11, 2007 to December 31, 2007, of which $35 million and $8 million was paid in 2008 and the 2007 period, respectively. The fee is reported as SG&A expense in Corporate and Other operations.

At the closing of the Merger, TCEH entered into the TCEH Senior Secured Facilities and Oncor entered into a revolving credit facility, each with syndicates of financial institutions and other lenders. These syndicates included affiliates of GS Capital Partners, which is a member of the Sponsor Group. Affiliates of GS Capital Partners and Kohlberg Kravis Roberts & Co. L.P. (a member of the Sponsor Group) have from time-to-time engaged in commercial banking and financial advisory transactions with EFH Corp. or its subsidiaries in the normal course of business.

Affiliates of Goldman Sachs & Co. are party to certain commodity and interest rate hedging transactions with EFH Corp. or its subsidiaries in the normal course of business.

From time to time affiliates of the Sponsor Group may acquire debt or debt securities issued by EFH Corp. or its subsidiaries in open market transactions or through loan syndications.

## 27. SEGMENT INFORMATION

EFH Corp.'s operations are aligned into two reportable business segments: Competitive Electric and Regulated Delivery. The segments are managed separately because they are strategic business units that offer different products or services and involve different risks.

The Competitive Electric segment is engaged in competitive market activities consisting of electricity generation, the development and construction of new generation facilities, wholesale energy sales and purchases, commodity risk management and trading activities, and retail electricity sales to residential and business customers, all largely in Texas. These activities are conducted principally by subsidiaries of TCEH. The results of this segment also include equipment salvage and resale activities related to the eight cancelled coal-fueled generation units.

The Regulated Delivery segment is engaged in regulated electricity transmission and distribution operations in Texas. These activities are conducted by Oncor, including its wholly owned bankruptcy-remote financing subsidiary, and also include certain revenues and costs associated with installation of equipment that will facilitate Oncor's technology initiatives.

Corporate and Other represents the remaining nonsegment operations consisting primarily of discontinued operations, general corporate expenses and interest on EFH Corp. and EFC Holdings debt.

The accounting policies of the business segments are the same as those described in the summary of significant accounting policies in Note 1. EFH Corp. evaluates performance based on income from continuing operations. EFH Corp. accounts for intersegment sales and transfers as if the sales or transfers were to third parties, that is, at current market prices.

F-87

Confidential

| | Successor | | Predecessor | |
|---|---|---|---|---|
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| **Operating Revenues** | | | | |
| Competitive Electric | $ 9,787 | $1,671 | $6,884 | $ 9,396 |
| Regulated Delivery | 2,580 | 532 | 1,987 | 2,449 |
| Corp. and Other | 37 | 11 | 37 | 49 |
| Eliminations | (1,040) | (220) | (864) | (1,191) |
| Consolidated | $11,364 | $1,994 | $8,044 | $10,703 |
| **Regulated Revenues—Included in Operating Revenues** | | | | |
| Competitive Electric | $ — | $ — | $ — | $ — |
| Regulated Delivery | 2,580 | 532 | 1,987 | 2,449 |
| Corp. and Other | — | — | — | — |
| Eliminations | (1,001) | (208) | (824) | (1,139) |
| Consolidated | $ 1,579 | $ 324 | $1,163 | $ 1,310 |
| **Affiliated Revenues—Included in Operating Revenues** | | | | |
| Competitive Electric | $ 7 | $ 2 | $ 5 | $ 8 |
| Regulated Delivery | 1,001 | 208 | 824 | 1,139 |
| Corp. and Other | 32 | 10 | 35 | 44 |
| Eliminations | (1,040) | (220) | (864) | (1,191) |
| Consolidated | $ — | $ — | $ — | $ — |
| **Depreciation and Amortization** | | | | |
| Competitive Electric | $ 1,092 | $ 315 | $ 253 | $ 334 |
| Regulated Delivery | 492 | 96 | 366 | 476 |
| Corp. and Other | 26 | 4 | 15 | 20 |
| Eliminations | — | — | — | — |
| Consolidated | $ 1,610 | $ 415 | $ 634 | $ 830 |
| **Equity in Earnings (Losses) of Unconsolidated Subsidiaries (a)** | | | | |
| Competitive Electric | $ (10) | $ (2) | $ (5) | $ (10) |
| Regulated Delivery | (4) | (1) | (2) | (4) |
| Corp. and Other | (5) | (1) | (4) | (19) |
| Eliminations | 19 | 4 | 10 | 19 |
| Consolidated | $ — | $ — | $ (1) | $ (14) |
| **Interest Income** | | | | |
| Competitive Electric | $ 61 | $ 10 | $ 271 | $ 202 |
| Regulated Delivery | 45 | 12 | 44 | 58 |
| Corp. and Other | 100 | 42 | 106 | 91 |
| Eliminations | (179) | (40) | (365) | (305) |
| Consolidated | $ 27 | $ 24 | $ 56 | $ 46 |
| **Interest Expense and Related Charges** | | | | |
| Competitive Electric | $ 4,010 | $ 609 | $ 357 | $ 388 |
| Regulated Delivery | 317 | 70 | 242 | 286 |
| Corp. and Other | 787 | 200 | 437 | 461 |
| Eliminations | (179) | (40) | (365) | (305) |
| Consolidated | $ 4,935 | $ 839 | $ 671 | $ 830 |
| **Income Tax Expense (Benefit)** | | | | |
| Competitive Electric | $ (450) | $ (656) | $ 306 | $ 1,239 |
| Regulated Delivery | 221 | 30 | 160 | 170 |
| Corp. and Other | (242) | (47) | (157) | (146) |
| Eliminations | — | — | — | — |
| Consolidated | $ (471) | $ (673) | $ 309 | $ 1,263 |

F-88

EFIHMW00246166

| | Successor | | Predecessor | |
|---|---|---|---|---|
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| **Income (loss) from Continuing Operations** | | | | |
| Competitive Electric | $(8,929) | $(1,245) | $ 722 | $ 2,363 |
| Regulated Delivery | (486) | 63 | 265 | 344 |
| Corp. and Other | (583) | (179) | (288) | (242) |
| Eliminations | — | — | — | — |
| Consolidated | $(9,998) | $(1,361) | $ 699 | $ 2,465 |
| **Investment in Equity Investees** | | | | |
| Competitive Electric | $ (2) | $ (1) | | $ — |
| Regulated Delivery | — | — | | — |
| Corp. and Other | — | — | | 1 |
| Eliminations | — | — | | — |
| Consolidated | $ (2) | $ (1) | | $ 1 |
| **Total assets (b) (c)** | | | | |
| Competitive Electric | $43,061 | $49,297 | | $20,289 |
| Regulated Delivery | 15,772 | 15,458 | | 10,709 |
| Corp. and Other | 3,526 | 2,992 | | 1,676 |
| Eliminations | (3,096) | (2,943) | | (5,458) |
| Consolidated | $59,263 | $64,804 | | $27,216 |
| **Capital Expenditures** | | | | |
| Competitive Electric | $ 1,914 | $ 530 | $1,901 | $ 1,330 |
| Regulated Delivery | 882 | 153 | 555 | 840 |
| Corp. and Other | 16 | 1 | 7 | 10 |
| Eliminations | — | — | — | — |
| Consolidated | $ 2,812 | $ 684 | $2,463 | $ 2,180 |

———————————

(a)  Amounts invested in equity investees were not material in any period presented.

(b)  Assets by segment exclude investments in affiliates.

(c)  The total assets shown above reflect the change in presentation related to EFH Corp.'s adoption of FSP FIN 39-1 as discussed in Note 1. Such change in presentation resulted in an increase of $1.020 billion and $1.383 billion in EFH Corp.'s total assets and total liabilities as of December 31, 2007 and 2006, respectively, as compared to amounts previously reported in the 2007 Form 10-K.

Confidential

EFIHMW00246167

**PX 014**
**Page 449 of 1116**

## 28.  SUPPLEMENTARY FINANCIAL INFORMATION

*Regulated Versus Unregulated Operations*

| | Successor | | Predecessor | |
|---|---|---|---|---|
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Operating revenues | | | | |
| Regulated ............................... | $ 2,580 | $ 532 | $ 1,987 | $ 2,449 |
| Unregulated ............................. | 9,824 | 1,682 | 6,921 | 9,445 |
| Intercompany sales eliminations—regulated ....... | (1,001) | (208) | (824) | (1,139) |
| Intercompany sales eliminations—unregulated ..... | (39) | (12) | (40) | (52) |
| Total operating revenues .................. | 11,364 | 1,994 | 8,044 | 10,703 |
| Fuel, purchased power and delivery fees— unregulated (a) ............................ | (4,595) | (644) | (2,381) | (2,784) |
| Net gain (loss) from commodity hedging and trading activities—unregulated ......................... | 2,184 | (1,492) | (554) | 153 |
| Operating costs—regulated ................... | (828) | (182) | (637) | (770) |
| Operating costs—unregulated ................. | (675) | (124) | (470) | (603) |
| Depreciation and amortization—regulated ........ | (492) | (96) | (366) | (476) |
| Depreciation and amortization—unregulated ....... | (1,118) | (319) | (268) | (354) |
| Selling, general and administrative expenses— regulated .................................. | (164) | (45) | (134) | (172) |
| Selling, general and administrative expenses— unregulated ................................ | (793) | (171) | (557) | (647) |
| Franchise and revenue-based taxes—regulated ........ | (255) | (62) | (198) | (262) |
| Franchise and revenue-based taxes—unregulated ....... | (108) | (31) | (84) | (128) |
| Other income ................................ | 80 | 14 | 69 | 121 |
| Other deductions ............................. | (10,161) | (61) | (841) | (269) |
| Interest income .............................. | 27 | 24 | 56 | 46 |
| Interest expense and other charges ................. | (4,935) | (839) | (671) | (830) |
| Income (loss) from continuing operations before income taxes ................................ | $(10,469) | $(2,034) | $ 1,008 | $ 3,728 |

(a)  Includes unregulated cost of fuel consumed of $1,604 in 2008, $255 million in the period from October 11, 2007 through December 31, 2007, $868 million in the period from January 1, 2007 through October 10, 2007 and $927 million in 2006. The balance represents energy purchased for resale and delivery fees net of intercompany eliminations.

The operations of the Competitive Electric segment are included above as unregulated, as the ERCOT wholesale and retail electricity markets are open to competition. However, retail pricing to residential customers in EFH Corp.'s historical service territory was subject to certain price controls until December 31, 2006.

Confidential

EFIHMW00246168

*Interest Expense and Related Charges*

| | Successor | | Predecessor | |
|---|---|---|---|---|
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Interest | $3,548 | $800 | $732 | $861 |
| Unrealized mark-to-market net loss on interest rate swaps | 1,477 | — | — | — |
| Amortization of fair value debt discounts resulting from purchase accounting | 75 | 17 | — | — |
| Amortization of debt issuance cost and discounts | 146 | 81 | 19 | 16 |
| Capitalized interest, primarily related to generation facility and regulated utility asset construction | (311) | (59) | (80) | (47) |
| Total interest expense and related charges | $4,935 | $839 | $671 | $830 |

*Restricted Cash*

| | Successor | | | |
|---|---|---|---|---|
| | At December 31, 2008 | | At December 31, 2007 | |
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
| Amounts related to TCEH's Letter of Credit Facility (See Note 15) | $— | $1,250 | $— | $1,250 |
| Amounts related to margin deposits held | 4 | — | — | — |
| Pollution control revenue bond funds held by trustee (See Note 15) | — | — | — | 29 |
| Amounts related to securitization (transition) bonds | 51 | 17 | 56 | 17 |
| Total restricted cash | $ 55 | $1,267 | $ 56 | $1,296 |

*Inventories by Major Category*

| | Successor | |
|---|---|---|
| | December 31, 2008 | December 31, 2007 |
| Materials and supplies | $199 | $174 |
| Fuel stock | 162 | 138 |
| Natural gas in storage | 65 | 93 |
| Total inventories | $426 | $405 |

Confidential

EFIHMW00246169

**PX 014
Page 451 of 1116**

*Property, Plant and Equipment*

|  | Successor | |
|---|---|---|
|  | December 31, 2008 | December 31, 2007 |
| Competitive Electric: | | |
| Generation and mining | $16,954 | $17,069 |
| Nuclear fuel (net of accumulated amortization of $235 and $47) | 433 | 451 |
| Other assets | 16 | 22 |
| Regulated Delivery: | | |
| Transmission | 3,626 | 3,388 |
| Distribution | 8,429 | 8,036 |
| Other assets | 166 | 106 |
| Corporate and Other | 138 | 124 |
| Total | 29,762 | 29,196 |
| Less accumulated depreciation | 5,321 | 4,076 |
| Net of accumulated depreciation | 24,441 | 25,120 |
| Construction work in progress: | | |
| Competitive Electric | 4,852 | 3,358 |
| Regulated Delivery | 213 | 170 |
| Corporate and Other | 16 | 2 |
| Total construction work in progress | 5,081 | 3,530 |
| Property, plant and equipment—net | $29,522 | $28,650 |

Assets related to capitalized leases included above totaled $167 million at December 31, 2008 and $161 million at December 31, 2007, net of accumulated depreciation.

*Asset Retirement Obligations*

These liabilities primarily relate to nuclear generation plant decommissioning, land reclamation related to lignite mining, removal of lignite/coal-fueled plant ash treatment facilities and generation plant asbestos removal and disposal costs. There is no earnings impact with respect to the recognition of the asset retirement costs for nuclear decommissioning, as all costs are recoverable through the regulatory process as part of Oncor's rates.

The following table summarizes the changes to the asset retirement liability, reported in other noncurrent liabilities and deferred credits in the balance sheet, during the years ended December 31, 2008 and 2007:

| | |
|---|---|
| Asset retirement liability at January 1, 2007 | $ 585 |
| Additions: | |
| Accretion—January 1, 2007 through October 10, 2007 | 29 |
| Accretion—October 11, 2007 through December 31, 2007 | 11 |
| Purchase accounting adjustment | 176 |
| Reductions: | |
| Mining reclamation cost adjustments | (2) |
| Mining reclamation payments—January 1, 2007 through October 10, 2007 | (19) |
| Mining reclamation payments—October 11, 2007 through December 31, 2007 | (7) |
| Asset retirement liability at December 31, 2007 | $ 773 |
| Additions: | |
| Accretion | 48 |
| Incremental mining reclamation costs | 59 |
| Reductions: | |
| Payments, essentially all mining reclamation | (21) |
| Asset retirement liability at December 31, 2008 | $ 859 |

F-92

Confidential

*Regulatory Assets and Liabilities*

| | Successor | |
|---|---|---|
| | December 31, 2008 | December 31, 2007 |
| **Regulatory assets** | | |
| Generation-related regulatory assets securitized by transition bonds .............. | $ 865 | $ 967 |
| Employee retirement costs ................................................ | 659 | 265 |
| Self-insurance reserve (primarily storm recovery costs) ........................ | 214 | 149 |
| Nuclear decommissioning cost under-recovery ................................ | 127 | —— |
| Securities reacquisition costs ............................................. | 97 | 105 |
| Recoverable deferred income taxes—net .................................... | 77 | 84 |
| Employee severance costs ................................................ | 20 | 20 |
| Other ................................................................ | 12 | 3 |
| Total regulatory assets ............................................... | 2,071 | 1,593 |
| **Regulatory liabilities** | | |
| Credit due REPs under PUCT stipulation ................................... | — | 72 |
| Committed spending for demand-side management initiatives ................... | 96 | 100 |
| Investment tax credit and protected excess deferred taxes .................... | 49 | 55 |
| Over-collection of securitization (transition) bond revenues ................... | 28 | 34 |
| Nuclear decommissioning cost over-recovery ................................ | —— | 13 |
| Other regulatory liabilities .............................................. | 6 | 14 |
| Total regulatory liabilities ........................................... | 179 | 288 |
| Net regulatory assets ............................................. | $1,892 | $1,305 |

Regulatory assets that have been reviewed and approved by the PUCT and are not earning a return totaled $1.021 billion and $997 million at December 31, 2008 and 2007, respectively, including the generation-related regulatory assets securitized by transition bonds that have a remaining recovery period of approximately eight years. As part of purchase accounting, the carrying value of the generation-related regulatory assets was reduced by $213 million, and this amount is being accreted to other income over the approximate nine-year recovery period remaining as of the date of the Merger. See Note 8 for discussion of effects on regulatory assets and liabilities of the stipulation approved by the PUCT.

As of December 31, 2008, regulatory assets totaling $913 million have not been reviewed by the PUCT but are deemed by management to be probable of recovery.

*Other Noncurrent Liabilities and Deferred Credits*

The balance of other noncurrent liabilities and deferred credits consists of the following:

| | Successor | |
|---|---|---|
| | December 31, 2008 | December 31, 2007 |
| Uncertain tax positions (including accrued interest) (Note 10) ................... | $1,780 | $1,939 |
| Retirement plan and other employee benefits ................................ | 1,451 | 1,076 |
| Asset retirement obligations ............................................. | 859 | 773 |
| Unfavorable purchase and sales contracts .................................. | 727 | 751 |
| Liabilities related to subsidiary tax sharing agreement ...................... | 299 | —— |
| Other ................................................................ | 89 | 111 |
| Total other noncurrent liabilities and deferred credits .................... | $5,205 | $4,650 |

F-93

Confidential

*Unfavorable Purchase and Sales Contracts*—Unfavorable purchase and sales contracts primarily represent the extent to which contracts on a net basis were unfavorable to market prices as of the date of the Merger. These are contracts for which: 1) TCEH has made the "normal" purchase or sale election allowed or 2) the contract did not meet the definition of a derivative under SFAS 133. Under purchase accounting, TCEH recorded the value as of October 10, 2007 as a deferred credit. Amortization of the deferred credit related to unfavorable contracts is primarily on a straight-line basis, which approximates the economic realization, and is recorded as revenues or a reduction of purchased power costs as appropriate. The amortization amount totaled $30 million in 2008 and $5 million in the 2007 Successor period. Favorable purchase and sales contracts are recorded as intangible assets (see Note 3).

The estimated amortization of unfavorable purchase and sales contracts for each of the five succeeding fiscal years from December 31, 2008 is as follows:

| Year | Successor Amount |
|---|---|
| 2009 | $27 |
| 2010 | 27 |
| 2011 | 27 |
| 2012 | 27 |
| 2013 | 26 |

*Liabilities Related to Subsidiary Tax Sharing Agreement*—Amount represents the noncontrolling interests' portion of the previously recorded net deferred tax liabilities of Oncor. Upon the sale of noncontrolling interests in Oncor (see Note 18), Oncor became a partnership for US federal income tax purposes, and the temporary differences which gave rise to the deferred taxes will, over time, become taxable to the noncontrolling interests. Under a tax sharing agreement among Oncor and its equity holders, Oncor reimburses the equity holders for income taxes as the partnership earnings become taxable to the equity holders. Accordingly, as the temporary differences become taxable, the equity holders will be reimbursed by Oncor. In the unlikely event such amounts are not reimbursed under the tax sharing agreement, it is probable they would be reimbursed to rate payers.

### Supplemental Cash Flow Information

| | Successor | | Predecessor | |
|---|---|---|---|---|
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Cash payments (receipts) related to continuing operations: | | | | |
| Interest paid | $3,495 | $496 | $674 | $870 |
| Capitalized interest | (311) | (59) | (80) | (47) |
| Interest paid (net of capitalized interest) | 3,184 | 437 | 594 | 823 |
| Income taxes | (204) | — | 271 | 220 |
| Noncash investing and financing activities: | | | | |
| Below market values of power sales agreements (a) | — | — | 264 | — |
| Noncash construction expenditures (b) | 183 | 211 | 210 | 228 |
| Promissory note issued in conjunction with acquisition of mining-related assets | — | — | 65 | — |
| Capital leases | 16 | — | 52 | — |
| Noncash capital contribution from Texas Holdings | — | 23 | — | — |

(a)  Multi-year power sales agreement entered into with Alcoa Inc. and recorded as part of the construction work-in-process asset balance for the Sandow 5 coal-fueled generation unit.

(b)  Represents end-of-period accruals.

F-94

EFIHMW00246172

### 29.  SUPPLEMENTAL GUARANTOR CONDENSED FINANCIAL INFORMATION

On October 31, 2007, EFH Corp. refinanced the entire $4.5 billion outstanding under its Senior Unsecured Interim Facility obtained to finance the Merger with $2.0 billion 10.875% Senior Notes Due 2017 and $2.5 billion 11.25%/12.00% Senior Toggle Notes Due 2017 (collectively, the EFH Corp. Notes). The EFH Corp. Notes are unconditionally guaranteed by EFC Holdings and Intermediate Holding, 100% owned subsidiaries of EFH Corp. (collectively, the Guarantors) on an unsecured basis. The guarantees issued by the Guarantors are full and unconditional, joint and several guarantees of the EFH Corp. Notes. The guarantees rank equally with any senior unsecured indebtedness of the Guarantors and rank effectively junior to all of the secured indebtedness of the Guarantors to the extent of the assets securing that indebtedness. All other subsidiaries of EFH Corp., either direct or indirect, do not guarantee the EFH Corp. Notes (collectively, the Non-Guarantors). The EFH Corp. Indenture contains certain restrictions, subject to certain exceptions, on EFH Corp.'s ability to pay dividends or make investments.

The following tables have been prepared in accordance with Regulation S-X Rule 3-10, "Financial Statements of Guarantors and Issuers of Guaranteed Securities Registered or Being Registered" in order to present the condensed consolidating statements of income and cash flows of EFH Corp. (the Parent/Issuer), the Guarantors and the Non-Guarantors for the year ended December 31, 2008, the period from October 11, 2007 through December 31, 2007, the period from January 1, 2007 through October 10, 2007 and the year ended December 31, 2006 and the consolidating balance sheets as of December 31, 2008 and 2007 of the Parent/Issuer, the Guarantors and the Non-Guarantors. Investments in consolidated subsidiaries are accounted for under the equity method. The presentations reflect the application of SEC Staff Accounting Bulletin Topic 5-J, Push Down Basis of Accounting Required in Certain Limited Circumstances, including the effects of the push down of the $4.5 billion EFH Corp. Notes to the Guarantors (see Notes 15 and 16).

EFH Corp. (Parent) received dividends from its consolidated subsidiaries totaling $329 million, $1.461 billion and $1.198 billion for the year ended December 31, 2008, the period from January 1, 2007 through October 10, 2007 and the year ended December 31, 2006, respectively. EFH Corp. also received a distribution of $1.253 billion indirectly from Oncor as discussed in Note 17. No dividends were received during the period from October 11, 2007 through December 31, 2007. See Note 17.

F-95

EFIHMW00246173

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

Condensed Consolidating Statements of Income
For the Year Ended December 31, 2008
(millions of dollars)

| | Successor | | | | |
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Operating revenues | $ — | $ — | $11,364 | $ — | $ 11,364 |
| Fuel, purchased power costs and delivery fees | — | — | (4,595) | — | (4,595) |
| Net gain from commodity hedging and trading activities | — | — | 2,184 | — | 2,184 |
| Operating costs | — | — | (1,503) | — | (1,503) |
| Depreciation and amortization | — | — | (1,610) | — | (1,610) |
| Selling, general and administrative expenses | (105) | — | (852) | — | (957) |
| Franchise and revenue-based taxes | — | 1 | (364) | — | (363) |
| Impairment of goodwill | — | — | (8,860) | — | (8,860) |
| Other income | — | — | 80 | — | 80 |
| Other deductions | (22) | — | (1,279) | — | (1,301) |
| Interest income | 168 | 7 | 147 | (295) | 27 |
| Interest expense and related charges | (919) | (537) | (4,298) | 819 | (4,935) |
| Income (loss) from continuing operations before income taxes and equity earnings of subsidiaries | (878) | (529) | (9,586) | 524 | (10,469) |
| Income tax (expense) benefit | 291 | 180 | 176 | (176) | 471 |
| Equity earnings of subsidiaries | (9,251) | (9,184) | — | 18,435 | — |
| Net loss | (9,838) | (9,533) | (9,410) | 18,783 | (9,998) |
| Net loss attributable to noncontrolling interests | — | — | 160 | — | 160 |
| Net loss attributable to EFH Corp. | $(9,838) | $(9,533) | $ (9,250) | $18,783 | $ (9,838) |

F-96

Confidential

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Income
### For the Period from October 11, 2007 through December 31, 2007
### (millions of dollars)

|  | Successor | | | | |
|---|---|---|---|---|---|
|  | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Operating revenues | $ — | $ — | $ 1,994 | $ — | $ 1,994 |
| Fuel, purchased power costs and delivery fees | — | — | (644) | — | (644) |
| Net loss from commodity hedging and trading activities | — | — | (1,492) | — | (1,492) |
| Operating costs | — | — | (306) | — | (306) |
| Depreciation and amortization | — | — | (416) | 1 | (415) |
| Selling, general and administrative expenses | (17) | — | (198) | (1) | (216) |
| Franchise and revenue-based taxes | (1) | — | (92) | — | (93) |
| Other income | — | — | 14 | — | 14 |
| Other deductions | (54) | — | (7) | — | (61) |
| Interest income | 54 | 6 | 32 | (68) | 24 |
| Interest expense and related charges | (234) | (140) | (670) | 205 | (839) |
| Loss from continuing operations before income taxes and equity earnings of subsidiaries | (252) | (134) | (1,785) | 137 | (2,034) |
| Income tax benefit | 53 | 28 | 637 | (45) | 673 |
| Equity earnings of subsidiaries | (1,161) | (1,142) | — | 2,303 | — |
| Loss from continuing operations | (1,360) | (1,248) | (1,148) | 2,395 | (1,361) |
| Income from discontinued operations, net of tax effect | — | — | 1 | — | 1 |
| Net loss attributable to EFH Corp. | $(1,360) | $(1,248) | $(1,147) | $2,395 | $(1,360) |

F-97

EFIHMW00246175

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

Condensed Consolidating Statements of Income
For the Period from January 1, 2007 through October 10, 2007
(millions of dollars)

|  | Predecessor | | | | |
|  | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Operating revenues | $ — | $ — | $ 8,044 | $ — | $ 8,044 |
| Fuel, purchased power costs and delivery fees | — | — | (2,381) | — | (2,381) |
| Net loss from commodity hedging and trading activities | — | — | (554) | — | (554) |
| Operating costs | — | — | (1,107) | — | (1,107) |
| Depreciation and amortization | — | — | (634) | — | (634) |
| Selling, general and administrative expenses | (58) | — | (633) | — | (691) |
| Franchise and revenue-based taxes | — | (1) | (282) | 1 | (282) |
| Other income | 8 | 1 | 60 | — | 69 |
| Other deductions | (108) | — | (733) | — | (841) |
| Interest income | 133 | 210 | 368 | (655) | 56 |
| Interest expense and related charges | (566) | (192) | (567) | 654 | (671) |
| Income (loss) from continuing operations before income taxes and equity earnings of subsidiaries | (591) | 18 | 1,581 | — | 1,008 |
| Income tax (expense) benefit | 235 | (2) | (542) | — | (309) |
| Equity earnings of subsidiaries | 1,077 | 1,554 | — | (2,631) | — |
| Income from continuing operations | 721 | 1,570 | 1,039 | (2,631) | 699 |
| Income from discontinued operations, net of tax effect | 2 | — | 22 | — | 24 |
| Net income attributable to EFH Corp. | $ 723 | $1,570 | $ 1,061 | $(2,631) | $ 723 |

F-98

EFIHMW00246176

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

Condensed Consolidating Statements of Income
For the Year Ended December 31, 2006
(millions of dollars)

| | Predecessor | | | | |
| --- | --- | --- | --- | --- | --- |
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Operating revenues . . . . . . . . . . . . . . . . . . . . . . . | $ — | $ — | $10,703 | $ — | $10,703 |
| Fuel, purchased power costs and delivery fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (2,784) | — | (2,784) |
| Net gain from commodity hedging and trading activities . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 153 | — | 153 |
| Operating costs . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | (1,373) | — | (1,373) |
| Depreciation and amortization . . . . . . . . . . . . . . | — | — | (830) | — | (830) |
| Selling, general and administrative expenses . . . | (70) | — | (748) | (1) | (819) |
| Franchise and revenue-based taxes . . . . . . . . . . | (1) | — | (390) | 1 | (390) |
| Other income . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | — | 106 | — | 121 |
| Other deductions . . . . . . . . . . . . . . . . . . . . . . . . | (7) | — | (262) | — | (269) |
| Interest income . . . . . . . . . . . . . . . . . . . . . . . . . | 74 | 206 | 367 | (601) | 46 |
| Interest expense and related charges . . . . . . . . . | (609) | (136) | (703) | 618 | (830) |
| Income (loss) from continuing operations before income taxes and equity earnings of subsidiaries . . . . . . . . . . . . . . . . . . . . . . . . . . | (598) | 70 | 4,239 | 17 | 3,728 |
| Income tax (expense) benefit . . . . . . . . . . . . . . . | 214 | (17) | (1,460) | — | (1,263) |
| Equity earnings of subsidiaries . . . . . . . . . . . . . | 2,936 | 2,792 | — | (5,728) | — |
| Income from continuing operations . . . . . . . . . . | 2,552 | 2,845 | 2,779 | (5,711) | 2,465 |
| Income from discontinued operations, net of tax effect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 87 | — | 87 |
| Net income attributable to EFH Corp. . . . . . . . . | $2,552 | $2,845 | $ 2,866 | $(5,711) | $ 2,552 |

F-99

EFIHMW00246177

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Cash Flows
### For the Year Ended December 31, 2008
### (millions of dollars)

| | Successor | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-guarantors | Eliminations | Consolidated |
| **Cash flows—operating activities:** | | | | | |
| Net loss | $(9,838) | $(9,533) | $(9,410) | $ 18,783 | $(9,998) |
| Adjustments to reconcile loss to cash provided by (used in) operating activities: | | | | | |
| Equity in losses of subsidiaries | 9,251 | 9,184 | — | (18,435) | — |
| Depreciation and amortization | 55 | 23 | 2,014 | (22) | 2,070 |
| Deferred income tax benefit—net | (44) | 1 | (434) | — | (477) |
| Impairment of goodwill | — | — | 8,860 | — | 8,860 |
| Impairment of trade name intangible asset | — | — | 481 | — | 481 |
| Impairment of emission allowances intangible assets | — | — | 501 | — | 501 |
| Impairment of natural gas-fueled generation units | — | — | 229 | — | 229 |
| Effect of Parent's payment of interest on pushed down debt | — | 502 | — | (502) | — |
| Unrealized net gains from mark-to-market valuations of commodity positions | — | — | (2,329) | — | (2,329) |
| Unrealized net losses from mark-to-market valuations of interest rate swaps | — | — | 1,477 | — | 1,477 |
| Other, net | 18 | — | 164 | — | 182 |
| Changes in operating assets and liabilities: | | | | | |
| Margin deposits—net | — | — | 595 | — | 595 |
| Other operating assets and liabilities | 307 | (1,101) | (1,316) | 2,024 | (86) |
| Cash provided by (used in) operating activities | (251) | (924) | 832 | 1,848 | 1,505 |
| **Cash flows—financing activities:** | | | | | |
| Issuances of securities/long-term borrowings: | | | | | |
| Long-term debt | — | — | 3,185 | — | 3,185 |
| Common stock | 34 | — | — | — | 34 |
| Retirements/repurchases of securities/long-term borrowings: | | | | | |
| Long-term debt | (200) | (7) | (960) | — | (1,167) |
| Common stock | (3) | — | — | — | (3) |
| Change in short-term borrowings | — | — | (481) | — | (481) |
| Proceeds from sale of noncontrolling interests, net of transaction costs | 1,253 | 1,253 | 1,253 | (2,506) | 1,253 |
| Cash dividends paid | — | (329) | (329) | 658 | — |
| Change in advances—affiliates | 205 | 7 | — | (212) | — |
| Other, net | — | — | 16 | — | 16 |
| Cash provided by (used in) financing activities | 1,289 | 924 | 2,684 | (2,060) | 2,837 |
| **Cash flows—investing activities:** | | | | | |
| Capital expenditures and nuclear fuel purchases | — | — | (2,978) | — | (2,978) |
| Investments held in money market fund | — | — | (142) | — | (142) |
| Proceeds from sale of environmental allowances and credits | — | — | 39 | — | 39 |
| Purchases of environmental allowances and credits | — | — | (34) | — | (34) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 1,623 | — | 1,623 |
| Investments in nuclear decommissioning trust fund securities | — | — | (1,639) | — | (1,639) |
| Change in advances—affiliates | — | — | (212) | 212 | — |
| Other, net | 5 | — | 192 | — | 197 |
| Cash provided by (used in) investing activities | 5 | — | (3,151) | 212 | (2,934) |
| Net change in cash and cash equivalents | 1,043 | — | 365 | — | 1,408 |
| Cash and cash equivalents—beginning balance | 32 | — | 249 | — | 281 |
| Cash and cash equivalents—ending balance | $ 1,075 | $ — | $ 614 | $ — | $ 1,689 |

F-100

EFIHMW00246178

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Statements of Cash Flows
### Period from October 11, 2007 through December 31, 2007
### (millions of dollars)

| | Successor | | | | |
|---|---|---|---|---|---|
| | Parent/Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Cash flows operating activities: | | | | | |
| Net loss | $ (1,360) | $ (1,248) | $ (1,147) | $ 2,395 | $ (1,360) |
| Income from discontinued operations, net of tax | — | — | (1) | — | (1) |
| Loss from continuing operations | (1,360) | (1,248) | (1,148) | 2,395 | (1,361) |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | | | |
| Equity in earnings of subsidiaries | 1,161 | 1,142 | — | (2,303) | — |
| Depreciation and amortization | 12 | 4 | 556 | (4) | 568 |
| Deferred income tax expense (benefit)—net | (357) | 11 | (390) | — | (736) |
| Impairments and other asset writedown charges | 1 | — | 1 | — | 2 |
| Unrealized net losses from mark-to-market valuations of commodity positions | — | — | 1,556 | — | 1,556 |
| Other, net | 1 | — | 15 | — | 16 |
| Changes in operating assets and liabilities: | | | | | |
| Margin deposits—net | — | — | (614) | — | (614) |
| Other | 712 | (220) | (285) | (88) | 119 |
| Cash provided by (used in) operating activities of continuing operations | 170 | (311) | (309) | — | (450) |
| Cash flows—financing activities: | | | | | |
| Issuance of securities: | | | | | |
| Equity financing from Sponsor Group | 8,236 | — | — | — | 8,236 |
| Long-term debt | 9,000 | — | 33,732 | — | 42,732 |
| Retirements/repurchases of long-term debt | (5,522) | (4) | (9,869) | — | (15,395) |
| Change in short-term borrowings | — | — | (722) | — | (722) |
| Change in advances—affiliates | 33 | — | — | (33) | — |
| Contributions to parent | — | (21,000) | (21,000) | 42,000 | — |
| Other, net | (400) | 1 | (587) | — | (986) |
| Cash provided by (used in) financing activities | 11,347 | (21,003) | 1,554 | 41,967 | 33,865 |
| Cash flows—investing activities: | | | | | |
| Acquisition of EFH Corp. | (32,694) | — | — | — | (32,694) |
| Contribution from subsidiaries | 21,000 | 21,000 | — | (42,000) | — |
| Capital expenditures and nuclear fuel | (2) | — | (705) | — | (707) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 831 | — | 831 |
| Investments in nuclear decommissioning trust fund securities | — | — | (835) | — | (835) |
| Proceeds from letter of credit facility deposited with trustee | — | — | (1,250) | — | (1,250) |
| Change in advances—affiliates | — | 314 | (347) | 33 | — |
| Other, net | (3) | — | 95 | — | 92 |
| Cash provided by (used in) investing activities | (11,699) | 21,314 | (2,211) | (41,967) | (34,563) |

F-101

Confidential

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

**Condensed Consolidating Statements of Cash Flows (cont.)**
**Period from October 11, 2007 through December 31, 2007**
**(millions of dollars)**

| | Successor | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Cash flows    discontinued operations: | | | | | |
| Operating activities ................... | — | — | (7) | — | (7) |
| Financing activities ................... | — | — | — | — | — |
| Investing activities ................... | — | — | — | — | — |
| Cash used in discontinued operations ...... | — | — | (7) | — | (7) |
| Net change in cash and equivalents ........... | (182) | — | (973) | — | (1,155) |
| Cash and cash equivalents—beginning balance .. | 214 | — | 1,222 | — | 1,436 |
| Cash and cash equivalents—ending balance ..... | $  32 | $— | $  249 | $— | $  281 |

F-102

Confidential

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows**
**Period from January 1, 2007 through October 10, 2007**
**(millions of dollars)**

| | Predecessor | | | | |
| --- | --- | --- | --- | --- | --- |
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Cash flows—operating activities: | | | | | |
| Net income | $ 723 | $ 1,570 | $ 1,061 | $(2,631) | $ 723 |
| Income from discontinued operations, net of tax | (2) | — | (22) | — | (24) |
| Income from continuing operations | 721 | 1,570 | 1,039 | (2,631) | 699 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | | | |
| Equity in earnings of subsidiaries | (1,077) | (1,554) | — | 2,631 | — |
| Depreciation and amortization | — | — | 684 | — | 684 |
| Deferred income tax expense (benefit)—net | (67) | 1 | (45) | — | (111) |
| Impairments and other asset writedown charges | 68 | — | 646 | — | 714 |
| Unrealized net losses from mark-to-market valuations of commodity positions | — | — | 722 | — | 722 |
| Other, net | 20 | (1) | (5) | — | 14 |
| Changes in operating assets and liabilities: | | | | | |
| Margin deposits—net | — | — | (569) | — | (569) |
| Other | 1,464 | 1,452 | 118 | (2,922) | 112 |
| Cash provided by operating activities of continuing operations | 1,129 | 1,468 | 2,590 | (2,922) | 2,265 |
| Cash flows—financing activities: | | | | | |
| Issuance of securities: | | | | | |
| Long-term debt | — | — | 1,800 | — | 1,800 |
| Common stock | 1 | — | — | — | 1 |
| Retirements/repurchases of securities: | | | | | |
| Long-term debt | (1) | (13) | (431) | — | (445) |
| Common stock | (13) | — | — | — | (13) |
| Change in short-term borrowings | — | — | 949 | — | 949 |
| Cash dividends paid | (788) | (1,461) | (1,461) | 2,922 | (788) |
| Change in advances—affiliates | 50 | — | — | (50) | — |
| Other, net | (93) | — | (17) | — | (110) |
| Cash provided by (used in) financing activities | (844) | (1,474) | 840 | 2,872 | 1,394 |
| Cash flows—investing activities: | | | | | |
| Capital expenditures and nuclear fuel | (70) | — | (2,447) | — | (2,517) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 602 | — | 602 |
| Investments in nuclear decommissioning trust fund securities | — | — | (614) | — | (614) |
| Change in advances—affiliates | — | 6 | (56) | 50 | — |
| Other, net | (1) | — | 247 | — | 246 |
| Cash provided by (used in) investing activities | (71) | 6 | (2,268) | 50 | (2,283) |

F-103

EFIHMW00246181

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

**Condensed Consolidating Statements of Cash Flows (cont.)**
**Period from January 1, 2007 through October 10, 2007**
**(millions of dollars)**

| | Predecessor | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Cash flows—discontinued operations: | | | | | |
| Operating activities . . . . . . . . . . . . . . . . . . . | — | — | 35 | — | 35 |
| Financing activities . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Investing activities . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Cash provided by discontinued operations . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 35 | — | 35 |
| Net change in cash and equivalents . . . . . . . . . . . | 214 | — | 1,197 | — | 1,411 |
| Cash and cash equivalents—beginning balance . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 25 | — | 25 |
| Cash and cash equivalents—ending balance . . . . | $214 | $— | $1,222 | $— | $1,436 |

F-104

Confidential

EFIHMW00246182

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows**
**For the Year Ended December 31, 2006**
**(millions of dollars)**

| | Predecessor | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| **Cash flows—operating activities:** | | | | | |
| Net income | $ 2,552 | $ 2,845 | $ 2,866 | $(5,711) | $ 2,552 |
| Income from discontinued operations, net of tax | — | — | (87) | — | (87) |
| Income from continuing operations | 2,552 | 2,845 | 2,779 | (5,711) | 2,465 |
| Adjustments to reconcile income from continuing operations to cash provided by operating activities: | | | | | |
| Equity in earnings of subsidiaries | (2,936) | (2,792) | — | 5,728 | — |
| Depreciation and amortization | — | — | 893 | — | 893 |
| Deferred income tax expense (benefit)—net | 116 | (9) | 649 | — | 756 |
| Impairments and other asset writedown charges | — | — | 204 | — | 204 |
| Unrealized net gains from mark-to-market valuations of commodity positions | — | — | (272) | — | (272) |
| Other, net | 6 | — | 162 | — | 168 |
| Changes in operating assets and liabilities: | | | | | |
| Margin deposits—net | — | — | 564 | — | 564 |
| Other | 482 | 1,528 | 892 | (2,726) | 176 |
| Cash provided by operating activities of continuing operations | 220 | 1,572 | 5,871 | (2,709) | 4,954 |
| **Cash flows—financing activities:** | | | | | |
| Issuance of securities: | | | | | |
| Long-term debt | — | — | 243 | — | 243 |
| Common stock | 180 | — | — | — | 180 |
| Retirements/repurchases of securities: | | | | | |
| Long-term debt | (911) | (6) | (774) | — | (1,691) |
| Common stock | (960) | — | — | — | (960) |
| Change in short-term borrowings | — | — | 694 | — | 694 |
| Cash dividends paid | (764) | (1,198) | (1,484) | 2,682 | (764) |
| Change in advances—affiliates | 1,724 | — | 981 | (2,705) | — |
| Other, net | (12) | — | (22) | — | (34) |
| Cash used in financing activities | (743) | (1,204) | (362) | (23) | (2,332) |
| **Cash flows—investing activities:** | | | | | |
| Capital expenditures and nuclear fuel | (12) | — | (2,285) | — | (2,297) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 207 | — | 207 |
| Investments in nuclear decommissioning trust fund securities | — | — | (223) | — | (223) |
| Change in advances—affiliates | — | (299) | (2,433) | 2,732 | — |
| Investment in collateral trust | 533 | — | (533) | — | — |
| Other, net | 2 | (69) | (284) | — | (351) |
| Cash provided by (used in) investing activities | 523 | (368) | (5,551) | 2,732 | (2,664) |

F-105

EFIHMW00246183

**PX 014**
**Page 465 of 1116**

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

**Condensed Consolidating Statements of Cash Flows (cont.)**
**For the Year Ended December 31, 2006**
**(millions of dollars)**

| | Predecessor | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| Cash flows—discontinued operations: | | | | | |
| Operating activities . . . . . . . . . . . . . . . . . | — | — | 30 | — | 30 |
| Financing activities . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Investing activities . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Cash provided by discontinued operations . . . . . . . . . . . . . . . . . . . . . | — | — | 30 | — | 30 |
| Net change in cash and equivalents . . . . . . . . | — | — | (12) | — | (12) |
| Cash and cash equivalents—beginning balance . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | 37 | — | 37 |
| Cash and cash equivalents—ending balance . . | $— | $— | $ 25 | $— | $ 25 |

F-106

EFIHMW00246184

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### Condensed Consolidating Balance Sheets
### at December 31, 2008
### (millions of dollars)

| | Successor | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-Guarantors | Eliminations | Consolidated |
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ 1,075 | $ — | $ 614 | $ — | $ 1,689 |
| Investments held in money market fund | — | — | 142 | — | 142 |
| Restricted cash | — | — | 55 | — | 55 |
| Advances to parent | 403 | 7 | — | (410) | — |
| Trade accounts receivable—net | 3 | — | 1,216 | — | 1,219 |
| Income taxes receivable | — | — | 128 | (86) | 42 |
| Accounts receivable from affiliates | — | — | 3 | (3) | — |
| Notes receivable from affiliates | — | — | 633 | (633) | — |
| Inventories | — | — | 426 | — | 426 |
| Commodity and other derivative contractual assets | 143 | — | 2,391 | — | 2,534 |
| Accumulated deferred income taxes | — | — | 80 | (36) | 44 |
| Margin deposits related to commodity positions | — | — | 439 | — | 439 |
| Other current assets | 6 | — | 159 | — | 165 |
| Total current assets | 1,630 | 7 | 6,286 | (1,168) | 6,755 |
| Restricted cash | — | — | 1,267 | — | 1,267 |
| Investments | 3,899 | 2,793 | 579 | (6,626) | 645 |
| Property, plant and equipment—net | — | — | 29,522 | — | 29,522 |
| Notes receivable from affiliates | 12 | — | 2,273 | (2,285) | — |
| Goodwill | — | — | 14,386 | — | 14,386 |
| Intangible assets—net | — | — | 2,993 | — | 2,993 |
| Regulatory assets—net | — | — | 1,892 | — | 1,892 |
| Commodity and other derivative contractual assets | — | — | 962 | — | 962 |
| Accumulated deferred income taxes | 575 | 6 | — | (581) | — |
| Unamortized debt issuance costs and other noncurrent assets | 130 | 111 | 711 | (111) | 841 |
| Total assets | $ 6,246 | $ 2,917 | $60,871 | $(10,771) | $59,263 |
| **LIABILITIES AND EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings | $ — | $ — | $ 1,237 | $ — | $ 1,237 |
| Advances from affiliates | — | — | 410 | (410) | — |
| Long-term debt due currently | 3 | 8 | 374 | — | 385 |
| Trade accounts payable | 8 | — | 1,135 | — | 1,143 |
| Accounts payable to affiliates | — | 3 | — | (3) | — |
| Notes payable to affiliates | 585 | 13 | 35 | (633) | — |
| Commodity and other derivative contractual liabilities | 178 | — | 2,730 | — | 2,908 |
| Margin deposits related to commodity positions | — | — | 525 | — | 525 |
| Accumulated deferred income taxes | 36 | — | — | (36) | — |
| Accrued interest | 110 | 87 | 413 | (86) | 524 |
| Other current liabilities | 111 | — | 587 | (86) | 612 |
| Total current liabilities | 1,031 | 111 | 7,446 | (1,254) | 7,334 |
| Accumulated deferred income taxes | — | — | 6,507 | (581) | 5,926 |
| Investment tax credits | — | — | 42 | — | 42 |
| Commodity and other derivative contractual liabilities | — | — | 2,095 | — | 2,095 |
| Notes or other liabilities due affiliates | 2,019 | — | 266 | (2,285) | — |
| Long-term debt, less amounts due currently | 6,340 | 4,597 | 34,401 | (4,500) | 40,838 |
| Other noncurrent liabilities and deferred credits | 388 | 1 | 4,817 | (1) | 5,205 |
| Total liabilities | 9,778 | 4,709 | 55,574 | (8,621) | 61,440 |
| Equity: | | | | | |
| EFH Corp. shareholders' equity | (3,532) | (1,792) | 3,942 | (2,150) | (3,532) |
| Noncontrolling interests in subsidiaries | — | — | 1,355 | — | 1,355 |
| Total equity | (3,532) | (1,792) | 5,297 | (2,150) | (2,177) |
| Total liabilities and equity | $ 6,246 | $ 2,917 | $60,871 | $(10,771) | $59,263 |

F-107

Confidential

EFIHMW00246185

**ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES**

Condensed Consolidating Balance Sheets
at December 31, 2007
(millions of dollars)

| | Successor | | | | |
|---|---|---|---|---|---|
| | Parent/ Issuer | Guarantors | Non-guarantors | Eliminations | Consolidated |
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ 32 | $ — | $ 249 | $ — | $ 281 |
| Restricted cash | — | — | 56 | — | 56 |
| Advances to parent | 378 | 1 | — | (379) | — |
| Trade accounts receivable—net | 28 | — | 1,071 | — | 1,099 |
| Income taxes receivable | — | 44 | 366 | (309) | 101 |
| Accounts receivable from affiliates | — | 82 | 29 | (111) | — |
| Notes receivable from affiliates | — | — | 59 | (59) | — |
| Inventories | — | — | 405 | — | 405 |
| Commodity and other derivative contractual assets | 3 | — | 1,126 | — | 1,129 |
| Accumulated deferred income taxes | — | 1 | 76 | (68) | 9 |
| Margin deposits related to commodity positions | — | — | 513 | — | 513 |
| Other current assets | 253 | — | 123 | — | 376 |
| Total current assets | 694 | 128 | 4,073 | (926) | 3,969 |
| Restricted cash | — | — | 1,296 | — | 1,296 |
| Investments | 15,157 | 13,860 | 749 | (28,898) | 868 |
| Property, plant and equipment—net | — | — | 28,650 | — | 28,650 |
| Notes receivable from affiliates | 12 | — | 2,308 | (2,320) | — |
| Goodwill | — | — | 22,954 | — | 22,954 |
| Intangible assets—net | — | — | 4,365 | — | 4,365 |
| Regulatory assets—net | — | — | 1,305 | — | 1,305 |
| Commodity and other derivative contractual assets | — | — | 244 | — | 244 |
| Accumulated deferred income taxes | 478 | 19 | — | (497) | — |
| Unamortized debt issuance costs and other noncurrent assets | 144 | 132 | 986 | (132) | 1,130 |
| Assets held for sale | — | — | 23 | — | 23 |
| Total assets | $16,485 | $14,139 | $66,953 | $(32,773) | $64,804 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | |
| Current liabilities: | | | | | |
| Short-term borrowings | $ — | $ — | $ 1,718 | $ — | $ 1,718 |
| Advances from affiliates | — | — | 379 | (379) | — |
| Long-term debt due currently | 200 | 7 | 306 | — | 513 |
| Trade accounts payable | 6 | — | 898 | — | 904 |
| Accounts payable to affiliates | 110 | — | — | (110) | — |
| Notes payable to affiliates | 25 | — | 34 | (59) | — |
| Commodity and other derivative contractual liabilities | 38 | — | 1,108 | — | 1,146 |
| Margin deposits related to commodity positions | — | — | 5 | — | 5 |
| Accumulated deferred income taxes | 69 | — | — | (69) | — |
| Accrued interest | 114 | 87 | 422 | (86) | 537 |
| Other current liabilities | 556 | — | 586 | (263) | 879 |
| Total current liabilities | 1,118 | 94 | 5,456 | (966) | 5,702 |
| Accumulated deferred income taxes | — | — | 7,161 | (497) | 6,664 |
| Investment tax credits | — | — | 47 | — | 47 |
| Commodity and other derivative contractual liabilities | — | — | 2,453 | — | 2,453 |
| Notes or other liabilities due affiliates | — | — | 301 | (2,320) | — |
| Long-term debt, less amounts due currently | 6,288 | 4,603 | 32,212 | (4,500) | 38,603 |
| Other noncurrent liabilities and deferred credits | 375 | — | 4,275 | — | 4,650 |
| Total liabilities | 9,800 | 4,697 | 51,905 | (8,283) | 58,119 |
| Shareholders' equity | 6,685 | 9,442 | 15,048 | (24,490) | 6,685 |
| Total liabilities and shareholders' equity | $16,485 | $14,139 | $66,953 | $(32,773) | $64,804 |

F-108

EFIHMW00246186

## GLOSSARY

When the following terms and abbreviations appear in the text of this report, they have the meanings indicated below.

| | |
|---|---|
| **2008 Form 10-K** . . . . . . . . . . . . . | EFH Corp.'s Annual Report on Form 10-K for the year ended December 31, 2008 as recast in a Current Report on Form 8-K filed on May 20, 2009 to reflect the adoption of new accounting and disclosure guidance related to noncontrolling interests |
| **Adjusted EBITDA** . . . . . . . . . . . . | Adjusted EBITDA means EBITDA adjusted to exclude non-cash items, unusual items and other adjustments allowable under certain of our debt arrangements. See the definition of EBITDA below. Adjusted EBITDA and EBITDA are not recognized terms under GAAP and, thus, are non-GAAP financial measures. We are providing Adjusted EBITDA in this Form 10-Q (see reconciliation in Exhibit 99(b) and 99(c)) solely because of the important role that Adjusted EBITDA plays in respect of the certain covenants contained in our debt arrangements. We do not intend for Adjusted EBITDA (or EBITDA) to be an alternative to net income as a measure of operating performance or an alternative to cash flows from operating activities as a measure of liquidity or an alternative to any other measure of financial performance presented in accordance with GAAP. Additionally, we do not intend for Adjusted EBITDA (or EBITDA) to be used as a measure of free cash flow available for management's discretionary use, as the measure excludes certain cash requirements such as interest payments, tax payments and other debt service requirements. Because not all companies use identical calculations, our presentation of Adjusted EBITDA (and EBITDA) may not be comparable to similarly titled measures of other companies. |
| **Competitive Electric segment** . . | Refers to the EFH Corp. business segment that consists principally of TCEH. |
| **CREZ** . . . . . . . . . . . . . . . . . . . . . | Competitive Renewable Energy Zone |
| **DOE** . . . . . . . . . . . . . . . . . . . . . | US Department of Energy |
| **EBITDA** . . . . . . . . . . . . . . . . . . . | Refers to earnings (net income) before interest expense, income taxes, depreciation and amortization. See the definition of Adjusted EBITDA above. |
| **EFC Holdings** . . . . . . . . . . . . . . | Refers to Energy Future Competitive Holdings Company, a direct subsidiary of EFH Corp. and the direct parent of TCEH. |
| **EFH Corp.** . . . . . . . . . . . . . . . . . | Refers to Energy Future Holdings Corp., a holding company, and/or its subsidiaries, depending on context. Its major subsidiaries include TCEH and Oncor. |
| **EFH Corp. Senior Notes** . . . . . . . | Refers collectively to EFH Corp.'s 10.875% Senior Notes due November 1, 2017 (EFH Corp. Cash-Pay Notes) and EFH Corp.'s 11.25%/12.00% Senior Toggle Notes due November 1, 2017 (EFH Corp. Toggle Notes). |
| **EFIH Finance** . . . . . . . . . . . . . . | Refers to EFIH Finance Inc, a direct, wholly-owned subsidiary of Intermediate Holding, formed for the sole purpose of serving as co-issuer with Intermediate Holding of certain debt securities. |
| **EPA** . . . . . . . . . . . . . . . . . . . . . . | US Environmental Protection Agency |

F-109

Confidential

| | |
|---|---|
| **EPC** . . . . . . . . . . . . . . . . . . . . . . | engineering, procurement and construction |
| **ERCOT** . . . . . . . . . . . . . . . . . . | Electric Reliability Council of Texas, the independent system operator and the regional coordinator of various electricity systems within Texas |
| **FASB** . . . . . . . . . . . . . . . . . . . . | Financial Accounting Standards Board, the designated organization in the private sector for establishing standards for financial accounting and reporting |
| **FERC** . . . . . . . . . . . . . . . . . . . . | US Federal Energy Regulatory Commission |
| **Fitch** . . . . . . . . . . . . . . . . . . . . . | Fitch Ratings, Ltd. (a credit rating agency) |
| **GAAP** . . . . . . . . . . . . . . . . . . . . | generally accepted accounting principles |
| **GWh** . . . . . . . . . . . . . . . . . . . . . | gigawatt-hours |
| **Intermediate Holding** . . . . . . . . | Refers to Energy Future Intermediate Holding Company LLC, a direct, wholly-owned subsidiary of EFH Corp. and the direct parent of Oncor Holdings. |
| **IRS** . . . . . . . . . . . . . . . . . . . . . . | US Internal Revenue Service |
| **kWh** . . . . . . . . . . . . . . . . . . . . . | kilowatt-hours |
| **LIBOR** . . . . . . . . . . . . . . . . . . . | London Interbank Offered Rate. An interest rate at which banks can borrow funds, in marketable size, from other banks in the London interbank market. |
| **Luminant** . . . . . . . . . . . . . . . . . | Refers to subsidiaries of TCEH engaged in competitive market activities consisting of electricity generation, development and construction of new generation facilities, wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. |
| **market heat rate** . . . . . . . . . . . . | Heat rate is a measure of the efficiency of converting a fuel source to electricity. The market heat rate is based on the price offer of the marginal supplier in Texas (generally natural gas plants) in generating electricity and is calculated by dividing the wholesale market price of electricity by the market price of natural gas. |
| **Merger** . . . . . . . . . . . . . . . . . . . | The transaction referred to in "Merger Agreement" (defined immediately below) that was completed on October 10, 2007. |
| **Merger Agreement** . . . . . . . . . . . | Agreement and Plan of Merger, dated February 25, 2007, under which Texas Holdings agreed to acquire EFH Corp. |
| **MMBtu** . . . . . . . . . . . . . . . . . . . | million British thermal units |
| **Moody's** . . . . . . . . . . . . . . . . . . | Moody's Investors Services, Inc. (a credit rating agency) |
| **MW** . . . . . . . . . . . . . . . . . . . . . . | megawatts |
| **MWh** . . . . . . . . . . . . . . . . . . . . . | megawatt-hours |
| **NRC** . . . . . . . . . . . . . . . . . . . . . | US Nuclear Regulatory Commission |
| **Oncor** . . . . . . . . . . . . . . . . . . . . | Refers to Oncor Electric Delivery Company LLC, a direct, majority-owned subsidiary of Oncor Holdings and an indirect subsidiary of EFH Corp., and/or its consolidated bankruptcy-remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC, depending on context, that is engaged in regulated electricity transmission and distribution activities. |

F-110

Confidential

**Oncor Holdings** . . . . . . . . . . . . . Refers to Oncor Electric Delivery Holdings Company LLC, a direct wholly-owned subsidiary of Intermediate Holding and the direct majority owner of Oncor, that is consolidated as a variable interest entity under consolidations accounting standards.

**Oncor Ring-Fenced Entities** . . . . Refers to Oncor Holdings and its direct and indirect subsidiaries, including Oncor.

**OPEB** . . . . . . . . . . . . . . . . . . . . other postretirement employee benefits

**PUCT** . . . . . . . . . . . . . . . . . . . . Public Utility Commission of Texas

**PURA** . . . . . . . . . . . . . . . . . . . . Texas Public Utility Regulatory Act

**Purchase accounting** . . . . . . . . . The purchase method of accounting for a business combination as prescribed by GAAP, whereby the cost or "purchase price" of a business combination, including the amount paid for the equity and direct transaction costs are allocated to identifiable assets and liabilities (including intangible assets) based upon their fair values. The excess of the purchase price over the fair values of assets and liabilities is recorded as goodwill.

**Regulated Delivery segment** . . . . Refers to the EFH Corp. business segment, the substantial majority of which consists of the activities of Oncor.

**REP** . . . . . . . . . . . . . . . . . . . . . . retail electric provider

**RRC** . . . . . . . . . . . . . . . . . . . . . . Railroad Commission of Texas, which among other things, has oversight of lignite mining activity in Texas

**S&P** . . . . . . . . . . . . . . . . . . . . . . Standard & Poor's Ratings Services, a division of the McGraw Hill Companies Inc. (a credit rating agency)

**SEC** . . . . . . . . . . . . . . . . . . . . . . US Securities and Exchange Commission

**SG&A** . . . . . . . . . . . . . . . . . . . . selling, general and administrative

**Sponsor Group** . . . . . . . . . . . . . Collectively, the investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P. (KKR), TPG Capital, L.P. and GS Capital Partners, an affiliate of Goldman Sachs & Co. (See Texas Holdings below.)

**TCEH** . . . . . . . . . . . . . . . . . . . . Refers to Texas Competitive Electric Holdings Company LLC, a direct, wholly-owned subsidiary of EFC Holdings and an indirect subsidiary of EFH Corp., and/or its subsidiaries, depending on context, that is engaged in electricity generation, wholesale and retail energy markets and development and construction activities. Its major subsidiaries include Luminant and TXU Energy.

**TCEH Finance** . . . . . . . . . . . . . . Refers to TCEH Finance, Inc., a direct, wholly-owned subsidiary of TCEH, formed for the sole purpose of serving as co-issuer with TCEH of certain debt securities.

**TCEH Senior Notes** . . . . . . . . . . Refers collectively to TCEH's 10.25% Senior Notes due November 1, 2015 and 10.25% Senior Notes Series B due November 1, 2015 (collectively, TCEH Cash-Pay Notes) and TCEH's 10.50%/11.25% Senior Toggle Notes due November 1, 2016 (TCEH Toggle Notes).

**TCEH Senior Secured Facilities** . . . . . . . . . . . . . . . . Refers collectively to the TCEH Initial Term Loan Facility, TCEH Delayed Draw Term Loan Facility, TCEH Revolving Credit Facility, TCEH Letter of Credit Facility and TCEH Commodity Collateral Posting Facility. See Note 4 to Financial Statements for details of these facilities.

F-111

Confidential

| | |
|---|---|
| **TCEQ** . . . . . . . . . . . . . . . . . . . . | Texas Commission on Environmental Quality |
| **Texas Holdings** . . . . . . . . . . . . . | Refers to Texas Energy Future Holdings Limited Partnership, a limited partnership controlled by the Sponsor Group that owns substantially all of the common stock of EFH Corp. |
| **Texas Holdings Group** . . . . . . . . | Refers to Texas Holdings and its direct and indirect subsidiaries other than the Oncor Ring-Fenced Entities. |
| **Texas Transmission** . . . . . . . . . . | Refers to Texas Transmission Investment LLC, a limited liability company that owns a 19.75% equity interest in Oncor. Texas Transmission is not affiliated with EFH Corp., any of its subsidiaries or any member of the Sponsor Group. |
| **TXU Energy** . . . . . . . . . . . . . . . . | Refers to TXU Energy Retail Company LLC, a direct, wholly-owned subsidiary of TCEH engaged in the retail sale of electricity to residential and business customers. TXU Energy is a REP in competitive areas of ERCOT. |
| **TXU Gas** . . . . . . . . . . . . . . . . . . | TXU Gas Company, a former subsidiary of EFH Corp. |
| **US** . . . . . . . . . . . . . . . . . . . . . . . | United States of America |

F-112

EFIHMW00246190

**PX 014**
**Page 472 of 1116**

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

CONDENSED STATEMENTS OF CONSOLIDATED INCOME (LOSS)
(Unaudited)
(millions of dollars)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2009 | 2008 | 2009 | 2008 |
| Operating revenues | $ 2,885 | $ 3,695 | $ 7,366 | $ 9,001 |
| Fuel, purchased power costs and delivery fees | (870) | (1,631) | (2,171) | (3,867) |
| Net gain (loss) from commodity hedging and trading activities | 123 | 6,045 | 1,003 | (248) |
| Operating costs | (388) | (370) | (1,171) | (1,120) |
| Depreciation and amortization | (456) | (431) | (1,286) | (1,217) |
| Selling, general and administrative expenses | (277) | (249) | (792) | (712) |
| Franchise and revenue-based taxes | (94) | (92) | (259) | (259) |
| Impairment of goodwill (Note 2) | — | — | (90) | — |
| Other income (Note 13) | 45 | 14 | 71 | 43 |
| Other deductions (Note 13) | (32) | (541) | (50) | (583) |
| Interest income | 18 | 9 | 30 | 22 |
| Interest expense and related charges (Note 13) | (1,039) | (831) | (2,136) | (2,505) |
| Income (loss) before income taxes | (85) | 5,618 | 515 | (1,445) |
| Income tax (expense) benefit | 31 | (2,001) | (254) | 462 |
| Net income (loss) | (54) | 3,617 | 261 | (983) |
| Net income attributable to noncontrolling interests | (26) | — | (54) | — |
| Net income (loss) attributable to EFH Corp. | $ (80) | $ 3,617 | $ 207 | $ (983) |

See Notes to Financial Statements.

F-113

Confidential

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

CONDENSED STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME (LOSS)
(Unaudited)
(millions of dollars)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| Net income (loss) | $(54) | $3,617 | $261 | $ (983) |
| Other comprehensive income (loss), net of tax effects: | | | | |
| Reclassification of pension and other retirement benefit costs (net of tax expense of $—in all periods) | — | — | — | 1 |
| Cash flow hedges: | | | | |
| Net decrease in fair value of derivatives (net of tax benefit of $2, $76, $11 and $99) | (4) | (141) | (20) | (184) |
| Derivative value net loss related to hedged transactions recognized during the period and reported in net income (loss) (net of tax benefit of $21, $22, $53 and $45) | 41 | 42 | 99 | 84 |
| Total effect of cash flow hedges | 37 | (99) | 79 | (100) |
| Total adjustments to net income (loss) | 37 | (99) | 79 | (99) |
| Comprehensive income (loss) operations | (17) | 3,518 | 340 | (1,082) |
| Comprehensive income attributable to noncontrolling interests | (26) | — | (54) | — |
| Comprehensive income (loss) attributable to EFH Corp. | $(43) | $3,518 | $286 | $(1,082) |

See Notes to Financial Statements.

F-114

Confidential

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

CONDENSED STATEMENTS OF CONSOLIDATED CASH FLOWS
(Unaudited)
(millions of dollars)

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2009 | 2008 |
| Cash flows—operating activities: | | |
| Net income (loss) | $ 261 | $ (983) |
| Adjustments to reconcile net income (loss) to cash provided by operating activities: | | |
| Depreciation and amortization | 1,738 | 1,554 |
| Deferred income tax expense (benefit) | 152 | (433) |
| Impairment of goodwill (Note 2) | 90 | — |
| Write off of regulatory assets (Note 13) | 25 | — |
| Impairment of emission allowances intangible assets | — | 501 |
| Charge related to Lehman bankruptcy (Note 13) | — | 26 |
| Unrealized net (gains) losses from mark-to-market valuations of commodity positions | (713) | 221 |
| Unrealized net gains from mark-to-market valuations of interest rate swaps | (527) | (36) |
| Bad debt expense | 84 | 58 |
| Stock-based incentive compensation expense | 12 | 26 |
| Reversal of use tax accrual (Note 13) | (23) | — |
| Other—net | (4) | 18 |
| Changes in operating assets and liabilities: | | |
| Margin deposits—net | 260 | (236) |
| Deferred advanced metering system revenues (Note 13) | 51 | — |
| Other operating assets and liabilities | 337 | 241 |
| Cash provided by operating activities | 1,743 | 957 |
| Cash flows—financing activities: | | |
| Issuances of long-term debt/securities: | | |
| Pollution control revenue bonds | — | 242 |
| Other long-term debt (Note 4) | 522 | 2,535 |
| Common stock | — | 34 |
| Repayments/repurchases of long-term debt/securities: | | |
| Pollution control revenue bonds | — | (242) |
| Other long-term debt (Note 4) | (297) | (432) |
| Common stock | — | (1) |
| Increase in short-term borrowings (Note 4) | 200 | 902 |
| Contributions from noncontrolling interests | 42 | — |
| Distributions paid to noncontrolling interests | (32) | — |
| Debt discount, financing and reacquisition expenses | (36) | (19) |
| Other—net | 21 | 33 |
| Cash provided by financing activities | 420 | 3,052 |
| Cash flows—investing activities: | | |
| Capital expenditures | (1,847) | (2,067) |
| Nuclear fuel purchases | (157) | (112) |
| Money market fund redemptions (investments) | 142 | (242) |
| Investment posted with derivative counterparty (Note 7) | (400) | — |
| Reduction of restricted cash related to pollution control revenue bonds | — | 29 |
| Reduction of restricted cash related to letter of credit facility (Note 4) | 115 | — |
| Transfer of cash collateral from (to) custodian account | 3 | (20) |
| Net proceeds from sale of assets | 1 | 53 |
| Net proceeds from sale of controlling interest in natural gas gathering pipeline business | 40 | — |
| Proceeds from sales of environmental allowances and credits | 22 | 30 |
| Purchases of environmental allowances and credits | (23) | (18) |
| Proceeds from sales of nuclear decommissioning trust fund securities | 2,972 | 747 |
| Investments in nuclear decommissioning trust fund securities | (2,983) | (758) |
| Cost to remove retired property | (30) | (26) |
| Other | 18 | 10 |
| Cash used in investing activities | (2,127) | (2,374) |
| Net change in cash and cash equivalents | 36 | 1,635 |
| Cash and cash equivalents—beginning balance | 1,689 | 281 |
| Cash and cash equivalents—ending balance | $ 1,725 | $ 1,916 |

See Notes to Financial Statements.

F-115

EFIHMW00246193

## ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES

### CONDENSED CONSOLIDATED BALANCE SHEETS
#### (Unaudited)
#### (millions of dollars)

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 1,725 | $ 1,689 |
| Investment posted with counterparty (Note 7) | 417 | — |
| Investments held in money market fund | — | 142 |
| Restricted cash (Note 13) | 64 | 55 |
| Trade accounts receivable—net (Note 3) | 1,014 | 1,219 |
| Income taxes receivable—net | — | 42 |
| Inventories (Note 13) | 484 | 426 |
| Commodity and other derivative contractual assets (Note 7) | 2,619 | 2,534 |
| Accumulated deferred income taxes | 101 | 44 |
| Margin deposits related to commodity positions | 158 | 439 |
| Other current assets | 145 | 165 |
| Total current assets | 6,727 | 6,755 |
| Restricted cash (Note 13) | 1,150 | 1,267 |
| Investments (Note 13) | 744 | 645 |
| Property, plant and equipment—net (Note 13) | 30,019 | 29,522 |
| Goodwill (Note 2) | 14,316 | 14,386 |
| Intangible assets—net (Note 2) | 2,907 | 2,993 |
| Regulatory assets—net (Note 13) | 1,755 | 1,892 |
| Commodity and other derivative contractual assets (Note 7) | 1,153 | 962 |
| Other noncurrent assets, principally unamortized debt issuance costs | 880 | 841 |
| Total assets | $59,651 | $59,263 |
| **LIABILITIES AND EQUITY** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 4) | $ 1,437 | $ 1,237 |
| Long-term debt due currently (Note 4) | 326 | 385 |
| Trade accounts payable | 738 | 1,143 |
| Commodity and other derivative contractual liabilities (Note 7) | 2,649 | 2,908 |
| Margin deposits related to commodity positions | 504 | 525 |
| Accrued interest | 856 | 524 |
| Other current liabilities | 694 | 612 |
| Total current liabilities | 7,204 | 7,334 |
| Accumulated deferred income taxes | 6,063 | 5,926 |
| Investment tax credits | 38 | 42 |
| Commodity and other derivative contractual liabilities (Note 7) | 1,343 | 2,095 |
| Long-term debt, less amounts due currently (Note 4) | 41,442 | 40,838 |
| Other noncurrent liabilities and deferred credits (Note 13) | 5,375 | 5,205 |
| Total liabilities | 61,465 | 61,440 |
| Commitments and Contingencies (Note 5) | | |
| Equity (Note 6): | | |
| EFH Corp. shareholders' equity | (3,234) | (3,532) |
| Noncontrolling interests in subsidiaries | 1,420 | 1,355 |
| Total equity | (1,814) | (2,177) |
| Total liabilities and equity | $59,651 | $59,263 |

See Notes to Financial Statements.

F-116

EFIHMW00246194

ENERGY FUTURE HOLDINGS CORP. AND SUBSIDIARIES
NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
(Unaudited)

## 1.  BUSINESS AND SIGNIFICANT ACCOUNTING POLICIES

*Description of Business*

EFH Corp., a Texas corporation, is a Dallas-based holding company conducting its operations principally through its TCEH and Oncor subsidiaries. TCEH is a holding company for subsidiaries engaged in competitive electricity market activities largely in Texas, including electricity generation, development and construction of new generation facilities, wholesale energy sales and purchases, commodity risk management and trading activities, and retail electricity sales. Oncor is a majority (approximately 80%) owned subsidiary engaged in regulated electricity transmission and distribution operations in Texas.

References in this report to "we," "our," "us" and "the company" are to EFH Corp. and/or its subsidiaries, TCEH and/or its subsidiaries, or Oncor and/or its subsidiary as apparent in the context. See "Glossary" for other defined terms.

Various "ring-fencing" measures have been taken to enhance the credit quality of Oncor. Such measures include, among other things: the sale of a 19.75% equity interest in Oncor to Texas Transmission in November 2008; maintenance of separate books and records for the Oncor Ring-Fenced Entities; Oncor's board of directors being comprised of a majority of independent directors, and prohibitions on the Oncor Ring-Fenced Entities providing credit support to, or receiving credit support from, any member of the Texas Holdings Group. The assets and liabilities of the Oncor Ring-Fenced Entities are separate and distinct from those of the Texas Holdings Group and none of the assets of the Oncor Ring-Fenced Entities are available to satisfy the debt or other obligations of any member of the Texas Holdings Group. Moreover, Oncor's operations are conducted, and its cash flows managed, independently from the Texas Holdings Group. Oncor Holdings is consolidated with EFH Corp. as a variable interest entity under consolidations accounting standards.

We have two reportable segments: the Competitive Electric segment, which is comprised principally of TCEH, and the Regulated Delivery segment, which is comprised of Oncor and its wholly-owned bankruptcy-remote financing subsidiary. See Note 12 for further information concerning reportable business segments.

*Basis of Presentation*

The condensed consolidated financial statements have been prepared in accordance with US GAAP and on the same basis as the audited financial statements included in the 2008 Form 10-K, with the exception of the adoption of new accounting and disclosure guidance related to derivative instruments and hedging activities, subsequent events and reporting of fair value as discussed below. All adjustments (consisting of normal recurring accruals) necessary for a fair presentation of the results of operations and financial position have been included therein. All intercompany items and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in annual consolidated financial statements prepared in accordance with US GAAP have been omitted pursuant to the rules and regulations of the SEC. Because the condensed consolidated interim financial statements do not include all of the information and footnotes required by US GAAP, they should be read in conjunction with the audited financial statements and related notes included in the 2008 Form 10-K. The results of operations for an interim period may not give a true indication of results for a full year. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated. Subsequent events have been evaluated through October 29, 2009, the date these condensed consolidated financial statements were issued.

Confidential

EFIHMW00246195

*Use of Estimates*

Preparation of the financial statements requires estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including fair value measurements. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Changes in Accounting Standards*

In August 2009, the FASB issued guidance on measuring fair value of liabilities, which provides clarification of fair value measurement when there is limited or no observable data available. This new guidance is effective for periods beginning October 1, 2009. We are evaluating the impact of this new guidance, but currently do not expect a material effect on our financial statements.

In June 2009, the FASB issued "The *FASB Accounting Standards Codification*™ and the Hierarchy of Generally Accepted Accounting Principles," which establishes the *FASB Accounting Standards Codification*™ (Codification) as the source of authoritative US GAAP recognized by the FASB to be applied to nongovernmental entities. The Codification was effective for financial statements issued for interim and annual periods ending after September 15, 2009. The adoption of the Codification did not affect reported results of operations, financial condition or cash flows. We implemented the Codification in this Form 10-Q.

In June 2009, the FASB issued new guidance that (i) changes how a reporting entity determines when an entity that is insufficiently capitalized or is not controlled through voting (or similar rights) should be consolidated and (ii) requires additional disclosures. This new guidance is effective for periods beginning after November 15, 2009. We are evaluating the impact of this new guidance, but currently do not expect a material effect on our financial statements.

In June 2009, the FASB issued new guidance regarding accounting for transfers of financial assets that eliminates the concept of a qualifying special purpose entity, changes the requirements for derecognizing financial assets and requires additional disclosures. This new guidance is effective in the first quarter of 2010. We continue to evaluate the impact of this new guidance on our financial statements and footnote disclosures; however, we currently expect that our accounts receivable securitization program discussed in Note 3 will no longer be accounted for as a sale of accounts receivable as a result of the guidance, and the funding under the program will be reported as short-term borrowings. This new guidance will not impact the covenant-related ratio calculations in our debt agreements.

In May 2009, the FASB issued new guidance related to subsequent events that requires disclosure of the date through which we have evaluated subsequent events related to the financial statements being issued and the basis for that date. This guidance was effective for interim and annual reporting periods ending after June 15, 2009. Our adoption of this guidance as of April 1, 2009 did not affect reported results of operations, financial condition or cash flows, and the required disclosure is provided above in "Basis of Presentation."

In April 2009, the FASB issued new guidance regarding determining fair value when the volume and level of activity for the asset or liability have significantly decreased and identifying transactions that are not orderly. This guidance was effective for interim reporting periods ending after June 15, 2009, and we adopted it as of April 1, 2009. This guidance did not change our fair value measurement techniques. However, this guidance requires disclosures of additional detail of securities held in our nuclear decommissioning trust that are provided in Notes 8 and 13.

In April 2009, the FASB issued new guidance regarding the recognition and presentation of other-than-temporary impairments, which changed the guidance for recording impairment of investments in debt securities.

F-118

EFIHMW00246196

This guidance was effective for interim and annual reporting periods ending after June 15, 2009, and is expected to affect many utility companies that hold debt securities in nuclear decommissioning trust funds. However, our adoption as of April 1, 2009 did not affect the accounting for our nuclear decommissioning trust fund because the trust balance is reported at fair value, with changes in fair value of the trust resulting in changes in Oncor's regulatory asset or liability related to the decommissioning cost. This new guidance also requires the disclosure of information about the fair value of the investments for interim reporting as provided in Note 13.

In April 2009, the FASB issued new guidance requiring the disclosure of summarized financial information about the fair value of financial instruments for interim reporting. This new guidance was effective for interim reporting periods ending after June 15, 2009, and we adopted it as of April 1, 2009. As this new guidance provides only disclosure requirements, the adoption did not have any effect on reported results of operations, financial condition or cash flows. The disclosures are provided in Note 9.

In December 2008, the FASB issued new guidance for employers' disclosures about postretirement benefit plan assets. This new guidance provides enhanced disclosures regarding how investment allocation decisions are made and certain aspects of fair value measurements on plan assets. The required disclosures are intended to provide transparency related to the types of assets and associated risks in an employer's defined benefit pension or other postretirement employee benefits plan and events in the economy and markets that could have a significant effect on the value of plan assets. These new disclosure requirements are effective for fiscal years ending after December 15, 2009. As this new guidance provides only disclosure requirements, the adoption will not have any effect on reported results of operations, financial condition or cash flows.

In March 2008, the FASB issued amended disclosure guidance for derivative instruments and hedging activities. This amended guidance enhances required disclosures regarding derivatives and hedging activities to enable investors to better understand their effects on an entity's financial position, financial performance and cash flows. This guidance was effective with reporting for the three months ended March 31, 2009. As this guidance provides only disclosure requirements, the adoption did not have any effect on reported results of operations or financial condition. The disclosures are provided in Note 7.

In December 2007, the FASB issued amended guidance for accounting for noncontrolling interests in consolidated financial statements effective for fiscal years beginning on or after December 15, 2008. This amended guidance requires noncontrolling interests in subsidiaries initially to be measured at fair value and classified as a separate component of equity. Effective January 1, 2009, on a retrospective basis, we classified the noncontrolling interests created as a result of Oncor's November 2008 sale of equity interests ($1.355 billion as of December 31, 2008) and those created as part of the nuclear generation development joint venture formed in the first quarter of 2009 as a separate component of equity in the balance sheet, and reported consolidated net income (loss) includes the net income attributable to noncontrolling interests.

## 2.    GOODWILL AND IDENTIFIABLE INTANGIBLE ASSETS

*Goodwill*

Reported goodwill as of September 30, 2009 totaled $14.3 billion, with $10.2 billion assigned to the Competitive Electric segment and $4.1 billion to the Regulated Delivery segment. Reported goodwill as of December 31, 2008 totaled $14.4 billion, with $10.3 billion assigned to the Competitive Electric segment and $4.1 billion to the Regulated Delivery segment. None of this goodwill balance is being deducted for tax purposes.

In the first quarter of 2009, we recorded a $90 million goodwill impairment charge largely related to the Competitive Electric segment. This charge resulted from the completion of fair value calculations supporting the initial $8.860 billion goodwill impairment charge that was recorded in the fourth quarter of 2008. The impairment charge primarily reflected the dislocation in the capital markets during the fourth quarter of 2008 that increased interest rate spreads and the resulting discount rates used in estimating fair values and the effect of

F-119

EFIHMW00246197

declines in market values of debt and equity securities of comparable companies. The impairment determination involved significant assumptions and judgments in estimating enterprise values of the Competitive Electric and Regulated Delivery segments and the fair values of their assets and liabilities. There have been no other goodwill impairments recorded since the Merger.

The calculations supporting the impairment determination utilized models that take into consideration multiple inputs, including commodity prices, debt yields, equity prices of comparable companies and other inputs. Those models were generally used in developing long-term forward price curves for certain commodities and discount rates for determining fair values of our reporting units as well as certain individual assets and liabilities of those businesses. The fair value measurements resulting from such models are classified as Level 3 measurements consistent with accounting standards related to the determination of fair value (see Note 8).

### Identifiable Intangible Assets

Identifiable intangible assets reported in the balance sheet are comprised of the following:

| | As of September 30, 2009 | | | As of December 31, 2008 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Retail customer relationship ............... | $ 463 | $194 | $ 269 | $ 463 | $130 | $ 333 |
| Favorable purchase and sales contracts ...... | 700 | 340 | 360 | 700 | 249 | 451 |
| Capitalized in-service software ............ | 445 | 153 | 292 | 255 | 116 | 139 |
| Environmental allowances and credits ...... | 988 | 187 | 801 | 994 | 121 | 873 |
| Land easements and other ................ | 203 | 75 | 128 | 203 | 71 | 132 |
| Total intangible assets subject to amortization ..................... | $2,799 | $949 | 1,850 | $2,615 | $687 | 1,928 |
| Trade name (not subject to amortization) .... | | | 955 | | | 955 |
| Mineral interests (not currently subject to amortization) ......................... | | | 102 | | | 110 |
| Total intangible assets ............... | | | $2,907 | | | $2,993 |

F-120

Confidential

EFIHMW00246198

**PX 014**
**Page 480 of 1116**

Amortization expense related to intangible assets consisted of:

| Intangible Asset (Income Statement line) | Segment | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|---|
| | | 2009 | 2008 | 2009 | 2008 |
| Retail customer relationship (Depreciation and amortization) | Competitive Electric | $21 | $13 | $ 64 | $ 39 |
| Favorable purchase and sales contracts (Operating revenues/ fuel, purchased power costs and delivery fees) | Competitive Electric | 18 | 9 | 91 | 115 |
| Capitalized in-service software (Depreciation and amortization) | All | 16 | 11 | 39 | 33 |
| Environmental allowances and credits (Fuel, purchased power costs and delivery fees) | Competitive Electric | 25 | 28 | 66 | 77 |
| Land easements and other (Depreciation and amortization) | All | 2 | 1 | 4 | 2 |
| Total amortization expense | | $82 | $62 | $264 | $266 |

*Estimated Amortization of Intangible Assets*—The estimated aggregate amortization expense related to identifiable intangible assets for each of the next five fiscal years is as follows:

| Year | Amount |
|---|---|
| 2009 | $365 |
| 2010 | 265 |
| 2011 | 205 |
| 2012 | 161 |
| 2013 | 135 |

## 3.   TRADE ACCOUNTS RECEIVABLE AND SALE OF RECEIVABLES PROGRAM

TXU Energy participates in an accounts receivable securitization program, the activity under which is accounted for as a sale of accounts receivable in accordance with transfers and servicing accounting standards (see Note 1 for discussion of a new accounting standard effective in the first quarter of 2010). Under the program, TXU Energy (originator) sells trade accounts receivable to TXU Receivables Company, which is a special purpose entity created for the purpose of purchasing receivables from the originator and is a consolidated wholly-owned bankruptcy-remote direct subsidiary of EFH Corp. TXU Receivables Company sells undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions (the funding entities).

Program funding totaled $700 million at September 30, 2009, the maximum amount currently available under the accounts receivable securitization program.

All new trade receivables under the program generated by the originator are continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Changes in the amount of funding under the program, through changes in the amount of undivided interests sold by TXU

F-121

EFIHMW00246199

Receivables Company, reflect seasonal variations in the level of accounts receivable, changes in collection trends and other factors such as changes in sales prices and volumes. TXU Receivables Company has issued subordinated notes payable to the originator for the difference between the face amount of the uncollected accounts receivable purchased, less a discount, and cash paid to the originator that was funded by the sale of the undivided interests. The balance of the subordinated notes payable, which is eliminated in consolidation, totaled $489 million and $268 million at September 30, 2009 and December 31, 2008, respectively.

The discount from face amount on the purchase of receivables from the originator principally funds program fees paid to the funding entities. The program fees, which are also referred to as losses on sale of the receivables under transfers and servicing accounting standards, consist primarily of interest costs on the underlying financing. The discount also funds a servicing fee paid by TXU Receivables Company to EFH Corporate Services Company, a direct wholly-owned subsidiary of EFH Corp., which provides recordkeeping services and is the collection agent for the program.

Program fee amounts, which are reported in SG&A expenses, were as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| Program fees ......................................... | $ 2 | $ 7 | $ 9 | $ 18 |
| Program fees as a percentage of average funding (annualized) ........ | 1.3% | 4.2% | 2.4% | 5.2% |

The trade accounts receivable balance reported in the September 30, 2009 consolidated balance sheet includes $1.189 billion face amount of retail accounts receivable sold and has been reduced by proceeds from the sale of undivided interests in those receivables totaling $700 million. Funding under the program increased $284 million and $337 million for the nine month periods ending September 30, 2009 and 2008, respectively. Funding increases or decreases under the program are reflected as operating cash flow activity in the statement of cash flows. The carrying amount of the retained interests in the accounts receivable balance approximated fair value due to the short-term nature of the collection period.

Activities of TXU Receivables Company were as follows:

| | Nine Months Ended September 30, | |
|---|---|---|
| | 2009 | 2008 |
| Cash collections on accounts receivable .......................................... | $ 4,660 | $ 4,881 |
| Face amount of new receivables purchased ........................................ | (5,165) | (5,263) |
| Discount from face amount of purchased receivables (to fund fees paid) ................. | 11 | 22 |
| Program fees paid to funding entities ............................................. | (9) | (18) |
| Servicing fees paid to EFH Corp. subsidiary for recordkeeping and collection services ..... | (2) | (3) |
| Increase in subordinated notes payable ........................................... | 221 | 44 |
| Operating cash flows provided to originator under the program ....................... | $ (284) | $ (337) |

The program, which expires in October 2013, may be terminated upon the occurrence of a number of specified events, including if the delinquency ratio (delinquent for 31 days) for the sold receivables, the default ratio (delinquent for 91 days or deemed uncollectible), the dilution ratio (reductions for discounts, disputes and other allowances) or the days collection outstanding ratio exceed stated thresholds, and the funding entities do not waive such event of termination. The thresholds apply to the entire portfolio of sold receivables. In addition, the program may be terminated if TXU Receivables Company or the EFH Corp. subsidiary acting as collection agent defaults in any payment with respect to debt in excess of $50,000 in the aggregate for such entities, or if TCEH, any affiliate of TCEH acting as collection agent other than the EFH Corp. subsidiary, any parent

F-122

EFIHMW00246200

guarantor of the originator or the originator shall default in any payment with respect to debt (other than hedging obligations) in excess of $200 million in the aggregate for such entities. As of September 30, 2009, there were no such events of termination.

Upon termination of the program, cash flows would be delayed as collections of sold receivables would be used by TXU Receivables Company to repurchase the undivided interests from the funding entities instead of purchasing new receivables. The level of cash flows would normalize in approximately 16 to 30 days.

The subordinated notes issued by TXU Receivables Company are subordinated to the undivided interests of the funding entities in the purchased receivables.

*Trade Accounts Receivable*

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| Gross wholesale and retail trade accounts receivable | $1,800 | $1,705 |
| Undivided interests in retail accounts receivable sold by TXU Receivables Company | (700) | (416) |
| Allowance for uncollectible accounts | (86) | (70) |
| Trade accounts receivable—reported in balance sheet | $1,014 | $1,219 |

Gross trade accounts receivable at September 30, 2009 and December 31, 2008 included unbilled revenues of $526 million and $505 million, respectively.

*Allowance for Uncollectible Accounts Receivable*

| | Nine Months Ended September 30, | |
|---|---|---|
| | 2009 | 2008 |
| Allowance for uncollectible accounts receivable as of beginning of period | $ 70 | $ 32 |
| Increase for bad debt expense | 84 | 58 |
| Decrease for account write-offs | (67) | (47) |
| Charge related to Lehman bankruptcy | —— | 26 |
| Other | (1) | —— |
| Allowance for uncollectible accounts receivable as of end of period | $ 86 | $ 69 |

## 4.   SHORT-TERM BORROWINGS AND LONG-TERM DEBT

*Short-Term Borrowings*

At September 30, 2009, we had outstanding short-term borrowings of $1.437 billion at a weighted average interest rate of 2.60%, excluding certain customary fees, at the end of the period. Short-term borrowings under credit facilities totaled $900 million for TCEH and $537 million for Oncor.

At December 31, 2008, we had outstanding short-term borrowings of $1.237 billion at a weighted average interest rate of 3.41%, excluding certain customary fees, at the end of the period. Short-term borrowings under credit facilities totaled $900 million for TCEH and $337 million for Oncor.

F-123

EFIHMW00246201

**PX 014**
**Page 483 of 1116**

*Credit Facilities*

Our credit facilities with cash borrowing and/or letter of credit availability at September 30, 2009 are presented below. The facilities are all senior secured facilities of the authorized borrower.

| Authorized Borrowers and Facility | Maturity Date | At September 30, 2009 | | | |
| --- | --- | --- | --- | --- | --- |
| | | Facility Limit | Letters of Credit | Cash Borrowings | Availability |
| TCEH Delayed Draw Term Loan Facility (a) . . . . . . | October 2014 | $  4,100 | $— | $4,085 | $  — |
| TCEH Revolving Credit Facility (b) . . . . . . . . . . . . . | October 2013 | 2,700 | 38 | 900 | 1,736 |
| TCEH Letter of Credit Facility (c) . . . . . . . . . . . . . . | October 2014 | 1,250 | — | 1,250 | — |
| Subtotal TCEH (d) . . . . . . . . . . . . . . . . . . . . . . . | | $  8,050 | $ 38 | $6,235 | $ 1,736 |
| TCEH Commodity Collateral Posting Facility (e) . . . | December 2012 | Unlimited | $— | $ — | Unlimited |
| Oncor Revolving Credit Facility (f) . . . . . . . . . . . . . | October 2013 | $  2,000 | $— | $ 537 | $ 1,341 |

(a)   Facility was used to fund expenditures for constructing certain new generation facilities and environmental upgrades of existing generation facilities. Availability amount excludes $15 million of commitments from a subsidiary of Lehman Brothers Holding Inc. (such subsidiary, Lehman) that has filed for bankruptcy under Chapter 11 of the US Bankruptcy Code. Borrowings are classified as long-term debt.

(b)   Facility used for letters of credit and borrowings for general corporate purposes. Borrowings are classified as short-term borrowings. Availability amount includes $141 million of commitments from Lehman that are only available from the fronting banks and the swingline lender and excludes $26 million of requested cash draws that have not been funded by Lehman. All outstanding borrowings under this facility at September 30, 2009 bear interest at LIBOR plus 3.5%, and a commitment fee is payable quarterly in arrears at a rate per annum equal to 0.50% of the average daily unused portion of the facility.

(c)   Facility used for issuing letters of credit for general corporate purposes, including, but not limited to, providing collateral support under hedging arrangements and other commodity transactions that are not eligible for funding under the TCEH Commodity Collateral Posting Facility. The borrowings under this facility were drawn at the inception of the facility, are classified as long-term debt, and except for $115 million related to a letter of credit drawn in June 2009, have been retained as restricted cash. Letters of credit totaling $676 million issued as of September 30, 2009 are supported by the restricted cash, and the remaining letter of credit availability totals $459 million.

(d)   Pursuant to PUCT rules, TCEH is required to maintain available capacity under its credit facilities to assure adequate credit worthiness of TCEH's REP subsidiaries, including the ability to return retail customer deposits, if necessary. As a result, at September 30, 2009, the total availability under the TCEH credit facilities should be further reduced by $237 million.

(e)   Revolving facility used to fund cash collateral posting requirements for specified volumes of natural gas hedges totaling approximately 650 million MMBtu as of September 30, 2009. As of September 30, 2009, there were no borrowings under this facility. See "TCEH Senior Secured Facilities" below for additional information.

(f)   Facility used by Oncor for its general corporate purposes. Borrowings are classified as short-term borrowings. Availability amount excludes $122 million of commitments from Lehman. All outstanding borrowings under this facility at September 30, 2009 bear interest at LIBOR plus 0.350%, and a facility fee is payable (currently at a rate per annum equal to 0.125%) on the commitments under the facility. The interest rate and facility fee rate per annum declined in June 2009 from LIBOR plus 0.425% and 0.150%, respectively, due to a two notch upgrade in Oncor's credit ratings by Moody's.

Confidential

EFIHMW00246202

*Long-Term Debt*

At September 30, 2009 and December 31, 2008, long-term debt consisted of the following:

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| **TCEH** | | |
| Pollution Control Revenue Bonds: | | |
| Brazos River Authority: | | |
| 5.400% Fixed Series 1994A due May 1, 2029 . . . . . . . . . . . . . . . . . . . . . . . . . . . | $    39 | $    39 |
| 7.700% Fixed Series 1999A due April 1, 2033 (a) . . . . . . . . . . . . . . . . . . . . . . . | 111 | 111 |
| 6.750% Fixed Series 1999B due September 1, 2034, remarketing date April 1, 2013 (a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | 16 |
| 7.700% Fixed Series 1999C due March 1, 2032 . . . . . . . . . . . . . . . . . . . . . . . . | 50 | 50 |
| 8.250% Fixed Series 2001A due October 1, 2030 . . . . . . . . . . . . . . . . . . . . . . . | 71 | 71 |
| 5.750% Fixed Series 2001C due May 1, 2036, remarketing date November 1, 2011 (a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 217 | 217 |
| 8.250% Fixed Series 2001D-1 due May 1, 2033 . . . . . . . . . . . . . . . . . . . . . . . . | 171 | 171 |
| 0.450% Floating Series 2001D-2 due May 1, 2033 (b) . . . . . . . . . . . . . . . . . . . | 97 | 97 |
| 0.340% Floating Taxable Series 2001I due December 1, 2036 (c) . . . . . . . . . . . . . | 62 | 62 |
| 0.450% Floating Series 2002A due May 1, 2037 (b) . . . . . . . . . . . . . . . . . . . . . | 45 | 45 |
| 6.750% Fixed Series 2003A due April 1, 2038. remarketing date April 1, 2013 (a) . . | 44 | 44 |
| 6.300% Fixed Series 2003B due July 1, 2032 . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | 39 |
| 6.750% Fixed Series 2003C due October 1, 2038 . . . . . . . . . . . . . . . . . . . . . . . | 52 | 52 |
| 5.400% Fixed Series 2003D due October 1, 2029, remarketing date October 1, 2014 (a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31 | 31 |
| 5.000% Fixed Series 2006 due March 1, 2041 . . . . . . . . . . . . . . . . . . . . . . . . . | 100 | 100 |
| Sabine River Authority of Texas: | | |
| 6.450% Fixed Series 2000A due June 1, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . | 51 | 51 |
| 5.500% Fixed Series 2001A due May 1, 2022, remarketing date November 1, 2011 (a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 91 | 91 |
| 5.750% Fixed Series 2001B due May 1, 2030, remarketing date November 1, 2011 (a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 107 | 107 |
| 5.200% Fixed Series 2001C due May 1, 2028 . . . . . . . . . . . . . . . . . . . . . . . . . | 70 | 70 |
| 5.800% Fixed Series 2003A due July 1, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | 12 |
| 6.150% Fixed Series 2003B due August 1, 2022 . . . . . . . . . . . . . . . . . . . . . . . | 45 | 45 |
| Trinity River Authority of Texas: | | |
| 6.250% Fixed Series 2000A due May 1, 2028 . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | 14 |
| Unamortized fair value discount related to pollution control revenue bonds (d) . . . . . | (150) | (161) |
| Senior Secured Facilities: | | |
| 3.754% TCEH Initial Term Loan Facility maturing October 10, 2014 (e)(f) . . . . . . . . | 16,121 | 16,244 |
| 3.754% TCEH Delayed Draw Term Loan Facility maturing October 10, 2014 (e)(f) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,085 | 3,562 |
| 3.754% TCEH Letter of Credit Facility maturing October 10, 2014 (f) . . . . . . . . . . . | 1,250 | 1,250 |
| 0.243% TCEH Commodity Collateral Posting Facility maturing December 31, 2012 (g) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ----- | ----- |
| Other: | | |
| 10.25% Fixed Senior Notes due November 1, 2015 . . . . . . . . . . . . . . . . . . . . . . | 3,000 | 3,000 |
| 10.25% Fixed Senior Notes Series B due November 1, 2015 . . . . . . . . . . . . . . . . . | 2,000 | 2,000 |
| 10.50 / 11.25% Senior Toggle Notes due November 1, 2016 . . . . . . . . . . . . . . . . . | 1,848 | 1,750 |
| 7.000% Fixed Senior Notes due March 15, 2013 . . . . . . . . . . . . . . . . . . . . . . . | 5 | 5 |
| 7.100% Promissory Note due January 5, 2009 . . . . . . . . . . . . . . . . . . . . . . . . . | — | 65 |
| 7.460% Fixed Secured Facility Bonds with amorting payments through January 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 55 | 67 |
| Capital lease obligations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 158 | 159 |
| Unamortized fair value discount (d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (5) | (6) |
| Total TCEH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $29,902 | $29,470 |

F-125

Confidential

|  | September 30, 2009 | December 31, 2008 |
|---|---|---|
| **EFC Holdings** | | |
| 9.580% Fixed Notes due in semiannual installments through December 4, 2019 . . . . . . . . | $    55 | $    55 |
| 8.254% Fixed Notes due in quarterly installments through December 31, 2021 . . . . . . . . | 51 | 53 |
| 1.283% Floating Rate Junior Subordinated Debentures, Series D due January 30, 2037 (f) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 1 |
| 8.175% Fixed Junior Subordinated Debentures, Series E due January 30, 2037 . . . . . . . . | 8 | 8 |
| Unamortized fair value discount (d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (12) | (12) |
| Total EFC Holdings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 103 | 105 |
| **EFH Corp. (parent entity)** | | |
| 10.875% Fixed Senior Notes due November 1, 2017 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,000 | 2,000 |
| 11.25 / 12.00% Senior Toggle Notes due November 1, 2017 . . . . . . . . . . . . . . . . . . . . . | 2,650 | 2,500 |
| 4.800% Fixed Senior Notes Series O due November 15, 2009 . . . . . . . . . . . . . . . . . . . . | 3 | 3 |
| 5.550% Fixed Senior Notes Series P due November 15, 2014 . . . . . . . . . . . . . . . . . . . . | 1,000 | 1,000 |
| 6.500% Fixed Senior Notes Series Q due November 15, 2024 . . . . . . . . . . . . . . . . . . . . | 750 | 750 |
| 6.550% Fixed Senior Notes Series R due November 15, 2034 . . . . . . . . . . . . . . . . . . . . | 750 | 750 |
| 8.820% Building Financing due semiannually through February 11, 2022 (h) . . . . . . . . . . | 75 | 80 |
| Unamortized fair value premium related to Building Financing (d) . . . . . . . . . . . . . . . . | 17 | 22 |
| Unamortized fair value discount (d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (619) | (661) |
| Total EFH Corp. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,626 | 6,444 |
| **Oncor (i)** | | |
| 6.375% Fixed Senior Notes due May 1, 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 700 | 700 |
| 5.950% Fixed Senior Notes due September 1, 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 650 | 650 |
| 6.375% Fixed Senior Notes due January 15, 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 500 | 500 |
| 6.800% Fixed Senior Notes due September 1, 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 550 | 550 |
| 7.000% Fixed Debentures due September 1, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 800 | 800 |
| 7.000% Fixed Senior Notes due May 1, 2032 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 500 | 500 |
| 7.250% Fixed Senior Notes due January 15, 2033 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 350 | 350 |
| 7.500% Fixed Senior Notes due September 1, 2038 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 300 | 300 |
| Unamortized discount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (15) | (16) |
| Total Oncor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,335 | 4,334 |
| Oncor Electric Delivery Transition Bond Company LLC (j) | | |
| 4.030% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | 54 |
| 4.950% Fixed Series 2003 Bonds due in semiannual installments through February 15, 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 130 | 130 |
| 5.420% Fixed Series 2003 Bonds due in semiannual installments through August 15, 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 145 | 145 |
| 3.520% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2009 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | 39 |
| 4.810% Fixed Series 2004 Bonds due in semiannual installments through November 15, 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 221 | 221 |
| 5.290% Fixed Series 2004 Bonds due in semiannual installments through May 15, 2016 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 290 | 290 |
| Total Oncor Electric Delivery Transition Bond Company LLC . . . . . . . . . . . . . . . . . . | 809 | 879 |
| Unamortized fair value discount related to transition bonds (d) . . . . . . . . . . . . . . . . . . . | (7) | (9) |
| Total Oncor consolidated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,137 | 5,204 |
| Total EFH Corp. consolidated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41,768 | 41,223 |
| Less amount due currently . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (326) | (385) |
| Total long-term debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $41,442 | $40,838 |

(a)   These series are in the multiannual interest rate mode and are subject to mandatory tender prior to maturity on the mandatory remarketing date. On such date, the interest rate and interest rate period will be reset for the bonds.

(b)   Interest rates in effect at September 30, 2009. These series are in a daily interest rate mode and are classified as long-term as they are supported by long-term irrevocable letters of credit.

Confidential

EFIHMW00246204

**PX 014**
**Page 486 of 1116**

(c) Interest rate in effect at September 30, 2009. This series is in a weekly interest rate mode and is classified as long-term as it is supported by long-term irrevocable letters of credit.
(d) Amount represents unamortized fair value adjustments recorded under purchase accounting.
(e) Interest rate swapped to fixed on $17.55 billion principal amount.
(f) Interest rates in effect at September 30, 2009.
(g) Interest rates in effect at September 30, 2009, excluding a quarterly maintenance fee of approximately $11 million. See "Credit Facilities" above for more information.
(h) This financing is secured and will be serviced with $115 million in restricted cash drawn in June 2009 by the beneficiary of a letter of credit. The issuer elected not to extend the expiration date of the letter of credit, and TCEH elected to allow the drawing in lieu of reissuing the letter of credit under the TCEH Revolving Credit Facility. The remaining $104 million of the prepayment (net of $11 million of debt service payments) is included in other current assets and other noncurrent assets on the balance sheet.
(i) Secured with first priority lien as discussed under "Oncor Revolving Credit Facility" below.
(j) These bonds are nonrecourse to Oncor and were issued to securitize a regulatory asset.

*Debt-Related Activity in 2009*—Repayments of long-term debt in 2009 totaling $297 million represented principal payments at scheduled maturity dates as well as other repayments totaling $39 million, principally related to capitalized leases. Payments at scheduled amortization or maturity dates included $123 million repaid under the TCEH Initial Term Loan Facility, $70 million of Oncor transition bond principal payments and $65 million of a TCEH promissory note.

Increases in long-term debt during 2009 totaling $522 million consisted of borrowings under the TCEH Delayed Draw Term Loan Facility, which was fully drawn as of July 2009, to fund expenditures related to construction of new generation facilities and environmental upgrades of existing lignite/coal-fueled generation facilities. In addition, long-term debt increased as a result of the issuance of $150 million of EFH Corp.'s 11.25%/12.00% Senior Toggle Notes due November 1, 2017 (EFH Corp. Toggle Notes) and $98 million of TCEH's 10.50%/11.25% Senior Toggle Notes due November 1, 2016 (TCEH Toggle Notes) in lieu of cash interest payments as discussed below.

EFH Corp. and TCEH have the option every six months at their discretion, ending with the payment due November 1, 2012, to use the payment-in-kind (PIK) feature of their respective toggle notes in lieu of making cash interest payments. Once EFH Corp. and/or TCEH make a PIK election, the election is valid for each succeeding interest payment period until EFH Corp. and/or TCEH revoke the applicable election.

EFH Corp. made its May 2009 interest payment and will make its November 2009 and May 2010 interest payments by using the PIK feature of the EFH Corp. Toggle Notes. During the applicable interest periods, the interest rate on the toggle notes is increased from 11.25% to 12.00%. EFH Corp. increased the aggregate principal amount of the EFH Corp. Toggle Notes by $150 million on May 1, 2009 and will further increase the aggregate principal amount of the EFH Corp. Toggle Notes by $159 million on November 1, 2009 and $169 million on May 1, 2010. The elections increased liquidity as of May 1, 2009 by an amount equal to approximately $141 million and will further increase liquidity as of November 1, 2009 and May 1, 2010 by an amount equal to approximately $149 million and approximately $158 million, respectively, with such amounts constituting the amount of cash interest that otherwise would have been payable on the respective dates, and will increase the expected annual cash interest expense by approximately $54 million, constituting the additional cash interest that will be payable with respect to the $478 million of additional toggle notes. These amounts may be affected by the debt exchange offers discussed below.

Similarly, TCEH made its May 2009 interest payment and will make its November 2009 and May 2010 interest payments by using the PIK feature of the TCEH Toggle Notes. During the applicable interest periods, the interest rate on the toggle notes is increased from 10.50% to 11.25%. TCEH increased the aggregate principal amount of the TCEH Toggle Notes by $98 million on May 1, 2009 and will further increase the aggregate principal amount of the TCEH Toggle Notes by approximately $104 million on November 1, 2009 and $110 million on May 1, 2010. The elections increased liquidity as of May 1, 2009 by an amount equal to approximately $92 million and will further increase liquidity as of November 1, 2009 and May 1, 2010 by an

F-127

amount equal to approximately $97 million and approximately $103 million, respectively, with such amounts constituting the amount of cash interest that otherwise would have been payable on the respective dates, and will increase the expected annual cash interest expense by approximately $33 million, constituting the additional cash interest that will be payable with respect to the $312 million of additional toggle notes.

*Debt Exchange Offers and Consent Solicitations*—In October 2009, EFH Corp., Intermediate Holding and EFIH Finance, a wholly-owned subsidiary of Intermediate Holding, (collectively, the Offerors) commenced offers to exchange certain EFH Corp. outstanding debt securities, consisting of the EFH Corp. Senior Notes and EFH Corp.'s Series P, Q and R notes (collectively, the EFH Corp. Securities), and the TCEH Cash-Pay Notes for up to $3.0 billion of new 9.75% senior secured notes due 2019 (new senior secured notes) to be issued by EFH Corp. ($1.35 billion) and Intermediate Holding and EFIH Finance ($1.65 billion), upon the terms and subject to certain conditions set forth in the prospectus relating to the exchange offers (Prospectus) and the related Consent and Letter of Transmittal. The purpose of the exchange offers is to reduce the outstanding principal amount and extend the weighted average maturity of the long-term debt of EFH Corp. and its subsidiaries. Under the terms of the exchange offers, the maximum principal amount of aggregate EFH Corp. Securities and TCEH Cash-Pay Notes that could be exchanged is approximately $4.9 billion.

Concurrent with the exchange offers, and upon the terms and subject to the conditions more fully described in the Prospectus and the related Consent and Letter of Transmittal, EFH Corp. is soliciting consents from holders of the EFH Corp. Securities to certain proposed amendments. The proposed amendments would eliminate substantially all of the restrictive covenants in the indentures governing the EFH Corp. Securities, eliminate certain events of default, modify covenants regarding mergers and consolidations, and modify or eliminate certain other provisions.

The exchange offers are not conditioned on any minimum principal amount of EFH Corp. Securities or TCEH Cash-Pay Notes being tendered or the issuance of a minimum principal amount of new senior secured notes or the receipt of requisite consents to adopt any of the proposed amendments to the indentures governing the EFH Corp. Securities. However, the exchange offers are subject to certain other conditions, including the conditions (which conditions cannot be waived) that the Registration Statement (as defined below), of which the Prospectus forms a part, has been declared effective by the SEC and that each series of the new senior secured notes to be issued in the exchange offers are approved for listing on the New York Stock Exchange, subject to notice of issuance, each as more fully described in the Prospectus. Subject to applicable law, the Offerors have the right to amend any of the exchange offers or the consent solicitations at any time and for any reason and to terminate or withdraw any of the exchange offers and consent solicitations if any of the conditions described in the Prospectus are not satisfied.

The Offerors filed a registration statement on Form S-4 (Registration Statement) relating to the exchange offers and the consent solicitations with the SEC on October 5, 2009 as amended on October 23, 2009. The Registration Statement has not yet become effective and the new senior secured notes may not be issued, nor may the exchange offers be completed, until such time as the Registration Statement has been declared effective by the SEC and is not subject to a stop order or any proceedings for that purpose. There is no assurance that the exchange offers and consent solicitations will be completed or that they will be completed on the terms and conditions described in the Prospectus.

*TCEH Senior Secured Facilities*—The applicable rate on borrowings under the TCEH Initial Term Loan Facility, the TCEH Delayed Draw Term Loan Facility, the TCEH Revolving Credit Facility and the TCEH Letter of Credit Facility as of September 30, 2009 is provided in the long-term debt table above and reflects LIBOR-based borrowings.

In August 2009, the Credit Agreement governing the TCEH Senior Secured Facilities was amended to reduce the existing first lien capacity under the TCEH Senior Secured Facilities by $1.25 billion in exchange for

Confidential

EFIHMW00246206

**PX 014**
**Page 488 of 1116**