*Commitment to Fund Demand Side Management Initiatives*

In connection with the Merger, Texas Holdings committed to spend $100 million over the five-year period ending December 31, 2012 on demand side management or other energy efficiency initiatives. This commitment is expected to be funded by EFH Corp. or EFC Holdings.

*Other Proceedings*

In addition to the above, EFC Holdings and its subsidiaries are involved in various other legal and administrative proceedings in the normal course of business the ultimate resolution of which, in the opinion of management, should not have a material effect on its financial position, results of operations or cash flows.

*Labor Contracts*

Certain personnel engaged in TCEH activities are represented by labor unions and covered by collective bargaining agreements with varying expiration dates. In January 2008, new one-year labor agreements were reached covering bargaining unit personnel engaged in the natural gas-fueled generation operations and were again renegotiated and completed in January 2009. Also in January 2008, a new two-year agreement was reached covering bargaining unit personnel engaged in lignite mining operations. In June 2008, a new labor agreement effective until October 2010 was reached covering bargaining unit personnel engaged in the Sandow lignite-fueled generation operations. In July 2008, a new labor agreement effective until September 2010 was reached covering bargaining unit personnel engaged in the Three Oaks lignite mining operations. In August 2008, a new labor agreement effective until August 2010 was reached covering bargaining unit personnel engaged in nuclear generation. Negotiations are currently underway with respect to the collective bargaining agreements covering bargaining unit personnel engaged in the Big Brown, Martin Lake and Oak Grove lignite-fueled generation operations and the natural gas-fueled generation operations. The current lignite-fueled generation operations contract, which expired November 2008, is in effect until either party gives notice to terminate. EFC Holdings expects that any changes in collective bargaining agreements will not have a material effect on its financial position, results of operations or cash flows; however, EFC Holdings is unable to predict the ultimate outcome of these labor negotiations.

*Environmental Contingencies*

The federal Clean Air Act, as amended (Clean Air Act) includes provisions which, among other things, place limits on sulfur dioxide and nitrogen oxide emissions produced by electricity generation plants. The capital requirements of EFC Holdings and its subsidiaries have not been significantly affected by the requirements of the Clean Air Act. In addition, all air pollution control provisions of the 1999 Restructuring Legislation have been satisfied.

EFC Holdings and its subsidiaries must comply with environmental laws and regulations applicable to the handling and disposal of hazardous waste. EFC Holdings and its subsidiaries believe that they are in compliance with current environmental laws and regulations; however, the impact, if any, of changes to existing regulations or the implementation of new regulations is not determinable.

The costs to comply with environmental regulations can be significantly affected by the following external events or conditions:

- enactment of state or federal regulations regarding $CO_2$ emissions;

- other changes to existing state or federal regulation regarding air quality, water quality, control of toxic substances and hazardous and solid wastes, and other environmental matters, and

- the identification of sites requiring clean-up or the filing of other complaints in which EFC Holdings or its subsidiaries may be asserted to be potential responsible parties.

F-275

Confidential

*Guarantees*

As discussed below, EFC Holdings and its subsidiaries have entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions.

*Residual value guarantees in operating leases*—Subsidiaries of EFC Holdings are the lessee under various operating leases that guarantee the residual values of the leased assets. At December 31, 2008, the aggregate maximum amount of residual values guaranteed was approximately $50 million with an estimated residual recovery of approximately $56 million. These leased assets consist primarily of mining equipment and rail cars. The average life of the residual value guarantees under the lease portfolio is approximately four years.

*Indebtedness guarantee*—In 1990, EFC Holdings repurchased an electric co-op's minority ownership interest in the Comanche Peak nuclear generation plant and assumed the co-op's indebtedness to the US government for the facilities. The indebtedness is included in long-term debt reported in the consolidated balance sheet. EFC Holdings is making principal and interest payments to the co-op in an amount sufficient for the co-op to make payments on its indebtedness. EFC Holdings guaranteed the co-op's payments, and in the event that the co-op fails to make its payments on the indebtedness, the US government would assume the co-op's rights under the agreement, and such payments would then be owed directly by EFC Holdings. At December 31, 2008, the balance of the indebtedness was $108 million with maturities of principal and interest extending to December 2021. The indebtedness is secured by a lien on the purchased facilities.

See Note 12 for discussion of guarantees and security for certain EFC Holdings indebtedness.

### Letters of Credit

At December 31, 2008, TCEH had outstanding letters of credit under its credit facilities totaling $767 million as follows:

- $342 million to support risk management and trading margin requirements in the normal course of business, including over-the-counter hedging transactions;

- $208 million to support floating rate pollution control revenue bond debt of $204 million principal amount. The letters of credit are available to fund the payment of such debt obligations and expire in 2014;

- $121 million to support obligations under the lease agreement for an EFH Corp. office building, and

- $96 million for miscellaneous credit support requirements.

### Nuclear Insurance

Nuclear insurance includes liability coverage, property damage, decontamination and premature decommissioning coverage and accidental outage and/or extra expense coverage. The liability coverage is governed by the Price-Anderson Act (Act), while the property damage, decontamination and premature decommissioning coverage are promulgated by the rules and regulations of the NRC. EFC Holdings intends to maintain insurance against nuclear risks as long as such insurance is available. EFC Holdings is self-insured to the extent that losses (i) are within the policy deductibles, (ii) are not covered per policy exclusions, terms and limitations, (iii) exceed the amount of insurance maintained, or (iv) are not covered due to lack of insurance availability. Such losses could have a material adverse effect on EFC Holdings' financial condition and its results of operations and cash flows.

With regard to liability coverage, the Act provides financial protection for the public in the event of a significant nuclear generation plant incident. The Act sets the statutory limit of public liability for a single nuclear incident at $12.5 billion and requires nuclear generation plant operators to provide financial protection

F-276

EFIHMW00246354

for this amount. The US Congress could impose revenue-raising measures on the nuclear industry to pay claims exceeding the $12.5 billion limit for a single incident mandated by the Act. As required, EFC Holdings provides this financial protection for a nuclear incident at Comanche Peak resulting in public bodily injury and property damage through a combination of private insurance and industry-wide retrospective payment plans. As the first layer of financial protection, EFC Holdings has $300 million of liability insurance from American Nuclear Insurers (ANI), which provides such insurance on behalf of a major stock insurance company pool, Nuclear Energy Liability Insurance Association. The second layer of financial protection is provided under an industry-wide retrospective payment program called Secondary Financial Protection (SFP).

Under the SFP, in the event of an incident at any nuclear generation plant in the US, each operating licensed reactor in the US is subject to an assessment of up to $117.5 million plus a 3% insurance premium tax, subject to increases for inflation every five years. Assessments are limited to $17.5 million per operating licensed reactor per year per incident. EFC Holdings' maximum potential assessment under the industry retrospective plan would be $235 million (excluding taxes) per incident but no more than $35 million in any one year for each incident. The potential assessment is triggered by a nuclear liability loss in excess of $300 million per accident at any nuclear facility. The SFP and liability coverage are not subject to any deductibles.

With respect to nuclear decontamination and property damage insurance, the NRC requires that nuclear generation plant license-holders maintain at least $1.1 billion of such insurance and require the proceeds thereof to be used to place a plant in a safe and stable condition, to decontaminate it pursuant to a plan submitted to and approved by the NRC before the proceeds can be used for plant repair or restoration or to provide for premature decommissioning. EFC Holdings maintains nuclear decontamination and property damage insurance for Comanche Peak in the amount of $2.25 billion (subject to $5 million deductible per accident), above which EFC Holdings is self-insured. This insurance coverage consists of a primary layer of coverage of $500 million provided by Nuclear Electric Insurance Limited (NEIL), a nuclear electric utility industry mutual insurance company and $1.75 billion of premature decommissioning coverage also provided by NEIL.

EFC Holdings maintains Accidental Outage Insurance through NEIL to cover the additional costs of obtaining replacement electricity from another source if one or both of the units at Comanche Peak are out of service for more than twelve weeks as a result of covered direct physical damage. The coverage provides for weekly payments of $3.5 million for the first fifty-two weeks and $2.8 million for the next 110 weeks for each outage, respectively, after the initial twelve-week waiting period. The total maximum coverage is $490 million per unit. The coverage amounts applicable to each unit will be reduced to 80% if both units are out of service at the same time as a result of the same accident.

If NEIL's losses exceeded its reserves for the applicable coverage, potential assessments in the form of a retrospective premium call could be made up to a total of $11.7 million for primary property, $14.1 million for excess property and $8.9 million for accidental outage.

Also, under the NEIL policies, if there were multiple terrorism losses occurring within a one-year time frame, NEIL would make available one industry aggregate limit of $3.2 billion plus any amounts it recovers from other sources up to the limits for each claimant. If terrorism losses occurred beyond the one-year period, a new set of limits and resources would apply.

## 14. SHAREHOLDERS' EQUITY

*Successor*

**Dividend to Parent to Fund Merger**—On October 10, 2007, EFC Holdings distributed $21.0 billion to EFH Corp. to provide partial funding of the Merger. EFC Holdings paid no cash distributions to EFH Corp. in 2008 or in the period from October 11, 2007 to December 31, 2007.

F-277

Confidential

*Dividend Restrictions*—The Second Amended and Restated Articles of Incorporation of EFC Holdings requires that all accrued and unpaid dividends with respect to the outstanding shares of preferred stock of EFC Holdings shall be paid in full before any dividends shall be paid upon or set apart for the shares of common stock.

Except for the preferred stock dividend restriction, there are no restrictions on EFC Holdings' ability to use its retained earnings or net income to make distributions on its equity. However, EFC Holdings relies on distributions or loans from TCEH to meet its cash requirements, including funding of distributions. The TCEH Senior Secured Facilities and Indenture contain restrictions on TCEH's ability to make distributions or loans to EFC Holdings. Thus, all of TCEH's net income, which represents essentially all of EFC Holdings' net income, is restricted from being used to make distributions or loans to EFC Holdings unless such distributions or loans are expressly permitted under the TCEH Senior Secured Facilities and Indenture. Those agreements generally permit TCEH to make unlimited distributions or loans to its parent companies, EFC Holdings and EFH Corp., for corporate overhead costs, selling, general and administrative expenses, taxes and principal and interest payments. In addition, those agreements contain certain investment and dividend baskets that would allow TCEH to make additional distributions and/or loans to its parent companies up to the amount of such baskets. The TCEH Senior Secured Facilities generally restrict TCEH from making any distribution to any of its parent companies for the ultimate purpose of making a distribution to Texas Holdings unless at the time, and after giving effect to such distribution, TCEH's consolidated total debt (as defined in the TCEH Senior Secured Facilities) to TCEH's Adjusted EBITDA would be equal to or less than 6.5 to 1.0.

See Note 19 for discussion of stock-based compensation plans.

*Predecessor*

*Intercompany Settlements and Contributions Related to the Merger*—In conjunction with the Merger, EFC Holdings recorded a $4.8 billion reduction in capital as the result of settlement of advances to, notes receivable from, and taxes payable to affiliates, as well as the net capital contribution to EFC Holdings resulting from the contributions of entities and net assets discussed in Note 4.

*EFC Holdings' Preferred Stock*—On October 1, 2007, EFC Holdings issued 4,000 shares of its $4.56 Series preferred stock to EFH Corp. in exchange for member interests in EFH Corp. subsidiaries engaged in the development of a lignite coal-fueled generation unit at Sandow.

The holders of preferred stock of EFC Holdings have no voting rights except for changes to the articles of incorporation that would change the rights or preferences of such stock, authorize additional shares of stock or create an equal or superior class of stock. The holders have the right to vote for the election of directors only if certain dividend arrearages exist.

*Cash Distributions to Parent*—EFC Holdings paid cash distributions to EFH Corp. of $1.135 billion for the period from January 1, 2007 through October 10, 2007 and $858 million in 2006.

*Noncash contributions*—Under SFAS 123(R), expense related to EFH Corp.'s stock-based incentive compensation awards granted to subsidiaries of EFC Holdings' employees is accounted for as a noncash capital contribution from EFH Corp. Accordingly, EFC Holdings recorded a credit to its shareholders' equity of $31 million in the period January 1, 2007 through October 10, 2007 and $21 million for the year ended December 31, 2006. See Note 19 for discussion of stock-based compensation plans.

See Note 1 for discussion of noncash contributions from EFH Corp. related to debt pushed down from EFH Corp. in accordance with SEC SAB Topic 5-J.

F-278

Confidential

### 15. COMMODITY AND OTHER DERIVATIVE CONTRACTUAL ASSETS AND LIABILITIES

The following table provides detail of commodity and other derivative contractual assets and liabilities as presented in the balance sheet:

| | Successor | | | |
| | December 31, 2008 | | | |
| | Commodity contracts | Cash flow hedges and other derivatives | Reclassification (a) | Total |
|---|---|---|---|---|
| Assets: | | | | |
| Current assets | $2,385 | $    14 | $   (8) | $ 2,391 |
| Noncurrent assets | 962 | — | — | 962 |
| Total | $3,347 | $    14 | $   (8) | $ 3,353 |
| Liabilities: | | | | |
| Current liabilities | $2,235 | $   503 | $   (8) | $ 2,730 |
| Noncurrent liabilities | 682 | 1,413 | — | 2,095 |
| Total | $2,917 | $ 1,916 | $   (8) | $ 4,825 |
| Net assets (liabilities) | $   430 | $(1,902) | $— | $(1,472) |

(a) Represents the effects of reclassification of the assets and liabilities to conform to the balance sheet presentation of current assets and liabilities.

| | Successor | | |
| | December 31, 2007 | | |
| | Commodity contracts | Cash flow hedges and other derivatives | Total |
|---|---|---|---|
| Assets: | | | |
| Current assets | $ 1,118 | $    8 | $ 1,126 |
| Noncurrent assets | 239 | 5 | 244 |
| Total | $ 1,357 | $   13 | $ 1,370 |
| Liabilities: | | | |
| Current liabilities | $ 1,042 | $   66 | $ 1,108 |
| Noncurrent liabilities | 2,232 | 220 | 2,452 |
| Total | $ 3,274 | $  286 | $ 3,560 |
| Net assets (liabilities) | $(1,917) | $(273) | $(2,190) |

Margin deposit net liabilities of $190 million and net assets of $445 million under master netting arrangements at December 31, 2008 and December 31, 2007, respectively, were not netted with derivative assets and liabilities since EFC Holdings has elected to present the amounts of derivative assets and liabilities on a gross basis in the balance sheet as provided in FSP FIN 39-1.

This presentation can result in significant volatility in commodity contract assets and liabilities because EFC Holdings enters into positions with the same counterparties that result in both assets and liabilities, and the underlying commodity prices can change significantly from period to period.

#### *Commodity Contract Assets and Liabilities*

Commodity contract assets and liabilities primarily represent fair values of natural gas and electricity derivative instruments that have not been designated as cash flow hedges or "normal" purchases or sales under

Confidential

SFAS 133. These instruments are marked-to-market, and the associated unrealized gains and losses are reported in the income statement in net gain (loss) from commodity hedging and trading activities.

A multi-year power sales agreement was entered into with Alcoa Inc. in the 2007 Predecessor period. The agreement was determined to have a "day one" out-of-the-money value of $235 million. The agreement was entered into concurrently with the transfer of an air permit from Alcoa Inc. to an EFC Holdings subsidiary as well as other agreements with Alcoa Inc. that provide, among other things, access to real property and a supply of lignite fuel, all of which provides value to EFC Holdings by providing the right and ability to develop, construct and operate a new lignite coal-fueled generation unit at Sandow. In consideration of this right and ability, the initial out-of-the-money value of the sales agreement, as well as a $29 million out-of-the-money value of a related interim power sales agreement entered into in late 2006, were recorded as part of the construction work-in-process asset balance for the Sandow unit. The out-of-the-money values were recorded as commodity contract liabilities. The contracts were revalued applying the principles of SFAS 157 as part of purchase accounting, and subsequent changes in the value of the contracts continue to be marked-to-market in net income.

Successor results include net "day one" losses of $68 million in the 2008 period and $8 million in the 2007 period, and predecessor results include net "day one" losses of $201 million in the 2007 period, primarily associated with contracts entered into at below market prices. Substantially all of these amounts represent losses associated with related series of transactions involving natural gas financial instruments intended to hedge exposure to future changes in electricity prices. The 2007 predecessor period amount is net of a $30 million "day one" gain associated with a long-term power purchase agreement. The net losses are reported in net gain (loss) from commodity hedging and trading activities.

### Other Derivative Assets and Liabilities

Other derivative assets and liabilities primarily represent fair values of interest rate swaps and also include fair values of commodity contracts that have been designated as cash flow hedges.

A significant portion of natural gas derivatives entered into to hedge future changes in electricity prices had previously been designated and accounted for as cash flow hedges. In March 2007, these instruments were dedesignated as cash flow hedges as allowed under SFAS 133, thus becoming subject to mark-to-market accounting in net income as the fair values change. See Note 12 for details of interest rate swaps previously designated as cash flow hedges.

A summary of cash flow hedge and other derivative assets and liabilities follows:

| | Successor | |
| --- | --- | --- |
| | December 31, 2008 | December 31, 2007 |
| Current and noncurrent assets: | | |
| Interest rate swaps (a) | $ (1) | $ 5 |
| Commodity-related cash flow hedges | 15 | 8 |
| Total | $ 14 | $ 13 |
| Current and noncurrent liabilities: | | |
| Interest rate swaps (a) | $1,908 | $285 |
| Commodity-related cash flow hedges | 8 | 1 |
| Total | $1,916 | $286 |

(a) The 2008 amount includes $1.868 billion in net liabilities related to interest rate hedges on $17.55 billion principal amount of debt and $41 million in net liabilities related to interest rate basis swaps on $13.045 billion principal amount of debt, both entered into after the Merger. As of August 29, 2008, changes in fair value of these swaps are marked-to-market in net income.

F-280

EFIHMW00246358

**PX 014**
**Page 640 of 1116**

*Other Cash Flow Hedge Information*—EFC Holdings experienced cash flow hedge ineffectiveness of $4 million in net losses in 2008, $111 million in net gains in 2007 (essentially all of which was in the Predecessor period) and $231 million in net gains in 2006. These amounts are pretax and are reported in the income statement in net gain (loss) from commodity hedging and trading activities.

The net effect of recording unrealized mark-to-market gains and losses arising from hedge ineffectiveness (versus recording gains and losses upon settlement) includes the above amounts as well as the effect of reversing unrealized ineffectiveness gains and losses recorded in previous periods to offset realized gains and losses in the current period. Such net unrealized effect totaled $4 million in net losses in the 2008 Successor period, $90 million in net gains in 2007 (essentially all of which was in the Predecessor period) and $239 million in net gains in 2006.

Accumulated other comprehensive income related to cash flow hedges at December 31, 2008 totaled $236 million in net losses (after-tax), substantially all of which relates to interest rate swaps. EFC Holdings expects that $112 million of net losses related to cash flow hedges included in accumulated other comprehensive income as of December 31, 2008 will be reclassified into net income during the next twelve months as the related hedged transactions affect net income.

## 16. INVESTMENTS

The balance of investments consists of the following:

|  | Successor | |
| --- | --- | --- |
|  | December 31, 2008 | December 31, 2007 |
| Nuclear decommissioning trust | $385 | $484 |
| Assets related to employee benefit plans, including employee savings programs | 36 | 55 |
| Land | 42 | 42 |
| Investment in affiliate holding Capgemini-related assets | 17 | 28 |
| Miscellaneous other | 4 | 4 |
| Total investments | $484 | $613 |

### Nuclear Decommissioning Trust

Investments in a trust that will be used to fund the costs to decommission the Comanche Peak nuclear generation plant are carried at fair value. Decommissioning costs are being recovered from Oncor's customers as a delivery fee surcharge over the life of the plant and deposited in the trust fund. Net gains and losses on investments in the trust fund are offset by a corresponding adjustment to a regulatory asset/liability. A summary of investments in the fund follows:

|  | Successor | | | |
| --- | --- | --- | --- | --- |
|  | December 31, 2008 | | | |
|  | Cost (a) | Unrealized gain | Unrealized loss | Fair market value |
| Debt securities | $203 | $ 4 | $(14) | $193 |
| Equity securities | 181 | 46 | (35) | 192 |
| Total | $384 | $ 50 | $(49) | $385 |

|  | Successor | | | |
| --- | --- | --- | --- | --- |
|  | December 31, 2007 | | | |
|  | Cost (a) | Unrealized gain | Unrealized loss | Fair market value |
| Debt securities | $193 | $ 3 | $ (1) | $195 |
| Equity securities | 168 | 129 | (8) | 289 |
| Total | $361 | $132 | $ (9) | $484 |

(a)  Includes realized gains and losses of securities sold.

F-281

Confidential

Debt securities held at December 31, 2008 mature as follows: $73 million in one to five years, $33 million in five to ten years and $87 million after ten years.

*Assets Related to Employee Benefit Plans*

The majority of these assets represent cash surrender values of life insurance policies that are purchased to fund liabilities under deferred compensation plans. EFH Corp. pays the premiums and is the beneficiary of these life insurance policies. As of December 31, 2008 and 2007, the face amount of these policies allocated to subsidiaries of EFC Holdings totaled $109 million and $125 million, and the net cash surrender values totaled $32 million and $38 million, respectively. Changes in cash surrender value are netted against premiums paid. Other investment assets held to satisfy deferred compensation liabilities are recorded at fair value.

## 17.  NOTICE OF TERMINATION OF OUTSOURCING ARRANGEMENTS

In connection with the closing of the Merger, EFH Corp. and TCEH commenced a review, under the change of control provisions, of certain outsourcing arrangements with Capgemini Energy LP (Capgemini), Capgemini America, Inc. and Capgemini North America, Inc. (collectively, CgE). During the fourth quarter of 2008, EFH Corp and TCEH executed a Separation Agreement with CgE. Simultaneous with the execution of that Separation Agreement, Oncor entered into a substantially similar Separation Agreement with CgE. The Separation Agreements principally provide for (i) notice of termination of each of the Master Framework Agreements, dated as of May 17, 2004, as each has been amended, between Capgemini and each of TCEH and Oncor and the related service agreements under each of the Master Framework Agreements and (ii) termination of the joint venture arrangements between EFH Corp. (and its applicable subsidiaries) and CgE. Under the Master Framework Agreements and related services agreements, Capgemini provides to EFC Holdings and its subsidiaries outsourced support services, including information technology, customer care and billing, human resources, procurement and certain finance and accounting activities.

The Separation Agreement acts as a notice of termination under the Master Framework Agreement and the related services agreements. As a result of the "change of control" of EFH Corp. that occurred as a result of the Merger, TCEH had the contractual right to terminate, without penalty, its Master Framework Agreement. TCEH has elected to exercise such right. Consistent with the Master Framework Agreement, to provide for an orderly transition of the services, the Separation Agreements requires that Capgemini provide termination assistance services until the services are transitioned back to TCEH and/or to another service provider. The Separation Agreement provides that the services be transitioned by December 31, 2010 (June 30, 2011, in the case of the information technology services). Each Master Framework Agreement will actually terminate when these termination assistance services are completed. TCEH previously provided a termination notice to Capgemini in respect of human resources services and customer care and revenue management services for TXU Energy.

The Separation Agreements provide for the termination of the joint venture arrangement between EFH Corp. (and its applicable subsidiaries) and CgE. As a result, during the fourth quarter of 2008:

- EFH Corp. received approximately $70 million in exchange for the termination of a purchase option agreement pursuant to which subsidiaries of EFH Corp. had the right to "put" to Capgemini (and Capgemini had the right to "call" from a subsidiary of EFH Corp.) EFH Corp.'s 2.9% limited partnership interest in Capgemini and the licensed assets upon the expiration of the Master Framework Agreements in 2014 or, in some circumstances, earlier. TCEH received $41 million of such proceeds reflecting its share of the put option value.

- The parties entered into a mutual release of all claims under the Master Framework Agreement and related services agreements subject to certain defined exceptions, and EFH Corp. received $10 million in settlement of such claims. TCEH received $5.6 million of such proceeds.

F-282

EFHMW00246360

The carrying value of TCEH's share of the purchase option was $98 million prior to the application of purchase accounting (recorded as a noncurrent asset). The effects of the termination of the outsourcing arrangements, including an accrual of $38 million for incremental costs to exit and transition the services, were included in the final purchase price allocation (see Note 2).

## 18.   PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS

### Pension Plan

Subsidiaries of EFC Holdings are participating employers in the EFH Retirement Plan (Retirement Plan), a defined benefit pension plan sponsored by EFH Corp. The Retirement Plan is a qualified pension plan under Section 401(a) of the Internal Revenue Code of 1986, as amended (Code) and is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended (ERISA). Eligible employees may participate in the Retirement Plan upon their completion of one year of service and the attainment of age 21. All benefits are funded by the participating employers. The Retirement Plan provides benefits to participants under one of two formulas: (i) a Cash Balance Formula under which participants earn monthly contribution credits based on their compensation and a combination of their age and years of service, plus monthly interest credits or (ii) a Traditional Retirement Plan Formula based on years of service and the average earnings of the three years of highest earnings. The interest component of the Cash Balance Formula is variable and is determined using the yield on 30-year Treasury bonds.

All eligible employees hired after January 1, 2001 participate under the Cash Balance Formula. Certain employees who, prior to January 1, 2002, participated under the Traditional Retirement Plan Formula, continue their participation under that formula. Under the Cash Balance Formula, future increases in earnings will not apply to prior service costs. Effective October 1, 2007, all new employees, with the exception of employees hired by Oncor, are not eligible to participate in the Retirement Plan. New hires at Oncor are eligible to participate in the Cash Balance Formula of the Retirement Plan. It is EFH Corp.'s policy to fund the plans on a current basis to the extent deductible under existing federal tax regulations.

Subsidiaries of EFC Holdings also participate in EFH Corp.'s supplemental retirement plans for certain employees, whose retirement benefits cannot be fully earned under the qualified Retirement Plan, the information for which is included below.

### Other Postretirement Employee Benefit (OPEB) Plan

Subsidiaries of EFC Holdings participate with EFH Corp. and certain other affiliated subsidiaries of EFH Corp. to offer certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. For employees retiring on or after January 1, 2002, the retiree contributions required for such coverage vary based on a formula depending on the retiree's age and years of service.

### Pension and OPEB Costs Recognized as Expense

The following details net pension and OPEB costs recognized as expense.

| | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Pension costs under SFAS 87 . . . . . . . . . . . | $ 6 | $1 | $ 4 | $ 8 |
| OPEB costs under SFAS 106 . . . . . . . . . . . | 8 | 2 | 9 | 10 |
| Total benefit costs recognized as expense . . . . . . . . . . . . . . . . . . . . . . | $14 | $3 | $13 | $18 |

F-283

EFIHMW00246361

Consistent with SFAS 87, EFH Corp. uses the calculated value method to determine the market-related value of the assets held in its trust. EFH Corp. includes the realized and unrealized gains or losses in the market-related value of assets over a rolling four-year period. Each year, 25% of such gains and losses for the current year and for each of the preceding three years is included in the market-related value. Each year, the market-related value of assets is increased for contributions to the plan, and investment income and is decreased for benefit payments and expenses for that year.

The pension and OPEB amounts provided represent allocations to subsidiaries of EFC Holdings of amounts related to EFH Corp.'s plans.

Subsidiaries of EFC Holdings have not been allocated any overfunded asset or underfunded liability related to their participation in EFH Corp.'s pension and OPEB plans.

### Regulatory Recovery of Pension and OPEB Costs

In 2005, an amendment to PURA relating to EFH Corp.'s pension and OPEB costs was enacted by the Legislature of the State of Texas. This amendment, which was retroactively effective January 1, 2005, provides for the recovery by Oncor of pension and OPEB costs for all applicable former employees of the regulated predecessor integrated electric utility. In addition to Oncor's active and retired employees, these former employees consist largely of active and retired personnel engaged in TCEH's activities, related to service of those additional personnel prior to the deregulation and disaggregation of EFH Corp.'s business effective January 1, 2002. Accordingly, Oncor and TCEH entered into an agreement whereby Oncor assumed responsibility for applicable pension and OPEB costs related to those personnel.

### Assumed Discount Rate

The discount rates reflected in net pension and OPEB costs are 6.55% for the year ended December 31, 2008, 6.45% for the period October 11, 2007 through December 31, 2007, 5.90% for the period January 1, 2007 through October 10, 2007 and 5.75% for the year ended December 31, 2006. The expected rate of return on plan assets reflected in the 2008 cost amounts is 8.25% for the pension plan and 7.90% for other postretirement benefits.

### Pension and OPEB Plan Cash Contributions

Pension plan contributions were $1 million, $358 thousand and $30 thousand in 2008, 2007 and 2006, respectively. OPEB plan contributions were $196 thousand, $1 million and $1 million in 2008, 2007 and 2006, respectively. Estimated funding to EFH Corp. in 2009 of the pension plan and OPEB plan total $1 million and $612 thousand, respectively.

### Thrift Plan

Employees of subsidiaries of EFC Holdings may participate in a qualified savings plan, the EFH Thrift Plan (Thrift Plan). This plan is a participant-directed defined contribution plan intended to qualify under Section 401(a) of the Code, and is subject to the provisions of ERISA. The Thrift Plan included an employee stock ownership component until October 10, 2007. Under the terms of the Thrift Plan, employees who do not earn more than the IRS threshold compensation limit used to determine highly compensated employees may contribute, through pre-tax salary deferrals and/or after-tax applicable payroll deductions, the lesser of 75% of their regular salary or wages or the maximum amount permitted under law. Employees who earn more than such threshold may contribute from 1% to 16% of their regular salary or wages. Employer matching contributions are also made in an amount equal to 100% of the first 6% of employee contributions for employees who are covered under the Cash Balance Formula of the Retirement Plan, and 75% of the first 6% of employee contributions for employees who are covered under the Traditional Retirement Plan Formula of the Retirement Plan. Prior to January 1, 2006, employer matching contributions were invested in EFH Corp. common stock. Effective

F-284

EFIHMW00246362

January 1, 2006 through the October 10, 2007, employees could reallocate or transfer all or part of their accumulated or future employer matching contributions to any of the plan's other investment options. As of October 10, 2007, employer matching contributions are made in cash and may be allocated by participants to any of the plan's investment options.

## 19. STOCK-BASED COMPENSATION PLANS

*Successor*

In December 2007, EFH Corp. established the 2007 Stock Incentive Plan for Key Employees of EFH Corp. and its Affiliates (2007 SIP). Subsidiaries of EFC Holdings bear the costs of EFH Corp.'s 2007 SIP for applicable management personnel engaged in their business activities. Incentive awards under the 2007 SIP may be granted to directors and officers and qualified managerial employees of EFH Corp. or its subsidiaries or affiliates in the form of non-qualified stock options, stock appreciation rights, restricted shares, deferred shares of common stock, the opportunity to purchase shares of common stock and other awards that are valued in whole or in part by reference to, or are otherwise based on the fair market value of EFH Corp.'s shares of common stock.

Under the terms of the 2007 SIP, options to purchase 14.7 million and 14.1 million shares of EFH Corp. common stock were issued to certain EFC Holdings management employees in 2008 and December 2007, respectively. The options provide the holder the right to purchase EFH Corp. common stock for $5.00 per share. Vested awards must be exercised within 10 years of the grant date. The terms of the options were fixed at grant date.

***Stock Options***—The stock option awards under the 2007 SIP consist of two types of stock options. One-half of the options awarded vest solely based upon continued employment over a specific period of time, generally five years, with the options vesting ratably on an annual basis over the period ("Time-Based Options"). One-half of the options awarded vest based upon both continued employment and the achievement of a predetermined level of EFH Corp. EBITDA over time, generally ratably over five years based upon annual EBITDA levels, with provisions for vesting if the annual levels are not achieved but cumulative two- or three-year total EBITDA levels are achieved ("Performance-Based Options"). The Performance-Based Options may also vest in part or in full upon the occurrence of certain specified liquidity events. All options remain exercisable for ten years from the date of grant. Prior to vesting, expenses are recorded if the achievement of the EBITDA levels is probable, and amounts recorded are adjusted or reversed if the probability of achievement of such levels changes. Probability of vesting is evaluated at least each quarter.

The fair value of the Time-Based and Performance-Based Options granted was estimated using the Black-Scholes option pricing model and the assumptions noted in the table below.

| | Successor | | | |
|---|---|---|---|---|
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 |
| Assumptions | Time-Based Options | | Performance-Based Options | |
| Expected volatility .................... | 30% – 33% | 30% | 30% – 33% | 30% |
| Expected annual dividend .............. | ——— | ——— | ——— | ——— |
| Expected life (in years) ................ | 6.0 – 6.5 | 6.4 | 5.0 – 7.3 | 5.4 – 7.4 |
| Risk-free rate ........................ | 1.51% – 3.41% | 3.81% | 1.35% – 3.57% | 3.92% |

The weighted average grant-date fair value of the Time-Based Options granted in 2008 was $1.92 and in December 2007 was $1.92 per option. The grant-date fair value of the Performance-Based Options granted in 2008 and December 2007 ranged from $1.72 to $2.25 and $1.74 to $2.09, respectively, depending upon the performance period.

F-285

Confidential

Compensation expense for Time-Based and Performance-Based Options is based on the grant-date fair value and recognized over the vesting period as employees perform services.

During 2008 and the 2007 Successor period, $5.8 million and less than $60 thousand, respectively, was recognized by EFC Holdings for Time-Based Options, essentially all to expense.

As of December 31, 2008, there was approximately $20.0 million of unrecognized compensation expense related to nonvested Time-Based Options, which is expected to be recognized ratably over a weighted-average period of approximately four years.

Compensation expense for Performance-Based Options is based on the grant date fair value and recognized over the requisite performance and service periods for each tranche of options depending upon the achievement of financial performance, or if certain liquidity events occur, as discussed above. In 2008, Performance Based Option expenses totaled $4.3 million. No amounts were expensed in the 2007 Successor period by EFC Holdings for Performance-Based Options because the performance period for the first tranche of the options did not begin until January 1, 2008.

As of December 31, 2008, there was approximately $21.4 million of unrecognized compensation expense related to nonvested Performance-Based Options, which EFC Holdings could record as an expense over a weighted-average period of approximately four years, subject to the achievement of financial performance being probable. Pursuant to an amendment to the 2007 SIP Plan terms in February 2009, a total of 2.6 million Performance-Based Options related to the period ended December 31, 2008 were declared vested in recognition that the established 2008 EBITDA target was substantially achieved.

*Other Share and Share-Based Awards*—In 2008, EFH Corp. granted 1.75 million deferred share awards, each of which represents the right to receive one share of EFH Corp. stock, to certain management employees of EFC Holdings who agreed to forego share-based awards that vested at the Merger date. The deferred share awards are fully vested and are payable in cash or stock upon the earlier of change of control or separation of service. No expense was recorded in 2008 related to these awards. An additional 150 thousand deferred share awards were granted to certain management employees of EFC Holdings in 2008, which are payable in cash or stock; these awards vest over periods of two to three years, and $122 thousand in expense was recorded in 2008 to recognize the vesting. The deferred share awards are accounted for as liability awards; therefore, the effects of changes in value of EFH Corp. shares are recognized in earnings.

*Predecessor*

Prior to the Merger, subsidiaries of EFC Holdings bore the costs of the EFH Corp. shareholder-approved long-term incentive plans for applicable management personnel engaged in their business activities. EFH Corp. provided discretionary awards of performance units to qualified management employees that were payable in its common stock. The awards generally vested over a three year period and the number of shares ultimately earned was based on the performance of EFH Corp.'s stock over the vesting period as compared to peer companies and established thresholds. EFH Corp. established restrictions that limited certain employees' opportunities to liquidate vested awards.

EFH Corp. determined the fair value of its stock-based compensation awards utilizing a valuation model that took into account three principal factors: expected volatility of the stock price of EFH Corp. and peer group companies, dividend rate of EFH Corp. and peer group companies and the restrictions limiting liquidation of vested stock awards. Based on the fair values determined under this model, EFC Holdings' reported expense related to the awards totaled $6 million ($4 million after tax) for the period from January 1, 2007 through October 10, 2007 and $9 million ($6 million after-tax) in 2006. The number of awards granted, net of forfeitures, totaled 37 thousand for the period from January 1, 2007 through October 10, 2007 and 185 thousand in 2006.

F-286

EFIHMW00246364

With respect to awards to personnel engaged in subsidiaries of EFC Holdings' activities, the fair value of awards that vested in the period from January 1, 2007 through October 10, 2007 totaled $152 million and for the year ended December 31, 2006 totaled $50 million based on the vesting date share prices.

## 20.  FAIR VALUE MEASUREMENTS

In September 2006, the FASB issued SFAS 157, which defines fair value, establishes a framework for measuring fair value and expands disclosures about fair value measurements. SFAS 157 applies in situations where other accounting pronouncements either permit or require fair value measurements, including purchase accounting and impairment testing of goodwill, indefinite-lived intangible assets and long-lived assets. SFAS 157 does not require any new fair value measurements. However, SFAS 157 supersedes a previous accounting rule that prohibited the recognition of day one gains or losses on derivative instruments unless the fair value of those instruments were derived from an observable market price. Additionally, SFAS 157 requires an entity to take its own credit risk (nonperformance risk) into consideration when measuring the fair value of liabilities. EFC Holdings adopted SFAS 157 effective with the closing of the Merger.

SFAS 157 defines fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. With the adoption of SFAS 157, EFC Holdings uses a "mid-market" valuation convention (the mid-point price between bid and ask prices) as a practical expedient to measure fair value for the majority of its assets and liabilities subject to fair value measurement under SFAS 133 and other accounting rules that require such measurement on a recurring basis. EFC Holdings primarily uses the market approach for recurring fair value measurements and uses valuation techniques to maximize the use of observable inputs and minimize the use of unobservable inputs.

EFC Holdings categorizes its assets and liabilities recorded at fair value based upon the following fair value hierarchy established by SFAS 157:

- Level 1 valuations use quoted prices in active markets for identical assets or liabilities that are accessible at the measurement date. An active market is a market in which transactions for the asset or liability occur with sufficient frequency and volume to provide pricing information on an ongoing basis. EFC Holdings' Level 1 assets and liabilities normally include exchange traded commodity contracts. For example, EFC Holdings has a significant number of derivatives that are NYMEX futures and swaps transacted through clearing brokers for which the pricing is actively quoted.

- Level 2 valuations use inputs other than actively quoted market prices included within Level 1 that are observable for the asset or liability, either directly or indirectly. Level 2 inputs include: (a) quoted prices for similar assets or liabilities in active markets, (b) quoted prices for identical or similar assets or liabilities in markets that are not active, (c) inputs other than quoted prices that are observable for the asset or liability such as interest rates and yield curves observable at commonly quoted intervals and (d) inputs that are derived principally from or corroborated by observable market data by correlation or other means. EFC Holdings' Level 2 assets and liabilities utilize over the counter broker quotes, quoted prices for similar assets or liabilities that are corroborated by correlations or other mathematical means and other valuation inputs. For example, EFC Holdings' Level 2 assets and liabilities include forward commodity positions at locations for which over-the-counter broker quotes are available.

- Level 3 valuations use unobservable inputs for the asset or liability. Unobservable inputs are used to the extent observable inputs are not available, thereby allowing for situations in which there is little, if any, market activity for the asset or liability at the measurement date. EFC Holdings uses the most meaningful information available from the market combined with its own internally developed valuation methodologies to develop its best estimate of fair value. For example, certain derivative assets or liabilities are derived from pricing models that utilize multiple inputs to the valuations, including inputs that are not observable or easily corroborated through other means.

F-287

Confidential

EFC Holdings utilizes several different valuation techniques to measure the fair value of assets and liabilities, relying primarily on the market approach of using prices and other market information for identical and/or comparable assets and liabilities for those items that are measured on a recurring basis. These methods include, among others, the use of broker quotes and statistical relationships between different price curves.

In utilizing broker quotes, EFC Holdings attempts to obtain multiple quotes from brokers that are active in the commodity markets in which it participates (and requires at least one quote from two brokers to determine a pricing input as observable); however, not all pricing inputs are quoted by brokers. The number of broker quotes that EFC Holdings receives for certain pricing inputs varies depending on the depth of the trading market, each individual broker's publication policy, recent trading volume shifts and various other factors. Broker quotes received are generally reliable estimates of actively traded markets. In addition, for valuation of interest rate hedges, EFC Holdings uses a combination of dealer provided market valuations (generally non-binding) and Bloomberg valuations based on month-end interest rate curves and standard rate swap valuation models.

Certain derivatives and financial instruments are valued utilizing option pricing models that take into consideration multiple inputs including commodity prices, volatility factors, discount rates and other inputs. Additionally, when there is not a sufficient amount of observable market data, valuation models are developed that incorporate proprietary views of market factors. Those valuation models are generally used in developing long-term forward price curves for certain commodities. EFC Holdings believes that development of such curves is consistent with industry practice; however, the fair value measurements resulting from such curves are classified as Level 3.

With respect to amounts presented in the following fair value hierarchy table, the fair value measurement of an asset or liability (e.g. a contract) is required under SFAS 157 to fall in its entirety in one level, based on the lowest level input that is significant to the fair value measurement. Certain assets and liabilities would be classified in Level 2 instead of Level 3 of the hierarchy except for the effects of credit reserves and non-performance risk adjustments, respectively. Assessing the significance of a particular input to the fair value measurement in its entirety requires judgment, considering factors specific to the asset or liability being measured.

At December 31, 2008, assets and liabilities measured at fair value on a recurring basis consisted of the following:

|  | Successor | | | |
|  | Level 1 | Level 2 | Level 3 (a) | Total |
|---|---|---|---|---|
| Assets: |  |  |  |  |
| Commodity-related contracts . . . . . . . . . . . . | $1,010 | $2,061 | $283 | $3,354 |
| Interest rate swaps . . . . . . . . . . . . . . . . . . . . | — | (1) | — | (1) |
| Nuclear decommissioning trust (b) . . . . . . . | 109 | 276 | — | 385 |
| Total assets . . . . . . . . . . . . . . . . . . . . . . . . . | $1,119 | $2,336 | $283 | $3,738 |
| Liabilities: |  |  |  |  |
| Commodity-related contracts . . . . . . . . . . . . | $1,288 | $1,274 | $355 | $2,917 |
| Interest rate swaps . . . . . . . . . . . . . . . . . . . . | — | 1,908 | — | 1,908 |
| Total liabilities . . . . . . . . . . . . . . . . . . . . . . . | $1,288 | $3,182 | $355 | $4,825 |

(a)  Level 3 assets and liabilities consist primarily of more complex long-term power purchases and sales agreements, including longer-term wind and other power purchase and sales contracts and certain natural gas positions in the long-term hedging program.

(b)  EFC Holdings' nuclear decommissioning trust investment is included in the Investments line on the balance sheet.

F-288

EFIHMW00246366

At December 31, 2007, assets and liabilities measured at fair value on a recurring basis consisted of the following:

|  | Level 1 | Level 2 | Level 3 | Reclassification (a) | Total |
|---|---|---|---|---|---|
| **Assets:** | | | | | |
| Commodity-related contracts . . . . . . . | $511 | $ 683 | $148 | $ 23 | $1,365 |
| Interest rate swaps . . . . . . . . . . . . . . . | — | 5 | — | — | 5 |
| Nuclear decommissioning trust (b) . . | 165 | 319 | — | — | 484 |
| Total assets . . . . . . . . . . . . . . . . . . . . . | $676 | $1,007 | $148 | $ 23 | $1,854 |
| **Liabilities:** | | | | | |
| Commodity-related contracts . . . . . . . | $559 | $2,372 | $321 | $ 23 | $3,275 |
| Interest rate swaps . . . . . . . . . . . . . . . | — | 285 | — | — | 285 |
| Total liabilities . . . . . . . . . . . . . . . . . . | $559 | $2,657 | $321 | $ 23 | $3,560 |

———————————

(a)  Represents the effects of reclassification of the assets and liabilities to conform to the balance sheet presentation of current and long-term assets and liabilities.

(b)  EFC Holdings' nuclear decommissioning trust investment is included in the Investments line on the balance sheet.

Commodity-related contracts consist primarily of natural gas and electricity derivative instruments entered into for hedging purposes and include physical contracts that have not been designated "normal" purchases or sales under SFAS 133.

Interest rate swaps consist largely of variable-to-fixed rate swap instruments that are economic hedges of interest on long-term debt, as well as interest rate basis swaps designed to further reduce fixed borrowing costs. See Note 12 for discussion of interest rate swaps.

Nuclear decommissioning trust assets represent securities held for the purpose of funding the future retirement and decommissioning of EFC Holdings' nuclear generation units. These investments include equity, debt and other fixed-income securities consistent with investment rules established by the NRC and the PUCT.

The following table presents the changes in fair value of EFC Holdings' Level 3 assets and liabilities (all related to commodity contracts) for the year ended December 31, 2008 and the period from October 11, 2007 through December 31, 2007:

|  | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 |
|---|---|---|
| Balance at December 31, 2008 and October 11, 2007, respectively (net liability) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $(173) | $(133) |
| Total realized and unrealized gains (losses) (a): | | |
| Included in net income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . | (12) | (112) |
| Included in other comprehensive income . . . . . . . . . . . . . . . . | 7 | 7 |
| Purchases, sales, issuances and settlements (net) (b) . . . . . . . . . . . . | (13) | 14 |
| Net transfers in and/or out of Level 3 (c) . . . . . . . . . . . . . . . . . . . . | 119 | 51 |
| Balance at end of period (net liability) . . . . . . . . . . . . . . . . . . . . . | $ (72) | $(173) |
| Net change in unrealized gains (losses) included in net income relating to instruments held at end of period (d) . . . . . . . . . . . . . . . . . . . . . . . | $ 85 | $ (70) |

F-289

EFIHMW00246367

(a)   Substantially all changes in values of commodity-related contracts are reported in the income statement in net gain (loss) from commodity hedging and trading activities.

(b)   Settlements represent reversals of unrealized mark-to-market valuations of these positions previously recognized in net income. Generally, purchases have no value at inception and subsequent changes in value from these transactions are reflected in unrealized gains and losses. Issuances represent new transactions valued at the assessment date.

(c)   Includes transfers due to changes in the observability of significant inputs. Transfers in are assumed to transfer in at the beginning of the quarter and transfers out at the end of the quarter, which is when the assessments were performed. Any changes in value during the period are reported as unrealized gains and losses in net gain (loss) from commodity hedging and trading activities.

(d)   Includes unrealized gains and losses related to the periods in which the instrument was classified as a Level 3 asset or liability.

## 21.   FAIR VALUE OF NONDERIVATIVE FINANCIAL INSTRUMENTS

The carrying amounts and related estimated fair values of significant nonderivative financial instruments were as follows:

|  | Successor | | | |
|  | December 31, 2008 | | December 31, 2007 | |
|  | Carrying Amount | Fair Value (a) | Carrying Amount | Fair Value (a) |
|---|---|---|---|---|
| **On balance sheet assets (liabilities):** | | | | |
| Long-term debt (including current maturities) (b) ........... | $(31,666) | $(21,724) | $(30,803) | $(30,487) |
| **Off balance sheet assets (liabilities):** | | | | |
| Financial guarantees ................................. | $ — | $ (3) | $ — | $ (1) |

(a)   Fair value determined in accordance with SFAS 157.
(b)   Excludes capital leases.

See Note 15 for discussion of accounting for financial instruments that are derivatives.

## 22.   RELATED–PARTY TRANSACTIONS

The following represent the significant related-party transactions of EFC Holdings:

- TCEH incurs electricity delivery fees charged by Oncor. These fees totaled $1.0 billion for the year ended December 31, 2008, $209 million for the period from October 11, 2007 through December 31, 2007, $827 million for the period from January 1, 2007 through October 10, 2007 and $1.1 billion for the year ended December 31, 2006.

- Oncor's bankruptcy-remote financing subsidiary has issued securitization bonds to recover generation-related regulatory assets through a transition surcharge to its customers. Oncor's incremental income taxes related to the transition surcharges it collects are being reimbursed by TCEH. Therefore, EFC Holdings' financial statements reflect a noninterest bearing note payable to Oncor of $289 million ($35 million reported as current liabilities) at December 31, 2008 and $323 million ($34 million reported as current liabilities) at December 31, 2007.

- TCEH reimburses Oncor for interest expense on Oncor's bankruptcy-remote financing subsidiary's securitization bonds. This interest expense totaled $46 million for the year ended December 31, 2008, $11 million for the period from October 11, 2007 through December 31, 2007, $38 million for the period from January 1, 2007 through October 10, 2007 and $52 million for the year ended December 31, 2006.

Confidential

- Current and noncurrent advances to parent totaled $3.6 billion at December 31, 2006 ($700 million reported as noncurrent). The average daily balances of the advances to parent totaled $4.2 billion for the period from January 1, 2007 through October 10, 2007 and $2.8 billion for the year ended December 31, 2006. Interest income earned on the advances totaled $205 million for the period from January 1, 2007 through October 10, 2007, and $154 million for the year ended December 31, 2006. The weighted average annual interest rates were 6.3% for the period from January 1, 2007 through October 10, 2007 and 5.4% for the year ended December 31, 2006. See Note 14 regarding the settlement of these advances in conjunction with the Merger.

- In December 2005, EFC Holdings received a $1.5 billion note from EFH Corp. in partial settlement of outstanding advances to parent. EFH Corp. settled the note in connection with the Merger (see Note 14). The note carried interest at a rate based on the weighted average cost of EFC Holdings' short-term borrowings. Interest income related to this note totaled $71 million for the period from January 1, 2007 through October 10, 2007 and $82 million for the year ended December 31, 2006.

- Notes receivable from EFH Corp. are payable to EFC Holdings on demand and arise from borrowings used for the working capital and general corporate purposes of EFH Corp. The notes totaled $584 million and $25 million at December 31, 2008 and 2007, respectively. In November 2008, EFH Corp. repaid $253 million of such notes, which related to payments of principal and interest on EFH Corp. debt, in connection with distributions received by EFH Corp. from the sale of minority interests in Oncor. The average daily balance of the notes for the year ended December 31, 2008 was $410 million and from the first issuance date in November 2007 until December 31, 2007 was $20 million. The notes carry interest at a rate based on the one-month LIBOR rate plus 5.00%, and interest income totaled $32 million for the year ended December 31, 2008 and $257 thousand for the period from October 11, 2007 through December 31, 2007.

- An EFH Corp. subsidiary charges subsidiaries of EFC Holdings for financial, accounting, environmental and other administrative services at cost. These costs, which are primarily reported in SG&A expenses, totaled $66 million for the year ended December 31, 2008, $16 million for the period from October 11, 2007 through December 31, 2007, $45 million for the period from January 1, 2007 through October 10, 2007 and $65 million for the year ended December 31, 2006.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility, reported in investments on EFC Holdings' balance sheet, is funded by a delivery fee surcharge billed to REPs by Oncor and remitted to TCEH, with the intent that the trust fund assets will be sufficient to fund the decommissioning liability, reported in noncurrent liabilities on EFC Holdings' balance sheet. Income and expenses associated with the trust fund and the decommissioning liability incurred by EFC Holdings are offset by a net change in the intercompany receivable/payable with Oncor, which in turn results in a change in the net regulatory asset/liability. At December 31, 2008, the excess of the decommissioning liability over the trust fund balance resulted in a regulatory asset of $127 million. At December 31, 2007, the excess of the trust fund balance over the estimated decommissioning liability resulted in a regulatory liability of $13 million.

- TCEH had posted cash collateral of $15 million as of December 31, 2008 and 2007 to Oncor related to interconnection agreements for three generation units being developed by TCEH. The collateral is reported in EFC Holdings' balance sheet in other current assets.

- EFC Holdings has a 53.1% limited partnership interest, with a carrying value of $17 million and $28 million at December 31, 2008 and 2007, respectively, in an EFH Corp. subsidiary holding software and other computer-related assets. Equity losses related to this interest totaled $10 million for the year ended December 31, 2008, $2 million for the period from October 11, 2007 through December 31, 2007, $5 million for the period from January 1, 2007 through October 10, 2007, and $10 million for the year ended December 31, 2006. These losses primarily represent amortization of software assets held by the subsidiary. The equity losses are reported as other deductions.

F-291

EFIHMW00246369

- EFH Corp. files a consolidated federal income tax return; however, EFC Holdings' federal income tax and Texas margin tax expense and related balance sheet amounts, including income taxes payable to or receivable from EFH Corp., are recorded as if the entity is a stand-alone corporation. As a result, EFC Holdings had an income tax payable to EFH Corp. of $33 million at December 31, 2008 and an income tax receivable of $211 million at December 31, 2007.

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect securitization bond-related (transition) charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating downgrade to below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, as of December 31, 2008 and 2007, TCEH had posted a letter of credit in the amount of $13 million and $14 million, respectively, for the benefit of Oncor.

- Oncor and Texas Holdings agreed to the terms of a stipulation with major interested parties to resolve all outstanding issues in the PUCT review related to the Merger. As part of this stipulation, TCEH will post a letter of credit in an amount equal to $170 million to secure TXU Energy's payment obligations to Oncor if two or more of Oncor's credit ratings are below investment grade.

- At the closing of the Merger, TCEH entered into the TCEH Senior Secured Facilities with a syndicate of financial institutions and other lenders. This syndicate included affiliates of GS Capital Partners (a member of the Sponsor Group). In November and December 2007, TCEH offered the TCEH Notes. Affiliates of GS Capital Partners served as initial purchasers in such offerings. Affiliates of GS Capital Partners have from time to time engaged in commercial banking and financial advisory transactions with EFC Holdings in the normal course of business.

- Affiliates of GS Capital Partners are party to certain commodity and interest rate hedging transactions with EFC Holdings in the normal course of business.

- From time to time affiliates of the Sponsor Group may acquire debt or debt securities issued by EFC Holdings or its subsidiaries in open market transactions or through loan syndications.

See Note 4 for contributions of entities and net assets to EFC Holdings, Note 11 for information regarding the accounts receivable securitization program and related subordinated notes receivable from TXU Receivables Company, Note 12 for guarantees and push-down of certain EFH Corp. debt, Note 14 for cash distributions to EFH Corp. and Note 18 for the assumption by Oncor of certain EFC Holdings pension and OPEB costs.

## 23. SUPPLEMENTARY FINANCIAL INFORMATION

### Interest Expense and Related Charges

| | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Interest | $2,865 | $649 | $360 | $357 |
| Unrealized mark-to-market net loss on interest rate swaps | 1,477 | — | — | — |
| Amortization of debt fair value discount resulting from purchase accounting | 19 | 5 | — | — |
| Amortization of debt discount and issuance costs | 130 | 56 | 10 | 7 |
| Interest capitalized in accordance with SFAS 34 | (304) | (58) | (41) | (30) |
| Total interest expense and related charges | $4,187 | $652 | $329 | $334 |

F-292

EFIHMW00246370

*Restricted Cash*

| | Successor | | | |
| --- | --- | --- | --- | --- |
| | At December 31, 2008 | | At December 31, 2007 | |
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
| Amounts related to TCEH's senior secured letter of credit facility (See Note 12) | $— | $1,250 | $— | $1,250 |
| Pollution control revenue bond funds held by trustee (See Note 12) | — | — | — | 29 |
| Amounts related to margin deposits held | 4 | — | — | — |
| Total restricted cash | $ 4 | $1,250 | $— | $1,279 |

*Inventories by Major Category*

| | Successor | |
| --- | --- | --- |
| | December 31, 2008 | December 31, 2007 |
| Materials and supplies | $134 | $121 |
| Fuel stock | 162 | 138 |
| Natural gas in storage | 65 | 93 |
| Total inventories | $361 | $352 |

*Property, Plant and Equipment*

| | Successor | |
| --- | --- | --- |
| | December 31, 2008 | December 31, 2007 |
| Generation | $16,842 | $16,981 |
| Other assets | 126 | 109 |
| Total | 16,968 | 17,090 |
| Less accumulated depreciation | 1,270 | 242 |
| Net of accumulated depreciation | 15,698 | 16,848 |
| Construction work in progress | 4,771 | 3,246 |
| Nuclear fuel (net of accumulated amortization of $235 and $47) | 433 | 451 |
| Property, plant and equipment—net | $20,902 | $20,545 |

Assets related to capitalized leases included above totaled $167 million at December 31, 2008 and $161 million at December 31, 2007, net of accumulated depreciation.

*Asset Retirement Obligations*

These liabilities primarily relate to nuclear generation plant decommissioning, land reclamation related to lignite mining, removal of lignite/coal-fueled plant ash treatment facilities and generation plant asbestos removal and disposal costs. There is no earnings impact with respect to the recognition of the asset retirement costs for nuclear decommissioning, as all costs are recoverable through the regulatory process as part of Oncor's rates.

F-293

EFIHMW00246371

The following table summarizes the changes to the asset retirement liability, reported in other noncurrent liabilities and deferred credits in the balance sheet, during the years ended December 31, 2008 and 2007:

| | |
|---|---:|
| Asset retirement liability at January 1, 2007 | $585 |
| Additions: | |
| Accretion—January 1, 2007 through October 10, 2007 | 29 |
| Accretion—October 11, 2007 through December 31, 2007 | 11 |
| Purchase accounting adjustment | 176 |
| Reductions: | |
| Mining reclamation cost adjustments | (2) |
| Mining reclamation payments—January 1, 2007 through October 10, 2007 | (19) |
| Mining reclamation payments—October 11, 2007 through December 31, 2007 | (7) |
| Asset retirement liability at December 31, 2007 | $773 |
| Additions: | |
| Accretion | 48 |
| Incremental mining reclamation costs | 59 |
| Reductions: | |
| Payments, essentially all mining reclamation | (21) |
| Asset retirement liability at December 31, 2008 | $859 |

### Other Noncurrent Liabilities and Deferred Credits

The balance of other noncurrent liabilities and deferred credits consists of the following:

| | Successor | |
|---|---:|---:|
| | December 31, 2008 | December 31, 2007 |
| Unfavorable purchase and sales contracts | $ 727 | $ 751 |
| Uncertain tax positions (including accrued interest) | 861 | 798 |
| Asset retirement obligations | 859 | 773 |
| Retirement plan and other employee benefits | 56 | 50 |
| Other | 25 | 52 |
| Total other noncurrent liabilities and deferred credits | $2,528 | $2,424 |

*Unfavorable Purchase and Sales Contracts*—Unfavorable purchase and sales contracts primarily represent the extent to which contracts on a net basis were unfavorable to market prices as of the date of the Merger. These are contracts for which: 1) TCEH has made the "normal" purchase or sale election allowed or 2) the contract did not meet the definition of a derivative under SFAS 133. Under purchase accounting, TCEH recorded the value as of October 10, 2007 as a deferred credit. Amortization of the deferred credit related to unfavorable contracts is primarily on a straight-line basis, which approximates the economic realization, and is recorded as revenues or a reduction of purchased power costs as appropriate. The amortization amount totaled $30 million in 2008 and $5 million in the 2007 Successor period. Favorable purchase and sales contracts are recorded as intangible assets (see Note 3).

F-294

EFIHMW00246372

The estimated amortization of unfavorable purchase and sales contracts for each of the five succeeding fiscal years from December 31, 2008 is as follows:

| Year | Successor Amount |
|------|------------------|
| 2009 | 27 |
| 2010 | 27 |
| 2011 | 27 |
| 2012 | 27 |
| 2013 | 26 |

### Supplemental Cash Flow Information

| | Successor | | Predecessor | |
|---|---|---|---|---|
| | Year Ended December 31, 2008 | Period from October 11, 2007 through December 31, 2007 | Period from January 1, 2007 through October 10, 2007 | Year Ended December 31, 2006 |
| Cash payments related to: | | | | |
| Interest paid | $2,588 | $ 283 | $364 | $364 |
| Capitalized interest | (304) | (58) | (41) | (30) |
| Interest paid (net of capitalized interest) | 2,284 | 225 | 323 | 334 |
| Income taxes | (240) | — | 909 | 24 |
| Noncash investing and financing activities: | | | | |
| Below market values of power sales agreements (a) | — | — | 264 | — |
| Noncash contribution from EFH Corp. related to Merger financing and other activities | — | 301 | — | — |
| Noncash contribution from EFH Corp. related to the debt pushdown | — | (2,182) | — | — |
| Noncash contribution from EFH Corp. related to payment of interest on debt push-down (b) | 140 | 24 | — | — |
| Promissory note issued in conjunction with acquisition of mining-related assets | — | — | 65 | — |
| Capital leases | 16 | 16 | 59 | — |
| Purchase accounting adjustment | (51) | — | — | — |
| Noncash contribution related to EFH Corp. stock-based compensation | 10 | — | 6 | 9 |
| Noncash construction expenditures (c) | 132 | 129 | 134 | 57 |
| Noncash contribution related to allocated pension adjustment | — | — | 8 | 65 |

(a)  Multi-year power sales agreement entered into with Alcoa Inc. and recorded as part of the construction work-in-process asset balance for the Sandow 5 coal-fueled generation unit.

(b)  Amount is net of tax.

(c)  Represents end-of-period accruals.

### 24. SUPPLEMENTAL GUARANTOR CONDENSED FINANCIAL INFORMATION

On October 31, 2007 and November 29, 2007, TCEH and TCEH Finance, as Co-Issuers, refinanced the entire $6.75 billion Senior Unsecured Interim Facility obtained to finance the Merger with $3.0 billion 10.25% Senior Notes Due 2015, $2.0 billion 10.25% Series B Senior Notes due 2015 and $1.75 billion 10.50%/11.25%

F-295

EFIHMW00246373

Senior Toggle Notes due 2016 (the TCEH Notes). The TCEH Notes are unconditionally guaranteed by EFC Holdings and by each subsidiary that guarantees the TCEH Senior Secured Facilities (collectively, the Guarantors). The guarantees issued by the Guarantors are full and unconditional, joint and several guarantees of the TCEH Notes. The guarantees rank equally with any senior unsecured indebtedness of the Guarantors and rank effectively junior to all of the secured indebtedness of the Guarantors to the extent of the assets securing that indebtedness. All other subsidiaries of EFC Holdings, either direct or indirect, do not guarantee the TCEH Notes (collectively the Non-Guarantors). The TCEH Indenture contains certain restrictions, subject to certain exceptions, on EFC Holdings' ability to pay dividends or make investments.

The following tables have been prepared in accordance with Regulation S-X Rule 3-10, "Financial Statements of Guarantors and Issuers of Guaranteed Securities Registered or Being Registered" in order to present the condensed consolidating statements of income and the condensed consolidating statements of cash flows of EFC Holdings (Parent), TCEH (Issuer), the Guarantors and the Non-Guarantors for the year ended December 31, 2008, the period from October 11, 2007 through December 31, 2007, the period from January 1, 2007 through October 10, 2007 and the year ended December 31, 2006 and the condensed consolidating balance sheets as of December 31, 2008 and 2007 of the Parent, Issuer, the Guarantors and the Non-Guarantors. Amounts in these financial statements have been recast to reflect the change in guarantors arising from the sale of a controlling interest in a subsidiary in the three months ended September 30, 2009. The presentations reflect the application of SEC Staff Accounting Bulletin Topic 5J, Push Down Basis of Accounting Required in Certain Limited Circumstances, including the push down of $2.250 billion of the EFH Corp. Notes to the Parent Guarantor and the TCEH Notes and the TCEH Senior Secured Facilities to the Other Guarantors. TCEH Finance's sole function is to be the co-issuer of the TCEH Notes; therefore, it has no other independent assets, liabilities or operations (see Notes 12 and 13).

EFC Holdings (parent entity) received dividends from its consolidated subsidiaries totaling $1.135 billion and $1.144 billion for the period from January 1, 2007 through October 10, 2007 and for the year ended December 31, 2006, respectively. No dividends were received in 2008 or for the period from October 11, 2007 through December 31, 2007 (see Note 14).

Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Condensed Consolidating Statements of Income (Loss)**
**Year Ended December 31, 2008**
**(millions of dollars)**

| | Successor | | | | | |
|---|---|---|---|---|---|---|
| | Parent Guarantor | Issuer | Other Guarantors | Non-guarantors | Eliminations | Consolidated |
| Operating revenues ............... | $ — | $ — | $ 9,787 | $— | $ — | $ 9,787 |
| Fuel, purchased power costs and delivery fees ................... | — | — | (5,600) | — | — | (5,600) |
| Net gain (loss) from commodity hedging and trading activities ..... | — | 1,500 | 684 | — | — | 2,184 |
| Operating costs .................. | — | — | (677) | — | — | (677) |
| Depreciation and amortization ....... | — | — | (1,092) | — | — | (1,092) |
| Selling, general and administrative expenses ...................... | — | — | (680) | — | — | (680) |
| Franchise and revenue-based taxes ... | 1 | — | (110) | — | — | (109) |
| Impairment of goodwill ........... | — | (8,000) | — | — | — | (8,000) |
| Other income ................... | — | — | 35 | — | — | 35 |
| Other deductions ................ | — | 25 | (1,288) | — | — | (1,263) |
| Interest income .................. | 4 | 287 | 636 | — | (868) | 59 |
| Interest expense and related charges .. | (275) | (4,756) | (2,318) | — | 3,162 | (4,187) |
| Loss before income taxes .......... | (270) | (10,944) | (623) | — | 2,294 | (9,543) |
| Income tax benefit ............... | 93 | 962 | 247 | — | (798) | 504 |
| Equity earnings (losses) of subsidiaries ................. | (8,862) | 1,120 | — | — | 7,742 | — |
| Net income (loss) ................ | $(9,039) | $ (8,862) | $ (376) | $— | $9,238 | $(9,039) |

F-297

Confidential

EFIHMW00246375

**PX 014**
**Page 657 of 1116**

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Condensed Consolidating Statements of Income
Period from October 11, 2007 through December 31, 2007
(millions of dollars)

| | Successor | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent Guarantor | Issuer | Other Guarantors | Non-guarantors | Eliminations | Consolidated |
| Operating revenues . . . . . . . . . . . . . . . . | $   — | $   — | $1,671 | $— | $   — | $ 1,671 |
| Fuel, purchased power costs and delivery fees . . . . . . . . . . . . . . . . . . . . | —— | —— | (852) | — | —— | (852) |
| Net loss from commodity hedging and trading activities . . . . . . . . . . . . . . . . . | —— | (858) | (634) | — | —— | (1,492) |
| Operating costs . . . . . . . . . . . . . . . . . . . | —— | —— | (124) | — | —— | (124) |
| Depreciation and amortization . . . . . . . . | — | — | (314) | — | (1) | (315) |
| Selling, general and administrative expenses . . . . . . . . . . . . . . . . . . . . . . . | —— | —— | (152) | — | (1) | (153) |
| Franchise and revenue-based taxes . . . . | —— | —— | (30) | — | —— | (30) |
| Other income . . . . . . . . . . . . . . . . . . . . . | —— | —— | 2 | — | —— | 2 |
| Other deductions . . . . . . . . . . . . . . . . . . | —— | —— | (5) | — | —— | (5) |
| Interest income . . . . . . . . . . . . . . . . . . . . | 6 | 57 | 189 | — | (243) | 9 |
| Interest expense and related charges . . . | (72) | (813) | (619) | — | 852 | (652) |
| Loss before income taxes . . . . . . . . . . . . | (66) | (1,614) | (868) | — | 607 | (1,941) |
| Income tax benefit . . . . . . . . . . . . . . . . . | 23 | 563 | 301 | — | (212) | 675 |
| Equity losses of subsidiaries . . . . . . . . . | (1,223) | (172) | — | — | 1,395 | —— |
| Net loss . . . . . . . . . . . . . . . . . . . . . . . . . | $(1,266) | $(1,223) | $ (567) | $— | $1,790 | $(1,266) |

F-298

Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Condensed Consolidating Statements of Income
Period from January 1, 2007 through October 10, 2007
(millions of dollars)

| | Predecessor | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent Guarantor | Issuer | Other Guarantors | Non-guarantors | Eliminations | Consolidated |
| Operating revenues ................. | $ — | $ — | $ 6,884 | $— | $ — | $ 6,884 |
| Fuel, purchased power costs and delivery fees .................... | — | — | (3,209) | — | — | (3,209) |
| Net loss from commodity hedging and trading activities ................. | — | (270) | (284) | — | — | (554) |
| Operating costs .................... | — | — | (471) | — | — | (471) |
| Depreciation and amortization ........ | — | — | (253) | — | — | (253) |
| Selling, general and administrative expenses ....................... | — | — | (452) | — | — | (452) |
| Franchise and revenue-based taxes ..... | — | — | (81) | (1) | (1) | (83) |
| Other income ...................... | 1 | — | 23 | 35 | — | 59 |
| Other deductions ................... | — | — | 20 | — | — | 20 |
| Interest income ................... | 210 | 286 | 347 | 18 | (549) | 312 |
| Interest expense and related charges .... | (192) | (622) | (65) | — | 550 | (329) |
| Income (loss) before income taxes ..... | 19 | (606) | 2,459 | 52 | — | 1,924 |
| Income tax (expense) benefit ......... | (2) | 247 | (842) | (19) | — | (618) |
| Equity earnings of subsidiaries ........ | 1,289 | 1,617 | — | 15 | (2,921) | — |
| Net income ...................... | $1,306 | $1,258 | $ 1,617 | $ 48 | $(2,923) | $ 1,306 |

F-299

Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Condensed Consolidating Statements of Income
Year Ended December 31, 2006
(millions of dollars)

| | Parent Guarantor | Issuer | Other Guarantors | Non-guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| | | | Predecessor | | | |
| Operating revenues . . . . . . . . . . . . . . . . . | $ — | $ — | $ 9,396 | $— | $ — | $ 9,396 |
| Fuel, purchased power costs and delivery fees . . . . . . . . . . . . . . . . . . . . | — | — | (3,929) | — | — | (3,929) |
| Net gain (loss) from commodity hedging and trading activities . . . . . . . . . . . . . . | — | (58) | 211 | — | — | 153 |
| Operating costs . . . . . . . . . . . . . . . . . . . . | — | — | (605) | — | — | (605) |
| Depreciation and amortization . . . . . . . . | — | — | (334) | — | — | (334) |
| Selling, general and administrative expenses . . . . . . . . . . . . . . . . . . . . . . . | — | — | (533) | — | — | (533) |
| Franchise and revenue-based taxes . . . . . | — | — | (126) | (1) | — | (127) |
| Other income . . . . . . . . . . . . . . . . . . . . . . | — | — | 31 | 47 | — | 78 |
| Other deductions . . . . . . . . . . . . . . . . . . . | — | 1 | (211) | — | — | (210) |
| Interest income . . . . . . . . . . . . . . . . . . . . | 206 | 221 | 283 | 20 | (478) | 252 |
| Interest expense and related charges . . . . | (136) | (616) | (77) | — | 495 | (334) |
| Income (loss) before income taxes . . . . . | 70 | (452) | 4,106 | 66 | 17 | 3,807 |
| Income tax (expense) benefit . . . . . . . . . | (17) | 160 | (1,420) | (31) | 2 | (1,306) |
| Equity earnings of subsidiaries . . . . . . . . | 2,448 | 2,686 | — | 24 | (5,158) | — |
| Net income . . . . . . . . . . . . . . . . . . . . . . . | $2,501 | $2,394 | $ 2,686 | $ 59 | $(5,139) | $ 2,501 |

F-300

EFIHMW00246378

ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES

**Condensed Consolidating Balance Sheets**
**at December 31, 2008**
**(millions of dollars)**

| | Successor | | | | | |
|---|---|---|---|---|---|---|
| | Parent Guarantor | Issuer | Other Guarantors | Non-guarantors | Eliminations | Consolidated |
| **ASSETS** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | $ — | $ 475 | $ 4 | $— | $ — | $ 479 |
| Investments held in money market fund | — | 142 | — | — | — | 142 |
| Restricted cash | — | — | 4 | — | — | 4 |
| Advances to affiliates | 4 | — | 4,306 | — | (4,310) | — |
| Trade accounts receivable—net | — | — | 994 | — | — | 994 |
| Notes receivable from parent | — | 597 | — | — | (13) | 584 |
| Income taxes receivable from parent | — | 156 | — | — | (156) | — |
| Inventories | — | — | 361 | — | — | 361 |
| Commodity and other derivative contractual assets | — | 223 | 2,168 | — | — | 2,391 |
| Accumulated deferred income taxes | — | 12 | 9 | — | — | 21 |
| Margin deposits related to commodity positions | — | — | 439 | — | — | 439 |
| Other current assets | — | 6 | 80 | — | — | 86 |
| Total current assets | 4 | 1,611 | 8,365 | — | (4,479) | 5,501 |
| Restricted cash | — | 1,250 | — | — | — | 1,250 |
| Investments | (2,653) | 19,693 | 482 | — | (17,038) | 484 |
| Property, plant and equipment—net | — | — | 20,894 | 28 | — | 20,902 |
| Goodwill | — | 10,322 | — | — | — | 10,322 |
| Intangible assets—net | — | — | 2,774 | — | — | 2,774 |
| Commodity and other derivative contractual assets | — | 429 | 533 | — | — | 962 |
| Accumulated deferred income taxes | 7 | 905 | — | 9 | (921) | — |
| Unamortized debt issuance costs and other noncurrent assets | 55 | 620 | 698 | — | (568) | 805 |
| Total assets | $(2,587) | $34,830 | $33,726 | 37 | $(23,006) | $43,000 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | |
| Current liabilities: | | | | | | |
| Short-term borrowings | $ — | $ 900 | $ 900 | $— | $ (900) | $ 900 |
| Advances from affiliates | — | 4,287 | — | 23 | (4,310) | — |
| Long-term debt due currently | 8 | 165 | 261 | — | (165) | 269 |
| Trade accounts payable—nonaffiliates | — | — | 995 | 5 | — | 1,000 |
| Notes or other liabilities due to affiliates | 16 | 61 | 107 | — | (13) | 171 |
| Commodity and other derivative contractual liabilities | — | 637 | 2,093 | — | — | 2,730 |
| Margin deposits related to commodity positions | — | 487 | 436 | — | (398) | 525 |
| Accrued income taxes payable to parent | — | — | 189 | — | (156) | 33 |
| Accrued taxes other than income | — | — | 70 | — | — | 70 |
| Accrued interest | 44 | 297 | 221 | — | (208) | 354 |
| Other current liabilities | — | 29 | 251 | — | (5) | 275 |
| Total current liabilities | 68 | 6,863 | 5,523 | 28 | (6,155) | 6,327 |
| Accumulated deferred income taxes | — | — | 6,154 | 9 | (921) | 5,242 |
| Commodity and other derivative contractual liabilities | — | 1,549 | 546 | — | — | 2,095 |
| Notes or other liabilities due affiliates | — | — | 254 | — | — | 254 |
| Long-term debt, less amounts due currently | 2,347 | 29,020 | 27,831 | — | (27,642) | 31,556 |
| Other noncurrent liabilities and deferred credits | — | 52 | 2,477 | — | (1) | 2,528 |
| Total liabilities | 2,415 | 37,484 | 42,785 | 37 | (34,419) | 48,002 |
| Shareholders' equity | (5,002) | (2,654) | (9,059) | — | 11,713 | (5,002) |
| Total liabilities and shareholders' equity | $(2,587) | $34,830 | $33,726 | $ 37 | $(23,006) | $43,000 |

F-301

EFIHMW00246379

**PX 014**
**Page 661 of 1116**

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

### Condensed Consolidating Balance Sheets
### at December 31, 2007
### (millions of dollars)

| | Successor | | | | | |
|---|---|---|---|---|---|---|
| | Parent Guarantor | Issuer | Other Guarantors | Non-guarantors | Eliminations | Consolidated |
| **ASSETS** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | $ — | $ 207 | $ 8 | $— | $ — | $ 215 |
| Advances to parent | — | — | 5,520 | — | (5,520) | — |
| Trade accounts receivable—net | — | 1 | 826 | — | — | 827 |
| Income taxes receivable from parent | 21 | 41 | 362 | — | (213) | 211 |
| Accounts receivable from affiliates | 82 | 92 | — | — | (174) | — |
| Notes receivable from parent | — | 25 | — | — | — | 25 |
| Inventories | — | — | 352 | — | — | 352 |
| Commodity and other derivative contractual assets | — | 16 | 1,110 | — | — | 1,126 |
| Accumulated deferred income taxes | 1 | — | 102 | — | (85) | 18 |
| Margin deposits related to commodity positions | — | 308 | 205 | — | — | 513 |
| Other current assets | 1 | 1 | 69 | — | 2 | 73 |
| Total current assets | 105 | 691 | 8,554 | — | (5,990) | 3,360 |
| | | | | | | |
| Restricted cash | — | 1,279 | — | — | — | 1,279 |
| Investments | 6,217 | 21,050 | 611 | — | (27,265) | 613 |
| Property, plant and equipment—net | — | — | 20,545 | — | — | 20,545 |
| Goodwill | — | 18,060 | — | — | — | 18,060 |
| Intangible assets—net | — | — | 4,137 | — | — | 4,137 |
| Commodity and other derivative contractual assets | 19 | 3 | 241 | — | — | 244 |
| Accumulated deferred income taxes | 19 | 646 | — | — | (665) | — |
| Other noncurrent assets | 66 | 735 | 791 | — | (678) | 914 |
| Total assets | $6,407 | $42,464 | $34,879 | $— | $(34,598) | $49,152 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | |
| Current liabilities: | | | | | | |
| Short-term borrowings | $ — | $ 438 | $ 438 | $— | $ (438) | $ 438 |
| Advances from affiliates | — | 5,520 | — | — | (5,520) | — |
| Long-term debt due currently | 7 | 167 | 193 | — | (165) | 202 |
| Trade accounts payable—nonaffiliates | — | — | 754 | — | — | 754 |
| Notes or other liabilities due to affiliates | — | — | 299 | — | (174) | 125 |
| Commodity and other derivative contractual liabilities | — | 67 | 1,041 | — | — | 1,108 |
| Margin deposits related to commodity positions | — | — | 5 | — | — | 5 |
| Accrued taxes | — | — | 56 | — | — | 56 |
| Accumulated deferred income taxes | — | 85 | — | — | (85) | — |
| Accrued interest | 44 | 340 | 332 | — | (323) | 393 |
| Other current liabilities | — | 33 | 214 | — | (6) | 241 |
| Total current liabilities | 51 | 6,650 | 3,332 | — | (6,711) | 3,322 |
| | | | | | | |
| Accumulated deferred income taxes | — | — | 6,565 | — | (665) | 5,900 |
| Commodity and other derivative contractual liabilities | — | 1,452 | 1,000 | — | — | 2,452 |
| Notes or other liabilities due affiliates | — | — | 289 | — | — | 289 |
| Long-term debt, less amounts due currently | 2,353 | 28,141 | 27,044 | — | (26,776) | 30,762 |
| Other noncurrent liabilities and deferred credits | — | 4 | 2,420 | — | — | 2,424 |
| Total liabilities | 2,404 | 36,247 | 40,650 | — | (34,152) | 45,149 |
| | | | | | | |
| Shareholders' equity | 4,003 | 6,217 | (5,771) | — | (446) | 4,003 |
| Total liabilities and shareholders' equity | $6,407 | $42,464 | $34,879 | $— | $(34,598) | $49,152 |

F-302

EFIHMW00246380

## ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES

### Condensed Consolidating Cash Flows
### Year Ended December 31, 2008
### (millions of dollars)

| | Successor | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent Guarantor | Issuer | Other Guarantors | Non-guarantors | Eliminations | Consolidated |
| Cash flows—operating activities: | | | | | | |
| Net loss | $(9,039) | $(8,862) | $ (376) | $— | $ 9,238 | $(9,039) |
| Adjustments to reconcile loss to cash used in operating activities: | | | | | | |
| Equity in (earnings) losses of subsidiaries | 8,862 | (1,120) | — | — | (7,742) | — |
| Depreciation and amortization | 12 | 14 | 1,523 | — | — | 1,549 |
| Deferred income tax benefit—net | ----- | (243) | (134) | — | ----- | (377) |
| Impairment of goodwill | ----- | 8,000 | — | — | ----- | 8,000 |
| Impairment of trade name intangible asset | ----- | — | 481 | — | ----- | 481 |
| Effect of Parent's payment of interest on pushed down debt | 251 | — | 2,302 | — | (2,302) | 251 |
| Net effect of unrealized loss on mark-to-market valuations of commodity positions | — | (1,571) | (758) | — | — | (2,329) |
| Unrealized net loss on mark-to-market valuations of interest rate swaps | ----- | 1,477 | — | — | — | 1,477 |
| Impairment of emission allowances intangible assets | — | — | 501 | — | — | 501 |
| Impairment of natural gas-fueled generation plants | ----- | — | 229 | — | — | 229 |
| Charge related to Lehman bankruptcy | ----- | (25) | 51 | — | — | 26 |
| Other, net | ----- | 66 | 77 | — | — | 143 |
| Net change in operating assets and liabilities: | | | | | | |
| Margin deposits—net | ----- | 795 | (200) | — | — | 595 |
| Other | (89) | 2,292 | (2,905) | 5 | 847 | 150 |
| Cash provided by (used in) operating activities | (3) | 823 | 791 | 5 | 41 | 1,657 |
| Cash flows—financing activities: | | | | | | |
| Issuances of long-term debt | — | 1,685 | — | — | — | 1,685 |
| Retirements/repurchases of long-term debt | (7) | (824) | (29) | — | — | (860) |
| Change in short-term bank borrowings | ----- | 462 | — | — | — | 462 |
| Change in advances—affiliates | 10 | (1,805) | — | 23 | 1,738 | (34) |
| Other, net | ----- | (1) | 37 | — | — | 36 |
| Cash provided by (used in) financing activities | 3 | (483) | 8 | 23 | 1,738 | 1,289 |
| Cash flows—investing activities: | | | | | | |
| Capital expenditures and nuclear fuel purchases | ----- | — | (2,046) | (28) | — | (2,074) |
| Investment held in money market fund | — | (142) | — | — | — | (142) |
| Reduction of restricted cash related to pollution control revenue bonds | ----- | 29 | — | — | — | 29 |
| Proceeds from sale of environmental allowances and credits | ----- | — | 39 | — | — | 39 |
| Purchases of environmental allowances and credits | ----- | — | (34) | — | — | (34) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 1,623 | — | — | 1,623 |
| Investments in nuclear decommissioning trust fund Securities | — | — | (1,639) | — | — | (1,639) |
| Cash settlements related to outsourcing contract termination | ----- | 41 | 41 | — | (41) | 41 |
| Change in advances—affiliates | ----- | — | 1,180 | — | (1,738) | (558) |
| Other, net | ----- | — | 33 | — | — | 33 |
| Cash used in investing activities | ----- | (72) | (803) | (28) | (1,779) | (2,682) |
| Net change in cash and cash equivalents | ----- | 268 | (4) | — | — | 264 |
| Cash and cash equivalents—beginning balance | ----- | 207 | 8 | — | — | 215 |
| Cash and cash equivalents—ending balance | $ — | $ 475 | $ 4 | $— | $ — | $ 479 |

F-303

EFIHMW00246381

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Condensed Consolidating Cash Flows
Period from October 11, 2007 through December 31, 2007
(millions of dollars)

| | Successor | | | | | |
|---|---|---|---|---|---|---|
| | Parent Guarantor | Issuer | Other Guarantors | Non-guarantors | Eliminations | Consolidated |
| **Cash flows—operating activities:** | | | | | | |
| Net income (loss) . . . . . . . . . . . . . . . . | $ (1,266) | $ (1,223) | $(567) | $— | $ 1,790 | $ (1,266) |
| Adjustments to reconcile income (loss) to cash provided by (used in) operating activities: | | | | | | |
| Equity in losses of subsidiaries . . . . . . . | 1,223 | 172 | — | | (1,395) | — |
| Depreciation and amortization . . . . . . . | 2 | 3 | 491 | — | (52) | 444 |
| Deferred income tax benefit—net . . . . | (2) | (316) | (135) | | — | (453) |
| Effect of Parent's payment of interest on pushed-down debt . . . . . . . . . . . | 24 | | 226 | | (226) | 24 |
| Unrealized net losses from mark-to-market valuations . . . . . . . . | — | 858 | 698 | — | — | 1,556 |
| Other, net . . . . . . . . . . . . . . . . . . . . | — | 1 | 18 | — | — | 19 |
| Net changes in operating assets and liabilities: | | | | | | |
| Margin deposits . . . . . . . . . . . . . . . . | — | — | (614) | — | — | (614) |
| Other . . . . . . . . . . . . . . . . . . . . . . | (291) | 514 | (69) | — | (112) | 42 |
| Cash provided by (used in) operating activities . . . . . . . . . | (310) | 9 | 48 | — | 5 | (248) |
| **Cash flows—financing activities:** | | | | | | |
| Issuances of long-term debt . . . . . . . . . . . . | — | 33,732 | — | | — | 33,732 |
| Retirements/repurchases of long-term debt . . . . . . . . . . . . . . . . . . . . . . | (4) | (9,033) | (4) | — | — | (9,041) |
| Decrease in short-term bank borrowings . . . | — | (1,617) | — | — | — | (1,617) |
| Cash dividends paid . . . . . . . . . . . . . . . . . | (21,000) | (21,000) | — | | 21,000 | (21,000) |
| Decrease in income tax-related note payable to Oncor . . . . . . . . . . . . . . . . . . . . . . | — | — | (9) | — | — | (9) |
| Change in advances—affiliates . . . . . . . . | — | (918) | — | | 918 | — |
| Other, net . . . . . . . . . . . . . . . . . . . . | — | (581) | 4 | — | — | (577) |
| Cash provided by (used in) financing activities . . . . . . . . . | (21,004) | 583 | (9) | — | 21,918 | 1,488 |
| **Cash flows—investing activities:** | | | | | | |
| Contributions from subsidiaries . . . . . . . . | 21,000 | — | — | | (21,000) | — |
| Capital expenditures and nuclear fuel purchases . . . . . . . . . . . . . . . . . . . | — | — | (519) | — | — | (519) |
| Proceeds from sales of nuclear decommissioning trust fund securities . . . | — | — | 831 | — | — | 831 |
| Investments in nuclear decommissioning trust fund securities . . . . . . . . . . . . | — | — | (835) | — | — | (835) |
| Proceeds from letter of credit facility posted with trustee . . . . . . . . . . . . . . . . . . | — | (1,250) | — | — | — | (1,250) |
| Change in advances—affiliates . . . . . . . . | 314 | — | 475 | — | (923) | (134) |
| Other, net . . . . . . . . . . . . . . . . . . . . | — | 14 | 12 | — | — | 26 |
| Cash provided by (used in) investing activities . . . . . . . . . | 21,314 | (1,236) | (36) | — | (21,923) | (1,881) |
| Net change in cash and cash equivalents . . . . . . | — | (644) | 3 | — | — | (641) |
| Cash and cash equivalents—beginning balance . . . . . . . . . . . . . . . . . . . . . . | — | 851 | 5 | — | — | 856 |
| Cash and cash equivalents—ending balance . . . . | $ — | $ 207 | $ 8 | $— | $ — | $ 215 |

F-304

Confidential

EFIHMW00246382

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Condensed Consolidating Cash Flows
Period from January 1, 2007 through October 10, 2007
(millions of dollars)

| | Predecessor | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent Guarantor | Issuer | Other Guarantors | Non-guarantors | Eliminations | Consolidated |
| Cash flows—operating activities: | | | | | | |
| Net income | $ 1,306 | $ 1,258 | $ 1,617 | $ 48 | $(2,923) | $ 1,306 |
| Adjustments to reconcile income to cash provided by operating activities: | | | | | | |
| Equity in earnings of subsidiaries | (1,289) | (1,617) | — | (15) | 2,921 | — |
| Depreciation and amortization | — | — | 306 | — | — | 306 |
| Deferred income tax expense (benefit)—net | 1 | (181) | 100 | 12 | — | (68) |
| Unrealized net losses from mark-to-market valuations | — | 270 | 452 | — | — | 722 |
| Other, net | (1) | 6 | 12 | (35) | — | (18) |
| Net change in operating assets and liabilities: | | | | | | |
| Margin deposits—net | — | — | (569) | — | — | (569) |
| Other operating assets and liabilities | 1,125 | 1,401 | (988) | 3 | (1,989) | (448) |
| Cash provided by operating activities | 1,142 | 1,137 | 930 | 13 | (1,991) | 1,231 |
| Cash flows—financing activities: | | | | | | |
| Issuances of long-term debt | — | 1,000 | — | — | — | 1,000 |
| Retirements/repurchases of long-term debt | (13) | (143) | (15) | — | — | (171) |
| Change in short-term borrowings | — | 1,237 | — | — | — | 1,237 |
| Cash dividends paid | (1,135) | (1,135) | (851) | — | 1,986 | (1,135) |
| Change in advances—affiliates | — | (1,438) | (24) | — | 1,438 | (24) |
| Other, net | — | (8) | (4) | — | — | (12) |
| Cash provided by (used in) financing activities | (1,148) | (487) | (894) | — | 3,424 | 895 |
| Cash flows—investing activities: | | | | | | |
| Capital expenditures and nuclear fuel purchases | — | — | (1,585) | — | — | (1,585) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 602 | — | — | 602 |
| Investments in nuclear decommissioning trust fund securities | — | — | (614) | — | — | (614) |
| Change in advances—affiliates | 6 | — | 1,554 | (13) | (1,433) | 114 |
| Other, net | — | 201 | 5 | — | — | 206 |
| Cash provided by (used in) investing activities | 6 | 201 | (38) | (13) | (1,433) | (1,277) |
| Net change in cash and cash equivalents | — | 851 | (2) | — | — | 849 |
| Cash and cash equivalents—beginning balance | — | — | 7 | — | — | 7 |
| Cash and cash equivalents—ending balance | $ — | $ 851 | $ 5 | $— | $ — | $ 856 |

F-305

Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Condensed Consolidating Cash Flows**
**Year Ended December 31, 2006**
**(millions of dollars)**

| | Predecessor | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Parent Guarantor | Issuer | Other Guarantors | Non-guarantors | Eliminations | Consolidated |
| Cash flows—operating activities: | | | | | | |
| Net income | $ 2,501 | $ 2,394 | $ 2,686 | $ 59 | $(5,139) | $ 2,501 |
| Adjustments to reconcile income to cash provided by operating activities: | | | | | | |
| Equity in earnings of subsidiaries | (2,448) | (2,686) | — | (24) | 5,158 | — |
| Depreciation and amortization | — | — | 400 | — | — | 400 |
| Deferred income tax expense (benefit)—net | (9) | 20 | 143 | 28 | — | 182 |
| Impairments and other asset writedown charges | — | — | 201 | — | — | 201 |
| Unrealized net (gains) losses from mark-to-market valuations | — | 57 | (329) | — | — | (272) |
| Other, net | — | 10 | 191 | (48) | — | 153 |
| Net change in operating assets and liabilities: | | | | | | |
| Margin deposits—net | — | — | 564 | — | — | 564 |
| Other operating assets and liabilities | 1,188 | 1,320 | 813 | 11 | (2,304) | 1,028 |
| Cash provided by operating activities | 1,232 | 1,115 | 4,669 | 26 | (2,285) | 4,757 |
| Cash flows—financing activities: | | | | | | |
| Issuances of long-term debt | — | 243 | — | — | — | 243 |
| Retirements/repurchases of long-term debt | (6) | (659) | (11) | — | — | (676) |
| Change in short-term borrowings | — | 72 | — | — | — | 72 |
| Cash dividends paid | (858) | (1,144) | (1,142) | — | 2,286 | (858) |
| Decrease in income tax-related notes payable to Oncor | — | — | (40) | — | — | (40) |
| Change in advances—affiliates | — | 1,331 | (43) | — | (1,288) | — |
| Other, net | — | (17) | 11 | — | — | (6) |
| Cash used in financing activities | (864) | (174) | (1,225) | — | 998 | (1,265) |
| Cash flows—investing activities: | | | | | | |
| Capital expenditures and nuclear fuel purchases | — | — | (908) | — | — | (908) |
| Proceeds from sales of nuclear decommissioning trust fund securities | — | — | 207 | — | — | 207 |
| Investments in nuclear decommissioning trust fund securities | — | — | (223) | — | — | (223) |
| Change in advances—affiliates | (299) | (700) | (2,540) | (26) | 1,287 | (2,278) |
| Other, net | (69) | (241) | 15 | — | — | (295) |
| Cash used in investing activities | (368) | (941) | (3,449) | (26) | 1,287 | (3,497) |
| Net change in cash and cash equivalents | — | — | (5) | — | — | (5) |
| Cash and cash equivalents—beginning balance | — | — | 12 | — | — | 12 |
| Cash and cash equivalents—ending balance | $ — | $ — | $ 7 | $— | $ — | $ 7 |

F-306

EFIHMW00246384

## GLOSSARY

When the following terms and abbreviations appear in the text of this report, they have the meanings indicated below.

**2008 Form 10-K** . . . . . . . . . . . . . . . EFC Holdings' Annual Report on Form 10-K for the year ended December 31, 2008

**Adjusted EBITDA** . . . . . . . . . . . . . Adjusted EBITDA means EBITDA adjusted to exclude non-cash items, unusual items and other adjustments allowable under certain debt arrangements of TCEH and EFH Corp. Adjusted EBITDA and EBITDA are not recognized terms under GAAP and, thus, are non-GAAP financial measures. EFC Holdings is providing TCEH's and EFH Corp.'s Adjusted EBITDA in this Form 10-Q (see reconciliation in Exhibit 99(b) and 99(c)) solely because of the important role that Adjusted EBITDA plays in respect of the certain covenants contained in the debt arrangements. EFC Holdings does not intend for Adjusted EBITDA (or EBITDA) to be an alternative to net income as a measure of operating performance or an alternative to cash flows from operating activities as a measure of liquidity or an alternative to any other measure of financial performance presented in accordance with GAAP. Additionally, EFC Holdings does not intend for Adjusted EBITDA (or EBITDA) to be used as a measure of free cash flow available for management's discretionary use, as the measure excludes certain cash requirements such as interest payments, tax payments and other debt service requirements. Because not all companies use identical calculations, EFC Holdings' presentation of Adjusted EBITDA (and EBITDA) may not be comparable to similarly titled measures of other companies.

**DOE** . . . . . . . . . . . . . . . . . . . . . . . US Department of Energy

**EBITDA** . . . . . . . . . . . . . . . . . . . . Refers to earnings (net income) before interest expense, income taxes, depreciation and amortization. See the definition of Adjusted EBITDA above.

**EFC Holdings** . . . . . . . . . . . . . . . . Refers to Energy Future Competitive Holdings Company, a direct subsidiary of EFH Corp. and the direct parent of TCEH, and/or its consolidated subsidiaries, depending on context.

**EFH Corp.** . . . . . . . . . . . . . . . . . . . Refers to Energy Future Holdings Corp., a holding company, and/or its subsidiaries, depending on context. Its major subsidiaries include TCEH and Oncor.

**EFH Corp. Senior Notes** . . . . . . . . . Refers collectively to EFH Corp.'s 10.875% Senior Notes due November 1, 2017 (EFH Corp. Cash-Pay Notes) and EFH Corp.'s 11.25%/12.00% Senior Toggle Notes due November 1, 2017 (EFH Corp. Toggle Notes).

**EPA** . . . . . . . . . . . . . . . . . . . . . . . . US Environmental Protection Agency

**EPC** . . . . . . . . . . . . . . . . . . . . . . . . engineering, procurement and construction

**ERCOT** . . . . . . . . . . . . . . . . . . . . . Electric Reliability Council of Texas, the independent system operator and the regional coordinator of various electricity systems within Texas

**FASB** . . . . . . . . . . . . . . . . . . . . . . . Financial Accounting Standards Board, the designated organization in the private sector for establishing standards for financial accounting and reporting

**FERC** . . . . . . . . . . . . . . . . . . . . . . . US Federal Energy Regulatory Commission

F-307

Confidential

| | |
|---|---|
| **Fitch** . . . . . . . . . . . . . . . . . . . . . . | Fitch Ratings, Ltd. (a credit rating agency) |
| **GAAP** . . . . . . . . . . . . . . . . . . . . . | generally accepted accounting principles |
| **GWh** . . . . . . . . . . . . . . . . . . . . . . | gigawatt-hours |
| **Intermediate Holding** . . . . . . . . . . | Refers to Energy Future Intermediate Holding Company LLC, a direct, wholly-owned subsidiary of EFH Corp. and the direct parent of Oncor Holdings. |
| **kWh** . . . . . . . . . . . . . . . . . . . . . . | kilowatt-hours |
| **LIBOR** . . . . . . . . . . . . . . . . . . . . . | London Interbank Offered Rate. An interest rate at which banks can borrow funds, in marketable size, from other banks in the London interbank market. |
| **Luminant** . . . . . . . . . . . . . . . . . . . | Refers to subsidiaries of TCEH engaged in competitive market activities consisting of electricity generation, development and construction of new generation facilities, wholesale energy sales and purchases as well as commodity risk management and trading activities, all largely in Texas. |
| **market heat rate** . . . . . . . . . . . . . . | Heat rate is a measure of the efficiency of converting a fuel source to electricity. The market heat rate is based on the price offer of the marginal supplier in Texas (generally natural gas plants) in generating electricity and is calculated by dividing the wholesale market price of electricity by the market price of natural gas. |
| **Merger** . . . . . . . . . . . . . . . . . . . . . | The transaction referred to in Merger Agreement (Agreement and Plan of Merger, dated February 25, 2007, under which Texas Holdings agreed to acquire EFH Corp.) that was completed on October 10, 2007. |
| **MMBtu** . . . . . . . . . . . . . . . . . . . . . | million British thermal units |
| **Moody's** . . . . . . . . . . . . . . . . . . . . | Moody's Investors Services, Inc. (a credit rating agency) |
| **MW** . . . . . . . . . . . . . . . . . . . . . . . | megawatts |
| **MWh** . . . . . . . . . . . . . . . . . . . . . . | megawatt-hours |
| **NRC** . . . . . . . . . . . . . . . . . . . . . . | US Nuclear Regulatory Commission |
| **Oncor** . . . . . . . . . . . . . . . . . . . . . | Refers to Oncor Electric Delivery Company LLC, a direct, majority-owned subsidiary of Oncor Holdings and an indirect subsidiary of EFH Corp., and/or its consolidated bankruptcy-remote financing subsidiary, Oncor Electric Delivery Transition Bond Company LLC, depending on context, that is engaged in regulated electricity transmission and distribution activities. |
| **Oncor Holdings** . . . . . . . . . . . . . . . | Refers to Oncor Electric Delivery Holdings Company LLC, a direct wholly-owned subsidiary of Intermediate Holding and the direct majority owner of Oncor, that is consolidated as a variable interest entity under consolidations accounting standards. |
| **OPEB** . . . . . . . . . . . . . . . . . . . . . | other postretirement employee benefits |
| **PUCT** . . . . . . . . . . . . . . . . . . . . . | Public Utility Commission of Texas |
| **PURA** . . . . . . . . . . . . . . . . . . . . . | Texas Public Utility Regulatory Act |
| **Purchase accounting** . . . . . . . . . . . | The purchase method of accounting for a business combination as prescribed by GAAP whereby the cost or "purchase price" of a business combination, including the amount paid for the equity and direct transaction costs are allocated to identifiable assets and liabilities (including intangible assets) based upon their fair values. The excess of the purchase price over the fair values of assets and liabilities is recorded as goodwill. |

F-308

EFIHMW00246386

| | |
|---|---|
| **REP** ......................... | retail electric provider |
| **RRC** ......................... | Railroad Commission of Texas, which among other things, has oversight of lignite mining activity in Texas |
| **S&P** ......................... | Standard & Poor's Ratings Services, a division of the McGraw-Hill Companies Inc. (a credit rating agency) |
| **SEC** ......................... | US Securities and Exchange Commission |
| **SG&A** ......................... | selling, general and administrative |
| **Sponsor Group** ............... | Collectively, the investment funds affiliated with Kohlberg Kravis Roberts & Co. L.P. (KKR), TPG Capital, L.P. and GS Capital Partners, an affiliate of Goldman Sachs & Co. (See Texas Holdings below.) |
| **TCEH** ......................... | Refers to Texas Competitive Electric Holdings Company LLC, a direct, wholly-owned subsidiary of EFC Holdings and an indirect subsidiary of EFH Corp., and/or its subsidiaries, depending on context, that are engaged in electricity generation, wholesale and retail energy markets and development and construction activities. Its major subsidiaries include Luminant and TXU Energy. |
| **TCEH Finance** ................ | Refers to TCEH Finance, Inc., a direct, wholly-owned subsidiary of TCEH, formed for the sole purpose of serving as co-issuer with TCEH of certain debt securities. |
| **TCEH Senior Notes** ........... | Refers collectively to TCEH's 10.25% Senior Notes due November 1, 2015 and 10.25% Senior Notes Series B due November 1, 2015 (collectively, TCEH Cash-Pay Notes) and TCEH's 10.50%/11.25% Senior Toggle Notes due November 1, 2016 (TCEH Toggle Notes). |
| **TCEH Senior Secured Facilities** .. | Refers collectively to the TCEH Initial Term Loan Facility, TCEH Delayed Draw Term Loan Facility, TCEH Revolving Credit Facility, TCEH Letter of Credit Facility and TCEH Commodity Collateral Posting Facility. See Note 4 to Financial Statements for details of these facilities. |
| **TCEQ** ......................... | Texas Commission on Environmental Quality |
| **Texas Holdings** ............... | Refers to Texas Energy Future Holdings Limited Partnership, a limited partnership controlled by the Sponsor Group that owns substantially all of the common stock of EFH Corp. |
| **TXU Energy** ................... | Refers to TXU Energy Retail Company LLC, a direct, wholly-owned subsidiary of TCEH engaged in the retail sale of electricity to residential and business customers. TXU Energy is a REP in competitive areas of ERCOT. |
| **US** ......................... | United States of America |

F-309

Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY**

**CONDENSED STATEMENTS OF CONSOLIDATED INCOME (LOSS)**
(Unaudited)
(millions of dollars)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| Operating revenues | $ 2,433 | $ 3,258 | $ 6,144 | $ 7,809 |
| Fuel, purchased power costs and delivery fees | (1,187) | (1,923) | (2,987) | (4,646) |
| Net gain (loss) from commodity hedging and trading activities | 123 | 6,045 | 1,003 | (248) |
| Operating costs | (161) | (158) | (504) | (501) |
| Depreciation and amortization | (303) | (296) | (862) | (827) |
| Selling, general and administrative expenses | (192) | (172) | (555) | (495) |
| Franchise and revenue-based taxes | (27) | (26) | (74) | (73) |
| Impairment of goodwill (Note 2) | — | — | (70) | — |
| Other income (Note 12) | 33 | 2 | 38 | 8 |
| Other deductions (Note 12) | (6) | (531) | (19) | (550) |
| Interest income | 21 | 20 | 39 | 44 |
| Interest expense and related charges (Note 12) | (842) | (647) | (1,547) | (1,957) |
| Income (loss) before income taxes | (108) | 5,572 | 606 | (1,436) |
| Income tax (expense) benefit | 36 | (1,986) | (259) | 493 |
| Net income (loss) | (72) | 3,586 | 347 | (943) |
| Net (income) loss attributable to noncontrolling interests | — | — | — | — |
| Net income (loss) attributable to EFC Holdings | $ (72) | $ 3,586 | $ 347 | $ (943) |

See Notes to Financial Statements.

F-310

Confidential

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY**

**CONDENSED STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME (LOSS)**
**(Unaudited)**
**(millions of dollars)**

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
|  | 2009 | 2008 | 2009 | 2008 |
| Net income (loss) | $(72) | $3,586 | $347 | $ (943) |
| Other comprehensive income (loss), net of tax effects: | | | | |
| Cash flow hedges: | | | | |
| Net decrease in fair value of derivatives (net of tax benefit of $2, $75, $11 and $98) | (4) | (139) | (20) | (182) |
| Derivative value net loss related to hedged transactions recognized during the period and reported in net income (loss) (net of tax benefit of $21, $22, $53 and $45) | 41 | 41 | 99 | 83 |
| Total adjustments to net income (loss) | 37 | (98) | 79 | (99) |
| Comprehensive income (loss) | (35) | 3,488 | 426 | (1,042) |
| Comprehensive (income) loss attributable to noncontrolling interests | — | — | — | — |
| Comprehensive income (loss) attributable to EFC Holdings | $(35) | $3,488 | $426 | $(1,042) |

See Notes to Financial Statements.

F-311

Confidential

## ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY

### CONDENSED STATEMENTS OF CONSOLIDATED CASH FLOWS
(Unaudited)
(millions of dollars)

| | Nine Months Ended September 30, | |
|---|---|---|
| | 2009 | 2008 |
| Cash flows—operating activities: | | |
| Net income (loss) | $ 347 | $ (943) |
| Adjustments to reconcile net income (loss) to cash provided by operating activities: | | |
| Depreciation and amortization | 1,307 | 1,162 |
| Deferred income tax expense (benefit)—net | 136 | (388) |
| Noncash interest expense related to pushed down debt of Parent (Note 4) | 131 | 126 |
| Impairment of goodwill (Note 2) | 70 | — |
| Impairment of emission allowances intangible assets | — | 501 |
| Charge related to Lehman bankruptcy (Note 12) | — | 26 |
| Unrealized net (gains) losses from mark-to-market valuations of commodity positions | (713) | 221 |
| Unrealized net gains from mark-to-market valuations of interest rate swaps | (527) | (36) |
| Bad debt expense | 87 | 57 |
| Stock-based incentive compensation expense | 5 | 7 |
| Reversal of use tax accrual (Note 12) | (23) | — |
| Other net | 6 | 28 |
| Changes in operating assets and liabilities: | | |
| Margin deposits—net | 260 | (236) |
| Other operating assets and liabilities | 385 | 340 |
| Cash provided by operating activities | 1,471 | 865 |
| Cash flows—financing activities: | | |
| Issuances of long-term debt: | | |
| Pollution control revenue bonds | — | 242 |
| Other long-term debt (Note 4) | 522 | 1,035 |
| Repayments/repurchases of long-term debt: | | |
| Pollution control revenue bonds | — | (242) |
| Other long-term debt (Note 4) | (217) | (157) |
| Increase in short-term borrowings (Note 4) | — | 2,032 |
| Decrease in income tax-related note payable to Oncor | (26) | (25) |
| Contributions from noncontrolling interests (Note 6) | 42 | — |
| Debt discount, financing and reacquisition expenses | (35) | (4) |
| Other—net | 1 | 33 |
| Cash provided by financing activities | 287 | 2,914 |
| Cash flows—investing activities: | | |
| Net loans to affiliates | (528) | (381) |
| Capital expenditures | (1,106) | (1,402) |
| Nuclear fuel purchases | (157) | (112) |
| Money market fund redemptions (investments) | 142 | (242) |
| Net proceeds from sale of controlling interest in natural gas gathering pipeline business | 40 | — |
| Reduction of restricted cash related to letter of credit facility (Note 4) | 115 | — |
| Reduction of restricted cash related to pollution control revenue bonds | — | 29 |
| Transfer of cash collateral from (to) custodian account | 3 | (20) |
| Proceeds from sales of environmental allowances and credits | 22 | 30 |
| Purchases of environmental allowances and credits | (23) | (18) |
| Proceeds from sales of nuclear decommissioning trust fund securities | 2,972 | 747 |
| Investments in nuclear decommissioning trust fund securities | (2,983) | (758) |
| Other | 20 | 5 |
| Cash used in investing activities | (1,483) | (2,122) |
| Net change in cash and cash equivalents | 275 | 1,657 |
| Cash and cash equivalents—beginning balance | 479 | 215 |
| Cash and cash equivalents—ending balance | $ 754 | $ 1,872 |

See Notes to Financial Statements.

F-312

EFIHMW00246390

**PX 014**
**Page 672 of 1116**

# ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY

## CONDENSED CONSOLIDATED BALANCE SHEETS
### (Unaudited)
### (millions of dollars)

|  | September 30, 2009 | December 31, 2008 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 754 | $ 479 |
| Investments held in money market fund | — | 142 |
| Restricted cash (Note 12) | 1 | 4 |
| Trade accounts receivable—net (Note 3) | 751 | 994 |
| Notes receivable from parent (Note 11) | 1,112 | 584 |
| Inventories (Note 12) | 403 | 361 |
| Commodity and other derivative contractual assets (Note 7) | 2,537 | 2,391 |
| Accumulated deferred income taxes | 83 | 21 |
| Margin deposits related to commodity positions | 158 | 439 |
| Other current assets | 49 | 86 |
| Total current assets | 5,848 | 5,501 |
| Restricted cash (Note 12) | 1,135 | 1,250 |
| Investments (Note 12) | 581 | 484 |
| Property, plant and equipment—net (Note 12) | 20,980 | 20,902 |
| Goodwill (Note 2) | 10,252 | 10,322 |
| Intangible assets—net (Note 2) | 2,658 | 2,774 |
| Commodity and other derivative contractual assets (Note 7) | 1,153 | 962 |
| Other noncurrent assets, principally unamortized debt issuance costs | 722 | 805 |
| Total assets | $43,329 | $43,000 |
| **LIABILITIES AND EQUITY** | | |
| Current liabilities: | | |
| Short-term borrowings (Note 4) | $ 900 | $ 900 |
| Long-term debt due currently (Note 4) | 207 | 269 |
| Trade accounts payable—nonaffiliates | 589 | 1,000 |
| Trade accounts and other payable to affiliates | 232 | 171 |
| Commodity and other derivative contractual liabilities (Note 7) | 2,535 | 2,730 |
| Margin deposits related to commodity positions | 504 | 525 |
| Accrued income taxes payable to parent (Note 11) | 140 | 33 |
| Accrued taxes other than income | 95 | 70 |
| Accrued interest | 603 | 354 |
| Other current liabilities | 323 | 275 |
| Total current liabilities | 6,128 | 6,327 |
| Accumulated deferred income taxes | 5,381 | 5,242 |
| Commodity and other derivative contractual liabilities (Note 7) | 1,343 | 2,095 |
| Notes or other liabilities due affiliates (Note 11) | 227 | 254 |
| Long-term debt, less amounts due currently (Note 4) | 32,123 | 31,556 |
| Other noncurrent liabilities and deferred credits (Note 12) | 2,644 | 2,528 |
| Total liabilities | 47,846 | 48,002 |
| Commitments and Contingencies (Note 5) | | |
| Equity (Note 6): | | |
| EFC Holdings shareholders' equity | (4,559) | (5,002) |
| Noncontrolling interests in subsidiaries | 42 | — |
| Total equity | (4,517) | (5,002) |
| Total liabilities and equity | $43,329 | $43,000 |

See Notes to Financial Statements.

F-313

Confidential

ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY
NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
(Unaudited)

## 1.    BUSINESS AND SIGNIFICANT ACCOUNTING POLICIES

*Description of Business*

EFC Holdings is a subsidiary of EFH Corp. and is a Dallas-based holding company that conducts its operations principally through its wholly-owned subsidiary, TCEH. TCEH is a Dallas-based holding company for subsidiaries engaged in competitive electricity market activities largely in Texas, including electricity generation, development and construction of new generation facilities, wholesale energy sales and purchases, commodity risk management and trading activities, and retail electricity sales. Commodity risk management and allocation of financial resources are performed at the consolidated level; therefore, there are no reportable business segments.

See "Glossary" for definition of terms and abbreviations.

*Basis of Presentation*

The condensed consolidated financial statements have been prepared in accordance with US GAAP and on the same basis as the audited financial statements included in the 2008 Form 10-K, with the exception of the adoption of new accounting and disclosure guidance related to derivative instruments and hedging activities, subsequent events and reporting of fair value as discussed below. All adjustments (consisting of normal recurring accruals) necessary for a fair presentation of the results of operations and financial position have been included therein. All intercompany items and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in annual consolidated financial statements prepared in accordance with US GAAP have been omitted pursuant to the rules and regulations of the SEC. Because the condensed consolidated interim financial statements do not include all of the information and footnotes required by US GAAP, they should be read in conjunction with the audited financial statements and related notes included in the 2008 Form 10-K. The results of operations for an interim period may not give a true indication of results for a full year. All dollar amounts in the financial statements and tables in the notes are stated in millions of US dollars unless otherwise indicated. Subsequent events have been evaluated through October 29, 2009, the date these condensed consolidated financial statements were issued.

*Use of Estimates*

Preparation of the financial statements requires estimates and assumptions about future events that affect the reporting of assets and liabilities at the balance sheet dates and the reported amounts of revenue and expense, including fair value measurements. In the event estimates and/or assumptions prove to be different from actual amounts, adjustments are made in subsequent periods to reflect more current information. No material adjustments, other than those disclosed elsewhere herein, were made to previous estimates or assumptions during the current year.

*Changes in Accounting Standards*

In August 2009, the FASB issued guidance on measuring fair value of liabilities, which provides clarification of fair value measurement when there is limited or no observable data available. This new guidance is effective for periods beginning October 1, 2009. EFC Holdings is evaluating the impact of this new guidance, but currently does not expect a material effect on its financial statements.

In June 2009, the FASB issued "The *FASB Accounting Standards Codification*™ and the Hierarchy of Generally Accepted Accounting Principles," which establishes the *FASB Accounting Standards Codification*™

F-314

EFIHMW00246392

(Codification) as the source of authoritative US GAAP recognized by the FASB to be applied to nongovernmental entities. The Codification was effective for financial statements issued for interim and annual periods ending after September 15, 2009. The adoption of the Codification did not affect reported results of operations, financial condition or cash flows. EFC Holdings implemented the Codification in this Form 10-Q.

In June 2009, the FASB issued new guidance that (i) changes how a reporting entity determines when an entity that is insufficiently capitalized or is not controlled through voting (or similar rights) should be consolidated and (ii) requires additional disclosures. This new guidance is effective for periods beginning after November 15, 2009. EFC Holdings is evaluating the impact of this new guidance, including the impact to its sale of receivable program discussed in Note 3 and immediately below.

In June 2009, the FASB issued new guidance regarding accounting for transfers of financial assets that eliminates the concept of a qualifying special purpose entity, changes the requirements for derecognizing financial assets and requires additional disclosures. This new guidance is effective in the first quarter of 2010. EFC Holdings continues to evaluate the impact of this new guidance on its financial statements and footnote disclosures; however, it currently expects that its accounts receivable securitization program discussed in Note 3 will no longer be accounted for as a sale of accounts receivable as a result of the guidance, and the funding under the program will be reported as short-term borrowings. This new guidance will not impact the covenant-related ratio calculations in EFC Holdings' debt agreements.

In May 2009, the FASB issued new guidance related to subsequent events that requires disclosure of the date through which EFC Holdings has evaluated subsequent events related to the financial statements being issued and the basis for that date. This guidance was effective for interim and annual reporting periods ending after June 15, 2009. EFC Holdings' adoption of this guidance as of April 1, 2009 did not affect reported results of operations, financial condition or cash flows, and the required disclosure is provided above in "Basis of Presentation."

In April 2009, the FASB issued new guidance regarding determining fair value when the volume and level of activity for the asset or liability have significantly decreased and identifying transactions that are not orderly. This guidance was effective for interim reporting periods ending after June 15, 2009, and EFC Holdings adopted it as of April 1, 2009. This guidance did not change EFC Holdings' fair value measurement techniques. However, this guidance requires disclosures of additional detail of securities held in EFC Holdings' nuclear decommissioning trust that are provided in Notes 8 and 12.

In April 2009, the FASB issued new guidance regarding the recognition and presentation of other-than-temporary impairments, which changed the guidance for recording impairment of investments in debt securities. This guidance was effective for interim and annual reporting periods ending after June 15, 2009, and is expected to affect many utility companies that hold debt securities in nuclear decommissioning trust funds. However, EFC Holdings' adoption as of April 1, 2009 did not affect the accounting for its nuclear decommissioning trust fund because the trust balance is reported at fair value, with changes in fair value of the trust resulting in changes in Oncor's regulatory asset or liability related to the decommissioning cost. This new guidance also requires the disclosure of information about the fair value of the investments for interim reporting as provided in Note 12.

In April 2009, the FASB issued new guidance requiring the disclosure of summarized financial information about the fair value of financial instruments for interim reporting. This new guidance was effective for interim reporting periods ending after June 15, 2009, and EFC Holdings adopted it as of April 1, 2009. As this new guidance provides only disclosure requirements, the adoption did not have any effect on reported results of operations, financial condition or cash flows. The disclosures are provided in Note 9.

In December 2008, the FASB issued new guidance for employers' disclosures about postretirement benefit plan assets. This new guidance provides enhanced disclosures regarding how investment allocation decisions are made and certain aspects of fair value measurements on plan assets. The required disclosures are intended to

F-315

EFIHMW00246393

provide transparency related to the types of assets and associated risks in an employer's defined benefit pension or other postretirement employee benefits plan and events in the economy and markets that could have a significant effect on the value of plan assets. These new disclosure requirements are effective for fiscal years ending after December 15, 2009. As this new guidance provides only disclosure requirements, the adoption will not have any effect on reported results of operations, financial condition or cash flows.

In March 2008, the FASB issued amended disclosure guidance for derivative instruments and hedging activities. This amended guidance enhances required disclosures regarding derivatives and hedging activities to enable investors to better understand their effects on an entity's financial position, financial performance and cash flows. This guidance was effective with reporting for the three months ended March 31, 2009. As this guidance provides only disclosure requirements, the adoption did not have any effect on reported results of operations or financial condition. The disclosures are provided in Note 7.

In December 2007, the FASB issued amended guidance for accounting for noncontrolling interests in consolidated financial statements effective for fiscal years beginning on or after December 15, 2008. This amended guidance requires noncontrolling interests in subsidiaries initially to be measured at fair value and classified as a separate component of equity. Effective January 2009, EFC Holdings classified the noncontrolling interests created as part of the nuclear generation development joint venture formed in the first quarter of 2009 as a separate component of equity in the balance sheet, and reported consolidated net income (loss) includes the net income attributable to noncontrolling interests, the amount of which was immaterial in the period from the formation of the joint venture in January 2009 through September 30, 2009.

## 2.    GOODWILL AND IDENTIFIABLE INTANGIBLE ASSETS

### Goodwill

Reported goodwill totaled $10.25 billion and $10.32 billion as of September 30, 2009 and December 31, 2008, respectively.

In the first quarter of 2009, EFC Holdings recorded a $70 million goodwill impairment charge. This charge resulted from the completion of fair value calculations supporting the initial $8.0 billion goodwill impairment charge that was recorded in the fourth quarter of 2008. The impairment charge primarily reflected the dislocation in the capital markets during the fourth quarter of 2008 that increased interest rate spreads and the resulting discount rates used in estimating fair values and the effect of declines in market values of debt and equity securities of comparable companies. The impairment determination involved significant assumptions and judgments in estimating EFC Holdings' enterprise value and the fair values of its assets and liabilities. There have been no other goodwill impairments recorded since the Merger.

The calculations supporting the impairment determination utilized models that take into consideration multiple inputs, including commodity prices, debt yields, equity prices of comparable companies and other inputs. Those models were generally used in developing long-term forward price curves for certain commodities and discount rates for determining fair values of certain individual assets and liabilities of EFC Holdings. The fair value measurements resulting from such models are classified as Level 3 measurements consistent with accounting standards related to the determination of fair value (see Note 8).

F-316

EFIHMW00246394

*Identifiable Intangible Assets*

Identifiable intangible assets reported in the balance sheet are comprised of the following:

| | As of September 30, 2009 | | | As of December 31, 2008 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Retail customer relationship . . . . . . . . . . . . . | $ 463 | $194 | $ 269 | $ 463 | $130 | $ 333 |
| Favorable purchase and sales contracts . . . . . | 700 | 340 | 360 | 700 | 249 | 451 |
| Capitalized in-service software . . . . . . . . . . . | 179 | 23 | 156 | 48 | 13 | 35 |
| Environmental allowances and credits . . . . . . | 988 | 187 | 801 | 994 | 121 | 873 |
| Mining development costs . . . . . . . . . . . . . . . | 19 | 4 | 15 | 19 | 2 | 17 |
| Total intangible assets subject to amortization . . . . . . . . . . . . . . . . . . . . | $2,349 | $748 | 1,601 | $2,224 | $515 | 1,709 |
| Trade name (not subject to amortization) . . . . | | | 955 | | | 955 |
| Mineral interests (not currently subject to amortization) . . . . . . . . . . . . . . . . . . . . . . . | | | 102 | | | 110 |
| Total intangible assets . . . . . . . . . . . . . . | | | $2,658 | | | $2,774 |

Amortization expense related to intangible assets consisted of:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| Intangible Asset (Income Statement line) | 2009 | 2008 | 2009 | 2008 |
| Retail customer relationship (Depreciation and amortization) . . . . . . . . . . | $21 | $ 13 | $ 64 | $ 39 |
| Favorable purchase and sales contracts (Operating revenues/fuel, purchased power costs and delivery fees) . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | 9 | 91 | 115 |
| Capitalized in-service software (Depreciation and amortization) . . . . . . . . | 5 | 2 | 11 | 8 |
| Environmental allowances and credits (Fuel, purchased power costs and delivery fees) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 | 28 | 66 | 77 |
| Mining development costs (Depreciation and amortization) . . . . . . . . . . . . | 1 | — | 2 | — |
| Total amortization expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $70 | $ 52 | $234 | $239 |

*Estimated Amortization of Intangible Assets*—The estimated aggregate amortization expense related to identifiable intangible assets for each of the next five fiscal years is as follows:

| Year | Amount |
|---|---|
| 2009 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $323 |
| 2010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 228 |
| 2011 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 174 |
| 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 138 |
| 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 122 |

F-317

EFIHMW00246395

### 3.   TRADE ACCOUNTS RECEIVABLE AND SALE OF RECEIVABLES PROGRAM

*Sale of Receivables*

TXU Energy participates in an accounts receivable securitization program, the activity under which is accounted for as a sale of accounts receivable in accordance with transfers and servicing accounting standards (see Note 1 for discussion of a new accounting standard effective in the first quarter of 2010). Under the program, TXU Energy (originator) sells trade accounts receivable to TXU Receivables Company, which is a special purpose entity created for the purpose of purchasing receivables from the originator and is a consolidated wholly-owned bankruptcy-remote direct subsidiary of EFH Corp. TXU Receivables Company sells undivided interests in the purchased accounts receivable for cash to special purpose entities established by financial institutions (the funding entities).

Program funding totaled $700 million at September 30, 2009, the maximum amount currently available under the accounts receivable securitization program.

All new trade receivables under the program generated by the originator are continuously purchased by TXU Receivables Company with the proceeds from collections of receivables previously purchased. Changes in the amount of funding under the program, through changes in the amount of undivided interests sold by TXU Receivables Company, reflect seasonal variations in the level of accounts receivable, changes in collection trends and other factors such as changes in sales prices and volumes. TXU Receivables Company has issued subordinated notes payable to the originators for the difference between the face amount of the uncollected accounts receivable purchased, less a discount, and cash paid to the originator that was funded by the sale of the undivided interests. The balance of the subordinated notes payable, which is reported in trade accounts receivable, totaled $489 million and $268 million at September 30, 2009 and December 31, 2008, respectively.

The discount from face amount on the purchase of receivables from the originator principally funds program fees paid to the funding entities. The program fees, which are also referred to as losses on sale of the receivables under transfers and servicing accounting standards, consist primarily of interest costs on the underlying financing. The discount also funds a servicing fee paid by TXU Receivables Company to EFH Corporate Services Company, a direct wholly-owned subsidiary of EFH Corp., which provides recordkeeping services and is the collection agent for the program.

Program fee amounts, which are reported in SG&A expenses, were as follows:

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
|  | 2009 | 2008 | 2009 | 2008 |
| Program fees ............................................... | $ 2 | $ 7 | $ 9 | $ 18 |
| Program fees as a percentage of average funding (annualized) ......... | 1.3% | 4.2% | 2.4% | 5.2% |

The trade accounts receivable balance reported in the September 30, 2009 consolidated balance sheet has been reduced by $1.189 billion face amount of retail accounts receivable sold to TXU Receivables Company, partially offset by the inclusion of $489 million of subordinated notes receivable from TXU Receivables Company. Funding under the program increased $284 million and $337 million for the nine month periods ending September 30, 2009 and 2008, respectively. Funding increases or decreases under the program are reflected as operating cash flow activity in the statement of cash flows. The carrying amount of the retained interests in the accounts receivable balance approximated fair value due to the short-term nature of the collection period.

F-318

Confidential

Activities of TXU Receivables Company were as follows:

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2009 | 2008 |
| Cash collections on accounts receivable | $ 4,660 | $ 4,881 |
| Face amount of new receivables purchased | (5,165) | (5,263) |
| Discount from face amount of purchased receivables (to fund fees paid) | 11 | 22 |
| Program fees paid to funding entities | (9) | (18) |
| Servicing fees paid to EFH Corp. subsidiary for recordkeeping and collection services | (2) | (3) |
| Increase in subordinated notes payable | 221 | 44 |
| Operating cash flows provided to originator under the program | $ (284) | $ (337) |

The program, which expires in October 2013, may be terminated upon the occurrence of a number of specified events, including if the delinquency ratio (delinquent for 31 days) for the sold receivables, the default ratio (delinquent for 91 days or deemed uncollectible), the dilution ratio (reductions for discounts, disputes and other allowances) or the days collection outstanding ratio exceed stated thresholds, and the funding entities do not waive such event of termination. The thresholds apply to the entire portfolio of sold receivables. In addition, the program may be terminated if TXU Receivables Company or the EFH Corp. subsidiary acting as collection agent defaults in any payment with respect to debt in excess of $50,000 in the aggregate for such entities, or if TCEH, any affiliate of TCEH acting as collection agent other than the EFH Corp. subsidiary, any parent guarantor of the originator or the originator shall default in any payment with respect to debt (other than hedging obligations) in excess of $200 million in the aggregate for such entities. As of September 30, 2009, there were no such events of termination.

Upon termination of the program, cash flows would be delayed as collections of sold receivables would be used by TXU Receivables Company to repurchase the undivided interests from the funding entities instead of purchasing new receivables. The level of cash flows would normalize in approximately 16 to 30 days.

The subordinated notes issued by TXU Receivables Company are subordinated to the undivided interests of the funding entities in the purchased receivables.

*Trade Accounts Receivable*

| | September 30, 2009 | December 31, 2008 |
| --- | --- | --- |
| Gross wholesale and retail trade accounts receivable | $ 1,535 | $1,474 |
| Retail accounts receivable sold to TXU Receivables Company | (1,189) | (684) |
| Subordinated notes receivable from TXU Receivables Company | 489 | 268 |
| Allowance for uncollectible accounts | (84) | (64) |
| Trade accounts receivable—reported in balance sheet | $ 751 | $ 994 |

Gross trade accounts receivable at September 30, 2009 and December 31, 2008 included unbilled revenues of $449 million and $427 million, respectively.

*Allowance for Uncollectible Accounts Receivable*

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2009 | 2008 |
| Allowance for uncollectible accounts receivable as of beginning of period | $ 64 | $ 24 |
| Increase for bad debt expense | 87 | 57 |
| Decrease for account write-offs | (67) | (46) |
| Charge related to Lehman bankruptcy | — | 26 |
| Allowance for uncollectible accounts receivable as of end of period | $ 84 | $ 61 |

F-319

EFIHMW00246397

### 4. SHORT-TERM BORROWINGS AND LONG-TERM DEBT

*Short-Term Borrowings*

At September 30, 2009, EFC Holdings and its subsidiaries had outstanding short-term borrowings of $900 million at a weighted average interest rate of 3.79%, excluding certain customary fees, at the end of the period. At December 31, 2008, EFC Holdings and its subsidiaries had outstanding short-term borrowings of $900 million at a weighted average interest rate of 3.95%, excluding certain customary fees, at the end of the period. All short-term borrowings were under the TCEH Revolving Credit Facility.

*Credit Facilities*

EFC Holdings' (through TCEH) credit facilities with cash borrowing and/or letter of credit availability at September 30, 2009 are presented below. The facilities are all senior secured facilities.

| | | At September 30, 2009 | | | |
|---|---|---|---|---|---|
| Authorized Borrowers and Facility | Maturity Date | Facility Limit | Letters of Credit | Cash Borrowings | Availability |
| TCEH Delayed Draw Term Loan Facility (a) . . . . . . | October 2014 | $4,100 | $— | $4,085 | $      — |
| TCEH Revolving Credit Facility (b) . . . . . . . . . . . . . | October 2013 | 2,700 | 38 | 900 | 1,736 |
| TCEH Letter of Credit Facility (c) . . . . . . . . . . . . . . | October 2014 | 1,250 | — | 1,250 | — |
| Subtotal TCEH (d) . . . . . . . . . . . . . . . . . . . . . . | | $8,050 | $ 38 | $6,235 | $   1,736 |
| TCEH Commodity Collateral Posting Facility (e) . . . | December 2012 | Unlimited | $— | $    — | Unlimited |

(a) Facility was used to fund expenditures for constructing certain new generation facilities and environmental upgrades of existing generation facilities. Availability amount excludes $15 million of commitments from a subsidiary of Lehman Brothers Holding Inc. (such subsidiary, Lehman) that has filed for bankruptcy under Chapter 11 of the US Bankruptcy Code. Borrowings are classified as long-term debt.

(b) Facility used for letters of credit and borrowings for general corporate purposes. Borrowings are classified as short-term borrowings. Availability amount includes $141 million of commitments from Lehman that are only available from the fronting banks and the swingline lender and excludes $26 million of requested cash draws that have not been funded by Lehman. All outstanding borrowings under this facility at September 30, 2009 bear interest at LIBOR plus 3.5%, and a commitment fee is payable quarterly in arrears at a rate per annum equal to 0.50% of the average daily unused portion of the facility.

(c) Facility used for issuing letters of credit for general corporate purposes, including, but not limited to, providing collateral support under hedging arrangements and other commodity transactions that are not eligible for funding under the TCEH Commodity Collateral Posting Facility. The borrowings under this facility were drawn at the inception of the facility, are classified as long-term debt, and except for $115 million related to a letter of credit drawn in June 2009, have been retained as restricted cash. Letters of credit totaling $676 million issued as of September 30, 2009 are supported by the restricted cash, and the remaining letter of credit availability totals $459 million.

(d) Pursuant to PUCT rules, TCEH is required to maintain available capacity under its credit facilities to assure adequate credit worthiness of TCEH's REP subsidiaries, including the ability to return retail customer deposits, if necessary. As a result, at September 30, 2009, the total availability under the TCEH credit facilities should be further reduced by $237 million.

(e) Revolving facility used to fund cash collateral posting requirements for specified volumes of natural gas hedges totaling approximately 650 million MMBtu as of September 30, 2009. As of September 30, 2009, there were no borrowings under this facility. See "TCEH Senior Secured Facilities" below for additional information.

Confidential

EFIHMW00246398

*Long-Term Debt*

At September 30, 2009 and December 31, 2008, long-term debt consisted of the following:

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| **TCEH** | | |
| Pollution Control Revenue Bonds: | | |
| Brazos River Authority: | | |
| 5.400% Fixed Series 1994A due May 1, 2029 | $    39 | $    39 |
| 7.700% Fixed Series 1999A due April 1, 2033 | 111 | 111 |
| 6.750% Fixed Series 1999B due September 1, 2034, remarketing date April 1, 2013 (a) | 16 | 16 |
| 7.700% Fixed Series 1999C due March 1, 2032 | 50 | 50 |
| 8.250% Fixed Series 2001A due October 1, 2030 | 71 | 71 |
| 5.750% Fixed Series 2001C due May 1, 2036, remarketing date November 1, 2011 (a) | 217 | 217 |
| 8.250% Fixed Series 2001D-1 due May 1, 2033 | 171 | 171 |
| 0.450% Floating Series 2001D-2 due May 1, 2033 (b) | 97 | 97 |
| 0.340% Floating Taxable Series 2001I due December 1, 2036 (c) | 62 | 62 |
| 0.450% Floating Series 2002A due May 1, 2037 (b) | 45 | 45 |
| 6.750% Fixed Series 2003A due April 1, 2038, remarketing date April 1, 2013 (a) | 44 | 44 |
| 6.300% Fixed Series 2003B due July 1, 2032 | 39 | 39 |
| 6.750% Fixed Series 2003C due October 1, 2038 | 52 | 52 |
| 5.400% Fixed Series 2003D due October 1, 2029, remarketing date October 1, 2014 (a) | 31 | 31 |
| 5.000% Fixed Series 2006 due March 1, 2041 | 100 | 100 |
| Sabine River Authority of Texas: | | |
| 6.450% Fixed Series 2000A due June 1, 2021 | 51 | 51 |
| 5.500% Fixed Series 2001A due May 1, 2022, remarketing date November 1, 2011 (a) | 91 | 91 |
| 5.750% Fixed Series 2001B due May 1, 2030, remarketing date November 1, 2011 (a) | 107 | 107 |
| 5.200% Fixed Series 2001C due May 1, 2028 | 70 | 70 |
| 5.800% Fixed Series 2003A due July 1, 2022 | 12 | 12 |
| 6.150% Fixed Series 2003B due August 1, 2022 | 45 | 45 |
| Trinity River Authority of Texas: | | |
| 6.250% Fixed Series 2000A due May 1, 2028 | 14 | 14 |
| Unamortized fair value discount related to pollution control revenue bonds (d) | (150) | (161) |
| Senior Secured Facilities: | | |
| 3.754% TCEH Initial Term Loan Facility maturing October 10, 2014 (e)(f) | 16,121 | 16,244 |
| 3.754% TCEH Delayed Draw Term Loan Facility maturing October 10, 2014 (e)(f) | 4,085 | 3,562 |
| 3.754% TCEH Letter of Credit Facility maturing October 10, 2014 (f) | 1,250 | 1,250 |
| 0.243% TCEH Commodity Collateral Posting Facility maturing December 31, 2012 (g) | — | — |

F-321

Confidential

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| Other: | | |
| 10.25% Fixed Senior Notes due November 1, 2015 . . . . . . . . . . . . . . . . . . . | 3,000 | 3,000 |
| 10.25% Fixed Senior Notes Series B due November 1, 2015 . . . . . . . . . . | 2,000 | 2,000 |
| 10.50 / 11.25% Senior Toggle Notes due November 1, 2016 . . . . . . . . . . . | 1,848 | 1,750 |
| 7.000% Fixed Senior Notes due March 15, 2013 . . . . . . . . . . . . . . . . . . . | 5 | 5 |
| 7.100% Promissory Note due January 5, 2009 . . . . . . . . . . . . . . . . . . . . . | — | 65 |
| 7.460% Fixed Secured Facility Bonds with amortizing payments through January 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 55 | 67 |
| Capital lease obligations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 158 | 159 |
| Unamortized fair value discount (d) . . . . . . . . . . . . . . . . . . . . . . . . . . . | (5) | (6) |
| Total TCEH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $29,902 | $29,470 |
| **EFC Holdings (parent entity)** | | |
| 9.580% Fixed Notes due in semiannual installments through December 4, 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $    55 | $    55 |
| 8.254% Fixed Notes due in quarterly installments through December 31, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 51 | 53 |
| 1.283% Floating Rate Junior Subordinated Debentures, Series D due January 30, 2037 (f) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 1 |
| 8.175% Fixed Junior Subordinated Debentures, Series E due January 30, 2037 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 8 |
| 10.875% EFH Corp. Fixed Senior Notes due November 1, 2017 (h) . . . . . . . . . | 1,000 | 1,000 |
| 11.25/12.00% EFH Corp. Senior Toggle Notes due November 1, 2017 (h) . . . . | 1,325 | 1,250 |
| Unamortized fair value discount (d) . . . . . . . . . . . . . . . . . . . . . . . . . . . | (12) | (12) |
| Total EFC Holdings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,428 | 2,355 |
| Total EFC Holdings consolidated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32,330 | 31,825 |
| Less amount due currently . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 207 | (269) |
| Total long-term debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $32,123 | $31,556 |

----

(a)   These series are in the multiannual interest rate mode and are subject to mandatory tender prior to maturity on the mandatory remarketing date. On such date, the interest rate and interest rate period will be reset for the bonds.

(b)   Interest rates in effect at September 30, 2009. These series are in a daily interest rate mode and are classified as long-term as they are supported by long-term irrevocable letters of credit.

(c)   Interest rate in effect at September 30, 2009. This series is in a weekly interest rate mode and is classified as long-term as it is supported by long-term irrevocable letters of credit.

(d)   Amount represents unamortized fair value adjustments recorded under purchase accounting.

(e)   Interest rate swapped to fixed on $17.55 billion principal amount.

(f)   Interest rates in effect at September 30, 2009.

(g)   Interest rates in effect at September 30, 2009, excluding a quarterly maintenance fee of approximately $11 million. See "Credit Facilities" above for more information.

(h)   Represents 50% of the principal amount of EFH Corp. debt guaranteed by EFC Holdings (pushed-down debt) per the discussion below under "Push Down of EFH Corp. Notes."

*Debt-Related Activity in 2009*—Repayments of long-term debt in 2009 totaling $217 million represented principal payments at scheduled maturity dates as well as other repayments totaling $29 million, principally related to capitalized leases. Payments at scheduled amortization or maturity dates included $123 million repaid under the TCEH Initial Term Loan Facility and $65 million of a TCEH promissory note.

Confidential

EFIHMW00246400

Increases in long-term debt during 2009 totaling $522 million consisted of borrowings under the TCEH Delayed Draw Term Loan Facility, which was fully drawn as of July 2009, to fund expenditures related to construction of new generation facilities and environmental upgrades of existing lignite/coal-fueled generation facilities. In addition, long-term debt increased as a result of the issuance of $75 million of EFH Corp.'s 11.25%/ 12.00% Senior Toggle Notes due November 1, 2017 (EFH Corp. Toggle Notes) (see "Push Down of EFH Corp. Notes" below) and $98 million of TCEH's 10.50%/11.25% Senior Toggle Notes due November 1, 2016 (TCEH Toggle Notes) in lieu of cash interest payments as discussed below.

EFH Corp. and TCEH have the option every six months at their discretion, ending with the payment due November 1, 2012, to use the payment-in-kind (PIK) feature of their respective toggle notes in lieu of making cash interest payments. Once EFH Corp. and/or TCEH make a PIK election, the election is valid for each succeeding interest payment period until EFH Corp. and/or TCEH revoke the applicable election.

TCEH made its May 2009 interest payment and will make its November 2009 and May 2010 interest payments by using the PIK feature of the TCEH Toggle Notes. During the applicable interest periods, the interest rate on the toggle notes is increased from 10.50% to 11.25%. TCEH increased the aggregate principal amount of the TCEH Toggle Notes by $98 million on May 1, 2009 and will further increase the aggregate principal amount of the TCEH Toggle Notes by approximately $104 million on November 1, 2009 and $110 million on May 1, 2010. The elections increased liquidity as of May 1, 2009 by an amount equal to approximately $92 million and will further increase liquidity as of November 1, 2009 and May 1, 2010 by an amount equal to approximately $97 million and approximately $103 million, respectively, with such amounts constituting the amount of cash interest that otherwise would have been payable on the respective dates, and will increase the expected annual cash interest expense by approximately $33 million, constituting the additional cash interest that will be payable with respect to the $312 million of additional toggle notes.

***TCEH Senior Secured Facilities***—The applicable rate on borrowings under the TCEH Initial Term Loan Facility, the TCEH Delayed Draw Term Loan Facility, the TCEH Revolving Credit Facility and the TCEH Letter of Credit Facility as of September 30, 2009 is provided in the long-term debt table above and reflects LIBOR-based borrowings.

In August 2009, the Credit Agreement governing the TCEH Senior Secured Facilities was amended to reduce the existing first lien capacity under the TCEH Senior Secured Facilities by $1.25 billion in exchange for the ability for TCEH to issue up to an additional $4 billion of secured notes or loans ranking junior to TCEH's first lien obligations, provided that:

- such notes or loans mature later than the latest maturity date of any of the initial term loans under the TCEH Senior Secured Facilities, and

- any net cash proceeds from any such issuances are used (i) in exchange for, or to refinance, repay, retire, refund or replace indebtedness of TCEH or (ii) to acquire, directly or indirectly, all or substantially all of the property and assets or business of another person or to finance the purchase price, cost of design, acquisition, construction, repair, restoration, replacement, expansion, installation or improvement of certain fixed or capital assets.

In addition, the amended Credit Agreement permits TCEH to, among other things:

- issue new secured notes or loans, which may include, in each case, indebtedness secured on a pari passu basis with the obligations under the TCEH Senior Secured Facilities, so long as, in each case, among other things, the net cash proceeds from any such issuance are used to prepay certain loans under the TCEH Senior Secured Facilities at par;

- agree with individual lenders to extend the maturity of their term loans or extend or refinance their revolving credit commitments under the TCEH Senior Secured Facilities, and pay increased interest rates or otherwise modify the terms of their loans or revolving commitments in connection with such an extension, and

F-323

- exclude from the financial maintenance covenant under the TCEH Senior Secured Facilities any new debt issued that ranks junior to TCEH's first lien obligations under the TCEH Senior Secured Facilities.

The TCEH Senior Secured Facilities are unconditionally guaranteed jointly and severally on a senior secured basis by EFC Holdings and subject to certain exceptions, each existing and future direct or indirect wholly-owned US restricted subsidiary of TCEH. The TCEH Senior Secured Facilities, including the guarantees thereof, certain commodity hedging transactions and the interest rate swaps described under "TCEH Interest Rate Hedges" below are secured by (a) substantially all of the current and future assets of TCEH and TCEH's subsidiaries who are guarantors of such facilities and (b) pledges of the capital stock of TCEH and certain current and future direct or indirect subsidiaries of TCEH.

The TCEH Initial Term Loan Facility is required to be repaid in equal quarterly installments in an aggregate annual amount equal to 1% of the original principal amount of such facility (approximately $41 million quarterly), with the balance payable in October 2014. The TCEH Delayed Draw Term Loan Facility is required to be repaid in equal quarterly installments beginning in December 2009 in an aggregate annual amount equal to 1% of the actual principal outstanding under such facility as of such date, with the balance payable in October 2014. Amounts borrowed under the TCEH Revolving Facility may be reborrowed from time to time until October 2013. The TCEH Letter of Credit Facility and TCEH Commodity Collateral Posting Facility will mature in October 2014 and December 2012, respectively.

**TCEH Senior Notes**—Borrowings under TCEH's and TCEH Finance's (collectively, the Co-Issuers) 10.25% Senior Notes due November 1, 2015 and 10.25% Senior Notes Series B due November 1, 2015 (collectively, TCEH Cash-Pay Notes) bear interest semiannually in arrears on May 1 and November 1 of each year at a fixed rate of 10.25% per annum. Borrowings under the TCEH Toggle Notes bear interest semiannually in arrears on May 1 and November 1 of each year at a fixed rate of 10.50% per annum for cash interest and at a fixed rate of 11.25% per annum for PIK Interest (as defined below). For any interest period until November 1, 2012, the Co-Issuers may elect to pay interest on the notes (i) entirely in cash; (ii) by increasing the principal amount of the notes or by issuing new TCEH Toggle Notes (Payment-in-Kind or PIK Interest); or (iii) 50% in cash and 50% in PIK Interest.

The TCEH Cash-Pay Notes and the TCEH Toggle Notes (collectively, the TCEH Senior Notes) are fully and unconditionally guaranteed on a joint and several basis by TCEH's direct parent, EFC Holdings (which owns 100% of TCEH and its subsidiary guarantors), and by each subsidiary that guarantees the TCEH Senior Secured Facilities.

The Co-Issuers may redeem the TCEH Cash-Pay Notes, in whole or in part, at any time on or after November 1, 2011, or the TCEH Toggle Notes, in whole or in part, at any time on or after November 1, 2012, at specified redemption prices, plus accrued and unpaid interest, if any. In addition, before November 1, 2010, the Co-Issuers may redeem with the cash proceeds of certain equity offerings up to 35% of the aggregate principal amount of TCEH Cash-Pay Notes and TCEH Toggle Notes from time to time at a redemption price of 110.250% and 110.500%, respectively, of their respective aggregate principal amount plus accrued and unpaid interest, if any. The Co-Issuers may also redeem the TCEH Cash-Pay Notes at any time prior to November 1, 2011 or the TCEH Toggle Notes at any time prior to November 1, 2012 at a price equal to 100% of their principal amount, plus accrued and unpaid interest and a "make-whole" premium. Upon the occurrence of a change in control of TCEH, the Co-Issuers must offer to repurchase the TCEH Senior Notes at 101% of their principal amount, plus accrued and unpaid interest, if any.

**Push Down of EFH Corp. Notes**—The EFH Corp. Senior Notes described immediately below are fully and unconditionally guaranteed on a joint and several basis by EFC Holdings and Intermediate Holding. In accordance with SEC Staff Accounting Bulletin (SAB) Topic 5-J, EFC Holdings reflects $2.325 billion principal amount of the EFH Corp. Senior Notes on its balance sheet and the related interest expense in its income

F-324

EFIHMW00246402

statement. The amount reflected on EFC Holdings' balance sheet, which represents 50% of the EFH Corp. debt guaranteed by EFC Holdings, was calculated based upon the relative equity investment of EFC Holdings and Intermediate Holding in their respective operating subsidiaries at the time of the Merger. Because payment of principal and interest on the notes is the responsibility of EFH Corp., EFC Holdings records the settlement of such amounts as noncash capital contributions from EFH Corp. See Note 12 in the 2008 Form 10-K for more information on the notes and guarantees.

Borrowings under EFH Corp.'s 10.875% Senior Notes due November 1, 2017 (EFH Corp. Cash-Pay Notes) bear interest semiannually in arrears on May 1 and November 1 of each year at a fixed rate of 10.875% per annum. Borrowings under EFH Corp.'s 11.250%/12.000% Senior Toggle Notes due November 1, 2017 (EFH Corp. Toggle Notes and collectively with the EFH Corp. Cash-Pay Notes, the EFH Corp. Senior Notes) bear interest semiannually in arrears on May 1 and November 1 of each year at a fixed rate of 11.250% per annum for cash interest and at a fixed rate of 12.000% per annum for PIK Interest. For any interest period until November 1, 2012, EFH Corp. may elect to pay interest on the notes, at EFH Corp.'s option (i) entirely in cash; (ii) by increasing the principal amount of the notes or by issuing new EFH Corp. Toggle Notes; or (iii) 50% in cash and 50% in PIK Interest.

EFH Corp. made its May 2009 interest payment and will make its November 2009 and May 2010 interest payments by using the PIK feature of the EFH Corp. Toggle Notes. During the applicable interest periods, the interest rate on the toggle notes is increased from 11.25% to 12.00%. As of result of the PIK elections, EFH Corp. increased the aggregate principal amount of the EFH Corp. Toggle Notes by $150 million on May 1, 2009 and will further increase the aggregate principal amount of the EFH Corp. Toggle Notes by $159 million on November 1, 2009 and $169 million on May 1, 2010. The elections will increase the expected annual cash interest expense by approximately $54 million (50% of which relates to EFC Holdings due to push down), constituting the additional cash interest that will be payable with respect to the $478 million of additional toggle notes. These amounts may be affected by the debt exchange offers discussed below.

EFH Corp. may redeem the EFH Corp. Senior Notes, in whole or in part, at any time on or after November 1, 2012, at specified redemption prices, plus accrued and unpaid interest, if any. In addition, before November 1, 2010, EFH Corp. may redeem, with the net cash proceeds of certain equity offerings, up to 35% of the aggregate principal amount of the EFH Corp. Toggle Notes from time to time at a redemption price of 110.875% of the aggregate principal amount of the EFH Corp. Cash-Pay Notes, plus accrued and unpaid interest, if any, or 111.250% of aggregate principal amount of the EFH Corp. Toggle Notes, plus accrued and unpaid interest, if any. EFH Corp. may also redeem the EFH Corp. Senior Notes at any time prior to November 1, 2012 at a price equal to 100% of their principal amount, plus accrued and unpaid interest and a "make-whole" premium. Upon the occurrence of a change in control of EFH Corp., EFH Corp. must offer to repurchase the EFH Corp. Senior Notes at 101% of their principal amount, plus accrued and unpaid interest, if any.

*EFH Corp. Debt Exchange Offers*—In October 2009, EFH Corp. and certain of its subsidiaries commenced offers to exchange certain EFH Corp. outstanding debt securities and the TCEH Cash-Pay Notes for up to $3 billion principal amount of new senior secured notes that will be guaranteed by EFC Holdings and Intermediate Holding. The purpose of the exchange offers is to reduce the outstanding principal amount and extend the weighted average maturity of the long-term debt of EFH Corp. and its subsidiaries. The exchange offers may result in (i) a reduction of the amount of debt guaranteed by EFC Holdings and the amount of debt pushed down to EFC Holdings from EFH Corp. related to EFH Corp. Senior Notes exchanged and (ii) an increase in the amount of debt guaranteed by, and the amount pushed down to, EFC Holdings from EFH Corp. related to any new senior secured notes issued. EFH Corp. filed a registration statement on Form S-4 relating to the exchange offers with the SEC on October 5, 2009 as amended on October 23, 2009.

*TCEH Interest Rate Swap Transactions*—As of September 30, 2009, TCEH has entered into interest rate swap transactions pursuant to which payment of the floating interest rates on an aggregate of $17.55 billion of senior secured term loans of TCEH were exchanged for interest payments at fixed rates of between 7.3% and

F-325

EFIHMW00246403

8.3% on debt maturing from 2009 to 2014. Interest rate swaps on an aggregate of $15.05 billion were being accounted for as cash flow hedges related to variable interest rate cash flows until August 29, 2008, at which time these swaps were dedesignated as cash flow hedges as a result of the intent to change the variable interest rate terms of the hedged debt (from three-month LIBOR to one-month LIBOR) in connection with the planned execution of interest rate basis swaps (discussed immediately below) to further reduce the fixed borrowing costs. Based on the fair value of the positions, the cumulative unrealized mark-to-market net losses related to these interest rate swaps totaled $431 million (pre-tax) at the dedesignation date and was recorded in accumulated other comprehensive income. This balance will be reclassified into net income as interest on the hedged debt is reflected in net income. No ineffectiveness gains or losses were recorded.

As of September 30, 2009, TCEH has entered into interest rate basis swap transactions pursuant to which payments at floating interest rates of three-month LIBOR on an aggregate of $18.0 billion principal amount of senior secured term loans of TCEH were exchanged for floating interest rates of one-month LIBOR plus spreads ranging from 0.0625% to 0.353%. These transactions include swaps entered into in the nine months ended September 30, 2009 related to an aggregate $9.55 billion principal amount of senior secured term loans of TCEH and reflect the expiration of swaps in the nine months ended September 30, 2009 that related to an aggregate $4.595 billion principal amount of senior secured term loans of TCEH.

The interest rate swap counterparties are secured by the same collateral package granted to the lenders under the TCEH Senior Secured Facilities. Subsequent to the dedesignation in August 2008 discussed above, changes in the fair value of such swaps are being reported in the income statement in interest expense and related charges, and such unrealized mark-to-market value changes totaled $138 million in net losses and $36 million in net gains in the three months ended September 30, 2009 and 2008, respectively, and $527 million and $36 million in net gains in the nine months ended September 30, 2009 and 2008, respectively. The cumulative unrealized mark-to-market net liability related to the swaps totaled $1.4 billion at September 30, 2009, of which $238 million (pre-tax) was reported in accumulated other comprehensive income.

See Note 7 for discussion of collateral investments related to certain of these interest rate swaps.

## 5.    COMMITMENTS AND CONTINGENCIES

### *Generation Development*

Construction of three lignite-fueled generation units in Texas, two units at Oak Grove and one unit at Sandow, is nearing completion. The Sandow unit achieved substantial completion (as defined in the EPC Agreement for the unit) on September 30, 2009, and one Oak Grove unit is in the commissioning and start-up phase.

In connection with the acquisition of the development rights to the Sandow unit, a subsidiary of TCEH (Sandow Power Company LLC, or Sandow Power) became a party to a federal consent decree with, among others, the US Department of Justice in August 2007 (the Consent Decree). A 2007 federal court order that was merged into the Consent Decree requires that, among other things, the Sandow unit commence commercial operation (as defined in the Consent Decree) and achieve and maintain certain emission-related deadlines by August 31, 2009. The Sandow unit met the commercial operation deadline by synchronizing to the ERCOT grid in early July 2009. However, due to unforeseen weather events and equipment malfunctions experienced during commissioning and start-up activities, the Sandow unit was not able to meet the emission-related deadlines by August 31, 2009. Under the terms of the Consent Decree, Sandow Power may request an extension to these deadlines from the federal district court that presides over the Consent Decree for certain force majeure events (including such events as the weather events and equipment malfunctions described above). In September 2009, the federal district court granted Sandow Power's request for force majeure relief and gave Sandow Power an additional sixty-one days from August 31, 2009 to begin achieving compliance with the applicable Consent Decree deadlines.

F-326

EFIHMW00246404

TCEH has received the air permits for the Sandow and Oak Grove units. However, the issuances of the air permits have been challenged as discussed below under "Litigation Related to Generation Facilities."

Construction work-in-process asset balances for the Oak Grove units totaled approximately $3.3 billion as of September 30, 2009, which includes the effects of the fair value adjustments related to purchase accounting and capitalized interest. In the unexpected event the development of the Oak Grove units was cancelled due to air permit challenges, the cancellation exposure as of September 30, 2009 totaled $3.4 billion, which includes the carrying value of the project and up to approximately $100 million of termination obligations. This estimated exposure amount excludes any potential recovery values for assets acquired to date and for assets already owned prior to executing such agreements that are being utilized in these projects.

*Litigation Related to Generation Facilities*

In September 2007, an administrative appeal challenging the order of the TCEQ issuing the air permit for construction and operation of the Oak Grove generation facility in Robertson County, Texas was filed in the State District Court of Travis County, Texas. Plaintiffs asked that the District Court reverse the TCEQ's approval of the Oak Grove air permit and the TCEQ's adoption and approval of the TCEQ Executive Director's Response to Comments, and remand the matter back to TCEQ for further proceedings. In addition to this administrative appeal, two other petitions were filed in Travis County District Court by non-parties to the administrative hearing before the TCEQ and the State Office of Administrative Hearings (SOAH) seeking to challenge the TCEQ's issuance of the Oak Grove air permit and asking the District Court to remand the matter to the SOAH for further proceedings. Finally, the plaintiffs in these two additional lawsuits filed a third, joint petition claiming insufficiencies in the Oak Grove application, permit, and process and seeking party status and remand to the SOAH for further proceedings. One of the plaintiffs has asked the District Court to consolidate all these proceedings, and the Attorney General of Texas, on behalf of TCEQ, filed pleas to the jurisdiction seeking dismissal of all but the administrative appeal. In May 2009, the District Court dismissed the claims that contest the merits of the TCEQ's permitting decision, but declined to dismiss the claims that contest the process by which the TCEQ handled the permit application. Oak Grove Management Company LLC (a subsidiary of TCEH) has subsequently intervened in these proceedings and has filed its own pleas to the jurisdiction asking the court to dismiss the remaining collateral attack claims. In October 2009, one of the plaintiffs ended its legal challenge to the permit. EFC Holdings believes the Oak Grove air permit granted by the TCEQ was issued in accordance with applicable law. There can be no assurance that the outcome of these matters will not adversely impact the Oak Grove project.

In June and September 2008, administrative appeals were filed in the State District Court of Travis County, Texas to challenge the administrative action of the TCEQ Executive Director in issuing an air permit alteration for the previously-permitted construction and operation of the Sandow 5 generation facility in Milam County, Texas, and the failure of the TCEQ to overturn that administrative action. Plaintiffs asked that the District Court reverse the issuance of the permit alteration. The Attorney General of Texas, on behalf of TCEQ, is defending the issuance of the permit alteration. Sandow Power has intervened in support of the TCEQ. The plaintiff's brief was filed in late August 2009, and the Attorney General of Texas and Sandow Power have filed responsive briefs. EFC Holdings believes the Sandow 5 air permit alteration administratively issued by the Executive Director of the TCEQ was issued in accordance with applicable law. There can be no assurance that the outcome of these matters will not adversely impact the Sandow 5 project.

In July 2008, the Sierra Club announced that it may sue Luminant, after the expiration of a 60-day waiting period, for violating federal Clean Air Act provisions in connection with Luminant's Martin Lake generation facility. EFC Holdings cannot predict whether the Sierra Club will actually file suit relating to Martin Lake or the outcome of any such proceeding.

Confidential

### Other Litigation

In July 2008, Alcoa Inc. filed a lawsuit in Milam County, Texas district court against Luminant Generation and Luminant Mining (wholly-owned subsidiaries of TCEH), later adding EFH Corp., a number of EFC Holdings' subsidiaries, Texas Holdings and Texas Energy Future Capital Holdings LLC as parties to the suit. The lawsuit makes various claims concerning the operation of the Sandow Unit 4 generation facility and the Three Oaks lignite mine, including claims for breach of contract, breach of fiduciary duty, fraud, tortious interference, civil conspiracy and conversion. The plaintiff requests money damages of no less than $500 million, declaratory judgment, rescission and other forms of equitable relief. An agreed scheduling order is currently in place setting trial for May 2010. While EFC Holdings is unable to estimate any possible loss or predict the outcome of this litigation, it believes the plaintiff's claims made in this litigation are without merit and, accordingly, intends to vigorously defend this litigation.

### Regulatory Investigations and Reviews

In June 2008, the EPA issued a request for information to TCEH under EPA's authority under Section 114 of the Clean Air Act. The stated purpose of the request is to obtain information necessary to determine compliance with the Clean Air Act, including New Source Review Standards and air permits issued by the TCEQ for the Big Brown, Monticello and Martin Lake generation facilities. The company is cooperating with the EPA and is responding in good faith to the EPA's request, but is unable to predict the outcome of this matter.

### Other Proceedings

In addition to the above, EFC Holdings is involved in various other legal and administrative proceedings in the normal course of business, the ultimate resolution of which, in the opinion of management, should not have a material effect on its financial position, results of operations or cash flows.

### Guarantees

EFC Holdings has entered into contracts that contain guarantees to outside parties that could require performance or payment under certain conditions. Material guarantees are discussed below.

*Residual value guarantees in operating leases*——Subsidiaries of EFC Holdings are the lessee under various operating leases that guarantee the residual values of the leased assets. At September 30, 2009, the aggregate maximum amount of residual values guaranteed was approximately $41 million with an estimated residual recovery of approximately $46 million. These leased assets consist primarily of mining equipment and rail cars. The average life of the residual value guarantees under the lease portfolio is approximately four years.

See Note 4 above and Note 12 to Financial Statements in the 2008 Form 10-K for discussion of guarantees and security for certain EFC Holdings indebtedness.

### Letters of Credit

At September 30, 2009, TCEH had outstanding letters of credit under its credit facilities totaling $714 million as follows:

- $360 million to support risk management and trading margin requirements in the normal course of business, including over-the-counter hedging transactions;

- $208 million to support floating rate pollution control revenue bond debt with an aggregate principal amount of $204 million (the letters of credit are available to fund the payment of such debt obligations and expire in 2014);

- $65 million for collateral funding transactions with counterparties to interest rate swap agreements related to TCEH debt (see Note 7), and

- $81 million for miscellaneous credit support requirements.

F-328

EFIHMW00246406

*Long-Term Contractual Obligations and Commitments*—In the nine months ended September 30, 2009, EFC Holdings entered into contractual obligations for fuel for its generation facilities totaling approximately $320 million to purchase nuclear fuel in periods between 2010 and 2020 and totaling approximately $153 million to purchase coal in periods between 2010 and 2012.

## 6.   EQUITY

*Dividend Restrictions*—There are no restrictions on EFC Holdings' ability to use its retained earnings or net income to make distributions on its equity. However, EFC Holdings relies on distributions or loans from TCEH to meet its cash requirements, including funding of distributions. The TCEH Senior Secured Facilities and Indenture generally restrict TCEH's ability to make distributions or loans to EFC Holdings. Thus, all of TCEH's net income, which represents essentially all of EFC Holdings' net income, is restricted from being used to make distributions or loans to EFC Holdings unless such distributions or loans are expressly permitted under the TCEH Senior Secured Facilities and Indenture. Those agreements generally permit TCEH to make unlimited distributions or loans to its parent companies, EFC Holdings and EFH Corp., for corporate overhead costs, SG&A expenses, taxes and principal and interest payments. In addition, those agreements contain certain investment and dividend baskets that would allow TCEH to make additional distributions and/or loans to its parent companies up to the amount of such baskets. The TCEH Senior Secured Facilities generally restrict TCEH from making any distribution to any of its parent companies for the ultimate purpose of making a distribution to Texas Holdings unless at the time, and after giving effect to such distribution, its consolidated total debt (as defined in the TCEH Senior Secured Facilities) to Adjusted EBITDA would be equal to or less than 6.5 to 1.0.

In addition, under applicable law, EFC Holdings would be prohibited from paying any dividend to the extent that immediately following payment of such dividend, there would be no statutory surplus or the company would be insolvent.

EFC Holdings has not paid any cash dividends on its common stock subsequent to the Merger.

*Noncontrolling Interests*

In connection with the filing of a combined operating license application with the NRC for two new nuclear generation units, in January 2009, TCEH and Mitsubishi Heavy Industries Ltd. (MHI) formed a joint venture, known as Comanche Peak Nuclear Power Company LLC, to further the development of the two new nuclear generation units using MHI's US–Advanced Pressurized Water Reactor technology. Under the terms of the joint venture agreement, a subsidiary of TCEH owns an 88% interest in the venture and a subsidiary of MHI owns a 12% interest. This joint venture is a variable interest entity, and a subsidiary of TCEH is considered the primary beneficiary under consolidations accounting standards.

Confidential

EFIHMW00246407

*Equity*

The following table presents the changes to equity for the nine months ended September 30, 2009:

| | EFC Holdings Shareholders' Equity | | | | | |
| | Preferred Stock | Common Stock | Retained Earnings (Deficit) | Accumulated Other Comprehensive Income (Loss) | Noncontrolling Interests (a) | Total Equity |
|---|---|---|---|---|---|---|
| Balance at December 31, 2008 . . . . . . . | $  1 | $5,538 | $(10,305) | $(236) | $— | $(5,002) |
| Net income . . . . . . . . . . . . . . . . . | — | — | 347 | — | — | 347 |
| Net effect of cash flow hedges . . . | — | — | — | 79 | — | 79 |
| Effects of stock-based incentive compensation plans . . . . . . . . . . | — | 5 | — | — | — | 5 |
| Investment in subsidiary by noncontrolling interests  . . . . . . | — | — | — | — | 42 | 42 |
| Effects of debt push-down from EFH Corp. (Note 4)  . . . . . . . . . | — | 13 | — | — | — | 13 |
| Preferred stock redemption . . . . . . | (1) | — | — | — | — | (1) |
| Other . . . . . . . . . . . . . . . . . . . . . . . | — | 1 | — | (1) | — | — |
| Balance at September 30, 2009  . . . . . . | $— | $5,557 | $ (9,958) | $(158) | $ 42 | $(4,517) |

(a)  See Note 1 for discussion of adoption of amended guidance for accounting for noncontrolling interests in consolidated financial statements.

## 7.   COMMODITY AND OTHER DERIVATIVE CONTRACTUAL ASSETS AND LIABILITIES

*Risk Management Hedging Strategy*

EFC Holdings enters into physical and financial derivative instruments, such as options, swaps, futures and forward contracts, primarily to manage commodity price risk and interest rate risk exposure. EFC Holdings' principal activities involving derivatives consist of a long-term hedging program and the hedging of interest costs on its long-term debt. See Note 8 for a discussion of the fair value of all derivatives.

*Long-Term Hedging Program*—TCEH has a long-term hedging program designed to reduce exposure to changes in future electricity prices due to changes in the price of natural gas, thereby hedging future revenues from electricity sales and related cash flows. In ERCOT, the wholesale price of electricity is correlated to the price of natural gas. Under the program, TCEH has entered into market transactions involving natural gas-related financial instruments and has sold forward natural gas over the next five years. These transactions are intended to hedge a majority of electricity price exposure related to expected baseload generation for this period. Changes in the fair value of the instruments under the long-term hedging program are reported in the income statement in net gain (loss) from commodity hedging and trading activities.

*Interest Rate Swap Transactions*—Interest rate swap agreements are used to reduce exposure to interest rate changes by converting floating-rate debt to a fixed basis, thereby hedging future interest costs and related cash flows. Interest rate basis swaps are used to effectively reduce the hedged borrowing costs. Changes in the fair value of the swaps are recorded as unrealized gains and losses in interest expense and related charges. See Note 4 for additional information about these and other interest rate swap agreements.

*Other Commodity Hedging and Trading Activity*—In addition to the long-term hedging program, TCEH enters into derivatives, including electricity, natural gas, fuel oil and coal instruments, generally for shorter-term hedging purposes. To a limited extent, TCEH also enters into derivative transactions for proprietary trading purposes, principally in natural gas and electricity markets.

As of September 30, 2009, commodity positions accounted for as cash flow hedges, which represent a small portion of economic hedge positions, reduce exposure to variability of future cash flows through 2009.

Confidential

EFIHMW00246408

The following table provides detail of commodity and other derivative contractual assets and liabilities as presented in the balance sheet at September 30, 2009:

| | Derivatives not under hedge accounting | | | | Cash flow hedges | |
| | Derivative assets | | Derivative liabilities | | Derivative liabilities | |
| | Commodity contracts | Interest rate swaps | Commodity contracts | Interest rate swaps | Commodity contracts | Total |
| Current assets . . . . . . . . . . . . . . . . . . | $2,517 | $ 9 | $ 11 | $ — | $— | $ 2,537 |
| Noncurrent assets . . . . . . . . . . . . . . . . | 1,118 | 5 | 30 | — | — | 1,153 |
| Current liabilities . . . . . . . . . . . . . . . . | (28) | — | (1,910) | (595) | (2) | (2,535) |
| Noncurrent liabilities . . . . . . . . . . . . . | (19) | — | (524) | (800) | — | (1,343) |
| Net assets (liabilities) . . . . . . . . . | $3,588 | $ 14 | $(2,393) | $(1,395) | $ (2) | $ (188) |

Margin deposits that contractually offset these derivative instruments are reported separately in the balance sheet and totaled $396 million and $190 million in net liabilities at September 30, 2009 and December 31, 2008, respectively, which do not include the collateral investments related to certain interest rate swaps and commodity positions discussed immediately below. Amounts presented in the above table do not reflect netting of assets and liabilities with the same counterparties under existing netting arrangements. This presentation can result in significant volatility in derivative assets and liabilities because EFC Holdings may enter into offsetting positions with the same counterparties, resulting in both assets and liabilities, and the underlying commodity prices can change significantly from period to period.

In early 2009, EFH Corp. and TCEH entered into collateral funding transactions with counterparties to certain interest rate swap agreements related to TCEH debt. Under the terms of these transactions, which the companies elected to enter into as a cash management measure, as of September 30, 2009 EFH Corp. (parent) has posted $400 million in cash and TCEH has posted $65 million in letters of credit to the counterparties, with the outstanding balance of such collateral earning interest. TCEH had also entered into commodity hedging transactions with one of these counterparties, and under an arrangement effective August 2009, both the interest rate swaps and certain of the commodity hedging transactions with the counterparty are under the same derivative agreement, which continues to be secured by a first-lien interest in the assets of TCEH. At September 30, 2009, the net mark-to-market liability under the derivative agreements exceeded the collateral posted under such agreements. In particular, the net commodity and interest rate swap mark-to-market liability related to the $400 million cash posting totaled $685 million at September 30, 2009. The companies are not required to post any additional collateral to these counterparties, regardless of the net mark-to-market liability under the applicable derivative agreement, and the applicable counterparty will return the cash collateral to the extent the mark-to-market liability under the applicable derivative agreement falls below the funded amount, subject to a $50 million minimum transfer amount. The counterparties are required to return any remaining collateral, along with accrued and unpaid interest, on March 31, 2010.

The following table presents the pre-tax effect of derivatives not under hedge accounting on net income, including realized and unrealized effects, for the three and nine months ended September 30, 2009:

| Derivative (Income statement presentation) | Three Months Ended September 30, 2009 | Nine Months Ended September 30, 2009 |
| Commodity contracts (Net gain (loss) from commodity hedging and trading activities) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 136 | $1,026 |
| Interest rate swaps (Interest expense and related charges) . . . . . . . . . . . . . | (317) | 16 |
| Net gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $(181) | $1,042 |

F-331

EFIHMW00246409

PX 014
Page 691 of 1116

Results for the three and nine months ended September 30, 2008 include net "day one" losses totaling $10 million and $68 million, respectively, primarily associated with commodity contracts entered into at below market prices. Substantially all of these amounts represent losses associated with related series of transactions involving natural gas financial instruments intended to hedge exposure to future changes in electricity prices. The losses are reported in the income statement in net gain (loss) from commodity hedging and trading activities, consistent with other mark-to-market hedging and trading gains and losses.

The following tables present the pre-tax effect of derivative instruments accounted for as cash flow hedges on net income (loss) and other comprehensive income (loss) (OCI) for the three and nine months ended September 30, 2009:

**Three Months Ended September 30, 2009**

| Derivative | Amount of (loss) recognized in OCI (effective portion) | Income statement presentation of gain (loss) reclassified from accumulated OCI into income (effective portion) | Amount |
|---|---|---|---|
| Interest rate swaps . . . . . . . | $— | Interest expense and related charges | $ (56) |
| Commodity contracts . . . . | (6) | Fuel, purchased power costs and delivery fees | (6) |
| | | Operating revenues | — |
| Total . . . . . . . . . . . . . | $ (6) | | $ (62) |

**Nine Months Ended September 30, 2009**

| Derivative | Amount of (loss) recognized in OCI (effective portion) | Income statement presentation of gain (loss) reclassified from accumulated OCI into income (effective portion) | Amount |
|---|---|---|---|
| Interest rate swaps . . . . . . . | $— | Interest expense and related charges | $(140) |
| Commodity contracts . . . . | (31) | Fuel, purchased power costs and delivery fees | (10) |
| | | Operating revenues | (2) |
| Total . . . . . . . . . . . . . | $(31) | | $(152) |

There were no ineffectiveness net gains or losses related to transactions currently designated as cash flow hedges in the three and nine months ended September 30, 2009.

Accumulated other comprehensive income related to cash flow hedges at September 30, 2009 totaled $158 million in net losses (after-tax), substantially all of which relates to interest rate swaps. EFC Holdings expects that $81 million of net losses related to cash flow hedges included in accumulated other comprehensive income as of September 30, 2009 will be reclassified into net income during the next twelve months as the related hedged transactions affect net income.

The following table presents the gross notional amounts of derivative volumes at September 30, 2009:

| Derivative type | Notional Volume | Unit of Measure |
|---|---|---|
| Interest rate swaps: | | |
|     Floating/fixed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 17,550 | Million US dollars |
|     Basis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 18,000 | Million US dollars |
| Natural gas: | | |
|     Long-term hedge forward sales and purchases (a) . . . . . . . . . . . . . . | 3,522 | Million MMBtu |
|     Locational basis swaps . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 909 | Million MMBtu |
|     All other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,366 | Million MMBtu |
| Electricity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 190,431 | GWh |
| Coal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | Million tons |
| Fuel oil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 166 | Million gallons |

(a) Represents gross notional forward sales, purchases and options of fixed and basis (price point) transactions in the long-term hedging program. The net amount of these transactions, excluding basis transactions, is 1.7 billion MMBtu.

Confidential

EFIHMW00246410

*Credit Risk-Related Contingent Features*

The agreements that govern EFC Holdings' derivative instrument transactions may contain certain credit risk-related contingent features that could trigger liquidity requirements in the form of cash collateral, letters of credit or some other form of credit enhancement. Certain of those agreements require the posting of collateral if TCEH's credit rating is downgraded by one or more of the credit rating agencies; however, due to TCEH's below investment grade ratings, substantially all of such collateral posting requirements are already effective.

As of September 30, 2009, the fair value of liabilities related to derivative instruments under agreements with credit risk-related contingent features that were not fully cash collateralized totaled $850 million. The liquidity exposure associated with these liabilities was reduced by cash and letter of credit postings with the counterparties totaling $162 million as of September 30, 2009. If all the credit risk-related contingent features related to these derivatives had been triggered, including cross default provisions, as of September 30, 2009, the remaining related liquidity requirement would have totaled $28 million after reduction for net accounts receivable and derivative assets under netting arrangements.

In addition, certain derivative agreements that are collateralized primarily with asset liens include indebtedness cross-default provisions that could result in the settlement of such contracts if there were a failure under other financing arrangements to meet payment terms or to comply with other covenants that could result in the acceleration of such indebtedness. As of September 30, 2009, the fair value of derivative liabilities subject to such cross-default provisions, largely related to interest rate swaps, totaled $1.602 billion (before consideration of the amount of assets under the liens). The liquidity exposure associated with these liabilities was reduced by cash collateral and letters of credit posted with counterparties totaling $483 million as of September 30, 2009. If all the credit risk-related contingent features related to these derivatives, including amounts related to cross-default provisions, had been triggered as of September 30, 2009, the remaining related liquidity requirement would have totaled $779 million after reduction for derivative assets under netting arrangements (before consideration of the amount of assets under the liens). See Note 12 to the Financial Statements in EFC Holdings' 2008 Form 10-K for a description of other obligations that are supported by asset liens.

As discussed immediately above, the aggregate fair values of liabilities under derivative agreements with credit risk-related contingent features, including cross-default provisions, totaled $2.452 billion at September 30, 2009. This amount is before consideration of cash and letter of credit collateral posted, net accounts receivable and derivative assets under netting arrangements and assets under related liens.

Some commodity derivative contracts contain credit risk-related contingent features that do not provide for specific amounts to be posted if the features are triggered. These provisions include material adverse change, performance assurance, and other clauses that generally provide counterparties with the right to request additional credit enhancements. The amounts disclosed above exclude credit risk-related contingent features that do not provide for specific amounts or exposure calculations.

While the disclosures above address EFC Holdings' derivative liabilities, EFC Holdings also manages its counterparty credit exposure with respect to derivative assets.

## 8.    FAIR VALUE MEASUREMENTS

Accounting standards related to the determination of fair value define fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. EFC Holdings uses a "mid-market" valuation convention (the mid-point price between bid and ask prices) as a practical expedient to measure fair value for the majority of its assets and liabilities subject to fair value measurement on a recurring basis. EFC Holdings primarily uses the market approach for recurring fair value measurements and uses valuation techniques to maximize the use of observable inputs and minimize the use of unobservable inputs.

F-333

Confidential

EFC Holdings categorizes its assets and liabilities recorded at fair value based upon the following fair value hierarchy:

- Level 1 valuations use quoted prices in active markets for identical assets or liabilities that are accessible at the measurement date. An active market is a market in which transactions for the asset or liability occur with sufficient frequency and volume to provide pricing information on an ongoing basis. EFC Holdings' Level 1 assets and liabilities include exchange traded commodity contracts. For example, a significant number of EFC Holdings' derivatives are NYMEX futures and swaps transacted through clearing brokers for which prices are actively quoted.

- Level 2 valuations use inputs, in the absence of actively quoted market prices, that are observable for the asset or liability, either directly or indirectly. Level 2 inputs include: (a) quoted prices for similar assets or liabilities in active markets, (b) quoted prices for identical or similar assets or liabilities in markets that are not active, (c) inputs other than quoted prices that are observable for the asset or liability such as interest rates and yield curves observable at commonly quoted intervals and (d) inputs that are derived principally from or corroborated by observable market data by correlation or other means. EFC Holdings' Level 2 valuations utilize over-the-counter broker quotes, quoted prices for similar assets or liabilities that are corroborated by correlations or other mathematical means and other valuation inputs. For example, EFC Holdings' Level 2 assets and liabilities include forward commodity positions at locations for which over-the-counter broker quotes are available.

- Level 3 valuations use unobservable inputs for the asset or liability. Unobservable inputs are used to the extent observable inputs are not available, thereby allowing for situations in which there is little, if any, market activity for the asset or liability at the measurement date. EFC Holdings uses the most meaningful information available from the market combined with internally developed valuation methodologies to develop its best estimate of fair value. For example, EFC Holdings' Level 3 assets and liabilities include certain derivatives whose values are derived from pricing models that utilize multiple inputs to the valuations, including inputs that are not observable or easily corroborated through other means.

EFC Holdings utilizes several different valuation techniques to measure the fair value of assets and liabilities, relying primarily on the market approach of using prices and other market information for identical and/or comparable assets and liabilities for those items that are measured on a recurring basis. These methods include, among others, the use of broker quotes and statistical relationships between different price curves.

In utilizing broker quotes, EFC Holdings attempts to obtain multiple quotes from brokers that are active in the commodity markets in which it participates (and requires at least one quote from two brokers to determine a pricing input as observable); however, not all pricing inputs are quoted by brokers. The number of broker quotes received for certain pricing inputs varies depending on the depth of the trading market, each individual broker's publication policy, recent trading volume trends and various other factors. In addition, for valuation of interest rate swaps, EFC Holdings uses a combination of dealer provided market valuations (generally non-binding) and Bloomberg valuations based on month-end interest rate curves and standard rate swap valuation models.

Certain derivatives and financial instruments are valued utilizing option pricing models that take into consideration multiple inputs including commodity prices, volatility factors, discount rates and other inputs. Additionally, when there is not a sufficient amount of observable market data, valuation models are developed that incorporate proprietary views of market factors. Those valuation models are generally used in developing long-term forward price curves for certain commodities. EFC Holdings believes the development of such curves is consistent with industry practice; however, the fair value measurements resulting from such curves are classified as Level 3.

With respect to amounts presented in the following fair value hierarchy table, the fair value measurement of an asset or liability (e.g. a contract) is required to fall in its entirety in one level, based on the lowest level input that is significant to the fair value measurement. Certain assets and liabilities would be classified in Level 2

F-334

Confidential

EFIHMW00246412

instead of Level 3 of the hierarchy except for the effects of credit reserves and non-performance risk adjustments, respectively. Assessing the significance of a particular input to the fair value measurement in its entirety requires judgment, considering factors specific to the asset or liability being measured.

At September 30, 2009, assets and liabilities measured at fair value on a recurring basis consisted of the following:

| | Level 1 | Level 2 | Level 3 (a) | Reclassification (b) | Total |
|---|---|---|---|---|---|
| Assets: | | | | | |
| Commodity contracts | $1,035 | $2,276 | $277 | $ 88 | $3,676 |
| Interest rate swaps | — | 14 | — | — | 14 |
| Nuclear decommissioning trust— equity securities (c) | 142 | 99 | — | — | 241 |
| Nuclear decommissioning trust— debt securities (c) | — | 216 | — | — | 216 |
| Total assets | $1,177 | $2,605 | $277 | $ 88 | $4,147 |
| Liabilities: | | | | | |
| Commodity contracts | $1,133 | $ 944 | $318 | $ 88 | $2,483 |
| Interest rate swaps | — | 1,395 | — | — | 1,395 |
| Total liabilities | $1,133 | $2,339 | $318 | $ 88 | $3,878 |

(a) Level 3 assets and liabilities consist primarily of more complex long-term power purchase and sales agreements, including longer-term wind generation purchase contracts and certain natural gas positions (collars) in the long-term hedging program.
(b) Represents the effects of reclassification of the assets and liabilities to conform to the balance sheet presentation of current and long-term assets and liabilities.
(c) The nuclear decommissioning trust investment is included in the Investments line on the balance sheet. See Note 12.

At December 31, 2008, assets and liabilities measured at fair value on a recurring basis consisted of the following:

| | Level 1 | Level 2 | Level 3 (a) | Total |
|---|---|---|---|---|
| Assets: | | | | |
| Commodity contracts | $1,010 | $2,061 | $283 | $3,354 |
| Interest rate swaps | — | (1) | — | (1) |
| Nuclear decommissioning trust—equity securities (b) | 109 | 83 | — | 192 |
| Nuclear decommissioning trust—debt securities (b) | — | 193 | — | 193 |
| Total assets | $1,119 | $2,336 | $283 | $3,738 |
| Liabilities: | | | | |
| Commodity contracts | $1,288 | $1,274 | $355 | $2,917 |
| Interest rate swaps | — | 1,908 | — | 1,908 |
| Total liabilities | $1,288 | $3,182 | $355 | $4,825 |

(a) Level 3 assets and liabilities consist primarily of more complex long-term power purchase and sales agreements, including longer-term wind generation purchase contracts and certain natural gas positions (collars) in the long-term hedging program.
(b) The nuclear decommissioning trust investment is included in the Investments line on the balance sheet.

F-335

EFIHMW00246413

Commodity contracts consist primarily of natural gas, electricity, fuel oil and coal derivative instruments entered into for hedging purposes and include physical contracts that have not been designated "normal" purchases or sales. See Note 7 for further discussion regarding the company's use of derivative instruments.

Interest rate swaps include variable-to-fixed rate swap instruments that are economic hedges of interest on long-term debt as well as interest rate basis swaps designed to effectively reduce the hedged borrowing costs. See Note 4 for discussion of interest rate swaps.

Nuclear decommissioning trust assets represent securities held for the purpose of funding the future retirement and decommissioning of the nuclear generation units. These investments include equity, debt and other fixed-income securities consistent with investment rules established by the NRC and the PUCT.

The following table presents the changes in fair value of the Level 3 assets and liabilities (all related to commodity contracts) for the three and nine months ended September 30, 2009 and 2008:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| Balance at beginning of period ................... | $(72) | $(539) | $(72) | $(173) |
| Total realized and unrealized gains (losses) (a): ... | | | | |
|    Included in net income (loss) .............. | 42 | 297 | 57 | (48) |
|    Included in other comprehensive income | | | | |
|      (loss) ................................. | (6) | (12) | (31) | 3 |
| Purchases, sales, issuances and settlements (net) | | | | |
|    (b) ....................................... | (6) | (42) | (15) | (45) |
| Net transfers in and/or out of Level 3 (c) ........ | 1 | 104 | 20 | 71 |
| Balance at end of period ......................... | $(41) | $(192) | $(41) | $(192) |
| | | | | |
| Net change in unrealized gains (losses) included in net income relating to instruments held at end of period (d) .................................... | $ 44 | $ 213 | $ 61 | $ (33) |

(a)  Substantially all changes in values of commodity contracts are reported in the income statement in net gain (loss) from commodity hedging and trading activities.

(b)  Settlements represent reversals of unrealized mark-to-market valuations of these positions previously recognized in net income. Purchases and issuances reflect option premiums paid or received.

(c)  Includes transfers due to changes in the observability of significant inputs used in valuing derivatives. Transfers in are assumed to transfer in at the beginning of the quarter and transfers out at the end of the quarter, which is when the assessments are performed. Any changes in value during the period are reported as unrealized gains and losses in net gain (loss) from commodity hedging and trading activities.

(d)  Includes unrealized gains and losses of instruments held at the end of the period only related to the periods in which the instrument was classified as a Level 3 asset or liability.

F-336

Confidential

9.   **FAIR VALUE OF NONDERIVATIVE FINANCIAL INSTRUMENTS**

The carrying amounts and related estimated fair values of significant nonderivative financial instruments were as follows:

| | September 30, 2009 | | December 31, 2008 | |
|---|---|---|---|---|
| | Carrying Amount | Fair Value (a) | Carrying Amount | Fair Value (a) |
| **On balance sheet assets (liabilities):** | | | | |
| Long-term debt (including current maturities (b) ......... | $(32,172) | $(24,537) | $(31,666) | $(21,724) |
| **Off balance sheet assets (liabilities):** | | | | |
| Financial guarantees ................................ | $    — | $    (8) | $    — | $    (3) |

(a)   Fair value determined in accordance with accounting standards related to the determination of fair value.
(b)   Excludes capital leases.

See Notes 7 and 8 for discussion of accounting for financial instruments that are derivatives.

10.   **PENSION AND OTHER POSTRETIREMENT EMPLOYEE BENEFITS**

Subsidiaries of EFC Holdings are participating employers in the EFH Retirement Plan, a defined benefit pension plan sponsored by EFH Corp. Subsidiaries of EFC Holdings also participate with EFH Corp. and certain other affiliated subsidiaries of EFH Corp. to offer certain health care and life insurance benefits to eligible employees and their eligible dependents upon the retirement of such employees. The net allocated pension and other postretirement employee benefits (OPEB) costs applicable to EFC Holdings totaled $7 million and $4 million for the three months ended September 30, 2009 and 2008, respectively, and $17 million and $11 million for the nine months ended September 30, 2009 and 2008, respectively.

The discount rates reflected in net pension and OPEB costs in 2009 are 6.90% and 6.85%, respectively. The expected rates of return on pension and OPEB plan assets reflected in the 2009 cost amounts are 8.25% and 7.64%, respectively.

EFC Holdings provided cash contributions totaling $883 thousand to the pension plan and $464 thousand to the OPEB plan in the nine months ended September 30, 2009, and expects to make additional contributions of approximately $287 thousand and $136 thousand, respectively, in the remainder of 2009.

11.   **RELATED–PARTY TRANSACTIONS**

The following represent the significant related-party transactions of EFC Holdings:

*   TCEH incurs electricity delivery fees charged by Oncor. These fees totaled $308 million and $783 million for the three and nine month periods ended September 30, 2009, respectively, and $292 million and $778 million for the three and nine month periods ended September 30, 2008, respectively.

*   Oncor's bankruptcy-remote financing subsidiary has issued securitization bonds to recover generation-related regulatory assets through a transition surcharge to its customers. Oncor's incremental income taxes related to the transition surcharges it collects are being reimbursed by TCEH. Therefore, EFC Holdings' financial statements reflect a noninterest bearing note payable to Oncor of $263 million ($36 million reported as trade accounts and other payable to affiliates) at September 30, 2009 and $289 million ($35 million reported as trade accounts and other payable to affiliates) at December 31, 2008.

*   TCEH reimburses Oncor for interest expense on Oncor's bankruptcy-remote financing subsidiary's securitization bonds. This interest expense totaled $10 million and $32 million for the three and nine month periods ended September 30, 2009, respectively, and $11 million and $35 million for the three and nine month periods ended September 30, 2008, respectively.

F-337

Confidential

- Notes receivable from EFH Corp. are payable to EFC Holdings on demand and arise from borrowings used for the working capital and general corporate purposes of EFH Corp. The notes totaled $1.112 billion at September 30, 2009 and $584 million at December 31, 2008. The average daily balance of the notes for the three and nine month periods ended September 30, 2009 was $1.061 billion and $801 million, respectively, and was $480 million and $365 million for the three and nine month periods ended September 30, 2008, respectively . The notes carry interest at a rate based on the one-month LIBOR rate plus 5.00%, and interest income totaled $14 million and $33 million for the three and nine month periods ended September 30, 2009, respectively, and $9 million and $22 million for the three and nine month periods ended September 30, 2008, respectively.

- An EFH Corp. subsidiary charges subsidiaries of EFC Holdings for financial, accounting, environmental and other administrative services at cost. These costs, which are primarily reported in SG&A expenses, totaled $17 million and $53 million for the three and nine month periods ended September 30, 2009, respectively, and $15 million and $46 million for the three and nine month periods ended September 30, 2008, respectively.

- Under Texas regulatory provisions, the trust fund for decommissioning the Comanche Peak nuclear generation facility, reported in investments on EFC Holdings' balance sheet, is funded by a delivery fee surcharge billed to REPs by Oncor and remitted to TCEH, with the intent that the trust fund assets will be sufficient to fund the decommissioning liability, reported in noncurrent liabilities on EFC Holdings' balance sheet. Income and expenses associated with the trust fund and the decommissioning liability incurred by EFC Holdings are offset by a net change in the intercompany receivable/payable with Oncor, which in turn results in a change in Oncor's net regulatory asset/liability. At September 30, 2009 and December 31, 2008, the excess of the net decommissioning liability over the trust fund balance resulted in a regulatory asset at Oncor of $90 million and $127 million, respectively.

- TCEH had posted cash collateral of $15 million as of September 30, 2009 and December 31, 2008 to Oncor related to interconnection agreements for three generation units being developed by TCEH. The collateral is reported in EFC Holdings' balance sheet in other current assets.

- EFC Holdings has a 53.1% limited partnership interest, with a carrying value of $12 million and $17 million at September 30, 2009 and December 31, 2008, respectively, in an EFH Corp. subsidiary holding software and other computer-related assets. Equity losses related to this interest totaled $1 million and $5 million for the three and nine month periods ended September 30, 2009, respectively, and totaled $2 million and $7 million for the three and nine month periods ended September 30, 2008, respectively. These losses primarily represent amortization of assets held by the subsidiary. The equity losses are reported as other deductions.

- EFH Corp. files a consolidated federal income tax return; however, EFC Holdings' federal income tax and Texas margin tax expense and related balance sheet amounts, including income taxes payable to or receivable from EFH Corp., are recorded as if EFC Holdings filed its own income tax returns. As a result, EFC Holdings had income taxes payable to EFH Corp. of $140 million and $33 million at September 30, 2009 and December 31, 2008, respectively.

- Certain transmission and distribution utilities in Texas have tariffs in place to assure adequate credit worthiness of any REP to support the REP's obligation to collect securitization bond-related (transition) charges on behalf of the utility. Under these tariffs, as a result of TCEH's credit rating being below investment grade, TCEH is required to post collateral support in an amount equal to estimated transition charges over specified time periods. Accordingly, as of September 30, 2009 and December 31, 2008, TCEH had posted letters of credit in the amount of $16 million and $13 million, respectively, for the benefit of Oncor.

- Oncor and Texas Holdings agreed to the terms of a stipulation with major interested parties to resolve all outstanding issues in the PUCT review related to the Merger. As part of this stipulation, TCEH will post a letter of credit in an amount equal to $170 million to secure retail payment obligations to Oncor if two or more of Oncor's credit ratings are below investment grade.

F-338

EFIHMW00246416

- At the closing of the Merger, TCEH entered into the TCEH Senior Secured Facilities with a syndicate of financial institutions and other lenders. This syndicate included affiliates of GS Capital Partners (a member of the Sponsor Group). In November and December 2007, TCEH offered the TCEH Notes. Affiliates of GS Capital Partners served as initial purchasers in such offerings. Affiliates of GS Capital Partners have from time to time engaged in commercial banking and financial advisory transactions with EFC Holdings in the normal course of business.

- Affiliates of GS Capital Partners are parties to certain commodity and interest rate hedging transactions with EFC Holdings in the normal course of business.

- Affiliates of the Sponsor Group may sell or acquire debt or debt securities issued by EFC Holdings or its subsidiaries in open market transactions or through loan syndications.

See Note 3 for information regarding the accounts receivable securitization program and related subordinated notes receivable from TXU Receivables Company and Note 4 for guarantees and push-down of certain EFH Corp. debt.

## 12. SUPPLEMENTARY FINANCIAL INFORMATION

*Other Income and Deductions*

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
|  | 2009 | 2008 | 2009 | 2008 |
| Other income: |  |  |  |  |
| Reversal of reserve recorded in purchase accounting (a) | $ 23 | $— | $ 23 | $— |
| Fee received related to interest rate swap commodity hedge derivative agreement (Note 7) | 6 | — | 6 | — |
| Sales tax refund | 3 | — | 3 | — |
| Mineral rights royalty income | 1 | 1 | 2 | 3 |
| Other | — | 1 | 4 | 5 |
| Total other income | $ 33 | $ 2 | $ 38 | $ 8 |
| Other deductions: |  |  |  |  |
| Impairment of emission allowances intangible assets | $— | $499 | $— | $501 |
| Charge related to Lehman bankruptcy (b) | — | 26 | — | 26 |
| Severance charges | — | — | 6 | — |
| Litigation/regulatory settlements | — | — | — | 7 |
| Equity losses—unconsolidated affiliates | 1 | 3 | 5 | 8 |
| Other | 5 | 3 | 8 | 8 |
| Total other deductions | $ 6 | $531 | $ 19 | $550 |

(a) Reversal of a use tax accrual, related to periods prior to the Merger, due to state ruling in the third quarter of 2009.

(b) Reserve established against amounts due (excluding termination related costs) from subsidiaries of Lehman Brothers Holdings Inc. arising from commodity hedging and trading activities.

Confidential

EFIHMW00246417

*Interest Expense and Related Charges*

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| Interest (including net amounts settled/ accrued under interest rate swaps) | $694 | $692 | $2,083 | $2,085 |
| Unrealized mark-to-market net (gain) loss on interest rate swaps | 138 | (36) | (527) | (36) |
| Amortization of interest rate swap losses at dedesignation of hedge accounting | 56 | 17 | 140 | 17 |
| Amortization of fair value debt discounts resulting from purchase accounting | 4 | 4 | 12 | 12 |
| Amortization of debt issuance costs and discounts | 30 | 44 | 91 | 99 |
| Capitalized interest | (80) | (74) | (252) | (220) |
| Total interest expense and related charges | $842 | $647 | $1,547 | $1,957 |

*Restricted Cash*

| | At September 30, 2009 | | At December 31, 2008 | |
|---|---|---|---|---|
| | Current Assets | Noncurrent Assets | Current Assets | Noncurrent Assets |
| Amounts related to the TCEH Letter of Credit Facility (See Note 4) | $— | $1,135 | $— | $1,250 |
| Amounts related to margin deposits held | 1 | — | 4 | — |
| Total restricted cash | $ 1 | $1,135 | $ 4 | $1,250 |

*Inventories by Major Category*

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| Materials and supplies | $153 | $134 |
| Fuel stock | 222 | 162 |
| Natural gas in storage | 28 | 65 |
| Total inventories | $403 | $361 |

*Investments*

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| Nuclear decommissioning trust | $457 | $385 |
| Assets related to employee benefit plans, including employee savings programs, net of distributions | 36 | 36 |
| Land | 42 | 42 |
| Investment in natural gas gathering pipeline business (a) | 31 | — |
| Investment in unconsolidated affiliate | 12 | 17 |
| Miscellaneous other | 3 | 4 |
| Total investments | $581 | $484 |

(a)   A controlling interest in this previously consolidated subsidiary was sold in August 2009.

F-340

EFIHMW00246418

**PX 014**
**Page 700 of 1116**

*Nuclear Decommissioning Trust —* Investments in a trust that will be used to fund the costs to decommission the Comanche Peak nuclear generation plant are carried at fair value. Decommissioning costs are being recovered from Oncor's customers as a delivery fee surcharge over the life of the plant and deposited in the trust fund. Net gains and losses on investments in the trust fund are offset by a corresponding adjustment to a regulatory asset/liability. A summary of investments in the fund follows:

| | September 30, 2009 | | | |
| | Cost (a) | Unrealized gain | Unrealized loss | Fair market value |
|---|---|---|---|---|
| Debt securities (b) | $210 | $ 9 | $ (3) | $216 |
| Equity securities (c) | 191 | 71 | (21) | 241 |
| Total | $401 | $80 | $(24) | $457 |

| | December 31, 2008 | | | |
| | Cost (a) | Unrealized gain | Unrealized loss | Fair market value |
|---|---|---|---|---|
| Debt securities (b) | $203 | $ 4 | $(14) | $193 |
| Equity securities (c) | 181 | 46 | (35) | 192 |
| Total | $384 | $50 | $(49) | $385 |

(a) Includes realized gains and losses of securities sold.
(b) The investment objective for debt securities is to invest in a diversified tax efficient portfolio with an overall portfolio rating of AA or above as graded by S&P or Aa2 by Moody's. The debt securities are heavily weighted with municipal bonds. The debt securities had an average coupon rate of 4.15% and 3.77% and an average maturity of 8.3 years and 8.0 years at September 30, 2009 and December 31, 2008, respectively.
(c) The investment objective for equity securities is to invest tax efficiently and to match the performance of the S&P 500 Index.

Debt securities held at September 30, 2009 mature as follows: $79 million in one to five years, $33 million in five to ten years and $104 million after ten years.

### Property, Plant and Equipment

As of September 30, 2009 and December 31, 2008, property, plant and equipment of $21.0 billion and $20.9 billion, respectively, was stated net of accumulated depreciation and amortization of $2.4 billion and $1.5 billion, respectively.

### Asset Retirement Obligations

These liabilities primarily relate to nuclear generation plant decommissioning, land reclamation related to lignite mining, removal of lignite/coal-fueled plant ash treatment facilities and generation plant asbestos removal and disposal costs. There is no earnings impact with respect to the recognition of the asset retirement costs for nuclear decommissioning, as all costs are recoverable through the regulatory process as part of Oncor's rates.

The following table summarizes the changes to the asset retirement liability, reported in other noncurrent liabilities and deferred credits in the balance sheet, during the nine months ended September 30, 2009:

| | |
|---|---|
| Asset retirement liability at January 1, 2009 | $859 |
| Additions: | |
| Accretion | 45 |
| Reductions: | |
| Payments, essentially all mining reclamation | (21) |
| Asset retirement liability at September 30, 2009 | $883 |

F-341

EFIHMW00246419

*Exit Liabilities*

As part of purchase accounting, EFC Holdings accrued $38 million in costs expected to be incurred related to the termination and transition of outsourcing arrangements. EFC Holdings incurred $7 million and $16 million of the exit liabilities in the three and nine months ended September 30, 2009, respectively, and the remaining accrual is expected to be settled no later than June 30, 2010, the targeted date of completion of transition of outsourced activities back to EFC Holdings or to service providers.

*Other Noncurrent Liabilities and Deferred Credits*

The balance of other noncurrent liabilities and deferred credits consists of the following:

| | September 30, 2009 | December 31, 2008 |
|---|---|---|
| Uncertain tax positions (including accrued interest) | $ 983 | $ 861 |
| Asset retirement obligations | 883 | 859 |
| Unfavorable purchase and sales contracts | 707 | 727 |
| Retirement plan and other employee benefits | 57 | 56 |
| Other | 14 | 25 |
| Total other noncurrent liabilities and deferred credits | $2,644 | $2,528 |

EFC Holdings does not expect the total amount of liabilities recorded related to uncertain tax positions to significantly increase or decrease within the next 12 months. As of September 30, 2009, the federal income tax benefit on the interest accrued on uncertain tax positions is recorded as accumulated deferred income taxes.

*Unfavorable Purchase and Sales Contracts*—The amortization of unfavorable purchase and sales contracts totaled $7 million and $6 million in the three months ended September 30, 2009 and 2008, respectively, and $21 million and $23 million in the nine months ended September 30, 2009 and 2008, respectively. Favorable purchase and sales contracts are recorded as intangible assets (see Note 2).

The estimated amortization of unfavorable purchase and sales contracts for each of the five succeeding fiscal years from December 31, 2008 is as follows:

| Year | Amount |
|---|---|
| 2009 | $27 |
| 2010 | 27 |
| 2011 | 27 |
| 2012 | 27 |
| 2013 | 26 |

F-342

Confidential

*Supplemental Cash Flow Information*

| | Nine Months Ended September 30, | |
|---|---|---|
| | 2009 | 2008 |
| Cash payments (receipts) related to: | | |
| Interest paid (a) | $1,603 | $1,734 |
| Capitalized interest | (252) | (220) |
| Interest paid (net of capitalized interest) (a) | 1,351 | 1,514 |
| Income taxes | 38 | 31 |
| Noncash investing and financing activities: | | |
| Issuance of toggle notes in lieu of cash interest for TCEH | 98 | — |
| Effect of Parent's payment of interest and issuance of toggle notes as consideration for cash interest, net of tax, on pushed down debt | 87 | 126 |
| Noncash construction expenditures (b) | 72 | 155 |
| Capital leases | 15 | 13 |
| Purchase accounting adjustments | — | (66) |

(a)  Net of interest received on interest rate swaps.
(b)  Represents end of period accruals.

## 13.  SUPPLEMENTAL GUARANTOR CONDENSED FINANCIAL INFORMATION

In 2007, TCEH and TCEH Finance, as Co-Issuers, issued $3.0 billion 10.25% Senior Notes Due 2015, $2.0 billion 10.25% Series B Senior Notes due 2015 and $1.75 billion 10.50%/11.25% Senior Toggle Notes due 2016 (the TCEH Senior Notes). In May 2009, the Co-Issuers issued an additional $98.5 million of the Senior Toggle Notes (see Note 4). The TCEH Senior Notes are unconditionally guaranteed by EFC Holdings and by each subsidiary that guarantees the TCEH Senior Secured Facilities (collectively, the Guarantors). The guarantees issued by the Guarantors are full and unconditional, joint and several guarantees of the TCEH Senior Notes. The guarantees rank equally with any senior unsecured indebtedness of the Guarantors and rank effectively junior to all of the secured indebtedness of the Guarantors to the extent of the assets securing that indebtedness. All other subsidiaries of EFC Holdings, either direct or indirect, do not guarantee the TCEH Senior Notes (collectively the Non-Guarantors). The indenture governing the TCEH Senior Notes contains certain restrictions, subject to certain exceptions, on EFC Holdings' ability to pay dividends or make investments. See Note 6.

The following tables have been prepared in accordance with Regulation S-X Rule 3-10, "Financial Statements of Guarantors and Issuers of Guaranteed Securities Registered or Being Registered" in order to present the condensed consolidating statements of income of EFC Holdings (Parent), TCEH (Issuer), the Guarantors and the Non-Guarantors for the three- and nine-month periods ended September 30, 2009 and 2008, the condensed consolidating statements of cash flows of the Parent, Issuer, the Guarantors and the Non-Guarantors for the nine-month periods ended September 30, 2009 and 2008 and the condensed consolidating balance sheets as of September 30, 2009 and December 31, 2008 of the Parent, Issuer, the Guarantors and the Non-Guarantors. Investments in consolidated subsidiaries are accounted for under the equity method. The presentations reflect the application of SEC Staff Accounting Bulletin Topic 5J, Push Down Basis of Accounting Required in Certain Limited Circumstances, including the effects of the push down of the $2.325 billion and $2.250 billion of the EFH Corp. Senior Notes to the Parent Guarantor as of September 30, 2009 and December 31, 2008, respectively, and the TCEH Senior Notes and the TCEH Senior Secured Facilities to the Other Guarantors. TCEH Finance's sole function is to be the co-issuer of the TCEH Senior Notes; therefore, it has no other independent assets, liabilities or operations (see Notes 4 and 5).

EFC Holdings (parent entity) received no dividends from its consolidated subsidiaries for the nine-month period ended September 30, 2009 or for the nine-month period ended September 30, 2008.

F-343

Confidential

### ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES

**Condensed Consolidating Statements of Income (Loss)**
**For the Three Months Ended September 30, 2009**
**(millions of dollars)**

| | Parent Guarantor | Issuer | Other Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| Operating revenues ................ | $— | $ — | $ 2,433 | $— | $ — | $ 2,433 |
| Fuel, purchased power costs and delivery fees ............................ | — | — | (1,187) | — | — | (1,187) |
| Net gain (loss) from commodity hedging and trading activities .............. | — | 152 | (29) | — | — | 123 |
| Operating costs ...................... | — | — | (161) | — | — | (161) |
| Depreciation and amortization ......... | — | — | (303) | — | — | (303) |
| Selling, general and administrative expenses ......................... | — | — | (192) | — | — | (192) |
| Franchise and revenue-based taxes ..... | — | — | (27) | — | — | (27) |
| Other income ....................... | — | 5 | 28 | — | — | 33 |
| Other deductions ................... | — | — | (6) | — | — | (6) |
| Interest income ..................... | — | 112 | 111 | — | (202) | 21 |
| Interest expense and related charges .... | (72) | (988) | (407) | — | 625 | (842) |
| Income (loss) before income taxes ..... | (72) | (719) | 260 | — | 423 | (108) |
| Income tax (expense) benefit .......... | 25 | 239 | (82) | — | (146) | 36 |
| Equity earnings (losses) of subsidiaries ....................... | (25) | 455 | — | — | (430) | — |
| Net income (loss) ................... | (72) | (25) | 178 | — | (153) | (72) |
| Net (income) loss attributable to noncontrolling interests ........... | — | — | — | — | — | — |
| Net income (loss) attributable to EFC Holdings ....................... | $(72) | $ (25) | $ 178 | $— | $(153) | $ (72) |

F-344

EFIHMW00246422

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

**Condensed Consolidating Statements of Income (Loss)**
**For the Three Months Ended September 30, 2008**
**(millions of dollars)**

| | Parent Guarantor | Issuer | Other Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| Operating revenues . . . . . . . . . . . . . . . | $ —— | $ — | $ 3,258 | $— | $ —— | $ 3,258 |
| Fuel, purchased power costs and delivery fees . . . . . . . . . . . . . . . . . . | —— | —— | (1,923) | —— | —— | (1,923) |
| Net gain (loss) from commodity hedging and trading activities . . . . . . | — | 3,669 | 2,377 | — | (1) | 6,045 |
| Operating costs . . . . . . . . . . . . . . . . . . | —— | —— | (158) | — | —— | (158) |
| Depreciation and amortization . . . . . . . | —— | —— | (296) | — | —— | (296) |
| Selling, general and administrative expenses . . . . . . . . . . . . . . . . . . . . . . | —— | —— | (173) | — | 1 | (172) |
| Franchise and revenue-based taxes . . . . | —— | —— | (26) | — | —— | (26) |
| Other income . . . . . . . . . . . . . . . . . . . . | — | — | 2 | — | — | 2 |
| Other deductions . . . . . . . . . . . . . . . . . . | —— | 25 | (555) | — | (1) | (531) |
| Interest income . . . . . . . . . . . . . . . . . . . | — | 90 | 178 | — | (248) | 20 |
| Interest expense and related charges . . . | (66) | (796) | (603) | — | 818 | (647) |
| Income (loss) before income taxes . . . . | (66) | 2,988 | 2,081 | — | 569 | 5,572 |
| Income tax (expense) benefit . . . . . . . . | 23 | (1,068) | (744) | — | (197) | (1,986) |
| Equity earnings (losses) of subsidiaries . . . . . . . . . . . . . . . . . . . . | 3,629 | 1,709 | —— | —— | (5,338) | —— |
| Net income (loss) . . . . . . . . . . . . . . . . . | $3,586 | $ 3,629 | $ 1,337 | $— | $(4,966) | $ 3,586 |

F-345

Confidential

### ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES

**Condensed Consolidating Statements of Income (Loss)**
**For the Nine Months Ended September 30, 2009**
**(millions of dollars)**

| | Parent Guarantor | Issuer | Other Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| Operating revenues . . . . . . . . . . . . . . . | $ — | $ — | $ 6,144 | $— | $ — | $ 6,144 |
| Fuel, purchased power costs and delivery fees . . . . . . . . . . . . . . . . . . | — | — | (2,987) | — | — | (2,987) |
| Net gain from commodity hedging and trading activities . . . . . . . . . . . . . . . | — | 538 | 465 | — | — | 1,003 |
| Operating costs . . . . . . . . . . . . . . . . . . | — | — | (504) | — | — | (504) |
| Depreciation and amortization . . . . . . . | — | — | (862) | — | — | (862) |
| Selling, general and administrative expenses . . . . . . . . . . . . . . . . . . . . | — | — | (552) | (3) | — | (555) |
| Franchise and revenue-based taxes . . . . | — | — | (74) | — | — | (74) |
| Impairment of goodwill . . . . . . . . . . . . | — | (70) | — | — | — | (70) |
| Other income . . . . . . . . . . . . . . . . . . . . | — | 6 | 32 | — | — | 38 |
| Other deductions . . . . . . . . . . . . . . . . . . | — | — | (19) | — | — | (19) |
| Interest income . . . . . . . . . . . . . . . . . . . | — | 315 | 303 | — | (579) | 39 |
| Interest expense and related charges . . . | (217) | (1,975) | (1,231) | — | 1,876 | (1,547) |
| Income (loss) before income taxes . . . . | (217) | (1,186) | 715 | (3) | 1,297 | 606 |
| Income tax (expense) benefit . . . . . . . . | 71 | 371 | (252) | 1 | (450) | (259) |
| Equity earnings (losses) of subsidiaries . . . . . . . . . . . . . . . . . . . . | 493 | 1,308 | — | — | (1,801) | — |
| Net income (loss) . . . . . . . . . . . . . . . . . | 347 | 493 | 463 | (2) | (954) | 347 |
| Net (income) loss attributable to noncontrolling interests . . . . . . . . . . . | — | — | — | — | — | — |
| Net income (loss) attributable to EFC Holdings . . . . . . . . . . . . . . . . . . . . . . | $ 347 | $ 493 | $ 463 | $ (2) | $ (954) | $ 347 |

F-346

EFIHMW00246424

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY AND SUBSIDIARIES**

Condensed Consolidating Statements of Income (Loss)
For the Nine Months Ended September 30, 2008
(millions of dollars)

| | Parent Guarantor | Issuer | Other Guarantors | Non-Guarantors | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| Operating revenues . . . . . . . . . . . . . . . . | $ —— | $ —— | $ 7,809 | $—— | $ —— | $ 7,809 |
| Fuel, purchased power costs and delivery fees . . . . . . . . . . . . . . . . . . | —— | —— | (4,646) | —— | —— | (4,646) |
| Net gain (loss) from commodity hedging and trading activities . . . . . . | —— | 12 | (260) | —— | —— | (248) |
| Operating costs . . . . . . . . . . . . . . . . . . | —— | —— | (501) | —— | —— | (501) |
| Depreciation and amortization . . . . . . . | —— | —— | (827) | —— | —— | (827) |
| Selling, general and administrative expenses . . . . . . . . . . . . . . . . . . . . . . | —— | —— | (495) | —— | —— | (495) |
| Franchise and revenue-based taxes . . . . | 1 | —— | (74) | —— | —— | (73) |
| Other income . . . . . . . . . . . . . . . . . . . | 1 | —— | 8 | —— | (1) | 8 |
| Other deductions . . . . . . . . . . . . . . . . . | —— | 25 | (574) | —— | (1) | (550) |
| Interest income . . . . . . . . . . . . . . . . . . | 5 | 215 | 486 | —— | (662) | 44 |
| Interest expense and related charges . . . | (206) | (2,383) | (1,765) | —— | 2,397 | (1,957) |
| Income (loss) before income taxes . . . . | (199) | (2,131) | (839) | —— | 1,733 | (1,436) |
| Income tax (expense) benefit . . . . . . . . | 67 | 741 | 287 | —— | (602) | 493 |
| Equity earnings (losses) of subsidiaries . . . . . . . . . . . . . . . . . . . | (811) | 579 | —— | —— | 232 | —— |
| Net income (loss) . . . . . . . . . . . . . . . . | $(943) | $ (811) | $ (552) | $—— | $1,363 | $ (943) |

F-347

Confidential

EFIHMW00246425

**PX 014**
**Page 707 of 1116**